

👤 Log in | Create account     Español 🌐

# Southwest

FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®     🔍

# Thanks for flying with us!

✓ Price        ✓ Payment        ✓ Confirmation

⊘ **Your flight is booked!**

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
**lewnwdc77-airlines@yahoo.com**

## Trip summary

🖨 Print

### ✈ Flight

**CONFIRMATION #**

███████████

**JUN 2**
## MCO ✈ FLL

**FLIGHT TOTAL**
## $211.99

🚗 **Add a car**          Add a hotel



The perfect stay is moments away

Book now. Pay later!
**From $76.94*/day in Ft. Lauderdale**

*Taxes and fees excl. Terms apply.

◪          **Book now**

DESTINATION/HOTEL NAME:
Fort Lauderdale

CHECK-IN          CHECK-OUT
06/02/2021 📅     06/04/2021 📅

Search ⬈



LIMITED-TIME OFFER
# Earn 65,000 points
to get your "go" on.

$69 annual fee. Offer ends 7/14/21.          **Learn more** ›

- 3,000 anniversary points every year
- 2X points on Southwest® purchases
- 1X points on all other purchases
- Points count toward Companion Pass®



# 6/2 - Ft. Lauderdale

**ⓕ Who's coming with me?**
Let your friends and family know you're traveling!

Share on Facebook! ⬈

**JUN 2**
## Orlando, FL *to* Ft. Lauderdale, FL

**Confirmation #** ██████

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
| --- | --- | --- | --- |

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Lucasedward Wall** | + 1,838 PTS | — | Anytime |
| Rapid Rewards® number ❯ | | | |
| Add Known Traveler # / Redress # ❯ | | | |
| Special Assistance ❯ | | | |

💲 **Transparency®: Defined**
Low fares. Nothing to hide. ↗

🔄 **Change fees don't fly with us**
Flexibility for your travel plans.

🌅 Add EarlyBird Check-In®

## Departing   6/2/21 Wednesday

Anytime
*(Passenger x1)*                $183.80

✈ **DEPARTS**   **10:00** AM   **MCO**
Orlando, FL - MCO

**FLIGHT**
**2204** 📶 + ▣

**SCHEDULED AIRCRAFT**
Boeing 737 MAX8
*Subject to change*

Nonstop

✈ **ARRIVES**   **11:05** AM   **FLL**
Ft. Lauderdale, FL - FLL

**TRAVEL TIME**
1hr 5min

**SUBTOTAL**
**$183.80**

**Taxes & fees**               $28.19

**Flight total**         **$211.99**

### Icon legend

📶 WiFi available       ▣ Live TV available

**Helpful Information:**

- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your points balance may not immediately update in your account.
- Per CDC Order, face coverings required for everyone 2 and over (through September 13, 2021).
  .

**Book your hotel with us and save up to 15% on your stay.**



The perfect stay is moments away

DESTINATION/HOTEL NAME:

**Fort Lauderdale**

| CHECK-IN | CHECK-OUT |
|---|---|
| 06/02/2021 📅 | 06/04/2021 📅 |

| ROOMS | ADULTS | CHILDREN |
|---|---|---|
| 1 | 1 | 0 |

Search ↗

# Rapid Rewards®

Seek adventure, get rewarded.

✔ Unlimited reward seats
✔ No blackout dates
✔ Your points don't expire

Enroll now, it's free!

Points don't expire as long as you have flight-earning or partner-earning activity every 24 months. All Rapid Rewards rules and regulations apply.

# Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| MasterCard 7555 XXXXXXXXXXXX7555 Expiration: ■ | CARD HOLDER Lucas Wall | BILLING ADDRESS 435 10th St. NE Washington, DC US 20002 | **$211.99** |

## Total charged



You're all set for your upcoming trip.

Get ready to enjoy two bags for the price of none*, no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.

| SUBTOTAL | **$183.80** |
|---|---|
| TAXES & FEES | **$28.19** |
| **TOTAL DOLLARS** | **$211.99** |

Show price breakdown

# Save up to 30% off

Earn up to 2400 Rapid Rewards® points.



**Book now** ❯

**Before you travel, don't forget:**



Wear personal face coverings

Download mobile boarding passes

Agree to health declaration

Plaintiff's Exhibit 2

# Itinerary confirmation

## You're all set to jet!

## Confirmation code: ████████

## Travelers

**Mr. Lucas Edward Wall**

| | | |
|---|---|---|
| **Flight** | Ticket number | ████████ |
| | | **FLL ➜ SLC** |
| | Seat | 18E |
| | Checked Baggage Allowance | 0 bags |

## Your flights

**Fort Lauderdale, FL (FLL)**
Wed Jun 16 2021, **10:25 AM**
A320

**Salt Lake City, UT (SLC)**
Wed Jun 16 2021, **1:28 PM**

**Flight 2319**
JetBlue

**Fare: Blue**
Nonstop

### Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers |
|---|---|---|---|---|
| Adult | $357.20 | $41.19 | $398.39 | x 1 |

**Total fare:**

## Extras

**+ Seats**

**Total extras:**

## Charged to MasterCard ending in 7555

## Car rentals - Exclusive savings of up to 35% off with Paisly.

**Paisly helps you get in gear with extra convenience, savings, TrueBlue points & free cancellations.**

**Pick-up:** SALT LAKE CITY UT, on Wed Jun 16 2021 at 1:28PM   **Drop-off:** SALT LAKE CITY UT, on Thu Jun 17 2021 at 1:28PM

Need to change your rental dates?



**Budget** $99.75 USD

Special Special

Vehicle details

+ Add car



**Budget** $141.55 USD

Premium Crossover

Vehicle details

+ Add car



**Budget** $179.00 USD

Intermediate SUV

Vehicle details

+ Add car



**Budget** $169.00 USD

Fullsize Car

Vehicle details

+ Add car

**Enhanced car rental safety standards** include increased cleaning of all vehicles before and after each rental, new safety measures on shuttle bus
pick-up and drop off.*
*Safety standards provided by Avis Budget Group.

Car Terms & Conditions

# Information

1. **CARRY-ON BAG RULES:**

   **JetBlue-operated flights**

   For flights to/from U.S. (excluding from London), Caribbean and Latin America:

   For travel before 7/20/21, Blue Basic customers may bring one bag that fits in the overhead bin (space permitting for international itineraries) plus one personal ite
   that fits under the seat in front of them for free. For travel 7/20/21 or later, Blue Basic customers may only bring a personal item (purse, briefcase, laptop, etc.) that
   them for free. Personal items **may not** go in the overhead bin and must not exceed 17" L (43.2 cm) x 13" W (33 cm) x 8" H (20.32 cm).

   Mosaics and eligible travelers ↗ on the same booking and traveling together, travelers combining a Blue Basic fare with an Even More® Space seat (on all legs, if c
   unaccompanied minors may still bring a carry-on bag that fits in the overhead bin (guaranteed space onboard for Even More® Space seats on domestic flights wit
   others) and one personal item.

   Blue, Blue Plus, Blue Extra and Mint may bring one bag that fits in the overhead bin (space permitting for international itineraries) plus one personal item (purse, b
   under the seat in front of them for free. Any excess carry-on bags will be checked bags.

   For flights to/from London:

   Blue Basic, Blue, Blue Plus, Blue Extra and Mint may bring one bag that fits in the overhead bin (space permitting for international itineraries) plus one personal ite
   that fits under the seat in front of them for free. Any excess carry-on bags will be checked bags.

   **Connecting on our partner airlines (including Cape Air)** - The carry-on rules of a partner airline apply when checking in to a JetBlue flight that is connecting to
   page for more information. While JetBlue may allow additional carry-ons as a courtesy to customers connecting to our partner airline, JetBlue cannot guarantee th
   for in-cabin travel on the partner. Customers are encouraged to abide by partner's rules for their entire journey to avoid additional checked bag fees if their carry-o
   restrictions.

Plaintiff's Exhibit 3

# FRONTIER

**FRIDAY, JUN 18, 2021 - FRIDAY, JUN 18, 2021**                    Trip Confirmation Number: ███

Salt Lake City, UT (SLC)  ✈  Phoenix-Sky Harbor, AZ (PHX)

## Depart: Friday Jun 18, 2021

| Flight Duration | Departure | Arrival |
|---|---|---|
| F9 2943 | 04:04 PM Salt Lake City, UT (SLC) | 04:44 PM Phoenix-Sky Harbor, AZ (PHX) |
| 1hr 40min NonStop | | |

| Passenger Name Special Services | Seats | Bags |
|---|---|---|
| Lucas Edward Wall -- | 23E | 1 Carry On, 1 Checked |

## Invoice

**Summary**

| | |
|---|---|
| Airfare | $50.12 |
| Options | $95.00 |
| U.S. Transportation Tax | $3.88 |

Carrier Interface Charge

|  | $23.00 |
| --- | --- |
| Covid Recovery Charge | $1.59 |
| U.S. Passenger Security Fee | $5.60 |
| U.S. Domestic Flight Segment Tax | $4.30 |
| Salt Lake City, Ut (SLC) Passenger Facility Charge | $4.50 |
| **GRAND TOTAL** | **$187.99** |

## Options

**THE WORKS**

Carry On Item
Checked Bag
Best Seat Available
Refundability
No Change Fees*
No Change Fees*

|  | $95.00 |
| --- | --- |

**Lucas Wall**

| Seat Fee | $0.00 |
| --- | --- |
| Checked Bag | INCL |
| Carry On Item | INCL |

| **TOTAL** | $187.99 |
| --- | --- |
| **Purchase Date** | 05/31/21 |
| **Payment** | MasterCard |
|  | XXXXXXXXXXXX7555 |

Plaintiff's Exhibit 4

  Log in

## Here's your itinerary.

Thank you for booking your travel with us! A copy of this itinerary confirmation has been sent to **lewnwdc77-airlines@yahoo.com**.

Below, you'll find all the information you need to know about your travel itinerary. Although you can always access your trip details by visiting **Manage Travel**, we recommend printing a copy for your reference now.

**Have a great trip!**

---

## CUSTOMER INFORMATION

## Confirmation: 

| MANAGE TRIP | Lucas Wall | Mon May 31, 2021 |

**Save time at check-in!**





Check in starts 24 hours before your flight! Download the FREE Allegiant Mobile App here, to get a digital boarding pass!

