Plaintiff's Exhibit 41

nytimes.com

# FAA Fines Airline Passengers Who Clashed Over Mask Rules

*Neil Vigdor*

5-6 minutes

---

## Cases of Unruly Airline Passengers Are Soaring, and So Are Federal Fines

Dozens of people face fines of up to $35,000 for assaulting and interfering with flight attendants under a zero-tolerance policy introduced by the F.A.A. this year.



Credit...Erin Schaff/The New York Times

May 10, 2021

Four people are facing nearly $70,000 in civil fines for clashing with airline crews over mask requirements and other safety instructions on recent flights, part of what

the Federal Aviation Administration called a "disturbing increase" in the number of unruly passengers who have returned to the skies with the easing of pandemic restrictions.

The latest round of proposed fines, which passengers have 30 days to contest, came just days after the F.A.A. said that it had received more than 1,300 unruly-passenger reports from airlines since February. In the previous decade, the agency said, it took enforcement actions against 1,300 passengers total.

"We will not tolerate interfering with a flight crew and the performance of their safety duties," Stephen Dickson, the administrator of the F.A.A., said on Twitter on May 3. "Period."

None of the passengers now facing fines were identified by the F.A.A., which this year imposed a zero-tolerance policy for interfering with or assaulting flight attendants that carries a fine of up to $35,000 and possible jail time.

One of the passengers, a woman who was traveling from the Dominican Republic on a JetBlue flight bound for New York on Feb. 7, refused to comply with instructions to wear a mask aboard the plane, hurled an empty liquor bottle that almost hit another passenger, threw food and shouted obscenities at flight attendants, according to the F.A.A.

The woman grabbed the arm of a flight attendant and hurt her arm, and she struck the arm of another flight attendant twice and scratched that crew member's hand, causing the flight to return to the Dominican Republic, the F.A.A. said last week. It recommended a fine of $32,750 for the woman.

So far, the F.A.A. has identified potential violations in about 260 of the 1,300 cases referred by airlines, a spokesman for the agency said in an email on Sunday. Officials have begun enforcement actions in 20 of the cases and are preparing a number of additional enforcement actions, the spokesman said.

In 2019, before the coronavirus pandemic, there were 142 enforcement actions that stemmed from unruly passengers, according to the F.A.A. There were 159 in 2018, and 91 in 2017.

In an opinion column on Sunday on NBCNews.com, Sara Nelson, the president of the Association of Flight Attendants union, attributed the rising tensions in the skies to the politically charged atmosphere over health protocols.

"What's causing these incidents?" she asked. "Overwhelmingly, it's passengers

who refuse to wear masks."

Ms. Nelson said that flight attendants would never tell passengers that it was a matter of personal choice to wear oxygen masks in the event of cabin depressurization or seatbelts in case of turbulence. The same is true now for wearing face masks to protect against the coronavirus.

"We're also trained to help stop the spread of infectious disease," she said. "We're not just enforcing these long-overdue mask policies because we have to: We understand that masks are a way we keep ourselves and each other safe. And we're grateful policymakers are backing us up."

In April, the Transportation Security Administration extended a requirement for airline passengers to wear masks on commercial flights and at U.S. airports through Sept. 13. The order had been scheduled to expire on May 11.

"It has been an exhausting time for all the employees who are just trying to do their job according to their company's policies," the woman, Angela Hagedorn, said on April 26. "The constant arguing and pushback from guests, it's ridiculous."

As part of the latest round of fines recommended by the F.A.A., the agency said that a male passenger aboard a Southwest Airlines flight from Chicago to Sacramento on Jan. 26 refused to comply with a flight attendant's instructions to wear a mask over his nose and mouth. The man became combative and used offensive language when a second flight attendant told him he was required to wear a mask, according to the F.A.A., which said that the passenger hit one of the flight attendants with his bags when he was ordered to leave the plane. Officials recommended a $16,500 fine for the man.

On Dec. 22, a Delta Air Lines flight from Minneapolis to Philadelphia returned to the airport after a female passenger began walking up and down the aisle during takeoff and refused to return to her seat, the F.A.A. said. A $9,000 fine was recommended for the woman, who the agency said told the crew repeatedly that she wanted to get off the plane.

A Jan. 30 flight from Bozeman, Mont., to Seattle also returned to the airport after a male passenger refused to put on a mask, according to the F.A.A., which also recommended a $9,000 fine in his case.

Plaintiff's Exhibit 42

nbcnews.com

# FAA reports 'off the charts' spike in unruly, dangerous passenger behavior on flights

*By Tom Costello*

3-4 minutes

---

The Federal Aviation Administration is warning air travelers about what it describes as a dramatic increase in unruly or dangerous behavior aboard passenger airplanes.

In a typical year, the transportation agency sees 100 to 150 formal cases of bad passenger behavior. But since the start of this year, the agency said, the number of reported cases has jumped to 1,300, an even more remarkable number since the number of passengers remains below pre-pandemic levels.

The behavior in question includes passengers refusing to wear masks, drinking excessively and engaging in alleged physical or verbal assault, including what the agency describes as political intimidation and harassment of lawmakers.

In Fort Lauderdale, Florida, for example, a fistfight broke out amid a dispute over mask-wearing. In Washington, D.C., a passenger was escorted off a flight after arguing with flight attendants over the mask rule.

In another case, a flight bound for Los Angeles was diverted to Denver and forced to make an emergency landing after a passenger allegedly tried to open an emergency exit.

In recent days, Alaska Airlines banned an Alaska state senator for refusing to comply with mask requirements, according to The Anchorage Daily News.

"It is not permissible and we will not tolerate interfering with a flight crew and the performance of their safety duties," Stephen Dickson, the administrator of the FAA, said of the wave of incidents. "Period."

The FAA is now taking a "zero-tolerance" approach to poor behavior: Unruly passengers face potential criminal charges, fines up to $35,000 or lifetime bans on

certain airlines.

The bad behavior appears to be taking a toll. Angela Hagedorn, a former flight attendant with Alaska Airlines, tweeted that she recently resigned.

"It has been an exhausting time for all the employees who are just trying to do their job according to their company's policies," she said. "The constant arguing and pushback from guests, it's ridiculous."

Sara Nelson, president of the Association of Flight Attendants union, said airline employees have reported a wide range of troubling incidents.

"What we have seen on our planes is flight attendants being physically assaulted, pushed, choked," Nelson said. "We have a passenger urinate. We had a passenger spit into the mouth of a child on board.

"These are some of the things that we have been dealing with," Nelson said, adding that the physical and verbal abuse that flight attendants have allegedly experienced this year has been "way off the charts" compared to the last 20 years.

In the months ahead, as parts of the United States begin to rebound from the pandemic and a greater number of people take to the skies, the FAA — along with the Transportation Security Administration and Air Marshals — plan to watch closely for behavior that threatens crew members or passenger safety.

Tom Costello

Tom Costello is an NBC News correspondent based in Washington, D.C.

Daniel Arkin contributed.

Plaintiff's Exhibit 43

orlandosentinel.com

# Family kicked off Spirit Airlines flight from Orlando after 2-year-old doesn't wear mask

*David Harris*

2-3 minutes

---

A family was asked to leave a Spirit Airlines flight before takeoff from Orlando International Airport to Atlantic City, N.J., after their 2-year-old child didn't have a mask on while eating, according to videos of the confrontation.

The videos, which started making the rounds on social media Monday afternoon, showed the young girl on her mother's lap eating when a flight attendant, relaying a message from the pilot, said the girl had to have a mask on.

The mother told the flight attendant the girl had just turned 2. Much like other airlines, Spirit requires passengers 2 and older wear masks except while eating, which the girl is doing.

"If you're not compliant, you will have to get off," a flight attendant told the family as the father, who was seen on the video taking his own mask on and off, asked for an explanation and threatened to call his lawyer.

Orlando police also responded to the scene shortly before noon.

"Seven months pregnant with special needs kids … on a flight trying to get this [mask] on but she's refusing to keep it on, but we are all getting kicked off," the mother said in one of the videos.

All the passengers had to deplane and then re-board the plane with a new flight attendant crew, according to the video.

There was applause after the announcement about the crew change was made over the PA system.

The father posted a video after getting back on the plane.

