```
Plaintiff's Exhibit 61
```

washingtonpost.com

# Southwest removes family from flight after 3-year-old with autism is unable to wear mask

*Shannon McMahon*

3 minutes

---

When Southwest Airlines updated its mask policy to require "all customers over the age of two to wear a face covering or mask while traveling to help prevent the transmission of COVID-19," many travelers rejoiced. The no-tolerance policy is in line with guidance from the Centers for Disease Control and Prevention that face coverings be worn by everyone over the age of 2.

But on Aug. 10, the airline confirms, Southwest removed a family from one of its flights when a 3-year-old was unable to wear his mask on a flight from Midland, Tex., to Houston. The child has autism and doesn't like his face covered, the mother told Houston's KPRC-TV, and she had a doctor's note confirming as much.

"He was screaming. He was throwing a fit. He was screaming 'No, no, no!'" she told the news station. "I think there needs to be something in place for children or even adults with disabilities who can't wear a mask. They should have some kind of exemption."

She also took to social media to voice her frustration.

"When you get kicked off your flight because your 3 year old autistic child won't wear a mask... looks like I'm stuck here in midland," she wrote in a Facebook post, commenting on her own post that she was "disgusted by how my son was treated and how I was treated." Customers weighed in supporting the mother on social media, as well.

In a statement to The Washington Post, Southwest said it regrets "any inconvenience this family experienced. Customers are informed of the policy on our website during booking, in a pre-trip email sent prior to departure, and during a required acknowledgment that's part of the Customer Health Declaration Form which appears during the online check-in process on the Southwest app, Southwest.com and Southwest's mobile website."

The airline also says that it issues a full refund in cases where an individual is removed from a flight for being unable to wear a mask.

On Wednesday, Southwest chief executive Gary Kelly tweeted a reminder about its updated policies as the story circulated on social media.

Alaska, American, Frontier, JetBlue, United and Spirit airlines all have similar policies in place, requiring face coverings for travelers over the age of 2 without mention of any exceptions for medical conditions or disabilities.

Plaintiff's Exhibit 62

tulsaworld.com

# Do mask requirements violate civil rights? How can businesses accommodate the disabled? Get answers to these questions and more

*Kendrick Marshall Tulsa World*

7-8 minutes

Do mask requirements violate civil rights? How can businesses accommodate the disabled? Get answers to these questions and more

Get answers to questions about what the city's mask ordinance means for Tulsans.

**Disabilities or medical conditions that make mask wearing difficult**

Disabilities or medical conditions that make mask wearing difficult

*In some situations, wearing a cloth face covering may exacerbate a physical or mental health condition, lead to a medical emergency, or introduce significant safety concerns, the Center for Disease Control explains.*

- *People who are deaf or hard of hearing — or those who care for or interact with a person who is hearing impaired—may be unable to wear cloth face coverings if they rely on lipreading to communicate.*

- *Some people, such as people with intellectual and developmental disabilities, mental health conditions or other sensory sensitivities, may have challenges wearing a cloth face covering.*

- *Individuals with asthma, chronic obstructive pulmonary disease (COPD), or other respiratory disabilities may not be able to wear a face mask because of difficulty in or impaired breathing. People with respiratory disabilities should consult their own medical professional for advice about using face masks.*

- *Some people with autism are sensitive to touch and texture. Covering the nose and mouth with fabric can cause sensory overload, feelings of panic, and extreme anxiety.*
- *A person who has cerebral palsy may have difficulty moving the small muscles in the hands, wrists, or fingers.*
- *A person who uses mouth control devices such as a sip and puff to operate a wheelchair or assistive technology, or uses their mouth or tongue to use assistive ventilators.*

*MIKE SIMONS/Tulsa World*

**Are individuals without disabilities exempt under ADA guidelines?**

Are individuals without disabilities exempt under ADA guidelines?

*According to the ADA, people without disabilities or medical conditions are not protected under the ADA. MIKE SIMONS/Tulsa World*

**Are mask mandates a violation of civil rights?**

Are mask mandates a violation of civil rights?

*While opinions vary on the validity of face covering requirements, Tulsa attorney Jim Milton, of the law firm Hall Estill, said the city can exercise its government powers to impose an ordinance.*

*"So far, the city of Tulsa meets the requirements of, 'Do they have the power?' and 'Is this a reasonable way to exercise that power?'" Milton said. "But what folks are really talking about is whether there's a prohibition to their rights, their constitutional rights in the Bill of Rights and otherwise in the constitution and prevent them from this particular exercise of power ..."*

*Milton, in familiarizing himself with similar mask ordinances across the country, said he's yet to come across language that would prevent any municipality from requiring masks be worn in public to protect the health and safety of citizens.*

*"You know I haven't studied the details of the rule that is being proposed (for Tulsa), but presumably there are exceptions," he said. "Presumably they (the city) are giving the proper amount of exception for people who have health conditions. Presumably they are not requiring me to wear a mask when I'm home alone and don't have anyone else around me.*

*When I go to the grocery store, or when I fill up my gas tank and I'm going to be in a reasonable proximity of another person, I don't have any constitutional right that would be violated by the simple act of me being asked to wear a mask."*

*The Under the U.S. Constitution's 10th Amendment and U.S. Supreme Court decisions over nearly 200 years, state governments have the primary authority to control the spread of dangerous diseases within their jurisdictions. The 10th Amendment, which gives states all powers not specifically given to the federal government, allows them the authority to take public health emergency actions, such as setting quarantines and business restrictions.*

*IAN MAULE/Tulsa World*

## Current Oklahoma jurisdictions with face covering ordinances

Current Oklahoma jurisdictions with face covering ordinances

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

1 **Mask mandate and use efficacy in state-level COVID-19 containment**

2

3 Damian D. Guerra[1,*] and Daniel J. Guerra[2]

4

5 1. Department of Biology, University of Louisville, Louisville, Kentucky, United States of America

6 2. Authentic Biochemistry, VerEvMed, Clarkston, Washington, United States of America

7

8 * Corresponding author (damian.guerra@louisville.edu)

9

10 **Abstract**

11 *Background*: Containment of the COVID-19 pandemic requires evidence-based strategies to reduce transmission.

12 Because COVID-19 can spread via respired droplets, many states have mandated mask use in public settings.

13 Randomized control trials have not clearly demonstrated mask efficacy against respiratory viruses, and

14 observational studies conflict on whether mask use predicts lower infection rates. We hypothesized that statewide

15 mask mandates and mask use are associated with lower COVID-19 case growth rates in the United States.

16 *Methods*: We calculated total COVID-19 case growth and mask use for the continental United States with data from

17 the Centers for Disease Control and Prevention and Institute for Health Metrics and Evaluation. We estimated post-

18 mask mandate case growth in non-mandate states using median issuance dates of neighboring states with mandates.

19 *Results*: Case growth was not significantly different between mandate and non-mandate states at low or high

20 transmission rates, and surges were equivocal. Mask use predicted lower case growth at low, but not high

21 transmission rates. Growth rates were comparable between states in the first and last mask use quintiles adjusted for

22 normalized total cases early in the pandemic and unadjusted after peak Fall-Winter infections. Mask use did not

23 predict Summer 2020 case growth for non-Northeast states or Fall-Winter 2020 growth for all continental states.

24 *Conclusions*: Mask mandates and use are not associated with slower state-level COVID-19 spread during COVID-

25 19 growth surges. Containment requires future research and implementation of existing efficacious strategies.

26

27 **Keywords**: COVID-19, SARS-CoV-2, face covering, medical mask, mask mandate, nonpharmaceutical intervention

NOTE: This preprint reports new research that has not been certified by peer review and should not be used to guide clinical practice.

1

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license .

Case 6:21-cv-01008-PGB-DCI Document 1-6 Filed 06/15/21 Page 6 of 107 PageID 365

## 28    Introduction

29    Since being linked to SARS-CoV-2 in early 2020, COVID-19 has increased mortality and induced

30    socioeconomic upheaval worldwide [1]. Typical COVID-19 symptoms mirror influenza, with loss of taste

31    and smell being differential indicators [2]. Age, obesity, cardiovascular disease, and diabetes are

32    associated with severe COVID-19 symptoms (e.g., pneumonia, blood clots, cytokine storm) and hence

33    higher risks of hospitalization and death [3, 4]. Given the incidence of comorbidities, evidence-based

34    containment strategies are warranted. Respired droplets and aerosols containing SARS-CoV-2 are

35    intuitively likely modes of community transmission [5]. To reduce COVID-19 spread, governments have

36    issued mandates to wear medical masks or cloth face coverings (henceforth *masks*) in public settings. 40

37    of the United States have issued mask mandates since April 2020. Mask mandates have limited precedent,

38    making efficacy unclear. Therefore, our first objective was to evaluate the efficacy of mask mandates in

39    attenuating COVID-19 case growth at the state level.

40

41    Prior studies have conflicted on whether masks reduce SARS-CoV-2 transmission. For USS Theodore

42    Roosevelt crew, reported mask use was lower among COVID-19 cases (56% vs. 81%) [2]. There were no

43    infections for 47.9% of patrons of two hair stylists with COVID-19 with universal masking [6], but PCR

44    tests were not obtained for the other 52.1% of patrons [6], and first wave COVID-19 hospitalizations were

45    no higher in public schools (high density with minimal masking) than elsewhere in Sweden [7]. A

46    randomized controlled trial (RCT) of Danish volunteers found no protective benefit of medical masks

47    against COVID-19 infection [8]. In RCTs before COVID-19, viral infections were more common for

48    Vietnamese clinicians with cloth masks than medical or no masks (which were indistinguishable from

49    each other) [9], and N-95 respirators (but not medical masks) protected Beijing clinicians from bacterial

50    and viral diseases compared to no masks [10]. To be sure, mask use compliance in RCTs is not always

51    clear [11]. Mask use was 10% and 33% for Beijing households with and without intrahousehold COVID-

52    19 transmission, respectively [12]. This suggests greater mask use may reduce COVID-19 spread. Hence,

2

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

53  our second objective was to assess whether COVID-19 case growth is negatively associated with mask

54  use.

55

56  Earlier studies have not compared COVID-19 case growth rates in states with and without mandates, and

57  effects of compliance (proportion of people masked) are not clear. We assessed if statewide mask

58  mandates and compliance predict (and thus potentially decrease) statewide COVID-19 growth rates after

59  1 June 2020, when test capacity reached a threshold for minimal contact tracing [13]. We found little to

60  no association between COVID-19 case growth and mask mandates or mask use at the state level. These

61  findings suggest that statewide mandates and enhanced mask use did not detectably slow COVID-19

62  spread. We conclude by affirming the need for evidence-based strategies to minimize COVID-19 related

63  morbidity and mortality and briefly discussing mechanisms of spread.

64

## Materials and methods

*Data Sources and Terms*

67  We obtained total COVID-19 cases up to 6 March 2021 for the 50 United States from the Centers for

68  Disease Control and Prevention (CDC) [14]. Total cases include confirmed and probable cases as defined

69  by the Council of State and Territorial Epidemiologists. Briefly, confirmed cases require PCR

70  amplification of SARS-CoV-2 RNA from a patient specimen. Probable cases require one of the

71  following: clinical and epidemiologic evidence, clinical or epidemiologic evidence supported by COVID-

72  19 antigen detection in respiratory specimens, or vital records listing COVID-19 as contributing to death.

73  Statewide mask mandates were emergency executive public health orders that require nose and mouth

74  coverings in public settings (including but not limited to retail locations) in more than 50% of counties

75  within a state [15, 16]. Mandate issuance dates were obtained from state health departments and press

76  releases. Early and late mandates were issued before and after 2 August 2020, respectively. Non-mandate

77  states did not have statewide orders as of 6 March 2021.

3

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

78    Mask use is defined as the percentage of people who always wear masks in public settings. We assessed

79    mask use with the University of Washington Institute for Health Metrics and Evaluation (IHME) COVID-

80    19 model site [17], which estimates mask wearing from Premise, the Facebook Global Symptom Survey

81    (University of Maryland), the Kaiser Family Foundation, and the YouGov Behavior Tracker Survey.

82    To identify regional patterns of COVID-19 case growth, we grouped states into five categories: Northeast

83    (Connecticut, Delaware, Massachusetts, Maryland, Maine, New Hampshire, New Jersey, New York,

84    Pennsylvania, Rhode Island, and Vermont); Midwest (Illinois, Indiana, Iowa, Kentucky, Kansas,

85    Michigan, Minnesota, Missouri, Ohio, West Virginia, Wisconsin); Mountains-Plains (Colorado, Idaho,

86    Montana, Nebraska, New Mexico, North Dakota, Oklahoma, South Dakota, Utah, Wyoming); South

87    (Alabama, Arkansas, Florida, Georgia, Louisiana, Mississippi, North Carolina, South Carolina,

88    Tennessee, Texas, Virginia); and Pacific (Alaska, Arizona, California, Hawaii, Nevada, Oregon,

89    Washington).

90

91    *Parameter Derivation*

92    We calculated COVID-19 case parameters from total cases per 100,000 state residents (normalized total

93    cases; **Worksheet A in S1 Table**). As infectious diseases such as COVID-19 exhibit exponential growth,

94    we used logarithmic transformation to quantify daily case growth as shown elsewhere [15, 18]:

95    $$\frac{case\ growth}{day} = 100 * \left(\ln\frac{C_x}{C_{x-1}}\right)$$

96    Where $C_x$ is normalized cases on a particular day and $C_{x-1}$ is normalized cases on the prior day. To reduce

97    effects of reporting lags, we used a 7-day simple moving mean.

98    For each state, growth minima and maxima were the 20-day mean lowest and highest cases/day between

99    the end of the Summer infection wave and the height of the Fall-Winter infection wave. *Surge* refers to

100    the difference between maximal and minimal growth rates (the magnitude of growth rate increase) for

101    each state. *Surge rate* refers to the speed at which case growth increased from minimal to maximal levels

102    for each state (Surge/days between minima and maxima), normalized to the mean surge rate for all states.

4

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

103    Cases or masks at minima and maxima were the 20-day mean number of cases/100,000 state residents or

104    mask use for each state at its growth extrema. Change in masks refers to the percent increase in mask use

105    between extrema for each state.

106    To model post-mask mandate case growth in the 48 contiguous states (excluding Alaska and Hawaii), we

107    calculated the difference of natural logarithms of normalized total cases between 6 March 2021 ($C_{306}$) and

108    the date of mandate issuance ($C_M$) for each state with an early mandate:

109    $$Post\ Mandate\ Growth = \ln \frac{C_{306}}{C_M}$$

110    For states with late or no mandates, effective dates were modeled as medians of issuance dates among

111    bordering states with early mandates. For example, the effective mandate issuance date of Tennessee was

112    the median of issuance dates among the early mandate states Kentucky, Arkansas, Alabama, North

113    Carolina, and Virginia.

114    We reported mask use for Summer (1 June-1 Oct 2020) and Fall-Winter (1 Oct 2020-1 Mar 2021) as

115    mean mask use during these periods for each state. Cases on 1 June or 1 Oct were the 20-day mean

116    number of cases/100,000 on these two dates. Summer and Fall-Winter case growth were defined as

117    differences of natural logarithms of normalized total cases at the beginning and end of each period:

118    $$Summer\ Growth = \ln \frac{C_{1001}}{C_{601}} \qquad Fall/Winter\ Growth = \ln \frac{C_{301}}{C_{1001}}$$

119

120    *Statistics*

121    We used Prism 9.1 (GraphPad; San Diego, CA) to construct figures and perform null hypothesis

122    significance tests (**Worksheet D in S1 Table**). The significance threshold for all tests was $p < \alpha = 0.05$. All

123    datapoints are state-level values, and we performed D'Agostino-Pearson tests to assess normality of

124    residuals.

125    To evaluate mask mandate efficacy, we performed two-tailed, two-sample t-tests (early vs. no mandates)

126    or ordinary one-way ANOVA with Holm-Šídák posttests (early vs. late vs. no mandates) and used

127    Welch's correction for heteroscedastic data. For non-normal data, we performed Mann-Whitney U tests

5

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY 4.0 International license.

Case 6:21-cv-01008-PGB-DCI Document 84-5 Filed 02/09/24 Page 10 of 107 PageID 369

128   (early vs. no mandates) or Kruskal-Wallis with Dunn posttests (early vs. late vs. no mandates). This

129   decision tree conforms with recommended practices for datasets with N > 5 [19]. Hawaii was excluded

130   because its dates of extrema deviated from those of continental US states. Alaska and Hawaii were

131   excluded from post-mandate case growth assessment because they lack contiguous US border states.

132   To determine top and bottom mask use quintiles, we ranked mean mask use among states (excluding

133   Hawaii) from 1 June 2020 to 1 March 2021. For t tests comparing top and bottom quintiles, we assessed

134   days between the indicated normalized case totals and mean mask use over this interval for each state.

135   To evaluate mask use efficacy at and between extrema, we performed simple linear regressions with null

136   hypotheses of zero slope. We similarly evaluated mask use efficacy during the Summer and Fall-Winter

137   infection waves. For the Summer wave, Northeast states were excluded because they deviated from other

138   states with respect to covariation between normalized cases and growth. For the Fall-Winter wave,

139   Hawaii was excluded because it deviated from other states with respect to covariation between

140   normalized cases and growth. Infectious disease research commonly uses OLS [20, 21], with simple

141   linear and simple ln-linear models reported in recent COVID-19 studies [22, 23]. We used ordinary least

142   squares (OLS) for homoscedastic data and weighted least squares (WLS) for heteroscedastic data, as

143   determined by the GraphPad Prism Test for Homoscedasticity. Regardless of statistical significance, $R^2$

144   values denote coefficients of determination for lines of best fit with unconstrained slopes.

145

## Results

147   *COVID-19 growth rates vary with time*

148   Normalized COVID-19 cases increased more than 1500-fold from March 2020 to March 2021 in the

149   United States [14]. To identify patterns of COVID-19 spread, we quantified case growth for each of the

150   50 US States (**Worksheet B in S1 Table**). Natural log (Ln)-linear plots revealed six phases of COVID-19

151   growth up to 6 March 2021: first wave (before May 2020), first minimum (May-June 2020), Summer

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

152    wave maximum (June-August 2020), second minimum (August-October 2020), Fall-Winter wave

153    maximum (October-January 2020), and third minimum (March 2021) (**S1-3 Figs**).

154

155    *Mandates are not associated with state COVID-19 case growth*

156    We next assessed associations between mask mandates and case growth. 33 US states issued statewide

157    mask mandates on or before 2 August 2020 (early), when case growth was low, while 7 other states

158    issued mandates after this date (late). We observed a six-phase pattern in states with early (**S1 Fig**), late

159    (**S2 Fig**), and no mask mandates (**S3 Fig**). This suggests qualitatively comparable courses of viral spread

160    among states regardless of mask mandates.

161

162    A recent study reported negative association between statewide mask mandates and subsequent COVID-

163    19 log growth rates [15]. We hypothesized that case growth would be lower in states with mandates. 64%

164    of early state mandates were issued during the Summer wave, which precluded determination of whether

165    mandates were associated with lower Summer wave case growth. We therefore examined case growth

166    after mandate issuance during the second minimum and the Fall-Winter wave maximum (henceforth

167    *minimum* and *maximum*) (**Fig 1A**). Hawaii was excluded because its minimum and maximum did not

168    chronologically align with continental states. Average Fall-Winter mask use was ~10% higher in early

169    mandate states than in late and no mandate states (Holm-Šídák $p \leq 0.001$; **Fig 1B**), confirming that

170    mandates promote greater mask use. Contrary to our hypothesis, early mandates were not associated with

171    lower minimum case growth (Mann-Whitney $p=0.087$; **Fig 1C**). Maximum case growth was the same

172    among states with early, late, and no mandates (ANOVA $p=0.29$; **Fig 1D**). This indicates that mask

173    mandates were not predictive of slower COVID-19 spread when community transmission rates were low

174    or high. We wondered if mask mandates were associated with smaller or slower surges in case growth.

175    Differences between minimum and maximum case growth were similar among early, late, and no

176    mandate states (ANOVA $p=0.12$; **Fig 1E**), and surges from minimum to maximum growth occurred at

7

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

177    similar rates (ANOVA p=0.16; **Fig 1F**). These findings suggest that mask mandates are not predictive of

178    smaller or slower shifts from low to high case growth.

179

180    Normalized COVID-19 cases as of 6 March 2021 were 18.6% lower in states with early mandates than

181    states without mandates (Holm-Šídák p=0.036), but early mandates were issued over a range of dates (15

182    April to 2 August 2020). To assess how early mandates relate to cumulative cases, we calculated

183    normalized case growth for contiguous states between early mandate issuance and 6 March 2021. For

184    states with late and no mandates, we expressed effective dates (when states could have reasonably issued

185    mandates) as median dates of neighboring early mandate states. We expected to find lower case growth

186    among early mandate states. Surprisingly, normalized case growth after mandates (actual and effective)

187    were indistinguishable among state groups (ANOVA p=0.93; **Fig 2A**). Moreover, growth curves after

188    actual and effective mandates were not distinguishable among state groups at any date between mandate

189    issuance and 6 March 2021 (**Fig 2B**). Together, these data do not support an association between

190    statewide mandates and COVID-19 spread.

191

192    *Mask use is not associated with most state COVID-19 case growth*

193    We speculated that statewide mask use, rather than mask mandates per se, may predict COVID-19 case

194    growth. The University of Washington IHME provides robust estimates for mask use (defined as the

195    percentage of people who always wear masks in public settings) [17]. Mask use was associated with

196    lower minimum case growth (WLS p<0.0001; **Fig 3A**), but not normalized total cases at minima (OLS

197    p=0.54; **S4 Fig**). States with the highest first wave normalized cases and July 2020 seroprevalence were

198    primarily in the Northeast [14, 24], which could explain the lack of Summer growth in these states.

199    Excluding Northeast states, normalized cases predicted lower minimum case growth (WLS p=0.001; **S4**

200    **Fig**). Eight Northeast states were among the 10 states with highest mean mask use [17]. Intriguingly,

201    normalized cases grew from 400 to 1350 per 100,000 at similar rates between the first and last 10 states

202    for mask use (unpaired t test p=0.49), albeit ~50 days later for the last 10 states (**Fig 3B**). These findings

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

203  suggest the link between masks and minimum growth may be an artifact of the tendency for faster case

204  growth to occur at lower case prevalence. In support of this, we found no association between mask use

205  and case growth at maxima (OLS p=0.11; **Fig 3C**), when case prevalence differences were smaller among

206  states. There was also no association between mask use and normalized cases at maxima (OLS p=0.073;

207  **S5 Fig**), although residuals were slightly non-normal. The 10 states with highest and lowest mask use

208  exhibited indistinguishable growth rates from 0 to 80 days after maxima (Mann-Whitney p=0.85; **Fig**

209  **3D**), and higher normalized cases predicted lower maximum growth rates among continental states (OLS

210  p<0.0001; **S5 Fig**). While there was unexpected weak association between mask use and surge size (OLS

211  p=0.03; **Fig 3E**), mask use at minima did not predict surge rate (OLS p=0.69; **Fig 3F**). Together, these

212  data suggest that mask use is a poor predicter of COVID-19 growth at the state level.

213

214  *Mask use does not predict Summer and Fall-Winter statewide COVID-19 case totals.*

215  Greater statewide mask use could predict fewer cumulative cases during a growth wave. We tested this by

216  calculating COVID-19 case growth during Summer and Fall-Winter waves (**Fig 4A-B**). Summer wave

217  growth differed notably between Northeast and all other states; excluding the Northeast, greater

218  normalized cases on 1 Jun 2020 predicted lower Summer growth (OLS p<0.0001; **Fig 4C**). By contrast,

219  normalized cases on 1 October 2020 predicted Fall-Winter growth for Northeast and all other states (WLS

220  p<0.0001; **Fig 4D**). Excluding Northeast states, masks were not associated with lower Summer growth

221  between 1 June and 1 October 2020 (OLS p=0.27; **Fig 4E**). We likewise found no association between

222  mask use and Fall-Winter growth between 1 October 2020 and 1 March 2021 (OLS p=0.93; **Fig 4F**).

223  These data indicate that mask use does not predict Summer wave or Fall-Winter wave growth at the state

224  level and that low Summer growth in Northeast states did not predict low Fall-Winter growth. We

225  conclude that statewide SARS-CoV-2 transmission waves are independent of reported mask use [17].

226

227

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY 4.0 International license.

## Discussion

Our main finding is that mask mandates and use are not associated with lower SARS-CoV-2 spread
among US states. 80% of US states mandated masks during the COVID-19 pandemic. Mandates induced
greater mask compliance but did not predict lower growth rates when community spread was low
(minima) or high (maxima). We infer that mandates likely did not affect COVID-19 case growth [15], as
growth rates were similar on all days between actual or modeled issuance dates and 6 March 2021. Higher
mask use (rather than mandates per se) has been argued to decrease COVID-19 growth rates [11]. While
compliance varies by location and time, IHME estimates are robust (derived from multiple sources [17])
and densely sampled (day-level precision). Higher mask use did not predict lower maximum growth rates,
smaller surges, or less Fall-Winter growth among continental states. Mask-growth rate correlation was
only evident at minima. This may be an artifact of faster growth at fewer normalized cases, as well as
regional differences in case prevalence early in the pandemic. States in the high mask quintile grew at
similar rates as states in the low mask quintile after maxima (when interstate total case differences were
smaller than before minima). In addition, mask use did not predict normalized cases at minima, and low
mask growth curves trailed those of high mask (particularly Northeast) states before minima. Growth
maxima and Fall-Winter surges did not differ between Northeast and other states. Northeast states
exhibited the highest seroprevalence up to at least July 2020 [24] and constituted 80% of the top quintile
of mask use, which may explain their comparatively lower Summer growth. Overall, mask use appears to
be an intra-state lagging indicator of case growth.

There is inferential but not demonstrable evidence that masks reduce SARS-CoV-2 transmission. Animal
models [25], small case studies [6], and growth curves for mandate-only states [16] suggest that mask
efficacy increases with mask use [11]. However, we did not observe lower growth rates over a range of
compliance at maximum Fall-Winter growth (45-83% between South Dakota and Massachusetts during
maxima) [17] when growth rates were high. This complements a Danish RCT from 3 April to 2 June

10

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

253    2020, when growth rates were low, which found no association between mask use and lower COVID-19

254    rates either for all participants in the masked arm (47% strong compliance) or for strongly compliant

255    participants only [8]. Masks have generally not protected against other respiratory viruses. Higher self-

256    reported mask use protected against SARS-CoV-1 in Beijing residents [26], but RCTs found no

257    differences in PCR confirmed influenza among Hong Kong households assigned to hand hygiene with or

258    without masks (mask use 31% and 49%, respectively) [27]. Medical and cloth masks did not reduce viral

259    respiratory infections among clinicians in Vietnam [9] or China [10], and rhinovirus transmission

260    increased among universally masked Hong Kong students and teachers in 2020 compared with prior years

261    [28]. These findings are consistent with a 2020 CDC meta-analysis [29] and a 2020 Cochrane review

262    update [30].

263

264    Our study has implications for respiratory virus mitigation. Public health measures should ethically

265    promote behaviors that prevent communicable diseases. The sudden onset of COVID-19 compelled

266    adoption of mask mandates before efficacy could be evaluated. Our findings do not support the

267    hypothesis that SARS-CoV-2 transmission rates decrease with greater public mask use. As masks are

268    required in public in many US states, it is prudent to weigh potential benefits with harms. Masks may

269    promote social cohesion as rallying symbols during a pandemic [31], but risk compensation can also

270    occur [32]. Prolonged mask use (>4 hours per day) promotes facial alkalinization and inadvertently

271    encourages dehydration, which in turn can enhance barrier breakdown and bacterial infection risk [33].

272    British clinicians have reported masks to increase headaches and sweating and decrease cognitive

273    precision [34]. Survey bias notwithstanding, these sequelae are associated with medical errors [35]. By

274    obscuring nonverbal communication, masks interfere with social learning in children [36]. Likewise,

275    masks can distort verbal speech and remove visual cues to the detriment of individuals with hearing loss;

276    clear face-shields improve visual integration, but there is a corresponding loss of sound quality [37, 38].

277    Future research is necessary to better understand the risks of long-term daily mask use [30]. Conversely, it

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

278    is appropriate to emphasize interventions with demonstrated or probable efficacy against COVID-19 such

279    as vaccination [39] and Vitamin D repletion [40].

280

281    In summary, mask mandates and use were poor predictors of COVID-19 spread in US states. Case growth

282    was independent of mandates at low and high rates of community spread, and mask use did not predict

283    case growth during the Summer or Fall-Winter waves. Strengths of our study include using two mask

284    metrics to evaluate association with COVID-19 growth rates; measuring normalized case growth in

285    mandate and non-mandate states at comparable times to quantify the likely effect of mandates; and

286    deconvolving the effect of mask use by examining case growth in states with variable mask use. Our

287    study also has key limitations. We did not assess counties or localities, which may trend independently of

288    state averages. While dense sampling promotes convergence, IHME masking estimates are subject to

289    survey bias. We only assessed one biological quantity (confirmed and probable COVID-19 infections),

290    but the ongoing pandemic warrants assessment of other factors such as hospitalizations and mortality.

291    Future work is necessary to elucidate better predictors of COVID-19 spread. A recent study found that at

292    typical respiratory fluence rates, medical masks decrease airway deposition of 10-20μm SARS-CoV-2

293    particles but not 1-5μm SARS-CoV-2 aerosols [41]. Aerosol expulsion increases with COVID-19 disease

294    severity in non-human primates, as well as with age and BMI in humans without COVID-19 [42].

295    Aerosol treatment by enhanced ventilation and air purification could help reduce the size of COVID-19

296    outbreaks.

297

## Acknowledgments

299    The authors thank Brandy Jesernik, Jay Bhattacharya, Scott Atlas, and Erik Fostvedt for manuscript input.

300

301

302

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

# References

1.    Zhu N, Zhang D, Wang W, Li X, Yang B, Song J, et al. A Novel Coronavirus from Patients with Pneumonia in China, 2019. N Engl J Med. 2020;382(8):727-33.

2.    Payne DC, Smith-Jeffcoat SE, Nowak G, Chukwuma U, Geibe JR, Hawkins RJ, et al. SARS-CoV-2 Infections and Serologic Responses from a Sample of U.S. Navy Service Members - USS Theodore Roosevelt, April 2020. MMWR Morb Mortal Wkly Rep. 2020;69(23):714-21.

3.    Hojyo S, Uchida M, Tanaka K, Hasebe R, Tanaka Y, Murakami M, et al. How COVID-19 induces cytokine storm with high mortality. Inflamm Regen. 2020;40:37.

4.    Chu Y, Yang J, Shi J, Zhang P, Wang X. Obesity is associated with increased severity of disease in COVID-19 pneumonia: a systematic review and meta-analysis. Eur J Med Res. 2020;25(1):64.

5.    Jayaweera M, Perera H, Gunawardana B, Manatunge J. Transmission of COVID-19 virus by droplets and aerosols: A critical review on the unresolved dichotomy. Environ Res. 2020;188:109819.

6.    Hendrix MJ, Walde C, Findley K, Trotman R. Absence of Apparent Transmission of SARS-CoV-2 from Two Stylists After Exposure at a Hair Salon with a Universal Face Covering Policy - Springfield, Missouri, May 2020. MMWR Morb Mortal Wkly Rep. 2020;69(28):930-2.

7.    Ludvigsson JF, Engerström L, Nordenhäll C, Larsson E. Open Schools, Covid-19, and Child and Teacher Morbidity in Sweden. N Engl J Med. 2021;384(7):669-71.

8.    Bundgaard H, Bundgaard JS, Raaschou-Pedersen DET, von Buchwald C, Todsen T, Norsk JB, et al. Effectiveness of Adding a Mask Recommendation to Other Public Health Measures to Prevent SARS-CoV-2 Infection in Danish Mask Wearers : A Randomized Controlled Trial. Ann Intern Med. 2021;174(3):335-43.

9.    MacIntyre CR, Seale H, Dung TC, Hien NT, Nga PT, Chughtai AA, et al. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. BMJ Open. 2015;5(4):e006577.

10.    MacIntyre CR, Wang Q, Rahman B, Seale H, Ridda I, Gao Z, et al. Efficacy of face masks and respirators in preventing upper respiratory tract bacterial colonization and co-infection in hospital healthcare workers. Prev Med. 2014;62:1-7.

11.    Howard J, Huang A, Li Z, Tufekci Z, Zdimal V, van der Westhuizen H-M, et al. An evidence review of face masks against COVID-19. Proceedings of the National Academy of Sciences. 2021;118(4):e2014564118.

12.    Wang Y, Tian H, Zhang L, Zhang M, Guo D, Wu W, et al. Reduction of secondary transmission of SARS-CoV-2 in households by face mask use, disinfection and social distancing: a cohort study in Beijing, China. BMJ Glob Health. 2020;5(5).

