Plaintiff's Exhibit 81

acpjournals.org

# Contact Settings and Risk for Transmission in 3410 Close Contacts of Patients With COVID-19 in Guangzhou, China

*Chen  Mao*

21-27 minutes

---

Coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) emerged in Wuhan, Hubei Province, China, in December 2019 and has since developed into a global pandemic (1). As of 26 May 2020, a total of 5 404 512 people have been infected, including 343 514 deaths worldwide, with 84 543 cases and 4645 deaths in China (2).

The viral, epidemiologic, and clinical characteristics of the disease have been documented (3–11). However, questions important for control of the epidemic remain (10), including the transmissibility of the virus, which patients are most likely to spread the virus, what contact setting is most likely to result in transmission, and the proportion of infected individuals who are asymptomatic.

To control the COVID-19 outbreak, China has implemented a series of measures to reduce transmission of SARS-CoV-2, including case surveillance and reporting, strengthening quarantine at ports of exit and entry, epidemiologic investigation and close contact management, treatment of patients with COVID-19 in designated hospitals, social distancing, mandatory mask wearing in public settings, financial support, and emergency material support (12). These measures were mandated during the study period.

We examined settings of COVID-19 transmission in a cohort study of 3410 close contacts of 391 index cases of COVID-19 in Guangzhou, China.

**Methods**

**Identification of Index Cases and Contact Tracing**

Index cases were identified through surveillance testing, screening individuals with symptoms who presented to a health care facility, or tracing and screening close contacts (Part 1 of the Supplement). During the COVID-19 outbreak period, health care facilities at all levels and of all types in China were obliged to identify COVID-19 cases and report them immediately via the online direct reporting system to Centers for Disease Control and Prevention (CDCs) in China. Upon receiving a report, the CDCs reviewed cases within 2 hours in the online direct reporting system. Once suspected cases (symptomatic, but not yet confirmed by laboratory testing), confirmed cases (symptomatic cases), and asymptomatic infected persons (asymptomatic cases) were verified and reported, the county or district CDCs completed an epidemiologic investigation of these cases within 24 hours, including contact tracing (13, 14). Close contacts are individuals who have had contact, without effective protection regardless of duration of exposure, with 1 or more persons with suspected or confirmed COVID-19 any time starting 2 days before onset of symptoms in persons with a suspected or

confirmed case, or 2 days before sampling for laboratory testing of asymptomatic infected persons (14).

For close contact tracing on public transportation, a cell phone database based on the movements of the users was developed in China (12). By measuring and recording proximity events between individuals, it can immediately trace close contacts of diagnosed cases upon case confirmation (15). In this way, almost all of the close contacts of public transportation can be traced. A small proportion of close contacts was difficult to trace owing to lack of cell phone data. Detailed information on definitions and close contact tracing is provided in Part 2 of the Supplement.

From 28 December 2019 to 5 March 2020, 3410 close contacts of 391 index cases (244 in Guangzhou and 147 in other regions) were identified and followed up by the Guangzhou CDC (GZCDC) from 13 January 2020 to 6 March 2020. The close contacts included in this study are the close contacts living in Guangzhou of these 391 index cases during the study period and do not include additional close contacts managed by other regional CDCs in China. Figure 1 shows the flowchart of COVID-19 cases and close contact management.

■ ■ ■

**Figure 1. Study flow diagram.**
CDC = Center for Disease Control and Prevention; COVID-19 = coronavirus disease 2019; GZCDC = Guangzhou Center for Disease Control and Prevention; RT-PCR = reverse transcriptase polymerase chain reaction.

* Quarantine period was 14 d after the last unprotected contact with confirmed cases and infected persons.

† Followed until 6 April 2020.

- Download figure

- Download PowerPoint

Our study was based on the data from the work for an ongoing public health response to COVID-19 by GZCDC as required by the National Health Commission of China, and hence individual informed consent was waived. The study was determined not to be human subjects research and therefore was considered exempt from ethical approval after consultation with the ethics committee of GZCDC. Analytical data sets were constructed in an anonymized manner, and all analysis of personally identifiable data took place onsite at the GZCDC.

**Data Collected From the Index Cases**

The information collected for 244 index cases in Guangzhou included demographic characteristics (age and sex), severity, clinical symptoms at onset (fever, dry cough, expectoration, fatigue, myalgia, and diarrhea), radiologic examinations (chest computed tomography), and blood examinations (leukocyte count, lymphocyte percentage, and neutrophilic granulocyte percentage). Clinical data on the 147 index cases from regions other than Guangzhou were unavailable, and therefore their 800 close contacts inside Guangzhou could not be categorized by severity and symptoms of the index cases. In addition, no information on symptoms for 21 index cases in Guangzhou, and thus their 797 close contacts, could be categorized by symptoms of the index cases.

**Exposure Settings of Close Contacts**

Upon identification, information about the setting of exposure to the index case was obtained and classified into 5 categories: household, public transportation, health care settings, entertainment venues or workplaces, and multiple settings. "Multiple settings" indicates exposure in more than 1 contact setting. Index cases were quarantined before diagnosis if they were suspected cases, and household contacts were separated from the index cases before diagnosis was made in the index cases.

**Monitoring and Evaluation of Close Contacts**

After identification, close contacts were quarantined for 14 days from last contact with index cases and followed up clinically after quarantine until 6 April 2020. For example, if an individual was traced on the fourth day after the last unprotected contact, this individual was required to be medically observed for 10 days. The quarantine period was extended for 337 close contacts for whom real-time fluorescence-based reverse transcriptase polymerase chain reaction (RT-PCR) testing was delayed.

During the quarantine period, monitoring of clinical symptoms and RT-PCR assay of SARS-CoV-2 nucleic acid was performed approximately every 24 hours. Specimens for RT-PCR testing were obtained from the upper (nasopharyngeal and oropharyngeal swabs) and lower (sputum) respiratory tracts by trained CDC staff and were sent to GZCDC for testing. The RT-PCR testing was performed by qualified staff, and results were identified through open reading frame 1ab (ORF1ab) and nucleocapsid protein (N) in accordance with the protocol established by the Chinese CDC (16). Details of the laboratory processes are provided in Part 3 of the Supplement. For close contacts who tested positive on RT-PCR, radiologic and blood examinations were conducted; these included chest radiography or computed tomography, complete blood count, coagulation profile, serum biochemical tests (renal and liver function, creatine kinase, lactate dehydrogenase, and electrolytes), myocardial enzymes, interleukin-6, serum ferritin, and procalcitonin (17).

The symptoms that were monitored mainly included fever and respiratory symptoms (for example, dry cough and expectoration). Monitoring was performed by the staff of the medical observation institution during daily in-person visits (14).

Close contacts who tested negative on RT-PCR and remained symptom-free were released after the quarantine period. Those who developed symptoms but tested negative throughout the quarantine period on RT-PCR received radiologic examinations and serologic COVID-19–specific IgM and IgG examinations. If the examinations were all negative, they were released from quarantine and followed for the development of symptoms by staff in their communities via weekly in-person visits through 6 April 2020. Close contacts who developed symptoms during the follow-up period after release from quarantine were retested.

**Outcomes**

The main outcome was COVID-19 infection in close contacts during the follow-up period. These included asymptomatic cases and symptomatic cases, which were defined on the basis of guidelines issued by the National Health Commission of the People's Republic of China (13, 17). Detailed definitions of these 2 outcomes are provided in Part 1 of the Supplement.

In brief, an asymptomatic case ([13](#)) was defined as an individual without clinical manifestations and with etiologic detection of SARS-CoV-2 in respiratory specimens (that is, RT-PCR–positive) or specific IgM detected in serum. After a quarantine period of 14 days, asymptomatic infected persons were followed up until 6 April 2020 to confirm whether symptoms occurred. A symptomatic case ([13](#)) was defined as a suspected case on the basis of symptoms and epidemiologic history (Part 1 of the Supplement) and 1 of the following etiologic or serologic findings: 1) a positive result for SARS-CoV-2 nucleic acid on RT-PCR; 2) a viral gene identified by gene sequencing that was highly homologous with known SARS-CoV-2; or 3) detectable SARS-CoV-2–specific IgM and IgG in serum, or at least a 4-fold increase in IgG between paired acute and convalescent sera. Symptomatic cases were categorized as mild, moderate, severe, or critical ([17](#)) (Part 1 of the Supplement).

**Linkage of Secondary Cases to Index Cases**

To show the difference between identifying cases through presenting symptoms versus intensive surveillance of a close contact, we attempted to pair every secondary case with their index case and compared their clinical characteristics. If a secondary case was in contact with 2 or more index cases, we linked the secondary case to the earliest index case. Secondary cases were unlikely to have been co–index cases because they did not share the same primary infection exposure as the index case during the contact tracing episode.

**Statistical Analysis**

The secondary attack rate of COVID-19 was estimated by dividing the number of asymptomatic or symptomatic secondary cases by the number of close contacts for that exposure setting compared with different contact exposure groups. Categorical variables were calculated as numbers (percentages). Skewed and normally distributed continuous variables were calculated as the median (interquartile range [IQR]) or mean (SD), respectively. To minimize the potential for inferential bias and to maximize the decreased statistical power due to exclusion of participants with missing covariate data, we used multiple imputation with chained equations to impute missing covariate values, and 20 data sets were imputed ([18](#)). All variables including outcomes were included in the multiple imputation model.

Generalized estimating equations ([19](#)) taking into account clustering by index cases were performed to estimate odds ratios (ORs) and 95% CIs for associations of potential factors with the risk for SARS-CoV-2 infection:



- Download figure

- Download PowerPoint

where $V_i$ = working covariance matrix (), $R_i(\alpha)$ = working correlated matrix, and $A_i$ = T-dimensional diagonal matrix.

Age (0 to 17 years, 18 to 44 years, 45 to 59 years, or ≥60 years), sex, exposure setting, severity of index cases, and symptoms in index cases (fever, dry cough, expectoration, fatigue, and myalgia) were included in the multivariable model.

All analyses were performed by using SAS software, version 9.4, for Windows (SAS Institute). Statistical tests were 2-sided, and *P* values less than 0.05 were considered statistically significant.

**Role of the Funding Source**

The study was funded by the Guangdong Province Higher Vocational Colleges and Schools Pearl River Scholar Funded Scheme, the National Natural Science Foundation of China, the Construction of High-level University of Guangdong, and the Zhejiang University Special Scientific Research Fund for COVID-19 Prevention and Control. The funders had no role in study design, data collection and analysis, preparation of the manuscript, or the decision to submit the manuscript for publication.

**Results**

**Characteristics of Close Contacts and COVID-19 Cases**

We collected data from 3410 close contacts in Guangzhou who were linked to 391 index cases (244 index cases in Guangzhou and 147 in other regions). Table 1 shows demographic characteristics of index cases, close contacts, and secondary cases. Among 3410 close contacts, 1799 (52.8%) were male, and the median age was 38.0 years (IQR, 26.0 to 51.0 years). Of these 3410 close contacts, 127 (3.7% [95% CI, 3.1% to 4.4%]) were secondarily infected; 8 (0.2% [CI, 0.1% to 0.4%]) were asymptomatic, and 119 (3.5% [CI, 2.9% to 4.1%]) were symptomatic. Of the 119 symptomatic cases, 20 (16.8%) presented with mild symptoms, 87 (73.1%) with moderate symptoms, and 12 (10.1%) with severe or critical symptoms. Of the secondary cases, the majority (105 [82.7%]) occurred via household contact (Table 2). The basic characteristics and distribution of clusters in each exposure setting are summarized in Appendix Tables 1 and 2. The distribution of clusters according to the number of index cases is shown in Figure 2.

Table 1. Demographic Characteristics of Index Cases, Close Contacts, and Secondary Cases



Table 2. Characteristics of 3410 Close Contacts and 127 Secondary Cases



Appendix Table 1. Index Cases and Cluster Sizes, by Exposure Setting*



Appendix Table 2. Distribution of Clusters, Close Contacts, and Secondary Cases, by Cluster Size and Exposure Setting*

**Figure 2. Distribution of clusters according to the number of index cases.**
In each bar, the light and dark portions indicated the number of index cases outside and inside Guangzhou, respectively.

- Download figure

- Download PowerPoint

Because of the lag in identification of close contacts, the median time from last contact to the start of quarantine was 4.0 days (IQR, 1.0 to 12.0 days); thus, the 3410 close contacts were only quarantined for a median of 10.0 days (IQR, 2.0 to 14.0 days) (Table 2; Appendix Figure 1). Furthermore, the 127 close contacts in whom asymptomatic or symptomatic cases were diagnosed ended quarantine after a median of 2.0 days (IQR, 1.0 to 5.0 days) because most of them received a diagnosis within 2 days of the start of quarantine and were transferred to designated hospitals in a timely manner. For close contacts in whom symptomatic cases were diagnosed, the median time from last contact to symptom onset was 2.0 days (IQR, 1.0 to 3.0 days) (Appendix Figure 2). All secondary cases were confirmed by RT-PCR testing, and the mean number of RT-PCR assays was 2.8 (SD, 2.4).

■ ■ ■

**Appendix Figure 1. Distribution of quarantine duration among 3410 close contacts and 127 secondary cases.**
Day 1 is the start of quarantine. The quarantine period was extended for 337 close contacts in whom reverse transcriptase polymerase chain reaction testing was delayed. COVID-19 = coronavirus disease 2019.

- Download figure

- Download PowerPoint

■ ■ ■

**Appendix Figure 2. Distribution of days from last contact to symptom onset and quarantine start, and days from symptom onset to RT-PCR diagnosis among secondary cases.**
For days from last contact to symptom onset, a total of 31 symptomatic cases with symptoms before the last contact and 8 asymptomatic cases were excluded; for days from symptoms to RT-PCR diagnosis, a total of 55 secondary cases who tested positive on RT-PCR at the first time were further excluded. RT-PCR = reverse transcriptase polymerase chain reaction.

- Download figure

- Download PowerPoint

**Exposure Settings and Factors Associated With Risk for Transmission**

Table 3 shows the association between various factors and risk for SARS-CoV-2 infection among close contacts of index cases before and after adjustment. A higher percentage of females than males (4.4% [CI, 3.4% to 5.4%] vs. 3.1% [CI, 2.3% to 3.9%]) were infected, but this difference was not statistically significant on multivariate analysis. In terms of exposure setting, household contacts had a higher risk for secondary infection (10.3% [CI, 8.5% to 12.2%]) than did persons who were

exposed in health care settings (1.0% [CI, 0.3% to 1.8%]; OR, 0.09 [CI, 0.04 to 0.20]) and those who were exposed on public transportation (0.1% [CI, 0.0% to 0.4%]; OR, 0.01 [CI, 0.00 to 0.08]).

Table 3. Exposure Settings and Risk for Transmission Among 3410 Close Contacts

■ ■ ■

The secondary attack rate increased with the severity of index cases, from 0.3% (CI, 0.0% to 1.0%) for asymptomatic to 3.3% (CI, 1.8% to 4.8%) for mild, 5.6% (CI, 4.4% to 6.8%) for moderate, and 6.2% (CI, 3.2% to 9.1%) for severe or critical cases ($P$ for trend < 0.001). Manifestation of certain symptoms, such as fever (6.7% [CI, 5.3% to 8.0%] vs. 3.3% [CI, 1.6% to 4.9%]) and expectoration (13.6% [CI, 10.6% to 16.7%] vs. 3.0% [CI, 2.1% to 3.9%]), in the index cases was associated with an increased risk for infection in their close contacts. The frequency of contact and number of index cases contacted were not separately assessed owing to multicollinearity with household contacts; the incidence of COVID-19 by these 2 variables is shown in Appendix Table 3.

Appendix Table 3. Secondary Attack Rate of Coronavirus Disease 2019 Among 3410 Close Contacts

■ ■ ■

**Clinical Characteristics of Index Cases and Secondary Cases**

A total of 121 secondary cases were successfully linked to their 68 index cases, and 6 secondary cases were not successfully linked because their index cases were outside Guangzhou and we had no detailed information for them. Compared with their 68 index cases, the 121 secondary cases were in general clinically milder and were less likely to manifest such common symptoms as fever, cough, expectoration, fatigue, myalgia, and diarrhea (Table 4). Secondary cases were also less likely than index cases to demonstrate radiologic and laboratory alterations related to the infection (Table 4).

Table 4. Clinical Characteristics of 68 Index Cases and 121 Secondary Cases

■ ■ ■

**Discussion**

We found that the secondary attack rate was less than 4% among close contacts of persons with COVID-19. Secondary infections acquired while using public transportation were rare; in contrast, 1 in 10 household contacts was found to be infected. Moreover, we found that patients with more clinically severe disease were more likely to infect their close contacts than were less severe index cases; asymptomatic cases were least likely to infect their close contacts. Manifestation of certain symptoms, such as expectoration, in index cases was also associated with an increased risk for infection in their close contacts.

The secondary attack rate of COVID-19 among household contacts was 10.3% in our study, which was consistent with secondary attack rates of 11.2% in other cities in China (20) and 10.5% in the United States (21). In China, the quarantine of household contacts started immediately in designated places by local CDCs after index cases were diagnosed. which may have resulted in a lower

secondary attack rate among household contacts compared with published studies in other countries ([21](#), [22](#)). However, the risk for secondary infection via household contact was still highest compared with other contact settings because people spent more time at home, which led to more frequent and longer unprotected exposure than the other contact settings. Another explanation is that mask wearing to prevent infection was mandatory in public settings but not in households during the study period. Thus, effective measures to reduce household transmission and quarantine of household contacts are extremely important.

==In addition, we found that the risk for transmission via public transportation or health care settings was low.== Although the risk for infection in any individual who shared public transportation with an infected person is low, the large numbers of people on public transportation and the difficulty in identifying all close contacts may lead to a great number of persons being infected in this setting.

Our results showed that patients with COVID-19 who had more severe symptoms had a higher transmission capacity, whereas transmission capacity from asymptomatic cases was limited. This supports the view of the World Health Organization that asymptomatic cases were not the major drivers of the overall epidemic dynamics ([12](#)). This mechanism may be that COVID-19 cases with more severe symptoms might carry a higher viral load of SARS-CoV-2 and thus have greater transmission capacity ([22](#)). Consistent with previous studies ([23–26](#)), we also found that clinical symptoms at onset were more severe in index cases than in secondary cases. This phenomenon may be explained by selection bias and regression to the mean, reflecting the difference between identifying cases through presenting symptoms versus intensive surveillance of a close contact. The severity of symptoms in secondary cases is probably more reflective of the true severity profile of COVID-19, given the systematic identification of secondary cases.

Our study has limitations. First, some of the estimates had wide CIs, and thus some clinically important point estimates (for example, the OR of 1.37 [CI, 0.95 to 1.98] for the infectiousness of index cases with dry cough) could not be statistically distinguished from a null effect. Second, different countries implemented different measures to control the COVID-19 outbreak. The measures in China mainly included case surveillance and reporting, epidemiologic investigation and close contact management, treatment of COVID-19 cases in designated hospitals, social distancing, and mask wearing in public settings. These measures may influence the secondary attack rate among close contacts and the generalization of our results. Finally, symptoms and severity in index cases were not assessed at the time of exposure to contacts, and recall bias of symptoms at onset among index cases and secondary cases may exist.

In conclusion, we found that the secondary attack rate of COVID-19 was relatively low, and household contacts were at higher risk for infection. Moreover, patients with more clinically severe cases or those with symptoms were more likely to infect their close contacts.

Plaintiff's Exhibit 82

thathelpfuldad.com

# Do Masks Work? The Science that Supports or Rebuts whether Face Masks Stop the Spread of Covid-19

28-36 minutes

The article serves as a warehouse of **verifiable** scientific evidence that seeks to answer the question – Do Face Masks Work to Stop the Spread of Covid-19?

On this page you will ONLY find medical evidence and analytical data from verifiable medical professionals and gov't analytic sources – links are provided for every citation and you can verify everything and do your own research.

There is evidence that supports BOTH viewpoints and regardless of which side of the debate you are on, perhaps the scientific data on this page will help you feel more comfortable about your decision.



Hello, Friends, I'm Mike – you may know me as That Helpful Dad. I like giving people helpful tips on how to live a better life. Mostly I write about everyday *slice of life* topics like BBQ'g, watching tv online, and having fun with family, but today I'm tackling a serious issue – compiling a warehouse of evidence about the effectiveness of face masks vs the spread of Covid-19.

Please Note:

1. I am not a medical doctor, I don't pretend to be one, and I'm not here to give you medical advice.

2. I encourage you to NOT just take my word for everything and instead do your own research **– the text you see in BLUE is linked to the articles/references that support the statements made below** – click the link and do your own research by looking at the references and medical papers for yourself. Make your own decisions about what's best for your family.

3. To be clear, I am NOT suggesting that YOU not wear a mask if you prefer to – I believe it's your right

to do so, just like I believe other people have a right to decide not to.

4. If you have a link to share that supports either side of this debate, <u>please contact me</u> so I can review it. Thanks

## The Scientific Data that SUPPORTS the Effectiveness of Face Masks in stopping the spread of Covid-19



Source: REUTERS

As it stands now, <mark>there does not appear to be much current (i.e. from 2019-2020) medical evidence that supports the effectiveness of face masks specifically vs Covid-19.</mark> If you are aware of more current medical evidence that supports face mask use <u>please share it with me</u> so I can add it to this page. Until then, all we can rely on is a medical review piece from the US Centers for Disease Control (CDC) from Oct 2020. Additionally there is the earlier science behind the use of masks vs other respiratory conditions (influenza, SARS, etc). That entire collection of evidence is as follows....

**Evidence FOR the use of Face Masks vs Coronavirus**

**1-CDC October 2020: "**<u>Effectiveness of Cloth Masks for Protection Against Severe Acute Respiratory Syndrome Coronavirus 2</u>**"**

- # of Subject: n/a since this was a medical review not clinical trial

- Conclusion: "Cloth masks may provide some protection *if well designed and used correctly.*"

- <mark>Key Point: "To our knowledge, only 1 randomized controlled trial (*4*) has been conducted to examine the efficacy of cloth masks in healthcare settings, and the results do NOT favor use of cloth masks."</mark>

**Evidence FOR Face Masks vs Other Respiratory Conditions**

**1-Aug 2017 Clinical Infectious Disease Journal,"**<u>Effectiveness of Masks and Respirators Against</u>

<u>Respiratory Infections in Healthcare Workers: A Systematic Review and Meta-Analysis</u>"

- # of Subjects: 4169 from meta-analysis of 6 RCTs, 8 observational studies, and 4 cohort studies.

- Of Note: this review included analysis of SARS-COV (the original SARS epidemic from 2002-2003), influenza A&B, H1N1, and other respiratory conditions.

- Key Points:

- Data from the 6 RCTs: "Compared to medical masks, N95 respirators conferred superior protection against Clinical Respiratory Illness and laboratory-confirmed bacterial, but not viral infections or Influenza-life illness." Viral Infections were defined to included adenovirus, influenza A and B, rhinovirus A/ B, and multiple coronaviruses.

- From the 8 observational studies: 3 studies "reported a protective effect of medical masks against SARS" but "no protective effect against SARS was reported for disposable, cotton, or paper masks" in any of the studies.

- From the 4 cohort studies: the evidence was less conclusive. 2 of 4 studies reported moderate protection against SARS-CoV among HCWs wearing a N95 respirator. 1 of 4 studies reported reduced risk of SARS-CoV among HCWs wearing a medical mask. 2 studies found no protective effect of either medical masks or N95 respirators against SARS.

- When ALL studies were combined, 7 of the 17 studies favored the use of respiratory personal protective equipment (rPPE) vs not using rPPE and the authors concluded that wearing medical masks or N95 respirators both reduced the risk of SARS by approximately 80% and there was no specific difference in risk reduction vs N95 respirators vs medical masks.

- We found NO clear benefit of either medical masks or N95 respirators against pH1N1.

- Cloth masks – "there is no evidence of protection" and their use "might facilitate transmission of pathogens when used repeatedly without adequate sterilization."

- "Disposable, cotton, or paper masks are NOT recommended."

- "Continuous adjustments and inappropriate wearing may even reverse the benefits of N95 respirators through the contamination of hands, face, and other PPE."

- Conclusion: "This systematic review and meta-analysis supports the use of respiratory protection. However, the existing evidence is sparse and findings are inconsistent within and across studies."

**2-2013 Cambridge University: "**<u>Testing the Efficacy of Homemade Masks: Would They Protect in an Influenza Pandemic?</u>"

- # of Subjects: 21

- Conclusion: "Our findings suggest that a homemade mask should only be considered as a last resort to prevent droplet transmission from infected individuals, but it would be better than no protection"

**3-2011: Science Direct "**<u>Mask-wearing and respiratory infection in healthcare workers in Beijing, China</u>"

- # of Subjects: 400

- Key Points

- "The protective efficacy of masks/respirators is provided through a combined effect of transmission

blocking potential, the fit and related air leakage of the mask/respirator, and the consistency in the use of masks/ respirators. Their efficacy is graded on the level of protection the material offers, *assuming a perfect fit and optimal compliance.*

- Research studies on the filtration and fit of medical masks show wide variation in penetration of aerosol particles (4% to 90%) and a higher amount of face seal leakage when compared to respirators.

- The fit of cloth masks…is likely to be even looser than medical masks and hence, cloth masks are likely to have a lower level of protection.

- In addition, reuse of cloth masks may lead to contamination, which adds to the risk of respiratory infection.

- There are no clinical data associated with cloth masks currently."

- Conclusion: "[Medical-grade] Mask-wearing and seasonal influenza vaccination are protective for respiratory infection in Health Care Workers (HCWs)" (assuming a perfect fit and optimal compliance).

**4-2010 Cambridge University "Face masks to prevent transmission of influenza virus: a systematic review"**

- (12 article meta-analysis)

- # of Subjects: 3000+

- Key Points:
- "While there is some experimental evidence that masks should be able to reduce infectiousness under controlled conditions [7], there is less evidence on whether this translates to effectiveness in natural settings. There is little evidence to support the effectiveness of face masks to reduce the risk of infection."

- Conclusion: "There is some evidence to support the wearing of masks or respirators during illness to protect others, and public health emphasis on mask wearing during illness may help to reduce influenza virus transmission. There are fewer data to support the use of masks or respirators to prevent becoming infected."

**5-2010 Oxford University "Mask use, hand hygiene, and seasonal influenza-like illness among young adults: A randomized intervention trial"**

- # of Subjects: 1437 (these subjects were included as part of the 3000+ patient review from Cambridge's 2010 meta analysis above)

- Conclusion: "Face masks and hand hygiene may reduce respiratory illnesses in shared living settings and mitigate the impact of the influenza A(H1N1) pandemic."

- Key Points:
- "Neither face mask use and hand hygiene, nor face mask use alone was associated with a significant reduction in the rate of influenza-like illness cumulatively."

**6-2009 Annals of Internal Medicine "Facemasks and hand hygiene to prevent influenza transmission in households: a cluster randomized trial"**

- # of Subjects: 1201 (these subjects were included as part of the 3000+ patient review from Cambridge's 2010 meta analysis above)

- Conclusion: "Hand hygiene and surgical facemasks seemed to prevent household transmission of influenza virus when implemented within 36 hours of index patient symptom onset."

**What Type of Mask Works Best?**

**Cloth Masks:** there is much debate as to if cloth masks do anything vs Covid19 because the filtration appears to be lacking (given that the size of the Covid-19 molecule at 0.1 microns is very small compared to the filtration capability of cloth masks at 5 microns, which could be why cloth masks may allow up to 97% of small pollutants to pass through), HOWEVER the CDC continues to say that cloth masks MAY provide some protection.

**Surgical Masks:** the data indicates that surgical masks are consistently more effective vs cloth masks when it comes to general respiratory illness spread. Of note here is the CDC Guidance from November 2020: "While a surgical mask may be effective in blocking splashes and large-particle droplets, a face mask, by design, does **not** filter or block very small particles in the air…Surgical masks also do not provide complete protection from germs and other contaminants because of the loose fit between the surface of the mask and your face. Surgical masks are not intended to be used more than once."

- **What is a *Medical Mask*?** Medical masks are typically worn in healthcare settings to prevent the spread of pathogens during surgical procedures, protecting both the patient and healthcare provider.

- **Is a Medical Mask the same as a Surgical Mask**? Not necessarily. A Surgical Mask is a specific type of Medical Mask, therefore a surgical mask IS a medical mask, however not all "Medical" masks are surgical masks. Medical masks include surgical masks, N95 respirators, and ordinary medical care (loose-fitting) masks worn in a healthcare setting.
- FDA.gov further defines Surgical Masks as "A mask that covers the user's nose and mouth and provides a physical barrier to fluids and particulate materials. Surgical masks meets certain fluid barrier protection standards and Class I or Class II flammability tests. Surgical masks are considered personal protective equipment (PPE). While a surgical mask may be effective in blocking splashes and large-particle droplets, they do not provide complete protection from germs and other contaminants because of the loose fit between the surface of the mask and your face. Surgical masks are NOT respiratory protective devices such as respirators."

- **Does a Medical Mask protect against Covid-19?** Data suggests that "medical masks can protect the wearer from larger respiratory droplets (> 5µm), however, smaller particles such as airborne particles (generally < 5 µm), or single virus particles (60-140nm) would still be able to pass through the pores in these masks."

**N95 Mask:** Although there is certainly evidence to the contrary (noted below), based on the medical evidence above that is in favor of masks, one TYPE of mask appears to potentially work best – the **N95 Respirator** seems to be potentially effective vs Covid-19 (based on its performance vs other respiratory conditions).



Important Things to Know about the N95 Face Mask

- Fair Balance: Even those medical professionals who are *against* face masks (as noted below), generally agree that the N95 mask is the best option if you choose to wear a mask.

- November 2020: "The CDC does NOT recommend that the general public wear N95 respirators to protect themselves from respiratory diseases, including COVID-19. Those are critical supplies that must continue to be reserved for health care workers and other medical first responders."

- Per CDC: "All FDA-cleared N95 respirators are labeled as "single-use," therefore N95 masks should not be shared **or reused.**"

- Evidence suggests that even these masks work "only when they are the right size and have been fit-tested to demonstrate they achieve an adequate protection factor....To protect yourself, you need an N95 respirator mask that is properly fitted."

- To maintain effectiveness, N95 Masks "need to be re-sterilized every four hours using UV light or properly dispose of it and start over with a new one."

If you choose to wear a mask and you do the steps required to keep it clean/sterilized then the N95 Mask may well protect you vs Covid-19. If you can't get an N95, a single-use surgical mask may offer some protection. A cloth mask would seem to be your choice of 'last resort.'

---

**The Scientific Data that is Shows Face Masks do NOT Work to prevent the spread of Covid-19**





Although there is a dearth of medical evidence that supports the use of face masks specifically vs Coronavirus, there IS a growing body of scientific data that indicates face masks do NOT work to stop the spread of Covid-19.

**Evidence AGAINST Face Masks vs Coronavirus**

**1-Nov 2020 Annals of Internal Medicine ("The Danish Study")** "Effectiveness of Adding a Mask Recommendation to Other Public Health Measures to Prevent SARS-CoV-2 Infection in Danish Mask Wearers"

- # of Subjects: 4862

- KEY POINTS:

- **This is first randomized-control trial involving face masks and Covid-19**

- This study found no statistically significant difference in coronavirus infection rates between mask-wearers and non-mask-wearers.

- Additionally, according to the data, mask usage may actually increase the likelihood of infection.

**2-Nov 2020 Mass Inst of Tech, BMJ Yale "**Decrease in Hospitalizations for COVID-19 after Mask Mandates in 1083 U.S. Counties**" – Study Terminated**

- Study Terminated: "The authors have withdrawn this manuscript because there are INCREASED rates of SARS- CoV-2 cases in the areas that we originally analyzed in this study."

**3-October 2020 US CDC: "**Effectiveness of Cloth Masks for Protection Against Severe Acute Respiratory Syndrome Coronavirus 2**"**

- Key Point: Only 1 randomized controlled trial (4) has been conducted to examine the efficacy of cloth masks in healthcare settings, and the results do NOT favor use of cloth masks."

**4-July 2020 US CDC "**Community and Close Contact Exposures Associated with COVID-19 Among Symptomatic Adults ≥18 Years in 11 Outpatient Health Care Facilities —United States**"**

- # of Subjects: 802

- Key Point: "*More than 70 percent of COVID-positive patients contracted the virus in spite of faithful mask wearing while in public.* Moreover, 14 percent of the patients who said they "often" wore masks

were also infected. Meanwhile, just four percent of the COVID-positive patients said they "never" wore masks in the 14 days before the onset of their illness."

**5-May 2020 New England Journal of Medicine "**<u>Universal Masking in Hospitals in the Covid-19 Era</u>**"**

Key Points:

- "Universal masking alone is not a panacea."

- "A mask will not protect providers caring for a patient with active Covid-19 if it's not *accompanied by meticulous hand hygiene, eye protection, gloves, and a gown*."

- <mark>"Focusing on universal masking alone may, paradoxically, lead to more transmission of Covid-19 if it diverts attention from implementing more fundamental infection-control measures."</mark>

- "The chance of catching Covid-19 from a passing interaction in a public space is therefore minimal."

- <mark>"Wearing a mask outside health care facilities offers little, if any, protection from infection."</mark>

**Evidence Against Face Masks vs Other Respiratory Conditions**

**1-May 2020 US CDC: "**<u>Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings—Personal Protective and Environmental Measures</u>**"**

- # of Subjects: 10,000+ from an meta-analysis 10 Randomized Controlled Trials

- Key Point: "we identified 10 RCTs that reported estimates of the effectiveness of face masks in reducing laboratory-confirmed influenza virus infections in the community from literature published during 1946–2018…we found no significant reduction in influenza transmission with the use of face masks." Furthermore <mark>"We did NOT find evidence that **surgical-type** face masks are effective in reducing laboratory-confirmed influenza transmission, either when worn by infected persons or by persons in the general community to reduce their susceptibility."</mark>

**2-Feb 2020 Journal of Evidenced-Based Medicine: "**<u>Effectiveness of N95 respirators versus surgical masks against influenza: A systematic review and meta-analysis</u>**."**

- # of Subjects: 9,171 from 6 RCTs

- KEY POINT:

- <mark>"There were no statistically significant differences in preventing laboratory-confirmed influenza, laboratory-confirmed respiratory viral infections, laboratory-confirmed respiratory infection, and influenza-like illness using N95 respirators and surgical masks.</mark>

- "The use of N95 respirators compared with surgical masks is not associated with a lower risk of laboratory-confirmed influenza."

**3-Sept 2019 Journal of American Medical Association "**<u>N95 Respirators vs Medical Masks for Preventing Influenza Among Health Care Personnel: A Randomized Clinical Trial</u>**"**

- # of Subjects 2862 Health Care Workers

- Key Points:

- "N95 respirators vs medical masks…resulted in no significant difference in the incidence of

laboratory-confirmed influenza."

**4-Aug 2017 Clinical Infectious Disease Journal, "**<u>Effectiveness of Masks and Respirators Against Respiratory Infections in Healthcare Workers: A Systematic Review and Meta-Analysis</u>**"**

- # of Subjects: 4169 from Meta-Analysis of 6 RCTS, 8 Observational Studies, and 4 Cohort Studies.
- KEY POINTS:
- <mark>"Evidence of a protective effect of masks or respirators against verified respiratory infection (VRI) was not statistically significant."</mark>
- Data from the 6 RCTs: "Compared to medical masks, N95 respirators conferred superior protection against Clinical Respiratory Illness and laboratory-confirmed bacterial, but not viral infections or Influenza-life illness." Viral Infections were defined to included adenovirus, influenza A and B, rhinovirus A/ B, and multiple coronaviruses.
- From the 8 observational studies: only 3 of 8 studies "reported a protective effect of medical masks against SARS" and "no protective effect against SARS was reported for disposable, cotton, or paper masks" in any of the studies.
- From the 4 cohort studies: the evidence was less conclusive. 2 of 4 studies reported moderate protection against SARS-CoV among HCWs wearing a N95 respirator. Only 1 of 4 studies reported reduced risk of SARS-CoV among HCWs wearing a medical mask. 2 studies found no protective effect of either medical masks or N95 respirators against SARS.
- When ALL studies were combined, only 7 of the 17 studies favored the use of respiratory personal protective equipment (rPPE) vs not using rPPE however the authors concluded that wearing medical masks or N95 respirators both reduced the risk of SARS by approximately 80%?
- There was NO clear benefit of either medical masks or N95 respirators against pH1N1.
- <mark>Cloth masks – "there is no evidence of protection" and their use "might facilitate transmission of pathogens when used repeatedly without adequate sterilization."</mark>
- "Disposable, cotton, or paper masks are NOT recommended."
- "Continuous adjustments and inappropriate wearing may even reverse the benefits of N95 respirators through the contamination of hands, face, and other PPE."

**5-Canadian Medical Assoc Journal, May 2016: "**<u>Effectiveness of N95 respirators versus surgical masks in protecting health care workers from acute respiratory infection: a systematic review and meta-analysis</u>**"**

- Type: a meta-analysis from 31 medical articles
- KEY POINT: "We found no significant difference between N95 respirators and surgical masks in associated risk of (a) laboratory-confirmed respiratory infection, (b) influenza-like illness, or (c) reported work-place absenteeism."

**6-2015 BMJ Journal "**<u>A cluster randomized trial of cloth masks compared with medical masks in healthcare workers</u>**"**

- # of Subjects: 1607 Health Care Workers

- Key Points:
- **This is the first RCT of cloth masks**
- The results caution against the use of cloth masks.
- The rates of all infection outcomes were highest in the cloth mask arm compared with the medical mask arm.
- Penetration of cloth masks by particles was almost 97% and medical masks 44%.

**7-2012 *Journal of Influenza and Other Respiratory Viruses* "**The use of masks and respirators to prevent transmission of influenza: a systematic review of the scientific evidence**."**

- Type: Meta-analysis of 17 medical studies
- Key Points: ==**"None of the studies established a conclusive relationship between mask/respirator use and protection against influenza infection."**==

**8-2010 Cambridge University "**Face masks to prevent transmission of influenza virus: a systematic review**"**

- Type: Meta-analysis of 12 medical articles
- Key Point: "While there is some experimental evidence that masks should be able to reduce infectiousness under controlled conditions [7], there is less evidence on whether this translates to effectiveness in natural settings. ==There is little evidence to support the effectiveness of face masks to reduce the risk of infection."==

**9-2009 American Journal of Infection Control, Jacobs, J. L. et al. "**Use of surgical face masks to reduce the incidence of the common cold among health care workers in Japan: A randomized controlled trial**"**

- # of Subjects: 32 Health Care Workers
- KEY POINT: "Face mask use was not demonstrated to provide benefit in terms of cold symptoms or getting colds."

- Key Points:
- "Using a mask incorrectly however, may actually increase the risk of transmission, rather than reduce it."
- ==Regarding cloth masks & similar non-medical grade masks "there is insufficient information available on their effectiveness."==

## Recommendations from the US Coronavirus Tasks Force & US Surgeon General

- Dr Anthony Fauci SUPPORTS face mask use. That said, we would be remiss if we did not point out that ==Dr Fauci is on record with 60 Minutes as saying "face masks were not necessary for the general population amid the novel coronavirus outbreak," noting that while masks might make people "feel a little bit better," masks do not provide the protection folks believe they do and might create "unintended consequences."== In spite of that statement, Dr Fauci is currently FOR the use of face

masks and favors a national mask mandate.

- Dr Deborah Birx is a proponent of face masks and advocates for a national mask mandate.

- The US Surgeon General warned against face masks saying masks "are NOT effective in preventing general public from catching #Coronavirus, but if healthcare providers can't get them to care for sick patients, it puts them and our communities at risk! https://t.co/UxZRwxxKL9 " (@Surgeon_General). However, in November, 2020 the Surgeon General has advocated for face masks.

- Dr Scott Atlas is against the use of face masks. You can hear his reasons why in this video:

---

## Additional Guidance from Medical Doctors and Researchers

1. University of Minnesota "Masks-for-all for COVID-19 not based on sound data"

2. Dr Denis Rancourt Masks Don't Work: A Review of Science Relevant to COVID-19 Social Policy

3. Dr Jim Meehan "Healthy People Should Not Wear Face Masks"
- Key Points:
- Viral particles move through face masks with relative ease. Studies show that about 44% of viral particles pass through surgical masks, 97% pass through cloth masks, and about 5% through N95 masks.
- Any SARS CoV-2 particles on, in, or around the mask are more forcefully suctioned into the mouth and lungs."

4. Dr Sheetal DeCaria "Can Face Mask Protect Against Coronavirus?"
- Key Point:
- "A regular medical or surgical face mask is not at all the ideal solution to deal with coronavirus. This is because a surgical mask does not actually fit tightly over your mouth and nose, it is also difficult to keep a mask on the face for a longer time period, it is impossible to prevent airborne virus infection, and also when you touch the face mask, you lose the protection."

5. ER/Trauma MD Kelly Victory
- KEY POINTS:
- "Masks are intended for the ill when they will potentially be in contact with others and for those who are caring for them."

- "Multiple medical authorities, including the World Health Organization, the CDC, the new England Journal of Medicine have all acknowledged that there is no scientific justification for normal, healthy people to be wearing masks."

- "Prolonged mask wearing actually increases the risk of disease to the wearer."

6- Dr Joseph Mercola

- Dr Mercola PREVIOUSLY ENDORSED face-masks but who later changed his stance to being Anti-mask BASED ON SCIENCE.

- Here's a 1 hour vid interview with Denis Rancourt, Ph.D., a researcher with the Ontario Civil Liberties Association in Canada, who discusses his in-depth review of the scientific literature on face masks…

7. Dr Scott Jenson, US Senator

- Here is an interview conducted by Tony Robbins with Senator Scott Jensen, a family physician from Minnesota, who talks about the size of Covid19 particles vs masks. He also talks specifically about

the N95 mask. Of note ==A Covid19 particle is about 0.1 micron [but] a surgical mask or a cloth mask are really designed only for particulate matter greater than 5 microns…==

8 37,500+ Medical Doctors and 12,500+ Medical & Public Health Scientists have signed The Great Barrington Declaration which advocates for building herd immunity without the use of masks, lockdowns, etc for the general public while reserving N95 face masks only for the most vulnerable members of society (i.e. at risk elderly people).

**The Effectiveness of Face Masks in Graph Form**

In Europe, no matter how strictly mask laws are enforced nor the level of mask compliance the population follows, cases all fall and rise around the same time. Note the chart below – the countries that required masks are shown in BLACK, those that did not require masks are shown in RED.



Source The Covid Tracking Project

When it comes to mask effectiveness…

- Dr Fauci and other mask advocates suggest that the COMPLIANCE of the public with consistently wearing a mask is the key to success.

- However when we look at what's actually happening in the world, the analytics do NOT support Dr Fauci's claim…





Source: YouGov.Co.UK

If you compare the Mask Compliance Chart from YouGov to the Covid-Cases Chart from The Covid Tracking Project (1st chart above), you can see that ==the countries that had the HIGHEST Mask Wearing Compliance were consistently among the countries with the HIGHEST Covid-19 Cases.==

==The data here is indisputable – mask compliance does NOT correlate to a preventing Covid-19 cases.==

What about in the United States?

==California started requiring masks in June but cases still went up by more than 300 percent== and the state remains heavily locked down with some of the toughest Covid-19 restrictions – yet to no avail…



When you compare states that have mask mandates vs those that don't, the story is the same. Note

Texas vs George – With and without mask mandates, Covid-19 cases are similar…



How about if we look at Covid-19 suspected deaths? Again, it doesn't seem to matter – masks are NOT proving effective at preventing the spread of Covid-19. And in the case of Sweden, which focused on Herd Immunity over face mask mandates, there is a far different story to tell…



### Summary on the Effectiveness of Face Masks vs Covid-19

**Summary of SUPPORT for Face Masks**

- There is ONE piece of medical evidence that SUPPORTS the use of face masks vs Covid-19

- There are SIX pieces of medical evidence that SUPPORTS the use of face masks vs other respiratory conditions

- There is a wide variation of effectiveness of face masks vs respiratory conditions depending on the

TYPE of face mask used, it's fit, user compliance, and mask cleanliness.

- Two members of the US Coronavirus Task Force (Dr Fauci & Dr Birx), as well as the US Surgeon General, and the US CDC all recommend the use of face masks vs Covid-19. World leaders from countless countries advocates the use of face masks.

**Summary AGAINST Face Masks**

- There are FIVE pieces of medical evidence that indicates face masks do NOT work to stop the spread of Covid-19

- There are TEN pieces of medical evidence that could not find a benefit to the use of face masks vs other respiratory conditions and some even found potential harm.

- Former US Coronavirus Task Force Member Dr Scott Atlas is against the use of face masks.

- At last SEVEN Medical Doctors and Researchers are on individual record as being against the use of face masks

- 37,500+ Medical Doctors and 12,500+ Medical & Public Health Scientists have signed The Great Barrington Declaration which advocates for building herd immunity without the use of masks, lockdowns, etc for the general public.

- ==In chart after chart, the analytics of Covid-19 cases and deaths from around the world clearly show that face masks are NOT working to stop the spread of Covid-19.==

## It's YOUR Call

If you believe face masks work to stop the spread of Covid-19 there IS some evidence to support your belief. Although the majority of evidence just doesn't support the effectiveness of face masks, it should be noted that many prominent world health leaders, medical organizations, and political figures from around the world continue to advocate for face masks. Ultimately, if it makes you feel better to wear a mask, then by all means please do so.

If you believe face masks do not work to stop the spread of Covid-19 there is a growing mountain of medical evidence AND analytical data to support your belief. Although we didn't discuss it today, there is also medical evidence that suggests face masks may actually be harmful to your health. Thre is a growing body of evidence to suggest that face masks are particularly harmful to children. Additionally, you also have nearly 50,000 medical doctors and health professionals and over 650,000 concerned citizens from around the world who share your viewpoint. If you choose not to wear a mask, you have the evidence on your side.

## You May Also Enjoy

For More on this topic, check out the following articles…

Plaintiff's Exhibit 83

aier.org

# Masking: A Careful Review of the Evidence

*Paul Alexander*

67-85 minutes

---

1. AIER

   \>\>

2. Daily Economy



The question on whether to wear a face mask or not during the Covid-19 pandemic remains emotional and contentious. Why? This question about the utility of face coverings (which has taken on a talisman-like life) is now overwrought with steep politicization regardless of political affiliation (e.g. republican or liberal/democrat).

Importantly, the evidence just is and was not there to support mask use for asymptomatic people to stop viral spread during a pandemic. While the evidence may seem conflicted, the evidence (including the peer-reviewed evidence) actually does not support its use and leans heavily toward masks having no significant impact in stopping spread of the Covid virus.

In fact, it is not unreasonable at this time to conclude that surgical and cloth masks, used as they currently are, have absolutely no impact on controlling the transmission of Covid-19 virus, and current evidence implies that face masks can be actually harmful. All this to say and as so comprehensively documented by Dr. Roger W. Koops in a recent American Institute of Economic Research (AIER) publication, there is no clear scientific evidence that masks (surgical or cloth) work to mitigate risk to

the wearer or to those coming into contact with the wearer, as they are currently worn in everyday life and specifically as we refer to Covid-19.

We present the evidence in full below. We also state that should adequate evidence emerge that supports the effectiveness of surgical and cloth masks in this Covid pandemic (or any similar type masks), then we will change our position and conclude otherwise. Our focus is on face masks for Covid but we will touch gently on the issue of school closures and lockdowns, as these three issues remain the key public health policy catastrophes we have faced as global societies.

Back in August 2020, a survey by Pew indicated that 85% of Americans wore masks when in public all or most of the time. So, the public has been using masks extensively. We thus set the table in this review on the effectiveness of masking for Covid by asking, if these surgical and cloth masks are effective, why did incidence of the virus (or actual disease; and they're not the same thing) escalate so rapidly despite widespread use? Why is there no evidence across US States and global nations showing that when use is mandated (or not mandated given the general uptake of masking by the public), this contributes to reduced viral transmission? Is there any such evidence?

**Orofecal transmission?**

Understanding the transmission of this respiratory SARS-CoV-2 pathogen is also evolving given evidence of orofecal spread as having a potentially larger contributor role in non-respiratory transmission of  Covid. As an example, a recent open-evidence review brief by Oxford researchers (Jefferson, Brassey, Heneghan) and its publication in CEBM, reveals the growing recognition that SARS-CoV-2 can infect and be shed from the gastrointestinal (GI) tract of humans. Orofecal spread demands urgent study and if orofecal spread is shown to be definitive and more consequential in Covid transmission, then this could impact mitigation strategies beyond those for respiratory transmission.

**Where do we begin on masks? How about infection fatality rate/IFR?**

Moreover, we are addressing here highly irrational, punitive, capricious, and groundless societal restrictions for a virus with an infection fatality rate (IFR), based on Stanford University John Ioannidis's calculations, of 0.05% in persons under 70 years old (across different global nations). Ioannidis's research was followed up recently by a reported non-institutionalized IFR in the state of Indiana (persons aged > 12 years) of 0.12% (95% CI 0.09 to 0.19) when age 40-59/60 years (reported in the Annals of Internal Medicine), and an IFR when < 40 years old of 0.01% (95% CI 0.01 to 0.02). Persons 60 or older had an IFR of 1.71% (overall IFR was 0.26%).

So why would we continue this way with these unsound and very punitive restrictive policies and for so long once the factual characteristics of this virus became evident and as alluded to above, we finally realized that its infection fatality rate (IFR) which is a more accurate and realistic reflection of mortality than CFR, was really no worse than annual influenza?

**How did we get here?**

How did we arrive at the confusion and misinformation surrounding mask use which is our focus, yet by extension, the crushing societal lockdowns and harmful school closures? There are serious harms and downsides due to these crushing restrictive policies and we understand that one would think reflexively if there is a pathogen, we should just lock and shut everything down and away. We understand this initial instinct.

However, there are benefits and risks to any action and the harms of these lockdowns and school closures far outweighed the benefits based on what has transpired. We even knew this soon after implementing lockdowns yet we continued catastrophic policies and are still continuing. How did we get here societally? How have our government bureaucratic leaders failed so disastrously?

We lay heavy blame on our government leaders but argue that the so-called 'medical experts' who are part of Covid Task Forces and guidance panels have been largely unscientific, illogical, and irrational in their guidance and statements.

Untethered from the reality of things. In many instances just flat out misleading and wrong! The incessant campaign by the media that has worked to drive fear and hysteria in the public is also partly to blame. There appears to be an unholy alliance between the government bureaucrats, the aforementioned 'medical experts,' and a willing print and digital media. A vast lot of what these experts say on Covid makes no sense anymore, at times unhinged and lacking of any credibility.

In such incredibly important  Covid-related input and guidance, these television medical experts and many government leaders have failed in profound and often unimaginable ways and we are left asking how they got things so very wrong. Is it that these medical experts do not read the science? Or maybe cannot understand the data or science? Which? They talk about following the science but seem blinded to it. They clearly don't follow the science else we would not be here. They seem to not understand the devastation they have visited upon the lives of so many.

We argue that the messaging by the media and medical experts initially suggested that all persons are of equal risk of severe illness from Covid infection. This is where it all went wrong and where societies were greatly deceived by those who should not have done that. We were never 'all' at equal risk. This was deeply flawed and has crippled the US and global nations since day one of this pandemic. This was and remains a flat-out falsehood (untrue) and it has driven irrational fear by the public. This clearly erroneous intimation has stuck in the minds of the public and severely impacted the public's perception of their risk and how they would move forward.

**School closure policy mirrors face mask policy?**

What did we know? Let's address masks by first looking at school closures as it bears mentioning about the disaster the flawed school closure policies directed by our government leaders have caused in our children's lives. The school closure catastrophe mirrors the masking catastrophe and similar unsound policies. We knew early on in 2020 for example, that the key risk group was elderly persons with medical conditions (though Covid gave way to age due to serious medical conditions or obesity based on existing data). But just look at the complete disaster experts have created with our children in terms of school closures.

Look at what is now known in <u>Ontario, Canada with the union</u> and fees paid to 'conflicted' medical experts to drive a school closure message. This is reckless and scandalous! In spite of extremely low transmission rates and very low likelihood of spreading Covid virus among children (or of becoming severely ill from Covid), they have gone on and destroyed a year of the school lives of children due to these nonsensical medical experts and hysterical media and this will carry a huge long-term loss to our children. Who is going to pay for this?

**What did CDC and NIH know about risk to children and when did they know it?**

Did we have any data or science? Of course we did. <u>Quality research</u> "in the leading journal *Nature* estimated the Covid-19 survival rate to be approximately 99.995% in children and teens." We knew

this very early on but that did not stop public health agencies and experts from deceiving or failing to inform about the true risk. A recent publication by CDC reported that among in excess of 90,000 students and staff in 11 North Carolina school districts, they found that in-school virus transmission was "very rare." A similar finding emerged in 17 rural Wisconsin schools.

_The Atlantic's_ Derek Thompson wrote in January 2021 that "We've known for months that young children are less susceptible to serious infection and less likely to transmit the coronavirus. Let's act like it." This piece by Thompson was driven by CDC 'coming' out in the last week for school reopenings when the data was clear for a very long time that the risk was very low, if at all. Then we are, as is Thompson in his piece, provoked to ask, why did the media, our bureaucratic government leaders, and the medical experts seemingly collude to damage our children with their baseless school closures? Why did they deceive the public for so long? Catastrophic long-term losses for our children's educational but importantly, their social and emotional/psychological development has accumulated. We know that suicides among children have been escalating. Parents are struggling with the pandemic and homeschooling and children are failing out. This type of unfounded fear has been driven by the media "despite a thousandfold difference in risk between old and young." They always knew this but continued a bold-faced lie! As a result, this has underpinned an atmosphere of gross distrust of our government officials and medical experts.

And the CDC is now in January/February 2021 racing to any open podium and microphone it can find to tell us it's time to reopen schools and it can be done safely. Yet this is not new data the CDC is stumbling upon for the first time. No, they have always known this. The CDC always knew it was safe to reopen schools for many many months now. They, like the rest of the globe, had the publicly available published pediatric-children data since mid-2020 which has been consistent and clear that there is very low risk to children and schools should not have been closed in the first place or kept closed. The data has been stable and clear just after the start of the pandemic that there is far less susceptibility for children, or severe illness for children, and very low risk of hospitalization or death for children when it comes to Covid.

Why this substantially reduced risk? We are not yet entirely sure but preliminary research points to less expression of ACE2 receptor proteins on the surface of the nasal epithelium in children (4-9 years old). This is well known globally for many, many months that children are at very low risk of spreading infection to their classmates, to their adults, teachers, or even taking it home. Secondary transmission evidence is nonexistent. Based on a high-quality McMaster University review, researchers found that "Transmission was traced back to community and home settings or adults, rather than among children within daycares or schools, even in jurisdictions where schools remained open or have since reopened."

International research had been clear that there was no consistent relationship between in-person schooling for children and virus transmission. Any medical expert or agency implying otherwise that this is new science and 'we now understand the data' or 'the data is now available' is flat out duplicitous. But why has this happened to our children yet did not happen for seasonal influenza each year which is far more deadly than Covid for children? Or for H1N1 when it struck in 2009? Were decisions made based on evidence or other factors?

Who is at fault here? What was the reason for this very flawed policy? It surely is not based on science. Why has the CDC and other US health agencies such as the NIH been so slow to react to the known science (strong evidence from Norway, Ireland, Singapore, North Carolina etc.) and thus guide the optimal policy decisions based on this clear prior accumulated science (_Washington Post_

piece September 2020, _The Atlantic_, October 2020)? These health agencies had the evidence but continued advocating devastatingly flawed school closure policies that have damaged our children. Just look at the repeated sparring between Senator Rand Paul and Dr. Anthony Fauci whereby the senator has been ongoingly pilloried by the media for calling out Dr. Fauci who has routinely changed statements and been confusing on a range of issues and particularly on the issue of school closures. Dr. Fauci replied: "We don't know everything about this virus, and we really ought to be very careful, particularly when it comes to children." Surely Dr. Fauci was aware of the global Covid data as it related to risk in children.

While children drive seasonal influenza and do take influenza home, this is not the case with Covid. We knew this very early on. We do recognize that there is risk of infection and transmission but it is very negligible when it comes to children and Covid. We cannot say zero risk but we are talking about extremely low likelihood and we knew this very early on. Yet if you turned on the daily news you will not know this because the message being sent out on practically a 24/7 basis is one of doom and gloom for our children! Surely the media and medical experts know that what they state is factually incorrect based on the science. Our governments and unions have closed schools with irrational knee-jerk nonsensical, unscientific policies similar to lockdowns, that results in known (i.e. not theoretical) immeasurable harms to our children given the losses that accrue. Again, who is going to pay for the unnecessary devastation these seemingly oblivious, arrogant, and nonsensical medical experts caused?

The truth also is that many children – and particularly those less advantaged, our minority, our African-American, Latino, and South Asian children – get their main needs met at school, including nutrition, eye tests and glasses, and hearing tests. Importantly, schools often function as a strong protective system or watchguard for children who are sexually or physically abused and the visibility of it declines with school closures.

Due to the lockdowns and the lost jobs, adult parents are very angry and bitter, and the stress and pressure in the home escalates due to lost jobs/income and loss of independence and control over their lives as well as the dysfunctional remote schooling that they often cannot optimally help with. Some are tragically reacting by lashing out at each other and their children. There are even reports that children are being taken to the ER with parents stating that they think they may have killed their child who is unresponsive.

In fact, since the Covid lockdowns were initiated in Great Britain as an example, it has been reported that incidence of abusive head trauma in children has risen by _almost 1,500%!_ Similar catastrophic head trauma in babies that is linked to the Covid pandemic has been reported in Canada! There has been a devastating trend in Ottawa, Canada hospitals with a rise in the number of little children and babies being seen with catastrophic head injuries during the second wave of  Covid-19. Covid-19 has cost lives and our government leaders and health agencies with television medical experts are partly to blame for their nonsensical and seemingly politicized decision-making that had no scientific basis. Look at what they have done!

Sadly, our children will bear the catastrophic consequences and not just educationally, of the deeply flawed school closure policy for decades to come (particularly our minority children who were least able to afford this). They have done this, the CDC, NIH etc. have cost children lives and done immeasurable damage to our children by increasingly recognized deeply destructive, and nonsensical policies.

These experts and agencies have known for a long time, certainly many, many months now (since

summer of 2020 and before) that children are at little if any risk of spreading the infection or taking it home. They knew that schools offer a sort of vanguard safety net protection in our society for children and that children are often way better off within the school setting.

Yet despite what the available science showed, they continued their school closure positions and policies and urgings, that emboldened the unions and teachers to react and behave as they currently are despite the overwhelming science. Why wouldn't teachers and unions be petrified out of their minds based on the consistently illogical and nonsensical information emerging from our government agencies and medical experts? Yet this misguided policy continues and with mask-use and other mandates. Are we to believe that all aspects of the pandemic's response i.e. lockdowns, masking, vaccine etc., are fraught with these policy irregularities and aberrancies that are devastating to the public? As an example, we have doctors presently trying to mainstream early outpatient treatment for Covid in high-risk patients using established safe, cheap, effective, and available drugs but getting pilloried by the nihilistic medical experts and establishment. Such early ambulatory sequenced and combination treatment is a potential option that may reduce hospitalization and death.

### Questions on masking mirrors questions on social distancing?

Specifically, from what sources did the CDC rely upon to designate that a distance of 6 feet between individuals is needed to mitigate Covid viral spread? And why, for example, do Europeans from various countries only have to stand about 1 meter apart (approximately 3 feet)? Do they know something that we don't? Or were both values arrived at arbitrarily? Were these recommendations based on evidence or were they set arbitrarily? If the latter, then why not 4 feet, 10 feet or 20 feet? Turns out "the World Health Organization recommends a distance of "at least one meter (3.3 feet)." China, France, Denmark and Hong Kong went with one meter. South Korea opted for 1.4 meters; Germany, Italy and Australia for 1.5 meters.

The CDC said 6 feet and we still don't know how they arrived at this distance and yet this pandemic has been active since at least February 2020. Unfortunately, then we can similarly at best only make unsound and disingenuous statements in favor of the use of masks but which are not backed with evidence or data. Yet the issues at hand are so serious given large societal implications and reorganization that it is difficult to reconcile with logic the absence of any such studies.

### Focusing on face masks

With a focus on facial masks, where do we stand? Well, our position is based on the science. We contend that surgical and cloth masks are basically facial coverings that lack any scientific data to support their use. And that they are largely cosmetic and function more to give the user a sense of confidence and security as it pertains to the Covid pandemic. We are basing this on an examination of the totality of the evidence to date presented below. Except for the N95 masks (typically for hospital and high-risk settings and usually accompanied by gowns, gloves and other PPE) and only when properly fitted to allow for an optimal seal to the face, and only when changed often, is there effectiveness in mitigating respiratory virus spread.

And in relation to this, such protection is generally required only when clinicians treat highly infectious patients and under isolation conditions! Effectiveness also depends on a filter that could effectively deal with virus-sized particles. The Covid-19 virus is 120 nanometers in size while the filtration potential of a N95 mask is 150-300 nanometers. We also suggest that such fitting would actually be needed as a person places a fresh mask on their face, in order to retain functionality of the N95 respirator. Perhaps, it is important to note that the "N95" terminology means that the mask filters 95%

of the particulate material. Moreover, prolonged use of fitted N95 type masks (particulate filtering facepiece respirators) are uncomfortable, and can potentially cause harm.

In light of the above we hold that most of the populace would favor the use of the typical surgical 'blue' masks (or worse; cloth masks or home-made cloth masks) and even considering the fit issues discussed here regarding N95 masks, they cannot provide similar protection (from being infected or passing on infection) as might N95s.

There is simply no defensible rationale to treat this pandemic other than using an age and risk-targeted approach and fostering optimal hand washing hygiene. The vastly rational and sensible way is to target high-risk people (i.e. those at risk of developing severe disease and/or dying) and allow everyone else to get on with their lives. We ensure hospitals are well prepared (we hope) and we have had one year to do this as outlined by our governments when they asked us to help 'bend the curve,' and we simultaneously triple down on protecting the high-risk persons.

With this in place, we strive to safely and with sensible precautions, reopen society and schools in full. It is as simple as that, and on top of this, we have strong evidence of the use early on of repurposed existing, safe, cheap, and effective therapeutics in higher-risk Covid positive persons in private homes or nursing home settings who are showing initial symptoms. When used early in the outpatient setting, these drugs (sequenced combined antivirals, corticosteroids, and anti-thrombotic anti-clotting drugs) can help reduce isolation, mitigate transmission, and cut hospitalization and death significantly.

The implications of the policies like restrictions and masking are far-reaching and such policies must be based on evidence. The current policies cause crushing harms to our societies and cannot be based on the notion of stopping Covid at all costs. Stopping Covid at all costs without factoring in the implication societally is a completely illogical, irrational, damaging, and unattainable goal.

**Asymptomatic spread and masks?**

Before proceeding to the key evidence on the effectiveness (or not) of face coverings (masks), we wish to highlight research that is highly applicable. This surrounds recently emerging evidence that Covid-19 spread is so exceedingly rare in asymptomatic persons as to have virtually no impact in the grand scheme. Given that there are very strong data to support this contention, then we state at the outset that universal masking has no merit and cannot be supported by reliable data or research.

In an article published in _Nature Communications_ (November 2020) that studied 10 million eligible persons, it was demonstrated that asymptomatic spread was not merely rare but in fact, does not appear to happen at all! Not one instance was found in the study whereby researchers reported that there were positive tests emerging even amongst close contacts of asymptomatic cases in this sample of 10 million. Why would we even consider then the need for universal masking when there is evidence like this of limited asymptomatic spread?

We also point out (and we also recognize and appreciate that this argument is far from being one based in strong evidence _per_ se) that if ten's of studies or more are required to prove, one way or another, whether a procedure is effective or not (and to therefore lead to changes in standard of care), and there are still no reliable data, the effects are either minimal or nonexistent. Hence it can be reasoned that there is no meaningful effect in the first place; such an argument can be used for the masking dilemma.

All this is to say that there is and was no scientific justification to mandate or call for 'voluntary'

<mark>masking of healthy people.</mark> None! And we also suggest that this straightforward reasoning can be applied to most of the other 'mitigation' efforts being implemented to date; specifically societal lockdowns, and school closures. In fact, we can find no definitive research-based evidence to support masking, societal lockdowns, or school closures at the time of writing this piece. We continue to argue that <mark>most of this has been arbitrarily construed by the government leaders and their medical experts.</mark>

These policies are not merely misguided, but they are also not without serious and adverse consequences; they have caused crushing harms and have been very injurious at a personal and societal level. Restrictive policies have not been thought through as to the implications at large! The benefits have not been assessed or considered alongside the potential (and documented) harms and this is a catastrophic omission from the perspective of sound public health policy and principles. In short, the bureaucracy has provided us with confused and often contradictory policy supported by a lack of clarity, sheer assumptions, and nonsense in general, and in this case, in relation to universal masking. Our leadership and 'experts' have failed to recognize the crushing harms that result from their arbitrary and even worse, capricious policies that lack any reliable evidentiary support!

It might also be expected that in light of the apparent groundbreaking seminal research to which we alluded above, this would not only be covered widely by the mainstream media and of course our experts but that this would clarify and help settle issues pertaining to asymptomatic spread, lockdowns in general, school closures, and of course in this case, masking. Amazingly though, there has been no acknowledgement of this work. And yet such findings that could bear on evidence-informed decision-making were ignored entirely.

**Double masking?**

Moreover, Dr. Anthony Fauci of the NIAID is now supporting (or at the least not discouraging) the call for the use of double masks! To paraphrase him, it makes 'common sense' to wear two masks instead of one. Yet this flies in the face of the extant data <mark>showing that the use of single masks has not provided any protection insofar as progress of the pandemic is concerned (in fact just the opposite… in virtually every jurisdiction in which mask wearing was mandated, there were very large increases in the rates of infection or at least PCR positivity to be more accurate).</mark> Despite this Dr. Fauci has responded by raising the double-mask approach, stating that "it likely does" work in relation to offering more protection.

What happened to "following the science" and the need for randomized controlled trials on the use of double masks? It seems that we follow the science only when it supports preconceived notions or goals. What was stated on double masking was utter nonsense. Dr. Fauci likely did not read the marine recruit CHARM NEJM study whereby the recruits consistently wore double layered masks yet there was still spread in the most heavily, monitored for compliance, and restricted to military environments.

Did Dr. Fauci also consider the possibility that with double masks, wearers will likely experience more difficulty in simply breathing comfortably? And what would be the consequences for those with pulmonary diseases, upper respiratory infections, others with difficulty breathing without a mask, and most importantly for children? <mark>Wearing a mask, let alone two, potentially simulates COPD/chronic obstructive pulmonary disease, akin to what smokers commonly get. Masks can make it difficult for one to breathe out, especially during stressful situations.</mark> We cannot say here because we don't know, absent scientific data, but neither does Dr. Fauci. At worst the advice regarding the use of double masking (why not triple or even four or five masks?) is arbitrary and has no scientific basis. Then why

put it out there? This reflects a dissonance to anything that disrupts the set narrative that at this stage of the pandemic happens to be more political in our view than scientific or evidence-based. To add to the confusion, Dr. Fauci followed this up by stating when questioned about this statement by the media, that there is <u>no data to show that double masks work</u>. So, what then is the public to believe? We cannot claim to think for Dr. Fauci and similar medical experts, but why do medical experts with a podium consistently in this Covid pandemic lend so much misinformation and confusion to the public? They consistently make statements with no data or evidence to back it up. They cause great confusion and distrust by this.

**Mask mandates?**

As noted above, the data show that Dr. Fauci's confusing about-faces concerning advice as to management of the pandemic issues, including on masking, was perhaps arbitrary at best. As regards to masking, it is simply impossible to understand ongoing recommendations for this when we know that <mark>there are multiple US States where it can be shown clearly that *after* implementing mask mandates (indoor and outdoor), the number of cases went up!</mark> We are not suggesting that the addition of mask mandates in any way caused case numbers to soar, but clearly they had no positive or beneficial effects either. There are <u>37 US states</u> including but not limited to California, Texas, Hawaii, <u>Maine, Delaware, Florida, Oregon, and Pennsylvania</u> that currently mandate face coverings in public. Outside of the USA, there are also global data showing that when <u>mask mandates</u> were implemented in Austria, Germany, France, Spain, UK, Belgium, Italy, to name only a few, case numbers went up, not down.

<mark>Moreover, the <u>EPOCH Times</u> reported that "in states (US) with a mandate in effect, there were 9,605,256 confirmed Covid-19 cases, which works out to an average of 27 cases per 100,000 people per day. When states didn't have a statewide order—including states that never had mandates, coupled with the period of time masking states didn't have the mandate in place—there were 5,781,716 cases, averaging 17 cases per 100,000 people per day; a notable reduction as compared to the number of cases observed during mask mandates! States with mandates in place produced <u>an average of 10 more reported infections per 100,000 people per day</u> than states without mandates."</mark> The blind acceptance of the current unsupported dogma that has become so entrenched that if cases do go up, the experts wedded to the universal use of masks claim that this is good news such that the masking prevented even more cases from occurring; this is truly incredible.

The reality is that <mark>there is significant evidence that masks are not effective for controlling a pandemic.</mark> To reiterate we agree, though, that within the context of a clinician treating an obviously infected patient (with any communicable disease), the use of masks is important but even then this must also be augmented by the use of other PPE (goggles, and even hazmat clothing with isolated oxygen supplies for example) and this simply cannot be compared to population wide use of masks The effects on populations are catastrophic and masks, perhaps unintentionally have constrained our ability to return to a <u>semblance of normal life</u>!

**What is the actual Evidence on Masking?**

What does the best overall body of evidence show at this time as to the effectiveness of masks? To answer this, we refer to a recent <u>tantalizing piece by Jenin Younes published in the American Institute for Economic Research (AIER)</u> that sets the table for making a strong argument against the effectiveness of masks and also raises very troubling questions. Given what is available, we must also draw on data derived from the study of other respiratory viruses (e.g. influenza) in regard to the

use of masks to prevent spread of disease, and we also argue that this evidence is very pertinent to the virus (SARS CoV-2) associated with Covid-19 disease.

Overall, the available research on the use of masks to mitigate transmission of pathogens in a pandemic is of very poor methodological quality using largely indirect unadjusted evidence, and not the optimal clinical research that is needed. A major limitation is the use of the same evidence base by all reviews and thus arrival at similar findings. However, this low-quality evidence is what we have and is, we believe, still useful enough to guide and inform us.

At the same time, we do recognize the urgent need for well-designed clinical research in order to address as definitively as possible questions pertaining to the utility of face masks in curtailing or stopping spread of Covid-19 (and future similar respiratory 'pandemic' pathogens). In fact, we find it remarkable that researchers have not been commissioned to develop adequate studies on the use of face masks to prevent the spread of SARS CoV-2 by asymptomatic people. It's also noteworthy that there have also been no reliable studies that can demonstrate one way or the other whether social distancing truly can be used to impede viral spread, especially in asymptomatic people.

It appears that this issue is now fraught with politics and agendas promulgated by a wide array of medical experts on television and the media as opposed to being related to a reliable base of knowledge. We suggest that various populations are being hurt by this type of 'academic sloppiness,' which feeds into what we would call the reckless behavior of many experts and ill-informed media outlets who rely on these authorities. Conclusions around the use of masks during the Covid pandemic (and other actions that have been taken but are not addressed here in detail such as lockdowns and school closures) are often baseless and we submit that the research community has not studied the mask issue appropriately, principally because they are reticent and possibly even wary as to what the findings might reveal. After all, those who object to masking are often immediately labeled as 'deniers' and heretics.

The public remains confused by the messaging from senior medical experts across the US. This can be exemplified by comments made by Dr. Anthony Fauci early on in the pandemic (March 2020) as part of his Covid-19 Task Force role when he stated categorically that (para), "wearing a mask might make people feel a little bit better" but "it's not providing the perfect protection that people think it is." Then and now, he actually echoed the current scientific consensus and this was in line with the World Health Organization's guidance.

 However, as we know, the guidance coming from experts was still somewhat confusing at best and downright unscientific and flawed at worst.  Interestingly, this type of advice (also given by others including Canada's Chief Medical Officer, Dr. Theresa Tam), was changed (initially dismissive of mask use) under the notion that in fact the experts were intentionally saying these things so as to prevent runs on surgical masks that were in short supply at the time and needed by healthcare workers. We put forward the notion that this is not the case and that in fact at that time, the experts actually *were* relying on available data as alluded to above. All this is to say that such changes in advice provided by top medical experts only served to confuse a public desperately in need of honesty and optimal guidance.

In relation to the above we point out that the World Health Organization (WHO) stated that "the widespread use of masks by healthy people in the community setting is not yet supported by high quality or direct scientific evidence and there are potential benefits and harms to consider."

A strong argument against the use of masks in the current Covid-19 pandemic gained traction when a recent CDC case-control study reported that well over 80% of cases always or often wore masks.

This CDC study further called into question the utility of masks in the Covid-19 emergency.

A recent publication asserts that face masks become nonconsequential and do not work after 20 minutes due to saturation. "Those masks are only effective so long as they are dry," said Professor Yvonne Cossart of the Department of Infectious Diseases at the University of Sydney." As soon as they become saturated with the moisture in your breath they stop doing their job and pass on the droplets." In a similar light, there are indications that wearing a mask that is already used is riskier that if one wore no mask.

Moreover, accumulating data and evidence *in toto* suggests a lack of evidence to support mask use (in adults or children) including any broad mask mandate. For example, the CDC in its examination of Nonpharmaceutical Measures (NPIs) for Pandemic Influenza in Nonhealthcare Settings, Oxford's CEBM, CIDRAP and policy questions unsound mask data, Klompas (NEJM) and universal masking, Jefferson et al., CDC 2, Brainard et al.'s research on preventing respiratory illness (Norwich School of Medicine), Marks's Covid-19 transmission clusters in Catalonia (*Lancet*), Spain, Jenin Younes's persuasive AIER piece on masking in the US, and research evidence by Hunter et al. regarding NPIs.

More specifically, research done by the CDC (May 2020) and published in *Emerging Infectious Diseases* (EID) examined personal protective measures and environmental hygiene measures for the effectiveness of such measures in reducing transmission of laboratory-confirmed influenza in the community. Researchers focused on disposable surgical or medical (typical blue coloured) face masks and identified 7 studies involving influenza and influenza-like illness (ILI) and reported that there was in fact no significant reduction in the transmission of influenza when face masks were used. Overall, the CDC reported that there is no significant effect of face masks in the transmission of laboratory-confirmed influenza and we hold that these findings could be extrapolated to SARS-CoV-2.

Researchers from the University of Oxford's Center for Evidence-Based Medicine (CEBM) examined the data regarding the effectiveness of the use of masks within the current highly charged backdrop of politics. They concluded that after nearly 20 years of preparedness for coming pandemics, the evidence on face mask use remains very conflicted. They examined evidence that revealed that "masks alone have no significant effect in interrupting the spread of ILI or influenza in the general population, nor in healthcare workers." They ask why had the correct applicable comparative effectiveness research not been conducted and we agree, that is, until the recent marine study (NEJM publication (CHARM study) and the Danish study published in the Annals of Internal Medicine which we describe. The Oxford researchers also speculate that there is likely and elevated rate of harm (infection) when using cloth face masks. They looked specifically at 6 RCTs in 2010 that examined face masks in respiratory viruses whereby 2 studies were in healthcare employees and 4 were in family and student groups. The trials for ILI showed very poor mask wearing compliance and seldom reported the harms that might be associated with the use of masks (harm evidence to be presented later in this discussion). Taken together though this fits with the premise outlined above where we state that if masking could be used to effectively prevent viral spread, there would have been clear evidence by now.

In 2013, the Canadian Agency for Drugs and Technologies in Health (an Agency specializing in Systematic Review/Meta-Analysis), stated: "No evidence was found on the effectiveness of wearing surgical face masks to protect staff from infectious material in the operating room, no evidence was found to support the use of surgical face masks to reduce the frequency of surgical site infections,

and guidelines recommend the use of surgical face masks by staff in the operating room to protect both operating room staff and patients (despite the lack of evidence)."

Similarly, Jefferson et al. studied physical interventions to interrupt or reduce the spread of respiratory viruses (updating a prior Cochrane review (2011) to include 15 RCTs (n=13,259 persons) exploring the impact of masks (14 trials) in healthcare workers, the general population and those in quarantine (1 trial)). When compared to non-masking, researchers found no significant reduction of ILI cases or influenza when masks were used in the general population and in healthcare workers. Somewhat surprisingly, there was also no difference between surgical masks and N95 respirators for ILI or for influenza.

However, this might comport with the fact that although N95 masks can be effective at filtering 95% of the particulate matter, the masks must be properly fitted. And in this regard, when an individual places a fresh mask on their face, there is no guarantee whatsoever that it will be placed in the precise location used when fit tests were done. This would mean therefore, that the filtering effectiveness of N95 masks can't really be predicted or guaranteed. The body of evidence was considered to be of 'low' quality based on included study limitation, even though these were RCTs, and they were plagued with serious methodological concerns.

Marks et al. reported on transmission clusters of Covid-19 in Catalonia, Spain (post-hoc analysis of data collected in the BCN PEP CoV-2 Study), looking at a cohort that was part of a RCT (314 patients with Covid-19, with 282 (90%) having at least one contact, 753 contacts in total, resulting in 282 clusters. Ninety (32%) of 282 clusters had at least one transmission event). Researchers reported no association of risk of transmission with mask usage by contacts.

The New England Journal of Medicine (NEJM) recently published an article on Covid-19 and masks which appeared to suggest that masks have become no more than a psychological crutch, and stated that "We know that wearing a mask outside health care facilities offers little, if any, protection from infection. Public health authorities define a significant exposure to Covid-19 as face-to-face contact within 6 feet with a patient with symptomatic Covid-19 that is sustained for at least a few minutes (and some say more than 10 minutes or even 30 minutes).

The chance of catching Covid-19 from a passing interaction in a public space is therefore minimal. In many cases, the desire for widespread masking is a reflexive reaction to anxiety over the pandemic." They also stated that "it is also clear that masks serve symbolic roles. Masks are not only tools, they are also talismans that may help increase health care workers' 'perceived' sense of safety, well-being, and trust in their hospitals. Although such reactions may not be strictly logical, we are all subject to fear and anxiety, especially during times of crisis. One might argue that fear and anxiety are better countered with data and education than with a marginally beneficial mask."

A recent WHO-sponsored systematic review and meta-analysis published in the *Lancet* included 39 nonrandomized observational studies (weaker study designs) that were not always adjusted fully for confounders and reported that face masks *could* be effective. These studies had small sample sizes with small event numbers, and were plagued with potential selection bias and residual confounding bias. The body of evidence was judged to be of low quality and was also open to the risk of recall, and measurement bias. The studies focused principally on mask use in households or contacts of cases that arose from investigations of the SARS and MERS epidemics (but with limited date for Covid-19 too). The researchers argued though that this indirect evidence can be regarded as the most direct information that would apply also to Covid-19.

Following publication in the *Lancet* of the WHO-sponsored review, researchers led by University of

Toronto epidemiology professor Peter Jueni, have now come forward asking *Lancet* to retract the study, citing numerous serious methodological flaws such as (but not limited to):

**i)** 7 studies being unpublished and non-peer-reviewed observational studies

**ii)** failure to consider the randomized evidence

**iii)** 25 included studies are about the SARS-1 virus or the MERS coronavirus, both of which have very different transmission characteristics than SARS-CoV-2: they were transmitted almost exclusively by severely ill hospitalized patients and there was no assessment of community transmission; a serious concern in regard to the issues being discussed in this document

**iv)** of the 4 studies relating to the SARS-CoV-2, 2 were misinterpreted by the authors of the *Lancet meta-study*, 1 is inconclusive, and 1 focused on the impact of using N95 (FFP2) respirators which is irrelevant insofar as community transmission, especially in regard to asymptomatic people and also did not address the use of medical grade or cloth masks

**v)** this review is being used to guide global face mask policy for the general population whereby one included study was judged to be misclassified (relating to masks in a hospital environment), one showed no benefit of face masks, and one is a poorly designed retrospective study about SARS-1 in Beijing based on telephone interviews. None of the studies refer to SARS-CoV-2.

Similarly, a recent study published in *PNAS* surrounding airborne transmission and face masks has also provoked substantial consternation and argued to be a politically motivated study more than a scientific one. It has led to over 40 leading scientists calling for its withdrawal due to it being very flawed because of the use of very suboptimal statistical analyses.

A review by the Norwich School of Medicine (preprint) studied the effectiveness of wearing face masks and examined 31 published studies of all research designs. They reported that "the evidence is not sufficiently strong to support widespread use of face masks as a protective measure against Covid-19. However, there is enough evidence to support the use of face masks for short periods of time by particularly vulnerable individuals when in transient higher risk situations."

A recent Danish Study published in the *Annals of Internal Medicine* sought to assess whether recommending surgical mask utilization outside of the home would help reduce the wearer's risks of acquiring SARS-CoV-2 infection in a setting where masks were uncommon and not among recommended public health measures. The sample included a total of 3,030 participants who were assigned randomly to wear masks, and 2,994 who were told to not wear masks (i.e. the control arm). The researchers reported that 4,862 persons completed the study. Infection with SARS-CoV-2 occurred in 42 participants who wore masks (1.8%) while 53 participants in the control group developed infection (2.1%). The between-group difference was −0.3 percentage point in favor of mask-use (95% CI, −1.2 to 0.4 percentage point; *p* = 0.38). Based on the analysis of the findings though, the authors concluded that there was no statistically or clinically significant impact of mask-use in regard to the rate of infection with SARS CoV-2.

Interestingly, these results emerged in a setting where social distancing and other public health measures were in effect, *except* for mask-wearing. In point of fact, the use of masks in this population was in general quite low. In any case, based on these findings it might be expected on the basis of this study alone that there would be serious doubt raised as to the need for the initiation and maintenance of mandatory use of masks in the public domain. Unfortunately, as of this date, this does not seem to be the case and is inexplicable quite frankly.

Additionally, with a focus on cloth face masks, recent reports suggest that they should never be used as a protective barrier as they offer no transmission protection (as PPE or as source control; see Tokyo report and BMJ study).

In the BMJ cluster randomized study, researchers sought to compare the efficacy of cloth masks to medical masks in hospital workers (in 14 Vietnamese hospitals utilizing 1,607 workers over 18 years of age). Wards were randomized so that in some, medical masks were worn while in other wards cloth masks were used. Another ward was assigned as a control group for 'usual practice' which included the use of masks on every shift for 4 consecutive weeks. The rates of all infection outcomes were highest in the cloth mask arm, with the rate of ILI significantly higher in the cloth mask arm (relative risk (RR)=13.00, 95% CI 1.69 to 100.07) compared with the medical mask arm. There were also significantly higher rates of ILI in the cloth mask group as compared with the control arm.

An analysis by mask use showed that ILI (RR=6.64, 95% CI 1.45 to 28.65) and laboratory-confirmed virus (RR=1.72, 95% CI 1.01 to 2.94) were significantly higher in the cloth mask group compared with the medical mask group. Researchers found that penetration of the cloth masks by particles was in the range of 97% (filtering out only 3% of viral particles) and for medical masks, it was still only 44%. This being the first RCT of cloth masks, the researchers cautioned against the use of cloth masks. There is extensive moisture retention and poor filtration with reuse which results in increased risk of infection, including by bacterial microorganisms. They concluded that cloth masks should not be recommended for healthcare workers, especially in high-risk settings.

The Norwegian Institute of Public Health (NIPH) conducted a recent rapid review to assess if individuals in the community without respiratory symptoms should wear face masks to reduce the spread of Covid-19. They proceeded on the assumption that 20% of 'infected' people are asymptomatic and that with a risk reduction of 40% when wearing masks, approximately 200,000 persons would need to wear a mask to prevent one new infection per week. Researchers concluded that based on the existing epidemic/pandemic in Norway, "wearing face masks to reduce the spread of Covid-19 is not recommended for individuals in the community without respiratory symptoms who are not in near contact with people who are known to be infected."

In a May 2020 communication report in Nature (Medicine), Leung et al. examined the importance of respiratory droplets as well as aerosol routes of spread with a specific focus on coronaviruses, influenza viruses, and rhinoviruses. They measured the quantity of respiratory virus in exhaled breath of participants with acute respiratory infections (ARIs) and determined the possible efficacy of surgical face masks to prevent respiratory virus transmission.

As part of the study, they screened 3,363 persons in two study phases, eventually enrolling 246 participants with ARI who provided exhaled breath samples, with 122 (50%) of the participants being randomized to either not wearing a face mask during the first exhaled breath collection or randomized to wearing a face mask (n=124 (50%)). Seasonal human coronaviruses, influenza viruses and rhinoviruses within exhaled breath and coughs of children as well as adults with ARI were identified. In this study, it was found that surgical face masks can significantly reduce detection of influenza virus RNA in respiratory droplets and coronavirus RNA in aerosols, and with a trend toward reduced detection of coronavirus RNA in respiratory droplets. Their results suggest that surgical masks can potentially reduce the release of influenza virus particles into the environment in respiratory droplets, but not in aerosols. And it must be emphasized that this study relied on people who had symptomatic disease, something vastly different from the issues under consideration here.

Perhaps one of the most seminal and rigorous studies (along with the Danish study published in the

Annals of Internal Medicine) emerged from a United States Marine Corps study performed in an isolated location; Parris Island. As reported in a recent NEJM publication (CHARM study), researchers studied SARS-CoV-2 transmission among Marine recruits during quarantine. Marine recruits at Parris Island (n=1,848 of 3,143 eligible recruits) who volunteered underwent a 2-week quarantine at home that was followed by a 2nd 2-week quarantine in a closed college campus setting.

As part of the study, participants wore masks and socially distanced while symptoms were monitored with daily checks of temperature. RT-PCR testing was used to assess the effectiveness of these strategies insofar as the presence or absence of SARS CoV-2 mRNA was concerned. Samples were obtained by the use of nasal swabs which were collected between arrival and the 2nd day of supervised quarantine and on days 7 and 14 (the 2nd quarantine used to mitigate infection among recruits). All recruits were required to have a negative RT-PCR result prior to entering Parris Island. It was found that within 2 days following arrival on the closed campus, 16 participants now tested positive for SARS-CoV-2 mRNA (15 being asymptomatic) and 35 more tested positive on day 7 or on day 14 (n=51 in total).

More specifically, of the 1,801 recruits who tested negative with PCR at study enrollment, 24 (1.3%) tested positive on day 7. On day 14, a total of 11 of 1,760 (0.6%) of the previously PCR-test negative participants tested positive; none of these participants were seropositive on day 0. As such, 35 participants who had had negative PCR test results within the first 2 days post arrival at the campus then became positive during the strict supervised quarantine. Of the 51 total participants who had at least one positive PCR test, 22 had positive tests on more than 1 day. Phylogenetic analysis was conducted whereby 6 independent monophyletic transmission clusters (independent viral strains) indicative of local transmission were uncovered during the supervised quarantine. The majority of clusters principally included members of the same platoon, and numerous infected recruits had an infected roommate.

The authors reported that about 2% who had earlier negative tests for SARS-CoV-2 at the beginning of strict supervised quarantine (we ask the reader to think; *military grade supervision*), and less than 2% of recruits who had unknown prior status, tested positive by day 14. Positive volunteers were mainly asymptomatic and transmission clusters occurred within platoons. The predominant finding was that despite the very strict and enforced quarantine (including 2 full weeks of supervised confinement and then forced social distancing and masking protocols), the rate of transmission was not reduced and in fact seemed to be higher than expected! Hence, ==we point out that not only was masking ineffective in preventing the spread of disease, but even *making things worse*. Despite quarantines, social distancing, and masking, in this cohort of mainly young male recruits, roughly 2% still went on to become infected and tested positive for SARS-CoV-2.== Sharing of rooms and platoon membership were reported risk factors for viral transmission.

As with the Danish investigation this study of Marine recruits who were kept under stringent military level supervision raises serious questions about the utility of quarantines, as it appears that not only do masks appear to be ineffective in preventing communal disease spread but also that quarantines do not work even when supervised for 2 weeks in a closed college. As we have stated elsewhere, it seems that quarantines are ineffective and that would also seem to include enforced social distancing! At the risk of repeating ourselves, all this is to say that in this study where compliance was monitored and enforced, and the conditions are favourable enough to support a rigorous study, so called 'mitigation' strategies just *do not work and cannot work amongst the general population.* ==This==

study stands as one of the higher-quality and more robust studies on the question of masking.

A 1981 British publication by Dr. Neil Orr reported on a trial in patients in a 40-bed surgical ward that focused on cholecystectomies, gastrectomies, thyroidectomies, bowel resections, prostatectomies, herniorrhaphies as well as cystoscopies, bronchoscopies, and gastroscopies. The analysis looked at throughput, wounds, and infection rates during a 6-month period (March-August) each year from 1976 to 1980. Remarkably it was concluded that the effectiveness of a mask in reducing contamination varied with the mask's shape, the materials of which the masks were made, and the way the masks were worn. Importantly, it was shown that wearing a mask did not reduce incidents of contamination in the theatre. In fact, results suggested the opposite in that wearing no mask correlated with the greatest reductions in contamination (also associated with performing the operations under conditions of silence… no speaking by the staff during any of the procedures).

A publication in Annals of Internal Medicine by Bae et al. "Effectiveness of Surgical and Cotton Masks in Blocking SARS-CoV-2" was retracted on a request by the ACP journal. We are thus unable to comment on the findings.

Based on the foregoing evidence cited above, we find no conclusive evidence to support the use of masks for Covid-19 (except N-95 type masks in a hospital setting and when appropriately fitted and utilized). In fact, masking appears to carry substantial risks to the user. And we reiterate that our conclusions are not based on the absence of evidence for ineffectiveness alone, *but actual evidence of ineffectiveness.*

And we reiterate that our conclusions are not based on the absence of evidence for ineffectiveness alone, *but actual evidence of ineffectiveness.*

Possibly the one study that could only be construed as pseudo-science, is based on a recent MMWR by the CDC on the use of double masks, this even after Dr. Anthony Fauci backtracked and said there is no evidence that this is effective. This is why this study was left for last in our review. Along comes the CDC with a study on maximizing fit for cloth and medical procedure masks by placing a cloth mask over a surgical mask and knotting the ear loops of a medical procedure mask and then tucking in and flattening the extra material close to the face. A pliable elastomeric head form was used to simulate a person under various conditions e.g. coughing etc. CDC reported that "the unknotted medical procedure mask alone blocked 42.0% of the particles from a simulated cough (standard deviation [SD] = 6.70), and the cloth mask alone blocked 44.3% (SD = 14.0). The combination of the cloth mask covering the medical procedure mask (double mask) blocked 92.5% of the cough particles (SD = 1.9)".

Incredulously, CDC then went on to declare that "the findings of these simulations should neither be generalized to the effectiveness of all medical procedure masks or cloths masks nor interpreted as being representative of the effectiveness of these masks when worn in real-world settings" and findings are not to be extrapolated to children "because of their smaller size or to men with beards and other facial hair, which interfere with fit". In addition, CDC stated "although use of double masking or knotting and tucking are two of many options that can optimize fit and enhance mask performance for source control and for wearer protection, double masking might impede breathing or obstruct peripheral vision for some wearers, and knotting and tucking can change the shape of the mask such that it no longer covers fully both the nose and the mouth of persons with larger faces". We are then left to ask, what was the purpose of this publication if it cannot be generalized to real-world settings and may impact breathing? Incidentally, in the SARS-CoV-2 Transmission among Marine Recruits during Quarantine (CHARM) study on Parris Island, the military recruits used double-layered masks

and findings were that masks and social distancing did not stop spread of COVID infection.

**What about possible harms from wearing masks?**

But what about harms from mask use? The information that is accumulating involves mask wearers within a Covid-19 environment and raises many concerns especially regarding psychological damage and especially to infants and children, with potential catastrophic impacts on the cognitive development of children. This is even more critical in relation to children with special needs or who are on the autism spectrum who need to be able to recognize facial expressions as part of their ongoing development. The accumulating evidence also suggests that prolonged mask use in children or adults can cause harms:

**i)** difficulty with breathing

**ii)** inhalation of toxic substances such as microplastics and chlorine compounds located in the masks (these are potentially serious risks)

**iii)** $CO_2$ intoxication

**iv)** sudden cardiac arrest seen in children

**v)** a reduction in blood oxygenation (hypoxia) or an elevation in blood CO2 (hypercapnia)

**vi)** psychological damage

**vii)** (N95 masks) a reduction in the PaO2 level, increases in respiratory rate, and increases the occurrence of chest discomfort and respiratory distress with prolonged use

**viii)** dizziness and light-headedness, headaches especially among healthcare workers

**ix)** bacterial and mould buildup in children's masks that can then be inhaled

**x)** anxiety and sleep problems, behavioral disorders and fear of contamination in children

**xi)** deoxygenation during surgery

**xii)** potentially life-threatening damage to the lungs (e.g. Stanford engineers report that masks can make it much more difficult to breathe, estimating that N95 masks as an example, reduce oxygen intake from 5% to 20% and if worn for a prolonged period)

**xiii)** as reported by Koops, facial skin infections, nose/throat and sinus infections, a change in breathing patterns.

**Predominant finding?**

The predominant conclusion is that face masks have a very important role in places such as hospitals, but there exists very little evidence of widespread benefit for members of the public (adults or children) as well as evidence that masking is truly an ineffectual way to manage pandemic-related spread of viral disease. As Kolstoe stated, it has become less about the science and more about politics and a symbol of solidarity.

Our view is that masks as they are worn now, and the masks that are in use, offer zero protection. They can be viewed as ineffective while others consider them as being better than nothing but without evidence to support that view. Masks are not sealed properly to the face and do not effectively stop *virion* penetration. We state emphatically that public health policy, or any policy for that matter, must be undergirded by sound data and evidence. As we have said, the reality is that widespread use of

==masks is *not* supported by science and in fact just the opposite.== This mask hysteria is driving unnecessary fear in the population and must end. Those who deliver statements relentlessly on the use of masks are doing so without the luxury of any credible evidence to support those views. They speak on assumption or speculation and this is *not* science! However, it is important to understand that as we await definitive research, given the situation and the desire to prevent spread to higher-risk persons (e.g. elderly), when consistent social distancing is not possible (our previous concerns about distancing notwithstanding), and out of an abundance of caution, face coverings among symptomatic individuals *might reduce the spread* of droplets with SARS-CoV-2 infection to others.

This must also be considered when a setting is experiencing elevated transmission rates. Moreover, this is sensible to the degree that it does not support generalized mask wearing by the entire population! We urge always common-sense reasonable precautions to be taken and on an individual basis, as the case may be, with an age and hazard targeted approach to reducing risk, always endeavoring to do our utmost in order to protect the high-risk persons among us.

It is very sensible that one would use a face mask when visiting an elderly person who is high-risk or even if the setting is controlled such as a healthcare setting in a nursing home. This makes complete sense (even though again, we know that evidence does not support this notion)! It is reasonable to be cautious, even in the light of limited or nonexistent evidence (especially strong peer-review evidence) of effectiveness and the increasing information suggesting that there's now evidence of harms related to mask (over)use. Situation-by-situation decisions can be made that depend on the risk at hand. The full context must be considered but if you are adequately socially distanced, there is no reason to wear a mask. There is no evidence for this. Though we would also contend that one should wear a mask if that is what is expected but adhere to meticulous hand hygiene and socially isolate if ill.

Danish reporting of a higher-quality mask study on Covid and masks that was actually rejected or sidelined by top journals including *Lancet, New England Journal of Medicine*, and the American Association's *JAMA* is alarming if true and suggests a pattern of politicization of research and of the medical community, journal editors and the peer-reviewers.  We look forward to its future publication.

**Conclusion**

In closing, perhaps Yinon Weiss, who is a U.S. military veteran, and who holds a degree in bioengineering from U.C. Berkeley, captures our current face mask calamity by reminding us how masks constrain our return to a more normal life. As outlandish as this might seem could this be the aim of those using the pandemic for the purpose of advancing various political ideologies? ==Masking drives fear in the population and a perennial sense of 'illness' that is crippling.== As stated eloquently by ==Weiss,== =="Our universal use of unscientific face coverings is therefore closer to medieval superstition than it is to science, but many powerful institutions have too much political capital invested in the mask narrative at this point, so the dogma is perpetuated."==

Our paper sought to examine the complete and most updated mask-related scientific evidence, along with anecdotal data and reports. Our current belief remains that asymptomatic individuals do not drive the pandemic and that the time-tested method of Ignaz Philipp Semmelweis of washing hands remains the best-established mechanism of limiting most microbial infections. People with symptomatic disease should not go into work! Unfortunately, since the economic downturn around 2008, the incidence of 'presenteeism' has increased due to the fear of losing one's job if one does not show up to work, even if ill. This behaviour has to be taken very seriously and must be stopped.

We also agree with the words of Klompas in the NEJM publication: "What is clear, however, is that

universal masking alone is not a panacea. A mask will not protect providers caring for a patient with active Covid-19 if it's not accompanied by meticulous hand hygiene, eye protection, gloves, and a gown. A mask alone will not prevent health care workers with early Covid-19 from contaminating their hands and spreading the virus to patients and colleagues. **Focusing on universal masking alone may, paradoxically, lead to more transmission of Covid-19 if it diverts attention from implementing more fundamental infection-control measures."**

In sum, when we look at the science, there is emerging and troubling evidence of harms from mask use in the absence of any benefits. This is also related to things as mundane as simple incorrect use of masking, as well as the development of complacency that emerges due to mask use and thus the relaxation of other mitigation steps, as well as mask contamination.

We also cannot discount the possible harms on our immune systems and general health from such constant and prolonged use of masks, given we have never done this before. We are in uncharted territory and especially so with the possible implications for our children. Their immune systems are still being developed and we are forcing lockdowns, school closures, and masking on a developing child and we have no prior experience on the subsequent outcomes pertaining to children's development, health, and well-being.

Most discomforting is that those government bureaucrats in charge and particularly the 'medical experts' continue to fail to admit they were exceptionally incorrect with regard to most of what they have stated in terms of pandemic policies and response related to the Covid pandemic. They have harmed the very societies they are supposed to help protect. They have failed to look at the evidence or follow it, and continue to operate in an arbitrary nonscientific, nonevidence informed manner. They 'attack,' with the assistance of the mass media, those of us who question their policies and actions despite the disastrous outcomes of those public health policies. Indeed, we are often blamed for the failures (called 'deniers' or 'heretics') and crushing harms of all of their policies when it has actually been their specious, illogical, and unsound actions and recommendations that deserve public outcry.

**Suggested points to consider**

In line with Koops and as published in the journal of the AIER, we embrace and suggest the following in terms of mask use for this Covid pandemic (based on individual decision-making):

i) Persons who have been infected and experienced Covid, are not required to wear any facial coverings

**ii)** No facial covering/masking is needed when in ventilated, open air surroundings; the risk for becoming infected with SARS CoV-2 is extremely small to non-existent

**iii.)** Facial coverings/masks are potentially of use when in close proximity to a high-risk person, e.g. elderly or if you are in a health care setting e.g. hospital or nursing home, long-term care facility, assisted-living facility, care home etc. This will also limit the spread of bacteria etc. to high-risk persons but again it must be stressed that this pertains most specifically to those visitors who have active symptomatic disease as opposed to those who are entirely asymptomatic

**iv.)** Children are at very low risk of acquiring SARS-CoVC-2 virus, or getting severely ill from infection; they are at also very low risk of spreading to other children, or to adults, and their teachers etc. Children should not be masked under any condition and only in instances when they are high-risk (immunocompromised), have contributory medical conditions.

**v)** Children must be allowed to interface with their natural environments (environments in general) so

that their immune systems remain constantly taxed and 'tuned up' and is    optimal for immune system development as well as their cognitive development, particularly in children with special needs such as autism

**vi)** People who are "post-convalescent" Covid should not wear masks. People with Covid-19, if they must be in the presence of others, should wear masks, although only minorly helpful at best.

**vii)** We implore that all government leaders and so-called medical experts include risk-benefit analyses each and any time they seek to advocate for or implement societal policies. We must have evidence of the benefits as well as harms and examine the trade-offs and most importantly, consider the implications to the public. If the policy is destructive, you end it!

**Contributing Authors**

- **Paul E Alexander MSc PhD**, McMaster University and GUIDE Research Methods Group, Hamilton, Ontario, Canada elias98_99@yahoo.com

- **Howard C. Tenenbaum DDS, Dip. Perio., PhD**, FRCD(C) Centre for Advanced Dental Research and Care, Mount Sinai Hospital, and Faculties of Medicine and Dentistry, University of Toronto, Toronto, ON, Canada

- **Ramin Oskoui, MD**, CEO, Foxhall Cardiology, PC, Washington, DC  oskouimd@gmail.com

- **Harvey A. Risch, MD, PhD**, Yale School of Public Health, New Haven, CT USA harvey.risch@yale.edu

- **Peter A. McCullough, MD, MPH**, Baylor University Medical Center, Baylor Heart and Vascular Institute, Baylor Jack and Jane Hamilton Heart and Vascular Hospital, Dallas, TX, USA peteramccullough@gmail.com

- **Nicholas E. Alexander**

Paul E. Alexander

Paul E. Alexander received his bachelor's degree in epidemiology from McMaster University in Hamilton, Ontario, a master's degree from Oxford University, and a PhD from McMaster University's Department of Health Research Methods, Evidence, and Impact.

Get notified of new articles from Paul E. Alexander and AIER.

Plaintiff's Exhibit 84

# COMMENTARY: Masks-for-all for COVID-19 not based on sound data

🅼 cidrap.umn.edu/news-perspective/2020/04/commentary-masks-all-covid-19-not-based-sound-data

Lisa M Brosseau, ScD, and Margaret Sietsema, PhD | Apr 01, 2020



_Dr. Brosseau_ is a national expert on respiratory protection and infectious diseases and professor (retired), University of Illinois at Chicago.
_Dr. Sietsema_ is also an expert on respiratory protection and an assistant professor at the University of Illinois at Chicago.

_____

**_Editor's Note:_** _The authors added the following statement on Jul 16._

The authors and CIDRAP have received requests in recent weeks to remove this article from the CIDRAP website. Reasons have included: (1) we don't truly know that cloth masks (face coverings) are not effective, since the data are so limited, (2) wearing a cloth mask or face covering is better than doing nothing, (3) the article is being used by individuals and groups

to support non-mask wearing where mandated and (4) there are now many modeling studies suggesting that cloth masks or face coverings could be effective at flattening the curve and preventing many cases of infection.

## If the data are limited, how can we say face coverings are likely not effective?

We agree that the data supporting the effectiveness of a cloth mask or face covering are very limited. We do, however, have data from laboratory studies that indicate cloth masks or face coverings offer very low filter collection efficiency for the smaller inhalable particles we believe are largely responsible for transmission, particularly from pre- or asymptomatic individuals who are not coughing or sneezing. At the time we wrote this article, we were unable to locate any well-performed studies of cloth mask leakage when worn on the face— either inward or outward leakage. As far as we know, these data are still lacking.

The guidelines from the Centers for Disease Control and Prevention (CDC) for face coverings initially did not have any citations for studies of cloth material efficiency or fit, but some references have been added since the guidelines were first posted. We reviewed these and found that many employ very crude, non-standardized methods (Anfinrud 2020, Davies 2013, Konda 2020, Aydin 2020, Ma 2020) or are not relevant to cloth face coverings because they evaluate respirators or surgical masks (Leung 2020, Johnson 2009, Green 2012).

The CDC failed to reference the National Academies of Sciences Rapid Expert Consultation on the Effectiveness of Fabric Masks for the COVID-19 Pandemic (NAS 2020), which concludes, "The evidence from…laboratory filtration studies suggests that such fabric masks may reduce the transmission of larger respiratory droplets. There is little evidence regarding the transmission of small aerosolized particulates of the size potentially exhaled by asymptomatic or presymptomatic individuals with COVID-19." As well, the CDC neglected to mention a well-done study of cloth material filter performance by Rengasamy et al (2014), which we reviewed in our article.

## Is wearing a face covering better than nothing?

Wearing a cloth mask or face covering could be better than doing nothing, but we simply don't know at this point. We have observed an evolution in the messaging around cloth masks, from an initial understanding that they should not be seen as a replacement for physical distancing to more recent messaging that suggests cloth masks are equivalent to physical distancing. And while everyone appears to understand that this messaging suggests that a cloth mask is appropriate only for source control (ie, to protect others from infection), recent CDC and other guidance recommending their use by workers seems to imply that they offer some type of personal protection.

We know of workplaces in which employees are told they cannot wear respirators for the hazardous environments they work in, but instead need to wear a cloth mask or face covering. These are dangerous and inappropriate applications that greatly exceed the initial purpose of a cloth mask. We are concerned that many people do not understand the very limited degree of protection a cloth mask or face covering likely offers as source control for people located nearby.

## Do we support cloth mask wearing where mandated?

Despite the current limited scientific data detailing their effectiveness, we support the wearing of face coverings by the public when mandated and when in close contact with people whose infection status they don't know. However, we also encourage everyone to continue to limit their time spent indoors near potentially infectious people and to not count on or expect a cloth mask or face covering to protect them or the people around them. The pandemic is not over and will not likely be over for some time. As states and local jurisdictions reopen, we encourage people to continue to assess and limit their risks. Cloth masks and face coverings likely do *not* offer the same degree of protection as physical distancing, isolation, or limiting personal contact time.

## Will face coverings 'flatten the curve' and stop the pandemic?

We have reviewed the many modeling studies that purport to demonstrate that cloth masks or face coverings have the potential for flattening the curve or significantly decrease the number of cases. These studies fail to recognize several important facts:

- The filter performance of a cloth material does not directly translate or represent its performance on an individual, because it neglects the understanding of fit.
- Cloth masks or coverings come in a variety of shapes, sizes, and materials and are not made according to any standards.
- Transmission is not simply a function of short random interactions between individuals, but rather a function of particle concentration in the air and the time exposed to that concentration.
- A cloth mask or face covering does very little to prevent the emission or inhalation of small particles. As discussed in an earlier CIDRAP commentary and more recently by Morawska and Milton (2020) in an open letter to WHO signed by 239 scientists, inhalation of small infectious particles is not only biologically plausible, but the epidemiology supports it as an important mode of transmission for SARS-CoV-2, the virus that causes COVID-19.

In summary, though we support mask wearing by the general public, we continue to conclude that cloth masks and face coverings are likely to have limited impact on lowering COVID-19 transmission, because they have minimal ability to prevent the emission of small particles, offer limited personal protection with respect to small particle inhalation, and should not be recommended as a replacement for physical distancing or reducing time in enclosed

spaces with many potentially infectious people. We are very concerned about messaging that suggests cloth masks or face coverings can replace physical distancing. We also worry that the public doesn't understand the limitations of cloth masks and face coverings when we observe how many people wear their mask under their nose or even under their mouth, remove their masks when talking to someone nearby, or fail to practice physical distancing when wearing a mask.

## References

**Anfinrud P, Stadnytskyi V, Bax CE, et al.** Visualizing speech-generated oral fluid droplets with laser light scattering. N Engl J Med 2020 (published online Apr 15)

**Davies A, Thompson KA, Giri K, et al.** Testing the efficacy of homemade masks: would they protect in an influenza pandemic? Disaster Med Public Health Prep 2013 Aug;7(4):413-8

**Green CF, Davidson CS, Panlilio AL, et al.** Effectiveness of selected surgical masks in arresting vegetative cells and endospores when worn by simulated contagious patients. Infect Control Hosp Epidemiol 2012 May;33(5):487‑94

**Johnson DF, Druce JD, Birch C, et al.** A quantitative assessment of the efficacy of surgical and N95 masks to filter influenza virus in patients with acute influenza infection. Clin Infect Dis 2009 Jul 15;49(2):275-7

**Konda A, Prakash A, Moss GA, et al.** Aerosol filtration efficiency of common fabrics used in respiratory cloth masks. ACS Nano. 2020 (published online Apr 24)

**Leung NHL, Chu DKW, Shiu EYC, et al.** Respiratory virus shedding in exhaled breath and efficacy of face masks. *Nat Med* 2020 (published online Apr 3)

**Ma QX, Shan H, Zhang HL, et al.** Potential utilities of mask-wearing and instant hand hygiene for fighting SARS-CoV-2. J Med Virol 2020 (published online Mar 31)

**Morawska L, Milton DK.** It is time to address airborne transmission of COVID-19. Clin Infect Dis 2020 (published online Jul 6)

**National Academies of Sciences, Engineering, and Medicine.** 2020. Rapid expert consultation on the effectiveness of fabric masks for the COVID-19 pandemic. Washington, DC, National Academies Press. Apr 8, 2020

**Rengasamy S, Eimer B, Szalajda J.** A quantitative assessment of the total inward leakage of NaCl aerosol representing submicron-size bioaerosol through N95 filtering facepiece respirators and surgical masks. J Occup Environ Hyg 2014 May 9;11(6):388-96

_____

*Editor's Note: Also on Jul 16, The following text was changed directly after the "Surgical masks as source control" subhead in the original commentary:*

Original: *Household studies find very limited effectiveness of surgical masks at reducing respiratory illness in other household members.*[22-25]

Updated: *We were able to identify only two household studies in which surgical masks were worn by the index patient only, as source control.*[24,25] *Neither of these found a significant impact on secondary disease transmission, although both studies had important limitations.*

*The original reference 24 (bin-Reza 2011) was changed to Canini 2010. In an unrelated correction on Jul 16, reference 45 was incorrect and now correctly cites bin-Reza 2012.*

---

In response to the stream of misinformation and misunderstanding about the nature and role of masks and respirators as source control or personal protective equipment (PPE), we critically review the topic to inform ongoing COVID-19 decision-making that relies on science-based data and professional expertise.

As noted in a previous commentary, the limited data we have for COVID-19 strongly support the possibility that SARS-CoV-2—the virus that causes COVID-19—is transmitted by inhalation of both droplets and aerosols near the source. It is also likely that people who are pre-symptomatic or asymptomatic throughout the duration of their infection are spreading the disease in this way.

## Data lacking to recommend broad mask use

We do not recommend requiring the general public who do not have symptoms of COVID-19-like illness to routinely wear cloth or surgical masks because:

- There is no scientific evidence they are effective in reducing the risk of SARS-CoV-2 transmission
- Their use may result in those wearing the masks to relax other distancing efforts because they have a sense of protection
- We need to preserve the supply of surgical masks for at-risk healthcare workers.

Sweeping mask recommendations—as many have proposed—will not reduce SARS-CoV-2 transmission, as evidenced by the widespread practice of wearing such masks in Hubei province, China, before and during its mass COVID-19 transmission experience earlier this year. Our review of relevant studies indicates that cloth masks will be ineffective at preventing SARS-CoV-2 transmission, whether worn as source control or as PPE.

Surgical masks likely have some utility as source control (meaning the wearer limits virus dispersal to another person) from a symptomatic patient in a healthcare setting to stop the spread of large cough particles and limit the lateral dispersion of cough particles. They may also have very limited utility as source control or PPE in households.

Respirators, though, are the only option that can ensure protection for frontline workers dealing with COVID-19 cases, once all of the strategies for optimizing respirator supply have been implemented.

We do not know whether respirators are an effective intervention as source control for the public. A non-fit-tested respirator may not offer any better protection than a surgical mask. Respirators work as PPE only when they are the right size and have been fit-tested to demonstrate they achieve an adequate protection factor. In a time when respirator supplies are limited, we should be saving them for frontline workers to prevent infection and remain in their jobs.

These recommendations are based on a review of available literature and informed by professional expertise and consultation. We outline our review criteria, summarize the literature that best addresses these criteria, and describe some activities the public can do to help "flatten the curve" and to protect frontline workers and the general public.

We realize that the public yearns to help protect medical professionals by contributing homemade masks, but there are better ways to help.

## Filter efficiency and fit are key for masks, respirators

The best evidence of mask and respirator performance starts with testing filter efficiency and then evaluating fit (facepiece leakage). Filter efficiency must be measured first. If the filter is inefficient, then fit will be a measure of filter efficiency only and not what is being leaked around the facepiece.

### Filter efficiency

Masks and respirators work by collecting particles through several physical mechanisms, including diffusion (small particles) and interception and impaction (large particles).[1] N95 filtering facepiece respirators (FFRs) are constructed from electret filter material, with electrostatic attraction for additional collection of all particle sizes.[2]

Every filter has a particle size range that it collects inefficiently. *Above and below this range, particles will be collected with greater efficiency*. For fibrous non-electret filters, this size is about 0.3 micrometers (μm); for electret filters, it ranges from 0.06 to 0.1 μm. When testing, we care most about the point of inefficiency. As flow increases, particles in this range will be collected less efficiently.

The best filter tests use worst-case conditions: high flow rates (80 to 90 liters per minute [L/min]) with particle sizes in the least efficiency range. This guarantees that filter efficiency will be high at typical, lower flow rates for all particle sizes. Respirator filter certification tests use 84 L/min, well above the typical 10 to 30 L/min breathing rates. The N95 designation means the filter exhibits at least 95% efficiency in the least efficient particle size range.

Studies should also use well-characterized inert particles (not biological, anthropogenic, or naturogenic ones) and instruments that quantify concentrations in narrow size categories, and they should include an N95 FFR or similar respirator as a positive control.

**Fit**

Fit should be a measure of how well the mask or respirator prevents leakage around the facepiece, as noted earlier. Panels of representative human subjects reveal more about fit than tests on a few individuals or mannequins.

Quantitative fit tests that measure concentrations inside and outside of the facepiece are more discriminating than qualitative ones that rely on taste or odor.

## Mask, N95 respirator filtering performance

Following a recommendation that cloth masks be explored for use in healthcare settings during the next influenza pandemic,[3] The National Institute for Occupational Safety and Health (NIOSH) conducted a study of the filter performance on clothing materials and articles, including commercial cloth masks marketed for air pollution and allergens, sweatshirts, t-shirts, and scarfs.[4]

Filter efficiency was measured across a wide range of small particle sizes (0.02 to 1 µm) at 33 and 99 L/min. N95 respirators had efficiencies greater than 95% (as expected). For the entire range of particles tested, t-shirts had 10% efficiency, scarves 10% to 20%, cloth masks 10% to 30%, sweatshirts 20% to 40%, and towels 40%. All of the cloth masks and materials had near zero efficiency at 0.3 µm, a particle size that easily penetrates into the lungs.[4]

Another study evaluated 44 masks, respirators, and other materials with similar methods and small aerosols (0.08 and 0.22 µm).[5] N95 FFR filter efficiency was greater than 95%. Medical masks exhibited 55% efficiency, general masks 38% and handkerchiefs 2% (one layer) to 13% (four layers).

These studies demonstrate that cloth or homemade masks will have very low filter efficiency (2% to 38%). Medical masks are made from a wide range of materials, and studies have found a wide range of filter efficiency (2% to 98%), with most exhibiting 30% to 50% efficiency.[6-12]

We reviewed other filter efficiency studies of makeshift cloth masks made with various materials. Limitations included challenge aerosols that were poorly characterized[13] or too large[14-16] or flow rates that were too low.[17]

## Mask and respirator fit

Regulators have not developed guidelines for cloth or surgical mask fit. N95 FFRs must achieve a fit factor (outside divided by inside concentration) of at least 100, which means that the facepiece must lower the outside concentration by 99%, according to the OSHA respiratory protection standard. When fit is measured on a mask with inefficient filters, it is really a measure of the collection of particles by the filter plus how well the mask prevents particles from leaking around the facepiece.

Several studies have measured the fit of masks made of cloth and other homemade materials.[13,18,19] We have not used their results to evaluate mask performance, because none measured filter efficiency or included respirators as positive controls.

One study of surgical masks showing relatively high efficiencies of 70% to 95% using NIOSH test methods measured total mask efficiencies (filter plus facepiece) of 67% to 90%.[7] These results illustrate that surgical masks, even with relatively efficient filters, do not fit well against the face.

In sum, cloth masks exhibit very low filter efficiency. Thus, even masks that fit well against the face will not prevent inhalation of small particles by the wearer or emission of small particles from the wearer.

One study of surgical mask fit described above suggests that poor fit can be somewhat offset by good filter collection, but will not approach the level of protection offered by a respirator. The problem is, however, that many surgical masks have very poor filter performance. Surgical masks are not evaluated using worst-case filter tests, so there is no way to know which ones offer better filter efficiency.

## Studies of performance in real-world settings

Before recommending them, it's important to understand how masks and respirators perform in households, healthcare, and other settings.

### Cloth masks as source control

A historical overview of cloth masks notes their use in US healthcare settings starting in the late 1800s, first as source control on patients and nurses and later as PPE by nurses.[20]

Kellogg,[21] seeking a reason for the failure of cloth masks required for the public in stopping the 1918 influenza pandemic, found that the number of cloth layers needed to achieve acceptable efficiency made them difficult to breathe through and caused leakage around the

mask. We found no well-designed studies of cloth masks as source control in household or healthcare settings.

In sum, given the paucity of information about their performance as source control in real-world settings, along with the extremely low efficiency of cloth masks as filters and their poor fit, there is no evidence to support their use by the public or healthcare workers to control the emission of particles from the wearer.

## Surgical masks as source control

We were able to identify only two household studies in which surgical masks were worn by the index patient only, as source control.[24,25] Neither of these found a significant impact on secondary disease transmission, although both studies had important limitations.

Clinical trials in the surgery theater have found no difference in wound infection rates with and without surgical masks.[26-29] Despite these findings, it has been difficult for surgeons to give up a long-standing practice.[30]

There is evidence from laboratory studies with coughing infectious subjects that surgical masks are effective at preventing emission of large particles[31-34] and minimizing lateral dispersion of cough particles, but with simultaneous displacement of aerosol emission upward and downward from the mask.[35]

There is some evidence that surgical masks can be effective at reducing overall particle emission from patients who have multidrug-resistant tuberculosis,[36] cystic fibrosis,[34] and influenza.[33] The latter found surgical masks decreased emission of large particles (larger than 5 µm) by 25-fold and small particles by threefold from flu-infected patients.[33] Sung[37] found a 43% reduction in respiratory viral infections in stem-cell patients when everyone, including patients, visitors, and healthcare workers, wore surgical masks.

In sum, wearing surgical masks in households appears to have very little impact on transmission of respiratory disease. One possible reason may be that masks are not likely worn continuously in households. These data suggest that surgical masks worn by the public will have no or very low impact on disease transmission during a pandemic.

There is no evidence that surgical masks worn by healthcare workers are effective at limiting the emission of small particles or in preventing contamination of wounds during surgery.

There is moderate evidence that surgical masks worn by patients in healthcare settings can lower the emission of large particles generated during coughing and limited evidence that small particle emission may also be reduced.

## N95 FFRs as source control

Respirator use by the public was reviewed by <u>NIOSH</u>: (1) untrained users will not wear respirators correctly, (2) non-fit tested respirators are not likely to fit, and (3) improvised cloth masks do not provide the level of protection of a fit-tested respirator.

There are few studies examining the effectiveness of respirators on patients. An N95 FFR on coughing human subjects showed greater effectiveness at limiting lateral particle dispersion than surgical masks (15 cm and 30 cm dispersion, respectively) in comparison to no mask (68 cm). [35] Cystic fibrosis patients reported that surgical masks were tolerable for short periods, but N95 FFRs were not.[34]

In summary, N95 FFRs on patients will not be effective and may not be appropriate, particularly if they have respiratory illness or other underlying health conditions. Given the current extreme shortages of respirators needed in healthcare, we do not recommend the use of N95 FFRs in public or household settings.

**Cloth masks as PPE**

A randomized trial comparing the effect of medical and cloth masks on healthcare worker illness found that those wearing cloth masks were 13 times more likely to experience influenza-like illness than those wearing medical masks.[38]

In sum, very poor filter and fit performance of cloth masks described earlier and very low effectiveness for cloth masks in healthcare settings lead us conclude that cloth masks offer no protection for healthcare workers inhaling infectious particles near an infected or confirmed patient.

**Surgical masks as PPE**

Several randomized trials have not found any statistical difference in the efficacy of surgical masks versus N95 FFRs at lowering infectious respiratory disease outcomes for healthcare workers.[39-43]

Most reviews have failed to find any advantage of one intervention over the other.[23,44-48] Recent meta-analyses found that N95 FFRs offered higher protection against clinical respiratory illness[49,50] and lab-confirmed bacterial infections,[49] but not viral infections or influenza-like illness.[49]

A recent pooled analysis of two earlier trials comparing medical masks and N95 filtering facepiece respirators **with controls** (no protection) found that healthcare workers continuously wearing N95 FFRs were 54% less likely to experience respiratory viral infections than controls ($P = 0.03$), while those wearing medical masks were only 12% less likely than controls ($P = 0.48$; result is not significantly different from zero).[51]

While the data supporting the use of surgical masks as PPE in real-world settings are limited, the two meta-analyses and the most recent randomized controlled study[51] combined with evidence of moderate filter efficiency and complete lack of facepiece fit lead us to conclude that surgical masks offer very low levels of protection for the wearer from aerosol inhalation. There may be some protection from droplets and liquids propelled directly onto the mask, but a faceshield would be a better choice if this is a concern.

### N95 FFRs as PPE

A retrospective cohort study found that nurses' risk of SARS (severe acute respiratory syndrome, also caused by a coronavirus) was lower with consistent use of N95 FFRs than with consistent use of a surgical mask.[52]

In sum, this study, the meta-analyses, randomized controlled trial described above,[49,51] and laboratory data showing high filter efficiency and high achievable fit factors lead us to conclude that N95 FFRs offer superior protection from inhalable infectious aerosols likely to be encountered when caring for suspected or confirmed COVID-19 patients.

The precautionary principle supports higher levels of respiratory protection, such as powered air-purifying respirators, for aerosol-generating procedures such as intubation, bronchoscopy, and acquiring respiratory specimens.

## Conclusions

While this is not an exhaustive review of masks and respirators as source control and PPE, we made our best effort to locate and review the most relevant studies of laboratory and real-world performance to inform our recommendations. Results from laboratory studies of filter and fit performance inform and support the findings in real-world settings.

Cloth masks are ineffective as source control and PPE, surgical masks have some role to play in preventing emissions from infected patients, and respirators are the best choice for protecting healthcare and other frontline workers, but not recommended for source control. These recommendations apply to pandemic and non-pandemic situations.

Leaving aside the fact that they are ineffective, telling the public to wear cloth or surgical masks could be interpreted by some to mean that people are safe to stop isolating at home. It's too late now for anything but stopping as much person-to-person interaction as possible.

Masks may confuse that message and give people a false sense of security. If masks had been the solution in Asia, shouldn't they have stopped the pandemic before it spread elsewhere?

## Ways to best protect health workers

We recommend that healthcare organizations follow US Centers for Disease Control and Prevention (CDC) guidance by moving first through conventional, then contingency, and finally crisis scenarios to optimize the supply of respirators. We recommend using the CDC's burn rate calculator to help identify areas to reduce N95 consumption and working down the CDC checklist for a strategic approach to extend N95 supply.

For readers who are disappointed in our recommendations to stop making cloth masks for themselves or healthcare workers, we recommend instead pitching in to locate N95 FFRs and other types of respirators for healthcare organizations. Encourage your local or state government to organize and reach out to industries to locate respirators not currently being used in the non-healthcare sector and coordinate donation efforts to frontline health workers.

## References

1. **Lee KW, Liu BYH.** On the minimum efficiency and the most penetrating particle size for fibrous filters. J Air Pollut Control Assoc 1980 Mar 13;30(4):377-81
2. **Martin SB Jr, Moyer ES.** Electrostatic respirator filter media: filter efficiency and most penetrating particle size effects. Appl Occup Environ Hyg 2000 Nov 30;15(8):609-17
3. Reusability of facemasks during an influenza pandemic.News conference, Apr 27, 2006
4. **Rengasamy S, Eimer B, Shaffer RE.** Simple respiratory protection—evaluation of the filtration performance of cloth masks and common fabric materials against 20-1000 nm size particles.Ann Occup Hyg 2010 Jun 28;54(7):789-98
5. **Jung H, Kim J, Lee S, et al.** Comparison of filtration efficiency and pressure drop in anti-yellow sand masks, quarantine masks, medical masks, general masks, and handkerchiefs.Aerosol Air Qual Res 2014;14(14):991-1002.
6. **Grinshpun SA, Haruta H, Eninger RM, et al.** Performance of an N95 filtering facepiece particulate respirator and a surgical mask during human breathing: two pathways for particle penetration. J Occup Environ Hyg 2009 Jul 22;6(10):593-603
7. **Oberg T, Brosseau LM.** Surgical mask filter and fit performance. Am J Infect Control 2008 May;36(4):276-82
8. **Willeke K, Qian Y, Donnelly J, et al.** Penetration of airborne microorganisms through a surgical mask and a dust/mist respirator. Am Ind Hyg Assoc J 1996;57(4):348-55
9. **Brosseau LM, McCullough NV, Vesley D.** Mycobacterial aerosol collection efficiency of respirator and surgical mask filters under varying conditions of flow and humidity. Appl Occup Environ Hyg 1997;12(6):435-45
10. **Chen CC, Willeke K.** Aerosol penetration through surgical masks. Am J Infect Control 1992 Aug;20(4):177-84
11. **McCullough NV, Brosseau LM, Vesley D.** Collection of three bacterial aerosols by respirator and surgical mask filters under varying conditions of flow and relative humidity. Ann Occup Hyg 1997 Dec;41(6):677-90

12. **Rengasamy S, Eimer B, Szalajda J.** A quantitative assessment of the total inward leakage of NaCl aerosol representing submicron-size bioaerosol through N95 filtering facepiece respirators and surgical masks. J Occup Environ Hyg 2014 11(6):388-96

13. **Davies A, Thompson KA, Giri K, et al.** Testing the efficacy of homemade masks: would they protect in an influenza pandemic?Disaster Med Public Health Prep 2013 Aug;7(4):413-8

14. Cherrie JW, Apsley A, Cowie H, et al. Effectiveness of face masks used to protect Beijing residents against particulate air pollution.Occup Environ Med 2018 Jun;75(6):446-52

15. **Mueller W, Horwell CJ, Apsley A, et al.** The effectiveness of respiratory protection worn by communities to protect from volcanic ash inhalation. Part I: filtration efficiency tests.Int J Hyg Environ Health 2018 July;221(6):967-76

16. **Bowen LE.** Does that face mask really protect you?Appl Biosaf 2010 Jun 1;15(2):67-71

17. **Shakya KM, Noyes A, Kallin R, et al.** Evaluating the efficacy of cloth facemasks in reducing particulate matter exposure.J Expo Sci Environ Epidemiol 2017 May;27(3):352-7

18. **van der Sande M., Teunis P, Sabel R.** Professional and home-made face masks reduce exposure to respiratory infections among the general population. PLOS One 2008 Jul 9;3(7):0002618

19. **Derrick JL, Gomersall CD.** Protecting healthcare staff from severe acute respiratory syndrome: filtration capacity of multiple surgical masks. J Hosp Infect 2005 Apr;59(4):365-8

20. **Chughtai AA, Seale H, MacIntyre CR.** Use of cloth masks in the practice of infection control—evidence and policy gaps. Int J Infect Control 2013 Jun;9(3)

21. **Kellogg WH, MacMillan G.** An experimental study of the efficacy of gauze face masks.Am J Public Health 1920;10(1):34-42

22. **Saunders-Hastings P, Crispo JA, Sikora L, et al.** Effectiveness of personal protective measures in reducing pandemic influenza transmission: A systematic review and meta-analysis.Epidemics 2017 Sep;20:1-20

23. **Cowling B J, Zhou Y, Ip DKM, et al.** Face masks to prevent transmission of influenza virus: a systematic review. Epidemiol Infect 2010 Jan 22;138(4):449-56

24. **Canini L, Andreoletti L, Ferrari P, et al.** Surgical mask to prevent influenza transmission in households: a cluster randomized trial. PLOS One 2010 Nov 17;5(11):e13998

25. **MacIntyre CR, Zhang Y, Chughtai AA, et al.** Cluster randomised controlled trial to examine medical mask use as source control for people with respiratory illness.BMJ Open 2016 Dec 30;6(12):e012330

26. **Meleny FL.** Infection in clean operative wounds: a nine year study. Surg Gynecol Obstet 1935;60:264-75

27. **Orr NWM.** Is a mask necessary in the operating theater? Ann R Coll Surg Engl 1981;63:390-2

28. **Mitchell NJ, Hunt S.** Surgical face masks in modern operating rooms—a costly and unnecessary ritual? J Hosp Infect 1991;18(3):239-42

29. **Tunevall TG.** Postoperative wound infections and surgical face masks: a controlled study. World J Surg 1991 May-Jun;15(3):383-7

30. **Belkin NL.** Masks, barriers, laundering, and gloving: Where is the evidence? AORN J 2006 Oct 25;84(4):655-63

31. **Johnson DF, Druce JD, Birch C, et al.** A quantitative assessment of the efficacy of surgical and N95 masks to filter influenza virus in patients with acute influenza infection. Clin Infect Dis 2009 Jul 15;49(2):275-7

32. **Driessche KV, Hens N, Tilley P, et al.** Surgical masks reduce airborne spread of Pseudomonas aeruginosa in colonized patients with cystic fibrosis. Am J Respir Crit Care Med 2015 Oct 1;192(7):897-9

33. **Milton DK, Fabian MP, Cowling BJ, et al.** Influenza virus aerosols in human exhaled breath: particle size, culturability, and effect of surgical masks. PLoS Pathog 2013 Mar;9(3):e1003205

34. **Stockwell RE, Wood ME, He C, et al.** Face masks reduce the release of Pseudomonas aeruginosa cough aerosols when worn for clinically relevant periods. Am J Respir Crit Care Med 2018 Nov 15;198(10):1339-42

35. **Hui DS, Chow BK, Chu L, et al.** Exhaled air dispersion during coughing with and without wearing a surgical or N95 mask. PloS One 2012;7(12)e50845

36. **Dharmadhikari AS, Mphahlele M, Stoltz A, et al.** Surgical face masks worn by patients with multidrug-resistant tuberculosis: impact on infectivity of air on a hospital ward. Am J Respir Crit Care Med 2012 May 15;185(10):1104-9

37. **Sung AD, Sung JA, Thomas S, et al.** Universal mask usage for reduction of respiratory viral infections after stem cell transplant: a prospective trial. Clin Infect Dis 2016 Oct 15;63(8):999-1006

38. **MacIntyre CR, Seale H, Dung TC, et al.** A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. BMJ Open 2015 Apr 22;5(4):e006577

39. **Loeb M, Dafoe N, Mahony J, et al.** Surgical mask vs N95 respirator for preventing influenza among healthcare workers: a randomized trial. JAMA 2009 Nov 4;302(17):1865-71

40. **MacIntyre CR, Wang Q, Cauchemez S, et al.** A cluster randomized clinical trial comparing fit-tested and non-fit-tested N95 respirators to medical masks to prevent respiratory virus infection in health care workers. Influenza Other Respir Viruses 2011;5(3):170-9

41. **MacIntyre CR, Wang Q, Rahman B, et al.** Efficacy of face masks and respirators in preventing upper respiratory tract bacterial colonization and co-infection in hospital healthcare workers—authors' reply. Prev Med 2014 Aug;65:154

42. **MacIntyre CR, Wang Q, Seale H, et al.** A randomized clinical trial of three options for N95 respirators and medical masks in health workers. Am J Resp Crit Care Med 2013;187(9):960-6

43. **Radonovich LJ, Simberkoff MS, Bessesen MT, et al.** N95 respirators vs medical masks for preventing influenza among health care personnel: a randomized clinical trial. JAMA 2019 Sep 3;322(9):824-33

44. **Gralton J, and McLaws ML.** Protecting healthcare workers from pandemic influenza: N95 or surgical masks?. Crit Care Med 2010 Feb;38(2):657-67

45. **bin‑Reza F, Chavarrias VL, Nicoll A, et al.** The use of masks and respirators to prevent transmission of influenza: a systematic review of the scientific evidence. Influenza Other Respir Virus 2012 Jul;6(4):257-67

46. **Bunyan D, Ritchie L, Jenkins D, et al.** Respiratory and facial protection: a critical review of recent literature. J Hosp Infect 2013 Nov;85(3):165-9

47. **Smith JD, MacDougall CC, Johnstone J, et al.** Effectiveness of N95 respirators versus surgical masks in protecting health care workers from acute respiratory infection: a systematic review and meta-analysis. CMAJ 2016 May 17;188(8):567-74

48. **Jefferson T, Jones M, Ansari LAA, et al.** Physical interventions to interrupt or reduce the spread of respiratory viruses. Part 1 - Face masks, eye protection and person distancing: systematic review and meta-analysis. medRxiv 2020 Mar 30

49. **Offeddu V, Yung CF, Low MSF, et al.** Effectiveness of masks and respirators against respiratory infections in healthcare workers: a systematic review and meta-analysis. Clin Infect Dis 2017 Aug 7;65(11):1934-42

50. **Long Y, Hu T, Liu L, et al.** Effectiveness of N95 respirators versus surgical masks against influenza: A systematic review and meta‑analysis. J Evid Based Med 2020 (published online Mar 13)

51. **MacIntyre CR, Chughtai AA, Rahman B, et al.** The efficacy of medical masks and respirators against respiratory infection in healthcare workers. Influenza Other Respir Viruses 2017;11(6):511-7

52. **Loeb M, McGeer A, Henry B, et al.** SARS among critical care nurses, Toronto. Emerg Infect Dis 2004 Feb;10(2):251-5

Plaintiff's Exhibit 85

# Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings— Personal Protective and Environmental Measures

Jingyi Xiao,[1] Eunice Y. C. Shiu,[1] Huizhi Gao, Jessica Y. Wong, Min W. Fong, Sukhyun Ryu, Benjamin J. Cowling

There were 3 influenza pandemics in the 20th century, and there has been 1 so far in the 21st century. Local, national, and international health authorities regularly update their plans for mitigating the next influenza pandemic in light of the latest available evidence on the effectiveness of various control measures in reducing transmission. Here, we review the evidence base on the effectiveness of nonpharmaceutical personal protective measures and environmental hygiene measures in nonhealthcare settings and discuss their potential inclusion in pandemic plans. Although mechanistic studies support the potential effect of hand hygiene or face masks, evidence from 14 randomized controlled trials of these measures did not support a substantial effect on transmission of laboratory-confirmed influenza. We similarly found limited evidence on the effectiveness of improved hygiene and environmental cleaning. We identified several major knowledge gaps requiring further research, most fundamentally an improved characterization of the modes of person-to-person transmission.

Influenza pandemics occur at irregular intervals when new strains of influenza A virus spread in humans (1). Influenza pandemics cause considerable health and social impact that exceeds that of typical seasonal (interpandemic) influenza epidemics. One of the characteristics of influenza pandemics is the high incidence of infections in all age groups because of the lack of population immunity. Although influenza vaccines are the cornerstone of seasonal influenza control, specific vaccines for a novel pandemic strain are not expected to be available for the first 5–6 months of the next pandemic. Antiviral drugs will be available in some locations to treat more severe infections but are unlikely to be available in the

quantities that might be required to control transmission in the general community. Thus, efforts to control the next pandemic will rely largely on nonpharmaceutical interventions.

Most influenza virus infections cause mild and self-limiting disease; only a small fraction of case-patients require hospitalization. Therefore, influenza virus infections spread mainly in the community. Influenza virus is believed to be transmitted predominantly by respiratory droplets, but the size distribution of particles responsible for transmission remains unclear, and in particular, there is a lack of consensus on the role of fine particle aerosols in transmission (2,3). In healthcare settings, droplet precautions are recommended in addition to standard precautions for healthcare personnel when interacting with influenza patients and for all visitors during influenza seasons (4). Outside healthcare settings, hand hygiene is recommended in most national pandemic plans (5), and medical face masks were a common sight during the influenza pandemic in 2009. Hand hygiene has been proven to prevent many infectious diseases and might be considered a major component in influenza pandemic plans, whether or not it has proven effectiveness against influenza virus transmission, specifically because of its potential to reduce other infections and thereby reduce pressure on healthcare services.

In this article, we review the evidence base for personal protective and environmental hygiene measures and, specifically, the evidence for the effectiveness of these measures in reducing transmission of laboratory-confirmed influenza in the community. We also discuss the implications of the evidence base for inclusion of these measures in pandemic plans.

Author affiliation: University of Hong Kong, Hong Kong, China

DOI: https://doi.org/10.3201/eid2605.190994

[1]These first authors contributed equally to this article.

967

## Methods and Results

We conducted systematic reviews to evaluate the effectiveness of personal protective measures on influenza virus transmission, including hand hygiene, respiratory etiquette, and face masks, and a systematic review of surface and object cleaning as an environmental measure (Table 1). We searched 4 databases (Medline, PubMed, EMBASE, and CENTRAL) for literature in all languages. We aimed to identify randomized controlled trials (RCTs) of each measure for laboratory-confirmed influenza outcomes for each of the measures because RCTs provide the highest quality of evidence. For respiratory etiquette and surface and object cleaning, because of a lack of RCTs for laboratory reporting influenza, we also searched for RCTs reporting effects of these interventions on influenza-like illness (ILI) and respiratory illness outcomes and then for observational studies on laboratory-confirmed influenza, ILI, and respiratory illness outcomes. For each review, 2 authors (E.Y.C.S. and J.X.) screened titles and abstracts and reviewed full texts independently.

We performed meta-analysis for hand hygiene and face mask interventions and estimated the effect of these measures on laboratory-confirmed influenza prevention by risk ratios (RRs). We used a fixed-effects model to estimate the overall effect in a pooled analysis or subgroup analysis. No overall effect would be generated if there was considerable heterogeneity on the basis of $I^2$ statistic $\geq$75% (6). We performed quality assessment of evidence on hand hygiene and face mask interventions by using the GRADE (Grading of Recommendations Assessment, Development and Evaluation) approach (7). We provide additional details of the search strategies, selection of articles, summaries of the selected articles, and quality assessment (Appendix, https://wwwnc.cdc.gov/EID/article/26/5/19-0994-App1.pdf).

### Personal Protective Measures

#### Hand Hygiene

We identified a recent systematic review by Wong et al. on RCTs designed to assess the efficacy of hand hygiene interventions against transmission of laboratory-confirmed influenza (8). We used this review as a starting point and then searched for additional literature published after 2013; we found 3 additional eligible articles published during the search period of January 1, 2013–August 13, 2018. In total, we identified 12 articles (9–20), of which 3 articles were from the updated search and 9 articles from Wong et al. (8). Two articles relied on the same underlying dataset (16,19); therefore, we counted these 2 articles as 1 study, which resulted in 11 RCTs. We further selected 10 studies with >10,000 participants for inclusion in the meta-analysis (Figure 1). We excluded 1 study from the meta-analysis because it provided estimates of infection risks only at the household level, not the individual level (20). We did not generate an overall pooled effect of hand hygiene only or of hand hygiene with or without face mask because of high heterogeneity in individual estimates ($I^2$ 87 and 82%, respectively). The effect of hand hygiene combined with face masks on laboratory-confirmed influenza was not statistically significant (RR 0.91, 95% CI 0.73–1.13; $I^2$ = 35%, p = 0.39). Some studies reported being underpowered because of limited sample size, and low adherence to hand hygiene interventions was observed in some studies.

We further analyzed the effect of hand hygiene by setting because transmission routes might vary

**Table 1.** Summary of literature searches for systematic review on personal and environmental nonpharmaceutical interventions for pandemic influenza*

| Types of interventions | No. studies identified | Study designs included† | Main findings |
|---|---|---|---|
| Hand hygiene | 12 | RCT | The evidence from RCTs suggested that hand hygiene interventions do not have a substantial effect on influenza transmission. |
| Respiratory etiquette | 0 | NA | We did not identify research evaluating the effectiveness of respiratory etiquette on influenza transmission. |
| Face masks | 10 | RCT | The evidence from RCTs suggested that the use of face masks either by infected persons or by uninfected persons does not have a substantial effect on influenza transmission. |
| Surface and object cleaning | 3 | RCT, observational studies | There was a limited amount of evidence suggesting that surface and object cleaning does not have a substantial effect on influenza transmission. |

*NA, not available; RCT randomized controlled trial.
†In these systematic reviews, we prioritized RCTs, and only considered observational studies if there were a small number of RCTs. Our rationale was that with evidence from a larger number of RCTs, additional evidence from observational studies would be unlikely to change overall conclusions.



**A**

| Author (reference) | Hand hygiene | | Control | | | | |
|---|---|---|---|---|---|---|---|
| | Events | Total | Events | Total | Weight | Risk ratio (95% CI) | Risk ratio |
| Cowling et al. 2008 (12) | 5 | 84 | 12 | 205 | 1.5% | 1.02 (0.37–2.80) | |
| Cowling et al. 2009 (11) | 14 | 257 | 28 | 279 | 5.9% | 0.54 (0.29–1.01) | |
| Larson et al. 2010 (13) | 29 | 946 | 24 | 904 | 5.4% | 1.15 (0.68–1.97) | |
| Ram et al. 2015 (14) | 17 | 177 | 10 | 250 | 1.8% | 2.40 (1.13–5.12) | |
| Simmerman et al. 2011 (15) | 66 | 292 | 58 | 302 | 12.6% | 1.18 (0.86–1.61) | |
| Stebbins et al. 2011 (16) | 51 | 1,695 | 53 | 1,665 | 11.8% | 0.95 (0.65–1.38) | |
| Talaat et al. 2011 (18) | 125 | 808 | 281 | 848 | 60.8% | 0.47 (0.39–0.56) | |

Heterogeneity: $I^2$ = 87%, $\tau^2$ = 0.2837, $p$ <0.01

0.2  0.5  1  2  5
Favors hand hygiene  Favors control

**B**

| Author (reference) | Hand hygiene | | Control | | | | |
|---|---|---|---|---|---|---|---|
| | Events | Total | Events | Total | Weight | Risk ratio (95% CI) | Risk ratio |
| Aiello et al. 2010 (9) | 2 | 316 | 3 | 487 | 1.6% | 1.03 (0.17–6.11) | |
| Aiello et al. 2012 (10) | 6 | 349 | 16 | 370 | 10.8% | 0.40 (0.16–1.00) | |
| Cowling et al. 2009 (11) | 18 | 258 | 28 | 279 | 18.8% | 0.70 (0.39–1.23) | |
| Larson et al. 2010 (13) | 25 | 938 | 24 | 904 | 17.1% | 1.00 (0.58–1.74) | |
| Simmerman et al. 2011 (15) | 66 | 291 | 58 | 302 | 39.7% | 1.18 (0.86–1.62) | |
| Suess et al. 2012 (17) | 10 | 67 | 19 | 82 | 11.9% | 0.64 (0.32–1.29) | |
| Fixed effect model | | 2,219 | | 2,424 | 100.0% | 0.91 (0.73–1.13) | |

Heterogeneity: $I^2$ = 35%, $\tau^2$ = 0.0511, $p$ = 0.17
Test for overall effect: $z$ = −0.85 ($p$ = 0.39)

0.2  0.5  1  2  5
Favors hand hygiene  Favors control

**C**

| Author (reference) | Hand hygiene | | Control | | | | |
|---|---|---|---|---|---|---|---|
| | Events | Total | Events | Total | Weight | Risk ratio (95% CI) | Risk ratio |
| Aiello et al. 2010 (9) | 2 | 316 | 3 | 487 | 0.5% | 1.03 (0.17–6.11) | |
| Aiello et al. 2012 (10) | 6 | 349 | 16 | 370 | 3.0% | 0.40 (0.16–1.00) | |
| Cowling et al. 2008 (12) | 5 | 84 | 12 | 205 | 1.3% | 1.02 (0.37–2.80) | |
| Cowling et al. 2009 (11) | 32 | 515 | 28 | 279 | 6.9% | 0.62 (0.38–1.01) | |
| Larson et al. 2010 (13) | 54 | 1,884 | 24 | 904 | 6.2% | 1.08 (0.67–1.73) | |
| Ram et al. 2015 (14) | 17 | 177 | 10 | 250 | 1.6% | 2.40 (1.13–5.12) | |
| Simmerman et al. 2011 (15) | 132 | 583 | 58 | 302 | 14.6% | 1.18 (0.89–1.55) | |
| Stebbins et al. 2011 (16) | 51 | 1,695 | 53 | 1,665 | 10.2% | 0.95 (0.65–1.38) | |
| Suess et al. 2012 (17) | 10 | 67 | 19 | 82 | 3.3% | 0.64 (0.32–1.29) | |
| Talaat et al. 2011 (18) | 125 | 808 | 281 | 848 | 52.4% | 0.47 (0.39–0.56) | |

Heterogeneity: $I^2$ = 82%, $\tau^2$ = 0.2286, $p$<0.01

0.2  0.5  1  2  5
Favors hand hygiene  Favors control

**Figure 1.** Meta-analysis of risk ratios for the effect of hand hygiene with or without face mask use on laboratory-confirmed influenza from 10 randomized controlled trials with >11,000 participants. A) Hand hygiene alone; B) hand hygiene and face mask; C) hand hygiene with or without face mask. Pooled estimates were not made if there was high heterogeneity ($I^2 \geq$75%). Squares indicate risk ratio for each of the included studies, horizontal line indicates 95% CIs, dashed vertical line indicates pooled estimation of risk ratio, and diamond indicates pooled estimation of risk ratio. Diamond width corresponds to the 95% CI.

in different settings. We found 6 studies in household settings examining the effect of hand hygiene with or without face masks, but the overall pooled effect was not statistically significant (RR 1.05, 95% CI 0.86–1.27; $I^2$ = 57%, p = 0.65) (Appendix Figure 4) (11–15,17). The findings of 2 studies in school settings were different (Appendix Figure 5). A study conducted in the United States (16) showed no major effect of hand hygiene, whereas a study in Egypt (18) reported that hand hygiene reduced the risk for influenza by >50%. A pooled analysis of 2 studies in university residential halls reported a marginally significant protective effect of a combination of hand hygiene plus face masks worn by all residents (RR 0.48, 95% CI 0.21–1.08; $I^2$ = 0%, p = 0.08) (Appendix Figure 6) (9,10).

In support of hand hygiene as an effective measure, experimental studies have reported that influenza virus could survive on human hands for a short time and could transmit between hands and contaminated surfaces (2,21). Some field studies reported that influenza A(H1N1)pdm09 and influenza A(H3N2) virus RNA and viable influenza virus could be detected on the hands of persons with laboratory-confirmed influenza (22,23), supporting the potential of direct and indirect contact transmission to play a role in the spread of influenza. Other experimental studies also demonstrated that hand hygiene could reduce or remove infectious influenza virus from human hands (24,25). However, results from our meta-analysis on RCTs did not provide evidence to support a protective effect of hand hygiene against transmission of laboratory-confirmed influenza. One study did report a major effect, but in this trial of hand hygiene in schools in Egypt, running water had to be installed and soap and hand-drying

material had to be introduced into the intervention schools as part of the project (18). Therefore, the impact of hand hygiene might also be a reflection of the introduction of soap and running water into primary schools in a lower-income setting. If one considers all of the evidence from RCTs together, it is useful to note that some studies might have underestimated the true effect of hand hygiene because of the complexity of implementing these intervention studies. For instance, the control group would not typically have zero knowledge or use of hand hygiene, and the intervention group might not adhere to optimal hand hygiene practices (11,13,15).

Hand hygiene is also effective in preventing other infectious diseases, including diarrheal diseases and some respiratory diseases (8,26). The need for hand hygiene in disease prevention is well recognized among most communities. Hand hygiene has been accepted as a personal protective measure in >50% of national preparedness plans for pandemic influenza (5). Hand hygiene practice is commonly performed with soap and water, alcohol-based hand rub, or other waterless hand disinfectants, all of which are easily accessible, available, affordable, and well accepted in most communities. However, resource limitations in some areas are a concern when clean running water or alcohol-based hand rub are not available. There are few adverse effects of hand hygiene except for skin irritation caused by some hand hygiene products (27). However, because of certain social or religious practices, alcohol-based hand sanitizers might not be permitted in some locations (28). Compliance with proper hand hygiene practice tends to be low because habitual behaviors are difficult to change (29). Therefore, hand hygiene promotion programs are needed to advocate and encourage proper and effective hand hygiene.

**Respiratory Etiquette**

Respiratory etiquette is defined as covering the nose and mouth with a tissue or a mask (but not a hand) when coughing or sneezing, followed by proper disposal of used tissues, and proper hand hygiene after contact with respiratory secretions (30). Other descriptions of this measure have included turning the head and covering the mouth when coughing and coughing or sneezing into a sleeve or elbow, rather than a hand. The rationale for not coughing into hands is to prevent subsequent contamination of other surfaces or objects (31). We conducted a search on November 6, 2018, and identified literature that was available in the databases during 1946–November 5, 2018. We did not identify any published research on

the effectiveness of respiratory etiquette in reducing the risk for laboratory-confirmed influenza or ILI. One observational study reported a similar incidence rate of self-reported respiratory illness (defined by >1 symptoms: cough, congestion, sore throat, sneezing, or breathing problems) among US pilgrims with or without practicing respiratory etiquette during the Hajj (32). The authors did not specify the type of respiratory etiquette used by participants in the study. A laboratory-based study reported that common respiratory etiquette, including covering the mouth by hands, tissue, or sleeve/arm, was fairly ineffective in blocking the release and dispersion of droplets into the surrounding environment on the basis of measurement of emitted droplets with a laser diffraction system (31).

Respiratory etiquette is often listed as a preventive measure for respiratory infections. However, there is a lack of scientific evidence to support this measure. Whether respiratory etiquette is an effective nonpharmaceutical intervention in preventing influenza virus transmission remains questionable, and worthy of further research.

**Face Masks**

In our systematic review, we identified 10 RCTs that reported estimates of the effectiveness of face masks in reducing laboratory-confirmed influenza virus infections in the community from literature published during 1946–July 27, 2018. In pooled analysis, we found no significant reduction in influenza transmission with the use of face masks (RR 0.78, 95% CI 0.51–1.20; $I^2$ = 30%, p = 0.25) (Figure 2). One study evaluated the use of masks among pilgrims from Australia during the Hajj pilgrimage and reported no major difference in the risk for laboratory-confirmed influenza virus infection in the control or mask group (33). Two studies in university settings assessed the effectiveness of face masks for primary protection by monitoring the incidence of laboratory-confirmed influenza among student hall residents for 5 months (9,10). The overall reduction in ILI or laboratory-confirmed influenza cases in the face mask group was not significant in either studies (9,10). Study designs in the 7 household studies were slightly different: 1 study provided face masks and P2 respirators for household contacts only (34), another study evaluated face mask use as a source control for infected persons only (35), and the remaining studies provided masks for the infected persons as well as their close contacts (11–13,15,17). None of the household studies reported a significant reduction in secondary laboratory-confirmed influenza virus infections in the face



**Figure 2.** Meta-analysis of risk ratios for the effect of face mask use with or without enhanced hand hygiene on laboratory-confirmed influenza from 10 randomized controlled trials with >6,500 participants. A) Face mask use alone; B) face mask and hand hygiene; C) face mask with or without hand hygiene. Pooled estimates were not made if there was high heterogeneity ($I^2 \geq 75\%$). Squares indicate risk ratio for each of the included studies, horizontal lines indicate 95% CIs, dashed vertical lines indicate pooled estimation of risk ratio, and diamonds indicate pooled estimation of risk ratio. Diamond width corresponds to the 95% CI.

mask group (*11–13,15,17,34,35*). Most studies were underpowered because of limited sample size, and some studies also reported suboptimal adherence in the face mask group.

==Disposable medical masks (also known as surgical masks) are loose-fitting devices that were designed to be worn by medical personnel to protect accidental contamination of patient wounds, and to protect the wearer against splashes or sprays of bodily fluids (*36*). There is limited evidence for their effectiveness in preventing influenza virus transmission either when worn by the infected person for source control or when worn by uninfected persons to reduce exposure. Our systematic review found no significant effect of face masks on transmission of laboratory-confirmed influenza.==

We did not consider the use of respirators in the community. Respirators are tight-fitting masks that can protect the wearer from fine particles (*37*) and should provide better protection against influenza virus exposures when properly worn because of higher filtration efficiency. However, respirators, such as N95 and P2 masks, work best when these are fit-tested, and these masks will be in limited supply during the next pandemic. These specialist devices should be reserved for use in healthcare settings or in special subpopulations such as immunocompromised persons in the community, first responders, and those performing other critical community functions, as supplies permit.

In lower-income settings, it is more likely that reusable cloth masks will be used rather than

disposable medical masks because of cost and availability (38). There are still few uncertainties in the practice of face mask use, such as who should wear the mask and how long it should be used for. In theory, transmission should be reduced the most if both infected members and other contacts wear masks, but compliance in uninfected close contacts could be a problem (12,34). Proper use of face masks is essential because improper use might increase the risk for transmission (39). Thus, education on the proper use and disposal of used face masks, including hand hygiene, is also needed.

### Environmental Measures

#### Surface and Object Cleaning

For the search period from 1946 through October 14, 2018, we identified 2 RCTs and 1 observational study about surface and object cleaning measures for inclusion in our systematic review (40–42). One RCT conducted in day care nurseries found that biweekly cleaning and disinfection of toys and linen reduced the detection of multiple viruses, including adenovirus, rhinovirus, and respiratory syncytial virus in the environment, but this intervention was not significant in reducing detection of influenza virus, and it had no major protective effect on acute respiratory illness (41). Another RCT found that hand hygiene with hand sanitizer together with surface disinfection reduced absenteeism related to gastrointestinal illness in elementary schools, but there was no major reduction in absenteeism related to respiratory illness (42). A cross-sectional study found that passive contact with bleach was associated with a major increase in self-reported influenza (40).

Given that influenza virus can survive on some surfaces for prolonged periods (43), and that cleaning or disinfection procedures can effectively reduce or inactivate influenza virus from surfaces and objects in experimental studies (44), there is a theoretical basis to believe that environmental cleaning could reduce influenza transmission. As an illustration of this proposal, a modeling study estimated that cleaning of extensively touched surfaces could reduce influenza A infection by 2% (45). However, most studies of influenza virus in the environment are based on detection of virus RNA by PCR, and few studies reported detection of viable virus.

Although we found no evidence that surface and object cleaning could reduce influenza transmission, this measure does have an established impact on prevention of other infectious diseases (42).

It should be feasible to implement this measure in most settings, subject to the availability of water and cleaning products. Although irritation caused by cleaning products is limited, safety remains a concern because some cleaning products can be toxic or cause allergies (40).

### Discussion

In this review, we did not find evidence to support a protective effect of personal protective measures or environmental measures in reducing influenza transmission. Although these measures have mechanistic support based on our knowledge of how influenza is transmitted from person to person, randomized trials of hand hygiene and face masks have not demonstrated protection against laboratory-confirmed influenza, with 1 exception (18). We identified only 2 RCTs on environmental cleaning and no RCTs on cough etiquette.

Hand hygiene is a widely used intervention and has been shown to effectively reduce the transmission of gastrointestinal infections and respiratory infections (26). However, in our systematic review, updating the findings of Wong et al. (8), we did not find evidence of a major effect of hand hygiene on laboratory-confirmed influenza virus transmission (Figure 1). Nevertheless, hand hygiene might be included in influenza pandemic plans as part of general hygiene and infection prevention.

We did not find evidence that surgical-type face masks are effective in reducing laboratory-confirmed influenza transmission, either when worn by infected persons (source control) or by persons in the general community to reduce their susceptibility (Figure 2). However, as with hand hygiene, face masks might be able to reduce the transmission of other infections and therefore have value in an influenza pandemic when healthcare resources are stretched.

It is essential to note that the mechanisms of person-to-person transmission in the community have not been fully determined. Controversy remains over the role of transmission through fine-particle aerosols (3,46). Transmission by indirect contact requires transfer of viable virus from respiratory mucosa onto hands and other surfaces, survival on those surfaces, and successful inoculation into the respiratory mucosa of another person. All of these components of the transmission route have not been studied extensively. The impact of environmental factors, such as temperature and humidity, on influenza transmission is also uncertain (47). These uncertainties over basic transmission modes and mechanisms hinder the optimization of control measures.

**Table 2.** Knowledge gaps for personal protective and environmental nonpharmaceutical interventions for pandemic influenza*

| Intervention | Knowledge gaps | Suggested studies |
|---|---|---|
| Hand hygiene | There are major gaps in our knowledge of the mechanisms of person-to-person transmission of influenza, including the role of direct and indirect contact, the degree of viral contamination on hands and various types of surfaces in different settings, and the potential for contact transmission to occur in different locations and under different environmental conditions. There is little information on whether greater reductions in transmission could be possible with combinations of personal intervention (e.g., isolation away from family members as much as possible, plus using face masks and enhancing hand hygiene). | Additional high-quality RCTs of efficacy of hand hygiene against laboratory-confirmed influenza in other nonhealthcare settings, except households and university residential halls, would be valuable. In particular, studies in school settings are needed to solve the discrepancy between the two studies from the United States and Egypt. |
| Respiratory etiquette | There is no evidence about the quantitative effectiveness of respiratory etiquette against influenza virus. | RCTs of interventions to demonstrate the effectiveness of respiratory etiquette in reducing influenza transmission would be valuable. |
| Face mask | There are major gaps in our knowledge of the mechanisms of person-to-person transmission of influenza, including the importance of transmission through droplets of different sizes including small particle aerosols, and the potential for droplet and aerosol transmission to occur in different locations and with environmental conditions. | Additional high-quality RCTs of efficacy of face masks against laboratory-confirmed influenza would be valuable. Effectiveness of face masks or respirator use to prevent influenza prevention in special subpopulation, such as immunocompromised persons, would be valuable. |
| Surface and object cleaning | The effectiveness of different cleaning products in preventing influenza transmission–in terms of cleaning frequency, cleaning dosage, cleaning time point, and cleaning targeted surface and object material– remains unknown. | RCTs of interventions to demonstrate the effectiveness of surface and object cleaning in reducing influenza transmission would be valuable. Studies that can demonstrate the reduction of environmental detection of influenza virus through cleaning of surfaces and objects would also be valuable. |

*RCT, randomized control trial.

In this review, we focused on 3 personal protective measures and 1 environmental measure. Other potential environmental measures include humidification in dry environments (*48*), increasing ventilation (*49*), and use of upper-room UV light (*50*), but there is limited evidence to support these measures. Further investigations on the effectiveness of respiratory etiquette and surface cleaning through conducting RCTs would be helpful to provide evidence with higher quality; evaluation of the effectiveness of these measures targeting specific population groups, such as immunocompromised persons, would also be beneficial (Table 2). Future cost-effectiveness evaluations could provide more support for the potential use of these measures. Further research on transmission modes and alternative interventions to reduce influenza transmission would be valuable in improving pandemic preparedness. Finally, although our review focused on nonpharmaceutical measures to be taken during influenza pandemics, the findings could also apply to severe seasonal influenza epidemics. Evidence from RCTs of hand hygiene or face masks did not support a substantial effect on transmission of laboratory-confirmed influenza, and limited evidence was available on other environmental measures.

This study was conducted in preparation for the development of guidelines by the World Health Organization on the use of nonpharmaceutical interventions for pandemic influenza in nonmedical settings.

This study was supported by the World Health Organization. J.X. and M.W.F. were supported by the Collaborative Research Fund from the University Grants Committee of Hong Kong (project no. C7025-16G).

## About the Author

Ms. Xiao is a postgraduate student at the School of Public Health, University of Hong Kong, Hong Kong, China. Her primary research interests are influenza epidemiology and the dynamics of person-to-person transmission.

## References

1. Uyeki TM, Katz JM, Jernigan DB. Novel influenza A viruses and pandemic threats. Lancet. 2017;389:2172–4. https://doi.org/10.1016/S0140-6736(17)31274-6
2. Bean B, Moore BM, Sterner B, Peterson LR, Gerding DN, Balfour HH Jr. Survival of influenza viruses on environmental surfaces. J Infect Dis. 1982;146:47–51. https://doi.org/10.1093/infdis/146.1.47
3. Tellier R. Aerosol transmission of influenza A virus: a review of new studies. J R Soc Interface. 2009;6(Suppl 6):S783–90. https://doi.org/10.1098/rsif.2009.0302.focus

POLICY REVIEW

4.  Siegel JD, Rhinehart E, Jackson M, Chiarello L; Health Care Infection Control Practices Advisory Committee. 2007 guideline for isolation precautions: preventing transmission of infectious agents in health care settings: Atlanta: Centers for Disease Control and Prevention; 2007.

5.  World Health Organization. Comparative analysis of national pandemic influenza preparedness plans, 2011 [cited 2019 Jun 25]. https://www.who.int/influenza/resources/documents/comparative_analysis_php_2011_en.pdf

6.  Guyatt GH, Oxman AD, Kunz R, Woodcock J, Brozek J, Helfand M, et al.; GRADE Working Group. GRADE guidelines: 7. Rating the quality of evidence—inconsistency. J Clin Epidemiol. 2011;64:1294–302. https://doi.org/10.1016/j.jclinepi.2011.03.017

7.  Guyatt G, Oxman AD, Akl EA, Kunz R, Vist G, Brozek J, et al. GRADE guidelines: 1. Introduction-GRADE evidence profiles and summary of findings tables. J Clin Epidemiol. 2011;64:383–94. https://doi.org/10.1016/j.jclinepi.2010.04.026

8.  Wong VW, Cowling BJ, Aiello AE. Hand hygiene and risk of influenza virus infections in the community: a systematic review and meta-analysis. Epidemiol Infect. 2014;142:922–32. https://doi.org/10.1017/S095026881400003X

9.  Aiello AE, Murray GF, Perez V, Coulborn RM, Davis BM, Uddin M, et al. Mask use, hand hygiene, and seasonal influenza-like illness among young adults: a randomized intervention trial. J Infect Dis. 2010;201:491–8. https://doi.org/10.1086/650396

10. Aiello AE, Perez V, Coulborn RM, Davis BM, Uddin M, Monto AS. Facemasks, hand hygiene, and influenza among young adults: a randomized intervention trial. PLoS One. 2012;7:e29744. https://doi.org/10.1371/journal.pone.0029744

11. Cowling BJ, Chan KH, Fang VJ, Cheng CK, Fung RO, Wai W, et al. Facemasks and hand hygiene to prevent influenza transmission in households: a cluster randomized trial. Ann Intern Med. 2009;151:437–46. https://doi.org/10.7326/0003-4819-151-7-200910060-00142

12. Cowling BJ, Fung RO, Cheng CK, Fang VJ, Chan KH, Seto WH, et al. Preliminary findings of a randomized trial of non-pharmaceutical interventions to prevent influenza transmission in households. PLoS One. 2008;3:e2101. https://doi.org/10.1371/journal.pone.0002101

13. Larson EL, Ferng YH, Wong-McLoughlin J, Wang S, Haber M, Morse SS. Impact of non-pharmaceutical interventions on URIs and influenza in crowded, urban households. Public Health Rep. 2010;125:178–91. https://doi.org/10.1177/003335491012500206

14. Ram PK, DiVita MA, Khatun-e-Jannat K, Islam M, Krytus K, Cercone E, et al. Impact of intensive handwashing promotion on secondary household influenza-like illness in rural bangladesh: findings from a randomized controlled trial. PLoS One. 2015;10:e0125200. https://doi.org/10.1371/journal.pone.0125200

15. Simmerman JM, Suntarattiwong P, Levy J, Jarman RG, Kaewchana S, Gibbons RV, et al. Findings from a household randomized controlled trial of hand washing and face masks to reduce influenza transmission in Bangkok, Thailand. Influenza Other Respir Viruses. 2011;5:256–67. https://doi.org/10.1111/j.1750-2659.2011.00205.x

16. Stebbins S, Cummings DA, Stark JH, Vukotich C, Mitruka K, Thompson W, et al. Reduction in the incidence of influenza A but not influenza B associated with use of hand sanitizer and cough hygiene in schools: a randomized controlled trial. Pediatr Infect Dis J. 2011;30:921–6. https://doi.org/10.1097/INF.0b013e3182218656

17. Suess T, Remschmidt C, Schink SB, Schweiger B, Nitsche A, Schroeder K, et al. The role of facemasks and hand hygiene in the prevention of influenza transmission in households: results from a cluster randomised trial; Berlin, Germany, 2009–2011. BMC Infect Dis. 2012;12:26. https://doi.org/10.1186/1471-2334-12-26

18. Talaat M, Afifi S, Dueger E, El-Ashry N, Marfin A, Kandeel A, et al. Effects of hand hygiene campaigns on incidence of laboratory-confirmed influenza and absenteeism in schoolchildren, Cairo, Egypt. Emerg Infect Dis. 2011;17:619–25. https://doi.org/10.3201/eid1704.101353

19. Azman AS, Stark JH, Althouse BM, Vukotich CJ Jr, Stebbins S, Burke DS, et al. Household transmission of influenza A and B in a school-based study of non-pharmaceutical interventions. Epidemics. 2013;5:181–6. https://doi.org/10.1016/j.epidem.2013.09.001

20. Levy JW, Suntarattiwong P, Simmerman JM, Jarman RG, Johnson K, Olsen SJ, et al. Increased hand washing reduces influenza virus surface contamination in Bangkok households, 2009–2010. Influenza Other Respir Viruses. 2014;8:13–6. https://doi.org/10.1111/irv.12204

21. Mukherjee DV, Cohen B, Bovino ME, Desai S, Whittier S, Larson EL. Survival of influenza virus on hands and fomites in community and laboratory settings. Am J Infect Control. 2012;40:590–4. https://doi.org/10.1016/j.ajic.2011.09.006

22. Macias AE, de la Torre A, Moreno-Espinosa S, Leal PE, Bourlon MT, Ruiz-Palacios GM. Controlling the novel A (H1N1) influenza virus: don't touch your face! J Hosp Infect. 2009;73:280–1. https://doi.org/10.1016/j.jhin.2009.06.017

23. Simmerman JM, Suntarattiwong P, Levy J, Gibbons RV, Cruz C, Shaman J, et al. Influenza virus contamination of common household surfaces during the 2009 influenza A (H1N1) pandemic in Bangkok, Thailand: implications for contact transmission. Clin Infect Dis. 2010;51:1053–61. https://doi.org/10.1086/656581

24. Grayson ML, Melvani S, Druce J, Barr IG, Ballard SA, Johnson PD, et al. Efficacy of soap and water and alcohol-based hand-rub preparations against live H1N1 influenza virus on the hands of human volunteers. Clin Infect Dis. 2009;48:285–91. https://doi.org/10.1086/595845

25. Larson EL, Cohen B, Baxter KA. Analysis of alcohol-based hand sanitizer delivery systems: efficacy of foam, gel, and wipes against influenza A (H1N1) virus on hands. Am J Infect Control. 2012;40:806–9. https://doi.org/10.1016/j.ajic.2011.10.016

26. Aiello AE, Coulborn RM, Perez V, Larson EL. Effect of hand hygiene on infectious disease risk in the community setting: a meta-analysis. Am J Public Health. 2008;98:1372–81. https://doi.org/10.2105/AJPH.2007.124610

27. Löffler H, Kampf G. Hand disinfection: how irritant are alcohols? J Hosp Infect. 2008;70(Suppl 1):44–8. https://doi.org/10.1016/S0195-6701(08)60010-9

28. Ahmed QA, Memish ZA, Allegranzi B, Pittet D; WHO Global Patient Safety Challenge. Muslim health-care workers and alcohol-based handrubs. Lancet. 2006;367: 1025–7. https://doi.org/10.1016/S0140-6736(06)68431-6

29. Pittet D. Improving adherence to hand hygiene practice: a multidisciplinary approach. Emerg Infect Dis. 2001;7:234–40. https://doi.org/10.3201/eid0702.010217

30. Centers for Disease Control and Prevention. Respiratory hygiene/cough etiquette in healthcare settings, 2009 [cited 2019 Jul 8]. https://www.cdc.gov/flu/professionals/infectioncontrol/resphygiene.htm

31. Zayas G, Chiang MC, Wong E, MacDonald F, Lange CF, Senthilselvan A, et al. Effectiveness of cough etiquette maneuvers in disrupting the chain of transmission of

infectious respiratory diseases. BMC Public Health. 2013;13:811. https://doi.org/10.1186/1471-2458-13-811

32. Balaban V, Stauffer WM, Hammad A, Afgarshe M, Abd-Alla M, Ahmed Q, et al. Protective practices and respiratory illness among US travelers to the 2009 Hajj. J Travel Med. 2012;19:163–8. https://doi.org/10.1111/j.1708-8305.2012.00602.x

33. Barasheed O, Almasri N, Badahdah AM, Heron L, Taylor J, McPhee K, et al.; Hajj Research Team. Pilot randomised controlled trial to test effectiveness of facemasks in preventing influenza-like illness transmission among Australian Hajj pilgrims in 2011. Infect Disord Drug Targets. 2014;14:110–6. https://doi.org/10.2174/1871526514666141021112855

34. MacIntyre CR, Cauchemez S, Dwyer DE, Seale H, Cheung P, Browne G, et al. Face mask use and control of respiratory virus transmission in households. Emerg Infect Dis. 2009;15:233–41. https://doi.org/10.3201/eid1502.081166

35. MacIntyre CR, Zhang Y, Chughtai AA, Seale H, Zhang D, Chu Y, et al. Cluster randomised controlled trial to examine medical mask use as source control for people with respiratory illness. BMJ Open. 2016;6:e012330. https://doi.org/10.1136/bmjopen-2016-012330

36. US Food and Drug Administration. Masks and N95 respirators, 2018 [cited 2019 Jul 10]. https://www.fda.gov/medicaldevices/productsandmedicalprocedures/general-hospitaldevicesandsupplies/personalprotectiveequipment/ucm055977.htm

37. Centers for Disease Control and Prevention. Respirator fact sheet, 2012 [cited 2019 Jul 10]. https://www.cdc.gov/niosh/npptl/topics/respirators/factsheets/respsars.html

38. Chughtai AA, Seale H, MacIntyre CR. Use of cloth masks in the practice of infection control—evidence and policy gaps. Int J Infect Control. 2013;9:1–12. https://doi.org/10.3396/IJIC.v9i3.020.13

39. World Health Organization. Advice on the use of masks in the community setting in Influenza A (H1N1) outbreaks, 2009 [cited 2019 Jul 10]. http://www.who.int/csr/resources/publications/Adviceusemaskscommunityrevised.pdf

40. Casas L, Espinosa A, Borràs-Santos A, Jacobs J, Krop E, Heederik D, et al. Domestic use of bleach and infections in children: a multicentre cross-sectional study. Occup Environ Med. 2015;72:602–4. https://doi.org/10.1136/oemed-2014-102701

41. Ibfelt T, Engelund EH, Schultz AC, Andersen LP. Effect of cleaning and disinfection of toys on infectious diseases and micro-organisms in daycare nurseries. J Hosp Infect. 2015;89:109–15. https://doi.org/10.1016/j.jhin.2014.10.007

42. Sandora TJ, Shih MC, Goldmann DA. Reducing absenteeism from gastrointestinal and respiratory illness in elementary school students: a randomized, controlled trial of an infection-control intervention. Pediatrics. 2008;121:e1555–62. https://doi.org/10.1542/peds.2007-2597

43. Oxford J, Berezin EN, Courvalin P, Dwyer DE, Exner M, Jana LA, et al. The survival of influenza A(H1N1)pdm09 virus on 4 household surfaces. Am J Infect Control. 2014;42:423–5. https://doi.org/10.1016/j.ajic.2013.10.016

44. Tuladhar E, Hazeleger WC, Koopmans M, Zwietering MH, Beumer RR, Duizer E. Residual viral and bacterial contamination of surfaces after cleaning and disinfection. Appl Environ Microbiol. 2012;78:7769–75. https://doi.org/10.1128/AEM.02144-12

45. Zhang N, Li Y. Transmission of influenza A in a student office based on realistic person-to-person contact and surface touch behaviour. Int J Environ Res Public Health. 2018;15:E1699. https://doi.org/10.3390/ijerph15081699

46. Shiu EY, Leung NHL, Cowling BJ. Controversy around airborne versus droplet transmission of respiratory viruses: implication for infection prevention. Curr Opin Infect Dis. 2019;32:372–9. https://doi.org/10.1097/QCO.0000000000000563

47. Marr LC, Tang JW, Van Mullekom J, Lakdawala SS. Mechanistic insights into the effect of humidity on airborne influenza virus survival, transmission and incidence. J R Soc Interface. 2019;16:20180298. https://doi.org/10.1098/rsif.2018.0298

48. Reiman JM, Das B, Sindberg GM, Urban MD, Hammerlund ME, Lee HB, et al. Humidity as a non-pharmaceutical intervention for influenza A. PLoS One. 2018; 13:e0204337. https://doi.org/10.1371/journal.pone.0204337

49. Gao X, Wei J, Cowling BJ, Li Y. Potential impact of a ventilation intervention for influenza in the context of a dense indoor contact network in Hong Kong. Sci Total Environ. 2016;569-570:373–81. https://doi.org/10.1016/j.scitotenv.2016.06.179

50. McDevitt JJ, Rudnick SN, Radonovich LJ. Aerosol susceptibility of influenza virus to UV-C light. Appl Environ Microbiol. 2012;78:1666–9. https://doi.org/10.1128/AEM.06960-11

Address for correspondence: Benjamin J. Cowling, World Health Organization Collaborating Centre for Infectious Disease Epidemiology and Control, School of Public Health, Li Ka Shing Faculty of Medicine, University of Hong Kong, 1/F Patrick Manson Bldg (North Wing), 7 Sassoon Rd, Hong Kong, China; email: bcowling@hku.hk

*The National Academies of* SCIENCES
ENGINEERING
MEDICINE

# THE NATIONAL ACADEMIES PRESS

This PDF is available at http://nap.edu/25776

SHARE   

Plaintiff's Exhibit 86



## Rapid Expert Consultation on the Effectiveness of Fabric Masks for the COVID-19 Pandemic (April 8, 2020) (2020)

### DETAILS

8 pages | 8.5 x 11 | PDF
ISBN 978-0-309-67658-8 | DOI 10.17226/25776

GET THIS BOOK

FIND RELATED TITLES

### CONTRIBUTORS

National Academies of Sciences, Engineering, and Medicine

### SUGGESTED CITATION

National Academies of Sciences, Engineering, and Medicine 2020. *Rapid Expert Consultation on the Effectiveness of Fabric Masks for the COVID-19 Pandemic (April 8, 2020)*. Washington, DC: The National Academies Press. https://doi.org/10.17226/25776.



**Visit the National Academies Press at NAP.edu and login or register to get:**

– Access to free PDF downloads of thousands of scientific reports

– 10% off the price of print titles

– Email or social media notifications of new titles related to your interests

– Special offers and discounts

Distribution, posting, or copying of this PDF is strictly prohibited without written permission of the National Academies Press. (Request Permission) Unless otherwise indicated, all materials in this PDF are copyrighted by the National Academy of Sciences.

Copyright © National Academy of Sciences. All rights reserved.

*The National Academies of*
## SCIENCES · ENGINEERING · MEDICINE

# Rapid Expert Consultation on the Effectiveness of Fabric Masks for the COVID-19 Pandemic (April 8, 2020)

April 8, 2020

Kelvin Droegemeier, Ph.D.
Office of Science and Technology Policy
Executive Office of the President
Eisenhower Executive Office Building
1650 Pennsylvania Avenue, NW
Washington, DC 20504

Dear Dr. Droegemeier:

Attached please find a rapid expert consultation that was prepared by Rich Besser and Baruch Fischhoff, members of the National Academies of Sciences, Engineering, and Medicine's Standing Committee on Emerging Infectious Diseases and 21st Century Health Threats, with input from Sundaresan Jayaraman and Michael Osterholm. Details on the authors and reviewers of this rapid expert consultation can be found in the Appendix.

The aim of this rapid expert consultation is to respond to your request concerning the effectiveness of homemade fabric masks worn by the general public to protect others, as distinct from protecting the wearer. The request stems from an interest in reducing transmission within the community by individuals who are infected, potentially contagious, but asymptomatic. Overall, the available evidence is inconclusive about the degree to which homemade fabric masks may suppress the spread of infection from the wearer to others. For as long as homemade fabric masks are in use by the public, the investigations outlined at the end of the rapid expert consultation could reduce uncertainty about the effectiveness of these masks.

My colleagues and I hope this input is helpful to you as you continue to guide the nation's response in this ongoing public health crisis.

Respectfully,
Harvey V. Fineberg, M.D., Ph.D.
Chair
Standing Committee on Emerging Infectious Diseases and 21st Century Health Threats

This rapid expert consultation responds to your request concerning the effectiveness of homemade fabric masks worn by the general public to protect others, as distinct from protecting

1

Copyright National Academy of Sciences. All rights reserved.

the wearer. The request stems from an interest in reducing transmission within the community by individuals who are infected, potentially contagious, but asymptomatic or presymptomatic. As discussed below, the answer depends on both the masks themselves and how infected individuals use them.

The following analysis is restricted to the effectiveness of homemade fabric masks, of the sort illustrated in recommendations[1] directed at the general public, in terms of their ability to reduce viral spread during the asymptomatic or presymptomatic period. It does not apply to either N95 respirators or medical masks.

In considering the evidence about the potential effectiveness of homemade fabric masks, it is important to bear in mind how a respiratory virus such as SARS-CoV-2 spreads from person to person. Current research supports the possibility that, in addition to being spread by respiratory droplets that one can see and feel, SARS-CoV-2 can also be spread by invisible droplets, as small as 5 microns (or micrometers), and by even smaller bioaerosol particles.[2] Such tiny bioaerosol particles may be found in an infected person's normal exhalation.[3] The relative contribution of each particle size in disease transmission is unknown.

There is limited research on the efficacy of fabric masks for influenza and specifically for SARS-CoV-2. As we describe below, the few available experimental studies have important limitations in their relevance and methods. Any type of mask will have its own capacity to arrest particles of different sizes. Even if the filtering capacity of a mask were well understood, however, the degree to which it could in practice reduce disease spread depends on the unknown role of each particle size in transmission.

Asymptomatic but infected individuals are of special concern, and the particles they would emit from breathing are predominantly bioaerosols. To complicate matters further, different individuals vary in the extent to which they emit bioaerosols while breathing. Because of the concern with spread from asymptomatic individuals, who, unlike symptomatic persons, may be out and about, this rapid expert consultation includes the effects of fabric masks on bioaerosol transmission.

---

[1] Centers for Disease Control and Prevention (CDC) Recommendation Regarding the Use of Cloth Face Coverings, Especially in Areas of Significant Community-Based Transmission in response to COVID-19. https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover.html.

[2] Gralton et al. (2011) noted the following in regard to particulate size and the importance of airborne precautions whenever there is a risk of both droplet and aerosol transmission: "Regardless of the complexities and limitations of sizing particles and the contention of size cut-offs, it remains that particles have been observed to occupy a size range between 0.05 and 500 microns. Even using the conservative cut-off of 10 microns, rather than the 5 micron to define between airborne and droplet transmission, this size range indicates that particles do not exclusively disperse by airborne transmission or via droplet transmission but rather avail of both methods simultaneously. This suggestion is further supported by the simultaneous detection of both large and small particles. In line with these observations and logic, current dichotomous infection control precautions should be updated to include measures to contain both modes of aerosolised transmission. This may require airborne precautions to be used when at risk of any aerosolized infection, as airborne precautions are considered as a step-up from droplet precautions." Gralton et al. 2011. The role of particle size in aerosolised pathogen transmission: A review. *Journal of Infection* 62(1):1-13. DOI: 10.1016/j.jinf.2010.11.010.

[3] National Academies of Sciences, Engineering, and Medicine. 2020. *Rapid Expert Consultation on the Possibility of Bioaerosol Spread of SARS-CoV-2 for the COVID-19 Pandemic (April 1, 2020).* Washington, DC: The National Academies Press. https://doi.org/10.17226/25769.

Copyright National Academy of Sciences. All rights reserved.

## IMPACT OF MASK DESIGN AND FABRICATION ON PERFORMANCE

Any effects of fabric masks will depend on how and how well they are made. In an unpublished study whose raw data are not currently available, Jayaraman et al.[4] examined a range of fabric-based filtration systems, in terms of how well they stopped particles (filtration efficiency) and how much they impeded breathing (differential pressure, Delta-P, the measured pressure drop across the material, which determines the resistance of the material to air flow).[5] The study varied fabric type (woven, woven brushed, knitted, knitted brushed, knitted pile), material type (cotton, polyester, polypropylene, silk), fabric parameters (fabric areal density, yarn linear density, fabric weight), and construction type (number of layers, orientation of the layers). The study found wide variation in filtration efficiency. A mask made from a four-layer woven handkerchief fabric, of a sort that might be found in many homes, had 0.7% filtration efficiency for 0.3 micron size particles and a Delta-P of 0.1". Much higher filtration efficiency was observed with filters created specifically for the research from a five-layer woven brushed fabric (35.3% of the particles were trapped) and from four layers of polyester knitted cut-pile fabric (50% of the particles were trapped with a Delta-P of 0.2").

The greater a mask's breathing resistance, which is reflected in a higher Delta-P, the more difficult it is for users to wear it consistently, and the more likely they are to experience breathing difficulties when they do.[6] Although Jayaraman et al. did not measure breathing resistance directly, almost all of the masks they tested would be expected to have breathing resistance within the range of commercial N95 respirators. One mask that used 16 layers of the handkerchief fabric, in order to increase filtration efficiency (63% efficiency with a Delta-P of 0.425"), had breathing resistance greater than that of commercial N95 respirators, which would cause great discomfort to many wearers and cause some to pass out.

An additional consideration in the effectiveness of any mask is how well it fits the user.[7] Even with the best material, if a mask does not fit, virus-containing particles can escape through creases and gaps between the mask and face. Leakage can also occur if the holding mechanism (e.g., straps, Velcro®) is weak. We found no studies of non-expert individuals' ability to produce properly fitting masks. Nor did we find any studies of the effectiveness of masks produced by professionals, when following instructions available to the general public (e.g., online). Given the current Centers for Disease Control and Prevention (CDC) recommendation to wear cloth face coverings in public settings in areas of significant community-based transmission, additional research should examine the ability of the general public to produce properly fitted fabric masks when following communications and instructions.

---

[4] Jayaraman et al. *Pandemic Flu—Textile Solutions Pilot: Design and Development of Innovative Medical Masks*, Final Technical Report, Georgia Institute of Technology, Atlanta, Georgia, submitted to CDC, February 14, 2012.
[5] The tests were conducted according to ASTM F2299-3 test method using poly-dispersed sodium chloride aerosol particles with an airflow rate of 30L/min and airflow velocity of 11 cm/s. Aerosol sizes measured: 0.1, 0.2, 0.3, 0.4, 0.5, 0.7, 1, and 2 microns.
[6] 3M™ Health Care Particulate Respirator and Surgical Masks, Healthcare Respirator Brochure, 3M Company, Minnesota.
[7] Davies et al. (2013) noted that, "Although any material may provide a physical barrier to an infection, if as a mask it does not fit well around the nose and mouth, or the material freely allows infectious aerosols to pass through it, then it will be of no benefit." Davies et al. 2013. Testing the efficacy of homemade masks: Would they protect in an influenza pandemic? *Disaster Medicine and Public Health Preparedness* 7(4):413-418. DOI: 10.1017/dmp.2013.43.

Copyright National Academy of Sciences. All rights reserved.

## ROLE OF THE WEARER

The effectiveness of homemade fabric masks will also depend on the wearer's behavior. Even if a mask could fit well, its effectiveness still depends on how well the wearer puts it on and keeps it in place. As mentioned, breathing difficulty can impede effective use (e.g., pulling a mask down), as can moisture from the wearer's breath. Moisture saturation is inevitable with fabrics available in most homes. Moreover, moisture can trap the virus and become a potential contamination source for others after a mask is removed.

## EFFECTIVENESS OF HOMEMADE FABRIC MASKS IN PROTECTING OTHERS

Several experimental studies have examined the effects of fabric masks on the transmission of droplets of various sizes.

Anfinrud et al.[8] shared via email that they used sensitive laser light-scattering procedures to detect droplet emission while people were speaking. The authors found that "a damp homemade cloth facemask" reduced droplet emission to background levels (when users said "Stay Healthy" three times). However, when a fabric is dampened, the yarns can swell over time, potentially altering its filtering performance. That swelling will depend on the fabric: cotton swells readily, synthetics less so. In an unpublished follow-up experiment, Anfinrud et al. repeated their study with a variety of dry (not moistened) cloths, including a standard workers dust mask (not certified N95) and a mask rigged from an airline eye covering. They found that all of these masks reduced droplet emission generated by speech to background level.[9]

Bae et al. (2020) evaluated the effectiveness of surgical and cotton masks in filtering SARS-CoV-2.[10] They found that neither kind of mask reduced the dissemination of SARS-CoV-2 from the coughs of four symptomatic patients with COVID-19 to the environment and external mask surface. The study used disposable surgical masks (180 mm × 90 mm, 3 layers [inner surface mixed with polypropylene and polyethylene, polypropylene filter, and polypropylene outer surface], pleated, bulk packaged in cardboard; KM Dental Mask, KM Healthcare Corp) and reusable 100% cotton masks (160 mm × 135 mm, 2 layers, individually packaged in plastic; Seoulsa). The median viral loads of nasopharyngeal and saliva samples from the four participants were 5.66 log copies/mL and 4.00 log copies/mL, respectively. The median viral loads after coughs without a mask, with a surgical mask, and with a cotton mask were similar: 2.56 log copies/mL, 2.42 log copies/mL, and 1.85 log copies/mL, respectively. All swabs from the outer mask surfaces of the masks were positive for SARS-CoV-2, whereas swabs from three out of the four symptomatic patients from the inner mask surfaces were negative. Note that this study focused on symptomatic patients who coughed.

[8] Anfinrud et al. In Press. Could SARS-CoV-2 be transmitted via speech droplets? *New England Journal of Medicine*. https://doi.org/10.1101/2020.04.02.20051177.
[9] Personal communication, Adriaan Bax, National Institutes of Health, April 4, 2020.
[10] Bae et al. 2020. Effectiveness of surgical and cotton masks in blocking SARS-CoV-2: A controlled comparison in 4 patients. *Annals of Internal Medicine*. DOI: 10.7326/M20-1342.

Copyright National Academy of Sciences. All rights reserved.

Rengasamy et al. (2010)[11] tested the filtration performance of five common household fabric materials: sweatshirts, T-shirts, towels, scarves, and cloth masks (of unknown material) in a laboratory setting. These fabric materials were tested for sprays having both similar and diverse particle sizes (monodisperse and polydisperse). The range of sizes used in the study (0.02-1 micron) includes that of potential virus-containing droplets.[12] The study projected the particles at face velocities, typical of breathing at rest and during exertion (5.5 and 16.5 cm/s). The test also examined N95 respirator filter media. At the lower velocity, 0.12% of particles penetrated the N95 respirator material; at the higher velocity, penetration was less than 5%. For the five common household fabric materials, across the tests, penetration ranged from about 40-90%, indicating a 10-60% reduction. The authors concluded that common fabric materials may provide a low level of protection against nanoparticles, including those in the size ranges of virus-containing particles in exhaled breath (0.02-1 micron). However, Gralton et al. (2011) found particles generated from respiratory activities range from 0.01 up to 500 microns, with a particle size range of 0.05 to 500 microns associated with infection. They stress the need for airborne precautions to be used when at risk of any aerosolized infection, as airborne precautions are considered as a step-up from droplet precautions.

Davies et al. (2013)[13] had 21 healthy volunteers make their own face masks from fresh, unworn cotton t-shirts. This is the only study we found with user-made masks. Participants then coughed into a box, when wearing their own mask, a surgical mask, or no mask. They received no help or guidance from the researcher in making or fitting their masks. The researchers took samples of particles settling onto agar plates and a Casella slit sampler in the box. Under the baseline conditions of no mask, only a small number of colony-forming units (indicative of bacteria) were detected, limiting the opportunity to demonstrate reductions. Still, the investigators reported that both homemade and surgical masks reduced the number of large-sized microorganisms expelled by volunteers, with the surgical mask being more effective.

van der Sande et al. (2008)[14] examined the extent to which respirator masks, surgical masks, and tea-cloth masks made by the researchers would reduce tiny (0.02-1 micron) particle counts on one side of the mask compared to the other. They used burning candles in a test room to generate particles. Two of the study's three experiments examined the protection afforded the wearer (reduced particle counts inside the masks compared to outside). Although not directly germane to the question of protecting others, the study found a modest degree of protection for the wearer from cloth masks, an intermediate degree from surgical masks, and a marked degree with the equivalent of N95 masks. For example, among adults, N95 masks provided 25 times the protection of surgical masks and 50 times the protection of cloth masks. The study's third

---

[11] Rengasamy et al. 2010. Simple respiratory protection—evaluation of the filtration performance of cloth masks and common fabric materials against 20-1000 nm size particles. *Annals of Occupational Hygiene* 54(7):789-798. https://doi.org/10.1093/annhyg/meq044.

[12] According to Gralton et al. (2011), particles generated from respiratory activities range from 0.01 up to 500 microns, with a particle size range of 0.05 to 500 microns associated with infection. Gralton et al. 2011. The role of particle size in aerosilesed pathogen transmission: A review. *Journal of Infection* 62:1-13. DOI: 10.1016/j.jinf.2010.11.010.

[13] Davies et al. 2013. Testing the efficacy of homemade masks: Would they protect in an influenza pandemic? *Disaster Medicine and Public Health Preparedness* 7(4):413-418. DOI: 10.1017/dmp.2013.43.

[14] van der Sande et al. 2008. Professional and home-made face masks reduce exposure to respiratory infections among the general population. *PLOS ONE* 3(7):e2618. DOI: 10.1371/journal.pone.0002618.

Copyright National Academy of Sciences. All rights reserved.

experiment tested the effectiveness of the three masks at reducing emissions from a simulation dummy head that produced uniform "exhalations." It found that cloth masks reduced emitted particles (leakage) by one-fifth, surgical masks reduced it by one-half, and N95-equivalent masks reduced it by two-thirds.

MacIntyre et al. (2015)[15] conducted a randomized controlled trial comparing infection rates of 1,607 hospital health care workers wearing cloth (two layers, made of cotton) or medical masks (three layers, made of non-woven material) while performing their normal tasks. Workers who used cloth masks experienced much higher rates of influenza-like illness (relative risk = 13.00, 95% confidence interval 1.59 to 100.07). This study measured the protective effect for the wearer, rather than the protection of others from the wearer, and did not include a condition with individuals wearing no masks.

## EFFECT ON USERS' RISK BEHAVIOR

In our rapid review, we found no studies of the effects of wearing masks on users' behavior. Speculatively, for some users, masks could provide a constant reminder of the importance of social distancing, as well as signal its importance to others, strengthening the social norm of social distancing. Conversely, for some users, masks might "crowd out" other precautionary behaviors, giving them a feeling that they have done enough to protect themselves and others. Prior research, conducted in less intense settings, could support either speculation. Focused research could help determine when precautionary behaviors reinforce or displace one another.

It is critically important that any discussion of homemade fabric masks reinforce the central importance of physical distancing and personal hygiene (frequent handwashing) in reducing spread of infection.

## CONCLUSIONS

There are no studies of individuals wearing homemade fabric masks in the course of their typical activities. Therefore, we have only limited, indirect evidence regarding the effectiveness of such masks for protecting others, when made and worn by the general public on a regular basis. That evidence comes primarily from laboratory studies testing the effectiveness of different materials at capturing particles of different sizes.

The evidence from these laboratory filtration studies suggests that such fabric masks may reduce the transmission of larger respiratory droplets. There is little evidence regarding the transmission of small aerosolized particulates of the size potentially exhaled by asymptomatic or presymptomatic individuals with COVID-19. The extent of any protection will depend on how the masks are made and used. It will also depend on how mask use affects users' other precautionary behaviors, including their use of better masks, when those become widely available. Those behavioral effects may undermine or enhance homemade fabric masks' overall effect on public health. The current level of benefit, if any, is not possible to assess.

---

[15] MacIntyre et al. 2015. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. *BMJ Open* 5(4):e006577. DOI: 10.1136/bmjopen-2014-006577.

Copyright National Academy of Sciences. All rights reserved.

Research could provide firmer answers by assessing the effectiveness of such fabric masks, as made and used by the general public. That research would have the goals of providing the public with (1) usable instructions on how to make, fit, use, and clean homemade fabric masks; (2) estimates of the protection that such masks afford users and others in different environments (e.g., where the likelihood of contact is higher, like grocery stores, compared to wearing masks all of the time); and (3) effective reinforcement of other precautionary behaviors. That research could provide policy makers with estimates of the net effect of encouraging the use of homemade fabric masks on public health, with realistic estimates of how such masks will be made and used, as well as how they will affect other precautionary behaviors of users and others who observe and interact with them.

My colleagues and I hope this input is helpful to you as you continue to guide the nation's response in this ongoing public health crisis.

Respectfully,
Richard Besser, M.D.
Member
Standing Committee on Emerging Infectious Diseases and 21st Century Health Threats

Baruch Fischhoff, Ph.D.
Member
Standing Committee on Emerging Infectious Diseases and 21st Century Health Threats

## APPENDIX

### Authors and Reviewers of This Rapid Expert Consultation

This rapid expert consultation was prepared by staff of the National Academies of Sciences, Engineering, and Medicine, and members of the National Academies' Standing Committee on Emerging Infectious Diseases and 21st Century Health Threats: Richard Besser, Robert Wood Johnson Foundation, and Baruch Fischhoff, Carnegie Mellon University. The following subject-matter experts also provided input: Sundaresan Jayaraman, Georgia Tech, and Michael Osterholm, University of Minnesota.

Harvey Fineberg, chair of the Standing Committee, approved this document. The following individuals served as reviewers: Ned Calonge, The Colorado Trust; Robert Hornik, University of Pennsylvania; Thomas Inglesby, Johns Hopkins Bloomberg School of Public Health Center for Health Security; and Grace Lee, Stanford University. Bobbie A. Berkowitz, Columbia University School of Nursing; Ellen Wright Clayton, Vanderbilt University Medical Center; and Susan Curry, University of Iowa, served as arbiters of this review on behalf of the National Academies' Report Review Committee and their Health and Medicine Division.

Copyright National Academy of Sciences. All rights reserved.

Plaintiff's Exhibit 87

rcreader.com

# Masks Don't Work: A Review of Science Relevant to COVID-19 Social Policy

*Author Todd McGreevy*

26-33 minutes

---

==Masks and respirators do not work.==

There have been extensive randomized controlled trial (RCT) studies, and meta-analysis reviews of RCT studies, which all show that masks and respirators do not work to prevent respiratory influenza-like illnesses, or respiratory illnesses believed to be transmitted by droplets and aerosol particles.

Furthermore, the relevant known physics and biology, which I review, are such that masks and respirators should not work. It would be a paradox if masks and respirators worked, given what we know about viral respiratory diseases: The main transmission path is long-residence-time aerosol particles (< 2.5 µm), which are too fine to be blocked, and the minimum-infective dose is smaller than one aerosol particle.

The present paper about masks illustrates the degree to which governments, the mainstream media, and institutional propagandists can decide to operate in a science vacuum, or select only incomplete science that serves their interests. Such recklessness is also certainly the case with the current global lockdown of over 1 billion people, an unprecedented experiment in medical and political history.

*(From Words from the Publisher: "We pledge to publish all letters, guest commentaries, or studies refuting [Rancourt's] general premise that this mask-wearing culture and shaming could be more harmful than helpful. Please send your feedback to info@rcreader.com.")* **[UPDATE: August 12, 2020 Still No Evidence Justifying Mandatory Masks]**

## Review of the Medical Literature

Here are key anchor points to the extensive scientific literature that establishes that wearing surgical masks and respirators (e.g., "N95") does not reduce the risk of contracting a verified illness:

**Jacobs, J. L. et al. (2009)** "Use of surgical face masks to reduce the incidence of the common cold among health care workers in Japan: A randomized controlled trial," *American Journal of Infection Control*, Volume 37, Issue 5, 417 – 419. https://www.ncbi.nlm.nih.gov/pubmed/19216002

N95-masked health-care workers (HCW) were significantly more likely to experience headaches. Face mask use in HCW was not demonstrated to provide benefit in terms of cold symptoms or getting colds.

**Cowling, B. et al. (2010)** "Face masks to prevent transmission of influenza virus: A systematic review," *Epidemiology and Infection*, 138(4), 449-456. https://www.cambridge.org/core/journals

/epidemiology-and-infection/article/face-masks-to-prevent-transmission-of-influenza-virus-a-systematic-review/64D368496EBDE0AFCC6639CCC9D8BC05

None of the studies reviewed showed a benefit from wearing a mask, in either HCW or community members in households (H). See summary Tables 1 and 2 therein.

**bin-Reza et al. (2012)** "The use of masks and respirators to prevent transmission of influenza: a systematic review of the scientific evidence," *Influenza and Other Respiratory Viruses* 6(4), 257–267. https://onlinelibrary.wiley.com/doi/epdf/10.1111/j.1750-2659.2011.00307.x

"There were 17 eligible studies. … None of the studies established a conclusive relationship between mask/respirator use and protection against influenza infection."

**Smith, J.D. et al. (2016)** "Effectiveness of N95 respirators versus surgical masks in protecting health care workers from acute respiratory infection: a systematic review and meta-analysis," *CMAJ* Mar 2016 https://www.cmaj.ca/content/188/8/567

"We identified six clinical studies … . In the meta-analysis of the clinical studies, we found no significant difference between N95 respirators and surgical masks in associated risk of (a) laboratory-confirmed respiratory infection, (b) influenza-like illness, or (c) reported work-place absenteeism."

**Offeddu, V. et al. (2017)** "Effectiveness of Masks and Respirators Against Respiratory Infections in Healthcare Workers: A Systematic Review and Meta-Analysis," *Clinical Infectious Diseases*, Volume 65, Issue 11, 1 December 2017, Pages 1934–1942, https://academic.oup.com/cid/article/65/11/1934/4068747

"Self-reported assessment of clinical outcomes was prone to bias. Evidence of a protective effect of masks or respirators against verified respiratory infection (VRI) was not statistically significant"; as per Fig. 2c therein:



**Radonovich, L.J. et al. (2019)** "N95 Respirators vs Medical Masks for Preventing Influenza Among Health Care Personnel: A Randomized Clinical Trial," *JAMA*. 2019; 322(9): 824–833. https://jamanetwork.com/journals/jama/fullarticle/2749214

"Among 2862 randomized participants, 2371 completed the study and accounted for 5180 HCW-seasons. ... Among outpatient health care personnel, N95 respirators vs medical masks as worn by participants in this trial resulted in no significant difference in the incidence of laboratory-confirmed influenza."

**Long, Y. et al. (2020)** "Effectiveness of N95 respirators versus surgical masks against influenza: A systematic review and meta-analysis," *J Evid Based Med.* 2020; 1- 9. https://onlinelibrary.wiley.com /doi/epdf/10.1111/jebm.12381

"A total of six RCTs involving 9,171 participants were included. There were no statistically significant differences in preventing laboratory-confirmed influenza, laboratory-confirmed respiratory viral infections, laboratory-confirmed respiratory infection, and influenza-like illness using N95 respirators and surgical masks. Meta-analysis indicated a protective effect of N95 respirators against laboratory-confirmed bacterial colonization (RR = 0.58, 95% CI 0.43-0.78). The use of N95 respirators compared with surgical masks is not associated with a lower risk of laboratory-confirmed influenza."

## Conclusion Regarding That Masks Do Not Work

No RCT study with verified outcome shows a benefit for HCW or community members in households to wearing a mask or respirator. There is no such study. There are no exceptions.

Likewise, no study exists that shows a benefit from a broad policy to wear masks in public (more on this below).

Furthermore, if there were any benefit to wearing a mask, because of the blocking power against droplets and aerosol particles, then there should be more benefit from wearing a respirator (N95) compared to a surgical mask, yet several large meta-analyses, and all the RCT, prove that there is no such relative benefit.

Masks and respirators do not work.

## Precautionary Principle Turned on Its Head with Masks

In light of the medical research, therefore, it is difficult to understand why public-health authorities are not consistently adamant about this established scientific result, since the distributed psychological, economic, and environmental harm from a broad recommendation to wear masks is significant, not to mention the unknown potential harm from concentration and distribution of pathogens on and from used masks. In this case, public authorities would be turning the precautionary principle on its head (see below).

## Physics and Biology of Viral Respiratory Disease and of Why Masks Do Not Work

In order to understand why masks cannot possibly work, we must review established knowledge about viral respiratory diseases, the mechanism of seasonal variation of excess deaths from pneumonia and influenza, the aerosol mechanism of infectious disease transmission, the physics and chemistry of aerosols, and the mechanism of the so-called minimum-infective-dose.

In addition to pandemics that can occur anytime, in the temperate latitudes there is an extra burden of respiratory-disease mortality that is seasonal, and that is caused by viruses. For example, see the review of influenza by Paules and Subbarao (2017). This has been known for a long time, and the seasonal pattern is exceedingly regular. *(Publisher's note: All links to source references to studies here forward are found at the end of this article.)*

For example, see Figure 1 of Viboud (2010), which has "Weekly time series of the ratio of deaths from pneumonia and influenza to all deaths, based on the 122 cities surveillance in the US (blue line). The red line represents the expected baseline ratio in the absence of influenza activity," here:



The seasonality of the phenomenon was largely not understood until a decade ago. Until recently, it was debated whether the pattern arose primarily because of seasonal change in virulence of the pathogens, or because of seasonal change in susceptibility of the host (such as from dry air causing tissue irritation, or diminished daylight causing vitamin deficiency or hormonal stress). For example, see Dowell (2001).

In a landmark study, Shaman et al. (2010) showed that the seasonal pattern of extra respiratory-disease mortality can be explained quantitatively on the sole basis of absolute humidity, and its direct controlling impact on transmission of airborne pathogens.

Lowen et al. (2007) demonstrated the phenomenon of humidity-dependent airborne-virus virulence in actual disease transmission between guinea pigs, and discussed potential underlying mechanisms for the measured controlling effect of humidity.

The underlying mechanism is that the pathogen-laden aerosol particles or droplets are neutralized within a half-life that monotonically and significantly decreases with increasing ambient humidity. This is based on the seminal work of Harper (1961). Harper experimentally showed that viral-pathogen-carrying droplets were inactivated within shorter and shorter times, as ambient humidity was increased.

Harper argued that the viruses themselves were made inoperative by the humidity ("viable decay"), however, he admitted that the effect could be from humidity-enhanced physical removal or sedimentation of the droplets ("physical loss"): "Aerosol viabilities reported in this paper are based on the ratio of virus titre to radioactive count in suspension and cloud samples, and can be criticized on the ground that test and tracer materials were not physically identical."

The latter ("physical loss") seems more plausible to me, since humidity would have a universal physical effect of causing particle/droplet growth and sedimentation, and all tested viral pathogens

have essentially the same humidity-driven "decay." Furthermore, it is difficult to understand how a virion (of all virus types) in a droplet would be molecularly or structurally attacked or damaged by an increase in ambient humidity. A "virion" is the complete, infective form of a virus outside a host cell, with a core of RNA or DNA and a capsid. The actual mechanism of such humidity-driven intra-droplet "viable decay" of a virion has not been explained or studied.

In any case, the explanation and model of Shaman et al. (2010) is not dependent on the particular mechanism of the humidity-driven decay of virions in aerosol/droplets. Shaman's quantitatively demonstrated model of seasonal regional viral epidemiology is valid for either mechanism (or combination of mechanisms), whether "viable decay" or "physical loss."

The breakthrough achieved by Shaman et al. is not merely some academic point. Rather, it has profound health-policy implications, which have been entirely ignored or overlooked in the current coronavirus pandemic.

In particular, Shaman's work necessarily implies that, rather than being a fixed number (dependent solely on the spatial-temporal structure of social interactions in a completely susceptible population, and on the viral strain), the epidemic's **basic reproduction number** (R0) is highly or predominantly dependent on ambient absolute humidity.

For a definition of R0, see HealthKnowlege-UK (2020): R0 is "the average number of secondary infections produced by a typical case of an infection in a population where everyone is susceptible." The average R0 for influenza is said to be 1.28 (1.19–1.37); see the comprehensive review by Biggerstaff et al. (2014).

In fact, Shaman et al. showed that R0 must be understood to seasonally vary between humid-summer values of just larger than "1" and dry-winter values typically as large as "4" (for example, see their Table 2). In other words, the seasonal infectious viral respiratory diseases that plague temperate latitudes every year go from being intrinsically mildly contagious to virulently contagious, due simply to the bio-physical mode of transmission controlled by atmospheric humidity, irrespective of any other consideration.

Therefore, all the epidemiological mathematical modeling of the benefits of mediating policies (such as social distancing), which assumes humidity-independent R0 values, has a large likelihood of being of little value, on this basis alone. For studies about modeling and regarding mediation effects on the effective reproduction number, see Coburn (2009) and Tracht (2010).

To put it simply, the "second wave" of an epidemic is not a consequence of human sin regarding mask wearing and hand shaking. Rather, the "second wave" is an inescapable consequence of an air-dryness-driven many-fold increase in disease contagiousness, in a population that has not yet attained immunity.

If my view of the mechanism is correct (i.e., "physical loss"), then Shaman's work further necessarily implies that the dryness-driven high transmissibility (large R0) arises from small aerosol particles fluidly suspended in the air; as opposed to large droplets that are quickly gravitationally removed from the air.

Such small aerosol particles fluidly suspended in air, of biological origin, are of every variety and are everywhere, including down to virion-sizes (Despres, 2012). It is not entirely unlikely that viruses can

thereby be physically transported over inter-continental distances (e.g., Hammond, 1989).

More to the point, indoor airborne virus concentrations have been shown to exist (in day-care facilities, health centers, and on-board airplanes) primarily as aerosol particles of diameters smaller than 2.5 μm, such as in the work of Yang et al. (2011):

"Half of the 16 samples were positive, and their total virus −3 concentrations ranged from 5800 to 37 000 genome copies m . On average, 64 per cent of the viral genome copies were associated with fine particles smaller than 2.5 μm, which can remain suspended for hours. Modeling of virus concentrations indoors suggested a source strength of 1.6 ± 1.2 × 105 genome copies m−3 air h−1 and a deposition flux onto surfaces of 13 ± 7 genome copies m−2 h−1 by Brownian motion. Over one hour, the inhalation dose was estimated to be 30 ± 18 median tissue culture infectious dose (TCID50), adequate to induce infection. These results provide quantitative support for the idea that the aerosol route could be an important mode of influenza transmission."

Such small particles (< 2.5 μm) are part of air fluidity, are not subject to gravitational sedimentation, and would not be stopped by long-range inertial impact. This means that the slightest (even momentary) facial misfit of a mask or respirator renders the design filtration norm of the mask or respirator entirely irrelevant. In any case, the filtration material itself of N95 (average pore size ~0.3−0.5 μm) does not block virion penetration, not to mention surgical masks. For example, see Balazy et al. (2006).

Mask stoppage efficiency and host inhalation are only half of the equation, however, because the minimal infective dose (MID) must also be considered. For example, if a large number of pathogen-laden particles must be delivered to the lung within a certain time for the illness to take hold, then partial blocking by any mask or cloth can be enough to make a significant difference.

On the other hand, if the MID is amply surpassed by the virions carried in a single aerosol particle able to evade mask-capture, then the mask is of no practical utility, which is the case.

Yezli and Otter (2011), in their review of the MID, point out relevant features:

1. Most respiratory viruses are as infective in humans as in tissue culture having optimal laboratory susceptibility

2. It is believed that a single virion can be enough to induce illness in the host

3. The 50-percent probability MID ("TCID50") has variably been found to be in the range 100−1000 virions

4. There are typically 10 to 3rd power − 10 to 7th power virions per aerolized influenza droplet with diameter 1 μm − 10 μm

5. The 50-percent probability MID easily fits into a single (one) aerolized droplet

6. For further background:

7. A classic description of dose-response assessment is provided by Haas (1993).

8. Zwart et al. (2009) provided the first laboratory proof, in a virus-insect system, that the action of a single virion can be sufficient to cause disease.

9. Baccam et al. (2006) calculated from empirical data that, with influenza A in humans, "we estimate

that after a delay of ~6 h, infected cells begin producing influenza virus and continue to do so for ~5 h. The average lifetime of infected cells is ~11 h, and the half-life of free infectious virus is ~3 h. We calculated the [in-body] basic reproductive number, R0, which indicated that a single infected cell could produce ~22 new productive infections."

10. Brooke et al. (2013) showed that, contrary to prior modeling assumptions, although not all influenza-A-infected cells in the human body produce infectious progeny (virions), nonetheless, 90 percent of infected cell are significantly impacted, rather than simply surviving unharmed.

All of this to say that: if anything gets through (and it always does, irrespective of the mask), then you are going to be infected. Masks cannot possibly work. It is not surprising, therefore, that no bias-free study has ever found a benefit from wearing a mask or respirator in this application.

Therefore, the studies that show partial stopping power of masks, or that show that masks can capture many large droplets produced by a sneezing or coughing mask-wearer, in light of the above-described features of the problem, are irrelevant. For example, such studies as these: Leung (2020), Davies (2013), Lai (2012), and Sande (2008).

## Why There Can Never Be an Empirical Test of a Nation-Wide Mask-Wearing Policy

As mentioned above, no study exists that shows a benefit from a broad policy to wear masks in public. There is good reason for this. It would be impossible to obtain unambiguous and bias-free results [because]:

1. Any benefit from mask-wearing would have to be a small effect, since undetected in controlled experiments, which would be swamped by the larger effects, notably the large effect from changing atmospheric humidity.

2. Mask compliance and mask adjustment habits would be unknown.

3. Mask-wearing is associated (correlated) with several other health behaviors; see Wada (2012).

4. The results would not be transferable, because of differing cultural habits.

5. Compliance is achieved by fear, and individuals can habituate to fear-based propaganda, and can have disparate basic responses.

6. Monitoring and compliance measurement are near-impossible, and subject to large errors.

7. Self-reporting (such as in surveys) is notoriously biased, because individuals have the self-interested belief that their efforts are useful.

8. Progression of the epidemic is not verified with reliable tests on large population samples, and generally relies on non-representative hospital visits or admissions.

9. Several different pathogens (viruses and strains of viruses) causing respiratory illness generally act together, in the same population and/or in individuals, and are not resolved, while having different epidemiological characteristics.

## Unknown Aspects of Mask Wearing

Many potential harms may arise from broad public policies to wear masks, and the following unanswered questions arise:

1. Do used and loaded masks become sources of enhanced transmission, for the wearer and others?

2. Do masks become collectors and retainers of pathogens that the mask wearer would otherwise avoid when breathing without a mask?

3. Are large droplets captured by a mask atomized or aerolized into breathable components? Can virions escape an evaporating droplet stuck to a mask fiber?

4. What are the dangers of bacterial growth on a used and loaded mask?

5. How do pathogen-laden droplets interact with environmental dust and aerosols captured on the mask?

6. What are long-term health effects on HCW, such as headaches, arising from impeded breathing?

7. Are there negative social consequences to a masked society?

8. Are there negative psychological consequences to wearing a mask, as a fear-based behavioral modification?

9. What are the environmental consequences of mask manufacturing and disposal?

10. Do the masks shed fibers or substances that are harmful when inhaled?

## Conclusion

By making mask-wearing recommendations and policies for the general public, or by expressly condoning the practice, governments have both ignored the scientific evidence and done the opposite of following the precautionary principle.

In an absence of knowledge, governments should not make policies that have a hypothetical potential to cause harm. The government has an onus barrier before it instigates a broad social-engineering intervention, or allows corporations to exploit fear-based sentiments.

Furthermore, individuals should know that there is no known benefit arising from wearing a mask in a viral respiratory illness epidemic, and that scientific studies have shown that any benefit must be residually small, compared to other and determinative factors.

Otherwise, what is the point of publicly funded science?

The present paper about masks illustrates the degree to which governments, the mainstream media, and institutional propagandists can decide to operate in a science vacuum, or select only incomplete science that serves their interests. Such recklessness is also certainly the case with the current global lockdown of over 1 billion people, an unprecedented experiment in medical and political history.

*Denis G. Rancourt is a researcher at the Ontario Civil Liberties Association (OCLA.ca) and is formerly a tenured professor at the University of Ottawa, Canada. This paper was originally published at Rancourt's account on ResearchGate.net. As of June 5, 2020, this paper was removed from his profile by its administrators at Researchgate.net/profile/D_Rancourt. At Rancourt's blog ActivistTeacher.blogspot.com, he recounts the notification and responses he received from ResearchGate.net and states, "This is censorship of my scientific work like I have never experienced before."*

*The original April 2020 white paper in .pdf format is available <u>here</u>, complete with charts that have not been reprinted in the Reader print or web versions.*

**RELATED COMMENTARY:** <u>*An Unprecedented Experiment: Sometimes You Just Gotta Wear the Stupid*</u>

## Endnotes:

Baccam, P. et al. (2006) "Kinetics of Influenza A Virus Infection in Humans", *Journal of Virology* Jul 2006, 80 (15) 7590-7599; DOI: 10.1128/JVI.01623-05 <u>https://jvi.asm.org/content/80/15/7590</u>

Balazy et al. (2006) "Do N95 respirators provide 95% protection level against airborne viruses, and how adequate are surgical masks?", *American Journal of Infection Control*, Volume 34, Issue 2, March 2006, Pages 51-57. doi:10.1016/j.ajic.2005.08.018 <u>http://citeseerx.ist.psu.edu/viewdoc /download?doi=10.1.1.488.4644&rep=rep1&type=pdf</u>

Biggerstaff, M. et al. (2014) "Estimates of the reproduction number for seasonal, pandemic, and zoonotic influenza: a systematic review of the literature", *BMC Infect Dis* 14, 480 (2014). <u>https://doi.org/10.1186/1471-2334-14-480</u>

Brooke, C. B. et al. (2013) "Most Influenza A Virions Fail To Express at Least One Essential Viral Protein", *Journal of Virology* Feb 2013, 87 (6) 3155-3162; DOI: 10.1128/JVI.02284-12 <u>https://jvi.asm.org/content/87/6/3155</u>

Coburn, B. J. et al. (2009) "Modeling influenza epidemics and pandemics: insights into the future of swine flu (H1N1)", *BMC Med* 7, 30. <u>https://doi.org/10.1186/1741-7015-7-30</u>

Davies, A. et al. (2013) "Testing the Efficacy of Homemade Masks: Would They Protect in an Influenza Pandemic?", *Disaster Medicine and Public Health Preparedness*, Available on CJO 2013 doi:10.1017/dmp.2013.43 <u>http://journals.cambridge.org/abstract_S1935789313000438</u>

Despres, V. R. et al. (2012) "Primary biological aerosol particles in the atmosphere: a review", *Tellus B: Chemical and Physical Meteorology*, 64:1, 15598, DOI: 10.3402/tellusb.v64i0.15598 <u>https://doi.org /10.3402/tellusb.v64i0.15598</u>

Dowell, S. F. (2001) "Seasonal variation in host susceptibility and cycles of certain infectious diseases", *Emerg Infect Dis.* 2001;7(3):369–374. doi:10.3201/eid0703.010301 <u>https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2631809/</u>

Hammond, G. W. et al. (1989) "Impact of Atmospheric Dispersion and Transport of Viral Aerosols on the Epidemiology of Influenza", *Reviews of Infectious Diseases*, Volume 11, Issue 3, May 1989, Pages 494–497, <u>https://doi.org/10.1093/clinids/11.3.494</u>

Haas, C.N. et al. (1993) "Risk Assessment of Virus in Drinking Water", *Risk Analysis*, 13: 545-552. doi:10.1111/j.1539-6924.1993.tb00013.x <u>https://doi.org/10.1111/j.1539-6924.1993.tb00013.x</u>

HealthKnowlege-UK (2020) "Charter 1a - Epidemiology: Epidemic theory (effective & basic reproduction numbers, epidemic thresholds) & techniques for analysis of infectious disease data (construction & use of epidemic curves, generation numbers, exceptional reporting & identification of significant clusters)", *HealthKnowledge.org.uk*, accessed on 2020-04-10. <u>https://www.healthknowledge.org.uk/public-health-textbook/research-methods/1a-epidemiology/epidemic-theory</u>

Lai, A. C. K. et al. (2012) "Effectiveness of facemasks to reduce exposure hazards for airborne infections among general populations", *J. R. Soc. Interface*. 9938–948 http://doi.org/10.1098/rsif.2011.0537

Leung, N.H.L. et al. (2020) "Respiratory virus shedding in exhaled breath and efficacy of face masks", *Nature Medicine* (2020). https://doi.org/10.1038/s41591-020-0843-2

Lowen, A. C. et al. (2007) "Influenza Virus Transmission Is Dependent on Relative Humidity and Temperature", *PLoS Pathog* 3(10): e151. https://doi.org/10.1371/journal.ppat.0030151

Paules, C. and Subbarao, S. (2017) "Influenza", *Lancet*, Seminar| Volume 390, ISSUE 10095, P697-708, August 12, 2017. http://dx.doi.org/10.1016/S0140-6736(17)30129-0

Sande, van der, M. et al. (2008) "Professional and Home-Made Face Masks Reduce Exposure to Respiratory Infections among the General Population", *PLoS ONE* 3(7): e2618. doi:10.1371/journal.pone.0002618 https://doi.org/10.1371/journal.pone.0002618

Shaman, J. et al. (2010) "Absolute Humidity and the Seasonal Onset of Influenza in the Continental United States", *PLoS Biol* 8(2): e1000316. https://doi.org/10.1371/journal.pbio.1000316

Tracht, S. M. et al. (2010) "Mathematical Modeling of the Effectiveness of Facemasks in Reducing the Spread of Novel Influenza A (H1N1)", *PLoS ONE* 5(2): e9018. doi:10.1371/journal.pone.0009018 https://doi.org/10.1371/journal.pone.0009018

Viboud C. et al. (2010) "Preliminary Estimates of Mortality and Years of Life Lost Associated with the 2009 A/H1N1 Pandemic in the US and Comparison with Past Influenza Seasons", *PLoS Curr.* 2010; 2:RRN1153. Published 2010 Mar 20. doi:10.1371/currents.rrn1153 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2843747/

Wada, K. et al. (2012) "Wearing face masks in public during the influenza season may reflect other positive hygiene practices in Japan", *BMC Public Health* 12, 1065 (2012). https://doi.org/10.1186/1471-2458-12-1065

Yang, W. et al. (2011) "Concentrations and size distributions of airborne influenza A viruses measured indoors at a health centre, a day-care centre and on aeroplanes", *Journal of the Royal Society, Interface.* 2011 Aug;8(61):1176-1184. DOI: 10.1098/rsif.2010.0686. https://royalsocietypublishing.org/doi/10.1098/rsif.2010.0686

Yezli, S., Otter, J.A. (2011) "Minimum Infective Dose of the Major Human Respiratory and Enteric Viruses Transmitted Through Food and the Environment", *Food Environ Virol* 3, 1–30. https://doi.org/10.1007/s12560-011-9056-7

Zwart, M. P. et al. (2009) "An experimental test of the independent action hypothesis in virus– insect pathosystems", *Proc. R. Soc. B.* 2762233–2242 http://doi.org/10.1098/rspb.2009.0064

# The Potential for Cloth Masks to Protect Health Care Clinicians From SARS-CoV-2: A Rapid Review

*Ariel Kiyomi Daoud*
*Jessica Kole Hall*
*Haylie Petrick*
*Anne Strong*
*Cleveland Piggott, MD, MPH*

Department of Family Medicine, University of Colorado School of Medicine, Aurora, Colorado



MORE ONLINE
www.annfammed.org

## ABSTRACT

**PURPOSE** The coronavirus disease 2019 (COVID-19) pandemic has led at times to a scarcity of personal protective equipment, including medical masks, for health care clinicians, especially in primary care settings. The objective of this review was to summarize current evidence regarding the use of cloth masks to prevent respiratory viral infections, such as severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), among health care clinicians.

**METHODS** We searched 5 databases, the Centers for Disease Control and Prevention website, and the reference lists of identified articles on April 3, 2020. All identified publications were independently screened by 2 reviewers. Two authors independently extracted data and graded the studies. Randomized control trials (RCTs) were graded using the Consolidated Standards of Reporting Trials (CONSORT) checklist, and observational and nonhuman subject studies were graded using 11 domains common across frequently used critical appraisal tools. All discrepancies were resolved by consensus.

**RESULTS** Our search identified 136 original publications. Nine studies met inclusion criteria. We performed a qualitative synthesis of the data from these studies. Four nonrandomized trials, 3 laboratory studies, 1 single-case experiment, and 1 RCT were identified. The laboratory studies found that cloth materials provided measurable levels of particle filtration but were less efficacious at blocking biologic material than medical masks. The RCT found that cloth masks were associated with significantly more viral infections than medical masks.

**CONCLUSIONS** The current literature suggests that cloth materials are somewhat efficacious in filtering particulate matter and aerosols but provide a worse fit and inferior protection compared to medical masks in clinical environments. The quality and quantity of literature addressing this question are lacking. Cloth masks lack evidence for adequate protection of health care clinicians against respiratory viral infections.

*Ann Fam Med 2021;19:55-62. https://doi.org/10.1370/afm.2640.*

## INTRODUCTION

In December 2019, the novel coronavirus, severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), emerged in Wuhan, China and quickly became a global pandemic as the coronavirus disease 2019 (COVID-19) respiratory syndrome. At the time of this article's writing, more than 68 million cases were reported worldwide, with more than 1,500,000 deaths.[1] In the United States, health care clinicians have been faced with a scarcity of personal protective equipment (PPE) including N95 respirators and disposable medical masks.[2] As the United States has focused primarily on supporting large urban hospitals to care for the surge of severely ill patients, primary care offices have experienced severe PPE shortages.[3] During the week of this article's writing in April 2020, 58% of primary care clinicians reported in a national survey to have resorted to the use of homemade and/or used PPE. Seven months later, 32% reported that they were either lacking PPE or felt that their required level of PPE reuse was unsafe.[4]

*Conflicts of interest: authors report none.*

**CORRESPONDING AUTHOR**

Cleveland Piggott
Department of Family Medicine
University of Colorado School of Medicine
13001 E 17th Pl
Aurora, CO 80045
Cleveland.Piggott@cuanschutz.edu

Hospitals, health care systems, and the National Strategic Stockpile have insufficient supply to provide adequate PPE for health care clinicians. This leaves primary care practices and other resource-limited organizations, such as rural hospitals, to determine how to protect their clinicians. Conflicting information from the popular media, messaging from various health care systems, and constantly changing societal guidelines complicate decisions regarding appropriate mask usage in clinical settings during times of scarcity. Creative solutions include rationing supplies, extending the use of PPE, recycling masks, and devising alternative face protection.[2] The US Centers for Disease Control and Prevention (CDC) states that health care clinicians may used cloth masks as a last resort.[5] The CDC notes that cloth masks are not considered PPE and that their capability to protect health care clinicians is not currently known. The CDC does not offer information regarding the degree of protection a cloth mask might provide compared to a medical mask. In addition, there is no recommendation for what the best design of a cloth mask might be in the face of a shortage of PPE. This rapid review summarizes current evidence on the efficacy and effectiveness of cloth masks compared with medical masks to prevent respiratory viral infections among health care clinicians.

## METHODS

### Criteria for Study Consideration

We followed Cochrane rapid review methods for this review.[6] We included all studies examining the efficacy and/or effectiveness of cloth masks in filtering biologic materials or comparing a cloth mask to an industrial medical or surgical mask. Efficacy refers to the performance of mask materials in a laboratory setting (ie, filtration, fit factor, pressure gradient), whereas effectiveness considers the performance of masks when used by human subjects in clinical environments (ie, infection rate). Biologic materials were defined as bacteria or viruses. The term cloth was applied broadly and included any type of woven nonsynthetic material or woven polyester fabric that might be used to create a homemade cloth mask. Studies examining filtering ability of cloth masks against environmental exposures, such as diesel particles, foundry exposure, welding fumes, or pollution, were excluded. Reviews, opinion pieces, letters to the editor, commentaries, research briefs, and anecdotes were also excluded.

### Main Outcome Measures

Inclusion in this review required at least 1 of the following outcome measures:

- Efficacy or effectiveness of cloth masks
- Respiratory illness/infection rate of health care clinicians wearing cloth masks
- Filtration efficiency of cloth masks compared to medical or surgical masks
- Percentage aerosol penetration of cloth masks compared to medical or surgical masks
- Comparison of mask fit between cloth and medical or surgical masks

### Search Methods

We performed a search of MEDLINE, the Cochrane Library, Embase, the Cumulative Index to Nursing and Allied Health Literature (CINAHL), and the Web of Science databases on April 3, 2020, to identify relevant studies for this review. Gray literature was searched briefly via the CDC's website. Reference lists of identified studies were consulted for additional publications. Publication dates before 1970 were not considered. No exclusion criteria were applied on the basis of study quality grade or language. A health science librarian was consulted for the identification of appropriate databases and assistance with search term definitions. See Supplemental Table 1, https://www.AnnFamMed.org/content/19/1/55/suppl/DC1/, for search strategies.

### Data Collection and Analysis

#### Study Selection

All studies retrieved via database searches were downloaded to citation manager software. Duplicates were removed. Two authors (JKH and AS) independently screened identified studies via title and abstract content and then independently reviewed full-text publications of the screened studies. Any discrepancies in eligibility were resolved via discussion and consensus between the independent reviewers and additional authors as needed.

#### Data Extraction and Management

Two authors (HP and AKD) independently extracted data from the final list of eligible studies to separate spreadsheets. Data were compared and discrepancies resolved via discussion and consensus, including additional author(s) as necessary. They then independently appraised each study and resolved discrepancies via discussion and consensus. Study appraisal was implemented to identify flaws in methodology and assess bias. Randomized control trials (RCTs) were appraised using the Consolidated Standards of Reporting Trials (CONSORT) checklist.[7] The diversity of study type included prevented implementation of a single critical appraisal tool. Reviewers considered observational and nonhuman subjects studies using 11 domains common across frequently used critical appraisal tools.[8]

## RESULTS

### Publication Identification

Our search of 5 databases and gray literature yielded 136 nonduplicate original publications (Figure 1). Ten of the publications required title or available abstract translation from non-English languages; all were irrelevant to our study question and were excluded. Thirty-six articles were identified for full-text evaluation, and 27 were excluded (Supplemental Table 2, https://www.AnnFamMed.org/content/19/1/55/suppl/DC1/). Nine studies were included for analysis after screening and selection. Four nonrandomized trials, 3 laboratory efficacy studies, 1 single-case experiment, and 1 RCT were included.[9-17] We excluded several studies that investigated cloth mask protection against air pollution or industrial debris. Although those studies might provide insight regarding physical characteristics of cloth materials, we chose to include only studies that explicitly considered mask use to prevent disease or measured particles of biologic significance such as bacteria, viruses, or particles intended to be of similar size to respiratory droplets or aerosols.

Overall quality assessment and appraisal details of the observational and nonhuman subject studies are summarized in Table 1. The 11 domains[8] for which each study was considered were not equally weighted for determination of overall study quality. The low-quality studies[15,16] had small trial numbers, did not report statistical significance, failed to address potential sources of bias, and did not report funding sources. The moderate-quality studies[13,14] had higher-quality methods but did not fully discuss limitations. The most-commonly neglected criterion among the high-quality studies[9-12] was lack of a no-mask control for comparison with cloth masks. We considered these appraisal findings when reporting results and drawing conclusions from each publication.

The 9 studies that met inclusion for analysis were then appraised (Table 2).[9-17] The RCT by MacIntyre et al[17] closely followed CONSORT guidelines but notably did not include a control group without masks, owing to the clinical setting. In addition, the authors disclosed a former relationship with 3M, which produces commercial masks. Although they reported that 3M was not involved in their RCT, it remains a source of potential bias.

### Filtration

Seven publications addressed the filtration efficacy of commercial cloth masks or materials used to create homemade masks, such as polyester, cotton, tea towel, and scarves, in a laboratory setting.[9-11,13-15,17] These studies used various experimental techniques



**Figure 1. Study flowchart for selection of articles.**

Identification:
- 39 MEDLINE
- 10 Cochrane Library
- 47 Embase
- 36 CINAHL
- 61 Web of Science

Additional sources identified via other sources:
- 11 CDC.gov
- 2 Reference review

→ 136 Records after duplicates removed

Screening:
136 Records screened → 100 Records excluded on screening[a]

Eligibility:
36 Full-text articles assessed for eligibility → 27 Records excluded:
- 15 Study outcome
- 11 Article type
- 1 Unable to obtain full text

Included:
9 Studies included in qualitative synthesis

CDC = Centers for Disease Control and Prevention; CINAHL = Cumulative Index to Nursing and Allied Health Literature.

[a] Ten studies were non-English and did not answer identified outcome measures.

to investigate filtration of aerosolized virus,[9,14] aerosolized particles,[11,17] or bacteria.[9,10,13,15] Of the studies that evaluated pathogen penetration, 4 detected viable pathogens via colony formation,[9,10,13,15] and 1 detected postfiltration virus via polymerase chain reaction (PCR).[14] Regardless of the filtered substance or detection method, all concluded that cloth materials prevent some level of penetration but generally had lesser filtration efficiency and greater variability than medical masks. These findings suggest some, though highly variable, filtration by cloth mask materials.

Two of the identified studies investigated the effect of multiple layers of material on viral filtration.[9,14] Both reported that use of multiple layers increased the viral filtration efficacy of cloth mask material. Ma et al also specifically selected experimental material for physical similarity to SARS-CoV-2.[14] That study concluded that 1 layer of polyester combined with 4 layers of paper towel was similarly efficacious to a medical mask.[14] Both types of mask, polyester alone and combined with paper

**Table 1. Observational and Nonhuman Subjects Study Appraisal Results**

| Publication | Study Type | Overall Study Assessment[a] | Appropriate Study Design | Prospective Calculation of Study Size | Blinding of Patients and Personnel | Patient Selection/ Inclusion Criteria |
|---|---|---|---|---|---|---|
| Davies et al[9] | Nonrandomized trial | High | Yes | No | No | Yes |
| Liu et al[10] | Nonrandomized trial | High | Yes | No | No | No |
| Rengasamy et al[11] | Laboratory efficacy study | High | Yes | No | No | ... |
| van der Sande et al[12] | Nonrandomized trial | High | Yes | No | No | No |
| Furuhashi[13] | Laboratory efficacy study | Moderate | Yes | No | No | ... |
| Ma et al[14] | Laboratory efficacy study | Moderate | Yes | No | No | ... |
| Quesnel[15] | Single-case experiment | Low | Yes | No | No | No |
| Sellers et al[16] | Nonrandomized trial | Low | Yes | No | No | Yes |

[a] Determined by review of 11 appraisal domains in context of study strengths and weaknesses.

towel, blocked ~95% of viral particles similar in size to SARS-CoV-2, as detected by PCR. However, the authors of the study considered this insufficient protection for health care clinicians and suggested use of N95 respirators.[14]

## Fit and Airflow

Four studies investigated fit, particle leakage, or airflow of cloth masks in human volunteers.[9,10,12,16] One study used a commercial fit-testing system for cloth masks that were constructed and worn by volunteers,[9] and

**Table 2. Summary of Included Studies**

| Publication | Study Type | Characteristics Population | Pathogen/Particle | Efficacy[a] Filtration | Fit | Airflow | Effectiveness[b] Infection |
|---|---|---|---|---|---|---|---|
| MacIntyre et al[17] | Randomized trial | Health care clinicians in high-risk wards in Vietnam (N = 1,607) | Viral respiratory infection,[c] aerosolized particles | Cloth < medical | ... | ... | Cloth < medical (↑ infection in cloth) |
| Davies et al[9] | Nonrandomized trial | Volunteers, general population (N = 21) | Aerosolized virus,[d] aerosolized bacteria[d] | Cloth < medical | Cloth < medical | Cloth < medical | ... |
| Liu et al[10] | Nonrandomized trial | Surgeons (N = 50) | Bacteria[d] | Cloth < medical | ... | Cloth < medical | ... |
| Sellers et al[16] | Nonrandomized trial | Human subjects exposed to hand-and-foot virus (N = 8) | Picornavirus[e] | ... | ... | ... | Cloth = medical (↑ infection in both) |
| van der Sande et al[12] | Nonrandomized trial | Volunteers, general population (N = 39) | Particles (0.02-1 μm) | ... | Cloth < medical | ... | ... |
| Furuhashi[13] | Laboratory efficacy study | ... | Bacteria[d] | Cloth < medical | ... | Cloth < medical | ... |
| Ma et al[14] | Laboratory efficacy study | ... | Aerosolized virus[f] | Cloth = medical | ... | ... | ... |
| Rengasamy et al[11] | Laboratory efficacy study | ... | Aerosolized particles (20-1,000 nm) | Cloth < N95 | ... | ... | ... |
| Quesnel[15] | Single-case experiment | Single human test subject, general population | Bacteria[d] | Cloth = medical | ... | ... | ... |

hMPV = human metapneumovirus; PCR = polymerase chain reaction.

Note: < indicates less effective or efficacious; = indicates no difference in effectiveness or efficacy; ↑ indicates increased incidence.

[a] Efficacy refers to the performance of mask materials in a laboratory setting.
[b] Effectiveness refers to the performance of masks when used by human subjects in clinical environments.
[c] Influenza-like illness and/or pharyngeal swab PCR-confirmed infection (rhinovirus, hMPV, influenza, etc).
[d] Viable pathogen detected via postfiltration colony formation.
[e] Viral colony formation from nasal swab.
[f] Virus detected via postfiltration PCR.

| Subject Comparability | Appropriate Endpoints | Assessment of Outcomes/ Exposure | Follow-Up/ Handling of Missing Data | Reporting | Confounding | Appropriate Statistical Analysis |
|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| ... | Yes | Yes | ... | Yes | Yes | Yes |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| ... | Yes | Yes | ... | Yes | Yes | Yes |
| ... | Yes | Yes | ... | Yes | Yes | Yes |
| Yes | Yes | Yes | Yes | Yes | Yes | No |
| No | Yes | Yes | No | No | No | Yes |

another quantified fit by measuring inward particle leakage by homemade tea towel masks compared to medical masks.[12] These investigations concluded that cloth masks provide a measurable barrier but have worse fit and a greater level of particle leakage compared to medical masks.[9,12]

Limited airflow through cloth materials can contribute to breathing difficulties and particle leakage. Thus, airflow is an important consideration in cloth mask design. Airflow was assessed in 2 studies with human subjects.[9,10] The materials with the greatest filtration efficacy (vacuum bag and tea towel) were countered by very low airflow, which made breathing difficult and limits use of these materials.[9,10]

**Infection Risk**

Two studies evaluated cloth mask effectiveness outside of laboratory conditions.[16,17] The only RCT published to date reported the differences in infectious outcomes with standardized use of cloth masks, medical masks, and usual practice and called into question their effectiveness in clinical environments.[17] Usual practice in that study included variable cloth mask use. Participants in that study arm were permitted to choose the type and duration of mask use throughout the study; therefore, there was no true unmasked control arm. Both intention-to-treat and post hoc analyses adjusting for compliance and confounders found greater rates of influenza-like illness (ILI) in the cloth mask arm compared to the medical mask arm. Of note, the relative risk of ILI was 13.25, and the 95% CI ranged broadly, from 1.74 to 100.97. Comparing participants from all arms who exclusively wore medical masks to those who only wore cloth masks, the incidences of ILI and laboratory-confirmed virus were significantly greater among health care clinicians who used cloth masks. The RCT's authors could not definitively determine whether these results reflected superior protection from medical masks or a harmful effect of cloth masks. Considering their prior findings of negligible effect of medical masks against viral infection compared to N95 respirators,[18,19] and that the medical mask used had particularly poor filtration, they concluded that the increased incidence of ILI in cloth mask users might be due to a detrimental effect of cloth masks.

Sellers et al evaluated cloth mask effectiveness against the transmission of foot-and-mouth virus.[16] That study compared viral transmission of foot-and-mouth virus in exposed subjects wearing industrial gauze and cotton masks, cloth surgical masks, or paper masks. They concluded that the industrial and cloth masks minimally decreased total virus inhalation, and paper masks had no effect.

## DISCUSSION

The current COVID-19 pandemic has at times caused a shortage of PPE worldwide. Communities across the United States have mobilized efforts to provide health care clinicians with homemade cloth masks[20] as a reusable and accessible last-resort face covering. Primary care clinicians must decide how to protect themselves and their colleagues when adequate numbers of medical masks are not available. Several reports published during this pandemic addressed the effectiveness of cloth mask use in the community to prevent viral spread[21-25]; however, the use of cloth masks for protection of health care clinicians has not been thoroughly explored. This rapid review identified the relevant literature and brings together the disparate variables

of filtration, fit and airflow, and clinical effectiveness to evaluate the potential for cloth masks to protect health care clinicians.

## Filtration

Our qualitative synthesis suggested that cloth materials provide a measurable level of particle filtration. On this basis alone, cloth masks are superior to complete lack of face protection. However, this cannot serve as reassurance of sufficient protection for health care clinicians. The level of filtration provided is highly variable and consistently inferior to standard medical masks.[9-11,13-15] Studies included in this review that considered protection for the wearer suggested that the filtration capabilities of cloth masks would not adequately protect health care clinicians against viral infection.[12,14,17] For clinicians treating patients with COVID-19, it is notable that none of the studies in this review specifically tested SARS-CoV-2 transmission, and only 1 study selected experimental bioaerosols for physical similarity to SARS-CoV-2.[14] In addition, conclusions regarding filtration were based on investigations of aerosolized particles including noncoronaviruses,[9,11,14,16] bacteria,[8,13,17] and simulated biologic particles.[12,15] According to the World Health Organization, contact and respiratory droplets are the primary method of SARS-CoV-2 spread,[26] and aerosols are thought to play a smaller role.[22] The majority of efficacy studies examined here investigate filtration of aerosolized particles or virus rather than droplet or contact protections. Thus, we must interpret these results with caution in the context of COVID-19.

## Fit and Airflow

When considering a cloth mask as opposed to medical masks or a bandana or scarf, fit and airflow are essential elements to consider. These are also elements that distinguish medical masks from N95 respirators. Poor fit decreases protection because particles can pass through gaps between the wearer's face and the mask, while poor airflow causes breathing difficulty, causing compliance issues.[9,14] No current studies compared variable designs of cloth masks for fit or airflow, but multiple studies showed inferior fit of cloth masks compared to medical masks. Two studies found that the studied designs and materials of cloth masks limit both proper fit and airflow, leading to decreased protection and breathing difficulties.[8,14] This poses a significant challenge to cloth mask use and presents an opportunity for future research and development.

## Clinical Effectiveness

Although multiple studies indicated that cloth masks might be somewhat efficacious, the single clinical investigation suggests that they provide inferior protection in clinical settings and might even increase risk to health care clinicians. Whereas that work suggested that clinicians should exercise caution when choosing to use cloth masks, there are no similar real-world studies to support or refute this conclusion and no investigations as to why cloth masks might have increased risk of viral infection. Although they considered poor filtration, moisture retention, ineffective cleaning, and reuse of cloth masks as possible contributors, the authors did not detail how health care clinicians used their 5 provided cloth masks over their 8-hour shifts. This prevents conclusions regarding length of use and moisture retention. The authors noted that 80% of cloth mask wearers washed their masks at home with soap and water rather than in hospital-grade laundry.[17] In addition, the RCT isolated *human metapneumovirus*, rhinoviruses, and influenza B virus, which differ in transmission and pathogenic properties from SARS-CoV-2.[21]

## Strengths and Limitations

To our knowledge, this is the only contemporary rapid review of cloth face masks specifically for health care clinician protection. Strengths of this rapid review include a comprehensive search of high-yield databases, in consultation with a health sciences librarian. Owing to the limited number of eligible articles, studies of all grade scores were included. This review excluded studies considering environmental contaminants such as diesel particles. The body of literature on environmental contaminants might provide additional insight regarding the protective qualities of cloth masks that were not addressed by this review. Other considerations, including virus viability on masks or mask materials and behavior change associated with mask use, lack definitive understanding.[27] Given the lack of quantity and quality of literature available, this review cannot remark definitively on protection for health care clinicians from COVID-19 by cloth masks.

## Recommendations

Current CDC guidelines recommend use of an N95 respirator for care of patients with COVID-19 because medical masks cannot provide the same level of protection against aerosolized particles.[28] Whereas there is some evidence for SARS-CoV-2 aerosol transmission,[22,26] protective measures against droplet transmission should also be considered. For a primary care clinician without access to medical masks, our qualitative synthesis of the literature suggests that it is better to wear a cloth mask than no mask but not without careful consideration of harm reduction. The psychologic theory of risk compensation refers to the concept that

humans might behave less conservatively when they believe their risk to be decreased.[27] This is essential to consider when creating policies regarding the use of cloth masks and messaging to health care clinicians regarding their risks when wearing cloth masks.

We emphasize the CDC's recommendation of pairing cloth masks with a plastic face shield.[5] Considering the findings of MacIntyre et al,[17] it is important to address the potential for increased risk of viral infection to the wearer. We recommend frequent cloth mask changes to reduce the risk of moisture retention and washing according to hospital laundry standards to decrease the risk of ineffective cleaning. The rapidly evolving nature of research and literature regarding protective face coverings during the COVID-19 pandemic presents a challenge for those trying to stay up to date. The CDC has published a running list of studies on masks that might provide additional guidance for health care clinicians considering cloth masks.[29]

## CONCLUSIONS

Review of the current literature suggests that cloth materials are somewhat effective in filtering particles and aerosols, but cloth masks provide inferior protection, with poorer fit and airflow, compared to medical masks. Some data also suggest a potential harm to health care clinicians using cloth masks for extended periods in the clinical setting. Cloth masks should not be considered equivalent to medical masks, and if clinicians choose to use them, level of fit, type of material, and number of layers should be considered. Overall, we conclude that cloth masks lack evidence for adequate protection of health care clinicians against viral respiratory infections, and health care clinicians should use caution when deciding whether to use cloth masks for extended clinical work.

Additional research is needed to provide a complete understanding of cloth mask effectiveness in health care environments. Future work should include systematic comparison of different cloth mask designs and cloth types against standard surgical masks and N95 respirators in a controlled laboratory setting to optimize fit and material properties. Additional RCTs are required to assess the realities of cloth mask use by health care clinicians.

To read or post commentaries in response to this article, see it online at https://www.AnnFamMed.org/content/19/1/55.

Key words: COVID-19; personal protective equipment; PPE; pandemic

Submitted April 17, 2020; submitted, revised, July 20, 2020; accepted August 3, 2020.

Acknowledgments: We thank Kristen DeSanto, MSLS, MS, RD, AHIP, for support in designing search strategy and defining search terms, and Austin Jolly, BA, for editing support.

Supplemental materials: Available at https://www.AnnFamMed.org/content/19/1/55/suppl/DC1/.

## References

1. World Health Organization. Coronavirus disease (COVID-19) pandemic. Published 2020. Updated Dec 12, 2020. Accessed Dec 12, 2020. https://www.who.int/emergencies/diseases/novel-coronavirus-2019

2. Ranney ML, Griffeth V, Jha AK. Critical supply shortages - the need for ventilators and personal protective equipment during the Covid-19 pandemic. N Engl J Med. 2020;382(18):e41.

3. Quick COVID-19 primary care survey: series 5, fielded April 10-13, 2020. Primary Care Collaborative and the Larry A. Green Center. Accessed Dec 9, 2020. https://static1.squarespace.com/static/5d7f f8184cf0e01e4566cb02/t/5e99a8c2d06cf505d38ac3cc/15871285 15653/C19+Series+5+National+Executive+Summary.pdf

4. Primary Care Collaborative and the Larry A. Green Center. COVID-19 survey. Accessed Dec 11, 2020. https://www.pcpcc.org/covid

5. Centers for Disease Control and Prevention. Strategies for optimizing the supply of facemasks. Published 2020. Updated Nov 23, 2020. Accessed Dec 11, 2020. https://www.cdc.gov/coronavirus/2019-ncov/hcp/ppe-strategy/face-masks.html

6. Garritty C, Gartlehner G, Kamel C, et al. Cochrane Rapid Reviews. Interim guidance from the Cochrane Rapid Reviews Methods Group. Published Mar, 2020. Accessed Dec 9, 2020. https://methods.cochrane.org/rapidreviews/sites/methods.cochrane.org.rapidreviews/files/public/uploads/cochrane_rr_-_guidance-23mar2020-final.pdf

7. Moher D, Hopewell S, Schulz KF, et al. CONSORT 2010 explanation and elaboration: updated guidelines for reporting parallel group randomised trials. BMJ. 2010;340:c869.

8. Quigley JM, Thompson JC, Halfpenny NJ, Scott DA. Critical appraisal of nonrandomized studies-a review of recommended and commonly used tools. J Eval Clin Pract. 2019;25(1):44-52.

9. Davies A, Thompson KA, Giri K, Kafatos G, Walker J, Bennett A. Testing the efficacy of homemade masks: would they protect in an influenza pandemic? Disaster Med Public Health Prep. 2013;7(4):413-418.

10. Liu Z, Yu D, Ge Y, et al. Understanding the factors involved in determining the bioburdens of surgical masks. Ann Transl Med. 2019;7(23):754.

11. Rengasamy S, Eimer B, Shaffer RE. Simple respiratory protection--evaluation of the filtration performance of cloth masks and common fabric materials against 20-1000 nm size particles. Ann Occup Hyg. 2010;54(7):789-798.

12. van der Sande M, Teunis P, Sabel R. Professional and home-made face masks reduce exposure to respiratory infections among the general population. PLoS One. 2008;3(7):e2618.

13. Furuhashi M. A study on the microbial filtration efficiency of surgical face masks--with special reference to the non-woven fabric mask. Bull Tokyo Med Dent Univ. 1978;25(1):7-15.

14. Ma QX, Shan H, Zhang HL, Li GM, Yang RM, Chen JM. Potential utilities of mask-wearing and instant hand hygiene for fighting SARS-CoV-2. J Med Virol. 2020;92(9):1567-1571.

15. Quesnel LB. The efficiency of surgical masks of varying design and composition. Br J Surg. 1975;62(12):936-940.

16. Sellers RF, Donaldson AI, Herniman KA. Inhalation, persistence and dispersal of foot-and-mouth disease virus by man. J Hyg (Lond). 1970;68(4):565-573.

17. MacIntyre CR, Seale H, Dung TC, et al. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. BMJ Open. 2015;5(4):e006577.

18. MacIntyre CR, Wang Q, Seale H, et al. A randomized clinical trial of three options for N95 respirators and medical masks in health workers. Am J Respir Crit Care Med. 2013;187(9):960-966.

19. MacIntyre CR, Wang Q, Cauchemez S, et al. A cluster randomized clinical trial comparing fit-tested and non-fit-tested N95 respirators to medical masks to prevent respiratory virus infection in health care workers. *Influenza Other Respir Viruses*. 2011;5(3):170-179.

20. American Hospital Association. 100 million mask challenge. Accessed Apr 8, 2020. https://www.100millionmasks.org/

21. Bae S, Kim M-C, Kim JY, et al. Effectiveness of surgical and cotton masks in blocking SARS-CoV-2: a controlled comparison in 4 patients. *Ann Intern Med*. 2020;173(1):W22-W23. [Retracted in: *Ann Intern Med*. 2020;173(1):79]

22. Leung NHL, Chu DKW, Shiu EYC, et al. Respiratory virus shedding in exhaled breath and efficacy of face masks. *Nat Med*. 2020;26(5): 676-680. [Author correction in: *Nat Med*. 2020;26(6):981]

23. Besser R, Fischoff B. Rapid expert consultation on the effectiveness of fabric masks for the COVID-19 pandemic. In: *Rapid Expert Consultations on the COVID-19 Pandemic: March 14, 2020-April 8, 2020*. National Academies of Sciences, Engineering, and Medicine; 2020.

24. Eikenberry SE, Mancuso M, Iboi E, et al. To mask or not to mask: modeling the potential for face mask use by the general public to curtail the COVID-19 pandemic. *Infect Dis Model*. 2020;5:293-308.

25. Chu DK, Akl EA, Duda S, Solo K, Yaacoub S, Schünemann HJ; COVID-19 Systematic Urgent Review Group Effort (SURGE) study authors. Physical distancing, face masks, and eye protection to pre-

26. vent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis. *Lancet*. 2020;395(10242): 1973-1987.

26. World Health Organization. Transmission of SARS-CoV-2: implications for infection prevention precautions. Published Jul 9, 2020. Accessed Dec 14, 2020. https://www.who.int/news-room/commentaries/detail/transmission-of-sars-cov-2-implications-for-infection-prevention-precautions

27. Braun CC, Foust JW. Behavioral response to the presence of personal protective equipment: implications for risk compensation. *Proceedings of the Human Factors and Ergonomics Society Annual Meeting*. 1998;42(15):1058-1062.

28. Centers for Disease Control and Prevention. Using personal protective equipment (PPE). Updated Aug 19, 2020. Accessed Dec 9, 2020. https://www.cdc.gov/coronavirus/2019-ncov/hcp/using-ppe.html

29. Centers for Disease Control and Prevention. Considerations for wearing masks. Published 2020. Updated Dec 7, 2020. Accessed Dec 11, 2020. https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover-guidance.html

Plaintiff's Exhibit 89

aier.org

# The CDC's Mask Mandate Study: Debunked

*Paul Alexander*

15-19 minutes

1. AIER

\>\>

2. Daily Economy



The US Centers for Disease Control and Prevention (CDC) recently published a February 2021 MMWR report entitled "Decline in COVID-19 Hospitalization Growth Rates Associated with Statewide Mask Mandates — 10 States, March–October 2020." This report focused on 10 sites that had been included in the Covid-19 Associated Hospitalization Surveillance Network.

This CDC report described a decrease in hospitalization rates of growth of up to 5.6% in adults (18-65 years old) and attributed this to the use of masking and/or the introduction of mask mandates in the various sites. These rates were compared to those obtained from a 4-week period of time prior to the introduction of mask mandates. In so doing, and by way of regression analysis, the reduced rates of hospitalization were attributed to the introduction of statewide mask mandates.

Firstly, the initial publication by the CDC (February 5/February 12th, 2021) was plagued with important inaccuracies that were then fortunately addressed in an updated *erratum* (February 26th 2021). We applaud the CDC for taking the steps required to correct these errors. Reporting done by the CDC, which is generally considered as the premier public health agency in the US, must be of the highest

quality, particularly since advice rendered by the CDC is also relied upon worldwide.

*En face*, CDC's conclusion on mandates might appear to make sense unless one is familiar with the scientific data pertaining to the ineffectiveness of masking for prevention of the spread of Covid-19 (e.g. references 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15) in which case the findings in fact contradict most of what is now known. The CDC's conclusion might have made more sense if the real-world evidence we have about mandates did not actually exist (e.g. references 1, 2, 3, 4).

Does the CDC really think that masks prevent the wearer from getting Covid, or from spreading it to others? The CDC admits that the scientific evidence is mixed, as their most recent report glosses over many unanswered scientific questions. But even if it were clear – or clear enough – as a scientific matter that masks properly used could reduce transmission, it is a leap to conclude that a governmental mandate to wear masks will do more good than harm, even as a strictly biological or epidemiological matter. Mask mandates may not be followed; masks worn as a result of a mandate may not be used properly; some mask practices like double masking can do harm, particularly to children; and even if a mask mandate results in some increased number of masks being worn and worn properly, the mandate and the associated publicity may reduce the public's attention to other more effective safeguards, such as meticulous hygiene practices.

Thus, it is not surprising that the CDC's own recent conclusion on the use of nonpharmaceutical measures such as face masks in pandemic influenza, warned that scientific "evidence from 14 randomized controlled trials of these measures did not support a substantial effect on transmission…" Moreover, in the WHO's 2019 guidance document on nonpharmaceutical public health measures in a pandemic, they reported as to face masks that "there is no evidence that this is effective in reducing transmission…" Similarly, in the fine print to a recent double-blind, double-masking simulation the CDC stated that "The findings of these simulations [supporting mask usage] should neither be generalized to the effectiveness …nor interpreted as being representative of the effectiveness of these masks when worn in real-world settings."

Just look at the data from Jonas F. Ludvigsson that is emerging from Sweden in children 16 years old and under when preschools and schools were kept open and there were no face masks though social distancing was fostered. The result was zero (0) deaths from COVID-19 in 1.95 million Swedish children across the study period. The number of infections was exceedingly low, the number of hospitalizations was exceedingly low, and there were no deaths in children with COVID-19, all this despite not wearing masks due to no schoolwide mask mandate. Is this merely a perfunctory and legally prudent warning by the CDC that "your mileage may vary?" Or is it more like a hot mutual fund telling you that "past performance is no guarantee of future results." What is the CDC really trying to say about face masks and why so much confusion?

We have reservations about the methodology employed and conclusions drawn in the CDC double mask study which we will address in a separate discussion but again their disclaimer as noted above: "The findings of these simulations should neither be generalized to the effectiveness …nor interpreted as being representative of the effectiveness of these masks when worn in real-world settings" seeds thoughts of doubt in relation to the value of this report. Why then, would the CDC even bother to publicize these findings? What is the public health impact? What is the benefit?

Moreover, the CDC even indicated in the double mask study that there are harms e.g. impediments to breathing, due to double masking. Indeed, the harms (e.g. reference 1, 2, 3, 4, 5, 6, 7, 8, 9, 10) are very real when face masks are used yet are often dismissed and not even discussed by the media medical establishment or government bureaucrats.

In relation to this, Dr. Anthony Fauci of the NIAID created appreciable confusion by initially suggesting and encouraging the use of double masks instead of one. Dr. Fauci then reversed his statements on the use of double masks. Dr. Fauci's advisories took on a form of double speak which has an appearance of randomness or worse, capriciousness. This can only distort the desperately needed advice by the public at large; unsound advice can be very damaging on several levels. This random form of advice-giving was not reflective of a single event. For example, while touting vaccines as the only way for society to emerge back to normal from the pandemic, Dr. Fauci is now advising that in fact, even with vaccinations, people should still not attend public gatherings and restaurants, and that such restrictions could be in place until end of 2021. While changes in advice are required when new data emerge, we hold that this was definitely not the case with respect to masking (or vaccination for that matter).

Below are the main scientific shortcomings or analytical ambiguities in the CDC's most recent MMWR report on mask mandates:

1. The CDC's main evidence, a regression study based on selected sites in ten states with masking mandates from March through October 2020, did not include the four-month period from November through February 2021 (which might have controlled for other possibly contributing factors such as sunlight and vitamin D) and did not appear to take into account the possible effects of such factors as school closures or changes in social distancing practices. We point out that during the period of March 22, 2020 to October 12, 2020 this is actually representative of the spring, summer and early fall seasons when outdoor activity increases. Of course, this leads to more exposure to sunlight with the attendant generation of active vitamin D metabolites, while at the same time there are marked reductions in confinement within enclosed spaces which would necessarily reduce the opportunities for transmission of disease. A more stringent approach to the analyses, including the use of *all* available data (i.e. not excluding a full 4-month period of time), might have led conceivably to a conclusion that there was in fact no significant effect of mask mandates on disease or case rates. And in concert with the CDC's disclaimers noted above, the CDC indicated in their own report that the conclusions described in the study in favour of masking were, at best, only moderately reliable.

2. **The CDC analyzed changes in hospitalizations, but did not compare** infection, disease, or death rates between states with and without masking mandates. Available evidence of that nature suggests that the course of the pandemic was not affected by state masking mandates.

3. The CDC used a least squares fit regression analysis (OLS) (using "x" as mask wearing and the dependent/outcome to the "y" variable which is the number of Covid cases) despite the fact that simple regression is not the optimal approach and, we believe, should be replaced with Orthogonal Distance Regression (ODR) which would yield more reliable findings.

4. Based on the reporting, it appears that the CDC's regression analysis was based on data from limited sites within a state, and not the entire state.

5. The CDC report failed to address/discuss recent potent research data based on high-quality case-controlled analyses, as well as a high-quality Danish randomized controlled trial study published in the *Annals of Internal Medicine* which found no statistically or clinically significant impact of mask-use in regard to the rate of infection with SARS CoV-2, or a recent *NEJM* publication (prospective cohort CHARM study) where researchers studied SARS-CoV-2 transmission among Marine recruits at Parris Island (n=1,848) who volunteered, underwent a 2-week quarantine at home that was followed by a second 2-week quarantine in a closed college campus setting. The predominant finding was that despite the very strict and enforced quarantine, including 2 full weeks of supervised confinement and

then enforced social distancing and masking protocols, the rate of transmission was *not* reduced and in fact seemed to be higher than expected, despite the strong experimental design and the rigor associated with carrying out the study.

6. The CDC report does not address and contextualize substantial "real world" experience showing that adding mandates where there is already substantial mask wearing has little effect, and that mask mandates that were followed can be correlated with increased case counts (e.g. references 1, 2, 3, 4). This obviously may not be cause and effect, but the same criticism can be levied against correlations or regressions going in the opposite direction.

Based on our assessment of this CDC mask mandate report, we find ourselves troubled by the study methods themselves and by extension, the conclusions drawn. The real-world evidence exists and indicates that in various countries and US states, when mask mandates were followed consistently, there was an inexorable increase in case counts. We have seen that in states and countries that already have a high frequency of mask wearing that adding mandates had little effect. There was no (zero) benefit of adding a mask mandate in Austria, Germany, France, Spain, UK, Belgium, Ireland, Portugal, and Italy, and states like California, Hawaii, and Texas. Importantly, we do not ascribe a cause-effect relationship between the implementation of mask mandates and the rise in case rates, but we also demand the same approach when it comes to claiming some sort of causal relationship between the introduction of mask mandates and likely claims by the CDC that their findings could support their implementation countrywide.

We think that inclusion of such evidence on the failures of masks mandates globally and states within the US would have made for more balanced, comprehensive, and fully-informed reporting. Specifically, when we consider the evidence on mask mandates, "in states with a mandate in effect, there were 9,605,256 confirmed Covid-19 cases, which works out to an average of 27 cases per 100,000 people per day. When states didn't have a statewide order—including states that never even had mandates, coupled with the period of time states with mandates still didn't have a mandate in place—there were 5,781,716 cases, averaging 17 cases per 100,000 people per day. In other words, protective-mask mandates have a poor track record insofar as fighting this pandemic. States with mandates in place produced an average of 10 more reported infections per 100,000 people per day than states without mandates." The blind acceptance of the current unsupported dogma has become so entrenched that if cases do go up, the experts wedded to the universal use of masks then claim that this is good news and infer that the masking mandate *prevented even more cases* from occurring. This is a fine example of tautology and defies reason. We are very troubled by this type of scientific reporting and inference, for it is based on assumptions, supposition, and speculation.

Masks for the general population as they are currently used (surgical masks and the cloth masks), are ineffective (particularly when used without other mitigation) and the body of evidence (see AIER) is clear. A recent op-ed in the *Washington Post* spoke to mask wearing by everyone during the 1918 flu pandemic, with the conclusion that masks were useless. We embrace fully the contention by Klompas in the *NEJM* that "what is clear, however, is that universal masking alone is not a panacea. A mask will not protect providers caring for a patient with active Covid-19 if it's not accompanied by meticulous hand hygiene, eye protection, gloves, and a gown. A mask alone will not prevent health care workers with early Covid-19 from contaminating their hands and spreading the virus to patients and colleagues. **Focusing on universal masking alone could, paradoxically, lead to more transmission of Covid-19 if it diverts attention from implementing more fundamental infection-control measures."** We are particularly alarmed by the harms of masking and the failure by top US agencies and leadership (as well as the media and 'media' medical experts) to discuss or highlight

harms in any discourse on masking.

We end by imploring the CDC to take our critique in the spirit in which it was generated. We welcome continued, rigorous scientific examination of these important societal lockdowns, school closures, and masking and broader mask mandate issues by CDC and others. We are entirely willing to consider any evidence that contradicts what we have seen which suggests that societal lockdowns and school closures are not effective, and as presented here, suggests that mask mandates are ineffective. Most importantly, to maintain the validity of scientific research as a tool, and the public's confidence in such research, reports on the results of such research should more comprehensively address the weakness or ambiguities that exist, as well as the conclusions the reporting agency supports.

Trusting the science means relying on the scientific process and method and not merely 'following the leader.' It is not the same as trusting, without verification, the conclusory statements of human beings simply because they have scientific training or credentials. This is especially so if their views and inquiry have become politicized. Dr. Martin Kulldorff of Harvard's Medical School has recently commented on the present Covid-19 scientific and research environment by stating, "After 300 years, the Age of Enlightenment has ended."

Sadly, we must agree, that it's not just that the age of enlightenment has come to an end, but indeed, that the science itself has been politicized and severely corrupted.

**Contributing Authors**

- **Paul E Alexander MSc PhD**, McMaster University and GUIDE Research Methods Group, Hamilton, Ontario, Canada elias98_99@yahoo.com

- **Howard C. Tenenbaum DDS, Dip. Perio., PhD**, FRCD(C) Centre for Advanced Dental Research and Care, Mount Sinai Hospital, and Faculties of Medicine and Dentistry, University of Toronto, Toronto, ON, Canada

- **Ramin Oskoui, MD**, CEO, Foxhall Cardiology, PC, Washington, DC  oskouimd@gmail.com

- **Dr. Parvez Dara, MD, MBA,** daraparvez@gmail.com

Paul E. Alexander

Paul E. Alexander received his bachelor's degree in epidemiology from McMaster University in Hamilton, Ontario, a master's degree from Oxford University, and a PhD from McMaster University's Department of Health Research Methods, Evidence, and Impact.

Get notified of new articles from Paul E. Alexander and AIER.

Articles

Plaintiff's Exhibit 90

# Transmission of COVID-19 in 282 clusters in Catalonia, Spain: a cohort study

  

Michael Marks, Pere Millat-Martinez, Dan Ouchi, Chrissy h Roberts, Andrea Alemany, Marc Corbacho-Monné, Maria Ubals, Aurelio Tobias,
Cristian Tebé, Ester Ballana, Quique Bassat, Bàrbara Baro, Martí Vall-Mayans, Camila G-Beiras, Nuria Prat, Jordi Ara, Bonaventura Clotet, Oriol Mitjà

## Summary

**Background** Scarce data are available on what variables affect the risk of transmission of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), the development of symptomatic COVID-19, and, particularly, the relationship with viral load. We aimed to analyse data from linked index cases of COVID-19 and their contacts to explore factors associated with transmission of SARS-CoV-2.

**Methods** In this cohort study, patients were recruited as part of a randomised controlled trial done between March 17 and April 28, 2020, that aimed to assess if hydroxychloroquine reduced transmission of SARS-CoV-2. Patients with COVID-19 and their contacts were identified by use of the electronic registry of the Epidemiological Surveillance Emergency Service of Catalonia (Spain). Patients with COVID-19 included in our analysis were aged 18 years or older, not hospitalised, had quantitative PCR results available at baseline, had mild symptom onset within 5 days before enrolment, and had no reported symptoms of SARS-CoV-2 infections in their accommodation or workplace within the 14 days before enrolment. Contacts included were adults with a recent history of exposure and absence of COVID-19-like symptoms within the 7 days preceding enrolment. Viral load of contacts, measured by quantitative PCR from a nasopharyngeal swab, was assessed at enrolment, at day 14, and whenever the participant reported COVID-19-like symptoms. We assessed risk of transmission and developing symptomatic disease and incubation dynamics using regression analysis. We assessed the relationship of viral load and characteristics of cases (age, sex, number of days from reported symptom onset, and presence or absence of fever, cough, dyspnoea, rhinitis, and anosmia) and associations between risk of transmission and characteristics of the index case and contacts.

**Findings** We identified 314 patients with COVID-19, with 282 (90%) having at least one contact (753 contacts in total), resulting in 282 clusters. 90 (32%) of 282 clusters had at least one transmission event. The secondary attack rate was 17% (125 of 753 contacts), with a variation from 12% when the index case had a viral load lower than $1 \times 10^6$ copies per mL to 24% when the index case had a viral load of $1 \times 10^{10}$ copies per mL or higher (adjusted odds ratio per $\log_{10}$ increase in viral load $1 \cdot 3$, 95% CI $1 \cdot 1 – 1 \cdot 5$). Increased risk of transmission was also associated with household contact ($3 \cdot 0$, $1 \cdot 59 – 5 \cdot 65$) and age of the contact (per year: $1 \cdot 02$, $1 \cdot 01 – 1 \cdot 04$). 449 contacts had a positive PCR result at baseline. 28 (6%) of 449 contacts had symptoms at the first visit. Of 421 contacts who were asymptomatic at the first visit, 181 (43%) developed symptomatic COVID-19, with a variation from approximately 38% in contacts with an initial viral load lower than $1 \times 10^7$ copies per mL to greater than 66% for those with an initial viral load of $1 \times 10^{10}$ copies per mL or higher (hazard ratio per $\log_{10}$ increase in viral load $1 \cdot 12$, 95% CI $1 \cdot 05 – 1 \cdot 20$; p=0·0006). Time to onset of symptomatic disease decreased from a median of 7 days (IQR 5–10) for individuals with an initial viral load lower than $1 \times 10^7$ copies per mL to 6 days (4–8) for those with an initial viral load between $1 \times 10^7$ and $1 \times 10^9$ copies per mL, and 5 days (3–8) for those with an initial viral load higher than $1 \times 10^9$ copies per mL.

**Interpretation** In our study, the viral load of index cases was a leading driver of SARS-CoV-2 transmission. The risk of symptomatic COVID-19 was strongly associated with the viral load of contacts at baseline and shortened the incubation time of COVID-19 in a dose-dependent manner.

**Funding** YoMeCorono, Generalitat de Catalunya.

**Copyright** © 2021 Elsevier Ltd. All rights reserved.

## Introduction

According to current evidence, COVID-19 is primarily transmitted from person to person through respiratory droplets, as well as indirect contact through transfer of the virus from contaminated fomites to the mouth, nose, or eyes.[1,2] As with most respiratory viral infections, some transmission through smaller aerosols is likely to occur, but their relative contribution compared with droplets remains unclear. Several outbreak investigation reports have shown that COVID-19 transmission can be particularly effective in confined indoor spaces such as workplaces, including factories, churches, restaurants, shopping centres, and health-care settings.[3–6] In Spain and many other countries, health-care workers have had a high rate of COVID-19 infection.[7]

*Lancet Infect 2021;*
*21: 629–36*

Published **Online**
February 2, 2021
https://doi.org/10.1016/
S1473-3099(20)30985-3

See **Comment** page 580

For the Catalan translation of the
abstract see **Online** for appendix 1

Clinical Research Department,
Faculty of Infectious & Tropical
Diseases, London School of
Hygiene & Tropical Medicine,
London, UK (M Marks PhD,
C h Roberts PhD); **Hospital for
Tropical Diseases, University
College London Hospital,
London, UK** (M Marks);
**Barcelona Institute for Global
Health, Hospital Clínic,
University of Barcelona,
Barcelona, Spain**
(P Millat-Martinez MD,
Prof Q Bassat PhD, B Baro PhD);
**IrsiCaixa AIDS Research
Institute, Badalona, Spain**
(D Ouchi MSc, E Ballana PhD,
B Clotet PhD); **Fight AIDS and
Infectious Diseases
Foundation, Badalona, Spain**
(A Alemany BM,
M Corbacho-Monné BM,
M Vall-Mayans PhD,
C G-Beiras PhD, B Clotet,
O Mitjà PhD); **Parc Taulí
Hospital Universitari, Institut
d'Investigació i Innovació Parc
Taulí I3PT, Sabadell, Spain**
(M Corbacho-Monné); **Catalan
Institution for Research and
Advanced Studies, Barcelona,
Spain** (Prof Q Bassat); **Infectious
Disease Department, Hospital
Universitari Germans Trias i
Pujol, Badalona, Spain**
(M Ubals MD, E Ballana,
M Vall-Mayans, N Prat MSc,
J Ara PhD, B Clotet, O Mitjà);
**Institute of Environmental
Assessment and Water
Research, Spanish Council for
Scientific Research, Barcelona,
Spain** (A Tobias PhD);
**Biostatistics Unit, Institut
d'Investigació Biomèdica de
Bellvitge, L'Hospitalet de
Llobregat, Barcelona,
Spain** (C Tebé PhD);
**Department of Clinical**

629

**Articles**

Sciences, Faculty of Medicine and Health Sciences, University of Barcelona, Barcelona, Spain (C Tebé, O Mitjà); Càtedra de Malalties Infeccioses i Immunitat, Universitat de Vic, Universtiat Central de Catalunya, Vic, Spain (B Clotet, O Mitjà); Lihir Medical Centre, International SOS, Lihir Island, Papua New Guinea (O Mitjà)

Correspondence to:
Dr Michael Marks, Clinical Research Department, London School of Hygiene & Tropical Medicine, London WC1E 7HT, UK
michael.marks@lshtm.ac.uk

**Research in context**

**Evidence before this study**
On Sept 20, 2020, we searched PubMed for articles reporting on factors influencing transmission of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) and the risk of developing symptomatic COVID-19. Search terms included "COVID-19", "SARS-CoV-2", "transmission", "incubation time", and "risk", with no language restrictions. Various authors had reported on retrospective analyses of clusters of index cases and their corresponding contacts, as well as series of patients who developed symptomatic COVID-19 after a positive PCR result. Besides describing the secondary attack rate, these studies identified risk factors for transmission associated with the place and duration of exposure and not using personal protective equipment. A single study suggested that individuals who were symptomatic might be more likely to transmit than those without symptoms, but we found no clear evidence regarding the influence of viral load of the index case on transmission risk. Similarly, although various retrospective series of patients with positive PCR results had reported incubation times elsewhere, the characteristics of index case and contacts that might influence the risk of developing symptomatic COVID-19 and the time to this event had been barely addressed.

**Added value of this study**
We analysed data from a large cluster-randomised clinical trial on post-exposure therapy for COVID-19 that provided new information on SARS-CoV-2 transmission dynamics. Several

design components add value to this dataset. Notably, quantitative PCR was available for the index cases to estimate risk of transmission. Additionally, quantitative PCR was also done on asymptomatic contacts at the time of enrolment allowing us to investigate the dynamics of symptomatic disease onset among them. We found that the viral load of the index case was the leading determinant of the risk of SARS-CoV-2 PCR positivity among contacts. Among contacts who were SARS-CoV-2 positive at baseline, viral load significantly influenced the risk of developing the symptomatic disease in a dose-dependent manner. This influence also became apparent in the incubation time, which shortened with increasing baseline viral loads.

**Implications of all the available evidence**
Our results provide important insights into the knowledge regarding the risk of SARS-CoV-2 transmission and COVID-19 development. The fact that the transmission risk was primarily driven by the viral load of index cases, more than other factors such as their symptoms or age, suggests that all cases should be considered potential transmitters irrespective of their presentation and encourages the assessment of viral load in patients with a larger number of close contacts. Similarly, our results regarding the risk and expected time to developing symptomatic COVID-19 encourage risk stratification of newly diagnosed SARS-CoV-2 infections on the basis of the initial viral load.

The availability of data regarding the factors that might enhance transmission is essential for designing interventions to control the spread of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2). Available data provide information on the risk of transmission related to the place and duration of exposure and the use of respiratory and eye protection,[1,3–5,8] but not on other factors related to the characteristics of index cases and their contacts. Over the course of infection, the virus has been identified in respiratory tract specimens 1–2 days before the onset of symptoms, and it can persist for prolonged periods, over several weeks after the onset of symptoms in mild cases.[9] However, the detection of viral RNA by PCR does not necessarily equate with infectivity, and the exact relationship between viral load and risk of transmission from a case is still not clear.[10,11] Studies investigating case-contact pairs have reported highly variable secondary attack rates (ie, ranging from 0·7% to 75%), depending on the type of exposure–duration, place, pre-spymptomatic or post-symptomatic.[12–15]

Another challenge for public health interventions is the risk stratification of individuals who are infected for developing symptomatic illness. A living systematic review estimated that the proportion of PCR-positive infected contacts that progress to symptomatic disease is approximately 70–80%.[16,17] Mean or median incubation

period has been consistently estimated to be between 5 to 7 days.[18–20] Although studies have suggested that the viral load of cases might be associated with risk of disease or transmission, no published data so far have directly addressed this question, and little is known about factors that might contribute to variation in the risk of developing COVID-19 symptoms or the incubation periods among individuals who are infected.

The overall aim of this study was to evaluate transmission dynamics of SARS-CoV-2 in the context of a trial of post-exposure prophylaxis. Specifically, the objectives of our study were threefold: to investigate the association between clinical and demographic features of cases and viral load, to evaluate the effect of viral load on SARS-CoV-2 transmission to close contacts, and to determine the influence of viral load in the exposed individuals on development of symptoms and on the incubation period.

## Methods

### Study design
This study was a post-hoc analysis of data collected in the BCN PEP CoV-2 Study (NCT04304053), a cluster-randomised trial that included individuals with PCR-confirmed COVID-19 and their close contacts. The trial occurred between March 17 and April 28, 2020, during the initial wave of the SARS-CoV-2 outbreak, in three of

nine health-care areas in Catalonia (northeast Spain)—*Catalunya Central, Àmbit Metropolità Nord,* and *Barcelona Ciutat*—with a total target population of 4 206 440 people. The study protocol of the BCN PEP CoV-2 Study was approved by the ethics committee of Hospital Germans Trias Pujol (Badalona, Spain). Written informed consent was obtained from all participants. Full details of the original study are reported elsewhere.[21]

COVID-19 cases were identified by use of the electronic registry of the Epidemiological Surveillance Emergency Service of Catalonia of the Department of Health.[22] Following government ordinance, the surveillance service registered all new COVID-19 diagnoses that occurred from March 16, 2020 onwards. The surveillance system included active tracing of all contacts with recent history of exposure, defined as being in contact with a case of SARS-CoV-2 confirmed by PCR within 2 m of distance for more than 15 min.

**Study participants**
All patients with COVID-19 included in our analysis were adults (aged 18 years or older) who were not hospitalised and had quantitative PCR results available at baseline, mild symptom onset within 5 days before enrolment, and no reported symptoms of SARS-CoV-2 infections in their accommodation (ie, household or nursing home) or workplace within the 14 days before enrolment. Contacts selected for the analysis were adults with a recent history of exposure and absence of COVID-19-like symptoms within the 7 days preceding enrolment. Contacts were exposed to the index case as either a health-care worker, a household contact, a nursing home worker, or a nursing home resident.

We selected all eligible individuals within the original trial population for each of the three analyses done in this study. As in the original trial, we found no evidence of an effect of hydroxychloroquine on either transmission or development of symptomatic disease; therefore, we included individuals from both groups of the trial in this study. First, all COVID-19 cases with quantitative PCR data were included in an analysis of the association between clinical and demographic features of cases and viral load. Second, we identified factors associated with transmission using all clusters of an index case (ie, a COVID-19 case with at least one close contact) and their corresponding contacts for which quantitative viral load was available for the index case. Finally, we assessed the risk of developing symptomatic disease and the variation in the incubation period among all contacts with a positive PCR result at baseline, irrespective of available data of their index case.

**Study procedures and data collection**
A dedicated outbreak field team visited cases and contacts at home or nursing home on days 1 (enrolment) and 14. At the first clinical assessment on day 1, the team did a baseline assessment, including a questionnaire

for symptoms of COVID-19, and collected relevant epidemiological information by use of a structured interview: time of first exposure to the index case, place of contact (hospital, home, or nursing care facility), routine use of a mask by the contact when in close proximity to the index case and sleep location concerning the index case (eg, same room or same house). Symptom surveillance consisted of active monitoring by phone on days 3 and 7, a home visit on day 14, and passive monitoring whenever the participants developed symptoms. Participants who developed symptoms were visited the same day they notified the symptom onset (unscheduled visits) by the field team, who recorded the date of symptom onset, type of symptoms from a prespecified checklist, and symptom severity, graded on a scale of 1 to 4.

All participants underwent serial SARS-CoV-2 PCR test and viral load titration from nasopharyngeal swabs on day 1 and day 14 and on any unscheduled visit when the participant notified the onset of COVID-19 symptoms (appendix 2 p 1). The detection of SARS-CoV-2 virus was done by PCR from nasopharyngeal swabs at SYNLAB Diagnostics (Barcelona, Spain) by use of the TaqMan 2019-nCoV assay kit according to the manufacturer's protocol (Thermo Fischer Scientific, Waltham, MA, USA). Viral load was quantified from nasopharyngeal swabs at IrsiCaixa laboratory (Badalona, Spain) by PCR amplification, on the basis of the 2019 novel coronavirus real-time RT-PCR diagnostic panel guidelines and protocol developed by the US Centers for Disease Control and Prevention.[23] For absolute quantification, a standard curve was built using 1/5 serial dilutions of a SARS-CoV-2 plasmid (2019-nCoV_N_Positive Control, $2 \times 10^5$ copies

See Online for appendix 2

| | Value |
|---|---|
| Cluster size | 2 (1–3) |
| **Index cases (n=282)** | |
| Age, years | 42 (13) |
| **Sex** | |
| Men | 80 (28%) |
| Women | 202 (72%) |
| Log viral load | 8 (6–9) |
| **Contacts (n=753)** | |
| Age, years | 42 (15) |
| **Sex** | |
| Men | 305 (41%) |
| Women | 385 (51%) |
| Missing | 63 (8%) |
| Baseline positive PCR of contact case | 93 (12%) |
| **Form of contact** | |
| Health-care worker | 254 (34%) |
| Household | 382 (51%) |
| Nursing home | 21 (3%) |
| Unknown | 96 (13%) |

Data are n (%), mean (SD), or median (IQR).

*Table 1*: Baseline characteristics of linked transmission clusters

| | Log$_{10}$ viral load per mL | Unadjusted β coefficient (95% CI) | p value | Adjusted β coefficient (95% CI) | p value |
|---|---|---|---|---|---|
| Case age | NA | 0·00 (–0·02 to 0·02) | 0·78 | 0·01 (–0·01 to 0·02) | 0·38 |
| **Case sex** | | | | | |
| Men | 8·15 (7·54 to 8·77) | Reference | .. | Reference | .. |
| Women | 8·04 (7·47 to 8·60) | –0·24 (–0·72 to 2·40) | 0·33 | –0·22 (–0·61 to 0·34) | 0·59 |
| Days from symptom onset | NA | –0·17 (–0·26 to 0·08) | 0·0002 | –0·16 (–0·24 to 0·07) | 0·0004 |
| **Symptoms** | | | | | |
| **Cough** | | | | | |
| Absent | 7·82 (7·24 to 8·41) | Reference | .. | Reference | .. |
| Present | 8·37 (7·78 to 8·95) | 0·66 (0·22 to 1·10) | 0·0032 | 0·41 (–0·02 to 0·84) | 0·055 |
| **Dyspnoea** | | | | | |
| Absent | 7·97 (7·50 to 8·43) | Reference | .. | Reference | .. |
| Present | 8·22 (7·45 to 8·99) | 0·27 (–0·40 to 0·94) | 0·42 | 0·28 (–0·35 to 0·92) | 0·38 |
| **Fever** | | | | | |
| Absent | 7·77 (7·16 to 8·38) | Reference | .. | Reference | .. |
| Present | 8·42 (7·86 to 8·98) | 0·80 (0·36 to 1·24) | 0·0004 | 0·43 (0·00 to 0·87) | 0·054 |
| **Anosmia** | | | | | |
| Absent | 8·32 (7·76 to 8·88) | Reference | .. | Reference | .. |
| Present | 7·87 (7·25 to 8·49) | –0·57 (–1·00 to –0·09) | 0·019 | –0·54 (–1·00 to 0·09) | 0·019 |
| **Rhinitis** | | | | | |
| Absent | 7·60 (7·23 to 7·98) | Reference | .. | Reference | .. |
| Present | 8·59 (7·65 to 9·52) | 0·88 (–0·05 to 1·82) | 0·064 | 0·77 (–0·11 to 1·66) | 0·087 |

NA=not applicable.

*Table 2:* Univariable and multivariable linear regression of association between index case variables and log$_{10}$ viral load

per µL, Integrated DNA Technologies, Coralville, IA, USA) and run in parallel to all PCR determinations.

### Outcomes and definitions

Transmission was characterised by examining the number of individuals infected and uninfected among close contacts of an index case. We defined transmission events as PCR positivity at any timepoint (ie, days 1, 14, or at any other unscheduled PCR testing when participants referred symptoms) of a contact in the same household or workplace within 14 days after enrolment. We defined secondary attack rate of viral transmission as the ratio of individuals with a positive PCR test among close contacts, according to WHO guidelines.

Development to symptomatic disease was defined as presence of at least one of the following symptoms: fever, cough, difficulty breathing, myalgia, headache, sore throat, new olfactory and taste disorder, or diarrhoea) and a positive SARS-CoV-2 RT-PCR test. The incubation period was defined as time from first exposure to symptom onset, with later confirmation of infection by PCR.[24] The earliest possible exposure with the symptomatic index case was determined for each contact individually.

### Statistical analysis

We used log-transformed viral loads that were approximately normally distributed and that also aligned with common reporting norms. The relationship between characteristics of cases and viral load was assessed by use of linear regression considering age (in years), sex, number of days from reported symptom onset, and presence or absence of five key clinical features: fever, cough, dyspnoea, rhinitis, and anosmia. To identify risk factors for transmission, we used logistic regression modelling for the risk of transmission using a random-effect model to allow for within-cluster variation in the risk of transmission. Factors with potential influence on the risk of transmission included characteristics of the potential transmitter (ie, age, sex, viral load, and the presence or absence of respiratory symptoms) and contacts (ie, age, sex, and the type of contact they had with the index case). Finally, the risk of developing symptomatic COVID-19 was assessed by fitting a Cox-regression model considering the age (in years) and sex of the individual, the presence or absence of cardiovascular disease and chronic respiratory disease, and the initial viral load relative to the time to development of symptomatic disease. Data at 14 days after the first study visit were censored, in line with the follow-up done in the original trial. All analyses were done in R, version 4.0.

### Role of the funding source

The funder of the study had no role in the study design, data collection, data analysis, data interpretation, or writing of the report. All authors had full access to all the data in the study and had final responsibility for the decision to submit for publication.

### Results

Between March 17 and April 28, 2020, we identified 314 patients with COVID-19 in whom the viral load was tested. Of these, 220 (70%) were women, 94 (30%) were men, and the median age was 41 years (IQR 31–52). Of the 314 patients, 282 (90%) had at least one close contact, resulting in 282 corresponding clusters with a total of 753 contacts. Clusters had a median of two contacts (IQR 1–3) and a maximum of 19 contacts. Most index cases of the clusters were women (202 [72%]), with an average age of 42 years (SD 13; table 1).

The first study visit was done a median of 4 days (IQR 3–5) after symptom onset. At the first study visit, the median viral load among patients with COVID-19 was 1×11⁸ copies per mL (IQR 1×11⁰⁶ to 1×11⁰⁹). In multivariable linear regression, the viral load among cases was positively associated with the presence of fever and negatively associated with the presence of anosmia (table 2), but no association was observed with age or sex of the COVID-19 case nor with the presence of reported dyspnoea or cough. As anticipated, viral load was negatively associated with the number of days from symptom onset.

For our risk factor analysis on SARS-CoV-2 transmission, we used linked case and contact data of 282 clusters with 753 contacts. At the cluster level,



**Figure 1: Transmission in a cluster**
(A) Number of secondary cases per cluster. (B) Relationship between viral load of the index case and the proportion of contacts developing COVID-19: 36 of 284 contacts in group <1×10⁷ copies per mL, 72 of 398 in group 1×10⁷ to <1×10¹⁰, and 17 of 71 in group ≥1×10¹⁰.

|  | Unadjusted odds ratio (95% CI) | p value | Adjusted odds ratio (95% CI) | p value |
|---|---|---|---|---|
| **Index case** | | | | |
| Age, per year | 1·02 (0·99–1·05) | 0·069 | 1·01 (0·99–1·03) | 0·46 |
| Sex | | | | |
| Men | 1 (ref) | NA | 1 (ref) | NA |
| Women | 0·74 (0·40–1·36) | 0·33 | 0·71 (0·37–1·39) | 0·32 |
| Viral load, per log₁₀ change | 1·27 (1·09–1·48) | 0·0020 | 1·29 (1·10–1·50) | 0·0012 |
| Cough | 1·00 (0·55–1·82) | 0·99 | 1·13 (0·64–2·00) | 0·66 |
| Dyspnoea | 0·80 (0·31–2·07) | 0·64 | 0·75 (0·30–1·89) | 0·55 |
| Rhinitis | 1·46 (0·46–4·63) | 0·52 | 1·31 (0·42–4·11) | 0·64 |
| **Contact** | | | | |
| Age, per year | 1·03 (1·01–1·05) | 0·0085 | 1·02 (1·01–1·04) | 0·0008 |
| Sex | | | | |
| Men | 1 (ref) | NA | 1 (ref) | NA |
| Women | 0·93 (0·58–1·49) | 0·77 | 1·33 (0·79–2·23) | 0·28 |
| **Mask use by the contact** | | | | |
| Never | 1 (ref) | NA | 1 (ref) | NA |
| Always | 0·93 (0·47–1·83) | 0·84 | 1·55 (0·76–3·16) | 0·23 |
| Unknown | 1·18 (0·59–2·36) | 0·47 | 1·49 (0·74–3·01) | 0·26 |
| **Contact type** | | | | |
| Health-care work | 1 (ref) | NA | 1 (ref) | NA |
| Household | 3·07 (1·68–5·62) | 0·0003 | 3·00 (1·59–5·65) | 0·0006 |
| Nursing home | 1·75 (0·19–16·01) | 0·62 | 1·90 (0·30–1·91) | 0·49 |
| Other | 0·32 (0·03–3·05) | 0·32 | 1·19 (0·10–4·31) | 0·89 |

NA=not applicable. SARS-CoV-2=severe acute respiratory syndrome coronavirus 2.

*Table 3:* Risk factors for transmission of SARS-CoV-2

90 (32%) of 282 clusters had at least one transmission event, with a highly skewed distribution of the number of transmission events per cluster (figure 1A). The first visit for contacts took place a median of 5 days (IQR 4–7) after their first possible exposure to the index case. 125 (17%) of 753 contacts had a PCR positive result over the study period. The proportion of contacts who tested positive for SARS-CoV-2 within a cluster (secondary attack rate) progressively increased with the viral load of the index case: from 12% when the index case had a viral load lower than 1×10⁶ copies per mL to 24% when the index case had

a viral load of 1×10¹⁰ copies per mL or higher (figure 1B). According to the multivariate analysis, the viral load of the index case was strongly associated with the risk of onward transmission (adjusted odds ratio per log₁₀ increase in viral load 1·3, 95% CI 1·1–1·5; table 3). 114 (90%) of 125 transmission events occurred in clusters where the index case had a viral load of 5·1 log₁₀ copies per mL or higher, and 61 (50%) occurred in clusters where the index case had a viral load of 8·8 log₁₀ copies per mL or higher. Other factors associated with an increased risk of transmission were household contact (adjusted OR 3·0, 95% CI 1·59–5·65) and age of the contact (1·02, 1·01–1·04). We observed no association of risk of transmission with reported mask usage by contacts, with the age or sex of the index case, or with the presence of respiratory symptoms in the index case at the initial study visit (table 3).

We did not find any evidence of an association between the viral load of the index cases and the first viral load of incident positive results among contacts (p=0·10, appendix 2 p 2), and this remained true when adjusting for both the day of illness on which the baseline viral load of the index case was measured and the number of days until the contact was enrolled (p=0·18). Additionally, after excluding contacts who were PCR positive at the first study visit, we found no association between the viral load of the index case and

**Articles**



*Figure 2:* **Risk of developing symptomatic COVID-19 according to characteristics of the contact at enrolment**
(A) Probability of symptomatic disease by viral load. (B) Time to symptomatic disease by viral load.

the time to onset of incident SARS-CoV-2 infection (hazard ratio [HR] 1·01, 95% CI 0·83–1·23).

Overall, 449 contacts had a positive PCR result at first visit, whether viral load data of their index case was available (n=125) or not (n=324). 28 (6%) of 449 contacts had symptoms at the first visit. Of 421 contacts who were asymptomatic at the first visit, 181 (43%) developed symptomatic COVID-19 within the follow-up period. The multivariable cox-regression analysis, after adjusting for age and sex, showed that increasing viral load levels of the contact at day 1 were associated with an increased risk of developing symptomatic disease. Among contacts not already symptomatic at baseline, the risk of symptomatic disease was approximately 38% among individuals with

an initial viral load lower than $1\times10^7$ copies per mL compared with a risk greater than 66% among those with an initial viral load of $1\times110^{10}$ copies per mL or higher (HR per log$_{10}$ increase in viral load 1·12, 95% CI 1·05–1·20; p=0·0006; figure 2A). In the multivariable analysis, no association was found between sex or age of individuals, the presence of diabetes, or presence of cardiovascular or respiratory disease and the risk of or time to developing symptomatic COVID-19.

The median time from exposure to symptom onset was 7 days (IQR 5–9). The time to onset of symptomatic disease decreased from a median of 7 days (5–10) for individuals with an initial viral load lower than $1\times10^7$ copies per mL to 6 days (4–8) for those with an initial viral load between $1\times10^7$ and $1\times10^9$ copies per mL, and 5 days (3–8) for those with an initial viral load of $1\times10^{10}$ copies per mL or higher (figure 2B). Overall, 110 (61%) of 181 participants who developed symptoms did so before day 8, 45 (25%) between days 8–10, and 22 (12%) between days 11–14.

## Discussion

In our study, we found that increasing viral load values in nasopharyngeal swabs of patients with COVID-19 were associated with the greater risk of transmission, measured by SARS-CoV-2 PCR positivity among contacts, and with a higher risk of transmission in a household environment compared with that in other indoor situations. Additionally, we found that higher viral loads in swabs of asymptomatic contacts were associated with higher risk of developing symptomatic COVID-19, and that these contacts had shorter incubation periods than those with a lower viral load. Relationships between viral load and infectivity have been described for other respiratory viruses, and our study shows that the same is true for SARS-CoV-2.

To our knowledge, this is the largest study that evaluated the relationship of viral load in patients with COVID-19 and risk of transmission. In our cohort, a high proportion (192 [68%] of 282) of index cases did not cause secondary infections. However, we identified 90 (32%) clusters with transmission events, and the multivariate analysis revealed that clusters centred on index cases with high viral load were significantly more likely to result in transmission. In line with previous analyses of case-contact clusters,[9,12,14] we also found that household exposure to an index case was associated with a higher risk of transmission than other types of contact, presumably reflecting duration and proximity of exposure. Increasing age of the contact was also identified in our multivariate analysis as a significant–albeit modest–determinant of transmission risk. This factor has shown uneven influence across results reported elsewhere but seems to play a secondary role among adults.[13,14] Finally, unlike previous analyses that reported a relationship between coughing and transmission,[15] we did not find any association. This finding suggests that

the absence of cough does not preclude significant onward transmission, particularly if the viral load is high. Taken together, our results indicate that the viral load, rather than symptoms, might be the predominant driver of transmission.

Importantly, we report that high viral load shortly after exposure in asymptomatic contacts was strongly associated with the risk of developing symptomatic COVID-19 disease. We found an approximately 40% risk of developing symptomatic disease among individuals with an initial viral load lower than $1 \times 10^7$ copies per mL compared with a risk higher than 66% among individuals with a viral load of $1 \times 110^{10}$ copies per mL or higher. These data might provide rationale for risk stratification for developing illness. Moreover, the initial viral load significantly shifted the incubation time, which ranged from 5 days in participants with a high viral load to 7 days in participants with a low viral load. To our knowledge, our study was the first analysis of prospective data that investigated the association between initial viral load and incubation time.

The study has several limitations. First, asymptomatic people were not enrolled as index cases, affecting our ability to fully characterise all types of transmission chain. Second, we did not find any evidence of decreased risk of transmission in individuals who reported mask use. Although this finding collides with the evidence reported elsewhere,[8] we did not have fine-grained data on type of mask (surgical *vs* FFP2) or use of other measures of personal protective equipment (PPE) or other infection control practices, thus limiting our ability to make clear inferences about the effect of PPE on transmission risk. Mask use is probably correlated with type of exposure, which might further confound associations, but we did not note any association between mask use and risk either in our unadjusted analysis (table 3) or in a multivariable model excluding type of exposure (data not shown). Third, we used time to symptom onset (with later confirmation of infection) rather than time to positive PCR test based on serial testing. Nonetheless, accurate calculation of the incubation period was feasible because of the prospective nature of the study, accurate identification of exposure by face-to-face interview, and intensive active and passive monitoring of exposed contacts. We followed up participants over 14-day periods, thus incubation periods longer than 14 days might not have been detected. Within each cluster, we cannot be completely certain about the directionality of transmission, but our inclusion criteria including the absence of COVID-19-like symptoms in the 2 weeks preceding enrolment is consistent with transmission from a case to a contact. We also cannot exclude that some individuals might have been infected by individuals outside of study clusters but, as per national guidelines, all contacts were quarantined after exposure to index cases, reducing the chance of transmission from elsewhere. Samples were available from index cases a median of 4 days after symptom onset, and the initial

sample in contacts was taken on average 5 days after exposure, which might limit our ability to detect associations with peak viral load. Despite this, we still showed clear dose effects in relation to both risk of transmission and time to symptom onset. Finally, our study population is reflective of the trial from which the study sample was drawn and is, therefore, biased towards female participants and participants with few comorbidities and predominantly mild to moderate infection; additional data are needed on the risk of transmission in other populations.

In summary, our results provide evidence regarding the determinants of SARS-CoV-2 transmission, particularly on the role of the viral load. The higher risk of transmission among individuals with higher viral loads adds to existing evidence and encourages the assessment of the viral load in patients with a large number of close contacts. When a patient with high viral load is identified, the implementation of reinforced contact tracing measures and quarantines might be crucial to reduce onward transmission. Similarly, our results regarding the risk and expected time to developing symptomatic COVID-19 encourage risk stratification of newly diagnosed SARS-CoV-2 infections on the basis of initial viral load.

Contributors
MM, DO, and OM accessed and verified the data. MM, DO, CHR, and OM conceived of the study. MM did the analysis. PM-M, AA, MC-M, MU, MV-M, CG-B, NP, JA, BC, and OM led the randomised controlled trial from which study data are derived. MM and OM wrote the first draft of the manuscript. All authors gave critical input into interpretation and revised the manuscript.

Declaration of interests
CT reports personal fees from Boehringer Ingelheim and Amgen, outside the submitted work. All other authors declare no competing interests.

Data sharing
A complete de-identified patient dataset, accompanied by the original trial protocol, will be made available to researchers on request. Individuals wishing to access the data should send a request to mcorbacho@flsida.org. The dataset will be available between Dec 15, 2020, and Dec 15, 2021.

Acknowledgments
We would like to thank Gerard Carot-Sans for providing medical writing support during the preparation of the manuscript. Our study had support from the crowdfunding campaign YoMeCorona and Generalitat de Catalunya. Support for laboratory equipment was provided by the Foundation Dormeur. ISGlobal receives support from the Spanish Ministry of Science and Innovation through the "Centro de Excelencia Severo Ochoa 2019-2023" Programme (CEX2018-000806-S), and support from the Generalitat de Catalunya through the CERCA Programme. Bàrbara Baro is a Beatriu de Pinós postdoctoral fellow granted by the Government of Catalonia's Secretariat for Universities and Research, and by Marie Sklodowska-Curie Actions COFUND Programme (BP3, 801370).

For **YoMeCorono** see https://www.yomecorono.com/

References
1    La Rosa G, Bonadonna L, Lucentini L, Kenmoe S, Suffredini E. Coronavirus in water environments: occurrence, persistence and concentration methods—a scoping review. *Water Res* 2020; **179:** 115899.
2    Umakanthan S, Sahu P, Ranade AV, et al. Origin, transmission, diagnosis and management of coronavirus disease 2019 (COVID-19). *Postgrad Med J* 2020; **96:** 753–58.
3    Leclerc Q J, Fuller NM, Knight LE, Funk S, Knight GM. What settings have been linked to SARS-CoV-2 transmission clusters? *Wellcome Open Res* 2020; **5:** 83.

4    Qian H, Miao T, LIU L, Zheng X, Luo D, Li Y. Indoor transmission of SARS-CoV-2. *Indoor Air* 2020; published online Oct 31. https://doi.org/10.1111/ina.12766.

5    Hamner L, Dubbel P, Capron I, et al. High SARS-CoV-2 attack rate following exposure at a choir practice—Skagit County, Washington, March 2020. *MMWR Morb Mortal Wkly Rep* 2020; **69:** 606–10.

6    Park SY, Kim YM, Yi S, et al. Coronavirus disease outbreak in call center, South Korea. *Emerg Infect Dis* 2020; **26:** 1666–70.

7    Muñoz MA, López-Grau M. Lessons learned from the approach to the COVID-19 pandemic in urban primary health care centres in Barcelona, Spain. *Eur J Gen Pract* 2020; **26:** 106–07.

8    Chu DK, Akl EA, Duda S, et al. Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis. *Lancet* 2020; **395:** 1973–87.

9    Bi Q, Wu Y, Mei S, et al. Epidemiology and transmission of COVID-19 in 391 cases and 1286 of their close contacts in Shenzhen, China: a retrospective cohort study. *Lancet Infect Dis* 2020; **20:** 911–19.

10   Wölfel R, Corman VM, Guggemos W, et al. Virological assessment of hospitalized patients with COVID-2019. *Nature* 2020; **581:** 465–69.

11   La Scola B, Le Bideau M, Andreani J, et al. Viral RNA load as determined by cell culture as a management tool for discharge of SARS-CoV-2 patients from infectious disease wards. *Eur J Clin Microbiol Infect Dis* 2020; **39:** 1059–61.

12   Böhmer MM, Buchholz U, Corman VM, et al. Investigation of a COVID-19 outbreak in Germany resulting from a single travel-associated primary case: a case series. *Lancet Infect Dis* 2020; **20:** 920–28.

13   Wu J, Huang Y, Tu C, et al. Household transmission of SARS-CoV-2, Zhuhai, China, 2020. *Clin Infect Dis* 2020; published online May 11. https://doi.org/10.1093/cid/ciaa557.

14   Cheng HY, Jian SW, Liu DP, Ng TC, Huang WT, Lin HH. Contact tracing assessment of COVID-19 transmission dynamics in Taiwan and risk at different exposure periods before and after symptom onset. *JAMA Intern Med* 2020; **180:** 1156–63.

15   Huang L, Zhang X, Zhang X, et al. Rapid asymptomatic transmission of COVID-19 during the incubation period demonstrating strong infectivity in a cluster of youngsters aged 16–23 years outside Wuhan and characteristics of young patients with COVID-19: a prospective contact-tracing study. *J Infect* 2020; **80:** e1–13.

16   Liu T, Gong D, Xiao J, et al. Cluster infections play important roles in the rapid evolution of COVID-19 transmission: a systematic review. *Int J Infect Dis* 2020; **99:** 374–80.

17   Buitrago-Garcia D, Egli-Gany D, Counotte MJ, et al. Occurrence and transmission potential of asymptomatic and presymptomatic SARS-CoV-2 infections: a living systematic review and meta-analysis. *PLoS Med* 2020; **17:** e1003346.

18   Backer JA, Klinkenberg D, Wallinga J. Incubation period of 2019 novel coronavirus (2019-nCoV) infections among travellers from Wuhan, China, 20-28 January 2020. *Euro Surveill* 2020; **25:** 20–28.

19   Li Q, Guan X, Wu P, et al. Early transmission dynamics in Wuhan, China, of novel coronavirus-infected pneumonia. *N Engl J Med* 2020; **382:** 1199–207.

20   Leung C. The difference in the incubation period of 2019 novel coronavirus between travelers to Hubei and nontravelers: the need for a longer quarantine period. *Infect Control Hosp Epidemiol* 2020; **41:** 594–96.

21   Mitjà O, Corbacho-Monné M, Ubals M. A cluster-randomized trial of hydroxychloroquine for prevention of COVID-19. *N Engl J Med* 2020; published online Nov 24. https://doi.org/10.1056/NEJMoa2021801.

22   Catalan Ministry of Health. Catalan epidemiological surveillance system. 2020. http://salutpublica.gencat.cat/ca/ambits/vigilancia_salut_publica/ (accessed March 28, 2020; in Catalan).

23   US Centers for Disease Control and Prevention. CDC 2019-novel coronavirus (2019-nCoV) real-time RT-PCR diagnostic panel. Cat. 2019-NCoVEUA-01. 2020. https://www.fda.gov/media/134922/download (accessed May 21, 2020).

24   WHO. The First Few X (FFX) Cases and contact investigation protocol for 2019-novel coronavirus (2019-nCoV) infection, version 2. https://www.who.int/docs/default-source/coronaviruse/20200129-generic-ffx-protocol-2019-ncov.pdf?sfvrsn=595eb313_4 (accessed Sept 21, 2020).

Plaintiff's Exhibit 91



BMJ 2020;369:m1422 doi: 10.1136/bmj.m1422 (Published 7 April 2020)

Page 1 of 2



## NEWS

# Covid-19: What is the evidence for cloth masks?

As the US Centers for Disease Control and Prevention has advised all Americans to wear cloth masks in public to prevent the spread of covid-19, *The BMJ* examines the evidence

Elisabeth Mahase

The BMJ

## What has the CDC recommended?

People should wear cloth face coverings in public places where social distancing measures are "difficult to maintain," such as supermarkets and pharmacies, the CDC advises. It said the masks can be "fashioned from household items or made at home from common materials at low cost." It also warned that surgical masks and N-95 respirators should not be used by the public, as these were "critical supplies that must continue to be reserved for healthcare workers and other medical first responders."

## How do you make a homemade cloth mask?

The CDC recommends using tightly woven cotton fabric, such as quilting fabric, cotton sheets, or T shirt fabric. It provided instructions on how to make masks with or without sewing, including using a bandana and coffee filter to create a face covering.[1]

## But are they effective?

Very little good quality research exists on the use of cloth masks, especially in non-medical settings. One randomised controlled clinical trial of cloth masks, published in *BMJ Open* in 2015, compared their effectiveness with that of medical masks worn by hospital healthcare workers.[2] The study, involving the industry partner 3M (which makes medical masks), reported that healthcare workers "should not use cloth masks as protection against respiratory infection. Cloth masks resulted in significantly higher rates of infection than medical masks, and also performed worse than the control arm."

In an updated comment on the study (30 March),[3] the authors said, "There have been a number of laboratory studies looking at the effectiveness of different types of cloth materials, single versus multiple layers and about the role that filters can play. However, none have been tested in a clinical trial for efficacy."

They also advised healthcare workers who choose to use cloth masks to "have at least two and cycle them, so that each one can be washed and dried after daily use. Sanitizer spray or UV disinfection boxes can be used to clean them during breaks in a single day. These are pragmatic, rather than evidence-based suggestions, given the situation."

A preprint of a rapid systematic review has assessed the current evidence on respiratory illnesses and the use of face masks (mainly surgical paper masks) in community settings.[4] The paper, yet to be peer reviewed, included 31 studies, of which 12 were randomised controlled trials. The researchers reported that "wearing facemasks can be very slightly protective against primary infection from casual community contact, and modestly protective against household infections when both infected and uninfected members wear facemasks." However, they said that many of the studies "suffered from poor compliance and controls."

They concluded, "The evidence is not sufficiently strong to support widespread use of facemasks as a protective measure against covid-19. However, there is enough evidence to support the use of facemasks for short periods of time by particularly vulnerable individuals when in transient higher risk situations."

Commenting on these findings, Simon Clarke, associate professor in cellular microbiology at the University of Reading, said, "There is only very limited evidence of the benefits of wearing cloth face masks by the general public, no evidence that wearing them in crowded places helps at all, and no evidence at all yet related to covid-19 . . . The authors also acknowledge that mass face mask wearing by the public would likely cause shortages among people who genuinely need protective equipment—healthcare workers on the front line in our hospitals."

But Ian Jones, professor of virology at the University of Reading, said, "If an aerosol droplet hits the weave of the mask fabric rather than the hole it is clearly arrested. And lessening the aerosol dose chips away at the R0 [reproduction number] and helps to slow the epidemic . . . They are not a cure but they address the longer flatter epidemic curve everyone is trying to achieve."

## Have other countries recommended masks for the public?

Israel, Austria, the Czech Republic, Hong Kong, and Mongolia are among the countries that have implemented or recommended mask wearing in the community.

## Could it have negative effects?

Experts have warned that recommending that members of the public wear masks can lead to shortages for those who are more

BMJ: first published as 10.1136/bmj.m1422 on 7 April 2020. Downloaded from http://www.bmj.com/ on 19 May 2021 by guest. Protected by copyright.

in need: health and care workers and immunocompromised people, for example. It can also lead to complacency.

Susan Michie, director of University College London's Centre for Behaviour Change and a fellow of the Academy of Medical Sciences, said, "There are several explanations as to why face masks have not generally been found to be effective if worn by the general population: they do not protect against the virus getting into the eyes (only close fitting goggles do this); people may not fit the masks properly or take them on and off; and people may have a false sense of reassurance and thus pay less attention to other behaviours key to reducing transmission, such as social distancing and handwashing."

This was echoed by the infectious disease physician Ben Killingley. He said there were several reasons why masks were not seen as being as effective in the community. These included that people "find it difficult to be compliant with mask use all of the time and that people may start wearing the masks too late." The other problem, he said, was that the public did not have the resources to ensure safe mask use: changing them often, frequent hand hygiene, and removing and disposing of them safely.

Killingley added, "Face masks are not an infinite resource and should be reserved for when they are most effective. It would not be good if we were not able to provide masks to healthcare workers because the public had consumed supplies."

## What does WHO say?

In guidance issued on 6 April,[5] WHO said that medical masks should be reserved for health workers. Most spread of the covid-19 virus is from known cases and requires contact with droplets from a cough or sneeze or infected surfaces. It said that "there is currently no evidence that wearing a mask (whether medical or other types) by healthy persons in the wider community setting, including universal community masking, can prevent them from infection with respiratory viruses, including covid-19." Wearing masks in the community can also give people a false sense of security, it said, and lead to them neglecting other measures, such as hand hygiene and physical distancing.

1   Centers for Disease Control and Prevention. Use of cloth face coverings to help slow the spread of COVID-19. https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/diy-cloth-face-coverings.html.
2   MacIntyre CR, Seale H, Dung TC, etal . A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. BMJ Open 2015;5:e006577. 10.1136/bmjopen-2014-006577. 25903751
3   MacIntyre CR. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers[response]. BMJ Open 2020;30. https://bmjopen.bmj.com/content/5/4/e006577.responses#covid-19-shortages-of-masks-and-the-use-of-cloth-masks-as-a-last-resort.25903751
4   Brainard JS, Jones N, et al. Facemasks and similar barriers to prevent respiratory illness such as COVID-19: a rapid systematic review. medRxiv 2020.04.01.20049528; 10.1101/2020.04.01.20049528.
5   World Health Organization. Advice on the use of masks in the context of COVID-19. 6 Apr 2020. https://www.who.int/publications-detail/advice-on-the-use-of-masks-in-the-community-during-home-care-and-in-healthcare-settings-in-the-context-of-the-novel-coronavirus-(2019-ncov)-outbreak.

Published by the BMJ Publishing Group Limited. For permission to use (where not already granted under a licence) please go to http://group.bmj.com/group/rights-licensing/permissions

BMJ: first published as 10.1136/bmj.m1422 on 7 April 2020. Downloaded from http://www.bmj.com/ on 19 May 2021 by guest. Protected by copyright.

Plaintiff's Exhibit 92

<u>nomaskers.org</u>

# What is the science behind your mask mandate?

*Copyright Benchmark Technologies, Incorporated*

13-16 minutes

---



**Posted By: Fielden Nolan (nolanf)**

**Post Date: 02/18/2021**

Is the wearing of masks to reduce the spread of the COVID-19 virus "settled science?" Countless articles in the mainstream media simply label critical thinkers as "conspiracy theorists" or "vaccine deniers" without consideration of the facts.

Everybody loves "fact checks." Let's "fact check" the "settled science." Here is an example of the kind of "settled science" you will find in the mainstream narrative:

*Both the Centers for Disease Control and Prevention (CDC) and the World Health Organization now recommend cloth masks for the general public...* (<u>UC San Francisco</u>)

FACT CHECK: The UCSF Medical Center, which is <u>educating</u> a host of young, enthusiastic medical students, is wrong in the claim that the CDC and the WHO recommend cloth masks:

*More research on cloth masks is needed to inform their use as an alternative to surgical masks/respirators in the event of shortage or high-demand situations. To our knowledge, only 1 randomized controlled trial has been conducted to examine the efficacy of cloth masks in healthcare settings, and the results do not favor use of cloth masks.*

*More randomized controlled trials should be conducted in community settings to test the efficacy of cloth masks against respiratory infections. (CDC, October 2020, <u>Source</u>)*

In fact, that same month, in a <u>report</u> in Emerging Infectious Diseases, the CDC revealed:

*...more than 70 percent of COVID-positive patients <u>contracted the virus in spite of faithful mask wearing while in public</u>. Moreover, 14 percent of the patients who said they "often" wore masks were also infected. Meanwhile, just four percent of the COVID-positive patients said they "never" wore masks in the 14 days before the onset of their illness. (<u>Source</u>)*

It gets worse. In the same study, the CDC stated:

*"This finding suggest that risk for infection was higher for those wearing cloth masks."*

The CDC does not recommend cloth masks in protecting yourself and others from the virus. Don't believe me. One needs only to take the time to look at their published position.

As of late March, 2020, the efficacy of any face mask in reducing the spread of COVID-19 was generally questioned. In April 2020, the World Health Organization stated that healthy people don't need to wear face masks to prevent coronavirus spread. Masks, they said, should be for the sick, their caretakers, and healthcare workers. At the very end of 2020, the WHO updated their guidelines, noting that any kind of mask was ineffective if the wearer come into close contact with someone for 15 minutes or more. By the end of the year, the WHO was equivocating; they admitted there was no real evidence to support the wearing of ANY mask, but nevertheless recommended them. Their "interim guidance" for the wearing of ANY face masks now contains this:

*The World Health Organization (WHO) advises the use of masks as part of a comprehensive package of prevention and control measures to limit the spread of SARS-CoV-2, the virus that causes COVID-19.* **A mask alone, even when it is used correctly, is insufficient to provide adequate protection or source control.**

The European Centre for Disease Prevention and Control reached a similar conclusion:

*"It is not known how much the use of masks in the community can contribute to a decrease in transmission in addition to the other countermeasures" (Source)*

It can be safely concluded that the World Health Organization or CDC have NEVER explicitly supported the wearing of cloth masks. It's clear that both organizations are reluctant to endorse the effectiveness of cloth face masks in reducing the spread of the COVID-19 virus. FACT CHECK: FALSE

If upon actual investigation the oft-quoted WHO and CDC will not commit themselves to the wearing of masks as being effective in reducing the spread of the COVID-19 virus, how can their effectiveness be "settled science?"

Once again: it gets worse.

In September of 2020, the CDC reported that 85% of COVID-19 cases in July were people who often or always wear masks. (Source)

Briefly, let's do some simple math. According to a 2015 randomized clinical trial conducted by the University of South Wales, in testing the effectiveness of cloth masks among health care workers in Hanoi against bacterial infections among schoolchildren, cloth masks were found to be wholly ineffective.

*Remember streptococcus cells are between 0.5 and 2 microns, roughly 5-20 times larger than SARS-CoV-2 virions (which are about 0.06-0.14 microns), yet the masks still failed to protect against them and perhaps contributed to the spread of the bacteria. (Source)*

Unless you can establish that a BB cannot easily get through a fish net, or that a chain-link fence can stop a sandstorm, you cannot establish that ANY mask (let alone a cloth one) is effective in

any sense against the spread of the COVID-19 virus. It really is that simple.

*The size of the virus based on electron micrographs show that the virus varies from 60 to 140 nanometers in diameter (.06 to .14 microns). N95 filters provide filtration down to .3 microns. On this basis alone, they should not be relied on for protection from small virus particles such as those of SARS-CoV-2. (Source)*

*..the pores in surgical masks are about 30 times larger than the average size of SARS-CoV-2 virions, and some of the cheap (but more comfortable) cotton masks that are commonly worn have pores hundreds of times larger than the virus particles. (Source)*

At .1 micrometers, the size of the COVID-19 virus is about 1000X smaller than the width of a human hair! Until the invention of the electron microscope in the 1930's, a pathogen this tiny could not be seen – even with the best optics. Yet here is another study offered as "evidence" by UCSF Medical Center that that wearing a mask is effective in preventing COVID-19:

*An experiment using high-speed video found that hundreds of droplets ranging **from 20 to 500 micrometers** were generated when saying a simple phrase, but that nearly all these droplets were blocked when the mouth was covered by a damp washcloth. (NEJM: Visualizing Speech-Generated Oral Fluid Droplets with Laser Light Scattering)*

Of course, attempting to prove that a wet washcloth can inhibit the spread of droplets which are thousands of times greater in size than the COVID-19 virus is of course silly and makes no sense. Moreover, within this simple mechanistic study, the authors stated:

*We did not assess the relative roles of droplets generated during speech, droplet nuclei, and aerosols in the transmission of viruses.*

There you have it. The assumption driving the test was the validity of the still-unsubstantiated "droplet theory" promoted by the CDC, as well as their well-documented avoidance of the possibility of aerosol involvement in in viral spread. Your taxpayer money probably funded this study. Preschoolers with a box of crayons could have been as persuasive as this one.

How many times have you seen a person wearing a mask below their nose, are constantly adjusting it, or are not changing their mask frequently? According to the World Health Organization (WHO) these are practices which can actually increase the likelihood of COVID-19 transmission!

*The following from WHO is listed as behavior that can increase transmission:*

- *Touching mouth and nose*

- *Touching a mask in use*

- *Touching a clean mask with unwashed hands*

- *Not washing hands every time after touching a dirty mask*

- *Wearing a mask that is not new and clean*

- *Continuing to wear a mask after it has become damp*

- *Re-using a single-use mask*

- *Not discarding a single-use mask immediately upon removal, as opposed to leaving it in the immediate environment*

*(Source: Alan Stevo)*

What do you actually know about masks? A properly-fitted N95 mask is designed for use in a contaminated environment, and can be effective, for instance, in dealing with chemical spills, or working in a fabrication shop, but not in dealing with viruses. If you purchase a domestically-produced N95 mask, read the CDC statement on the box:

*The Centers for Disease Control and Prevention (CDC) does not recommend that the general public wear N95 respirator masks to protect themselves from respiratory diseases, including coronavirus (COVID-19) (Source)*

The CDC continues:

'*Cloth masks actually risk your health rather than protect it. The moisture caught in these masks will become mildew-ridden in thirty minutes. Dry coughing, enhanced allergies, sore throat are all symptoms of a micro-mold in your mask*'

So far, we've been mostly focused only on the combined, dubious wisdom of the CDC and the WHO. There isn't enough room and time to cover all the studies, going back decades, which all call into question the use of masks (particularly cloth masks) in reducing the spread of the COVID-19 virus. Nomaskers.org is full of resources so you can do your own research. Studies from the Annals of Internal Medicine, Association of American Physicians and Surgeons, World Health Organization, U.S. Navy and more can be found from the Resources menu.

But, again, it gets worse.

The wearing of masks can harm your health. Masks can come from anywhere, and often contain all kinds of toxic substances and material used in their manufacture. Here is an excerpt from a study which contains a long list of them:

*Disposable surgical face masks are made of synthetic fibers, including polymers such as polypropylene, polyurethane, polyacrylonitrile, polystyrene, polycarbonate, polyethylene or polyester. There is an inner layer of soft fibers and a middle layer, which is a melt-blown filter, as well as a water-resistant outer layer of nonwoven fibers.9 This study shows FT-IR spectra of the degrading fibers of disposable masks. It found that disposable face masks "could be emerging as a new source of microplastic fibers, as they can degrade/fragment or break down into smaller size/pieces . . . .*

*Research on synthetic fibers has shown a correlation between the inhalation of synthetic fibers and various bronchopulmonary diseases, such as asthma, alveolitis, chronic bronchitis, bronchiectasis, fibrosis, spontaneous pneumothorax and chronic pneumonia. Cellular proliferation made up of histiocytes and fibroblasts were found in the lungs of those exposed to synthetic fibers in ambient air. Focal lesions in the lungs showed granulomas and collagen fibers containing both fine dust and long fibers. Some of the lung illnesses from this exposure could be reversed, while others had already proceeded to pulmonary fibrosis. (Source)*

==Scores of dermatologists, dentists, immunologists, virologists, pediatricians all over the world have been sounding the alarm for months over the continued use of face masks.== They consistently try communicate to anyone who will listen that patients generally have no training or real understanding of how masks work.

*... untrained members of the public are wearing medical masks, repeatedly… in a non-sterile fashion… They're becoming contaminated. They're pulling them off of their car seat, off the rearview mirror, out of their pocket, from their countertop, and they're reapplying a mask that should be worn fresh and sterile every single time. (Dr. James Meehan, MD)*

Prolonged wearing of face masks has been tied to advanced stage lung cancer. It should be noted here that would-be debunkers like USA Today have attempted to dispute this finding by deceptively tying its source to a Facebook post, rather than a reputable medical journal. Ethylene Oxide, a carcinogen which is found in Teflon, is often used in the sterilizing process of cheap surgical masks. Even though the Occupational Health & Safety Agency (OSHA) has recommended them only for short-term use, our executive figures, the major media, Big Tech, fake science proponents support a mandate that you wear them for many hours you spend at work. In some states, you were even required to wear them in your home! OSHA has also concluded that surgical masks do not reliably provide protection against "smaller airborne particles." Of course, 100 nanometers is about as small as an airborne particulate can get.

Active duty and defense support personnel know the drill. Handlers in pharmaceutical products production know the drill. So do EMTs and medical professionals. They've all had formal training regarding the selection and fitment of PPE (Personal Protective Equipment). I suspect that all these people should all have spotted by now the many problems with mask mandates.

Face masks for use in limiting the spread of pathogens are classified as Class 1 medical devices by the FDA. Your governors, mayors, grocer, neighbors or evening news announcers are not qualified to prescribe medical devices to you, regardless of how convincing they appear. The use of medical devices require informed consent by the patient. Like many other medical devices, face masks can save your life, but they can also harm you. Know the science about masks, and don't believe everything you hear. *After you have become informed, and you do not agree you should wear a mask, simply do not consent.*

Mask mandates are useless and potentially harmful. There is no "science" behind them. For every resource the major media presents to you in building the case supporting mask efficacy, you can easily respond with ten resources endorsing the opposite position. Truly, their mask "science" is not settled.

-

Plaintiff's Exhibit 93

journeyguy.com

# What isn't being said: the science is in • Notes from the Trail

*()x*

7-9 minutes

---

Thanks so much for stopping by! If you enjoy the content, please subscribe to the RSS feed for more. Feel free to leave comments. Your participation enriches the blog!

I hesitated calling it science. What's been called "science" over the past year is up for grabs. I'll leave it to others to debate that.

The pandemic is essentially over. COVID-19 perhaps should not have ever been designated as a pandemic. Its known mortality rate is on par with a severe flu. Now, with vaccines widely available, the hospitals able to manage crises, medicines to treat the ill and an awareness of who and how COVID most impacts, *we're ready for life again.* And yet, our politicians and the CDC have served up a colossal stew of mixed messaging.

This week, the CDC has changed course *again* and now announced that it's safe for vaccinated people to not wear masks outside, and that they can also take off their masks inside in most situations. The last remaining governors who had instituted mask mandates rushed to end them and not be the last man standing who wasn't following new guidelines. Governor Roy Cooper of North Carolina and Governor Ralph Northam of Virginia both ended mask mandates (for the fully vaccinated) on May 14.

However, this same message should apply for ANYONE WHO HAS ALREADY HAD COVID.

**Here's the science:**

1. **Natural immunity is better than vaccinated immunity.** It lasts longer, and it is evidence of the divine design of our immune systems and our resiliency. **What this means is that anyone who has had COVID can take off their masks (and be safer for it than vaccinated people)**. [Source: Forbes – *Coronavirus Immunity May Last Years, Possibly Even Decades, Study Suggests*, 11/17/20]
   these antibodies were "durable," showing remarkably slow rates of decline that were consistent with many years, and potentially even decades, of protection… the New York Times refers to it as "the most comprehensive and long-ranging study of immune memory to the coronavirus to date."

2. **Wearing masks continuously is bad for your health, and studies consistently show that masks cannot stop the spread of a respiratory virus** (which aligns with all the scientific findings prior to April 2020).A paper published at the National Center for Biotechnological Information (and since retracted) said:*"The existing scientific evidence[s] challenge the safety and efficacy of wearing facemask as preventive intervention for COVID-19. **The data suggest that both medical and non-medical facemasks are ineffective to block human-to-human transmission of viral and infectious disease such SARS-CoV-2 and COVID-19, supporting against the usage of facemasks.** Wearing facemasks has been demonstrated to have substantial adverse physiological and psychological effects."* [Source; NCBI original link]

The American Institute for Economic Research has a series of articles about the ineffectiveness of masks here:

• *Masks 'don't work,' are damaging health*, 2/19/21
• Anders Tegnell, chief epidemiologist at Sweden's Public Health Agency, stated that evidence about the effectiveness of face mask use was "astonishingly weak." [*Sweden's disease expert says* just wearing face masks could be 'very dangerous', 8/19/20]
• "A September report by the CDC found that more than 70 percent of COVID-positive patients contracted the virus in spite of faithful mask wearing while in public. Moreover, 14 percent of the patients who said they "often" wore masks were also infected. Meanwhile, just four percent of the COVID-positive patients said they "never" wore masks in the 14 days before the onset of their illness." [Source]

3. **Social distancing is completely ineffective**. "The risk of being exposed to Covid-19 indoors can be as great at 60 feet as it is at six feet in a room where the air is mixed — even when wearing a mask, according to a new study by Massachusetts Institute of Technology researchers who challenge social distancing guidelines adopted across the world." [Source]

4. **COVID is treatable, and has a 99% survivability rate in people between 0-70 (95% in people over 70).** (Source: CDC) We've known how to treat it since last April when America's Frontline Doctors were censored for claiming so.

5. **The idea of asymptomatic spread is at best speculative.** Why is that important? Masking up people who feel *perfectly healthy* is the basis for the entire universal masking narrative. The reason? No one knows who has COVID, so *everyone* needs to mask up (even though the vast majority of people have nothing to fear from COVID). [Source: *A severely symptomatic lie about asymptomatic spread* (*The Blaze*), *Covid-19: Asymptomatic cases may not be infectious, Wuhan study indicates* (*British Medical Journal*), Asymptomatic Spread Revisited (AIER)]

There has been **an active and misguided (and perhaps evil) effort to suppress, censor and eliminate information** that contradicts the overall fear narrative that has been the primary motivational tool by politicians and leaders to enforce mitigation strategies.

With the ending of mandates, lockdowns and COVID-19 mitigation measures, we can rejoice

as life begins to return to normal. The trauma that has been inflicted by the pandemic and governmental response (and our responses to one another) will be slower to heal.

**What about people who have had or tested positive from COVID?**

I think I understand why the messaging from our political leaders these days is targeting the fully vaccinated. They want to urge as many as they can to become vaccinated. It remains for others to decide what truly led to the abatement of the pandemic, but there's very good arguments on many sides. Some will claim that masks, social distancing, lockdowns, etc. worked. Others will claim (with just as much evidence) that they didn't, and that this virus, like all before it, had a life cycle, we have immune systems and have reached herd immunity.

But here are some questions that perhaps someone can answer:

**Why hasn't the messaging included people who have had COVID?**

Remember, *natural immunity is **better** than vaccinated immunity*. So why isn't the CDC communicating the **good news** that *millions* of Americans can now unmask safely? I think it's because it's tough to answer who has had COVID. Do they say:

- People who have tested positive and had symptoms

- People who tested positive

- People who were sick and suspected COVID but never had a test

It's confusing, and at some point, leaders will simply have to let people make their own decisions. And we will all get to remember the phrase, "mind your own business" when snarky folks criticize people for being masked *or* unmasked.

**Get ready to smile**

If you're living in Virginia or North Carolina, smile big tomorrow. Let others see that smile! You'll join millions of other citizens who have been enjoying mandate-less living for months. Let's be patient with those who cling to their masks like Linus clinged to his blanket. It took over a year to exit this craziness. The remnants of it won't be removed by a governor's declaration.

(Visited 27 times, 1 visits today)

Plaintiff's Exhibit 94

principia-scientific.com

# WHO: You Do NOT Need to Wear a Mask | Principia Scientific Intl.

4-5 minutes

Published on January 25, 2021

Written by John O'Sullivan



==The World Health Organization admits there is no scientific medical reason for any healthy person to wear a mask outside of a hospital.== Sadly, our corrupt politicians and mainstream media only relate the bad news.

==If you do not have any respiratory symptoms, such as fever, cough, or runny nose, you do not need to wear a medical mask. When used alone, masks can give you a false feeling of protection and can even be a source of infection when not used correctly.==

The most recent press announcement is at www.who.int

**Update & Correction (January 26, 2021): Our apologies for omitting a**

**reference for the above. The following is added as evidence on current WHO advice:**

Last month (December, 2020) WHO issued the following advice that masks are only of some benefit if used in conjunction with a range of other measures and of limited value.

WHO tells us that:

**"…the use of a mask alone, even when correctly used (see below), is insufficient to provide an adequate level of protection for an uninfected individual or prevent onward transmission from an infected individual.**" [1]

As Dr Joseph Mercola, who analysed the WHO advice pointed out in *WHO Admits: Not Clear Masks Prevent Viral Infection'*

"….the literature rather strongly suggests the usefulness of masks depends on a significant number of factors — type, fit, length of use, purpose and circumstances — which are effectively impossible to account for in public universal-masking policies.

The science, contrary to the ignorant platitudes we are bombarded with, has NOT proven that universal masking is effective for viral containment, and has instead provided substantial grounds for skepticism of such a policy."

[1] 'Mask use in the context of COVID-19 Interim guidance', December 01, 2020, https://apps.who.int/iris/bitstream/handle/10665/337199/WHO-2019-nCov-IPC_Masks-2020.5-eng.pdf?sequence=1&isAllowed=y

**Update January 30, 2021:**

**So angered that our original link to the latest WHO press announcement did not contain a specific suggestion for people not to wear masks USATODAY and other haters have been on our case saying we 'lied' and WHO did not say you did not need to wear a mask.**

Well, to all you misinformed haters, you are clearly not good at checking your facts because in December 2020 WHO stated that:

*"…the use of a mask alone, even when correctly used (see below), is insufficient to provide an adequate level of protection for an uninfected individual or prevent onward transmission from an infected individual."*

Moreover, Dr. Mike Ryan, an epidemiologist who specializes in infectious diseases and public health and who is the executive director of the WHO health emergencies program is on record stating that:

 "WHO stands by recommendation to not wear masks if you are not sick or not caring for someone who is sick. There is no specific evidence to suggest that the wearing of masks by the mass population has any potential benefit. In fact, there's some evidence to suggest the opposite in the misuse of wearing a mask properly or fitting it properly" (source).

USATODAY have written to us saying they are going to do a 'fact check' hit piece on us. We gladly welcome them addressing this important topic and will be delighted to offer further scientific evidence that mask wearing is nothing more than a 'talisman' and will likely do more harm than good for healthy, uninfected wearers.

If you doubt that, simply check out the photo below:

