Plaintiff's Exhibit 96

naturalnews.com

# Doctor raises serious doubts about effectiveness of face masks, busts common misconceptions

*Divina Ramirez*

5-6 minutes





([Natural News](#)) Governments worldwide have urged people to wear face masks amid the pandemic, claiming that the use of the masks will protect them from getting infected with

the Wuhan coronavirus. But not all health experts are convinced this is true, and some have even sounded the alarm about the apparent effectiveness of face masks against the coronavirus.

One such expert, Lee Merritt, an orthopedic surgeon with the organization *America's Frontline Doctors*, gave a presentation last year during a summit that the group organized. In her presentation, Merritt debunked various misconceptions about masks, including the idea that masks can ward off the coronavirus.

Merritt said the justification for mask-wearing is based on a nonsense narrative with little to no scientific basis. To illustrate her point, she showed a video of a man installing drywall while wearing a surgical mask with ear loops, similar to the mask that health authorities encourage people to wear to prevent infection.

However, when the man removed his mask, he still had flecks of drywall stuck around his nose and mouth. The mask failed to filter out drywall dust, which is about 10 micrometers (um) in size. Yet health authorities have been claiming that such surgical masks can protect against SARS-CoV-2, which measures about 0.125 um.

## Surgeon debunks misconceptions about masks

Surgical face masks do protect against some viruses, but size matters immensely. That is because viral particles come in different sizes. The same holds true for bacterial particles. For instance, surgical masks are effective against the bacterium that causes tuberculosis because it is large, measuring about two to four um in length.

Merritt also underscored some of the most common misconceptions about face masks and busted each one. An especially popular misconception is the idea that masks keep particles in when the wearer talks, coughs or sneezes. These activities generate small liquid droplets called aerosols, which bacteria or viruses can latch onto.

Merritt explained that when the wearer sneezes, coughs or even just talks, the aerosols generated would simply take the path of least resistance. Depending on the type of face mask, aerosols may travel right through the material or exit through gaps along the sides of the face mask.

Moreover, another popular misconception is that face masks filter out most of the viral particles, thus reducing the total number of viral particles entering the body. The idea that a person is less likely to have a serious infection if there are fewer viral particles is not based on scientific studies or evidence, said Merritt.

But aside from not being as effective against the coronavirus as so-called health experts claim, masks may even pose a risk to human health. For instance, a recently published review of studies on mask-related adverse health effects suggested that mask-wearing

may seriously harm people without any notable benefit.

The review, which was prepared by former physics professor Denis Rancourt, showed multiple ways masks can inflict damage and undermine health. Some of the mask-related adverse health effects included in the review are discomfort, irritation and psychological impact.

Merritt pointed out that the psychological effects of mask-wearing are particularly detrimental to children. For instance, because face masks cover up most of the person's face, children may find it difficult to develop facial recognition skills and be unable to pick up on non-verbal communication cues.

In addition, face masks block emotional signaling and may even severely impair children's ability to connect or bond with others. Pathogenic viruses and bacteria can also rapidly accumulate on the surface of improperly used face masks. In such cases, masks may actually increase the risk of spreading viruses, noted Merritt.

To sum up, Merritt's presentation raised serious doubts about the supposed effectiveness of face masks against the coronavirus. The good news is, mask-wearing is not the only way people may reduce their risk of contracting the dreaded virus.

Drinking water, eating clean, nutrient-dense foods, exercising and getting enough sleep each night are some of the ways you can strengthen your immune system naturally. (Related: Restore your immune system with a detox.)

Go to Pandemic.news for more articles about how face masks are ineffective against the coronavirus.

**Sources include:**

NaturalHealth365.com

NYTimes.com

Healthline.com

Plaintiff's Exhibit 97

spectator.org

## The Illogic and Injustice of Mask-Shaming

*Richard Shinder*

6-7 minutes

---

A curious phenomenon has begun to emerge in the wake of the CDC's recent updated guidance on mask-wearing related to COVID-19, or its "Interim Public Health Recommendations for Fully Vaccinated People," as stated on the CDC's website. Specifically, the CDC states that fully vaccinated people "no longer need to wear a mask or physically distance in any setting," excepting where governmental or business/workplace requirements may differ.

Those possessed of even average critical thinking skills might have wondered why such a pronouncement was even necessary in the wake of a massive, publicly and privately funded vaccine research, development, production, distribution, and (most notably) marketing campaign designed to inoculate those so vaccinated. The common public understanding of vaccination programs generally is that they exist to prevent — and, in the case of COVID-19, also diminish the symptoms of — infection by the subject pathogen.

Leaving apart any considerations about COVID-19 infection survivability and severity rates among all but the most susceptible demographics, use of "effective" vaccines (i.e., those currently approved for use in the U.S.) combined with a dash of empiricism and common sense regarding exposure risk have resulted in a considerable majority of the general public — and residents of both red and blue states — functionally well ahead of the CDC. Indeed, outdoor, socially distanced, open-air transmission always seemed a long inductive putt. Except for those who harbor some political or other agenda unrelated to personal or public health, most people should by now find the guidance issued by the CDC last week to be self-evident — the decisions of certain jurisdictions to continue their mask mandates notwithstanding.

The phenomenon to which I refer is not (or not just) continued outdoor mask-wearing, which remains ubiquitous in New York City, but public statements — often by those on the political left — that they're either not comfortable with going maskless in the types of situations described by the CDC, even if fully vaccinated, or are concerned about the "message" associated with doing so, which they apparently construe as a form of reverse virtue-signaling. Here we find a tidy illustration of anti-rationalism, leavened by moral superiority.

Anti-rationalism, alas, will always be with us. And it is a small price to pay for a free society — your inability to properly assess risk, whether in the case of COVID-19 or otherwise, does me no actual harm, provided it relates only to you. If Joy Reid wants to say that those who are fully vaccinated are "irrational" to not also wear masks, as she did just a short time before the CDC reversed itself and stated the obvious, it is fine for her to take that position — insofar as it only relates to Joy Reid. Similarly, if David Hogg wants to continue to wear a mask publicly despite being vaccinated for fear of

being thought a "conservative" (horrors!),  as he recently expressed on Twitter, he is of course free to do so.

Such anti-rationalism matters when it enters the sphere of governmental, commercial, or other social prohibitions on the behavior of others. In economics there is the concept of an "externality," which is imposed on a third party who did not agree to accept the associated cost or benefit arising from the actions of others. Public policy deals in myriad consumption- and production-related "negative externalities" that ensue from commercial activity, and even with what are perhaps better thought of as "behavioral externalities" (the classic cases of loud music or secondhand smoke, where the injury done to the third party is derivative of a commercial transaction).

Requiring that fully vaccinated individuals wear masks in public risks inverting society's — and government's — objective of limiting the consequences of negative externalities, and it conversely consecrates the imposition of behavioral externalities onto those who should not bear them. For people at no realistic risk to others to be forced or even guilted into wearing masks to mollify the ideological sensibilities of those unwilling to accept the CDC's (belated but nevertheless unambiguous) guidance inflicts real costs on parties simply acting at the direction of public health authorities.

It is particularly curious to see this inversion arise in the current cultural moment, one in which lifestyle choices that create actual negative externalities are not to be shamed — or even spoken about honestly. While obesity is among the highest comorbidities associated with the risk of dying from COVID-19, popular and social media actively promote "body positive" messages celebrating excessive weight and suppress an honest discussion of the health consequences of obesity. The same society that is in a headlong rush to legalize the sale and use of marijuana in the absence of meaningful research on its long-term effects would rather sanction those actually "following the science" and properly assessing the risk of COVID-19 than consider the consequences of largely unexamined tectonic shifts in drug policy.

One can and should hope that state and local governments will soon fall in line with the CDC's revised guidance and move quickly to remove all COVID-related restrictions at odds with science and experience. What may prove more difficult is convincing decision-makers responsible for significant areas of American life — schools, universities, businesses, restaurants, entertainment venues, and the like, along with the elites responsible for shaping public discourse — to see the fundamental illogic and injustice of empty virtue-signaling.

***Richard J. Shinder is the founder and managing partner of Theatine Partners, a financial consultancy.***

Print

# Twenty Reasons Mandatory Face Masks are Unsafe, Ineffective and Immoral

By John C. A. Manley
Global Research, February 24, 2021

Url of this article:
https://www.globalresearch.ca/twenty-reasons-mandatory-face-masks-are-unsafe-ineffective-and-immoral/5735171



First published by Global Research on January 23, 2021

## Nine Potential and Proven Dangers to Muzzling Yourself

**1. Cavities:** New York dentists are reporting that half their patients are suffering decaying teeth, receding gum lines and seriously sour breath from wearing masks. "We're seeing inflammation in people's gums that have been healthy forever, and cavities in people who have never had them before," Dr. Rob Ramondi told FOX News.

**2. Facial Deformities:** Masking children triggers mouth breathing which as been shown to cause "long, narrow faces, narrow mouths, high palatal vaults, dental malocclusion, gummy smiles, and many other unattractive facial features," according to the Journal of General Dentistry.

**3. Acne Vulgaris:** Moisture and germs collecting in the mask cause "facial skin lesions, irritant dermatitis… or worsening acne" (according to Public Health Ontario) which stresses the immune system, can lead to permanent scarring and has been linked to depression and suicidal thoughts (according to the Journal of Dermatologic Clinics). Children also develop impetigo, a bacterial infection that produces red sores and can lead to kidney damage (according to the Mayo Clinic).



"The masks may look like they are not much … What's the big deal? The big deal is, they may be soft, and they may look okay, but this is George Orwell's boot on a human face forever if we don't get this off."

—Dr. Lee Merritt, MD, spinal surgeon

**4. Increased Risk of COVID-19:** "Mask use by the general public could be associated with a theoretical elevated risk of COVID-19 through… self-contamination," states Public Health Ontario in Wearing Masks in Public and COVID-19. "By wearing a mask, the exhaled viruses will not be able to escape and will concentrate in the nasal passages, enter the olfactory nerves and travel into the brain," theorizes nationally recognized board-certified neurosurgeon, Dr. Russell Blaylock, MD (in an article at The Centre for Research on Globalization).

**5. Bacterial Pneumonia:** At an Oklahoma Press Conference, Dr. James Meehan, MD testified: "Reports coming from my colleagues all over the world are suggesting that the bacterial pneumonias are on the rise" as a result of moisture collecting in face masks.

**6. Immune Suppressing:** Masks are often worn by criminals trying to hide their identity while perpetuating an offence (theft, violence, rape, murder, etc.). They produce subconscious anxiety and fear. Fear and anxiety activate the fight-or-flight nervous system which down-regulates the immune system, as shown in a study by the American Psychological Association.

**7. Germophobia:** Masks create an irrational fear of germs and a false sense of protection from disease, leading to antisocial (or even hostile) behaviour towards those not wearing a mask. (See the paper in the Journal of Obsessive-Compulsive and Related Disorders titled "COVID-19, obsessive-compulsive disorder and invisible life forms that threaten the self").

**8. Toxic:** Many (if not most) masks and face coverings (including cloth) are made with toxic and carcinogenic chemicals including fire retardant, fibreglass, lead, NFE, phthalates, polyfluorinated chemicals and formaldehyde that will outgas and be inhaled by the wearer. (See "5 main hazardous chemicals in clothing from China named" by Fashion United).

**9. Psychologically Harmful:** "I believe the real threat right now is what we're doing to sabotage the mental, emotional and physical health of… our children, whose development is dependent on social interactions, physical contact and facial expressions," writes Dr. Joseph Mercola of Mercola.com. "Between mask wearing and social distancing, I fear the impact on children in particular may be long-term, if not permanent."

## Six Proofs Masks Do Not Reduce Infections

**1. Insubstantial:** A CDC-funded review on masking in May 2020 came to the conclusion: "Although mechanistic studies support the potential effect of hand hygiene or face masks, evidence from 14 randomized controlled trials of these measures did not support a substantial effect on transmission of laboratory-confirmed influenza… None of the household studies reported a significant reduction in secondary laboratory-confirmed influenza virus infections in the face mask group." If masks can't stop the regular flu, how can they stop SAR-CoV-2?

**2. Unreasonable:** "Evidence that masking as a source [of] control results in any material reduction in transmission was scant, anecdotal, and, in the overall, lacking… [and mandatory masking] is the exact opposite of being reasonable," ruled a hospital arbitrator in a dispute between The Ontario Nurses' Association and the Toronto Academic Health Science Network.

**3. Ineffective:** "Oral masks in healthy individuals are ineffective against the spread of viral infections," write Belgian medical doctors in an open letter published in _The American Institute of Stress_, September 24, 2020.

**4. Unsanitary:** "It has never been shown that wearing surgical face masks decreases postoperative wound infections," writes Göran Tunevall, M.D. in the _World Journal of Surgery_. "On the contrary, a 50% decrease [in bacterial infection] has been reported after omitting face masks."

**5. No Protection:** "There were 17 eligible studies.… None of the studies established a conclusive relationship between mask / respirator use and protection against influenza infection," concludes a research review in the journal _Influenza and Other Respiratory Viruses_.

**6. Unproven:** Dutch Minister for Medical Care, Tamara van Ark, asserted that "from a medical perspective there is no proven effectiveness of masks" after a review by the National Institute for Health on July 29, 2020 (according to _Reuters_).

# Five Ways Forced Masking is Immoral

**1. Reckless:** "By making mask-wearing recommendations and policies for the general public, or by expressly condoning the practice, governments have both ignored the scientific evidence and done the opposite of following the precautionary principle," writes Denis Rancourt, PhD in his 2020 paper _Masks Don't Work_.

**2. Manipulative:** Dr. Andreas Voss, member of the World Health Organization expert team and head of microbiology at a Dutch hospital in Nijmegen, on July 24, 2020, told _I Am Expat_ that masks were made mandatory "not because of scientific evidence, but because of political pressure and public opinion."

**3. Fear-Mongering:** "In fact, there is no study to even suggest that it makes any sense for healthy individuals to wear masks in public," write Drs. Karina Reiss, Phd and Dr. Sucharit Bakdi, MD in _Corona, False Alarm?_ "One might suspect that the only political reason for enforcing the measure is to foster fear in the population."

**4. Totalitarian:** "If you look at the history of totalitarian regimes… they all do the same thing, which is they try to crush culture, and crush any evidence of self-expression…" explains Robert F. Kennedy, Jr. in an interview regarding face masks. "And what is the ultimate vector for self-expression? It's your facial expressions…. [Yet] we've all been told to put on the burqa and be obedient."

**5. Virtue-Signalling:** "Masks are utterly useless," testified Dr. Roger Hodkinson, a pathologist, certified with the Royal College of Physicians and Surgeons of Canada, at a city council meeting. "…masks are simply virtue-signalling… It's utterly ridiculous seeing these unfortunate, uneducated people — I'm not saying that in a pejorative sense — walking around like lemmings, obeying without any knowledge base, to put the mask on their face."

You can download, print and distribute a two-page printable handout of this article here.

Special thanks to artist Allen Forest for use of his Masked Mona Lisa cartoon.

_**John C. A. Manley**_ _has spent over a decade ghostwriting for medical doctors, naturopaths and chiropractors. Since March 2020, he has been writing articles that question and expose the contradictions in the COVID-19 narrative and control measures. He is also completing a novel, Much Ado About Corona: A Dystopian Love Story. You can visit his website at_ _MuchAdoAboutCorona.ca_.

### _Related Articles_

**Disclaimer:** The contents of this article are of sole responsibility of the author(s). The Centre for Research on Globalization will not be responsible for any inaccurate or incorrect statement in this article.

Copyright © John C. A. Manley, Global Research, 2021

**Table 1**

Plaintiff's Exhibit 99

Physiological and Psychological Effects of Wearing Facemask and Their Potential Health Consequences.

| Physiological Effects | Psychological Effect | Health Consequences |
|---|---|---|
| • Hypoxemia<br>• Hypercapnia<br>• Shortness of breath<br>• Increase lactate concentration<br>• Decline in pH levels<br>• Acidosis<br>• Toxicity<br>• Inflammation<br>• Self-contamination<br>• Increase in stress hormones level (adrenaline, noradrenaline and cortisol)<br>• Increased muscle tension<br>• Immunosuppression | • Activation of "fight or flight" stress response<br>• Chronic stress condition<br>• Fear<br>• Mood disturbances<br>• Insomnia<br>• Fatigue<br>• Compromised cognitive performance | • Increased predisposition for viral and infection illnesses<br>• Headaches<br>• Anxiety<br>• Depression<br>• Hypertension<br>• Cardiovascular disease<br>• Cancer<br>• Diabetes<br>• Alzheimer disease<br>• Exacerbation of existing conditions and diseases<br>• Accelerated aging process<br>• Health deterioration<br>• Premature mortality |

Plaintiff's Exhibit 100

blacklistednews.com

# Long-Term Mask Use May Contribute to Advanced Stage Lung Cancer, Study Finds

4-5 minutes



==A recent study in the journal Cancer Discovery found that inhalation of harmful microbes can contribute to advanced stage lung cancer in adults. Long-term use of face masks may help breed these dangerous pathogens.==

==Microbiologists agree that frequent mask wearing creates a moist environment in which microbes are allowed to grow and proliferate before entering the lungs.== Those foreign microbes then travel down the trachea and into two tubes called the bronchi until they reach small air sacks covered in blood vessels called alveoli.

*"The lungs were long thought to be sterile, but we now know that oral commensals–microbes normally found in the mouth–frequently enter the lungs due to unconscious aspirations." – Leopoldo Segal, Study Author and Director of the Lung Microbiome Program and Associate Professor of Medicine at New York University Grossman School of Medicine*

According to the study, after invading the lungs these microbes cause an inflammatory response in

proteins known as cytokine IL-17.

*"Given the known impact of IL-17 and inflammation on lung cancer, we were interested in determining if the enrichment of oral commensals in the lungs could drive an IL-17-type inflammation and influence lung cancer progression and prognosis,"* said Segal.

While analyzing lung microbes of 83 untreated adults with lung cancer, the research team discovered that colonies of Veillonella, Prevotella, and Streptococcus bacteria, which may be cultivated through prolonged mask wearing, are all found in larger quantities in patients with advanced stage lung cancer than in earlier stages. The presence of these bacterial cultures is also associated with a lower chance of survival and increased tumor growth regardless of the stage.

Additionally, research into the cultivation of Veillonella bacteria in the lungs of mice found that the presence of such bacteria leads to the emergence of immune suppressing cells as well as inflammatory ones such as cytokine IL-17.

*"Given the results of our study, it is possible that changes to the lung microbiome could be used as a biomarker to predict prognosis or to stratify patients for treatment." – Leopoldo Segal*

As more evidence emerges pertaining to the long-term effects of mask mandates and lock downs, doctors and scientists are beginning to reconsider whether these authoritarian measures really are doing more harm than good. One Canadian public health expert named Dr. Aji Joffe found in a related study that lock downs cause "at least ten times" more damage than benefit.

