Plaintiff's Exhibit 111

theepochtimes.com

# Mask Mandates for Children Mostly Harmful: Professor of Medicine

*By Dennis Prager*

4-5 minutes

---

Requiring children wear masks does more harm than good, Dr. Jay Bhattacharya told The Epoch Times.

Bhattacharya advised Florida Gov. Ron DeSantis not to make children don face coverings.

Bhattacharya is a professor of medicine at Stanford University. He's a health economist by training.

"I think about things from a cost-benefit point of view, you have to think about what the costs and benefits are of any policy to set before you make a recommendation," Bhattacharya said on The Epoch Times' "American Thought Leaders."

"In the case of masks, the evidence [how] children spread the disease even without a mask is that they're much less efficient spreaders. It's not like the flu where children actually are efficient spreaders of the disease. In the case of coronavirus—for reasons we don't fully understand—children even unmasked are much less likely to spread the disease to adults, than an adult is to spread disease to an adult," he added.

Studies have found that young children transmit the CCP (Chinese Communist Party) virus less than older children and adults. Studies have shown children who do wear masks often undermine their effectiveness by touching them and repeatedly taking them on and off. Several studies determined that factors like irritation, difficulty breathing, and low peer acceptability were reported by children who wore masks.

Because children don't wear masks properly in many cases, the already-limited benefit is lowered even further, Bhattacharya said. On the other hand, there are serious repercussions to child development when they and others around them are wearing masks.

"Children have developmental needs that require them to see other people's faces. Learning to speak, for instance, requires seeing lips move. For slightly older children, they need to see people, the body, they learn body language, how to interact socially, by watching people. And when you ask them to wear a mask, you sort of cut that out. So you have harms on one side, and very little benefit on the other," he added.





A man adjusts a child's mask in New York City, N.Y., on April 5, 2020. (Cindy Ordt/Getty Images)

The World Health Organization (WHO) recommends no masks be required to be worn by children up to 5 years old and that policymakers weigh different facts when mulling whether to impose mask requirements on children between the ages of 6 and 11, such as the intensity of transmission of the CCP virus, which causes the COVID-19 disease, in the area where the child is and the latest data concerning spread from children.

Children should not wear a mask while doing sports or other physical activities, though they should maintain distancing of at least one meter from others, the international agency says, adding that masks can interfere with the learning process in schools and can have a negative impact on activities like physical education and meal times.

Some U.S. governors have mandated children wear masks. In Michigan, Gov. Gretchen Whitmer's administration last week ordered children as young as 2 to don the coverings.

Bhattacharya also responded to how YouTube recently removed a video of a roundtable held by DeSantis, the Florida governor, that featured him and others talking about COVID-19 policies. YouTube has not responded to requests for comment.

"It's absolutely shocking," the professor said, adding that engaging in science means weighing different evidence about various matters.

"I think a healthy discussion, if they, if YouTube thinks that that children should wear masks, make that argument. Show us the evidence, show us your reasoning, and we can have a discussion," he said about the video, which is still available on other sites.

"So they're not actually trying to protect the public from an ineffective way, what they're trying to do is they want to warn the public that this is a dangerous idea. Well, if they're going to do that, they have a moral obligation to actually make arguments. They just censored it. They want to create this aura of you shouldn't hear this idea, as if it's some banned book. Rather than arguing why the banned book is bad, they just say it should be banned. They're the moral inheritors of book burners."

Plaintiff's Exhibit 112

  

The National Preparedness Leadership Initiative is a joint program of the Harvard T.H. Chan School of Public Health and the Harvard Kennedy School of Government, Center for Public Leadership

**Aviation Public Health Initiative**

# Assessment of Risks of SARS-CoV-2 Transmission During Air Travel and Non-Pharmaceutical Interventions to Reduce Risk

## Phase One Report:
## Gate-to-Gate Travel Onboard Aircraft

Prepared by

**Faculty and Scientists at the Harvard T.H. Chan School of Public Health**

ACKNOWLEDGEMENTS

This project arose in response to a complex set of problems during an unprecedented crisis. Three months into the COVID-19 pandemic, the aviation industry faced a significant decline in passenger traffic and revenue. There was interest in finding an independent, science-based resource to answer difficult public health safety questions, critical to both protect the workforce and the public, and essential to restarting this important segment of the national economy.

Out of that interest to reopen the sector safely, discussions began between Airlines for America (A4A) and faculty at the National Preparedness Leadership Initiative (NPLI), a joint program of the Harvard T.H, Chan School of Public Health and the Harvard Kennedy School of Government.

Those conversations led to development of the Aviation Public Health Initiative (APHI). As lead sponsoring organization, A4A engaged their member organizations, along with a group of manufacturers and airport operators. These companies generously provided financial support, shared data and information, facilitated conversations with airline COVID-19 working groups, and opened opportunities to speak with the airline crewmembers. That breadth of conversation and data access was critical to collecting the body of knowledge required to reach the findings and recommendations in this report. That interest led to discussions and briefs with numerous government officials associated with the aviation industry. Through it all, this group of industry and government leaders respected the independence of the APHI scientists and their research. The APHI team deeply appreciates the numerous contributions, the support, and the commitment of these sponsors and leaders to the scientific objectives of this inquiry.

The APHI project team includes faculty and associates of the Harvard T.H. Chan School of Public Health. The leadership includes Director Leonard J. Marcus, PhD; Deputy Director Vice Admiral Peter V. Neffenger, USCG (ret); Science Director John D. Spengler, PhD.; and Deputy Science Director John F. McCarthy, ScD, C.I.H. The project team includes Senior Project Manager Leila Roumani, DMD, MPH; Communications Specialist Richard Ades; Infectious Disease Consultant, Edward A. Nardell, MD; and Lead Science and Technical Writer Wendy M. Purcell, PhD, FRSA. The science and technology research team includes Ramon Alberto Sanchez, PhD; Ted Myatt, ScD; Jose Guillermo Cedeno Laurent, PhD; Jerry F. Ludwig, PhD; Steve Hanna, PhD; Judith Irene Rodriquez, MS; and Steve Bloom, MS. Susan Flaherty, Regina Jungbluth, Michelle Tracanna, and Joan Arnold provided essential administrative support.

The findings and recommendations of this report are the independent conclusions of the Harvard T.H. Chan School of Public Health Aviation Public Health Initiative. The APHI team hopes its contents will underscore the importance of following science, to save lives, to reinvigorate economic well-being, and to lead the country and the world to overcome the COVID-19 crisis.

Leonard J. Marcus, PhD
Director, Aviation Public Health Initiative
Harvard T.H. Chan School of Public Health

susceptibility of the person exposed, the biological dose of virus particles delivered to a target organ and the duration over which the exposure occurs. The infectious dose for SARS-CoV-2 is yet unknown. Particles (detectable, viable, and infectious) are estimated from source measurements, but include many particles that do not cause infection due to viability, infectivity, host defenses, etc. In such situations, the concept of quanta is used (see Section 3.2.6) to describe whatever that unknown number might be, and probability is applied to estimate the likelihood of inhaling an infectious dose, i.e., quanta of infection. Quanta are therefore agnostic about the actual number of particles, but quantifies the number of doses generated by the source under specific circumstances and considering the probability of inhaling an infectious dose. As such, quanta allows quantification of risk reductions for mitigation strategies and calculations of comparative risk for different social activities, and it applies to analysis of disease transmission in the unique circumstances of an aircraft cabin.

2. **The Layered Approach to Risk Reduction:** The NPI (Non-Pharmaceutical Interventions) proposed for risk mitigation of SARS-CoV-2 transmission includes the consistent operation of ventilation systems, disinfection of surfaces, consistent wearing of face masks, and procedures during boarding and deplaning to maximize social distancing among passengers and crewmembers. The efficacy of these combined strategies is given in Table 1.1. Details underpinning the approach are found in the thematic sections of the Report that present the detailed scientific rationale and evidence in support of the strategy. This layered NPI approach serves to reduce significantly the risks of disease transmission in the aircraft environment.

3. **Ventilation Systems on Aircraft:** These sophisticated systems deliver high amounts of clean air to the cabin that rapidly disperses exhaled air, with displacement in the downward direction, reducing the risk of passenger-to-passenger spread of respiratory pathogens. Aircraft ventilation offers enhanced protection for diluting and removing airborne contagions in comparison to other indoor spaces with conventional mechanical ventilation and is substantially better than residential situations. This level of ventilation effectively counters the proximity travelers will be subject to during flights. The level of ventilation provided onboard aircraft would substantially reduce the opportunity for person-to-person transmission of infectious particles, when coupled with consistent compliance with mask-wearing policies.

4. **Crew and Passenger Behavior:** Deterrence of behaviors that increase the likelihood of transmission of SARS-CoV-2 from one person to the next is the most critical factor in enhancing public health safety onboard aircraft. Health attestations and screening for crew and passengers who show symptoms of COVID-19 reduce the likelihood that an infectious individual will board a plane until rapid, reliable, and inexpensive testing becomes available. Face masks significantly reduce transmission and airlines now require passengers to wear

strategies. Particular emphasis is placed on the effectiveness of aircraft ventilation systems, which are able to filter 99.97% of SARS-CoV-2 particles out of air found on aircraft.

**Air travel demands the design of effective strategies to mitigate transmission given people are typically in close proximity to one another. These conditions may be exacerbated onboard. Prior to arrival at the airport, at check-in and/or before boarding, passengers may be subject to health screening and testing (see Section 6.0), with those of concern isolated or refused boarding. Passengers can be required to wear an appropriate face covering, typically a mask (see Section 7.0). Upon boarding and deplaning, an orderly process can be implemented to support physical distancing and reduced density (see Section 8.0). In reality, 100% compliance with these measures will be difficult to achieve in all settings. The success of these NPI depends upon educating travelers to the benefits they offer travelers and workers associated with their travel. Compliance and enforcement are essential. Furthermore, transmission is reduced by enhanced cleaning protocols and disinfection of surfaces (see Section 9.0) along with physical engineering controls and ventilation (see Section 10.0). New technologies and innovative techniques are being developed and implemented to meet the continuing challenges posed by the COVID-19 pandemic.**

The risk of transmission on an aircraft can be reduced to very low levels with full compliance of the recommended NPI. Few peer-reviewed reports have been published on in-flight transmission of communicable illnesses, including COVID-19. As of September 30, 2020, there were 13 peer-reviewed case studies available for analysis that focused on COVID-19 transmission and exposure mitigation on aircraft. Of these studies, eight were commercial flights and five were evacuation or repatriation flights. Section 2.0 provides a critical account of each case study, including type of flight, number of passengers, number of potential cases, and transmission mitigation procedures reportedly in use.

**After detailed analysis of these reports, it is the view of APHI that there have been a very low number of infections that could be attributed to exposure on aircraft during travel. Also, had transmission mitigation procedures, i.e., maintaining appropriate physical distancing prior to travel and use of face masks throughout the trip, been used consistently on these flights a further reduced probability of transmission of COVID-19 during the flights would be anticipated. When masks were used by crewmembers (Yang et al., 2020), no transmission to crew was found. A significant finding from the evaluation of the evacuation flight procedures was that there was no COVID-19 infection among any of the air medical crews, despite the exposure to numerous positive cases. The lack of transmission to air medical crews indicates the effectiveness of the layering approach to reduce the risk of COVID-19 transmission.**

warning to passengers who refuse to follow airline public health safety rules, such as properly wearing masks. After reaching the limit of successive warnings, most major airlines make it clear to the public that offenders will be placed on a no-fly list. It is noteworthy that while each airline developed its own protocols, there is overall uniformity in how the airlines address risk reduction for passengers and crew.

The airlines have issued hundreds of no-fly determinations during the COVID-19 crisis. After the limit of successive warnings have been issued, passengers may receive a yellow slip on board or a notification after the flight to signify this designation. In order to avoid in-air conflict, crewmembers may also gently request onboard compliance. If it is not given, notification of service denial occurs only after the flight is completed. The vast majority of passengers and crew conform to mandated protocols. In the most egregious situations, pilots have interrupted a flight and landed in order to discharge a defiant passenger. Though notification procedures vary, the airlines are uniformly unwavering in their stance about compliance. It is a powerful motivator to achieve passenger behavioral compliance, and it is essential for achieving consistent public health-protecting behaviors during flight.

In addition to the face mask policies, most airlines require a **health attestation** prior to boarding. The enforcement policies extend to compliance with physical distancing in the gate area prior to boarding, and include aircraft boarding and deplaning procedures. The airlines vary on their load factors, with some though not all keeping the middle seat on larger aircraft or the aisle seat on smaller aircraft unoccupied. All airlines have policies that address concerns about crowding on aircrafts, in some cases allowing passengers to rebook flights when they learn that their booked flight is at more than 70% capacity.

*Safety as a Signal for Potential Fliers*

The combination of mandate and strict enforcement will likely be required for the course of the COVID-19 public health crisis. Should fast and definitive pre-boarding viral testing become available, this may change such requirements. Passengers routinely comply with requirements for security screening, seat belt use, and other safety protocols. However, in the U.S. behaviors relating to wearing face masks and/or physical distancing during the pandemic have assumed a level of symbolic significance, translating nonconformity into a statement on politics or injustices, contrary to the science-based recommendations.

For prospective passengers, confidence in their safety from COVID-19 is a key factor in their decision to fly (Lamb et al., 2020). This involves the universal adoption of face masks and enforcement of face mask policies, along with other risk-reducing procedures (Graham et al., 2020). These interventions support public health safety, and trust in their enforcement has become equivalent to trust in the airworthiness of the plane and security from a terrorist threat. As with any activity, such as driving, playing sports, or lifestyle choices, there are risks.

with mild to moderate disease (Wolfel et al., 2020; He et al., 2020; Zhou et al., 2020), and can be much longer in patients with severe COVID-19 disease (Pan et al., 2020). One case study reported that infectivity of asymptomatic people may be weak (Gao et al., 2020), while another reported that infectiousness may last for as long as 21 days in asymptomatic individuals (Hu et al., 2020). Approximately 40-45% of SARS-COV-2 infections are considered asymptomatic (Oran et al., 2020), although it has been reported that mild or asymptomatic cases could be as high as 80% (WHO, 2020c). This is an important consideration for the aviation industry, as asymptomatic and pre-symptomatic passengers and/or crew could board aircraft and pose a risk. For this reason, strict enforcement of face mask policies are critical, since such cases cannot be identified.

## 2.4    CRITICAL REVIEW OF POSSIBLE TRANSMISSION ON AIRCRAFT

Although the CDC has stated that *"the risk of getting a contagious disease on an airplane is low"*, they have developed specific protocols to contact and investigate travelers who may have been exposed to a passenger harboring a contagious disease on a flight (CDC, 2019). The CDC document states that the major contacts of concern are within two rows of the *"Index patient (case)"* and specifies that *"Identifying contacts is based on the disease, how it spreads, and where a passenger was seated in relation to the index patient."* It recommends contact tracing for those individuals seated two rows in front and two rows behind the index case for highly contagious infectious diseases, such as measles and tuberculosis that have recognized airborne or droplet transmission vectors.

Airline travel presents many unique environments and opportunities to come into close contact with possible infectious people and materials. The chance for infectious contact can occur in many locations during a trip, such as in the general population at the origin or destination city, during transit to the airport, in the terminal, at an amenity destination or at the gate, besides being on an aircraft. Specifically, when onboard an aircraft, which is the focus of this Report, there are several physical factors such as very high air exchange rates, limited mobility in cabins and cabin crews that are trained in management processes to identify and segregate ill passengers, that are particular to air travel and likely help to mitigate potential exposure. During 2020, the aviation industry and the government in the United States have engaged in discussions to introduce contact-tracing systems when a case is identified on board a flight. At the time of writing, these proposed policies and practices have not been implemented.

### 2.4.1   Summary of Case Studies

Few reports have been published on **in-flight transmission of communicable illnesses,** including COVID-19. Indeed, a transmission event is a trigger for development of an academic paper; as such, non-transmissions are likely under-represented in the literature. As of September 28, 2020, there were 13 peer-reviewed case studies, describing 12 flights (two authors

**Based on the available scientific evidence, it is the view of APHI that there have been a very low number of infections that could be attributed to exposure on aircraft during travel.** **Also, had transmission mitigation procedures, i.e., maintaining appropriate physical distancing prior to travel and use of face masks throughout the trip, been used consistently on these flights, a further reduced probability of transmission of COVID-19 during the flights would be anticipated.**

The use of masks is an important consideration when drawing conclusions from these studies. The case study with the highest estimated COVID-19 transmission rate (7%) reported that masks were not mandatory during the flight (Khanh et al., 2020). The cases that had the next highest COVID-19 transmission rate (up to 2%) either did not provide masks, or provided masks to passengers on the plane instead of prior to boarding; this posed a risk of transmission among passengers during the check-in and boarding process (Hoehl et al., 2020). Other studies that described the use of masks reported a transmission rate of less than 1%. When masks were employed on commercial flights by infectious cases (Ng et al., 2020; Nir-Paz et al., 2020; Schwartz et al., 2020) close contacts on the aircraft remained uninfected. (Note: The son of one patient in the Ng et al. 2020 study tested positive on quarantine day 3, possibly indicating transfer on the aircraft or possibly exposure prior to boarding.) **When masks were used by crewmembers (Yang et al., 2020), no transmission to crew was found.**

The next most common reported transmission mitigation strategy was the use of **temperature checks and/or medical screening of passengers prior to boarding the flight**. The practice of temperature checking as a pre-boarding screening method has come into question, simply because presymptomatic positive cases may not be exhibiting a fever even though they are infectious. It can be effective at identifying symptomatic individuals so that they might be isolated and prevented from exposing passengers in the terminal or on the flight, though its limitations must be acknowledged. Without quick and reliable pre-boarding viral testing, it will be difficult to distinguish a COVID-19 symptomatic passenger from a passenger experiencing another respiratory illness. Temperature screenings and symptom self-declarations have limitations and can still result in the boarding of symptomatic passengers; therefore, these approaches should not be relied upon as the only implemented transmission mitigation strategy.

