# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL,** | : |
| Plaintiff, | : Case No. 6:21-cv-_____ |
| v. | : District Judge _____ |
| **SOUTHWEST AIRLINES, *et. al.*** | : Magistrate Judge _____ |
| Defendants. | : |

## NOTICE OF RELATED ACTION

The Court will please TAKE NOTICE that this newly filed case relates to *Wall v. Centers for Disease Control & Prevention*, Case No. 6:21-cv-975-PGB-DCI.

In that action, I challenge the Federal Transportation Mask Mandate ("FTMM")[1] as illegal and unconstitutional. In this new case, I allege the seven airline defendants, in their enforcement of the FTMM, are illegally discriminating against people with disabilities with can't wear masks; absent the FTMM, are illegally requiring passengers who are not known to have a communicable disease to wear a face covering; and are violating their legal duty to provide service with the highest possible degree of health and safety in the public interest.

---

[1] The Federal Transportation Mask Mandate consists of: 1) Executive Order 13998, 86 Fed. Reg. 7205 (Jan. 26, 2021); 2) Department of Homeland Security Determination 21-130 (Jan. 27, 2021); 3) Centers for Disease Control & Prevention Order "Requirement for Persons To Wear Masks While on Conveyances & at Transportation Hubs," 86 Fed. Reg. 8,025 (Feb. 3, 2021); 4) Transportation Security Administration Security Directives 1542-21-01A, 1544-21-02A, and 1582/84-21-01A (May 12, 2021); and 5) TSA Emergency Amendment 1546-21-01A (May 12, 2021).

1

Respectfully submitted this 14th day of June 2021.


*Lucas Wall*
Lucas Wall, plaintiff
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

**CERTIFICATE OF SERVICE**

Because this is a new case, formal service of the Complaint has not yet been completed on any defendant and no defense counsel have entered an appearance with the Court. However, I have corresponded prior to filing this lawsuit with attorneys for six of the defendants. I've also e-mailed numerous times counsel for and officers of Defendant Spirit Airlines, who have failed to respond to my multiple requests to provide me with the name and contact information for the lawyer who will be handling this case.

Therefore I hereby certify that on June 14, 2021, I e-mailed this notice to the attorneys for six defendants as well as the people I have attempted to contact at Defendant Spirit:

Angela Mayeux
Counsel for Southwest Airlines
Angela.Mayeux@wnco.com

Kyle Levine
Counsel for Alaska Airlines
Kyle.Levine@alaskaair.com

Laura Overton
Counsel for Allegiant Air
Laura.Overton@allegiantair.com

Komal Patel
Counsel for Delta Air Lines
Komal.A.Patel@delta.com

Brian Maye
Counsel for Frontier Airlines
Adler, Murphy, & McQuillen LLP
bmaye@amm-law.com

Michael Carbone
Counsel for JetBlue Airways
Michael.Carbone@jetblue.com

Thomas Canfield
Senior Vice President, General Counsel, & Secretary
Spirit Airlines
Thomas.Canfield@spirit.com

Meisha Coulter or Meisha Smith (last name uncertain)
Senior Director & Legal Counsel
Spirit Airlines
Meisha.Coulter@spirit.com
Meisha.Smith@spirit.com

Yasaman Moazami-Goudarzi
Attorney
Spirit Airlines
Yasaman.Moazami-Goudarzi@spirit.com

Joan McField-Mortimer
Guest Relations Manager
Spirit Airlines
Joan.McField-Mortimer@spirit.com



*Lucas Wall*
Lucas Wall, plaintiff