# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL,** : | |
| : | |
| Plaintiff, : | Case No. 6:21-cv-_____ |
| : | |
| v. : | District Judge _____ |
| : | |
| **SOUTHWEST AIRLINES,** *et. al.* : | Magistrate Judge _____ |
| : | |
| Defendants. : | |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE ELECTRONICALLY

COMES NOW plaintiff, *pro se*, and moves for an order granting me leave to file electronically using the Court's CM/EFC system. "Absent a court order, NextGen CM/ECF is unavailable to non-lawyers." https://www.flmd.uscourts.gov/cmecf (visited June 8, 2021).

I will be filing expedited/emergency motions in the next week or so and wish to be able to do so quickly using CM/ECF. This will benefit all parties, myself, and the Court.

I hereby attest:

- I have a PACER account (Pl. Ex. 1);

- I have been granted CM/EFC filing access by the U.S. District Court for the District of Columbia so I am familiar with how to file documents electronically (Pl. Ex. 2);

1

- Today I was granted CM/EFC filing permission in this Court in my related action (Dkt. 14 in Case No. 6:21-cv-975-PGB-DCI);

- I have reliable access to the Internet;

- I possess the capacity to file documents and receive filings electronically on a regular basis; and

- I prefer to file and receive service electronically due to recent slow mail delivery caused by the coronavirus pandemic and U.S. Postal Service overtime reductions; my proficiency with electronic documents; and the fact I am currently stranded out of town as a result of Defendant Southwest's actions denying me boarding of my flight June 2, meaning I would not receive service by postal mail at my home address in a timely manner.

WHEREFORE, I respectfully request that this Court enter an order granting me permission for leave to file electronically in this case.

**<u>Local Rule 3.01(g) Certification</u>**
Because this is a new case, no attorneys for the defendants have as of yet entered an appearance. Therefore I am unable to certify that I have conferred with the opposing parties. However, this is not a motion that would negatively impact the defendants, so I would anticipate no opposition. Also, I am e-mailing this motion to the defendants' potential counsel as well as executives whom I have been communicating with prior to filing this lawsuit as listed below.

Respectfully submitted this 14th day of June 2021.


*Lucas Wall*
Lucas Wall, plaintiff
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

**CERTIFICATE OF SERVICE**

Because this is a new case, formal service of the Complaint has not yet been completed on any defendant and no defense counsel have entered an appearance with the Court. However, I have corresponded prior to filing this lawsuit with attorneys for six of the defendants. I've also e-mailed numerous times counsel for and officers of Defendant Spirit Airlines, who have failed to respond to my multiple requests to provide me with the name and contact information for the lawyer who will be handling this case.

Therefore I hereby certify that on June 14, 2021, I e-mailed this notice to the attorneys for six defendants as well as the people I have attempted to contact at Defendant Spirit:

Angela Mayeux
Counsel for Southwest Airlines
Angela.Mayeux@wnco.com

Kyle Levine
Counsel for Alaska Airlines
Kyle.Levine@alaskaair.com

Laura Overton
Counsel for Allegiant Air
Laura.Overton@allegiantair.com

Komal Patel
Counsel for Delta Air Lines
Komal.A.Patel@delta.com

Brian Maye
Counsel for Frontier Airlines
Adler, Murphy, & McQuillen LLP
bmaye@amm-law.com

Michael Carbone
Counsel for JetBlue Airways
Michael.Carbone@jetblue.com

Thomas Canfield
Senior Vice President, General Counsel, & Secretary
Spirit Airlines
Thomas.Canfield@spirit.com

Meisha Coulter or Meisha Smith (last name uncertain)
Senior Director & Legal Counsel
Spirit Airlines
Meisha.Coulter@spirit.com
Meisha.Smith@spirit.com

Yasaman Moazami-Goudarzi
Attorney
Spirit Airlines
Yasaman.Moazami-Goudarzi@spirit.com

Joan McField-Mortimer
Guest Relations Manager
Spirit Airlines
Joan.McField-Mortimer@spirit.com


*Lucas Wall*
Lucas Wall, plaintiff