Plaintiff's Exhibit 1

An official website of the United States government.   Here's how you know. ⌄

Log in to PACER Systems ➜

| | |
|---|---|
| **Account Number** | ███49 |
| **Username** | ███77 |
| **Account Balance** | $0.00 |
| **Case Search Status** | Active |
| **Account Type** | Upgraded PACER Account |

Settings     Maintenance     Payments     Usage

Change Username                          Update PACER Billing Email

Change Password                          Set PACER Billing Preferences

Set Security Information

PACER FAQ                  Privacy & Security                  Contact Us

This site is maintained by the Administrative Office of
the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov