Plaintiff's Exhibit 2

An official website of the United States government.    Here's how you know. ⌄                              Log in to PACER Systems ⇥

| | |
|---|---|
| **Account Number** | ▇▇▇▇49 |
| **Username** | ▇▇▇▇c77 |
| **Account Balance** | $0.00 |
| **Case Search Status** | Active |
| **Account Type** | Upgraded PACER Account |

### Display Registered Courts

**U.S. District Courts**

District Of Columbia District Court

[ Done ]

PACER FAQ              Privacy & Security              Contact Us

This site is maintained by the Administrative Office of the U.S. Courts on behalf of the Federal Judiciary.

**PACER Service Center**
(800) 676-6856
pacer@psc.uscourts.gov