Plaintiff's Exhibit 1

# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| Plaintiff, | : | Case No. 6:21-cv-1008-PGB-GJK |
| v. | : | District Judge Paul Byron |
| **SOUTHWEST AIRLINES,** *et. al.* | : | Magistrate Judge Gregory Kelly |
| Defendants. | : | |

## DECLARATION OF LUCAS WALL

I, Lucas Wall, declare as follows:

1. I am the plaintiff of the above captioned action and over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I make this declaration based on my personal knowledge and to explain the impact of the seven defendants' discriminatory policies regarding face-mask exemptions and how they impact my legal rights under the Air Carrier Access Act (49 USC § 41705).

4. I am, and have been for my entire adult life, a frequent flyer, having flown more than 1,000 flights and more than 1.5 million miles.

5. I have been illegally restricted by the defendant airlines from flying during the last year of the COVID-19 pandemic because of my inability to wear a mask.

6. Were it not for the individual airlines' discriminatory mask policies, I would be traveling on dozens of flights this year both domestically and abroad as per usual.

7. I was denied the ability to fly by Defendant Southwest Airlines from Orlando to Fort Lauderdale on June 2, 2021, solely because I can't wear a face covering – despite the fact I submitted the airline's mask exemption form immediately after booking my ticket May 31, 2021.

8. I have a substantial interest in the discriminatory policies at issue in this suit. I am a frequent flyer, subject to airline enforcement policies dozens of times a year. I was denied the ability to fly June 2 because of Southwest's illegal discrimination against me as a passenger with a disability (Generalized Anxiety Disorder) that makes it impossible for me to tolerate wearing a face covering.

9. I have seven airline tickets booked for travel in the next month, all of which will require me to fly without a mask because of my disability.

10. My next booked flight is tomorrow (June 16) on JetBlue Airways from Fort Lauderdale, Florida, to Salt Lake City, Utah.

11. I also still need to complete my blocked June 2 flight from Orlando to Fort Lauderdale immediately, otherwise I won't be able to use the ticket I paid for to fly from Fort Lauderdale to Salt Lake City tomorrow.

12. I have seven other flights booked this month between June 18 and June 30. These flights include intrastate, interstate, and international travel.

Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 15, 2021.

*Lucas Wall*
Lucas Wall, plaintiff