AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

LUCAS WALL

*Plaintiff(s)*

v.

SOUTHWEST AIRLINES ET. AL.

*Defendant(s)*

Civil Action No. 6:21-cv-1008-PGB-GJK

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Southwest Airlines
ATTN: Registered Agent
Prentice-Hall Corporation System
1201 Hays St.
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Lucas Wall
435 10th St., NE
Washington, DC 20002

Lucas.Wall@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **Jun 15, 2021**

*Richard Olsen*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

| | |
|---|---|
| LUCAS WALL <br> *Plaintiff(s)* <br> v. <br> SOUTHWEST AIRLINES, <br> ALASKA AIRLINES, ET. AL. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. 6:21-cv-1008-PGB-GJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Alaska Airlines
ATTN: Registered Agent
Corporation Service Company
1201 Hays St.
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lucas Wall
435 10th St., NE
Washington, DC 20002

Lucas.Wall@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: **Jun 15, 2021**

*Richard Olsen*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | | |
|---|---|---|
| LUCAS WALL *Plaintiff(s)* v. SOUTHWEST AIRLINES, ALLEGIANT AIR, ET. AL. *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 6:21-cv-1008-PGB-GJK |

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Allegiant Air
ATTN: Registered Agent
Corporation Service Company
1201 Hays St.
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lucas Wall
435 10th St., NE
Washington, DC 20002

Lucas.Wall@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **Jun 15, 2021**

*Richard Olsen*

*Signature of Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| LUCAS WALL <br> *Plaintiff(s)* <br> v. <br> SOUTHWEST AIRLINES, DELTA AIR LINES, ET. AL. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 6:21-cv-1008-PGB-GJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Delta Air Lines
ATTN: Registered Agent
Corporation Service Company
1201 Hays St.
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lucas Wall
435 10th St., NE
Washington, DC 20002

Lucas.Wall@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **Jun 15, 2021**

*Richard Olsen*

*Signature of Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| LUCAS WALL ) ) ) ) *Plaintiff(s)* ) v. ) ) ) ) SOUTHWEST AIRLINES, ) FRONTIER AIRLINES, ET. AL. ) *Defendant(s)* ) | Civil Action No. 6:21-cv-1008-PGB-GJK |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Frontier Airlines
ATTN: Registered Agent
Corporation Service Company
1201 Hays St.
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lucas Wall
435 10th St., NE
Washington, DC 20002

Lucas.Wall@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **Jun 15, 2021**

*Richard Olsen*

*Signature of Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| LUCAS WALL <br> *Plaintiff(s)* <br> v. <br> SOUTHWEST AIRLINES, JETBLUE AIRWAYS, ET. AL. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) <br> Civil Action No. 6:21-cv-1008-PGB-GJK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* JetBlue Airways
ATTN: Registered Agent
Corporation Service Company
1201 Hays St.
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lucas Wall
435 10th St., NE
Washington, DC 20002

Lucas.Wall@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **Jun 15, 2021**

*Richard Olsen*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| | |
|---|---|
| LUCAS WALL <br> *Plaintiff(s)* <br> v. <br> SOUTHWEST AIRLINES, SPIRIT AIRLINES, ET. AL. <br> *Defendant(s)* | Civil Action No. 6:21-cv-1008-PGB-GJK |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Spirit Airlines
ATTN: Registered Agent
Corporation Service Company
1201 Hays St.
Tallahassee, FL 32301

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lucas Wall
435 10th St., NE
Washington, DC 20002

Lucas.Wall@yahoo.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: **Jun 15, 2021**            *Richard Olsen*

*Signature of Clerk or Deputy Clerk*