UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LUCAS WALL,**

    **Plaintiff,**

v.              Case No: 6:21-cv-1oo8-PGB-GJK

**SOUTHWEST AIRLINES,
ALASKA AIRLINES,
ALLEGIANT AIR, DELTA AIR
LINES, FRONTIER AIRLINES,
JETBLUE AIRWAYS and
SPIRIT AIRLINES,**

    **Defendants.**

## ORDER OF REFERENCE

This case is hereby referred to the Magistrate Judge for case management, ruling on all non-dispositive motions, and the issuance of Report and Recommendations on dispositive motions.

**DONE and ORDERED** in Orlando, Florida on this 17th day of June 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Parties