UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUCAS WALL,

    Plaintiff,

v.                                                   Case No:   6:21-cv-1008-PGB-GJK

SOUTHWEST AIRLINES,
ALASKA AIRLINES, ALLEGIANT
AIR, DELTA AIR LINES,
FRONTIER AIRLINES, JETBLUE
AIRWAYS, and SPIRIT
AIRLINES,

    Defendants.

_____

**ORDER**

This cause came on for consideration without oral argument on Plaintiff's Motion for Leave to File Electronically (Doc. 3). "Pro se litigant access in CM/ECF is restricted to the case in which the pro se litigant has approval of the presiding judge." Middle District of Florida Administrative Procedures for Electronic Filing, section B.4. (Feb. 1, 2021). If the pro se litigant does not have approval of the presiding judge, then they must file paper originals with the Court. Id. at E.6.

Plaintiff, appearing pro se, asks that he be granted CM/ECF privileges because he "will be filing expedited/emergency motions in the next week or so and wish to be able to do so quickly using CM/ECF." (Id. at

1). Plaintiff represents that he has a PACER account and that he has previously been granted CM/EFC filing access in his case in the District Court for the District of Columbia and a related case in this court, Case No. 6:21-cv-975-PGB-DCI. Plaintiff filed the motion before any Defendants appeared in the case.

After due consideration, the motion is **GRANTED**. The Clerk shall permit Plaintiff to register for and use CM/ECF only for the prosecution of this case. Plaintiff shall have CM/ECF privileges provided he:

(1) Complies with the Middle District of Florida Administrative Procedures for Electronic Filing, which can be found at https://www.flmd.uscourts.gov/sites/flmd/files/documents/flmd-administrative-procedures-for-electronic-filing.pdf;

(2) Follows the Clerk's instructions with respect to registering and using the CM/ECF system; and

(3) Plaintiff does not abuse the privilege.

**DONE** and **ORDERED** in Orlando, Florida, on June 17, 2021.[1]

*(signature)*
THOMAS B. SMITH
United States Magistrate Judge

---

[1] Judge Smith is temporarily handling this case for Judge Kelly.

- 3 -

Copies furnished to:

    Counsel of Record
    Unrepresented Party