AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. 6:21-cv-1008-PGB-GJK

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Delta Air Lines
was received by me on *(date)* 06/15/2021.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Fed.R.Civ.P. 4(h) permits serving a corporation "in the manner prescribed by Rule 4(e)(1) for serving an individual…" Fed.R.Civ.P. 4(e)(1) allows a person to be "served in a judicial district of the United States by: (1) following state law for serving a summons in an action brought in courts of general jurisdiction in the state where the district court is located…"

My fees are $ _____ for travel and $ 7.95 for services, for a total of $ 7.95.

I declare under penalty of perjury that this information is true.

Date: 06/22/2021

/s/ Lucas Wall
*Server's signature*

Lucas Wall
*Printed name and title*

435 10th St., NE
Washington, DC 20002
*Server's address*

Additional information regarding attempted service, etc:

Fla.R.Civ.P. 1.070(i) allows service by mail when the defendant consents: "A defendant may accept service of process by mail." Defendant Delta Air Lines' attorney consented June 16 to service by mail. Summons and Complaint were delivered June 21.

# USPS Tracking®

FAQs >

**Track Another Package +**

**Tracking Number:** 9405503699300418948047

Remove ✕

Your item was delivered to an individual at the address at 1:20 pm on June 21, 2021 in ATLANTA, GA 30354.

USPS Tracking Plus™ Available ⌄

## ✓ Delivered, Left with Individual

June 21, 2021 at 1:20 pm
ATLANTA, GA 30354

Feedback

Get Updates ⌄

| | |
|---|---|
| Text & Email Updates | ⌄ |
| Tracking History | ⌄ |
| USPS Tracking Plus™ | ⌄ |
| Product Information | ⌄ |

See Less ⌃

## Can't find what you're looking for?



---

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0418 9480 47**

| | | | |
|---|---|---|---|
| Trans. #: | 536294125 | Priority Mail® Postage: | **$7.95** |
| Print Date: | 06/16/2021 | Total: | **$7.95** |
| Ship Date: | 06/17/2021 | | |
| Expected Delivery Date: | 06/21/2021 | | |

**From:** LUCAS WALL
3601 COSMOS WAY
THE VILLAGES FL 32163-2818

**To:** KOMAL PATEL
DELTA AIR LINES
1030 DELTA BLVD
DEPT 981
ATLANTA GA 30354-1989

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.



*Thank you for shipping with the United States Postal Service!*
Check the status of your shipment on the USPS Tracking® page at usps.com

Re: [EXTERNAL] Wall v. Southwest Airlines et. al.: Summons

From: Patel, Komal (komal.a.patel@delta.com)
To: lucas.wall@yahoo.com
Date: Wednesday, June 16, 2021, 2:46 PM EDT

Mr. Wall,

I will accept service on behalf of Delta. You may mail the documents to me at:

Komal Patel
Delta Air Lines, Inc.
1030 Delta Blvd
Dept 981
Atlanta, GA 30354

Regards,

Komal Patel
Delta Air Lines, Inc.

> On Jun 15, 2021, at 3:50 PM, Lucas Wall <lucas.wall@yahoo.com> wrote:
>
> This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments.
>
> Attached is the summons for Delta Air Lines in Wall v. Southwest Airlines et. al., Case No. 6:21-cv-1008-PGB-GJK.
>
> Please advise if you or your registered agent will accept service of the summons and Complaint by mail pursuant to Florida Rules of Civil Procedure 1.070(i):
>
> (i) Service of Process by Mail. A defendant may accept service of process by mail.
> (1) Acceptance of service of a complaint by mail does not thereby waive any objection to the venue or to the jurisdiction of the court over the person of the defendant.
>
> If you agree, please provide the name and address of the person who will accept service by mail.
>
> Please be advised if you refuse to accept service by mail and I am forced to hire a process server, you may be liable to me for the cost of the process server.
>
> Thank you for your cooperation.
>
> *Lucas Wall
>
> <Suumons (4) -- Delta.pdf>