**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LUCAS WALL,**

    **Plaintiff,**

v.   Case No:   6:21-cv-1008-PGB-GJK

**SOUTHWEST AIRLINES,**
**ALASKA AIRLINES, ALLEGIANT**
**AIR, DELTA AIR LINES,**
**FRONTIER AIRLINES, JETBLUE**
**AIRWAYS, and SPIRIT AIRLINES,**

    **Defendants.**

## ORDER

In the interests of justice, the undersigned transfers this case to United States Magistrate Judge Daniel C. Irick, with his permission. The Standing Discovery Order, Doc. No. 4, is **VACATED**.

**DONE** and **ORDERED** in Orlando, Florida, on June 22, 2021.

                                      GREGORY J. KELLY
                                      UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record