## Wall v. Southwest Airlines -- Notice of a Lawsuit & Request to Waive Service of Summons

From:   Lucas Wall (lucas.wall@yahoo.com)

To:        bmaye@amm-law.com

Bcc:      howard.diamond@flyfrontier.com; valerie.tyler@flyfrontier.com

Date:   Tuesday, June 22, 2021, 11:44 PM EDT

Dear Mr. Maye:

Attached please find "Notice of a Lawsuit & Request to Waive Service of Summons" issued to Frontier Airlines regarding Wall v. Southwest Airlines et al., Case No. 6:21-cv-1008-PGB-DCI in the United States District Court for the Middle District of Florida (Orlando Division). Also attached are two copies of the "Waiver of the Service of Summons" and a copy of the Complaint (which was already e-mailed to you or your colleague, along with all attached exhibits, June 14).

Rule 4 of the Federal Rules of Civil Procedure requires defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service.

The rule gives you 30 days to return the "Waiver of Service of Summons" form, however I kindly ask you to return it to me by e-mail to Lucas.Wall@yahoo.com within one week (by June 29) so I can finish all case-initiation paperwork by month's end. The date on which your Answer is due remains Aug. 21 (60 days from today) regardless of when you return the waiver to me.

This correspondence documenting I have sent you the "Notice of a Lawsuit & Request to Waive Service of Summons" form is being filed with the court. Thanks for your cooperation.

*Lucas Wall


Complaint -- Wall v Southwest Airlines.pdf
591.3kB


Notice of Lawsuit (5) Frontier.pdf
278kB


Summons (5) -- Frontier.pdf
209.5kB


Waiver of the Service of Summons (5A) Frontier1.pdf
270.7kB


Waiver of the Service of Summons (5B) Frontier1.pdf
270.7kB

AO 398 (Rev. 01/09) Notice of a Lawsuit and Request to Waive Service of a Summons

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| LUCAS WALL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 6:21-cv-1008-PGB-DCI |
| SOUTHWEST AIRLINES ET AL. | ) |
| *Defendant* | ) |

**NOTICE OF A LAWSUIT AND REQUEST TO WAIVE SERVICE OF A SUMMONS**

To: Frontier Airlines
*(Name of the defendant or - if the defendant is a corporation, partnership, or association - an officer or agent authorized to receive service)*

**Why are you getting this?**

A lawsuit has been filed against you, or the entity you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within __30__ days *(give at least 30 days, or at least 60 days if the defendant is outside any judicial district of the United States)* from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope or other prepaid means for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint (or 90 days if this notice is sent to you outside any judicial district of the United States).

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you. And I will ask the court to require you, or the entity you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: 06/22/2021

/s/ Lucas Wall
*Signature of the attorney or unrepresented party*

Lucas Wall
*Printed name*

435 10th St., NE
Washington, DC 20002
*Address*

Lucas.Wall@yahoo.com
*E-mail address*

202-351-1735
*Telephone number*