# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL,** : | |
| : | |
| Plaintiff, : | Case No. 6:21-cv-1008-PGB-DCI |
| : | |
| v. : | District Judge Paul Byron |
| : | |
| **SOUTHWEST AIRLINES *et. al.*** : | Magistrate Judge Daniel Irick |
| : | |
| Defendants. : | |

## PLAINTIFF'S MOTION TO DISQUALIFY
## MAGISTRATE JUDGE DANIEL IRICK

COMES NOW plaintiff, *pro se*, and seeks disqualification from this case of Magistrate Judge Daniel Irick for bias shown against me and violation of my Fifth Amendment right to due process. The reasons for this motion are set forth in the attached document filed in the related action *Wall v. Centers for Disease Control & Prevention*, Case No. 6:21-cv-975-PGB-DCI. Pl. Ex. 1.

WHEREFORE, I request this Court issue an order disqualifying Magistrate Judge Daniel Irick from this case. The clerk should be directed to reassign another magistrate judge to both matters.

1

Respectfully submitted this 25th day of June 2021.

*Lucas Wall*

Lucas Wall, plaintiff
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

**Local Rule 3.01(g) Certification**
I have not conferred with any defendant regarding their position on this motion because none of them have entered an appearance.