# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL,** | : |
| | : |
| Plaintiff, | : Case No. 6:21-cv-1008-PGB-DCI |
| | : |
| v. | : District Judge Paul Byron |
| | : |
| **SOUTHWEST AIRLINES *et al.*** | : Magistrate Judge Daniel Irick |
| | : |
| Defendants. | : |

## CERTIFICATE OF INTERESTED PERSONS

I hereby disclose the following pursuant to this Court's Order on Interested Persons & Corporate Disclosure:

*1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:*

- Defendants Southwest Airlines, Alaska Airlines, Allegiant Air, Delta Air Lines, Frontier Airlines, JetBlue Airways, and Spirit Airlines

- All other commercial airlines operating in the United States who discriminate against passengers with medical conditions who can't wear face masks by refusing them transportation or requiring them to submit to onerous requirements forbidden by the Air Carrier Access Act and its regulations

- Potentially tens of millions of Americans and other nationals, names unknown, who have medical conditions that preclude them wearing a face mask and have been subject to illegal discrimination by the defendants and other air carriers

1

*2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:*

None known.

*3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):*

None known.

*4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:*

- In addition to Plaintiff Lucas Wall, there are potentially tens of millions of Americans and other nationals, names unknown, who have been prohibited by the defendants and other airlines from flying because of their discriminatory practices forbidding anyone who can't wear a face mask from boarding their airplanes
- To seek restitution from the defendants and other airlines, this class of passengers illegally discriminated against would have to move to intervene in this lawsuit or file their own separate cases, or this case would have to be certified as a class action

*5. Check one of the following:*

XXX b. I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: Motion for Disqualification of Magistrate Judge Daniel Irick (Doc. 22).

Respectfully submitted this 1st day of July 2021.

*<u>Lucas Wall</u>*
Lucas Wall, plaintiff
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com