**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

LUCAS WALL,

    Plaintiff,                             Case No. 6:21-cv-1008-PGB-DCI

v.

SOUTHWEST AIRLINES, et. al.

    Defendants.

_____

## DEFENDANT DELTA AIR LINES, INC.'S AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant Delta Air Lines, Inc. ("Delta"), by and through its undersigned counsel, files this agreed motion for enlargement of time until July 30, 2021 to respond to the Complaint.

On June 14, 2021, Plaintiff Lucas Wall ("Plaintiff "), proceeding *pro se* in this matter, filed a 94-page Complaint against seven separate airline carriers (including Delta), which purports to allege the following three causes of action: Count I – Violation of the Air Carrier Access Act based on an alleged illegal discrimination against flyers with disabilities in refusing to provide exemptions from the federal mask mandate; Count II – Violation of the Air Carrier Access Act based on requiring passengers not known to have a communicable disease to wear a face covering; and Count III – Violation of 49 U.S.C. § 44702.

In an email dated July 9, 2021, Plaintiff represented that he effected service of the Complaint and summons on Delta via mail delivery and email

consent as of June 21, 2021, and that the response date for Delta is currently July 12, 2021 (although Plaintiff has not yet filed an Affidavit of Service with the Court).

In an email on July 9, 2021, Mr. Wall agreed to allow Delta to have an extension until July 31, 2021 to respond to the Complaint. Since July 31 is a Saturday, Delta is requesting, with the consent of Plaintiff, to have until Friday, July 30, 2021 to respond to the Complaint.

Accordingly, Delta respectfully asks that the Court grant this agreed motion and permit Delta to file its response to the Complaint, on or before July 30, 2021.

Date: July 9, 2021                                                  Respectfully submitted,

                                              TORRICELLA LAW PLLC
Attorneys for Defendant Delta
Town Center One, Suite 2217
8950 Southwest 74th Court
Miami, Florida 33156
Telephone: (305) 677-7644

By: /s Maurice J. Baumgarten
    Roberto A. Torricella, Jr.
    Florida Bar No. 907472
    Robert@TorricellaLaw.com
    Maurice J. Baumgarten
    Florida Bar No. 25324
    Maurice@TorricellaLaw.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 9, 2021, a true and correct copy of the foregoing Consent Motion for Enlargement of Time was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record and by email to Plaintiff at Lucas.Wall@yahoo.com.

/s Maurice J. Baumgarten
Maurice J. Baumgarten
