UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LUCAS WALL,**

      **Plaintiff,**                                      Case No. 6:21-cv-1008-PGB-DCI

**v.**

**SOUTHWEST AIRLINES, et. al.**

      **Defendants.**

_____

### DEFENDANT DELTA AIR LINES, INC.'S
### RULE 3.03 CERTIFICATE OF INTERESTED PERSONS AND CORPORATE
### DISCLOSURE STATEMENT

On behalf of Defendant Delta Air Lines, Inc ("Delta"), I hereby disclose the following:

1.) the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

**The Vanguard Group (owner of slightly more than 10% of the outstanding stock of Delta)**

**Torricella Law, PLLC  (Roberto A. Torricella, Jr. and Maurice J. Baumgarten) – counsel for Delta**

**Stinson LLP (Roy Goldberg) – to move for admission pro hac vice as co-counsel for Delta**

2.) the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

**Co-Defendants Southwest Airlines, Alaska Airlines, Allegiant Air**

3.) the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

**None.**

4.) the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:  **Plaintiff, Lucas Wall**

5.) Check one of the following:

 **X**    I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

-or-

_____ I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Date: July 9, 2021

Respectfully submitted,

TORRICELLA LAW PLLC
Attorneys for Defendant Delta
Town Center One, Suite 2217
8950 Southwest 74th Court
Miami, Florida 33156
Telephone: (305) 677-7644

By:/s Maurice J. Baumgarten
    Roberto A. Torricella, Jr.
    Florida Bar No. 907472
    Robert@TorricellaLaw.com
    Maurice J. Baumgarten
    Florida Bar No. 25324
    Maurice@TorricellaLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 9, 2021, a true and correct copy of the foregoing Certificate Of Interested Persons and Corporate Disclosure Statement on behalf of defendant Delta Air Lines, Inc. was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record and by email to Plaintiff at Lucas.Wall@yahoo.com.

            /s Maurice J. Baumgarten
            Maurice J. Baumgarten