**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LUCAS WALL,**

     **Plaintiff,**                      **Case No. 6:21-cv-1008-PGB-DCI**

**v.**

**SOUTHWEST AIRLINES, et. al.**

     **Defendants.**

_____/

**JETBLUE AIRWAYS CORPORATION'S**
**CERTIFICATE OF INTERESTED PERSONS**
**AND CORPORATE DISCLOSURE STATEMENT**

I hereby disclose the following pursuant to this Court's Order dated June 17, 2021 (Doc. 10), Fed. R. Civ. P. 7.1 and Local Rule 3.03:

1.     the name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

- JetBlue Airways Corporation (Defendant)

- FMR, LLC (Fidelity Management & Research Co.)

- Holland & Knight LLP (counsel for JetBlue)

- Suzanne E. Gilbert (Counsel for JetBlue)

- Allegiant Air (Defendant)

- Alaska Airlines (Defendant)

- Delta Airlines (Defendant)

- Frontier Airlines (Defendant)

- Southwest Airlines (Defendant)

- Spirit Airlines (Defendant)

- Lucas Wall (Plaintiff)

2.    the name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

N/A

3.    the name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

N/A

4.    the name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

N/A

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

Date: July 12, 2021

Respectfully submitted,
**HOLLAND & KNIGHT LLP**

/s/*Suzanne E. Gilbert*
Suzanne E. Gilbert, Esq.
Florida Bar No. 094048
suzanne.gilbert@hklaw.com
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
P. O. Box 1526 (ZIP: 32802-1526)
Orlando, Florida 32801
Telephone: (407) 425-8500
Facsimile: (407) 244-5288
*Attorneys for Defendant, JetBlue*

*Airways Corporation*

## <u>**CERTIFICATE OF SERVICE**</u>

I HEREBY CERTIFY that on July 12, 2021, a true and correct copy of the foregoing was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record and by email to Plaintiff at <u>Lucas.Wall@yahoo.com</u>.

*/s/ Suzanne E. Gilbert*