# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LUCAS WALL,**

    **Plaintiff,**                        **Case No. 6:21-cv-1008-PGB-DCI**

**v.**

**SOUTHWEST AIRLINES, et. al.**

    **Defendants.**

_____/

## JETBLUE AIRWAYS CORPORATION'S
## NOTICE OF A RELATED ACTION

In accordance with Local Rule 1.07(c), I certify that the instant action:

__X__ IS related to pending or closed civil or criminal case(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Wall v. Centers for Disease Control and Prevention, et. al.*
Case No. 6:21-cv-975-PGB-DCI (M.D. Fla.)

_____ IS NOT related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

Date: July 12, 2021                          Respectfully submitted,
                                                       **HOLLAND & KNIGHT LLP**

                                                       /s/*Suzanne E. Gilbert*
                                                       Suzanne E. Gilbert, Esq.
                                                       Florida Bar No. 094048
                                                       suzanne.gilbert@hklaw.com
                                                       HOLLAND & KNIGHT LLP
                                                       P. O. Box 1526
                                                       Orlando, Florida 32802
                                                       Telephone: (407) 425-8500
                                                       Facsimile: (407) 244-5288
                                                       *Attorneys for Defendant, JetBlue*
                                                       *Airways Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 12, 2021, a true and correct copy of the foregoing was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record and by email to Plaintiff at Lucas.Wall@yahoo.com.

/s/ Suzanne E. Gilbert

#85341773_v1