UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUCAS WALL,

    Plaintiff,                                     Case No. 6:21-cv-1008-PGB-DCI

v.

SOUTHWEST AIRLINES, et. al.

    Defendants.

_____

### DEFENDANT DELTA AIR LINES, INC.'S MOTION FOR SPECIAL ADMISSION OF M. ROY GOLDBERG

Pursuant to Local Rule 2.01(C), Defendant DELTA AIRLINES, INC ("Delta") moves for entry of an order specially admitting M. Roy Goldberg ("Mr. Goldberg") to appear pro hac vice in this action and in support thereof states as follows:

1. Mr. Goldberg has been retained to represent Delta as co-counsel in all proceedings conducted in this action.

2. Mr. Goldberg is a member in good standing of the bar of the U.S. District Court for the District of Colorado, as set forth in the attached certificate of good standing.

3. Mr. Goldberg is not a Florida resident and is not a member of the Florida Bar.

4. Mr. Goldberg has not appeared in any state or federal court in Florida in the last thirty-six months.

4. Mr. Goldberg does not maintain a regular practice of law in Florida.

Motion for Special Admission of M. Roy Goldberg
Case No. 6:21-cv-1008-PGB-DCI
pg. 2

5. Mr. Goldberg is familiar with, and will be governed by, the Local Rules of this Court, and is familiar with, and will be governed by, the Florida Rules of Professional Conduct and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

6. Mr. Goldberg designates Maurice J. Baumgarten of Torricella Law, PLLC, upon whom all notices and papers in this case may be served, and who has appeared in this action on behalf of Delta and agrees to be responsible for the progress of this case, including the trial.

7. Through his signature affixed below, Mr. Baumgarten, on behalf of himself and Torricella Law, PLLC, consents to such designation.

8. Mr. Goldberg satisfies the requirements for obtaining and maintaining general admission, except the requirements of membership in the Florida Bar, submission of an application, and payment of a periodic fee.

9. Attached is a copy of Mr. Goldberg's Special Admission Attorney Certification.

Date: July 15, 2021

Respectfully submitted,
TORRICELLA LAW PLLC
Attorneys for Defendant Delta
Town Center One, Suite 2217
8950 Southwest 74th Court
Miami, Florida 33156
Telephone: (305) 677-7644

By: /s Maurice J. Baumgarten
   Maurice J. Baumgarten
   Florida Bar No. 25324
   Maurice@TorricellaLaw.com

2

Motion for Special Admission of M. Roy Goldberg<br>
Case No. 6:21-cv-1008-PGB-DCI<br>
pg. 3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 15, 2021, a true and correct copy of the foregoing Motion was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record.

/s Maurice J. Baumgarten<br>
Maurice J. Baumgarten