

# Certificate of Good Standing
and
# No Disciplinary History

United States District Court
District of Colorado

I, Jeffrey P. Colwell, Clerk of the United States District Court
DO HEREBY CERTIFY

## ROY GOLDBERG

was admitted to practice in this court on
September 13, 2012
and is in good standing with no disciplinary history.

Dated: July 15, 2021

_____
Jeffrey P. Colwell, Clerk