## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.* | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

## PLAINTIFF'S UPDATED CERTIFICATE OF CONSULTATION REGARDING PLAINTIFF'S MOTION TO DISQUALIFY MAGISTRATE JUDGE DANIEL IRICK

The Court will please TAKE NOTICE that pursuant to Local Rule 3.01(g), I have consulted with counsel for all seven defendants concerning Plaintiff's Motion to Disqualify Magistrate Judge Daniel Irick, filed June 25 (Doc. 22). In my Local Rule 3.01(g) Certification submitted with the motion, I informed the Court that "I have not conferred with any defendant regarding their position on this motion because none of them have entered an appearance."

Since then, counsel for all seven defendants have either appeared in this case or contacted me to say they have been retained. The deadline for all parties to file an opposition to the Motion to Disqualify was July 9. "A party may respond to a motion within 14 days after service of the motion." Local Rule 3.01(c).

After the deadline passed, I contacted counsel for all seven defendants by e-mail July 10 to determine their position on the Motion to Disqualify. I sent a follow-up e-mail to all counsel July 18.

Defendant Delta Air Lines' counsel Roy Goldberg informed me July 18 that "It's not clear that a response is required since your motion predates the Delta appearance.  But in any event please be advised that Delta opposes your motion to disqualify."

Defendant Spirit Airlines' counsel Miguel Morel informed me July 19 that "Spirit has not officially appeared in the case. In addition, Spirit does not have the necessary background facts to take a position with regard to your motion."

Counsel for Defendants Southwest Airlines, Alaska Airlines, Allegiant Air, Frontier Airlines, and JetBlue Airways have not responded to both requests for their clients' position on the pending motion.

All parties having now been consulted on the Motion to Disqualify (Doc. 22) and the time for filing oppositions having passed, I suggest to the Court the motion is now ripe for decision. "If a party fails to timely respond, the motion is subject to treatment as unopposed." Local Rule 3.01(c).

Respectfully submitted this 21st day of July 2021.

*Lucas Wall*

Lucas Wall, plaintiff
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com