UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LUCAS WALL,**

    **Plaintiff,**　　　　　　　　　　　　　Case No. 6:21-cv-1008-PGB-DCI

**v.**

**SOUTHWEST AIRLINES, et. al.**

    **Defendants.**

_____

## DEFENDANT DELTA AIR LINES, INC.'S SECOND AGREED MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO COMPLAINT

Defendant Delta Air Lines, Inc. ("Delta"), by and through its undersigned counsel, files this second agreed motion for enlargement of time until August 23, 2021 to respond to the Complaint, so that its response date will be the same as the other six airline defendants in this case. In support thereof, Delta states as follows:

On June 14, 2021, Plaintiff Lucas Wall ("Plaintiff"), proceeding *pro se* in this matter, filed a 94-page Complaint against seven separate airline carriers (including Delta), which purports to allege the following three causes of action: Count I – Violation of the Air Carrier Access Act based on an alleged illegal discrimination against flyers with disabilities in refusing to provide exemptions from the federal mask mandate; Count II – Violation of the Air Carrier Access Act based on requiring passengers not known to have a communicable disease to wear a face covering; and Count III – Violation of 49 U.S.C. § 44702. Delta

voluntarily accepted service of the Complaint via e-mail.

On July 9, 2021, Delta filed an agreed motion for enlargement of time to respond to the Complaint, requesting that it be permitted to file its response to the Complaint on or before July 30, 2021 (Doc. 24). On July 13, 2021, the Court granted the motion (Doc. 28). In the meantime, Delta, along with three other airlines – Southwest Airlines, Jet Blue Airways, and Alaska Airlines – arranged for their joint representation in this matter by common counsel to streamline their defense of Plaintiff's claims.

The other six airline defendants in this case have agreed to waive service and, as a result, the deadline for the filing of their responses to the Complaint is Monday, August 23, 2021. *See e.g.* Doc. 31 (Spirit Airlines), Doc. 32 (JetBlue Airways), Doc. 33 (Southwest Airlines), and Doc. 34 (Alaska Airlines). Delta seeks to align its response deadline with that of the other six defendants and, in particular, with the response deadline of those airlines participating in a common defense, who, for purposes of efficiency and to minimize the burden on the Court, intend to submit a single motion to dismiss.

Counsel for Delta has consulted with Plaintiff, who has agreed to the entry of an Order establishing August 23, 2021 as the deadline for Delta's response to the Complaint.

Accordingly, Delta respectfully asks that the Court grant this motion and permit Delta to file its response to the Complaint, on or before August 23, 2021.

Date: July 22, 2021                               Respectfully submitted,

> TORRICELLA LAW PLLC
> Attorneys for Defendant Delta
> Town Center One, Suite 2217
> 8950 Southwest 74th Court
> Miami, Florida 33156
> Telephone: (305) 677-7644
>
> By: /s Maurice J. Baumgarten
>     Roberto A. Torricella, Jr.
>     Florida Bar No. 907472
>     Robert@TorricellaLaw.com
>     Maurice J. Baumgarten
>     Florida Bar No. 25324
>     Maurice@TorricellaLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 22, 2021, a true and correct copy of the foregoing Second Unopposed Motion for Enlargement of Time was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record.

> /s Maurice J. Baumgarten
> Maurice J. Baumgarten