UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUCAS WALL,
    *Plaintiff*,

v.

SOUTHWEST AIRLINES, *et al.*,
    *Defendants*.
_____/

No. 6:21-cv-1008-PGB-GJK

**UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*
AND WRITTEN DESIGNATION AND CONSENT TO ACT**

Pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida, Defendants FRONTIER AIRLINES, INC. ("Frontier") and ALLEGIANT AIR ("Allegiant"), by their undersigned attorneys, move this Court for an Order allowing Brian T. Maye of ADLER MURPHY & McQUILLEN LLP to appear in this Court as co-counsel on behalf of Frontier and Allegiant in the above-styled lawsuit. In support of their motion, Frontier and Allegiant state:

1. Brian T. Maye and his law firm, ADLER MURPHY & McQUILLEN LLP, 20 South Clark Street, Suite 2500, Chicago, Illinois 60603, has been retained to represent Frontier and Allegiant as co-counsel in all proceedings conducted in this cause.

2. Mr. Maye does not make frequent or regular appearances in separate cases to such a degree as to constitute the maintenance of a regular practice of law in the State of Florida.

3. Mr. Maye is a member in good standing and is admitted to practice before the courts in the State of Illinois. Mr. Maye is also admitted in the United States Court of Appeals for the Seventh Circuit and the United States Court of Appeals for the Armed Forces, and in the United States District Courts for the District of Colorado, Northern District of Illinois, Northern District of Indiana, Eastern District of Michigan, Western District of New York, and Eastern District of Wisconsin. Mr. Maye has inactive status in the State of North Carolina and the District of Columbia.

4. Mr. Maye has not been subjected to disciplinary or suspension proceedings as a member of the bar in any court, nor is any such proceeding pending against him.

5. The appearance of Mr. Maye as co-counsel for Defendants in this case does not constitute the general practice of law in this state by him, and he is not currently engaged in the general practice of law in Florida.

6. Mr. Maye is familiar with, and will be governed by, the Local Rules of the United States District Court for the Middle District of Florida, including Rule 2.04 thereof. Mr. Maye is familiar with, and will be governed by, the Code

of Professional Responsibility and the other ethical limitations or requirements governing the professional behavior of members of the Florida Bar.

7. Mr. Maye designates William Boltrek III of the law firm of Henderson, Franklin, Starnes & Holt, P.A., 1715 Monroe Street, Fort Myers, FL 33901, as the lawyer and law firm upon whom all notices and papers may be served and who will be responsible for the progress of this case, including trial in the event of default of the non-resident attorneys.

8. Through his signature affixed below, William Boltrek III of the law firm of Henderson, Franklin, Starnes & Holt, P.A., hereby consents to such designation.

9. Pursuant to Rule 2.02(a) of the Local Rules of the United States District Court for the Middle District of Florida, William Boltrek III certifies that Mr. Maye has complied with the fee and email registration requirements of Rule 2.01(d) of the Local Rules of the United States District Court for the Middle District of Florida.

WHEREFORE, Defendant FRONTIER AIRLINES, INC. and ALLEGIANT AIR, LLC respectfully request this Court enter an Order admitting Mr. Maye to practice before this Court *pro hac vice*.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, counsel for Frontier and Allegiant has conferred with Plaintiff and is authorized to represent that Plaintiff does not oppose the entry of an Order granting this motion.

## MEMORANDUM OF LAW

Frontier and Allegiant' motion for admission *pro hac vice* should be granted pursuant to Rule 2.02 of the Local Rules of the United States District Court for the Middle District of Florida.

Date: August 23, 2021

**and**

Respectfully Submitted,

**FRONTIER AIRLINES, INC., ALLEGIANT AIR, LLC**

By: /s/ Kyle C. Dudek
Kyle C. Dudek
William Boltrek III
Florida Bar Number:
HENDERSON FRANKLIN STARNES & HOLT, P.A.
1715 Monroe Street
Ft. Myers, Florida 33801
Phone:    (239) 344-1299
William.BoltrekIII@henlaw.com
Kyle.Dudek@henlaw.com

-And –

Brian T. Maye
(*pro hac vice* to be filed)

ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on August 23, 2021, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division, using the CM/ECF System.

By: /s/ Kyle C. Dudek
Kyle C. Dudek
William Boltrek III
Defendants Frontier Airlines, Inc. & Allegiant Air
HENDERSON FRANKLIN STARNES & HOLT, P.A.
1715 Monroe Street
Ft. Myers, Florida 33801
Phone: (239) 344-1299
William.BoltrekIII@henlaw.com
Kyle.Dudek@henlaw.com