IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUCAS WALL,

    Plaintiff,

v.                                           Case No.: 6:21-cv-01008-PGB-DCI

SOUTHWEST AIRLINES, *et al.*,

    Defendants.
_____/

**CERTIFICATE OF INTERESTED PERSONS AND
CORPORATE DISCLOSURE STATEMENT OF SPIRIT AIRLINES**

Defendant, Spirit Airlines, Inc., hereby discloses the following information pursuant to this Court's Interested Persons Order for Civil Cases [Doc. 10], Federal Rule of Civil Procedure 7.1 and Local Rule 3.03:

1.    The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action—including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Lucas Wall (Plaintiff)
- Allegiant Air (Defendant)
- Alaska Airlines (Defendant)
- Delta Air Lines (Defendant)

- Frontier Airlines (Defendant)

- JetBlue Airways Corporation (Defendant)

- Southwest Airlines (Defendant)

- Spirit Airlines (Defendant)

- Torricella Law, PLLC (Counsel for Alaska Airlines, Delta Air Lines, JetBlue Airways, and Southwest Airlines)

- Maurice J. Baumgarten (Counsel for Alaska Airlines, Delta Air Lines, JetBlue Airways, and Southwest Airlines)

- Roberto A. Torricella, Jr. (Counsel for Alaska Airlines, Delta Air Lines, JetBlue Airways, and Southwest Airlines)

- Stinson LLP (Counsel for Alaska Airlines, Delta Air Lines, JetBlue Airways, and Southwest Airlines)

- Milton Roy Goldberg (Counsel for Alaska Airlines, Delta Air Lines, JetBlue Airways, and Southwest Airlines)

- Holland & Knight LLP (Counsel for JetBlue Airways)

- Suzanne E. Gilbert (Counsel for JetBlue Airways)

- Adler Murphy & Mcquillen LLP (Counsel for Frontier Airlines and Allegiant Air)

- Brian T. Maye (Counsel for Frontier Airlines and Allegiant Air)

- Henderson, Franklin, Starnes & Holt, PA (Counsel for Frontier Airlines and Allegiant Air)

- Kyle Dudek (Counsel for Frontier Airlines and Allegiant Air)

- William Boltrek, III (Counsel for Frontier Airlines and Allegiant Air)

- Littler Mendelson, P.C. (Counsel for Spirit Airlines)

- Miguel A. Morel (Counsel for Spirit Airlines)

2.      The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    **None.**

3.      The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

    **None.**

4.      The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

- **Lucas Wall (Plaintiff)**

The undersigned counsel hereby certifies that, except as disclosed above, undersigned counsel are unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict.

**Dated**: August 23, 2021                             Respectfully submitted,

                                                                                 **LITTLER MENDELSON, P.C**.

                                                                                /s/ *Miguel A. Morel*
                                                                                Miguel A. Morel
                                                                                Florida Bar No. 89163
                                                                                E-mail: mamorel@littler.com
                                                                                Wells Fargo Center
                                                                                333 S.E. 2nd Avenue, Suite 2700
                                                                                Miami, Florida 33131
                                                                                Telephone: (305) 400-7500
                                                                                Facsimile: (305) 603-2552

                                                                                *Counsel for Defendant,*
                                                                                *Spirit Airlines, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 23rd day of August 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a notice of electronic filing to all parties of record.

                                                  BY:   /s/ *Miguel Morel*
                                                                        Miguel Morel

# SERVICE LIST

| *Plaintiff, Pro Se*<br><br>Lucas Wall<br>435 10th St NE<br>Washington, DC 20002<br>Tel. 202.351.1735<br>Email: lucas.wall@yahoo.com | *Counsel for Defendant,*<br>*Spirit Airlines*<br><br>Miguel A. Morel, Esq.<br>**LITTLER MENDELSON, P.C.**<br>Wells Fargo Center<br>333 S.E. 2nd Avenue, Suite 2700<br>Miami, Florida 33131-2187<br>Tel. 305.400.7500<br>Email: mamorel@littler.com |
|---|---|
| *Counsel for Defendants,*<br>*Frontier Airlines and Allegiant Air*<br><br>Kyle Dudek, Esq.<br>William Boltrek, III, Esq.<br>**HENDERSON, FRANKLIN, STARNES & HOLT, PA**<br>1715 Monroe St<br>PO Box 280<br>Ft. Myers, FL 33902<br>Tel: 239.344.1237<br>Email: kyle.dudek@henlaw.com<br>William.BoltrekIII@henlaw.com<br><br>Brian T. Maye, Esq.<br>*(Pro Hac Vice Admission Pending)*<br>**ADLER MURPHY & MCQUILLEN LLP**<br>20 S. Clark Street, Suite 2500<br>Chicago, Illinois 60603<br>Tel. 312.345.0700<br>Email: bmaye@amm-law.com | *Counsel for Defendants,*<br>*Alaska Airlines, Delta Air Lines,*<br>*JetBlue Airways and Southwest*<br><br>Maurice J. Baumgarten, Esq.<br>Roberto A. Torricella, Jr., Esq.<br>**TORRICELLA LAW, PLLC**<br>4551 Ponce de Leon Blvd<br>Coral Gables, FL 33134<br>Tel. 305.904.4982<br>Email: maurice@torricellalaw.com<br>robert@torricellalaw.com<br><br>Milton Roy Goldberg, Esq.<br>*(Admitted Pro Hac Vice)*<br>**STINSON LLP**<br>1775 Pennsylvania Avenue NW, Suite 800<br>Washington, DC 20006<br>Tel. 202.728.3005<br>Email: roy.goldberg@stinson.com |

|  | *Counsel for Defendant,*<br>*JetBlue Airways*<br><br>Suzanne E. Gilbert, Esq.<br>**HOLLAND & KNIGHT, LLP**<br>200 S Orange Ave - Ste 2600<br>Orlando, FL 32801<br>Tel. 407.425.8500<br>Email: suzanne.gilbert@hklaw.com |
|---|---|