AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

| LUCAS WALL | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 6:21-cv-1008-PGB-DCI |
| SOUTHWEST AIRLINES, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

FRONTIER AIRLINES, INC. AND ALLEGIANT AIR, LLC .

Date: 08/23/2021

/s/ Brian T. Maye
*Attorney's signature*

Brian T. Maye (IL # 6288778)
*Printed name and bar number*
ADLER MURPHY & MCQUILLEN LLP
20 S. CLARK STREET, SUITE 2500
CHICAGO, IL 60603

*Address*

bmaye@amm-law.com
*E-mail address*

(312) 345-0700
*Telephone number*

(312) 345-9860
*FAX number*