UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LUCAS WALL,**

    *Plaintiff*,                                                                               Case No. 6:21-cv-1008-PGB-DCI

v.

**SOUTHWEST AIRLINES,** *et al.*,

    *Defendants*.

_____/

**DEFENDANT ALLEGIANT AIR LLC'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT**

Defendant ALLEGIANT AIR, LLC ("Allegiant"), by its undersigned attorneys, and for its Certificate of Interested Persons and Corporate Disclosure Statement, states as follows:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action – including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded corporations that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:

- Lucas Wall, Plaintiff
- Frontier Airlines, Inc.
- Frontier Group Holdings, Inc.
- Frontier Airlines Holdings, Inc.
- Allegiant Air, LLC
- Allegiant Travel Company
- William Boltrek, Henderson, Franklin, Starnes & Holt, P.A., Counsel for Frontier Airlines, Inc. and Allegiant Air, LLC
- Kyle C. Dudek, Henderson, Franklin, Starnes & Holt, P.A., Counsel for Frontier Airlines, Inc. and Allegiant Air, LLC
- Brian T. Maye, Counsel for Frontier Airlines, Inc. and Allegiant Air, LLC
- Roy Goldberg, Stinson LLP, Counsel for Delta Air Lines
- Robert Torricella, Torricella Law, PLLC, Counsel for Delta Air Lines
- Maurice J. Baumgarten, Torricella Law, PLLC, Counsel for Delta Air Lines
- Peter J. Petesch, Littler Mendelson, P.C., Counsel for Spirit Airlines
- Miguel Morel, Littler Mendelson, P.C., Counsel for Spirit Airlines

2. The name of every other entity whose publicly traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None.

3. The name of every other entity which is likely to have an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

None.

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to resolution:

Lucas Wall

Defendant ALLEGIANT AIR, LLC, by its undersigned counsel, hereby certifies that, except as disclosed above, it is unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Date: August 23, 2021

Respectfully submitted,

**ALLEGIANT AIR, LLC**

By: /s/ Brian T. Maye

Brian T. Maye (admitted *pro hac vice*)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
Email: bmaye@amm-law.com

-And –

William Boltrek III
Kyle C. Dudek
HENDERSON FRANKLIN STARNES & HOLT, P.A.
1715 Monroe Street
Ft. Myers, Florida 33801

Phone: (239) 344-1299
Email:  William.BoltrekIII@henlaw.com
            Kyle.Dudek@henlaw.com

## CERTIFICATE OF SERVICE

I certify that on August 23, 2021, I caused the foregoing to be electronically filed with the United States District Court for the Middle District of Florida, Orlando Division, using the CM/ECF System.

By: /s/ *Brian T. Maye*