## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES *et al.*,** | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

### PLAINTIFF'S NOTICE OF PREPARATION
### OF CASE MANAGEMENT REPORT

COMES NOW plaintiff, *pro se,* and asks the Court to please TAKE NOTICE that the parties have started work on preparing the Case Management Report required by the Order at Doc. 10. I am striving to have this report filed by Sept. 3.

Local Rule 3.02(b) requires: "The parties must file the case management report: (1) within 40 days after any defendant appears in an action originating in this court…" Defendant Delta Air Lines was the first to appear in this case (July 9). Therefore a Case Management Report was supposed to be due July 9 + 40 days = Aug. 18. However, all seven defendants did not appear until Aug. 23, when they all filed Motions to Dismiss. Docs. 41-42 & 45.

I prepared today (Aug. 25) a draft Case Management Report using the Court's required form and sent it by e-mail to all of the defendants' counsel. I requested

the required Case Management Conference take place during the next week and

provided times I expect to be available.


Respectfully submitted this 25th day of August 2021.

*Lucas Wall*

Lucas Wall, plaintiff
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com