UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**LUCAS WALL,**

    Plaintiff,

v.

    Case No. 6:21-cv-1008-PGB-DCI

**SOUTHWEST AIRLINES, et. al.**

    Defendants.

_____

**RULE 3.03 CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT
OF DEFENDANT, SOUTHWEST AIRLINES CO.**

On behalf of the Defendant, Southwest Airlines Co., I hereby disclose the following:

1. **The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to any party in the case:**

   Southwest Airlines Co. is a publicly traded entity and is traded on the NYSE (LUV). PRIMECAP Management Company has filed a Form 13G with the Securities and Exchange Commission stating that it beneficially owns more than 10% of the shares of Southwest. Southwest Airlines Co. has no parent corporation, no other entity has reported holdings of over 10%, and there is no other entity related to, or affiliated with Southwest Airlines Co. that has a financial interest in the outcome of the claims asserted against it in this case.

   Roy Goldberg, Stinson LLP,
   Counsel for Alaska Airlines, Delta Air Lines, Southwest Airlines Co.,
   and JetBlue Airways Corporation

   Roberto A. Torricella, Jr. and Maurice J. Baumgarten, Torricella Law, PLLC,
   Counsel for Alaska Airlines, Delta Air Lines, Southwest Airlines Co.,
   and JetBlue Airways Corporation

   Alaska Airlines, Inc.
   Alaska Air Group, Inc.

   Delta Air Lines

JetBlue Airways Corporation

Frontier Airlines, Inc.
Frontier Group Holdings, Inc.
Frontier Airlines Holdings, Inc.

Spirit Airlines, Inc.

Allegiant Air, LLC
Allegiant Travel Company

William Boltrek, Henderson, Franklin, Starnes & Holt, P.A.,
Counsel for Frontier Airlines, Inc. and Allegiant Air, LLC

Kyle C. Dudek, Henderson, Franklin, Starnes & Holt, P.A.,
Counsel for Frontier Airlines, Inc. and Allegiant Air, LLC

Brian T. Maye, Adler Murphy & McQuilen, LLP,
Counsel for Frontier Airlines, Inc. and Allegiant Air, LLC

Peter J. Petesch and Miguel Morel, Littler Mendelson, P.C.,
Counsel for Spirit Airlines

Lucas Wall, Plaintiff

2. **The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:**

None.

3. **The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:**

None.

4. **The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:**

Plaintiff, Lucas Wall

5. **Check one of the following:**

   __X__   I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

   -or-

   ____   I certify that I am aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: (explain)

Date: August 25, 2021

Respectfully submitted,

TORRICELLA LAW PLLC
Attorneys for Defendant Alaska
Town Center One, Suite 2217
8950 Southwest 74th Court
Miami, Florida 33156
Telephone: (305) 677-7644

By: /s Maurice J. Baumgarten
   Roberto A. Torricella, Jr.
   Florida Bar No. 907472
   Robert@TorricellaLaw.com
   Maurice J. Baumgarten
   Florida Bar No. 25324
   Maurice@TorricellaLaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 25, 2021, a true and correct copy of the foregoing Certificate Of Interested Persons and Corporate Disclosure Statement on behalf of defendant Alaska Airlines, Inc. was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record and by email to Plaintiff at Lucas.Wall@yahoo.com.

/s Maurice J. Baumgarten
Maurice J. Baumgarten