UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUCAS WALL,

    Plaintiff,                                   Case No. 6:21-cv-1008-PGB-DCI

v.

SOUTHWEST AIRLINES, et al.,

    Defendants.
_____/

**DEFENDANTS FRONTIER AIRLINES, INC. AND ALLEGIANT AIR, LLC'S MOTION TO JOIN AND ADOPT DEFENDANTS' JOINT MOTION FOR EXTENSION OF TIME TO FILE INITIAL CASE MANAGEMENT REPORT AND FOR STAY OF DISCOVERY**

    Defendants FRONTIER AIRLINES, INC. ("Frontier") and ALLEGIANT AIR, LLC ("Allegiant"), by their undersigned counsel, pursuant to Fed. R. Civ. P. 10(c), move to join and adopt Defendants' Joint Motion for Extension of Time to File the Initial Case Management Report and for a Stay of Discovery (ECF No. 52), and state as follows:

    1.    This action arises from a Complaint filed by Plaintiff, Lucas Wall ("Plaintiff"), on June 14, 2021 against seven separate air carriers, including Frontier and Allegiant, alleging violations of the Air Carrier Access Act ("ACAA"), 49 U.S.C. § 41705 et seq., for refusing to provide mask exemptions for disabled passengers (Count I), and requiring passengers not known to have a communicable disease to wear a face covering (Count II); and violations of

*Page 1 of 4*

the terms of the airlines' respective operator certificates issued by the Federal Aviation Administration ("FAA") under 49 U.S.C. § 44702 (Count III).

2. On August 23, 2021, each defendant in the case filed a dispositive motion to dismiss all three of the claims that the Plaintiff filed against them for failure to state a claim. If the pending motions to dismiss are granted, this entire action will be dismissed.

3. On August 25, 2021, Defendants Southwest Airlines Co. ("Southwest"), Alaska Airlines, Inc. ("Alaska"), Delta Air Lines, Inc. ("Delta"), JetBlue Airways Corporation ("JetBlue"), and Spirit Airlines ("Spirit") (collectively "Defendants") filed a Joint Motion for Extension of Time to File the Initial Case Management Report and for a Stay of Discovery Pending Ruling on Defendants' Motions to Dismiss ("Joint Motion"). (ECF No. 52)

4. Pursuant to Fed. R. Civ. P. 10(c), Frontier and Allegiant seek to join Defendants' Joint Motion, adopting by reference each and every statement and argument set forth therein.

WHEREFORE, Defendant FRONTIER AIRLINES, INC. and ALLEGIANT AIR, LLC respectfully pray that this Honorable Court grant their Motion to Join and Adopt Defendants' Joint Motion and for any other relief this Court deems necessary and proper.

## RULE 3.01(g) CERTIFICATION

Pursuant to Rule 3.01(g) of the Local Rules of the United States District Court for the Middle District of Florida, counsel for Frontier and Allegiant has conferred with Plaintiff regarding the foregoing. Plaintiff has represented that he does <u>not</u> oppose Frontier and Allegiant's Motion to Join the Defendants' Joint Motion. Plaintiff also represented, however, that he opposes the underlying Joint Motion.

Date: August 25, 2021               Respectfully submitted,

**FRONTIER AIRLINES, INC. and ALLEGIANT AIR, LLC**

By: /s/ Brian T. Maye

Brian T. Maye (admitted pro hac vice)
ADLER MURPHY & McQUILLEN LLP
20 South Clark Street, Suite 2500
Chicago, Illinois 60603
Phone: (312) 345-0700
bmaye@amm-law.com

-And –

William Boltrek III
Kyle C. Dudek
HENDERSON FRANKLIN STARNES & HOLT, P.A.
1715 Monroe Street
Ft. Myers, Florida 33801
Phone: (239) 344-1299
William.BoltrekIII@henlaw.com
Kyle.Dudek@henlaw.com

## CERTIFICATE OF SERVICE

I certify that on August 25, 2021, I caused the foregoing to be electronically filed with the United States District Court for the Middle District of Florida, Orlando Division, using the CM/ECF System.

/s/ Brian T. Maye