# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| LUCAS WALL, | ) |
| | ) |
|     Plaintiff, | )    Case No. 6:21-cv-1008-PGB-GJK |
| | ) |
| v. | ) |
| | ) |
| SOUTHWEST AIRLINES, et. al. | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE – M. ROY GOLDBERG

Defendants Southwest Airlines Co., Alaska Airlines, Inc., and JetBlue Airways Corporation hereby give notice of the appearance of M. Roy Goldberg of the law firm of STINSON, LLP, as counsel for these three Defendants. On July 20, 2021, the Court granted Mr. Goldberg's motion to appear *pro hac vice* for co-defendant Defendant Delta Air Lines, Inc. in this case (ECF 30). Mr. Goldberg is representing all four air carrier Defendants (Southwest Airlines, Alaska Airlines, Delta and JetBlue) in their defense in this case, along with his co-counsel, Roberto A. Torricella, Jr. and Maurice J. Baumgarten, of the law firm TORRICELLA LAW PLLC, who also represent these four Defendants. Mr. Goldberg's contact information is:

M. Roy Goldberg
STINSON, LLP
1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20006
(202) 728-3005
Roy.goldberg@stinson.com

                STINSON LLP
                1775 Pennsylvania Avenue, N.W.
                Suite 800
                Washington, D.C. 20006
                Telephone: (202) 728-3005

                By: /s/ M. Roy Goldberg
                M. Roy Goldberg
                Roy.goldberg@stinson.com
                (Admitted *Pro Hac Vice*)

Dated: August 31, 2021

Counsel for Defendants Southwest Airlines Co., Alaska Airlines, Inc., Delta Air Lines, Inc. and JetBlue Airways Corporation

CORE/9991000.7551/169084071.1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 31, 2021, a true and correct copy of the foregoing NOTICE OF APPEARANCE to be filed using CM-ECF, which will serve a notice of electronic filing to all parties of record.

/s M. Roy Goldberg
M. Roy Goldberg

CORE/9991000.7551/169084071.1