## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**LUCAS WALL,**

    **Plaintiff,**                                 Case No. 6:21-cv-1008-PGB-DCI

**v.**

**SOUTHWEST AIRLINES, et. al.**

    **Defendants.**

_____/

## MOTION TO WITHDRAW AS COUNSEL

Suzanne E. Gilbert, Esq. ("Gilbert") moves for an order permitting her and her law firm, Holland & Knight LLP ("H&K"), to withdraw as counsel for Defendant, JetBlue Airways Corporation ("JetBlue"):

1. Because JetBlue has retained other counsel in this action, Gilbert seeks an order from the Court permitting her and H&K to withdraw as counsel of record and discharging them from any and all further responsibility for the representation of JetBlue in this case.

2. JetBlue's new counsel filed a Notice of Appearance in this matter on August 31, 2021 and JetBlue consents to the withdrawal sought herein.

3. Allowing Gilbert and Holland & Knight to withdraw will not prejudice any party.

4. Plaintiff is aware of the change in counsel for JetBlue and does not object to the relief sought herein.

WHEREFORE, Suzanne E. Gilbert, Esq. respectfully moves this Court for an order permitting her to withdraw as counsel for Defendant, JetBlue Airways Corporation.

### RULE 3.01(g) CERTIFICATE OF COMPLIANCE

On September 8, 2021, the undersigned counsel conferred with Plaintiff who does not oppose the Court granting this Motion to Withdrawal as Counsel for JetBlue Airways Corporation.

Respectfully submitted,

**HOLLAND & KNIGHT LLP**

/s/*Suzanne E. Gilbert*
Suzanne E. Gilbert, Esq.
Florida Bar No. 094048
suzanne.gilbert@hklaw.com
HOLLAND & KNIGHT LLP
200 S. Orange Avenue, Suite 2600
P. O. Box 1526 (ZIP: 32802-1526)
Orlando, Florida 32801
Telephone: (407) 425-8500
Facsimile: (407) 244-5288
*Attorneys for Defendant, JetBlue Airways Corporation*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 9, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will serve the same upon Plaintiff and all Counsel of Record.

/s/ *Suzanne E. Gilbert*
Attorney