# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL *et al.*,** | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES *et al.*,** | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

## **PLAINTIFFS' NOTICE OF FILING AMENDED COMPLAINT EXHIBITS**

COME NOW plaintiffs, *pro se*, and ask the Court and all defendants to please TAKE NOTICE that we are filing 525 exhibits attached to the Amended Complaint. Doc. 61. While attempting to upload the exhibits with the Amended Complaint late last night, the Court's CM/ECF malfunctioned. We had to start over and filed the Amended Complaint only to ensure we met our deadline.

As stated in the Amended Complaint, the attached exhibits are incorporated into our pleading by reference.

Respectfully submitted this 14th day of September 2021.

*Lucas Wall*

Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

1