---

## FLIGHT INFORMATION

✈ **Departing: Sun, Jun 20,** 12:25 PM

Phoenix-Mesa Gateway Airport (IWA) > William P. Hobby Airport (HOU)

| **Lucas Wall** | **Extras** | **Special Services** |

**31E** Seat Assignment           Trip Flex          Other service information
**1** Carry-On

## RECEIPT & PAYMENT

| | |
|---|---|
| Flight | $24.74 |
| Allegiant Bonus Bundle | $51.00 |
| Seats | INCLUDED |
| Bags & Extras | INCLUDED |
| Airline Fees | $18.00 ⌄ |
| Government Fees | $16.26 ⌄ |

## TOTAL DUE (USD)                     $110.00

Paid by Lucas Wall with Mastercard ending in **\*\*\*\*7555**.

Charge 1: $110.00

You will see these charges in your statement:

## CONDITIONS

| | |
|---|---|
| THINGS TO KNOW BEFORE YOU GO | ⌄ |
| SEAT ASSIGNMENTS | ⌄ |
| BAGS, AIRPORT BAG FEES, AND MORE | ⌄ |
| IMPORTANT NOTICES | ⌄ |

 Great deals in Houston!

ADD A HOTEL

 Get around in style with a great deal from an Allegiant partner such as Alamo.

ADD A CAR

Plaintiff's Exhibit 5



👤 Log in | Create account        Español 🌐

# Southwest 🧡

FLIGHT | HOTEL | CAR | VACATIONS        SPECIAL OFFERS        RAPID REWARDS®        🔍

## Thanks for flying with us!

✓ Price    ✓ Payment    ✓ Confirmation

✓ **Your flight is booked!**

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
**lewnwdc77-airlines@yahoo.com**

### Trip summary

🖨 Print

✈ **Flight**

**CONFIRMATION #**

▮▮▮▮▮▮▮

**JUN 22**
# HOU ✈ DAL

**FLIGHT TOTAL**
## $141.98

🚗 **Add a car**                    Add a hotel



The perfect stay is moments away

Book now. Pay later!
**From $103.54\*/day in Dallas (Love Field)**
*Taxes and fees excl. Terms apply.

DESTINATION/HOTEL NAME:
Dallas

CHECK-IN: 06/22/2021    CHECK-OUT: 06/24/2021

**Book now**        Search ↗



LIMITED-TIME OFFER
## Earn 65,000 points
to get your "go" on.
$69 annual fee. Offer ends 7/14/21.

**Learn more ›**

- 3,000 anniversary points every year
- 2X points on Southwest® purchases
- 1X points on all other purchases
- Points count toward Companion Pass®



# 6/22 - Dallas (Love Field)

Ⓕ **Who's coming with me?**
Let your friends and family know you're traveling!

Share on Facebook! ↗

**JUN 22**
## Houston (Hobby), TX *to* Dallas (Love Field), TX

**Confirmation #** ▮▮▮▮

| PASSENGERS | | | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|---|---|



| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Lucasedward Wall**<br>Rapid Rewards® number  ❯<br>Add Known Traveler # / Redress #  ❯<br>Special Assistance  ❯ | + 1,187 PTS | — | Anytime |

💲 **Transparency®: Defined**
Low fares. Nothing to hide. 🔗

🔁 **Change fees don't fly with us**
Flexibility for your travel plans.

🌅 **Add EarlyBird Check-In®**

## Departing  6/22/21 Tuesday

Anytime  $118.68
*(Passenger x1)*

✈ **DEPARTS**  **1:30** PM  **HOU**
Houston (Hobby), TX - HOU

**FLIGHT**
32  📶 + 📺

**SCHEDULED AIRCRAFT**
Boeing 737-700
*Subject to change*

Nonstop

✈ **ARRIVES**  **2:35** PM  **DAL**
Dallas (Love Field), TX - DAL

**TRAVEL TIME**
1hr 5min

**SUBTOTAL**
$ **118.68**

**Taxes & fees**  $23.30

**Flight total**  $ **141.98**

**Icon legend**

📶 WiFi available     📺 Live TV available

**Helpful Information:**

- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your points balance may not immediately update in your account.
- Per CDC Order, face coverings required for everyone 2 and over (through September 13, 2021).

**Book your hotel with us and save up to 15% on your stay.**



The perfect stay is moments away

**DESTINATION/HOTEL NAME:**

Dallas

**CHECK-IN**
06/22/2021

**CHECK-OUT**
06/24/2021

| ROOMS | ADULTS | CHILDREN |
|---|---|---|
| 1 | 1 | 0 |

Search 🔗

# Rapid Rewards®

Seek adventure, get rewarded.

✔ Unlimited reward seats
✔ No blackout dates
✔ Your points don't expire

Enroll now, it's free!

Points don't expire as long as you have flight-earning or partner-earning activity every 24 months. All Rapid Rewards rules and regulations apply.

# Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
|  MasterCard 7555<br>XXXXXXXXXXXX7555<br>Expiration: 4/24 | CARD HOLDER<br>Lucas Wall | BILLING ADDRESS<br>435 10th St. NE<br>Washington, DC US 20002 | **$141.98** |

# Total charged

### You're all set for your upcoming trip.



Get ready to enjoy two bags for the price of none*, no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.

| SUBTOTAL | **$118.68** |
|---|---|
| TAXES & FEES | **$23.30** |
| **TOTAL DOLLARS** | **$141.98** |

Show price breakdown

# Save up to 30% off

Earn up to 2400 Rapid Rewards® points.



**Book now** ❯

**Before you travel, don't forget:**



Wear personal face coverings

Download mobile boarding passes

Agree to health declaration

Plaintiff's Exhibit 6



# DFW  >  FRA

**Dallas-Fort Worth , TX to Frankfurt , Germany**
THU, 24 JUN 2021 - WED, 30 JUN 2021

FLIGHT CONFIRMATION #  ██████████

MULTI-CITY  |  1 PASSENGER

✈  FLIGHTS

FLIGHT  **DL 1776**

THU, 24 JUN 2021          24 DAYS  FROM DEPARTURE

**Find Sky Club Locations :**
Dallas/Ft Worth Intl - DFW
Hartsfield-Jackson Atlanta Intl - ATL

## DFW > ATL   ON TIME          SEAT: **24E**

Airport Maps:  DFW  |  ATL

DEPART: **2:04 PM**        ARRIVE: **5:14 PM**          MAIN CABIN ( T )

**Aircraft:** Airbus A321
**Flight Time:** 2HR 10M
**On Time %:** N/A
**Miles Flown:** 731

MEAL SERVICES: Snacks , Drinks
In-Flight services and amenities:

**BAGGAGE & SERVICE FEES**

In-Flight services and amenities
may vary and are subject to change.

LAYOVER IN ATLANTA, GA    40M

FLIGHT  **DL 14**

THU, 24 JUN 2021          24 DAYS  FROM DEPARTURE

**Find Sky Club Locations :**
Hartsfield-Jackson Atlanta Intl - ATL
Frankfurt Rhein Main Intl Arpt - FRA

## ATL > FRA   ON TIME          SEAT: **19F**

Airport Maps:  ATL  |  FRA

DEPART: **5:54 PM**        ARRIVE: **8:55 AM**          MAIN CABIN ( T )
Fri, 25 Jun 2021

**Aircraft:** Airbus A330-300
**Flight Time:** 9HR 1M
**On Time %:** N/A
**Miles Flown:** 4601

MEAL SERVICES: Dinner , Snacks , Drinks , Anytime Snack
In-Flight services and amenities:

**BAGGAGE & SERVICE FEES**

In-Flight services and amenities
may vary and are subject to change.

FLIGHT  **DL 15**

WED, 30 JUN 2021          30 DAYS  FROM DEPARTURE

**Find Sky Club Locations :**
Frankfurt Rhein Main Intl Arpt - FRA
Hartsfield-Jackson Atlanta Intl - ATL

## FRA > ATL   ON TIME          SEAT: **23F**

Airport Maps:  FRA  |  ATL

DEPART: **11:50 AM**        ARRIVE: **3:45 PM**          MAIN CABIN ( X )

**Aircraft:** Airbus A330-300
**Flight Time:** 9HR 55M
**On Time %:** N/A
**Miles Flown:** 4613

MEAL SERVICES: Dinner , Snacks , Light Meal , Drinks ,
Anytime Snack
In-Flight services and amenities:

**BAGGAGE & SERVICE FEES**

In-Flight services and amenities
may vary and are subject to change.

LAYOVER IN ATLANTA, GA    2HR 45M

FLIGHT  **DL 5412**      Operated by: Endeavor Air DBA Delta Connection

WED, 30 JUN 2021          30 DAYS FROM DEPARTURE

Find Sky Club locations
Hartsfield-Jackson Atlanta Intl - ATL
Myrtle Beach Intl - MYR

# ATL > MYR          ON TIME

**Airport Map:**   ATL  |  MYR

SEAT: **18D**

DEPART: **6:30 PM**          ARRIVE: **7:49 PM**          MAIN CABIN  ( X )

**Aircraft:** CRJ 900
**Flight Time:** 1HR 19M
**On Time %:** N/A
**Miles Flown:** 316

**MEAL SERVICES:** Snacks , Drinks
In-Flight services and amenities:

**BAGGAGE & SERVICE FEES**

**In-Flight services and amenities
may vary and are subject to change.**

## PASSENGER INFORMATION

| | NAME | FLIGHT | SEATS | TRIP EXTRAS | SPECIAL REQUESTS |
|---|---|---|---|---|---|
| 1 | LUCAS WALL<br>eTicket # ▇▇▇▇▇ | DFW  to  ATL | Main Cabin ( T )<br>24E | | |
| | | ATL  to  FRA | Main Cabin ( T )<br>19F | | |
| | | FRA  to  ATL | Main Cabin ( X )<br>23F | | |
| | | ATL  to  MYR | Main Cabin ( X )<br>18D | | |

**Complete Delta Air Lines Baggage Information**
Baggage fees will be assessed at the time you check in.

Final baggage fees will be assessed and charged at time of check-in. Baggage fees may change based on the class of service or frequent flyer status.
All prices are (USD) unless otherwise noted. If your itinerary qualifies for Trip Insurance, you will be able to add it before you purchase your ticket.

Changes & Cancellation Polices

# You're Booked!

`Plaintiff's Exhibit 7`

You'll get a confirmation email as well, but check the details carefully here. Have a great trip! To protect the health and safety of our Guests and Team Members, Spirit requires appropriate face coverings (over the nose and mouth) during travel. **Learn More.**

IMPORTANT TRAVEL INFORMATION: You may be traveling to a destination that has mandatory COVID-19 travel requirements including testing, health form(s), and/or quarantine. For round trip travel, please check the requirements for both your outbound and return flights, making note to the new U.S. testing requirements. Please visit our **COVID Information Center** and your destination's government websites for travel updates at least 96 hours before you travel.