"Happy ending," he said. "We're back on."

A spokesperson for the Orlando Police Department said its "officers stood by while Spirit Airlines resolved the issue."

Spirit Airlines did not return a message for comment. The flight was delayed by over two hours, according to FlightAware.

*dharris@orlandosentinel.com*

Plaintiff's Exhibit 44

businessinsider.com

# Spirit Airlines is defending its decision to de-board an entire flight after it says a family refused to wear masks

*Katie Canales*

6-7 minutes

---

- Spirit Airlines said it removed a family of four from a flight because they refused to wear masks.

- Video of the incident shows the masked parents being told to leave as their maskless child eats.

- Spirit says what is not shown is the parents not complying with mask mandates moments earlier.

- See more stories on Insider's business page.

Spirit Airlines is defending its decision to deplane a flight over what it said was one family's mask violations.

The Monday fight from Orlando, Florida, to Atlantic City, New Jersey, was ultimately delayed more than two hours after passengers were deplaned and the family was allowed to reboard the flight.

A video from a portion of the incident was posted on Twitter, but the full event remains unclear. In one widely shared video, a father, a pregnant mother, and their two children are seen being told to exit the plane. In the video, the mother and father are both wearing masks, though the father is seen removing his at some points to speak with the flight attendant.

One of their children is sitting on the mother's lap, not wearing a mask, and eating.

"I told you, noncompliance — you'll have to get off. I didn't want to do this," a flight attendant, who appears to be a different person from the one who originally confronted the family, is heard saying in the video posted by Disclose.TV.

The flight attendant later points to the child on the woman's lap when asked by both parents who isn't complying.

In the video, the flight attendant tells the family to leave the aircraft, saying "I'll have to deplane the aircraft and call the police" if they do not comply.

├─Disclose.tv 🛡 (@disclosetv) April 5, 2021

The video was shared widely, with many on social media expressing anger over the family's removal from the airplane. Some said it appeared the family was removed because of the young child's failure to wear a mask. Republican Sen. Ted Cruz shared the video on Twitter with the caption, "This is lunacy."

├─Yossi Gestetner (@YossiGestetner) April 6, 2021

├─Bernard B. Kerik (@BernardKerik) April 6, 2021

├─Jake Ducey (@jakeduceyauthor) April 5, 2021

In a statement posted to Spirit's Twitter account, the company said, "We're aware of incorrect

information circulating about Spirit Airlines Flight 138 from Orlando to Atlantic City. The flight was delayed due to compliance issues with the federal mask requirement. We allowed our Guests to continue on the flight to their destination after assurances of compliance. The safety of our Guests and Team Members is our top priority."

Federal law requires all passengers over the age of 2 to wear a mask when they're not eating aboard a flight. President Joe Biden signed an executive order in January that required all air travelers to wear masks on planes, and the Centers for Disease Control and Prevention has also mandated face masks on multiple modes of transportation, including buses and subways.

It's unclear how old the child not wearing the mask is, but in one video of the incident, the parents say the child is just one month older than 2 years old, Newsweek reported.

On its website, Spirit Airlines says it enforces a mask policy in line with Biden's executive order and other federal requirements. It requires all travelers to wear face coverings while on board the aircraft and says they may be removed only when passengers are eating, drinking, or taking medicine.

Spirit told Insider it directed the family to exit because the parents were not complying with mask mandates, which the company said was not captured on video and came before the widely shared video was filmed.

The airline said it was standard protocol in the airline industry to de-board the entire plane if there was an incident with a passenger. The company also said the couple initially refused to leave, adding that was why it made all the passengers deplane. If the family had agreed to deplane, Spirit said, the rest of the passengers would have remained on board.

Newsweek reported that after the family spoke with a supervisor and agreed to comply, it departed on that same flight.

According to another video of the event, the father in the incident said one flight attendant did not reboard the plane. Spirit said the crew was swapped out but did not clarify if that was standard protocol for scenarios such as this.

The Orlando police confirmed to Newsweek that they were called.

"Just before noon today, our officers were called to a general disturbance involving a Spirit Airlines flight scheduled to depart from the Orlando International Airport," a police spokesperson told Newsweek. "Upon arrival, officers saw that the flight was in the middle of de-boarding. Our officers stood by while Spirit Airlines resolved the issue."

Workers in the airline, food, and retail industries have been tasked in the past year with enforcing mask mandates among customers. Mask-wearing has become largely politicized since March 2020, with some Republicans driving a narrative that the COVID-19 pandemic is less severe than it seems.





**Federal Aviation
Administration**

`Plaintiff's Exhibit 45`

# Press Release – Federal Aviation Administration Adopts Stricter Unruly Passenger Policy

## For Immediate Release

January 13, 2021
Contact: pressoffice@faa.gov

---

**WASHINGTON** – FAA Administrator Steve Dickson today signed an order (PDF) directing a stricter legal enforcement policy against unruly airline passengers in the wake of recent, troubling incidents.

The FAA has seen a disturbing increase in incidents where airline passengers have disrupted flights with threatening or violent behavior. These incidents have stemmed both from passengers' refusals to wear masks and from recent violence at the U.S. Capitol.

"Flying is the safest mode of transportation and I signed this order to keep it that way," Administrator Dickson said.

Historically, the agency has addressed unruly-passenger incidents using a variety of methods ranging from warnings and counseling to civil penalties. Effective immediately, however, the FAA will not address these cases with warnings or counseling. The agency will pursue legal enforcement action against any passenger who assaults, threatens, intimidates, or interferes with airline crew members. This policy will be in effect through March 30, 2021.

Passengers who interfere with, physically assault, or threaten to physically assault aircraft crew or anyone else on an aircraft face stiff penalties, including fines of up to $35,000 and imprisonment. This dangerous behavior can distract, disrupt, and threaten crewmembers' safety functions.

The FAA has initiated more than 1,300 enforcement actions against unruly passengers during the past 10 years, including recent cases for allegedly interfering with and assaulting flight attendants who instructed them to wear masks.

While the FAA does not have regulatory authority over aviation security or no-fly lists, the agency works closely with federal law enforcement and national security partners on any reported security threats that may impact aviation safety.

Watch a video message from Administrator Dickson on Zero Tolerance for Disruptive Passengers.

### ###

Plaintiff's Exhibit 46

viewfromthewing.com

# Flight Attendant Removed After Taking Two Year Old To Task Over Mask - View from the Wing

*About Gary Leff*

3 minutes

---

On a Spirit Airlines flight on Monday from Orlando to New York, a family was kicked off when their two year old, who was eating yogurt, removed their mask.

The mother of the two year old girl is seven months' pregnant, and their other child – traveling with them – is special needs.

NEW – Family is being thrown off a @SpiritAirlines flight from Orlando to NY because their two-year-old child is eating without a mask.pic.twitter.com/dOlZrbbJt6

— Disclose.tv ⚠ (@disclosetv) April 5, 2021

More of the @SpiritAirlines incident.

FYI, following the @FlyFrontier incident a few weeks back, @FAANews sent warning letters to passengers who at the time were not even accused of not wearing masks that they were in violation of the mask rule. Letter can'r even be appealed! pic.twitter.com/e7ZgQzA4NV

— Yossi Gestetner (@YossiGestetner) April 5, 2021

Here's a video of the family walking off the plane, including their disabled child.

Perhaps the most amazing thing about this incident was that an hour after everyone was deplaned in order to remove the mask offending two year old the entire group of passengers was allowed back on the plane – including the family whose two year old was caught eating. Everyone returned, that is, except reportedly the crewmember who made an issue of the two year old's mask in the first place.

ORLANDO: UPDATE: @SpiritAirlines flight attendant who ordered the family off

---

the flight was removed, family allowed back on. Passengers are reboarding with a new flight crew. pic.twitter.com/u5yEA9McZZ

— KolHaolam (@KolHaolam) April 5, 2021

Numerous two year olds have been kicked off of flights when they had difficulty maintaining their masks. This is now a federal regulation but many of these incidents occurred when it was merely an airline rule that two year olds had to wear masks on planes.

However we've even seen one airline remove an 18 month old over failure to wear a mask even though it's not required (nor advisable, according to the CDC) and eating is considered a justifiable reason to temporarily remove a mask (some have tried to milk this exception).