13.    Jha AK, Tsai T, Jacobson B. Why we need at least 500,000 tests per day to open the economy — and stay open: Brown School of Public Health; 2020 [Available from: https://globalepidemics.org/2020/04/18/why-we-need-500000-tests-per-day-to-open-the-economy-and-stay-open/.

14.    United States COVID-19 Cases and Deaths by State over Time. Centers for Disease Control and Prevention (CDC); 2021.

15.    Guy GP, Jr., Lee FC, Sunshine G, McCord R, Howard-Williams M, Kompaniyets L, et al. Association of State-Issued Mask Mandates and Allowing On-Premises Restaurant Dining with County-Level COVID-19 Case and Death Growth Rates - United States, March 1-December 31, 2020. MMWR Morb Mortal Wkly Rep. 2021;70(10):350-4.

16.    Lyu W, Wehby GL. Community Use Of Face Masks And COVID-19: Evidence From A Natural Experiment Of State Mandates In The US. Health Aff (Millwood). 2020;39(8):1419-25.

17.    Institute for Health Metrics and Evaluation COVID-19 model: University of Washington; 2021 [Available from: https://covid19.healthdata.org/.

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY 4.0 International license.

Case 6:21-cv-01008-PGB-DCI Document 77-7 Filed 08/13/25 Page 18 of 107 PageID 377

349    18.    Liu Z, Fang CT. A modeling study of human infections with avian influenza A H7N9 virus in
350    mainland China. Int J Infect Dis. 2015;41:73-8.
351    19.    Curtis MJ, Alexander S, Cirino G, Docherty JR, George CH, Giembycz MA, et al. Experimental
352    design and analysis and their reporting II: updated and simplified guidance for authors and peer
353    reviewers. British Journal of Pharmacology. 2018;175(7):987-93.
354    20.    Khan A, Waleed M, Imran M. Mathematical analysis of an influenza epidemic model,
355    formulation of different controlling strategies using optimal control and estimation of basic
356    reproduction number. Mathematical and Computer Modelling of Dynamical Systems. 2015;21(5):432-
357    59.
358    21.    Samaras L, Sicilia M-A, García-Barriocanal E. Predicting epidemics using search engine data: a
359    comparative study on measles in the largest countries of Europe. BMC Public Health. 2021;21(1):100.
360    22.    Ghosal S, Sengupta S, Majumder M, Sinha B. Linear Regression Analysis to predict the number of
361    deaths in India due to SARS-CoV-2 at 6 weeks from day 0 (100 cases - March 14th 2020). Diabetes Metab
362    Syndr. 2020;14(4):311-5.
363    23.    Chu J. A statistical analysis of the novel coronavirus (COVID-19) in Italy and Spain. PloS one.
364    2021;16(3):e0249037.
365    24.    Anand S, Montez-Rath M, Han J, Bozeman J, Kerschmann R, Beyer P, et al. Prevalence of SARS-
366    CoV-2 antibodies in a large nationwide sample of patients on dialysis in the USA: a cross-sectional study.
367    Lancet (London, England). 2020;396(10259):1335-44.
368    25.    Chan JF, Yuan S, Zhang AJ, Poon VK, Chan CC, Lee AC, et al. Surgical Mask Partition Reduces the
369    Risk of Noncontact Transmission in a Golden Syrian Hamster Model for Coronavirus Disease 2019
370    (COVID-19). Clin Infect Dis. 2020;71(16):2139-49.
371    26.    Wu J, Xu F, Zhou W, Feikin DR, Lin CY, He X, et al. Risk factors for SARS among persons without
372    known contact with SARS patients, Beijing, China. Emerg Infect Dis. 2004;10(2):210-6.
373    27.    Cowling BJ, Chan KH, Fang VJ, Cheng CK, Fung RO, Wai W, et al. Facemasks and hand hygiene to
374    prevent influenza transmission in households: a cluster randomized trial. Ann Intern Med.
375    2009;151(7):437-46.
376    28.    Fong MW, Leung NHL, Cowling BJ, Wu P. Upper Respiratory Infections in Schools and Childcare
377    Centers Reopening after COVID-19 Dismissals, Hong Kong. Emerg Infect Dis. 2021;27(5).
378    29.    Fong MW, Gao H, Wong JY, Xiao J, Shiu EYC, Ryu S, et al. Nonpharmaceutical Measures for
379    Pandemic Influenza in Nonhealthcare Settings-Social Distancing Measures. Emerg Infect Dis.
380    2020;26(5):976-84.
381    30.    Jefferson T, Del Mar CB, Dooley L, Ferroni E, Al-Ansary LA, Bawazeer GA, et al. Physical
382    interventions to interrupt or reduce the spread of respiratory viruses. Cochrane Database of Systematic
383    Reviews. 2020(11).
384    31.    Goh Y, Tan BYQ, Bhartendu C, Ong JJY, Sharma VK. The face mask: How a real protection
385    becomes a psychological symbol during Covid-19? Brain Behav Immun. 2020;88:1-5.
386    32.    Yan Y, Bayham J, Richter A, Fenichel EP. Risk compensation and face mask mandates during the
387    COVID-19 pandemic. Scientific Reports. 2021;11(1):3174.
388    33.    Hua W, Zuo Y, Wan R, Xiong L, Tang J, Zou L, et al. Short-term skin reactions following use of N95
389    respirators and medical masks. Contact Dermatitis. 2020;83(2):115-21.
390    34.    Davey SL, Lee BJ, Robbins T, Randeva H, Thake CD. Heat stress and PPE during COVID-19: impact
391    on healthcare workers' performance, safety and well-being in NHS settings. J Hosp Infect. 2021;108:185-
392    8.
393    35.    Rosenberg K. The joint commission addresses health care worker fatigue. Am J Nurs.
394    2014;114(7):17.
395    36.    Spitzer M. Masked education? The benefits and burdens of wearing face masks in schools during
396    the current Corona pandemic. Trends Neurosci Educ. 2020;20:100138.

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

397    37.    Corey RM, Jones U, Singer AC. Acoustic effects of medical, cloth, and transparent face masks on
398    speech signals. J Acoust Soc Am. 2020;148(4):2371.
399    38.    Atcherson SR, Finley ET, Renee McDowell BR, Watson C. More Speech Degradations and
400    Considerations in the Search for Transparent Face Coverings During the COVID-19 Pandemic. Audiology
401    Today. 2020;Nov/Dec.
402    39.    Polack FP, Thomas SJ, Kitchin N, Absalon J, Gurtman A, Lockhart S, et al. Safety and Efficacy of
403    the BNT162b2 mRNA Covid-19 Vaccine. N Engl J Med. 2020;383(27):2603-15.
404    40.    Radujkovic A, Hippchen T, Tiwari-Heckler S, Dreher S, Boxberger M, Merle U. Vitamin D
405    Deficiency and Outcome of COVID-19 Patients. Nutrients. 2020;12(9).
406    41.    Xi J, Si XA, Nagarajan R. Effects of mask-wearing on the inhalability and deposition of airborne
407    SARS-CoV-2 aerosols in human upper airway. Phys Fluids (1994). 2020;32(12):123312.
408    42.    Edwards DA, Ausiello D, Salzman J, Devlin T, Langer R, Beddingfield BJ, et al. Exhaled aerosol
409    increases with COVID-19 infection, age, and obesity. Proceedings of the National Academy of Sciences of
410    the United States of America. 2021;118(8).

411

412

413

414

415

416

417

418

419

420

421

422

423

424

425

426

427

428

429

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY 4.0 International license.

430    **Figure Legends**

431    **Fig 1. Mask mandates are not associated with lower COVID-19 growth rates in continental US**

432    **States**. A. Daily COVID-19 case growth rate for continental US states from 20 April 2020 to 6 March

433    2021. Red horizontal lines denote growth rate minima (Min) and maxima (Max) after the Summer wave.

434    Surge: difference in case growth between min. and max. Thin black line and wide gray bars denote mean

435    and 95% confidence intervals, respectively. B. Early mandate states (blue) exhibited greater mask use

436    than late (green) and no (red) mandate states during the Fall-Winter wave. C. Minimum growth rates were

437    indistinguishable between early (blue) and combined late and no mandate (orange) states. D. Maximum

438    growth rates were indistinguishable among early, late, and no mandate states. E-F. Surge sizes (E) and

439    surge rates (F) were indistinguishable among early, late, and no mandate states. *: $p < 0.05$ by Šídák post-

440    test after one-way ANOVA. n.s.: not significant by Mann-Whitney U test (C) or one-way ANOVA (D-F).

441    Error bars: 95% confidence intervals.

442

443    **Fig 2. Statewide mask mandates do not predict lower post-mandate case growth in contiguous US**

444    **states**. A. Case growth was indistinguishable among states with early (blue), late (green), and no (red)

445    mandates. n.s.: not significant by one-way ANOVA. Error bars: 95% confidence intervals. B. Growth

446    curves were indistinguishable for states with early (blue), late (green), and no (red) mandates. Heavy lines

447    and shaded regions denote means and 95% confidence intervals, respectively. Post-mandate case growth

448    refers to cumulative cases between mandate issuance date and 6 March 2021 (A) or growth curves after

449    mandate issuance up to 6 March 2021 (B). For states with late and no mandates, effective dates are

450    medians of issuance dates among bordering states with early mandates.

451

452    **Fig 3. Mask use does not consistently predict COVID-19 case growth in continental US states**. A.

453    Mask use was associated with lower minimum growth rates. B. First and last mask use quintiles grew

454    from 400 to 1350 cases per 100,000 at indistinguishable rates before minima. C. Mask use was not

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

455    associated with maximum growth rates. D. Growth rates and normalized cases were indistinguishable

456    after maxima between first and last mask use quintiles.  E. Mask use was associated with larger surge

457    sizes. F. Mask use was not associated with surge rates. A, C, E, F: Each SLR includes both Northeast

458    (solid light blue;  ●) and non-Northeast (black; ●) state data. Equations are given when p<0.05 for the null

459    hypothesis of zero slope. $R^2$ values refer to unconstrained lines of best fit.

460

461    **Fig 4. Mask use does not predict lower COVID-19 growth during the Summer or Fall-Winter**

462    **waves**. A-B. Daily COVID-19 case growth rate (A) and total COVID-19 cases (B) for US states from 20

463    April 2020 to 6 March 2021. Red vertical lines denote Summer (Jun-Oct 2020) and Fall-Winter (Oct

464    2020-Mar 2021) waves. Thin black line and wide gray bars denote mean and 95% confidence intervals,

465    respectively. C. Higher normalized cases predicted lower Summer case growth in non-Northeast states

466    (black; ●). D. Higher normalized cases predicted lower Fall-Winter case growth in Northeast (solid light

467    blue; ●) and non-Northeast (●) continental states. E. Summer case growth was independent of mask use

468    in non-Northeast states (●). F. Fall-Winter case growth was independent of mask use in Northeast (●) and

469    non-Northeast (●) continental states. C, E: SLR models exclude Northeast states (○). D, F: SLR models

470    include both Northeast and non-Northeast continental states. Equations are given when p<0.05 for the

471    null hypothesis of zero slope. $R^2$ values refer to unconstrained lines of best fit.

472

473

474

475

476

477

478

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY 4.0 International license.

## Supporting Information Legends

**S1 Fig. COVID-19 case growth rates in US states with statewide mask mandates issued on or before August 2nd 2020.** Top. COVID-19 growth phases. Y-axis values are differences between the natural logarithm of total cases on a day and the natural logarithm of total cases on the prior day. Thin black and wide gray denote mean and 95% confidence intervals, respectively. Bottom. Individual states. Red vertical lines denote dates of mask mandate issuance. Red horizontal lines indicate growth rate minima (phase 4) and maxima (phase 5) after Summer waves.

**S2 Fig**. **COVID-19 case growth rates in US states with statewide mask mandates issued after August 2nd 2020**. Top. COVID-19 growth phases. Y-axis values are differences between the natural logarithm of total cases on a day and the natural logarithm of total cases on the prior day. Thin black and wide gray denote mean and 95% confidence intervals, respectively. Bottom. Individual states. Red vertical lines denote dates of mask mandate issuance. Red horizontal lines indicate growth rate minima (phase 4) and maxima (phase 5) after Summer waves.

**S3 Fig**. **COVID-19 case growth rates in US states without statewide mask mandates**. Top. COVID-19 growth phases. Y-axis values are differences between the natural logarithm of total cases on a day and the natural logarithm of total cases on the prior day. Thin black and wide gray denote mean and 95% confidence intervals, respectively. Bottom. Individual states. Red horizontal lines indicate growth rate minima (phase 4) and maxima (phase 5) after Summer waves.

**S4 Fig**. **Total cases, growth rates, and mask use at minima in continental US states**. Left. Normalized cases do not predict mask use at minima. Right. More normalized cases predict lower growth rates in non-Northeast states at minima. Black circles (●): all states except Hawaii. Blue hollow circles (○): Excluded Northeast states. Red squares (■): Midwest states. Green triangles (▲): Mountain-Plains States. Grey

18

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

504   triangles (▽): South states. Gold diamonds (♦): Pacific states except Hawaii. SLR models include all

505   states except Hawaii (left) or all states except Hawaii and Northeast states (right). $R^2$ values refer to

506   unconstrained lines of best fit.

507

508   **S5 Fig**. **Total cases, growth rates, and mask use at minima in continental US states**. Left. Normalized

509   cases do not predict mask use at maxima. Right. More normalized cases predict lower growth rates in all

510   continental states at maxima. Black circles (●): all states but Hawaii. Light blue circles (●): Northeast

511   states. Red squares (■): Midwest states. Green triangles (▲): Mountain-Plains States. Grey triangles (▽):

512   South states. Gold diamonds (♦): Pacific states but Hawaii. SLR models include all states but Hawaii. $R^2$

513   values refer to unconstrained lines of best fit. ε: Non-normal residuals (D'Agostino-Pearson p=0.008).

514

515   **S1 Table**. **Total normalized cases, daily case growth, mask use, and statistical tests**. Worksheet A.

516   Total normalized cases (cases per 100,000 residents of each US state) from 6 March 2020 to 6 March

517   2021. Total cases obtained from the CDC were divided by 2019 projected state populations and

518   multiplied by 100,000. Worksheet B. Daily case growth for each US state from 2 April 2020 to 1 March

519   2021. 7-day rolling averages are given. Red and gold text denote minima and maxima, respectively. Bold,

520   highlighted text indicate actual mandate issuance dates for early and late mandate states (yellow highlight,

521   bold red) and effective mandate issuance dates for late and no mandate states (blue highlight, bold

522   orange). Worksheet C. Mask use for each US state on specified dates or ranges of dates. Date range mask

523   use values are simple arithmetic means of daily mask use over the specified date range. Blue and red text

524   indicate states in the first and last mask use quintile, respectively (i.e., states with highest and lowest

525   mean mask use between 1 June 2020 and 1 March 2021). Mask use data are estimates provided by the

526   University of Washington Institute for Health Metrics and Evaluation. Worksheet D. Statistical test

527   summaries. Tests are reported in the order they appear in the Results. Red text specifies model

528   assumption violations, followed by alternative tests that fulfill assumptions. All reported statistics and

529   parameters were calculated with GraphPad Prism 9.1 (Prism files available upon request).

A **Case Growth in US States**
(Hawaii excluded)

B **Mask Use**
(Oct. 2020-Mar. 2021)

C **Growth Minima**

D **Growth Maxima**

E **Growth Surge**

F **Surge Rate**



A

**Growth After Early Mandates**

B

**Post-Mandate Growth Curves**

## A  Masks vs. Growth Minima



$y = -0.033x + 2.59$
$R^2 = 0.57$
$p < 0.0001$

## C  Masks vs. Growth Maxima

$R^2 = 0.053$
$p = 0.11$

## B  Total Cases Before Minima



| | Mean ± 95% CI | | |
|---|---|---|---|
| Total Cases | Top 10 | Last 10 | *p*-value |
| Case Growth 400-1350 cases/100k | 57.7 ± 18.4 | 65.3 ± 16.1 | 0.49 (t-test) |
| % Masks 400-1350 cases/100k | 66.3 ± 3.5 | 43.1 ± 4.7 | <0.001 (t test) |

## D  Total Cases After Maxima



| Total Cases Median (95% CI) | Top 10 | Last 10 | *p*-value |
|---|---|---|---|
| Case Growth 0-80 days Median (95% CI) | 0.88 0.82-0.95 | 0.87 0.66-1.2 | 0.85 (M-W) |
| % Masks 0-80 days Mean ± 95% CI | 81.8 ± 1.8 | 63.1 ± 4.3 | <0.001 (Welch's t) |

● Northeast States   ● All Other States

## E  More Masks vs. Surge



$y = 0.045x + 0.86$
$R^2 = 0.097$
$p = 0.03$

## F  Masks vs. Surge Rate



$R^2 = 0.003$
$p = 0.69$



**A. Case Growth in US States**

**B. Total COVID-19 in US States**

● Northeast States  ○ Northeast (Excluded)  ● All Other States

**C. 1 Jun Cases vs. 1 Jun-1 Oct Growth**

$y = -0.002x + 2.71$
$R^2 = 0.61$
$p < 0.0001$

**D. 1 Oct Cases vs. 1 Oct-1 Mar Growth**

$y = -0.00032x + 2.2$
$R^2 = 0.73$
$p < 0.0001$

**E. Masks vs. Growth (Summer)**

$R^2 = 0.033$
$p = 0.27$

**F. Masks vs. Growth (Fall-Winter)**

$R^2 = 0.0002$
$p = 0.92$

Plaintiff's Exhibit 64





Plaintiff's Exhibit 65



```
Plaintiff's Exhibit 66
```

*Published on July 24, 2020*

**Application To Covid-19**

Corbin S Barr, *Independent Health Researcher*

Cloth masks, while comforting to some, should not be implied to provide anything but marginal (at best) protection to this "epidemic". When referring to virus particles that can spread via droplets it is fairly apparent that cloth masks do little to nothing for protection (except [peace] of mine) ... and sorry, but 3ish% is not even a nominal value, its a toss value when referring to health.

Take a covid 19 positive patient, have them [wear] a cloth mask and exhale sharply, sneeze, or cough in front of a mirror – watch what happens. I understand this is an overly simplified example, but it gets the point across.

As a last ditch effort with nothing else? Sure, but as a primary line of active defense for at risk individuals? Not even close. These individuals should be protected, away from the "herd" community.

Plaintiff's Exhibit 67

dailymail.co.uk

# Cloth masks are NOT enough to stop the spread of COVID-19 without social distancing

*Mary Kekatos Senior, Luke Andrews*

7-9 minutes

Wearing a cloth mask may not shield the user from coronavirus because too many infected droplets can slip through, a study has claimed.

Scientists at New Mexico State University, in the US, studied five types of face coverings including cloth masks and surgical grade N95 masks.

They found that while all masks blocked at least 95 per cent of droplets from coughs and sneezes - there was still a risk of the disease being passed on.

Although cloth masks stopped 96.4 per cent of sneeze droplets at a distance of six feet, they still let more than 1,000 through - which the scientists said could carry enough virus particles to trigger an infection.

'Wearing a mask will offer substantial, but not complete, protection to a susceptible person,' said Dr Krishna Kota, an associate professor at the university who led the research.

The science behind mask-wearing was hazy at the start of the pandemic and authorities in the UK and other countries hesitated to recommend wearing them.

The World Health Organization did recommend masks until June 8, and then only for people over 60 and those with underlying health conditions.

In Britain, face coverings were first brought in for public transport in June, and later for shops and other indoor spaces in July. In the US regulations vary across the country, with some states setting up rules as early as April but others resisting making masks mandatory.

The general consensus now is that masks may offer only limited protection to the people wearing them, but they are quite good at stopping people spreading the disease if they have it without knowing, because they catch their breath.

Scientists have also suggested that masks could reduce severity of disease by exposing people to the virus in small doses, but this hasn't been proven.

- 
- 
- 
- 
- Copy link to paste in your message
-

Five types of face masks were examined with results showing that the N95 (top right) blocked the most at 100% of droplets and the regular cloth mask (bottom left) blocked the least at 96.4% of droplets

'A mask definitely helps, but if the people are very close to each other, there is still a chance of spreading or contracting the virus,' said Dr Kota.

'It's not just masks that will help. It's both the masks and distancing.'

For the study, published in the journal Physics of Fluid, the team built a machine that mimics coughs and sneezes from humans.

It uses an air generator to blow tiny liquid droplets, like those that would escape from a nose or a mouth.

The machine was tested on five different types of masks: an N95 mask, s surgical mask, a cloth mask, a two-layer cloth mask and a wet two-layer cloth mask.

The researchers say wetting a mask could help because the material's fibers will expand, reducing the pore size accessible for droplets to get through.

Two glass square tubes were joined with a mask tightly fit between them and a camera lens to capture the number of droplets.

Each of the masks were able to block most of the droplets with the best-performing being the N95, which blocked 100 percent of droplets.

Meanwhile, the worst was the regular cloth mask, which only blocked 96.4 percent of the droplets from getting through.

However, at distances of less than six feet, letting in around three percent of droplets could be enough to make someone ill.

Studies have shown that the average infection threshold for COVID-19 is 1,000 virus particles, inhaled either all at once or on separate occasions.

In addition, a single sneeze has the potential to carry up to 200 million virus particles.

The cloth mask let through more than 1,000 sneeze droplets, each of which could have millions of virus particles.

The two-layered cloth mask with a PM2.5 filter let through more than 600 sneeze droplets.

This means that if someone wearing one of these masks is close to an infected individual, enough droplets could escape to make them contract COVID-19.

'Without a face mask, it is almost certain that many foreign droplets will transfer to the susceptible person,' Kota said.

'Wearing a mask will offer substantial, but not complete, protection to a susceptible person by decreasing the number of foreign airborne sneeze and cough droplets that would otherwise enter the person without the mask.

'Consideration must be given to minimize or avoid close face-to-face or frontal human interactions, if possible.'

**THE TRUTH ABOUT FACE MASKS: WHAT STUDIES HAVE SHOWN**

Research on how well various types of masks and face coverings varies but, recently, and in light of the pandemic of COVID-19, experts are increasingly leaning toward the notion that something is better than nothing.

A University of Oxford study published on March 30 concluded that surgical masks are just as effective at preventing respiratory infections as N95 masks for doctors, nurses and other health care workers.

It's too early for their to be reliable data on how well they prevent infection with COVID-19, but the study found the thinner, cheaper masks do work in flu outbreaks.

The difference between surgical or face masks and N95 masks lies in the size of particles that can - and more importantly, can't - get though the materials.

N95 respirators are made of thick, tightly woven and molded material that fits tightly over the face and can stop 95 percent of all airborne particles, while surgical masks are thinner, fit more loosely, and more porous.

This makes surgical masks much more comfortable to breathe and work in, but less effective at stopping small particles from entering your mouth and nose.

Droplets of saliva and mucous from coughs and sneezes are very small, and viral particles themselves are particularly tiny - in fact, they're about 20-times smaller than bacteria.

For this reason, a JAMA study published this month still contended that people without symptoms should not wear surgical masks, because there is not proof the gear will protect them from infection - although they may keep people who are coughing and sneezing from infecting others.

But the Oxford analysis of past studies- which has not yet been peer reviewed - found that surgical masks were worth wearing and didn't provide statistically less protection than N95 for health care workers around flu patients.

However, any face mask is only as good as other health and hygiene practices. Experts universally agree that there's simply no replacement for thorough, frequent hand-washing for preventing disease transmission.

Some think the masks may also help to 'train' people not to touch their faces, while others argue that the unfamiliar garment will just make people do it more, actually raising infection risks.

So what about cloth coverings? Although good quality evidence is lacking, some data suggest that cloth masks may be only marginally (15 per cent) less effective than surgical masks in blocking emission of particles, said Babak Javid, principal investigator at Cambridge University Hospitals wrote in the BMJ on April 9.

He pointed to a study led by Public Health England in 2013 which found wearing some kind of material over the face was fivefold more effective than not wearing masks for preventing a flu pandemic.

The study suggested that a homemade mask 'should only be considered as a last resort to prevent droplet transmission from infected individuals, but it would be better than no protection'.

Plaintiff's Exhibit 68

medicalnewstoday.com

# COVID-19 and face masks: To wear or not to wear?

*Yella Hewings-Martin, Ph.D.*

9-11 minutes

---

Many countries around the world recommend that people wear masks in public as part of their strategy to curb the pandemic. We look at why some people do not wear masks and discuss what scientific evidence says about wearing them.

*All data and statistics are based on publicly available data at the time of publication. Some information may be out of date.* Visit our coronavirus hub and follow our live updates page *for the most recent information on the COVID-19 outbreak.*

Since the start of the COVID-19 pandemic, scientists and other experts have debated whether the general public should wear face masks and whether these masks should be medical grade masks or homemade face coverings.

From early April onwards, the Centers for Disease Control and Prevention (CDC) in the United States recommended that people wear homemade face coverings in places where physical distancing is impossible.

Other countries, such as the United Kingdom and Germany, have made wearing a face covering on public transport mandatory.

The World Health Organization (WHO) long shied away from such recommendations, maintaining that only healthcare professionals, those who currently have the new coronavirus, as well as those caring from them at home, wear medical grade masks.

But in early June, the WHOTrusted Source released a list of recommendations suggesting the most appropriate types of masks to wear in a variety of settings. This included the use of non-medical masks in crowded places and public transport.

Yet, not every place or person has adopted the use of face coverings.

In this Special Feature article, we explore four reasons why some people choose not to wear masks. We look at the claims behind these in the context of the scientific evidence that is available today.

*Stay informed with live updates on the current COVID-19 outbreak and visit our coronavirus hub for more advice on prevention and treatment.*

**Claims: Masks are not an effective way of protection from the new coronavirus, only N95 are, and masks have disclaimers saying they cannot prevent someone from acquiring the new coronavirus**

These claims represent the essence of the argument around whether to wear a mask. The primary aim of asking the general public to wear masks where physical distancing is not possible is not to protect the wearer.

**Instead, this public health measure aims to stop people with a SARS-CoV-2 infection who are asymptomatic or presymptomatic from transmitting the virus. Experts refer to this as source control.**

Rather than protecting the wearer, source control seeks to block the release of virus-laden droplets into the air that surrounds the person wearing the mask.

SeveralTrusted Source research papers have shown that simple face coverings can reduce the number of droplets, and perhaps some aerosols, to some extent.

***Claim: There is no scientific evidence to say that masks are effective***

Prof. Trisha Greenhalgh from the University of Oxford in the United Kingdom has voiced her support about using face masks in several prominent research journals, such as *The BMJ*Trusted Source.

"The argument that we should not recommend face coverings *because there are no published experiments* is out of step with other public health policy on infection control in general and [COVID-19] in particular," she recently wrote in the *Journal of Evaluation in Clinical Practice*Trusted Source.

"Mathematical modeling suggests that a face covering that is 60% effective at blocking viral transmission and is worn by 60% of the population will reduce R0 to below 1.0."

– Prof. Trisha Greenhalgh

R0 is the technical term for the basic reproduction number, which refers to the number of other people to whom a single person can transmit infection.

When the R0 is below 1, each person with SARS-CoV-2 will transmit the virus to less than one other person, reducing the overall number of cases in the population over time.

One recent study in *BMJ Global Health* looked at transmission of SARS-CoV-2 in 124 families in which at least one member had COVID-19. The data showed that face masks were "79% effective in reducing transmission" if the person with COVID-19 wore them before they developed symptoms.

**Article highlights:**

MNT Coronavirus Update July 7, 2020

Volume 0%

***Claim: Masks can become contaminated very quickly, and every time the wearer breathes in, they inhale contaminants***

Masks can be a source of infection for the person wearing them, according to the WHOTrusted Source.

A 2017 studyTrusted Source involving 16 healthcare professionals showed that self-contamination was common when the volunteers were putting on and removing medical-grade personal protective equipment.

The CDCTrusted Source recommend that people do not touch their face covering while wearing a face mask in public and that they wash their hands if they do so accidentally.

Medical-grade masks block microorganisms from reaching the wearer's nose and mouth. It is not clear whether this applies to homemade face coverings as well.

In a recent study, which as not yet undergone peer review, researchers tested different fabrics to see how many different sized droplets would pass through.

"We found that most home fabrics substantially block droplets, even as a single layer. With two layers, blocking performance can reach that of a surgical mask without significantly compromising breathability," the authors wrote in the manuscript.

**Claim: Masks can lead to pneumonia or other lung infections**

There is no evidence indicating that masks increase the wearer's risk of developing pneumonia or other bacterial, viral, or fungal lung infections.

The WHOTrusted Source acknowledge that if a person wears the same mask for a long time, microorganisms may grow on the fabric.

The CDCTrusted Source recommend that a person removes the face covering once they return home and washes it before using it again.

"All masks should be changed if wet or visibly soiled; a wet mask should not be worn for an extended period of time. [...] Either discard the mask or place it in a sealable bag where it is kept until it can be washed and cleaned," the WHOTrusted Source advise.

**Claim: Masks limit oxygen intake and increase carbon dioxide ($CO_2$), and they increase the potential risk of $CO_2$ poisoning**

One small studyTrusted Source looked at 39 volunteers who had end stage renal disease and received dialysis during the SARS pandemic in 2003. The researchers found that 70% of participants who wore an N95 respirator for 4 hours during treatment experienced a fall in oxygen levels.

Another studyTrusted Source found no differences in the oxygen levels in 10 intensive care nurses who wore N95 respirators for their shifts.

Carbon dioxide poisoningTrusted Source is very rare, and experts mostly associate it with accidents that occur in confined spaces, such as ships and mines.

Hypercapnia, or hypercarbia, occurs when a person has too much carbon dioxide in their blood. Hyperventilation and some lung conditions can lead to hypercapnia. It can manifest as dizziness and headaches at the mild end of the spectrum, and confusion, seizures, and coma at the severe end.

ResearchTrusted Source from 2006 found that during the SARS pandemic in 2003, healthcare workers who wore N95 respirators for more than 4 hours at a time were more likely to develop headaches.

A representative from the CDC recently spoke to Reuters about hypercapnia: "The $CO_2$ will slowly build up in the mask over time. However, the level of $CO_2$ likely to build up in the mask is mostly tolerable to people exposed to it. You might get a headache, but you most likely [would] not suffer the symptoms observed at much higher levels of $CO_2$. [...] It is unlikely that wearing a mask will cause hypercapnia."

**Claim: Masks are dangerous for people with certain health conditions (COPD, asthma), as they may restrict breathing**

The WHOTrusted Source acknowledge that people living with asthma, chronic respiratory conditions, or breathing problems may experience difficulties when wearing face masks.

The CDCTrusted Source recommend that anyone who has trouble breathing should not wear a face

covering.

Whether a person decides to follow public health advice and wear a mask is down to individual choice, at least in countries where wearing masks is not mandatory.

This might never be a clear-cut topic, and there may be no resolution for those who prefer to consult a large body of well-conducted scientific studies to help them make their decisions.

Some experts think that conducting randomized control studies to tease out the exact contribution that masks may make to slowing the spread of SARS-CoV-2 is likely impractical.

Some people may find wearing a mask a straightforward adjustment to their daily lives and will readily wear a mask when venturing out to crowded places, doing the groceries, or visiting friends.

For some people, such as small children and people with breathing problems, wearing a mask is not practical or possible. However, these people may still benefit if others wear them.

***For live updates on the latest developments regarding the novel coronavirus and COVID-19, click here.***

Plaintiff's Exhibit 69

*Published March 30, 2020*

**COVID-19, shortages of masks and the use of cloth masks as a last resort**

Chandini R MacIntyre, Academic physician The Kirby Institute, University of New South Wales
Other Contributors:
Chi Dung Tham, Academic physician
Holly Seale, Academic
Abrar Chughtai, Academic physician

Critical shortages of personal protective equipment (PPE) have resulted in the US Centers for Disease Control downgrading their recommendations for health workers treating COVID-19 patients from respirators to surgical masks and finally to home-made cloth masks. As authors of the only published randomised controlled clinical trial of cloth masks, we have been getting daily emails about this from health workers concerned about using cloth masks. The study found that cloth mask wearers had higher rates of infection than even the standard practice control group of health workers, and the filtration provided by cloth masks was poor compared to surgical masks. At the time of the study, there had been very little work done in this space, and so little thought into how to improve the protective value of the cloth masks. Until now, most guidelines on PPE did not even mention cloth masks, despite many health workers in Asia using them.

Health workers are asking us if they should wear no mask at all if cloth masks are the only option. Our research does not condone health workers working unprotected. We recommend that health workers should not work during the COVID-19 pandemic without respiratory protection as a matter of work health and safety. In addition, if health workers get infected, high rates of staff absenteeism from illness may also affect health system capacity to respond. Some health workers may still choose to work in inadequate PPE. In this case, the physical barrier provided by a cloth mask may afford some protection, but likely much less than a surgical mask or a respirator.