In a recent working paper by researchers at Harvard, Duke, and John Hopkins Universities, academics concluded that *"for the overall population, the increase in the death rate following the COVID-19 pandemic implies a staggering 0.89 and 1.37 million excess deaths over the next 15 and 20 years, respectively."*

Since forced mask wearing began, dermatologists have coined the term 'maskne' to describe an onset of pimples near the mouth caused by masks clogging up pores with oil and bacteria. This can be caused by either disposable or cloth masks.

Dentists have also been warning about a phenomenon known as 'mask mouth' in which patients are arriving back to the dental office with an increase in gingivitis and tooth decay as high as 50% in a period of just a few months since mask mandates began.

This discovery sheds light on the growing evidence of harm caused by long-term mask wearing.

**About the Author**

Phillip Schneider is a staff writer for Blacklisted News. To see more of his work, you can follow his Facebook Page, become a subscriber on the free speech social network Minds, or support his efforts by becoming a contributor via Patreon.

Plaintiff's Exhibit 101

nomaskers.org

# NOMASKERS.ORG

*Copyright Benchmark Technologies, Incorporated*

17-21 minutes



Posted By: Dr. Sircus (drsircus) on 05/17/2021

The Science – Facemasks Worse than Useless

https://nomaskers.org/index.cfm?key=browse_news&PostDate=all

**Mask Madness – The Death of Science**

Published on May 3, 2021

If you wanted to grow up to be a mass murderer, destroyer of health and happiness, if you wanted to inflict maximum harm on the entire human race, what profession would you choose? Besides being a CEO of a big pharmaceutical company like Pfizer or a maniac like Gates, the perfect job description with the ability to do the most harm would be a public health official.

A group of men and women executed a plan under development for decades to drive people's health into the toilet. Terrorists without equal, they have armed themselves with the tools to attack the very foundations of life and health. They have deprived people, en mass, of the life/health-giving rays of the sun (depressing vitamin D levels) with their lockdowns.

*Top German scientists: chemical cocktail found in some face masks.*

*Quebec: Potentially toxic masks distributed in schools and daycares.*

Through wearing masks, public health officials forced practically the entire human race into hypoxic breathing conditions. Wearing a mask reduces the oxygen we breathe in and increases the $CO_2$ intake. Masks are muzzling suffocation devices that science says are causing great harm. Public health officials and the politicians who ride on their coattails have not the slightest interest in science about masks or vitamin D., And they cannot admit they were wrong, dead wrong even when science tells them they are.





*Which party has imposed the most brutal, economy-eviscerating lockdowns and the most punitive mask mandates, while steadily ratcheting up the fearmongering at every opportunity?*

<u>Mike Whitney</u>

Special Offer: My 100 lesson course on cancer at eighty percent off the regular price of 500 dollars. So your cost will be only 99 dollars. The course is part of a doctoral program at Da Vinci University and, when taken for credit, costs 1,000 Euros for both parts. <u>I want!</u> »

Since the beginning of COVID, we were told to "listen to the public health experts." Dr. Fauci, Rachel Levine, Tedros Adhanom, Bill Gates (who pretends to know something about medicine), and groups like the CDC, WHO, Gates Foundation, Imperial College, etc. These people and organizations are supposedly the best resources out there for dealing with pandemics and disease spread, **but it turns out they are the worst**. They got it wrong on just about everything, and the price in terms of suffering and even death is astonishing.



<u>The States Without Mask Mandates Have Lower COVID Rates</u>

<mark>The number of new Texas COVID cases has dropped to record lows on the year in the weeks since the state moved to scrap mask mandates, despite hysterical warnings from mainstream media and the Biden regime that ditching the masks would result in mass casualties.</mark> One has to wonder about the scale of the harm done to the public with mask mandates. The science presented below begins to answer, but when you read that some want to have two-year-olds wearing masks, we deal with exceptional stupidity, cruelty, or both.

If you think my languaging is overstrong or that I am overblowing the case, read John Whitehead's

words, "I have studied enough of this country's history—and world history—to know that governments (the U.S. government is no exception) are at times indistinguishable from the evil they claim to be fighting, whether that evil takes the form of <u>terrorism</u>, torture, <u>drug trafficking</u>, <u>sex trafficking</u>, murder, violence, theft, <u>scientific experimentations</u> or some other <u>diabolical means of inflicting pain, suffering, and servitude on humanity</u>.

Don't think that everyone is passive about masks. <u>People all over are demonstrating against mask mandates</u>.

**The Science – Facemasks Worse than Useless**



A recent Stanford study showed that masks do absolutely nothing to help prevent the spread of COVID-19, and their use is harmful. The data suggest that both medical and non-medical facemasks are ineffective in blocking the human-to-human transmission of viral and infectious diseases such as SARS-CoV-2 and COVID-19. Wearing facemasks has been demonstrated to have <u>substantial adverse physiological and psychological effects</u>.

These include hypoxia, hypercapnia, shortness of breath, increased acidity and toxicity, activation of fear and stress response, rise in stress hormones, immunosuppression, fatigue, headaches, a decline in cognitive performance, predisposition for viral and infectious illnesses, chronic stress, anxiety, and depression. Long-term consequences of wearing a facemask can cause health deterioration, development and progression of chronic diseases, and premature death.

<mark>A peer-reviewed study</mark> published by the International Journal of Environmental Research and Public <mark>Health</mark> (IJERPH) in the Multidisciplinary Digital Publishing Institute (MDPI) last week and entitled *Is a Mask That Covers the Mouth and Nose Free from Undesirable Side Effects in Everyday Use and Free of Potential Hazards?* concludes that "extended mask-wearing by the general population could lead to relevant effects and consequences in many medical fields."

<mark>Effects of mask-wearing examined in the study include an increase in breathing resistance, increase in blood carbon, dioxide decrease in blood oxygen saturation, increase in heart rate, decrease in</mark>

==cardiopulmonary capacity, feeling of exhaustion, increase in respiratory rate, difficulty breathing, and shortness of breath, headache, dizziness, feeling of dampness and heat, drowsiness (qualitative neurological deficits), decrease in empathy perception, impaired skin barrier function with acne, itching and skin lesions.==

Gates, who pretends to be smarter than everyone, thinks there is no downside to wearing masks. He must be right, and science is wrong. Back to the dark ages is what COVID, Bill Gates, Fauci (I hate to call him a doctor), and the World Health Organization has brought us. Gates does not have the intelligence to understand why people resist wearing masks. Both he and his wife believe, "**Every single person should be wearing a mask without exception." Fauci and the CDC want us to wear two masks to double the trouble with mask side-effects, which can be quite severe.**



Who should we believe, medical scientists at Stanford or the Gates? Nick Dearden, executive director of Global Justice Now, characterized Gates' remarks — and the ideological framework behind them — as "disgusting." "Who appointed this billionaire head of global health?" asked Dearden. "Oh yeah, he did."

The pore size of cloth face coverings ranges from ~ 20-100 microns.  The COVID virus is 200-1000x smaller than that, at 0.1 microns. Putting up a chain-link fence will not keep out a mosquito. Even the most esteemed medical journals admit their purpose is to calm anxiety. =="Expanded masking protocols' greatest contribution may be to reduce the transmission of anxiety," writes Dr. Simonie Gold.==

The publication of a long-delayed trial in Denmark was one of the first current studies in the Age of COVID to pour cold water on masks. The 'Damask-19 trial' was conducted in the spring with over 6,000 participants when the public was not being told to wear masks, but other public health measures were in place. Unlike other studies looking at masks, the Danmask study was a randomized controlled trial – making it the highest quality scientific evidence.

In the end, there was no statistically significant difference between those who wore masks and those who did not when it came to being infected by Covid-19. 1.8 percent of those wearing masks caught Covid, compared to 2.1 percent of the control group. As a result, it seems that any effect masks have on preventing the spread of the disease in the community is small.





**Older Science Confirms Masks Are Worthless**

A May 2020 meta-study on pandemic influenza published by the US CDC found that face masks had no effect, neither as personal protective equipment nor as a source control.

A July 2020 review by the Oxford Centre for Evidence-Based Medicine found that there is no evidence for the effectiveness of cloth masks against virus infection or transmission.

A Covid-19 cross-country study by the University of East Anglia came to the conclusion that a mask requirement was of no benefit and could even increase the risk of infection.

An April 2020 review by two U.S. professors in respiratory and infectious disease from the University of Illinois concluded that face masks have no effect in everyday life, neither as self-protection nor to protect third parties (so-called source control).

An article in the *New England Journal of Medicine* from May 2020 came to the conclusion that cloth face masks offer little to no protection in everyday life.

A July 2020 study by Japanese researchers found that cloth masks "offer zero protection against coronavirus" due to their large pore size and generally poor fit.

A 2015 study in the British Medical Journal BMJ Open found that cloth masks were penetrated by 97% of particles and may increase infection risk by retaining moisture or repeated use.

**Oxygen Deprivation**



In Massachusetts, people are fined if they are not wearing masks outdoors – even children as young as five are forced to do so by law. In some places like Michigan the governor wants children as young as two. She should be brought up on charges of serial child abuse.

Eric Toner, a senior scholar at the Johns Hopkins Center for Health Security, one of the inside organizations for pandemic planning, said,  "I think that mask-wearing and some degree of social distancing, we will be living with — hopefully living with happily — for several years." The original title

of this essay was 'Psychotic Belief in Masks.' Toner certainly qualifies in terms of being psychotic about masks.

Requiring children to wear masks does more harm than good, Dr. Jay Bhattacharya, a professor of medicine at Stanford University, told The Epoch Times. Bhattacharya advised Florida Gov. Ron DeSantis not to make children don face coverings.

What will be the effect will be of depriving oxygen to billions of people for years? How happy will that make people? Or inhaling dangerous amounts of CO2, what is that going to do to peoples' health after several years or even after only a few weeks or months.

In one study, researchers examined the blood oxygen levels in 53 surgeons using an oximeter. They measured blood oxygenation before surgery as well as at the end of surgeries.4 The researchers found that the mask reduced the blood oxygen levels (pa02) significantly. **The longer the duration of wearing the mask, the greater the fall in blood oxygen levels.**[1]

A drop in oxygen levels (hypoxia) is associated with an impairment in immunity. Studies have shown that hypoxia can inhibit the type of primary immune cells used to fight viral infections called the CD4+ T-lymphocyte. This occurs because the hypoxia increases the level of a compound called hypoxia-inducible factor-1 (HIF-1), which inhibits T-lymphocytes and stimulates a powerful immune inhibitor cell called the Tregs.

Decreasing the amount of oxygen people breathe by forcing people to wear masks is cruel and medically stupid. Under the mask, O2 readings drop from a regular 21 to an unhealthy 17.5, ringing the alarm of the official OSHA devices that measure such things. No one has mentioned or measured what happens when two masks are simultaneously worn.

The usual amount of CO2 in the air is approximately 400 ppm. When measured around the nose or the mouth, it would be higher. But wear a mask, and concentrations shoot up into thousands of ppm. This is not healthy! Carbon dioxide in the air we breathe usually is at 0.0390 percent. When we breathe out, it is 4.0 percent.

The minimum oxygen concentration in the air required for human breathing is 19.5 percent. Approximately 78 percent of the air we breathe is nitrogen gas, while only about 20.9 percent is oxygen. The Occupational Safety and Health Administration, OSHA, determined the optimal range of oxygen in the air for humans runs between 19.5 and 23.5 percent.

**Not Enough Oxygen: Side Effects**



Serious side effects can occur if the oxygen levels drop outside the safe zone. When oxygen concentrations drop from 19.5 to 16 percent and engage in physical activity, your cells fail to receive the oxygen needed to function correctly. So wearing masks is not indicated for any reason because masks represent slow suffocation.  Not quite as bad as strangling a person or killing them outright by completely cutting off their breath, but across the board, health will be depressed, and death from all causes will increase.

In Oregon, a high school track coach, Dave Turnbull, called for an end to rules mandating mask-wearing during the competition after one of his student-athletes collapsed from "complete oxygen debt." Track star Maggie Williams was running the 800-meter race when *she collapsed to the ground* just meters short of the finish line.

**Psychotic Beliefs in Masks**



A vast swath of the populace has a borderline psychotic belief that a thin piece of cloth will save them from COVID flu, which will not kill 99.9% of Americans. One clear example of mask-induced mental illness is seen in a report that an extremely tolerant, mostly peaceful journalist named Kurt Eichenwald wanted to beat an anti-masker to death. He tweeted: "It's at a moment like this that I want to find an anti-masker and beat them to death. Since they believe they have the right to kill others, they have surrendered any right to object."

The CDC is on record about masks– "14 randomized controlled trials did not support a substantial effect on transmission. There is limited evidence for their effectiveness in preventing influenza virus transmission either when worn by the infected person for source control or when worn by uninfected persons to reduce exposure. Our systematic review found no significant effect of face masks on the transmission of laboratory-confirmed influenza."



**More Mask Madness – Governments and Police Loose It**

A judge at the Weimar District Court, Christian Dettmar, had his house searched today. His office, private premises, and car were searched. The judge's cell phone was confiscated by the police. The judge had made a sensational decision on April 8, 2021, which was very inconvenient for the government's anti Coronavirus measures policy.

*Masks could be delaying development among babies.*

At the suggestion of a mother, the judge had ruled in a child welfare proceeding pursuant to Section 1666 of the German Civil Code (BGB), Ref.: 9 F 148/21, that two Weimar schools were prohibited with immediate effect from requiring students to wear mouth-nose coverings of any kind.

Some places like Oregon seek to keep COVID mask mandates' indefinitely.'

American judges are removing children from parental custody for not wearing a mask.

Spain has passed a new law forcing people to wear face masks everywhere outside and even while swimming in the sea. Yes, really.

A New York City judge has removed a 6-year-old girl from her mother because she did not wear a mask while dropping her off outside of the school.

The CDC Thinks 2-Year-Olds Should Wear Masks in Schools, Even If Everyone Else Is Vaccinated

**Who Cares About the Planet? Not Health Officials**

Certainly not the FDA or Dr. Fauci. The planet may be facing a new plastic crisis, similar to the one brought on by bottled water, but this time involving discarded face masks. "Mass masking" continues to be recommended by most public health groups during the **COVID-19** pandemic, despite research showing masks do not significantly reduce the incidence of infection. As a result, it's estimated that 129 billion face masks are used worldwide each month, which works out to about 3 million masks a minute. Most of these are the disposable variety, made from plastic microfibers.

| | |
|---|---|
|  | Public Comment This guidance is being issued to address the Coronavirus Disease 2019 (COVID-19) public health emergency. This guidance is being implemented without prior public comment because the Food and Drug Administration (FDA or Agency) has determined that prior public participation for this guidance is not feasible or appropriate (see section 701(h)(1)(C) of the Federal Food, Drug, and Cosme...  READ MORE |
|  | - April 28, 2021Download the .PDF belowABSTRACTThe knowledge of biotechnology increases the risk of using biochemical weapons for mass destruction. Prions are unprecedented infectious pathogens that cause a group of fatal neurodegenerative diseases by a novel mechanism. They are transmissible particles that are devoid of nucleic acid. Due to their singular characteristics, Prions emerge as potenti...  READ MORE |
|  | - April 27, 2021(Download .PDF below)"Long-term Consequences of Wearing Facemask Can Cause Health Deterioration, Developing and Progression of Chronic Diseases, and Premature Death."Note: FactCheck.org has this to say about the study:Stanford Medicine says it "strongly supports the use of face masks to control the spread of COVID-19." Yet viral stories falsely claim a "...  READ MORE |

Plaintiff's Exhibit 102

ophthalmologytimes.com

# Masking the issue of dry eye

*Lynda Charters*

3 minutes

---

*Wearing a face mask can help slow the spread of COVID-19, and may also lead to a spike in cases of dry eye. The Centre for Ocular Research and Education at the University of Waterloo, Ontario, Canada, is advising eye care professionals on how to recognize and mitigate mask-associated dry eye.*



© bodiaphoto — stock.adobe.com

Wearing a face mask effectively helps prevent the spread of coronavirus disease 2019 (COVID-19) and, ironically enough, also effectively creates more cases of dry eye.

The Centre for Ocular Research and Education (CORE) at the University of Waterloo, Ontario, Canada, is advising eye care professionals on how to recognize and mitigate mask-associated dry eye.

"Asking patients about their mask-wearing experiences and providing a few helpful tips takes little time and can make a substantial difference," noted Lyndon Jones,

FCOptom, PhD, director of CORE.

The mechanism of the development of dry eye is tied to the outward spread of air that the mask creates.

As the experts at CORE explained, exhaled air still needs to disperse; when a mask sits loosely against the face the likely route is upwards.

This forces a stream of air over the surface of the eye, creating conditions that accelerate tear film evaporation, leading to dry spots on the ocular surface and discomfort.

This scenario not only helps dry eye to develop, but also exacerbates pre-existing dry eye.

A large population of people can be affected, including elderly individuals who may already have poorer quality tear film. It also may affect contact lens wearers, and people who work for long periods in air-conditioning and use computers.

In addition, individual may rub their eyes to relieve the symptoms, which can help spread the virus to the face.

**Suggestions for clinicians, patients**

CORE advised clinicians to be aware of the connection between masks and dry eye and to talk with patients about how their eyes feel when a mask is worn.

An infographic was developed by CORE (available at COVIDEyeFacts.org) shows a few steps to provide relief of dry eye symptoms.

Some of the tips include appropriate mask wear with glasses, lubricating eye drops, less time in air-conditioning and taking breaks from the use of digital device, as well as consulting with eye care providers.

Jones emphasized the importance of responsibly wearing a mask despite to overcome the virus despite this newly recognized adverse effect.

He urges practitioners to communicate with patients and help them overcome the dry eye discomfort.

Plaintiff's Exhibit 103

**Masks, false safety and real dangers, Part 1:**
**Friable mask particulate and lung vulnerability**

Boris Borovoy, Colleen Huber, Q Makeeta

## Abstract

There is no biological history of mass masking until the current era.  It is important to consider possible outcomes of this society-wide experiment.  The consequences to the health of individuals is as yet unknown.

Masked individuals have measurably higher inspiratory flow than non-masked individuals.  This study is of new masks removed from manufacturer packaging, as well as a laundered cloth mask, examined microscopically.  Loose particulate was seen on each type of mask.  Also, tight and loose fibers were seen on each type of mask.  If every foreign particle and every fiber in every facemask is always secure and not detachable by airflow, then there should be no risk of inhalation of such particles and fibers.  However, if even a small portion of mask fibers is detachable by inspiratory airflow, or if there is debris in mask manufacture or packaging or handling, then there is the possibility of not only entry of foreign material to the airways, but also entry to deep lung tissue, and potential pathological consequences of foreign bodies in the lungs.

## Introduction

The nose and mouth are the gateways to the lungs for land vertebrates.  There is no known history of a species that has begun to voluntarily or involuntarily obstruct, partially obstruct or filter the orifices to their airways and lungs.   We have no biological history of such a species or how they would have adapted to or possibly survived such a novel practice.