The only studies that reported implementing **social distancing outside the flight**, for example at check-in and during onboarding, were evacuation flights. Similarly, case studies on evacuation or repatriation flights were the only ones that reported the use of barriers on the plane to segregate patients; enhanced ventilation on the plane was also noted with cabin ventilation remaining on at all times, including while on the ground and at the gate (Cornelius et al., 2020), and specific decontamination procedures during the flight were also reported. One study described using nearly all the transmission mitigation strategies listed in Table 2.1. This study summarized multiple flights that resulted in the repatriation of over 2,000 individuals flown on

39 flights, all of whom were either COVID-19 positive, persons under investigation (PUI), or individuals who were asymptomatic. These evacuation flights all employed a layered approach to risk mitigation, implementing multiple levels of transmission mitigation strategies. **A significant finding from the evaluation of these evacuation flight procedures was that there was no COVID-19 infection among any of the air medical crews, despite the exposure to numerous positive cases.** **The lack of transmission to air medical crews supports the effectiveness of the layering approach to reduce the risk of COVID-19 transmission.**

### 2.4.2    Summary of Past Transmission of Diseases Attributed To Air Travel

**Given the volume of commercial flights daily, carrying millions of passengers and crew worldwide, the number of documented incidents of infectious disease transmission occurring on board an aircraft remains infrequent.** Outbreaks of respiratory diseases associated with air travel have however been reported, such as severe acute respiratory syndrome (SARS), measles, tuberculosis, and influenza (Olsen et al., 2003; Lei, 2018; Amler et al., 1982; CDC, 1983; CDC, 2004; Mangili & Gendreau, 2005; de Barros et al., 2006). Generally, these diseases are transmitted via aerosols (e.g., measles, tuberculosis) or via multiple routes (e.g., influenza). Each disease differs in the susceptibility of non-infected persons and the degree of infectiousness of the virus concerned. These cases however did not involve use of protective measures, such as wearing a face mask, now being employed. Furthermore, most of these appear to have occurred on aircraft that were likely in-service before 1990 when HEPA filters became standard equipment on most commercial aircraft. Regardless, useful information relevant to the COVID-19 pandemic can be gleaned from such accounts.

While there are occurrences of transmissibility that could inform the current crisis, **SARS** is the most closely related disease to COVID-19. In a SARS-related investigation, passengers and crew on three flights that included an infected person were interviewed. On one flight with a pre-symptomatic SARS case, no infection was documented among the passengers (Olsen et al., 2003). Another flight carried four SARS symptomatic people, with reported potential transmission to one passenger (Olsen et al., 2003). A flight with one symptomatic passenger confirmed SARS infections in 16 persons, two others were diagnosed as probable SARS, and four were reported to have SARS but could not be interviewed (Olsen et al., 2003). Illness in passengers was related to physical proximity to the index (i.e., infected) patient, with illness reported in eight of the 23 persons seated in the three rows in front of the index patient; this compared with 10 of the 88 persons seated elsewhere. Based on the locations of the secondary cases, the report suggested that airborne transmission had occurred (Olsen et al., 2003).

Lei et al. (2018) conducted a meta-analysis of 10 studies with possible **influenza** outbreaks on aircraft. The analysis showed that the risk of acquiring influenza was greater for passengers within two rows of the infected person; the risk was greater the longer the duration of the flight and the total infectivity of the index cases (Lei et al., 2018).

**Measles** is transmitted via aerosols and is highly infectious (CDC, 2018). However, measles transmission onboard aircrafts is believed to be uncommon (Amornkul et al., 2004; Mangili & Gendreau, 2005), with few case studies describing measles transmission during commercial air travel (Amler et al., 1982; CDC, 1983; CDC, 2004; Mangili & Gendreau, 2005; de Barros et al., 2006). In one of the most recent cases, an infectious individual traveled on six flights (one international flight arriving in Brazil and five local flights within Brazil) over a short period of

time while infected, and the investigation identified just six confirmed cases (de Barros et al., 2006).

Several studies about the in-flight transmission of **tuberculosis** have been reported, with most undertaken in the mid-1990s (MacFarland, 1993; Driver, 1994; CDC, 1995; Kenyon, 1996; WHO, 1998; Wang, 2000). Of these six investigations, two revealed a probable link to onboard transmission. In one case (Kenyon et al., 1996), four of 15 fellow passengers seated within two rows of the index passenger had a positive tuberculin skin test conversion. Overall, transmission of tuberculosis onboard aircraft is a rare event, most likely to happen to those in close proximity to the infectious passenger (within two rows) and/or exposed over a long time (greater than eight hours).

**Based on the investigations of outbreaks of other respiratory diseases on aircraft, it appears that transmission on aircraft is relatively infrequent.** Where transmission does occur, those close to the infectious passenger are at a higher risk than those seated at some distance. Depending on the transmissibility of the particular disease agent, determining how transmission occurs on aircraft (e.g., aerosol, direct contact, fomite) can be difficult. For example, did the transmission occur prior to boarding, during the use of a public lavatory or on the flight? In none of the published cases of respiratory disease transmission on aircraft did the authors indicate that the reference case(s) or the passengers were wearing protective face masks, as they must do on U.S. airlines today.

In many of the case reports, the difficulty of contact tracing due to lack of contact information was noted. Therefore, it would be beneficial to improve contact information to be able to respond more efficiently to a disease outbreak (Sevilla, 2018).

### 2.4.3   Potential Transmission of SARS-Cov-2 on a Flight from Singapore to Hangzhou, China: An Epidemiological Investigation (Chen et al., 2020)

An outbreak of COVID-19 among 324 passengers accompanied by 11 crew on a 5-hour flight from Changi Airport, Singapore to Hangzhou, China on January 24, 2020, was investigated (Chen et al., 2020). Though the flight originated in Singapore, it was strictly managed upon arrival in Hangzhou because approximately 100 passengers had departed from Wuhan to Singapore on a flight on January 19, 2020.

On the flight, face coverings were not required. No Personal Protective Equipment (PPE) was provided to the passengers and no barriers were erected on the plane. The flight operated at 89% seating capacity; the middle seat was not left unoccupied. The Boeing 787-9 aircraft was equipped with standard air handling systems.

Upon arrival in Hangzhou, passengers' temperatures were taken before deplaning. All passengers were required to follow medical isolation and observation protocols for at least 14 days. During this time, passengers were asked to take their temperature twice daily and report any upper respiratory symptoms. Crewmembers (n=11), all Singaporean, returned to Singapore on January 26, 2020, and were not part of this investigation.

All infected passengers from the January 24, 2020, flight to Hangzhou were also on the January 19, 2020, flight to Singapore. Three cases reported symptoms before the January 24, 2020, flight: two on January 23, 2020, and one on the day of the flight. On January 26, 2020, all passengers were tested for SARS-CoV-2 by RT-PCR; eight passengers tested positive, six of whom reported symptoms and two of whom were asymptomatic. On January 31, 2020, one passenger reported symptoms and on February 2, 2020, an additional two passengers reported symptoms. All passengers were tested again for SARS-CoV-2 by RT-PCR and no additional cases were identified by February 6, 2020. On February 8, 2020, all passengers not originating from Wuhan were released and the rest were released on February 15, 2020.

All the cases belonged to tour groups while in Singapore, denoted as Tour Groups A, B, C and D. There were 15 members of Tour Group A and 12 of them were confirmed SARS-CoV-2 positive. Therefore, investigators in this study attributed all infections among Tour Group A to activities amongst the tour group members prior to the flight. Three other cases, one from Tour Group B and two from Tour Group C (all asymptomatic) were identified by RT-PCR on January 26, 2020. As such, investigators ruled out transmission during the flight given the incubation time of COVID-19 being inconsistent with that timeline. Investigators concluded there was only evidence that one case, identified on February 2, 2020 and part of Tour Group D, was attributable to transmission during the flight. They reasoned that this case was consistent with the incubation time expected for COVID-19, was the only member of the tour group to become infected and was the only one not to have been on the January 19, 2020, flight from Wuhan to Singapore. This case reported that he removed his mask to eat and drink during the flight and that when he spoke, he had not worn the mask "tightly" and had his nose exposed. This actually implies that the true attack rate was 0.3%.

### 2.4.4   Asymptomatic Transmission of SARS-CoV-2 on Evacuation Flight (Bae et al., 2020)

A cohort study of passengers on an evacuation flight from Milan, Italy to South Korea on March 31, 2020, was evaluated (Bae et al., 2020). Prior to the flight, medical staff performed physical examinations, medical interviews, and temperature checks on 310 planned passengers; 11 were subsequently excluded from the flight. The investigation followed 299 passengers who boarded the 11-hour flight. During pre-boarding, passengers were kept 2 meters (6.56-feet) apart and were provided with N95 respirators. During the flight, most passengers wore the N95s the entire time, except for mealtimes and restroom use, though they were not required to do so. No other PPE was provided. Physical barriers were not in place during the flight and middle seats

All nine airlines prohibited masks with holes, vents, valves, openings, or made from mesh materials. In addition, face shields cannot be worn without wearing a mask underneath. One airline updated their policy to prohibit powered air purifying respirators (PAPRs) or breathing apparatus that enclose the face or the head. For passengers without a mask or with a non-compliant mask, all nine airlines provide one. Airlines have surgical-style or disposable masks available for crewmembers and passengers. A few airlines have branded masks or face shields available for crew or are considering offering face shields to their flight crew.

> *"...we've restricted face mask types to either the surgical mask or to the cotton mask that would be worn, not N95 mask, and not a gaitor or a neck gaitor or a bandana... not a valve mask either."* (Airline #3)

All nine airlines deny boarding to passengers without a mask and have a process to handle non-compliance during a flight. Flight attendants and pilots remind people to wear their masks, and issue warnings to non-compliant passengers. The warning process varies among the airlines, albeit most provide three warnings, verbal and written; a final warning is issued before filing a report or instituting a flight ban. Such no-fly bans remain in place for a defined period, which can be a year, for the duration of the passenger's passport, or until the airline's mask policy subsides; the latter is the most common ban among the airlines examined. Only one airline indicated that non-compliance could lead to a permanent no-fly ban on the airline. Overall, the airlines reported having good compliance, but on average, an airline may handle up to 15 reports per day where passengers had not complied but have fewer than 65 people listed on a no-fly ban.

> *"What we have done though is ensure that we are enforcing the mask policy. So essentially we have a three strikes or you are out, so we tell you about it before you get on board the aircraft, once you do get on, we reiterate it from both the captain and attendants, and if you take it off during flight, you can only do that if you're eating or drinking..."* (Airline #3)

> *"For in flight, we've actually adopted a three strike policy. ... at the third time they actually provide them this face mask policy enforcement card... if there is no further compliance from the passenger then the flight attendant brings up an in-flight incident report and reviews the situation ... we have been basically suspending travel ...for a period of a year."* (Airline #6)

The only time a passenger onboard is permitted to remove their mask briefly is while eating and/or drinking. Most airlines have limited the beverage and snack service on board, and/or have suspended it altogether on shorter flights, and/or suspended offering food for purchase. Some airlines only offer or sell bottled water or have available a pre-sealed snack bag for customers, which can be self-served or provided upon request. One airline has straws available upon request.

*"... we're trying to get our customers to stay seated when they're deplaning ... getting them to deplane a little bit more slowly, ... it's something we're going to have to work on how do we get that behavior to change* (Airline #1)

*"... additional information for our customers, whether it be on a seat back TV screens, for example, so upon landing it will it queue up a brief commercial or a brief kind of reminder for the deplaning processes, 'Please remain seated until the front row in front of you deplanes'."* (Airline #7)

The lower load factors airlines are experiencing have helped to maintain physical distancing in the cabin, as well as while boarding and deplaning. Three of the airlines continue to block the middle seat to provide more spacing between travelers. For capacity control on seating, one airline caps non-revenue flying and stand-by boarding while another offers to rebook passengers where a flight has a 70% loading factor. Several airlines do not block the middle seat and noted that there is no evidence currently on how blocking seats might help to reduce COVID-19 infections. In order to attract customers and reinstate trust, all nine airlines have loosened the flight change policies, most have eliminated fees altogether, and a couple have eliminated change fees permanently.

### 2.5.4   Aircraft Cleaning and Disinfection

The airlines' disinfection processes have changed significantly in order to reduce any contaminated surfaces or fomites inside the cabin. All airlines have added additional cleaning, prioritizing between flights highly touched areas, and adding additional disinfection overnight or when there is enough time between flights or "turns." Between turns, most disinfection activities require wiping down the high touch areas, lavatories, and galleys. Deeper cleaning is done mostly overnight and often includes use of electrostatic spraying (see Section 9.2.1).

Seven of the airlines have implemented electrostatic spraying of disinfectants, which should reach most areas inside the cabin. Some airlines perform electrostatic spraying at least once per day, or between flights, when having at least two to six hours or more. The other two airlines are not undertaking electrostatic spraying and have instead implemented use of fogging disinfectants overnight or once a week. In addition to antiviral spraying, three airlines have incorporated antimicrobial spraying, ranging from a weekly application to once a month. In order to carry out these extensive cleaning protocols, almost all airlines have included additional cleaning training.

*"... before onboard the aircraft, we do go through an extensive cleaning process ... we've done really two significant enhancements. One, ... we've increased just the number of touch points on the aircraft. ... The other ... has been the electrostatic spraying, which I think there's been a lot about that in the media...."* (Airline #3)

*"we're looking at thermal, heating aircraft to a certain temperature... waiting for their studies to come out because there's a lot of things that need to happen to heat up to a certain temperature and sustain that."* (Airline #6)

### 2.5.5    Healthy Air in the Cabin: Ventilation During Different Stages

An aircraft cabin has inherently a high airflow volume and high-quality air filtration during cruising, which are managed through the environmental control system (ECS) that also controls the temperature and cabin pressurization. All nine airlines mentioned having high air exchange rates of approximately every 2 to 3 minutes (20 to 30 ACH) while cruising, a rate that is similar to, or even higher than the recommended air exchange rates for an operating room in a hospital.

*"...we've accomplished a fair amount of work on understanding onboard air quality, being so important to our customers...."* (Airline #3)

The ECS air supply when flying is bleed air, or air that is compressed and sent to the air conditioning units, known as A/C packs. The ECS has been designed to recirculate some of the air inside the cabin. Air recirculation happens mostly when cruising, where about 40% to 50% of the cabin air is recirculated and filtered through a high-efficiency particulate air filter, also known as a HEPA filter. All the airlines interviewed have aircraft that are equipped with HEPA filters, and one of the airlines has increased the replacement frequency of their HEPA filters.

*"For the most part, onboard air is composed of approximately 50% fresh air from the engine-driven pneumatic system and 50% recycled air, the recycled air goes through every circulation system through HEPA filters. We began by increasing the frequency by which we maintained and replace the HEPA filters."* (Airline #3)

Once an aircraft is on the ground, the source of air supply can come from various sources, it is then mixed and distributed to the cabin. One source is through the airplane auxiliary power unit (APU) with the engine in operation, which consumes fuel and can generate noise and emissions at the airport. The air supply may also come from airport ground sources (jet-bridge or cart), known as pre-conditioned air (PCA) that supplies the cabin with fresh air, usually outside air, but at a more reduced flow. Whether the airline owns or controls the ground-based systems varies by airport. In many cases, the air that is being supplied by jet-bridge or cart, is managed by the airport. One of the airlines has been conducting air quality studies in their fleet and at different flight stages, to understand when the risk of SARS-CoV-2 might be higher inside the cabin.

*"We then began sampling onboard air at the various stages of flight from the boarding process to ..., push back, taxi out, climb, cruise, descent, landing, ride, and deplaning... as a proxy for clean air we only measured particles, fine particles 0.3 to 25 microns in*



**Figure 2.3**   Example of a Jet-bridge Mounted PCA Unit and Yellow Hose Supplying Air to the Aircraft Parked at the Gate (Source: Munich Airport, retrieved from https://www.munich-airport.com/a-fresh-breeze-thanks-to-pca-1229006#)

One of the airlines noted that the ground pre-conditioned air is not recirculated, so it is 100% fresh air from outside the aircraft that comes into the cabin. Another airline mentioned that when running the APU, the air has a recirculated percentage, as it is outside air that is initially compressed at high temperatures. It is then passed thorough the A/C packs in the ECS to be cooled down, is unfiltered as it enters the cabin, then a certain percentage of cabin air is recirculated and passed through the HEPA filtration, while the rest is vented.

## 4.0   VENTILATION REQUIREMENTS ASSOCIATED WITH AIRCRAFT

The airline cabin is a unique setting given its rigorous requirements for maintaining critical control of its environment and the compact seating arrangements in passenger aircraft. Ventilation, essential in all enclosed spaces for basic respiratory needs, also supports thermal comfort and dilutes and removes gaseous and particulate contaminants from breathing zones. The aircraft Environmental Control System (ECS) is designed to meet these needs and must be able to operate in extremes of temperature, ambient air quality, and air pressure.

Travelers and crewmembers have long expressed potential concerns regarding the air quality inside commercial aircraft cabins (NRC, 1986; NRC, 2002). However, much of that concern is likely due to not having a clear understanding of the way aircraft ventilation systems operate. The cabin environment must be safe and comfortable for occupants, given extreme external environmental conditions. Pressurizing the cabin to meet the metabolic requirements of passengers and crew, means that ventilation must be sufficient to dilute contaminants and odors as well as dissipate the heat emanating from people, entertainment systems, galleys and avionics. Specific industry guidance, Federal Aviation Regulations and international regulations are in place to help ensure acceptable conditions of cabin safety, air quality and thermal comfort are always maintained inside the aircraft. This includes the need to provide adequate control of potential airborne transmission of infectious diseases, including SARS-CoV-2 virus within the aircraft environment.

**The current pandemic demands a critical evaluation of the interaction of the ventilation system components and their performance through the different phases of air travel, from boarding the aircraft to deplaning upon arrival. Since individual airlines are not required to audit actual ventilation performance it is strongly recommended that airlines adopt voluntary programs to ensure OEM recommendations are being met during all phases of travel.**

The aircraft ECS is different from ventilation systems used in most other settings, such as typical buildings and road vehicles, in that it is absolutely essential in enabling the aircraft to operate in the extremes of outside air temperature, ambient air quality, and air pressure encountered while flying. Given the rigorous operating specifications, the ECS can be optimized to reduce the potential risk of exposure to airborne viruses; this analysis is discussed in Section 10.0. The description given here largely apply to narrow body and wide body commercial transport aircraft of recent design; older regional jets or turboprops will not incorporate all these ventilation systems.

The aircraft components include the onboard ECS powered by engines or the auxiliary power unit (APU). When the plane is at the gate, a ground air supply system may be used to provide conditioned air to the cabin. While aircraft systems are generally similar across airplane models

and manufacturers there are a variety of ground preconditioned air units (PCAs). Both the onboard and ground systems have variable settings of airflow rates and thermal conditions. Operating parameters for the ECS, APU, and PCAs are determined by air carriers, with PCA settings (flow/pressure) in practice set for the type of aircraft.

The following sections discuss the various elements of ventilation on the "Gate-to-Gate" journey and evaluates how they may affect potential risk of infection.

## 4.1   AIRCRAFT VENTILATION SYSTEM AND VENTILATION RATES

Ventilation standards for the aircraft cabin vary by country, following the regulations and guidelines of the corresponding international and national aviation authorities. In the USA, the minimum ventilation rates in an aircraft cabin is mandated by FAA regulations, while the ANSI/ASHRAE Standard 161-2018 (ANSI/ASHRAE, 2018) guidance defines the requirements for air quality in the aircraft and specifies methods for measurement and testing. The FAA established FARs to guide the operation of commercial airliners. FAR 14 CFR 25.831 states that *"the cabin ventilation system must provide at least 0.55 lb. (0.25 kg) of fresh air for each passenger per minute"*. This is equivalent to 4.7 L/s/p at 8000-feet and a cabin temperature of 22°C (72°F). The NRC report (NRC, 1986) states, *"This ventilation rate is also specified by the joint design regulation FAR/JAR Part 25 for crewmembers to perform their duties without undue discomfort or fatigue and to provide reasonable passenger comfort."* The ASHRAE standard specifies ventilation requirements for maintenance of air quality within commercial aircraft.