ADD TRIP TO CALENDAR

**NOTE: This page is not your boarding pass.**

| Booking Date: May 31, 2021 | Status: Confirmed | Confirmation Code: ██████ |
|---|---|---|

# Flights

| | July 3, 2021 <br> Depart:  Myrtle Beach (MYR) 7:05 AM | Flight:  NK454 <br> Arrive:  Baltimore (BWI) 8:30 AM | ⌄ |
|---|---|---|---|

Watch your emails for any flight time changes that may occur prior to your trip. Schedule change notifications will be sent to lewnwdc77-airlines@yahoo.com up until the day of your departure. On the day you're traveling, you can reconfirm your flight times by visiting our website or by calling us directly at 1.855-728-3555. It is recommended that you arrive at the airport about 2 hours prior to your departure for domestic flights and 3 hours prior to departure for international flights.

# Passenger

MR. LUCAS WALL

**Free Spirit #:**

**Additional Info:**

MYR - BWI: --

MYR - BWI: --

# Contact

MR. LUCAS WALL
lewnwdc77-airlines@yahoo.com
+1-202-351-1735

We'll keep you posted about any changes to this trip,
so please double check your email and phone number.

## TOTAL PAID                                          $37.59    ⌄

## Free Spirit Points

**Lucas Wall**                                        **139 Points**

Don't let your points go to waste. **Sign up for free!**

### Join Free Spirit®. Earn Points. Get Rewards.

Earn points on every dollar spent when you fly with us or use one of our many partners. Flight redemption start as low at 2,500 points and are available on every seat on every flight with no blackout dates. Pool your points with family and friends so you can earn reward flights faster. It costs nothing to join and simplifies all your future bookings!

### Sign Up Today And Start Earning Points With This Flight!

**JOIN NOW FOR FREE**

Thank you for choosing Spirit. We look forward to serving you on your upcoming trip!
For modifications to flight only itineraries, please call 1.855-728-3555
For modifications to vacation package itineraries please call 1.954.698.0125
To provide feedback, please email support@spirit.com or write to Spirit Customer Relations, 2800 Executive Way, Miramar, FL 33025.

**Confirmation Code:** ██████

Plaintiff's Exhibit 8          

**Traveler**

**Lucas Wall**
   **E-Ticket:** ███████████
**MP#: Not available**
   **Seats:  IAD-SEA    21E**
              **SEA-IAD    26B**

| Flight | Departs | Arrives |
|---|---|---|
| **Alaska 1032** | | |
| **Main (K)** | **Washington, DC-Dulles (IAD)** | **Seattle (SEA)** |
| **Nonstop** | **Sat, Jul 10** | **Sat, Jul 10** |
| **Distance: 2,299 mi** | **7:45 am** | **10:33 am** |
| **Duration: 5h 48m** | | |
| **Alaska 1078** | | |
| **Main (K)** | **Seattle (SEA)** | **Washington, DC-Dulles (IAD)** |
| **Nonstop** | **Thu, Jul 15** | **Thu, Jul 15** |
| **Distance: 2,299 mi** | **8:26 am** | **4:35 pm** |
| **Duration: 5h 9m** | | |

**Flight Total for 1 passenger: $1,592.80**

**The MasterCard ending with *******7555 has been charged a total of USD $1,592.80.**

|  |  |  |
|---|---|---|
| **Total per passenger** | | **$1,592.80** |
| **Fare** | | **$1,454.88** |
| **Base fare** | **$1,454.88** | |
| **Taxes and fees** | | **$137.92** |
| **United States Flight Segment Tax Domestic** | **$8.60** | |
| **United States Passenger Civil Aviation Security Service Fee** | **$11.20** | |
| **US Passenger Facility Charge** | **$9.00** | |
| **US transportation tax** | **$109.12** | |

**Each ticket will be a separate charge on your credit card statement.**

**For additional assistance with your reservation, call us at 1-800-252-7522 for assistance.**

Plaintiff's Exhibit 9

# Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines

Please complete the information below and submit to Southwest Airlines for review of a mask exception application.  You are submitting the information below and as outlined in this Application for Exemption in order for Southwest to evaluate and process your request for an exemption from the federal mask mandate while flying with Southwest Airlines. Southwest Airlines may share this information with a third-party medical provider, the CDC and other government authorities, and our agents, vendors, and service providers for purposes of managing and fulfilling your travel reservations and assisting Southwest Airlines with the evaluation and processing of your application for an exemption.

Please check the box below that applies:

- I am completing this form for myself
- I am completing this form for the minor named herein.  I am either the parent or guardian of the minor child and have the authority to and, by completing this form, hereby attest to the information provided below.

Passenger First Name: _____Lucas_____

Passenger Middle Initial: _____E._____

Passenger Last Name: _____Wall_____

Contact Email address: _____LEWNWDC77-AIRLINES@yahoo.com_____

Contact Phone number: _____202-351-1735_____

Reason for Mask Exception Request:

_____Generalized Anxiety Disorder_____

_____unable to tolerate wearing a mask_____

_____

Is flight already booked? Yes __✓__ No____

If flight is already booked, please include the following information:

Date(s) of Travel: _____6-2-21_____

City Pair: _____MCO-FLL_____

Confirmation Number (if flight already booked): _4H4hAN_

Does Passenger possess a WN Employee ID? _no_

If Passenger possesses a WN Employee ID, please include the following information:

WN Employee ID of Traveling Passenger: ___X___

By submitting this request and signing below, I [name of passenger or authorized representative] [on behalf of _____] have read and understand the disclosures and requirements included above pertaining to my application to receive an exemption from the federal requirement to wear a mask while flying on Southwest Airlines, including, without limitation, Southwest's collection, use, and sharing of information.

_Lucas Wall_

Passenger Signature or Signature of Passenger Parent or Guardian

_Lucas Wall_

Printed Name of Passenger or Parent or Guardian

Date: _5-31-21_

*It is illegal pursuant to 14 CFR Part 382 to require advance notice of disability accommodation*

I object to having to submit this form

# Southwest

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REW

## Customers with Disabilities

Notice of Disability

Assistance in the Airport

Security Screening

Wheelchairs & Other Devices

Allergies

Cognitive Disabilities

Deaf or Hard of Hearing

Blind Or Low Vision

Medication

Trained Service Animals

Medical Oxygen

Portable Oxygen Concentrators

Non-Passenger Escort

**Mask Exemptions**

Your Rights

### Exemption to Federal Mask Requirement on Southwest Airlines

Federal law requires each person, 2 years of age and older, to wear a mask at all times throughout the flight, including during boarding and deplaning. Refusing to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties under federal law.

**Southwest Airlines will consider applications for exemptions from this mask requirement from Passengers with a disability who cannot wear a mask, or who cannot safely wear a mask because of the disability.**

Per guidance from the U.S. Department of Transportation, airlines are permitted to impose certain requirements or conditions on a person requesting an exemption from the mask requirement.

**Please comply with the following pre-travel steps:**

At least seven (7) days prior to the Passenger's planned date of travel, a Passenger requesting a mask exemption for travel on Southwest Airlines must complete and submit the following via **Southwest.com>Contact Us>Send a Message.>Email Us: Comment/Question>Disability>Future Travel Assistance**:

1. A fully completed copy of this form executed by the Passenger making the request, or if the Passenger requesting a mask exemption is a minor child, the parent or guardian of such minor child; and

2. A signed letter from the requesting Passenger's Medical Physician on the Physician's letterhead stating that the Passenger with a disability has a recognized medical condition precluding the wearing or safe wearing of a mask because of their disability.

Once Southwest Airlines receives a mask exemption application in line with the above criteria, at Southwest's request to Passenger, Passenger may undergo a private medical screening (over the phone) with a third-party medical provider (Southwest Airlines' vendor StatMD).

If Southwest preliminarily approves a mask exemption after reviewing the Passenger's PDF document and the Medical Physician's letter and after receiving the third party medical provider's affirmation for travel, if required, Southwest will contact you at the phone number or email address provided below to discuss any need to change your travel dates and/or flights and remind you of the need to obtain a qualifying COVID negative viral test.

No later than 24 hours prior to the Passenger's scheduled departure(s), Passenger must provide evidence of Passenger's qualifying COVID negative viral test result. A qualifying COVID negative viral test result is defined as:

A physical or electronic documentation of a qualifying COVID negative viral test taken within three (3) calendar days preceding the Passenger's scheduled date of travel. A viral test means a viral detection test for current infection, which is a nucleic acid amplification test with observation approved or authorized by the relevant national authority for the detection of SARS-CoV-2.

**Note:** Roundtrip travel will require an additional qualifying COVID negative viral test result taken within three (3) calendar days preceding the Passenger's scheduled date of return travel and submitted no later than 24 hours prior to the Passenger's scheduled departure, unless the Passenger's return flight is within three (3) calendar days of the date of the initial negative COVID-19 departure test.

## Join the Discussion

Share knowledge and learn from travelers just like you.
Community ↗

### Need Help?

We're a click away.
Contact Us

**How May We Help You?** Search Customer Service

Enter Keyword(s)

**Search**


**(https://www.southwest.com
/?clk=GNAVHOMELOGO)**

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®    🔍

Contact Us (https://www.southwest.com/contact-us/contact-us.html?src=c360) > Email Us

# Comment/Question

## Disability - Future Travel Assistance

Do you have a disability-related question about your upcoming travel plans? Please share the details below, and we'll get back with you as soon as possible.

If this is regarding a past travel experience, please select one of the other applicable "Disability" sub categories so that your question or comment is directed to the appropriate personnel.

**\* (REQUIRED) ADD A DESCRIPTION**

Attached is my Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines form for my June 2 flight from MCO to FLL.

Please note it is illegal under the Air Carrier Access Act regulations (14 CFR § 382) for you to require:

1.   a disability accommodation request be submitted in advance;
2.   a signed letter from my medical physician attesting to my disability that precludes me from wearing a face mask;
3.   me to undergo a private medical screening with a third-party medical provider; and
4.   require me to provide evidence of a qualifying COVID negative viral test taken within three calendar days preceding my scheduled date of travel.

Your face-mask-exemption policy constitutes illegal discrimination against passengers with disabilities pursuant to the Air Carrier Access Act (49

1385 character(s) remaining.