While mask wearing does seem to provide some protection, and I have favored mask wearing since the beginning of the pandemic, its benefits are frequently exaggerated. And while studies of this issue continue, significant evidence suggests that very young children do not spread the virus nearly as often as older children or adults. When there's enough vaccine so that anyone who wants a shot can get one, we should lift mask rules.

Plaintiff's Exhibit 47

cbsnews.com

# Flight attendant's bloody assault by passenger part of disturbing trend

*Kate Gibson*

7-9 minutes

Updated on: May 26, 2021 / 6:58 PM / MoneyWatch



Violent airline incidents on the rise

Violent airline incidents on the rise 01:55

A Southwest Airlines flight attendant who lost two teeth after she was physically assaulted by a passenger on Sunday is among the more egregious examples of an unsettling increase in unruly and dangerous behavior on the part of air travelers.

There were 477 passenger misconduct incidents on Southwest flights between April 8 and May 15, including one Sunday morning on a flight landing at San Diego International Airport, according to the carrier's flight attendant union.

"This past weekend, one of our flight attendants was seriously assaulted, resulting in injuries to the face and a loss of two teeth," TWU Local 556 President Lyn Montgomery wrote in a letter to Southwest CEO Gary Kelly.

"This unprecedented number of incidents has reached an intolerable level, with passenger non-compliance events also becoming more aggressive in nature," Montgomery said.

"We are asking our carrier, the government and the flying public's help in ending this epidemic

of aggression and assault. Flight attendants are first responders in the sky who are focused on safety. As people return to the skies, we are asking for everyone's help in complying with flight attendant requests to help ensure a safe and fun atmosphere for all," she said in an emailed statement to CBS MoneyWatch.

## "Verbally and physically abusive"

Southwest confirmed the recent incident in an emailed statement.

"Our reports indicate that a passenger physically assaulted a flight attendant upon landing on Flight #700 from Sacramento to San Diego Sunday morning," the spokesperson stated. "The passenger repeatedly ignored standard inflight instructions and became verbally and physically abusive upon landing. Law enforcement officials were requested to meet the flight upon arrival, and the passenger was taken into custody."

A woman who shared a video of police officers escorting a woman from the aircraft said the flight attendant told a passenger to keep her seat belt fastened while the plane was still moving, with the passenger responding by punching her in the head.

So a typical short uneventful flight from Sacramento to San Diego, early Sunday morning, on Southwest Airlines, turns violent. As we are pulling up to the gate, a woman in the back row took off her seat belt and stood up. The flight attendant told her to keep her seat belt fastened while we were moving. What I saw was the flight attendant in the front suddenly start screaming "No, No, No! Stop!", and running toward the back. I thought maybe someone was trying to open the back doors at first, but the woman in the back was attacking the flight attendant, punching her in the head. While the flight attendant was staggering back with a bloody face, we were all told to stay in our seats while they brought in police to remove the unruly passenger. Good grief people. Lady, welcome to the "no fly list".

Posted by Susan Marie Stidham on Sunday, May 23, 2021

"While the flight attendant was staggering back with a bloody face, we were all told to stay in our seats while they brought in police to remove the unruly passenger," she relayed in a post on Facebook.

"We do not condone or tolerate verbal or physical abuse of our flight crews, who are responsible for the safety of our passengers," the Southwest spokesperson said.

The incident came a day before the Federal Aviation Administration fined a passenger $52,500 for trying to open the cockpit door and hit a flight attendant in the face twice on a Delta Air Lines flight in late December.

Bad behavior on an airplane has serious consequences. #FlySmart https://t.co/7lK9dbc8Kv

— FAA Steve Dickson (@FAA_Steve) May 24, 2021

The FAA also said it was seeking fines against three other passengers for behavior including refusing to wear a mask and for threatening others. They include:

- A woman facing a $9,000 fine for continually refusing to wear a mask properly and cursing at flight attendants on a February 15 Allegiant Air flight from Ft. Lauderdale, Florida, to Knoxville, Tennessee.

- A passenger on a February 5 flight facing a fine of $18,500 for bringing his own alcohol on board a JetBlue flight from Fort Lauderdale to Las Vegas and refusing to stop drinking it when asked by flight attendants. The FAA said he also kept removing his face mask and wearing it improperly despite the directions of flight attendants.

- The agency is also seeking a $27,000 fine against a passenger who allegedly threatened to kill someone and claimed to have access to a bomb on a January 1, 2020, flight Southwest flight from Phoenix to Chicago. The flight was diverted to Oklahoma City where police took the man into custody.

The FAA has received about 2,500 reports of unruly passenger behavior and 1,900 reports of passengers refusing to wear masks in defiance of a federal mandate.

While fewer people have been flying since the coronavirus took hold in the U.S. in March 2020, Transportation Security Administration data show an increase in recent weeks of passengers being screened at airports. More than 1.6 million people were screened Sunday, the most on any single day since last year. The number of passengers was down 61% in 2020.

Travel industry prepares for post-pandemic su... 06:54

At the same time, more passengers are getting banned by airlines for unruly behavior. The lists maintained by the airlines — different from the federal no-fly list — had swelled to more than 3,000 as of February, data compiled by CBS News showed.

Montgomery, the Transport Workers Union official, is concerned matters will only get worse when Southwest brings back alcoholic beverages this summer after largely going without during much of the pandemic. She's calling on Southwest to take stronger action to curtail passenger misconduct, including adding more to the carrier's restricted travelers list.

"The flying public needs to understand that egregious behavior will result in being banned from flying with Southwest," Montgomery wrote. "No passenger should be removed from one flight only to be permitted to board the very next Southwest Airlines flight after a non-compliance incident."

The union also urged the airline demand the government add federal air marshals to aircraft to help ensure safe travel.

Plaintiff's Exhibit 48

nypost.com

# Southwest passenger claims flight attendant sparked fight that left her teeth busted

*Jackie Salo*

3-4 minutes

---

The Southwest Airlines flight attendant who got two of her teeth knocked out by a passenger was "very unprofessional" and provoked the wild altercation, another flier said.

The shocking incident unfolded just after a flight from Sacramento landed in San Diego on Sunday.

It began when the unnamed flight attendant confronted passenger Vyvianna Quinonez, 28, and her other family members about putting their face masks back on, news station Fox40 reported.

"It was so unnecessary. In the first altercation, she had said that she was going to call the captain," said passenger Michelle Manner, who was sitting two rows in front of them.

"And she should've just stayed there in her back cubby, but she came back out screaming at them again."

The altercation then escalated from there.

"Vyvianna had said to her three times, that we could hear, 'Get off of me. Quit touching me. Get your hands off of me,'" Manner told the news station.

Manner recorded the rest of the encounter in which Quinonez punched the flight attendant before another passenger intervened.

"The flight attendant continued to yell. And I mean she was yelling. We got to the point to, where we're like, should we start videoing this?" Manner said.

Passenger Michelle Manner says that the injured Southwest flight attendant acted "very unprofessional" toward Vyvianna Quinonez (left).

Passenger Michelle Manner says the injured Southwest flight attendant acted very unprofessionally toward Vyvianna Quinonez (left).
Michelle Manner

Michelle Manner's video shows passenger Vyvianna Quinonez punch a Southwest flight attendant.

Michelle Manner's video shows passenger Vyvianna Quinonez punch a Southwest flight attendant.
Michelle Manner

"She was very unprofessional. Very rude, about the way she handled anything," she added of the flight attendant.

A Southwest spokesman, however, said the incident occurred when the passenger "repeatedly ignored standard inflight instructions and became verbally and physically abusive upon landing."

Quinonez was arrested on suspicion of battery causing serious injury. She was released from jail on $35,000 bond, CBS8 reported.

Reached for comment, she said she acted in self-defense and would not speak further about the incident without an attorney present, the outlet reported.

The flight attendant, who has not been identified, was treated at a hospital and released.

Lyn Montgomery, president of the Southwest flight attendants union, said the employee is recovering.

"She is recovering, I'm giving her privacy to recover and get over the shock of this to occur," Montgomery told CBS8.

Passenger Vyvianna Quinonez Quinonez was arrested on suspicion of battery causing serious injury.