It is important to note that some subjects in the control arm wore surgical masks, which could explain why cloth masks performed poorly compared to the control group. We also did an analysis of all mask wearers, and the higher infection rate in cloth mask group persisted. The cloth masks may have been worse in our study because they were not washed well enough – they may become damp and contaminated. The cloth masks used in our study were products manufactured locally, and fabrics can vary in quality. This and other limitations were also discussed.

There are now numerous reports of health workers wearing home made cloth masks, or re-using disposable mask and respirators, and asking for guidance. If health workers choose to work in these circumstances, guidance should be given around the use.

There have been a number of laboratory studies looking at the effectiveness of different types of cloth materials, single versus multiple layers and about the role that filters can play. However, none have been tested in a clinical trial for efficacy. If health workers choose to work using cloth masks, we suggest that they have at least two and cycle them, so that each one can be washed and dried after daily use. Sanitizer

spray or UV disinfection boxes can be used to clean them during breaks in a single day. These are pragmatic, rather than evidence-based suggestions, given the situation.

Finally for COVID-19, wearing a mask is not enough to protect healthcare workers – use of gloves and goggles are also required as a minimum, as SARS-CoV-2 may infect not only through the respiratory route, but also through contact with contaminated surfaces and self-contamination.

Governments and hospitals should plan and stockpile proper disposable products such as respirators and surgical masks to ensure the occupational health and safety of health workers. This appears to have been a failure in many countries, including high income countries.

*We were the authors of the 2015 RCT , which was funded by an Australian Research Council Linkage Grant with 3M as the partner on the grant.*

**Annals of Internal Medicine**  ORIGINAL RESEARCH

# Effectiveness of Adding a Mask Recommendation to Other Public Health Measures to Prevent SARS-CoV-2 Infection in Danish Mask Wearers

## A Randomized Controlled Trial

Henning Bundgaard, DMSc; Johan Skov Bundgaard, BSc; Daniel Emil Tadeusz Raaschou-Pedersen, BSc; Christian von Buchwald, DMSc; Tobias Todsen, MD; Jakob Boesgaard Norsk, MD; Mia M. Pries-Heje, MD; Christoffer Rasmus Vissing, MD; Pernille B. Nielsen, MD; Ulrik C. Winsløw, MD; Kamille Fogh, MD; Rasmus Hasselbalch, MD; Jonas H. Kristensen, MD; Anna Ringgaard, PhD; Mikkel Porsborg Andersen, PhD; Nicole Bakkegård Goecke, PhD; Ramona Trebbien, PhD; Kerstin Skovgaard, PhD; Thomas Benfield, DMSc; Henrik Ullum, PhD; Christian Torp-Pedersen, DMSc; and Kasper Iversen, DMSc

**Background:** Observational evidence suggests that mask wearing mitigates transmission of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2). It is uncertain if this observed association arises through protection of uninfected wearers (protective effect), via reduced transmission from infected mask wearers (source control), or both.

**Objective:** To assess whether recommending surgical mask use outside the home reduces wearers' risk for SARS-CoV-2 infection in a setting where masks were uncommon and not among recommended public health measures.

**Design:** Randomized controlled trial (DANMASK-19 [Danish Study to Assess Face Masks for the Protection Against COVID-19 Infection]). (ClinicalTrials.gov: NCT04337541)

**Setting:** Denmark, April and May 2020.

**Participants:** Adults spending more than 3 hours per day outside the home without occupational mask use.

**Intervention:** Encouragement to follow social distancing measures for coronavirus disease 2019, plus either no mask recommendation or a recommendation to wear a mask when outside the home among other persons together with a supply of 50 surgical masks and instructions for proper use.

**Measurements:** The primary outcome was SARS-CoV-2 infection in the mask wearer at 1 month by antibody testing, polymerase chain reaction (PCR), or hospital diagnosis. The secondary outcome was PCR positivity for other respiratory viruses.

**Results:** A total of 3030 participants were randomly assigned to the recommendation to wear masks, and 2994 were assigned to control; 4862 completed the study. Infection with SARS-CoV-2 occurred in 42 participants recommended masks (1.8%) and 53 control participants (2.1%). The between-group difference was −0.3 percentage point (95% CI, −1.2 to 0.4 percentage point; $P = 0.38$) (odds ratio, 0.82 [CI, 0.54 to 1.23]; $P = 0.33$). Multiple imputation accounting for loss to follow-up yielded similar results. Although the difference observed was not statistically significant, the 95% CIs are compatible with a 46% reduction to a 23% increase in infection.

**Limitation:** Inconclusive results, missing data, variable adherence, patient-reported findings on home tests, no blinding, and no assessment of whether masks could decrease disease transmission from mask wearers to others.

**Conclusion:** The recommendation to wear surgical masks to supplement other public health measures did not reduce the SARS-CoV-2 infection rate among wearers by more than 50% in a community with modest infection rates, some degree of social distancing, and uncommon general mask use. The data were compatible with lesser degrees of self-protection.

**Primary Funding Source:** The Salling Foundations.

*Ann Intern Med.* 2020. doi:10.7326/M20-6817                    **Annals.org**
For author, article, and disclosure information, see end of text.
This article was published at Annals.org on 18 November 2020.

---

Severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), the cause of coronavirus disease 2019 (COVID-19), has infected more than 54 million persons (1,2). Measures to impede transmission in health care and community settings are essential (3). The virus is transmitted person-to-person, primarily through the mouth, nose, or eyes via respiratory droplets, aerosols, or fomites (4,5). It can survive on surfaces for up to 72 hours (6), and touching a contaminated surface followed by face touching is another possible route of transmission (7). Face masks are a plausible means to reduce transmission of respiratory viruses by minimizing the risk that respiratory droplets will reach wearers' nasal or oral mucosa. Face masks are also hypothesized to reduce face touching (8,9), but frequent face and mask touching has been reported among health care personnel (10). Observational evidence supports the efficacy of face masks in health care settings (11,12) and as source control in patients infected with SARS-CoV-2 or other coronaviruses (13).

An increasing number of localities recommend masks in community settings on the basis of this observational evidence, but recommendations vary and controversy

**See also:**

Editorial comment
*Web-Only*
Supplement

© 2020 American College of Physicians 1

ORIGINAL RESEARCH                 Effectiveness of Mask Recommendation for Preventing SARS-CoV-2 Infection

exists (14). The World Health Organization (WHO) and the U.S. Centers for Disease Control and Prevention (15) strongly recommend that persons with symptoms or known infection wear masks to prevent transmission of SARS-CoV-2 to others (source control) (16). However, WHO acknowledges that we lack evidence that wearing a mask protects healthy persons from SARS-CoV-2 (prevention) (17). A systematic review of observational studies reported that mask use reduced risk for SARS, Middle East respiratory syndrome, and COVID-19 by 66% overall, 70% in health care workers, and 44% in the community (12). However, surgical and cloth masks were grouped in preventive studies, and none of the 3 included non–health care studies related directly to COVID-19. Another systematic review (18) and American College of Physicians recommendations (19) concluded that evidence on mask effectiveness for respiratory infection prevention is stronger in health care than community settings.

Observational evidence suggests that mask wearing mitigates SARS-CoV-2 transmission, but whether this observed association arises because masks protect uninfected wearers (protective effect) or because transmission is reduced from infected mask wearers (source control) is uncertain. Here, we report a randomized controlled trial (20) that assessed whether a recommendation to wear a surgical mask when outside the home among others reduced wearers' risk for SARS-CoV-2 infection in a setting where public health measures were in effect but community mask wearing was uncommon and not recommended.

## METHODS

### Trial Design and Oversight

DANMASK-19 (Danish Study to Assess Face Masks for the Protection Against COVID-19 Infection) was an investigator-initiated, nationwide, unblinded, randomized controlled trial (ClinicalTrials.gov: NCT04337541). The trial protocol was registered with the Danish Data Protection Agency (P-2020-311) (Part 10 of the **Supplement**, available at Annals.org) and published (21). The researchers presented the protocol to the independent regional scientific ethics committee of the Capital Region of Denmark, which did not require ethics approval (H-20023709) in accordance with Danish legislation (Parts 11 and 12 of the **Supplement**). The trial was done in accordance with the principles of the Declaration of Helsinki.

### Participants and Study Period

During the study period (3 April to 2 June 2020), Danish authorities did not recommend use of masks in the community and mask use was uncommon (<5%) outside hospitals (22). Recommended public health measures included quarantining persons with SARS-CoV-2 infection, social distancing (including in shops and public transportation, which remained open), limiting the number of persons seen, frequent hand hygiene and cleaning, and limiting visitors to hospitals and nursing homes (23,24). Cafés and restaurants were closed during the study until 18 May 2020.

Eligible persons were community-dwelling adults aged 18 years or older without current or prior symptoms or diagnosis of COVID-19 who reported being outside the home among others for at least 3 hours per day and who did not wear masks during their daily work. Recruitment involved media advertisements and contacting private companies and public organizations. Interested citizens had internet access to detailed study information and to research staff for questions (Part 3 of the **Supplement**). At baseline, participants completed a demographic survey and provided consent for researchers to access their national registry data (Parts 4 and 5 of the **Supplement**). Recruitment occurred from 3 through 24 April 2020. Half of participants were randomly assigned to a group on 12 April and half on 24 April.

### Intervention

Participants were enrolled and data registered using Research Electronic Data Capture (REDCap) software (25). Eligible participants were randomly assigned 1:1 to the mask or control group using a computer algorithm and were stratified by the 5 regions of Denmark (**Supplement Table 1**, available at Annals.org). Participants were notified of allocation by e-mail, and study packages were sent by courier (Part 7 of the **Supplement**). Participants in the mask group were instructed to wear a mask when outside the home during the next month. They received 50 three-layer, disposable, surgical face masks with ear loops (TYPE II EN 14683 [Abena]; filtration rate, 98%; made in China). Participants in both groups received materials and instructions for antibody testing on receipt and at 1 month. They also received materials and instructions for collecting an oropharyngeal/nasal swab sample for polymerase chain reaction (PCR) testing at 1 month and whenever symptoms compatible with COVID-19 occurred during follow-up. If symptomatic, participants were strongly encouraged to seek medical care. They registered symptoms and results of the antibody test in the online REDCap system. Participants returned the test material by prepaid express courier.

Written instructions and instructional videos guided antibody testing, oropharyngeal/nasal swabbing, and proper use of masks (Part 8 of the **Supplement**), and a help line was available to participants. In accordance with WHO recommendations for health care settings at that time, participants were instructed to change the mask if outside the home for more than 8 hours. At baseline and in weekly follow-up e-mails, participants in both groups were encouraged to follow current COVID-19 recommendations from the Danish authorities.

### Antibody and Viral PCR Testing

Participants tested for SARS-CoV-2 IgM and IgG antibodies in whole blood using a point-of-care test (Lateral Flow test [Zhuhai Livzon Diagnostics]) according to the manufacturer's recommendations and as previously described (26). After puncturing a fingertip with a lancet, they withdrew blood into a capillary tube and placed 1 drop of blood followed by 2 drops of saline in the test chamber in each of the 2 test plates (IgM and IgG). Participants reported IgM and IgG results separately as

Effectiveness of Mask Recommendation for Preventing SARS-CoV-2 Infection

ORIGINAL RESEARCH

"1 line present" (negative), "2 lines present" (positive), or "I am not sure, or I could not perform the test" (treated as a negative result). Participants were categorized as seropositive if they had developed IgM, IgG, or both. The manufacturer reported that sensitivity was 90.2% and specificity 99.2%. A previously reported internal validation using 651 samples from blood donors before November 2019 and 155 patients with PCR-confirmed SARS-CoV-2 infection estimated a sensitivity of 82.5% (95% CI, 75.3% to 88.4%) and specificity of 99.5% (CI, 98.7% to 99.9%) (26). We (27) and others (28) have reported that oropharyngeal/nasal swab sampling for SARS-CoV-2 by participants, as opposed to health care workers, is clinically useful. Descriptions of RNA extraction, primer and probe used, reverse transcription, preamplification, and microfluidic quantitative PCR are detailed in Part 6 of the **Supplement**.

### Data Collection

Participants received 4 follow-up surveys (Parts 4 and 5 of the **Supplement**) by e-mail to collect information on antibody test results, adherence to recommendations on time spent outside the home among others, development of symptoms, COVID-19 diagnosis based on PCR testing done in public hospitals, and known COVID-19 exposures.

### Outcomes

The primary outcome was SARS-CoV-2 infection, defined as a positive result on an oropharyngeal/nasal swab test for SARS-CoV-2, development of a positive SARS-CoV-2 antibody test result (IgM or IgG) during the study period, or a hospital-based diagnosis of SARS-CoV-2 infection or COVID-19. Secondary end points included PCR evidence of infection with other respiratory viruses (**Supplement Table 2**, available at Annals.org).

### Sample Size Calculations

The sample size was determined to provide adequate power for assessment of the combined composite primary outcome in the intention-to-treat analysis. Authorities estimated an incidence of SARS-CoV-2 infection of at least 2% during the study period. Assuming that wearing a face mask halves risk for infection, we estimated that a sample of 4636 participants would provide the trial with 80% power at a significance level of 5% (2-sided $\alpha$ level). Anticipating 20% loss to follow-up in this community-based study, we aimed to assign at least 6000 participants.

### Statistical Analysis

Participants with a positive result on an antibody test at baseline were excluded from the analyses. We calculated CIs of proportions assuming binomial distribution (Clopper–Pearson).

The primary composite outcome (intention-to-treat) was compared between groups using the $\chi^2$ test. Odds ratios and confidence limits were calculated using logistic regression. We did a per protocol analysis that included only participants reporting complete or predominant use of face masks as instructed. A conservative sensitivity analysis assumed that participants with a

positive result on an antibody test at the end of the study who had not provided antibody test results at study entrance had had a positive result at entrance. To further examine the uncertainty of loss to follow-up, we did (post hoc) 200 imputations using the R package smcfcs, version 1.4.1 (29), to impute missing values of outcome. We included sex, age, type of work, time out of home, and outcome in this calculation.

Prespecified subgroups were compared by logistic regression analysis. In a post hoc analysis, we explored whether there was a subgroup defined by a constellation of participant characteristics for which a recommendation to wear masks seemed to be effective. We included sex, age, type of work, time out of home, and outcome in this calculation.

Two-sided $P$ values less than 0.05 were considered statistically significant. Analyses were done using R, version 3.6.1 (R Foundation).

### Role of the Funding Source

An unrestricted grant from the Salling Foundations supported the study, and the BESTSELLER Foundation donated the Livzon tests. The funders did not influence study design, conduct, or reporting.

## RESULTS

### Participants

A total of 17 258 Danish citizens responded to recruitment, and 6024 completed the baseline survey and fulfilled eligibility criteria. The first participants (group 1; $n = 2995$) were randomly assigned on 12 April 2020 and were followed from 14 to 16 April through 15 May 2020. Remaining participants (group 2; $n = 3029$) were randomly assigned on 24 April 2020 and were followed from 2 to 4 May through 2 June 2020. A total of 3030 participants were randomly assigned to the recommendation to wear face masks, and 2994 were assigned not to wear face masks (**Figure**); 4862 participants (80.7%) completed the study. **Table 1** shows baseline characteristics, which were well balanced between groups. Participants reported having spent a median of 4.5 hours per day outside the home.

### Adherence

Based on the lowest adherence reported in the mask group during follow-up, 46% of participants wore the mask as recommended, 47% predominantly as recommended, and 7% not as recommended.

### Primary Outcome

The primary outcome occurred in 42 participants (1.8%) in the mask group and 53 (2.1%) in the control group. In an intention-to-treat analysis, the between-group difference was −0.3 percentage point (CI, −1.2 to 0.4 percentage point; $P = 0.38$) (odds ratio [OR], 0.82 [CI, 0.54 to 1.23]; $P = 0.33$) in favor of the mask group (**Supplement Figure 1**, available at Annals.org). When this analysis was repeated with multiple imputation for missing data due to loss to follow-up, it yielded similar results (OR, 0.81 [CI, 0.53 to 1.23]; $P = 0.32$). **Table 2**

ORIGINAL RESEARCH                     Effectiveness of Mask Recommendation for Preventing SARS-CoV-2 Infection

*Figure 1.* Study flow diagram.



Inclusion and exclusion criteria are described in the Methods section, and criteria for completion of the study are given in the Supplement (available at Annals.org). SARS-CoV-2 = severe acute respiratory syndrome coronavirus 2.

provides data on the components of the primary end point, which were similar between groups.

In a per protocol analysis that excluded participants in the mask group who reported nonadherence (7%), SARS-CoV-2 infection occurred in 40 participants (1.8%) in the mask group and 53 (2.1%) in the control group (between-group difference, −0.4 percentage point [CI, −1.2 to 0.5 percentage point]; *P* = 0.40) (OR, 0.84 [CI, 0.55 to 1.26]; *P* = 0.40). **Supplement Figure 2** (available at Annals.org) provides results of the prespecified subgroup analyses of the primary composite end point. No statistically significant interactions were identified.

In the preplanned psensitivity analysis, those who had a positive result on an antibody test at 1 month but had not provided antibody results at baseline were considered to have had positive results at baseline (*n* = 18)— that is, they were excluded from the analysis. In this analysis, the primary outcome occurred in 33 participants (1.4%) in the face mask group and 44 (1.8%) in the control group (between-group difference, −0.4 percentage point [CI, −1.1 to 0.4 percentage point]; *P* = 0.22) (OR, 0.77 [CI, 0.49 to 1.22]; *P* = 0.26).

Three post hoc (not preplanned) analyses were done. In the first, which included only participants reporting wearing face masks "exactly as instructed," infection (the primary outcome) occurred in 22 participants (2.0%) in the face mask group and 53 (2.1%) in the control

group (between-group difference, −0.2 percentage point [CI, −1.3 to 0.9 percentage point]; *P* = 0.82) (OR, 0.93 [CI, 0.56 to 1.54]; *P* = 0.78). The second post hoc analysis excluded participants who did not provide antibody test results at baseline; infection occurred in 33 participants (1.7%) in the face mask group and 44 (2.1%) in the control group (between-group difference, −0.4 percentage point [CI, −1.4 to 0.4 percentage point]; *P* = 0.33) (OR, 0.80 [CI, 0.51 to 1.27]; *P* = 0.35). In the third post hoc analysis, which investigated constellations of patient characteristics, we did not find a subgroup where face masks were effective at conventional levels of statistical significance (data not shown).

A total of 52 participants in the mask group and 39 control participants reported COVID-19 in their household. Of these, 2 participants in the face mask group and 1 in the control group developed SARS-CoV-2 infection, suggesting that the source of most observed infections was outside the home. Reported symptoms did not differ between groups during the study period (**Supplement Table 3**, available at Annals.org).

**Secondary Outcomes**

In the mask group, 9 participants (0.5%) were positive for 1 or more of the 11 respiratory viruses other than SARS-CoV-2, compared with 11 participants (0.6%) in the control group (between-group difference, −0.1

Effectiveness of Mask Recommendation for Preventing SARS–CoV-2 Infection

percentage point [CI, −0.6 to 0.4 percentage point]; $P$ = 0.87) (OR, 0.84 [CI, 0.35 to 2.04]; $P$ = 0.71). Positivity for any virus, including SARS–CoV-2, occurred in 9 mask participants (0.5%) versus 16 control participants (0.8%) (between-group difference, −0.3 percentage point [CI, −0.9 to 0.2 percentage point]; $P$ = 0.26) (OR, 0.58 [CI, 0.25 to 1.31]; $P$ = 0.19).

## DISCUSSION

In this community-based, randomized controlled trial conducted in a setting where mask wearing was uncommon and was not among other recommended public health measures related to COVID-19, a recommendation to wear a surgical mask when outside the home among others did not reduce, at conventional levels of statistical significance, incident SARS–CoV-2 infection compared with no mask recommendation. We designed the study to detect a reduction in infection rate from 2% to 1%. Although no statistically significant difference in SARS–CoV-2 incidence was observed, the 95% CIs are compatible with a possible 46% reduction to 23% increase in infection among mask wearers. These findings do offer evidence about the degree of protection mask wearers can anticipate in a setting where others are not wearing masks and where other public health measures, including social distancing, are in effect. The findings, however, should not be used to conclude that a recommendation for everyone to wear masks in the community would not be effective in reducing SARS–CoV-2 infections, because the trial did not test the role of masks in source control of SARS–CoV-2 infection. During the study period, authorities did not recommend face mask use outside hospital settings and mask use was rare in

community settings (22). This means that study participants' exposure was overwhelmingly to persons not wearing masks.

The observed infection rate was similar to that reported in other large Danish studies during the study period (26,30). Of note, the observed incidence of SARS–CoV-2 infection was higher than we had estimated when planning a sample size that would ensure more than 80% power to detect a 50% decrease in infection. The intervention lasted only 1 month and was carried out during a period when Danish authorities recommended quarantine of diagnosed patients, physical distancing, and hand hygiene as general protective means against SARS–CoV-2 transmission (23). Cafés and restaurants were closed through 18 May, but follow-up of the second randomized group continued through 2 June.

The first randomized group was followed while the Danish society was under lockdown. Reopening occurred (18 May 2020) during follow-up of the second group of participants, but it was not reflected in the outcome because infection rates were similar between groups (Supplement Figure 2). The relative infection rate between mask wearers and those not wearing masks would most likely be affected by changes in applied protective means or in the virulence of SARS–CoV-2, whereas the rate difference between the 2 groups would probably not be affected solely by a higher–or lower–number of infected citizens.

Although we saw no statistically significant difference in presence of other respiratory viruses, the study was not sufficiently powered to draw definite conclusions about the protective effect of masks for other viral infections. Likewise, the study had limited power for any of the subgroup analyses.

*Table 1.* Characteristics of Participants Completing the Study

| Characteristic | Face Mask Group (*n* = 2392) | Control Group (*n* = 2470) |
|---|---|---|
| Mean age (SD), *y* | 47.4 (14) | 47.0 (13) |
| Female sex, *n (%)* | 1545 (64.6) | 1571 (63.6) |
| Smoker, *n (%)* | 478 (20.0) | 499 (20.2) |
| Wears eyeglasses daily, *n (%)* | 956 (40.0) | 929 (37.6) |
| Capital Region resident, *n (%)** | 1220 (51.0) | 1289 (52.2) |
| Provided antibody test results at baseline, *n (%)* | 1916 (80.1) | 2061 (83.4) |
| Occupation, *n (%)* | | |
| Shop employee | 108 (4.5) | 85 (3.4) |
| Cashier | 101 (4.2) | 96 (3.9) |
| Craftsperson | 110 (4.6) | 103 (4.2) |
| Office employee | 265 (11.1) | 312 (12.6) |
| Manager | 111 (4.6) | 108 (4.4) |
| Transportation employee | 617 (25.8) | 625 (25.3) |
| Service employee | 107 (4.5) | 104 (4.2) |
| Home care/nursing home employee | 197 (8.2) | 229 (9.3) |
| Early childhood care staff | 89 (3.7) | 88 (3.6) |
| Salesperson | 37 (1.5) | 47 (1.9) |
| Other | 650 (27.2) | 673 (27.2) |

* According to national authority data, the Capital Region had a higher frequency of coronavirus disease 2019 than other Danish regions; see subgroup analyses in **Supplement Figure 2** (available at Annals.org).

ORIGINAL RESEARCH

Effectiveness of Mask Recommendation for Preventing SARS-CoV-2 Infection

*Table 2.* Distribution of the Components of the Composite Primary Outcome

| Outcome Component | Face Mask Group (n = 2392), n (%) | Control Group (n = 2470), n (%) | Odds Ratio (95% CI)[*] |
|---|---|---|---|
| Primary composite end point | 42 (1.8) | 53 (2.1) | 0.82 (0.54–1.23) |
| Positive antibody test result[†] | | | |
| IgM | 31 (1.3) | 37 (1.5) | 0.87 (0.54–1.41) |
| IgG | 33 (1.4) | 32 (1.3) | 1.07 (0.66–1.75) |
| Positive SARS-CoV-2 RT-PCR | 0 (0) | 5 (0.2) | – |
| Health care–diagnosed SARS-CoV-2 or COVID-19 | 5 (0.2) | 10 (0.4) | 0.52 (0.18–1.53) |

COVID-19 = coronavirus disease 2019; RT-PCR = reverse transcriptase polymerase chain reaction; SARS-CoV-2 = severe acute respiratory syndrome coronavirus 2.
* Calculated using logistic regression. The between-group differences in frequencies of positive SARS-CoV-2 RT-PCR were not statistically significant (P = 0.079).
† 124 participants in the mask group and 140 in the control group registered "not done" or unclear results of the antibody test–i.e., they were included in the analysis because they sent an oropharyngeal swab for PCR.

The primary outcome was mainly defined by antibodies against SARS-CoV-2. This definition was chosen because the viral load of infected patients may be only transiently detectable (31,32) and because approximately half of persons infected with SARS-CoV-2 are asymptomatic (33,26). Masks have been hypothesized to reduce inoculum size (34) and could increase the likelihood that infected mask users are asymptomatic, but this hypothesis has been challenged (35). For these reasons, we did not rely solely on identification of SARS-CoV-2 in oropharyngeal/nasal swab samples. As mentioned in the Methods section, an internal validation study estimated that the point-of-care test has 82.5% sensitivity and 99.5% specificity (26).

The observed rate of incident SARS-CoV-2 infection was similar to what was estimated during trial design. These rates were based on thorough screening of all participants using antibody measurements combined with PCR, whereas the observed official infection rates relied solely on PCR test–based estimates during the period. In addition, authorities tested only a small subset of primarily symptomatic citizens of the entire population, yielding low incidence rates. On this basis, the infection rates we report here are not comparable with the official SARS-CoV-2 infection rates in the Danish population. The eligibility requirement of at least 3 hours of exposure to other persons outside the home would add to this difference. Between 6 April and 9 May 2020, we found a similar seroprevalence of SARS-CoV-2 of 1.9% (CI, 0.8% to 2.3%) in Danish blood donors using the Livzon point-of-care test and assessed by laboratory technicians (36). Testing at the end of follow-up, however, may not have captured any infections contracted during the last part of the study period, but this would have been true in both the mask and control groups and was not expected to influence the overall findings.

The face masks provided to participants were high-quality surgical masks with a filtration rate of 98% (37). A published meta-analysis found no statistically significant difference in preventing influenza in health care workers between respirators (N95 [American standard] or FFP2 [European standard]) and surgical face masks (38). Adherence to mask use may be higher than observed in this study in settings where mask use is common. Some mask group participants (14%) reported adverse

reactions from other citizens (**Supplement Table 4**, available at Annals.org). Although adherence may influence the protective effect of masks, sensitivity analyses had similar results across reported adherence.

How SARS-CoV-2 is transmitted–via respiratory droplets, aerosols, or (to a lesser extent) fomites–is not firmly established. Droplets are larger and rapidly fall to the ground, whereas aerosols are smaller ($\leq 5$ μm) and may evaporate and remain in the air for hours (39). Transmission of SARS-CoV-2 may take place through multiple routes. It has been argued that for the primary route of SARS-CoV-2 spread–that is, via droplets–face masks would be considered effective, whereas masks would not be effective against spread via aerosols, which might penetrate or circumnavigate a face mask (37,39). Thus, spread of SARS-CoV-2 via aerosols would at least partially explain the present findings. Lack of eye protection may also have been of importance, and use of face shields also covering the eyes (rather than face masks only) has been advocated to halt the conjunctival route of transmission (40, 41). We observed no statistically significant interaction between wearers and nonwearers of eyeglasses (**Supplement Figure 2**). Recent reports indicate that transmission of SARS-CoV-2 via fomites is unusual (42), but masks may alter behavior and potentially affect fomite transmission.

The present findings are compatible with the findings of a review of randomized controlled trials of the efficacy of face masks for prevention (as personal protective equipment) against influenza virus (18). A recent meta-analysis that suggested a protective effect of face masks in the non–health care setting was based on 3 observational studies that included a total of 725 participants and focused on transmission of SARS-CoV-1 rather than SARS-CoV-2 (12). Of 725 participants, 138 (19%) were infected, so the transmission rate seems to be higher than for SARS-CoV-2. Further, these studies focused on prevention of infection in healthy mask wearers from patients with a known, diagnosed infection rather than prevention of transmission from persons in their surroundings in general. In addition, identified comparators (control participants) not wearing masks may also have missed other protective means. Recent observational studies that indicate a protective association between mandated mask use in the community and SARS-CoV-2 transmission are limited by study design

Effectiveness of Mask Recommendation for Preventing SARS-CoV-2 Infection

ORIGINAL RESEARCH

and simultaneous introduction of other public health interventions (14, 43).

Several challenges regarding wearing disposable face masks in the community exist. These include practical aspects, such as potential incorrect wearing, reduced adherence, reduced durability of the mask depending on type of mask and occupation, and weather. Such circumstances may necessitate the use of multiple face masks during the day. In our study, participants used a mean of 1.7 masks per weekday and 1.3 per weekend day (**Supplement Table 4**). Wearing a face mask may be physically unpleasant, and psychological barriers and other side effects have been described (44). "Face mask policing" between citizens might reinforce use of masks but may be challenging. In addition, the wearer of a face mask may change to a less cautious behavior because of a false sense of security, as pointed out by WHO (17); accordingly, our face mask group seemed less worried (**Supplement Table 4**), which may explain their increased willingness to wear face masks in the future (**Supplement Table 5**, available at Annals.org). These challenges, including costs and availability, may reduce the efficacy of face masks to prevent SARS-CoV-2 infection.

The potential benefits of a community-wide recommendation to wear masks include combined prevention and source control for symptomatic and asymptomatic persons, improved attention, and reduced potential stigmatization of persons wearing masks to prevent infection of others (17). Although masks may also have served as source control in SARS-CoV-2–infected participants, the study was not designed to determine the effectiveness of source control.

The most important limitation is that the findings are inconclusive, with CIs compatible with a 46% decrease to a 23% increase in infection. Other limitations include the following. Participants may have been more cautious and focused on hygiene than the general population; however, the observed infection rate was similar to findings of other studies in Denmark (26,30). Loss to follow-up was 19%, but results of multiple imputation accounting for missing data were similar to the main results. In addition, we relied on patient-reported findings on home antibody tests, and blinding to the intervention was not possible. Finally, a randomized controlled trial provides high-level evidence for treatment effects but can be prone to reduced external validity.

Our results suggest that the recommendation to wear a surgical mask when outside the home among others did not reduce, at conventional levels of statistical significance, the incidence of SARS-CoV-2 infection in mask wearers in a setting where social distancing and other public health measures were in effect, mask recommendations were not among those measures, and community use of masks was uncommon. Yet, the findings were inconclusive and cannot definitively exclude a 46% reduction to a 23% increase in infection of mask wearers in such a setting. It is important to emphasize that this trial did not address the effects of masks as source control or as protection in settings where social distancing and other public health measures are not in effect.

Reduction in release of virus from infected persons into the environment may be the mechanism for mitigation of transmission in communities where mask use is common or mandated, as noted in observational studies. Thus, these findings do not provide data on the effectiveness of widespread mask wearing in the community in reducing SARS-CoV-2 infections. They do, however, offer evidence about the degree of protection mask wearers can anticipate in a setting where others are not wearing masks and where other public health measures, including social distancing, are in effect. The findings also suggest that persons should not abandon other COVID-19 safety measures regardless of the use of masks. While we await additional data to inform mask recommendations, communities must balance the seriousness of COVID-19, uncertainty about the degree of source control and protective effect, and the absence of data suggesting serious adverse effects of masks (45).

From The Heart Center, Rigshospitalet, Copenhagen University Hospital, Copenhagen, Denmark (H.B., J.S.B., D.E.T., M.M.P., C.R.V., U.C.W., A.R.); Rigshospitalet, Copenhagen University Hospital, Copenhagen, Denmark (C.V., T.T., H.U.); Herlev & Gentofte Hospital, Copenhagen University Hospital, Herlev, Denmark (J.B.N., P.B.N., K.F., R.H., J.H.K., K.I.); Nordsjaellands Hospital, Hillerød, and Aalborg University Hospital, Aalborg, Denmark (M.P.A., C.T.); Centre for Diagnostics, Technical University of Denmark, Kongens Lyngby, Denmark (N.B.G.); National Influenza Center, Statens Serum Institut, Copenhagen, Denmark (R.T.); Technical University of Denmark, Kongens Lyngby, Denmark (K.S.); Center of Research & Disruption of Infectious Diseases, Amager and Hvidovre Hospital, Copenhagen University Hospital, Hvidovre, Denmark (T.B.).

**Acknowledgment:** The authors thank Mrs. Kristine Sarah Hedegaard Andersen for valuable technical and logistic assistance and Mrs. Helena Aagaard Glud, Mr. Oscar Mejias Gomez, Mr. Andreas Visbech Madsen, Mr. Shoeib Moradi, Mrs. Louise Brogaard, Mrs. Maria Heinesen, Mrs. Karin Tarp, Mr. Weihua Tian, Mrs. Henriette Vorsholt, and Mrs. Shila Mortensen for valuable assistance in the laboratory work and analyses.