However, recently, in mid-2020, throughout the world, in some countries far more than others, human self-masking has become commonplace, whether due to insistence by governments, requirement of employers, educational institutions and business-owners, or social pressures in one's immediate social circles.  The proximal reason behind these reasons is abundant fear and desire for protection from COVID-19 throughout the world in 2020.  People have been either coerced or otherwise pressured to wear "face coverings," allegedly for the purpose of "slowing the spread of COVID-19."  The general public's response is to use disposable surgical masks, and a wide variety of cloth masks and other cloth face coverings.  In the western hemisphere at least these facemasks had not been worn outside of certain hospital facilities, not outside of surgical settings and intensive care units of hospitals.

Prior research has overwhelmingly shown that there is no significant evidence of benefits of masks, particularly regarding transmission of viral infections, and that there are well-established risks.  Evidence from peer-reviewed clinical studies and meta-analyses on problems concerning the effectiveness and safety of masks are summarized in this article.[1]

Optimal oxygen intake in humans has been calculated in the absence of any obstruction to the airways.  The US Occupational Safety and Health Administration (OSHA) has determined that the optimal range of oxygen in the air for humans is between 19.5 and 23.5%.   In previous times, before the COVID-19 era,

OSHA required that any human-occupied airspace where oxygen measured less than 19.5% to be labelled as "not safe for workers."[2]  The percentage of oxygen inside a masked airspace generally measures 17.4% within several seconds of wearing.  It has been observed that maximal voluntary ventilation and maximal inspiratory pressure increase during lower availability of oxygen at ascent in altitude, [3] as well as for those who live at high altitude.[4]  Because oxygen is so essential to life, and in adequate amounts, humans and animals have developed the ability to sense changes in oxygen concentration, and to adapt to such challenges quickly.  The medulla oblongata and carotid bodies are sensitive to such changes.  Both lower ambient oxygen and increased ambient carbon dioxide stimulates ventilation, as the body quickly and steadfastly attempts to acquire more oxygen.[5]  As a compensatory mechanism, inspiratory flow is measurably higher in mask-wearers than in controls.[6]

The question then arises:  If inspiratory flow is increased over normal while wearing a mask, is every fiber attached to one's facemask secure enough not to be inhaled into the lungs of the mask-wearer?  Is it good enough for a majority of these fibers to be secure?  Or must every part of every mask fiber of every mask be secure at all times?

**Materials Used in Masks**

Inhaled cotton fibers have been shown to cause subpleural ground glass opacities at the surface of the visceral pleura, as well as centrilobular and peribronchovascular interstitial thickening, as well as fibrous thickening of peribronchiolar interstitium.  It was found by spectral analysis by infrared spectrophotometry that the foreign bodies in the lungs had an identical pattern to that of cellulose, which must have come from the inhaled cotton fibers.[7]  Cotton and even silk may contribute to COPD in textile workers.  Byssinosis is a pulmonary syndrome related to textile work.  When textile workers were exposed to organic dusts from textiles in the workplace, both reversible and irreversible pulmonary conditions, such as asthma and COPD developed.[8]  It should be remembered that unmasked textile workers would not have such high inspiratory flow as masked individuals.

Therefore, there is even more need that the fibers, debris and other particulate attached to cloth masks would stay entirely intact; every fiber, and every part of every fiber, and throughout every breath, at all times, even down to the size of nanometers.

Disposable surgical face masks are made of synthetic fibers, including polymers such as polypropylene, polyurethane, polyacrylonitrile, polystyrene, polycarbonate, polyethylene or polyester.  There is an inner layer of soft fibers and a middle layer, which is a melt-blown filter, as well as a water-resistant outer layer of nonwoven fibers.[9]  This study shows FT-IR spectra of the degrading fibers of disposable masks. It found that disposable face masks "could be emerging as a new source of microplastic fibers, as they can degrade/fragment or break down into smaller size/pieces . . . . [10]

Research on synthetic fibers has shown a correlation between the inhalation of synthetic fibers and various bronchopulmonary diseases, such as asthma, alveolitis, chronic bronchitis, bronchiectasis, fibrosis, spontaneous pneumothorax and chronic pneumonia.  Cellular proliferation made up of histiocytes and fibroblasts were found in the lungs of those exposed to synthetic fibers in ambient air. Focal lesions in the lungs showed granulomas and collagen fibers containing both fine dust and long fibers.  Some of the lung illnesses from this exposure could be reversed, while others had already proceeded to pulmonary fibrosis.[11]

2

Bioburden of masks has also been established.  This study found bioburden on each type of mask studied, even after first use in a surgical environment.  Speaking while wearing masks resulted in a significantly higher bioburden cultured from the face side of a mask.[12]

**Possible Risk of Pulmonary Fibrosis**

Pulmonary fibrosis is among the worst diseases that can be suffered or witnessed.  It kills exceedingly slowly, by ever-thickening matrix formation, a kind of scar tissue, obstructing the alveoli and reducing their air exchange.  The illness worsens slowly over time, and suffocates the victim very gradually.  Nothing is available to the sufferer from conventional medicine.  Neither medication nor radiation can undo the damage of the fibrous matrix laid down in the lungs' tissue.  Similarly, surgery is not available to eliminate the insidious, suffocating mesh that painstakingly takes the life of the unfortunate patient.  Neither is any known cure available in the realm of natural or alternative medicine.  Neither nutrient, herb, nor any other known treatment can even reduce the fibrogenesis, let alone eliminate it.  The 5-year survival rate is only 20%.[13]  The only remedy against this scourge is diligent prevention of small and microscopic inhaled foreign bodies.

Inhaled particles, particularly nanoparticles, can begin the process of pulmonary fibrosis by forming free radicals such as superoxide anions.  The resulting oxidative stress promotes inflammatory responses and surface reactivity.[14]  The pathogenesis of idiopathic pulmonary fibrosis begins when Type 2 alveoli are injured and epithelia is not fully healed.  Interstitial fibroblasts differentiate into myofibroblasts, which gather in fibrotic foci and form fibers with contractile properties.[15]  This is followed by synthesis and deposit of extracellular matrix, which seems to be key in suffocating the air exchange of alveoli.

Particles of nanometer to micrometer size have been implicated as causative agents in pulmonary fibrosis.[16]  Airborne inhaled nano-size particles are especially dangerous for the lungs, but are small enough to undergo transcytosis across epithelial and endothelial cells to enter blood and lymph, reaching the cardiovascular system, spleen, bone marrow, and have been observed to travel along axons and dendrites of the central nervous system and ganglia, a phenomenon that has been known for decades.[17]

Inhaled particles of 20 nm have deposited, more than other sizes of nano-particles, in the alveolar region, during nose-breathing of a person at rest.[18]

**Methods**

We examined microscopically the concave face side of a variety of new masks, taken directly out of their packaging from the manufacturer, not yet worn.  However, the cloth mask below was worn for one day, and then laundered, and never worn again.

The following are the types of masks and the macroscopic view of the face side of each:

3



| Cup mask | | Cloth mask, worn one day, then laundered, and not used again | |
| N-95 mask #1 | | N-95 mask #2 | |
| Surgical mask | | | |

The following photos were taken of the same masks at 40x to 100 x magnification.
Higher resolution photos from other sources are in Appendix A.

On the other hand, when masks are used, particulate and fibers may become further loosened.  The following photo shows a lightly used hospital face mask illuminated by a consumer LED flashlight.



**Results**

A variety of face masks were examined macroscopically and microscopically. Each type of new, just unpackaged mask showed particulate matter and/or unidentified fibers.  The first N-95 showed the fewest loose particles.  All of the masks showed partially loose fibers in nearly every visual field.  The cloth mask had been used previously but was laundered and then not used again.  This also showed loose fibers dangling from the woven fabric of the mask, as well as particulate debris.  The cloth mask had more loose fibers than the others, typically 4 or 5 partially loose or dangling fibers that were compressible toward the weave in each visual field.

The unclean appearance surrounding the oval shapes of the surgical mask may be due to an artifact of the thermal processing of mask textile.  This may be some drops of melted polyethylene or other polymer plastic.

**Conclusion**

Surgical personnel are trained to never touch any part of a mask, except the loops and the nose bridge.  Otherwise, the mask is considered useless and is to be replaced.  Surgical personnel are strictly trained not to touch their masks otherwise.  However, the general public may be seen touching various parts of their masks.  Even the masks just removed from manufacturer packaging have been shown in the above photos to contain particulate and fiber that would not be optimal to inhale.

Both cotton and polymer clothing have been well-tolerated without pathology when covering any other part of the body, except over the only entry points/gateway to the respiratory system.  Inhalation risks,

such as the constant ventilation of the respiratory process, increased by the greater effort to attempt to fulfill bodily oxygen needs, with mostly and closely covered orifices are of great concern for those who would want to protect pulmonary health, without inhalation of unwanted particulate.  When partial airway obstruction, i.e. masking, is added, deeper and more forceful breathing occurs.  When this phenomenon is combined with the particles found herein on microscopic examination of the face side of newly unpackaged, never worn masks, there can arise the risk of a dangerous level of foreign material entering lung tissue. Furthermore, worn masks can only either lose these particles to lodge in the lungs of the wearer, or they would accumulate during use, to the burden (both biological and debris) of non-mask material carried on the inside of the mask.

Further concerns of macrophage response and other immune and inflammatory and fibroblast response to such inhaled particles specifically from facemasks should be the subject of more research.

If widespread masking continues, then the potential for inhaling mask fibers and environmental and biological debris continues on a daily basis for hundreds of millions of people.  This should be alarming for physicians and epidemiologists knowledgeable in occupational hazards.

**About the authors:**

Boris A Borovoy, MPH has a Master in Public Health from Moscow Medical Academy.

Colleen Huber, NMD is a Naturopathic Medical Doctor, and has been writing articles regarding COVID-19 topics for Primary Doctor, on https://www.primarydoctor.org/public-health.

Q Makeeta, DC graduated from Pennsylvania College of Chiropractic.

**Appendix A**

The following are higher resolution microscopic photos of masks, with links to the sources of the photos.

Disposable surgical masks, with scanning electron microscope views.



http://atm.amegroups.com/article/view/32465/html
http://cdn.amegroups.cn/journals/amepc/files/journals/16/articles/32465/public/32465-PB4-7346-R1.png

Cotton cloth photo at 40x magnification



https://i.pinimg.com/originals/8e/cf/29/8ecf29ee6e2062ed0d92313042e58dd3.jpg

N-95 Respirator, at 20 micron resolution, scanning electron microscope



https://groups.oist.jp/sites/default/files/imce/u92/fmask/SEM200mu.png

---

[1] C Huber. Masks are neither effective nor safe: A summary of the science. Jul 6 2020. Primary Doctor.
https://www.primarydoctor.org/masks-not-effect

[2] Occupational Safety and Health Administration (OSHA), US Department of Labor.  Confined or enclosed spaces
and other dangerous atmospheres.
https://www.osha.gov/SLTC/etools/shipyard/shiprepair/confinedspace/oxygendeficient.html

[3] S Sharma, B. Brown.  Spirometry and respiratory muscle function during ascent to higher altitudes.  Lung.  Mar-Apr 2007.  185 (2): 113-21.  doi: 10.1007/s00408-006-0108-y  https://pubmed.ncbi.nlm.nih.gov/17393241/

[4] S Malik, I Singh.  Ventilatory capacity among highland Bods: a possible adaptive mechanism at high altitude.  Ann Hum Biol. Sep-Oct 1979.  6 (5) 471-6.  doi: 10.1080/03014467900003851  https://pubmed.ncbi.nlm.nih.gov/533244/

[5] W Williams.  Physiological response to alterations in [O2] and [CO2]: relevance to respiratory protective devices.  J Int Soc Resp Protection.  National Institute for Occupational Safety and Health (NIOSH). 27 (1): 27-51. 2010.  https://www.isrp.com/the-isrp-journal/journal-public-abstracts/1154-vol-27-no-1-2010-pp-27-51-wiliams-open-access/file

[6] I Holmer, K Kuklane et al.  Minute volumes and inspiratory flow rates during exhaustive treadmill walking using respirators.  Ann Occup Hygiene. 51 (3): 327-335. Apr 2007.  https://doi.org/10.1093/annhyg/mem004  https://academic.oup.com/annweh/article/51/3/327/139423

[7] H Kobayashi, S Kanoh, et al.  Diffuse lung disease caused by cotton fibre inhalation but distinct from byssinosis.  Thorax. Nov 2004.  59 (12).  https://thorax.bmj.com/content/59/12/1095

[8] P Lai, D Christiani.  Long-term respiratory health effects in textile workers.  Curr Opin Pulm Med.  Mar 2013.  19 (2): 152-157.   doi: 10.1097/MCP.0b013e32835cee9a  https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3725301/

[9] O Fadare, E Okoffo. Covid-19 face masks: A potential source of microplastic fibers in the environment.  Sci Total Environ. Oct 1 2020. 737:140279. doi: 10.1016/j.scitotenv.2020.140279  https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7297173/

[10] Ibid O Fadare, E Okoffo.

[11] J Cortez Pimentel, R Avila et al.  Respiratory disease caused by synthetic fibers: a new occupational disease.  Thorax.  1975. 30 (204): 205-19.  https://www.ncbi.nlm.nih.gov/pmc/articles/PMC470268/pdf/thorax00140-0084.pdf

[12] Z Liu, D Yu, et al.  Understanding the factors involved in determining the bioburdens of surgical masks.  Ann Trans Med. Dec 2019.  7 (23).   http://atm.amegroups.com/article/view/32465/html

[13] W Wuyts, C Agostini, et al.  The pathogenesis of pulmonary fibrosis: a moving target.  Eur Rep J. 2013 (41): 1207-1218.  DOI: 10.1183/09031936.00073012   https://erj.ersjournals.com/content/41/5/1207

[14] G Oberdorster, E Oberdorster, et al.  Nanotoxicology: An emerging discipline evolving from studies of ultrafine particles.  Environ Health Perspect. Jul 2005. 113(7): 823-839.  doi: 10.1289/ehp.7339  https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1257642/

[15] C Scotton, R Chambers.  Molecular targets in pulmonary fibrosis: the myofibroblast in focus.  Chest. Oct 2007.  132 (4) 1311-21.  doi: 10.1378/chest.06-2568.  https://pubmed.ncbi.nlm.nih.gov/17934117/

[16] J Byrne, J Baugh.  The significance of nanoparticles in particle-induced pulmonary fibrosis.  McGill J Med.  Jan 2008.  11 (1): 43-50.  https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2322933/

[17] D Bodian, H Howe.  Experimental studies on intraneural spread of poliomyelitis virus.  Bull Johns Hopkins Hops. 1941a; 69:248-267.  https://www.cabdirect.org/cabdirect/abstract/19422700792

Plaintiff's Exhibit 104

thegatewaypundit.com

## SECOND STUDY This Time From CDC WEBSITE Confirms Study on Face Masks Being Harmful - Cause Serious Side Effects

*Joe Hoft*

3-4 minutes



**More support for health concerns with wearing masks has been uncovered. This report was published and presented at the CDC website in June 2020.**

It was brought to our attention today, that a report was published at the Hayride in March that is similar to our report from yesterday noted below:

In March, the Hayride reported on the results of another mask study posted on June 10, 2020, at the CDC website.  This study confirms our reporting from yesterday that masks aren't just a nuisance but can cause serious health problems. The article recently uncovered was published by the CDC and it states in black and white the side-effects of wearing a mask, specifically related to the masks trapping carbon dioxide or CO2.  The article states the masks cause

breathing resistance that could result in a reduction in the frequency and depth of breathing, known as hypoventilation, in as little as an hour of wearing a mask.  The article further went on to elaborate on the side-effects of increased CO2 concentrations in the mask wearer that include:

**TRENDING:** Posobiec: State Department Approves Black Lives Matter Flag Displays at US Consulates and Embassies on Anniversary of George Floyd Death

1. Headache;

2. Increased pressure inside the skull;

3. Nervous system changes (e.g., increased pain threshold, reduction in cognition – altered judgement, decreased situational awareness, difficulty coordinating sensory or cognitive, abilities and motor activity, decreased visual acuity, widespread activation of the sympathetic nervous system that can oppose the direct effects of CO2 on the heart and blood vessels);

4. Increased breathing frequency;

5. Increased "work of breathing", which is result of breathing through a filter medium;

6. Cardiovascular effects (e.g., diminished cardiac contractility, vasodilation of peripheral blood vessels);

7. Reduced tolerance to lighter workloads.

The Hayride reports:

*The Hayride* has covered this in the past specifically regarding the cognitive loss caused by COVID masks trapping CO2 where according to a Harvard Study breathing in as little as 945 PPM of CO2 lowers cognitive ability 15% and at 1400 PPM of CO2 cognitive ability reduces by 50%… What is also disturbing is not only the brain damage that is caused by the masks, but the adverse cardiovascular effects on the heart and lungs along with the reduction of blood sugar and dehydration.

We also discovered that the report from our article yesterday was censored by Twitter last week when former Trump campaign staffer, Steve Cortes, tweeted out the results of this study.

**Why are US medical experts not telling Americans of the dangers of wearing masks?   Why is Big Tech censoring this message?**

Plaintiff's Exhibit 105

greenmedinfo.com

# Could Wearing a Face Mask Trigger Lung Disease?

8-10 minutes



***When bacteria from your mouth enter your lungs, it's linked to advanced-stage lung cancer and tumor progression, a finding that raises serious questions about the long-term use of face masks, which could potentially accelerate this process.*** *A retired pathologist also called for research into face masks' effects on nasopharyngeal and oropharyngeal bacterial flora*

It's long been assumed that your lungs are a sterile environment, but it's recently been discovered that microbes from your mouth frequently enter your lungs. This alteration in your lung microbiome has now been linked to advanced-stage lung cancer,[i] raising questions about long-term mask usage and the risk of <u>chronic diseases</u> like cancer.

The team of researchers, from New York University (NYU) Grossman School of Medicine, revealed that when lungs were "enriched" with oral commensals, or microorganisms from your mouth, advanced-stage <u>lung cancer</u> was more likely, and it was linked with worse prognosis and tumor progression as well.[ii] The use of masks -- also known to colonize bacteria -- could accelerate the inhalation of oral microbes into your lungs, potentially affecting cancer risk.

**Oral Microbes in the Lungs Linked With Advanced Lung Cancer**

After analyzing the lung microbiomes of 83 adults with lung cancer, those with advanced-stage cancer had more oral microbes in their lungs compared to those with early-stage cancer, and oral commensals were also linked with decreased survival.

Specifically, Veillonella, Prevotella and Streptococcus bacteria -- all part of a normal oral microbiome -- in the lungs was associated with poor prognosis while Veillonella, Prevotella, Streptococcus and Rothia bacteria were linked with tumor progression.

The team previously found that oral commensals in the lungs are associated with increased <u>inflammation</u> in the lungs of healthy individuals and altered immune response, including the

recruitment of cytokine interleukin-17 (IL-17), which plays a role in lung cancer.