As detailed in Table 4.1, ventilation requirements can vary based on whether an aircraft is in flight or on the ground. As such, it does not discriminate between specific activities that may be occurring at various times i.e., boarding, deplaning, and when seated. With these regulations and standards, the cabin is supplied with outside air and highly filtered "clean air" providing air exchange rates significantly in excess to those found in well-ventilated offices and retail spaces (see Table 4.2). **The high air exchange rates utilized in aircraft ventilation systems mean that any contaminant introduced into the cabin should be flushed out much faster than would occur in other types of spaces, i.e., in the order of two to five minutes.**

**The HEPA filters remove, at a minimum, 99.97% of the particulate matter from the return air. This high level of filtration ensures that the air supplied to the cabin is virtually free of particulate matter, including bacteria and viruses.**

## 4.2   AIR DISTRIBUTION AND CIRCULATION – ENGINES ON AND ECS OPERATING

The air supplied to the cabin to dilute occupant generated gaseous and particulate emissions is a mixture of outside air, and HEPA-filtered recirculated air set to remove particles and aerosols of all sizes with efficiencies greater than 99.97%.



**Figure 4.1**   Typical Cabin Air Distribution System (NRC, 2002)

As shown in Figure 4.1, a common architecture exists for delivering outside air and filtered recirculated air, extracted air from the galley, lavatories, and cabin. Typically, air is supplied and exhausted relatively equally through air inlets distributed along the cabin to avoid overheating or overcooling at any specific location. Personal Airflow Outlets (PAOs) or "gaspers", common for short-haul rather than long-haul aircraft, and while not the main source of air allow limited and fine tuning of air to an occupant's breathing zone. Although the air mixes locally in the cabin, the air supply and air exhaust flow rates are generally well matched along the length of the cabin to minimize net flows along the length of the aircraft. Distribution of the air to the cabin can occur through diffusers located in the center of the ceiling in the aisles, above the windows, or along the overhead baggage compartments. Wide-body aircraft will use multiple ceiling diffusers across the

typically correspond to a MERV 6 rating that have no reliable efficacy for removing 1 um particles. The filtration of smaller particles increases as the MERV value increases.

**Aircraft meeting current ventilation standards with 50% recirculation HEPA-filtered air will supply passengers with a clean air delivery rate of 19 cfm/person, which is essentially free of any virus particles.** This far exceeds the ventilation rate in a typical naturally ventilated home of 1,000 ft$^2$ occupied by four persons without mechanical ventilation (8 cfm/person), where the only source of clean dilution air is the outdoor air. In the grocery store and office with no filtration, the only way to dilute virus concentrations in the space is to introduce outdoor air via mechanical systems. As the filtration efficiency increases the percentage of the smaller particles, including viruses, are removed by the systems' recirculated air increases. Another way to look at this is, as the filtration efficiency of recirculated air is increased, the clean air delivery rate will be increased proportionally. The amount of clean air per person is equivalent to the amount of outdoor air per person and the filtration efficiency times the flow of recirculated air per person. In equation form:

Clean Air (cfm/person) = OA cfm/person + Filter Eff * Recirculated cfm/person

For example, in an office, increasing the filtration from MERV 6A to MERV 11A will increase filtration efficiency from 0 to 62% for 1 μm particles. With a total supply airflow rate of 1 cfm/ft$^2$ in 1,000 ft$^2$ of space, with the ASHRAE design recommendations of 17 cfm of outdoor air per person, and an occupancy of five persons per 1,000 ft$^2$ of office space, 85 cfm of outdoor air is delivered, with the remaining 915 cfm of air recirculating through the system. Increasing the filtration efficiency of the recirculation air to 62% results in an additional 567 cfm of clean air for five persons (or 113 cfm/person) for a total of 130 cfm/person.

Table 4.3 shows the comparison of clean air delivery expressed in terms of rate of clean air delivery per person, air exchange rates for the volume of the occupied space (air changes per hour), as well as the average age of air for control of potentially infectious particles. It is presented for code compliant conditions and evaluates the effect of using enhanced particulate filtration in the different environments. Note that as filtration efficiency is increased in various environments, as is being currently recommended to reduce the impact of the pandemic, the Clean Air ACH increases and the Average Age of Air decreases.

These values permit comparison of ventilation rates of different environments in which people commonly find themselves. These environments are further compared by increasing the air exchange rates accomplished by improving the filtration efficiency. When the pollutant generation rate is relatively uniformly distributed among occupants over time, such as individually generated bio effluents ($CO_2$, body odors, etc.), they will be best controlled by increasing the outdoor air delivery rate per person. If the source were related to relatively rare, periodic/occasional emissions,

such as one or two individual passengers shedding viruses during a cough or sneeze, then the air exchange rate of total air and the age of air would be more relevant since these terms will better reflect the length of time other passengers could be potentially exposed to infectious aerosols.

The aircraft environment, when meeting current ventilation standards, with 50% recirculation of HEPA-filtered air, supplies a much higher delivery rate of clean air than any other commonly encountered environment. In fact, the aircraft air exchange rate significantly exceeds all normally encountered environments. When infectious particles are released in a typical, code compliant ventilated building and the aerosol has much more volume in which to disperse than that found on an aircraft, mitigating much of the exposure potential.

**This analysis shows that aircraft will have a significantly lower age of air, resulting in a very short residence time for particles, and possibility of exposure to infectious particles than any other commonly encountered environment, which will help offset the counteracting effect of being in a smaller volume and in closer proximity to other passengers.**

**For episodic releases, such as from a cough or a sneeze, the very high air exchange rates in aircraft cabins assume that contaminants released in such events are fully flushed from the cabin in as little as two to five minutes, as opposed to some six hours in a commercial or retail space complying with current codes and standards where these particles will be mixed into the large volume of the space.**

## 11.0   CONCLUDING REMARKS

The Harvard T.H. Chan School of Public Health Aviation Public Health Initiative (APHI) developed this Phase 1 report. The multi-disciplinary academic scientific and technical team were informed by regular dialogue with a consortium of airline operators, aviation industry manufacturers, airport operators, and independent experts at universities and private research organizations. The report is an independent research-led account of the COVID-19 crisis as it affects operations across the aviation industry. It presents the scientific evidence in support of adopting a non-pharmaceutical interventions (NPI) strategy using a layered approach to control the transmission of the novel coronavirus SAR-CoV-2 on board aircraft.  The report provides a series of recommendations for risk mitigation that can be adopted readily by airlines, airline passengers and crewmembers. **This layered NPI approach, of wearing face masks, disinfection of surfaces and maintenance of appropriate ventilation gate-to-gate, will ensure the risk of SARS-CoV-2 transmission onboard aircraft will be below that found in other routine activities during the pandemic, such as grocery shopping or eating out.**

The pandemic is a health crisis with profound economic impact, with efforts to control its spread exerting a devastating impact on business in general and, relevant here, to the aviation sector in particular. In the United States alone, airline capacity declined seven to 17 times more than during the 2008 global financial crisis (Boin et al. 2020). Many airports closed entirely, others shut one or more terminals and airlines suspended operations or cancelled a significant proportion of flights, with seat miles for US airlines down by 71% in April 2020 (Curley et al. 2020; Dalrymple et al. 2020). To adapt to the COVID-19 crisis, airlines have closed and/or altered routes and frequency, with the number of seats offered by airlines in 2020 some 42-52% less than originally planned (ICAO, 2020). Most airlines furloughed or laid off staff. Recognizing the economic impact of the sector, governments were quick to announce bailout and stimulus packages, with US passenger airlines calling for US$50 billion to survive the crisis (Financial Times, 2020). Reopening and recovery will focus on 'building back better', using science and the best evidence available currently to design and implement risk mitigation strategies that reduce the risk of disease transmission. Adopted widely, the recommendations in this report build upon aviation's central premise of safety.

The charge to APHI was to capture the science of SARS-CoV-2, in a field that is fast moving with new information emerging globally every day. The team then considered this information in light of the unique defined indoor environment presented by an aircraft to understand how the virus and its transmission will be affected by the conditions experienced across the passenger journey. They went on to develop strategies to mitigate transmission in the confined space of an aircraft, taking due account of behavioral change needed by crewmembers and passengers to protect themselves and others nearby them.

This Phase 1 report address the Gate-to-Gate portion, with air travel segmented into the pre-boarding, boarding, cruise and deplaning. The team's balanced view took into account the rigor of scientific studies, published and in pre-print format, and informed original investigation undertaken by the team.  The recommendations also thought through the suitability of the NPI measures to routine and widespread adoption by the airlines and those traveling, including passengers and crewmembers.  The layered approach proposed is thus a unique combination of engineering and physical controls as well as hygiene and physical distancing as applied to air travel.

Key findings from the report highlight the interactions of the different NPI layers to risk mitigation and include:

- Compliance with face mask-wearing and the aircraft's environmental control systems effectively diluting and removing pathogens significantly reduce the risk of passengers and crewmembers from acquiring COVID-19 during the cruise segment of their journey.

- Mask compliance reduces the dispersion of larger droplets that may deposit on surfaces, while general airline cleaning practices and passengers sanitizing hard surfaces around their seats lowers the probability of contacting SARS-CoV-2 infected surfaces (which is already low to begin with).

- Taken together, mask compliance, managed physical distancing and improved ventilation during boarding and deplaning, can effectively reduce the risk of potential transmission to the very low levels encountered during cruise conditions.

- Requiring passengers to attest to the absence of COVID-19 symptomatology, mandating they comply with all the airline's COVID-related procedures including physical distancing during boarding and deplaning provides some degree of protection (yet to be determined). The role of gate and flight crewmembers in assuring compliance will be essential and supported by airlines' policies to hold passengers accountable.

Implementing the layered risk mitigation strategies described in this report will help to ensure that air travel, with respect to SARS-CoV-2 transmission, is as safe as or substantially safer than the routine activities people undertake during these times. The potential effectiveness of any one NPI remains uncertain given that estimates of their effectiveness are based upon models. Thus, assessing the individual effects of any one intervention relative to the cumulative effect of concurrent use of multiple NPI must rely on application of the best available science at the time. Hence, the report recommends a layered NPI strategy so that additive and synergistic benefits can be harnessed to reduce the risk of disease transmission.  As more information becomes available with respect to the spread of SARS-CoV-2, various control measures will continue to evolve and their effectiveness will be quantified.

Plaintiff's Exhibit 113

## **Legislation Enacted by Congress Concerning the COVID-19 Pandemic**

To prevent across-the-board direct spending cuts, and for other purposes.
    Enacted        2021-04-14

PPP Extension Act of 2021
    Enacted        2021-03-30

COVID-19 Bankruptcy Relief Extension Act of 2021
    Enacted        2021-03-27

SAVE LIVES Act
    Enacted        2021-03-24

American Rescue Plan Act of 2021

    Enacted        2021-03-11

ACCESS BROADBAND Act
    Enacted        2020-12-27

Further Continuing Appropriations Act, 2021, and Other Extensions Act
    Enacted        2020-12-11

Veterans COMPACT Act of 2020
    Enacted        2020-12-05

Impact Aid Coronavirus Relief Act

    Enacted        2020-12-04

Continuing Appropriations Act, 2021 and Other Extensions Act
    Enacted        2020-10-01

Safeguarding America's First Responders Act of 2020
    Enacted        2020-08-14

Protecting Nonprofits from Catastrophic Cash Flow Strain Act of 2020
    Enacted        2020-08-03

Emergency Aid for Returning Americans Affected by Coronavirus Act
    Enacted        2020-07-13

A bill to extend the authority for commitments for the paycheck protection program and separate amounts authorized for other loans under section 7(a) of the Small Business Act, and for other purposes.
    Enacted        2020-07-04

Paycheck Protection Program Flexibility Act of 2020

       Enacted          2020-06-05

Student Veteran Coronavirus Response Act of 2020
       Enacted          2020-04-28

Paycheck Protection Program and Health Care Enhancement Act

       Enacted          2020-04-24
CARES Act
       Enacted          2020-03-27

COVID-19 Health Care Worker Protection Act of 2020

       Enacted          2020-03-18

Coronavirus Preparedness and Response Supplemental Appropriations Act, 2020
       Enacted          2020-03-06

*Source: https://coronavirus.skoposlabs.com (visited May 19, 2021)*

Plaintiff's Exhibit 114





















Plaintiff's Exhibit 115





FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®     

# Customers with Disabilities

| | |
|---|---|
| **Notice of Disability** | **Advance notice of disability** |
| Assistance in the Airport | Customers with disabilities are not required to provide advance notice of the need for assistance; however, doing so helps us better prepare for the number of Customers who will need our help. |
| Security Screening | We give Customers the opportunity to proactively notify Southwest Airlines of any specific disability-related needs during and after booking. |
| Wheelchairs & Other Devices | When booking a new reservation, Customers may use the "Special Assistance" link on the Passenger & Payment Info page to indicate that he/she requires assistance. When booking online, Customers may notice that there is a link (identified with an italicized "i") that directs the user to the details of our policies for assisting Passengers with disabilities. After the Customer has selected his/her option(s), the Customer should scroll down and complete the booking process. |
| Allergies | |
| Cognitive Disabilities | If a reservation has already been created, simply click on the "FLIGHT | HOTEL | CAR | VACATIONS" link located on the top of our home page. Then, select "Manage Reservations" from the "Flight" column, input the required information, and select "Search." From that page, click on the "Special Assistance" link under the Passenger name. Once a Customer has added his/her option(s), the Customer should click "Update Information" and the information will be saved to the Customer's reservation. |
| Deaf or Hard of Hearing | |
| Blind Or Low Vision | Customers may also advise us of any disability-related travel needs at the time of booking by telephone or, if a reservation has already been made, by calling 1-800-I-FLY-SWA (1-800-435-9792) prior to travel. |
| Medication | We recommend that Customers arrive at the airport no later than the recommended airport arrival time. If traveling with a power wheelchair, in the event that we need to prepare the wheelchair for stowage, we may ask that Customers relinquish his/her power wheelchair up to an hour in advance of departure. In this case, the Customer will be transferred to an airport wheelchair until boarding begins. |
| Trained Service Animals | |
| Medical Oxygen | If traveling in a group of 10 or more Customers who use wheelchairs, please advise us at least 24 hours in advance by calling 1-800-I-FLY-SWA (1-800-435-9792) so that we can ensure adequate staffing and room in the cargo compartment of the aircraft for the wheelchairs. |
| Portable Oxygen Concentrators | |
| Non-Passenger Escort | |
| Mask Exemptions | |
| Your Rights | |

**Join the Discussion**

Share knowledge and learn from travelers just like you.

Community ↗

**Need Help?**

We're a click away.

Contact Us

**How May We Help You?** Search Customer Service

Enter Keyword(s)                    Search

**Need help?**          **Subscribe**          **Connect with us** ↗

**Contact Us**          Wanna receive

Español ⊕

## ==Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines==

Please complete the information below and submit to Southwest Airlines for review of a mask exception application.  You are submitting the information below and as outlined in this Application for Exemption in order for Southwest to evaluate and process your request for an exemption from the federal mask mandate while flying with Southwest Airlines. Southwest Airlines may share this information with a third-party medical provider, the CDC and other government authorities, and our agents, vendors, and service providers for purposes of managing and fulfilling your travel reservations and assisting Southwest Airlines with the evaluation and processing of your application for an exemption.

Please check the box below that applies:

- I am completing this form for myself.
- I am completing this form for the minor named herein.  I am either the parent or guardian of the minor child and have the authority to and, by completing this form, hereby attest to the information provided below.

Passenger First Name:  _____

Passenger Middle Initial: _____

Passenger Last Name: _____

Contact Email address: _____

Contact Phone number: _____

Reason for Mask Exception Request:

_____

_____

_____

Is flight already booked?  Yes_____ No_____

If flight is already booked, please include the following information:

Date(s) of Travel: _____

City Pair: _____

Confirmation Number (if flight already booked): _____

Does Passenger possess a WN Employee ID? _____

If Passenger possesses a WN Employee ID, please include the following information:

WN Employee ID of Traveling Passenger: _____

By submitting this request and signing below, I [name of passenger or authorized representative] [on behalf of _____] have read and understand the disclosures and requirements included above pertaining to my application to receive an exemption from the federal requirement to wear a mask while flying on Southwest Airlines, including, without limitation, Southwest's collection, use, and sharing of information and that Southwest Airlines may change my travel dates and/or flights should one or more of my originally scheduled flights have a capacity of 75% or more, or another Passenger approved for a mask exemption booked on such flight.

_____
Passenger Signature or Signature of Passenger Parent or Guardian

_____
Printed Name of Passenger or Parent or Guardian

Date: _____

## Southwest Airlines – Masks FAQ

**Should I wear a mask in the airport and on the plane? What forms of masks are acceptable?**

Yes, Federal law requires each person to wear a mask at all times throughout the flight, including during boarding and deplaning. Refusing to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties under federal law. On the aircraft, if wearing oxygen masks is needed because of loss of cabin pressure or other event affecting aircraft ventilation, masks should be removed to accommodate oxygen masks.

Masks are also required in the airport.
If you forget your mask at home, a mask will be available for you.

Acceptable forms of masks
In accordance with the Federal law, a properly worn mask completely covers the nose and mouth, is secured to the head with ties, ear loops, or elastic bands that go behind the head, and fits snugly against the side of the face. Cloth masks should be made with two or more layers of a breathable fabric that is tightly woven (i.e., fabrics that do not let light pass through when held up to a light source). Neck gaiters (also called multi-bands) may be worn as mask so long as they have two layers of fabric or may be folded to make two layers and cover the nose and mouth and are secured under the chin.

In addition, if your mask meets the requirements noted above, the following are acceptable:

- Clear masks or cloth masks with a clear plastic panel to facilitate communication with people who are hearing impaired or others who need to see a speaker's mouth to understand speech.
- Medical masks and N-95 respirators.
- The following are some examples of coverings that will not be accepted:
- Masks not made of a solid piece of material, including those made of mesh or lace fabrics or with slits, exhalation valves or punctures
- Face shields (face shields may be worn in addition to a mask that meets the above required attributes)
- Bandanas, scarves, ski masks, or balaclavas
- Shirt or sweater collars (e.g., turtleneck collars) pulled up over the mouth and nose
- Masks made from loosely woven fabric or that are knitted, i.e., fabrics that let light pass through
- Masks that do not fit properly (large gaps, too loose or too tight)

Exemptions to face coverings
Young children under the age of 2.

Beginning March 14, 2021, Southwest Airlines will consider applications for exemptions from this mask requirement from Passengers with a disability who cannot wear a mask, or who cannot safely wear a mask because of the disability. Several conditions apply that must be completed/adhered to prior to travel and receiving a mask exemption. For more details on this policy and for access to the submission form, please visit here.