☐  I do not need a response

🔗 CFR 14-382 ACCA.pdf ×    🔗 Southwest App for Mask Exemption WALL.pdf ×
🔗 USC 49-41705 ACCA.pdf ×

**ADD ATTACHMENT (OPTIONAL)**

⬆ Upload Files

Maximum file size of the each attachment is 100MB

For your security, please do not enter personal information such as a credit card number or your date of birth unless date of birth is specifically requested on the form. You will receive an email acknowledging Southwest's receipt of the information you submitted and a case number for your reference. We accept common file types like jpg, jpeg, png, gif, doc, docx, xls, pdf, xlsx, and txt (max. per file: 100 MB / max. total: 500 MB and 5 files).

∨  **Flight Information**

**(JavaScript:Void(0);)**

**\* (REQUIRED) FLIGHT / EVENT DATE**

Jun 2, 2021                                                                                     📅

**\* (REQUIRED) AIRPORT**

MCO

Orlando, FL - **MCO**

**\* (REQUIRED) FLIGHT NUMBER**

2204

**\* (REQUIRED) CONFIRMATION NUMBER**

4HLAN

Your entry is too short.

**\* (REQUIRED) ORIGIN CITY**

MCO

Orlando, FL - **MCO**

**\* (REQUIRED) DESTINATION CITY**

FLL

Ft. Lauderdale, FL - **FLL**

## Contact Information

**\* (REQUIRED) FIRST NAME**

Lucas

**\* (REQUIRED) LAST NAME**

Wall

**\* (REQUIRED) EMAIL**

lewnwdc77-airlines@yahoo.com

**PHONE NUMBER**

202-351-1735

Please enter valid Phone Number. Special characters are not accepted

**RAPID REWARDS ACCOUNT NUMBER**

> **Your Address** (Optional)

**(JavaScript:Void(0);)**

Go Back                                                                                     Submit

Privacy - Terms

Attached is my Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines form for my June 2 flight from MCO to FLL.

Please note it is illegal under the Air Carrier Access Act regulations (14 CFR § 382) for you to require:

1. a disability accommodation request be submitted in advance;
2. a signed letter from my medical physician attesting to my disability that precludes me from wearing a face mask;
3. me to undergo a private medical screening with a third-party medical provider; and
4. require me to provide evidence of a qualifying COVID negative viral test taken within three calendar days preceding my scheduled date of travel.

Your face-mask-exemption policy constitutes illegal discrimination against passengers with disabilities pursuant to the Air Carrier Access Act (49 USC § 41705). The U.S. Code and Code of Federal Regulations provisions are attached for your reference. I refuse to abide by your requests for a physician letter, private medical screening, and negative COVID test since these are illegal. Also, I am fully vaccinated and don't pose a threat to anyone.

## Southwest Airlines Response to your Inquiry (Case #24103856)

From:  Southwest Airlines (no-reply@southwest-communications.com)

To:  lewnwdc77-airlines@yahoo.com

Date:  Monday, May 31, 2021, 1:00 PM EDT



**Dear Lucas,**

Thank you for taking the time to contact Southwest Airlines. The case number for your webform submission is 24103856. You indicated that your reason for contacting us is regarding a disability-related service. Depending on the nature of your correspondence and regulatory requirements, it may take up to 30 days before you receive a response. We are dedicated to providing you with a thorough and personal response. We apologize for any inconvenience this may cause and appreciate your patience.

This is an automated note, so please do not reply to this email. If your correspondence is regarding travel scheduled within the next seven days, please call us at 1-800-435-9792, or check out our Frequently Asked Questions on Southwest.com.

 **Reward seats only on days ending in "y."** That's Trans**fare**ncy®.

**Connect with us**   

**Mobile app** 

Southwest.com® | Privacy | Contact Us

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright {This Year} Southwest Airlines Co. All Rights Reserved.

# Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines

Please complete the information below and submit to Southwest Airlines for review of a mask exception application.  You are submitting the information below and as outlined in this Application for Exemption in order for Southwest to evaluate and process your request for an exemption from the federal mask mandate while flying with Southwest Airlines. Southwest Airlines may share this information with a third-party medical provider, the CDC and other government authorities, and our agents, vendors, and service providers for purposes of managing and fulfilling your travel reservations and assisting Southwest Airlines with the evaluation and processing of your application for an exemption.

Please check the box below that applies:

- I am completing this form for myself.
- I am completing this form for the minor named herein.  I am either the parent or guardian of the minor child and have the authority to and, by completing this form, hereby attest to the information provided below.

Passenger First Name: _Lucas_

Passenger Middle Initial: _E._

Passenger Last Name: _Wall_

Contact Email address: _LEWNWPC77-AIRLINES@yahoo.com_

Contact Phone number: _202-354-1735_

Reason for Mask Exception Request:

_Generalized Anxiety Disorder_
_unable to tolerate wearing a mask_

Is flight already booked?  Yes _✓_  No_____

If flight is already booked, please include the following information:

Date(s) of Travel: _6-22-21_

City Pair: _HOU-DAL_

Confirmation Number (if flight already booked): ███████

Does Passenger possess a WN Employee ID? _N O_

If Passenger possesses a WN Employee ID, please include the following information:

WN Employee ID of Traveling Passenger: _____X_____

By submitting this request and signing below, I [name of passenger or authorized representative] [on behalf of _____] have read and understand the disclosures and requirements included above pertaining to my application to receive an exemption from the federal requirement to wear a mask while flying on Southwest Airlines, including, without limitation, Southwest's collection, use, and sharing of information and that Southwest Airlines may change my travel dates and/or flights should one or more of my originally scheduled flights have a capacity of 75% or more, or another Passenger approved for a mask exemption booked on such flight.

_Livea WXell_____

Passenger Signature or Signature of Passenger Parent or Guardian

_Lveoswell_____

Printed Name of Passenger or Parent or Guardian

Date: _5-31-21_____

⭑ It is illegal persuant to 14 CFR Part 382 to required vance notice of disability accommodation ⭑

I object to having to submit this form.

**Southwest** ✈

FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REW

# Customers with Disabilities

Notice of Disability

Assistance in the Airport

Security Screening

Wheelchairs & Other Devices

Allergies

Cognitive Disabilities

Deaf or Hard of Hearing

Blind Or Low Vision

Medication

Trained Service Animals

Medical Oxygen

Portable Oxygen Concentrators

Non-Passenger Escort

**Mask Exemptions**

Your Rights

**Exemption to Federal Mask Requirement on Southwest Airlines**

Federal law requires each person, 2 years of age and older, to wear a mask at all times throughout the flight, including during boarding and deplaning. Refusing to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties under federal law.

**Southwest Airlines will consider applications for exemptions from this mask requirement from Passengers with a disability who cannot wear a mask, or who cannot safely wear a mask because of the disability.**

Per guidance from the U.S. Department of Transportation, airlines are permitted to impose certain requirements or conditions on a person requesting an exemption from the mask requirement.

**Please comply with the following pre-travel steps:**

At least seven (7) days prior to the Passenger's planned date of travel, a Passenger requesting a mask exemption for travel on Southwest Airlines must complete and submit the following via **Southwest.com>Contact Us>Send a Message.>Email Us: Comment/Question>Disability>Future Travel Assistance:**

1. A fully completed copy of this form executed by the Passenger making the request, or if the Passenger requesting a mask exemption is a minor child, the parent or guardian of such minor child; and

2. A signed letter from the requesting Passenger's Medical Physician on the Physician's letterhead stating that the Passenger with a disability has a recognized medical condition precluding the wearing or safe wearing of a mask because of their disability.

Once Southwest Airlines receives a mask exemption application in line with the above criteria, at Southwest's request to Passenger, Passenger may undergo a private medical screening (over the phone) with a third-party medical provider (Southwest Airlines' vendor StatMD).

If Southwest preliminarily approves a mask exemption after reviewing the Passenger's PDF document and the Medical Physician's letter and after receiving the third party medical provider's affirmation for travel, if required, Southwest will contact you at the phone number or email address provided below to discuss any need to change your travel dates and/or flights and remind you of the need to obtain a qualifying COVID negative viral test.

No later than 24 hours prior to the Passenger's scheduled departure(s), Passenger must provide evidence of Passenger's qualifying COVID negative viral test result. A qualifying COVID negative viral test result is defined as:

A physical or electronic documentation of a qualifying COVID negative viral test taken within three (3) calendar days preceding the Passenger's scheduled date of travel. A viral test means a viral detection test for current infection, which is a nucleic acid amplification test with observation approved or authorized by the relevant national authority for the detection of SARS-CoV-2.

**Note:** Roundtrip travel will require an additional qualifying COVID negative viral test result taken within three (3) calendar days preceding the Passenger's scheduled date of return travel and submitted no later than 24 hours prior to the Passenger's scheduled departure, unless the Passenger's return flight is within three (3) calendar days of the date of the initial negative COVID-19 departure test.

## Join the Discussion

Share knowledge and learn from travelers just like you.
Community 🗗

### Need Help?
We're a click away.
Contact Us

## How May We Help You? Search Customer Service

Enter Keyword(s)                                    **Search**

[Handwritten annotations: "unlikely this is legal", "no cost to see doctor", "no time to see doctor", "FALSE", "I legal", "14 CFR Part 382", "my flight is in 2 days", "I legal", "I am fully vaccinated", "I legal"]


**Southwest** (https://www.southwest.com/?clk=GNAVHOMELOGO)

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®    🔍

Contact Us (https://www.southwest.com/contact-us/contact-us.html?src=c360) > Email Us

# Comment/Question

Disability - Future Travel Assistance

Do you have a disability-related question about your upcoming travel plans? Please share the details below, and we'll get back with you as soon as possible.

If this is regarding a past travel experience, please select one of the other applicable "Disability" sub categories so that your question or comment is directed to the appropriate personnel.

**\* (REQUIRED) ADD A DESCRIPTION**

Attached is my Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines form for my June 22 flight from HOU to DAL.

Please note it is illegal under the Air Carrier Access Act regulations (14 CFR § 382) for you to require:

1. a disability accommodation request be submitted in advance;
2. a signed letter from my medical physician attesting to my disability that precludes me from wearing a face mask;
3. me to undergo a private medical screening with a third-party medical provider; and
4. require me to provide evidence of a qualifying COVID negative viral test taken within three calendar days preceding my scheduled date of travel.

Your face-mask-exemption policy constitutes illegal discrimination against passengers with disabilities pursuant to the Air Carrier Access Act (49

1383 character(s) remaining.