Passenger Vyvianna Quinonez was arrested on suspicion of battery causing serious injury.
Michelle Manner

In her letter to CEO Gary Kelly on Sunday, Montgomery said the incident was one of hundreds in a trend of unruly passengers.

<mark>"The unprecedented number of incidents has reached an intolerable level, with passenger non-compliance events also becoming more aggressive in nature,"</mark> the union boss wrote.

Plaintiff's Exhibit 49

latimes.com

# More airline passengers refuse masks; FAA levies big fines - Los Angeles Times

*Hugo Martín*

6-7 minutes

---

A passenger on a JetBlue flight from the Dominican Republic to New York refused to wear a face mask, threw food and an empty liquor bottle in the plane, shouted obscenities and hit a flight attendant in the arm, the Federal Aviation Administration said Wednesday.

A passenger on a Southwest Airlines flight about to take off from Chicago to Sacramento also refused to wear a mask, called two flight attendants who ordered him off the plane "pathetic" and hit one of the crew members with his luggage as he walked off, the agency said.

And then there is ==the flier on an Alaska Airlines plane preparing to fly from Bozeman, Mont., to Seattle who ignored repeated reminders to wear a mask, causing the plane to return to the gate,== according to the FAA.

==The incidents of passengers being unruly — ignoring crew members' instructions, fighting and refusing to wear a mask — have been surging, according to the FAA, even while the number of Americans flying on commercial planes remains about 40% below pre-pandemic levels.==

The rise comes despite a new federal law that makes wearing a mask on commercial flights mandatory, punishable by a fine of $250 for the first offense and up to $1,500 for repeat offenses. Before it became law, the nation's airlines adopted mask-wearing policies, enforcing them by banning repeat offenders from flying.

The federal mask mandate, which began Feb. 1, was set to expire May 11. But the U.S. Transportation Security Administration recently extended it through Sept. 13.

=="The physical and verbal abuse that flight attendants have been taking has been way off the charts,"== Sara Nelson, president of the Assn. of Flight Attendants-CWA, AFL-CIO, told NBC News.

"The physical and verbal abuse that Flight Attendants have been taking has been way off the charts." @FlyingwithSara says there will be no second chances for passengers who fail to comply with crewmember instructions that keep everyone safe. pic.twitter.com/YzXse6RphL

— AFA-CWA (@afa_cwa) May 5, 2021

The rise also comes despite FAA Administrator Steve Dickson issuing a zero-tolerance order in January against unruly passengers. Instead of receiving warnings or being required to seek counseling, he said, violators will face criminal prosecution or fines of up to $35,000. The order took effect March 30.

"The FAA has recently observed a proliferation of such conduct," he said in the order.

The FAA proposed civil penalties ranging from $9,000 to $32,750 against the passengers who the agency alleges refused to wear a mask and caused a ruckus in the incidents on JetBlue, Southwest

and Alaska Airlines. Those incidents took place in January and February. The passengers, whose names were not released, can appeal the fines to an administrative law judge for the National Transportation Safety Board.

Three passengers who disrupted three separate flights on JetBlue and SkyWest airlines in January face civil penalties of $14,500 to $31,750, the FAA said. In all three incidents, the FAA said, the passengers drank alcohol — which they had brought with them onto the plane — to excess, caused a scene and shouted obscenities. Each passenger was escorted off the plane by local police upon arrival.

The number of passengers who have been banned from the nation's airlines continues to rise.

Delta Air Lines appears to lead all U.S. carriers by putting on its internal no-fly list about 1,200 passengers who refused to wear a mask or became unruly on a plane. It is followed by Frontier Airlines with more than 830, United Airlines with about 750 and Alaska Airlines with 542. American Airlines and Southwest Airlines declined to disclose how many passengers they have banned.

In September, Delta had only 270 passengers on its no-fly list, Frontier had 106, United had 150 and Alaska had 108.

The FAA typically enforces and imposes fines on as many as 180 cases of unruly passengers a year. So far this year, the number of incidents referred by airlines to the FAA for enforcement has reached 1,300, with the FAA saying it has identified about 260 of those cases for potential enforcement.

"There's absolutely no question there has been an increase," FAA spokesperson Ian Gregor said.

The rise in onboard incidents comes as airlines are starting to see a gradual increase in travel demand, thanks in part to the vaccine rollout, a drop in coronavirus cases in several states, a loosening of local pandemic travel restrictions and the start of the peak summer travel season.

Since mid-March, the number of travelers passing through TSA checkpoints in the nation's airports has been consistently above 1 million a day, reaching a high of 1.6 million on Saturday, according to the TSA. On the same Saturday last year, with air travel down sharply because of the pandemic, about 170,000 people passed through TSA checkpoints. On the first Saturday of May in 2019, more than 2.1 million travelers passed through TSA checkpoints.

More recently, the FAA alleges that an American Airlines passenger assaulted a crew member Saturday on a flight from Miami to New York after refusing to wear a mask. Law enforcement officers met the plane when it landed, and American Airlines put the passenger on its no-fly list, the airline said.

And on March 17, three passengers on an American Airlines flight from Fort Lauderdale to Chicago were removed from the plane before takeoff after refusing to wear masks. The flight was delayed, and after the passengers got back to the gate, a fight broke out in the terminal, the airline said.

FAA officials say they have yet to complete investigations into the American Airlines incidents.

Plaintiff's Exhibit 50

stationgossip.com

# 'I hope you get eaten by an alligator!' Passengers heckle and boo man as he is escorted off plane after it is diverted to Florida because he refused to wear a mask

4 minutes

---

This is the moment a man is heckled by fed-up passengers after he refused to wear his mask and the airline made an unscheduled landing to take him off the flight.

==The incident took place onboard a JetBlue aircraft as it flew holidaymakers to Cancun, Mexico when it was forced to divert to Florida.==

Several passengers including Lawrence T Redick IV, 22, from New York filmed the incident.

One passenger called out they hoped the Covid-19 denier would be fed to Florida's alligator community.

It shows a flight attendant standing next to the passenger who would not wear the mask while telling him: 'let's go, get up, let's go.'

Plane forced to land early after passenger refuses to wear a mask



Loaded: 0%

Progress: 0%

0:00

Disgruntled passengers on board a jetBlue flight to Cancun, Mexico, heckled a man who refused to wear a mask and forced the aircraft to be diverted to Florida so he could be thrown off

==The aircraft was diverted to Florida because the passenger repeatedly removed his mask==

Other passengers can be seen filming the anti-masker and shouting: 'get him out of here,' and 'shame!'

Moments later, after what appears to be two Sheriffs walk up the aisle behind the flight attendant, the passenger - who is dressed in a black t-shirt and straw hat -can be seen getting up from his

seat.

Passengers erupt into cheering and clap their hands while others shout 'boo' as the man slowly makes his way off the plane.

As he is exiting, one hilarious person onboard shouts: 'I hope you get eaten by an alligator!' prompting an outburst of laughter.

'I started filming after we landed in Florida.

'Me and my family were on our way to Cancun and the passenger initially wore a mask to get on the flight but during the flight, he kept taking it off.

'The flight attendants and the pilot made two announcements about the passenger saying that if he didn't keep his mask on then they would have to make an emergency landing and get him off.

'Sure enough, he didn't keep the mask on and so we had to land early and then he put his mask on to leave.

Passengers onboard the flight said they were on the ground in Florida for 90 minutes

'We were on the plane for roughly three hours before we landed early and then we had to stay on the plane in Florida for about an hour to an hour-and-a-half because of this.'

Almost 3,000 people have commented on the footage which was uploaded to TikTok on Monday. More than 60,000 people have liked the short video and more than 2,500 users have shared the story.

'If you want to anti-mask, do it home, not at the inconvenience of everyone else flying. Even if you don't believe it, just wear it to be polite,' one TikTok user wrote.

Another person suggested that masks alone would not prevent the virus from spreading.

'If anyone on that plane has covid, everyone on there will get it, with masks or without. Masks work but social distancing is much more important,' they said.

A final person seemed more concerned with why the flight was so full, adding: 'Why are there so many people on the plane? Are they not seating people spaced out anymore?'