**Grant Support:** By the Salling Foundations.

**Disclosures:** Disclosures can be viewed at www.acponline.org/authors/icmje/ConflictOfInterestForms.do?msNum=M20-6817.

**Data Sharing Statement:** The authors have indicated that they will not be sharing data.

**Corresponding Author:** Henning Bundgaard, DMSc, Department of Cardiology, The Heart Center, Copenhagen University Hospital, Rigshospitalet, Blegdamsvej 9, DK-2100 Copenhagen, Denmark; e-mail, henbundgaard@gmail.com.

Current author addresses and author contributions are available at Annals.org.

## References

1. **Helmy YA, Fawzy M, Elaswad A, et al.** The COVID-19 pandemic: a comprehensive review of taxonomy, genetics, epidemiology, diagnosis, treatment, and control. J Clin Med. 2020;9. [PMID: 32344679] doi:10.3390/jcm9041225
2. **Worldometer.** Pandemic, COVID-19 coronavirus. 2020. Accessed at www.worldometers.info/coronavirus on 29 October 2020.

3. Qualls N, Levitt A, Kanade N, et al. CDC Community Mitigation Guidelines Work Group. Community mitigation guidelines to prevent pandemic influenza – United States, 2017. MMWR Recomm Rep. 2017;66:1-34. [PMID: 28426646] doi:10.15585/mmwr.rr6601a1

4. Richard M, Kok A, de Meulder D, et al. SARS-CoV-2 is transmitted via contact and via the air between ferrets. Nat Commun. 2020;11:3496. [PMID: 32641684] doi:10.1038/s41467-020-17367-2

5. Liu Y, Ning Z, Chen Y, et al. Aerodynamic analysis of SARS-CoV-2 in two Wuhan hospitals. Nature. 2020;582:557-560. [PMID: 32340022] doi:10.1038/s41586-020-2271-3

6. van Doremalen N, Bushmaker T, Morris DH, et al. Aerosol and surface stability of SARS-CoV-2 as compared with SARS-CoV-1 [Letter]. N Engl J Med. 2020;382:1564-1567. [PMID: 32182409] doi:10.1056/NEJMc2004973

7. Kwok YL, Gralton J, McLaws ML. Face touching: a frequent habit that has implications for hand hygiene. Am J Infect Control. 2015;43:112-4. [PMID:25637115] doi:10.1016/j.ajic.2014.10.015

8. Lucas TL, Mustain R, Goldsby RE. Frequency of face touching with and without a mask in pediatric hematology/oncology health care professionals. Pediatr Blood Cancer. 2020:e28593. [PMID: 32672907] doi:10.1002/pbc.28593

9. Chen YJ, Qin G, Chen J, et al. Comparison of face-touching behaviors before and during the coronavirus disease 2019 pandemic. JAMA Netw Open. 2020;3:e2016924. [PMID: 32725247] doi:10.1001/jamanetworkopen.2020.16924

10. Rebmann T, Carrico R, Wang J. Physiologic and other effects and compliance with long-term respirator use among medical intensive care unit nurses. Am J Infect Control. 2013;41:1218-23. [PMID: 23768438] doi:10.1016/j.ajic.2013.02.017

11. Wang X, Ferro EG, Zhou G, et al. Association between universal masking in a health care system and SARS-CoV-2 positivity among health care workers. JAMA. 2020. [PMID: 32663246] doi:10.1001/jama.2020.12897

12. Chu DK, Akl EA, Duda S, et al. COVID-19 Systematic Urgent Review Group Effort (SURGE) study authors. Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis. Lancet. 2020;395:1973-1987. [PMID: 32497510] doi:10.1016/S0140-6736(20)31142-9

13. Leung NHL, Chu DKW, Shiu EYC, et al. Respiratory virus shedding in exhaled breath and efficacy of face masks. Nat Med. 2020;26:676-680. [PMID: 32371934] doi:10.1038/s41591-020-0843-2

14. Lyu W, Wehby GL. Community use of face masks and COVID-19: evidence from a natural experiment of state mandates in the US. Health Aff (Millwood). 2020;39:1419-1425. [PMID: 32543922] doi:10.1377/hlthaff.2020.00818

15. Centers for Disease Control and Prevention. CDC calls on Americans to wear masks to prevent COVID-19 spread. 14 July 2020. Accessed at www.cdc.gov/media/releases/2020/p0714-americans-to-wear-masks.html on 29 October 2020.

16. Brooks JT, Butler JC, Redfield RR. Universal masking to prevent SARS-CoV-2 transmission—the time is now. JAMA. 2020. [PMID: 32663243] doi:10.1001/jama.2020.13107

17. World Health Organization. Advice on the use of masks in the context of COVID-19: interim guidance. 5 June 2020.

18. Xiao J, Shiu EYC, Gao H, et al. Nonpharmaceutical measures for pandemic influenza in nonhealthcare settings–personal protective and environmental measures. Emerg Infect Dis. 2020;26:967-975. [PMID: 32027586] doi:10.3201/eid2605.190994

19. Qaseem A, Etxeandia-Ikobaltzeta I, Yost J, et al. Use of N95, surgical, and cloth masks to prevent COVID-19 in health care and community settings: living practice points from the American College of Physicians (version 1). Ann Intern Med. 2020;173:642-649. doi:10.7326/M20-3234

20. Ford I, Norrie J. Pragmatic trials. N Engl J Med. 2016;375:454-63. [PMID: 27518663] doi:10.1056/NEJMra1510059

21. Bundgaard H, Bundgaard JS, Raaschou-Pedersen DET, et al. Face masks for the prevention of COVID-19 - rationale and design of the randomised controlled trial DANMASK-19. Dan Med J. 2020;67. [PMID: 32829745]

22. YouGov. Personal measures taken to avoid COVID-19. 2020. Accessed at https://yougov.co.uk/topics/international/articles-reports/2020/03/17/personal-measures-taken-to-avoid-covid-19 on 27 October 2020.

23. Danish Health Authority. COVID-19: prevention of the spread of infection. 2 October 2020. Accessed at www.sst.dk/da/Udgivelser/2020/COVID-19-Forebyggelse-af-smittespredning on 26 October 2020.

24. Danish Health Authority. General guidance. 22 October 2020. Accessed at www.sst.dk/en/English/Corona-eng/Prevent-infection/General-guidance on 27 October 2020.

25. Harris PA, Taylor R, Thielke R, et al. Research electronic data capture (REDCap)—a metadata-driven methodology and workflow process for providing translational research informatics support. J Biomed Inform. 2009;42:377-81. [PMID: 18929686] doi:10.1016/j.jbi.2008.08.010

26. Iversen K, Bundgaard H, Hasselbalch RB, et al. Risk of COVID-19 in health care workers in Denmark: an observational cohort study. Lancet Infect Dis. 2020. [PMID: 32758438] doi:10.1016/S1473-3099(20)30589-2

27. Therchilsen JH, von Buchwald C, Koch A, et al. Self-collected versus healthcare worker-collected swabs in the diagnosis of severe acute respiratory syndrome coronavirus 2. Diagnostics. 2020; 10:678. doi:10.3390/diagnostics10090678

28. Tu YP, Jennings R, Hart B, et al. Swabs collected by patients or health care workers for SARS-CoV-2 testing [Letter]. N Engl J Med. 2020;383:494-496. [PMID: 32492294] doi:10.1056/NEJMc2016321

29. Bartlett J, Keogh R, Ekstrøm CT, et al. Multiple imputation of covariates by substantive model compatible fully conditional specification. Version 1.4.1. CRAN; 2020.

30. Pedersen OB, Nissen J, Dinh KM, et al. SARS-CoV-2 infection fatality rate among elderly retired Danish blood donors - a cross-sectional study. Clin Infect Dis. 2020. [PMID: 33103182] doi:10.1093/cid/ciaa1627

31. Pan Y, Zhang D, Yang P, et al. Viral load of SARS-CoV-2 in clinical samples [Letter]. Lancet Infect Dis. 2020;20:411-412. [PMID: 32105638] doi:10.1016/S1473-3099(20)30113-4

32. Wölfel R, Corman VM, Guggemos W, et al. Virological assessment of hospitalized patients with COVID-2019. Nature. 2020; 581:465-469. [PMID: 32235945] doi:10.1038/s41586-020-2196-x

33. Oran DP, Topol EJ. Prevalence of asymptomatic SARS-CoV-2 infection. A narrative review. Ann Intern Med. 2020;173:362-367. doi:10.7326/M20-3012

34. Gandhi M, Rutherford GW. Facial masking for covid-19. Reply [Letter]. N Engl J Med. 2020;383. [PMID: 33095525] doi:10.1056/NEJMc2030886

35. Rasmussen AL, Escandón K, Popescu SV. Facial masking for covid-19 [Letter]. N Engl J Med. 2020;383. [PMID: 33095523] doi:10.1056/NEJMc2030886

36. Erikstrup C, Hother CE, Pedersen OBV, et al. Estimation of SARS-CoV-2 infection fatality rate by real-time antibody screening of blood donors. Clin Infect Dis. 2020. [PMID:32584966] doi: 10.1093/cid/ciaa849

37. Rengasamy S, Miller A, Eimer BC, et al. Filtration performance of FDA-cleared surgical masks. J Int Soc Respir Prot. 2009;26:54-70. [PMID:32661453]

38. Long Y, Hu T, Liu L, et al. Effectiveness of N95 respirators versus surgical masks against influenza: a systematic review and meta-analysis. J Evid Based Med. 2020;13:93-101. [PMID: 32167245] doi:10.1111/jebm.12381

39. Klompas M, Baker MA, Rhee C. Airborne transmission of SARS-CoV-2: theoretical considerations and available evidence. JAMA. 2020;324:441-442. [PMID: 32749495] doi:10.1001/jama.2020.12458

Effectiveness of Mask Recommendation for Preventing SARS-CoV-2 Infection

ORIGINAL RESEARCH

40. Perencevich EN, Diekema DJ, Edmond MB. Moving personal protective equipment into the community: face shields and containment of COVID-19. JAMA. 2020;323:2252-2253. [PMID: 32347911] doi:10.1001/jama.2020.7477

41. Marra AR, Edmond MB, Popescu SV, et al. Examining the need for eye protection for coronavirus disease 2019 (COVID-19) prevention in the community. Infect Control Hosp Epidemiol. 2020:1-2. [PMID: 32576322] doi:10.1017/ice.2020.314

42. Meyerowitz EA, Richterman A, Gandhi RT, et al. Transmission of SARS-CoV-2. A review of viral, host, and environmental factors. Ann Intern Med. 2020. doi:10.7326/M20-5008

43. Mitze T, Kosfeld R, Rode J, et al. Face masks considerably reduce COVID-19 cases in Germany: a synthetic control method approach. IZA Discussion Papers. June 2020.

44. Lazzarino AI, Steptoe A, Hamer M, et al. Covid-19: important potential side effects of wearing face masks that we should bear in mind [Letter]. BMJ. 2020;369:m2003. [PMID: 32439689] doi:10.1136/bmj.m2003

45. Javid B, Weekes MP, Matheson NJ. Covid-19: should the public wear face masks? [Editorial]. BMJ. 2020;369:m1442. [PMID: 32273278] doi:10.1136/bmj.m1442

**Current Author Addresses:** Drs. Bundgaard, Pries-Heje, Vissing, Winsløw, and Ringgaard; Mr. Bundgaard; and Mr. Raaschou-Pedersen: Department of Cardiology, The Heart Center, Copenhagen University Hospital, Rigshospitalet, Blegdamsvej 9, DK-2100 Copenhagen, Denmark.

Drs. von Buchwald and Todsen: Department of ORL, Head & Neck Surgery and Audiology, Rigshospitalet, 6033, Copenhagen University Hospital, Inge Lehmanns Vej 7, DK 2100 Copenhagen, Denmark.

Drs. Norsk, Nielsen, Fogh, Hasselbalch, Kristensen, and Iversen: Department of Cardiology, Herlev & Gentofte Hospital, Copenhagen University Hospital, Borgmester Ib Juuls Vej 1, 2730 Herlev, Denmark.

Drs. Porsborg Andersen and Torp-Pedersen: Department of Cardiology and Clinical Research, Nordsjaellands Hospital, Dyrehavevej 29, 3400 Hillerød, Denmark.

Drs. Goecke and Skovgaard: Centre for Diagnostics, Technical University of Denmark, Anker Engelunds Vej 1 Bygning 101A, 2800 Kongens Lyngby, Denmark.

Dr. Trebbien: Department of Virus and Microbiological Special Diagnostics, National Influenza Center, Statens Serum Institut, Artillerivej 5, 2300 Copenhagen, Denmark.

Dr. Benfield: Center of Research & Disruption of Infectious Diseases (CREDID), Department of Infectious Diseases, Copenhagen University Hospital, Amager and Hvidovre, Hvidovre Hospital, Kettegård Allé 30, 2650 Hvidovre, Denmark.

Dr. Ullum: Department of Clinical Immunology, The Heart Center, Copenhagen University Hospital, Rigshospitalet, Blegdamsvej 9, DK-2100 Copenhagen, Denmark.

**Author Contributions:** Conception and design: H. Bundgaard, J.S. Bundgaard, D.E.T. Raaschou-Pedersen, T. Todsen, K. Skovgaard, T. Benfield, C. Torp-Pedersen, K. Iversen.

Analysis and interpretation of the data: H. Bundgaard, J.S. Bundgaard, D.E.T. Raaschou-Pedersen, C.R. Vissing, U.C. Winsløw, J.H. Kristensen, N.B. Goecke, K. Skovgaard, T. Benfield, C. Torp-Pedersen, K. Iversen.

Drafting of the article: H. Bundgaard, J.S. Bundgaard, D.E.T. Raaschou-Pedersen, T. Benfield, K. Iversen.

Critical revision of the article for important intellectual content: H. Bundgaard, J.S. Bundgaard, D.E.T. Raaschou-Pedersen, T. Todsen, M.M. Pries-Heje, C.R. Vissing, P.B. Nielsen, U.C. Winsløw, R. Hasselbalch, J.H. Kristensen, A. Ringgaard, K. Skovgaard, T. Benfield, H. Ullum, C. Torp-Pedersen, K. Iversen.

Final approval of the article: H. Bundgaard, J.S. Bundgaard, D.E.T. Raaschou-Pedersen, C. von Buchwald, T. Todsen, J.B. Norsk, M.M. Pries-Heje, C.R. Vissing, P.B. Nielsen, U.C. Winsløw, K. Fogh, R. Hasselbalch, J.H. Kristensen, A. Ringgaard, M. Porsborg Andersen, N.B. Goecke, R. Trebbien, K. Skovgaard, T. Benfield, H. Ullum, C. Torp-Pedersen, K. Iversen.

Provision of study materials or patients: H. Bundgaard, D.E.T. Raaschou-Pedersen, T. Todsen, R. Trebbien, C. Torp-Pedersen.

Statistical expertise: H. Bundgaard, J.S. Bundgaard, C. Torp-Pedersen.

Obtaining of funding: H. Bundgaard, H. Ullum.

Administrative, technical, or logistic support: H. Bundgaard, J.S. Bundgaard, D.E.T. Raaschou-Pedersen, C. von Buchwald, T. Todsen, M.M. Pries-Heje, P.B. Nielsen, K. Fogh, R. Hasselbalch, A. Ringgaard, M. Porsborg Andersen, R. Trebbien, C. Torp-Pedersen, K. Iversen.

Collection and assembly of data: H. Bundgaard, J.S. Bundgaard, D.E.T. Raaschou-Pedersen, J.B. Norsk, M. Porsborg Andersen, H. Ullum, C. Torp-Pedersen, K. Iversen.

Plaintiff's Exhibit 71

spectator.co.uk

# Landmark Danish study finds no significant effect for facemask wearers | The Spectator

*Carl Heneghan & Tom Jefferson*

5-6 minutes

---

Masks might stop people passing on a virus. But how much measurable protection do they offer to the wearer?

A̲Text settings

⬛Comments

Do face masks work? Earlier this year, the UK government decided that masks could play a significant role in stopping Covid-19 and made masks mandatory in a number of public places. But are these policies backed by the scientific evidence?

Yesterday marked the publication of a long-delayed trial in Denmark which hopes to answer that very question. The 'Danmask-19 trial' was conducted in the spring with over 6,000 participants, when the public were not being told to wear masks but other public health measures were in place. Unlike other studies looking at masks, the Danmask study was a randomised controlled trial – making it the highest quality scientific evidence.

Around half of those in the trial received 50 disposable surgical face masks, which they were told to change after eight hours of use. After one month, the trial participants were tested using both PCR, antibody and lateral flow tests and compared with the trial participants who did not wear a mask.

In the end, there was no statistically significant difference between those who wore masks and those who did not when it came to being infected by Covid-19. 1.8 per cent of those wearing masks caught Covid, compared to 2.1 per cent of the control group. As a result, it seems that any effect masks have on preventing the spread of the disease in the community is small.

Some people, of course, did not wear their masks properly. Only 46 per cent of those wearing masks in the trial said they had completely adhered to the rules. But even if you only look at people who wore masks 'exactly as instructed', this did not make any difference to the results: 2 per cent of this group were also infected.

When it comes to masks, it appears there is still little good evidence they prevent the spread of airborne diseases. The results of the Danmask-19 trial mirror other reviews into influenza-like illnesses. Nine other trials looking at the efficacy of masks (two looking at healthcare workers and

seven at community transmission) have found that masks make little or no difference to whether you get influenza or not.

But overall, there is a troubling lack of robust evidence on face masks and Covid-19. There have only been three community trials during the current pandemic comparing the use of masks with various alternatives – one in Guinea-Bissau, one in India and this latest trial in Denmark. The low number of studies into the effect different interventions have on the spread of Covid-19 – a subject of global importance – suggests there is a total lack of interest from governments in pursuing evidence-based medicine. And this starkly contrasts with the huge sums they have spent on 'boutique relations' consultants advising the government.

The only studies which *have* shown masks to be effective at stopping airborne diseases have been 'observational' – which observe the people who ordinarily use masks, rather than attempting to create a randomised control group. These trials include six studies carried out in the Far East during the SARS CoV-1 outbreak of 2003, which showed that masks can work, especially when they are used by healthcare workers and patients alongside hand-washing.

But observational studies are prone to recall bias: in the heat of a pandemic, not very many people will recall if and when they used masks and at what distance they kept from others. The lack of random allocation of masks can also 'confound' the results and might not account for seasonal effects. A recent observational study paper had to be withdrawn because the reported fall in infection rates over the summer was reverted when the seasonal effect took hold and rates went back up.

This is why large, randomised trials like this most recent Danish study are so important if we want to understand the impact of measures like face masks. Many people have argued that it is too difficult to wait for randomised trials – but Danmask-19 has shown that these kind of studies are more than feasible.

And now that we have properly rigorous scientific research we can rely on, the evidence shows that wearing masks in the community does not significantly reduce the rates of infection.

*Due to the large number of people passing comment on the article on social media without reading it, we have updated the headline to emphasise that the study is about facemask wearers. Covid data can be found on our data hub: data.spectator.co.uk*

**Read next**

Latest☀

0

Plaintiff's Exhibit 72

acpjournals.org

# Effectiveness of Surgical and Cotton Masks in Blocking SARS–CoV-2: A Controlled Comparison in 4 Patients

*Sung-Han Kim*

5-6 minutes

*Background:* During respiratory viral infection, face masks are thought to prevent transmission (1). Whether face masks worn by patients with coronavirus disease 2019 (COVID-19) prevent contamination of the environment is uncertain (2, 3). A previous study reported that surgical masks and N95 masks were equally effective in preventing the dissemination of influenza virus (4), so surgical masks might help prevent transmission of severe acute respiratory syndrome–coronavirus 2 (SARS–CoV-2). However, the SARS–CoV-2 pandemic has contributed to shortages of both N95 and surgical masks, and cotton masks have gained interest as a substitute.

*Objective:* To evaluate the effectiveness of surgical and cotton masks in filtering SARS–CoV-2.

*Methods and Findings:* The institutional review boards of 2 hospitals in Seoul, South Korea, approved the protocol, and we invited patients with COVID-19 to participate. After providing informed consent, patients were admitted to negative pressure isolation rooms. We compared disposable surgical masks (180 mm × 90 mm, 3 layers [inner surface mixed with polypropylene and polyethylene, polypropylene filter, and polypropylene outer surface], pleated, bulk packaged in cardboard; KM Dental Mask, KM Healthcare Corp) with reusable 100% cotton masks (160 mm × 135 mm, 2 layers, individually packaged in plastic; Seoulsa).

A petri dish (90 mm × 15 mm) containing 1 mL of viral transport media (sterile phosphate-buffered saline with bovine serum albumin, 0.1%; penicillin, 10 000 U/mL; streptomycin, 10 mg; and amphotericin B, 25 µg) was placed approximately 20 cm from the patients' mouths. Patients were instructed to cough 5 times each onto a petri dish while wearing the following sequence of masks: no mask, surgical mask, cotton mask, and again with no mask. A separate petri dish was used for each of the 5 coughing episodes. Mask surfaces were swabbed with aseptic Dacron swabs in the following sequence: outer surface of surgical mask, inner surface of surgical mask, outer surface of cotton mask, and inner surface of cotton mask.

The median viral loads of nasopharyngeal and saliva samples from the 4 participants were 5.66 log copies/mL and 4.00 log copies/mL, respectively. The median viral loads after coughs without a mask, with a surgical mask, and with a cotton mask were 2.56 log copies/mL, 2.42 log copies/mL, and 1.85 log copies/mL, respectively. All swabs from the outer mask surfaces of the masks were positive for SARS–CoV-2, whereas most swabs from the inner mask surfaces were negative (Table).

Table. SARS–CoV-2 Viral Load in Patient Samples, Petri Dishes, and Mask Surfaces

| Table. SARS–CoV-2 Viral Load in Patient Samples, Petri Dishes, and Mask Surfaces | | | | |
| --- | --- | --- | --- | --- |
| Characteristic | Patient 1 (Hospital A) | Patient 2 (Hospital A) | Patient 3 (Hospital B) | Patient 4 (Hospital B) |
| Age, y | 61 | 62 | 35 | 82 |
| Sex | Male | Female | Male | Female |

| Clinical diagnosis | Pneumonia | Upper respiratory infection | Upper respiratory infection | Pneumonia and ARDS |
|---|---|---|---|---|
| Symptom onset before admission, d | 24* | 4 | 5 | 10 |
| Timing of the mask test, hospital days | 8 | 4 | 2 | 14 |
| Viral load, log copies/mL | | | | |
| Nasopharyngeal swab | 7.68 | 5.42 | 5.98 | 3.57 |
| Saliva | 4.29 | 2.59 | 5.91 | 3.51 |
| Petri dish | | | | |
| Coughing without a mask (before control) | 3.53 | 2.14 | 2.52 | ND |
| Coughing with a surgical mask | 3.26 | 1.80 | 2.21 | ND |
| Coughing with a cotton mask | 2.27 | ND | 1.42 | ND |
| Coughing without a mask (after control) | 3.23 | 2.06 | 2.44 | 2.44 |
| Mask surface | | | | |
| Outer surface of surgical mask | 2.21 | 2.11 | 2.63 | 2.59 |
| Inner surface of surgical mask | ND | ND | 2.00 | ND |
| Outer surface of cotton mask | 2.76 | 2.66 | 3.61 | 2.58 |
| Inner surface of cotton mask | ND | ND | 3.70 | ND |

ARDS = acute respiratory distress syndrome; ND = not detected; SARS-CoV-2 = severe acute respiratory syndrome-coronavirus 2.
* Transferred from the other hospital.

*Discussion:* ==Neither surgical nor cotton masks effectively filtered SARS–CoV-2 during coughs by infected patients.== Prior evidence that surgical masks effectively filtered influenza virus ([1]) informed recommendations that patients with confirmed or suspected COVID-19 should wear face masks to prevent transmission ([2]). However, the size and concentrations of SARS–CoV-2 in aerosols generated during coughing are unknown. Oberg and Brousseau ([3]) demonstrated that surgical masks did not exhibit adequate filter performance against aerosols measuring 0.9, 2.0, and 3.1 μm in diameter. Lee and colleagues ([4]) showed that particles 0.04 to 0.2 μm can penetrate surgical masks. The size of the SARS–CoV particle from the 2002–2004 outbreak was estimated as 0.08 to 0.14 μm ([5]); assuming that SARS-CoV-2 has a similar size, ==surgical masks are unlikely to effectively filter this virus.==

Of note, we found greater contamination on the outer than the inner mask surfaces. Although it is possible that virus particles may cross from the inner to the outer surface because of the physical pressure of swabbing, we swabbed the outer surface before the inner surface. The consistent finding of virus on the outer mask surface is unlikely to have been caused by experimental error or artifact. The mask's aerodynamic features may explain this finding. A turbulent jet due to air leakage around the mask edge could contaminate the outer surface. Alternatively, the small aerosols of SARS–CoV-2 generated during a high-velocity cough might penetrate the masks. However, this hypothesis may only be valid if the coughing patients did not exhale any large-sized particles, which would be expected to be deposited on the inner surface despite high velocity. These observations support the importance of hand hygiene after touching the outer surface of masks.

This experiment did not include N95 masks and does not reflect the actual transmission of infection from patients with COVID-19 wearing different types of masks. ==We do not know whether masks shorten the travel distance of droplets during coughing. Further study is needed to recommend whether face masks decrease transmission of virus from asymptomatic individuals or those with suspected COVID-19 who are not coughing.==

==In conclusion, both surgical and cotton masks seem to be ineffective in preventing the dissemination of SARS–CoV-2 from the coughs of patients with COVID-19 to the environment and external mask surface.==

Matuschek *et al. Eur J Med Res*    (2020) 25:32
https://doi.org/10.1186/s40001-020-00430-5

Plaintiff's Exhibit 73

European Journal of Medical Research

**REVIEW**                                                                    **Open Access**

# Face masks: benefits and risks during the COVID-19 crisis



Christiane Matuschek[1†], Friedrich Moll[2†], Heiner Fangerau[2], Johannes C. Fischer[3], Kurt Zänker[4], Martijn van Griensven[5], Marion Schneider[6], Detlef Kindgen-Milles[7], Wolfram Trudo Knoefel[8], Artur Lichtenberg[9], Balint Tamaskovics[1], Freddy Joel Djiepmo-Njanang[1], Wilfried Budach[1], Stefanie Corradini[10], Dieter Häussinger[11], Torsten Feldt[11], Björn Jensen[11], Rainer Pelka[12], Klaus Orth[13], Matthias Peiper[14], Olaf Grebe[15], Kitti Maas[1], Peter Arne Gerber[14], Alessia Pedoto[16], Edwin Bölke[1*] and Jan Haussmann[1]

**Abstract**

**Background:** The German government has made it mandatory to wear respiratory masks covering mouth and nose (MNC) as an effective strategy to fight SARS-CoV-2 infections. In many countries, this directive has been extended on shopping malls or public transportation. The aim of this paper is to critically analyze the statutory regulation to wear protective masks during the COVID-19 crisis from a medical standpoint.

**Methods:** We performed an extensive query of the most recent publications addressing the prevention of viral infections including the use of face masks in the community as a method to prevent the spread of the infection. We addressed the issues of practicability, professional use, and acceptability based on the community and the environment where the user resided.

**Results:** Upon our critical review of the available literature, we found only weak evidence for wearing a face mask as an efficient hygienic tool to prevent the spread of a viral infection. However, the use of MNC seems to be linked to relevant protection during close contact scenarios by limiting pathogen-containing aerosol and liquid droplet dissemination. Importantly, we found evidence for significant respiratory compromise in patients with severe obstructive pulmonary disease, secondary to the development of hypercapnia. This could also happen in patients with lung infections, with or without SARS-CoV-2.

**Conclusion:** Epidemiologists currently emphasize that wearing MNC will effectively interrupt airborne infections in the community. The government and the politicians have followed these recommendations and used them to both advise and, in some cases, mandate the general population to wear MNC in public locations. Overall, the results seem to suggest that there are some clinically relevant scenarios where the use of MNC necessitates more defined recommendations. Our critical evaluation of the literature both highlights the protective effects of certain types of face masks in defined risk groups, and emphasizes their potential risks.

*Correspondence: boelke@med.uni-duesseldorf.de
†Christiane Matuschek and Friedrich Moll are both considered as first authors
[1] Department of Radiation Oncology, Heinrich Heine University, Dusseldorf, Germany
Full list of author information is available at the end of the article
Dedicated to Prof. Hans-Jürgen Peiper, Göttingen, on the occasion of his 95th birthday

## Introduction

The knowledge that the use of face masks delays the SARS-CoV-2 transmission is rapidly gaining popularity in the general population. Politicians need guidance on how masks should be used by the public to fight the

© The Author(s) 2020. This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by/4.0/. The Creative Commons Public Domain Dedication waiver (http://creativecommons.org/publicdomain/zero/1.0/) applies to the data made available in this article, unless otherwise stated in a credit line to the data.

Matuschek *et al. Eur J Med Res*        (2020) 25:32



**Fig. 1** FFP (*filtering face piece*) mask without valve



**Fig. 2** FFP (*filtering face piece*) mask with valve

COVID-19 pandemic crisis. In this review, we summarize the relevant literature on this topic.

> "*The surgical face mask has become a symbol of our times.*"

On March 17th, 2020, this was the headline of an article in the New York Times on the role of face masks during the COVID-19 outbreak. Face masks have become a clothing accessory that is worn every day and everywhere. A variety of shapes, forms, and materials are being used and advertised to the point that in 2020 the business of producing and selling face masks was born.

In Germany, the government has ruled that wearing a face mask is obligatory to protect the population from any risks of airborne illness, according to the constitutional law [1] stating that "Protection must be easily provided to every citizen in the country."

The aim of this paper is to analyze and critically discuss the regulations of some Federal States in Germany, which require protective masks in public to conform to similar regulations already in place in other countries.



**Fig. 3** Homemade face mask for everyday use

Most masks covering the mouth are named mouth nose covering (MNC) according to the Robert Koch Institute (RKI; the German federal government agency and research institute responsible for disease control and prevention) and do not protect against respiratory and airborne infections. In the following review, the term "protective masks" will be used to describe any type of face mask.

**Face masks protecting from infections**

Respiratory masks (RM) are protective devices covering a part of the face. They are designed to protect both the person who wears them and the immediate environment from breathable pollutants (respiratory poisons or



**Fig. 4** Surgical mask (MNP)

Matuschek *et al. Eur J Med Res*      (2020) 25:32

bacterial/viral pathogenic organisms). Different masks can be classified as I) *full masks* (normed following EN 136) and II) *half and quarter masks* (EN 140) (Figs. 1, 2, 3 and 4). While a *full mask* covers the whole face, a *half-mask* fits from under the chin to above the nose, a *quarter mask* fits from the top of the nose to the top of the chin. The breathing resistance varies proportionally to the density of the mask material.

**FFP masks** (*filtering face piece)* are classified as *half masks*. Their use is required to prevent the entry of pathogens through the airway and have the role of protecting both the wearer and the surrounding people. They are different from medical MNC, (often referred to as "surgical masks"), and from "self-made" masks for everyday use. MNCs and self-made masks are not "leak-proof" and do not provide complete respiratory protection since air can escape through them. FFP masks come without (Fig. 1) or with (Fig. 2) a valve. FFP (filtering face piece) masks with valves provide an air flow from the inside to the outside of the mask. FFP 1 masks are dust masks and mainly used for this purpose. They do not prevent COVID-19 infections. FFP1 masks are suitable for work environments in which only non-toxic dusts are found. FFP2 masks are suitable for work environments where there are pathogens and mutagens in the air composition.

In the context of SARS-CoV-2 the following types of masks are available (WHO, 2020):

1. Masks for everyday use (temporary masks made from fabric, etc.; Fig. 3): These masks grant no protection for the user from being infected. However, it is safe to assume there is a small risk reduction for droplet transmission, especially during exhalation, resulting in a reduction of potential viral spread. These masks should not be used in the health care system, but are commonly recommended for the general population for walking, shopping, or using public transportation.
2. MNP (=medical mouth–nose protection; Fig. 4): often referred to as a "surgical mask". The industrial production of MNP abides to strict rules to provide protections against infection. The filtering capability is like the one for everyday use masks and they are intended to protect patients. They are approved for medical staff use, warrantying only patient-protection, specifically aimed against aerosols.
3. FFP2-mask (=face filtering piece)/N95-mask: FFP2-masks fulfil a set of stricter protective norms. They protect the person wearing them, as >95% of particles and droplets are held back when inhaling. FFP2-masks also effectively protect the environment as long as there is no exhaling valve. In contrast, masks with an exhaling valve let exhaled air pass out unfil-

tered, with contamination of the immediate environment.
4. FFP3-mask: FFP3-masks protect the user even more effectively than FFP2, as >99% of droplets and particles are filtered when inhaling. FFP3-masks also protect the environment in the absence of an exhaling valve.