"Given the known impact of IL-17 and inflammation on lung cancer, we were interested in determining if the enrichment of oral commensals in the lungs could drive an IL-17–type inflammation and influence lung cancer progression and prognosis," study author Dr. **Leopoldo Segal said in a news release.**[iii]

It turned out that Veillonella, which was enriched in those with advanced-stage disease, was not only linked to the expression of IL-17 but also to the TNF, PI3K-AKT and JAK-STAT signaling pathways. Veillonella are among the most abundant bacteria found in the mouth, as well as in saliva and dental plaque.[iv]

When one strain -- *Veillonella parvula* -- was introduced into the lungs of mice with lung cancer, they had decreased survival, weight loss and worsened tumors, a response that was associated with the increased expression of inflammatory proteins like IL-17.[v] "The data presented here suggest that lower airway dysbiosis induced by microaspiration of oral commensals affects lung tumorigenesis by promoting an IL17-driven inflammatory phenotype," the researchers noted.[vi]

They added that the microbiota in your lungs are "mostly affected by aspiration of oral secretions," and in turn are "in constant interaction" with your immune system.[vii] How does wearing a face mask affect this relationship?

**Inhaling Bacteria From Your Mask Could Be Dangerous**

While the featured study didn't expand into how the long-term usage of face masks could potentially enhance the amount of oral commensals that enter your lungs, possibly affecting lung cancer risk, James Morris, a retired consultant pathologist with University Hospitals of Morecambe Bay NHS Foundation Trust in England, raised a similar concern in April 2020.

In a BMJ rapid response, he stated that more research is needed on face masks' effect on nasopharyngeal and oropharyngeal bacterial flora.[viii] Morris has performed thousands of post-mortem examinations on people who died following viral respiratory tract infections, which he says were rarely the sole cause of death.

"In most cases there is a secondary contribution to inflammation from nasopharyngeal and oropharyngeal bacterial pathogens," he wrote, adding:[ix]

==*"If the public are advised to wear face masks, we must be certain that this will not adversely affect the bacterial flora of the upper respiratory tract. I am not aware of research in adults relevant to this question but there is quite extensive evidence from another field of study in which viral infection interacts with bacterial pathogens to cause sudden death.*[x] "==

He refers to research into sudden infant death syndrome (SIDS), which found that one factor involved was infants sleeping in the prone position and re-breathing bacteria growing in the mattress. "Moist mucus secretions from the upper airways soaked within the material of the mattress are an effective culture medium for bacterial pathogens," he said, which is "directly relevant to the question of home-made cloth face masks."[xi]

Morris didn't mention a cancer link, but he did make it clear that breathing in bacteria growing on your face mask could have serious health consequences:[xii]

*"There is a potential for bacterial pathogens to grow in moist mucus soaked within the material, this*

*could adversely alter the upper respiratory tract flora. Inhalation of bacteria and viruses directly into the lung in patients incubating Covid 19 could then risk synergistic interaction and a rapid deterioration in the patient's condition."*

Morris recommended that, if you're going to wear a face mask, you should be sure to optimize your microbial flora by consuming naturally <u>fermented foods</u>. However, <mark>by wearing a face mask you're still going to be re-breathing bacteria and other pathogens and, likely, concentrating the amount of oral commensals that enter your lungs, with potentially devastating consequences.</mark>

**Additional Research Challenging the Narrative that Masks are Safe and Effective**

Learn more abou the scientific research which calls into question the safety and effectiveness of masks on our database dedicated to curating research on the topic here: <u>Face Masks (Lack of Safety and Ineffectiveness Research)</u>

---

**References**

[i] *Cancer Discov.* 2021 Feb;11(2):293-307. doi: 10.1158/2159-8290.CD-20-0263. Epub 2020 Nov 11. <u>https://cancerdiscovery.aacrjournals.org/content/11/2/293.long</u>

[ii] *The ASCO Post* December 10, 2020 <u>https://ascopost.com/issues/december-10-2020/the-lung-microbiome-may-affect-lung-cancer-pathogenesis-and-prognosis/</u>

[iii] *The ASCO Post* December 10, 2020 <u>https://ascopost.com/issues/december-10-2020/the-lung-microbiome-may-affect-lung-cancer-pathogenesis-and-prognosis/</u>

[iv] *Front. Cell. Infect. Microbiol.*, 20 April 2017 <u>https://www.frontiersin.org/articles/10.3389/fcimb.2017.00139/full</u>

[v] *The ASCO Post* December 10, 2020 <u>https://ascopost.com/issues/december-10-2020/the-lung-microbiome-may-affect-lung-cancer-pathogenesis-and-prognosis/</u>

[vi] *Cancer Discov.* 2021 Feb;11(2):293-307. doi: 10.1158/2159-8290.CD-20-0263. Epub 2020 Nov 11. <u>https://cancerdiscovery.aacrjournals.org/content/11/2/293.long</u>

[vii] *Cancer Discov.* 2021 Feb;11(2):293-307. doi: 10.1158/2159-8290.CD-20-0263. Epub 2020 Nov 11. <u>https://cancerdiscovery.aacrjournals.org/content/11/2/293.long</u>

[viii] *BMJ* 2020;369:m1435 <u>https://www.bmj.com/content/369/bmj.m1435/rr-47</u>

[ix] *BMJ* 2020;369:m1435 <u>https://www.bmj.com/content/369/bmj.m1435/rr-47</u>

[x] *Med Hypotheses.* 1987 Feb;22(2):211-22. doi: 10.1016/0306-9877(87)90145-9. <u>https://pubmed.ncbi.nlm.nih.gov/3646461/</u>

[xi] *BMJ* 2020;369:m1435 <u>https://www.bmj.com/content/369/bmj.m1435/rr-47</u>

[xii] *BMJ* 2020;369:m1435 <u>https://www.bmj.com/content/369/bmj.m1435/rr-47</u>

**Disclaimer**: This article is not intended to provide medical advice, diagnosis or treatment. Views expressed here do not necessarily reflect those of GreenMedInfo or its staff.

Plaintiff's Exhibit 106

dailymail.co.uk

# Scientists find evidence of toxic chemicals in some face masks

*Joe Pinkstone*

13-17 minutes

Scientists have found evidence that some face masks which are on sale and being used by members of the general public are laced with toxic chemicals.

Preliminary tests have revealed traces of a variety of compounds which are heavily restricted for both health and environmental reasons.

This includes formaldehyde, a chemical known to cause watery eyes; a burning sensations in the eyes, nose, and throat; coughing; wheezing; and nausea.

Experts are concerned that the presence of these chemicals in masks which are being worn for prolonged periods of time could cause unintended health issues.

Evidence obtained by Ecotextile News and shared with MailOnline reveals that although face masks should meet specific standards, not all do.

Masks have been mandated in much of the world as they are a highly effective way of preventing transmission of coronavirus particles.

But face coverings designed for use by the general public are not regulated and fail to meet the same standards as medical grade PPE.

Scroll down for video

- 
- 
- 
- 
- Copy link to paste in your message
- 

Experts are concerned that the presence of these chemicals in masks which are being worn for prolonged periods of time could cause unintended health issues. In March, the UK Government issued advice saying children and teachers alike should wear masks in school

- 
- 
- 
-

- Copy link to paste in your message

-

Pictured, a GCMS chromatogram of the chemicals and compounds found on a face mask. The data comes from the unique analytical technique developed by Dr Dieter Sedlak

Professor Michael Braungart, director at the Hamburg Environmental Institute, conducted tests on masks which had caused people to break out in rashes.

'What we are breathing through our mouth and nose is actually hazardous waste,' Professor Braungart said.

These used masks were found to contain formaldehyde and other chemicals.

Formaldehyde is the chemical which gives the 'clean' smell when a new pack of masks is opened. He also found aniline, a known carcinogen.

'We found formaldehyde and even aniline and noticed that unknown artificial fragrances were being applied to cover any unpleasant chemical smells from the mask,' he said.

'In the case of the blue-coloured surgical masks, we found cobalt – which can be used as a blue dye.

'All in all, we have a chemical cocktail in front of our nose and mouth that has never been tested for either toxicity or any long-term effects on health.'

-

-

-

-

- Copy link to paste in your message

-

Professor Michael Braungart, director at the Hamburg Environmental Institute, conducted tests on masks which had caused people to break out in rashes. 'What we are breathing through our mouth and nose is actually hazardous waste,' he said

Dr Dieter Sedlak, managing director and co-founder of Modern Testing Services in Augsburg, found other chemicals with his own unique testing method.

As well as detecting formaldehyde, he spotted clear evidence of hazardous fluorocarbons, which are heavily restricted.

Fluorocarbons are toxic to human health and scientists have recently called for them to be banned for non-essential use.

This group of chemicals was featured in the recent Mark Ruffalo hit film 'Dark Waters' where a water supply of an entire town was polluted by chemical giant DuPont.

'Honestly, I had not expected PFCs would be found in a surgical mask, but we have special routine methods in our labs to detect these chemicals easily and can immediately identify them. This is a big issue,' said Dr Sedlak.

'It seems this had been deliberately applied as a fluid repellent – it would work to repel the virus in an aerosol droplet format – but PFC on your face, on your nose, on the mucus membranes, or on the

eyes is not good.'

**Formaldehyde in face masks causes dermatitis**

A 2020 case study of a 38-year-old lab technician.

As part of her job she worked with various chemicals, including formaldehyde.

She did not wear a mask to work but did wear gloves. She began suffering rashes which were itchy and burning.

Doctors determined she was allergic to some of the chemicals.

She then changed jobs and became a hospital nurse.

Her rashes went away rapidly but then when working on a Covid-19 ward in April 2020 the dermatitis returned.

Symptoms flared up 'a few hours following the prolonged use of a particular polypropylene ('plastic') surgical mask.

The researchers and mask manufacturers believe 'trace impurities of formaldehyde' in the masks was causing the relapse.

The doctors wrote in their case study: 'Because formaldehyde is a frequent contact sensitizer, and given that health care workers, patients, and consumers now often have to wear (polypropylene) surgical masks at work and in the public environment, similar cases might be expected in the future.

'To propose safer alternatives, the contact sensitizers potentially present in facial masks, and related medical devices, should be labelled, or at least be easily retrievable as in the present case.'

- 
- 
- 
- 
- Copy link to paste in your message
- 

Pictured, (A) a nurse, wearing a polypropylene surgical mask, (B) who developed rosacea-like allergic contact dermatitis from formaldehyde contained in the mask; (C) the positive patch test to formaldehyde revealing her allergy to the chemical

PFCs are commonly used in textiles to add a protective coating to items like rucksacks and jackets, but are not intended to be inhaled.

The concentrations of PFCs found on masks lie within the safe limit of 16 mg/kg, Dr Sedlak found, but when placed on a mask, just millimetres from a person's mouth, the level of exposure soars past the safe limit over time.

Both the academics say their work is not enough to conclude that all surgical face masks are dangerous or comparable, but believe some masks in circulation are of concern.

'Based on my practical experience there is certainly an elevated unreasonable risk,' says Dr Sedlak.

Face coverings designed to be worn by the public are not classed as PPE and therefore are not

subjected to the same level of scrutiny as those which are intended for use by medical professionals.

Guidelines for their use and quality is determined by the Department for Business, Energy & Industrial Strategy.

MailOnline has approached BEIS for comment.

- 
- 
- 
- 
- Copy link to paste in your message
- 

Face coverings designed to be worn by the public are not classed as PPE and therefore are not subjected to the same level of scrutiny as those which are intended for use by medical professionals

However, the responsibility for ensuring masks meet the laid out criteria lies with the mask manufacturer and their local authorities.

But instead of having to reach medical grade standards and pass regular quality checks, these coverings only have to meet general safety laws.

'The General Product Safety Regulations 2005 (GPSR) sets out the responsibilities of the producers and distributors of these products,' the UK government website states.

'As face coverings are not medical devices, we do not regulate these products.'

China was the world's leading mask manufacturer before the pandemic, and has solidified this position amid the Covid-19 outbreak, making 85 per cent of all masks.

In the first five months of 2020, for example, over 70,000 new companies registered to make or sell face masks in China, as companies seek to cash in on the virus.

The boom in demand for such products has led to concerns that masks are being recklessly made, and opaque supply chains in China raise further concerns.

**Potentially toxic masks dished out in Canadian schools**

Canada last week recalled millions of masks that were distributed to schools, transport workers and daycares by the government.

Health Canada has warned they may be toxic to the lungs after being urged to inspect the safety of the coverings.

The grey and blue masks are identified by the code SNN200642 and are from the supplier Metallifer.

Analysis found evidence of graphene nanoparticles shed by the masks.

If graphene gets into the lungs it can be dangerous as it is highly abrasive and durable, leading to some people saying they felt like they were breathing in cat hair.

Another mask made by another  company is also under investigation.

'Health Canada is currently reviewing data from two manufacturers of graphene-coated face masks to determine the safety and effectiveness of their devices, and will take appropriate action as necessary,' said Health Canada spokesman André Gagnon.

Millions of masks were distributed in Quebec but people have now been told to 'immediately store the boxes of masks in a secure and isolated location'.

**Belgium gave pharmacists 15 million TOXIC Covid face masks**

Health chiefs in Belgium are concerned that 15 million fabric masks given to pharmacists may be toxic and cause pneumonia.

According to a preliminary report carried out by Sciensano, the Belgian Institute for Public Health, the masks contain nanoparticles of silver and titanium dioxide that when inhaled could damage the respiratory tract.

The face masks were made in Asia by Luxembourg-based company Avrox.

Two toxicologists warned that those who wear the masks could develop pneumonia, according to a report in Dutch-language newspaper HLN.

The nanoparticles of silver and titanium dioxide are used to whiten the fabric of the face masks.

Dr Julian Tang told MailOnline: 'The use of metal ions may help to inactivate the virus and such ions may be safely, securely embedded in the mask material so that they do not pose an inhalation risk - and this feature/design could be specific to these Belgian masks only.'

But he says more research is needed if there are valid concerns over specific masks.

The findings of these early studies come as the quality of masks used in Belgium and Canada has been called into question, with graphene and metal ion contamination.

Dr Julian Tang, a clinical virologist and honorary associate professor in the respiratory sciences department at the University of Leicester, echoed the sentiment of Dr Sedlak and Professor Braungart that more vigorous research is needed.

'Further studies on specific mask designs need to be performed if there is a perceived possible risk for any particular mask - and masks made by different manufacturers may not pose the same risks - if any exist,' he said.

He says if people are concerned about their masks, one option is to use professional surgical masks which do have to meet stricter standards.

'Southeast Asian countries have been using millions of surgical masks since the first SARS-COV-1 outbreaks in 2003 - with no reported ill effects,' he adds.

'But even before this, globally, surgical masks have been used in surgery by teams around the world - for decades - with no reported ill effects.'

Liz Cole, co-founder of the Us For Them organisation that advocates for children's rights, says the findings are particularly concerning for youngsters.

The recent reopening of schools in the UK was dependent on children wearing face coverings for long periods of time, including when walking around the premises and in communal areas.

'UsforThem are concerned that the recommendations for children to wear face coverings in classrooms seems to be informed by no new scientific evidence nor does any harm assessment

Open Access

Research

# BMJ Open

# A cluster randomised trial of cloth masks compared with medical masks in healthcare workers

Plaintiff's Exhibit 107

C Raina MacIntyre,[1] Holly Seale,[1] Tham Chi Dung,[2] Nguyen Tran Hien,[2] Phan Thi Nga,[2] Abrar Ahmad Chughtai,[1] Bayzidur Rahman,[1] Dominic E Dwyer,[3] Quanyi Wang[4]

To cite: MacIntyre CR, Seale H, Dung TC, et al. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. BMJ Open 2015;5: e006577. doi:10.1136/ bmjopen-2014-006577

► Prepublication history for this paper is available online. To view these files please visit the journal online (http://dx.doi.org/10.1136/ bmjopen-2014-006577).

Received 9 September 2014
Revised 25 March 2015
Accepted 26 March 2015

## ABSTRACT

**Objective:** The aim of this study was to compare the efficacy of cloth masks to medical masks in hospital healthcare workers (HCWs). The null hypothesis is that there is no difference between medical masks and cloth masks.

**Setting:** 14 secondary-level/tertiary-level hospitals in Hanoi, Vietnam.

**Participants:** 1607 hospital HCWs aged ≥18 years working full-time in selected high-risk wards.

**Intervention:** Hospital wards were randomised to: medical masks, cloth masks or a control group (usual practice, which included mask wearing). Participants used the mask on every shift for 4 consecutive weeks.

**Main outcome measure:** Clinical respiratory illness (CRI), influenza-like illness (ILI) and laboratory-confirmed respiratory virus infection.

**Results:** The rates of all infection outcomes were highest in the cloth mask arm, with the rate of ILI statistically significantly higher in the cloth mask arm (relative risk (RR)=13.00, 95% CI 1.69 to 100.07) compared with the medical mask arm. Cloth masks also had significantly higher rates of ILI compared with the control arm. An analysis by mask use showed ILI (RR=6.64, 95% CI 1.45 to 28.65) and laboratory-confirmed virus (RR=1.72, 95% CI 1.01 to 2.94) were significantly higher in the cloth masks group compared with the medical masks group. Penetration of cloth masks by particles was almost 97% and medical masks 44%.

**Conclusions:** This study is the first RCT of cloth masks, and the results caution against the use of cloth masks. This is an important finding to inform occupational health and safety. Moisture retention, reuse of cloth masks and poor filtration may result in increased risk of infection. Further research is needed to inform the widespread use of cloth masks globally. However, as a precautionary measure, cloth masks should not be recommended for HCWs, particularly in high-risk situations, and guidelines need to be updated.

**Trial registration number:** Australian New Zealand Clinical Trials Registry: ACTRN12610000887077.

### Strengths and limitations of this study

- The use of cloth masks is widespread around the world, particularly in countries at high-risk for emerging infections, but there have been no efficacy studies to underpin their use.
- This study is large, a prospective randomised clinical trial (RCT) and the first RCT ever conducted of cloth masks.
- The use of cloth masks are not addressed in most guidelines for health care workers—this study provides data to update guidelines.
- The control arm was 'standard practice', which comprised mask use in a high proportion of participants. As such (without a no-mask control), the finding of a much higher rate of infection in the cloth mask arm could be interpreted as harm caused by cloth masks, efficacy of medical masks, or most likely a combination of both.

## INTRODUCTION

The use of facemasks and respirators for the protection of healthcare workers (HCWs) has received renewed interest following the 2009 influenza pandemic,[1] and emerging infectious diseases such as avian influenza,[2] Middle East respiratory syndrome coronavirus (MERS-coronavirus)[3][4] and Ebola virus.[5] Historically, various types of cloth/cotton masks (referred to here after as 'cloth masks') have been used to protect HCWs.[6] Disposable medical/surgical masks (referred to here after as 'medical masks') were introduced into healthcare in the mid 19th century, followed later by respirators.[7] Compared with other parts of the world, the use of face masks is more prevalent in Asian countries, such as China and Vietnam.[8–11]

In high resource settings, disposable medical masks and respirators have long since replaced the use of cloth masks in hospitals. Yet cloth masks remain widely used

Correspondence to
Professor C Raina MacIntyre;
r.macintyre@unsw.edu.au

For numbered affiliations see end of article.