<u>When the Federal law requires Customers to wear a mask</u>

Customers will be required to wear a mask over their nose and mouth at all times during their Southwest travel experience—while checking in, boarding, while in flight, deplaning, retrieving baggage; and any other time they may engage with a Southwest Employee or another Customer. Customers are required to wear a mask in order to board the plane.

The following are times when a Customer may need to briefly remove their mask:

- When necessary for identity verification purposes such as during Transportation Security Administration screening or when asked to do so by our Employees or any law enforcement official
- While eating, drinking, or taking oral medications. Prolonged periods of mask removal are not permitted for eating or drinking; the mask must be worn between bites and sips.
- While communicating with a person who is hearing impaired when the ability to see the mouth is essential for communication
- If, on an aircraft, wearing of oxygen masks is needed because of loss of cabin pressure or other event affecting aircraft ventilation
- If unconscious (for reasons other than sleeping), incapacitated, unable to be awakened, or otherwise unable to remove the mask without assistance

**If I have received the COVID-19 vaccine, am I required to adhere to the federal mask mandate and/or other travel requirements?**

Yes, per federal mask mandate, the requirement to wear a mask applies to all passengers ages 2 and over, including vaccinated persons. Please continue to adhere to all current travel requirements, including United States Government requirements for flights arriving in the United States and other federal, state, international, and local COVID-19 travel restrictions that apply to your specific itinerary. For more information regarding travel requirements for specific destinations, please click here.

https://www.southwest.com/airline-cleanliness-social-distance/#mask-faq
Visited May 24, 2021

**Exemption to Federal Mask Requirement on Southwest Airlines**

Federal law requires each person, 2 years of age and older, to wear a mask at all times throughout the flight, including during boarding and deplaning. Refusing to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties under federal law.

Southwest Airlines will consider applications for exemptions from this mask requirement from Passengers with a disability who cannot wear a mask, or who cannot safely wear a mask because of the disability.

Per guidance from the U.S. Department of Transportation, airlines are permitted to impose certain requirements or conditions on a person requesting an exemption from the mask requirement.  These requirements/conditions are described below.

Important Notice:  Flight must be less than 75% full
As a mitigation measure, DOT allows airlines to schedule the passenger (not wearing a mask) on a less-crowded flight. Therefore, Southwest requires that a Passenger obtaining a mask exemption travel on a flight with less than 75% capacity at the time of the flight's departure, and with no other Passengers on board approved for a mask exemption. If the passenger's preferred flight ends up being more than 50 percent full on the day of travel, Southwest Airlines will work to reaccommodate Passengers who obtain a mask exemption. Please note that Passengers may be required to travel on a different date than their scheduled itinerary. That may also require the Passenger to provide documentation of new (updated) test results at the Passenger's expense in line with Southwest Airlines' requirements to receive a mask exemption.

Please comply with the following pre-travel steps:
- At least seven (7) days prior to the Passenger's  planned date of travel, a Passenger requesting a mask exemption for travel on Southwest Airlines must complete and submit the following via Southwest.com>Contact Us>Send a Message.>Email Us: Comment/Question>Disability>Future Travel Assistance:
- A fully completed copy of this form executed by the Passenger making the request, or if the Passenger requesting a mask exemption is a minor child, the parent or guardian of such minor child; and
- A signed letter from the requesting Passenger's Medical Physician on the Physician's letterhead stating that the Passenger with a disability has a recognized medical condition precluding the wearing or safe wearing of a mask because of their disability.

Once Southwest Airlines receives a mask exemption application in line with the above criteria, at Southwest's request to Passenger, Passenger may undergo a private medical screening (over the phone) with a third-party medical provider (Southwest Airlines' vendor StatMD).

If Southwest preliminarily approves a mask exemption after reviewing the Passenger's PDF document and the Medical Physician's letter and after receiving the third party medical provider's affirmation for travel, if required, Southwest will contact you at the phone number or email address provided below to discuss any need to change your travel dates and/or flights and remind you of the need to obtain a qualifying COVID negative viral test.

No later than 24 hours prior to the Passenger's scheduled departure(s), Passenger must provide evidence of Passenger's qualifying COVID negative viral test result. A qualifying COVID negative viral test result is defined as:

A physical or electronic documentation of a qualifying COVID negative viral test taken within three (3) calendar days preceding the Passenger's scheduled date of travel. A viral test means a viral detection test for current infection, which is a nucleic acid amplification test with observation approved or authorized by the relevant national authority for the detection of SARS-CoV-2.

Note: Roundtrip travel will require an additional qualifying COVID negative viral test result taken within three (3) calendar days preceding the Passenger's scheduled date of return travel and submitted no later than 24 hours prior to the Passenger's scheduled departure, unless the Passenger's return flight is within three (3) calendar days of the date of the initial negative COVID-19 departure test. Also, if the Passenger's originally scheduled date of travel is changed as a result of the flight having a capacity of 75% or more or another Passenger approved for a mask exemption, then you will be required to obtain a qualifying COVID negative viral test result within three (3) calendar days preceding the Passenger's new scheduled date of departure or return travel, as applicable and at your own expense.

https://www.southwest.com/html/customer-service/unique-travel-needs/customers-with-disabilities-pol.html
Visited May 24, 2021



FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS

# Customers with Disabilities

Notice of Disability

Assistance in the Airport

Security Screening

Wheelchairs & Other Devices

Allergies

Cognitive Disabilities

Deaf or Hard of Hearing

Blind Or Low Vision

Medication

Trained Service Animals

Medical Oxygen

Portable Oxygen Concentrators

Non-Passenger Escort

**Mask Exemptions**

Your Rights

### Exemption to Federal Mask Requirement on Southwest Airlines

Federal law requires each person, 2 years of age and older, to wear a mask at all times throughout the flight, including during boarding and deplaning. Refusing to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties under federal law.

**Southwest Airlines will consider applications for exemptions from this mask requirement from Passengers with a disability who cannot wear a mask, or who cannot safely wear a mask because of the disability.**

Per guidance from the U.S. Department of Transportation, airlines are permitted to impose certain requirements or conditions on a person requesting an exemption from the mask requirement.

**Please comply with the following pre-travel steps:**

At least seven (7) days prior to the Passenger's planned date of travel, a Passenger requesting a mask exemption for travel on Southwest Airlines must complete and submit the following via **Southwest.com>Contact Us>Send a Message.>Email Us: Comment/Question>Disability>Future Travel Assistance**:

1. A fully completed copy of this form executed by the Passenger making the request, or if the Passenger requesting a mask exemption is a minor child, the parent or guardian of such minor child; and

2. A signed letter from the requesting Passenger's Medical Physician on the Physician's letterhead stating that the Passenger with a disability has a recognized medical condition precluding the wearing or safe wearing of a mask because of their disability.

Once Southwest Airlines receives a mask exemption application in line with the above criteria, at Southwest's request to Passenger, Passenger may undergo a private medical screening (over the phone) with a third-party medical provider (Southwest Airlines' vendor StatMD).

If Southwest preliminarily approves a mask exemption after reviewing the Passenger's PDF document and the Medical Physician's letter and after receiving the third party medical provider's affirmation for travel, if required, Southwest will contact you at the phone number or email address provided below to discuss any need to change your travel dates and/or flights and remind you of the need to obtain a qualifying COVID negative viral test.

No later than 24 hours prior to the Passenger's scheduled departure(s), Passenger must provide evidence of Passenger's qualifying COVID negative viral test result. A qualifying COVID negative viral test result is defined as:

A physical or electronic documentation of a qualifying COVID negative viral test taken within three (3) calendar days preceding the Passenger's scheduled date of travel. A viral test means a viral detection test for current infection, which is a nucleic acid amplification test with observation approved or authorized by the relevant national authority for the detection of SARS-CoV-2.

**Note:** Roundtrip travel will require an additional qualifying COVID negative viral test result taken within three (3) calendar days preceding the Passenger's scheduled date of return travel and submitted no later than 24 hours prior to the Passenger's scheduled departure, <u>unless</u> the Passenger's return flight is within three (3) calendar days of the date of the initial negative COVID-19 departure test.

### Join the Discussion

Share knowledge and learn from travelers just like you.

Plaintiff's Exhibit 116

 

# Accessible travel services

For the best travel experience when requesting these services:

- Make reservations as early as possible and request services while booking online, or call our dedicated accessible services line at 1-800-503-0101 (dial 711 for relay services).
- Arrive at the airport at least 2 hours prior to departure.
- Let us know about any special requirements - at check-in, in the boarding area, and on the aircraft.

**New:** Download our free mobile app called Fly for All, designed for those with cognitive and developmental disabilities, first-time flyers, and unaccompanied minors. It's available now on the App Store   and Google Play .

Federal law   requires guests to wear a mask over their nose and mouth at all times during travel, including throughout the flight, during boarding and deplaning, and while traveling through an airport. Visit our travel advisories to learn more about our mask requirement.

If you have a disability and are unable to wear a mask, please call our dedicated accessible services line at 1-800-503-0101 (dial 711 for relay services) to request an exemption from the mask requirement.

Exemptions will require:

- Documentation from a licensed health care provider as to your inability to wear a mask due to your disability; and
- Proof of a negative test result from an FDA approved molecular NAAT or PCR Covid-19 test taken within 72 hours of your scheduled flight departure

Documentation from your health care provider must be submitted to Alaska Airlines at least 72 hours before your flight. We recommend that you contact us at least one week before departure to start the exemption process.

Airport accessibility

Developmental and intellectual disabilities

Hearing

## Alaska Airlines -- Masks are Required to Fly

**Policy and guidelines**

Federal law requires guests to wear a mask over their nose and mouth at all times during travel, including throughout the flight, during boarding and deplaning, and while traveling through an airport.

- Masks are required even if you are fully vaccinated.
- Refusing to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties under federal law.
- The FAA has also implemented stricter legal enforcement and fines against guests who refuse to comply with crew instructions. In addition, we reserve the right to refuse transportation in the future to guests who refuse to comply with mask requirements.
- While guests are allowed to temporarily remove their masks when briefly drinking or eating or when taking medication, masks must otherwise be worn at all times, including between sips of beverages or bites of food.
- If wearing oxygen masks is needed because of loss of cabin pressure or other event affecting aircraft ventilation, masks should be removed to accommodate oxygen masks.
- Information about medical accommodations may be found in our accessible services section.

**Acceptable masks**

The following are required to meet CDC requirements.

- A properly worn mask completely covers your nose and mouth.
- Cloth masks should be made with two or more layers of a breathable fabric that is tightly woven (i.e., fabrics that do not let light pass through when held up to a light source).
- If gaiters are worn, they should have two layers of fabric or be folded to make two layers.
- Masks should be secured to the head with ties, ear loops, or elastic bands that go behind the head.
- A mask should fit snugly but comfortably against the side of the face.
- Masks should be a solid piece of material without slits, exhalation valves, or punctures.
- Additionally, the following are acceptable as long as your mask meets the requirements above.
- Masks can be either manufactured or homemade.
- Masks can be reusable or disposable.
- Masks can have inner filter pockets.
- Clear masks or cloth masks with a clear plastic panel may be used to facilitate communication with people who are hearing impaired or others who need to see a speaker's mouth to understand speech.
- Medical masks and N-95 respirators are acceptable.

**Unacceptable masks**

The following DO NOT meet CDC requirements.

- Masks worn in a way that does not cover both the mouth and nose.
- Face coverings that do not cover a guest's nose and mouth
- Scarves, ski masks, balaclavas, or bandannas.
- Shirt or sweater collars (e.g., turtleneck collars) pulled up over the mouth and nose.
- Masks made from loosely woven fabric or that are knitted, i.e., fabrics that let light pass through.
- Masks made from materials that are hard to breathe through (such as vinyl, plastic or leather).
- Masks containing slits, exhalation valves, or punctures.
- Masks that do not fit properly (large gaps, too loose or too tight).
- Face shields or goggles (face shields or goggles may be worn to supplement a mask that meets above required attributes).

https://www.alaskaair.com/content/advisories/travel-advisories

Visited May 24, 2021

Plaintiff's Exhibit 117

Expand All | Collapse All

# Face Covering Policy

## Am I required to wear a face covering?

Yes, ==federal law requires every person to wear a face covering that covers the nose and mouth at all times while traveling.== Face coverings must be made of a solid material, fully cover the mouth and nose, fit snugly against the face, and be secured under the chin. Prohibited coverings include those with exhalation valves, holes (such as lace or mesh), neck gaiters, and bandanas. Face shields may be worn in addition to a face covering, but not as an alternative.

Learn more about the CDC's face covering recommendations here.

## Are Allegiant employees required to wear face coverings?

Yes, federal law requires every person to wear a face covering at all times. However, the law states face coverings can be briefly removed when communicating with a person who is deaf or hard of hearing or when the ability to see the mouth is essential for communication.

## Can I remove my face covering to eat, drink, or take oral medication?

Yes, you may briefly remove your face covering to eat, drink, or take oral medication, but prolonged removal is not permitted. Face coverings must be worn between bites and sips.

## Can I wear a bandana?

No, face coverings must be secured under the chin.

## Can I wear a face mask with a valve?

No, face coverings with exhalation valves are prohibited.

## Can I wear a face shield instead of a face mask?

No, face shields may be worn in addition to a face covering, but not as an alternative.

## Can I wear a neck gaiter?

No, neck gaiters are prohibited.

## Do children have to wear a face covering?

Children under the age of 2 are not required to wear a face covering.

## Do I have to wear a face covering at the airport?

Yes, federal law requires every person to wear a face covering at all times in airports and on commercial aircraft.

## Does Allegiant provide face coverings?

Yes, you can use your own face covering, but we also provide complimentary health and safety kits upon request that contain a single-use face mask and two sanitizing wipes. Please be advised that federal regulations require face masks to enter the airport.

## What if I choose not to wear a face covering?

Refusal to wear a face covering is a violation of federal law and can result in denial of boarding, removal from the aircraft and additional penalties.

## What should I do if I have a disability that prevents me from removing a face covering without assistance?

Those with limited mobility who are unable to remove a face covering without assistance are exempt from the requirement. To request face mask exemptions, please email our Disabilities Team at ACAA@allegiantair.com at least 10 days prior to the departure of the first flight on your itinerary. Please note, if your exemption is approved, a negative COVID test will be required within 3 days of each flight segment. Details for submission of negative tests will be provided upon exemption approval.

## What should I do if I have a medical condition that prevents me from wearing a face covering?

To request face mask exemptions, please email our Disabilities Team at ACAA@allegiantair.com at least 10 days prior to the departure of the first flight on your itinerary. Please note, if your exemption is approved, a negative COVID test will be required within 3 days of each flight segment. Details for submission of negative tests will be provided upon exemption approval.

**allegiant**

IWA to HOU   One way  |  Jun 20   |  1 Seated  |  Modify ▼

🔵 Log in

Trip Total:
**$110.00**

🛒

CANCEL

## Special Assistance

Allegiant is happy to assist passengers with disabilities.  An Allegiant representative must be notified at the airport to receive disability accommodations.  Please visit our FAQs ⧉ page for more information.

☐ Wheelchair Assistance

☐ Traveling with personal wheelchair/scooter

☐ Traveling with Portable Oxygen Concentrator (POC)

☐ Service Animal (i.e. trained guide dog)

☐ Deaf/Hard of Hearing (Assistance is required)

☐ Blind/Low Vision (Assistance is required)

☐ Intellectual or Developmental Disability

### Other Services Information

mask exemption

Please note that, for safety reasons, all passengers must be able to sit upright unassisted during taxi, take off and landing, or provide an FAA approved Orthotic Positioning device which enables upright positioning without attachment to the seat. For more information, visit our FAQs ⧉ .

Plaintiff's Exhibit 118

delta.com

# Face Masks | Delta Air Lines

5-6 minutes



**For everyone's safety, face masks are required.**

Delta customers, employees and partners are required to wear a face mask or appropriate cloth face covering over their nose and mouth throughout their travel.

Federal law requires each person to wear a mask at all times while in the airport and when using public transit, during boarding and deplaning, and for the duration of the flight. Refusal to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties





## When Masks Are Required

Masks or face coverings are required from curb to claim throughout the airport, including these Delta touchpoints:

- Lobby Check-in
- Delta Sky Clubs
- Boarding Gate Areas
- Jet Bridges
- On board the aircraft for the duration of the flight

Masks must be worn at all times except while eating, drinking, or taking oral medications for brief periods. Prolonged periods of mask removal are not permitted for eating or drinking – masks must be worn between bites and sips.

If oxygen masks are needed due to loss of cabin pressure or other events affecting aircraft ventilation, personal face masks should be removed to accommodate oxygen masks.

## Types of Masks

To comply with federal law and for the protection of our customers and employees, Delta has specified the types of masks allowed onboard in compliance with CDC guidance. Masks or face coverings should be secured to the head with ties or ear loops and should fit snugly but comfortably against the side of the face to ensure proper fit.

**Permitted Masks:**

- Disposable surgical or medical masks
- Cloth masks with tightly woven fabric (2 or 3 ply masks are recommended)

- Valve-free respirator masks (N95 or KN95)

- Fabric masks with a clear plastic window

- Gaiters with two layers (single layer gaiters should be doubled over)

- Plastic face shields or goggles may be worn in addition to a mask but are not approved mask replacements

**Masks Not Permitted:**

- Any mask with an exhaust valve

- Masks with slits, punctures or holes

- Bandanas, scarves, ski masks, and balaclavas

- Novel and battery-operated masks that do not meet the specifications of the permitted masks listed above

## Mask Exemptions

Children under the age of two are exempt from the mask requirement.

Customers with a disability who cannot wear a mask for reasons related to their individual disability are strongly encouraged to reconsider travel or should be prepared to complete a 'Clearance-to-Fly' process prior to departure at the airport. If you are a customer with a disability who requires this exemption, please arrive early to complete the process during check-in to avoid missing your flight. This process can take over one hour and requests are now evaluated pursuant to the CDC and TSA's federal mask requirement for air transportation (adopted in February 2021). Mask exemptions only apply for travel onboard flights operated by Delta Air Lines and Delta Connection and do not exempt customers from any requirements that may be imposed by governments, including local, state or foreign countries, (at the origin or destination) or from requirements on other airlines. An exemption request is required for each unique itinerary, and each request is conducted on a case-by-case basis pursuant to law. Please consult your departure, connection and arrival locations for local mask mandate requirements.

Any false claims of a disability to obtain an exemption from wearing a mask or face coverings may result in the suspension of travel privileges on any Delta flight for the duration of the mask/face covering requirement and may be reported to appropriate government authorities.

Learn about Delta Partner carrier face mask policies.

## Related Links

Plaintiff's Exhibit 119

TRAVEL ALERT                                                    Sign up for our latest deals!

We are committed to you and your well-being. Learn more.



# COMMITTED TO YOU

Frontier remains committed to ensuring that the sky is for everyone. This means going the extra mile in all that we do for you.