☐ I do not need a response

🔗 CFR 14-382 ACCA.pdf ×    🔗 SW Mask Exemption Form HOU-DAL.pdf ×
🔗 USC 49-41705 ACCA.pdf ×

ADD ATTACHMENT (OPTIONAL)

⬆ Upload Files

Maximum file size of the each attachment is 100MB

For your security, please do not enter personal information such as a credit card number or your date of birth unless date of birth is specifically requested on the form. You will receive an email acknowledging Southwest's receipt of the information you submitted and a case number for your reference. We accept common file types like jpg, jpeg, png, gif, doc, docx, xls, pdf, xlsx, and txt (max. per file: 100 MB / max. total: 500 MB and 5 files).

⌄ **Flight Information**

(JavaScript:Void(0);)

**\* (REQUIRED) FLIGHT / EVENT DATE**

Jun 22, 2021    📅

**\* (REQUIRED) AIRPORT**

HOU

Houston (Hobby), TX - **HOU**

**\* (REQUIRED) FLIGHT NUMBER**

32

**\* (REQUIRED) CONFIRMATION NUMBER**

██████

**\* (REQUIRED) ORIGIN CITY**

HOU

**Hou**ston (Hobby), TX - **HOU**

**\* (REQUIRED) DESTINATION CITY**

DAL

**Dal**las (Love Field), TX - **DAL**

## Contact Information

**\* (REQUIRED) FIRST NAME**

Lucas

**\* (REQUIRED) LAST NAME**

Wall

**\* (REQUIRED) EMAIL**

lewnwdc77-airlines@yahoo.com

**PHONE NUMBER**

2023511735

**RAPID REWARDS ACCOUNT NUMBER**

> **Your Address** (Optional)

**(JavaScript:Void(0);)**

| Go Back | | Submit |
|---------|--|--------|

Privacy · Terms

## Need help?
# Contact Us

Customer Service     FAQ

## Subscribe
**Wanna receive email from us?**
**(https://www.southwest.com**

Attached is my Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines form for my June 2 flight from MCO to FLL.

Please note it is illegal under the Air Carrier Access Act regulations (14 CFR § 382) for you to require:

1. a disability accommodation request be submitted in advance;
2. a signed letter from my medical physician attesting to my disability that precludes me from wearing a face mask;
3. me to undergo a private medical screening with a third-party medical provider; and
4. require me to provide evidence of a qualifying COVID negative viral test taken within three calendar days preceding my scheduled date of travel.

Your face-mask-exemption policy constitutes illegal discrimination against passengers with disabilities pursuant to the Air Carrier Access Act (49 USC § 41705). The U.S. Code and Code of Federal Regulations provisions are attached for your reference. I refuse to abide by your requests for a physician letter, private medical screening, and negative COVID test since these are illegal. Also, I am fully vaccinated and don't pose a threat to anyone.

# Southwest Airlines Response to your Inquiry (Case #24107771)

From:  Southwest Airlines (no-reply@southwest-communications.com)

To:      lewnwdc77-airlines@yahoo.com

Date:  Monday, May 31, 2021, 1:21 PM EDT



**Dear Lucas,**

Thank you for taking the time to contact Southwest Airlines. The case number for your webform submission is 24107771. You indicated that your reason for contacting us is regarding a disability-related service. Depending on the nature of your correspondence and regulatory requirements, it may take up to 30 days before you receive a response. We are dedicated to providing you with a thorough and personal response. We apologize for any inconvenience this may cause and appreciate your patience.

This is an automated note, so please do not reply to this email. If your correspondence is regarding travel scheduled within the next seven days, please call us at 1-800-435-9792, or check out our Frequently Asked Questions on Southwest.com.

 **Reward seats only on days ending in "y."** That's Transf**are**ncy®.

**Connect with us**
  

**Mobile app**
 

Southwest.com® | Privacy | Contact Us

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright {This Year} Southwest Airlines Co. All Rights Reserved.

Plaintiff's Exhibit 10

## COVID-19 Vaccination Record Card

Please keep this record card, which includes medical information about the vaccines you have received.

Por favor, guarde esta tarjeta de registro, que incluye información médica sobre las vacunas que ha recibido.

*Wall* *Lucas* *E.*

First Name      MI

Patient number (medical record or IIS record number)

| Vaccine | Product Name/Manufacturer Lot Number | Date | Healthcare Professional or Clinic Site |
|---|---|---|---|
| 1st Dose COVID-19 | 048A24A Mod | 3·29·21 mm dd yy | Sumter |
| 2nd Dose COVID-19 | B3l321A Modern | 4/26/21 mm dd yy | Sumter |
| Other | | mm dd yy | |
| Other | | mm dd yy | |

October 10, 2013                    Plaintiff's Exhibit 11

Christopher Straley, LICSW
3000 Connecticut Avenue NW,
Suite 134
Washington, DC


Disability Determination Services
U.S. Social Security Administration
S11 Washington, DC
PO Box 8817
London, KY 40742-9890

Re: Lucas Wall (DOB: ███████ )


To Whom It May Concern:

My name is Christopher Straley. I am a Licensed Independent Clinical Social Worker in
Washington, D.C. I completed a Master's Degree in Social Work from West Virginia University
and have completed additional post graduate training at the Washington School of Psychiatry. I
have worked in both private practice and in psychiatric medical settings over the past 15 years.

I have worked with Mr. Lucas Wall intermittently since August 5, 2009, broken up along two
stints, August 2009 through April 2012 and again in February 2013 to the present. We usually
met for weekly individual psychotherapy sessions.  I write this letter based on my experience in
working with Lucas from 3/1/2010 to present.

My current diagnoses for Lucas, under the Diagnostic and Statistical Manual of Mental
Disorders, Fourth Edition ("DSM-IV"), are as follows:

Axis I:          ████████████████████████████████████████████

                 300.02 Generalized Anxiety Disorder,
Axis II:         ████████████████████████████████████████
Axis III:        ████████████████████████████████████████
Axis IV:         ████████████████████████████████████████

Axis V:          ████████████████████████████████████████

When I originally started working with Lucas our area of focus centered on his ████████ and
anxious symptoms, ████████████████████████ One of the factors that had a
significant impact on Lucas' mood and anxiety was. ████████████████████████
████████████████████████████████████████████████████████████████

Lucas Wall



, increased anxiety symptoms, sometimes resulting in panic attacks.

ntain
ty  *During our time together Mr. Wall has exhibited the following symptomology.*

- He has an anxiety syndrome characterized by at least three of the following: feeling on edge, being easily fatigued, difficulty concentrating, irritability, panic attacks, muscle tension, and periods of intense fear.



Sincerely,

Christopher Straley, LICSW

2

Plaintiff's Exhibit 12

September 27, 2014

Christopher Straley, LICSW
3000 Connecticut Avenue NW,
Suite 134
Washington, DC

Office of Disability Adjudication and Review
U.S. Social Security Administration
Suite 300
1227 25th Street, N.W.
Washington, D.C. 20037

Re: ▮▮▮▮ Lucas Wall (DOB: ▮▮▮▮ )

To Whom It May Concern:

This letter is in follow up to a previous letter that was sent October, 2013. Few issues, from my perspective have changed since last year ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ anxiety

My name is Christopher Straley. I am a Licensed Independent Clinical Social Worker in Washington, D.C. I completed a Master's Degree in Social Work from West Virginia University and have completed additional post graduate training at the Washington School of Psychiatry. I have worked in both private practice and in psychiatric medical settings over the past 16 years.

I have worked with Mr. Lucas Wall intermittently since August 5, 2009, broken up along two stints, August 2009 through April 2012 and again in February 2013 to the present (09/2014). We usually meet for weekly individual psychotherapy sessions. I write this letter based on my experience in working with Lucas from 3/1/2010 to present (09/2014).

My current diagnoses for Lucas, under the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition ("DSM-IV"), are as follows:



Axis I: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

300.02 Generalized Anxiety Disorder,

Axis II: ▮▮▮▮▮▮
Axis III: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
Type
Axis IV: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

When I originally started working with Lucas our area of focus centered on his ▮▮▮▮▮▮▮▮ anxious symptoms. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Lucas Wall
(DOB: ██████)

██████████████                    ██████████████████████████████████
████████████████

██████████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████████
██████████████████████████████████████████████ resulted in
increased anxiety symptoms, sometimes resulting in
panic attacks.
██████████████████████████████████████████████████████████
██████████████████████████████████████████████

During our time together Mr. Wall has exhibited the following symptomology related to his mental
health:

- He has an anxiety syndrome characterized by at least three of the following: feeling on edge, being
  easily fatigued, difficulty concentrating, irritability, panic attacks, muscle tension, and periods of
  intense fear.

- ████████████████████████████████████████████████████
  ████████████████████████████████████████████████
  █████████████████████████████████████████

- ██████████████████████████████████████████████████
  ████████████████████████████████

- █████████████████████████████████████████████████████
  ██████████████

- ████████████████████████████████████████████
  ████████████████████████████████████████████

██████████████████████████████████████████████████████████
██████████████████████████████████████████████████████████
█████ ██████████████████████████████████ ████████████ █ ████
██████████████████████████████████████████████████████████
███████

Sincerely,

*Christopher Straley, LICSW* (signature)

Christopher Straley, LICSW

2

Plaintiff's Exhibit 13



7121 Fairway Drive
Suite 102
Palm Beach Gardens, FL 33418
Toll Free: 888-920-4440
Fax: 561-246-4823
Email: intake@danestreet.com

Daniel Harrop III, M.D.
Psychiatry

| Request Date: | 04/02/15 | Report Date: | 04/15/15 |
|---|---|---|---|
| Claimant: | Lucas Wall | Injury Date: | 03/21/12 |
| SSN#: | xxx-xx-xxxx | Insured: | N/A |
| Claim #: | | Jurisdiction: | N/A |
| Dane Street ID: | 430482 | Review Type: | Initial Review |



Lucas Wall
Page 1 of 21



**Summary:**

According to the medical records, the claimant is a 38-year-old male with a disability date of 03/21/2012. He was diagnosed with ███████████████████████████, and anxiety.

On 08/26/2009, the claimant was seen by Helene Emsellem, MD (Sleep Medicine) for sleep consultation. He was evaluated for daytime tiredness and circadian rhythm sleep disorder. The past medical history showed anxiety

an anxiety disorder.

, encouraged him to , continue attention to his anxiety and mood disorder.