'I hope you get eaten by an alligator!' Passengers heckle and boo man as he is escorted off plane after it is diverted to Florida because he refused to wear a mask 'I hope you get eaten by an alligator!' Passengers heckle and boo man as he is escorted off plane after it is diverted to Florida because he refused to wear a mask Reviewed by STATION GOSSIP on 06:29 Rating: 5

Plaintiff's Exhibit 51

11alive.com

# FAA: Woman who hit Delta flight attendant after mask dispute faces $27,500 fine

*Author: Associated Press*

2 minutes

The confrontation on board a Delta flight from Miami to Atlanta began when the passenger's companion refused to wear a mask or fasten his seatbelt.

WASHINGTON — Federal officials are seeking a $27,500 civil penalty against an airline passenger who allegedly struck a flight attendant who asked the woman and her companion to leave the plane after a dispute over wearing a face mask.

The confrontation on board a Delta Air Lines flight departing from Miami International Airport for Atlanta began when the passenger's companion refused to wear a mask, secure his tray table or fasten his seatbelt, the Federal Aviation Administration said Friday. Delta, like most airlines, requires most passengers to wear masks except when eating or drinking.

Pilots returned the plane to the gate, and the pair was asked to disembark. The female passenger began yelling at the flight attendant and other passengers, then hit the flight attendant under her left eye, according to the FAA.

The FAA did not identify the passengers. The woman has 30 days to respond to the proposed penalty. The FAA said it appears that she violated a federal regulation against assaulting a crew member, which carries a civil penalty of up to $35,000.

The FAA announced tighter enforcement of rules against disturbances on planes after several rowdy incidents in early January on flights to and from Washington.

Plaintiff's Exhibit 52

americanlibrariesmagazine.org

# Are There Exceptions to Face-Mask Requirements? | American Libraries Magazine

*By Mary Minow |*

8-10 minutes



*Our online column* Letters of the Law *explores the wide range of legal issues that arise in libraries, with the help of a pair of leading authorities: Mary Minow, a librarian who became a lawyer, and Tomas A. Lipinski, a lawyer who became a librarian. Together they have authored four books on the subject, including The Library's Legal Answer Book (ALA Editions, 2003, with a new edition forthcoming in 2021), and led forums at American Library Association (ALA) conferences in collaboration with the Public Library Association (PLA).*

In this edition, Minow addresses legal issues that have arisen around the COVID-19 pandemic, including exceptions to face-mask requirements and *force majeure* clauses in contracts, as well as the legality of taking time off to vote.

**If a library has a policy requiring users to wear face masks, how do patrons with disabilities that directly conflict with mask-wearing use the library?**

As libraries navigate the complicated process of reopening while providing a safe environment within the confines of the law, they would do well to read Theresa Chmara's recommended guidelines, approved by ALA's Intellectual Freedom Committee, for common questions and concerns. (Chmara is general counsel of the Freedom to Read Foundation.)

First, know that there are fake exemption cards circulating on social media, some bearing the seal of the US Department of Justice (DOJ), claiming the holder has a disability that prevents them from wearing a mask. The cards say it's illegal for any business to ask bearers to disclose their condition. These cards are not issued or endorsed by DOJ. Read more about the phenomenon here.

The Centers for Disease Control and Prevention (CDC) states that a person who has trouble breathing or is unconscious, incapacitated, or otherwise unable to remove the face mask without assistance should not wear a face mask or cloth face covering. Other examples may include individuals with respiratory conditions such as asthma, chronic obstructive pulmonary disease, or cystic fibrosis. Additionally, people with post-traumatic stress disorder, severe anxiety, claustrophobia, autism, or cerebral palsy may have difficulty wearing  a face mask.

The Americans with Disabilities Act (ADA) does not specifically address face masks, but the Atlanta-based Southeast ADA Center and Burton Blatt Institute at Syracuse University offer a useful fact sheet on the topic. Under the ADA, a library must consider reasonable modifications—changing policies, practices, or procedures—for individuals with disabilities so they can participate in or benefit from library programs and services.

Reasonable modifications to mask requirements may include:

- allowing a person to wear a scarf, loose face covering, or full-face shield
- allowing curbside pickup or no-contact delivery in a timely manner
- offering phone or video appointments

There are three reasons a state or local government agency or private library may not have to provide a reasonable modification under the ADA:

- **Fundamental alteration.** A library may not have to provide a reasonable modification if the modification would change the nature of the service, program, activity, goods, services, or facilities. A fundamental alteration is a change to such a degree that the original program, service, or activity is no longer the same. An example would be a request for home delivery when the library does not already offer that service.

- **Undue burden,** such as a significant difficulty or expense. This could include a request to visit the library before or after its regular hours, as it would place an undue burden on limited staff.

- **Direct threat,** or a significant risk of substantial harm to the health or safety of the individual or others that cannot be eliminated or reduced by reasonable accommodation. If an individual with a disability poses a direct threat despite reasonable accommodation, they are not protected by the ADA.

In order to limit a direct threat around COVID-19, state and local government agencies and businesses may:

- develop policies and procedures to promptly identify and isolate patrons with symptoms of COVID-19

- offer face masks to patrons (public libraries should include a free option)

- inform library users about symptoms of COVID-19

- limit in-person access to buildings as appropriate

For guidance on the decision-making process for reasonable accommodations, see discussion of two DOJ settlement agreements (one involving a YMCA, one involving the District of Columbia) from the Southeast ADA Center. For more on reasonable accommodation for employees, along with other pandemic-related employment issues, consult the Equal Employment Opportunity Commission's guidance.

**With everything going on in the world, why should I bother looking at provisions in old contracts the library has signed in the past?**

A boilerplate clause in most types of library contracts known as *force majeure* (French for "superior force") has suddenly become important amid the COVID-19 pandemic. Sometimes known as "acts of God" clauses, they refer to natural catastrophes and can allow one or both parties to get out of or change its obligations.

The clauses are not uniform, and whether they apply to the library or vendor and what they affect (payment, timing, nonperformance) depends entirely on their wording. I recommend looking at your library's most important contracts now rather than later because invoking *force majeure* generally requires timely notice.

Sample *force majeure* clauses and checklists abound (here's one good example). Especially useful with respect to electronic licenses are the samples given at the Liblicense project hosted by the Center for Research Libraries. Liblicense, a rich resource for libraries negotiating vendor contracts for many years, evaluates two sample *force majeure* clauses from a library's point of view, primarily making the point that libraries should ensure that the clause applies equally to the library as well as the vendor.

A court in Illinois recently excused a restaurant from paying 75% of its rent because the governor had ordered the restaurant to shut down most of its operations. A typical *force majeure* clause says that it does not excuse an obligation to pay money, but this particular one did not carve out monetary obligations. *Forbes* reports that although probably only a minority of clauses may allow a party to reduce rent, this shows how important it is to closely read even boilerplate language.

**A common reason people give for not voting is that they're too busy with work demands. May (or must) libraries give employees time off to vote?**

Illinois passed a law in June that expands early voting and vote by mail and also makes November 3, 2020, a legal holiday for public schools and state and local government offices. But what about other dates and other libraries?

The federal government has a longstanding policy of granting federal library employees a limited amount of administrative leave to vote in elections (read more here). And most state and local governments require employers to allow employees time off to vote, particularly when their working hours do not permit sufficient time to do so.

State laws vary widely in their details. Workplace Fairness and XpertHR offer state-by-state guides. Read your state law with an eye to see if it requires paid time, whether it requires notice by employees, whether employers may designate the hours off, and whether the employer can demand written proof of voting or penalize employees who take time off to vote.

Private library employers may set their own policies. Time to Vote is a current movement in the corporate world to encourage paid time off.

Even in states with no voting leave law, it is good practice to encourage voting by giving up-to-date information about early and absentee voting options.

*The information in this column does not constitute legal advice, nor does it necessarily reflect the views of ALA or PLA. It is meant to serve as a starting point for librarians and library lawyers who wish to research the law and consider its applications. Different jurisdictions will have different laws and may even apply the same laws differently. If you require legal advice or expert assistance, we urge you to seek the services of a competent legal professional.*

*Look for a new column by Lipinski this fall. Send questions or ideas to Associate Editor Sallyann Price at sprice@ala.org.*

Plaintiff's Exhibit 53

travelpulse.com

# Spirit Airlines Updates Face Mask Policy After Boy With Autism Is Removed From Flight

3 minutes

An Arkansas family is crying foul after their four-year-old son, who's non-verbal with autism, was removed from a Spirit Airlines flight because he wasn't wearing a mask on Monday.