A full face mask in a level-3 biosafety lab is shown in Fig. 5. The WHO states that the declared protective effect of these masks recommended during the SARS-CoV-2 pandemic can be severely reduced by their inappropriate use, such as improper donning or doffing, insufficient maintenance, long or repeated use of disposable masks, no dry cleaning of fabric masks, or using masks made of non-protective material [2].

During an epidemic/pandemic crisis every possible risk reduction strategy is useful. It is likely that the risk of infection and its severity depends on the viral load entering the body. This was the rationale for the Robert Koch Institute (RKI) to recommend the use of masks starting



**Fig. 5** Full face mask in a level-3 biosafety lab (source: Wikipedia https://en.wikipedia.org/wiki/Face_masks_during_the_COVID -19_pandemic)

Matuschek *et al. Eur J Med Res*    (2020) 25:32

from March 2020. Specifically, they looked at the availability of the resources and tailored the supply to the risk of infection. Healthcare workers were considered essential workers at high risk of infection, therefore prioritized to the use of FFP2/3 masks, while MNC or masks for everyday use were to be made available for the general population.

## Current decree on wearing a mouth and nose covering

Due to the German Federalism, the Federal Minister of Health can only make health recommendations, which are then reinforced by the Infection Protection Act of the different Federal States. In the current situation of a pandemic crisis, nearly all measures are taken to prevent an exponential increase of new SARS-CoV-2 infections.

As of June 1st, 2020, the Netherlands considers the public use of protective masks unnecessary. This is based on the assumption that SARS-CoV-2 is only transmitted as a droplet infection via the nasopharynx pathway, which mostly occurs during coughing or sneezing. These droplets do not stay in the air, but rather drop to the ground within a 1.5 m radius if larger than 5 μm [3]. It has been postulated that for SARS-CoV-2—in contrast to other respiratory-driven infections—the droplets in the aerosols are of little relevance for a COVID-19 outbreak. Therefore, securing a 1.5-m social distance is assumed to be an essential and sufficient preventive measure. However, recent data published in 2020 using high-speed cameras show that small droplets of saliva and mucus can fly up to 8 m [4], requiring critical reconsideration of the above-mentioned assumption.

We conducted a Medline survey to scientifically justify this approach with the key words SARS-CoV-2, face masks, COVID-19, pandemic.

Leung and colleagues [5] screened more than 3000 individuals and identified 123 patients suffering from a viral respiratory infection. The viral load in the exhaled aerosol and droplets were different depending on the etiology of the infection, but was exponentially reduced by wearing surgical masks (cat. no. 62356, Kimberly-Clark). More viral particles were released through coughing. Generally, the authors reported a notably higher viral load in nose swabs compared to throat swabs. This data applied to influenza, corona, and rhino virus. No data are available for SARS-CoV-2 yet.

In general, droplets, and hence SARS-CoV-2, can be transferred via direct contact or smear transfection modality when the hands are contaminated from touching the nose or the face and then come in direct contact with others, e.g. by handshaking. For this reason, not only the "*cough etiquette*", but regular and thorough

handwashing are a significant and mandatory hygienic rule (6).

As a result of scientific data combined with daily routine, the RIVM (Rijksinstituut voor Volksgezondheid en Milieu, the Dutch equivalent of the RKI) has mandated to wear masks while using public transportation, due to the inability of maintaining enough protective distance, especially when riding during rush hour. This rule does not apply to other public spaces yet.

## Summarizing the arguments in favour of wearing a mask

- Wearing a mask in areas where sufficient distance is not feasible, such as public transportation, most likely reduces the spread of virus-loaded droplets and therefore the risk of transferring SARS-CoV-2.
- It is indisputable that infected patients can transfer SARS-CoV-2 to other people, starting few days before manifesting clinical symptoms or during the incubation period. However, there is no reliable data concerning the amount of virus particles that can be spread by an asymptomatic person, when keeping a minimum safe distance.

## Main arguments against wearing a mask

- If there is a limited supply of protective masks, they should be reserved for health care workers in hospitals and care facilities. This applies for surgical masks and for FFP2 and FFP3 masks.
- Masks give a false sense of security. The main role of MNC is the protection of people standing nearby. MNC do not protect the wearer.
- It is essential to wear the mask correctly. It must fit airtight to the skin, otherwise its effect is lost. Doffing of the mask needs to be properly done as well. The outside of the mask should not be touched. When supply is not an issue, surgical masks should be used only once.
- The lack of nonverbal communication when wearing a mask may make people feel insecure, disheartened or even psychologically troubled. This may be particularly true for people suffering from mental illness or hearing impairment.
- Breathing dampens the mask. If there is excessive moisture, the masks become airtight. Therefore, air is inhaled and exhaled unfiltered around the edges, losing the protective effect for both the wearer and the environment.

Matuschek *et al. Eur J Med Res*     (2020) 25:32

- If masks are not exchanged regularly (or washed properly when made of cloth), pathogens can accumulate in the mask. When improperly used, the risk of spreading the pathogen—including SARS-CoV-2—might be critically increased.

## Protective masks in context of rivalling concerns

In Germany, the COVID-19 pandemic has been more contained than in other European countries or even worldwide. However, we are not immune to this infection. It is imperative to implement any measure to control the spread of the infection, or at least the speed of diffusion to the population. It is important to make sure that the German health care system does not deplete its resources. Theoretically, we are affected by the scarcity of mask supply like other nations or countries. People who risk their health and even their lives need to be protected. There should be a fine balance when suggesting preventive measures, since reinforcing them indiscriminately may contribute to psychological discomfort, acts of violence, and financial strain.

## Available data

The summarized studies examine different types of masks focussing on FFP/N-95 masks. As expected, there are no scientific studies on economic and social consequences of wearing masks (Table 1).

In the following, the most important results are summarized.

### Study 1—PPE

Chia et al. (2005) [6] used a questionnaire to analyze the perception of doctors, nurses and other personnel on the role of PPE (=personal protective equipment) during the SARS-outbreak in Singapore over a period of 2 months in 2003. In summary, 32.5% of doctors, 48.7% of nurses and 77% of the administrative personnel thought that a simple MNP would be sufficient to prevent the SARS-infection. It was evident that even qualified staff did not have sufficient knowledge on the protective properties of face masks during a pandemic. This study highlights the importance of adequate communication, education and exchange of information in a timely fashion.

### Study 2—MNP masks

Lipp et al. (2005) [7] investigated the pattern of use and the protective effects of masks on wound infections using a questionnaire in two randomized studies. While the use of MNP was statistically beneficial in a smaller study (n=200), the same recommendations were not valid when a larger cohort (n=1250) was studied.

### Study 3—MNP vs. N95 valve masks

Li (2008) [8]: this study compared the protective effects of simple MNP with two different N95 masks with different valve systems. In contrast to the commonly available masks, this model had valves placed on the sides and was studied in an experimental setting with artificial droplets. All masks blocked the inside transmission of droplets from the front. The effectiveness of the regular MNP mask was only 95–97% when compared to the N95, which had a protective effect of 99%. Thus, N95 masks offer considerably better protection from influenza and SARS virus infections when compared to other mask types.

### Study 4—masks for everyday use

Rengasamy (2010) [9]: the protective effect of masks for everyday use made from different materials was tested against 20–1.000 nm particles with different velocities and compared to N95 masks. This study found marginal protective effects against exhaled particles. Specifically, depending on the material and dampness, 40–90% of aerosols were able to penetrate through these masks.

### Study 5—N95 vs. MNP

Smith et al. (2016) [10] analyzed all the available literature from 1990 to 2014, including 3 randomized controlled studies, one cohort study and 2 case–control studies comparing MNP vs N95 masks. Their meta-analyzis assessed: (a) the laboratory-proven infection rate,

**Table 1  Most important publications**

| First author | Year | Recommendation |
|---|---|---|
| Li [8] | 2008 | N95 masks offer considerably better protection from influenza and SARS virus |
| Zhou [11] | 2018 | Protective effect for N95 masks for influenza and rhinovirus |
| Verbeek [13] | 2020 | Protecting the whole body is not superior to protecting different parts separately |
| Konda [12] | 2020 | Cotton masks have a high protective effect |

Matuschek *et al. Eur J Med Res*     (2020) 25:32

(b) influenza-related infections, and (c) work absence secondary to illness in employees. Their results indicated that the overall calculated risk assessment is not considerably improved using more sophisticated N95 masks.

### Study 6—N95
Zhou and colleagues (2018) [11] examined the role of various features on N95 masks, including valves for a more comfortable breathing, on the rate of infection. The endpoint was the retention of small particles of around 2.5 μm. The results revealed that the protective effect was sufficient against the examined viruses including influenza and rhinovirus.

### Study 7—masks for everyday use
Konda et al. (2020) [12] investigated the use of different materials on the effective filtration capabilities of masks for everyday use. They demonstrated that a combination of different materials such as cotton and silk, can be more effective than one material alone. Moreover, they revealed that densely woven cotton provides significantly more protection than cotton with looser weaves. A proper fit is particularly important to avoid leakage. The authors recommended the use of cotton masks that have a high protective effect and only little restriction when breathing.

### Study 8—meta-analysis comparing PPE partial vs. complete protection
Verbeek (2020) [13]: a recent meta-analysis investigating PPE (personal protection equipment) masks looked at 24 studies with a total of 2.278 participants. Fourteen studies were randomized, one was quasi-randomized and nine had no study design with randomization. Eight studies compared different PPE even though personal protective equipment included more than the mask. Six studies evaluated the quality of the protective equipment. 75% of these studies used a simulated exposure with fluorescent markers tagged on harmless microbes. They concluded that protecting the whole body is not superior to protecting different parts separately. Furthermore, proper donning and doffing protocols were more beneficial in preventing the spread of the disease. Both steps require proper training to be effective.

### Conclusion of the studies
Currently, most of the literature available on this topic is from experimental investigations. As expected, all the studies demonstrated an increase in protective effects in the following order: masks for everyday use–MNP–N95/FFP–PPE. Masks for everyday use can have a small protective effect for the wearer. MNP offers a greater protective effect since it was originally designed to decrease

droplet elimination, therefore protecting the user's surroundings. Unfortunately, due to ethical reasons, there is a lack of randomized controlled studies on the protective role of masks in the prevention of SARS-CoV-2 infections when compared to a control group with no masks. Since the Netherlands lack of a law to wear protection masks in public except for public transport since May 2020, it could serve as the control in future studies that compare the infection rates of different countries with different approaches to tackling the pandemic.

In 2016, Smith et al. [10] concluded that possible advantages of wearing a mask were difficult to apply to the social "day-to-day" situation. Konda et al. (12) highlighted the inability to discriminate between the protective effects of the mask on the environment, when worn by an infected person, versus the general protective effect within a given population. This would not have a significant health benefit if only a small percentage of individuals were infected. Only a study done in infected people with and without masks would allow a clear conclusion on the role of masks on the spread of the infection. Finally, a lesson learnt from the COVID pandemic shows significant educational gaps and lack of basic training that need to be addressed. The state should guarantee mask supply for everyone and educate on the proper use. Mass means of communication could be used for this purpose. A commercial broadcast before the daily news about the correct donning and doffing of the mouth and nose protection and its disinfection could reach a vast audience. In addition to public law, private and digital media, as well as healthcare providers such as doctors, pharmacists and nursing staff could also play an important role in education.

### Consequences of the use of protective masks on the wearer—pathophysiologic considerations
Wearing a mask has its own advantages and indisputable protective effects against infections. However, there are also potential risks and side effects that require attention. This specifically applies to the use in the general population.

From a medical standpoint, there is a theoretical possibility of an airflow obstruction when wearing a mask. A subjective feeling of strained breathing rarely occurs when wearing surgical masks. When wearing very dense masks without valves (N95/FFP2-3), breathing occurs against an air flow resistance. Theoretically, an increase in work of breathing can occur, especially during physical exertion.

Depending on the design, masks can increase the lung's dead space. In extreme cases, carbon dioxide retention (hypercapnia) can occur with side effects. Only few investigations are available and addressing this medical

Matuschek *et al. Eur J Med Res*      (2020) 25:32

problem. The available literature examined different types of N95 masks in the industrial setting in detail [14–16], and found relevant effects on the wearer. In this context, Kim et al. [17] studied the role of N95 masks on lung function and heart rate during low-to-moderate exercise/physical work load. Only healthy subjects seem to tolerate wearing such a mask. Studies conducted on employees in advanced stages of pregnancy showed a good tolerance for masks. The results of this study, even though specific to this population, are valuable for the daily use of MNP as a general mean of protection [18]. Finally, the role of N95/FFP-2 masks was tested in 97 patients with advanced COPD while undergoing a 6-min walk test. Seven patients did not tolerate the test and stopped prematurely. The respiratory rate, oxygen saturation and $CO_2$ levels changed significantly while wearing N95/FFP2 masks. These results demonstrated the potential risks of wearing this type of mask in the presence of advanced COPD [19]. Their use should be recommended with caution in this patient population, a questionably relevant recommendation, since the use of these masks is limited to health care workers in direct contact with COVID patients. Finally, people with hearing impairment rely on lip reading to understand others. This is not possible when wearing a mask.

## Conclusion

Measures to prevent infections are necessary in the current pandemic. Face masks have been considered a first step to prevent and contain the spread of the disease. Different types of masks are available on the market for this purpose.

Simple masks covering mouth and nose are primarily used to prevent transmission by holding back droplets. This is useful when the recommended minimum distance of 1.5 m is not feasible. The masks provide only limited self-protection for its wearer and this is only when they are used properly.

High-quality FFP2/3 masks are a more reliable protection from infections. They should always be available for medical staff and people at risk. When used by the general population, specific groups at risk for complications related to the mask use should be educated on what to expect. For example, patients with severe COPD can experience a deterioration of their respiratory parameters. Therefore, patients must be individually educated by their general practitioner about the risk of wearing MNC.

Finally, it is imperative that the user is educated on the different types of masks available, how and when to wear them and, above all, how to handle them correctly, similar to the safety instructions given before take off in an aircraft.

Our results are consistent with the ones recently reported by Chu et al. in Lancet [20]. These publications will help guide the decisions of politicians and caregivers on when and where to use the available tools to fight a viral pandemic.

### Abbreviations
COPD: Chronic obstructive pulmonary disease; COVID-19: Coronavirus disease 2019; EN: European normalization; FFP: Filtering face piece; MNC: Masks covering mouth and nose; MNP: Medical mouth–nose protection; N95: Masks filtering > 95% of particles and droplets; PPE: Personal protective equipment; RIVM: Rijksinstituut voor Volksgezondheid en Milieu the Dutch federal government agency and research institute responsible for disease control and prevention; RKI: Robert Koch Institute the German federal government agency and research institute responsible for disease control and prevention; RM: Respiratory masks; SARS: Severe acute respiratory syndrome; SARS-CoV-2: Severe acute respiratory syndrome coronavirus 2; WHO: World Health Organization.

### Acknowledgements
The authors would like to thank Miriam Barnett and Harsha Swamy (Department of Pharmacology and Physiology, University of Rochester Medical Center, Rochester, NY, USA) for their critical examination of the manuscript.

This work is dedicated to Hans Jürgen Peiper, former president of the German Society of Surgery (1987).



Source: https://de.wikipedia.org/wiki/Hans-Jürgen_Peiper

### Authors' contributions
CM, FM, HF, JCF, KZ, MvG, MS, DKM, WTK, AL, BT, FDN, WB, SC, DH, TF, BJ, RP, KO, MP, OG, KM, EB, AP and JH wrote parts of the manuscript. FM and HF did the literature research and prepared the data for analysis. CM, FM, EB and JH contributed significantly to the discussion on the interpretation of the results. All authors read and approved the final manuscript.

### Funding
There was no funding for this investigation.

### Availability of data and materials
All data and materials can be accessed via CM and FM.

### Ethics approval and consent to participate
There was no ethics approval necessary because this is a review of the literature.

Matuschek et al. Eur J Med Res     (2020) 25:32

## Consent for publication

All authors gave consent for the publication.

## Competing interests

The authors declare that they have no competing interests.

## Author details

[1] Department of Radiation Oncology, Heinrich Heine University, Dusseldorf, Germany. [2] Department of the History, Philosophy and Ethics of Medicine, Heinrich Heine University, Medical Faculty, Dusseldorf, Germany. [3] Institute for Transplant Diagnostics and Cell Therapeutics, Heinrich Heine University, Dusseldorf, Germany. [4] Center for Biomedical Education and Research (ZBAF), University Witten/Herdecke, Witten, Germany. [5] Department cBITE, MERLN Institute for Technology-Inspired Regenerative Medicine, Maastricht University, Maastricht, The Netherlands. [6] Department of Experimental Anesthesiology, University of Ulm, Ulm, Germany. [7] Department of Anesthesiology and Intensive Care Medicine, Heinrich Heine University, Dusseldorf, Germany. [8] Department for General Visceral and Pediatric Surgery, Heinrich Heine University, Dusseldorf, Germany. [9] Department for Cardiac Surgery, Heinrich Heine University, Dusseldorf, Germany. [10] Department of Radiation Oncology, University Hospital, LMU Munich, Germany. [11] Department of Gastroenterology, Hepatology and Infectious Diseases, Heinrich Heine University, Dusseldorf, Germany. [12] Institute for Applied Statistics, Munich, Germany. [13] University of Hannover, Hannover, Germany. [14] Heinrich-Heine-University, Dusseldorf, Germany. [15] Department for Cardiology, Rhythmology and Intensive Care Medicine, Evangelic Hospital, Dusseldorf, Germany. [16] Department of Anesthesiology, Memorial Sloan Kettering Cancer Center, New York, NY, USA.

Received: 18 May 2020   Accepted: 21 July 2020
Published online: 12 August 2020

## References

1. BVerfG, Urteil des Ersten Senats vom 10. Juni 2009 - 1 BvR 706/08 -, Abs. 171. http://www.bverfg.de/e/rs20090610_1bvr070608.html.
2. Sonntag Grundriß. der gesamten Chirurgie Allgemeine Chirurgie 1. Abschnitt Aseptik Springer: Berlin Heidelberg; 1937.
3. Wells WF, Wells MW. Air-Borne Iinfection. J Am Med Assoc. 1936;107(21):1698–703.
4. Bourouiba, L., Turbulent Gas Clouds and Respiratory Pathogen Emissions: Potential Implications for Reducing Transmission of COVID-19. Jama, 2020.
5. Leung NHL, et al. Respiratory virus shedding in exhaled breath and efficacy of face masks. Nat Med. 2020;26(5):676–80.
6. Chia SE, et al. Appropriate use of personal protective equipment among healthcare workers in public sector hospitals and primary healthcare polyclinics during the SARS outbreak in Singapore. Occup Environ Med. 2005;62(7):473–7.
7. Lipp A. and P. Edwards, Disposable surgical face masks: a systematic review. Can Oper Room Nurs J, 2005. **23**(3): p. 20-21, 24-25, 33-38.
8. Li Y, et al. Transmission of communicable respiratory infections and face-masks. J Multidiscip Healthc. 2008;1:17–27.
9. Rengasamy S, Eimer B, Shaffer RE. Simple respiratory protection–evaluation of the filtration performance of cloth masks and common fabric materials against 20–1000 nm size particles. Ann Occup Hyg. 2010;54(7):789–98.
10. Smith JD, et al. Effectiveness of N95 respirators versus surgical masks in protecting health care workers from acute respiratory infection: a systematic review and meta-analysis. CMAJ. 2016;188(8):567–74.
11. Zhou SS, et al. Assessment of a respiratory face mask for capturing air pollutants and pathogens including human influenza and rhinoviruses. J Thorac Dis. 2018;10(3):2059–69.
12. Konda, A., et al., Aerosol Filtration Efficiency of Common Fabrics Used in Respiratory Cloth Masks. ACS Nano, 2020.
13. Verbeek, J.H., et al., Personal protective equipment for preventing highly infectious diseases due to exposure to contaminated body fluids in healthcare staff. Cochrane Database Syst Rev, 2020. **4**: p. CD011621.
14. Sinkule EJ, Powell JB, Goss FL. Evaluation of N95 respirator use with a surgical mask cover: effects on breathing resistance and inhaled carbon dioxide. Ann Occup Hyg. 2013;57(3):384–98.
15. Roberge RJ. Are exhalation valves on N95 filtering facepiece respirators beneficial at low-moderate work rates: an overview. J Occup Environ Hyg. 2012;9(11):617–23.
16. Roberge RJ, et al. Surgical mask placement over N95 filtering facepiece respirators: physiological effects on healthcare workers. Respirology. 2010;15(3):516–21.
17. Kim JH, Benson SM, Roberge RJ. Pulmonary and heart rate responses to wearing N95 filtering facepiece respirators. Am J Infect Control. 2013;41(1):24–7.
18. Roberge RJ, Kim JH, Powell JB. N95 respirator use during advanced pregnancy. Am J Infect Control. 2014;42(10):1097–100.
19. Kyung SY, et al. Risks of N95 Face Mask Use in Subjects With COPD. Respir Care. 2020;65(5):658–64.
20. Chu DK, Akl EA, Duda S, et al. Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis. Lancet. 2020. https://doi.org/10.1016/S0140-6736(20)31142-9 **[published online ahead of print, 2020 Jun 1]**.

## Publisher's Note

Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

Ready to submit your research?  Choose BMC and benefit from:

• fast, convenient online submission
• thorough peer review by experienced researchers in your field
• rapid publication on acceptance
• support for research data, including large and complex data types
• gold Open Access which fosters wider collaboration and increased citations
• maximum visibility for your research: over 100M website views per year

**At BMC, research is always in progress.**

**Learn more** biomedcentral.com/submissions



Plaintiff's Exhibit 74

theconversation.com

# Face masks cut disease spread in the lab, but have less impact in the community. We need to know why

*Paul Glasziou*

7-9 minutes

In controlled laboratory situations, face masks appear to do a good job of reducing the spread of coronavirus (at least in hamsters) and other respiratory viruses. However, evidence shows mask-wearing *policies* seem to have had much less impact on the community spread of COVID-19.

Why this gap between the effectiveness in the lab and the effectiveness seen in the community? The real world is more complex than a controlled laboratory situation. The right people need to wear the right mask, in the right way, at the right times and places.

The real-world impact of face masks on the transmission of viruses depends not just on the behaviour of the virus but also on the behaviour of aerosol droplets in diverse settings, and on the behaviour of people themselves.

We carried out a comprehensive review of the evidence about how face masks and other physical interventions affect the spread of respiratory viruses. Based on the current evidence, we believe the community impact is modest and it may be better to focus on mask-wearing in high-risk situations.

***Read more:*** *How a 150-year-old experiment with a beam of light showed germs exist -- and that a face mask can help filter them out*

## The evidence

Simply comparing infection rates in people who wear masks with those who don't can be misleading. One problem is people who don't wear masks are more likely go to crowded spaces, and less likely to socially distance. People who are more concerned often adhere to several protective behaviours — they are likely to avoid crowds and socially distance as well as wearing masks.

That correlation between mask wearing and other protective behaviours might explain why studies comparing mask-wearers with non-mask-wearers (known as "observational studies") show larger effects than seen in trials. Part of the effect is due to those other behaviours.

The most rigorous, but difficult, way to evaluate the effectiveness of masks is to take a large group of people and ask some to wear masks and others not to, in a so-called controlled trial. We found nine such trials have been carried out for influenza-like illness. Surprisingly, when combined, these trials found only a 1% reduction in influenza-like illness among mask-wearers compared with non-mask-wearers, and a 9% reduction in laboratory-confirmed influenza. These small reductions are not statistically significant, and are most likely due to chance.

***Read more:*** *13 insider tips on how to wear a mask without your glasses fogging up, getting short of breath or your ears hurting*

None of these trials studied COVID-19, so we can't be sure how relevant they are to the pandemic. The SARS-CoV-2 coronavirus is a similar size to influenza, but has a different capacity to infect people, so it is possible masks might be more or less effective for COVID-19. A recently published trial in Denmark of 4,862 adults found infection with SARS-CoV-2 occurred in 42 participants randomised to masks (1.8%) compared to 53 control participants (2.1%), a (non-significant) reduction of 18%.

The most comprehensive between-country study of masks for COVID-19 infection is a comparison of policy changes, such as social distancing, travel restrictions, and mask wearing, across 41 countries. It found introducing a mask-wearing policy had little impact, but mask policies were mostly introduced after social distancing and other measures were already in place.



## What studies say about the effects of masks on reducing flu-like symptoms

By level of likely bias.

| | Relative reduction |
|---|---|
| **Trials** (Least bias) — 9 trials for influenza or 'flu-like illness' | 1% to 9% |
| 1 trial for COVID-19 | 18% |
| **Observational studies** (Moderate bias) — 2 studies in SARS-1 | 59% |
| **Ecological studies** (High bias) — Impact of policy change on COVID-19 in 41 countries | 2% |
| **Animal and laboratory studies** — Studies in hamsters; studies on droplet exhalation | 60-69% |

The Conversation, Author provided

## What might diminish the effect of masks?

Why might masks not protect the person wearing them? There are several possibilities. Standard masks only protect your nose and mouth incompletely, for one thing. For another, masks don't protect your eyes.

The importance of eye protection is illustrated by a study of community health workers in India. Despite protection by three-layer surgical masks, alcohol hand rub, gloves, and shoe covers, 12 of 60 workers developed COVID-19. The workers were then supplied with face shields (which provide eye protection) — in addition to the personal protective equipment (PPE) described above — and none of the 50 workers became infected despite higher case load.

Why masks might fail to clearly protect others is more complex. Good masks reduce the spread of droplets and aerosols, and so should protect others.



*Things that might make masks less effective.* Paul Glasziou, Author provided

However, in our systematic review we found three trials that assessed how well mask wearing protects others, but none of them found an obvious effect. The two trials in households where a person with influenza wore a mask to protect others in fact found a slight increase in flu infections; and the third trial, in college dormitories, found a non-significant 10% relative reduction.

We don't know if the failure was the masks or participants' adherence. In most studies adherence was poor. In the trials very few people wear them all day (an average of about four hours by self-report, and even less when directly observed). And this adherence declined with time.

But we also have little research on how long a single mask is effective. Most guidelines suggest around four hours, but studies on bacteria show masks provide good protection for the first hour and by two hours are doing little. Unfortunately, we could not identify similar research examining viruses.





*Making masks mandatory only in crowded places, close-contact settings, and confined and enclosed spaces may be more effective.* Dan Himbrechts / AAP

### Is it better to focus masks on the 3 Cs: covered, crowded and close contact?

In addition to the completed Danish trial, another ongoing trial in Guinea-Bissau with 66,000 participants randomised as whole villages may shed more light as it tests the idea of source control. But given the millions of cases and billions of potential masks and mask wearers, more such trials are warranted.

We know masks are effective in laboratory studies, and we know they are effective as part of personal protective equipment for health care workers. But that effect appears diminished in community usage. So in addition to the trials, ==new research is urgently needed to unravel each of the reasons why laboratory effectiveness does not seem to have translated into community effectiveness.== We must also develop ways to overcome the discrepancy.

==Until we have the needed research, we should be wary about relying on masks as the mainstay for preventing community transmission.== And if we want people to wear masks regularly, we might do better to target higher-risk circumstances for shorter periods. These are generally places described by "the three Cs": crowded places, close-contact settings, and confined and enclosed spaces. These would include some workplaces and on public transport.

We are likely to be better off if we get high usage of fresh masks in the most risky settings, rather than moderate usage everywhere.

---

***Read more:*** *How should I clean my cloth mask?*

---

Plaintiff's Exhibit 75

**Perma.cc record**

Captured March 9, 2021 3:51 pm    See the Capture View (/GY2U-2683)    What is Perma.cc? (/about)

Show record details

View the live page (https://www.oann.com/cdc-face-masks-dont-prevent-covid-19-study-finds-masks-have-had-negligible-impact-on-coronavirus

HOME | ABOUT OAN | TV SCHEDULE | SHOWS | SHOP | CONTACT

OAN One America News Network

TOP NEWS | WORLD | BUSINESS | TECHNOLOGY | SPORTS | ENTERTAINMENT | VIDEO | SHOP    Tuesday, March 9th

TRENDING  SEN. SCHUMER PUSHES FOR STUDENT LOAN FORGIVENESS    SEARCH ...

# CDC: Face Masks Don't Prevent COVID-19, Study Finds Masks Have Negligible Impact On Coronavirus Numbers

Ad

New Tesla Device Lowers Your Electric Bill By 90% (Try It Tonight)

Ad by GrowthMax News

States i Longer

Gen Til wears a protective face mask while working out at Planet Granite climbing gym during the coronavirus pandemic in San Francisco, Thursday, March 4, 2021. The gym opened today to allow ten percent capacity. (AP Photo/Jeff Chiu)

**Should the United States prevent Iran from acquiring nuclear weapons?**

**Would you vote for Trump if he ran in 2024?**

Yes | No | Not sure

24,722 Votes

**People Can't Believe This Incredible Hiking Pole (Get Yours Today)**

10,419

**Are you still loyal to President Trump?**

Yes | No | Not sure

195,114 Votes

Promoted Content

Virginia in a Frenzy: Cannabis Strain Discovery Leaves Doctors Speechless

Ad by Spruce CBD    Read More ›

Sen. Lee: Earmarks are a 'corrupting influence' in Congress

Honest Elections Project



**Perma.cc record**

Captured March 9, 2021 3:51 pm    See the Capture View (/GY2U-26B3)    What is Perma.cc? (/about)

Show record details

2,198 Votes • Promoted Content

OAN Newsroom  (https://www.oann.com/cdc-face-masks-dont-prevent-covid-19-study-finds-masks-have-had-negligible-impact-on-coronavirus-numbers/)

View the live page

6:45 PM PT – Sunday, March 7, 2021



Honest Elections Project looks to restore faith in U.S. elections



Dr. Gottlieb: COVID 'strains' will not produce new COVID surge

==The CDC has admitted face masks do little to prevent the spread of COVID-19 amid mounting pressure to lift mask mandates across the U.S. In a **new study**, the CDC found face masks had a negligible impact on coronavirus numbers that didn't exceed statistical margins of error.==

GOP lawmakers call on states to introduce election integrity laws



Merchant Jesus Barajas (C) wears a face mask as he shows long stem roses for sale ahead of the Valentine's Day holiday at the Southern California Flower Market on February 12, 2021 in Los Angeles, California. (Photo by PATRICK T. FALLON/AFP via Getty Images)

==The **study** found that between March and December 2020, face mask orders reduced infection rates by 1.5 percent over the rolling periods of two months each. The masks were 0.5 percent effective in the first 20 days of the mandates and less than 2 percent effective after 100 days.==



A traveler wears a face mask while checking their phone on the arrivals level outside the Tom



**iHeartRADIO**

**LISTEN TO**
***OAN***
**LIVE**

**FOR FREE**

Listen Now

Plaintiff's Exhibit 76

ncbi.nlm.nih.gov

# Facemasks in the COVID-19 era: A health hypothesis

*Baruch Vainshelboim*

37-47 minutes

## Abstract

Many countries across the globe utilized medical and non-medical facemasks as non-pharmaceutical intervention for reducing the transmission and infectivity of coronavirus disease-2019 (COVID-19). Although, scientific evidence supporting facemasks' efficacy is lacking, adverse physiological, psychological and health effects are established. Is has been hypothesized that facemasks have compromised safety and efficacy profile and should be avoided from use. The current article comprehensively summarizes scientific evidences with respect to wearing facemasks in the COVID-19 era, providing prosper information for public health and decisions making.

**Keywords:** Physiology, Psychology, Health, SARS-CoV-2, Safety, Efficacy

## Introduction

Facemasks are part of non-pharmaceutical interventions providing some breathing barrier to the mouth and nose that have been utilized for reducing the transmission of respiratory pathogens [1]. Facemasks can be medical and non-medical, where two types of the medical masks primarily used by healthcare workers [1], [2]. The first type is National Institute for Occupational Safety and Health (NIOSH)-certified N95 mask, a filtering face-piece respirator, and the second type is a surgical mask [1]. The designed and intended uses of N95 and surgical masks are different in the type of protection they potentially provide. The N95s are typically composed of electret filter media and seal tightly to the face of the wearer, whereas surgical masks are generally loose fitting and may or may not contain electret-filtering media. The N95s are designed to reduce the wearer's inhalation exposure to infectious and harmful particles from the environment such as during extermination of insects. In contrast, surgical masks are designed to provide a barrier protection against splash, spittle and other body fluids to spray from the wearer (such as surgeon) to the sterile environment (patient during operation) for reducing the risk of contamination [1].