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

Open Access

globally, including in Asian countries, which have historically been affected by emerging infectious diseases, as well as in West Africa, in the context of shortages of personal protective equipment (PPE).[12][13] It has been shown that medical research disproportionately favours diseases of wealthy countries, and there is a lack of research on the health needs of poorer countries.[14] Further, there is a lack of high-quality studies around the use of facemasks and respirators in the healthcare setting, with only four randomised clinical trials (RCTs) to date.[15] Despite widespread use, cloth masks are rarely mentioned in policy documents,[16] and have never been tested for efficacy in a RCT. Very few studies have been conducted around the clinical effectiveness of cloth masks, and most available studies are observational or in vitro.[6] Emerging infectious diseases are not constrained within geographical borders, so it is important for global disease control that use of cloth masks be underpinned by evidence. The aim of this study was to determine the efficacy of cloth masks compared with medical masks in HCWs working in high-risk hospital wards, against the prevention of respiratory infections.

## METHODS

A cluster-randomised trial of medical and cloth mask use for HCWs was conducted in 14 hospitals in Hanoi, Vietnam. The trial started on the 3 March 2011, with rolling recruitment undertaken between 3 March 2011 and 10 March 2011. Participants were followed during the same calendar time for 4 weeks of facemasks use and then one additional week for appearance of symptoms. An invitation letter was sent to 32 hospitals in Hanoi, of which 16 agreed to participate. One hospital did not meet the eligibility criteria; therefore, 74 wards in 15 hospitals were randomised. Following the randomisation process, one hospital withdrew from the study because of a nosocomial outbreak of rubella.

Participants provided written informed consent prior to initiation of the trial.

## Randomisation

Seventy-four wards (emergency, infectious/respiratory disease, intensive care and paediatrics) were selected as high-risk settings for occupational exposure to respiratory infections. Cluster randomisation was used because the outcome of interest was respiratory infectious diseases, where prevention of one infection in an individual can prevent a chain of subsequent transmission in closed settings.[8][9] Epi info V.6 was used to generate a randomisation allocation and 74 wards were randomly allocated to the interventions.

From the eligible wards 1868 HCWs were approached to participate. After providing informed consent, 1607 participants were randomised by ward to three arms: (1) medical masks at all times on their work shift; (2) cloth masks at all times on shift or (3) control arm (standard practice, which may or may not include mask use). Standard practice was used as control because the IRB deemed it unethical to ask participants to not wear a mask. We studied continuous mask use (defined as wearing masks all the time during a work shift, except while in the toilet or during tea or lunch breaks) because this reflects current practice in high-risk settings in Asia.[8]

**Figure 1** Consort diagram of recruitment and follow-up (HCWs, healthcare workers).



MacIntyre CR, et al. BMJ Open 2015;**5**:e006577. doi:10.1136/bmjopen-2014-006577

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

Open Access

The laboratory results were blinded and laboratory testing was conducted in a blinded fashion. As facemask use is a visible intervention, clinical end points could not be blinded. Figure 1 outlines the recruitment and randomisation process.

## Primary end points

There were three primary end points for this study, used in our previous mask RCTs:[8][9] (1) Clinical respiratory illness (CRI), defined as two or more respiratory symptoms or one respiratory symptom and a systemic symptom;[17] (2) influenza-like illness (ILI), defined as fever $\geq 38°C$ plus one respiratory symptom and (3) laboratory-confirmed viral respiratory infection. Laboratory confirmation was by nucleic acid detection using multiplex reverse transcriptase PCR (RT-PCR) for 17 respiratory viruses: respiratory syncytial virus (RSV) A and B, human metapneumovirus (hMPV), influenza A (H3N2), (H1N1)pdm09, influenza B, parainfluenza viruses 1–4, influenza C, rhinoviruses, severe acute respiratory syndrome (SARS) associated coronavirus (SARS-CoV), coronaviruses 229E, NL63, OC43 and HKU1, adenoviruses and human bocavirus (hBoV).[18–23] Additional end points included compliance with mask use, defined as using the mask during the shift for 70% or more of work shift hours.[9] HCWs were categorised as 'compliant' if the average use was equal or more than 70% of the working time. HCW were categorised as 'non-compliant' if the average mask use was less than 70% of the working time.

## Eligibility

Nurses or doctors aged $\geq 18$ years working full-time were eligible. Exclusion criteria were: (1) Unable or refused to consent; (2) Beards, long moustaches or long facial hair stubble; (3) Current respiratory illness, rhinitis and/or allergy.

## Intervention

Participants wore the mask on every shift for four consecutive weeks. Participants in the medical mask arm were supplied with two masks daily for each 8 h shift, while participants in the cloth mask arm were provided with five masks in total for the study duration, which they were asked to wash and rotate over the study period. They were asked to wash cloth masks with soap and water every day after finishing the shifts. Participants were supplied with written instructions on how to clean their cloth masks. Masks used in the study were locally manufactured medical (three layer, made of non-woven material) or cloth masks (two layer, made of cotton) commonly used in Vietnamese hospitals. The control group was asked to continue with their normal practices, which may or may not have included mask wearing. Mask wearing was measured and documented for all participants, including the control arm.

## Data collection and follow-up

Data on sociodemographic, clinical and other potential confounding factors were collected at baseline. Participants were followed up daily for 4 weeks (active intervention period), and for an extra week of standard practice, in order to document incident infection after incubation. Participants received a thermometer (traditional glass and mercury) to measure their temperature daily and at symptom onset. Daily diary cards were provided to record number of hours worked and mask use, estimated number of patient contacts (with/without ILI) and number/type of aerosol-generating procedures (AGPs) conducted, such as suctioning of airways, sputum induction, endotracheal intubation and bronchoscopy. Participants in the cloth mask and control group (if they used cloth masks) were also asked to document the process used to clean their mask after use.

We also monitored compliance with mask use by a previously validated self-reporting mechanism.[8] Participants were contacted daily to identify incident cases of respiratory infection. If participants were symptomatic, swabs of both tonsils and the posterior pharyngeal wall were collected on the day of reporting.

## Sample collection and laboratory testing

Trained collectors used double rayon-tipped, plastic-shafted swabs to scratch tonsillar areas as well as the posterior pharyngeal wall of symptomatic participants. Testing was conducted using RT-PCR applying published methods.[19–23] Viral RNA was extracted from each respiratory specimen using the Viral RNA Mini kit (Qiagen, Germany), following the manufacturer's instructions. The RNA extraction step was controlled by amplification of a RNA house-keeping gene (amplify pGEM) using real-time RT-PCR. Only extracted samples with the house keeping gene detected by real-time RT-PCR were submitted for multiplex RT-PCR for viruses.

The reverse transcription and PCRs were performed in OneStep (Qiagen, Germany) to amplify viral target genes, and then in five multiplex RT-PCR: RSVA/B, influenza A/H3N2, A(H1N1) and B viruses, hMPV (reaction mix 1); parainfluenza viruses 1–4 (reaction mix 2); rhinoviruses, influenza C virus, SARS-CoV (reaction mix 3); coronaviruses OC43, 229E, NL63 and HKU1 (reaction mix 4); and adenoviruses and hBoV (reaction mix 5), using a method published by others.[18] All samples with viruses detected by multiplex RT-PCR were confirmed by virus-specific mono nested or heminested PCR. Positive controls were prepared by in vitro transcription to control amplification efficacy and monitor for false negatives, and included in all runs (except for NL63 and HKU1). Each run always included two negatives to monitor amplification quality. Specimen processing, RNA extraction, PCR amplification and PCR product analyses were conducted in different rooms to avoid cross-contamination.[19][20]

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

Open Access

## Filtration testing

The filtration performance of the cloth and medical masks was tested according to the respiratory standard AS/NZS1716.[24] The equipment used was a TSI 8110 Filter tester. To test the filtration performance, the filter is challenged by a known concentration of sodium chloride particles of a specified size range and at a defined flow rate. The particle concentration is measured before and after adding the filter material and the relative filtration efficiency is calculated. We examined the performance of cloth masks compared with the performance levels—P1, P2 (=N95) and P3, as used for assessment of all particulate filters for respiratory use. The 3M 9320 N95 and 3M Vflex 9105 N95 were used to compare against the cloth and medical masks.

## Sample size calculation

To obtain 80% power at two-sided 5% significance level for detecting a significant difference of attack rate between medical masks and cloth masks, and for a rate of infection of 13% for cloth mask wearers compared with 6% in medical mask wearers, we would need eight clusters per arm and 530 participants in each arm, and intracluster correlation coefficient (ICC) 0.027, obtained from our previous study.[8] The design effect (deff) for this cluster randomisation trial was 1.65 (deff=1+(m−1)×ICC=1+(25−1)×0.027=1.65). As such, we aimed to recruit a sample size of 1600 participants from up to 15 hospitals.

## Analysis

Descriptive statistics were compared among intervention and control arms. Primary end points were analysed by intention to treat. We compared the event rates for the primary outcomes across study arms and calculated p values from cluster-adjusted $\chi^2$ tests[25] and ICC.[25 26] We also estimated relative risk (RR) after adjusting for clustering using a log-binomial model under generalised estimating equation (GEE) framework.[27] We checked for variables which were unequally distributed across arms, and conducted an adjusted analysis accordingly. We fitted a multivariable log-binomial model, using GEE to account for clustering by ward, to estimate RR after adjusting for potential confounders. In the initial model, we included all the variables that had p value less than 0.25 in the univariable analysis, along with the main exposure variable (randomisation arm). A backward elimination method was used to remove the variables that did not have any confounding effect.

As most participants in the control arm used a mask during the trial period, we carried out a post-hoc analysis comparing all participants who used only a medical mask (from the control arm and the medical mask arm) with all participants who used only a cloth mask (from the control arm and the cloth arm). For this analysis, controls who used both types of mask (n=245) or used N95 respirators (n=3) or did not use any masks (n=2) were excluded. We fitted a multivariable log-binomial

model, to estimate RR after adjusting for potential confounders. As we pooled data of participants from all three arms and analysed by mask type, not trial arm, we did not adjust for clustering here. All statistical analyses were conducted using STATA V.12.[28]

Owing to a very high level of mask use in the control arm, we were unable to determine whether the differences between the medical and cloth mask arms were due to a protective effect of medical masks or a detrimental effect of cloth masks. To assist in interpreting the data, we compared rates of infection in the medical mask arm with rates observed in medical mask arms from two previous RCTs,[8 9] in which no efficacy of medical masks could be demonstrated when compared with control or N95 respirators, recognising that seasonal and geographic variation in virus activity affects the rates of exposure (and hence rates of infection outcomes) among HCWs. This analysis was possible because the trial designs were similar and the same outcomes were measured in all three trials. The analysis was carried out to determine if the observed results were explained by a detrimental effect of cloth masks or a protective effect of medical masks.

## RESULTS

A total of 1607 HCWs were recruited into the study. The participation rate was 86% (1607/1868). The average number of participants per ward was 23 and the mean age was 36 years. On average, HCWs were in contact with 36 patients per day during the trial period (range 0–661 patients per day, median 20 patients per day). The distribution of demographic variables was generally similar between arms (table 1). Figure 2 shows the primary outcomes for each of the trial arms. The rates of CRI, ILI and laboratory-confirmed virus infections were lowest in the medical mask arm, followed by the control arm, and highest in the cloth mask arm.

Table 2 shows the intention-to-treat analysis. The rate of CRI was highest in the cloth mask arm, followed by the control arm, and lowest in the medical mask arm. The same trend was seen for ILI and laboratory tests confirmed viral infections. In intention-to-treat analysis, ILI was significantly higher among HCWs in the cloth masks group (RR=13.25 and 95% CI 1.74 to 100.97), compared with the medical masks group. The rate of ILI was also significantly higher in the cloth masks arm (RR=3.49 and 95% CI 1.00 to 12.17), compared with the control arm. Other outcomes were not statistically significant between the three arms.

Among the 68 laboratory-confirmed cases, 58 (85%) were due to rhinoviruses. Other viruses detected were hMPV (7 cases), influenza B (1 case), hMPV/rhinovirus co-infection (1 case) and influenza B/rhinovirus co-infection (1 case) (table 3). No influenza A or RSV infections were detected.

Compliance was significantly higher in the cloth mask arm (RR=2.41, 95% CI 2.01 to 2.88) and medical masks

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

MacIntyre CR, et al. BMJ Open 2015;5:e006577. doi:10.1136/bmjopen-2014-006577

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

**Table 1**  Demographic and other characteristics by arm of randomisation

| Variable | Medical mask (% and 95% CI) (n=580) | Cloth mask (% and 95% CI) (n=569) | Control (% and 95% CI) (n=458) |
|---|---|---|---|
| Gender (male) | 112/580 | 133/569 | 112/458 |
| | 19.3 (16.2 to 22.8) | 23.4 (20.0 to 27.1) | 24.5 (20.6 to 28.7) |
| Age (mean) | 36 (35.6 to 37.3) | 35 (34.6 to 36.3) | 36 (35.1 to 37.0) |
| Education (postgraduate) | 114/580 | 99/569 | 78/458 |
| | 19.7 (16.5 to 23.1) | 17.4 (14.3 to 20.8) | 17.0 (13.7 to 20.8) |
| Smoker (current/ex) | 78/580 | 79/569 | 66/458 |
| | 13.4 (10.8 to 16.5) | 13.9 (11.1 to 17.0) | 14.4 (11.3 to 18.0) |
| Pre-existing illness* | 66/580 | 70/569 | 47/458 |
| | 11.4 (9.0 to 14.2) | 12.3 (9.8 to 15.3) | 10.3 (7.8 to 13.4) |
| Influenza vaccination (yes) | 21/580 | 21/569 | 15/458 |
| | 3.6 (2.4 to 5.4) | 3.7 (2.4 to 5.6) | 3.3 (2.0 to 5.3) |
| Staff (doctors) | 176/580 | 165/569 | 134/458 |
| | 30.3 (26.6 to 34.3) | 29.0 (25.3 to 32.9) | 29.3 (25.1 to 33.7) |
| Number of hand washings per day (geometric mean)† | 14 (13.8 to 15.4) | 11 (10.9 to 11.9) | 12 (11.5 to 12.7) |
| Number of patients had contact with (median and range)‡ | 21 (0 to 540) | 21 (0 to 661) | 18 (3 to 199) |

*Includes asthma, immunocompromised and others.
†'Hand wash' variable was created by taking average of the number of hand washes performed by a healthcare worker (HCW) over the trial period. The variable was log transformed for the multivariate analysis.
‡'Number of patients had contact with' variable was created by taking average of the number of patients in contact with a HCW over the trial period. Median and range is presented in the table.

arm (RR=2.40, 95% CI 2.00 to 2.87), compared with the control arm. Figure 3 shows the percentage of participants who were compliant in the three arms. A post-hoc analysis adjusted for compliance and other potential confounders showed that the rate of ILI was significantly higher in the cloth mask arm (RR=13.00, 95% CI 1.69 to 100.07), compared with the medical masks arm (table 4). There was no significant difference between the medical mask and control arms. Hand washing was significantly protective against laboratory-confirmed viral infection (RR=0.66, 95% CI 0.44 to 0.97).

In the control arm, 170/458 (37%) used medical masks, 38/458 (8%) used cloth masks, and 245/458 (53%) used a combination of both medical and cloth masks during the study period. The remaining 1%



**Figure 2**  Outcomes in trial arms (CRI, clinical respiratory illness; ILI, influenza-like illness; Virus, laboratory-confirmed viruses).

either reported using a N95 respirator (n=3) or did not use any masks (n=2).

Table 5 shows an additional analysis comparing all participants who used only a medical mask (from the control arm and the medical mask arm) with all participants who used only a cloth mask (from the control arm and the cloth arm). In the univariate analysis, all outcomes were significantly higher in the cloth mask group, compared with the medical masks group. After adjusting for other factors, ILI (RR=6.64, 95% CI 1.45 to 28.65) and laboratory-confirmed virus (RR=1.72, 95% CI 1.01 to 2.94) remained significantly higher in the cloth masks group compared with the medical masks group.

Table 6 compares the outcomes in the medical mask arm with two previously published trials.[8 9] This shows that while the rates of CRI were significantly higher in one of the previously published trials, the rates of laboratory-confirmed viruses were not significantly different between the three trials for medical mask use.

On average, HCWs worked for 25 days during the trial period and washed their cloth masks for 23/25 (92%) days. The most common approach to washing cloth masks was self-washing (456/569, 80%), followed by combined self-washing and hospital laundry (91/569, 16%), and only hospital laundry (22/569, 4%). Adverse events associated with facemask use were reported in 40.4% (227/562) of HCWs in the medical mask arm and 42.6% (242/568) in the cloth mask arm (p value 0.450). General discomfort (35.1%, 397/1130) and breathing problems (18.3%, 207/1130) were the most frequently reported adverse events.

Open Access

**Table 2** Intention-to-treat analysis

| | CRI N (%) | RR (95% CI) | ILI N (%) | RR (95% CI) | Laboratory-confirmed viruses N (%) | RR (95% CI) |
|---|---|---|---|---|---|---|
| Medical mask* | 28/580 (4.83) | Ref | 1/580 (0.17) | Ref | 19/580 (3.28) | Ref |
| Cloth masks† | 43/569 (7.56) | 1.57 (0.99 to 2.48) | 13/569 (2.28) | **13.25 (1.74 to 100.97)** | 31/569 (5.45) | 1.66 (0.95 to 2.91) |
| Control‡ | 32/458 (6.99) | 1.45 (0.88 to 2.37) | 3/458 (0.66) | 3.80 (0.40 to 36.40) | 18/458 (3.94) | 1.20 (0.64 to 2.26) |

Bold typeface indicates statistically significant.
*p Value from cluster adjusted $\chi^2$ tests is 0.510 and intracluster correlation coefficients is 0.065.
†p Value from cluster adjusted $\chi^2$ tests is 0.028 and intracluster correlation coefficients is 0.029.
‡p Value from cluster adjusted $\chi^2$ tests is 0.561 and intracluster correlation coefficients is 0.068.
CRI, clinical respiratory illness; ILI, influenza-like illness; RR, relative risk.

Laboratory tests showed the penetration of particles through the cloth masks to be very high (97%) compared with medical masks (44%) (used in trial) and 3M 9320 N95 (<0.01%), 3M Vflex 9105 N95 (0.1%).

## DISCUSSION

We have provided the first clinical efficacy data of cloth masks, which suggest HCWs should not use cloth masks as protection against respiratory infection. Cloth masks resulted in significantly higher rates of infection than medical masks, and also performed worse than the control arm. The controls were HCWs who observed standard practice, which involved mask use in the majority, albeit with lower compliance than in the intervention arms. The control HCWs also used medical masks more often than cloth masks. When we analysed all mask-wearers including controls, the higher risk of cloth masks was seen for laboratory-confirmed respiratory viral infection.