### HEALTH & SAFETY
Learn More



### TRAVEL TIPS
Learn More



### HELPFUL VIDEOS
Learn More



### CHANGE FEES
Learn More

Find the Spanish Committed To You page here

## FROM CHECK-IN TO ARRIVAL AT YOUR DESTINATION, WE ARE COMMITTED TO YOUR HEALTH AND SAFETY

The next time you fly with us, you'll notice that we've made several changes. We've been working around the clock to improve our customer experience and to safeguard your well-being. Whether you are planning a trip back home to give mom a hug or dreaming of planting your feet in the sand, rest assured that the extra measures we are taking are designed to provide a safe and pleasant travel experience from the time you check-in until you arrive at your destination.

*We'd like to share how Frontier is 'Committed to You' and what that means for you and your family when you're ready to travel again.*



## STEPS WE'RE TAKING TO SUPPORT YOUR WELL-BEING & COMFORT



### ENHANCED CLEANING ON & OFF THE PLANE

Our **Ticket Counters, Gate Areas, and Aircraft** are getting extra attention. We've increased cleaning intervals with EPA approved anti-virus cleaning solutions. Here's a more specific look at what we're doing onboard:

- **Before Every Flight** the aircraft is cleaned with a focus on passenger seating, cabin walls, overhead bins, galleys and lavatories.
- **Aircraft with Extended Time Between Flights** are cleaned to include a wipe down of all customer and crew touchpoints - lavatories, seats, armrests, tray tables, walls, overhead panels and bins, window shades and galleys - with a disinfectant EPA rated to be effective against viruses, including SARS-CoV-2, the virus that causes COVID-19.
- **Every night** while our planes are positioned overnight, our Aircraft Appearance Team spends 4 to 6 hours thoroughly cleaning the aircraft's interior from top to bottom using industry-recommended disinfectant.
- **Monthly** enhanced deep cleaning of the entire aircraft

utilizing an anti-microbial agent that reaches virtually every surface and forms a protective shield that continues to be effective against viruses for 30 days.



## FACE COVERINGS

As required by federal law, the Centers for Disease Control (CDC) Order and Transportation Security Administration (TSA) Security Directive, all* passengers and employees must wear a face covering over nose and mouth throughout the Frontier travel experience including at ticket counters, gate areas, baggage claim and onboard all flights. Face coverings are not required for children under the age of 2. Face coverings must fit snugly over your nose and mouth and be secured under the chin. Open-chin triangle bandanas, face coverings containing vents, valves or mesh material, and face shields are not acceptable as face-coverings. This level of protection is important for everyone's well-being. Not wearing an approved face covering is a violation of federal law and you may lose future travel privileges on Frontier.

Check out our blog post on 'How to Make a No Sew Face Mask' - link here.



## STATE-OF-THE-ART AIR FILTRATION TECHNOLOGY

Did you know, the air in the cabin is passed through an air filtration system that mixes with fresh air drawn from outside? This occurs up to every 3 minutes circulating the cabin with new air and sending the old air directly outside.

Our system uses HEPA filters capable of capturing respiratory virus particles at more than 99.9% efficiency. These are the same filters used in hospitals and doctors' offices.



## TEMPERATURE SCREENING

To help ensure the well-being of everyone onboard, a non-invasive temperature screening taken on the forehead using a touchless thermometer will be taken at the gate for all passengers and crew.

Anyone with a temperature of 100.4 degrees Fahrenheit or higher will not be able to board the plane. If time allows, we will give customers the opportunity to rest before receiving a second check. If the second temperature screening is 100.4 degrees or higher, our team will help the customer to rebook travel on a later date when they are feeling better.



## QUICK & EASY HEALTH ACKNOWLEDGEMENT

When you check-in for your flight on our website or mobile app, you will be asked to accept the following health acknowledgment:

- You will have your temperature screened by a touch-less thermometer prior to boarding. Anyone with a temperature of 100.4 degrees or higher will not be allowed to fly.
- You will **wear a face covering over your nose and mouth throughout your journey,** including ticket counters, gate areas, and onboard our aircraft.
- In the last 14 days, neither you, nor anyone in your household or that you have come in close contact with, has tested positive for, exhibited symptoms of, or been advised to quarantine for COVID-19.
- You will wash your hands/sanitize before boarding the flight.



## MAINTAINING SOCIAL DISTANCE

We're making space for you at our check-in counters and gate areas. Signage and floor markers have been placed throughout the gate and ticket areas encouraging customers to maintain social distancing.

At the gate, our boarding process has changed to load passengers from the back of the aircraft to the front. This helps to minimize "passing" contact with other passengers during the boarding process.

We're currently installing plexiglass partitions at our ticket counters for the added safety of both employees and passengers.

# OUR EVERYDAY DISINFECTION PROCEDURE AT A GLANCE

Let us take you through our everyday disinfection procedure. Aircraft disinfection is performed in accordance with the Airbus Aircraft Maintenance Manual (AMM).



1. Aircraft doors are opened.
2. Touchpoints and surfaces are sprayed and cleaned with a disinfectant cleaner.

3. All trash and waste is removed from the aircraft.
4. Anti-bacterial hand soap is added to the restrooms.

*The daily cleaning process takes several hours to complete. We have taken a variety of proactive measures with respect to COVID-19 including increased heavy cleaning of aircraft and increased supplies of cleaning and disinfection products on board.*



## FRESH AIR

The air onboard our planes is cleaner than many of the public places you visit daily. From outside the plane, clean air flows into the cabin via a sophisticated filtration system – using a hospital-grade HEPA filter - while old air is pushed back outside. Within every 3 minutes, you're breathing fresh outside-air.

## TOUCHLESS THERMOMETER SCREENINGS

Jake Filene, SVP Customers, talks about Frontier's new temperature screenings for both passengers and crew.





## HEPA FILTERS

Learn more about our HEPA (High-Efficiency Particulate Arrestors) aircraft filtration systems which filter 99.99% of dust particles and airborne contaminants such as viruses and bacteria.

## FACE COVERINGS REQUIRED FOR CUSTOMERS

At Frontier, your health and safety are our top priority. **Frontier customers are required to wear a face-covering over their nose and mouth throughout their journey**. This includes all ticket counters, gate areas, and onboard our aircraft.

Frontier flight crews are also required to wear face-coverings while working.



Committed to You - Face Masks

Based on CDC guidance, a suitable face covering should be an item of cloth that should fit snugly against the side of the face and that should be secured with ties or ear loops. It should also include multiple layers of fabric and allow for unrestricted breathing. The CDC recommends surgical masks and N-95 respirators be reserved for healthcare workers and other medical first responders. The policy will not apply to very young children who are unable to maintain a face covering.



Committed to You - Fogging

**CABIN FOGGING**



**CUSTOMER WELLBEING**



**DISINFECTION**



**HEALTHY TRAVEL TIPS**

## STEPS WE ENCOURAGE WHEN TRAVELING

1 - Upon entering the airport, put your face-covering over your nose and mouth.

2 - Bring your own gloves, hand sanitizer, and cleaning wipes.

3 - Limit your touchpoints – for instance, download your mobile boarding pass prior to arrival.
It also saves time! And, bring your own snacks to avoid additional contact.

4 - While in the terminal, maintain social distancing whenever possible.



**Barry Biffle**
CEO, Frontier Airlines

**C. Jeffrey Knittel**
CEO, Airbus Americas, Inc

# A Special Message From Frontier and Airbus CEOs

open

## *FEDERAL & EXPERT GUIDELINES THAT WE

# FOLLOW

Frontier Airlines continues to closely monitor developments with respect to COVID-19.

- Mask Exemptions for Customers with Disabilities
  Customers with a disability who cannot wear a mask, or cannot safely wear a mask, because of that disability as defined by the Americans with Disabilities Act (42 U.S.C. 12101 et seq.) can apply for a face mask exemption. To learn about pre-travel exemption requirements, click here. This is a narrow exception that includes a person with a disability who cannot wear a mask for reasons related to the disability. It is not meant to cover persons for whom mask-wearing may only be difficult.
- As a U.S.-based commercial airline, we coordinate closely with multiple federal and other agencies to ensure we are continuously operating under established best practices for aircraft cleanliness and sanitation. Among those, we follow the recommendations set forth by the **CDC for 'Preventing Spread of Disease on Commercial Aircraft'** as well as adhere to our own stringent internal guidelines.
- All of our aircraft are regularly cleaned using disinfectant deemed by the U.S. Environmental Protection Agency (EPA) as effective against COVID-19.
- If you need travel advice, we recommend visiting the U.S. Centers for Disease Control's (CDC) website at cdc.gov/travel.

From our family to yours, we look forward to welcoming you onboard again soon!



TRAVEL ALERT                                                    Sign up for our latest deals!

We are committed to you and your well-being. Learn more.

Travel / Travel Info / **Special Services**

 # SPECIAL SERVICES

Need a little extra help? We are happy to assist you. Here is some information on our services and policies.

If you seek additional assistance with booking a flight, flight information, or have a special services request, please call us at 801-401-9004 or fill out our Contact Us Form.

# PICK A TOPIC FOR MORE INFORMATION

open

## Mask Exemptions for Customers with Disabilities

If you are a person with a disability as defined by the Americans with Disabilities Act (42 U.S.C. 12101 et seq.) and that disability prevents you from safely wearing a mask, and you are requesting an exemption to the CDC order requiring masks to be worn during air travel, the following requirements must be met:

- At least 10 days prior to departure:
  - Submit documentation from a licensed medical provider on professional letterhead stating the customer is a person with a disability who cannot wear a mask, or cannot safely wear a mask, because of that disability as defined by the Americans with Disabilities Act. Form Here
    - State license number (or, if applicable, other medical license information) from the medical provider must be included on the letter.
    - Frontier will contact your licensed medical provider to validate the document.
    - Any customer who presents falsified medical documentation will be subject to suspension of their privileges for future travel on Frontier.
    - Failure to provide 10 days' notice will result in denial of the request.
- At the airport on each day of travel:
  - The customer must check in at the Frontier ticket counter a minimum of 2 hours prior to departure.
    - Present evidence that the customer requesting a mask exemption does not have COVID-19 by providing a negative result from a SARS-CoV-2 viral test; the specimen for the test must have been collected no more than 3 days before the applicable flight. This evidence must be shown to the Frontier representative at the airport before boarding each flight.
- These testing requirements apply to return travel.



# Face Mask Exemption

This form should only be used by customers requesting an exemption to the Centers for Disease Control (CDC) Order and Transportation Security Administration (TSA) Security Directive requiring masks to be worn during air travel and who meet the following requirements:

- Customers with a disability as defined by the Americans with Disabilities Act (42 U.S.C. 12101 et seq.) whose disability prevents them from safely wearing a mask.
- The request is being submitted at least 10 days before departure.
- The request includes:
  - Documentation from a licensed medical provider on professional letterhead stating the customer requesting the exemption is a person with a disability who cannot wear a mask, or cannot safely wear a mask, because of that disability as defined by the Americans with Disabilities Act (42 U.S.C. 12101 et seq.)
  - The documentation includes the medical professional's state license number (or, if applicable, medical license information)

A representative from Frontier Airlines will contact the licensed medical provider to validate the document.

Any customer who presents falsified medical documentation will be subject to suspension of their privileges for future travel on Frontier Airlines.

Enter the information for the customer that is requesting the mask exemption.

**Email Address** *

**Frontier Confirmation Code** *

**Passenger First Name \***    **Passenger Middle Name**    **Passenger Last Name \***

Please note that the Passenger Name entered must match the Reservation.

## Origin Departure Date
**MM        DD        YYYY \***

5    ⌄    24    ⌄    2021    ⌄

Please note: failure to provide 10 days' notice will result in denial of the request.

___

## Attach Documentation (PDF preferred and size should be less than 10 MB) \*

Browse...    No file selected.

___

Continue...

Earn **507 mi.** on this trip! Learn More

Add Additional Services & Information

| Special Services [-] | Cabin Pet [+] | Redress Number [+] | Known Traveler Number/TSA Pre√® [+] |

We make sure to take care of passengers who need special assistance.

Select Special Service(s)

Wheelchair Services

☐ Can walk some short distances/need help to/from gate

☐ Can walk short distance/cannot use stairs/need help to/from gate

☐ Aisle chair needed, transfer assist to/from aircraft seat

☐ I have my own wheelchair

Special Assistance

☐ Blind or Vision Impairment

☐ Deaf or Hearing Impairment

☐ Cognitive or Developmental Disability

☐ Request Trained Service Animal

For more information about special services at Frontier, please visit our special services page.

Please Note: For safety reasons, passengers must be able to sit upright (unassisted) during taxi, take off and landing to travel on Frontier Airlines.

Plaintiff's Exhibit 120

## JetBlue: Requiring Masks for All Travelers at the Airport and on Board

Federal law requires masks to be worn by all travelers 2 years and older at all times throughout the flight including during boarding and deplaning, and in the airport. Any individual who fails to comply with this law may be subject to denied boarding, removal from the aircraft and/or penalties under federal law. If conditions on board a flight necessitate, masks should be removed to accommodate the placement and wearing of oxygen masks. According to researchers at Harvard, universal use of masks during air travel combined with high-performing ventilation systems and other safety measures significantly reduces the risk of transmission. Masks with vents or exhalation valves are not permitted. JetBlue also restricts the use of the following recreational items and personal protective equipment on all flights:

- Personal face/body tents or pods
- Personal air purifiers/refreshers or ozone generators
- Masks connected to tubing or battery-operated filters
- Any device that is prohibited by federal regulation or could put others at risk

Plastic face shields may be worn in addition to a face mask but not in place of one. Customers with conditions that prevent them from wearing a mask should consider postponing travel.

https://www.jetblue.com/safety
Visited May 24, 2021

## Federal Mask Requirement Exemptions

Customers with disabilities who cannot wear a mask, or cannot safely wear a mask because of the disability as defined by the Americans with Disabilities Act, may contact us to learn about qualifying for an exemption from the federal requirement to wear a mask when on board a flight. Exemptions will be limited on board each flight and will require specific documentation.

https://www.jetblue.com/at-the-airport/accessibility-assistance/other-medical-concerns
Visited May 24, 2021

Safety reminders and travel alerts for your trip to Salt Lake City.

From:  JetBlue (jetblueairways@email.jetblue.com)

To:      lewnwdc77-airlines@yahoo.com

Date:   Sunday, June 13, 2021, 10:40 AM EDT

Onboard safety and travel alerts for your upcoming flight.





Hello, Lucas,

Thanks again for choosing JetBlue for your upcoming flight.

As always, Safety is our #1 priority and — to make sure that you, other travelers and crewmembers feel confident and comfortable throughout the journey — your travel experience may be a bit different than the last time you flew with us.

Please take a moment to familiarize yourself with the following important info for your trip to Salt Lake City.

- **Federal law requires masks to be worn by all travelers 2 years and older at all times throughout the flight including during boarding and deplaning, and in the airport**. Any individual who fails to comply with this law may be subject to denied boarding, removal from the aircraft and/or penalties under federal law. If conditions on board a flight necessitate, masks should be removed to accommodate the placement and wearing of oxygen masks. Masks with vents or valves, and any devices that are prohibited by federal regulation or could put others at risk are not permitted. Face shields may be worn in addition to a mask but not in place of one.
- All travelers must complete a JetBlue health declaration during the check-in process. If you're not feeling well, you can change or cancel your travel plans without a fee here.
- To limit touchpoints, you can check in, manage your trip and access your self-scannable boarding pass with the free JetBlue app.
- We'll board by group (you'll find your boarding group noted on your mobile or printed boarding pass), and ask that you stay seated until your group is called and keep a healthy distance from others while boarding.
- Checking bags? Add them in advance, then print out your bag tags touch-free by scanning your boarding pass at the airport.

- To minimize physical interactions, we've streamlined our onboard service. We'll be serving a limited selection of Pepsi drinks and snacks. No fresh food will be available for purchase. If you want more to munch on, please plan accordingly.
- We are no longer limiting capacity on our flights so it's likely you may be seated next to another customer.

Our safety measures are grounded in the latest science, so you can travel confidently. You'll find more details on what to expect at the airport and on board — and how we're going above and beyond to put your safety first, at jetblue.com/covid19.

We'll send you a check-in reminder 24 hours before departure. We can't wait to welcome you on board.

## Stay Connected

 **Download the JetBlue Mobile App**

   

Help

Business Travel

Privacy

About JetBlue

CUSTOMER CONCERNS
Have a question or concern? Contact us at jetblue.com/contact-us. Or mail us at JetBlue 27-01 Queens Plaza North, Long Island City, NY 11101.

NOTICE OF INCORPORATED TERMS
All travel on JetBlue is subject to JetBlue's Contract of Carriage, the full terms of which are incorporated herein by reference, including but not restricted to: (i) Limits on JetBlue's liability for personal injury or death, and for loss, damage, or delay of goods and baggage, including special rules for fragile and perishable goods; (ii) Claims restrictions, including time periods within which you must file a claim or bring an action against JetBlue; (iii) Rights of JetBlue to change the terms of the Contract of Carriage; (iv) Rules on reservations, check-in, and refusal to carry; (v) JetBlue's rights and limits on its liability for delay or failure to perform service, including schedule changes, substitution of aircraft or alternate air carriers, and rerouting; (iv) Non-refundability of reservations. International travel may also be subject to JetBlue's International Passenger Rules Tariffs on file with the U.S. Department of Transportation and, where applicable, the Montreal Convention or the Warsaw Convention and its amendments and special contracts. The full text of the Contract of Carriage is available for inspection at www.jetblue.com and all airport customer service counters. Tariffs may also be inspected at all airport customer service counters. You have the right to receive a copy of the Contract of Carriage and tariffs by mail upon request.

EMPLOYEE ASSAULT PREVENTION AND RESPONSE
It is a violation of federal law to assault an airport, air carrier, or federal employee within the airport.

Plaintiff's Exhibit 121

## Spirit Airlines – Face Covering Policy

Airlines and airports remain subject to federal law requiring Guest to wear an appropiate face covering at airports and on flights.

Face coverings must be worn while at the airport, on the jet bridge, and onboard the aircraft. Face coverings may be removed only while eating, drinking, or taking medication — when done eating, drinking, or taking medication, face coverings must be repositioned immediately.

All face coverings must fit snugly cover the nose and mouth and be secure under the chin and have at least two layers of fabric (e.g. disposable non-medical face mask, multi-layered cloth face covering).

The following items are not considered appropriate face coverings: open-chin triangle bandanas, face coverings containing valves or mesh material, and face shields. Face shields may be worn in addition to a face covering but are not approved as a face covering replacement.

Guests who choose not to comply with our face covering requirement will lose future flight privileges with Spirit. Children under the age of 2 years old are exempt. There may be other limited exceptions for a Guest with a disability recognized under the Americans with Disabilities Act (ADA) who meet certain criteria. To see if you're eligible for this exemption, please review the Frequently Asked Question "I have an upcoming flight and cannot wear a face mask due to a disability. Do I have to wear a face covering or mask onboard a Spirit flight?" that can be found toward the bottom of this page.