On 10/28/2009, the claimant was seen by Linda Croom, ANPC for his DSPS and excessive daytime sleepiness seen in the setting of anxiety 

On 01/25/2010, the claimant was seen by Mahmoud Mustafa, MD for his medications ██████████. He had persistent symptoms of anxiety

On 11/21/2011, the claimant was seen by Mahmoud Mustafa, MD for an office visit. He had a history of ███████, anxiety, ███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

On 12/02/2011, the claimant was seen by Michael West, MD due to ███████████. He had a history of ███████, anxiety, ███████████████████████████████████████████████████████████████

███████████████████████████████████████████████████████████████

On 11/21/2012, the claimant was seen by Mahmoud Mustafa, MD due to ███████████████, and anxiety. He needed refill of all his medications. He was anxious ███████████████████████████████████████████. He was diagnosed with ███████████████ generalized anxiety disorder.

Lucas Wall
Page 7 of 21



On 02/13/2013, the claimant was seen by Thomas Hall, MD

obtained psychiatric referral.

. He displayed some anxiety



A Diagnostic Assessment (Psychiatric and Behavioral Domain 10 from the Department of Mental Health dated 03/01/2013 documented that the claimant complained of ▮▮▮▮▮▮▮▮▮▮, anxiety disorder, ▮▮▮▮▮▮. His previous psychiatric treatment histories were anxiety disorder, ▮▮▮

On 03/26/2013, the claimant was seen by Asa Briggs, NP for an initial psychiatric evaluation. ▮▮▮

The assessments were ▮▮▮▮▮▮▮▮▮▮▮▮ and generalized anxiety disorder. He was advised to continue taking his current medication. The potential side-effects of the medication were discussed. ▮▮▮



On 05/10/2013, the claimant was seen by Vivek Jain, MD

The impression were history of

, and anxiety



A correspondence dated 10/10/2013 from Christopher Straley, LICSW documented that the claimant was under his care intermittently since 08/05/2009, broken up along two stints in August 2009 through February 2013 to the present. They had usually met for psychotherapy sessions. His diagnoses under the Diagnostic and Statistical Manual of Mental Disorders were █████████████████████ and generalized anxiety disorder under axis 1.



On 11/01/2013, an Attending Physician Statement by Samuel Potolicchio, MD documented that the claimant was first seen on 06/04/2013 and last seen on 11/01/2013. ███████████████████████████████████████████████████████████████████████. His medications were 60 mg daily for ████████████ and anxiety.

On 12/23/2013, the claimant was seen by Brinda Krishnan, MD (Psychiatry) for a psychiatric appointment visit and mental health care. He reported anxiety ███████████████████████████████████████████████████████ He was diagnosed with generalized anxiety disorder.



On 05/12/2014, the claimant was seen by Brinda Krishna, MD for an office visit. He reported an increase and anxiety

He was diagnosed with generalized anxiety disorder.



On 07/18/2014, the claimant was seen by Brinda Krishnan, MD foe an office visit.

. He was diagnosed with generalized anxiety disorder

On 10/05/2014, a correspondence from Samuel Potolicchio, MD indicated that the claimant            . He also suffered from            and anxiety.

On 10/17/2014, the claimant was seen by Brinda Krishnan, MD for a follow-up visit. His anxiety and

Lucas Wall
Page 16 of 21



He was diagnosed with generalized anxiety disorder,

A Physician's Statement of Disability Claim completed by Samuel Potolicchio, MD (Neurology) on 01/06/2015 documented that                                                        He was also diagnosed with generalized anxiety disorder

conditions that contributed to his disability were generalized anxiety disorder,

The claimant was seen by Brinda Krishnan, MD on 01/30/2015 for a psychiatric follow-up visit.

His anxiety

. He was diagnosed with generalized anxiety disorder,

Lucas Wall
Page 17 of 21



A correspondence by Christopher Straley, LICSW on 03/06/2015 documented that the claimant underwent psychotherapy services intermittently for seven years.

He had exhibited the symptomology related to his mental health which included anxiety syndrome characterized by feeling on edge, being easily fatigued, difficulty concentrating, irritability, panic attacks, muscle tension, and periods of intense fear.

The prognosis of his anxiety was moderate to fair. It was noted that his symptoms would not be returning to baseline in the near future and he would have to make significant adjustments to his identity and way of living.



As noted above, the claimant has struggled with ███████ and anxiety for some years, ████████

On 11/21/2011, Dr. Mustafa saw the claimant for an office visit. He had a history of ████████ anxiety,

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty. I reviewed the entire medical records and complete documentation provided on the case individually and completely and gave attention to all of the records personally, in addition to any synopses that may have been provided to them.

Daniel Harrop III, M.D.
Board Certified Psychiatry

10/10/2015                    Plaintiff's Exhibit 14

To Whom It May Concern,

I am writing this letter today on half of Mr. Wall, ███████████████████████
████████████████████████████████████████████████████████████████
████████

As stated in my previous letter, I have worked with Mr. Wall regularly over the course of several years,
and seen Mr. Wall through much of his struggle with his ████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████. He has tried multiple
pharmaceutical treatments including ██████████████████████████████████████
████████████████████████ anti-anxiety medications. ████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████████
████████████████████
████████████████████████████████████████████████████████████
████████████████████████████████████████████████████████
████████████████████████████████████████████████████████████
██████████████████████████████████████████████

Sincerely,

*[signature]*

Christopher Straley, LICSW

Miriam Beadle, Ph.D.
Licensed Psychologist Clinical Neuropsychologist
3000 Connecticut Avenue NW #136
Washington DC 20008
202-536-5602

Plaintiff's Exhibit 15

**Patient:**       Lucas E. Wall
**Date of Birth:**
**Claim #:**

## History and Current Psychological Condition:

Lucas Wall was originally seen by this clinician 1/21/16. His prior therapist was reducing his practice therefore the patient needed a new therapist.

The patient was seen in weekly therapy until August 2016, when he was psychiatrically hospitalized

He was kept inpatient for four days. He was discharged with recommendations to return back to outpatient therapy. Since that time, he has been seen in biweekly psychotherapy.

## Premorbid Functioning:

Wall, Lucas
Page 2

## Mental Status:

As noted, the patient's level of psychological functioning has historically been unstable. He would easily become labile in private and in public. He was unable to adequately cope with his emotional functioning ███████████████████████████████████████████

The patient presented often with flat affect and anxious mood. Emotional lability was often present. He often experienced bouts of anxiety and panic. ███████████████████████



## Treatment Progress:

The patient has been compliant with his treatment. He participates in his sessions and is open to recommendations made to him by this clinician. Since the time of the inpatient stay, we have worked to manage his lability and unstable mood. ████████████████████████████

His treatment goals continue to be to ███████████████████████ decrease his experiences of anxiety and panic that still occur often, ███████████████████████████

## Diagnostic Impression:

F31.81      ███████████████
F41.1       Generalized Anxiety Disorder

Wall, Lucas
Page 3

**Prognosis:**

Currently poor. ███████████████████████

**Recommendations:**

1. Continue on long-term disability.
2. Continue in outpatient psychotherapy for treatment and ongoing evaluation
   of psychological functioning.

If there are any questions, please call.

Miriam Beadle, Ph.D.
Licensed Psychologist
Health Psychologist
Clinical Neuropsychologist

Promised: 4/23/21, 4:02

# WA 71

## Wall, Lucas

## Prescription Information

### CLONAZEPAM 1 MG TABLET
Common brand(s) Klonopin

Take 1 tablet by mouth twice

| MORNING | MIDDAY | EVENING | BEDTIME |
|---|---|---|---|
| 1 TABLET | | 1 TABLET | |

**Important Information**
- May cause drowsiness and dizziness. Careful using vehicle, vessel, machines.
- Call doctor if you experience mood changes, agitation, depression or fear.
- Take or use this exactly as directed. Do not change doses or discontinue.
- Use with opioids may cause serious breathing problems or severe drowsiness

See back for more information
★ PHARMACY ADVICE

## Receipt & Refill Information

CVS Pharmacy
901 S Main St
Wildwood, FL 34785

STORE# 3144

STORE TEL: (352) 748-1414

### CLONAZEPAM TABLET
NDC: 16729-0137-16
QTY: 180 EA

CAP: **Non-Safety**

REFILL: 0 Refills
MFR: ACCORD HEALTHCA
PRSCBR: Mahmood Mugha
DAYS SUPPLY: 90
DATE FILLED: 4/23/21

RETAIL PRICE: $103.99

## Notes from the Pharmacy

Plaintiff's Exhibit 16

**A Simple Way to Manage your Prescriptions**
CVS Pharmacy has made it easier for you to read and follow your prescription information. We use icons to show when and how to take each medication, so your prescriptions can work harder for you.

As always, your CVS Pharmacy team welcomes your questions.

Any questions about your medication? Contact your pharmacist:
Hanh Hoang, RPh
TEL: (352) 748-1414



♥ CVS pharmacy

---

See also Warning section. Drug interactions may change how your medications work or increase your risk for serious side effects. This document does not contain all possible drug interactions. Keep a list of all the products you use (including prescription/nonprescription drugs and herbal products) and share it with your doctor and pharmacist. Do not start, stop, or change the dosage of any medicines without your doctor's approval. Some products that may interact with this drug include: orlistat, sodium oxybate. The risk of serious side effects (such as slow/shallow breathing, severe drowsiness/dizziness) may be increased if this medication is taken with other products that may also cause drowsiness or breathing problems. Tell your doctor or pharmacist if you are taking other products such as opioid pain or cough relievers (such as codeine, hydrocodone), alcohol, marijuana (cannabis), drugs for sleep or anxiety (such as alprazolam, lorazepam, zolpidem), muscle relaxants (such as carisoprodol, cyclobenzaprine), or antihistamines (such as cetirizine, diphenhydramine). Check the labels on all your medicines (such as allergy or cough-and-cold products) because they may contain ingredients that cause drowsiness. Ask your pharmacist about using those products safely.

**OVERDOSE:**
If someone has overdosed and has serious symptoms such as passing out or trouble breathing, call 911. Otherwise, call a poison control center right away. US residents can call their local poison control center at 1-800-222-1222. Canada residents can call a provincial poison control center. Symptoms of overdose may include: severe drowsiness, confusion, loss of consciousness, slowed/decreased reflexes.

**NOTES:**
Do not share this medication with others. Sharing it is against the law. Laboratory and/or medical tests (such as liver function tests, complete blood count) should be performed periodically to monitor your progress or check for side effects. Consult your doctor for more details.

**MISSED DOSE:**
If you miss a dose, take it as soon as you remember. If it is near the time of the next dose, skip the missed dose. Take your next dose at the regular time. Do not double the dose to catch up.