According to CBS News, the boy's mother, Callie Kimball claims that Carter "had a medical note from his physician stating that he's exempt from wearing masks because whenever he wears a mask he holds his breath or he starts freaking out and he will harm himself."

ADVERTISING

Trending Now



The family flew with Spirit to visit family in Las Vegas on Friday without issue.

However, the airline refused to accept Carter's note on the return flight, which included a stopover in Dallas.

"He has a disability. It's protected under the American Disability Act and they go, 'No no no. Autism's not a disability. He has to wear a mask or he has to get off the plane,'" she added.

The family was eventually able to book a new flight on American Airlines, which accepted the physician's note.

Spirit said that it has already issued a refund for the flight but blamed the delay on

the time it takes credit card issuers to credit the funds.

What's more, the airline will introduce changes to its face-covering policy this week, allowing guests with a medical disability to apply for an exemption.

"We sympathize with families facing additional burdens while traveling, including those dealing with medical conditions. Like most airlines, Spirit Airlines started requiring face coverings in May 2020 with the only exemption being one for children under age 2 for the safety of our Guests and Team Members," Spirit said in a statement to TravelPulse. "We remind Guests of our face-covering policy throughout the booking process, in pre-trip emails sent prior to departure, and in a required acknowledgment that is part of the check-in procedure. Our existing policy does not provide for medical exemptions, regardless of diagnosis."

"Starting March 19, 2021, Guests with a medical disability who are traveling on or after March 22, 2021, can apply for an exemption as provided for in the federal mandate requiring masks in airports and on planes. We plan to add information to our website about the exemption later this week," the airline added.

Travelers can visit Spirit's Information Center for more details.

Plaintiff's Exhibit 54



# Runway to Recovery

The United States Framework for Airlines and Airports to Mitigate the Public Health Risks of Coronavirus

Guidance Jointly Issued by the U.S. Departments of Transportation, Homeland Security, and Health and Human Services

**July 2020**

used within the airport (e.g. trains, buses, etc.). It is imperative that airlines and airports inform passengers when it may not be possible to meet social distancing expectations and, as a result, emphasize the additional importance of observing all the other preventive measures, including strict hand hygiene, respiratory etiquette, and wearing a face mask or cloth face covering.

**Rationale:** SARS-CoV-2, the virus that causes COVID-19, spreads mainly among people who are in close contact for greater than 15 minutes. Social distancing of at least six feet is the best way to reduce the spread of infection. However, the air transportation system presents many areas where confined physical spaces make recommended social distancing difficult or impossible to achieve at times. Where space constraints limit the practice of social distancing, such as onboard aircraft or within the Federal Inspection Station (FIS) area during peak international arrival times, it is essential that passengers, crew members, and aviation workers adhere at all times to all other preventive measures, especially hand washing, respiratory etiquette[5], and wearing face masks or cloth face covering.

**Resources:** CDC developed guidance on social distancing, including for people with disabilities, on its website:
    » cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/social-distancing.html

## Masks or Cloth Face Covering

**Recommendation:** Everyone should correctly wear a mask or cloth face covering over their nose and mouth at all times in the passenger air transportation system (excluding children under age 2, or anyone who has a medical condition that causes trouble breathing, is unconscious and unable to be awakened, or otherwise unable to remove the mask without assistance). Airlines and airports are strongly encouraged to require that everyone correctly wear a mask or cloth face covering in shared spaces unless they meet the exceptions described above. Airports and airlines should have masks or cloth face coverings available for passengers and aviation workers who may arrive without one or require a replacement. Wearing a mask or cloth face covering is particularly necessary any time social distancing cannot be maintained. Reasonable accommodations

---

5 cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/prevention.html

should be made for persons with disabilities or ailments who cannot wear masks or cloth face coverings.

> » ***Note:*** *Passengers and aviation workers may be asked to briefly remove their masks or cloth face coverings when interacting with government officials or systems that must verify identity, such as U.S. Customs and Border Protection (CBP) Officers, Transportation Security Administration staff, law enforcement, airline or airport staff, and biometric exit controls. Physical barriers or face shields should be used to protect employees and the public in these instances. Accommodations for persons with disabilities or ailments who cannot wear cloth face coverings should be considered on a case-by-case basis. This may include seating that allows social distancing from non-companion passengers. Brief removal of masks or cloth face coverings should be permitted for drinking or eating.*

**Rationale:** The greatest risk of spreading COVID-19 is when an infected person coughs, sneezes, or talks and droplets from his or her mouth or nose are launched into the air and land in or near the mouths or noses of people nearby. Requiring all persons to wear masks or cloth face coverings prevents droplets from spreading, including from potentially asymptomatic individuals. If everyone in an environment participates in covering their mouths and noses, cloth face coverings can be effective at reducing viral spread:

**Resources:** cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/diy-cloth-face-coverings.html

## Cleaning and Disinfection

**Recommendation:** Airlines and airports should require all areas with potential for human contact and transmission be disinfected per defined schedules as recommended by CDC and the Occupational Safety and Health Administration (OSHA). Special attention should be given to increasing the frequency of cleaning high-touch surfaces like door handles, armrests, elevator buttons, escalator/stair handrails, and kiosks. Additionally, hand sanitizer stations and disinfecting wipes should be provided at kiosks and other common areas passengers are expected to touch frequently.

Plaintiff's Exhibit 55

# Runway to Recovery

## The United States Framework for Airlines and Airports to Mitigate the Public Health Risks of Coronavirus

Guidance Jointly Issued by the U.S. Departments of Transportation, Homeland Security, and Health and Human Services

**Version 1.1 | December 2020**



# OVERVIEW

A safe, secure, efficient, and resilient air transportation system is essential to our Nation's physical, economic, and social health.  The Coronavirus Disease 2019 (COVID-19) public health emergency has demonstrated that protecting public health in the air transportation system is just as critical as aviation safety and security to the confidence of the flying public.  Government, aviation, and public health leaders have been working together—and must continue to do so—to meaningfully reduce the public health risk and restore passenger, aviation workforce (including aircrew), and public confidence in air travel. The U.S. Government continues to assess the evolving situation and the effectiveness of actions and recommendations implemented to date.  This updated guidance reflects this continual assessment and updated information. Although there are some updates and adjustments throughout, the key additions and changes in this document include new information on:

> » Passenger and Aviation Workforce Education

> » Contact Tracing

> » Mask Use, specifically the need to accommodate those who cannot wear masks

> » Passenger Testing

This document provides the U.S. Government's updated guidance to airports and airlines for implementing measures to mitigate the public health risks associated with COVID-19, support an increase in travel volume, and ensure that traditional aviation safety and security measures are not compromised. This guidance addresses public health concerns and supports U.S. air carriers and airports as they make decisions and implement changes to reduce the spread of SARS-CoV-2 (the virus that causes COVID-19).  The aviation industry has maintained a safe and secure system because stakeholders do not compete on safety and security; we expect the aviation industry to take the same system-level approach to implement guidance on public health risk mitigations.

themselves, but should maintain at least six feet of distance from others outside of their group. Strategies to allow for social distancing should also be employed for passenger transports used within the airport (e.g., trains, buses, etc.). It is imperative that airlines and airports inform passengers when it may not be possible to meet social distancing expectations and, as a result, emphasize the additional importance of observing all the other preventive measures, including strict hand hygiene, respiratory etiquette[7], and wearing a mask.

**Rationale:** SARS-CoV-2 spreads mainly among people who are in close contact with an infected person or persons for greater than 15 minutes over a 24-hour period.  Social distancing of at least six feet is a way to reduce the spread of infection in an indoor setting.  However, the air transportation system presents many areas where confined physical spaces make recommended social distancing difficult or impossible to achieve at times. Where space constraints limit the practice of social distancing, such as onboard aircraft or within the Federal Inspection Station (FIS) area during peak international arrival times, it is essential that passengers, crew members, and aviation workers adhere at all times to all other preventive measures, especially handwashing, respiratory etiquette, and wearing a mask.