The third type of facemasks are the non-medical cloth or fabric masks. The non-medical facemasks are made from a variety of woven and non-woven materials such as Polypropylene, Cotton, Polyester, Cellulose, Gauze and Silk. Although non-medical cloth or fabric facemasks are neither a medical device nor personal protective equipment, some standards have been developed by the French Standardization Association (AFNOR Group) to define a minimum performance for filtration and breathability capacity [2]. The current article reviews the scientific evidences with respect to safety and efficacy of wearing facemasks, describing the physiological and psychological effects and the potential long-term consequences on health.

## Hypothesis

On January 30, 2020, the World Health Organization (WHO) announced a global public health emergency of severe acute respiratory syndrome-coronavirus-2 (SARS-CoV-2) causing illness of coronavirus disease-2019 (COVID-19) [3]. As of October 1, 2020, worldwide 34,166,633 cases were reported and 1,018,876 have died with virus diagnosis. Interestingly, 99% of the detected cases with SARS-CoV-2 are asymptomatic or have mild condition, which contradicts with the virus name (*severe* acute respiratory syndrome-coronavirus-2) [4]. Although infection fatality rate (number of death cases divided by number of reported cases) initially seems quite high 0.029 (2.9%) [4], this overestimation related to limited number of COVID-19 tests performed which biases towards higher rates. Given the fact that asymptomatic or minimally symptomatic cases is several times higher than the number of reported cases, the case fatality rate is considerably less than 1% [5]. This was confirmed by the head of National Institute of Allergy and Infectious Diseases from US stating, "the overall clinical consequences of COVID-19 are similar to those of severe seasonal influenza" [5], having a case fatality rate of approximately 0.1% [5], [6], [7], [8]. In addition, data from hospitalized patients with COVID-19 and general public indicate that the majority of deaths were among older and chronically ill individuals, supporting the possibility that the virus may exacerbates existing conditions but rarely causes death by itself [9], [10]. SARS-CoV-2 primarily affects respiratory system and can cause complications such as acute respiratory distress syndrome (ARDS), respiratory failure and death [3], [9]. It is not clear however, what the scientific and clinical basis for wearing facemasks as protective strategy, given the fact that facemasks restrict breathing, causing hypoxemia and hypercapnia and increase the risk for respiratory complications, self-contamination and exacerbation of existing chronic conditions [2], [11], [12], [13], [14].

Of note, hyperoxia or oxygen supplementation (breathing air with high partial $O_2$ pressures that above the sea levels) has been well established as therapeutic and curative practice for variety acute and chronic conditions including respiratory complications [11], [15]. It fact, the current standard of care practice for treating hospitalized patients with COVID-19 is breathing 100% oxygen [16], [17], [18]. Although several countries mandated wearing facemask in health care settings and public areas, scientific evidences are lacking supporting their efficacy for reducing morbidity or mortality associated with infectious or viral diseases [2], [14], [19]. Therefore, it has been hypothesized: 1) the practice of wearing facemasks has compromised safety and efficacy profile, 2) Both medical and non-medical facemasks are ineffective to reduce human-to-human transmission and infectivity of SARS-CoV-2 and COVID-19, 3) Wearing facemasks has adverse physiological and psychological effects, 4) Long-term consequences of wearing facemasks on health are detrimental.

## Evolution of hypothesis

### Breathing Physiology

Breathing is one of the most important physiological functions to sustain life and health. Human body requires a continuous and adequate oxygen ($O_2$) supply to all organs and cells for normal function and survival. Breathing is also an essential process for removing metabolic byproducts [carbon dioxide ($CO_2$)] occurring during cell respiration [12], [13]. It is well established that acute significant deficit in $O_2$ (hypoxemia) and increased levels of $CO_2$ (hypercapnia) even for few minutes can be

severely harmful and lethal, while chronic hypoxemia and hypercapnia cause health deterioration, exacerbation of existing conditions, morbidity and ultimately mortality [11], [20], [21], [22]. Emergency medicine demonstrates that 5–6 min of severe hypoxia during cardiac arrest will cause brain death with extremely poor survival rates [20], [21], [22], [23]. On the other hand, chronic mild or moderate hypoxemia and hypercapnia such as from wearing facemasks resulting in shifting to higher contribution of anaerobic energy metabolism, decrease in pH levels and increase in cells and blood acidity, toxicity, oxidative stress, chronic inflammation, immunosuppression and health deterioration [24], [11], [12], [13].

**Efficacy of facemasks**

The physical properties of medical and non-medical facemasks suggest that facemasks are ineffective to block viral particles due to their difference in scales [16], [17], [25]. According to the current knowledge, the virus SARS-CoV-2 has a diameter of 60 nm to 140 nm [nanometers (billionth of a meter)] [16], [17], while medical and non-medical facemasks' thread diameter ranges from 55 μm to 440 μm [micrometers (one millionth of a meter), which is more than 1000 times larger [25]. Due to the difference in sizes between SARS-CoV-2 diameter and facemasks thread diameter (the virus is 1000 times smaller), SARS-CoV-2 can easily pass through any facemask [25]. In addition, the efficiency filtration rate of facemasks is poor, ranging from 0.7% in non-surgical, cotton-gauze woven mask to 26% in cotton sweeter material [2]. With respect to surgical and N95 medical facemasks, the efficiency filtration rate falls to 15% and 58%, respectively when even small gap between the mask and the face exists [25].

Clinical scientific evidence challenges further the efficacy of facemasks to block human-to-human transmission or infectivity. A randomized controlled trial (RCT) of 246 participants [123 (50%) symptomatic)] who were allocated to either wearing or not wearing surgical facemask, assessing viruses transmission including coronavirus [26]. The results of this study showed that among symptomatic individuals (those with fever, cough, sore throat, runny nose ect…) there was no difference between wearing and not wearing facemask for coronavirus droplets transmission of particles of >5 μm. Among asymptomatic individuals, there was no droplets or aerosols coronavirus detected from any participant with or without the mask, suggesting that asymptomatic individuals do not transmit or infect other people [26]. This was further supported by a study on infectivity where 445 asymptomatic individuals were exposed to asymptomatic SARS-CoV-2 carrier (been positive for SARS-CoV-2) using close contact (shared quarantine space) for a median of 4 to 5 days. The study found that none of the 445 individuals was infected with SARS-CoV-2 confirmed by real-time reverse transcription polymerase [27].

A *meta*-analysis among health care workers found that compared to no masks, surgical mask and N95 respirators were not effective against transmission of viral infections or influenza-like illness based on six RCTs [28]. Using separate analysis of 23 observational studies, this *meta*-analysis found no protective effect of medical mask or N95 respirators against SARS virus [28]. A recent systematic review of 39 studies including 33,867 participants in community settings (self-report illness), found no difference between N95 respirators versus surgical masks and surgical mask versus no masks in the risk for developing influenza or influenza-like illness, suggesting their ineffectiveness of blocking viral transmissions in community settings [29].

Another *meta*-analysis of 44 non-RCT studies (n = 25,697 participants) examining the potential risk reduction of facemasks against SARS, middle east respiratory syndrome (MERS) and COVID-19 transmissions [30]. The *meta*-analysis included four specific studies on COVID-19 transmission (5,929 participants, primarily health-care workers used N95 masks). Although the overall findings showed reduced risk of virus transmission with facemasks, the analysis had severe limitations to draw conclusions. One of the four COVID-19 studies had zero infected cases in both arms, and was excluded from *meta*-analytic calculation. Other two COVID-19 studies had unadjusted models, and were also excluded from the overall analysis. The *meta*-analytic results were based on only one COVID-19, one MERS and 8 SARS studies, resulting in high selection bias of the studies and contamination of the results between different viruses. Based on four COVID-19 studies, the *meta*-analysis failed to demonstrate risk reduction of facemasks for COVID-19 transmission, where the authors reported that the results of *meta*-analysis have low certainty and are inconclusive [30].

In early publication the WHO stated that "facemasks are not required, as no evidence is available on its usefulness to protect non-sick persons" [14]. In the same publication, the WHO declared that "cloth (e.g. cotton or gauze) masks are not recommended under any circumstance" [14]. Conversely, in later publication the WHO stated that the usage of fabric-made facemasks (Polypropylene, Cotton, Polyester, Cellulose, Gauze and Silk) is a general community practice for "preventing the infected wearer transmitting the virus to others and/or to offer protection to the healthy wearer against infection (prevention)" [2]. The same publication further conflicted itself by stating that due to the lower filtration, breathability and overall performance of fabric facemasks, the usage of woven fabric mask such as cloth, and/or non-woven fabrics, should only be considered for infected persons and not for prevention practice in asymptomatic individuals [2]. The Central for Disease Control and Prevention (CDC) made similar recommendation, stating that only symptomatic persons should consider wearing facemask, while for asymptomatic individuals this practice is not recommended [31]. Consistent with the CDC, clinical scientists from Departments of Infectious Diseases and Microbiology in Australia counsel against facemasks usage for health-care workers, arguing that there is no justification for such practice while normal caring relationship between patients and medical staff could be compromised [32]. Moreover, the WHO repeatedly announced that "at present, there is no direct evidence (from studies on COVID-19) on the effectiveness face masking of healthy people in the community to prevent infection of respiratory viruses, including COVID-19"[2]. Despite these controversies, the potential harms and risks of wearing facemasks were clearly acknowledged. These including self-contamination due to hand practice or non-replaced when the mask is wet, soiled or damaged, development of facial skin lesions, irritant dermatitis or worsening acne and psychological discomfort. Vulnerable populations such as people with mental health disorders, developmental disabilities, hearing problems, those living in hot and humid environments, children and patients with respiratory conditions are at significant health risk for complications and harm [2].

**Physiological effects of wearing facemasks**

Wearing facemask mechanically restricts breathing by increasing the resistance of air movement during both inhalation and exhalation process [12], [13]. Although, intermittent (several times a week) and repetitive (10–15 breaths for 2–4 sets) increase in respiration resistance may be adaptive for strengthening respiratory muscles [33], [34], prolonged and continues effect of wearing facemask is maladaptive and could be detrimental for health [11], [12], [13]. In normal conditions at the sea level, air

contains 20.93% $O_2$ and 0.03% $CO_2$, providing partial pressures of 100 mmHg and 40 mmHg for these gases in the arterial blood, respectively. These gas concentrations significantly altered when breathing occurs through facemask. A trapped air remaining between the mouth, nose and the facemask is rebreathed repeatedly in and out of the body, containing low $O_2$ and high $CO_2$ concentrations, causing hypoxemia and hypercapnia [35], [36], [11], [12], [13]. Severe hypoxemia may also provoke cardiopulmonary and neurological complications and is considered an important clinical sign in cardiopulmonary medicine [37], [38], [39], [40], [41], [42]. Low oxygen content in the arterial blood can cause myocardial ischemia, serious arrhythmias, right or left ventricular dysfunction, dizziness, hypotension, syncope and pulmonary hypertension [43]. Chronic low-grade hypoxemia and hypercapnia as result of using facemask can cause exacerbation of existing cardiopulmonary, metabolic, vascular and neurological conditions [37], [38], [39], [40], [41], [42]. Table 1 summarizes the physiological, psychological effects of wearing facemask and their potential long-term consequences for health.

**Table 1**

Physiological and Psychological Effects of Wearing Facemask and Their Potential Health Consequences.

| Physiological Effects | Psychological Effect | Health Consequences |
|---|---|---|
| • Hypoxemia | • Activation of "fight or flight" stress response | • Increased predisposition for viral and infection illnesses |
| • Hypercapnia | • Chronic stress condition | • Headaches |
| • Shortness of breath | • Fear | • Anxiety |
| • Increase lactate concentration | • Mood disturbances | • Depression |
| • Decline in pH levels | • Insomnia | • Hypertension |
| • Acidosis | • Fatigue | • Cardiovascular disease |
| • Toxicity | • Compromised cognitive performance | • Cancer |
| • Inflammation | | • Diabetes |
| • Self-contamination | | • Alzheimer disease |
| • Increase in stress hormones level (adrenaline, noradrenaline and cortisol) | | • Exacerbation of existing conditions and diseases |
| • Increased muscle tension | | • Accelerated aging process |
| • Immunosuppression | | • Health deterioration |
| | | • Premature mortality |

In addition to hypoxia and hypercapnia, breathing through facemask residues bacterial and germs components on the inner and outside layer of the facemask. These toxic components are repeatedly rebreathed back into the body, causing self-contamination. Breathing through facemasks also increases temperature and humidity in the space between the mouth and the mask, resulting a release of toxic particles from the mask's materials [1], [2], [19], [26], [35], [36]. A systematic literature

review estimated that aerosol contamination levels of facemasks including 13 to 202,549 different viruses [1]. Rebreathing contaminated air with high bacterial and toxic particle concentrations along with low $O_2$ and high $CO_2$ levels continuously challenge the body homeostasis, causing self-toxicity and immunosuppression [1], [2], [19], [26], [35], [36].

A study on 39 patients with renal disease found that wearing N95 facemask during hemodialysis significantly reduced arterial partial oxygen pressure (from $PaO_2$ 101.7 to 92.7 mm Hg), increased respiratory rate (from 16.8 to 18.8 breaths/min), and increased the occurrence of chest discomfort and respiratory distress [35]. Respiratory Protection Standards from Occupational Safety and Health Administration, US Department of Labor states that breathing air with $O_2$ concentration below 19.5% is considered oxygen-deficiency, causing physiological and health adverse effects. These include increased breathing frequency, accelerated heartrate and cognitive impairments related to thinking and coordination [36]. A chronic state of mild hypoxia and hypercapnia has been shown as primarily mechanism for developing cognitive dysfunction based on animal studies and studies in patients with chronic obstructive pulmonary disease [44].

The adverse physiological effects were confirmed in a study of 53 surgeons where surgical facemask were used during a major operation. After 60 min of facemask wearing the oxygen saturation dropped by more than 1% and heart rate increased by approximately five beats/min [45]. Another study among 158 health-care workers using protective personal equipment primarily N95 facemasks reported that 81% (128 workers) developed new headaches during their work shifts as these become mandatory due to COVID-19 outbreak. For those who used the N95 facemask greater than 4 h per day, the likelihood for developing a headache during the work shift was approximately four times higher [Odds ratio = 3.91, 95% CI (1.35–11.31) p = 0.012], while 82.2% of the N95 wearers developed the headache already within ≤10 to 50 min [46].

With respect to cloth facemask, a RCT using four weeks follow up compared the effect of cloth facemask to medical masks and to no masks on the incidence of clinical respiratory illness, influenza-like illness and laboratory-confirmed respiratory virus infections among 1607 participants from 14 hospitals [19]. The results showed that there were no difference between wearing cloth masks, medical masks and no masks for incidence of clinical respiratory illness and laboratory-confirmed respiratory virus infections. However, a large harmful effect with more than 13 times higher risk [Relative Risk = 13.25 95% CI (1.74 to 100.97) was observed for influenza-like illness among those who were wearing cloth masks [19]. The study concluded that cloth masks have significant health and safety issues including moisture retention, reuse, poor filtration and increased risk for infection, providing recommendation against the use of cloth masks [19].

**Psychological effects of wearing facemasks**

Psychologically, wearing facemask fundamentally has negative effects on the wearer and the nearby person. Basic human-to-human connectivity through face expression is compromised and self-identity is somewhat eliminated [47], [48], [49]. These dehumanizing movements partially delete the uniqueness and individuality of person who wearing the facemask as well as the connected person [49]. Social connections and relationships are basic human needs, which innately inherited in all people, whereas reduced human-to-human connections are associated with poor mental and physical health [50], [51]. Despite escalation in technology and globalization that would presumably foster social connections,

scientific findings show that people are becoming increasingly more socially isolated, and the prevalence of loneliness is increasing in last few decades [50], [52]. Poor social connections are closely related to isolation and loneliness, considered significant health related risk factors [50], [51], [52], [53].

A *meta*-analysis of 91 studies of about 400,000 people showed a 13% increased morality risk among people with low compare to high contact frequency [53]. Another *meta*-analysis of 148 prospective studies (308,849 participants) found that poor social relationships was associated with 50% increased mortality risk. People who were socially isolated or fell lonely had 45% and 40% increased mortality risk, respectively. These findings were consistent across ages, sex, initial health status, cause of death and follow-up periods [52]. Importantly, the increased risk for mortality was found comparable to smoking and exceeding well-established risk factors such as obesity and physical inactivity [52]. An umbrella review of 40 systematic reviews including 10 *meta*-analyses demonstrated that compromised social relationships were associated with increased risk of all-cause mortality, depression, anxiety suicide, cancer and overall physical illness [51].

As described earlier, wearing facemasks causing hypoxic and hypercapnic state that constantly challenges the normal homeostasis, and activates "fight or flight" stress response, an important survival mechanism in the human body [11], [12], [13]. The acute stress response includes activation of nervous, endocrine, cardiovascular, and the immune systems [47], [54], [55], [56]. These include activation of the limbic part of the brain, release stress hormones (adrenalin, neuro-adrenalin and cortisol), changes in blood flow distribution (vasodilation of peripheral blood vessels and vasoconstriction of visceral blood vessels) and activation of the immune system response (secretion of macrophages and natural killer cells) [47], [48]. Encountering people who wearing facemasks activates innate stress-fear emotion, which is fundamental to all humans in danger or life threating situations, such as death or unknown, unpredictable outcome. While acute stress response (seconds to minutes) is adaptive reaction to challenges and part of the survival mechanism, chronic and prolonged state of stress-fear is maladaptive and has detrimental effects on physical and mental health. The repeatedly or continuously activated stress-fear response causes the body to operate on survival mode, having sustain increase in blood pressure, pro-inflammatory state and immunosuppression [47], [48].

**Long-Term health consequences of wearing facemasks**

Long-term practice of wearing facemasks has strong potential for devastating health consequences. Prolonged hypoxic-hypercapnic state compromises normal physiological and psychological balance, deteriorating health and promotes the developing and progression of existing chronic diseases [23], [38], [39], [43], [47], [48], [57], [11], [12], [13]. For instance, ischemic heart disease caused by hypoxic damage to the myocardium is the most common form of cardiovascular disease and is a number one cause of death worldwide (44% of all non-communicable diseases) with 17.9 million deaths occurred in 2016 [57]. Hypoxia also playing an important role in cancer burden [58]. Cellular hypoxia has strong mechanistic feature in promoting cancer initiation, progression, metastasis, predicting clinical outcomes and usually presents a poorer survival in patients with cancer. Most solid tumors present some degree of hypoxia, which is independent predictor of more aggressive disease, resistance to cancer therapies and poorer clinical outcomes [59], [60]. Worth note, cancer is one of the leading causes of death worldwide, with an estimate of more than 18 million new diagnosed cases and 9.6

million cancer-related deaths occurred in 2018 [61].

With respect to mental health, global estimates showing that COVID-19 will cause a catastrophe due to collateral psychological damage such as quarantine, lockdowns, unemployment, economic collapse, social isolation, violence and suicides [62], [63], [64]. Chronic stress along with hypoxic and hypercapnic conditions knocks the body out of balance, and can cause headaches, fatigue, stomach issues, muscle tension, mood disturbances, insomnia and accelerated aging [47], [48], [65], [66], [67]. This state suppressing the immune system to protect the body from viruses and bacteria, decreasing cognitive function, promoting the developing and exacerbating the major health issues including hypertension, cardiovascular disease, diabetes, cancer, Alzheimer disease, rising anxiety and depression states, causes social isolation and loneliness and increasing the risk for prematurely mortality [47], [48], [51], [56], [66].

## Conclusion

The existing scientific evidences challenge the safety and efficacy of wearing facemask as preventive intervention for COVID-19. The data suggest that both medical and non-medical facemasks are ineffective to block human-to-human transmission of viral and infectious disease such SARS-CoV-2 and COVID-19, supporting against the usage of facemasks. Wearing facemasks has been demonstrated to have substantial adverse physiological and psychological effects. These include hypoxia, hypercapnia, shortness of breath, increased acidity and toxicity, activation of fear and stress response, rise in stress hormones, immunosuppression, fatigue, headaches, decline in cognitive performance, predisposition for viral and infectious illnesses, chronic stress, anxiety and depression. Long-term consequences of wearing facemask can cause health deterioration, developing and progression of chronic diseases and premature death. Governments, policy makers and health organizations should utilize prosper and scientific evidence-based approach with respect to wearing facemasks, when the latter is considered as preventive intervention for public health.

## CRediT authorship contribution statement

**Baruch Vainshelboim:** Conceptualization, Data curation, Writing - original draft.

## Declaration of Competing Interest

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

## References

1. Fisher E.M., Noti J.D., Lindsley W.G., Blachere F.M., Shaffer R.E. Validation and application of models to predict facemask influenza contamination in healthcare settings. Risk Anal. 2014;34:1423–1434. [PMC free article] [PubMed] [Google Scholar]

2. World Health Organization. Advice on the use of masks in the context of COVID-19. Geneva, Switzerland; 2020.

3. Sohrabi C., Alsafi Z., O'Neill N., Khan M., Kerwan A., Al-Jabir A. World Health Organization declares global emergency: A review of the 2019 novel coronavirus (COVID-19) Int J Surg. 2020;76:71–76. [PMC free article] [PubMed] [Google Scholar]

4. Worldometer. COVID-19 CORONAVIRUS PANDEMIC. 2020.

5. Fauci A.S., Lane H.C., Redfield R.R. Covid-19 - Navigating the Uncharted. N Engl J Med. 2020;382:1268–1269. [PMC free article] [PubMed] [Google Scholar]

6. Shrestha S.S., Swerdlow D.L., Borse R.H., Prabhu V.S., Finelli L., Atkins C.Y. Estimating the burden of 2009 pandemic influenza A (H1N1) in the United States (April 2009-April 2010) Clin Infect Dis. 2011;52(Suppl 1):S75–S82. [PubMed] [Google Scholar]

7. Thompson W.W., Weintraub E., Dhankhar P., Cheng P.Y., Brammer L., Meltzer M.I. Estimates of US influenza-associated deaths made using four different methods. Influenza Other Respir Viruses. 2009;3:37–49. [PMC free article] [PubMed] [Google Scholar]

8. Centers for Disease, C., Prevention. Estimates of deaths associated with seasonal influenza --- United States, 1976-2007. MMWR Morb Mortal Wkly Rep. 2010,59:1057-62. [PubMed]

9. Richardson S., Hirsch J.S., Narasimhan M., Crawford J.M., McGinn T., Davidson K.W. Presenting Characteristics, Comorbidities, and Outcomes Among 5700 Patients Hospitalized With COVID-19 in the New York City Area. JAMA. 2020 [PMC free article] [PubMed] [Google Scholar]

10. Ioannidis J.P.A., Axfors C., Contopoulos-Ioannidis D.G. Population-level COVID-19 mortality risk for non-elderly individuals overall and for non-elderly individuals without underlying diseases in pandemic epicenters. Environ Res. 2020;188 [PMC free article] [PubMed] [Google Scholar]

11. American College of Sports Medicine . Sixth ed. Lippincott Wiliams & Wilkins; Baltimore: 2010. ACSM's Resource Manual for Guidelines for Exercise Testing and Priscription. [Google Scholar]

12. Farrell P.A., Joyner M.J., Caiozzo V.J. second edition. Lippncott Williams & Wilkins; Baltimore: 2012. ACSM's Advanced Exercise Physiology. [Google Scholar]

13. Kenney W.L., Wilmore J.H., Costill D.L. 5th ed. Human Kinetics; Champaign, IL: 2012. Physiology of sport and exercise. [Google Scholar]

14. World Health Organization. Advice on the use of masks in the community, during home care and in health care settings in the context of the novel coronavirus (2019-nCoV) outbreak. Geneva, Switzerland; 2020.

15. Sperlich B., Zinner C., Hauser A., Holmberg H.C., Wegrzyk J. The Impact of Hyperoxia on Human Performance and Recovery. Sports Med. 2017;47:429–438. [PubMed] [Google Scholar]

16. Wiersinga W.J., Rhodes A., Cheng A.C., Peacock S.J., Prescott H.C. Pathophysiology, Transmission, Diagnosis, and Treatment of Coronavirus Disease 2019 (COVID-19): A Review. JAMA. 2020 [PubMed] [Google Scholar]

17. Zhu N., Zhang D., Wang W., Li X., Yang B., Song J. A Novel Coronavirus from Patients with Pneumonia in China, 2019. N Engl J Med. 2020;382:727–733. [PMC free article] [PubMed] [Google Scholar]

18. Poston J.T., Patel B.K., Davis A.M. Management of Critically Ill Adults With COVID-19. JAMA. 2020 [PubMed] [Google Scholar]

19. MacIntyre C.R., Seale H., Dung T.C., Hien N.T., Nga P.T., Chughtai A.A. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. BMJ open. 2015;5 [PMC free article] [PubMed] [Google Scholar]

20. Patil K.D., Halperin H.R., Becker L.B. Cardiac arrest: resuscitation and reperfusion. Circ Res. 2015;116:2041–2049. [PMC free article] [PubMed] [Google Scholar]

21. Hazinski M.F., Nolan J.P., Billi J.E., Bottiger B.W., Bossaert L., de Caen A.R. Part 1: Executive summary: 2010 International Consensus on Cardiopulmonary Resuscitation and Emergency Cardiovascular Care Science With Treatment Recommendations. Circulation. 2010;122:S250–S275. [PubMed] [Google Scholar]

22. Kleinman M.E., Goldberger Z.D., Rea T., Swor R.A., Bobrow B.J., Brennan E.E. American Heart Association Focused Update on Adult Basic Life Support and Cardiopulmonary Resuscitation Quality: An Update to the American Heart Association Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. Circulation. 2018;137:e7–e13. [PubMed] [Google Scholar]

23. Lurie K.G., Nemergut E.C., Yannopoulos D., Sweeney M. The Physiology of Cardiopulmonary Resuscitation. Anesth Analg. 2016;122:767–783. [PubMed] [Google Scholar]

24. Chandrasekaran B., Fernandes S. "Exercise with facemask; Are we handling a devil's sword?" - A physiological hypothesis. Med Hypotheses. 2020;144 [PMC free article] [PubMed] [Google Scholar]

25. Konda A., Prakash A., Moss G.A., Schmoldt M., Grant G.D., Guha S. Aerosol Filtration Efficiency of Common Fabrics Used in Respiratory Cloth Masks. ACS Nano. 2020;14:6339–6347. [PMC free article] [PubMed] [Google Scholar]

26. Leung N.H.L., Chu D.K.W., Shiu E.Y.C., Chan K.H., McDevitt J.J., Hau B.J.P. Respiratory virus shedding in exhaled breath and efficacy of face masks. Nat Med. 2020;26:676–680. [PubMed] [Google Scholar]

27. Gao M., Yang L., Chen X., Deng Y., Yang S., Xu H. A study on infectivity of asymptomatic SARS-CoV-2 carriers. Respir Med. 2020;169 [PMC free article] [PubMed] [Google Scholar]

28. Smith J.D., MacDougall C.C., Johnstone J., Copes R.A., Schwartz B., Garber G.E. Effectiveness of N95 respirators versus surgical masks in protecting health care workers from acute respiratory infection: a systematic review and meta-analysis. CMAJ. 2016;188:567–574. [PMC free article] [PubMed] [Google Scholar]

29. Chou R., Dana T., Jungbauer R., Weeks C., McDonagh M.S. Masks for Prevention of Respiratory Virus Infections, Including SARS-CoV-2, in Health Care and Community Settings: A Living Rapid Review. Ann Intern Med. 2020 [PMC free article] [PubMed] [Google Scholar]

30. Chu D.K., Akl E.A., Duda S., Solo K., Yaacoub S., Schunemann H.J. Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis. Lancet. 2020;395:1973–1987. [PMC free article] [PubMed] [Google Scholar]

31. Center for Disease Control and Prevention. Implementation of Mitigation Strategies for Communities with Local COVID-19 Transmission. Atlanta, Georgia; 2020.

32. Isaacs D., Britton P., Howard-Jones A., Kesson A., Khatami A., Marais B. Do facemasks protect against COVID-19? J Paediatr Child Health. 2020;56:976–977. [PMC free article] [PubMed] [Google Scholar]

33. Laveneziana P., Albuquerque A., Aliverti A., Babb T., Barreiro E., Dres M. ERS statement on respiratory muscle testing at rest and during exercise. Eur Respir J. 2019;53 [PubMed] [Google Scholar]

34. American Thoracic Society/European Respiratory, S ATS/ERS Statement on respiratory muscle testing. Am J Respir Crit Care Med. 2002;166:518–624. [PubMed] [Google Scholar]

35. Kao T.W., Huang K.C., Huang Y.L., Tsai T.J., Hsieh B.S., Wu M.S. The physiological impact of wearing an N95 mask during hemodialysis as a precaution against SARS in patients with end-stage renal disease. J Formos Med Assoc. 2004;103:624–628. [PubMed] [Google Scholar]

36. United States Department of Labor. Occupational Safety and Health Administration. Respiratory Protection Standard, 29 CFR 1910.134; 2007.

37. ATS/ACCP Statement on cardiopulmonary exercise testing Am J Respir Crit Care Med. 2003;167:211–277. [PubMed] [Google Scholar]

38. American College of Sports Medicine . 9th ed. Wolters Kluwer/Lippincott Williams & Wilkins Health; Philadelphia: 2014. ACSM's guidelines for exercise testing and prescription. [Google Scholar]

39. Balady G.J., Arena R., Sietsema K., Myers J., Coke L., Fletcher G.F. Clinician's Guide to cardiopulmonary exercise testing in adults: a scientific statement from the American Heart Association. Circulation. 2010;122:191–225. [PubMed] [Google Scholar]

40. Ferrazza A.M., Martolini D., Valli G., Palange P. Cardiopulmonary exercise testing in the functional and prognostic evaluation of patients with pulmonary diseases. Respiration. 2009;77:3–17. [PubMed] [Google Scholar]

41. Fletcher G.F., Ades P.A., Kligfield P., Arena R., Balady G.J., Bittner V.A. Exercise standards for testing and training: a scientific statement from the American Heart Association. Circulation. 2013;128:873–934. [PubMed] [Google Scholar]

42. Guazzi M., Adams V., Conraads V., Halle M., Mezzani A., Vanhees L. EACPR/AHA Scientific Statement. Clinical recommendations for cardiopulmonary exercise testing data assessment in specific patient populations. Circulation. 2012;126:2261–2274. [PMC free article] [PubMed] [Google Scholar]

43. Naeije R., Dedobbeleer C. Pulmonary hypertension and the right ventricle in hypoxia. Exp Physiol. 2013;98:1247–1256. [PubMed] [Google Scholar]

44. Zheng G.Q., Wang Y., Wang X.T. Chronic hypoxia-hypercapnia influences cognitive function: a possible new model of cognitive dysfunction in chronic obstructive pulmonary disease. Med Hypotheses. 2008;71:111–113. [PubMed] [Google Scholar]

45. Beder A., Buyukkocak U., Sabuncuoglu H., Keskil Z.A., Keskil S. Preliminary report on surgical mask induced deoxygenation during major surgery. Neurocirugia (Astur) 2008;19:121–126. [PubMed] [Google Scholar]

46. Ong J.J.Y., Bharatendu C., Goh Y., Tang J.Z.Y., Sooi K.W.X., Tan Y.L. Headaches Associated With Personal Protective Equipment - A Cross-Sectional Study Among Frontline Healthcare Workers During COVID-19. Headache. 2020;60:864–877. [PubMed] [Google Scholar]

47. Schneiderman N., Ironson G., Siegel S.D. Stress and health: psychological, behavioral, and biological determinants. Annu Rev Clin Psychol. 2005;1:607–628. [PMC free article] [PubMed] [Google Scholar]

48. Thoits P.A. Stress and health: major findings and policy implications. J Health Soc Behav. 2010;51(Suppl):S41–S53. [PubMed] [Google Scholar]

49. Haslam N. Dehumanization: an integrative review. Pers Soc Psychol Rev. 2006;10:252–264. [PubMed] [Google Scholar]

50. Cohen S. Social relationships and health. Am Psychol. 2004;59:676–684. [PubMed] [Google

Scholar]

51. Leigh-Hunt N., Bagguley D., Bash K., Turner V., Turnbull S., Valtorta N. An overview of systematic reviews on the public health consequences of social isolation and loneliness. Public Health. 2017;152:157–171. [PubMed] [Google Scholar]

52. Holt-Lunstad J., Smith T.B., Layton J.B. Social relationships and mortality risk: a meta-analytic review. PLoS Med. 2010;7 [PMC free article] [PubMed] [Google Scholar]

53. Shor E., Roelfs D.J. Social contact frequency and all-cause mortality: a meta-analysis and meta-regression. Soc Sci Med. 2015;128:76–86. [PubMed] [Google Scholar]

54. McEwen B.S. Protective and damaging effects of stress mediators. N Engl J Med. 1998;338:171–179. [PubMed] [Google Scholar]

55. McEwen B.S. Physiology and neurobiology of stress and adaptation: central role of the brain. Physiol Rev. 2007;87:873–904. [PubMed] [Google Scholar]

56. Everly G.S., Lating J.M. 4th ed. NY Springer Nature; New York: 2019. A Clinical Guide to the Treatment of the Human Stress Response. [Google Scholar]

57. World Health Organization. World health statistics 2018: monitoring health for the SDGs, sustainable development goals Geneva, Switzerland; 2018.