The trend for all outcomes showed the lowest rates of infection in the medical mask group and the highest rates in the cloth mask arm. The study design does not allow us to determine whether medical masks had efficacy or whether cloth masks were detrimental to HCWs by causing an increase in infection risk. Either possibility, or a combination of both effects, could explain our results. It is also unknown whether the rates of infection observed in the cloth mask arm are the same or higher than in HCWs who do not wear a mask, as almost all participants in the control arm used a mask. The physical properties of a cloth mask, reuse, the frequency and effectiveness of cleaning, and increased moisture retention, may potentially increase the infection risk for HCWs. The virus may survive on the surface of the face-masks,[29] and modelling studies have quantified the contamination levels of masks.[30] Self-contamination through repeated use and improper doffing is possible. For example, a contaminated cloth mask may transfer pathogen from the mask to the bare hands of the wearer. We also showed that filtration was extremely poor (almost 0%) for the cloth masks. Observations during SARS suggested double-masking and other practices increased the risk of infection because of moisture, liquid diffusion and pathogen retention.[31] These effects may be associated with cloth masks.

We have previously shown that N95 respirators provide superior efficacy to medical masks,[8 9] but need to be worn continuously in high-risk settings to protect HCWs.[9] Although efficacy for medical masks was not shown, efficacy of a magnitude that was too small to be detected is possible.[8 9] The magnitude of difference between cloth masks and medical masks in the current study, if explained by efficacy of medical masks alone, translates to an efficacy of 92% against ILI, which is possible, but not consistent with the lack of efficacy in the two previous RCTs.[8 9] Further, we found no significant difference in rates of virus isolation in medical mask users between the three trials, suggesting that the results of this study could be interpreted as partly being explained by a detrimental effect of cloth masks. This is further supported by the fact that the rate of virus isolation in the no-mask control group in the first Chinese RCT was 3.1%, which was not significantly different to the rates of virus isolation in the medical mask arms in any of the three trials including this one. Unlike the previous RCTs, circulating influenza and RSV were almost completely absent during this study,

**Table 3** Type of virus isolated

| Study arm | hMPV | Rhino | Influenza B virus | hMPV & rhino | Influenza B virus & rhino | Total |
|---|---|---|---|---|---|---|
| Medical masks arm | 1 | 16 | 1 | 1 | 0 | 19 |
| Cloth mask arm | 4 | 26 | 0 | 0 | 1 | 31 |
| Control arm | 2 | 16 | 0 | 0 | 0 | 18 |
| Total | 7 | 58 | 1 | 1 | 1 | 68 |

hMPV, human metapneumovirus; Rhino, rhinoviruses.

MacIntyre CR, et al. BMJ Open 2015;5:e006577. doi:10.1136/bmjopen-2014-006577

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

Open Access



**Figure 3** Compliance with the mask wearing—mask wearing more than 70% of working hours.

with rhinoviruses comprising 85% of isolated pathogens, which means the measured efficacy is against a different range of circulating respiratory pathogens. Influenza and RSV predominantly transmit through droplet and contact routes, while Rhinovirus transmits through multiple routes, including airborne and droplet routes.[32 33] The data also show that the clinical case definition of ILI is non-specific, and captures a range of pathogens other than influenza. The study suggests medical masks may be protective, but the magnitude of difference raises the possibility that cloth masks cause an increase in infection risk in HCWs. Further, the filtration of the medical mask used in this trial was poor, making extremely high efficacy of medical masks unlikely, particularly given the predominant pathogen was rhinovirus, which spreads by the airborne route. Given the obligations to HCW occupational health and safety, it is important to consider the potential risk of using cloth masks.

In many parts of the world, cloth masks and medical masks may be the only options available for HCWs. Cloth masks have been used in West Africa during the Ebola outbreak in 2014, due to shortages of PPE, (personal communication, M Jalloh). The use of cloth masks is recommended by some health organisations, with caveats.[34–36] In light of our study, and the obligation to ensure occupational health and safety of HCWs, cloth masks should not be recommended for HCWs, particularly during AGPs and in high-risk settings such as emergency, infectious/respiratory disease and intensive care wards. Infection control guidelines need to acknowledge the widespread real-world practice of cloth masks and should comprehensively address their use. In addition, other important infection control measure such as hand hygiene should not be compromised. We confirmed the protective effects of hand hygiene against laboratory-confirmed viral infection in this study, but mask type was an independent predictor of clinical illness, even adjusted for hand hygiene.

A limitation of this study is that we did not measure compliance with hand hygiene, and the results reflect self-reported compliance, which may be subject to recall or other types of bias. Another limitation of this study is the lack of a no-mask control group and the high use of masks in the controls, which makes interpretation of the results more difficult. In addition, the quality of paper and cloth masks varies widely around the world, so the results may not be generalisable to all settings. The lack of influenza and RSV (or asymptomatic infections) during the study is also a limitation, although the predominance of rhinovirus is informative about pathogens transmitted by the droplet and airborne routes in this setting. As in previous studies, exposure to infection outside the workplace could not be estimated, but we would assume it to be equally distributed between trial arms. The major strength of the randomised trial study design is in ensuring equal distribution of confounders and effect modifiers (such as exposure outside the workplace) between trial arms.

Cloth masks are used in resource-poor settings because of the reduced cost of a reusable option. Various types of cloth masks (made of cotton, gauze and other fibres) have been tested in vitro in the past and show lower filtration capacity compared with disposable masks.[7] The protection afforded by gauze masks increases with the fineness of the cloth and the number of layers,[37] indicating potential to develop a more effective cloth mask, for example, with finer weave, more layers and a better fit.

Cloth masks are generally retained long term and reused multiple times, with a variety of cleaning methods and widely different intervals of cleaning.[34] Further studies are required to determine if variations in frequency and type of cleaning affect the efficacy of cloth masks.

**Table 4** Multivariable cluster-adjusted log-binomial model to calculate RR for study outcomes

| | CRI RR (95% CI) | ILI RR (95% CI) | Laboratory-confirmed viruses RR (95% CI) |
|---|---|---|---|
| Medical masks arm | Ref | Ref | Ref |
| Cloth mask arm | 1.56 (0.97 to 2.48) | **13.00 (1.69 to 100.07)** | 1.54 (0.88 to 2.70) |
| Control arm | 1.51 (0.90 to 2.52) | 4.64 (0.47 to 45.97) | 1.09 (0.57 to 2.09) |
| Male | 0.67 (0.41 to 1.12) | 1.03 (0.34 to 3.13) | 0.65 (0.34 to 1.22) |
| Vaccination | 0.83 (0.27 to 2.52) | 1.74 (0.24 to 12.56) | 1.27 (0.41 to 3.92) |
| Hand washing | 0.91 (0.66 to 1.26) | 0.94 (0.40 to 2.20) | **0.66 (0.44 to 0.97)** |
| Compliance | 1.14 (0.77 to 1.69) | 1.86 (0.67 to 5.21) | 0.86 (0.53 to 1.40) |

Bold typeface indicates statistically significant.
CRI, clinical respiratory illness; ILI, influenza-like illness; RR, relative risk.

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

**Table 5** Univariate and adjusted analysis comparing participants who used medical masks and cloth masks*

| | Univariate RR (95% CI) | Adjusted RR (95% CI) |
|---|---|---|
| CRI | | |
| Medical mask (35/750, 4.67%) | Ref | Ref |
| Cloth mask (46/607, 7.58%) | **1.62 (1.06 to 2.49)** | 1.51 (0.97 to 2.32) |
| Male | 0.60 (0.32 to 1.12) | 0.58 (0.31 to 1.08) |
| Vaccination | 0.66 (0.17 to 2.62) | 0.68 (0.17 to 2.67) |
| Hand washing | 0.81 (0.58 to 1.15) | 0.84 (0.59 to 1.20) |
| Compliance | 1.01 (1.00 to 1.03) | 1.01 (1.00 to 1.02) |
| ILI | | |
| Medical mask (2/750, 0.27%) | Ref | Ref |
| Cloth mask (13/607, 2.14%) | **8.03 (1.82 to 35.45)** | **6.64 (1.45 to 28.65)** |
| Male | 0.95 (0.27 to 3.35) | 0.92 (0.26 to 3.22) |
| Vaccination | 1.87 (0.25 to 13.92) | 1.97 (0.27 to 14.45) |
| Hand washing | 0.56 (0.24 to 1.27) | 0.61 (0.23 to 1.57) |
| Compliance | 1.04 (1.01 to 1.08) | 1.04 (1.00 to 1.08) |
| Laboratory-confirmed viruses | | |
| Medical mask (22/750, 2.93%) | Ref | Ref |
| Cloth mask (34/607, 5.60%) | **1.91 (1.13 to 3.23)** | **1.72 (1.01 to 2.94)** |
| Male | 0.64 (0.30 to 1.33) | 0.61 (0.29 to 1.27) |
| Vaccination | 0.97 (0.24 to 3.86) | 1.03 (0.26 to 4.08) |
| Hand washing | 0.61 (0.41 to 0.93) | 0.65 (0.42 to 1.00) |
| Compliance | 1.00 (0.99 to 1.02) | 1.0 (0.99 to 1.02) |

Bold typeface indicates statistically significant.
*The majority (456/458) of HCWs in the control arm used a mask. Controls who exclusively used a medical mask were categorised and analysed with the medical mask arm participants; and controls who exclusively wore a cloth mask were categorised and analysed with the cloth mask arm.
CRI, clinical respiratory illness; HCWs, healthcare workers; ILI, influenza-like illness; RR, relative risk.

**Table 6** A comparison of outcome data for the medical mask arm with medical mask outcomes in previously published RCTs

| | CRI N (%) | RR (95% CI) | ILI N (%) | RR (95% CI) | Laboratory-confirmed viruses N (%) | RR (95% CI) |
|---|---|---|---|---|---|---|
| Vietnam trial | 28/580 (4.83) | Ref | 1/580 (0.17) | Ref | 19/580 (3.28) | Ref |
| Published RCT China 1[8] | 33/492 (6.70) | 1.40 (0.85 to 2.26) | 3/492 (0.61) | 3.53 (0.37 to 33.89) | 13/492 (2.64) | 0.80 (0.40 to 1.62) |
| Published RCT China 2[9] | 98/572 (17.13) | **3.54 (2.37 to 5.31)** | 4/572 (0.70) | 4.06 (0.45 to 36.18) | 19/572 (3.32) | 1.01 (0.54 to 1.89) |

Bold typeface indicates statistically significant.
CRI, Clinical respiratory illness; ILI, influenza-like illness; RCT, randomised clinical trial; RR, relative risk.

Pandemics and emerging infections are more likely to arise in low-income or middle-income settings than in wealthy countries. In the interests of global public health, adequate attention should be paid to cloth mask use in such settings. The data from this study provide some reassurance about medical masks, and are the first data to show potential clinical efficacy of medical masks. Medical masks are used to provide protection against droplet spread, splash and spray of blood and body fluids. Medical masks or respirators are recommended by different organisations to prevent transmission of Ebola virus, yet shortages of PPE may result in HCWs being forced to use cloth masks.[38–40] In the interest of providing safe, low-cost options in low income countries, there is scope for research into more effectively designed cloth masks, but until such research is carried out, cloth masks should not be recommended. We also recommend that infection control guidelines be updated about cloth mask use to protect the occupational health and safety of HCWs.

**Author affiliations**
[1]Faculty of Medicine, School of Public Health and Community Medicine, University of New South Wales, Sydney, Australia
[2]National Institute of Hygiene and Epidemiology, Hanoi, Vietnam
[3]Institute for Clinical Pathology and Medical Research, Westmead Hospital and University of Sydney, Sydney, New South Wales, Australia
[4]Beijing Centers for Disease Control and Prevention, Beijing, China

**Acknowledgements** The authors would like to thank the staff members from the National Institute of Hygiene and Epidemiology, Hanoi, Vietnam, who were involved with the trial. They thank as well to the staff from the Hanoi hospitals who participated. They also acknowledge the support of 3M for testing of filtration of the facemasks. 3M was industry partner in the ARC linkage project

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

Open Access

grant; however they were not involved in study design, data collection or analysis. The 3M products were not used in this study.

**Contributors** CRM was the lead investigator, and responsible for the conception and design of the trial, obtaining the grant funding, overseeing the whole study, analysing the data and writing of the report. HS contributed to overseeing the study, staff training, form/database development and drafting of the manuscript. TCD was responsible for overseeing the study, database management, recruitment, training and revision of the manuscript. NTH was responsible for the implementation of research and revision of the manuscript. PTN was responsible for the laboratory testing in Vietnam. AAC contributed to the statistical analysis and drafting of the manuscript. BR was responsible for the statistical analysis and revision of the manuscript. DED contributed to the laboratory technical assistance and revision of the manuscript. QW assisted in comparing the rates of infection from two previous RCTs conducted in China and revision of the manuscript.

**Funding** Funding to conduct this study was received from the Australian Research Council (ARC) (grant number LP0990749).

**Competing interests** CRM has held an Australian Research Council Linkage Grant with 3M as the industry partner, for investigator-driven research. 3M has also contributed masks and respirators for investigator-driven clinical trials. CRM has received research grants and laboratory testing as in-kind support from Pfizer, GSK and Bio-CSL for investigator-driven research. HS had a NHMRC Australian-based Public Health Training Fellowship at the time of the study (1012631). She has also received funding from vaccine manufacturers GSK, bio-CSL and Sanofi Pasteur for investigator-driven research and presentations. AAC used filtration testing of masks for his PhD thesis conducted by 3M Australia.

**Ethics approval** National Institute for Hygiene and Epidemiology (NIHE) (approval number 05 IRB) and the Human Research Ethics Committee of the University of New South Wales (UNSW), Australia, (HREC approval number 10306).

**Provenance and peer review** Not commissioned; externally peer reviewed.

**Data sharing statement** No additional data are available.

**Open Access** This is an Open Access article distributed in accordance with the Creative Commons Attribution Non Commercial (CC BY-NC 4.0) license, which permits others to distribute, remix, adapt, build upon this work non-commercially, and license their derivative works on different terms, provided the original work is properly cited and the use is non-commercial. See: http://creativecommons.org/licenses/by-nc/4.0/

## REFERENCES

1. World Health Organization (WHO). Global Alert and Response (GAR), Pandemic (H1N1) 2009—update 76 (cited 27 Apr 2012). http://www.who.int/csr/don/2009_11_27a/en/index.html
2. World Health Organization (WHO). Human infection with avian influenza A(H7N9) virus—update (cited 8 May 2013). http://www.who.int/csr/don/2013_05_07/en/index.html
3. Bermingham A, Chand MA, Brown CS, *et al.* Severe respiratory illness caused by a novel coronavirus, in a patient transferred to the United Kingdom from the Middle East, September 2012. *Euro Surveill* 2012;17:20290.
4. Pollack MP, Pringle C, Madoff LC, *et al.* Latest outbreak news from ProMED-mail: novel coronavirus—Middle East. *Int J Infect Dis* 2013;17:e143–4.
5. World Health Organization (WHO). Global Alert and Response (GAR). Ebola virus disease update—west Africa 2014 (cited 28 Aug 2014). http://www.who.int/csr/don/2014_08_28_ebola/en/
6. Chugtai AA, Seale H, MacIntyre CR. Use of cloth masks in the practice of infection control—evidence and policy gaps. *Int J Infect Control* 2013;9:1–12.
7. Quesnel LB. The efficiency of surgical masks of varying design and composition. *Br J Surg* 1975;62:936–40.
8. MacIntyre CR, Wang Q, Cauchemez S, *et al.* A cluster randomized clinical trial comparing fit-tested and non-fit-tested N95 respirators to medical masks to prevent respiratory virus infection in health care workers. *Influenza Other Respir Viruses* 2011;5:170–9.
9. MacIntyre CR, Wang Q, Seale H, *et al.* A randomised clinical trial of three options for N95 respirators and medical masks in health workers. *Am J Respir Crit Care Med* 2013;187:960–6.
10. Chughtai AA, MacIntyre CR, Zheng Y, *et al.* Examining the policies and guidelines around the use of masks and respirators by healthcare workers in China, Pakistan and Vietnam. *J Infect Prev* 2015;16:68–74.
11. Chughtai AA, Seale H, Chi Dung T, *et al.* Current practices and barriers to the use of facemasks and respirators among hospital-based health care workers in Vietnam. *Am J Infect Control* 2015;43:72–7.
12. Pang X, Zhu Z, Xu F, *et al.* Evaluation of control measures implemented in the severe acute respiratory syndrome outbreak in Beijing. *JAMA* 2003;290:3215–21.
13. Yang P, Seale H, MacIntyre C, *et al.* Mask-wearing and respiratory infection in healthcare workers in Beijing, China. *Braz J Infect Dis* 2011;15:102–8.
14. Horton R. Medical journals: evidence of bias against the diseases of poverty. *Lancet* 2003;361:712–13.
15. MacIntyre CR, Chughtai AA. Facemasks for the prevention of infection in healthcare and community settings. *BMJ* 2015;350:h694.
16. Chughtai AA, Seale H, MacIntyre CR. Availability, consistency and evidence-base of policies and guidelines on the use of mask and respirator to protect hospital health care workers: a global analysis. *BMC Res Notes* 2013;6:1–9.
17. MacIntyre C, Cauchemez S, Dwyer D, *et al.* Face mask use and control of respiratory virus transmission in households. *Emerg Infect Dis* 2009;15:233–41.
18. Buecher C, Mardy S, Wang W, *et al.* Use of a multiplex PCR/RT-PCR approach to assess the viral causes of influenza-like illnesses in Cambodia during three consecutive dry seasons. *J Med Virol* 2010;82:1762–72 [Epub ahead of print 1 Sep 2010].
19. Higuchi R, Fockler C, Dollinger G, *et al.* Kinetic PCR analysis: real-time monitoring of DNA amplification reactions. *Biotechnology (N Y)* 1993;11:1026–30 [Epub ahead of print 1 Sep 2010].
20. Hummel KB, Lowe L, Bellini WJ, *et al.* Development of quantitative gene-specific real-time RT-PCR assays for the detection of measles virus in clinical specimens. *J Virol Methods* 2006;132:166–73 [Epub ahead of print 11 Sep 2005].
21. Mackay IM. *Real-time PCR in microbiology.* Caister Academic Press, 2007.
22. Wang W, Cavailler P, Ren P, *et al.* Molecular monitoring of causative viruses in child acute respiratory infection in emergency/paediatric situations in Shanghai. *J Clin Virol (PASCV)* 2010;49:211–8.
23. Thi TN, Deback C, Malet I, *et al.* Rapid determination of antiviral drug susceptibility of herpes simplex virus types 1 and 2 by real-time PCR. *Antiviral Res* 2006;69:152–7.
24. Standards Australia Limited/Standards New Zealand. Respiratory protective devices. Australian/New Zealand Standard. AS/NZS 1716: 2012.
25. Donner A, Klar N. *Design and analysis of cluster randomization trials in health research.* London: Oxford University Press Inc, 2000.
26. Campbell MK, Elbourne DR, Altman DG, *et al.* CONSORT statement: extension to cluster randomised trials. *BMJ* 2004;328:702–8.
27. Vittinghoff E, Glidden DV, Shiboski SC, *et al.* *Regression methods in biostatistics.* 2nd edn. New York: Springer-Verlag, 2012.
28. StataCorp. *Stata 12 base reference manual.* College Station, TX: Stata Press, 2011.
29. Osterholm MT, Moore KA, Kelley NS, *et al.* Transmission of Ebola viruses: what we know and what we do not know. *mBio* 2015;6: e00137–15.
30. Fisher EM, Noti JD, Lindsley WG, *et al.* Validation and application of models to predict facemask influenza contamination in healthcare settings. *Risk Anal* 2014;34:1423–34.
31. Li Y, Wong T, Chung J, *et al.* In vivo protective performance of N95 respirator and surgical facemask. *Am J Ind Med* 2006;49:1056–65.
32. Dick EC, Jennings LC, Mink KA, *et al.* Aerosol transmission of rhinovirus colds. *J Infect Dis* 1987;156:442–8.
33. Bischoff WE. Transmission route of rhinovirus type 39 in a monodispersed airborne aerosol. *Infect Control Hosp Epidemiol* 2010;31:857–9.
34. Institute of Medicine (IOM). Reusability of Facemasks During an Influenza Pandemic: Facing the Flu—Committee on the Development of Reusable Facemasks for Use During an Influenza Pandemic. National Academy of Sciences, 2006.
35. Center for Disease Control and Prevention and World Health Organization. *Infection control for viral haemorrhagic fevers in the African health care setting.* Atlanta: Centers for Disease Control and Prevention, 1998:1–198.