**Do I need to complete a health acknowledgment before flying?**

Yes, to protect your health and safety, Spirit requires all travelers to agree to the below representations prior to check-in:

You will wear a face covering over your nose and mouth, which will be secured under the chin and have at least two layers of fabric throughout your journey in the airport, on the jet bridge and on the plane.

Children under the age of 2 years old are exempt. There may be other limited exemptions for individuals with disabilities recognized under the ADA who meet certain criteria. Refusing to wear a face covering is a violation of federal law and will result in denial of boarding, removal from the aircraft, penalties under federal law, and/or the loss of future flight privileges with Spirit.

Neither you nor anyone in your household have exhibited COVID-19 related symptoms as defined by the CDC in the last 14 days that include a temperature (38C/100.4F or higher), coughing, shortness of breath/difficulty breathing, loss of taste or smell, chills, muscle pain and/or sore throat.
In the past 14 days, neither you nor anyone in your household have tested positive for COVID-19, have had close contact with someone who exhibited symptoms or tested positive for COVID-19.

**Do I need to wear a face-covering or mask on my flight with Spirit?**

Yes, airlines and airports remain subject to federal law requiring Guest to wear an appropiate face covering at airports and on flights.  Children under the age of 2 years old are exempt. There may be other limited exceptions for a Guest with a disability recognized under the Americans with Disabilities Act (ADA) who meet certain criteria. To see if you're eligible for this exemption, please review the Frequently Asked Question "I have an upcoming flight and cannot wear a face mask due to a disability. Do I have to wear a face covering or mask onboard a Spirit flight?" that can be found in the next FAQ.

**I have an upcoming flight and cannot wear a face mask due to a disability. Do I have to wear a face covering or mask onboard a Spirit flight?**

Federal law requires all Guests to wear an appropriate face covering throughout the entire duration of your flight, including during boarding and deplaning. Children under 2 years old are exempted, and we allow limited exceptions for Guests who cannot wear or safely wear an appropriate face covering due to a disability recognized by the Americans with Disabilities Act (ADA) who meet certain criteria. The ADA exemption is narrowly interpreted and will be vetted through a strict approval process. We will not allow a Guest onboard who simply does not want to wear a covering because they find mask-wearing difficult.

Individuals with disabilities who may be exempt include individuals who:
- Do not understand how to remove their mask due to cognitive impairment.
- Cannot remove a mask on their own due to dexterity/mobility impairments.
- Cannot communicate promptly to ask someone else to remove their mask due to speech impairments or language disorders.
- Cannot wear a mask because doing so would impede the function of assistive devices/technology.

In order to be approved for the exception, a Guest with a qualifying disability must do the following:

- Contact us through our Chat feature here or via WhatsApp at 855-728-3555 with the words "ADA face mask exemption" 48 hours prior to scheduled departure to let us know you will be asking for an exemption on the day of your flight.
- Arrive at the airport 3 hours prior to your flight's scheduled departure since you may be screened by our medical experts.
- Have your medical doctor or medical professional complete the Spirit ADA Face Covering Exemption Form or provide a letter from your medical doctor that must meet all of the following requirements:
  - Be on the medical doctor office's official letterhead
  - Dated within 10 calendar days prior to each flight on your itinerary (including return flights)
  - Acknowledge that you have a disability recognized under the ADA/ACAA that inhibits you from wearing a mask or from safely wearing one
  - Acknowledge that the doctor understands that this exemption is not for a person who simply may find mask wearing difficult
  - State that you are under their care and they specialize in the area pertaining to your disabilit
  - Contain the medical professional's NPI number (if available)

- o Contain the medical professional's license number, license type, and date license was issued
- o Have the license jurisdiction
- o Contain the medical doctor's business name
- o Contain the medical doctor's business phone number

Note: Spirit reserves the right to contact the medical professional and verify the form or letter. Also, if the form or letter is found to be forged or fraudulent, you will be banned from future flights with Spirit Airlines Present a negative COVID-19 PCR or Antigentest result, taken within 24 hours prior to scheduled departure at the airport.

The test result can be in written or electronic form and must include information that identifies the person, a specimen collection date and the type of test.

Guests who have received the COVID-19 vaccine or tested positive for antibodies must still provide a negative viral test result as described above.

If you have recovered from COVID-19 within the last 90 days from your date of travel and have met requirements to end your quarantine, you are NOT required to provide a negative test. However, you must provide documentation of your positive viral test result AND a letter from your healthcare provider or a public health official on official letterhead stating that you have been approved to travel.

**International Travel:**

If at an international location, you must comply with any local face covering requirements before and during boarding.

If you're returning to the U.S. from an international destination, in order to obtain a mask exemption, your COVID-19 test must still be taken within 24 hours. You will only need to present one negative COVID-19 test taken within 24 hours.

**Additional information:**

Guests who are unable to meet these requirements will need to wear an appropriate face mask orwill not be allowed to travel on that flight.

Spirit agents may contact our third-party medical professionals to determine if you're fit to fly without a mask.

We may place you on a flight that has a lower number of Guests.

You may be moved to the back of the aircraft.

If you don't meet the 48-hour advance notice requirement or the 3-hour check-in time, we will attempt to validate your exemption request, but it may not be possible to validate before your flight departs.

https://www.spirit.com/notices
Visited May 24, 2021

**SPECIAL SERVICES** ⓘ

☐ Hearing Impaired          ☐ Trained Service Animal ⓘ          ☐ Portable Oxygen ⓘ

☐ Vision Disability                                                         ☐ Other (CPAP, nebulizer, ventilator, respirator, cane, walker, etc.) ⓘ

**WHEELCHAIR SERVICES** ⓘ

☐ Need Help To/From Gate          ☐ Need Help To/From Seat          ☐ Completely Immobile

☐ I Have My Own Wheelchair

**VOLUNTARY PROVISION OF EMERGENCY SERVICES PROGRAM**

☐ I certify that I am a qualified law enforcement officer, firefighter, or medical professional and am interested in voluntarily helping in the unlikely event of an in-flight emergency. ⓘ

# Contact

☐ The primary passenger is the contact person

**First Name***

**Last Name***

**Address***

**City***



# ADA Face Covering Exemption Form

- **This form must be completed in its entirety by your medical professional or medical doctor.**
- **You must present this form at the airport on the day of your flight – please check-in 3 hours prior to departure.**
- **Spirit is not required to honor a form with blank fields.**
- **This form must be dated within 10 calendar days prior to each flight.**
- **Spirit Airlines reserves the right to contact the medical professional and verify this form.**
- **All future flight privileges with Spirit Airlines will be lost if this form is found to be forged or fraudulent.**

Patient First Name: _____ Patient Last Name: _____

I, _____, acknowledge that I am a licensed medical professional or medical doctor,

and _____ (patient name) is currently under my professional care. I acknowledge and attest

that _____(patient name), has a disability and cannot wear a mask, or cannot safely

wear a mask, for reasons related to their disability as defined by the American with Disabilities Act.

I, _____, understand that this exemption is not meant to cover persons for whom

mask-wearing may only be difficult and by my signature on this form, I am certifying that I have carefully considered this fact in

assessing the inability of _____ (patient name) to wear a mask.

<u>Individuals Who May Be Exempt Include Individuals Who:</u>

- Do not understand how to remove their mask due to cognitive impairment

- Cannot remove a mask on their own due to dexterity/mobility impairments

- Cannot communicate promptly to ask someone else to remove their mask due to speech impairments or language disorders

- Cannot wear a mask because doing so would impede the function of assistive devices/technology

Medical Professional/Medical Doctor's Name: _____

License Type: _____ License Issued Date: _____

License Number: _____NPI number (if available): _____

Jurisdiction of License: _____

Business Name: _____

Business Phone Number: _____

Signature:_____ Date: _____

Plaintiff's Exhibit 122

## Fly Healthy, Fly Smart – Airlines Take Action

U.S. airlines want you to Fly Healthy and Fly Smart. Everyone can work together to protect each other.

The safety and well-being of all travelers is our top priority. Airlines have implemented a robust, multi-layered strategy which can effectively reduce the risk of exposure to COVID-19 during air travel – this strategy is aligned with the findings from researchers at Harvard University.

### Safety Measures Have Reduced Onboard Exposure Risk

Faculty at Harvard have issued a new study revealing that the multiple layers of protection against COVID-19 make being on an airplane as safe if not safer than other routine activities, such as grocery shopping or going to a restaurant.

U.S. airlines are transforming the check-in process to reduce touchpoints for passengers. Passengers are encouraged to check-in on their airline's website or smartphone application so they can proceed straight to TSA when arriving at the airport.

For passengers who need to check-in when they arrive, U.S. airlines are sanitizing counters, kiosks and gate areas more frequently. U.S. airlines' enhanced cleaning protocols meet or exceed CDC disinfection guidelines to stop the spread of COVID-19.

U.S. airlines have also implemented temporary health acknowledgment policies and procedures for passenger travel as an additional level of protection during the pandemic

### Hospital-Grade Air Filtration

Researchers at the Harvard T.H. Chan School of Public Health concluded that the ventilation on airplanes is so good that it reduces the possibility of exposure to COVID-19 to a point so low that it "effectively counters the proximity travelers are subject to during flights."

Because of the frequent exchange of air on planes coupled with the use of HEPA filters, over 99% of the particles containing the virus are removed from cabin air.

All A4A members have aircraft equipped with high-efficiency particulate air (HEPA) filters, which generate air as clean as an intensive care unit. The Centers for Disease Control and Prevention (CDC) has said, "Because of how air circulates and is filtered on airplanes, most viruses and other germs do not spread easily on flights."

   "[HEPA filters] block particulates like the COVID, but more generally, viruses, microbes, at 99.9 percent, at least. Even if you sneeze, the air around you is renewed every two to three minutes. Within a minute, there's nothing left around you."

— Airbus EVP for Engineering Jean-Brice Dumont

"Cabin air flows primarily from ceiling to floor in a circular pattern and leaves through the floor grilles near the same seat row where it enters. This helps minimize front-to-back air movement and helps to limit the potential spread of contaminants."

— Travel Confidently with Boeing

**Inflight Protection**

U.S. airlines are setting an industry standard for cleanliness and disinfection. Before boarding, passengers can expect carriers to sanitize frequent customer touchpoints, including seat cushions, seatbelt buckles, and tray tables. Lavatories are subject to routine cleaning and systematically disinfected between flights.

U.S. airlines have implemented intensive cleaning protocols, in some cases to include electrostatic cleaning and fogging procedures. Our members use EPA-approved and CDC-recommended disinfection and cleaning protocols to provide a key layer of protection against the spread of viruses and bacteria inflight.

**What Experts are Saying**

"The ventilation system requirements for airplanes meet the levels recommended by the Centers for Disease Control and Prevention for use with covid-19 patients in airborne infection isolation rooms."

-- Joseph Allen, Assistant Professor of Exposure Assessment Science, Harvard T.H. Chan School of Public Health

"[HEPA filters] block particulates like the COVID, but more generally, viruses, microbes, at 99.9 percent, at least. Even if you sneeze, the air around you is renewed every two to three minutes. Within a minute, there's nothing left around you … The fact that you're seated for a couple of hours next to somebody doesn't represent a higher risk than being in another area where you will be close to people for a given period of times like shops, but there the air doesn't move much."

-- Jean-Brice Dumont, Airbus EVP for Engineering

https://airlinestakeaction.com/fly-healthy-fly-smart
Visited May 25██ 2021
Published by Airlines for America

Plaintiff's Exhibit 123

flyertalk.com

# Caught on Camera: Family Asked to Deboard Spirit Flight When Parents Didn't Follow Face Covering Rules

*Atkins*

4-6 minutes



Caught on Camera: Family Asked to Deboard Spirit Flight When Parents Didn't Follow Face Covering Rules



*Another family is crying foul against Spirit Airlines, after a flight attendant was caught on video asking them to leave the aircraft over face covering noncompliance. The altercation happened as the child was eating prior to departure, with the flight attendant claiming it was the pilot's decision to have them removed.*

==A family of Spirit Airlines flyers are accusing the airline of discrimination, after a flight attendant asked the group to leave when a child was not wearing a face covering prior to departure.== The nearly three minutes of video was shared by Twitter account Breaking911, in which the unidentified flyers aboard a flight departing Orlando International Airport (MCO) for Atlantic City International Airport (ACY)

accuse the carrier of discrimination. However, the airline says that it wasn't the child at fault, but rather the parents who violated the federal face covering mandate.

## Family Says They Were Targeted, Accuses "One African-American" of Singling Them Out

In the first video shared to social media, a Black Spirit flight attendant approaches the family, asking them to deplane. When the family asked what they did, she informed them that "I didn't want to do this," but their face covering non-compliance was the reason for their removal. When they asked for clarification, the flight attendant said: "She's not wearing a face mask." When they asked about their lap infant, the flight attendant nodded.

WATCH THIS: A family was just kicked off a @SpiritAirlines flight from Orlando to NY, because their two-year-old child who was eating, wasn't wearing a mask. The mother is 7 months pregnant, and they have a special needs child. The entire flight was deplaned. pic.twitter.com/dcjLlEbDfA

— Breaking911 (@Breaking911) April 5, 2021

In fact, the child was not wearing a face mask, as she was eating when the attendant approached. Other flyers said they were not uncomfortable with the context, and would vouch that the child would wear a face covering once she were done eating. Yet, the confrontation continued, with the family continually pleading their case and demanding an explanation of what they did wrong.

In a second video shared by Breaking911, the unidentified male flyer – presumably the father of the child in question – accused the airline of conspiracy and discrimination. His outlandish claims included "someone on the phone, before we even got on the plane, was planning this," and "there was one African-American that was not okay with this." Ultimately, police were called to the aircraft, and stood by while the situation was resolved.

More from the @SpiritAirlines flight. pic.twitter.com/PMq2nArVWz

— Breaking911 (@Breaking911) April 5, 2021

In a statement to FlyerTalk, a spokesperson for Spirit confirmed the incident took place, but clarified that it wasn't the child that was in question. Instead, they say the parents were asked on two occasions to wear a face covering, and failed to do so after both requests. The entire flight was deplaned, and a supervisor in Orlando made the decision to allow the family to continue on the flight. Police were called, but did not intervene during the incident. Their behavior ultimately caused a two-hour delay, which required a partial crew change – the airline confirmed that the flight attendant involved was not rotated out because of the confrontation.

## Incident is Second Time in One Month Spirit Stood Accused of Removing Children over Face Coverings

This incident is the second time in less than 30 days that the Florida-based ultra-low-cost-carrier stood accused of unfairly removing a child from a flight. In March 2021, another family said they were asked to leave a Spirit flight because their non-verbal Autistic son could not wear a face mask, despite having a doctor's note confirming the condition. The airline announced a policy change shortly afterwards.

Plaintiff's Exhibit 124

paddleyourownkanoo.com

# Southwest Introduces Tough New Face Mask Exemption Rule That Still Complies With CDC Rules

*by Mateusz Maszczynski* 11th March 2021

4-5 minutes

Southwest Airlines will introduce tough new face mask rules that will make it even more difficult for passengers with a legitimate medical exemption to fly with the airline while still complying with a Centers for Disease Control and Prevention (CDC) federal mask mandate.

Along with requiring a pre-travel questionnaire at least seven days before departure and written proof of their medical exemption from a physician, passengers will also need to obtain a negative pre-departure COVID-19 test certificate within 72-hours of departure and undergo a private medical screening with a third-party medical provider.

Once a passenger has jumped through those hoops, Southwest Airlines will still refuse to board them if the flight is booked to 50 per cent capacity or more. Even on a near-empty flight, an exempt passenger may still be refused boarding if there is more than one exempt passenger booked on the same flight.

One of President Biden's first acts on entering the White House was to introduce a federal face mask mandate for passengers and employees on public transport including airplanes. The order came into effect on February 1 but the mandate actually eased the strict face mask rules that some airlines had introduced.

Like American Airlines and United, Dallas-based Southwest airlines barred anyone over the age of two years old from flying with them if they claimed to have a medical condition that prevented them wearing a face mask. Instead, Southwest told passengers to either delay travel indefinitely or find another airline to fly with.

The federal mask mandate, however, included a specific exemption for passengers with medical issues that made it impossible for them to wear a mask. Airlines like United and Southwest have been forced to comply, although they can add conditions.

"As a mitigation measure, DOT allows airlines to schedule the passenger (not wearing a mask) on a less-crowded flight. Therefore, Southwest requires that a Passenger obtaining a mask exemption travel on a flight with less than 50% capacity at the time of the flight's departure, and with no other Passengers on board approved for a mask exemption," the airline explains on its website.

Southwest says it will accommodate passengers on a different flight at no extra cost but this might be on a later date. If that were to happen, passengers would be responsible for covering the cost of a new COVID-19 test themselves.

According to TSA data, passenger numbers are slowly ticking up with travel demand currently sitting around 45 to 50 per cent of what it was at this time in 2019. However, many airlines have slashed schedules and consolidated flights, meaning that passenger numbers often exceed 50 per cent

==capacity.==

The CDC still recommends that people avoid all but the most essential of air travel – including those who are fully vaccinated against COVID-19. The agency also says passengers should continue to wear a face mask on airplanes, in airports and anywhere else in a crowded public environment.

**Sign Up for the Cabin Crew Brief**

Get the latest cabin crew recruitment news delivered to your inbox once a week...

Mateusz Maszczynski

Mateusz Maszczynski is a serving international flight attendant with experience at a major Middle East and European airline. Mateusz is passionate about the aviation industry and helping aspiring flight attendants achieve their dreams. Cabin crew recruitment can be tough, ultra-competitive and just a little bit confusing - Mateusz has been there and done that. He's got the low down on what really works.

Plaintiff's Exhibit 125

thriftytraveler.com

# Delta Has Banned Almost 1,000 Flyers Who Refused to Wear Masks

*Kyle Potter*

3 minutes

*This post contains references to products from one or more of our advertisers. We may receive compensation when you click on links to those products. For more information check out our Advertising Disclosure.*

On the eve of a new federal law making face masks mandatory in airports and on planes, Delta CEO Ed Bastian said Monday that the airline **has now banned roughly 950 flyers who violated the airline's requirement that flyers wear masks onboard.**

Delta and most other major U.S. airlines made face masks mandatory back in May. Airlines and flight attendants' unions pleaded with federal officials for months to set that requirement down in federal law to no avail.

That will change as Monday turns to Tuesday, as new President Joe Biden's executive order requiring face coverings in airports, on airplanes, and in other modes of public transit takes effect. The order requires all travelers 2 and older to wear a face covering and sets limits on what face masks will and won't pass muster: Homemade and cloth coverings are OK, but scarves, bandanas, and masks with valves are not.

Bastian hailed the executive order as a "layer of protection" for employees on the front lines.

"This adds a layer of protection for our people who have been integral in enforcing our mask policy. To date, we've banned approximately 950 people for failing to comply with the mask requirement," he said in a memo to employees.