**STORAGE:**
Store at room temperature away from light and moisture. Do not store in the bathroom. Keep all medications away from children and pets. Do not flush medications down the toilet or pour them into a drain unless instructed to do so. Properly discard this product when it is expired or no longer needed. Consult your pharmacist or local waste disposal company.
Information last revised March 2021. Copyright(c) 2021 First Databank, Inc.

**Keep Out of Reach of Children. Important Disclaimer:** The side effects described in this document do not reflect all the possible risks that could be caused by this medication. For further information, please consult with your physician about the uses, precautions and risks of the medication specific to your health. This information is obtained from First DataBank for use as an educational aid.
Item#: 399469

## IAZEPAM 1 MG TABLET

URER: ACCORD HEALTHCA

LUE ROUND-shaped TABLET imprinted with C 1 on the front.

**INGREDIENT:**
EPAM - ORAL - (klo-NAY-zeh-pam)
**N BRAND NAME(S):**

**G:**

am has a risk for abuse and addiction, which can lead to
and death. Taking this medication with alcohol or other drugs
ause drowsiness or breathing problems (especially opioid
including death. To lower your risk, your doctor should have you
smallest dose of clonazepam that works, and take it for the
possible time. Be sure you know how to take clonazepam and
r drugs you should avoid taking with it. See also Drug
s section. Get medical help right away if any of these very
de effects occur: slow/shallow breathing, unusual
adness, severe drowsiness/dizziness, difficulty waking up.

stopping this medication may cause seizures (possibly fatal)
it withdrawal, especially if you have used it for a long time or in high doses.
t, especially if you have used it for a long time or in high doses.
pharmacist right away if you have any withdrawal symptoms
eadaches, trouble sleeping, restlessness,
ions/contusion, depression, nausea, or seizures. Withdrawal
s may sometimes last weeks to months.

am is used to prevent and control seizures. This medication is
an anticonvulsant or antiepileptic drug. It is also used to treat
cks. Clonazepam works by calming your brain and nerves. It
o a class of drugs called benzodiazepines.

**USE:**
Warning section. Read the Medication Guide provided by your
st before you start taking clonazepam and each time you get a
u have any questions, ask your doctor or pharmacist. Take this
h by mouth as directed by your doctor, usually 2 or 3 times daily.
based on your medical condition, age, and response to
For children, the dose is also based on weight. Older adults
art with a lower dose to decrease the risk of side effects. Do not
our dose, take it more often, or take it for a longer time than
Take this medication regularly to get the most benefit from it. To
remember, take it at the same times each day. Do not stop taking
ation without consulting your doctor. Some conditions may
orse when this drug is suddenly stopped. Your dose may need
ually decreased. When this medication is used for a long time, it
ork as well. Talk with your doctor if this medication stops
well. Though it helps many people, this medication may
s cause addiction. This risk may be higher if you have a
use disorder (such as overuse of or addiction to drugs/alcohol)
medication exactly as prescribed to lower the risk of addiction.
doctor or pharmacist for more details. If you have several
pes of seizure disorders, you may experience a worsening of
when you first start using clonazepam. Consult your doctor right
s happens. Your doctor may need to add or adjust the dose of
medications to control the seizures. Tell your doctor if your
persists or worsens.

**SIDE EFFECTS:**
See also Warning section. Drowsiness, dizziness, tiredness, loss of
coordination, or increased saliva production may occur. If any of these
effects persist or worsen, tell your doctor or pharmacist promptly.
Remember that your doctor has prescribed this medication because he
or she has judged that the benefit to you is greater than the risk of side
effects. Many people using this medication do not have serious side
effects. A small number of people who take anticonvulsants for any
condition (such as seizures, bipolar disorder, pain) may experience
depression, suicidal thoughts/attempts, or other mental/mood
problems. Tell your doctor right away if you or your family/caregiver
notice any unusual/sudden changes in your mood, thoughts, or
behavior, including: confusion, memory problems, signs of depression,
suicidal thoughts/attempts, thoughts about harming yourself. A very
serious allergic reaction to this drug is rare. However, get medical help
right away if you notice any symptoms of a serious allergic reaction,
including: rash, itching/swelling (especially of the face/tongue/throat),
severe dizziness, trouble breathing. This is not a complete list of
possible side effects. If you notice other effects not listed above,
contact your doctor or pharmacist. In the US - Call your doctor for
medical advice about side effects. You may report side effects to FDA
at 1-800-FDA-1088 or at www.fda.gov/medwatch. In Canada - Call your
doctor for medical advice about side effects. You may report side
effects to Health Canada at 1-866-234-2345.

**PRECAUTIONS:**
Before taking clonazepam, tell your doctor or pharmacist if you are
allergic to it; or to other benzodiazepines (such as diazepam,
lorazepam); or if you have any other allergies. This product may
contain inactive ingredients, which can cause allergic reactions or other
problems. Talk to your pharmacist for more details. Before using this
medication, tell your doctor or pharmacist your medical history,
especially of: a certain type of eye problem (narrow angle glaucoma), a
certain blood disorder (porphyria), liver disease, kidney disease,
lung/breathing problems, mental/mood problems (such as depression,
thoughts of suicide), personal or family history of a substance use
disorder (such as overuse of or addiction to drugs/alcohol). This drug
may make you dizzy or drowsy. Alcohol or marijuana (cannabis) can
make you more dizzy or drowsy. Do not drive, use machinery, or do
anything that needs alertness until you can do it safely. Avoid alcoholic
beverages. Talk to your doctor if you are using marijuana (cannabis).
Before having surgery, tell your doctor or dentist about all the products
you use (including prescription drugs, nonprescription drugs, and
herbal products). For children, the long-term effects on physical and
mental/behavioral development are uncertain and may not be seen
until after many years. Therefore, discuss the risks and benefits of
treatment with clonazepam with your doctor. Older adults may be more
sensitive to the effects of this drug, especially drowsiness and
confusion. These side effects can increase the risk of falling. During
pregnancy, this medication should be used only when clearly needed. It
may harm an unborn baby. However, since untreated seizures are a
serious condition that can harm both a pregnant woman and her
unborn baby, do not stop taking this medication unless directed by your
doctor. If you are planning pregnancy, become pregnant, or think you
may be pregnant, immediately talk to your doctor about the benefits
and risks of using this medication during pregnancy. This drug passes
into breast milk and may have undesirable effects on a nursing infant.
Consult your doctor before breast-feeding.

**DRUG INTERACTIONS:**

CONTINUE READING ON THE OTHER SIDE >

---

## Your pharmacist would like to speak with you today...

-Take this medicine with a glass of water with or
without food at the same time each day.

-If you miss a dose, take it as soon as you can.
If it is almost time for your next dose, skip the
missed dose. Do not take double or extra doses

-Do not abruptly stop taking medication without
consulting your prescriber

-Dizziness, drowsiness, insomnia or sexual
dysfunction are potential side effects

-Contact prescriber if you have thoughts of
suicide or worsening mood

-National Suicide Prevention Lifeline:
1-800-273-8255

**Message Center**



**Pharmacy Advice***

The dose schedule contains your pharmacy's recommendation
on the best time to take this medication, taking into account other
medications you have received from CVS Pharmacy. It does not
take into account medications you are receiving from other
pharmacies. This recommendation may change if you add or
stop taking other medications after 4/23/21 3:52 PM. If you have
questions about your medication or whether they can be taken at
another time, please consult your pharmacist.

**Lucas, access your Prescription Center**

Easily refill, view drug information and set medication
reminders with the mobile app
1) Download the app: cvs.com/app 2) Scan your personal
barcode below or on your bottle with the CVS app to get started.

Plaintiff's Exhibit 17







Plaintiff's Exhibit 18

gpadacenter.org

# FAQs: The ADA, Small Business and Face Mask Policies | Great Plains ADA Center

13-17 minutes

---

### The ADA and Small Business: Frequently Asked Questions About Face Mask Policies and Serving Customers with Disabilities.

The Great Plains ADA Center has received many questions regarding face mask policies and the ADA from the business community. We have collected a summary of these questions and our responses to guide businesses wanting to ensure their face mask policies comply with the ADA.

**Please note:** No specific guidance on face mask policies and the ADA has been issued by the U.S. Dept. of Justice at the present time. Our technical assistance on this particular issue is based on our understanding of the ADA as well as guidance and recommended practices from other regional ADA Centers, attorneys, disability organizations, and federal agencies.  This document will continue to be updated to reflect new information.

### FAQs

---

### 1)  I've heard that a person carrying a card issued from the U.S. Dept. of Justice does not have to wear a face mask, and I could be fined if I do not let this person shop freely without a face mask.

This information is false. The U.S. Department of Justice released the statement below in response to this particular misleading information circulating on the internet.

_The Department of Justice Warns of Inaccurate Flyers and Postings Regarding the Use of Face Masks and the Americans with Disabilities Act_

Assistant Attorney General for the Civil Rights Division Eric Dreiband reiterated today that cards and other documents bearing the Department of Justice seal and claiming that individuals are exempt from face mask requirements are fraudulent.

Inaccurate flyers or other postings have been circulating on the web and via social media channels regarding the use of face masks and the Americans with Disabilities Act (ADA) due to the COVID-19 pandemic. Many of these notices included use of the Department of Justice seal and ADA phone number.

As the Department has stated in a previous alert, the Department did not issue and does not endorse them in any way. The public should not rely on the information contained in these postings.

The ADA does not provide a blanket exemption to people with disabilities from complying with legitimate safety requirements necessary for safe operations.

---

### 2) My business is very small, and I only have one employee. Am I covered by the ADA? Do I

have to make accommodations to customers with disabilities?

Businesses are covered by Title III of the Americans with Disabilities Act. There is no exception in Title III based on the number of employees or facility size. Businesses covered by the ADA must not discriminate based solely on a customer's disability. Businesses must also provide:

- Reasonable modifications to their policies and practices to ensure customers with disabilities can access their goods and services.

- Effective communication through auxiliary aids and services ensuring that communication with people with disabilities is as effective as communication with people without disabilities.

- Access to goods and services through the removal of physical barriers such as steps, narrow doorways, and high thresholds, when readily achievable.

### 3) Does the ADA require me to have customers wear face masks in my store?

No. The ADA applies to **how** face mask policies are carried out to ensure they are not discriminatory against people with disabilities.  Many states and local governments have issued regulations and/or ordinances that require people to wear face masks in public places. Other states and local governments have left policies up to individual businesses.  The Great Plains ADA Center highly recommends that businesses stay up to date on face mask policy recommendations and rules issued by their state and local governments. Businesses may use this FAQ and other resources to determine how to apply face mask policies in a way that does not discriminate against people with disabilities.