**Resources:** CDC developed guidance on social distancing, including for people with disabilities, on its website: https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/social-distancing.html

## Masks

**Recommendation:** Everyone should wear a mask per CDC guidance, over their nose and mouth, at all times in the passenger air transportation system (excluding children under age 2, or anyone who has a medical condition for which wearing a mask is contraindicated, is unconscious and unable to be awakened, or otherwise unable to remove the mask without assistance). Masks should have two or more layers of non-synthetic and tightly woven materials, fit snugly on the face without gaps, be large enough to comfortably cover the mouth and nose during speech and physical activity, and should not contain an exhalation valve or vent. Airlines and airports are strongly encouraged to

7 https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/prevention.html

require that everyone correctly wear a mask in shared spaces unless they meet the exceptions described above. People should also wear masks over the mouth and nose in other transportation settings that are connected to airports, such as shuttle vans, buses, trains, subways, or similar transportation systems or car rental locations. Airports and airlines should have masks available for passengers and aviation workers who may arrive without one or require a replacement. Wearing a mask is particularly necessary any time social distancing cannot be maintained. Brief removal of masks should be permitted for minimal drinking, eating, or taking medication. During the brief removal of the mask in these circumstances, individuals should refrain from conversation.

Reasonable accommodations should be made for persons with disabilities or ailments who cannot wear masks. However, under the Americans with Disabilities Act, entities may impose legitimate safety requirements necessary for safe operation that do not require modification, so long as those safety requirements are based on actual risks, and not mere speculation, stereotypes, or generalizations about persons with disabilities. Other accommodations for persons with disabilities or ailments who cannot wear a mask should be considered on a case-by-case basis. This may include, for example, seating in waiting areas that allows social distancing from non-companion passengers.

Airport and airline personnel should consider reasonable alternatives to removing their own face masks in order to communicate with persons who are deaf or hearing impaired, such as using clear face masks, writing on a pad of paper that can be shown without contact, or protective barriers.

> » ***Note:*** *Passengers and aviation workers may be asked to remove their masks briefly when interacting with government officials or systems that must verify identity or confirm entry/exit, such as U.S. Customs and Border Protection (CBP) Officers, Transportation Security Administration staff, law enforcement, or airline or airport staff. Physical barriers or face shields should be used to protect employees and the public in these instances.*

**Rationale:** The greatest risk of spreading COVID-19 is when an infected person coughs, sneezes, talks, or breathes and respiratory droplets or small particles, such as those in aerosols, are launched into the air from his or her mouth or nose. Requiring all persons to wear masks reduces the risk of droplets or airborne particles from spreading, including from potentially asymptomatic

infected individuals. If everyone in an environment participates in covering their mouths and noses, masks can be effective at reducing viral spread.

Airports must comply with the Americans with Disabilities Act and the Rehabilitation Act regulations in considering reasonable modifications for persons with disabilities who cannot wear a mask. However, as discussed above, reasonable modifications of legitimate safety requirements are not required. Under the Air Carrier Access Act, U.S. and foreign air carriers have legal obligations to accommodate the needs of passengers with disabilities when the airlines develop and implement policies requiring the use of masks to mitigate the public health risks associated with COVID-19.  The Air Carrier Access Act and its implementing regulations in 14 CFR Part 382 require airlines to ensure that their mask policies provide for reasonable accommodations, based on individualized assessments, for passengers with disabilities who are unable to wear a face covering for medical reasons.  The Office of Aviation Consumer Protection within the Department of Transportation and the Office of Civil Rights in the Federal Aviation Administration enforce aspects of these requirements within their jurisdiction.

**Resources:** The following websites provide information related to appropriate mask use and special accommodations:

- » https://www.cdc.gov/quarantine/masks/mask-travel-guidance.html
- » https://www.cdc.gov/coronavirus/2019-ncov/travelers/face-masks-public-transportation.html
- » https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover-guidance.html
- » https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/about-face-coverings.html
- » https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/how-to-wear-cloth-face-coverings.html
- » https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/diy-cloth-face-coverings.html
- » https://www.transportation.gov/airconsumer

Plaintiff's Exhibit 56

newsweek.com

# Autistic 4-Year-Old Kicked off Plane for Not Wearing Face Mask Despite Exemption

*Aatif Sulleyman*

5-6 minutes

A 4-year-old boy with nonverbal autism has been kicked off a flight for not wearing a face mask.

Callie Kimball and her husband said that they and their son, Carter, were removed from a Spirit Airlines flight from Las Vegas to their home city of Little Rock on Monday morning, despite showing staff a doctor's note stating that he's exempt from wearing a face-covering.

According to his parents, Carter "holds his breath" or "starts freaking out" and "will harm himself" whenever he wears a face mask.

Spirit Airlines, which is attracting widespread criticism for the incident on social media, said that its current face mask policy "does not provide for medical exemptions, regardless of diagnosis," but that it plans to introduce an exemption application process for customers with "a medical disability" later this week.

The company has also issued a refund to the Kimball family.

"Regardless of local or state ordinances federal law requires all travelers to wear face-coverings in compliance with CDC guidelines on flights and in airports," Spirit Airlines' COVID-19 Information Center currently states.

"Children under the age of 2 years old are exempt. We will continue to evaluate this policy as the situation evolves."

However, the Centers for Disease Control and Prevention's (CDC) mask guidelines explain that people "with a disability who cannot wear a mask, or cannot safely wear a mask, for reasons related to the disability," are also exempt from the requirement to wear a face mask.

In September, Spirit Airlines staff asked the parents of a 4-year-old boy with autism to leave a plane because their son wouldn't wear a face mask.

When they refused, Spirit Airlines ordered all passengers off the plane and called the police. The parents were subsequently banned from flying with the airline.

The FAQ section of Spirit Airlines' COVID-19 Information Center contains a section specifically for people who are unable to wear a face-covering because of a disability.

"Spirit is aware of and analyzing a new federal directive regarding a requirement for masks to be worn in airports and onboard flights. We will promptly share any information regarding exemptions or policy changes," the section reads.

"At this time, our current policy still stands that all guests, except children under the age of 2 years old, are required to wear an appropriate face-covering."

Spirit Airlines says that it reminds customers of its face-covering policy "throughout the booking process, in a pre-trip email sent prior to departure, and in a required acknowledgment that is part of the check-in procedure."

However, in response to the incident involving Callie Kimball, the company has said that from Friday customers who are due to fly with Spirit Airlines from Monday will be able to "apply for an exemption as provided for in the federal mandate requiring masks in airports and on planes."

A Spirit Airlines spokesperson told *Newsweek* in a statement via email: "We sympathize with families facing additional burdens while traveling, including those dealing with medical conditions. Like most airlines, Spirit Airlines started requiring face coverings in May 2020 with the only exemption being one for children under age 2.

"We remind Guests of our face covering policy throughout the booking process, in a pre-trip email sent prior to departure, and in a required acknowledgement that is part of the check-in procedure. Our existing policy does not provide for medical exemptions, regardless of diagnosis.

"Starting March 19, 2021, Guests with a medical disability who are traveling on or after March 22, 2021 can apply for an exemption as provided for in the federal mandate requiring masks in airports and on planes.

"We plan to add information to our website about the exemption later this week. Please visit our Information Center for more information on what we are doing to keep our Guests and Team Members safe."



*A Spirit Airlines plane is seen at the Las Vegas International Airport (LAS) gate on August 30, 2020 in Las Vegas, Nevada. The airline does not currently accept medical exemptions for not wearing a face mask on flights. Daniel Slim/AFP via Getty Images*

*Newsweek, in partnership with NewsGuard, is dedicated to providing accurate and verifiable vaccine and health information. With NewsGuard's HealthGuard browser extension, users can verify if a website is a trustworthy source of health information. Visit the Newsweek VaxFacts website to learn more and to download the HealthGuard browser extension.*

*Update 3/16/21, 11 a.m. ET: This article was updated with comment from Spirit Airlines.*

Plaintiff's Exhibit 57

fox32chicago.com

# 3-year-old with autism banned from airline over not wearing mask, Chicago family says

*Tia Ewing*

3 minutes

---

**Published** September 28, 2020

**3-year-old with autism banned from airline over not wearing mask, Chicago family says**

A Chicago family says their 3-year-old boy with autism has been banned from an airline since he would not wear a mask.