58. World Health Organization. World Cancer Report 2014. Lyon; 2014.

59. Wiggins J.M., Opoku-Acheampong A.B., Baumfalk D.R., Siemann D.W., Behnke B.J. Exercise and the Tumor Microenvironment: Potential Therapeutic Implications. Exerc Sport Sci Rev. 2018;46:56–64. [PubMed] [Google Scholar]

60. Ashcraft K.A., Warner A.B., Jones L.W., Dewhirst M.W. Exercise as Adjunct Therapy in Cancer. Semin Radiat Oncol. 2019;29:16–24. [PMC free article] [PubMed] [Google Scholar]

61. Bray F., Ferlay J., Soerjomataram I., Siegel R.L., Torre L.A., Jemal A. Global Cancer Statistics 2018: GLOBOCAN Estimates of Incidence and Mortality Worldwide for 36 Cancers in 185 Countries. CA Cancer J Clin. 2018 [PubMed] [Google Scholar]

62. Brooks S.K., Webster R.K., Smith L.E., Woodland L., Wessely S., Greenberg N. The psychological impact of quarantine and how to reduce it: rapid review of the evidence. Lancet. 2020;395:912–920. [PMC free article] [PubMed] [Google Scholar]

63. Galea S., Merchant R.M., Lurie N. The Mental Health Consequences of COVID-19 and Physical Distancing: The Need for Prevention and Early Intervention. JAMA Intern Med. 2020;180:817–818. [PubMed] [Google Scholar]

64. Izaguirre-Torres D., Siche R. Covid-19 disease will cause a global catastrophe in terms of mental health: A hypothesis. Med Hypotheses. 2020;143 [PMC free article] [PubMed] [Google Scholar]

65. Kudielka B.M., Wust S. Human models in acute and chronic stress: assessing determinants of individual hypothalamus-pituitary-adrenal axis activity and reactivity. Stress. 2010;13:1–14. [PubMed] [Google Scholar]

66. Morey J.N., Boggero I.A., Scott A.B., Segerstrom S.C. Current Directions in Stress and Human Immune Function. Curr Opin Psychol. 2015;5:13–17. [PMC free article] [PubMed] [Google Scholar]

67. Sapolsky R.M., Romero L.M., Munck A.U. How do glucocorticoids influence stress responses? Integrating permissive, suppressive, stimulatory, and preparative actions. Endocr Rev.

Plaintiff's Exhibit 77

maciverinstitute.com

## How Effective Are Masks In Stopping The Spread Of COVID-19?

*MacIverNews View More Posts*

22-28 minutes



**The MacIver Institute examines the data and studies on the effectiveness of a mask stopping the spread of COVID-19**

**Review finds clear flaws and limitations in studies that are propped up by mainstream media to support mask mandates**

**Mixed conclusions on asymptomatic spread**

Aug. 14, 2020

The push to require the wearing of masks to fight the spread of COVID-19 has taken on a greater urgency lately, with many state and local governments passing emergency orders to mandate the public wear a mask while in an enclosed space or Orwellianly defined indoor-outdoors in some municipalities.

Proponents of mask mandates, including major media outlets like PolitiFact, say the science is settled. They point to supposedly ironclad research that shows masks are incredibly effective in stopping the spread of germs from person to person and are necessary to win the battle against COVID-19. Many in the mainstream media have refused to ask basic questions about and challenge

whether the research actually *proves* masks are an effective tool in the fight against COVID-19.

Where others say the science is settled, our analysis shows that is not the case. We break down the most widely referenced studies on masking policies so you can see for yourself what the data really says. We should also point out that it is unscientific to claim that the science is settled. Science is always a work-in-progress and we should never make the false claim that a scientific theory is settled as fact.

In reality, coronavirus studies have yet to mature to a point of giving prevailing evidence in favor of universal masking policies.

**Studies Often Referenced On Masks And Mask Mandates**

**1. University of California – San Francisco: A Literature Review**

A study out of the University of California-San Francisco(UCSF) made the case that wearing a mask will reduce severe cases of the coronavirus because masks will only let a little bit of the virus into the body and only cause a mild infection. They support their hypothesis by postulating that masks do not prevent all virus particles from entering or escaping the mask.

This study did not include any original research. It was a literature review that examined various anecdotes, including virus mitigation practices used by people on cruise ships, in a pediatric dialysis wing in an Indiana hospital, at food processing plants, and among Swiss soldiers. We should point out that anecdotal investigations are not evidence bearing. They indicate a possible direction for drawing conclusions, but they are by no means factual.

The Swiss example held the most promise. One group of soldiers instituted virus mitigation policies while another group acted as normal. The group that employed these mitigation policies saw no infections, while the group without the policies saw a 30% COVID-19 infection rate. The UCSF study used these anecdotes to conclude that universal masking absolutely causes future infections to be less severe.

The UCSF study ignored the impact of other mitigation practices that were implemented concurrently with facemasks, such as hand washing, social distancing, properly covering coughs and sneezes, and others. We are curious why researchers would disregard the impact of those other measures and not factor in the possibility that the other measures could have had an impact on the results. It is a stretch for the authors to conclude that mask wearing was the single most important factor that mitigated against more severe cases of COVID-19.

**2. Health Affairs: Public Policy Assumptions**

Another study from Health Affairs, referenced by the Journal Sentinel, suggests that mask mandates alone curbed the spread of the coronavirus in 15 states and Washington DC. The authors say that they measured how fast the virus spread in each state and how the spread declined up to 21 days after each state instituted their own mask mandates.

The authors report that the daily rate of the spread declined by up to 2% 21+ days after the mandates were in effect. They don't say what the rate of spread was *before* the mandates were passed.

The study also does not consider other variables at play, like continuously changing social patterns

during the study period. All that is clear from this study is that "the suggested benefits from mandating face mask use are not substitutes for other social distancing measures; the effects are conditional on the other enacted social distancing measures and how communities are complying with them."

Even that last statement is problematic. In a dynamic social system like one would find in any city or community, it is impossible to state that a single factor is the cause for a given outcome. In order to suggest that, you would have to use a control group comparison and none of that was done in the study.

### 3. CDC: According To My Hairdresser…



A study by the CDC points to a case in a Missouri hair salon as more proof for the effectiveness of mask mandates.

Back in May, two hairdressers had COVID-19 and kept seeing customers for over a week after their symptoms began. They wore masks while they worked, the majority of their clients wore masks during their haircuts, and none of the clients became sick after exposure.

There were at least 4 other factors that could have mitigated the spread of the disease. For example: customer's hand washing and general hygiene habits and the stylists working behind the client (not in front of them) could have mitigated spread.

The study says that "no studies have examined SARS-CoV-2 transmission directly." But, "in countries that did not recommend face masks and respirators, the per-capita coronavirus-related mortality increased each week by 54.3% after the index case, compared with 8.0% in those countries with masking policies." Here is another place where the study does not acknowledge the effect of additional protective measures, like distancing, on the spread of the virus.

### 4. CDC: Singling Out Masks At A Massachusetts' Hospital

At the Mass General Brigham hospital system in Massachusetts, another study was conducted before and after a system-wide mask policy was issued. Before requiring masks, the rate of infection among the hospital system's employees reached 21%. Two weeks later, the rate of positive tests among employees dropped from 13.65% to 11.46%.

It is curious that the rate of infection dropped from 21% to 13.65% *before* the effect of a mask mandate could be seen. Despite the preemptive decline, the study authors concluded that "these results support universal masking as part of a multipronged infection reduction strategy in health care settings." The study only recommends this for healthcare settings, and their investigation does not take the effects of the other parts of their mitigation strategy, like testing and quarantine, into account.

## 5. New England Journal of Medicine: False Comparisons

PolitiFact referenced a study from the New England Journal of Medicine that did an experiment on droplets when speaking. Using a green laser to measure droplets spat out by a speaker, the study showed a lot of droplets released when someone speaks, especially at louder volumes and when they make certain sounds with their mouths. The study showed almost no visible droplets when the speaking person covered their face with a damp washcloth. The problem with this study is obvious: a damp washcloth is not the same as the kind of face masks people are wearing now. There's no comparison. Furthermore, unless the viral load of the droplets is measured, there is no way to conclude that droplets from the mouth were causing the spread of a virus.

## 6. Gov. Evers: N95 Respirators And Cloth Masks Are The Same Thing, Right?

Gov. Evers directly referenced statistics from two studies in his emergency mask mandate order. One part of the order reads that, "Published scientific research has shown that the probability of transmission during exposure between a person infected with COVID-19 to an uninfected person is 17.4 percent if face coverings are not worn, and 3.1 percent if face coverings are worn."

This statistic comes from a review published in The Lancet journal in May 2020. The review analyzed 164 studies on the spread of respiratory viruses, including COVID-19, and how the spread is impacted by masks, eye coverings, and social distancing. It concluded that at least 3 feet of social distancing, and up to 6.5 feet, is the most important factor to stopping the spread, not masks. Their data suggests that masks do help mitigate spread. However, the mitigation was more closely associated with N95 respirators than with typical cloth masks. "Nevertheless, given the limitations of the data, we did not rate the certainty of effect modification as high." This is supposition, not confirmation.

## 7. WHO: There Is No Direct Evidence

Finally, the World Health Organization (WHO) reviewed multiple studies on the effectiveness of masking in their June 5, 2020 guidance document. Their review noted that "There are currently no studies that have evaluated the effectiveness and potential adverse effects of universal or targeted continuous mask use by health workers in preventing transmission of SARS-CoV-2." The report also mentioned some previous studies on how masks may have slowed the spread of the flu in college settings, but those studies "showed no impact on risk of laboratory-confirmed influenza."

The WHO review says "At present, there is no direct evidence (from studies on COVID- 19 and in healthy people in the community) on the effectiveness of universal masking of healthy people in the community to prevent infection with respiratory viruses, including COVID-19."

The WHO does, however, have information in their document on how well non-medical masks work to filter out virus particles. The WHO writes that most homemade cloth face masks, depending on the material, can filter out between 0.7% and 60% of particles. A single layer of a cotton handkerchief

filters out only 1.1 percent of particles, according to the document. If the handkerchief is layered 4 times, it can filter out only 13% of particles. A single layer of a knit cotton sweater can filter out 26% of particles.

Homemade masks filter out more particles the more layers of fabric are used in the mask. However, the guidance document says with each layer it gets harder to breathe with a homemade mask.

Because non-medical masks filter out less particles and are less breathable than a medical-grade mask, the WHO says only people who are infected should be recommended to wear a non-medical mask to keep the virus to themselves. Homemade masks could be used by the general public, the WHO says, in crowded public places, but "should always be accompanied by frequent hand hygiene and physical distancing."

**Table 3. Non-medical mask filtration efficiency, pressure drop and filter quality factor***

| Material | Source | Structure | Initial Filtration Efficiency (%) | Initial Pressure drop (Pa) | Filter quality factor, Q ** (kPa⁻¹) |
|---|---|---|---|---|---|
| Polypropylene | Interfacing material, purchased as-is | Spunbond (Nonwoven) | 6 | 1.6 | 16.9 |
| Cotton 1 | Clothing (T-shirt) | Woven | 5 | 4.5 | 5.4 |
| Cotton 2 | Clothing (T-shirt) | Knit | 21 | 14.5 | 7.4 |
| Cotton 3 | Clothing (Sweater) | Knit | 26 | 17 | 7.6 |
| Polyester | Clothing (Toddler wrap) | Knit | 17 | 12.3 | 6.8 |
| Cellulose | Tissue paper | Bonded | 20 | 19 | 5.1 |
| Cellulose | Paper towel | Bonded | 10 | 11 | 4.3 |
| Silk | Napkin | Woven | 4 | 7.3 | 2.8 |
| Cotton, gauze | N/A | Woven | 0.7 | 6.5 | 0.47 |
| Cotton, handkerchief | N/A | Woven | 1.1 | 9.8 | 0.48 |
| Nylon | Clothing (Exercise pants) | Woven | 23 | 244 | 0.4 |

* This table refers only to materials reported in experimental peer-reviewed studies. The filtration efficiency, pressure drop and Q factor are dependent on flow rate. ** According to expert consensus, three (3) is the minimum Q factor recommended.

The authors give a table for when mandatory masking policies should be issued. They say the choice to mask an entire population is dependent on "the local context, culture, availability of masks, resources required, and preferences of the population," but not dependent on the effectiveness of masks.

### Studies On Asymptomatic Spread – Do Masks Stop The Spread Of The Virus By Asymptomatic People?

Where the science on masking healthy people is uncertain, scientists and public officials say mask mandates must be issued, regardless of the fact that there is no scientific study that definitively proves the effectiveness, in order to stop the spread of the coronavirus by asymptomatic and pre-symptomatic people.

Asymptomatic people are those who are infected with the virus without ever showing symptoms of the virus. Pre-symptomatic people are infected with the virus and have not shown symptoms yet, but do show symptoms of the virus later.

Some scientists are urging mask mandates, while at the same time admitting that the jury is out on how many people are asymptomatic, or infected without symptoms, and how much COVID-19 is spread by asymptomatic people. But that begs the question: How can we say that masks will stop the

spread by asymptomatic people if we do not know how many people are asymptomatic in the first place? It also does not answer the question of: can masks do harm to the people who are wearing them? The statements supporting mask mandates all assume no negative side-effects *from* mask wearing. The logic here is inescapable: if wearing a mask can mitigate harm, it can also cause harm. Can we quantize the level of harm that wearing masks will cause? Where are the studies researching this?

### 1. CDC: Best Guesstimate

A popularly referenced CDC piece analyzes multiple studies on asymptomatic spread and concludes that 40% of COVID-19 infections are asymptomatic. The CDC calls this their "best estimate" because there are more ways to estimate asymptomatic spread than that.

According to the review, anywhere from 10% to 70% of COVID-19 cases could be asymptomatic. The CDC's best guess is that asymptomatic COVID-19 cases spread the virus at 75% the rate that symptomatic infected people do. Estimates on rate of asymptomatic spread range from 25% to 100% the same rate as symptomatic infections. The authors also estimate that, among all infected people, 50% were infected by somebody who did not have symptoms at the time. That estimate ranges from 35% to 70%. If the brakes on your car worked 35 to 70% of the time, would you trust their reliability?

Ultimately, the CDC analysis concludes that:

- "The percent of cases that are asymptomatic, i.e. never experience symptoms, remains uncertain."

- "The relative infectiousness of asymptomatic cases to symptomatic cases remains **highly** uncertain as asymptomatic cases are difficult to identify and transmission is difficult to observe and quantify. The estimates for relative infectiousness are assumptions"

- "The current best estimate is an **assumption**."

### 2. WHO: Best Guesstimate

We referenced a study review earlier <u>by the WHO</u> from June 5, 2020. That review also gave a wide range of estimates for how common asymptomatic infection and spread is. The authors found one review where asymptomatic cases accounted for 6-41% of all COVID-19 cases analyzed. The WHO review mentions another study that found, out of 63 people with asymptomatic cases of COVID-19, 14% of them passed the virus to someone else.

WHO's analysis says that studies and data are very limited on COVID-19, and the studies that do exist suffer from flaws like limited sample sizes of patients and poor reporting of symptoms monitored during the studies.

The authors conclude that, out of the limited studies and evidence worldwide, the data "suggests that asymptomatically-infected individuals are much less likely to transmit the virus than those who develop symptoms."

That throws a wrench in the argument that asymptomatic spread is so dangerous, everybody in a population needs to wear a mask to stop the spread.

### 3. Heritage Foundation: Mixed Case Study Messages

Peter Brookes of the Heritage Foundation comes to a <u>similar conclusion on the effectiveness of</u>

<u>masks for asymptomatic spread.</u> He mentions three case studies, one of them taking place on the Diamond Princess cruise ship. Among cruise ship passengers who tested positive for the coronavirus, 18% had no symptoms. Brookes mentions another case among Japanese evacuees from Wuhan, China at the beginning of the COVID-19 outbreak. 31% of those evacuees who tested positive for the virus had no symptoms of infection. The author then talks about a third instance in Iceland, where the country had tested 5% of their population at the time. Iceland then had reported 50% of their positive diagnoses showed no COVID-19 symptoms.

### Things To Think About When Determining If A Study Is Accurate And Definitive

Studies like the ones above have been highlighted as sound guidance for penning public policy on community masking. However, each of these publications suffer from flaws, assumptions, and limitations. Below are a few of the most common issues we observed in our review. Issues like the ones below should be considered to decide for yourself if a masking or COVID-19 study is accurate and complete:

- COVID-19 is a new virus and, unsurprisingly, there are few studies that have been completed on the virus at this time.

- Many new studies make hypotheses about how to treat COVID-19 based on <u>existing data</u> on SARS, MERS, and the flu. Applying data on SARS, MERS, and the flu to COVID-19 may not be effective or relevant.

- None of the studies here investigate how age may determine the effectiveness of masks or the prevalence of asymptomatic infection. MacIver has found that the age question is <u>crucial</u> to understanding the spread of the virus. It is, therefore, irresponsible to exclude questions about age from these studies. It is also clear from mask mandates around the US that the age at which masks are required range from 3 to 11. It is clear from this that there is no evidence to support which age would be the *right age*.

- Many studies conclude that masks are the X-factor for reducing virus transmission. Authors reach this conclusion, however, by ignoring the effects of other mitigation strategies – hand washing, sanitizing surfaces, physical distancing, properly coughing and sneezing into your elbow, etc. These measures reduce COVID-19 transmission and may very well be more important and effective in the stopping of the spread of the virus. They also completely ignore the fact that regardless of mask wearing, a certain percentage of people within a population will still get the virus. There have been no credible studies nor claims that pretend a given number of people will contract COVID-19.

- Many studies are very limited by the number of people in their study group. If a study looks at COVID-19 infections in 100 people, it is impossibly hard to take conclusions from the study and apply them to a population of millions of people. This is the antithesis of proper scientific research.

- The evidence that studies presented does not support the authors' premises that mask mandates will and must protect an entire population. Their studies also don't prove definitively how often COVID-19 is spread asymptomatically, which defeats the argument that masks should be required to stop the asymptomatic spread of COVID-19.

- Many studies assume that asymptomatic cases are just as dangerous as symptomatic cases, so masks need to be used to prevent both. The limited data does not support this idea.

**They Said At First No Need To Wear A Mask, Now Everyone Must**

In addition to the non-conclusive studies on the effectiveness of masks and asymptomatic spread, early health experts actually discouraged the public from wearing masks.

The US Surgeon General, the CDC, and Dr. Anthony Faucci advised from the beginning that the sick and the medical community will benefit from wearing masks, not the general public.

At the end of February, Surgeon General Jerome Adams was tweeting that masks "are NOT effective in preventing general public from catching #Coronavirus, but if healthcare providers can't get them to care for sick patients, it puts them and our communities at risk!"

Seriously people- STOP BUYING MASKS!

They are NOT effective in preventing general public from catching #Coronavirus, but if healthcare providers can't get them to care for sick patients, it puts them and our communities at risk! https://t.co/UxZRwxxKL9

— U.S. Surgeon General (@Surgeon_General) February 29, 2020

In a 60 Minutes interview in March, Dr. Faucci said wearing a face mask should be reserved for "healthcare providers needing them, and people who are ill."

"There's no reason to be walking around with a mask. When you're in the middle of an outbreak, wearing a mask might make people feel a little bit better, and it might even block a droplet, but it's not providing the perfect protection that people think that it is," Faucci said.



## Wear a facemask if you are sick

- **If you are sick:** You should wear a facemask when you are around other people (e.g., sharing a room or vehicle) and before you enter a healthcare provider's office. If you are not able to wear a facemask (for example, because it causes trouble breathing), then you should do your best to cover your coughs and sneezes, and people who are caring for you should wear a facemask if they enter your room. Learn what to do if you are sick.

- **If you are NOT sick:** You do not need to wear a facemask unless you are caring for someone who is sick (and they are not able to wear a facemask). Facemasks may be in short supply and they should be saved for caregivers.

CDC guidance from late March

Their guidance rapidly changed in early April to recommending masks for the general public.

"The CDC, the World Health Organization, my office, and most public health and health organizations and professionals originally recommended against the general public wearing masks, because based on the best evidence available at the time, it was not deemed that that would have a significant impact on whether or not a healthy person wearing a mask would contract COVID-19," said Surgeon

General Adams at a White House press conference on April 3.

Adams explained that new evidence about asymptomatic spread of the virus had led the COVID-19 task force and the CDC to recommend "wearing cloth face coverings in public settings where other social distancing measures are difficult to maintain. These include places like grocery stores and pharmacies.  We especially recommend this in areas of significant community-based transmission.  It is critical."

Dr. Faucci talked about his changed position with Bloomberg News' David Westin on August 5. Along with hand washing, social distancing, and staying away from crowded places like bars, Faucci says it's fundamentally important to control the spread of COVID-19 by "wearing masks universally, indoor and outdoor."

"For me as a public health official, obviously I would like the consideration that everybody wears a mask," he said to David Westin. But he also acknowledged the pushback by people at the state level against mask mandates. So instead, Faucci says, "If we uniformly and consistently give the message that it is extremely important to wear a mask, that could be as good as a mandate."

The CDC has since changed their message as well. Their website now says that "Everyone should wear a cloth face cover in public settings" because "You could spread COVID-19 to others even if you don't feel sick."

 ## Cover your mouth and nose with a cloth face cover when around others

- You could spread COVID-19 to others even if you do not feel sick.
- The cloth face cover is meant to protect other people in case you are infected.
- Everyone should wear a cloth face cover in public settings and when around people who don't live in your household, especially when other social distancing measures are difficult to maintain.
  - Cloth face coverings should not be placed on young children under age 2, anyone who has trouble breathing, or is unconscious, incapacitated or otherwise unable to remove the mask without assistance.
- Do NOT use a facemask meant for a healthcare worker. Currently, surgical masks and N95 respirators are critical supplies that should be reserved for healthcare workers and other first responders.
- Continue to keep about 6 feet between yourself and others. The cloth face cover is not a substitute for social distancing.

Current CDC guidance on face masks

National guidance continues to recommend face masks for the sick.

"We have always recommended that symptomatic people wear a mask, because if you're coughing, if you have a fever, if you're symptomatic, you could transmit disease to other people," the Surgeon General said in April.

All sources stressed that masks are not meant to substitute physical distancing and other hygienic practices.

**Media Narrative Does Not Match The Data**

These studies show that masks, social distancing, and eye protection do have some effect on the spread of COVID-19. N95 masks and social distancing appear to be the biggest deterrents to virus transmission.

The studies here also make clear that the science is not clear at all, but you would not know that from reading the media description of the studies. The research hasn't figured out yet how much virus transmission is stopped by wearing a mask, and still hasn't determined how many COVID-19 infections come from the asymptomatic cases that mask proponents say they're targeting.

The current body of research is flawed, vague, and incomplete at best.

Still, scientists, public officials, and pundits recommend or strongly urge mask mandates on a massive scale.

A July 14 editorial by three CDC physicians in the Journal of the American Medical Association (JAMA) sums up this logic nicely: "In the absence of such data, it has been persuasively argued the precautionary principle be applied to promote community masking because there is little to lose and potentially much to be gained."

What mainstream media and well-known medical officials seem to miss is that a "precautionary principle" is not the same as science. In fact, the science we see here gives us no concrete answers yet. Lacking evidence cannot be an excuse for leadership to lie and compel private citizens to all wear masks.

The media narrative continues on saying masks do work, mandating masks will work, and mask orders are the *only* way to stop the further spread of the coronavirus. Based on the studies reviewed here, that conclusion doesn't follow the science.

**Not Seeing Your Favorite Mask Study Here?**

If there's another study being cited in the face mask public policy debate you'd like us to investigate, email us at info@maciverinstitute.com

Plaintiff's Exhibit 78

bmj.com

# Covid-19: Are cloth masks still effective? And other questions answered

*Mahase E.*

11-14 minutes

Intended for healthcare professionals

1. News & Views

2. Covid-19: Are cloth...

3. Covid-19: Are cloth masks still effective? And other questions answered

*News News Analysis BMJ 2021; 372 doi: https://doi.org/10.1136/bmj.n432 (Published 15 February 2021) Cite this as: BMJ 2021;372:n432*

Read our latest coverage of the coronavirus outbreak

1. Elisabeth Mahase

Author affiliations

In light of new, more transmissible variants of SARS-CoV-2, **Elisabeth Mahase** examines what kinds of mask the public should be wearing, and where they should be worn

## Are cloth masks still recommended?

Early in the pandemic, major problems in the global supply of medical grade masks meant that the public was asked to avoid using these so that stock could be used to protect healthcare workers. At this point, bodies such as the US Centres of Disease Control and Prevention (CDC) recommended that the public wear cloth masks and even provided information on how to make them out of household items such as T shirts.[1]

Many people are still wearing cloth masks, which can now be bought in many shops. But as the worldwide supply of medical grade face masks has expanded, arguments have been made that some members of the public should start wearing more protective masks such as surgical masks. This argument has been strengthened by the emergence of more transmissible variants of SARS-CoV-2, including the UK and South African variants, in response to which some countries have tightened their guidance on what types of masks are allowed.

In France, homemade masks and some shop bought cloth masks have now been banned, after the president of the government's scientific committee, Jean-François Delfraissy, said that the

new variants had "completely changed the game."

French health minister Olivier Véran announced on 22 January that people in France should no longer wear homemade masks or certain industrially made fabric masks, listed as category 2. The government specified that category 1 masks filter 95% of 3 μm particles, whereas category 2 devices filter only 70%. Only three types of masks will be recommended: surgical (which filter 95% of 3 μm particles), FFP2 (which filter 94% of 0.6 μm particles), and fabric masks made to category 1 standards.

Austria has gone a step further, making FFP2 masks mandatory in indoor public spaces and sending out free packs of these masks to all residents aged over 65 and to low income households. Like the UK, the country is currently in its third national lockdown.[2]

Germany has made medical masks mandatory in supermarkets and on public transport. London's mayor, Sadiq Khan, wants to introduce a similar requirement on the UK capital's public transport system. The London newspaper the *Evening Standard* reported that the mayor's office was currently reviewing whether passengers should switch to higher grade masks in light of the new variants.[3] The former health secretary for England, Jeremy Hunt, has also called for FFP2 respirator masks to be made compulsory on public transport and in shops.[4]

On 1 December the World Health Organization updated its advice to recommend medical masks for people at risk of serious covid-19 illness and for people aged over 60.[5] But this was made before it became clear how new the variants affected transmission. Commenting on the types of cloth mask the public should wear, a WHO spokesperson told *The BMJ*, "For all others, a reusable three layer fabric mask is advised. The filtration, breathability, and fit of the mask are important. If the mask is produced at home, WHO advises an inner absorbent material such as cotton, a non-absorbent fabric such as polyester outside, and a middle filter layer, such as non-woven spunbond polypropylene."

The spokesperson added that respirators and medical masks "continue to be in short supply for health workers."

Fabric masks vary in terms of protection. The consumer website Which? examined this issue and provided a list of the best reusable masks on the market.[6]

## Are two masks better than one?

Some medical leaders have suggested that wearing two masks could provide more protection. Anthony Fauci, chief medical adviser to US president Joe Biden, told the US *Today* television programme that "if you have a physical covering with one layer, you put another layer on it, it just makes common sense that it likely would be more effective."[7]

New research from the CDC supports this. It has reported that transmission can be reduced by up to 96.5% if both an infected person and an uninfected person wear tightly fitted surgical masks or a cloth mask together with a surgical mask.[8]

But a WHO spokesperson, commenting in the hours before the new CDC guidance emerged, told *The BMJ* that it was not currently recommending double masking. "Based on the currently

available information on the spread of variants of concern, WHO is maintaining its advice on the use of masks. We will continue to review evidence as it becomes available."

## Should the public be wearing masks outdoors?

The UK's Scientific Advisory Group for Emergencies (SAGE) is considering this. In a recent paper that focused on physical distancing and face coverings in light of the UK variant B.1.1.7, SAGE said "using face coverings in a wider range of settings where people could be asymptomatic and may be in close proximity (less than 2 m)" should now be considered.9

The paper said, "Transmission in outdoor settings where people are distanced is likely to still be very low risk. However, it remains the case that if people are in close proximity for extended periods in an outdoor setting, there is a potential risk of transmission from the higher concentrations of respiratory particles near to an infected person. It is possible that this close range risk is greater with the B.1.1.7 variant (low confidence)."

The Department of Health and Social Care for England did not respond when *The BMJ* asked it whether the UK government was considering recommending masks outdoors.

Paul Hunter, professor in medicine at Norwich Medical School and one of the reviewers for the WHO mask guidance, said the advice may depend on the situation. "If you're outside in a big queue, and people aren't socially distancing around you, I would put a mask on. But if I'm just walking on a not overly busy high street [or] going for a walk around a village I wouldn't wear a mask," he said.

Hunter added that people should be careful not to get their mask wet, especially if they are then going to go indoors wearing the same mask. He explained, "If that material gets wet, you can't breathe through the material, and the mask then loses much of its effectiveness. So if it rains and you've got a mask on, it becomes pointless because you can't breathe through it. If it's cold outside and your breath wets the mask, as it will do, it becomes much less useful."

WHO has recommended that masks be worn outdoors when there is "known or suspected community or cluster transmission" and when physical distancing cannot be maintained.

## Does the UK's mask policy need updating?

Despite the changes in other countries and calls from within the UK to update policy, a spokesperson for the Department of Health and Social Care—which does not consider cloth masks to be personal protective equipment (PPE)—told *The BMJ*, "We have no plans to make it mandatory for the public to wear PPE. The most important and effective actions members of the public can take for protection is to wear a face covering where necessary, staying at home unless leaving is absolutely necessary, and maintaining a 2 m social distance when in public.

"While our PPE supply is stable, we are clear that PPE should be reserved for frontline health and social care workers and is not recommended for use in retail and hospitality settings or by the public."

But Hunter said the government should be reviewing its policy. Speaking to *The BMJ*, he said, "I

would disagree with that. I think we would have done a lot better last year if we had actually paid more attention to WHO guidance than if we tried to make it up ourselves."

Many medical bodies, including the BMA and the Doctors' Association UK, have also been calling for PPE guidance for healthcare workers to be reviewed .

A WHO spokesperson told *The BMJ*, "Based on evidence gathered from scientists, public health professionals, and national health authorities to date, the variants appear to be more transmissible, but there does not appear to be a change in the way that they are transmitted.

"Studies are still ongoing, but available evidence suggests there is a mutation in these variants that result in the virus being able to bind more efficiently to human cells; but the modes of transmission have not changed.

"This is why our advice at the moment is to stress the importance of adherence to a combination of measures that are known to prevent the spread of SARS-CoV-2: practising physical distancing, wearing a mask, practising respiratory hygiene, performing hand hygiene, avoiding crowded spaces, and ensuring adequate ventilation."

### Is there any new evidence on mask wearing by the public?

New studies looking at the effects of wearing masks have been published during the pandemic. US researchers recently looked at the impact of state-wide mask requirements on new cases per 100 000 population per day from 1 January 2020 to 24 October 2020.[10] They reported that, after adjusting for interstate differences, states that adopted mask requirements early saw the strongest effects on numbers of new cases when compared with those that did not adopt such measures. The effect was smaller but still "clearly protective" when comparing early adopter states to late adopters. "These analyses advance the scientific evidence showing positive impacts of state-wide mask requirements in the US," the researchers concluded.

Meanwhile, a preprint tested the effectiveness of different face masks and compared this with the perceptions of protection among 710 US residents.[11] A TSI 8038+machine was used to test N95, surgical, and two fabric face masks on an individual 25 times each. The researchers reported that fabric face masks "blocked between 62.6% and 87.1% of fine particles, whereas surgical masks protected against an average of 78.2% of fine particles. N95 masks blocked 99.6% of fine particles." But they said that survey respondents tended to "underestimate the effectiveness of masks, especially fabric masks." The results indicated that "fabric masks may be a useful tool in the battle against the covid-19 pandemic and that increasing public awareness of the effectiveness of fabric masks may help in this endeavour," the authors concluded.

This article is made freely available for use in accordance with BMJ's website terms and conditions for the duration of the covid-19 pandemic or until otherwise determined by BMJ. You may use, download and print the article for any lawful, non-commercial purpose (including text and data mining) provided that all copyright notices and trade marks are retained.

https://bmj.com/coronavirus/usage

View Abstract

Plaintiff's Exhibit 79

nomaskers.org

# Association of American Physicians and Surgeons

*Copyright Benchmark Technologies, Incorporated*

46-59 minutes

---

- Home
- Resources
- View Resource

Published Studies: Masks are INEFFECTIVE 0 Comments 10/18/2020



Definitive study establishes conclusively not only that masks don't work, but WHY.