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

Open Access

36. World Health Organization (WHO). Guidelines for the prevention of tuberculosis in health care facilities in resource limited settings, 1999.

37. Weaver GH. Droplet infection and its prevention by the face mask. *J Infect Dis* 1919;24:218–30.

38. MacIntyre CR, Chughtai AA, Seale H, *et al.* Respiratory protection for healthcare workers treating Ebola virus disease (EVD): are facemasks sufficient to meet occupational health and safety obligations? *Int J Nurs Stud* 2014;51: 1421–6.

39. Center for Disease Control and Prevention (CDC). Guidance on Personal Protective Equipment To Be Used by Healthcare Workers During Management of Patients with Ebola Virus Disease in U.S. Hospitals, Including Procedures for Putting On (Donning) and Removing (Doffing). 2014 (cited 23 Oct 2014). http://www.cdc.gov/vhf/ebola/hcp/procedures-for-ppe.html

40. World Health Organiszation (WHO). Infection prevention and control guidance for care of patients in health-care settings, with focus on Ebola. 2014 (cited 23 Oct 2014). http://www.who.int/csr/resources/publications/ebola/filovirus_infection_control/en/

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

MacIntyre CR, *et al. BMJ Open* 2015;5:e006577. doi:10.1136/bmjopen-2014-006577



Plaintiff's Exhibit 108

ORIGINAL RESEARCH
published: 13 January 2021
doi: 10.3389/fpubh.2020.606635



# Face Masks During the COVID-19 Pandemic: A Simple Protection Tool With Many Meanings

Lucia Martinelli [1], Vanja Kopilaš [2,3], Matjaž Vidmar [4], Ciara Heavin [5], Helena Machado [6], Zoran Todorović [7], Norbert Buzas [8], Mirjam Pot [9], Barbara Prainsack [9,10] and Srećko Gajović [3]*

[1] MUSE – Science Museum, Trento, Italy, [2] Faculty of Croatian Studies, University of Zagreb, Zagreb, Croatia, [3] Croatian Institute for Brain Research, University of Zagreb School of Medicine, Zagreb, Croatia, [4] Institute for the Study of Science, Technology and Innovation, The University of Edinburgh, Edinburgh, United Kingdom, [5] Business Information Systems, Cork University Business School, University College Cork, Cork, Ireland, [6] Communication and Society Research Centre, University of Minho, Braga, Portugal, [7] University Hospital Medical Center "Bežanijska kosa", and University of Belgrade Faculty of Medicine, Belgrade, Serbia, [8] Department of Health Economics, Faculty of Medicine, University of Szeged, Szeged, Hungary, [9] Department of Political Science, Centre for the Study of Contemporary Solidarity (CeSCoS), University of Vienna, Vienna, Austria, [10] Department of Global Health & Social Medicine, King's College London, London, United Kingdom

OPEN ACCESS

Edited by:
Linda Lombi,
Catholic University of the Sacred
Heart, Italy

Reviewed by:
Thang Van Vo,
Hue University, Vietnam
Vijay Sharma,
National University of
Singapore, Singapore

*Correspondence:
Srećko Gajović
srecko.gajovic@hiim.hr

Specialty section:
This article was submitted to
Public Health Policy,
a section of the journal
Frontiers in Public Health

Received: 15 September 2020
Accepted: 27 November 2020
Published: 13 January 2021

Citation:
Martinelli L, Kopilaš V, Vidmar M,
Heavin C, Machado H, Todorović Z,
Buzas N, Pot M, Prainsack B and
Gajović S (2021) Face Masks During
the COVID-19 Pandemic: A Simple
Protection Tool With Many Meanings.
Front. Public Health 8:606635.
doi: 10.3389/fpubh.2020.606635

Wearing face masks is recommended as part of personal protective equipment and as a public health measure to prevent the spread of coronavirus disease 2019 (COVID-19) pandemic. Their use, however, is deeply connected to social and cultural practices and has acquired a variety of personal and social meanings. This article aims to identify the diversity of sociocultural, ethical, and political meanings attributed to face masks, how they might impact public health policies, and how they should be considered in health communication. In May 2020, we involved 29 experts of an interdisciplinary research network on health and society to provide their testimonies on the use of face masks in 20 European and 2 Asian countries (China and South Korea). They reflected on regulations in the corresponding jurisdictions as well as the personal and social aspects of face mask wearing. We analyzed those testimonies thematically, employing the method of qualitative descriptive analysis. The analysis framed the four dimensions of the societal and personal practices of wearing (or not wearing) face masks: individual perceptions of infection risk, personal interpretations of responsibility and solidarity, cultural traditions and religious imprinting, and the need of expressing self-identity. Our study points to the importance for an in-depth understanding of the cultural and sociopolitical considerations around the personal and social meaning of mask wearing in different contexts as a necessary prerequisite for the assessment of the effectiveness of face masks as a public health measure. Improving the personal and collective understanding of citizens' behaviors and attitudes appears essential for designing more effective health communications about COVID-19 pandemic or other global crises in the future.

*To wear a face mask or not to wear a face mask?*
*Nowadays, this question has been analogous*
*to the famous line from Shakespeare's Hamlet:*
*"To be or not to be, that is the question."*
*This is a bit allegorical,*
*but certainly not far from the current circumstances*
*where a deadly virus is spreading amongst us...* Vanja Kopilaš, Croatia.

**Keywords: COVID-19, face mask, physical distancing, health communication, personal protecting equipment**

## INTRODUCTION

The coronavirus disease 2019 (COVID-19) pandemic is currently perceived as one of the greatest global threats, not only to public health and well-being, but also to global economic and social stability. While the first two decades of the third millennium were characterized by crisis—most notably the economic downturn of 2008 and the looming climate change—the spread of the severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) virus originating from China has given rise to most drastic societal and political responses. These included measures as severe as states forbidding citizens from leaving their homes and effectively shutting down all social and economic activities (1). In Europe, Italy was the first country to officially detect the presence of COVID-19 in its territory, and it swiftly adopted measures to contain its spread (2–4). Within a few weeks, the epidemic progressively spread across Europe. Because of the novel situation and the contradictory opinions of experts, including representatives of the scientific community and World Health Organization (WHO), the level of threat caused by the disease appeared unclear (5). The assessment of the perceived risks of the disease varied in the public discourse—some considered it just as "a stronger influenza"; others drew parallels with the very deadly Spanish Flu outbreak in the 1918–1920, and many were simply not sure what to believe. Nevertheless, most felt the novel and unpleasant feeling of being vulnerable to the invisible threat of the infection (i.e., to be the ones in danger) or to be contagious themselves (i.e., to be the danger).

A variety of public health and hygiene measures have been initiated; the most visually noticeable perhaps is the wearing of face masks. The medical research on the use of face masks as personal protective equipment (PPE) against SARS-CoV-2 transmission was interpreted very cautiously, and the initial guidance from health officials was conflicting (6). The WHO advice was conceived to avoid unnecessary paternalism and at the same time be comprehensive in discussing different medical aspects of mask use. However, it was updated several times, shifting from initial statements that face masks are not to be worn by healthy individuals toward gradual adoption of face masks as useful in slowing community transmission. In particular, "…WHO has updated its guidance to advise that to prevent COVID-19 transmission effectively in areas of community transmission, governments should encourage the general public to wear masks in specific situations and settings

as part of a comprehensive approach to suppress SARS-CoV-2 transmission" (7). Gradually, face mask use has been recognized as a suitable measure within the scientific community (8–12), if nothing else due to the application of the "precautionary principle" in the face of an acute crisis (13, 14). This has since been backed up by empirical observations (15, 16).

Different, mandatory or voluntary, practices, and contradictory indications about the utility of face mask wearing were introduced across affected countries. Generally speaking, face masks have been adopted as one of the measures to reduce the COVID-19 spread across Europe, despite the fact that wearing masks in Europe is not common or familiar, and it is often associated with Asian countries (17). The social conventions and personal meanings of face mask use have received relatively little attention. Its use is deeply connected to social and cultural practices, as well as political, ethical, and health-related concerns, personal, and social meanings (18, 19).

In this study, our aim was to address three aspects of face mask wearing—public policies, individual behaviors and attitudes, and the collective experiences of the affected communities. In order to develop insights into the wider meanings of face mask wearing beyond (just) preventing the spread of infection, we tapped into the expertise of a scholarly interdisciplinary network, the Navigating Knowledge Landscapes—NKL (http://knowledge-landscapes.hiim.hr/), predominantly consisting of Europe-based scholars. The network is dedicated to furthering research on topics related to medicine, health, and society and comprises academics working across the disciplinary spectrum. We invited NKL members in May 2020 to provide their observations on the topic, also based on their professional experience. They were asked to describe the face mask usage in their countries and provide their subjective standpoints and/or those from their social environment. Subsequently, these testimonies within the specific time window (May 2020) containing narratives on face masks from the contributing experts were thematically analyzed using the method of qualitative descriptive analysis (20, 21).

## MATERIALS AND METHODS

The invitation to write their views about face mask wearing was sent by e-mail to 97 experts, all members of the interdisciplinary research network Navigating Knowledge Landscapes (NKL; http://knowledge-landscapes.hiim.hr/). The invitation was sent on May 11, 2020, and the responses were collected until May 26,

Martinelli et al.

*Face Masks During the Pandemic*

**TABLE 1 |** Continued



| | Obligatory ← Recommended   No recommendations → Not recommended | | Total cases/million people | New cases/million people |
|---|---|---|---|---|
| Svalastog (Norway) | | Do not recommend a general use of masks | 1,494 | 47 |
| Olofsson (Sweden) | | People are not obliged to wear face masks in public places | 2,658 | 794 |

*The official policies (in May 2020) on face mask wearing expressed by the participants in this study in their respective countries. They were distributed across the wide spectrum from mandatory connected with fines, to no recommendations to do so.*

*The experts' perceptions in the first two columns were associated to the numbers in the last two columns representing total cases per million people at the start of the study (May 11, 2020) and new cases per million people during the narrative collection period (May 11–26, 2020) in the corresponding countries (28). The numbers clustered as (green) <1,000 total or <100 new cases per million people, (yellow) between 1,000 and 2,000 total or 100 and 200 new cases per million people, and (red) more than 2,000 total and 200 new cases per million people.*

*It should be noted that the Table concentrated on the time period of the study as official advices, legislation, and numbers of cases subsequently changed during the course of pandemic.*

that none of my family members are considered a vulnerable population. If my grandmother would live with us, I might think differently." [Kadri Simm, Estonia]

What was exemplified in many narratives is that individual usage is not meant predominantly for an individual's self-protection, but the decision was based on people's relationship to others. The citizens' question "should I protect myself" evolved into "can I protect the others?"

*"I wear disposable masks, understanding they protect others from me, more than me from others. I wear them to demonstrate responsible behavior and attitude to benefit of society." [Predrag Pale, Croatia]*

The experiences of interaction with others in relation to face mask wearing were mentioned frequently, indicating the importance of the social context of individual behavior.

*"I experienced cases when my request to keep distance or to take on a mask properly was treated offensively or as a sign of mistrust…" [Christina Nasadyuk, Ukraine]*

*"I put it on when I go to the grocery store because at the early stage of the pandemic, I was warned by the lady working at the counter that I am putting her life 'in danger by not wearing a mask.' Obviously, I did not want to take chances with her life again, so I purchased one of those cloth masks." [Vanja Kopilaš, Croatia]*

However, many testimonies pointed out that masks have not been used properly. The health risks of incorrectly wearing a face mask represent an important argument against the use of face masks as a public health measure (32).

*"…25% wore masks improperly, on their necks, or covering only their mouths, but not noses. …They do not know how to put the mask on, and when they remove their masks, they touch the outside of the mask, which is inappropriate and wrong." [Izet Mašić, Bosnia and Herzegovina]*

*"Also, one can observe many cases of half-compliance or sham compliance. For instance, people do wear masks, but slide them*

down onto their chins or take them off completely while talking to someone on the street or speaking on the phone. And this is all a performance, keeping their masks somewhere within reach in case of the sudden emergence of police officers, who are indeed issuing fines for not wearing a mask." [Aleksandra Glos, Poland]

This is even more complicated in situations when face masks were scarce (the stocks gradually improved through time in all examined locales).

*"During the early stages of disease progression, mask wearing was not a common practice, mainly due to the complete absence and highly inflated prices in stores." [Rostyslav Bilyy, Ukraine]*

*"I do not use face mask. In the early stage of the COVID-19 epidemic in Norway, my understanding was that available masks should be reserved for people in the health and caring sector." [Anna Lydia Svalastog, Norway]*

*"I think the biggest concern is that the mask has been in short supply for a long time, and that its trade has not been subject to official pricing, so prices have been uncontrolled… The mask was in short supply when emergency was announced, but it is now available in many places and can be obtained at the checkout of almost every grocery store if someone started shopping without it." [Norbert Buzas, Hungary]*

The shortage of masks ignited a burst of creativity in producing homemade masks, with a proliferation of tutorials for their production on the Internet and social media.

*"Nowhere was possible to come to the face masks. Typical situation: the government did announce decree, but it did not provide the means for its implementation. We as ordinary citizens need to improvise with needlework of masks at home as well. Taking in regard that immediately rapacious war profiteers did appear by selling masks the needlework of masks at home was even not the worst solution." [Franc Mali, Slovenia]*

*"Although during the first weeks there was lack of masks and respirators, it was great how many people proved their creativity. It concerned not only the textile reusable masks, but also design and development of respirators with higher level of protection. They*

*were mostly printed on 3D printers. Later on, some of the approved types were taken by larger producers, and mass production started." [Lenka Lhotska, Czechia]*

## Mask Wearing at the Interface of Personal and Social Responsibility

Besides being shaped by public discourse and social norms, risk perception also has a strong personal element. Some people seem like they do not care; others are quite relaxed, and some are more cautious. As for COVID-19, conflicting perspectives and emotions and even the psychological entrapment syndrome known as "cabin fever" (i.e., referencing long winter isolation in a small cabin) have been reported (33). Here, restricted microenvironments and quarantine are felt as secure places. The additional challenges were noticeable during the shift from the lockdown phase and the beginning of the so-called "phase 2" or "reopening" when people were allowed to leave their home again.

*"'Convivere,' i.e., 'live together with' the virus is the expression used by experts and media, to describe the phase 2, but this narrative could result quite distressing: how glad would someone be when living with a submicroscopic entity, that is such dangerous?" [Lucia Martinelli, Italy]*

During this second phase, going back to living with "the others" demands new social behavior/etiquette combined with increased safety measures. The face masks start to be part of the new everyday rituals of saying hello, having a coffee together, and protecting each other. The role of peers in shaping the behavior of others is significant. People not committed to wearing mask can feel peers' pressure to comply. Moreover, "a collapse between the status of *being at risk* and *being a risk*" was noted (34–36).

*"The face mask, I realize, signals both positions, at the same time as it doesn't provide a definite answer: are you the risk object or the object at risk? Saying this, my individual attitude toward face masks cannot be pried apart from the social acceptance and use of the same. As long as the nonuse of face masks constitutes the norm, I will most likely interpret the usage as deviant and worrying. On the other hand, if the vast majority of the Swedish population would wear face masks, I would most likely start wearing a face mask as well. Here, the mass effect kicks in." [Jennie Olofsson, Sweden]*

*"The massive use of the masks among Albanian citizens… has become a normal well-adopted ritual of surviving, implemented as of a social significance for 'not letting the virus in.' This social cohesion on the intrapersonal view as 'to scare the virus' and 'fear of an enemy' comes close to a group approach of 'control and stability.' This ritual of social cohesion vis-à-vis the 'fear of death' or 'fear of the unknowing' is a similar to a psychological regression, when the individual survival depended largely from the herd." [Gentian Vyshka, Albania]*

*"For me, unlike other measures to contain the spread of the virus, the wearing of masks is predominantly a symbol of social cohesion and complying with the rules and not so much a measure to effectively protect myself and others from infection. The few times I saw someone without a mask entering a supermarket or the metro, my first thoughts were about social deviance and the arrogance of ignoring a commonly agreed-upon practice, and not about the risk of infection." [Mirjam Pot & Barbara Prainsack, Austria]*

Individual and collective responsibility and trust in the institutions and in the official assessment of risks and recommendations as to the adopted measures are crucial to build up a degree of epistemic agreement (37). However, this is perhaps more challenging in a contested environment of "recommendation trust" (38), which likely depends on communicating certainty (39), of which very little has been seen during COVID-19 pandemic. Hence, the acceptance of official advice varied among countries, cultures, and political contexts, with some degree of contradiction.

*"In general, there seems to be a relatively wide acceptance of government recommendations, but a very patchy uptake. Though the Scottish Government advice is trusted more than that from the UK Government, significant generational and cultural differences can be seen as to its implementation… in a multicultural society such as Scotland, there are some subtle differences between people from different cultural backgrounds and traditions who are either more accustomed to follow stricter government instructions, or from cultures where face mask wearing is more commonplace." [Matjaž Vidmar, Scotland, UK]*

*"Finally, as an anecdote, I would mention the recent case of expelling an opposition MP from the Assembly because he did not have a mask on his face, although the Prime Minister who warned the MP did not have a mask either." [Zoran Todorović, Serbia]*

The pandemic also seems to have reminded many people about the responsibility of humanity toward the preservation of all the living organisms and, as recognized by the Centers for Disease Control and Prevention (40), that our health is closely connected to the health of whole environment.