Delta has been the most vocal by far about following through with that policy, continually updating the public as that tally grows. After the storming of the Capitol last month and viral video footage of flyers being removed from flights, Bastian also confirmed that the airline had also permanently banned a handful of unruly travelers from the airline. Bans of passengers who violated mask rules are expected to last until mask requirements fade.

With nearly 1,000 flyers now on its internal no-fly list, that's up substantially from just a few months ago, when Bastian said the airline had banned 460 flyers total. A handful of other airlines have published their ban totals, but Delta's is the largest by far.

Delta and other airlines have suggested that those bans will last until the mask requirements are lifted. And with more states, even individual airports, and now the federal government making masks mandatory, that likely won't be anytime soon.

Plaintiff's Exhibit 126

refinery29.com

# Major US Airlines End Medical Exemptions For Masks

*by Angela Lashbrook*

3-4 minutes



Photo: Nicolas Economou/NurPhoto/Getty Images.

Airplanes have been a tense battleground during the coronavirus pandemic. While most people have complied with airlines putting mask requirements in place, a small but vocal minority has refused to follow rules intended to protect everyone, and videos of anti-maskers getting into standoffs with airplane crew and other passengers have gone viral. But even with airlines enacting strict mask rules, passengers with medical conditions have typically been exempt — and because of medical privacy laws, they don't have to reveal what it exactly is or provide documentation for it.

But now, American Airlines and Southwest Airlines, two of the largest U.S. carriers, have announced that even medical exemptions won't fly. On Wednesday, they unveiled new policies that require everyone over the age of 2 to don a mask or be denied boarding. In its updated FAQ section, Southwest now states that "if a Customer is unable to wear a face covering for any reason (even a verifiable medical condition), we regret that we are unable to transport the Customer at this time." The airline's advice for passengers who can't wear a mask is to either postpone their travel or "consider other forms of transportation."

American Airlines' press release states that they will not give any exemptions to anyone over age 2, and that the only time masks are permitted to come off on the plane is during eating and drinking. "Those unwilling to comply with this face covering requirement at any time during their journey with American may be barred from future travel for the duration of this face covering requirement," the press release reads.

United and Delta have also announced that they're modifying existing mask policies. Although it's not getting rid of all exemptions, United is now requiring passengers who plan not to wear a mask due to a medical condition to contact the airline before travel or a customer service agent at the airport to document the medical exemption. Passengers will also now have to wear masks everywhere in the airport as well, including at check-in counters and at gates.

Delta's new policy states that passengers who can't wear a mask for medical reasons must go through a 'Clearance-to-Fly' process at the airport before boarding, which includes a consultation with a medical professional, and warns that they should arrive early as it could take up to an hour. The airline also says that false medical claims may result in being suspended from traveling with Delta while mask rules remain in place.

8 comedians, in conversation.

Fundamental. Gender Justice. No Exceptions.

Five love stories behind diverse, multicultural marriages.

Inside the homes of millennial women — & what they paid for them

The latest stories to watch.

From vibrators to lipstick, learn how your favorite products are made.

Extraordinary, one-of-a-kind individuals

Explore the world's most most vibrant cultural and culinary centers—in 60 seconds, of course.

We helped 12 female directors claim their power.

Viral trends, tried and tested.

The Hilarious and Heartwarming New Series Every Pet Lover Must Watch!

Plaintiff's Exhibit 127

aviationtravelwriter.com

# ADA and Child Mask Policy

11-14 minutes



American Airlines and Southwest Airlines were the first carriers to institute a blanket ban on passengers with ADA disabilities who cannot not wear a face mask. Southwest stated that it would "temporarily refuse to transport any passenger who is unable to wear a mask even if the Customer has a verifiable medical condition that prevents them from wearing a mask."

That's 7 of the 10 largest U.S. airlines which have told disabled people with autism, asthma, cerebral palsy, claustrophobia, COPD, PTSD, severe anxiety and other conditions that they are not welcome onboard an aircraft. It is the largest ban on disabled air travel since the Air Carrier Access Act became law in 1986.

## These airlines still permit disabled people to fly without a face mask

If you or someone you are traveling with has any of these conditions or is unable to wear a mask due to a legitimate disability, you will only be able to fly on the following carriers:

Allegiant Air — "Those with medical conditions that prevent the use of a face covering must provide documentation from a medical physician to the gate agent one hour prior to departure."

Delta Air Lines — "Customers with underlying conditions that explicitly prevent the wearing of a face covering or mask are strongly encouraged to reconsider travel or should be prepared to complete a 'Clearance-to-Fly' process prior to departure at the airport. If you require this exemption, please arrive early to complete the process during check-in and avoid missing your flight – this process can take over one hour."

Hawaiian Airlines — "Guests with a medical condition or disability preventing its use, will be exempt

from the policy."(wheelchairtravel.org)

*Please keep in mind that airline mask policies for ADA Passengers are quite fluid at the moment and changing without notice. A passenger could book an expensive out of town life saving surgery or medical treatment. They may arrive at the airport a few weeks later only to find out that they are no longer welcome onboard without a mask due to a policy change. There are only 3 airlines left with some limited type of ADA travel policy.

However, this only addresses the flight. It is a catch 22 situation for the ADA Disabled Passenger since there are Mandatory Mask requirements now for being inside the airport and going through TSA. There are no exemptions for these areas. Therefore, an ADA Disabled passenger could have the exemption for the particular flight but has no legal way to make it onto the flight without a mask in the secured and common areas.

**No Exceptions for Autistic Children and Toddlers 2 Years or older:**

These Child Mask Policies are all over the map and may change at the drop of a hat. As of today, Delta is not requiring compliance for young children who cannot maintain a face covering and unaccompanied minors are exempt from the mask requirement and do not require a pre-travel clearance. However, they are one of the most stringent in the news for banning adults for even the slightest non-compliance. Therefore, I do not know how trustworthy that policy statement is or how long it will remain in effect.

Allegiant may be the last semi-flexible hold out. We will see just how long this one lasts. As of today Allegiant is the only one of the remaining 3 carriers in America with some vague type of ADA Waiver policy. Allegiant currently only requires a Doctors Note and is not requiring the hour long airport Virtual Medical Evaluation for the ADA Disabled Traveler Mask Wavier. Allegiant seems to be the only airline offering ADA Waiver for their actual Airline Employees as well. The airline will make exceptions for those employees with medical conditions that prevent the use of a face covering.

The harshest Child and Toddler enforcement policies appear to be at Southwest and Jet Blue:

This past week Southwest Airlines removed a passenger and her 3-year-old son from a Monday flight after the boy, who has autism, refused to wear a face mask and became upset. Passenger Alyssa Sadler, who was also traveling with her 1-year-old daughter, told CNN affiliate KPRC that the family was deplaned from the Southwest flight from Midland, Texas, to Houston, Texas. "It was just not a good morning," said Sadler. "He was screaming. He was throwing a fit. He was screaming no, no, no."Sadler told KPRC her son has a sensory processing disorder and doesn't like his face being touched and that she had a medical note explaining the condition. (cnntravel)

# Strict mask policy





Sadler told CNN she would have to wait several days for a ride home.

**Southwest Mask Policy:**

All travelers 2 years and older must wear a face covering over their nose and mouth throughout their journey, including during check-in, boarding, while in flight and deplaning. Masks with vents or exhalation valves are not permitted. Plastic face shields may be worn in addition to a face covering but not in place of one. Customers with conditions that prevent them from wearing a face covering should postpone travel until this temporary requirement is no longer in place.

- **ONLY** young children under the age of 2 are exempt.

- If a Customer is unable to wear a face covering for any reason (even a verifiable medical condition), we regret that we **are unable to transport the Customer at this time**, due to safety risk of asymptomatic COVID-19 transmission by Customers without face coverings. In other words, because of public health guidance recognizing the important role of face coverings in preventing the transmission of COVID-19, Southwest will temporarily refuse to transport any passenger who is unable to wear a mask even if the Customer has a verifiable medical condition that prevents them from wearing a mask.

- In the future, if there is a change in public health guidance on face coverings or other changed circumstances impacting Safety, Southwest looks forward to welcoming all passengers on board again safely.  In the meantime, Southwest encourages all Customers who are unable to wear a face covering (even due to a verifiable medical condition) to postpone air travel, or consider other forms of transportation.

This past week a Family with 6 children were removed at JetBlue:

A Brooklyn mother traveling with six children from Orlando to New York was kicked off a JetBlue flight on Wednesday because her 2-year-old would not wear a face mask as required. Videos of the mother, Chaya Bruck, speaking with a flight attendant before the plane took off have been shared widely on social media. A video posted on social media shows Bruck talking to a flight attendant about her daughter not wearing a mask. "You realize she's 2?" Bruck says."I do, and also, it's not something we can excuse," the flight attendant responds in the video.

"So should I tie her hands? What should I do?" Bruck asks the flight attendant in the video. The toddler sitting next to her appears to be visibly uncomfortable by the arguing. JetBlue told CBS News that Bruck told a flight attendant her child was not going to wear a mask. The doors of the flight were still open and the flight attendant followed procedure by calling a JetBlue airport supervisor to handle the situation.  Videos of the incident show fellow passengers becoming frustrated, many of them coming to Bruck's defense, saying the 2-year-old should be excused for not keeping the mask on.

JetBlue said the cabin became boisterous and a decision to deboard the plane was made.(cbsnews.com)



This screenshot of a video taken by Chardette Poinsette shows Bruck speaking with the flight attendant before passengers deboarded.

**JetBlue Mask Policy:**

All travelers 2 years and older must wear a face covering over their nose and mouth throughout their journey, including during check-in, boarding, while in flight and deplaning. Masks with vents or exhalation valves are not permitted. Plastic face shields may be worn in addition to a face covering but not in place of one. Customers with conditions that prevent them from wearing a face covering should postpone travel until this temporary requirement is no longer in place.



Flying for families with small children or ADA Disabled Passengers has become a very slippery slope these days. The policies for children and the disabled are changing without notice. Therefore, you can not really plan or know how things will go. Families with children and disabled may have to travel by car or postpone travel for the near future. This leaves the ADA Disabled customers who are traveling for medical treatments or surgeries to out of state specialized medical procedures at a great

disadvantage. The numbers of Cancer Deaths has skyrocketed globally since these new rules went into place. This is mainly attributed to these patients not having access to their Cancer Screenings and Cancer Treatments.

## Report Airlines for ADA and ACAA Violations:

Airlines violate the **Air Carrier Access Act** and **Americans with Disabilities Act** at the expense of disabled travelers every day. Most travelers take these violations in stride and put the negative experiences behind them. As a result, airlines have little incentive to comply with the law. This article outlines the process for enforcing your rights under the ACAA and holding airlines responsible for any violations. When violations occur, **passengers should first report the violation to the airline within 45 days**. This is best done through a comment or complaint form on the carrier's website. This allows for the airline to respond in writing and creates a paper trail. After you have received a response to your complaint with the airline, you may **file a complaint with the DOT at** www.transportation.gov. This allows the agency to investigate violations of the ACAA, impose sanctions, and require the airline to demonstrate efforts to prevent future violations. You can file an Americans with Disabilities Act (ADA) complaint alleging disability discrimination against a State or local government or a public accommodation (private business including, for example, an airline, restaurant, doctor's office, retail store, hotel, etc.). A complaint can be filed online using the link below, by mail, or by facsimile. (wheelchairtravel.org) (ADA.gov)

ADA Americans with Disabilities Act: Online Complaint Form

It seems as though the ADA Laws have just been thrown out the window for the time being. This combined with just the combative, hostile and miserable travel experience these days has caused travel bookings to plummet by 75 percent. Those kind of load factors are not sustainable for airlines to survive. Many passengers have instead chosen to do more car trips at nearby vacation spots. The more affluent wealthier and business travelers which are the bread and butter for commercial airline profit margins have opted for Private Jet Travel. Corporate Jet business is up 250 percent for 2020 while commercial aviation is down 75 percent.

Business Travelers are now working remotely and doing business conferences as well as meetings via Zoom. This is a very dangerous trend for the First Class and Business Class Markets. These travelers are making major changes to how they travel and do business. The million dollar question is to whether any of those passengers will be back if and when commercial aviation ever normalizes again. Only time will tell.

Aviation Travel Writer: The Flight Times Blog

aviationtravelwriter.com

Link: cbsnews.com

Link: cnntravel

Link: wheelchairtravel.org

Link: wheelchairtravel.org

Link: ADA.gov

Plaintiff's Exhibit 128

aarp.org

# Airlines Change Safety Protocol as Travel Increases

*Elaine Glusac*

8-10 minutes



Annebel van den heuvel/Alamy Stock Photo

En español | Some travelers have taken to the skies again despite the surging pandemic, and some are contemplating doing so during the holiday season and beyond. Those who do will find that flying in the COVID-19 era is a very different experience than it once was. Among other changes, passengers now have few if any food options, must follow carefully choreographed boarding procedures to allow for social distancing, and, along with airline staff, are required to wear masks, with very few exceptions.

Here's more on what to expect if you plan to fly this winter.

**Pre-flight**

Once you are through security (see new rules) and arrive at the gate, don't expect an empty concourse. The number of airline passengers screened by the Transportation Safety Administration (TSA) ticked up from about 88,000 a day in mid-April to about 867,000 on Nov. 12, though it's still down substantially from about 2.3 million on that day a year ago. Some airlines, including Alaska Airlines, Delta Air Lines, JetBlue and Southwest Airlines, are limiting the number of passengers per flight to prevent the crowded conditions that might lead to infection. American Airlines and United Airlines do not have capacity constraints, though both will allow customers to move to another flight free of charge if their scheduled flight is 70 percent or more full.

The major airlines are now serious about enforcing their requirements that passengers (unless they are age 2 and under, usually) wear face masks during boarding and on the plane, as well as in areas throughout airports they serve, such as customer service counters and gates. The only time masks may be removed is for eating or drinking — which experts suggest you keep to a minimum. They've announced that travelers who refuse to wear masks onboard will not be allowed to fly. Delta has reportedly blacklisted nearly 550 passengers who have refused to wear a mask since the mandate was issued in May. "If a customer is unable to wear a face covering or mask for any reason, Southwest regrets that we will be unable to transport the individual," the company said in a statement.

Like American, United and Southwest, Delta doesn't permit masks with vents or valves, which allow air to be expelled, nor face shields (unless worn with a mask). It offers customers complimentary replacements if they show up wearing masks with valves. Exemptions require completing a "clearance to fly" procedure that, according to the airline's website, "can take over one hour."

Many airlines are also handling boarding differently to encourage physical distancing. Southwest Airlines, for one, previously asked customers to line up in two adjacent lines of 30, but it's now boarding just one line of 10 people at a time.

Alaska Airlines, Allegiant, Delta, Frontier, JetBlue and United are boarding their planes from the rear rows forward, to avoid crowding in the aisles.

American Airlines continues to board passengers by groups — it says the row system works only if everyone is at the gate, which is impossible with the number of connecting flights it operates — though agents space people out during boarding.

Spirit asks passengers to scan their own boarding pass and will allow anyone to board at the end of the boarding process to reduce their time on the plane.

==Frontier is the first U.S. airline to take passengers' temperatures with a touchless thermometer before boarding, and will block anyone with a temperature of 100.4 F or higher from flights.== Frontier says it "will work with that customer to rebook travel on a later date or otherwise accommodate the traveler's preferences with respect to their reservation." Like other airlines, it's also asking passengers to complete an online "health acknowledgment" before check-in to confirm, among other things, that they will wash or sanitize their hands before boarding, will check their temperature before heading to the airport, and have had no symptoms related to COVID-19 in the previous 14 days.

Air Canada is taking passengers' temperatures before boarding now as well.

Proof of negative results from a COVID-19 test in order to avoid quarantine restrictions is required by a growing list of destinations, including New York, Hawaii and Jamaica. For international fliers, American is piloting a new app called VeriFLY for Jamaica-bound fliers that allows them to learn the travel requirements of the destinations and safely store required documentation, such as COVID-19 test results. A growing number of airports have begun offering COVID-19 tests to departing passengers.

---

**In-flight**

**Seat spacing:** As traffic in the air increases, empty middle seats are becoming less common, and passengers may have to fly next to strangers, especially on American and United. JetBlue is taking a gradual approach to filling its planes, limiting them to 70 percent full through Dec. 1, then to 85 percent through Jan. 7, after which it will resume selling to capacity as demand permits.

Both Alaska and Delta have said they will block middle seats through Jan. 6. Southwest is blocking middle seats through Nov. 30. Allegiant says it spaces people out as practicable "but on fuller flights, that's not always possible," according to a spokesperson. Allegiant fliers can opt to be notified if their flight exceeds 65 percent capacity and can request a credit voucher or choose another flight, though they must pay any fare difference.

**Cleaning:** All carriers have announced enhanced aircraft cleaning procedures, including the use of hospital-grade disinfectants. Southwest reports, "We deep clean each plane from nose to tail for nearly 6-7 hours every night," and says the airline uses "a sophisticated air recirculation system that introduces fresh air into the cabin every second while in flight." Delta claims that the airline is using "state-

of-the-art air circulation systems with industrial-grade HEPA filters on many Delta aircraft that extract more than 99.99 percent of particles, including viruses." And Air Canada notes that, among other cleaning procedures, "We're rigorously grooming all headrest covers." Several airlines are touting a new study by the Harvard T.H. Chan School of Public Health that put the risk of in-flight disease transmission at low and safer than everyday activities like grocery shopping.

**Food:** Galleys are largely retired for now. JetBlue's beverages and snacks come in a sealed bag. Frontier planes will carry only a limited amount of bottled water for sale. In the main cabin on flights between 900 and 2,199 miles, American hands out snacks and bottled water only at boarding; on flights over 2,200 miles, snacks and nonalcoholic drinks are available in-flight. Delta encourages travelers to bring their own snacks and nonalcoholic beverages. Southwest serves water and a snack mix on flights over 250 miles "when available."

**Entertainment:** Many airlines have removed seat-back literature, including in-flight magazines (American's publication, *American Way*, is a prominent exception). Alaska has moved the content to its app. Unless you're flying JetBlue, don't assume you'll have a seat-back screen; most major carriers, including United and American, were already moving their video entertainment to their apps for in-flight viewing before the pandemic. JetBlue will enable your personal electronic device to act as the seat-back television remote control on some planes.

**Personal protection:** All domestic carriers require that customers wear face masks in flight (see above, under Preflight).

**Wearing masks off the plane:** Depending on your destination, expect to keep your face covering on after landing until you leave the airport. Reagan National and Dulles International airports, in Virginia, and Los Angeles International Airport are among the many large airports that require everyone in public spaces to wear face coverings**.**

*Editor's note: This article was originally published on June 5. It's been updated to reflect new airline procedures.*

Plaintiff's Exhibit 129

onemileatatime.com

# Airlines Remove Face Mask Policy Loopholes | One Mile at a Time

*Ben*

6-7 minutes

---

Up until this point Delta has been leading major US airlines when it comes to enforcing its mask policies, though both American and Southwest have just taken their policies to the next level. <mark>Get ready for people to start threatening lawsuits…</mark>

In this post:

- American & Southwest eliminate medical exemptions for masks
- What Southwest Airlines is telling employees
- This sure makes things easier…
- "That's illegal, I'm going to sue the airlines!"
- Bottom line

## <mark>American & Southwest eliminate medical exemptions for masks</mark>

Both American Airlines and Southwest Airlines have been requiring passengers to wear face coverings for several weeks now. However, enforcement has been getting progressively better.