### 4) If a customer can't wear a mask because of their disability, do I have to make an exception to the face mask policy?

The U.S. Department of Justice has stated that "The ADA does not provide a blanket exemption to people with disabilities from complying with legitimate safety requirements necessary for safe operations."(See question 1)  A business owner does not have to automatically waive a face mask requirement unless there is a local ordinance or state law specifically requiring the business to do so.

### 5) Are there people who really can't wear face masks because of their disabilities?

Yes. For many individuals with different types of disabilities the effects of wearing a mask are far more severe than being slightly uncomfortable. Wearing a face mask can have a significant impact on their health, wellbeing, and ability to function. For example, a person with a respiratory disability such as asthma or chronic obstructive pulmonary disease (COPD) may not be able to wear a face mask because doing so causes difficulty in breathing. People with anxiety disorders and post-traumatic stress disorder (PTSD) may develop severe anxiety when wearing a face mask. People who have sensory issues may find the constant sensation of a mask on their face very difficult to tolerate.

### 6) What should I do if a person requests to not wear a face mask because of their disability?

At this time, we recommend that a business follow the same criteria that the ADA requires in any other request for modification of policy. That is, determine if the modification is "reasonable" based on whether providing it would be an undue financial burden, change the fundamental nature of the

business, or cause a direct threat to the health and safety of others.

Denying a Modification in Policy based on "Direct Threat"

Title III regulations of the ADA state that "denying a policy modification request because it would pose a direct threat to the health and safety of others must be based on legitimate evidence". Sources for evidence of a legitimate threat can include guidance from public health authorities such as the U.S. Public Health Service, the Centers for Disease Control, and the National Institutes of Health, including the National Institute of Mental Health. (Title III Section 36.28). Based on this guidance in the regulations, current public health guidelines can be used to establish that there is legitimate evidence that face masks are necessary to slow or stop the spread of COVID-19 in public places. Public health guidelines regarding the coronavirus pandemic may change over time, and business policies should reflect the changes.

However, even if face mask exemptions may be denied on the basis of "direct threat", there is still an obligation under the ADA to determine if there are other modifications that could be provided to access goods and services.

Some examples include but are not limited to:

- Providing customers with curbside pick-up or no contact home delivery.

- Allow a customer to wear a full face shield instead of a face mask. Scarves or looser coverings may also be appropriate.

- Letting customers order services online or by phone.

- Conducting individual appointments, such as a tax consultation, remotely.

### 7) My business does not have a face mask policy, but our local government just passed an ordinance requiring people to wear face masks in public places. Because there is a local ordinance that our business must follow, do we still have to provide reasonable modifications to people who can't wear a face mask due to a disability?

Yes. ADA regulations would still require your business to offer alternative ways to provide access to goods and services. However, you are not required to take any actions that would result in an undue financial hardship, change the fundamental nature of the business, or cause a direct threat to health and safety to others, including your employees.

### 8) Our business provides a face mask to customers that are not wearing masks as they enter the store.  A customer told me that she can't wear a face mask.  Am I allowed to ask if the reason is because of a disability?

Yes, you may ask a customer if they cannot wear a face mask due to disability.  But be careful not to ask questions about the nature or severity of the disability.  This response is based on general guidance regarding modification of policy in Title III of the ADA.  Currently, there is no specific guidance regarding face mask inquiries and people with disabilities from the U.S. Department of Justice.

**9) A few individuals have requested curbside service because they can't wear a mask due to disability. I'm not so sure if this is really the case. Can I require a note from a doctor or some other form of documentation?**

We recommend that businesses treat requests for modifications to a face mask policy as they would other requests for policy modification. Generally, when a person with a disability asks for a relatively simple modification, the individual is not required to provide any type of documentation. As a rule people with disabilities do not carry documentation of disability or a doctor's note. Considering that many customers have different kinds of needs that may require additional customer service, singling out people with disabilities to provide documentation may appear discriminatory.

This interpretation is supported by a recent article, A 'Get Out of Masking Free' Card Based on the ADA? , which appeared in the National Law Review. Authors Metcalf and Paul, state "In the non-employment context (i.e., a customer relationship), a business generally cannot demand documentation confirming that an individual is disabled or needs a particular accommodation, so businesses may run the risk of alienating customers with disabilities, or even draw a bona fide complaint to the DOJ or a lawsuit, by requiring a showing of such proof."

**More on Documentation:**

Please note that the questions and answers in this document are targeted to small businesses such as retail stores, restaurants, and theaters. Many other types of entities are covered by Title II and III of the ADA including schools, hospitals and clinics, daycare facilities, and camps. These entities may have instances when requiring documentation of disability and/or medical testing would be appropriate under the ADA.  Future Q & A's from the Great Plains ADA Center will address documentation and broader ADA related issues for these entities.

---

**10) We require identification for items such as alcohol and cigarettes at the check-out counter.  If I provide curbside service to someone who can't wear a face mask, can I still require identification?**

Yes. These types of legal requirements still apply to people with disabilities, just like everyone else. You also have a right to set up procedures which make contact as minimal as possible. For example, you may have the person drop their Driver's license or ID card in a box rather than hand it directly to staff.

---

**11) My business offers eyebrow waxing and other spa services. We have a customer who says she can't wear a mask due to disability and doesn't want to use any other type of face-covering or face shield. We can't provide these services online or through delivery. Does that mean we must make an exception to our face mask policy?**

The ADA requires businesses to assess what types of modifications they can provide that are reasonable. Depending upon the nature of the business, there may be no reasonable alternative method to provide goods and services to the customer. If this is the case, your business does not have to change its face mask policy provided it is based on a legitimate threat to others' health and safety.

---

**12) Until a couple of weeks ago, our business had no face mask policy and left the choice to wear a mask up to our customers.  Due to increased cases in our area, we want to begin requiring face masks in our store. A couple of our**

**customers have told us they weren't wearing masks due to their disabilities. They believe that it is both unfair and discriminatory that they must now wear face masks to come into the store when so many other people were not required to wear masks.**

This scenario is a good example of why it is highly recommended that businesses communicate their face mask policies clearly to their customers. If there is a change in policy, a written notice in the front of the business stating the new policy and when it will go into effect is good practice. This information could also be posted on the business website and social media.

Businesses should also be careful to apply their policies equally to all customers. For example, if young, healthy looking customers shop openly without a mask while, in contrast, a customer who appears to have a disability is questioned about their disability and then asked to wear a face mask-- the discrimination complaint may be legitimate.

---

**13) A young man who is deaf and read lips frequently shops at our store. Should we require our staff to wear face masks with clear plastic inserts to allow lip reading?**

According to the National Association of the Deaf (NAD), face masks pose real communication challenges for deaf and hard of hearing individuals. Face masks with clear plastic shielding to make the mouth visible are one way to meet the needs of people who read lips. These masks would not have to be worn all of the time by employees, but simply be available as needed to communicate with customers who read lips. A full face shield is another option that allows more visibility of the entire face, making lip-reading easier. (Of course, sanitation protocols should be used rather than just letting different employees share the same mask or shield! ) Not everyone who is deaf or hard of hearing lip-reads. Other alternative methods of simple communication include text messaging, Skype or Face time, dry erase boards, and disposable pens and paper.

---

Developed by the Great Plains ADA Center. July 10, 2020

Plaintiff's Exhibit 19

## Exemption to Federal Mask Requirement on Southwest Airlines

Federal law requires each person, 2 years of age and older, to wear a mask at all times throughout the flight, including during boarding and deplaning. Refusing to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties under federal law.

**Southwest Airlines will consider applications for exemptions from this mask requirement from Passengers with a disability who cannot wear a mask, or who cannot safely wear a mask because of the disability.**

Per guidance from the U.S. Department of Transportation, airlines are permitted to impose certain requirements or conditions on a person requesting an exemption from the mask requirement.

**Please comply with the following pre-travel steps:**

At least seven (7) days prior to the Passenger's  planned date of travel, a Passenger requesting a mask exemption for travel on Southwest Airlines must complete and submit the following via **Southwest.com>Contact Us>Send a Message.>Email Us: Comment/Question>Disability>Future Travel Assistance:**

1. A fully completed copy of this form executed by the Passenger making the request, or if the Passenger requesting a mask exemption is a minor child, the parent or guardian of such minor child; and

2. A signed letter from the requesting Passenger's Medical Physician on the Physician's letterhead stating that the Passenger with a disability has a recognized medical condition precluding the wearing or safe wearing of a mask because of their disability.

Once Southwest Airlines receives a mask exemption application in line with the above criteria, at Southwest's request to Passenger, Passenger may undergo a private medical screening (over the phone) with a third-party medical provider (Southwest Airlines' vendor StatMD).

If Southwest preliminarily approves a mask exemption after reviewing the Passenger's PDF document and the Medical Physician's letter and after receiving the third party medical provider's affirmation for travel, if required, Southwest will contact you at the phone number or email address provided below to discuss any need to change your travel dates and/or flights and remind you of the need to obtain a qualifying COVID negative viral test.

No later than 24 hours prior to the Passenger's scheduled departure(s), Passenger must provide evidence of Passenger's qualifying COVID negative viral test result. A qualifying COVID negative viral test result is defined as:

- A physical or electronic documentation of a qualifying COVID negative viral test taken within three (3) calendar days preceding the Passenger's scheduled date of travel. A viral test means a viral detection test for current infection, which is a nucleic acid amplification test with observation approved or authorized by the relevant national authority for the detection of SARS-CoV-2.

Plaintiff's Exhibit 20

**Carlos Dunn**
Manager Customer Service
Ground Ops

**Southwest**

**Southwest Airlines Co.**
9303 Jeff Fuqua Blvd
Suite 3597
Orlando, FL 32827

Phone (407) 825-4630
Cell (443) 848-8364
carlos.dunn@wnco.com

**Lisa Tibbs**
Assistant Station Manager
Ground Ops

**Southwest**

**Southwest Airlines Co.**
9303 Jeff Fuqua Blvd.
Suite 3597
Orlando, FL 32827

Phone (407) 825-4649
Fax (407) 825-4646
lisa.tibbs@wnco.com

Anita Morris
**Supervisor**
9303, Jeff Fuqua Blvd.,

**Southwest**

**Southwest Airlines Co.**
Orlando, FL 32827 . .

Phone (407) 825-4640
Fax (407) 825-4626