**CHICAGO** - A Chicago family says their 3-year-old boy with autism has been banned from an airline since he would not wear a mask.

The family says Spirit Airlines kicked them off the flight, but the airline says the family started swearing at flight attendants and would not cooperate.

The mom says she did swear, but was not belligerent. It all started over her autistic son not being able to keep a mask on for the 4-hour flight.

"They just put him on the autism spectrum. He has sensory delay and speech delay," said Zana Shelton.

Cebastian Lewis, 3, is nonverbal and at his age cannot read yet.

"It was a layover and everything, so it was two flights that we took to go there and he didn't wear a mask," Zana said.





Zana, her son and two other family members took the 1,700 mile trek to visit family when it was time to return on Spirit.

"On the way back, she stopped us. She said if he doesn't wear a mask he can't get on the plane. I'm like well he's autistic and we didn't have this problem coming up here," Zana said.

The family got the 3-year-old to wear the mask right before takeoff, but it did not last long.

"Soon as he sat in the seat he took it right back off," Zana said. "Everybody had to deplane and then the police were called and they put in a police report on him."

Spirit released a statement, saying they require face covering during the entire flight. The only exceptions are children under 2. Travelers unable to wear them for any reason, including medical, won't be able to fly Spirit.

GET FOX 32 NEWS ON THE GO BY CLICKING HERE

Days later, letters arrived in the mail, one to Zana's sister and another addressed to 3-year-old Cebastian, banning the toddler from flying Spirit for non-compliance of the airlines face-covering policy. In 2 years, he can write a letter explaining why the carrier should reconsider.

Spirit says the letter sent to the child was a mistake, but that the family refused to cooperate and a family member used profanity towards the flight attendants while refusing to get off the plane.

Spirit did refund the family their money for the ticket back home. In total, the family spent $1,400 one-way to return to Chicago on Southwest Airlines.

Plaintiff's Exhibit 58

nbcbayarea.com

# Family Says Child With Autism Was Removed From Flight to SJ for Not Wearing Mask

*Ian Cull*

3 minutes

---

A family boarding a San Jose-bound flight says they were forced to remove their special needs daughter from the airplane because she wasn't wearing a mask.

Fifteen-year-old Mya was told she had to get off the Southwest Airlines plane before it departed Portland if she didn't put on her mask.

Her father guided her out after discussions with the crew, but he says Mya has autism and sensory sensitivity and that's the reason she wasn't wearing one.

"She was really upset, crying, she was so excited for the ride and for the trip," said Tim Cleary.

Her mother says they firmly believe in masks, and even though Mya will put it on, after a few minutes it feels constraining in a way most people can't understand.

"This isn't like we're protesting masks or anything," said Jeniffer Tharp. "My daughter cannot wear the mask, and I think there should be, and I thought that there were exceptions for people who can't comply with that."

**Local**





Passenger Jennifer Clymer of Turlock saw it all. She was seated two rows ahead on the Southwest flight.

"We were all very unhappy and thought it was very unfair that the family couldn't take a trip just because an autistic child didn't understand why she had to wear a mask," said Clymer.

Mya and her mom had to get off the flight.  The rest of the Portland area family continued their vacation in California.

Tharp says the pilot was apologetic, but higher ups said she couldn't continue on.  She hopes airlines will be more understanding.

"We were looking forward to this, but everything went wrong. I just assumed it would be no different from when she's gone into a grocery store or a doctor's appointment," Tharp said.

Southwest airlines sent a statement that reads, in part,  "Although we do not discuss specific information regarding customers, we can share that … customers and employees age two and older are required to wear face coverings or masks, in accordance with public health guidance issued by the CDC."

 Eating and drinking are the exception.

 The family argues – the CDC says on its website, mask use may be exempt for a person with a disability, mental health condition, or sensory sensitivity like Mya.

Plaintiff's Exhibit 59

fox5atlanta.com

# Family says they were kicked off flight because 2-year-old son with autism wouldn't wear a mask

*Janice Yu*

3 minutes

---

**Family kicked off flight over son with autism**

A Georgia family was kicked off a Southwest flight because their 2-year-old son with autism couldn't wear a mask.

**ATLANTA** - A Georgia family heading to New York said they were kicked off a Southwest Airlines flight because their 2-year-old son with autism wouldn't wear a mask.

"You really fought a battle with a 2-year-old," said Edwin Rios, the father.

The couple said they've flown with their son, Elias, before but have never encountered this problem. The family of five was leaving Atlanta for a trip to New York.

"They don't understand those types of things when they're little. It just makes it harder when it's a kid that has a disability," said Maria Rios, the mother.

According to an advocacy group called Autism Speaks, it can be difficult for some on the autism spectrum to wear a mask.

CDC guidelines state exemptions can be made for those with disabilities.



The couple said they explained this to the crew when they pre-boarded their flight.

"We told you we can't force him to wear a mask. We told you his disability. You see our tickets because we preboarded his disability because we explained that to him at the front counter," Edwin Rios said.

The couple said they even tried to show the staff Elias would not keep his mask on.

"I forced it on him, fighting with him to put the mask over him, he ripped it right off and threw it on the floor," he said.

The family was eventually asked to get off the plane, but Edwin Rios said he told them he would only do so if the family was able to get their checked bags back.

He said he knew they would have to go back home and the key to their house was in one of the bags.

FOX 5 reached out to Southwest Airlines for comment and the company said it regrets the inconvenience the family faced but federal law requires Southwest to ensure everyone over the age of two to wear a mask at all times.

When asked about exemptions for those with disabilities, the company sent a link with steps one must take in order to be exempt.

The family said they were not made aware of this at any time during their interaction.

WATCH: FOX 5 Atlanta live news coverage

_____

Sign up for FOX 5 email alerts

Download the FOX 5 Atlanta app **for breaking news and weather alerts.**

Plaintiff's Exhibit 60

travelpulse.com

# Southwest Prohibits Family From Boarding After Autistic Child Could Not Wear Mask

3-4 minutes

An Iowa family says they were prohibited from boarding a Southwest Airlines flight because their autistic son could not wear his face mask.

Instead, the family said they were forced to rent a car and drive home to Des Moines from St. Louis. The family – parents Cody and Paige Petek and their two children – were waiting on a connecting flight in St. Louis after arriving from Florida, where they had been on vacation.

ADVERTISING

But their 5-year old non-verbal son has autism and a sensory processing disorder, making it difficult for him to wear a face mask. A fellow passenger on the flight, Dr. Vince Hassel, said other customers were lobbying to get the boy on board when the Southwest Airlines crew refused.

"They weren't going to let the kid on the plane if he didn't put his mask on," Hassel said. "He just wasn't having it and throwing a fit. Just to watch this play out was absolutely horrible."

As this was playing out, the family said their son had a seizure, but his medication was on board the flight to Des Moines.

Transportation Security Administration (TSA) policy calls for people with disabilities who cannot wear a mask because of the disability are exempt from having to wear a mask.

The Peteks' lawyer said he thinks Southwest Airlines violated the Americans with Disabilities Act.

"There's clear guidance from the department of transportation about what the airline should do," said Anthony L. Marchetti Jr, the Petek's lawyer. "None of that happened here."

In a statement, Southwest said "While we regret any inconvenience this family experienced while traveling, federal law requires each person, 2 years of age and older, to wear a mask at all times throughout the travel journey... To assist travelers with disabilities, there is a narrow exception to the mask mandate for specific types of disabilities that prevent a person from wearing a mask. Southwest Airlines considers applications for exemptions from this mask requirement from passengers with a disability who cannot wear a mask, or who cannot safely wear a mask because of the disability.

"… In this case, a traveler was not wearing a face covering prior to boarding and did not have an exemption to the federal mask mandate. Southwest Employees tried to assist the family by encouraging the child's face covering be placed over the mouth and nose. Once the family was unable to meet the federal requirement, Southwest offered the family a hotel for the night and to rebook them on a flight today to allow them additional time to comply. Instead, the family chose not to fly and was granted a full refund. It's the responsibility of Southwest employees to enforce federal regulations. As always, we appreciate the spirit of compliance to the federal mask mandate and the ongoing cooperation among our customers and employees as we work collectively to support the comfort and wellbeing of all who travel with us during the ongoing COVID-19 pandemic."