**Posted By: Fielden Nolan (nolanf)**

curated by Marilyn M. Singleton, M.D., J.D. – http://marilynsingletonmdjd.com/

*Updated September 26, 2020*

**Introduction**

COVID-19 is as politically-charged as it is infectious. Early in the COVID-19 pandemic, the WHO, the CDC and NIH's Dr. Anthony Fauci discouraged wearing masks as not useful for non-health care workers. Now they recommend wearing cloth face coverings in public settings where other social distancing measures are hard to do (e.g., grocery stores and pharmacies). The recommendation was published without a single scientific paper or other information provided to support that cloth masks actually provide any respiratory protection. Let's look at the data.

The theory behind mask wearing:

- Source control: Cloth mask can trap droplets that come out of a person's mouth when they cough or sneeze.

- Protection: Personal Protective Equipment (PPE) – only N95 masks

**Transmission of SARS-CoV-2**

Note: A COVID-19 (SARS-CoV-2) particle is 0.125 micrometers/microns (µm); influenza virus size is 0.08 – 0.12 µm; a human hair is about 150 µm.

*\*1 nm = 0.001 micron; 1000 nm = 1 micron; Micrometer (µm) is the preferred name for micron*

*\*1 meter is = 1,000,000,000 [trillion] nm or 1,000,000 [million] microns*

\*For a complete dissection and explanation of aerosols and airborne particles, please see *Understanding Particle Size and Aerosol-based Transmission* by Steve Probst. https://www.4cconference.com/wp-content/uploads/2020/07

/Understanding-Particle-Size-and-Aerosol-Based-Transmission.pdf

Droplets

- Virus is transmitted through respiratory droplets produced when an infected person coughs, sneezes, or talks.

- Larger respiratory droplets (>5 µm) remain in the air for only a short time and travel only short distances, generally <1 meter. They fall to the ground quickly. *https://www.thelancet.com/journals/lanres/article/PIIS2213-2600(20)30245-9/fulltext*

- This idea guides the CDC's advice to maintain at least a 6-foot distance.

- Small (<5 µm) aerosolized droplets can remain in the air for at least 3 hours and travel long distances (up to 27 ft.).

- *https://www.nejm.org/doi/pdf/10.1056/NEJMc2004973?articleTools=true;*

- https://www.cidrap.umn.edu/covid-19/podcasts-webinars/special-ep-masks;

- https://www.nap.edu/catalog/25769/rapid-expert-consultation-on-the-possibility-of-bioaerosol-spread-of-sars-cov-2-for-the-covid-19-pandemic-april-1-2020

Air currents

- In an air conditioned environment these large droplets may travel farther.

- Ventilation.  Even the opening of an entrance door and a small window can dilute the number of small droplets to one half after 30 seconds. *(This study looked at droplets from uninfected persons).* This is clinically relevant because poorly ventilated and populated spaces, like public transport and nursing homes, have high SARS-CoV-2 disease transmission despite physical distancing.

- *https://www.thelancet.com/journals/lanres/article/PIIS2213-2600(20)30245-9/fulltext*

Humidity

- Since 1961, experiments showed that viral-pathogen-carrying droplets were inactivated within shorter and shorter times as ambient humidity was increased. Dryness drives the small aerosol particles. See e.g., review of studies, *https://aaqr.org/articles/aaqr-20-06-covid-0302*

Conclusions

The preponderance of scientific evidence supports that aerosols play a critical role in the transmission of SARS-CoV-2. Years of dose response studies indicate that if anything gets through, you will become infected.

- Thus, any respiratory protection respirator or mask must provide a high level of filtration and fit to be highly effective in preventing the transmission of SARS-CoV-2.  (Works for Mycobacterium tuberculosis (3µm)

- Public health authorities define a significant exposure to COVID-19 as face-to-face contact within 6 feet with a patient with symptomatic COVID-19 that is sustained for at least a few minutes (and some say more than 10 minutes or even 30 minutes).

- The chance of catching COVID-19 from a passing interaction in a public space is therefore minimal.

---

**MASKS**

**Filter Efficiency and Fit**

*Data from a University of Illinois at Chicago review* https://www.cidrap.umn.edu/news-perspective/2020/04/commentary-masks-all-covid-19-not-based-sound-data

- HEPA (high efficiency particulate air) filters are 99.97 to 100% efficient. HEPA filters are tested with particles that are 0.125 µm (the size of SARS-CoV-2).

- Masks and respirators work by collecting particles through several physical mechanisms, including diffusion (small

particles) and interception and impaction (large particles).

- Surgical masks are loose-fitting devices that were designed to be worn by medical personnel to protect accidental contamination of patient wounds, and to protect the wearer against splashes or sprays of bodily fluids. They aren't effective at blocking particles smaller than 100 µm. *https://multimedia.3m.com/mws/media/957730O/respirators-and-surgical-masks-contrast-technical-bulletin.pdf*

- OSHA/CDC:  A surgical mask is not a respirator. It cannot be used to protect workers who perform or assist with aerosol-generating procedures, which may create very fine aerosol sprays. **A surgical mask can only be used to protect workers from contact with the large droplets made by patients when they cough, sneeze, talk or breathe**. *https://www.osha.gov/dts/guidance/flu/healthcare.html*

---

**Laboratory Studies**

- N95 filtering facepiece respirators (FFRs) are constructed from electret (a dielectric material that has a quasi-permanent electric charge.) *An electret generates internal and external electric fields so the filter material has electrostatic attraction for additional collection of all particle sizes. As flow increases, particles will be collected less efficiently.*

- A *properly fitted* N95 will block 95% of tiny air particles down to 0.3 µm from reaching the wearer's face.

- *https://www.honeywell.com/en-us/newsroom/news/2020/03/n95-masks-explained*.

- Problem: no source control. An N95 does not filter exhaled air passing through the exhaust/exhalation valve (for easier breathing and less moisture inside the mask).

- Study measuring filter efficiency (2010)

- *https://academic.oup.com/annweh/article/54/7/789/202744; https://www.cidrap.umn.edu/news-perspective/2020/04/commentary-masks-all-covid-19-not-based-sound-data; https://academic.oup.com/annweh/article/54/7/789/202744*

- Filter efficiency was measured across a wide range of small particle sizes (0.02 to 1 µm) at 33 and 99 L/min.

- All the cloth masks and materials had near zero efficiency at 0.3 µm, a particle size that easily penetrates into the lung (SARS-CoV-2 is 0.125 µm).

- Efficiency for the entire range of particles

- T-shirts — 10%

- Scarves — 10% to 20%

- Cloth masks — 10% to 30%

- Sweatshirts — 20% to 40%

- Towels — 40%

- Study measuring filter efficiency (2014, Korea)

- *https://aaqr.org/articles/aaqr-13-06-oa-0201*

- Evaluated 44 masks, respirators, and other materials with similar methods and small aerosols (0.08 and 0.22 µm)

- N95 FFR filter — >95% efficiency

- Medical masks — 55% efficiency

- General (cloth) masks — 38% efficiency

- Handkerchiefs — 2% (one layer) to 13% (four layers) efficiency.

- **Conclusion:** Wearing masks (other than N95) will not be effective at preventing SARS-CoV-2 transmission, whether worn as source control or as PPE.

- N95s protect health care workers, but are not recommended for source control transmission.

- Surgical masks are better than cloth but not very efficient at preventing emissions from infected patients. Cloth masks must be 3 layers, plus adding static electricity by rubbing with rubber glove.

- The cloth that serves as the filtration for the mask is meant to trap particles being breathed in and out. But it also serves as a barrier to air movement because it forces the air to take the path of least resistance, resulting in the aerosols going in and out at the sides of the mask.

- An August 2020 UCSF study suggested that the mask would decrease the absolute volume of the inoculum. (The concentrations of bacteria upstream and downstream of the test devices were measured with an aerodynamic size spectrometer) *https://ucsf.app.box.com/s/blvolkp5z0mydzd82rjks4wyleagt036*

---

**Human Studies**

- Study of correct use of masks (2020, Singapore).

- *https://www.medpagetoday.com/infectiousdisease/publichealth/86601*

- Overall, data were collected from 714 men and women. Of all ages, only 90 participants (12.6%) passed the visual mask fit test. About 75% performed strap placement incorrectly, 61% left a "visible gap between the mask and skin," and about 60% didn't tighten the nose-clip.

- Study of surgical face mask use in health care workers (2009, Japan).

- *https://pubmed.ncbi.nlm.nih.gov/19216002/*

- Masks did not provide benefit in terms of cold symptoms or getting cold.

- Randomized clinical trial of standard medical/surgical masks in health care workers (2010, Australia).

- *https://onlinelibrary.wiley.com/doi/epdf/10.1111/j.1750-2659.2011.00198.x?fbclid=IwAR3kRYVYDKb0aR-su9_me9_vY6a8KVR4HZ17J2A_80f_fXUABRQdhQlc8Wo*.

- Study was spurred by the H1N1 flu. While N95 masks offered protection against respiratory illness, medical mask wearers and control group numbers were similar.

- Review of influenza virus and face masks in health care workers (HCWs) (2010, Hong Kong).

- *https://www.cambridge.org/core/journals/epidemiology-and-infection/article/face-masks-to-prevent-transmission-of-influenza-virus-a-systematic-review/64D368496EBDE0AFCC6639CCC9D8BC05*

- 6 studies of face mask use, both surgical masks and N-95 respirators in HCWs and community settings. The effectiveness of face masks is probably impacted by compliance issues in both the healthcare and community setting. Various studies show a lower level of compliance with face masks or find lower reported acceptability of face masks compared to hand hygiene behaviors and other non-pharmaceutical interventions.

- Review of masks against influenza (2012, Europe).

- *https://onlinelibrary.wiley.com/doi/epdf/10.1111/j.1750-2659.2011.00307.x*

- 17 eligible studies.  One study had improvement with mask plus hand sanitizer.  None of the studies established a conclusive relationship between mask/respirator use and protection against influenza infection.

- *The first randomized controlled trial of cloth masks in health care workers (2015, Australia).

- *https://bmjopen.bmj.com/content/5/4/e006577*; *https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4420971/pdf/bmjopen-2014-006577.pdf*

- Penetration of:
- Cloth masks by particles — 97%

- Medical masks — 44%,

- 3M Vflex 9105 N95 — 0.1%

- 3M 9320 N95 —  <0.01%

- Cloth masks resulted in significantly higher rates of infection than medical masks, and also performed worse than the control arm some of whom may have worn masks.

- <mark>The virus may survive on the surface of the face masks</mark>

- <mark>Self-contamination through repeated use and improper doffing is possible. A contaminated cloth mask may transfer pathogen from the mask to the bare hands of the wearer.</mark>

- <mark>Moisture retention, reuse of cloth masks, and poor filtration may result in increased risk of infection.</mark>

- Cloth masks should not be recommended for health care workers, particularly in high-risk situations.

- Review of N95 and surgical masks against respiratory infection (2016). *https://www.cmaj.ca/content/cmaj/188 /8/567.full.pdf*

- From January 1990 to December 2014.  6 clinical studies:  3 randomized controlled trials (RCTs), 1 cohort study and 2 case–control studies, and 23 surrogate exposure studies.

- In the meta-analysis of the clinical studies, "no significant difference between N95 respirators and surgical masks in associated risk of (a) laboratory-confirmed respiratory infection, (b) influenza-like illness, or (c) reported work-place absenteeism."

- Review of masks and N95s against respiratory infection (2017, Singapore).

- *https://doi.org/10.1093/cid/cix681*

- Separate meta-analyses of 6 randomized controlled trials (RCTs) and 23 observational studies conducted during the 2003 SARS pandemic.

- Compared to medical masks, N95 respirators provided greater protection against clinical respiratory illness (CRI) and bacterial respiratory illness (BRI). These 2 outcomes were common in these trials (average risks of 8.7% and 7.3%, respectively).

- Compared to masks, N95 respirators conferred superior protection against clinical respiratory illness and laboratory-confirmed bacterial, but not viral infections or influenza life illness (ILI).

- Self-reported assessment of clinical outcomes was prone to bias.

- <mark>Evidence of a protective effect of masks or respirators against verified respiratory infection was not statistically significant (compared to no mask)</mark>

- Randomized Controlled Trial: N95s vs medical masks in health care workers (HCWs) against influenza (2019).

- *https://jamanetwork.com/journals/jama/fullarticle/2749214*

- 2862 randomized participants, 2371 completed the study and accounted for 5180 HCW-seasons.

- Among outpatient health care personnel, N95 respirators (8.2%) vs medical masks (7.2%) resulted in no significant difference in the incidence of laboratory-confirmed influenza. 90% said they wore the mask all the time.

- Review of N95 respirators versus surgical masks against influenza (March 2020, China).

- *https://doi.org/10.1111/jebm.12381*

- 6 randomized controlled trials (RCTs) involving 9,171 participants were included (2015-2020). <mark>There were no statistically significant differences in preventing laboratory-confirmed influenza, laboratory-confirmed respiratory viral infections, laboratory-confirmed respiratory infection and influenza-like illness using N95 respirators and surgical masks.</mark>

- Meta-analysis indicated a protective effect of N95 respirators against laboratory-confirmed bacterial colonization.

- CDC Review since 1946 of masks and influenza (May 2020)

- Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings—Personal Protective and Environmental Measures." https://wwwnc.cdc.gov/eid/article/26/5/19-0994_article

- Systematic review. 10 RCTs that reported estimates of the effectiveness of face masks in reducing laboratory-confirmed influenza virus infections in the community from literature published during 1946–July 27, 2018.

- There is limited evidence for face masks' effectiveness in preventing laboratory-confirmed influenza virus transmission either when worn by the infected person for source control or when worn by uninfected persons to reduce exposure.

- "Proper use of face masks is essential because improper use might increase the risk for transmission."

- A study of 4 patients (July 2020, South Korea).

- https://www.acpjournals.org/doi/10.7326/M20-1342

- Known patients infected with SARS-CoV-2 wore masks and coughed into a Petrie dish. "Both surgical and cotton masks seem to be ineffective in preventing the dissemination of SARS–CoV-2 from the coughs of patients with COVID-19 to the environment and external mask surface."

- Studied different types of face coverings in non-clinical setting (August 2020).

- https://advances.sciencemag.org/content/early/2020/08/07/sciadv.abd3083

- *They used a black box, a laser, and a camera.* A person wears a face mask and speaks into the direction of an expanded laser beam inside a dark enclosure. Droplets that propagate through the laser beam scatter light, which is recorded with a camera. A simple computer algorithm then counts the droplets seen in the video.

- The N95 led to a droplet transmission of below 0.1%.

- Cotton and polypropylene masks, some of which were made from apron material showed a droplet transmission ranging from 10% to 40%.

- Knitted mask had up to 60% droplet transmission.

- Neck fleece had 110% droplet transmission (10% higher than not wearing a mask).

- Speaking through some masks (particularly the neck fleece, bandanas) seemed to disperse the largest droplets into a multitude of smaller droplets … which explains the apparent increase in droplet count relative to no mask in that case.

- See "Positive Effects of Masks" below. A recent study suggested that the mask would decrease the absolute volume of the inoculum. (The concentrations of bacteria upstream and downstream of the test devices were measured with an aerodynamic size spectrometer) https://ucsf.app.box.com/s/blvolkp5z0mydzd82rjks4wyleagt036

- Austrian observation (August 2020)

- https://corona-transition.org/maskenpflicht-brachte-in-osterreich-keinerlei-messbaren-nutzen (in German)

- The introduction, retraction and re-introduction of mandatory face masks in Austria had no influence at all on the infection rate.

- News report (August 13, 2020)

- https://sentinelksmo.org/more-deception-kdhe-hid-data-to-justify-mask-mandate/

- In Kansas, the 90 counties without mask mandates had lower coronavirus infection rates than the 15 counties with mask mandates. To hide this fact, the Kansas health department tried to manipulate the official statistics and data presentation.

---

Study from France:

Daily New Cases



https://swprs.org/face-masks-evidence/ (Swiss Policy Research)

Johns Hopkins, 9/21/20

### New Confirmed COVID-19 Cases per Day, normalized by population



https://twitter.com/Covid19Crusher/status/1308013900546428928

**Negative Effects of Masks**

==Air inside the mask is definitely stale.  In filtering particles, the mask makes it harder to breathe.==

**Decreased PaO2**

- A 2004 observational study of end stage renal disease patients during dialysis for 4 hours (2004, Taiwan).

- *https://pubmed.ncbi.nlm.nih.gov/15340662/;*

- *https://www.researchgate.net/publication
/8371248_The_physiological_impact_of_wearing_an_N95_mask_during_hemodialysis_as_a_precaution_against_SARS_in_patients_with_end_
stage_renal_disease*

- 39 patients, mean age, 57 years. 70% had decreased PaO2 (from 100 to 92); 19% had hypoxemia (PaO2 <70); all

patients had increased respiratory rate 16 to 18; chest discomfort (3 baseline patients to 11 patients); respiratory distress (1 baseline patient to 17 patients)

- Stanford engineers estimated that N95 masks cause a 5% to 20% reduction in O2 intake. This can cause dizziness and lightheadedness. This can be life-threatening for someone with lung disease or with respiratory distress.
- *https://engineering.stanford.edu/magazine/article/covid-19-prompts-team-engineers-rethink-humble-face-mask*

- Study of surgeons in the OR (2008, Turkey).
- *http://scielo.isciii.es/pdf/neuro/v19n2/3.pdf*

- Scientists looked at O2 levels of surgeons wearing masks while performing surgery. Found a decrease in the oxygen saturation of arterial pulsations (peripheral capillary O2 saturation/SpO2) fell from 98% to 96% and a slight increase in pulse rates compared to preoperative values in all surgeon groups.

**Increased CO2**

- This may be merely theoretical. Carbon dioxide molecules freely diffuse through the masks, allowing normal gas exchange while breathing.

- CO2 is present in the atmosphere at a level of about 0.04% (400ppm). According to the U.S. Department of Agriculture / OSHA, carbon dioxide becomes toxic at concentrations above 4 percent (40,000ppm); symptoms at 5,000-10,000 ppm. 10,000 ppm has been measured behind mask.

- Experiment (July 2020).
- *https://www.wthr.com/article/news/health/coronavirus/verify-do-face-masks-reduce-oxygen-intake-carbon-dioxide-experiment-multiple-maskss/531-c00c96cb-9273-4947-949c-0807f94454a7*

- Pulse oximeter and exhaled CO2 (via tube in mask) No change with mask. (End-tidal capnography or end-tidal CO2 (EtCO2) monitoring is a non-invasive technique that measures the partial pressure or maximal concentration of carbon dioxide (CO2) at the end of an exhaled breath. The normal values are 5-6% CO2, which is equivalent to 35-45 mmHg.)

- Health care worker study (2005, Scandinavia)
- *https://pubmed.ncbi.nlm.nih.gov/16441251/*

- 37.3% reported face-mask-associated headaches, 32.9% reported headache frequency >6 times per month. 7.6% had taken sick leave from March 2003 to June 2004 (mean 2 days; range 1-4 days) and 59.5% required use of abortive analgesics because of headache.

- Health care worker study (2009, Japan) with similar headache results as Scandinavian study (above).
- *https://pubmed.ncbi.nlm.nih.gov/19216002/*

- While there are some articles reporting OSHA tests, it is not clear they were proper tests.

- Some people have mistakenly claimed that OSHA standards (e.g., the Respiratory Protection standard, 29 CFR 1910.134; the Permit-Required Confined Space standard 29 CFR 1910.146; and the Air Contaminants standard, 29 CFR 1910.1000) apply to the issue of oxygen or carbon dioxide levels resulting from the use of medical masks or cloth face coverings in work settings with normal ambient air (e.g. healthcare settings, offices, retail settings, construction). These standards do not apply to the wearing of medical masks or cloth face coverings in work settings with normal ambient air). These standards would only apply to work settings where there are known or suspected sources of chemicals (e.g., manufacturing facilities) or workers are required to enter a potentially dangerous location (e.g., a large tank or vessel). *https://www.osha.gov/SLTC/covid-19/covid-19-faq.html*

- It is hard to tell if the headaches experienced by HCWs with N95s is CO2 or having a strap around the head.

- But when asked should we be worried about CO2, mask proponents say, "No" because you can exhale around the sides of the mask. This defeats the purpose. (2006) *https://pubmed.ncbi.nlm.nih.gov/16441251/*

**Moisture retention**

- Reuse of cloth masks, frequency and effectiveness of cleaning, and poor filtration may result in increased risk of infection.

- Observations during SARS suggested double-masking and other practices increased the risk of infection because of moisture, liquid diffusion.

- *https://bmjopen.bmj.com/content/5/4/e006577; https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4420971/pdf/bmjopen-2014-006577.pdf*

- Recent study (in German) cultured 82 bacterial colonies & 4 mold (fungoid) colonies from a child's masks after 8 hours of wear.

- *https://twitter.com/MMaccruiskeen/status/1307266527662669825?s=20*

**Self-contamination**

- Contamination through repeated use and improper doffing is possible.  The virus may survive on the surface of the mask.  The pathogen goes from mask to bare hands.

**"Mask mouth"**

- Reported by dentists.  *https://nypost.com/2020/08/05/mask-mouth-is-a-seriously-stinky-side-effect-of-wearing-masks/*

- Wearing masks increases dryness, which leads to decrease in saliva. It is the saliva that fights bacteria. Result is decaying teeth, receding gum lines and seriously sour breath. Gum disease — or periodontal disease — will eventually lead to strokes and an increased risk of heart attacks."

World Health Organization (WHO), June 2020

- https://apps.who.int/iris/bitstream/handle/10665/332293/WHO-2019-nCov-IPC_Masks-2020.4-eng.pdf?sequence=1&isAllowed=y

- "The likely disadvantages of the use of mask by healthy people in the general public include:
- potential increased risk of self-contamination due to the manipulation of a face mask and subsequently touching eyes with contaminated hands;

- potential self-contamination that can occur if non- medical masks are not changed when wet or soiled. This can create favourable conditions for microorganism to amplify;

- potential headache and/or breathing difficulties, depending on type of mask used;

- potential development of facial skin lesions, irritant dermatitis or worsening acne, when used frequently for long hours;

- difficulty with communicating clearly;

- potential discomfort;

- a false sense of security, leading to potentially lower adherence to other critical preventive measures such as physical distancing and hand hygiene;

- poor compliance with mask wearing, in particular by young children;

- waste management issues; improper mask disposal leading to increased litter in public places, risk of contamination to street cleaners and environment hazard;

- difficulty communicating for deaf persons who rely on lip reading;

- disadvantages for or difficulty wearing them, especially for children, developmentally challenged persons, those with mental illness, elderly persons with cognitive impairment, those with asthma or chronic respiratory or breathing problems, those who have had facial trauma or recent oral maxillofacial surgery, and those living in hot and humid environments.

The Hamburg Environmental Institute (July 2020) warned of the inhalation of chlorine compounds in polyester masks as well as problems in connection with face mask disposal. https://swprs.org/face-masks-evidence/; https://corona-transition.org/maskentragen-noch-ungesunder-als-gedacht (in German)

Psychological Damage in Children (September 11, 2020).

*https://www.world-today-news.com/70-doctors-in-open-letter-to-ben-weyts-abolish-mandatory-mouth-mask-at-school-belgium/*

- 70 Belgian doctors begged for cancellation of mask mandate at school. "In recent months, the general well-being of children and young people has come under severe pressure. We see in our practices an increasing number of children and young people with complaints due to the rules of conduct that have been imposed on them.  We diagnose anxiety and sleep problems, behavioral disorders and fear of contamination. We are seeing an increase in domestic violence, isolation and deprivation. Many lack physical and emotional contact; attachment problems and addiction are obvious. **'The mandatory mouth mask in schools is a major threat to their development. It ignores the essential needs of the growing child. The well-being of children and young people is highly dependent on the emotional connection with others.** (…) The aim of education is to create an optimal context so that a maximum development of young people is possible. The school environment must be a safe practice field. **The mouth mask obligation, on the other hand, makes the school a threatening and unsafe environment, where emotional connection becomes difficult. 'In addition, there is no large-scale evidence that wearing face masks in a non-professional environment has any positive effect on the spread of viruses, let alone on general health.'**

  **Unanswered questions**

- Can virions escape an evaporating droplet stuck to a mask fiber?

- What are long-term health effects on HCW, such as headaches, arising from impeded breathing?

- Are there negative social consequences to a masked society?

- Are there negative psychological consequences to wearing a mask, as a fear-based behavioral modification?

- What are the environmental consequences of mask manufacturing and disposal?

- __ ___ _____ _____ _____ _____

- 

- ;_ _____ _____

- __ _____ _____

- __ __ _____ _____

- 

- __ ___ _____ _____ _____

- 

- __ _____ _____

-

- Fabric masks can also be a form of cultural expression, encouraging public acceptance of protection measures in general.

- The safe re-use of fabric masks will also reduce costs and waste and contribute to sustainability."

- Dr. Nancy Messonnier, director of the Center for the National Center for Immunization and Respiratory Diseases (January 31, 2020):
  - *https://www.cdc.gov/media/releases/2020/t0131-2019-novel-coronavirus.html*

- "We don't routinely recommend the use of face masks by the public to prevent respiratory illness…. And we certainly are not recommending that at this time for this new virus."

- The Centers for Disease Control and Prevention (CDC)
  - *https://www.cdc.gov/flu/professionals/infectioncontrol/maskguidance.htm*

- In March 5, 2019 regarding the flu: "Masks are not usually recommended in non-healthcare settings; however, this guidance provides other strategies for limiting the spread of influenza viruses in the community":

- *Cover their nose and mouth when coughing or sneezing,

- *Use tissues to contain respiratory secretions and, after use, to dispose of them in the nearest waste receptacle, and

- *Perform hand hygiene (e.g., handwashing with non-antimicrobial soap and water, and alcohol-based hand rub if soap and water are not available) after having contact with respiratory secretions and contaminated objects/materials.

- On August 7, 2020
- Masks are recommended as a simple barrier to help prevent respiratory droplets from traveling into the air and onto other people when the person wearing the mask coughs, sneezes, talks, or raises their voice. This is called source control.

- CDC recommends that people wear masks in public settings and when around people who don't live in your household, especially when other social distancing measures are difficult to maintain.

- Masks may help prevent people who have COVID-19 from spreading the virus to others.

- Masks are most likely to reduce the spread of COVID-19 when they are widely used by people in public settings.

- Masks should NOT be worn by children under the age of 2 or anyone who has trouble breathing, is unconscious, incapacitated, or otherwise unable to remove the mask without assistance.

- Masks with exhalation valves or vents should NOT be worn to help prevent the person wearing the mask from spreading COVID-19 to others (source control).

- From the New England Journal of Medicine, Universal Masking in the Covid-19 Era, July 9, 2020;
  - *https://www.nejm.org/doi/full/10.1056/NEJMp2006372*

- "We know that wearing a mask outside health care facilities offers little, if any, protection from infection. Public health authorities define a significant exposure to Covid-19 as face-to-face contact within 6 feet with a patient with symptomatic Covid-19 that is sustained for at least a few minutes (and some say more than 10 minutes or even 30 minutes). The chance of catching Covid-19 from a passing interaction in a public space is therefore minimal. In many cases, the desire for widespread masking is a reflexive reaction to anxiety over the pandemic." It is also clear that masks serve symbolic roles. **Masks are not only tools, they are also talismans that may help increase health care workers' perceived sense of safety**, well-being, and trust in their hospitals. Although such reactions may not be strictly logical, we are all subject to fear and anxiety, especially during times of crisis. One might argue that fear and anxiety are better countered with data and education than with a marginally beneficial mask.

- But later authors said, "A growing body of research shows that the risk of SARS-CoV-2 transmission is strongly correlated with the duration and intensity of contact: the risk of transmission among household members can be as high as 40%, whereas the risk of transmission from less intense and less sustained encounters is below 5%.  This finding is also borne

Plaintiff's Exhibit 80

thenewamerican.com

## CDC Admits: No Conclusive Evidence Cloth Masks Work Against COVID - The New American

6-8 minutes



Janna Danilova/iStock/Getty Images Plus

In a recent report in *Emerging Infectious Diseases*, the U.S. Centers for Disease Control and Prevention (CDC) suggests what experts have stated all along: There is no conclusive evidence that cloth masks protects users from coronavirus, especially since most people do not use them correctly and do not keep them clean.

The report states:

More research on cloth masks is needed to inform their use as an alternative to surgical masks/respirators in the event of shortage or high-demand situations. To our knowledge, only 1 randomized controlled trial has been conducted to examine the efficacy of cloth masks in healthcare settings, and the results do not favor use of cloth masks.

More randomized controlled trials should be conducted in community settings to test the efficacy of cloth masks against respiratory infections.

There is increasing evidence that cloth masks not only may be ineffective against stopping coronavirus transmission, but that they may actually increase the spread of the virus, as well as worsening other health conditions.

A September report by the CDC found that more than 70 percent of COVID-positive patients contracted the virus in spite of faithful mask wearing while in public. Moreover, 14 percent of the patients who said they "often" wore masks were also infected. Meanwhile, just four percent of the COVID-positive patients said they "never" wore masks in the 14 days before the onset of their illness.

Likewise, the CDC's October journal report references a 2015 study on cloth mask efficacy that found that rates of infection were "consistently higher" among those in the cloth mask group versus that of the medical mask and control groups. The authors of the study suggested it was likely that the cloth masks were problematic because they retained moisture and had poor filtration.

The CDC writes of that study, "This finding suggest that risk for infection was higher for those wearing cloth masks."

The *California Globe* also observed that extensive randomized control trial (RCT) studies and meta-analysis reviews of those studies have shown that masks and respirators are ineffective against the spread of influenza-like illnesses and respiratory illnesses believed to be spread by droplet and aerosol particles. The *Globe* cited an analysis of 10 "randomized controlled tests" (RCTs) by the Center for Disease Control found "no significant reduction in influenza transmission with the use of face masks."

"There is limited evidence for their [masks] effectiveness in preventing influenza virus transmission," the studies found. This applied to masks "worn by the infected person for source control OR when worn by uninfected persons." They concluded that there was "no significant effect of face masks on transmission of laboratory-confirmed influenza."

Yet the CDC continues to recommend cloth masks for public use, even as the organization has flip-flopped on whether the virus is airborne. Their latest assertion is that airborne transmission is "sometimes" possible "under special circumstances."

However, some experts have been sounding the alarm on the widespread use of masks, asserting they may cause more harm than good.

In fact, a group of doctors in Oklahoma is suing the Tulsa mayor and the Tulsa Health Department over the city's mask mandate, asserting masks cause healthy people to become sick.

"On the OSHA website it states that employers shouldn't make employees work in an environment where they have less than a 19.5 percent oxygen level," said Clayton Clark, one of the plaintiffs. "And the mandated masks cause employees to dip below a 19.5 percent oxygen level within 10 seconds of wearing a mask, so I don't want to make my healthy employees sick."

Another plaintiff, Dr. James Meehan, MD, said he has seen an increase in patients with facial rashes, as well as fungal and bacterial infections, and has heard from colleagues around the globe that bacterial pneumonia is on the rise. He asserts this increase stems directly from mask wearing.

"Why might that be? Because untrained members of the public are wearing medical masks, repeatedly … in a non-sterile fashion…. They're becoming contaminated," he said at an August press conference. "They're pulling them off of their car seat, off the rearview mirror, out of their pocket, from their countertop, and they're reapplying a mask that should be worn fresh and sterile every single time."

"New research is showing that cloth masks may be increasing the aerosolization of the SARS-COV-2 virus into the environment causing an increased transmission of the disease," he added.

Dentists have also reported increases in oral hygiene issues, which they have dubbed "mask mouth."

"We're seeing inflammation in people's gums that have been healthy forever, and cavities in people who have never had them before," says Dr. Rob Ramondi, a dentist and co-founder of One Manhattan Dental. "About 50% of our patients are being impacted by this, [so] we decided to name it 'mask mouth' — after 'meth mouth.'"

On the other hand, Sweden has declared virtual victory over the coronavirus, absent any draconian responses to the pandemic such as mask mandates and lockdowns, opting instead for "herd immunity."

"Sweden has gone from being the country with the most infections in Europe to the safest one," Sweden's senior epidemiologist Dr. Anders Tegnell told Italian newspaper *Corriere della Sera.*

"The findings that have been produced through face masks are astonishingly weak, even though so many people around the world wear them," Tengell states.

The European Center for Disease Control and Prevention confirmed Sweden's reduction in infection rates, with just 12 cases per million, Summit News reported.

Reports by the CDC reveal that just six percent of reported COVID-19 deaths came directly from the virus, while a whopping 94 percent of the deaths attributed to the coronavirus were from people who had two to three serious underlying conditions, in addition to COVID-19.