*"We should see ourselves as the most important participants and the biggest beneficiaries of public health, so we should take expert advice—wear mask. In other word, under this special situation, we need to work with medical experts, government to co-build a safe, harmonious and orderly living world with 'One Health' concept, rather to resist or despise it." [Bie Ying Long, China]*

## The Face Mask: A New Barrier Affecting Social Relations?

If we assume that in the near future we will be used to living with the pandemic, or even a series of pandemics, we are currently developing new norms for social interaction. Being with other people and enjoying their company are essential for our mental and physical well-being. How do these interactions include face mask usage? What will socializing look like in the era of physical distancing (i.e., "keeping a safe space between yourself and other people who are not from your household") (41)? These issues are being recognized as particularly challenging.

*"We must reinforce the message that face masks do not remove (or even reduce) the need for social distancing as well as excellent hand and respiratory hygiene. We need to avoid a situation where face masks become a weapon that could negatively impact our fight against this invisible enemy." [Ciara Heavin, Ireland]*

*"I believe the benefits of face masks may be overestimated and lead us into a false sense of security in which we take unwarranted*

Case 6:21-cv-01008-PGB-DCI   Document 1-6   Filed 06/14/21   Page 54 of 61 PageID 639

Martinelli et al.                                                                                           Face Masks During the Pandemic

*risks—such as touching more objects and neglecting handwashing or going outside when suffering from a cough or cold. Therefore, my preference would be to give greater attention to other steps such as providing screens and visors for workers in public facing roles and reinforcing protective mechanisms around social distancing." [Helena Webb & Sue Ziebland, England, UK]*

*"Since the use of a mask started to become widespread, people seem to feel safer and unfortunately are more at risk, for example, not maintaining physical distance, making appointments with extended family and friends, etc." [Helena Machado, Portugal]*

Not all evidence is in support of above assessments that face masks bring about a (false) sense of security. In a recent study conducted in the Italian Venice metropolitan area, wearing a mask has proven to be a visual factor strengthening physical distancing as a public health measure (3). Between February 24 and April 29, 2020, distances have been measured by an operator wearing an exclusive sensor-based "social distancing belt." They were interchangeably "unmasked," "masked," "do it yourself (DIY)-masked," "goggles masked," and "goggles DIY-masked." Results show that people tended to stay closer to an unmasked person, while mask wearing tended to increase the physical distance. This paradox is explained by considering humans' intrinsic social nature that favors social vs. antisocial behaviors (3). Wearing a mask thus can turn unconscious social behavior into conscious antisocial behavior.

*"I believe that due to the extraordinarity of wearing face coverings in public spaces in Scotland, these do not encourage an undue feeling of 'safety' by their use, rather the reverse. Hence, with full awareness that the evidence for being protected by this measure is not there, rather, I hope that by wearing a face covering, I may remind (or even deter) others from breaking social distancing rules." [Matjaž Vidmar, Scotland, UK]*

Marchiori's study (3) also suggests that distance increases with face mask wearing, thus supporting the importance of visual stimuli as a signal of danger. This fact recalled in the mind of our colleague, Bie Ying Long, the ancient Chinese tale of "The Blind Man Who Lights a Lantern While He Walks in the Night," which proposes a "wise" interpretation of action as interplay of altruism and self-interest (42). When people asked a blind man for the reason why was he carrying a large lantern when he traveled at night, he replied that while day and night were not different to him, carrying a lantern while walking in the night was for the sake of everyone. For him, the lantern provided protection from other people, allowing them to avoid bumping into him. For others, carrying a lantern shone a light on them and let them walk more securely.

*"In the present, we should learn the kind of survival wisdom of the blind man in the story. To wear a mask proactively does not mean 'I'm infected with the virus,' rather to protect my own health. At the same time, it is a reminder to others that we are still in a time of crisis; we need to pay highly attention to our health and life safety very seriously." [Bie Ying Long, China]*

However, face mask use may have adverse systemic effects, as well:

*"The use of a mask is seen as an act of responsibility and altruism. However, I notice that people with masks tend to avoid personal interaction and to decrease the time they talk to each other. They avoid looking at others." [Helena Machado, Portugal]*

*"The syntagm social distancing is problematic because it symbolically transforms the rule of physical distance into the subversion or deconstruing of social ties. Face masks are strongly related to this implicated meaning. The human estrangement as a part of the 'COVID-19 regime' is the reason I have been more annoyed by some people strongly emphasizing the need for masks and physical distance than by those exhibiting the lack of interest for the personal protection against the infection." [Renata Šribar, Slovenia]*

In this framework, institutional health communication plays a crucial role in motivating citizens to wear face masks and use them properly (i.e., how to handle it and how to cover one's mouth and nose), as well as to respect physical distancing and hygiene procedures. Here, the choices of narratives by public health system officials play a crucial role. Accordingly, the expression "social distance" tends to be avoided nowadays. "Physical distancing" has been adopted by the WHO, which they define as keeping a distance and avoiding spending time in crowded places or in groups (43). More distressing expressions such as "avoiding all unnecessary contacts" and "unnecessary contacts with the others" are used in some official advices (44). These messages may appear authoritarian, by intruding in the personal space of what is "unnecessary" and about who are "the others" when considering social contacts and human relations.

Conversely, an interesting example for motivating the correct use of face masks is the communication campaign "Per tornare tutti insieme a sorridere" [To get back to smiling together] by the Italian Health Ministry (45). This message designed to stimulate feelings of mutual protection and solidarity among relatives, as well as among strangers. Motivation is crucial because, as we have demonstrated, a face mask can be perceived as both a physical and psychological barrier, particularly in countries where covering one's face is not a common habit.

Wearing a face mask, in fact, makes it hard to recognize if someone is smiling at you and to acknowledge non-verbal communication and emotions shared with facial expressions. This limitation has been noticed in the interactions with older, fragile, and cognitively impaired persons/patients, communication with whom strongly relies on body language (46). Not only in these contexts, but also in relation to day-to-day activities, especially with strangers, new communication skills are necessary, such as direct eye contact (47) and body gestures. Moreover, to communicate with those with hearing loss, special transparent masks have been proposed (48). As the fear of infection makes us more distrustful of strangers and even of friends and family members, to achieve the social interaction we were used to before the pandemic, a new demonstration of care and affection should be conceived.

Plaintiff's Exhibit 109

patriotrising.com

# Child Abuse: Masked schoolchildren are harmed physically, psychologically, behaviorally and suffer from 24 distinct health issues - Patriot Rising

*PatriotRisinghttps://www.patriotrising.comFree thinker, beer drinker.*

4-6 minutes



A first-of-its-kind study, involving over 25,000 children, reveals that masks are harming schoolchildren in many physical and psychological ways and have a negative effect on their behavior, focus and interest in learning. These negative effects are censored from social media, under-reported by the media, and ignored by government officials. Of the 25,930 children studied, the database includes at least 17,854 health complaints submitted by parents. These health issues and impairments were observed in approximately 68 percent of masked schoolchildren who were forced to wear a face covering for an average of four and a half hours per day.

## Prolonged, forced, strict mask wearing destroys the health of children

The registry, established on October 20th, 2020, asked 363 doctors to inform parents and teachers that they can report the health impacts they are witnessing from prolonged mask use of children. The health issues were exhaustive and included irritability (60%), headache (53%), difficulty concentrating (50%), less happiness (49%), reluctance to go to school/kindergarten (44%), malaise (42%) impaired learning (38%) and drowsiness or fatigue (37%)." Nearly a third of the children sleep worse than normal, and quarter of the children had developed new fears. Hundreds of children were less cheerful, less playful and most were unusually irritable.

Even more concerning, ==(29.7%) had shortness of breath, (26.4%) experienced dizziness, and hundreds of children suffered from feelings of weakness, a feeling of disease, accelerated respiration, tightness in the chest, and short-term impairment of consciousness. Universal mask wearing is destroying the health of children, making their immune system more susceptible to disease.== (Related: The CDC is developing a nationwide "medical police state" program to track vaccine compliance; may lead to "medical kidnapping" of children.)

## Masking of schoolchildren is a medical experiment that should be a parent's choice and require informed consent

Around the world, fathers and mothers are losing their parental rights as asinine medical interventions are mandated on their children in the school setting. Children are being psychologically raped, as adults force them to believe that their breath is a constant source of disease transmission, that they have a moral duty to ensure that their diseased breath never infects another person. Children are being trained to fear one another, to fear the world around them, and to quiver in obedience to authority and medical fraud. Will these institutions be held liable for the physical, psychological and behavioral harm they continue to impose on children?

Teachers and counselors, who are required by law to report child abuse, are now actively participating in the abuse of children and bullying parents to comply. Every day, authorities turn a blind eye to the psychological harm they impose on children with mandatory masking of each child's mouth and nose. What else can be forced onto children under the guise of keeping everyone "safe?"

Masking of schoolchildren is a medical experiment. Mask manufacturers have not conducted independent studies for long term use of their products on adolescents. Therefore, parents are not given informed consent so they can make a choice that is best for their child. In most cases, the schools are dictating what parents must do to their child's body, setting unlawful precedent that tramples on the medical privacy rights of the family while perpetuating institutional abuse of children that is liability-free.

"There are no manufacturer-independent studies on the use of masks for children and adolescents that are certified as medical products for occupational safety in professional applications," the study authors stated. "In addition, due to the unknown materials used, there are no findings on the potential protective effects or side effects of the often home-made 'everyday masks' worn by the majority of children. In view of the ongoing measures to contain the COVID-19 pandemic, and in particular the varying obligations for children and adolescents to wear masks in school over a longer period of time, there is an urgent need for research."

Check out HealthFreedom.news for more on the harms of forcing masks on children.

**Sources include:**

GreenMedInfo.com

NaturalNews.com

Plaintiff's Exhibit 110

greenmedinfo.com

# Mask Harms in Kids: 68% of Parents Report Alarming Psychological and Physical Problems In First-of-its-kind Study

11-14 minutes



**A German study involving over 25,000 children reveals that major negative impacts on the physical, psychological, and behavioral health of children may be far more widespread than reported in the media and by government officials -- affecting approximately 68% and contributing to 24 distinct health complaints, according to parent submitted observations.**

**A concerning study conducted in Germany has been posted online as a preprint (not yet peer-reviewed) titled, "**_Corona children studies "Co-Ki": First results of a Germany-wide registry on mouth and nose covering (mask) in children_**," describing the results of 17,854 parent submitted reports on health complaints or impairments experienced as a result of wearing masks by their 25,930 children.**

The study was designed to both explore the accumulating narratives reported by parents, educators, and doctors about increasing problems and health complaints in children and adolescents wearinng

masks, as well as to provide the first known online registry where parents, doctors, teachers, and others can enter their first-hand observations. The registry and the questionnaire can be found online at www.co-ki-masken.de

The study authors stated:

"There are no manufacturer-independent studies on the use of masks for children and adolescents that are certified as medical products for occupational safety in professional applications. In addition, due to the unknown materials used, there are no findings on the potential protective effects or side effects of the often home-made "everyday masks" worn by the majority of children. In view of the ongoing measures to contain the COVID-19 pandemic, and in particular the varying obligations for children and adolescents to wear masks in school over a longer period of time, there is an urgent need for research."

On October 20th, 2020, 363 doctors were asked to make entries and inform parents and teachers of the existence of the registry.

The data recorded in the registry included information regarding the role of the registrant, demographic data, previous illnesses, situation and duration of mask wearing, type of mask, existence of complaints from the child about an impairment via the mask, symptoms, behavioral problems, and the respondent's personal attitude to corona protection measures of the government.

On average, children wore masks for 270 minutes a day, with impairments being reported at nearly the same rate by the children (67.7%) as the parents (66.1%).

The study results were summarized as follows:

"By 26.10.2020 the registry had been used by 20,353 people. In this publication we report the results from the parents, who entered data on a total of 25,930 children. The average wearing time of the mask was 270 minutes per day. Impairments caused by wearing the mask were reported by 68% of the parents. These included irritability (60%), headache (53%), difficulty concentrating (50%), less happiness (49%), reluctance to go to school/kindergarten (44%), malaise (42%) impaired learning (38%) and drowsiness or fatigue (37%)."

The childrens' complaints were reported across 24 distinct symptoms as follows:

| | Total age group | Age group 0-6 years | Age group 7-12 years | Age group 13-18 years | Test for difference |
|---|---|---|---|---|---|
| Headaches | 13.811 (53.3%) | 960 (24.0%) | 7.863 (54.6%) | 4.988 (66.4%) | p < 0.0001 |
| Concentration difficulties | 12.824 (49.5%) | 961 (24.0%) | 7.313 (50.8%) | 4.550 (60.5%) | p < 0.0001 |
| Discomfort | 10.907 (42.1%) | 1.040 (26.0%) | 6.369 (44.2%) | 3.498 (46.5%) | p < 0.0001 |

| Impairment in learning | 9.845 (38.0%) | 621 (15.5%) | 5.604 (38.9%) | 3.620 (48.2%) | p < 0.0001 |
|---|---|---|---|---|---|
| drowsiness / tiredness | 9.460 (36.5%) | 729 (18.2%) | 5.163 (35.8%) | 3.568 (47.5%) | p < 0.0001 |
| Tightness under the mask | 9.232 (35.6%) | 968 (24.2%) | 5.427 (37.7%) | 2.837 (37.7%) | p < 0.0001 |
| Feeling of shortness of breath | 7.700 (29.7%) | 677 (16.9%) | 4.440 (30.8%) | 2.583 (34.4%) | p < 0.0001 |
| Dizziness | 6.848 (26.4%) | 427 (10.7%) | 3.814 (26.5%) | 2.607 (34.7%) | p < 0.0001 |
| Dry neck | 5.883 (22.7%) | 516 (12.9%) | 3.313 (23.0%) | 2.054 (27.3%) | p < 0.0001 |
| Syncope | 5.365 (20.7%) | 410 (10.2%) | 2.881 (20.0%) | 2.074 (27.6%) | p < 0.0001 |
| Unwillingness to move, unwillingness to play | 4.629 (17.9%) | 456 (11.4%) | 2.824 (19.6%) | 1.349 (17.9%) | p < 0.0001 |
| Itching in the nose | 4.431 (17.1%) | 513 (12.8%) | 2550 (17.7%) | 1.368 (18.2%) | p < 0.0001 |
| Nausea | 4.292 (16.6%) | 310 (7.7%) | 2.544 (17.7%) | 1.438 (19.1%) | p < 0.0001 |
| Feeling of weakness | 3.820 (14.7%) | 300 (7.5%) | 2.020 (14.0%) | 1.500 (20.0%) | p < 0.0001 |
| Abdominal pain | 3.492 (13.5%) | 397 (9.9%) | 2.292 (15.9%) | 803 (10.7%) | p < 0.0001 |
| Accelerated respiration | 3.170 (12.2%) | 417 (10.4%) | 1.796 (12.5%) | 957 (12.7%) | p < 0.0001 |
| Disease feeling | 2.503 (9.7%) | 205 (5.1%) | 1.328 (9.2%) | 970 (12.9%) | p < 0.0001 |
| Tightness in the chest | 2.074 (8.0%) | 161 (4.0%) | 1.122 (7.8%) | 791 (10.5%) | p < 0.0001 |

| | | | | | |
|---|---|---|---|---|---|
| Flickering eyes | 2.027 (7.8%) | 149 (3.7%) | 1.047 (7.3%) | 831 (11.1%) | p < 0.0001 |
| Loss of appetite | 1.812 (%) | 182 (4.5%) | 1.099 (7.6%) | 531 (7.1%) | p < 0.0001 |
| tachycardia, stumbling heart stings | 1.459 (5.6%) | 118 (2.9%) | 766 (5.3%) | 575 (7.6%) | p < 0.0001 |
| Noise in the ears | 1.179 (4.5%) | 107 (2.7%) | 632 (4.4%) | 440 (5.9%) | p < 0.0001 |
| Short-term impairment of consciousness / fainting spells | 565 (2.2%) | 39 (1.0%) | 274 (1.9%) | 252 (3.4%) | p < 0.0001 |
| Vomiting | 480 (1.9%) | 40 (1.0%) | 296 (2.1%) | 144 (1.9%) | p < 0.0001 |

The table below shows the parents' point of view on behavior changes in their children as a result of wearing masks:

| | Total age group | Age group 0-6 years | Age group 7-12 years | Age group 13-18 years | Test for difference |
|---|---|---|---|---|---|
| The child is more often irritated than usual | 11 364 (60.4%) | 1 041 (40.0%) | 6 566 (62.1%) | 3 757 (66.5%) | p < 0.0001 |
| The child is less cheerful | 9 286 (49.3%) | 959 (36.9%) | 5 640 (53.3%) | 2 687 (47.6%) | p < 0.0001 |
| The child no longer wants to go to school/kindergarten | 8 280 (44.0%) | 824 (31.7%) | 5 168 (48.9%) | 2 288 (40.5%) | p < 0.0001 |
| The child is more restless than usual | 5 494 (29.2%) | 773 (29.7%) | 3 515 (33.2%) | 1 206 (21.4%) | p < 0.0001 |
| The child sleeps worse than usual | 5 849 (31.1%) | 633 (24.3%) | 3 507 (33.2%) | 1 709 (30.3%) | p < 0.0001 |
| No other abnormalities | 7 103 (27.4%) | 1 400 (35.0%) | 3 834 (26.6%) | 1 869 (24.9%) | p < 0.0001 |

| The child has developed new fears | 4 762 (25.3%) | 713 (27.4%) | 2 935 (27.8%) | 1 114 (19.7%) | p < 0.0001 |
|---|---|---|---|---|---|
| The child sleeps more than usual | 4 710 (25.0%) | 319 (12.3%) | 2 183 (20.6%) | 2 208 (39.1%) | p < 0.0001 |
| The child plays less | 2 912 (15.5%) | 400 (15.4%) | 1.998 (18.9%) | 514 (9.1%) | p < 0.0001 |
| The child has a greater urge to move than usual | 1 615 (8.6%) | 253 (9.7%) | 1.124 (10.6%) | 238 (4.2%) | p < 0.0001 |

The authors of the ended their report with the following concluding remarks:

"Many children are subject to great challenges and families try to master these as best they can. While the proportion of people tested positive for SARS-CoV-2 and also the number of intensive care patients in Germany is high in many places, we report here on a relatively small, unrepresentative problem: several thousand children who seem to suffer from wearing the mask or who may experience health problems from the mask. Our study provides the basis for a representative survey on which a precise benefit-risk analysis of mask wearing in children can be built."

## FURTHER READING AND A CRITICAL CALL TO ACTION

- To learn more about the underreported research on the lack of effectiveness and safety issues associated with mask wearing, view our database on the subject here.

- To stand up against mandatory mask wearing take action on the Stand For Health Freedom advocacy platform here: ACT NOW: Mandatory Masks Endanger Your Health and Your Liberties. Tell Your State and Local Officials To Make Mask-Wearing Voluntary.



**The GMI Research Group (GMIRG)** is dedicated to investigating the most important health and environmental issues of the day.  Special emphasis will be placed on environmental health.  Our focused and deep research will explore the many ways in which the present condition of the human body directly reflects the true state of the ambient environment.

**Disclaimer**: This article is not intended to provide medical advice, diagnosis or treatment. Views expressed here do not necessarily reflect those of GreenMedInfo or its staff.