Up until now, both airlines have had a fairly open-ended policy — masks don't need to be worn by people "with conditions that prevent them from wearing a face mask."

That has been left open to interpretation, but both airlines are now adopting a much stricter policy. American Airlines and Southwest Airlines will both only exempt those under two years old from wearing masks, as of July 29 and July 27, respectively.

Everyone else will have to wear a mask, even if they claim to have a condition that prevents them from doing so.



*American has eliminated medical exemptions for its mask policy*

## What Southwest Airlines is telling employees

View from the Wing notes an internal Southwest Airlines document making this policy explicit:

Due to the Safety risk posed by someone not wearing a mask, we are not able to allow any other exemptions at this time, including those for disabilities or medical conditions. If a Customer cannot travel safely while wearing a mask, the Customer will be refused transportation.

In other words, effective July 27, 2020, if a Customer is unable to wear a face covering for any reason (even a verifiable disability or medical condition), we regret that we will be unable to transport him/her at this time, due to the safety risk of COVID-19 transmission by Customers without face coverings. This includes any Customer who is unable to remove the mask without assistance.



*Southwest has eliminated medical exemptions for its mask policy*

### This sure makes things easier...

In the US we sure love to sue, and we sure love freedom. The combination of those two things hasn't been great when it comes to getting the population to wear masks.

We know we're not supposed to ask people what their medical conditions are, and largely that's for good reason. However, I think it's safe to say that "freedom" and "the Constitution" and a desire to use "God's breathing system" all aren't scientifically-backed conditions.

I'm no medical expert, though I have spoken to more than one medical doctor who has explained that if you can fly on a plane, you can also wear a loose face covering. But then I also see a bunch of people on Facebook who say that's not true, so I'm really not sure what to believe anymore... 🙄

The further challenge has been that not wearing a mask puts those around you at increased risk. To what extent should the safety of other people be compromised to accommodate the conditions of others?

That brings us to the next point...

### "That's illegal, I'm going to sue the airlines!"

No doubt we'll soon hear threats of people suing airlines, claiming that this is a violation of the Americans with Disabilities Act. Well, as it turns out, the airlines are within their rights here.

Live and Let's Fly has a good rundown of the situation, and why this is legal. What has to be looked at here is the Air Carrier Access Act. While airlines aren't allowed to discriminate on the basis of disabilities, they are allowed to refuse transportation to people on the basis of disability if that person would be inimical to the safety of the flight:

"While airlines may not refuse transportation to people on the basis of disability, airlines may exclude anyone from a flight if carrying the person would be inimical to the safety of the flight. If a carrier excludes a person with a disability on safety grounds, the carrier must provide a written explanation of the decision."

Here's how the decision making process for airlines is described in more detail:

(1) You can determine that there is a disability-related safety basis for refusing to provide transportation to a passenger with a disability if you are able to demonstrate that the passenger poses a direct threat. In determining whether an individual poses a direct threat, you must make an individualized assessment, based on reasonable judgment that relies on current medical knowledge or on the best available objective evidence, to ascertain:

(i) The nature, duration, and severity of the risk;

(ii) The probability that the potential harm to the health and safety of others will actually occur; and

(iii) Whether reasonable modifications of policies, practices, or procedures will mitigate the risk.

(2) If you determine that the passenger does pose a direct threat, you must select the least restrictive response from the point of view of the passenger, consistent with protecting the health and safety of others. For example, you must not refuse transportation to the passenger if you can protect the health and safety of others by means short of a refusal.

~~Based on this, airlines sure do seem to be allowed to deny transportation over refusal to wear a mask, even if there is a medical condition. After all, transporting someone without a mask does pose a threat to other people on the plane~~.

## Bottom line

We're now seeing two major US airlines require all passengers two years of age and older to wear face coverings. There are no longer exclusions for those who claim to have medical issues.

I'm sure some will threaten to sue airlines, and will also claim that this is an ADA violation, though the regulations suggest that's not the case. I also have to imagine the legal departments of airlines studied this very closely before making a policy change.

Plaintiff's Exhibit 130

news.yahoo.com

# Airlines will now allow passengers to fly without masks after Biden's mandate allows for medical exemptions

*Thomas Pallini*

4-5 minutes

---

- American Airlines and Alaska Airlines issued new policies that allow exceptions for mask-wearing.
- Flyers with a medical condition who get a doctor's note and negative COVID-19 test can go maskless.
- President Biden issued an executive order mandating mask-wearing on all public transportation.
- Visit Business Insider's homepage for more stories.

The Centers for Disease Control and Prevention's mask mandate for air travel took effect on February 2, requiring flyers to mask up or face the consequences following an executive order from President Joe Biden. But as the policy goes federal, the Americans with Disabilities Act is pumping the brakes on enforcement when it comes to some flyers.

Specifically exempted from the order are those who can't wear a mask due to a medical condition, as part of the few exceptions allowed by the CDC. Other carve-outs include flyers younger than two years of age and those who cannot wear a mask due to workplace safety regulations.

***Read More****: Airline workers have lower rates of COVID-19 than the general population - and airline CEOs say it's proof that flying is safe*

Airlines had cracked down on medical exemptions to the face mask rule over the summer but the consequence of having the federal government step in is now requiring them to relent.

American Airlines, after banning medical exemptions in July, is allowing those with a doctor's note and a negative COVID-19 test to eschew the mask while flying. That's provided the note is supplied to the airline's special assistance team beyond 72 hours from boarding and the COVID-19 test is taken within three calendar days of departure or the flyer shows proof of recovery.

The order doesn't regulate exactly how airlines have to accommodate exempted passengers, however, allowing some to impose stricter rules than others. Alaska Airlines banned medical exemptions in August but now has a similar policy to American's and requires flyers seeking an exemption to make accommodations at least five days from their scheduled flights.

Delta Air Lines, alternatively, required passengers claiming an exemption to undergo a virtual screening with an airline-provided medical professional. Flyers would do the screening on the same day as their flight and were advised to arrive extra early to have it done.

Airlines have been requiring masks since the spring as they sought to dampen the threat of asymptomatic spread onboard aircraft. Biden's executive order, however, gives airlines federal backing in enforcing the mask rule and those who don't comply can face civil penalties, according to the Transportation Security Administration.

<mark>More than 2,700 passengers have been banned from the skies for mask non-as of mid-January, **eight airlines confirmed to Insider.**</mark> Incidents rose in early January as rioters traveled by plane to Washington, DC to take part in the "Stop the Steal" protests that resulted in the storming of the US Capitol Building.

Alaska Airlines, which devised a soccer-style yellow card system to discreetly remind passengers to wear their masks, had banned 14 passengers on a single flight from Washington to Seattle. And before the protests even began, a Delta flight from Salt Lake City to Washington saw six passengers who had been flouting the mask rule while harassing US Senator Mitt Romney, banned from the airline.

Starting February 2, TSA has begun cracking down on maskless passengers before they even reach the gate.

"Passengers who refuse to wear a mask will not be permitted to enter the secure area of the airport, which includes the terminal and gate area," the agency said in a statement. "Depending on the circumstance, those who refuse to wear a mask may be subject to a civil penalty for attempting to circumvent screening requirements, interfering with screening personnel, or a combination of those offenses."

The Federal Aviation Administration is also stepping in when offenses become egregious, proposing fines of up to $35,000 for those who don't comply.

Read the original article on Business Insider

Plaintiff's Exhibit 131

liveandletsfly.com

# American And Southwest: No More Medical Exemptions To Mandatory Mask Policy. But Is It Legal? - Live and Let's Fly

*Matthew Klint*

5-6 minutes



American Airlines and Southwest Airlines will no longer offer medical or other exceptions to their mandatory face mask policies. All passengers two and over will be required to wear a mask for the duration of the travel journey, both on the ground and in the air. But is the disallowance of any medical exceptions to wearing mask legal?

In This Post:

- American + Southwest Both Eliminate Medical Exceptions To Mandatory Mask Policy
- Is This "No Medical Exceptions" Mask Policy Legal?
- Practical Concerns
- CONCLUSION

**American + Southwest Both Eliminate Medical Exceptions To Mandatory Mask Policy**

Up until now, you could claim you could not wear a face covering for "medical" reasons and no one would really question you as long as you were not being obviously obnoxious about it. Not any longer.

Late yesterday both American and Southwest announced there would no longer be any masks exemptions with the exception of children under two.

That's right. Effective July 27, 2020 on Southwest and July 29, 2020 on American, all passengers

==aged two and older will be required to wear a mask. No exceptions.==

The American Airlines press release and webpage on masks does not address medical exceptions, so I asked AA on Twitter. The reply could not have been clearer:



**Is This "No Medical Exceptions" Mask Policy Legal?**

==The Air Carrier Access Act prohibits discrimination on the basis of disability in air travel.== But there's a fairly wide exception that should shield airlines from any liability here for violating passenger rights. From the U.S. Department of Transportation:

"While airlines may not refuse transportation to people on the basis of disability, airlines may exclude anyone from a flight if carrying the person would be inimical to the safety of the flight. If a carrier excludes a person with a disability on safety grounds, the carrier must provide a written explanation of the decision."

"Inimical" means harmful.

Specifically, ==§382.19-21== holds that ==carriers can limit access to transportation on the basis that a passenger has a communicable disease, other medical condition, or simply a disability if the following conditions are met:==

(1) You can determine that there is a disability-related safety basis for refusing to provide transportation to a passenger with a disability if you are able to demonstrate that the passenger

Plaintiff's Exhibit 132

wheelchairtravel.org

# Only 2 Airlines Permit Disabled People Who Cannot Wear Face Masks to Fly - Wheelchair Travel

*John Morris*

6-8 minutes

---

**Face Mask Exemption for Disabled People** — As of February 2021, the Centers for Disease Control and U.S. Department of Transportation require airlines to waive the face mask requirement for qualified disabled people. To learn more about the procedures for getting an exemption at the 10 largest U.S. airlines, click here.

In July, American Airlines and Southwest Airlines were the first carriers to institute a blanket ban on passengers with disabilities who cannot not wear a face mask. Southwest stated that it would "temporarily refuse to transport any passenger who is unable to wear a mask even if the Customer has a verifiable medical condition that prevents them from wearing a mask."

The majority of other U.S. airlines followed with similar policies, including:

- **Alaska** Airlines — "If you are unable to wear a mask throughout the airport and for the duration of your flight for any reason, you will not be able to fly with us."

- **Allegiant** Airlines — "Only children under the age of 2 are exempt from wearing a face covering. Customers who are not able to wear a face covering will not be permitted to travel."

- **Frontier** Airlines — "We require both passengers and employees to wear a face-covering over nose and mouth throughout the Frontier travel experience including ticket counters, gate areas, baggage claim and onboard all flights. The only exception is for children under the age of 2."

- **JetBlue** Airways — "Customers with conditions that prevent them from wearing a face covering should postpone travel until this temporary requirement is no longer in place."

- **Spirit** Airlines — "Any other Guest who is unable to wear an appropriate face covering for any reason, including medical, will not be permitted to travel with us at this time."

Buried in a July 22 press release, United Airlines states that "if a passenger believes that there are extraordinary circumstances that warrant an exception, they should contact United or speak to a representative at the airport." Repeated requests for clarification were refused and, because the statement is not included on the airline's customer-facing website, I do not believe that United is willing to serve disabled passengers who cannot wear a mask.

That's 8 of the 10 largest U.S. airlines which have told disabled people with autism, asthma, cerebral palsy, claustrophobia, COPD, PTSD, severe anxiety and other conditions that they are not welcome onboard an aircraft. It is the largest ban on disabled air travel since the Air Carrier Access Act became law in 1986.

## These airlines still permit disabled people to fly without a face mask

If you or someone you are traveling with has any of these conditions or is unable to wear a mask due to a legitimate disability, you will only be able to fly on the following carriers:

**Delta Air Lines** — "Customers with underlying conditions that explicitly prevent the wearing of a face covering or mask are strongly encouraged to reconsider travel or should be prepared to complete a 'Clearance-to-Fly' process prior to departure at the airport. If you require this exemption, please arrive early to complete the process during check-in and avoid missing your flight – this process can take over one hour." (Read the policy)

**Hawaiian Airlines** — "Guests who are unable to wear a face covering due to a medical condition or disability will be required to complete an assessment with a medical professional via phone at the airport. We recommend arriving at the airport early with ample time to complete the assessment, as the process may take more than one hour, and your flight will not be held. Please notify one of our Guest Services Agents as soon as you are ready to complete the medical assessment." (Read the policy)

Delta and Hawaiian both require passengers to submit to a virtual medical examination. It is unclear whether these are permitted under the Air Carrier Access Act, but it nonetheless provides a pathway to access that other airlines do not.

## Can airlines really ban disabled people from flying?

It is my belief that policies which restrict disabled people from accessing air transportation are a violation of the Air Carrier Access Act, specifically §382.19(a), which states that carriers "must not refuse to provide transportation to a passenger with a disability on the basis of his or her disability."

Although airlines are permitted to refuse disabled passengers who pose a "direct threat" to the health and safety of others, they are required to conduct an "individualized assessment" of each disabled passenger to consider the following:

1. The nature, duration, and severity of the risk;

2. The probability that the potential harm to the health and safety of others will actually occur; and

3. Whether reasonable modifications of policies, practices, or procedures will mitigate the risk.

   Blanket bans like those instituted by 8 of the 10 largest U.S. airlines are not permitted by the ACAA and fail to consider a number of circumstances that would result in a passenger being deemed a non-threat, such as a negative COVID-19 test or self-isolation prior to travel.

## What if you booked a flight before stricter face mask policies were put into place?

As recently as August 5th, Alaska Airlines policy stated that "Mask and face covering exceptions include: children under age 2, anyone with trouble breathing, anyone who cannot remove a mask without assistance or anyone with a disability that prevents wearing a mask." Passengers who purchased tickets at a time when disabled people were granted an exception to face mask policies should ask to be accommodated on another airline free of charge. If your request is refused, file a complaint with the DOT as described below.

## What to do if you cannot wear a mask and have been prevented from flying

If you have have a disability, cannot wear a mask and have been prevented from booking a new trip or taking a previously booked trip due to these airline policies, please file a complaint with the U.S. Department of Transportation's Aviation Consumer Protection Division. Describe your disability and allege a violation of the Air Carrier Access Act.

---

***Note:*** *The Centers for Disease Control has advised that any person who is able to wear a mask should do so. By wearing our masks, we can create an environment where our disabled peers, including those who cannot wear masks, can safely exist and participate in the community.*

Plaintiff's Exhibit 133

washingtonpost.com

# Everyone wore masks during the 1918 flu pandemic. They were useless.

*Eliza McGraw*

5-6 minutes

---

People called them "flu fences" and "chin sails." Gala attendees fastened theirs with gaudy earrings. Smokers cut flaps in them, and movie houses gave them away with tickets.

During the influenza pandemic of 1918, officials often advised Americans to wear face masks in public. Doctors believed that masks could help prevent "spray infections," according to historian John M. Barry in his book, "The Great Influenza: The Story of the Deadliest Pandemic in History." Enforced by local health officials, the facial coverings grew routine. Often, Red Cross chapters fashioned and distributed the masks that were "seen everywhere and would become a symbol of the epidemic," Barry wrote. Americans used the masks as a method of retaining some normalcy during a pandemic that killed at least 675,000 Americans and 50 million people worldwide. It was the only aspect of the catastrophe discussed with any humor.

If directed to wear a mask, homemade worked. "Take a piece of gauze the size of a sheet of typewriter paper," said instructions in the Atlanta Constitution. "Fold it twice, so that it will fit an envelope. Then attach strings to the four corners and tie these strings at the back of the neck. The mask covers the nose and mouth, so that the wearer breathes through four thicknesses of gauze. A clean handkerchief is just as good as the gauze."

Iowa's State Board of Health reminded those sewing masks to add some "colored worsted [a type of yarn] or tape" on the part of the mask that would be the outside. The upper margin was to be drawn tightly over the bridge of the nose, right under the eyes. Masks were to be washed after each use, not touched once they were tied on, and boiled for five minutes before wearing again.

The masks disrupted lives in unexpected ways. A San Francisco fisherman said "bandits" in flu masks robbed him. A woman taking a train from Chicago to Pasadena, Calif., reportedly experienced a break from sanity when she disembarked and "beheld the masked city," according to a story in the Los Angeles Times. And columnist Fay King bemoaned the new mustaches. Men who formerly "couldn't bear to have [a] hairy lip classed with a tooth brush" were growing facial hair, now hidden behind the masks.

On Nov. 1, 1918, Eugene C. Caley became the first man in Oakland, Calif., to be arrested for not wearing a mask. He was released on bail, although similar scofflaws in San Francisco had

been sentenced to up to 10 days in jail. (Departments donated revenue from fines to the Red Cross.)

"This is only the beginning," said the chief of police, according to the Oakland Tribune. "We are going to enforce this mask ordinance if we have to pack the city jail with people. This epidemic is too serious to be taken as a joke, and men arrested … will find that it's no laughing matter when they face the police judges."

Some complained that the masks were "unsanitary," and bureaucratic confusion could stymie whether they were worn. In Alexandria, La., a sanitation leader for the Army ordered flu masks be worn. But waiters removed theirs because their local public health official said that the masks prevented "free breathing," according to the Town Talk.

Tobacco-chewing workers were "kept busy putting the masks on and off" to spit, reported the Fort Wayne Sentinel, while smokers became creative. One cigar vendor made doors in masks so that her wares could be enjoyed, reported the Oakland Tribune. One man fashioned a cigarette holder from a long rubber tube, and another simply shoved his mask up over his forehead.

"I am 75 years old and have been living in this state 67 years," a man named E. Piercy told a police court, according to Los Angeles' Evening Express. "I must have my smoke, and I'm not going to give up my tobacco for a cheesecloth muzzle!"

Touting their ability to distract an anxiety-ridden public, movie houses remained open, as long as viewers wore masks. At the Riley in Greenfield, Ind., if you had your own mask, admission was 6 and 11 cents. If you needed the theater to provide one, admission went up to 10 or 15 cents.

The Riley, its advertisement said, had been disinfected. So had the Coliseum dance hall in Rock Island, Ill. "Aseptic spray, etc.," said its advertisement, which reminded dancers to bring their masks. "Don't forget the big Duck and Goose call this Saturday."

Through the attempts to make wearing masks seem normal, positioned at stores alongside everyday things such as tobacco, mustache grooming and dancing, the grim truth persisted.

"The masks worn by millions were useless as designed and could not prevent influenza," Barry wrote. "Only preventing exposure to the virus could."