Plaintiffs' Exhibit 1

## *Wall v. Southwest Airlines*
## Declarations of Plaintiffs, Airline Passengers, & Flight Attendants

| EX | NAME | ROLE | PAGES |
|----|------|------|-------|
| 2 | Lucas Wall | Lead Plaintiff & Class Representative | 7 |
| 19 | Aaron Abadi | Plaintiff | 10 |
| 20 | Kleanthis Andreadakis | Plaintiff | 50 |
| 21 | Eric Cila | Plaintiff | 6 |
| 22 | Shannon Greer Cila | Plaintiff | 17 |
| 23 | Anthony Eades | Plaintiff | 3 |
| 24 | Uri Marcus | Plaintiff | 12 |
| 25 | Yvonne Marcus | Plaintiff | 7 |
| 26 | Kevin Leonardo McDonnell | Plaintiff | 7 |
| 27 | Peter Menage | Plaintiff | 4 |
| 28 | Connie Rarrick | Plaintiff | 21 |
| 29 | Jared Rarrick | Plaintiff | 2 |
| 30 | Jennifer Rarrick | Plaintiff | 58 |
| 31 | Alisa Akey | Disabled Class | 4 |
| 32 | Linda Bunk | Disabled Class | 3 |
| 33 | Rossana Caponetto | Disabled Class & Former Flight Attendant | 27 |
| 34 | John Caldwell | Disabled Class | 3 |
| 35 | Amanda Cartwright | Disabled Class | 2 |
| 36 | Jennifer Davis | Nondisabled Class | 3 |
| 37 | Megan DiPrimeo | Flight Attendant | 3 |
| 38 | Gregory Disisto | Disabled Class | 2 |
| 39 | Michael Ferris | Disabled Class | 6 |
| 40 | Sanshiro Hanafusa | Disabled Class | 3 |
| 41 | Christopher Hedges | Disabled Class | 4 |
| 42 | Gilbert Lau | Disabled Class | 4 |
| 43 | Tina Lemens | Disabled Class | 5 |
| 44 | Theresa Mullins | Former Flight Attendant | 5 |
| 45 | Shawn Petche | Disabled Class | 3 |
| 46 | Michelle Sanoske | Nondisabled Class | 2 |
| 47 | Denise Savoie | Disabled Class | 3 |
| 48 | Jennifer Schaefer | Flight Attendant | 3 |
| 49 | Joshua Schrems | Disabled Class | 2 |
| 50 | Lorraine Wall | Nondisabled Class | 3 |
| | **TOTAL 33 DECLARATIONS** | | **294** |

Plaintiffs' Exhibit 2

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF PLAINTIFF LUCAS WALL</u>

I, Lucas Wall, declare as follows:

1.  I am the lead plaintiff and class representative in the above captioned action.

2.  I am over the age of majority.

3.  I could testify to the facts set out herein if called upon to do so.

4.  I reside at 435 10th St., NE, Washington, DC 20002.

5.  I have been stranded at my mother's residence in The Villages, Florida, in this judicial district for the last several months because of the defendant airlines' illegal mask policies that discriminate against passengers with medical conditions who can't tolerate obstructing their breathing.

6.  I do not own a car. I do not want to rent a car to make lost-distance drives because it is much more dangerous than flying. Also, it's impossible to drive

to many places I visit such as Germany and numerous other foreign countries overseas.

7. I am the plaintiff in the related action *Wall v. Centers for Disease Control & Prevention*, Case No. 6:21-cv-975-PGB-DCI, which asks the Court to vacate the Federal Transportation Mask Mandate ("FTMM") and International Traveler Testing Requirement.

8. I make this declaration based on my personal knowledge and to explain the impact of the defendant airlines' illegal discriminatory mask policies and the unlawful FTMM.

9. I am, and have been for my entire adult life, a frequent flyer, having flown more than 1,000 flights and more than 1.5 million miles. I have visited all 50 states, all five U.S. territories, and 133 foreign countries.

10. Due to my Generalized Anxiety Disorder, I have never covered my face. I tried a mask a couple times for brief periods last year, but had to remove it after five or so minutes because it caused me to instigate a feeling of a panic attack, including hyperventilating and other breathing trouble.

11. I have been illegally restricted from flying during the COVID-19 pandemic because of my inability to wear a mask. The defendant airlines have subjected me to discrimination on the basis of my disability that violates U.S. and international law as well as their contracts of carriage. They have conspired to do so, and their executives have had knowledge of the conspiracy but failed to stop it.

2

12. I have flown six times during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020, but these all took place in May and June 2020 before the airlines stopped allowing self-declared medical mask exemptions. During these six flights, I never wore a mask. I simply told the gate agent and flight attendants I had a medical exemption.

13. Were it not for the airlines' illegal discriminatory mask policies, I would be traveling on dozens of flights this year both domestically and abroad as per usual. I have never in my adult life gone 15 months without flying. It's rare that I ever go 15 weeks without flying somewhere.

14. I have been fully vaccinated from COVID-19 since May 10, 2021.

15. I was denied the ability to fly by Defendant Southwest Airlines from Orlando (MCO) to Fort Lauderdale (FLL) on June 2, 2021, solely because I can't wear a face covering – despite the fact I submitted the airline's mask exemption form immediately after booking my ticket May 31, 2021.

16. The Transportation Security Administration refused to let me pass through its checkpoint June 2 at MCO solely because I can't wear a mask, refusing to accept my exemption form and/or CDC COVID-19 Vaccination Record Card. Southwest managers responded to the checkpoint and refused to approve to mask exemption.

17. Videos of the incident are posted on my YouTube channel at https://bit.ly/LucasMaskLawsuitPL.

18. I was again denied the ability to fly June 16, 2021, when I had a ticket purchased on Defendant JetBlue Airways from FLL to Salt Lake City (SLC), because of its illegal mask policy. I could not even fly from Orlando to Fort Lauderdale to make the flight to Salt Lake City, solely because of the actions of Defendant Southwest.

19. I was again denied the ability to fly June 18, 2021, when I had a ticket purchased on Defendant Frontier Airlines from SLC to Phoenix (PHX), because of its mask mandate. Frontier has refused to refund my ticket even though I purchased a *fully refundable fare*. Numerous correspondence with Frontier attorney Brian Maye have not resulted in a refund.

20.    I was again denied the ability to fly June 20, 2021, when I had a ticket purchased on Allegiant Air from Phoenix/Mesa to Houston (HOU), because of the FTMM. The loss of this ticket cost me $110, which Allegiant has refused to refund despite numerous correspondence with its attorney Brian Maye.

21. I was again denied the ability to fly June 22, 2021, when I had a ticket purchased on Defendant Southwest Airlines from HOU to Dallas (DAL), because of its mask policy.

22.    I was again denied the ability to fly June 24-25, 2021, when I had a ticket purchased on Defendant Delta Air Lines from Dallas (DFW) to Frankfurt,

Germany (FRA), via Atlanta (ATL), because of Delta's mask policy. This violated international law as I was deprived of my fundamental right to leave my own country.

23. I rebooked my trip to Germany to visit my brother and his wife for July 1-8, however I had to reschedule this trip again to July 17-24 because I could not obtain injunctive relief from this Court or the U.S. Court of Appeals for the 11th Circuit to halt enforcement of the FTMM. These two ticket changes on Delta cost me $617.10.

24.   After Supreme Court Justice Thomas denied my emergency application for injunctive relief in mid-July, I canceled my trip aboard Delta to see my family in Germany. I later rebooked to FRA on United Airlines for Sept. 12, however that trip will also have to be canceled since the Court has failed to act to strike down the FTMM.

25. My brother and sister-in-law reside in Germany. I haven't seen them in more than two years, in great part because of the travel restrictions imposed on both sides of the Atlantic Ocean due to the COVID-19 pandemic. It has been crushing to be denied the right to see them even though I got fully vaccinated as soon as my age group became eligible.

26.   There is no mode of transportation available for me to travel from the United States to Germany other than airplane.

27. As a result of having to change my ticket to Germany, I had to cancel a Spirit Airlines flight I had booked July 3 from Myrtle Beach, South Carolina

(MYR), home to Washington, D.C. (DCA). The loss of this ticket cost me $37.59, which Spirit has not refunded.

28.     I had another ticket to fly July 10 from my home of Washington (IAD) to Seattle on Defendant Alaska Airlines, returning July 15, but had to change that to July 28 to Aug. 4 because of my inability to obtain injunctive relief. This ticket change cost me $5.20. I then had to cancel the ticket because Alaska continues to enforce an illegal mask mandate.

29.     I have not filed any complaints with the U.S. Department of Transportation because doing so would be futile given that DOT refused to enforce the Air Carrier Access Act in 2020 and January 2021, when many airlines totally banned anyone with a medical condition who can't wear a mask from flying. DOT then put out a Notice of Enforcement Policy on Feb. 5, 2021, instructing the airlines they may violate numerous ACAA regulations.

30.     Were it not for the defendants' unlawful mask policies and the FTMM blocking me from flying even though I'm fully vaccinated and have a medical condition that prohibits me from covering my face, I would have planned several more domestic and international trips between now and the end of this year and more in 2022.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept. 8, 2021.

*Lucas Wall*

Lucas Wall, lead plaintiff and class representative



**Southwest**

Log in  |  Create account     Español 

FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®     🔍

# Thanks for flying with us!

✓ Price     ✓ Payment     ✓ Confirmation

⊘ **Your flight is booked!**

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
**lewnwdc77-airlines@yahoo.com**

## Trip summary

🖨 Print

---

### ✈ Flight

**CONFIRMATION #**

▆▆▆▆▆▆

**JUN 2**
## MCO ✈ FLL

**FLIGHT TOTAL**
## $211.99

---

🚗 **Add a car**                     Add a hotel



The perfect stay is moments away

Book now. Pay later!

**From $76.94*/day in Ft. Lauderdale**

*Taxes and fees excl. Terms apply.

▨                    **Book now**

DESTINATION/HOTEL NAME:
Fort Lauderdale

CHECK-IN          CHECK-OUT
06/02/2021 📅      06/04/2021 📅

Search ↗

---



LIMITED-TIME OFFER

## Earn 65,000 points

to get your "go" on.

$69 annual fee. Offer ends 7/14/21.

**Learn more ❯**

- 3,000 anniversary points every year
- 2X points on Southwest® purchases
- 1X points on all other purchases
- Points count toward Companion Pass®

---

## 6/2 - Ft. Lauderdale



f  **Who's coming with me?**
Let your friends and family know you're traveling!

Share on Facebook! ↗

**JUN 2**
## Orlando, FL *to* Ft. Lauderdale, FL

**Confirmation #** ▆▆▆▆

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|

| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Lucasedward Wall**<br>Rapid Rewards® number   › <br>Add Known Traveler # / Redress #   › <br>Special Assistance   › | + 1,838 PTS | — | Anytime |

$ **Transparency®: Defined**
Low fares. Nothing to hide. ☐

⇄ **Change fees don't fly with us**
Flexibility for your travel plans.

☀ **Add EarlyBird Check-In®**

## Departing   6/2/21 Wednesday

                                                               **Anytime**      $183.80
*(Passenger x1)*

✈ **DEPARTS**   **10:00** AM   **MCO**      **FLIGHT**   **2204** 📶 +📺
                                             Orlando, FL - MCO      **SCHEDULED AIRCRAFT**
                                                              Boeing 737 MAX8
                                                              *Subject to change*

                Nonstop

✈ **ARRIVES**   **11:05** AM   **FLL**      **TRAVEL TIME**      **SUBTOTAL**
                                            Ft. Lauderdale, FL - FLL   1hr 5min      **$183.80**

                                                     **Taxes & fees**      $28.19

                                                     **Flight total**      **$211.99**

**Icon legend**

📶   WiFi available      📺   Live TV available

**Helpful Information:**

- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your points balance may not immediately update in your account.
- Per CDC Order, face coverings required for everyone 2 and over (through September 13, 2021).

**Book your hotel with us and save up to 15% on your stay.**



The perfect stay is moments away

DESTINATION/HOTEL NAME:

**Fort Lauderdale**

| CHECK-IN | CHECK-OUT |
|---|---|
| 06/02/2021 | 06/04/2021 |

| ROOMS | ADULTS | CHILDREN | |
|---|---|---|---|
| 1 | 1 | 0 | Search |

# Rapid Rewards®

Seek adventure, get rewarded.

✔ Unlimited reward seats
✔ No blackout dates
✔ Your points don't expire

Enroll now, it's free!

Points don't expire as long as you have flight-earning or partner-earning activity every 24 months. All Rapid Rewards rules and regulations apply.

# Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| MasterCard 7555 XXXXXXXXXXXX7555 Expiration: ■ | CARD HOLDER Lucas Wall | BILLING ADDRESS 435 10th St. NE Washington, DC US 20002 | $211.99 |

## Total charged



### You're all set for your upcoming trip.

Get ready to enjoy two bags for the price of none*, no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.

| | |
|---|---|
| SUBTOTAL | $183.80 |
| TAXES & FEES | $28.19 |
| **TOTAL DOLLARS** | **$211.99** |

Show price breakdown

# Save up to 30% off

Earn up to 2400 Rapid Rewards® points.



**Book now** ❯

**Before you travel, don't forget:**



Wear personal face coverings

Download mobile boarding passes

Agree to health declaration

Plaintiffs' Exhibit 4

# Itinerary confirmation

## You're all set to jet!

## Confirmation code: █████████

## Travelers

**Mr. Lucas Edward Wall**

| Flight | Ticket number | ██████████ |
|---|---|---|
| | | **FLL ➲ SLC** |
| | Seat | 18E |
| | Checked Baggage Allowance | 0 bags |

## Your flights

| **Fort Lauderdale, FL (FLL)** | **Salt Lake City, UT (SLC)** | **Flight 2319** | **Fare: Blue** |
|---|---|---|---|
| Wed Jun 16 2021, **10:25 AM** | Wed Jun 16 2021, **1:28 PM** | JetBlue | Nonstop |
| A320 | | | |

### Fare breakdown

| Passenger Type | Base Fare per person | Taxes & fees per person | Total Fare per person | Number of travelers |
|---|---|---|---|---|
| Adult | $357.20 | $41.19 | $398.39 | x 1 |

**Total fare:**

## Extras

➕ **Seats**

**Total extras:**

## Charged to MasterCard ending in 7555

## Car rentals - Exclusive savings of up to 35% off with Paisly.

**Paisly helps you get in gear with extra convenience, savings, TrueBlue points & free cancellations.**

**Pick-up:** SALT LAKE CITY UT, on Wed Jun 16 2021 at 1:28PM    **Drop-off:** SALT LAKE CITY UT, on Thu Jun 17 2021 at 1:28PM

Need to change your rental dates?



**Budget** $99.75 USD

Special Special

Vehicle details

**+ Add car**



**Budget** $141.55 USD

Premium Crossover

Vehicle details

**+ Add car**



**Budget** $179.00 USD

Intermediate SUV

Vehicle details

**+ Add car**



**Budget** $169.00 USD

Fullsize Car

Vehicle details

**+ Add car**

**Enhanced car rental safety standards** include increased cleaning of all vehicles before and after each rental, new safety measures on shuttle bus pick-up and drop off.*

*Safety standards provided by Avis Budget Group.

Car Terms & Conditions

## Information

1. **CARRY-ON BAG RULES:**

   **JetBlue-operated flights**

   For flights to/from U.S. (excluding from London), Caribbean and Latin America:

   For travel before 7/20/21, Blue Basic customers may bring one bag that fits in the overhead bin (space permitting for international itineraries) plus one personal ite that fits under the seat in front of them for free. For travel 7/20/21 or later, Blue Basic customers may only bring a personal item (purse, briefcase, laptop, etc.) that them for free. Personal items **may not** go in the overhead bin and must not exceed 17" L (43.2 cm) x 13" W (33 cm) x 8" H (20.32 cm).

   Mosaics and eligible travelers ↗ on the same booking and traveling together, travelers combining a Blue Basic fare with an Even More® Space seat (on all legs, if c unaccompanied minors may still bring a carry-on bag that fits in the overhead bin (guaranteed space onboard for Even More® Space seats on domestic flights wit others) and one personal item.

   Blue, Blue Plus, Blue Extra and Mint may bring one bag that fits in the overhead bin (space permitting for international itineraries) plus one personal item (purse, b under the seat in front of them for free. Any excess carry-on bags will be checked bags.

   For flights to/from London:

   Blue Basic, Blue, Blue Plus, Blue Extra and Mint may bring one bag that fits in the overhead bin (space permitting for international itineraries) plus one personal ite that fits under the seat in front of them for free. Any excess carry-on bags will be checked bags.

   **Connecting on our partner airlines (including Cape Air)** - The carry-on rules of a partner airline apply when checking in to a JetBlue flight that is connecting to page for more information. While JetBlue may allow additional carry-ons as a courtesy to customers connecting to our partner airline, JetBlue cannot guarantee th for in-cabin travel on the partner. Customers are encouraged to abide by partner's rules for their entire journey to avoid additional checked bag fees if their carry-on restrictions.

Plaintiffs' Exhibit 5

# FRONTIER

**FRIDAY, JUN 18, 2021 - FRIDAY, JUN 18, 2021**

Trip Confirmation Number: ███

Salt Lake City, UT (SLC) → Phoenix-Sky Harbor, AZ (PHX)

## Depart: Friday Jun 18, 2021

| Flight Duration | Departure | Arrival |
| --- | --- | --- |
| F9 2943 | 04:04 PM | 04:44 PM |
| | Salt Lake City, UT (SLC) | Phoenix-Sky Harbor, AZ (PHX) |
| 1hr 40min NonStop | | |

| Passenger Name Special Services | Seats | Bags |
| --- | --- | --- |
| Lucas Edward Wall -- | 23E | 1 Carry On, 1 Checked |

## Invoice

**Summary**

| | |
| --- | --- |
| Airfare | $50.12 |
| Options | $95.00 |
| U.S. Transportation Tax | $3.88 |

Carrier Interface Charge

$23.00

| | |
|---|---|
| Covid Recovery Charge | $1.59 |
| U.S. Passenger Security Fee | $5.60 |
| U.S. Domestic Flight Segment Tax | $4.30 |
| Salt Lake City, Ut (SLC) Passenger Facility Charge | $4.50 |
| **GRAND TOTAL** | **$187.99** |

## Options

**THE WORKS**

Carry On Item
Checked Bag
Best Seat Available
Refundability
No Change Fees*
No Change Fees*

$95.00

**Lucas Wall**

| | |
|---|---|
| Seat Fee | $0.00 |
| Checked Bag | INCL |
| Carry On Item | INCL |

| | |
|---|---|
| **TOTAL** | $187.99 |
| **Purchase Date** | 05/31/21 |
| **Payment** | MasterCard |
| | XXXXXXXXXXXX7555 |

Plaintiffs' Exhibit 6



 Log in

# Here's your itinerary.

Thank you for booking your travel with us! A copy of this itinerary confirmation has been sent to **lewnwdc77-airlines@yahoo.com**.

Below, you'll find all the information you need to know about your travel itinerary. Although you can always access your trip details by visiting **Manage Travel**, we recommend printing a copy for your reference now.

**Have a great trip!**

## CUSTOMER INFORMATION

# Confirmation: 

| | | |
|---|---|---|
| MANAGE TRIP | **Lucas Wall** | **Mon May 31, 2021** |





**Save time at check-in!**

Check in starts 24 hours before your flight! Download the FREE Allegiant Mobile App here, to get a digital boarding pass!

## FLIGHT INFORMATION

✈ **Departing: Sun, Jun 20,** 12:25 PM

Phoenix-Mesa Gateway Airport (IWA) > William P. Hobby Airport (HOU)

| **Lucas Wall** | **Extras** | **Special Services** |
|---|---|---|

**31E** Seat Assignment    ✔ Trip Flex                Other service information
**1** Carry-On

## RECEIPT & PAYMENT

| | |
|---|---|
| Flight | $24.74 |
| Allegiant Bonus Bundle | $51.00 |
| Seats | INCLUDED |
| Bags & Extras | INCLUDED |
| Airline Fees | $18.00 ⌄ |
| Government Fees | $16.26 ⌄ |

## TOTAL DUE (USD) $110.00

Paid by Lucas Wall with Mastercard ending in **\*\*\*\*7555**.

Charge 1: $110.00

You will see these charges in your statement:

## CONDITIONS

| | |
|---|---|
| THINGS TO KNOW BEFORE YOU GO | ⌄ |
| SEAT ASSIGNMENTS | ⌄ |
| BAGS, AIRPORT BAG FEES, AND MORE | ⌄ |
| IMPORTANT NOTICES | ⌄ |


Great deals in Houston!
ADD A HOTEL


Get around in style with a great deal from an Allegiant partner such as Alamo.
ADD A CAR

Plaintiffs' Exhibit 7



**Southwest** | FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REWARDS®    🔍    👤 Log in | Create account    Español 🌐

# Thanks for flying with us!

✓ Price    ✓ Payment    ✓ Confirmation

⊘ **Your flight is booked!**

We're sending you a confirmation email to the address below. If the email hasn't arrived in 2 minutes, check your junk or spam folder.
**lewnwdc77-airlines@yahoo.com**

## Trip summary

🖨 Print



✈ **Flight**

**CONFIRMATION #**

▅▅▅▅▅▅▅

**JUN 22**
**HOU ✈ DAL**

**FLIGHT TOTAL**
**$141.98**

🚗 **Add a car**



Add a hotel

The perfect stay is moments away

Book now. Pay later!
**From $103.54*/day in Dallas (Love Field)**

*Taxes and fees excl. Terms apply.

◨    **Book now**

DESTINATION/HOTEL NAME:
Dallas

CHECK-IN          CHECK-OUT
06/22/2021 📅   06/24/2021 📅

Search ↗

---



LIMITED-TIME OFFER

# Earn 65,000 points

to get your "go" on.

$69 annual fee. Offer ends 7/14/21.

**Learn more ›**

- 3,000 anniversary points every year
- 2X points on Southwest® purchases
- 1X points on all other purchases
- Points count toward Companion Pass®

---

## 6/22 - Dallas (Love Field)



**Who's coming with me?**
Let your friends and family know you're traveling!

Share on Facebook! ↗

**JUN 22**
## Houston (Hobby), TX *to* Dallas (Love Field), TX

**Confirmation #** ▅▅▅▅▅

**PASSENGERS**                    **EST. POINTS**    **EXTRAS**    **FARE**



| PASSENGERS | EST. POINTS | EXTRAS | FARE |
|---|---|---|---|
| **Lucasedward Wall** | + 1,187 PTS | — | Anytime |
| Rapid Rewards® number ⟩ | | | |
| Add Known Traveler # / Redress # ⟩ | | | |
| Special Assistance ⟩ | | | |

**$** **Transparency®: Defined**
Low fares. Nothing to hide. ↗

⇄ **Change fees don't fly with us**
Flexibility for your travel plans.

🌅 **Add EarlyBird Check-In®**

## Departing  6/22/21 Tuesday

**Anytime**  $118.68
*(Passenger x1)*

✈ **DEPARTS**  **1:30** PM  **HOU**
Houston (Hobby), TX - HOU

**FLIGHT**
**32** 📶 + ▣

**SCHEDULED AIRCRAFT**
Boeing 737-700
*Subject to change*

Nonstop

✈ **ARRIVES**  **2:35** PM  **DAL**
Dallas (Love Field), TX - DAL

**TRAVEL TIME**
1hr 5min

**SUBTOTAL**
**$118.68**

**Taxes & fees**  $23.30

**Flight total**  **$141.98**

**Icon legend**

📶 WiFi available      ▣ Live TV available

**Helpful Information:**

- Please read the fare rules associated with this purchase.
- When booking with Rapid Rewards® points, your points balance may not immediately update in your account.
- Per CDC Order, face coverings required for everyone 2 and over (through September 13, 2021).

**Book your hotel with us and save up to 15% on your stay.**



The perfect stay is moments away

DESTINATION/HOTEL NAME:
**Dallas**

CHECK-IN
**06/22/2021** 📅

CHECK-OUT
**06/24/2021** 📅

ROOMS **1**   ADULTS **1**   CHILDREN **0**

**Search** ↗

# Rapid Rewards®

Seek adventure, get rewarded.

✔ **Unlimited reward seats**
✔ **No blackout dates**
✔ **Your points don't expire**

Enroll now, it's free!

Points don't expire as long as you have flight-earning or partner-earning activity every 24 months. All Rapid Rewards rules and regulations apply.

# Payment summary

| PAYMENT INFORMATION | | | AMOUNT PAID |
|---|---|---|---|
| **MasterCard 7555** XXXXXXXXXXXX7555 Expiration: 4/24 | CARD HOLDER Lucas Wall | BILLING ADDRESS 435 10th St. NE Washington, DC US 20002 | **$141.98** |

## Total charged

### You're all set for your upcoming trip.

Get ready to enjoy two bags for the price of none*,
no fees to change your flight**, and some Southwest® love.

*First and second checked bags. Weight and size limits apply. **Fare difference may apply.



| SUBTOTAL | **$118.68** |
|---|---|
| TAXES & FEES | **$23.30** |
| **TOTAL DOLLARS** | **$141.98** |

Show price breakdown

# Save up to 30% off

Earn up to 2400 Rapid Rewards® points.



**Book now** ›

**Before you travel, don't forget:**



Wear personal
face coverings

Download mobile
boarding passes

Agree to health
declaration

Plaintiffs' Exhibit 8

# DFW > FRA



**Dallas-Fort Worth , TX to Frankfurt , Germany**
THU, 24 JUN 2021 - WED, 30 JUN 2021

FLIGHT CONFIRMATION #

MULTI-CITY  |  1 PASSENGER

✈  FLIGHTS

FLIGHT  **DL 1776**

THU, 24 JUN 2021          24 DAYS  FROM DEPARTURE

**DFW > ATL**          ON TIME                    SEAT: **24E**

DEPART: **2:04 PM**          ARRIVE: **5:14 PM**          MAIN CABIN  ( T )

MEAL SERVICES: Snacks ,  Drinks
In-Flight services and amenities:

In-Flight services and amenities
may vary and are subject to change.

Find Sky Club Locations :
Dallas/Ft Worth Intl - DFW
Hartsfield-Jackson Atlanta Intl - ATL

Airport Maps:   DFW  |  ATL

Aircraft:  Airbus A321
Flight Time: 2HR 10M
On Time %: N/A
Miles Flown: 731

**BAGGAGE & SERVICE FEES**

LAYOVER IN ATLANTA, GA     40M

FLIGHT  **DL 14**

THU, 24 JUN 2021          24 DAYS  FROM DEPARTURE

**ATL > FRA**          ON TIME                    SEAT: **19F**

DEPART: **5:54 PM**          ARRIVE: **8:55 AM**          MAIN CABIN  ( T )
                             Fri, 25 Jun 2021

MEAL SERVICES: Dinner ,  Snacks ,  Drinks ,  Anytime Snack
In-Flight services and amenities:

In-Flight services and amenities
may vary and are subject to change.

Find Sky Club Locations :
Hartsfield-Jackson Atlanta Intl - ATL
Frankfurt Rhein Main Intl Arpt - FRA

Airport Maps:   ATL  |  FRA

Aircraft:  Airbus A330-300
Flight Time: 9HR 1M
On Time %: N/A
Miles Flown: 4601

**BAGGAGE & SERVICE FEES**

FLIGHT  **DL 15**

WED, 30 JUN 2021          30 DAYS  FROM DEPARTURE

**FRA > ATL**          ON TIME                    SEAT: **23F**

DEPART: **11:50 AM**          ARRIVE: **3:45 PM**          MAIN CABIN  ( X )

MEAL SERVICES: Dinner ,  Snacks ,  Light Meal ,  Drinks ,
Anytime Snack
In-Flight services and amenities:

In-Flight services and amenities
may vary and are subject to change.

Find Sky Club Locations :
Frankfurt Rhein Main Intl Arpt - FRA
Hartsfield-Jackson Atlanta Intl - ATL

Airport Maps:   FRA  |  ATL

Aircraft:  Airbus A330-300
Flight Time: 9HR 55M
On Time %: N/A
Miles Flown: 4613

**BAGGAGE & SERVICE FEES**

LAYOVER IN ATLANTA, GA     2HR 45M

FLIGHT  **DL 5412**      Operated by: Endeavor Air DBA Delta Connection

WED, 30 JUN 2021          30 DAYS FROM DEPARTURE

# ATL > MYR          ON TIME

SEAT: **18D**

DEPART: **6:30 PM**          ARRIVE: **7:49 PM**          MAIN CABIN ( X )

Phil Sky Club Locations
Hartsfield-Jackson Atlanta Intl - ATL
Myrtle Beach Intl - MYR

**Airport Map:**   ATL  |  MYR

**Aircraft:** CRJ 900
**Flight Time:** 1HR 19M
**On Time %:** N/A
**Miles Flown:** 316

**MEAL SERVICES:** Snacks , Drinks
In-Flight services and amenities:

**In-Flight services and amenities
may vary and are subject to change.**

**BAGGAGE & SERVICE FEES**

## PASSENGER INFORMATION

| | NAME | FLIGHT | SEATS | TRIP EXTRAS | SPECIAL REQUESTS |
|---|---|---|---|---|---|
| 1 | LUCAS WALL<br>eTicket # ███████ | DFW  to  ATL | Main Cabin ( T )<br>24E | | |
| | | ATL  to  FRA | Main Cabin ( T )<br>19F | | |
| | | FRA  to  ATL | Main Cabin ( X )<br>23F | | |
| | | ATL  to  MYR | Main Cabin ( X )<br>18D | | |

Complete Delta Air Lines Baggage Information
Baggage fees will be assessed at the time you check in.

Final baggage fees will be assessed and charged at time of check-in. Baggage fees may change based on the class of service or frequent flyer status.
All prices are (USD) unless otherwise noted. If your itinerary qualifies for Trip Insurance, you will be able to add it before you purchase your ticket.
Changes & Cancellation Polices

# You're Booked!

`Plaintiffs' Exhibit 9`

You'll get a confirmation email as well, but check the details carefully here. Have a great trip! To protect the health and safety of our Guests and Team Members, Spirit requires appropriate face coverings (over the nose and mouth) during travel. **Learn More.**

IMPORTANT TRAVEL INFORMATION: You may be traveling to a destination that has mandatory COVID-19 travel requirements including testing, health form(s), and/or quarantine. For round trip travel, please check the requirements for both your outbound and return flights, making note to the new U.S. testing requirements. Please visit our **COVID Information Center** and your destination's government websites for travel updates at least 96 hours before you travel.

  

ADD TRIP TO CALENDAR

**NOTE: This page is not your boarding pass.**

| Booking Date: May 31, 2021 | Status: Confirmed | Confirmation Code: ███ |

## Flights

✈  July 3, 2021                                    Flight: NK454                        ⌄
Depart:  Myrtle Beach (MYR) 7:05 AM        Arrive:  Baltimore (BWI) 8:30 AM

Watch your emails for any flight time changes that may occur prior to your trip. Schedule change notifications will be sent to lewnwdc77-airlines@yahoo.com up until the day of your departure. On the day you're traveling, you can reconfirm your flight times by visiting our website or by calling us directly at 1.855-728-3555. It is recommended that you arrive at the airport about 2 hours prior to your departure for domestic flights and 3 hours prior to departure for international flights.

## Passenger

MR. LUCAS WALL                                                      👤  ⌃

**Free Spirit #:**

**Additional Info:**

🧳  MYR - BWI: --

🧳  MYR - BWI: --

## Contact

MR. LUCAS WALL
lewnwdc77-airlines@yahoo.com
+1-202-351-1735


We'll keep you posted about any changes to this trip,
so please double check your email and phone number.

# TOTAL PAID                                          $37.59   ⌄

## Free Spirit Points

**Lucas Wall**                                        **139 Points**

Don't let your points go to waste. **Sign up for free!**

### Join Free Spirit®. Earn Points. Get Rewards.

Earn points on every dollar spent when you fly with us or use one of our many partners. Flight redemption start as low at 2,500 points and are available on every seat on every flight with no blackout dates. Pool your points with family and friends so you can earn reward flights faster. It costs nothing to join and simplifies all your future bookings!

### Sign Up Today And Start Earning Points With This Flight!

**JOIN NOW FOR FREE**

Thank you for choosing Spirit. We look forward to serving you on your upcoming trip!
For modifications to flight only itineraries, please call 1.855-728-3555
For modifications to vacation package itineraries please call 1.954.698.0125
To provide feedback, please email support@spirit.com or write to Spirit Customer Relations, 2800 Executive Way, Miramar, FL 33025.

Confirmation Code: ▮▮▮▮▮▮

Plaintiffs' Exhibit 10          *Alaska* 

**Traveler**

**Lucas Wall**
  E-Ticket: ▮▮▮▮▮▮
  MP#: Not available
  Seats:  IAD-SEA    21E
          SEA-IAD    26B

| Flight | Departs | Arrives |
|---|---|---|
| Alaska 1032 | | |
| Main (K) \| | Washington, DC-Dulles (IAD) | Seattle (SEA) |
| Nonstop | Sat, Jul 10 | Sat, Jul 10 |
| Distance: 2,299 mi \| | 7:45 am | 10:33 am |
| Duration: 5h 48m | | |
| Alaska 1078 | | |
| Main (K) \| | Seattle (SEA) | Washington, DC-Dulles (IAD) |
| Nonstop | Thu, Jul 15 | Thu, Jul 15 |
| Distance: 2,299 mi \| | 8:26 am | 4:35 pm |
| Duration: 5h 9m | | |

**Flight Total for 1 passenger: $1,592.80**
**The MasterCard ending with *******7555 has been charged a total of USD $1,592.80.**

|  |  |  |
|---|---|---|
| Total per passenger | | $1,592.80 |
| Fare | | $1,454.88 |
| Base fare | $1,454.88 | |
| Taxes and fees | | $137.92 |
| United States Flight Segment Tax Domestic | $8.60 | |
| United States Passenger Civil Aviation Security Service Fee | $11.20 | |
| US Passenger Facility Charge | $9.00 | |
| US transportation tax | $109.12 | |

**Each ticket will be a separate charge on your credit card statement.**
**For additional assistance with your reservation, call us at 1-800-252-7522 for assistance.**

Plaintiffs' Exhibit 11

# Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines

Please complete the information below and submit to Southwest Airlines for review of a mask exception application.  You are submitting the information below and as outlined in this Application for Exemption in order for Southwest to evaluate and process your request for an exemption from the federal mask mandate while flying with Southwest Airlines. Southwest Airlines may share this information with a third-party medical provider, the CDC and other government authorities, and our agents, vendors, and service providers for purposes of managing and fulfilling your travel reservations and assisting Southwest Airlines with the evaluation and processing of your application for an exemption.

Please check the box below that applies:

- • I am completing this form for myself
- • I am completing this form for the minor named herein.  I am either the parent or guardian of the minor child and have the authority to and, by completing this form, hereby attest to the information provided below.

Passenger First Name:  Lucas

Passenger Middle Initial:  E.

Passenger Last Name:  Wall

Contact Email address:  LEWNWDC77-AIRLINES@yahoo.com

Contact Phone number:  202-351-1735

Reason for Mask Exception Request:
Generalized Anxiety Disorder
unable to tolerate wearing a mask

Is flight already booked? Yes ✓  No ____

If flight is already booked, please include the following information:

Date(s) of Travel:  6-2-21

City Pair:  MCO-FLL

Confirmation Number (if flight already booked): 4H4H AN

Does Passenger possess a WN Employee ID? no

If Passenger possesses a WN Employee ID, please include the following information:

WN Employee ID of Traveling Passenger: X

By submitting this request and signing below, I [name of passenger or authorized representative] [on behalf of _____] have read and understand the disclosures and requirements included above pertaining to my application to receive an exemption from the federal requirement to wear a mask while flying on Southwest Airlines, including, without limitation, Southwest's collection, use, and sharing of information.

_____
Passenger Signature or Signature of Passenger Parent or Guardian

Lucas Wall
_____
Printed Name of Passenger or Parent or Guardian

Date: 5-31-21

* It is illegal pursuant to 14 CFR Part 382 to require advance notice of disability accommodation *

I object to having to submit this form

**Southwest**

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REW

# Customers with Disabilities

Notice of Disability

Assistance in the Airport

Security Screening

Wheelchairs & Other Devices

Allergies

Cognitive Disabilities

Deaf or Hard of Hearing

Blind Or Low Vision

Medication

Trained Service Animals

Medical Oxygen

Portable Oxygen Concentrators

Non-Passenger Escort

**Mask Exemptions**

Your Rights

### Exemption to Federal Mask Requirement on Southwest Airlines

Federal law requires each person, 2 years of age and older, to wear a mask at all times throughout the flight, including during boarding and deplaning. Refusing to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties under federal law.

**Southwest Airlines will consider applications for exemptions from this mask requirement from Passengers with a disability who cannot wear a mask, or who cannot safely wear a mask because of the disability.**

Per guidance from the U.S. Department of Transportation, airlines are permitted to impose certain requirements or conditions on a person requesting an exemption from the mask requirement.

**Please comply with the following pre-travel steps:**

At least seven (7) days prior to the Passenger's planned date of travel, a Passenger requesting a mask exemption for travel on Southwest Airlines must complete and submit the following via **Southwest.com>Contact Us>Send a Message.>Email Us: Comment/Question>Disability>Future Travel Assistance**:

1. A fully completed copy of this form executed by the Passenger making the request, or if the Passenger requesting a mask exemption is a minor child, the parent or guardian of such minor child; and

2. A signed letter from the requesting Passenger's Medical Physician on the Physician's letterhead stating that the Passenger with a disability has a recognized medical condition precluding the wearing or safe wearing of a mask because of their disability.

Once Southwest Airlines receives a mask exemption application in line with the above criteria, at Southwest's request to Passenger, Passenger may undergo a private medical screening (over the phone) with a third-party medical provider (Southwest Airlines' vendor StatMD).

If Southwest preliminarily approves a mask exemption after reviewing the Passenger's PDF document and the Medical Physician's letter and after receiving the third party medical provider's affirmation for travel, if required, Southwest will contact you at the phone number or email address provided below to discuss any need to change your travel dates and/or flights and remind you of the need to obtain a qualifying COVID negative viral test.

No later than 24 hours prior to the Passenger's scheduled departure(s), Passenger must provide evidence of Passenger's qualifying COVID negative viral test result. A qualifying COVID negative viral test result is defined as:

A physical or electronic documentation of a qualifying COVID negative viral test taken within three (3) calendar days preceding the Passenger's scheduled date of travel. A viral test means a viral detection test for current infection, which is a nucleic acid amplification test with observation approved or authorized by the relevant national authority for the detection of SARS-CoV-2.

**Note:** Roundtrip travel will require an additional qualifying COVID negative viral test result taken within three (3) calendar days preceding the Passenger's scheduled date of return travel and submitted no later than 24 hours prior to the Passenger's scheduled departure, unless the Passenger's return flight is within three (3) calendar days of the date of the initial negative COVID-19 departure test.

## Join the Discussion

Share knowledge and learn from travelers just like you.
Community 🔗

### Need Help?
We're a click away.
Contact Us

### How May We Help You? Search Customer Service

Enter Keyword(s)

**Search**



**Southwest**
(https://www.southwest.com
/?clk=GNAVHOMELOGO)

FLIGHT | HOTEL | CAR | VACATIONS     SPECIAL OFFERS     RAPID REWARDS®   🔍

Contact Us (https://www.southwest.com/contact-us/contact-us.html?src=c360) > Email Us

# Comment/Question

Disability - Future Travel Assistance

Do you have a disability-related question about your upcoming travel plans? Please share the details below, and we'll get back with you as soon as possible.

If this is regarding a past travel experience, please select one of the other applicable "Disability" sub categories so that your question or comment is directed to the appropriate personnel.

* (REQUIRED) ADD A DESCRIPTION

> Attached is my Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines form for my June 2 flight from MCO to FLL.
>
> Please note it is illegal under the Air Carrier Access Act regulations (14 CFR § 382) for you to require:
>
> 1.   a disability accommodation request be submitted in advance;
> 2.   a signed letter from my medical physician attesting to my disability that precludes me from wearing a face mask;
> 3.   me to undergo a private medical screening with a third-party medical provider; and
> 4.   require me to provide evidence of a qualifying COVID negative viral test taken within three calendar days preceding my scheduled date of travel.
>
> Your face-mask-exemption policy constitutes illegal discrimination against passengers with disabilities pursuant to the Air Carrier Access Act (49

1385 character(s) remaining.

☐ I do not need a response

🔗 CFR 14-382 ACCA.pdf ✕   🔗 Southwest App for Mask Exemption WALL.pdf ✕
🔗 USC 49-41705 ACCA.pdf ✕

ADD ATTACHMENT (OPTIONAL)

⬆ Upload Files

   Maximum file size of the each attachment is 100MB

For your security, please do not enter personal information such as a credit card number or your date of birth unless date of birth is specifically requested on the form. You will receive an email acknowledging Southwest's receipt of the information you submitted and a case number for your reference. We accept common file types like jpg, jpeg, png, gif, doc, docx, xls, pdf, xlsx, and txt (max. per file: 100 MB / max. total: 500 MB and 5 files).

⌄ **Flight Information**

(JavaScript:Void(0);)

* (REQUIRED) FLIGHT / EVENT DATE

Jun 2, 2021                                                                                           📅

* (REQUIRED) AIRPORT

MCO

Orlando, FL - **MCO**

**\* (REQUIRED) FLIGHT NUMBER**

2204

**\* (REQUIRED) CONFIRMATION NUMBER**

4HLAN

Your entry is too short.

**\* (REQUIRED) ORIGIN CITY**

MCO

Orlando, FL - **MCO**

**\* (REQUIRED) DESTINATION CITY**

FLL

Ft. Lauderdale, FL - **FLL**

## Contact Information

**\* (REQUIRED) FIRST NAME**

Lucas

**\* (REQUIRED) LAST NAME**

Wall

**\* (REQUIRED) EMAIL**

lewnwdc77-airlines@yahoo.com

**PHONE NUMBER**

202-351-1735

Please enter valid Phone Number. Special characters are not accepted

**RAPID REWARDS ACCOUNT NUMBER**

> **Your Address** (Optional)

**(JavaScript:Void(0);)**

| Go Back | Submit |

Privacy - Terms

Attached is my Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines form for my June 2 flight from MCO to FLL.

Please note it is illegal under the Air Carrier Access Act regulations (14 CFR § 382) for you to require:

1. a disability accommodation request be submitted in advance;
2. a signed letter from my medical physician attesting to my disability that precludes me from wearing a face mask;
3. me to undergo a private medical screening with a third-party medical provider; and
4. require me to provide evidence of a qualifying COVID negative viral test taken within three calendar days preceding my scheduled date of travel.

Your face-mask-exemption policy constitutes illegal discrimination against passengers with disabilities pursuant to the Air Carrier Access Act (49 USC § 41705). The U.S. Code and Code of Federal Regulations provisions are attached for your reference. I refuse to abide by your requests for a physician letter, private medical screening, and negative COVID test since these are illegal. Also, I am fully vaccinated and don't pose a threat to anyone.

## Southwest Airlines Response to your Inquiry (Case #24103856)

From:  Southwest Airlines (no-reply@southwest-communications.com)

To:      lewnwdc77-airlines@yahoo.com

Date:  Monday, May 31, 2021, 1:00 PM EDT



**Dear Lucas,**

Thank you for taking the time to contact Southwest Airlines. The case number for your webform submission is 24103856. You indicated that your reason for contacting us is regarding a disability-related service. Depending on the nature of your correspondence and regulatory requirements, it may take up to 30 days before you receive a response. We are dedicated to providing you with a thorough and personal response. We apologize for any inconvenience this may cause and appreciate your patience.

This is an automated note, so please do not reply to this email. If your correspondence is regarding travel scheduled within the next seven days, please call us at 1-800-435-9792, or check out our Frequently Asked Questions on Southwest.com.

 **Reward seats only on days ending in "y."** That's Trans**fare**ncy®.

**Connect with us** 

**Mobile app** 

Southwest.com® | Privacy | Contact Us

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright {This Year} Southwest Airlines Co. All Rights Reserved.

# Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines

Please complete the information below and submit to Southwest Airlines for review of a mask exception application.  You are submitting the information below and as outlined in this Application for Exemption in order for Southwest to evaluate and process your request for an exemption from the federal mask mandate while flying with Southwest Airlines. Southwest Airlines may share this information with a third-party medical provider, the CDC and other government authorities, and our agents, vendors, and service providers for purposes of managing and fulfilling your travel reservations and assisting Southwest Airlines with the evaluation and processing of your application for an exemption.

Please check the box below that applies:

- I am completing this form for myself.
- I am completing this form for the minor named herein.  I am either the parent or guardian of the minor child and have the authority to and, by completing this form, hereby attest to the information provided below.

Passenger First Name: _Lucas_

Passenger Middle Initial: _E._

Passenger Last Name: _Wall_

Contact Email address: _LEWNWPC77-AIRLINES@yahoo.com_

Contact Phone number: _202-354-1735_

Reason for Mask Exception Request:

_Generalized Anxiety Disorder_
_unable to tolerate wearing a mask_

Is flight already booked? Yes _✓_ No_____

If flight is already booked, please include the following information:

Date(s) of Travel: _6-22-21_

City Pair: _HOU-DAL_

Confirmation Number (if flight already booked): ███████

Does Passenger possess a WN Employee ID? ___NO___

If Passenger possesses a WN Employee ID, please include the following information:

WN Employee ID of Traveling Passenger: ___X___

By submitting this request and signing below, I [name of passenger or authorized representative] [on behalf of _____] have read and understand the disclosures and requirements included above pertaining to my application to receive an exemption from the federal requirement to wear a mask while flying on Southwest Airlines, including, without limitation, Southwest's collection, use, and sharing of information and that Southwest Airlines may change my travel dates and/or flights should one or more of my originally scheduled flights have a capacity of 75% or more, or another Passenger approved for a mask exemption booked on such flight.

_____

Passenger Signature or Signature of Passenger Parent or Guardian

_____

Printed Name of Passenger or Parent or Guardian

Date: ___5-31-21___

✱ It is illegal pursuant to 14 CFR Part 382 to require advance notice of disability accommodation ✱

I object to having to submit this form.

# Southwest

FLIGHT | HOTEL | CAR | VACATIONS    SPECIAL OFFERS    RAPID REW

## Customers with Disabilities

Notice of Disability

Assistance in the Airport

Security Screening

Wheelchairs & Other Devices

Allergies

Cognitive Disabilities

Deaf or Hard of Hearing

Blind Or Low Vision

Medication

Trained Service Animals

Medical Oxygen

Portable Oxygen Concentrators

Non-Passenger Escort

**Mask Exemptions**

Your Rights

### Exemption to Federal Mask Requirement on Southwest Airlines

Federal law requires each person, 2 years of age and older, to wear a mask at all times throughout the flight, including during boarding and deplaning. Refusing to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties under federal law.

**Southwest Airlines will consider applications for exemptions from this mask requirement from Passengers with a disability who cannot wear a mask, or who cannot safely wear a mask because of the disability.**

Per guidance from the U.S. Department of Transportation, airlines are permitted to impose certain requirements or conditions on a person requesting an exemption from the mask requirement.

**Please comply with the following pre-travel steps:**

At least seven (7) days prior to the Passenger's  planned date of travel, a Passenger requesting a mask exemption for travel on Southwest Airlines must complete and submit the following via **Southwest.com>Contact Us>Send a Message.>Email Us: Comment/Question>Disability>Future Travel Assistance:**

1. A fully completed copy of this form executed by the Passenger making the request, or if the Passenger requesting a mask exemption is a minor child, the parent or guardian of such minor child; and

2. A signed letter from the requesting Passenger's Medical Physician on the Physician's letterhead stating that the Passenger with a disability has a recognized medical condition precluding the wearing or safe wearing of a mask because of their disability.

Once Southwest Airlines receives a mask exemption application in line with the above criteria, at Southwest's request to Passenger, Passenger may undergo a private medical screening (over the phone) with a third-party medical provider (Southwest Airlines' vendor StatMD).

If Southwest preliminarily approves a mask exemption after reviewing the Passenger's PDF document and the Medical Physician's letter and after receiving the third party medical provider's affirmation for travel, if required, Southwest will contact you at the phone number or email address provided below to discuss any need to change your travel dates and/or flights and remind you of the need to obtain a qualifying COVID negative viral test.

No later than 24 hours prior to the Passenger's scheduled departure(s), Passenger must provide evidence of Passenger's qualifying COVID negative viral test result. A qualifying COVID negative viral test result is defined as:

A physical or electronic documentation of a qualifying COVID negative viral test taken within three (3) calendar days preceding the Passenger's scheduled date of travel. A viral test means a viral detection test for current infection, which is a nucleic acid amplification test with observation approved or authorized by the relevant national authority for the detection of SARS-CoV-2.

**Note:** Roundtrip travel will require an additional qualifying COVID negative viral test result taken within three (3) calendar days preceding the Passenger's scheduled date of return travel and submitted no later than 24 hours prior to the Passenger's scheduled departure, unless the Passenger's return flight is within three (3) calendar days of the date of the initial negative COVID-19 departure test.

## Join the Discussion

Share knowledge and learn from travelers just like you.

Community

### How May We Help You? Search Customer Service

Enter Keyword(s)                                                    **Search**

## Need Help?

We're a click away.

Contact Us


(https://www.southwest.com
/?clk=GNAVHOMELOGO)

FLIGHT | HOTEL | CAR | VACATIONS      SPECIAL OFFERS      RAPID REWARDS®    🔍

Contact Us (https://www.southwest.com/contact-us/contact-us.html?src=c360) > Email Us

# Comment/Question

Disability - Future Travel Assistance

Do you have a disability-related question about your upcoming travel plans? Please share the details below, and we'll get back with you as soon as possible.

If this is regarding a past travel experience, please select one of the other applicable "Disability" sub categories so that your question or comment is directed to the appropriate personnel.

**\* (REQUIRED) ADD A DESCRIPTION**

Attached is my Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines form for my June 22 flight from HOU to DAL.

Please note it is illegal under the Air Carrier Access Act regulations (14 CFR § 382) for you to require:

1.   a disability accommodation request be submitted in advance;
2.   a signed letter from my medical physician attesting to my disability that precludes me from wearing a face mask;
3.   me to undergo a private medical screening with a third-party medical provider; and
4.   require me to provide evidence of a qualifying COVID negative viral test taken within three calendar days preceding my scheduled date of travel.

Your face-mask-exemption policy constitutes illegal discrimination against passengers with disabilities pursuant to the Air Carrier Access Act (49

1383 character(s) remaining.

☐  I do not need a response

🔗 CFR 14-382 ACCA.pdf ×    🔗 SW Mask Exemption Form HOU-DAL.pdf ×
🔗 USC 49-41705 ACCA.pdf ×

**ADD ATTACHMENT (OPTIONAL)**

⬆ Upload Files

Maximum file size of the each attachment is 100MB

For your security, please do not enter personal information such as a credit card number or your date of birth unless date of birth is specifically requested on the form. You will receive an email acknowledging Southwest's receipt of the information you submitted and a case number for your reference. We accept common file types like jpg, jpeg, png, gif, doc, docx, xls, pdf, xlsx, and txt (max. per file: 100 MB / max. total: 500 MB and 5 files).

∨  **Flight Information**

(JavaScript:Void(0);)

**\* (REQUIRED) FLIGHT / EVENT DATE**

Jun 22, 2021                                                                                    📅

**\* (REQUIRED) AIRPORT**

HOU

Houston (Hobby), TX - **HOU**

* (REQUIRED) FLIGHT NUMBER

32

* (REQUIRED) CONFIRMATION NUMBER

████

* (REQUIRED) ORIGIN CITY

HOU

**Hou**ston (Hobby), TX - **HOU**

* (REQUIRED) DESTINATION CITY

DAL

**Dal**las (Love Field), TX - **DAL**

## Contact Information

* (REQUIRED) FIRST NAME

Lucas

* (REQUIRED) LAST NAME

Wall

* (REQUIRED) EMAIL

lewnwdc77-airlines@yahoo.com

PHONE NUMBER

2023511735

RAPID REWARDS ACCOUNT NUMBER

> **Your Address** (Optional)

**(JavaScript:Void(0);)**

Go Back

Submit

Privacy · Terms

## Need help?
## Contact Us

Customer Service    FAQ

## Subscribe
## Wanna receive email from us?

**(https://www.southwest.com**

Attached is my Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines form for my June 2 flight from MCO to FLL.

Please note it is illegal under the Air Carrier Access Act regulations (14 CFR § 382) for you to require:

1. a disability accommodation request be submitted in advance;
2. a signed letter from my medical physician attesting to my disability that precludes me from wearing a face mask;
3. me to undergo a private medical screening with a third-party medical provider; and
4. require me to provide evidence of a qualifying COVID negative viral test taken within three calendar days preceding my scheduled date of travel.

Your face-mask-exemption policy constitutes illegal discrimination against passengers with disabilities pursuant to the Air Carrier Access Act (49 USC § 41705). The U.S. Code and Code of Federal Regulations provisions are attached for your reference. I refuse to abide by your requests for a physician letter, private medical screening, and negative COVID test since these are illegal. Also, I am fully vaccinated and don't pose a threat to anyone.

# Southwest Airlines Response to your Inquiry (Case #24107771)

From:  Southwest Airlines (no-reply@southwest-communications.com)

To:      lewnwdc77-airlines@yahoo.com

Date:  Monday, May 31, 2021, 1:21 PM EDT



**Dear Lucas,**

Thank you for taking the time to contact Southwest Airlines. The case number for your webform submission is 24107771. You indicated that your reason for contacting us is regarding a disability-related service. Depending on the nature of your correspondence and regulatory requirements, it may take up to 30 days before you receive a response. We are dedicated to providing you with a thorough and personal response. We apologize for any inconvenience this may cause and appreciate your patience.

This is an automated note, so please do not reply to this email. If your correspondence is regarding travel scheduled within the next seven days, please call us at 1-800-435-9792, or check out our Frequently Asked Questions on Southwest.com.

 **Reward seats only on days ending in "y."** That's Trans**fare**ncy®.

**Connect with us**
    

**Mobile app**

Southwest.com® | Privacy | Contact Us

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright {This Year} Southwest Airlines Co. All Rights Reserved.

Plaintiffs' Exhibit 12

**COVID-19 Vaccination Record Card**

Please keep this record card, which includes medical information about the vaccines you have received.

Por favor, guarde esta tarjeta de registro, que incluye información médica sobre las vacunas que ha recibido.

Wall                     Lucas                         E.

First Name                                    MI

Patient number (medical record or IIS record number)

| Vaccine | Product Name/Manufacturer Lot Number | Date | Healthcare Professional or Clinic Site |
|---|---|---|---|
| 1st Dose COVID-19 | 04 8A2LA Mod | 3 29 21 mm dd yy | Sumter |
| 2nd Dose COVID-19 | B 3152174 Modern | 4 26 21 mm dd yy | Sumter |
| Other | | __/__/__ mm dd yy | |
| Other | | __/__/__ mm dd yy | |

October 10, 2013

Plaintiffs' Exhibit 13

Christopher Straley, LICSW
3000 Connecticut Avenue NW,
Suite 134
Washington, DC

Disability Determination Services
U.S. Social Security Administration
S11 Washington, DC
PO Box 8817
London, KY 40742-9890

Re: Lucas Wall (DOB: ███████)

To Whom It May Concern:

My name is Christopher Straley. I am a Licensed Independent Clinical Social Worker in Washington, D.C. I completed a Master's Degree in Social Work from West Virginia University and have completed additional post graduate training at the Washington School of Psychiatry. I have worked in both private practice and in psychiatric medical settings over the past 15 years.

I have worked with Mr. Lucas Wall intermittently since August 5, 2009, broken up along two stints, August 2009 through April 2012 and again in February 2013 to the present. We usually met for weekly individual psychotherapy sessions. I write this letter based on my experience in working with Lucas from 3/1/2010 to present.

My current diagnoses for Lucas, under the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition ("DSM-IV"), are as follows:

Axis I:            ████████████████████████████████████

                   300.02 Generalized Anxiety Disorder,

Axis II:           ███████████████████████████████████
Axis III:          ███████████████████████████████████
Axis IV:           ███████████████████████████████████

Axis V:            ███████████████████████████████████

When I originally started working with Lucas our area of focus centered on his ████████ and anxious symptoms, ████████████████████████ One of the factors that had a significant impact on Lucas' mood and anxiety was, █████████████████████████
███████████████████████████████████████████████████████████████████████████

Lucas Wall



, increased anxiety symptoms, sometimes resulting in panic attacks.

*During our time together Mr. Wall has exhibited the following* symptomology.

- He has an anxiety syndrome characterized by at least three of the following: feeling on edge, being easily fatigued, difficulty concentrating, irritability, panic attacks, muscle tension, and periods of intense fear.



Sincerely,

Christopher Straley, LICSW

2

September 27, 2014

Christopher Straley, LICSW
3000 Connecticut Avenue NW,
Suite 134
Washington, DC

Office of Disability Adjudication and Review
U.S. Social Security Administration
Suite 300
1227 25th Street, N.W.
Washington, D.C. 20037

Re: ████ Lucas Wall (DOB: ████ )

To Whom It May Concern:

This letter is in follow up to a previous letter that was sent October, 2013. Few issues, from my perspective have changed since last year ███████████████████████ ████████████████████████████████████████ anxiety

My name is Christopher Straley. I am a Licensed Independent Clinical Social Worker in Washington, D.C. I completed a Master's Degree in Social Work from West Virginia University and have completed additional post graduate training at the Washington School of Psychiatry. I have worked in both private practice and in psychiatric medical settings over the past 16 years.

I have worked with Mr. Lucas Wall intermittently since August 5, 2009, broken up along two stints, August 2009 through April 2012 and again in February 2013 to the present (09/2014). We usually meet for weekly individual psychotherapy sessions. I write this letter based on my experience in working with Lucas from 3/1/2010 to present (09/2014).

My current diagnoses for Lucas, under the Diagnostic and Statistical Manual of Mental Disorders, Fourth Edition ("DSM-IV"), are as follows:

Axis I:       ████████████████████████████████████
              ██████████████████████
              300.02 Generalized Anxiety Disorder,
Axis II:      █████████
Axis III:     ████████████████████████████████
Type
Axis IV:      ██████████████████████████████████
              ████████████████████████

When I originally started working with Lucas our area of focus centered on his ████████ anxious symptoms. ███████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████████████ ████████████████████████████████████████████

Lucas Wall
(DOB: ███████)

████████████████

█████████████████████████████
████████████████████████████████████████ resulted in
██████████████████████████ increased anxiety symptoms, sometimes resulting in
panic attacks.
█████████████████████████████
████████████████████████

During our time together Mr. Wall has exhibited the following symptomology related to his mental
health:

- He has an anxiety syndrome characterized by at least three of the following: feeling on edge, being
  easily fatigued, difficulty concentrating, irritability, panic attacks, muscle tension, and periods of
  intense fear.

- ██████████████████████████████████████
  ████████████████████████████

- ████████████████████████████

- ████████████████████████████
  ████

- ████████████████████████████

████████████████████████████████
████████████████████████████████
████████████████████████████████
█████

Sincerely,

*Christopher Straley (signature)*

Christopher Straley, LICSW

2



7121 Fairway Drive
Suite 102
Palm Beach Gardens, FL 33418
Toll Free: 888-920-4440
Fax: 561-246-4823
Email: intake@danestreet.com

Daniel Harrop III, M.D.
Psychiatry

| Request Date: | 04/02/15 | Report Date: | 04/15/15 |
|---|---|---|---|
| Claimant: | Lucas Wall | Injury Date: | 03/21/12 |
| SSN#: | xxx-xx-xxxx | Insured: | N/A |
| Claim #: | | Jurisdiction: | N/A |
| Dane Street ID: | 430482 | Review Type: | Initial Review |



Lucas Wall
Page 1 of 21



**Summary:**

According to the medical records, the claimant is a 38-year-old male with a disability date of 03/21/2012. He was diagnosed with ███████████████████████████████████████████, and anxiety.

On 08/26/2009, the claimant was seen by Helene Emsellem, MD (Sleep Medicine) for sleep consultation. He was evaluated for daytime tiredness and circadian rhythm sleep disorder. The past medical history showed anxiety

an anxiety disorder.

, encouraged him to , continue attention to his anxiety and mood disorder.

On 10/28/2009, the claimant was seen by Linda Croom, ANPC for his DSPS and excessive daytime sleepiness seen in the setting of anxiety



On 01/25/2010, the claimant was seen by Mahmoud Mustafa, MD for his medications ████████ ███. He had persistent symptoms of anxiety

On 11/21/2011, the claimant was seen by Mahmoud Mustafa, MD for an office visit. He had a history of ██████████, anxiety, ████████████████████████████████████████████████████████████████

████████

██ ████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████

On 12/02/2011, the claimant was seen by Michael West, MD due to ██████████████. He had a history of ██████████, anxiety, ████████████████████ █ █ ████████████████████████████████████████████

████████████████████████████████ █ █ ████████████████

████████████████████████████████████████████████████████████ █ █ ██████████████████ ██ ██████████████████████████████████████

██ ██ ████████████████████████████████████████████████

████████████████ █ █ █ █ ██████████ █ █ ████████████████████ ████████████████████████████████████████████████████████████ ████████████████████████████████████████████████

██ ██ ████████████████████████████████████████████████

████████████████████████████████████████████████████████████ ██████████████

████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████ ██████████████ █ █ █ ██████████ █ ████████████████

On 11/21/2012, the claimant was seen by Mahmoud Mustafa, MD due to ████████████████████, and anxiety. He needed refill of all his medications. He was anxious ████████████████████ █ ████████████████████████████. He was diagnosed with ██████████████████ generalized anxiety disorder.



On 02/13/2013, the claimant was seen by Thomas Hall, MD

obtained psychiatric referral.

. He displayed some anxiety



A Diagnostic Assessment (Psychiatric and Behavioral Domain 10 from the Department of Mental Health dated 03/01/2013 documented that the claimant complained of ████████████████, anxiety disorder, ██████████. His previous psychiatric treatment histories were anxiety disorder, ██

On 03/26/2013, the claimant was seen by Asa Briggs, NP for an initial psychiatric evaluation. ████████████ The assessments were ████████████████ and generalized anxiety disorder. He was advised to continue taking his current medication. The potential side-effects of the medication were discussed.



On 05/10/2013, the claimant was seen by Vivek Jain, MD

The impression were history of

, and anxiety



A correspondence dated 10/10/2013 from Christopher Straley, LICSW documented that the claimant was under his care intermittently since 08/05/2009, broken up along two stints in August 2009 through February 2013 to the present. They had usually met for psychotherapy sessions. His diagnoses under the Diagnostic and Statistical Manual of Mental Disorders were ███████████████ and generalized anxiety disorder under axis 1.



On 11/01/2013, an Attending Physician Statement by Samuel Potolicchio, MD documented that the claimant was first seen on 06/04/2013 and last seen on 11/01/2013. ███████████████████████████████████ ███████████████████████████████████████████████. His medications were █████ 60 mg daily for ████████ and anxiety.

On 12/23/2013, the claimant was seen by Brinda Krishnan, MD (Psychiatry) for a psychiatric appointment visit and mental health care. He reported anxiety ███████████████████████████████████ He was diagnosed with generalized anxiety disorder.



On 05/12/2014, the claimant was seen by Brinda Krishna, MD for an office visit. He reported an increase and anxiety

He was diagnosed with generalized anxiety disorder.





On 07/18/2014, the claimant was seen by Brinda Krishnan, MD foe an office visit.

. He was diagnosed with generalized anxiety disorder

On 10/05/2014, a correspondence from Samuel Potolicchio, MD indicated that the claimant                . He also suffered from          and anxiety.

On 10/17/2014, the claimant was seen by Brinda Krishnan, MD for a follow-up visit. His anxiety and



He was diagnosed with generalized anxiety disorder,

A Physician's Statement of Disability Claim completed by Samuel Potolicchio, MD (Neurology) on 01/06/2015 documented that [redacted] He was also diagnosed with generalized anxiety disorder

conditions that contributed to his disability were generalized anxiety disorder,

The claimant was seen by Brinda Krishnan, MD on 01/30/2015 for a psychiatric follow-up visit.

His anxiety

. He was diagnosed with generalized anxiety disorder,



A correspondence by Christopher Straley, LICSW on 03/06/2015 documented that the claimant underwent psychotherapy services intermittently for seven years.

He had exhibited the symptomology related to his mental health which included anxiety syndrome characterized by feeling on edge, being easily fatigued, difficulty concentrating, irritability, panic attacks, muscle tension, and periods of intense fear.

The prognosis of his ████████████████████████████ anxiety was moderate to fair. It was noted that his symptoms would not be returning to baseline in the near future and he would have to make significant adjustments to his identity and way of living.



As noted above, the claimant has struggled with ███████ and anxiety for some years, ████████

On 11/21/2011, Dr. Mustafa saw the claimant for an office visit. He had a history of ████████ anxiety,

**Conflict of Interest Attestation:**

I hereby attest, as the reviewer of this request, I have a scope of licensure that typically manages the medical condition, procedure, treatment or issue under review for this specific case. I have current, relevant experience and/or knowledge to render a determination for this case. To the best of my knowledge, I have not been involved with the specific episode of care prior to referral of this review. I have no relationship, affiliation or conflict of interest with the covered person or covered person's authorized representative whose treatment is the subject of this review. I have no material professional, familial or financial conflict of interest with the referring entity, the insurance issuer or group health plan that is the subject of this review, any officer director, or management employee of the insurance issuer that is the subject of this review, any group health plan administrator, plan fiduciary, or plan employee. I have no material professional, familial or financial conflict of interest with the health care provider, the health care provider's medical group or independent practice association recommending the health care service or treatment that is the subject of this review, the facility at which the recommended health care service or treatment would be provided or the developer or manufacturer of the principal drug, device, procedure or other therapy being recommended for the covered person whose treatment is the subject of this review, nor incentive to promote the use of any services which may be associated with the claim that is the subject of this review. As an independent reviewer, I have not and will not accept compensation for this or any other independent review activities that is dependent in any way on the specific outcome of this case or other cases. It is important to point out that this review is meant to be of assistance in the case evaluation process and is not intended to establish a patient/doctor relationship. Furthermore, my opinion does not constitute recommendations as to specific or administrative function. The opinion above is based on the information available for review and held to a reasonable degree of clinical certainty. I reviewed the entire medical records and complete documentation provided on the case individually and completely and gave attention to all of the records personally, in addition to any synopses that may have been provided to them.

*Daniel S. Harrop, M.D.*

Daniel Harrop III, M.D.
Board Certified Psychiatry

10/10/2015

To Whom It May Concern,

I am writing this letter today on half of Mr. Wall, ███████████████████████████ ██████████████████████████████████████████████████████ ███████

As stated in my previous letter, I have worked with Mr. Wall regularly over the course of several years, and seen Mr. Wall through much of his struggle with his ████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████. He has tried multiple pharmaceutical treatments including ████████████████████████████████ ████████████████████████████ anti-anxiety medications. ████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ████████████████████████████████████████████████████████ ██████████████████████████████████████████

Sincerely,

Christopher Straley, LICSW

Miriam Beadle, Ph.D.
Licensed Psychologist Clinical Neuropsychologist
3000 Connecticut Avenue NW #136
Washington DC 20008
202-536-5602

**Patient:**      Lucas E. Wall
**Date of Birth:**
**Claim #:**

## History and Current Psychological Condition:

     Lucas Wall was originally seen by this clinician 1/21/16. His prior therapist was reducing his practice therefore the patient needed a new therapist.

     The patient was seen in weekly therapy until August 2016, when he was psychiatrically hospitalized

     He was kept inpatient for four days. He was discharged with recommendations to return back to outpatient therapy. Since that time, he has been seen in biweekly psychotherapy.

## Premorbid Functioning:

Wall, Lucas
Page 2

## Mental Status:

As noted, the patient's level of psychological functioning has historically been unstable. He would easily become labile in private and in public. He was unable to adequately cope with his emotional functioning ███████████████████████████████████████████

The patient presented often with flat affect and anxious mood. Emotional lability was often present. He often experienced bouts of anxiety and panic. ████████████████████████



## Treatment Progress:

The patient has been compliant with his treatment. He participates in his sessions and is open to recommendations made to him by this clinician. Since the time of the inpatient stay, we have worked to manage his lability and unstable mood. ████████████████████████

His treatment goals continue to be to ████████████████████ decrease his experiences of anxiety and panic that still occur often, ████████████████████████

## Diagnostic Impression:

F31.81     ████████████████
F41.1      Generalized Anxiety Disorder

Wall, Lucas
Page 3


**Prognosis:**

Currently poor. ████████████████████████


**Recommendations:**

1. Continue on long-term disability.
2. Continue in outpatient psychotherapy for treatment and ongoing evaluation of psychological functioning.



If there are any questions, please call.




Miriam Beadle, Ph.D.
Licensed Psychologist
Health Psychologist
Clinical Neuropsychologist

Promised: 4/23/21, 4:02

# WA 71

## Wall, Lucas

## Prescription Information



### CLONAZEPAM 1 MG TABLET
Common brand(s) Klonopin

Take 1 tablet by mouth twice a day

| | |
|---|---|
| MORNING | 1 TABLET |
| MIDDAY | |
| EVENING | 1 TABLET |
| BEDTIME | |

See back for more information

**Important Information**
- May cause drowsiness and dizziness. Carefully
vehicle, vessel, machines.
- Call doctor if you experience mood changes,
depression or fear.
- Take or use this exactly as directed. Do not
doses or discontinue.
- Use with opioids may cause serious breathing or
or severe drowsiness

## Receipt & Refill Information

| | STORE# 3144 |
|---|---|
| **CVS Pharmacy** | |
| 901 S Main St | |
| Wildwood, FL 34785 | |
| **STORE TEL:** (352) 748-1414 | |

### CLONAZEPAM 1 MG TABLET

NDC: 16729-0137-1
QTY: 180 EA

CAP: **Non-Safety**

REFILL: 0 Refills
MFR: ACCORD HEAL...CA
PRSCBR: Mahmood Mu...a
DAYS SUPPLY: 90
DATE FILLED: 4/23/21

RETAIL PRICE: $103.99

## Notes from the Pharmacy

Any questions about your medication? Contact your pharmacist:
Hanh Hoang, RPh
**TEL:** (352) 748-1414

♥CVS pharmacy™

---

ee also Warning section. Drug interactions may change how your
medications work or increase your risk for serious side effects. This
document does not contain all possible drug interactions. Keep a list of
all the products you use (including prescription/nonprescription drugs
and herbal products) and share it with your doctor and pharmacist. Do
ot start, stop, or change the dosage of any medicines without your
doctor's approval. Some products that may interact with this drug
nclude: orlistat, sodium oxybate. The risk of serious side effects (such
as slow/shallow breathing, severe drowsiness/dizziness) may be
ncreased if this medication is taken with other products that may also
cause drowsiness or breathing problems. Tell your doctor or
pharmacist if you are taking other products such as opioid pain or
cough relievers (such as codeine, hydrocodone), alcohol, marijuana
cannabis), drugs for sleep or anxiety (such as alprazolam, lorazepam,
zolpidem), muscle relaxants (such as carisoprodol, cyclobenzaprine),
or antihistamines (such as cetirizine, diphenhydramine). Check the
abels on all your medicines (such as allergy or cough-and-cold
products) because they may contain ingredients that cause drowsiness.
Ask your pharmacist about using those products safely.

**OVERDOSE:**
If someone has overdosed and has serious symptoms such as passing
out or trouble breathing, call 911. Otherwise, call a poison control
center right away. US residents can call their local poison control center
at 1-800-222-1222. Canada residents can call a provincial poison
control center. Symptoms of overdose may include: severe drowsiness,
confusion, loss of consciousness, slowed/decreased reflexes.

**NOTES:**
Do not share this medication with others. Sharing it is against the law.
Laboratory and/or medical tests (such as liver function tests, complete
blood count) should be performed periodically to monitor your progress
or check for side effects. Consult your doctor for more details.

**MISSED DOSE:**
If you miss a dose, take it as soon as you remember. If it is near the
time of the next dose, skip the missed dose. Take your next dose at the
regular time. Do not double the dose to catch up.

**STORAGE:**
Store at room temperature away from light and moisture. Do not store
in the bathroom. Keep all medications away from children and pets. Do
not flush medications down the toilet or pour them into a drain unless
instructed to do so. Properly discard this product when it is expired or
no longer needed. Consult your pharmacist or local waste disposal
company.

**Information last revised March 2021. Copyright(c) 2021 First
Databank, Inc.**

---

**A Simple Way to Manage your Prescriptions**
CVS Pharmacy has made it easier for you to read
and follow your prescription information. We use
icons to show you what part of the day to take
when to take each medication dose, so your
prescriptions can work harder for you.

As always, your CVS Pharmacy team welcomes
your questions.

**Keep Out of Reach of Children. Important Disclaimer:** The side effects described in this document
do not reflect all the possible risks that could be caused by this medication. For further information,
please consult with your physician about the uses, precautions and risks of the medication specific
to your health. This information is obtained from First DataBank for use as an educational aid.
Item# 399469

IAZEPAM 1 MG TABLET

URER: ACCORD HEALTHCA

LUE ROUND-shaped TABLET imprinted with C 1 on the front.

INGREDIENT:
EPAM - ORAL - (klo-NAY-zeh-pam)
N BRAND NAME(S):

G:
am has a risk for abuse and addiction, which can lead to
and death. Taking this medication with alcohol or other drugs
cause drowsiness or breathing problems (especially opioid
including death. To lower your risk, your doctor should have you
smallest dose of clonazepam that works, and take it for the
possible time. Be sure you know how to take clonazepam and
r drugs you should avoid taking with it. See also Drug
ns section. Get medical help right away if any of these very
de effects occur: slow/shallow breathing, unusual
adness, severe drowsiness/dizziness, difficulty waking up,
stopping this medication may cause serious (possibly fatal)
al, especially if you have used it for a long time or in high doses.
it withdrawal, your doctor may lower your dose slowly. Tell your
pharmacist right away if you have any withdrawal symptoms
eadaches, trouble sleeping, restlessness,
ons/contusion, depression, nausea, or seizures. Withdrawal
s may sometimes last weeks to months.

am is used to prevent and control seizures. This medication is
an anticonvulsant or antiepileptic drug. It is also used to treat
cks. Clonazepam works by calming your brain and nerves. It
o a class of drugs called benzodiazepines.

USE:
Warning section. Read the Medication Guide provided by your
st before you start taking clonazepam and each time you get a
ou have any questions, ask your doctor or pharmacist. Take this
on by mouth as directed by your doctor, usually 2 or 3 times daily,
based on your medical condition, age, and response to
For children, the dose is also based on weight. Older adults
art with a lower dose to decrease the risk of side effects. Do not
our dose, take it more often, or take it for a longer time than
Take this medication regularly to get the most benefit from it. To
remember, take it at the same times each day. Do not stop taking
ation without consulting your doctor. Some conditions may
orse when this drug is suddenly stopped. Your dose may need
ually decreased. When this medication is used for a long time, it
ork as well. Talk with your doctor if this medication stops
well. Though it helps many people, this medication may
s cause addiction. This risk may be higher if you have a
use disorder (such as overuse of or addiction to drugs/alcohol)
medication exactly as prescribed to lower the risk of addiction.
doctor or pharmacist for more details. If you have several
pes of seizure disorders, you may experience a worsening of
hen you first start using clonazepam. Consult your doctor right
s happens. Your doctor may need to add or adjust the dose of
medications to control the seizures. Tell your doctor if your
ersists or worsens.

SIDE EFFECTS:
See also Warning section. Drowsiness, dizziness, tiredness, loss of
coordination, or increased saliva production may occur. If any of these
effects persist or worsen, tell your doctor or pharmacist promptly.
Remember that your doctor has prescribed this medication because he
or she has judged that the benefit to you is greater than the risk of side
effects. Many people using this medication do not have serious side
effects. A small number of people who take anticonvulsants for any
condition (such as seizures, bipolar disorder, pain) may experience
depression, suicidal thoughts/attempts, or other mental/mood
problems. Tell your doctor right away if you or your family/caregiver
notice any unusual/sudden changes in your mood, thoughts, or
behavior, including: confusion, memory problems, signs of depression,
suicidal thoughts/attempts, thoughts about harming yourself. A very
serious allergic reaction to this drug is rare. However, get medical help
right away if you notice any symptoms of a serious allergic reaction,
including: rash, itching/swelling (especially of the face/tongue/throat),
severe dizziness, trouble breathing. This is not a complete list of
possible side effects. If you notice other effects not listed above,
contact your doctor or pharmacist. In the US - Call your doctor for
medical advice about side effects. You may report side effects to FDA
at 1-800-FDA-1088 or at www.fda.gov/medwatch. In Canada - Call your
doctor for medical advice about side effects. You may report side
effects to Health Canada at 1-866-234-2345.
PRECAUTIONS:
Before taking clonazepam, tell your doctor or pharmacist if you are
allergic to it; or to other benzodiazepines (such as diazepam,
lorazepam); or if you have any other allergies. This product may
contain inactive ingredients, which can cause allergic reactions or other
problems. Talk to your pharmacist for more details. Before using this
medication, tell your doctor or pharmacist your medical history,
especially of: a certain type of eye problem (narrow angle glaucoma), a
certain blood disorder (porphyria), liver disease, kidney disease,
lung/breathing problems, mental/mood problems (such as depression,
thoughts of suicide), personal or family history of a substance use
disorder (such as overuse of or addiction to drugs/alcohol). This drug
may make you dizzy or drowsy. Alcohol or marijuana (cannabis) can
make you more dizzy or drowsy. Do not drive, use machinery, or do
anything that needs alertness until you can do it safely. Avoid alcoholic
beverages. Talk to your doctor if you are using marijuana (cannabis).
Before having surgery, tell your doctor or dentist about all the products
you use (including prescription drugs, nonprescription drugs, and
herbal products). For children, the long-term effects on physical and
mental/behavioral development are uncertain and may not be seen
until after many years. Therefore, discuss the risks and benefits of
treatment with clonazepam with your doctor. Older adults may be more
sensitive to the effects of this drug, especially drowsiness and
confusion. These side effects can increase the risk of falling. During
pregnancy, this medication should be used only when clearly needed. It
may harm an unborn baby. However, since untreated seizures are a
serious condition that can harm both a pregnant woman and her
unborn baby, do not stop taking this medication unless directed by your
doctor. If you are planning pregnancy, become pregnant, or think you
may be pregnant, immediately talk to your doctor about the benefits
and risks of using this medication during pregnancy. This drug passes
into breast milk and may have undesirable effects on a nursing infant.
Consult your doctor before breast-feeding.
DRUG INTERACTIONS:

# Your pharmacist would like to speak with you today...

-Take this medicine with a glass of water with or
without food at the same time each day.

-If you miss a dose, take it as soon as you can.
If it is almost time for your next dose, skip the
missed dose. Do not take double or extra doses
-Do not abruptly stop taking medication without
consulting your prescriber
-Dizziness, drowsiness, insomnia or sexual
dysfunction are potential side effects
-Contact prescriber if you have thoughts of
suicide or worsening mood
-National Suicide Prevention Lifeline:
1-800-273-8255

Message Center



Pharmacy Advice*
The dose schedule contains your pharmacy's recommendation
on the best time to take this medication, taking into account other
medications you have received from CVS Pharmacy. It does not
take into account medications you are receiving from other
pharmacies. This recommendation may change if you add or
stop taking other medications after 4/23/21 3:52 PM. If you have
questions about your medication or whether they can be taken at
another time, please consult your pharmacist.

Lucas, access your Prescription Center
Easily refill, view drug information and set medication
reminders with the mobile app
1) Download the app: cvs.com/app 2) Scan your personal
barcode below or on your bottle with the CVS app to get started.

CONTINUE READING ON THE OTHER SIDE

Plaintiffs' Exhibit 14







Plaintiffs' Exhibit 15

gpadacenter.org

# FAQs: The ADA, Small Business and Face Mask Policies | Great Plains ADA Center

13-17 minutes

## The ADA and Small Business: Frequently Asked Questions About Face Mask Policies and Serving Customers with Disabilities.

The Great Plains ADA Center has received many questions regarding face mask policies and the ADA from the business community. We have collected a summary of these questions and our responses to guide businesses wanting to ensure their face mask policies comply with the ADA.

**Please note:** No specific guidance on face mask policies and the ADA has been issued by the U.S. Dept. of Justice at the present time. Our technical assistance on this particular issue is based on our understanding of the ADA as well as guidance and recommended practices from other regional ADA Centers, attorneys, disability organizations, and federal agencies.  This document will continue to be updated to reflect new information.

**FAQs**

**1)  I've heard that a person carrying a card issued from the U.S. Dept. of Justice does not have to wear a face mask, and I could be fined if I do not let this person shop freely without a face mask.**

This information is false. The U.S. Department of Justice released the statement below in response to this particular misleading information circulating on the internet.

The Department of Justice Warns of Inaccurate Flyers and Postings Regarding the Use of Face Masks and the Americans with Disabilities Act

Assistant Attorney General for the Civil Rights Division Eric Dreiband reiterated today that cards and other documents bearing the Department of Justice seal and claiming that individuals are exempt from face mask requirements are fraudulent.

Inaccurate flyers or other postings have been circulating on the web and via social media channels regarding the use of face masks and the Americans with Disabilities Act (ADA) due to the COVID-19 pandemic. Many of these notices included use of the Department of Justice seal and ADA phone number.

As the Department has stated in a previous alert, the Department did not issue and does not endorse them in any way. The public should not rely on the information contained in these postings.

The ADA does not provide a blanket exemption to people with disabilities from complying with legitimate safety requirements necessary for safe operations.

**2) My business is very small, and I only have one employee. Am I covered by the ADA? Do I**

have to make accommodations to customers with disabilities?

Businesses are covered by Title III of the Americans with Disabilities Act. There is no exception in Title III based on the number of employees or facility size. Businesses covered by the ADA must not discriminate based solely on a customer's disability. Businesses must also provide:

- Reasonable modifications to their policies and practices to ensure customers with disabilities can access their goods and services.

- Effective communication through auxiliary aids and services ensuring that communication with people with disabilities is as effective as communication with people without disabilities.

- Access to goods and services through the removal of physical barriers such as steps, narrow doorways, and high thresholds, when readily achievable.

---

### 3) Does the ADA require me to have customers wear face masks in my store?

No. The ADA applies to **how** face mask policies are carried out to ensure they are not discriminatory against people with disabilities.  Many states and local governments have issued regulations and/or ordinances that require people to wear face masks in public places. Other states and local governments have left policies up to individual businesses.  The Great Plains ADA Center highly recommends that businesses stay up to date on face mask policy recommendations and rules issued by their state and local governments. Businesses may use this FAQ and other resources to determine how to apply face mask policies in a way that does not discriminate against people with disabilities.

---

### 4) If a customer can't wear a mask because of their disability, do I have to make an exception to the face mask policy?

The U.S. Department of Justice has stated that "The ADA does not provide a blanket exemption to people with disabilities from complying with legitimate safety requirements necessary for safe operations."(See question 1)  A business owner does not have to automatically waive a face mask requirement unless there is a local ordinance or state law specifically requiring the business to do so.

---

### 5) Are there people who really can't wear face masks because of their disabilities?

Yes. For many individuals with different types of disabilities the effects of wearing a mask are far more severe than being slightly uncomfortable. Wearing a face mask can have a significant impact on their health, wellbeing, and ability to function. For example, a person with a respiratory disability such as asthma or chronic obstructive pulmonary disease (COPD) may not be able to wear a face mask because doing so causes difficulty in breathing. People with anxiety disorders and post-traumatic stress disorder (PTSD) may develop severe anxiety when wearing a face mask. People who have sensory issues may find the constant sensation of a mask on their face very difficult to tolerate.

---

### 6) What should I do if a person requests to not wear a face mask because of their disability?

At this time, we recommend that a business follow the same criteria that the ADA requires in any other request for modification of policy. That is, determine if the modification is "reasonable" based on whether providing it would be an undue financial burden, change the fundamental nature of the

business, or cause a direct threat to the health and safety of others.

Denying a Modification in Policy based on "Direct Threat"

Title III regulations of the ADA state that "denying a policy modification request because it would pose a direct threat to the health and safety of others must be based on legitimate evidence". Sources for evidence of a legitimate threat can include guidance from public health authorities such as the U.S. Public Health Service, the Centers for Disease Control, and the National Institutes of Health, including the National Institute of Mental Health. (Title III Section 36.28). Based on this guidance in the regulations, current public health guidelines can be used to establish that there is legitimate evidence that face masks are necessary to slow or stop the spread of COVID-19 in public places. Public health guidelines regarding the coronavirus pandemic may change over time, and business policies should reflect the changes.

However, even if face mask exemptions may be denied on the basis of "direct threat", there is still an obligation under the ADA to determine if there are other modifications that could be provided to access goods and services.

Some examples include but are not limited to:

- Providing customers with curbside pick-up or no contact home delivery.

- Allow a customer to wear a full face shield instead of a face mask. Scarves or looser coverings may also be appropriate.

- Letting customers order services online or by phone.

- Conducting individual appointments, such as a tax consultation, remotely.

**7) My business does not have a face mask policy, but our local government just passed an ordinance requiring people to wear face masks in public places. Because there is a local ordinance that our business must follow, do we still have to provide reasonable modifications to people who can't wear a face mask due to a disability?**

Yes. ADA regulations would still require your business to offer alternative ways to provide access to goods and services. However, you are not required to take any actions that would result in an undue financial hardship, change the fundamental nature of the business, or cause a direct threat to health and safety to others, including your employees.

**8) Our business provides a face mask to customers that are not wearing masks as they enter the store. A customer told me that she can't wear a face mask. Am I allowed to ask if the reason is because of a disability?**

Yes, you may ask a customer if they cannot wear a face mask due to disability. But be careful not to ask questions about the nature or severity of the disability. This response is based on general guidance regarding modification of policy in Title III of the ADA. Currently, there is no specific guidance regarding face mask inquiries and people with disabilities from the U.S. Department of Justice.

**9) A few individuals have requested curbside service because they can't wear a mask due to disability. I'm not so sure if this is really the case. Can I require a note from a doctor or some other form of documentation?**

We recommend that businesses treat requests for modifications to a face mask policy as they would other requests for policy modification. Generally, when a person with a disability asks for a relatively simple modification, the individual is not required to provide any type of documentation. As a rule people with disabilities do not carry documentation of disability or a doctor's note. Considering that many customers have different kinds of needs that may require additional customer service, singling out people with disabilities to provide documentation may appear discriminatory.

This interpretation is supported by a recent article, A 'Get Out of Masking Free' Card Based on the ADA? , which appeared in the National Law Review. Authors Metcalf and Paul, state "In the non-employment context (i.e., a customer relationship), a business generally cannot demand documentation confirming that an individual is disabled or needs a particular accommodation, so businesses may run the risk of alienating customers with disabilities, or even draw a bona fide complaint to the DOJ or a lawsuit, by requiring a showing of such proof."

**More on Documentation:**

Please note that the questions and answers in this document are targeted to small businesses such as retail stores, restaurants, and theaters. Many other types of entities are covered by Title II and III of the ADA including schools, hospitals and clinics, daycare facilities, and camps. These entities may have instances when requiring documentation of disability and/or medical testing would be appropriate under the ADA.  Future Q & A's from the Great Plains ADA Center will address documentation and broader ADA related issues for these entities.

---

**10) We require identification for items such as alcohol and cigarettes at the check-out counter.  If I provide curbside service to someone who can't wear a face mask, can I still require identification?**

Yes. These types of legal requirements still apply to people with disabilities, just like everyone else. You also have a right to set up procedures which make contact as minimal as possible. For example, you may have the person drop their Driver's license or ID card in a box rather than hand it directly to staff.

---

**11) My business offers eyebrow waxing and other spa services. We have a customer who says she can't wear a mask due to disability and doesn't want to use any other type of face-covering or face shield. We can't provide these services online or through delivery. Does that mean we must make an exception to our face mask policy?**

The ADA requires businesses to assess what types of modifications they can provide that are reasonable. Depending upon the nature of the business, there may be no reasonable alternative method to provide goods and services to the customer. If this is the case, your business does not have to change its face mask policy provided it is based on a legitimate threat to others' health and safety.

---

**12) Until a couple of weeks ago, our business had no face mask policy and left the choice to wear a mask up to our customers.  Due to increased cases in our area, we want to begin requiring face masks in our store. A couple of our**

**customers have told us they weren't wearing masks due to their disabilities. They believe that it is both unfair and discriminatory that they must now wear face masks to come into the store when so many other people were not required to wear masks.**

This scenario is a good example of why it is highly recommended that businesses communicate their face mask policies clearly to their customers. If there is a change in policy, a written notice in the front of the business stating the new policy and when it will go into effect is good practice. This information could also be posted on the business website and social media.

Businesses should also be careful to apply their policies equally to all customers. For example, if young, healthy looking customers shop openly without a mask while, in contrast, a customer who appears to have a disability is questioned about their disability and then asked to wear a face mask-- the discrimination complaint may be legitimate.

---

### 13) A young man who is deaf and read lips frequently shops at our store. Should we require our staff to wear face masks with clear plastic inserts to allow lip reading?

According to the National Association of the Deaf (NAD), face masks pose real communication challenges for deaf and hard of hearing individuals. Face masks with clear plastic shielding to make the mouth visible are one way to meet the needs of people who read lips. These masks would not have to be worn all of the time by employees, but simply be available as needed to communicate with customers who read lips. A full face shield is another option that allows more visibility of the entire face, making lip-reading easier. (Of course, sanitation protocols should be used rather than just letting different employees share the same mask or shield! ) Not everyone who is deaf or hard of hearing lip-reads. Other alternative methods of simple communication include text messaging, Skype or Face time, dry erase boards, and disposable pens and paper.

---

Developed by the Great Plains ADA Center. July 10, 2020

Plaintiffs' Exhibit 16

## Exemption to Federal Mask Requirement on Southwest Airlines

Federal law requires each person, 2 years of age and older, to wear a mask at all times throughout the flight, including during boarding and deplaning. Refusing to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties under federal law.

**Southwest Airlines will consider applications for exemptions from this mask requirement from Passengers with a disability who cannot wear a mask, or who cannot safely wear a mask because of the disability.**

Per guidance from the U.S. Department of Transportation, airlines are permitted to impose certain requirements or conditions on a person requesting an exemption from the mask requirement.

**Please comply with the following pre-travel steps:**

At least seven (7) days prior to the Passenger's planned date of travel, a Passenger requesting a mask exemption for travel on Southwest Airlines must complete and submit the following via **Southwest.com>Contact Us>Send a Message.>Email Us: Comment/Question>Disability>Future Travel Assistance:**

1. A fully completed copy of this form executed by the Passenger making the request, or if the Passenger requesting a mask exemption is a minor child, the parent or guardian of such minor child; and

2. A signed letter from the requesting Passenger's Medical Physician on the Physician's letterhead stating that the Passenger with a disability has a recognized medical condition precluding the wearing or safe wearing of a mask because of their disability.

Once Southwest Airlines receives a mask exemption application in line with the above criteria, at Southwest's request to Passenger, Passenger may undergo a private medical screening (over the phone) with a third-party medical provider (Southwest Airlines' vendor StatMD).

If Southwest preliminarily approves a mask exemption after reviewing the Passenger's PDF document and the Medical Physician's letter and after receiving the third party medical provider's affirmation for travel, if required, Southwest will contact you at the phone number or email address provided below to discuss any need to change your travel dates and/or flights and remind you of the need to obtain a qualifying COVID negative viral test.

No later than 24 hours prior to the Passenger's scheduled departure(s), Passenger must provide evidence of Passenger's qualifying COVID negative viral test result. A qualifying COVID negative viral test result is defined as:

› A physical or electronic documentation of a qualifying COVID negative viral test taken within three (3) calendar days preceding the Passenger's scheduled date of travel. A viral test means a viral detection test for current infection, which is a nucleic acid amplification test with observation approved or authorized by the relevant national authority for the detection of SARS-CoV-2.

Plaintiffs' Exhibit 17

**Carlos Dunn**
Manager Customer Service
Ground Ops

**Southwest**

**Southwest Airlines Co.**
9303 Jeff Fuqua Blvd
Suite 3597
Orlando, FL 32827

Phone (407) 825-4630
Cell (443) 848-8364
carlos.dunn@wnco.com

**Lisa Tibbs**
Assistant Station Manager
Ground Ops

**Southwest**

**Southwest Airlines Co.**
9303 Jeff Fuqua Blvd.
Suite 3597
Orlando, FL 32827

Phone (407) 825-4649
Fax (407) 825-4646
lisa.tibbs@wnco.com

Anita Morris
**Supervisor**
9303, Jeff Fuqua Blvd.,

**Southwest**

**Southwest Airlines Co.**
Orlando, FL 32827 . .

Phone (407) 825-4640
Fax (407) 825-4626

Plaintiffs' Exhibit 18

## Southwest Airlines Response to your Inquiry (Case #24103856)

---

From:  Southwest Airlines (no-reply@southwest-communications.com)

To:     lewnwdc77-airlines@yahoo.com

Date:  Thursday, June 3, 2021, 9:26 AM EDT

---



Thank you for contacting us. Due to the nature of your issue, we are forwarding your email to our Customer Relations Department for further review. You should expect a response to your concern within 30 days, and we'll do our best to get back to you as soon as possible. We certainly appreciate your patience.

 **Reward seats only on days ending in "y."**
That's Trans**fare**ncy®.

**Connect with us**


**Mobile app**
  

Southwest.com® | Privacy | Contact Us

---

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2021 Southwest Airlines Co. All Rights Reserved.

## Southwest Airlines Response to your Inquiry (Case #24107771)

From:  Southwest Airlines (no-reply@southwest-communications.com)

To:    lewnwdc77-airlines@yahoo.com

Date:  Thursday, June 3, 2021, 9:26 AM EDT



Thank you for contacting us. Due to the nature of your issue, we are forwarding your email to our Customer Relations Department for further review. You should expect a response to your concern within 30 days, and we'll do our best to get back to you as soon as possible. We certainly appreciate your patience.

 Reward seats only on days ending in "y." That's Trans**fare**ncy®.

**Connect with us**

   

**Mobile app**

Southwest.com® | Privacy | Contact Us

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2021 Southwest Airlines Co. All Rights Reserved.

Plaintiffs' Exhibit 19

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF PLAINTIFF AARON ABADI</u>

I, Aaron Abadi, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 82 Nassau St., Apt. 140, New York, NY 10038.

4. I make this declaration based on my personal knowledge and to explain the impact of the defendant airlines' illegal discriminatory mask policies and the unlawful Federal Transportation Mask Mandate ("FTMM").

5. Before COVID-19, I typically flew more than 40 times per year.

6. Due to my Sensory Integration Disorder, I can't tolerate wearing a face mask. Covering my nose and mouth feels like torture. I could never wear glasses or a hat since I was a young child. Additionally, I cannot wear a face shield or anything on my face and/or head.

7. I have a letter dated Dec. 3, 2020, from my doctor, Yelena Karasina of NYU Langone Hospital in New York City, stating that I am unable to wear a mask and should not be required to do so. The diagnosis of Sensory Integration Disorder is listed on my medical records at NYU Langone Hospital.

8. I have been illegally restricted from flying during the COVID-19 pandemic on almost all airlines because of my inability to wear a mask. I have only flown two roundtrips during the pandemic since it was declared by the World Health Organization in March 2020.

9. Were it not for the illegal individual airlines' discriminatory mask policies and FTMM, I would be traveling on about 40 or more flights this year.

10. I was denied the ability to fly by the following airlines solely because I can't wear a face covering:

| | | |
|---|---|---|
| **Southwest Airlines** | American Airlines | **JetBlue Airways** |
| Etihad Airways | British Airways | United Airlines |
| **Frontier Airlines** | Air India | Emirates Airline |
| Lufthansa Airlines | **Allegiant Air** | **Spirit Airlines** |

11. I have filed five complaints with the U.S. Department of Transportation concerning the denial of mask exemptions despite my medical condition including Dec. 10, 2020, by Defendant JetBlue. I was compelled to fly and felt tortured being forced to muzzle.

12. DOT has not resolved any of five complaints.

2

13. I do not currently have any future flights booked because I cannot wear a mask and airlines won't allow me to fly without one. I will not be able to fly until airline mask policies and the FTMM are struck down or repealed.

14. Since COVID-19 started, I've had to drive more than 25,000 miles by car to reach places that I needed or wanted to be at. This was all due to the fact that I could not fly because of the illegal mask policies.

15. In January and February 2021, British Airways said it agreed to allow me to travel without a mask. I arrived at the airport January 22, February 5, and again on February 7. Each trip to the airport and back were more than five hours. I kept going back, as BA promised on the next date they will let me board the plane. Finally on February 12, 2021, BA finally denied me access to fly.

16. My business and income depend on my flying to various countries and domestically. The losses that I have incurred due to this is astronomical. The defendant airlines and their executives must compensate me for this.

17. I have been harassed and argued with repeatedly by airline personnel on the phone and in person, saying things such as "Why can't you wear a mask, what's the big deal?!", "Do you want to endanger everyone on the flight?!", and similar comments, even though I made it very clear that I have a disability. They were insulting me, minimizing my disability, and making me feel like I was some kind of felon. This is harassment and intimidation.

18.  I already had COVID-19 in October 2020, so since then I pose no significant risk. I carry around a doctor's letter to that effect and stating my inability to wear a mask, which I've provided it to all the airlines that I spoke to or e-mailed.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Aug. 30, 2021.

*Aaron Abadi*

Aaron Abadi, plaintiff

Name: Aaron Abadi | DOB: ███1964 | MRN: 9141633 | PCP: Yelena Karasina, MD

# Letter Details



**Yelena Karasina, MD**
**NYU LANGONE AMBULATORY CARE WEST SIDE**
355 WEST 52ND ST
NEW YORK NY 10019-6239
Phone: 646-754-2100
Fax: 646-754-2148

December 3, 2020

Patient:          **Mr. Aaron Abadi**
Date of Birth: ███**1964**
Date of Visit: **12/3/2020**

To Whom it May Concern:

Mr. Aaron Abadi is suffering from extreme sensitivity to touch,mostly in the area of his head.For this reason he is unable to wear face mask or face shield,and should not be required to do so.
He has already recovered from COVID,and is not contagious.

Sincerely,

Yelena Karasina, MD

*This letter was initially viewed by Aaron Abadi at 12/7/2020 9:41 AM.*

MyChart® licensed from Epic Systems Corporation © 1999 - 2021

My Telephone Number

# AARON ABADI

███████████

**Airlines and timing**

Alaska n/a

Allegiant says there are NO EXEMPTIONS.  They refused me access to fly on September 3, 2021, and I filed complaint with DOT on September 7, 2021

████████████████████████████

Frontier refused me access to fly on 1/29/2021, and I filed complaint with DOT on August 31, 2021

JetBlue forced me to fly muzzled on Dec 10, 2020, and I filed DOT complaint dec 11, 2020

Southwest denied access 05/24/2021, and I filed DOT complaint on September 7, 2021

Spirit refused me access to fly on September 3, 2021, and I filed complaint with DOT on September 7, 2021

NONE OF MY COMPLAINTS HAD ANY RESOLUTION

███████

**From:** airconsumer@dot.gov
**Sent:** Tuesday, September 7, 2021 1:32 PM
**To:** ████████
**Subject:** Airconsumer Acknowledgement

Thank you for contacting us concerning your air travel service issue. The U.S. Department of Transportation (DOT) seeks to ensure that airline passengers are treated fairly. Complaints and comments from consumers are helpful for determining whether airlines or ticket agents are complying with Federal aviation consumer protection and civil rights statutes and DOT regulations, and to track trends or spot areas of concern that warrant further action. Your complaint or inquiry will be assigned to an analyst for review and you will receive a more detailed acknowledgment.

The Department is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel.  As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks to process your complaint. We apologize for the delay.

Thank you again for taking the time to contact us.

Office of Aviation Consumer Protection
U.S. Department of Transportation

   PERSONAL INFO:
   Passenger - Mr Aaron Abadi   ██████

   CONTACT INFO:
   82 Nassau Street, Apt. 140 New York,NY 10038

   Home Phone: ████████
   Daytime Phone: ████████

   COMPLAINT INFO:
   Airline Code: WN

   Flight Date: N/A
   Flight Itinerary: N/A

   Description of Problem/Inquiry/Comment:
   I have a medical disability, specifically a   sensory integration disorder, and I cannot wear a   mask or a face shield. I notified the airline   with a copy of a doctor's letter attesting to my   inability to wear a mask.  Additionally, the doctor's letter attests to the fact that I   already had Covid in 2020.  CDC very clearly   states that "Covid reinfection is rare," and   therefore, I do not pose a health risk. The   airline emailed me on May 24, 2021 that I  cannot   fly with them without a mask, unless I  follow a   list of requirements that are  unnecessary and   only designed to keep me from flying.  All   regular normal people can fly by  just ordering a   ticket online and heading to the  airport.  This   airline refused any exemptions  prior to March of   2021.  After that date, they  say they will allow   some exemptions, but with a  whole complicated   process, ATTACHED.  The Medical form is for   people that have medical  issues that need a Doctor's approval to fly.  Sensory processing   disorder is a sensory issue,  not a medical issue   that would affect my ability  to fly.  They know   that.  They use the Medical  form to obstruct my   flying. They also have lots  of other requirements. I already had Covid.  It's in the   Doctor's  letter.  CDC says Covid reinfection is   rare.  These precautions

are not designed to   protect the  other passengers, but rather are   designed to make  it difficult enough for me that they hope I'll  stay home or try another airline.    All normal  regular people without disabilities   get to just  book a flight and hop on a plane.    Someone like  me is made to jump through hoops in   order to  hopefully get to fly. I fly over 40 flights each  year.  I normally book my flights a   few hours  before I fly.  Most other people can   do that now.  I would need my own personal   physician to fill  out forms for me every several   days in order to  accommodate such requests. It   should be very simple.  I send them my  Doctor's   letter clarifying that I have a sensory  issue   and CANNOT wear a mask or face shield, and  that   should be the end of it.  This does not need  to   be rewritten right before each flight. This is   a permanent disability, and everyone knows  that.    Maybe the reason for creating this jumping-   through-hoops scenario, is to discourage fakers    from lying and playing games. That is their    problem.  I'm the one that suffers. Anyway, I    don't think that real Doctor's would sign letters    that are lies. Let them investigate those that    they are skeptical of. I shouldn't have to    suffer.   This is frustrating and unfair. As a   disabled  person they're required to accommodate   me. This  is blatant discrimination against me   due to my  disability. The DOT made it very clear   to all the  airlines that they must honor such   exemptions,  but seemingly this airline does not   care.


This is System generated message, and a response to this email will not be delivered. 09/07/2021 13:31:23

**From:** airconsumer@dot.gov
**Sent:** Tuesday, August 31, 2021 2:40 PM
**To:**
**Subject:** Airconsumer Acknowledgement

Thank you for contacting us concerning your air travel service issue. The U.S. Department of Transportation (DOT) seeks to ensure that airline passengers are treated fairly. Complaints and comments from consumers are helpful for determining whether airlines or ticket agents are complying with Federal aviation consumer protection and civil rights statutes and DOT regulations, and to track trends or spot areas of concern that warrant further action. Your complaint or inquiry will be assigned to an analyst for review and you will receive a more detailed acknowledgment.

The Department is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel. As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks to process your complaint. We apologize for the delay.

Thank you again for taking the time to contact us.

Office of Aviation Consumer Protection
U.S. Department of Transportation

PERSONAL INFO:
Passenger - Mr Aaron Abadi

CONTACT INFO:
82 NASSAU ST, APT 140 New York,NY 10038

Home Phone:
Daytime Phone:

COMPLAINT INFO:
Airline Code: F9

Flight Date: N/A
Flight Itinerary: N/A

Description of Problem/Inquiry/Comment:
On 1/29/2021 Frontier Airlines refused to allow me to fly with their airline. I explained that I have a disability, specifically sensory Integration disorder, and cannot wear a mask. They said that they're not honoring any mask exemptions.

This is System generated message, and a response to this email will not be delivered. 08/31/2021 14:39:45

**aa@neg.com**

| | |
|---|---|
| **From:** | airconsumer@dot.gov |
| **Sent:** | Friday, December 11, 2020 10:02 PM |
| **To:** | ███████████ |
| **Subject:** | Airconsumer Acknowledgement |

Thank you for contacting us concerning your air travel service issue. The U.S. Department of Transportation (DOT) seeks to ensure that airline passengers are treated fairly. Complaints and comments from consumers are helpful for determining whether airlines or ticket agents are complying with Federal aviation consumer protection and civil rights statutes and DOT regulations, and to track trends or spot areas of concern that warrant further action. Your complaint or inquiry will be assigned to an analyst for review and you will receive a more detailed acknowledgment.

The Department is receiving a high volume of complaints given the unprecedented impact of the 2019 Novel Coronavirus (COVID-19) public health emergency on air travel.  As a result, the time to process complaints is taking longer than normal. We are working hard to provide the best support we can, but it may take several weeks to process your complaint. We apologize for the delay.

Thank you again for taking the time to contact us.

Office of Aviation Consumer Protection
U.S. Department of Transportation

PERSONAL INFO:
Passenger - Mr Aaron Abadi  ████████████

CONTACT INFO:
82 Nassau Street 140 New York,NY 10038

Home Phone: ██████████
Daytime Phone: █████████████

COMPLAINT INFO:
Airline Code: B6

Flight Date: 12/10/2020
Flight Itinerary: EWR/SDQ 1203

Description of Problem/Inquiry/Comment:
  I made the check-in staff aware that I could not wear a mask due to  sensory issues. Angelique, the supervisor, demanded that I show  documentation. I provided a doctors letter. They were rude and  obnoxious and did not allow me to board the plane without a mask. The  doctors letter made it clear that I already had Covid, so it was not a  health issue, as I cannot transmit any disease. It is just a policy issue.  They refused to allow me to travel because of my disability.  I did end up going anyway with a mask but it was very painful.  This virus is taking away people's humanity.


This is System generated message, and a response to this email will not be delivered. 12/11/2020 22:01:25

Plaintiffs' Exhibit 20

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| LUCAS WALL *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| SOUTHWEST AIRLINES *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

<u>DECLARATION OF PLAINTIFF KLEANTHIS ANDREADAKIS</u>

I, Kleanthis Andreadakis, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 5108 Hunters Meadow Pl., Henrico, VA 23231.

4. I make this declaration based on my personal knowledge and to explain the impact of the **defendant airlines' illega**l discriminatory mask policies and unlawful Federal Trans**portation Mask Mandate ("FTMM").**

5. I generally travel via air domestically 3-4 times a year and internationally at least once annually. However, I anticipate increasing the frequency of both my domestic and international air travel for both personal and business reasons.

1

6. Due to my first-definition Americans with Disabilities Act classified disability, as well as additional documented medical issues, I am unable to wear a facial covering (face mask and/or face shield). Covering my nose and mouth inhibits my natural ability to breath, causes ongoing pain and discomfort, interferes with my ability to communicate, exacerbates my medical conditions, and could result in serious long-term health related concerns including the potential for death.

7. The Chickahominy Family Practice, located at 2660 New Market Rd, Richmond, VA 23231, on May 17, 2021, provided me written documentation advising against the wearing of a mask for and including, but not limited to, the reasons outlined in #6 above.

8. I have been illegally restricted from flying during the COVID-19 pandemic because of my inability to wear a mask, including since Defendants Southwest Airlines and JetBlue Airways implemented a mask policy last year.

9. I have flown zero times during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 due to **airlines' illegal** mask policies and the FTMM.

10. Were it not for the illegal **airlines'** discriminatory mask policies and FTMM, I would be traveling on about five more flights this year.

11. I was denied the ability to fly by Defendant Southwest Airlines from Richmond (RIC) to Boston (BOS), solely because I'm unable to wear a face cov-

ering (US DOT Case #AT2021050050). On May 20, 2021 I submitted a completed "Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines" (Southwest Case #23517444) along with a copy of the requested medical certification via e-mail. I needed to fly from RIC to BOS to assist my son, who was retiring from the U.S. Coast Guard in Massachusetts and relocating to Virginia.

12. On May 21, 2021 Southwest Airlines responded: "Based on guidance from our third-party medical provider, we regret to inform you that you do not qualify for an exemption and will be required to wear a mask during your upcoming travel."

13. **Subsequently I challenged this denial and the "guidance from our third-party medical provider"** who never contacted or evaluated my in any manner (US DOT Case #AT2021050050 and Southwest Case #23707991). On June 17, 2021, Southwest **replied:** "Southwest is fully aware of all laws and regulations protecting passengers with disabilities. We are active in the airline industry in sharing best practices about how best to accommodate passengers with disabilities." **This is such a lie.**

14. I was denied the ability to fly by the Defendant JetBlue Airways from Richmond (RIC) to Boston (BOS), solely because I'm unable to wear a face covering (US DOT Case # AT2021090016). On May 24, 2021, I inquired with JetBlue related to obtaining a mask exemption for upcoming travel to help

my son. The mask exemption process is not detailed anywhere on the Jet-Blue website.

15. I was advised by JetBlue via a chat portal I needed to prepurchase a ticket, then submit my request for a mask exemption "no less than five days prior to travel." The request required me to provide specific details about my "permanent disability" for JetBlue to process it.

16. I was then advised that "submitting documentation does not guarantee approval for a mask exemption. After JetBlue reviews your documentation, you will get an email letting you know if the exception is approved or denied. Arrive at the airport no less than 3 hours before departure and check in at the ticket counter, where a JetBlue crewmember will review the documents and confirm that the exempted customer is wearing a face shield. The face shield must be worn at all times."

17. I was not able to prepurchase the ticket because I was not guaranteed "approval" and had I been approved, I would have been required to wear a face shield, which I am medically unable to wear. And had my request been denied, I would not have received a refund for the unused ticket.

18. I have filed two complaints, specific to Defendants Southwest Airlines and JetBlue Airways, with the U.S. Department of Transportation concerning being denied a mask exemption and/or a violation of Air Carrier Access Act despite my medical conditions. As of today, USDOT has not resolved any of my complaints.

19. Attached are receipts for expenses I incurred as a direct result of having to drive my car from Virginia to Massachusetts because Defendants JetBlue and Southwest conspired to deprive disabled flyers of our civil rights. I was going to fly up to Boston to help my son move. Because I had to drive as a result of the defendants' illegal discrimination, I had to rent a trailer to attach to the moving truck to tow my car back to Virginia. This cost me an extra $249 for the trailer, which the defendants are liable for plus gas and other extra expenses incurred.

20.    I do not currently have any future flights booked because I am unable fly until airline mask policies and the FTMM are struck down or repealed.


Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept. 8, 2021.


*Kleanthis Andreadakis*
Kleanthis Andreadakis, plaintiff



# CHICKAHOMINY FAMILY PRACTICE, INC.
### Chickahominy Family Physicians

05/17/2021

Kleanthis Andreadakis
5108 Hunters Meadow Place
Henrico, VA 23231-

Dear Kleanthis,

Due to your medical condition, I advise that you should not wear a face mask. A mask can exacerbate your condition and make it difficult to breathe.

Please call me if you require any additional information.

Sincerely,

*Provider:*
Lund, Carol A 05/17/2021 2:53 PM

Document generated by: Carol Lund PA-C 05/17/2021

| New Market Medical Center | Providence Forge | Quinton |
|---|---|---|
| 2660 New Market Rd | Post Office Box 278 | Post Office Box 7 |
| Richmond, VA 23231 | 9010 Pocahontas Trail | 1850 Pocahontas Trail |
| 804-795-1144 | Providence Forge, VA 23140 | Quinton, VA 23141 |
| Fax 795-1052 | 804-932-4388 | 804-932-4388 |
| | Fax 966-9712 | Fax 932-9860 |

# Passenger Application for Exemption to Federal Mask Requirement on Southwest Airlines

Please complete the information below and submit to Southwest Airlines for review of a mask exception application.  You are submitting the information below and as outlined in this Application for Exemption in order for Southwest to evaluate and process your request for an exemption from the federal mask mandate while flying with Southwest Airlines. Southwest Airlines may share this information with a third-party medical provider, the CDC and other government authorities, and our agents, vendors, and service providers for purposes of managing and fulfilling your travel reservations and assisting Southwest Airlines with the evaluation and processing of your application for an exemption.

Please check the box below that applies:

- I am completing this form for myself.
- I am completing this form for the minor named herein.  I am either the parent or guardian of the minor child and have the authority to and, by completing this form, hereby attest to the information provided below.

Passenger First Name: _KLEANTHIS_

Passenger Middle Initial: _N_

Passenger Last Name: _ANDREADAKIS_

Contact Email address: _███████████████████████_

Contact Phone number: _███████████████████████_

Reason for Mask Exception Request:

_Inability to wear mask due to disability and medical conditions, all classified as exemptions under published guidelines._

Is flight already booked? Yes_____ No _X_

If flight is already booked, please include the following information:

Date(s) of Travel: _TBD_

City Pair: _____

Confirmation Number (if flight already booked): _____ N/A TBD

Does Passenger possess a WN Employee ID? _____ NO

If Passenger possesses a WN Employee ID, please include the following information:

WN Employee ID of Traveling Passenger: _____

By submitting this request and signing below, I [name of passenger or authorized representative] [on behalf of *Kleanthis N Andreadakis*] have read and understand the disclosures and requirements included above pertaining to my application to receive an exemption from the federal requirement to wear a mask while flying on Southwest Airlines, including, without limitation, Southwest's collection, use, and sharing of information and that Southwest Airlines may change my travel dates and/or flights should one or more of my originally scheduled flights have a capacity of 75% or more, or another Passenger approved for a mask exemption booked on such flight.

_____
Passenger Signature or Signature of Passenger Parent or Guardian

*KLEANTHIS N ANDREADAKIS*
Printed Name of Passenger or Parent or Guardian

Date: _____ 5.20.2021

# Southwest Airlines Response to your Inquiry (Case #23517444)

---

From:  Southwest Airlines <no-reply@southwest-communications.com>

To:       Kleanthis Andreadakis

Date:   Friday, May 21st, 2021 at 10:01 AM

---



Dear Kleanthis,

Southwest has received your application for an exemption to the federal mask mandate. We appreciate this opportunity to respond.

We reviewed your completed exemption application form. Based on guidance from our third-party medical provider, we regret to inform you that you do not qualify for an exemption and will be required to wear a mask during your upcoming travel. To ensure that only qualified persons are granted exemptions to travel without a mask, the CDC Order allows airlines to impose certain requirements or conditions on a person seeking an exemption from the mask requirement. The TSA Security Directive made clear that "this is a narrow exception" and this exemption "is not meant to cover persons for whom mask-wearing may only be difficult." We regret any disappointment this may cause.

As much as anyone else, we are eager for things to get back to "normal," and we ask for your patience as we all work together to get there. Your business is important to us, and we will always consider it a privilege to welcome you onboard each time you grant us that opportunity.

Sincerely,
Laura Sorensen
Southwest Airlines

Fw: RE: AT2020080112 re American Airlines

From:

To:

Date:  Wednesday, August 25, 2021, 11:35 AM EDT

Lucas,

Not sure if you are aware of this notice but here is the response from DOT on the matter of one of my complaints. It includes their
is as much of a joke as the concept of USDOT being the enforcement arm for ACAA. So many things wrong with their notice and
even follow the items that are incorrectly stated.

Andy
------- Original Message -------
On Wednesday, August 25th, 2021 at 6:51 AM, Taday, Alex (OST) <Alex.Taday@dot.gov> wrote:

> Mr. Andreadakis
>
> On February 5, 2021, the Office of Aviation Consumer Protection (OACP) issued a notice titled, "Notice of Enforc
> Accommodation by Carriers of Persons with Disabilities Who Are Unable to Wear Masks While on Commercial A
> reminds U.S. and foreign air carriers of their legal obligation to accommodate the needs of passengers with disab
> procedures to implement the Federal mandate on the use of masks to mitigate the public health risks associated
> will exercise its prosecutorial discretion and provide airlines 45 days from the date of this notice to be in complian
> under the Air Carrier Access Act and the Department's implementing regulation in 14 CFR Part 382 to provide rea
> accommodations to persons with disabilities who are unable to wear masks or to wear masks safely, so long as tl
> that they began the process of compliance as soon as this notice was issued.   The notice is attached to this ema
> OACP's website.
>
>
>
> Alexander A Taday III
> Director of Civil Rights Advocacy
>
> Office of Aviation Consumer Protection
>
> US Department of Transportation
>
>
>
> ──────────────────────────────────────
>
> **From:** MrRadioActive
> **Sent:** Tuesday, August 24, 2021 7:37 AM
> **To:** Taday, Alex (OST) <Alex.Taday@dot.gov>
> **Subject:** AT2020080112 re American Airlines
>
>
> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or open atta
> recognize the sender and know the content is safe.
>
>
> Mr Taday,

What's the status on AT2020080112 re American Airlines? I never heard anything on that one either. It's been just at a year. Ha:
determination yet as to whether the policies are consistent with the Air Carrier Access Act (the last response from you)?

Thank you for your attention to my emails and for responding very timely.

Respectfully,

Kleanthis Andreadakis

------- Original Message -------

On Monday, August 16th, 2021 at 3:05 PM, Taday, Alex (OST) <Alex.Taday@dot.gov> wrote:

> Mr. Andreadakis
>
> The Department investigates every disability case we receive in the order in which they were filed with our
> additional information you would like to add your complaint, please provide it to me and I will attach it to you
>
>
> Alexander A Taday III
> Director of Civil Rights Advocacy
>
> Office of Aviation Consumer Protection
>
> US Department of Transportation
>
>
>
> **From:** MrRadioActive ███████████████████
> **Sent:** Monday, August 16, 2021 12:23 PM
> **To:** Taday, Alex (OST) <Alex.Taday@dot.gov>
> **Subject:** RE: AT2021050050 - (KLEANTHIS ANDREADAKIS) MZ2300
>
>
> **CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links or ope
> unless you recognize the sender and know the content is safe.
>
>
> Mr Taday,
>
>
> The carrier has completed their review as was evidenced by the non-responsive response I submitted to your office in Ju
> submitted directly to USDOT by Southwest Airlines). So we are beyond the portion requiring Southwest to conduct a tho
> seeing how this case impacts a significant right as an American citizen, the right to travel unimpeded, which has been up
> would hope that USDOT is taking a closer and more invested approach towards addressing ALL of these mask-related c

there are many more).

Has my case been referred for investigation or is it still "sitting in the pile"? I'd l ke more information about where my case and what to expect by way of investigator contact; I have additional supporting information that I will need to provide. I ur of US government run in slow gear, but still an expectation should be set for any claimant. Being a former investigator yo can understand the importance of timely and accurate reviews of all available information relevant to a particular case, e potential for litigation exists, and especially civil rights litigation. In addition, the harm continues as I am not able to travel US or internationally from the US due to the blatant disregard of the law by all major US airlines. And I do not stand along

Thank you

Kleanthis Andreadakis

------- Original Message -------

On Monday, August 16th, 2021 at 10:19 AM, Taday, Alex (OST) <Alex.Taday@dot.gov> wrote:

> Mr. Andreadakis
>
> As I stated in my initial email to you, due to the time necessary for the carrier to conduct its own revie
> complaint and get back to you and us, coupled with our need to review your case and the hundreds c
> we receive each year, our response to you will likely take some time.  Once your complaint has been
> you will receive a copy of our determination.
>
> Alexander A Taday III
> Director of Civil Rights Advocacy
>
> Office of Aviation Consumer Protection
>
> US Department of Transportation

**From:** MrRadioActive
**Sent:** Monday, August 16, 2021 8:43 AM
**To:** Taday, Alex (OST) <Alex.Taday@dot.gov>
**Subject:** RE: AT2021050050 - (KLEANTHIS ANDREADAKIS) MZ2300

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click on links attachments unless you recognize the sender and know the content is safe.

Good morning Mr. Taday:

What is the status of this investigation? I've not heard anything nor been contacted by anyone from the Office of A
Consumer Protection. Given there are several high profile specific lawsuits in multiple regions of the country on th
targeting USDOT, FAA and Southwest Airlines, I feel I'd like to know where this case stands. How do I reach the i
handling this case?

Thank you

Kleanthis Andreadakis

███████

------- Original Message -------

On Monday, June 28th, 2021 at 1:44 PM, Taday, Alex (OST) <Alex.Taday@dot.gov> wrote:

Mr. Andreadakis:

The Office of Aviation Consumer Protection will investigate your complaint and you will be provided with a
those findings once the investigation is concluded.

Alexander A Taday III

Director of Civil Rights Advocacy

Office of Aviation Consumer Protection

US Department of Transportation

**From:** MrRadioActive ███████████████

**Sent:** Tuesday, June 22, 2021 12:54 PM

**To:** Taday, Alex (OST) <Alex.Taday@dot.gov>

**Subject:** Re: AT2021050050 - (KLEANTHIS ANDREADAKIS) MZ2300

**CAUTION:** This email originated from outside of the Department of Transportation (DOT). Do not click
links or open attachments unless you recognize the sender and know the content is safe.

Dear Mr Taday,

I received a response from Southwest Airlines via email on June 17th, and I consider their response non-
responsive. They failed to address the complaint in its entirety instead attempting to obfuscate the actual is
by eluding to guidelines that they seem to proffer hold more weight than long standing and established gov
laws already in place. Furthermore, I point out, CDC does not write law while the legislative branch has and
the time to develop the ACAA,

The regulatory issues remain that Southwest Airlines violated the ACAA by 1. requiring me to request an accommodation in advance, 2. requiring a medical intervention without any due cause to require such intervention and without any evaluation of my condition(s), 3. are blatantly ignoring ACAA with a blanket excuse of COVID despite there being no legal justification to do so, 4. **discriminated against me based on a disability/disabilities that they conducted no evaluation for yet all of which fall clearly within ADA, ADA, the Presidential Executive Order, CDC guidelines and associated mandates derived exclusively from those guidelines**, 5. refused to provide any accommodation to my disability, and 6. are basing their action on unenforceable guidelines from an agency not charged with writing law.

Furthermore, as the agency (USDOT) exclusively charged with enforcement under the ACAA, and considering there is case law precedent that eludes to bar the consumer from suing an airline directly for violations of ACAA, your agency is fully responsible for investigating comprehensively all discrimination claims and working with parties towards a resolution. Unless this is done, the consumer loses the ability to claim a remedy which is generally problematic when cases are brought to the courts for resolutions.

Please provide the expectation of how this case will move forward so I understand what remedy will be available to me.

Thank you for your time.

Kleanthis N Andreadakis

█████████

------- Original Message -------

On Monday, May 24th, 2021 at 8:06 AM, <alex.taday@dot.gov> wrote:

> Thank you for writing to us concerning your problem involving disability issues. We were sorry to hear of your dissatisfaction and will investigate your complaint.

> We are sending the company a copy of your complaint and asking it to reply to you, with a copy to us. We will review the response and take further action, as appropriate. We will advise you of the disposition of your complaint when our investigation is concluded; however, you should be aware that due to the time necessary for the carrier to conduct its own review of your complaint and get back to you and us, coupled with our need to review your case and the hundreds of others that we receive each year, our response to you will l kely take some time.

> In addition to ensuring prompt corrective action when a complaint and carrier response indicate that the airline's policies and procedures are not in compliance with the Air Carrier Access Act (ACAA), the Department generally will pursue further enforcement action on the basis of a number of complaints from which it may infer a pattern or practice of discrimination. However, where one or a few complaints describe particularly egregious conduct on the part of a carrier and those complaints are supported by adequate evidence, we will pursue enforcement action as our resources permit. You should be aware that the Department is statutorily limited in the remedies it may pursue for violations of the ACAA. In this regard, the Department may not award monetary damages or pecuniary relief to the injured party. The Department is limited to issuing cease and desist orders proscribing unlawful conduct by carriers in the future and assessing civil penalties payable to the government. The Department may only take such action through a settlement or after a formal hearing before an administrative law judge. Particularly egregious records of repeated violations may warrant the revocation of a carrier's economic authority to operate. To obtain a personal monetary award of damages, a complainant would have to file a private legal action that may be based on private contract rights or on civil rights statutes that provide for a private right of action.

We have also entered your complaint in our computerized industry monitoring system, and the company will be charged with the complaint in our monthly complaint report. This report is made available to the aviation industry, the news media and the general public so that both consumers and air travel companies can compare the overall and disability-related complaint records of individual airlines. We also use this complaint data to track trends or spot areas of concern which we feel may warrant further action in the future. This system also serves as a basis for rulemaking, legislation and research.

A summary of the Department's ACAA rules and general travel tips for air travelers with disabilities are available at www.transportation.gov/individuals/aviation-consumer-protection/traveling-disability. Other useful consumer information for air travelers, including the above referenced complaint report and our pamphlet "Fly-Rights, a Consumer's Guide to Air Travel", can be found on our website at http://www.transportation.gov/airconsumer.

I hope this information is useful. Thank you for taking the time to contact us.

Alexander A. Taday III

Director of Civil Rights Advocacy

Aviation Consumer Protection Division

US Department of Transportation

**Case Number: AT2021050050**
**Consumer Information**

| Inquirer Type | Name | Address | E-mail Address | Office Phone | Home Phone |
|---|---|---|---|---|---|
| AA | MR KLEANTHIS ANDREADAKIS | 5108 HUNTERS MEADOW PL HENRICO VA 23231 | | | |

**Complaints Information**

| Complaint Code | Carrier Name | Flight Date | Flight Itinerary |
|---|---|---|---|
| MZ2300 | SOUTHWEST AIRLINES | | RIC BEGINNING DEPARTURE POINT |

**Description of Problem/Inquiry**

I am planning travel on Southwest Airlines. I have a disability that precludes and prevents me from being able to wear a facial covering (mask). I am not able to wear a mask due to this disability and exemption. I have a medical exemp ion in writing from my doctor and provided his to Southwest. And the doctor indicated she would be willing to provide more specifics about the medical exemption if necessary or contacted. I filled out and filed the prescribed medical exemption request form with Sou hwest (CASE 23517444). Their process indicates a contact might be necessary by their medical provider to evaluate the exemption. Wi h nothing more than a very granular exemp ion request and no fur her investigation, research or inquiry by Southwest Airlines, the exemption was summarily denied because this exemption "is not meant to cover persons for whom mask-wearing may only be difficult." This is absolute negligence on the part of Southwest in that my condi ion is not a difficulty, it is a legitimate recognized medical condition that impacts one or more major life functions and the wearing of the mask would further exacerbate a medical condition that could lead to a medical distress situation and cause me harm because of the requirement to dawn an untested/uncertified facial covering. However, this was not even remotely addressed as a part of this process. Under ACAA, my condition and exemption would be recognized and Southwest is required to make an accommodation, to wit has not happened. But what has happened is Southwest has disregarded decades of established disability law, under the premise hat they are entitled to deny services to disabled individuals simply by virtue of using COVID as a blanket excuse regardless of other governing rules, laws and statutes. These actions are in direct violation of ACAA which is controlling here. I note the presidential executive order has a disability exemption built into it as do other governing guidelines established from the EO. I have documented over a dozen situations already where individuals flying on Southwest have been denied service or removed due to recognized disabilities. Finally, while the scope of this complaint resides in an ACAA violation that is enforceable by DOT, their actions also constitute bo h civil rights violations and constitutional violations in that it is well established legally that US Ci izens have a RIGHT to travel by the common means available at he time, which includes air travel; Southwest is denying my right to travel by virtue of ignoring the laws that govern them. I'd hate to think what legal ac ion would befall Southwest Airlines for forcing someone with a medical condition to do something counter to medical advice by he medical expert treating he individual wi h the medical condition, AND without Southwest Airlines exercising due diligence wi h respect to conducting necessary health risk assessments and evalua ions.



Mask Notice.pdf
196.2kB

# Southwest Airlines Response to your Inquiry (Case #23707991)

From: Southwest Airlines <no-reply@southwest-communications.com>

To:      Kleanthis Andreadakis ████████████████████

Date:  Thursday, June 17th, 2021 at 5:35 PM



Dear Kleanthis,

A copy of your correspondence to the Department of Transportation Office of Aviation Enforcement and Proceedings was forwarded to our office on May 24. I regret your disappointment in not being approved for a mask exemption.

Southwest is fully aware of all laws and regulations protecting passengers with disabilities. We are active in the airline industry in sharing best practices about how best to accommodate passengers with disabilities.

The Centers for Disease Control (CDC) has made clear that appropriately worn masks reduce the spread of COVID-19—particularly given the evidence of pre-symptomatic and asymptomatic transmission of COVID-19. Per Department of Transportation (DOT) regulation (14 CFR §382.21), a Passenger with a communicable disease or infection, such as COVID-19, may pose a direct threat to the health and safety of others onboard an aircraft.

Per CDC Order and TSA Security Directive (both effective on February 1, 2021), the following Passengers are exempt from the federal mask mandate: "a person with a disability who cannot wear a mask, or cannot safely wear a mask, because of the disability as defined by the Americans with Disabilities Act (42 U.S.C. 12101 et seq.)" The Americans with Disabilities Act (ADA) defines a person with a disability to include a person who has a physical or mental impairment that substantially limits one or more major life activities.

As I mentioned in my previous response, to ensure that only qualified persons are granted exemptions to travel without a mask, the CDC Order allows airlines to impose certain requirements or conditions on a person seeking an exemption from the mask requirement. The TSA Security Directive made clear that "this is

a narrow exception" and this exemption "is not meant to cover persons for whom mask-wearing may only be difficult."

As permitted by the CDC Order and DOT Notice, Southwest has imposed the requirements and conditions listed on our web site. Some of these conditions include (a) medical guidance by a third party; and (b) medical documentation by a licensed medical provider.

Southwest conducted an individualized assessment of the information provided by you , andour decision to deny your application was based on guidance we received from a third-party provider. We regret to inform you that you do not qualify for a disability-related exemption to the federal mask mandate. We recognize that it may be difficult for you to wear a mask and regret any inconvenience that this decision provides.

As stated above, per DOT regulation (14 CFR §382.21), a passenger with a communicable disease or infection, such as COVID-19, may pose a direct threat to the health and safety of others onboard an aircraft. For this reason, Southwest is careful to approve mask exemptions only for those who meet the strict criteria set forth in the CDC Order. We are not failing to comply with federal regulations in this regard.

We appreciate your business, and we will always consider it a privilege to welcome you onboard each time you grant us that opportunity.

Sincerely,
Laura Sorensen
Senior Specialist, Customer Advocacy
Southwest Airlines

The case number for your email is 23707991. This email is being sent from a "no-reply" email address. If needed, you may follow-up with us on our website. Additionally, by law, I'm required to inform you that should you wish to pursue this matter further, you may contact the U.S. Department of Transportation.

southwest.com  |  Flight  |  Hotel  |  Car  |  Rapid Rewards  |  Travel Tools

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235

Copyright 2020 Southwest Airlines Co. All Rights Reserved.

***** Confidentiality Statement/Disclaimer ***** This message and any attachments are intended for the sole use of the intended recipient. It may contain confidential information. Any unauthorized use, dissemination, or modification is strictly prohibited. If you are not the intended recipient please notify the sender immediately, and delete this email from all your systems; do not copy, use, or print. Internet communications are not secure, and it is the responsibility of the recipient to













09:17

jetBlue

JetBlue Airways ✓

There is an exemption process we can submit for approval once the reservation has been booked.

You would receive an email containing a link where you can submit your request for an exemption and the required documentation no less than 5 days prior to travel. Documentation must be a physical letter from a licensed, treating physician on official letterhead that includes the following:

The physician's complete contact information including full name, practicing location/facility and address, phone number, and medical licensing information

Message JetBlue Air...



09:17

**jetBlue**

JetBlue Airways ✓

The physician's complete contact information including full name, practicing location/facility and address, phone number, and medical licensing information

Verification of the Customer's permanent disability preventing them from wearing a mask

Signed by the physician

Dated no earlier than January 31, 2021

Submitting documentation does not guarantee approval for a mask exemption. After JetBlue reviews your documentation, you will get an email letting you know if

Message JetBlue Air...













Fw: AT2021090016 - (KLEANTHIS ANDREADAKIS) MZ2300

| From: | ████████████████████████ |
|---|---|
| To: | ████████████████ |
| Date: | Tuesday, September 7, 2021, 01:21 PM EDT |

Formal complaint against JetBlue filed (can be added to my documentation)

------- Original Message -------
On Tuesday, September 7th, 2021 at 1:16 PM, <alex.taday@dot.gov> wrote:

Mr. Andreadakis:

Thank you for writing to us concerning your problem involving disability issues. We were sorry to hear of your dissatisfaction and will investigate your complaint.

We are sending the company a copy of your complaint and asking it to reply to you, with a copy to us. We will review the response and take further action, as appropriate. We will advise you of the disposition of your complaint when our investigation is concluded; however, you should be aware that due to the time necessary for the carrier to conduct its own review of your complaint and get back to you and us, coupled with our need to review your case and the hundreds of others that we receive each year, our response to you will likely take some time.

In addition to ensuring prompt corrective action when a complaint and carrier response indicate that the airline's policies and procedures are not in compliance with the Air Carrier Access Act (ACAA), the Department generally will pursue further enforcement action on the basis of a number of complaints from which it may infer a pattern or practice of discrimination. However, where one or a few complaints describe particularly egregious conduct on the part of a carrier and those complaints are supported by adequate evidence, we will pursue enforcement action as our resources permit. You should be aware that the Department is statutorily limited in the remedies it may pursue for violations of the ACAA. In this regard, the Department may not award monetary damages or pecuniary relief to the injured party. The Department is limited to issuing cease and desist orders proscribing unlawful conduct by carriers in the future and assessing civil penalties payable to the government. The Department may only take such action through a settlement or after a formal hearing before an administrative law judge. Particularly egregious records of repeated violations may warrant the revocation of a carrier's economic authority to operate. To obtain a personal monetary award of damages, a complainant would have to file a private legal action that may be based on private contract rights or on civil rights statutes that provide for a private right of action.

We have also entered your complaint in our computerized industry monitoring system, and the company will be charged with the complaint in our monthly complaint report. This report is made available to the aviation industry, the news media and the general public so that both consumers and air travel companies can compare the overall and disability-related complaint records of individual airlines. We also use this complaint data to track trends or spot areas of concern which we feel may warrant further action in the future. This system also serves as a basis for rulemaking, legislation and research.

A summary of the Department's ACAA rules and general travel tips for air travelers with disabilities are available at www.transportation.gov/individuals/aviation-consumer-protection/traveling-disability. Other useful consumer information for air travelers, including the above referenced complaint report and our pamphlet "Fly-Rights, a Consumer's Guide to Air Travel", can be found on our website at http://www.transportation.gov/airconsumer.

I hope this information is useful. Thank you for taking the time to contact us.

Alexander A. Taday III
Director of Civil Rights Advocacy
Aviation Consumer Protection Division
US Department of Transportation

Case Number: AT2021090016
Consumer Information

| Inquirer Type | Name | Address | E-mail Address | Office Phone | Home Phone |
|---|---|---|---|---|---|
| AA | KLEANTHIS ANDREADAKIS | 5108 HUNTERS MEADOW PL HENRICO | ████████████████ | | ████████ |

VA 23231

**Complaints Information**

| Complaint Code | Carrier Name | Flight Date | Flight Itinerary |
|---|---|---|---|
| MZ2300 | JETBLUE AIRWAYS | 05/24/2021 | RIC-BOS |

**Description of Problem/Inquiry**

Passenger with Disability and medical conditions that preclude the wearing of a mask under ACAA and ADA- denied services because unable to wear a mask and unwilling to play the "let's ask permission to travel" lottery - forced to ask for accommodations in advance of flight - told that if I did not qualify under their undisclosed exemption process I would still have to pay for the ticket and only receive credit towards future travel.


AT2021090016_10_ES.png
713.2kB

AT2021090016_8_ES.png
631.8kB


AT2021090016_7_ES.png
741.4kB

AT2021090016_6_ES.png
749.7kB


AT2021090016_5_ES.png
704.3kB

AT2021090016_4_ES.png
703.4kB


AT2021090016_3_ES.png
1007.1kB

AT2021090016_2_ES.png
577.1kB


AT2021090016_1_ES.png
728.3kB

## Welcome to Wawa #8602

Phone:804-746-4052
9179 Chamberlayne Road
Mechanicsville, VA 23111
7/21/2021   9:26:22 AM   Trx #  10825226
Register #13    Cashier:      Melissa

Total:    $4.61

Qty
2  7LB BAG OF ICE              $4.50
   Sub-Total:                  $4.50
   Tax:                        $0.11
   Total:                      $4.61
   **Debit:**                  **$4.61**
   Change:                     $0.00

Sale

Debit
Card Num : XXXXXXXXXXXX4997
Chip Read
Terminal : XXXXXXXXX4001
Approval : 627644
Sequence : 036727

USD$ 4.61

US DEBIT
Mode: Issuer
AID: A0000000980840
TVR: 8000048000
IAD: XXXXXXXXXXXXXXX
TSI: 6800
ARC: 00
ARQC: 14CF08F119EA66A9

Verified by PIN

***************************************
*       YOUR OPINION MATTERS!         *
*   Tell us about your experience at  *
*          www.MyWawaVisit.com        *
*  Take our survey for a chance to win *
*       Wawa swag gift baskets and    *
*   gift cards valued at up to $500!  *
*        Disponible en Espanol        *
***************************************
*        Survey Code: 3825226         *
*        Store Number:08602           *
***************************************
Please respond within 5 days
NO PURCHASE NECESSARY

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TRANSPONDER/LICENSE PLATE | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | DEBIT(-) |
|---|---|---|---|---|---|---|---|---|---|
| 8/6/2021 | 7/26/2021 | 4:57:44 PM | 3372858618| | | MASSACHUSETTS TURNPIKE AUTHORITY | 04B | 2 | CHARLTON - WEST | $1.10 |
| 8/5/2021 | 7/26/2021 | 10:26:39 PM | 33726833873 | | Maryland Transportation Authority | 012B | 2 | BALTIMORE HARBOR TUNNEL | $4.00 |
| 7/28/2021 | 7/26/2021 | 9:28:03 PM | 33677939688 | | DELAWARE DOT | 41B | 2 | NEWARK PLAZA | $4.00 |
| 7/27/2021 | 7/26/2021 | 9:16:46 PM | 33675973130 | | NEW JERSEY REGIONAL CONSORTIUM | 03B | 2 | DELAWARE MEMORIAL BR | $5.00 |
| 7/27/2021 | 7/26/2021 | 9:10:28 PM | 33673011160 | | NEW JERSEY REGIONAL CONSORTIUM | 16X8 | 2 | DELAWARE MEMORIAL BRIDGE | $18.85 |
| 7/27/2021 | 7/26/2021 | 7:14:52 PM | 33672999476 | | MTA B&T | 006B | 2 | HENRY HUDSON BR | $7.50 |
| 8/4/2021 | 7/25/2021 | 2:16:58 AM | 33721739225 | | Maryland Transportation Authority | 023B | 4 | FORT MCHENRY TUNNEL | $12.00 |
| 8/3/2021 | 7/25/2021 | 12:55:44 AM | 33712874433 | | NEW JERSEY REGIONAL CONSORTIUM | 15wB | 4 | DELAWARE MEMORIAL BRIDGE | $53.05 |
| 7/27/2021 | 7/25/2021 | 1:13:53 AM | 33672988423 | | DELAWARE DOT | 41B | 4 | NEWARK PLAZA | $7.00 |
| 7/25/2021 | 7/25/2021 | 1:01:31 AM | 33660995191 | | NEW JERSEY REGIONAL CONSORTIUM | 04B | 4 | DELAWARE MEMORIAL BR | $28.00 |
| 8/3/2021 | 7/21/2021 | 11:38:51 AM | 33712864030 | | Maryland Transportation Authority | 006B | 2 | BALTIMORE HARBOR TUNNEL | $4.00 |
| 8/3/2021 | 7/21/2021 | 12:35:01 PM | 33712860799 | | Maryland Transportation Authority | 002B | 2 | I-95 JFK MEMORIAL HIGHWAY | $8.00 |
| 7/24/2021 | 7/21/2021 | 3:27:46 PM | 33655988821 | | MTA B&T | 04NB | 2 | NEW ROCHELLE TOLL | $1.91 |
| 7/23/2021 | 7/21/2021 | 1:06:08 PM | 33649651966 | | DELAWARE DOT | 40B | 2 | NEWARK PLAZA | $4.00 |
| 7/22/2021 | 7/21/2021 | 2:54:59 PM | 33642416806 | | NEW JERSEY REGIONAL CONSORTIUM | 08X8 | 2 | GEO WASHINGTON BR/US 46/I-80 | $18.85 |
| 7/22/2021 | 7/21/2021 | 3:03:00 PM | 33642406376 | | MTA B&T | 04B | 2 | GEO WASHINGTON BR - UPPER | $16.00 |
| | | | | | | | | | 193.26 |



SUN PASS

Account ████6332

**TRANSACTION VIEW**

Generated: 08/09/2021 8:33 AM

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TRANSPONDER / LICENSE PLATE | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | DEBIT (-) | CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 08/06/2021 | 07/26/2021 | 04:57:44 PM | 33728586181 | ████ | MASSACHUSETTS TURNPIKE AUTHORITY | 04B | 2 | CHARLTON - WEST | $1.10 | | $29.68 |
| 08/05/2021 | 07/26/2021 | 10:26:39 PM | 33726833873 | ████ | Maryland Transportation Authority | 012B | 2 | BALTIMORE HARBOR TUNNEL | $4.00 | | $30.78 |
| 08/04/2021 | 08/04/2021 | 08:20:34 PM | 2234113761 | | | | | PAYMENT & ADJUSTMENTS | | $25.00 | $34.78 |
| 08/04/2021 | 07/25/2021 | 02:16:58 AM | 33721739225 | ████ | Maryland Transportation Authority | 023B | 4 | FORT MCHENRY TUNNEL | $12.00 | | $9.78 |
| 08/03/2021 | 08/03/2021 | 11:06:30 PM | 2233692545 | | | | | PAYMENT & ADJUSTMENTS | | $25.00 | $21.78 |
| 08/03/2021 | 08/03/2021 | 04:53:05 PM | 2233644388 | | | | | PAYMENT & ADJUSTMENTS | | $25.00 | ($3.22) |
| 08/03/2021 | 08/03/2021 | 10:38:48 AM | 2233565745 | | | | | PAYMENT & ADJUSTMENTS | | $25.00 | ($28.22) |
| 08/03/2021 | 07/25/2021 | 12:55:44 AM | 33712874433 | ████ | NEW JERSEY REGIONAL CONSORTIUM | 15wB | 4 | DELAWARE MEMORIAL BRIDGE | $53.05 | | ($53.22) |
| 08/03/2021 | 07/21/2021 | 11:38:51 AM | 33712864030 | ████ | Maryland Transportation Authority | 006B | 2 | BALTIMORE HARBOR TUNNEL | $4.00 | | ($0.17) |
| 08/03/2021 | 07/21/2021 | 12:35:01 PM | 33712860799 | ████ | Maryland Transportation Authority | 002B | 2 | I-95 JFK MEMORIAL HIGHWAY | $8.00 | | $3.83 |
| 07/28/2021 | 07/26/2021 | 09:28:03 PM | 33677939688 | ████ | DELAWARE DOT | 41B | 2 | NEWARK PLAZA | $4.00 | | $11.83 |
| 07/27/2021 | 07/26/2021 | 09:16:46 PM | 33675973130 | ████ | NEW JERSEY REGIONAL CONSORTIUM | 03B | 2 | DELAWARE MEMORIAL BR | $5.00 | | $15.83 |
| 07/27/2021 | 07/27/2021 | 09:35:32 AM | 2230529390 | | | | | PAYMENT & ADJUSTMENTS | | $25.00 | $20.83 |
| 07/27/2021 | 07/26/2021 | 09:10:28 PM | 33673011160 | ████ | NEW JERSEY REGIONAL CONSORTIUM | 16XB | 2 | DELAWARE MEMORIAL BRIDGE | $18.85 | | ($4.17) |
| 07/27/2021 | 07/26/2021 | 07:14:52 PM | 33672999476 | ████ | MTA B&T | 006B | 2 | HENRY HUDSON BR | $7.50 | | $14.68 |
| 07/27/2021 | 07/25/2021 | 01:13:53 AM | 33672988423 | ████ | DELAWARE DOT | 41B | 4 | NEWARK PLAZA | $7.00 | | $22.18 |

VectoreCirstomer

SUN PASS
PREPAID TOLL PROGRAM

Account # 6332

**TRANSACTION VIEW**

Generated 08/09/2021 8:33 AM

| POSTED DATE | TRANSACTION DATE | TRANSACTION TIME | TRANSACTION NUMBER | TRANSPONDER / LICENSE PLATE | AGENCY NAME | LANE | AXLE | DESCRIPTION / PLAZA NAME | DEBIT (-) | CREDIT (+) | BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/25/2021 | 07/25/2021 | 08:07:18 AM | 2229678801 | | | | | PAYMENT & ADJUSTMENTS | | $25.00 | $29.18 |
| 07/25/2021 | 07/25/2021 | 01:01:31 AM | 33660995191 | | NEW JERSEY REGIONAL CONSORTIUM | 04B | 4 | DELAWARE MEMORIAL BR | $28.00 | | $4.18 |
| 07/24/2021 | 07/21/2021 | 03:27:46 PM | 33655988821 | | MTA B&T | 04NB | 2 | NEW ROCHELLE TOLL | $1.91 | | $32.18 |
| 07/23/2021 | 07/23/2021 | 08:53:51 AM | 2228895794 | | | | | PAYMENT & ADJUSTMENTS | | $25.00 | $34.09 |
| 07/23/2021 | 07/21/2021 | 01:06:08 PM | 33649651966 | | DELAWARE DOT | 40B | 2 | NEWARK PLAZA | $4.00 | | $9.09 |
| 07/22/2021 | 07/22/2021 | 08:18:25 AM | 2228394121 | | | | | PAYMENT & ADJUSTMENTS | | $25.00 | $13.09 |
| 07/22/2021 | 07/21/2021 | 02:54:59 PM | 33642416806 | | NEW JERSEY REGIONAL CONSORTIUM | 08XB | 2 | GEO WASHINGTON BR/US 46/I-80 | $18.85 | | ($11.91) |
| 07/22/2021 | 07/21/2021 | 03:03:00 PM | 33642406376 | | MTA B&T | 04B | 2 | GEO WASHINGTON BR - UPPER LEVEL | $16.00 | | $6.94 |

Vector eCustomer

```
CUMBERLAND FARMS
STORE 2347  STATION 2186
4 MACARTHUR BLVD
BOURNE
MA   02532
FACILITY# 119865
PHONE#    508-759-6116

      - ORIGINAL -
Receipt#  82334
Date 07/23/21 Time 08:44
Payment Code          DB
Acct#  XXXXXXXXXXX4997
Pump# 02           SUPER
Gallons           11.699
Price/Gallon    $ 3.679
Total Amount    $ 43.04


SALE - Card Swiped
Reference#     100301317
Batch# 54      Seq# 74
Approval#      197254


************************

  We Appreciate Your
       Business
  Questions or Comments
      Please Call
    1-800-225-9702


    -= NOW HIRING! =-
TEXT 'Cumbys' to 242424
       to Apply
```

STORE CLOSED



NO PAPER IN MACHINE

```
           KROGER FUEL #515
            Mechanicsville
               Va 23116
             804-569-8240
      ***********************
      ███████████████

      PUMP# 8
      PRE      @3.589 /gal
      VOLUME 13.656  gal

      GAS TOTAL      49.01
      TAX             0.00
      ****BAL        49.01
          REWARDS DEBIT
             Purchase
      ************7420 - S
          REF#: 000000

      Questions about your
          Rewards Debit
          transaction?
      Call 1-877-300-7797
          or write:
      KCRC Debit Division
          PO Box 30650
       1540 S Redwood Rd
       Salt Lake City, UT
            84130-0650
      REWARDS DEBIT 49.01
      07/19/21 07:33pm
      515 123 233 88888123

      ***********************
      July Points=400
      June Points=17

      Each Month Points
      Do Not Combine
      ***********************

      YOU SAVED $0.03  /GA
      I agree to pay the
      above Total Amount
      according to Card
      Issuer Agreement.
         THANK YOU FOR
       SHOPPING KROGER!
         We Appreciate
       Customer Loyalty
```



STORE 784
1 Center Dr.
Northeast, MD 21901
(410) 287-7110
07/21/2021

SALE
Transaction #:  99116015

| Qty Name | Price | Total |
|---|---|---|
| 1 Super | 35.07 | 35.07 |
| Pump: | 1 | |
| Gallons: | 9.939 | |
| Price / Gal: | 3.529 | |

| | |
|---|---|
| Subtotal | 35.07 |
| Sales Tax | 0.00 |
| Total | 35.07 |

Received:
VISA                                          35.07
XXXXXXXXXXXX4997         SWIPED
Approved
Auth #:    115652



078499116015

Pos:2 Clerk:669 07/21/2021 12:49:45
#ORIGINAL RECEIPT

```
            WELCOME
            SUNOCO
            SUNOCO
     MP 116E 115W NJTP
      RIDGEFIELD NJ
           07657


   DATE 6/30/21 17:58
   TRAN# 4121518
   ATTENDANT# 12
   PUMP# 02
   SERVICE LEVEL: FULL
   PRODUCT: Regular
   GALLONS:        20.993
   PRICE/G:        $3.239
   FUEL SALE       $68.00
      CREDIT       $68.00


   USD$68.00
   ************5810
   Entry: Chip Read
   AppName: US DEBIT
   AuthNet: VISA
   MODE: Issuer
   AID: A0000000980840
   Auth #: 075515
   Resp Code: 000
   Stan: 0099376760
   Invoice #: 264428
   Shift #: 1
   Store # ************
   ****

   PIN Bypassed




         THANK YOU
      HAVE A NICE DAY
```

```
CUMBERLAND FARMS
STORE 2302   STATION 2498
160 MAIN ST
BUZZARDS BAY
MA   02532
FACILITY# 202745
PHONE#   508-759-1960

     - ORIGINAL -
Receipt#  762265
Date 07/19/21 Time 11:26
Payment Code           DB
Acct#  XXXXXXXXXXXX5810
Pump# 08            UNLEAD
Gallons            13.208
Price/Gallon      $ 3.029
Total Amount      $ 40.01


SALE - Card Swiped
Reference#       103253296
Batch# 26        Seq# 29
Approval#        534810


*************************

  We Appreciate Your
       Business
 Questions or Comments
     Please Call
   1-800-225-9702


   -= NOW HIRING! =-
TEXT 'Cumbys' to 242424
       to Apply
```



```
        KROGER FUEL #515
          Mechanicsville
            Va 23116
          804-569-8240

PUMP# 8
PRE        @3.589 /gal
VOLUME 13.656  gal

GAS TOTAL       49.01
TAX              0.00
****BAL         49.01
      REWARDS DEBIT
          Purchase
************7420 - S
     REF#: 000000

Questions about your
    Rewards Debit
     transaction?
Call 1-877-300-7797
      or write:
KCRC Debit Division
     PO Box 30650
  1540 S Redwood Rd
  Salt Lake City, UT
     84130-0650
REWARDS DEBIT 49.01
07/19/21 07:33pm
515 123 233 88888123

*******************
July Points=400
June Points=17

Each Month Points
Do Not Combine
*******************

YOU SAVED $0.03  /GA
  I agree to pay the
 above Total Amount
 according to Card
 Issuer Agreement.
     THANK YOU FOR
 SHOPPING KROGER!
   We Appreciate
  Customer Loyalty
```



STORE 784
1 Center Dr.
Northeast, MD 21901
(410) 287-7110
07/21/2021

SALE
Transaction #:  99116015

| Qty Name | Price | Total |
|---|---|---|
| 1 Super | 35.07 | 35.07 |
| Pump: | 1 | |
| Gallons: | 9.939 | |
| Price / Gal: | 3.529 | |

| | |
|---|---|
| Subtotal | 35.07 |
| Sales Tax | 0.00 |
| Total | 35.07 |

Received:
VISA                                35.07
XXXXXXXXXXXXX4997    SWIPED
Approved
Auth #:   115652



0078499116015
Pos:2 Clerk:669 07/21/2021 12:49:45
#ORIGINAL RECEIPT

# 1566

This restaurant is proudly run by
The McBee Family
We value your comments
To contact us please call 508 230 2190
Go to www.mcdvoice.com within 7 days
and tell us about your visit.
Validation Code: _____
Expires 30 days after receipt date
Offer one free small fry or hash brown
with purchase of any sandwich
Survey Code
00026 15060 61021 22542 00154 8

McDonald's Restaurant #0026
370 MACARTHUR BLVD
MA
BARNSTABLE
BOURNE,MA 02532
TEL# 508 7594716

KS# 15                    06/30/2021 10:11 PM
Side1                           Order 64

1 Spicy Crispy Chkn B
1 M Sweet Iced Tea
1 10 McNuggets
  1 BBQ Sauce
  1 Tangy Honey Must Dip

Subtotal                          14.28
  Tax                              1.01
Take-Out Total                    15.29

Cashless                          15.29
Change                             0.00

MER# 87002G
CARD ISSUER          ACCOUNT#
Visa SALE          ************1158

```
CUMBERLAND FARMS
STORE 2347  STATION 2186
4 MACARTHUR BLVD
BOURNE
MA   02532
FACILITY# 119865
PHONE#    508-759-6116

     - ORIGINAL -
Receipt#  82334
Date 07/23/21 Time 08:44
Payment Code          OB
Acct#  XXXXXXXXXXXX4997
Pump# 02            SUPER
Gallons           11.699
Price/Gallon    $ 3.679
Total Amount    $ 43.04


SALE - Card Swiped
Reference#     100301317
Batch# 54      Seq# 74
Approval#      197254


*************************

   We Appreciate Your
        Business
  Questions or Comments
       Please Call
    1-800-225-9702


    -= NOW HIRING! =-
TEXT 'Cumbys' to 242424
        to Apply
```

CUSTOMER COPY

# Rental Agreement Cover Sheet



**PENSKE**

**24/7 Roadside Assistance:**
**1-800-526-0798**

Rental Agreement #:80827699                HOUSEHOLD ONEWAY

| | | | |
|---|---|---|---|
| Created by: | G.DENEAULT | **Pick Up Date:** | **07/22/21 08:12 AM** |
| Completed by: | G.DENEAULT | **Expected Drop-Off:** | **07/27/21 08:12 AM** |
| Entered At: | 0771-29 | | |
| Status: | COMPLETED | | |

**CUSTOMER INFORMATION**

NICHOLAS ANDREADAKIS
5108 HUNTERS MEADOW PL
HENRICO, VA 23231 USA

**PICK UP LOCATION**

HOME DEPOT #2613 (0771-29)
2994 CRANBERRY HWY
EAST WAREHAM, MA 02538      USA
Voice (508) 291-6293

**DROP OFF LOCATION**

PENSKE RICHMOND AIRPORT (0285-10)
540 TRAMPTON RD
SANDSTON, VA 23150      USA
Voice (804) 737-0017
Fax (804) 737-1260

DRIVER NAME(S): NICHOLAS ANDREADAKIS                           TRAVEL SCOPE: Intrastate

This lessor cooperates with all Federal, State, and local law enforcement officials nationwide to provide the identity of customers who operate this rental CMV

**UNIT INFORMATION**

**Unit #:9269222**
6020 - 26FT SAD MEDIUM VAN

License #: 5673PE

License State: VA

License Exp: 04/30/2022

Owning Location: 0723-10

Days Allowed 5

Max. Payload: 10,899 lbs.
Height: 12 ft.7 in.

Unlimited Miles

Rented With Damage: NO

**Mileage Out:122,967**

**Diesel Fuel Out: 3/4**

Customer shall be responsible for all tolls incurred in the operation of the Vehicle, whether or not the provided transponder is used.

NO HAZARDOUS MATERIAL BEING TRANSPORTED

Please verify the above fuel level is correct. Customers who return vehicles with less fuel than when rented will be charged $8.00/gallon to refuel vehicle. Also, Customers will be assessed a $100 per day late fee if the unit is returned after the expected return date.

X _____ **Initials**

**TOWING INFORMATION**

**Unit #:99800090**
9200 – T/A AUTOTRLR TRAILER

License #: P793752

License State: IN

Owning Location: 072310

Vehicle Make/Model: 2017 SUBARUWRX STI LMTD MT WING SPOILER

Rented With Damage: NO

License Exp: 02/28/2022

Days Allowed 5

**OPTIONAL PROTECTION PLANS**

| | |
|---|---|
| Basic Bundle | *ACCEPTED* |
| | Limited Damage Waiver/LDW $0 Responsibility |
| Cargo Insurance | *DECLINED* |
| Personal Accident Insurance | *DECLINED* |
| Supplemental Liability | *DECLINED* |
| Towing Insurance | *DECLINED* |

THIS CONTRACT OFFERS, FOR ADDITIONAL CHARGE OPTIONAL VEHICLE PROTECTION TO COVER YOUR FINANCIAL RESPONSIBILITY FOR DAMAGE OR LOSS TO THE RENTAL VEHICLE. THE PURCHASE OF OPTIONAL VEHICLE PROTECTION

CUSTOMER COPY

# Rental Agreement Cover Sheet



**PENSKE**

24/7 Roadside Assistance:
1-800-526-0798

| Rental Agreement #:80827699 | | HOUSEHOLD ONEWAY | |
|---|---|---|---|
| Created by: | G.DENEAULT | Pick Up Date: | 07/22/21 08:12 AM |
| Completed by: | G.DENEAULT | Expected Drop-Off: | 07/27/21 08:12 AM |
| Entered At: | 0771-29 | Changed On: | 07/22/21 12:31 PM |
| **Status:** | **COMPLETED** | | |
| Customer Name: | NICHOLAS ANDREADAKIS | | |
| Created On: | 07/22/21 11:57 AM | | |



## BILLING INFORMATION

Invoice #:          PO #:                    Billing Cycle: Unknown

Bill Start Date:07/22/21 08:12 AM

**Remit To: PENSKE TRUCK LEASING CO.,L.P. - P.O.BOX 827380 PHILADELPHIA, PA, 19182--738, USA**

CHARGES

| Type | Quantity | Unit of Meas | Rate | Charge |
|---|---|---|---|---|
| Unit # 9269222 | | | | |
| | | Trip | $1,999.00 | **$1,999.00** |
| Price adjustment: 10.0% | | | | (199.90) |
| AAA Discount: 12.0% | | | | (215.89) |
| Unit # 99800090 | | | | |
| | | Trip | $249.00 | **$249.00** |
| AAA Discount: 12.0% | | | | (29.88) |
| Basic Insurance Bundle | | | | **$245.00** |
| Hand Truck Oneway Rental (1 Item(s) At 0 Days) | 1 | EA | $15.00 | **$15.00** |
| AAA Discount | | | | (1.80) |
| environmental fee | 1 | DY | $9.00 | **$9.00** |
| | | | SUBTOTAL: | **$2,069.53** |

## TAXES

| | |
|---|---|
| MA SALES TAX | **$129.35** |
| MA STATE RENT TRANS $2 | **$2.00** |
| **TOTAL DUE:** | **$2,200.88** |

## PAYMENTS AND REFUNDS

| Pay Type | Trans | Date | Card # | Approval Code | |
|---|---|---|---|---|---|
| THD Payment(CC) | PYMT | 07/22/2021 | | | **($2,200.88)** |

Store: 2613, Trans ID: 7454, Register #: 23, VI: 2488; $2200.88

| | |
|---|---|
| **PAYMENT:** | **($2,200.88)** |
| **NET DUE:** | **$0.00** |

CUSTOMER-COPY

# Rental Agreement Cover Sheet

**PENSKE**

24/7 Roadside Assistance:
1-800-526-0798

**Rental Agreement #:80827699**

| | |
|---|---|
| Created by: | G.DENEAULT |
| Completed by: | G.DENEAULT |
| Entered At: | 0771-29 |
| **Status:** | **COMPLETED** |

HOUSEHOLD ONEWAY

| | |
|---|---|
| **Pick Up Date:** | **07/22/21 08:12 AM** |
| **Expected Drop-Off:** | **07/27/21 08:12 AM** |





Penske respects your privacy. Penske collects contact, driver's license, and payment information from Customers at time of rental, and shares this information with service providers as needed to facilitate the rental process, perform watch list checks, and process payments. You may have the right to request copies or deletion of the personal information we collect about you under certain local privacy laws. For details on how Penske and its trusted partners manage your personal information, provide you with choices regarding your personal information, and a statement of your privacy rights, see our full Privacy Policy at www.gopenske.com/privacy. You may also contact us at privacy@penske.com or (844) 967-0109.

Customer acknowledges that Customer has read, or been given an opportunity to read, the Rental Agreement, including this Cover Sheet, the General Terms and Conditions, as well as any attachments hereto and agrees to be fully bound by its terms. Before deciding whether to purchase the optional limited damage waiver, you may wish to determine whether your own automobile insurance already affords you coverage for damage to the rental vehicle. To the extent the Customer had purchased Limited Damage Waiver coverage, Customer acknowledges reading, understanding, and agreeing with the disclosures, exclusions, and terms and conditions applicable to Limited Damage Waiver as set forth in Attachment D to the Rental Agreement.

By: _____

Customer/Authorized Signatory

CUSTOMER COPY

**PENSKE**

## TOWING EQUIPMENT
## (TOW DOLLY / CAR CARRIER)
### RENTAL AGREEMENT RIDER

Rider annexed to and incorporated in a certain Rental Agreement dated __07/22/21 08:12 AM__ and Numbered __80827699__ ("Rental Agreement") between Penske Truck Leasing Co., L.P. ("Penske") and the undersigned ("Customer").

1.  Subject to the terms and conditions of the Rental Agreement and the terms and conditions set forth in this Rider, Customer agrees to rent from Penske and Penske agrees to rent to Customer a tow dolly/car carrier with safety chains having the identification/serial number ("Towing Equipment") for the purpose of transporting the following vehicle not owned by Penske:

| 2017 | SUBARU | WRX STI LMTD MT WING SPOILER |
|------|--------|------------------------------|
| Year | Make | Model of Vehicle |

2.  For tow dolly, Customer agrees that the transported vehicle is within the following limitations: maximum outside width of 74", maximum weight of 3,950 lbs. for front-wheel drive vehicle and 4,250 lbs. for rear and four-wheel drive vehicle; minimum tire size of 165 70 R 13 for 13" tires; maximum tire size of 245 70 R 14 for 14" tires, 235 60 R 15 for 15" tires, 225 70 R 16 for 16" tires, and 225 60 R 17 for 17" tires (no vehicle with 12" or 18" tires shall be transported). ALL transported vehicles must have lockable steering.

For car carrier, Customer agrees that the transported vehicle is within the following limitations: maximum outside width of 79"; maximum wheel base of 125"; maximum weight of 4,055 lbs.; minimum tire size of 165 70 R 13" tires; maximum tire size of 275 60 R 14 for 14" tires, 265 60 R 15 for 15" tires, 275 50 R 16 for 16" tires, and 265 60 R 17 for 17" tires (no vehicle with 12" or 18" tires shall be transported.)

NOTE:   Customer should refer to Tire Size Chart located in the Towing Equipment instruction pamphlet.

NOTE:   For tow dolly and car carrier, the front end of transported vehicle must be placed on front of towing equipment. Do not back transported Vehicle up onto Towing Equipment. Transported vehicle and Towing Equipment must not be loaded with people or possessions. Carefully check clearance under transported vehicle front end to be sure it will clear Towing Equipment ramps.

NOTE:   For tow dolly, drive shaft must be disconnected and removed at Customer's expense for rear-wheel, four-wheel, or all-wheel drive vehicles. Do not tow a transported vehicle with parking brake engaged. Do not back up truck with tow dolly attached.

3.  Customer shall pay Penske the value of the tow dolly up to a maximum of $2,000 or the value of the car carrier up to a maximum of $4,000 if the towing equipment is stolen or mysteriously disappears notwithstanding the acceptance of LDW.

4.  Customer acknowledges and agrees that Penske has provided Customer with a Towing Equipment instruction pamphlet and the Customer has read the said instruction pamphlet, understands its contents and shall comply with them. It is Customer's responsibility to contact an authorized factory dealer that sells and services the vehicle you will be transporting for other specific information regarding potential damage that may occur from transporting your vehicle.

5.  Customer further acknowledges, agrees, and warrants: (a) that Customer has inspected the Towing Equipment and has found it to be in good repair and operating order and condition; (b) that, notwithstanding anything to the contrary contained in the Rental Agreement, customer shall, if Customer installs and attaches the Towing Equipment, do so properly and in accordance with the instruction pamphlet, and in a safe, effective, and lawful manner; (c) that the Towing Equipment shall be attached only to the Vehicle rented from Penske; (d) that the Towing Equipment is compatible with and shall only be used for transporting the Vehicle designated above; (e) that customer is responsible for the hook up and removal of the towed vehicle from the Towing Equipment; and (f) that Customer will not transport more than one vehicle at any one time.

6.  Customer agrees to indemnify, defend and hold harmless Penske and its partners, agents, servants, and employees, from and against any and all losses, liabilities, claims, damages, costs, and expenses including, without limitation, attorney's fees and court costs, directly or indirectly caused or arising out of Customer's failure to comply with the terms of the Rental Agreement, or this Rider, including loss of, or damage to, the truck and/or the Towing Equipment rented by Penske (notwithstanding Customer's acceptance of Limited Damage Waiver).

7.  Penske shall not be liable for any loss or damage to the transported vehicle or to any property left, stored, loaded or transported in or upon the transported vehicle, whether or not due to the negligence of Penske, its agents or employees (a) at any time, whether the vehicle is in the physical possession of customer, or Penske or anyone else, or (b) at any place including, without limitation, any of Penske's garages or locations. Customer hereby assumes all risk of such loss or damage and waives all claims against Penske by reason thereof; and agrees to hold Penske, its partners, agents and employees, harmless from and to defend and indemnify them from and against all claims based upon or arising out of such loss or damage.

PENSKE:

Penske Truck Leasing Co., L.P.

By _____

CUSTOMER:

Customer acknowledges reading and understanding the above agreement.

NICHOLAS ANDREADAKIS
_____
Print Name

_____
Signature

Plaintiffs' Exhibit 21

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

### <u>DECLARATION OF PLAINTIFF ERIC CILA</u>

I, Eric Cila, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 8807 Avondale Ct., Louisville, KY 40299.

4. I make this declaration based on my personal knowledge and to explain the impact of the defendant airlines' illegal discriminatory mask policies and the unlawful Federal Transportation Mask Mandate ("FTMM").

5. Ordinarily, prior to the COVID-19 pandemic, my wife, Plaintiff Shannon Cila, and I would travel together by airplane to visit friends or family in various parts of the country.

6. I am very uncomfortable wearing a face mask due to the restriction on my breathing. I am a healthy person, but breathing while muzzled is burdensome and restrictive.

7. Face coverings are inherently dirty, and the inability to see the faces and the mood of the people around me who are obscured is disconcerting. Traveling to unfamiliar places can be dangerous and I have to protect my children by discerning any possible threats to their safety.

8. Shannon has a legitimate health condition that should allow her to fly without a mask. She also relies on the expressions on faces to help her communicate effectively. Her condition is well-documented and people cannot discern her difficulty just by looking at her. She should not have to disclose her personal medical concerns to strangers who work for airlines and are unqualified to diagnose or evaluate her condition as her doctors have done.

9. I have flown one time during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 and have been subject to airlines' illegal mask policies.

10. Were it not for the defendants' discriminatory mask policies, I would be traveling on about six more flights this year for work,  with my wife, or my entire family. My work requires me to travel to Monroe, Wisconsin; Flint, Michigan; and Greensboro, North Carolina. As a result of the mask policies, I have to travel to these destinations by automobile, taking many more long driving hours to breathe freely in my own car.

11. I was denied the ability to fly with my wife by American Airlines from Louisville to Houston in October 2020 solely because my wife can't wear a face covering. My wife had to drive separately and alone for 17 hours to Texas because I was unable to travel on a longer schedule due to my work requirements.

12. For my part, I was inconvenienced and suffered difficulty breathing for hours on a flight due to the mask policy. My wife also had to travel alone on the return trip, suffering multiple automobile breakdowns at late hours and additional stops, making it take more than two days.

13. Our family has suffered additional fees to travel separately, rent cars, stay in hotels along the way, and lost valuable vacation time together by traveling separately, with one obligated to go slowly and more dangerously by car.

14. I have not filed any complaints with the U.S. Department of Transportation because doing so would be futile given that DOT refused to enforce the Air Carrier Access Act ("ACAA") in 2020 and January 2021, when many defendant airlines totally banned anyone with a medical condition who can't wear a mask from flying. DOT then put out a Notice of Enforcement Policy on Feb. 5, 2021, instructing the airlines they may violate numerous ACAA regulations.

15. My next booked flight is Oct. 21, 2021, to visit close friends in Houston, but my wife and I will have to pay double so she can go by automobile while I must fly uncomfortably while muzzled to meet my work schedule.

16. I need to be able to fly with my wife to a funeral this very week on 9/11/21 for an employee and friend who passed away unexpectedly. We will be unable to fly due to my wife's inability to wear a mask, so we will have to add the stress of traveling late into the night on Friday for an early funeral through the day, followed by long hours driving home.

17. We should not have to risk our lives driving long hours on long days while mourning the loss of our friend during what will be a very stressful weekend. We are clearly being discriminated against and refused access and fair, equitable accommodation because of my wife's disabilities. This is unfair and unequal treatment under the law.

18. I served this country in the United States Navy to protect the freedoms that are now denied to us. I demand all airline mask mandates be immediately ended as they constitute illegal discrimination under U.S. and international law.

19. I request fair and equitable remedies for all damages suffered and losses of freedoms described herein, any and all that may be fairly granted to my wife, my family, and myself. This Court needs to restore our right to travel unencumbered by airline mask mandates immediately.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept. 7, 2021.

*Eric Cila*

Eric Cila, plaintiff



8:39

flight  ✕

We're ready to board at Gate B87 - we've cleaned and disinfected the aircraft for your **flight** to Louisville and we look forward to seeing you soon!

==For everyone's health and safety, you're required to wear a face covering for the entire **flight**. Your gate agent can provide one if you didn't bring on==

Oct 26 2020

26266

We're excited to see you on board. We wanted to let you know that we're expecting your United **flight** 6069 from Houston to Louisville to be fairly full. If you'd like to consider other options, you can change your **flight** with no change fee. Please note that the number of travelers on this **flight** and

Oct 26 2020

26266

You'll now receive SMS **flight** updates from United when traveling. Reply HELP for help, STOP to opt out. Standard message and data rates may apply. united.com/texts

Oct 26 2020

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

### <u>DECLARATION OF PLAINTIFF SHANNON GREER CILA</u>

I, Shannon Greer Cila, declare as follows:

1.  I am over the age of majority.

2.  I will testify to the facts set out herein if called upon to do so.

3.  I reside at 8807 Avondale Ct, Louisville, KY 40299.

4.  I am the wife of Plaintiff Eric Cila.

5.  I make this declaration based on my personal knowledge and to explain the im-
    pact of the defendants' illegal mask policies and the Federal Transportation
    Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

6.  I fly several times a year for important family and other events, to visit or render
    aid to friends and family, and for occasional business or pleasure trips.

7.  Due to my qualified and medically documented health conditions, which I am happy to show in-camera (I do not want my private medical records in the public domain), I can't tolerate wearing a face mask. Covering my nose and mouth impairs my ability to remain calm, breathe, see, smell, taste, hear, keep my face clean, protect my immune system from accumulated bacteria and other unknown toxins; and to express myself and communicate effectively with others.

8.  My children and I have been illegally restricted from flying by the defendant airlines during the COVID-19 pandemic based on my inability to wear a mask, violating our civil and constitutional rights, and in violation of numerous federal and international laws.

9.  Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would be traveling on about 3-8 or more flights this year.

10. I was denied the ability to fly by the defendant airlines as follows:

11.  Spirit, Frontier, and Alaska from Louisville to Chicago about Sept. 9-12, 2020.

12. Sept. 11, 2020, was my 50th birthday. I had to scrap my flight plans to travel to Chicago to celebrate with my twin brother. One's 50th birthday is a major life milestone but because of the illegal mask mandates, I could not fly to go celebrate with my brother. Instead, I spent that weekend sitting in a cold jail cell in Kentucky, arrested for not wearing a mask because of my disability.  That terrible incident never would have taken place had the defendants not blocked my ability to fly to Chicago as planned. I can never get that time or lost memories

2

back, and there is no monetary value that can be placed on it. I will never be able celebrate my 50th birthday again.

13. My 11-year old nephew suffered a serious adverse reaction after his first COVID-19 vaccine (he was able to get a shot even though the vaccine is only approved for kids 12+ so far) in June 2021 and had to be admitted to a children's hospital in Chicago.  My brother and sister-in-law had to take time out of their busy work schedules to care for him in the hospital while their other child also needed care during his challenging recovery. I wanted to fly up for a few days to help them, but was banned by the defendants. I couldn't schedule the extra time to travel by vehicle or afford to rent a reliable vehicle. I also didn't want to risk the dangers of traffic and crime in such a large metropolis that I'm not familiar with.

14. Frontier and Southwest from Louisville to Houston in July 2020, October 2020, January 2021, and July 2021.

15. In October 2020, my husband, Eric, and I wanted to attend our dear friends' wedding in Houston.  I had to choose either to not go or to drive down from Louisville because of my disabilities that prevent me from safely wearing a mask. This was emotionally painful, embarrassing, humiliating, and distressing, amplifying my medical symptoms and causing a serious rift in my own marriage.

16. Eric, who also has problems tolerating being muzzled, had to fly to Houston because of his work schedule.  He didn't have time to drive. For me to attend

the wedding with my husband, I was forced to travel by myself by car from Louisville to Houston in my personal vehicle, which is old. The car broke down several times on the way there and back.

17. Because I was forced by the defendants to be separated from my spouse, who is my main advocate regarding my needs for accommodation, I was put directly in harm's way by having to travel round trip, alone, by car, at night, through unfamiliar cities, which were at the time under siege, being looted and burned by violent protests. This increased my anxiety and stress levels, which in turn make certain medical conditions that I have much worse.

18. On the lengthy drive to and from Houston, I needed to stop to go to the restroom at public businesses that were imposing arbitrarily enforced mask mandates upon travelers. As a petite woman, I am often singled out and bullied by employees at these public places of accommodation.  Some stores, gas stations, etc. strictly forbade anyone from entering without a mask in spite of medical exemptions. Along the route I was even forced to pull over in secluded spots in order to relieve myself in a cup in my vehicle due to stores' and businesses' strict mask policies and guards who constantly barred me from using their public facilities because I could not cover my face. This caused further delays and more personal safety and health concerns that the nondisabled were not subjected to.

19. The trip to and from Houston was more than 17 hours each way – a grueling drive for anyone who is not accustomed to motoring often. I suffered many expenses. My husband accidentally flew home with my car keys. He had to pay

more than $100 to overnight them back to me. It caused a great deal of emotional distress, strain, and hardship because my plans were further delayed to get back home.  That never would have happened had I been able to accompany my spouse on the defendants' aircraft  to attend our friends' wedding.

20.    In January of 2021, my paternal uncle died. I was not able to attend his funeral in eastern Texas with the rest of my family because of the defendants' mask mandates.

21.  My disabled, elderly father fell in his home in July 2021 in Trinity, Texas, where he resides in a rural location. He could not get to the Department of Veterans Affairs hospital in Houston, a two-hour drive, on his own. He went without medical care for two weeks before he could be seen.  I couldn't go look after him because of the defendants' conduct, and the extra time it would have taken to drive both directions alone again. This put his life in direct danger because it was a very bad fall and he shattered his humerus bone. He suffers from nerve damage from Agent Orange exposure during his military service.  He has trouble using his legs and arms. I feared for his life and wellbeing, yet I could not be there for him because of the defendants' discrimination.

22.    Alaska and Frontier from Louisville to Oregon in July 2020 and again in July 2021.

23. Delta from Louisville to New York from about June 15-19, 2021.

24.    I had to travel by car to New York due to the defendants' illegal mask mandates. My nondisabled friends, who were able to fly to the same event in New

York, did not have to contend with the road dangers I did. I had to rent a car for the trip because my vehicle was not reliable, and had to deal with the same arbitrary mask policies of businesses along my route as I did on the Houston trip.

25. All of these refusals to carry me by the defendants were solely because I can't wear a face covering. This forced me to have to drive or cancel my plans, subjecting me to unequal treatment from other Americans strictly based on my disabilities.

26.   The defendants' stated mask exemptions appear to be there only for the appearance of compliance with disability laws. How does an individual ever hope to enforce their right to receive mask exemptions when there are so many illegal hoops to jump through? They are legally toothless mockeries.

27. These airlines and their executives are willfully and knowingly conspiring to disenfranchise disabled travelers such as me (travelers who cannot safely wear masks). They are barring us purposely, arbitrarily, capriciously, and sometimes even maliciously from accessing their services in violation of federal and international laws.

28.   The defendants all have complicated and burdensome hurdles for the disabled to negotiate that others do not, such as submitting doctor's notes, waiving rights to privacy, and exposing one's self and their personal medical information to strangers.

29.   It is nearly impossible in Kentucky to get a doctor's note verifying medical conditions that make mask wearing unsafe. Even if I had the ability to get a

doctor's letter, it is illegal per Air Carrier Access Act regulations to require it. The defendants' exemption policies are arbitrary regarding whether a doctor's note would even be accepted as there are no clear guidelines for their employees to follow – employees who are not doctors and unqualified to evaluate my medical conditions. They are practicing medicine without a license, which is illegal.

30.   Masks are FDA-approved for emergency use only as experimental medical devices. Per federal law (Food, Drug, & Cosmetic Act), no airline or governmental agency may mandate their use.

31.  The disabled are being singled out, bullied, intimidated, coerced, and reduced to a lower caste by the defendants.

32. An employee and friend of my husband's died earlier this week in Michigan. To even have a hope of flying tomorrow (Friday, Sept. 9, 2021), there would not be enough time to jump through all their arbitrary mask exemption hoops and paperwork in time. Most airlines require advance notice of 7-10 days to even attempt to obtain a mask exception, illegally denying disabled people the ability other nondisabled Americans have to travel last minute when emergencies such as deaths and funerals occur.

33. When we should be focusing on the loss of a dear loved one and grieving, we are instead faced with petty harassment by unreasonable and illegal medical demands made on us by the defendants. The disabled are daily being deprived our valuable time and money when we should be able to freely gather and grieve our losses as a community.  Our right to freely gather is under attack today, and

it's the express duty of the Court to step up now and protect the people.  This is a matter of great national impact and importance.  It also amounts to more irreparable harm.  We cannot ever get our time and energy as well as precious memories back.

34.     The defendants have arrested and charged their own customers with trespassing for not wearing a mask, a medical device not approved by the Food & Drug Administration. Some have even been sent to jail. The threat of arrest for trespass is terrifying to most Americans, including myself.

35. I have already suffered a false arrest based on a business' discrimination against me for my disability and inability to safely wear a mask medical device. The risk of having another mask confrontation with defendants, who have appointed themselves the "Mask Police" in reckless disregard for numerous federal and international laws, causes immense anxiety and fear that stops me from even attempting to exercise my right to freely travel and access airlines like everyone else.  We all know it is futile to try to obtain a mask exemption.

36.     I wanted to fly to Chicago this month to celebrate my birthday with my twin to make up for missing it last September, but I will not be able to do that this year because of the defendants' unlawful conduct.

37. I do not currently have any future flights booked because I won't fly until the FTMM and airline mask policies are struck down, enjoined, or abolished.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing

is true and correct.

Executed on Sept. 9, 2021.

/s/Shannon Greer Cila
Shannon Greer Cila, plaintiff

**Plaintiff Shannon Greer Cila**
**October/November 2020 Roadtrip Expenses When I Was Banned from Flying**

| | | | | |
|---|---|---|---|---|
| 10/22/2020 | PILOT 0392 SONOR - NA | Pilot Flying J, Fuel, travel food | shannon,travel | -$32.42 |
| 10/22/2020 | LOVES CNTRY ST N LIT - NA | Love's, fuel, travel meal | shannon,travel | -$31.64 |
| 10/23/2020 | SHELL SERVICE S CLEVE - NA | Shell, fuel | shannon,travel | -$34.79 |
| 10/26/2020 | WAL MART 0437 SEALY - NA | Walmart | shannon, Travel, lunch items | -$26.64 |
| 10/26/2020 | SHELL SERVICE S HOUST - NA | Shell (Auto Maint) | shannon,travel,fuel | -$21.83 |
| 10/26/2020 | RBT AMERICAS BEST VALU EASYS - NA | RBT AMERICAS BEST VALU EASYS - NA | shannon,hotel,travel | $2.00 |
| 10/26/2020 | RBT AMERICAS BEST VALU EASYS - NA | RBT AMERICAS BEST VALU EASYS - NA | hotel,shannon,travel | $3.62 |
| 10/26/2020 | AMERICAS BEST VALUE IN LIVIN - NA | America's Best | shannon,hotel,travel | -$90.40 |
| 10/27/2020 | THE UPS STORE xxx8 94 LOUIS - NA | The UPS Store, Eric overnight car keys | shannon,travel,car keys | -$100.45 |
| 10/28/2020 | BUC EE S 18 WALLE - NA | Buc-ee's, fuel, beef jerky | shannon,travel,grocery | -$34.64 |
| 10/29/2020 | WM SUPERCENTER HUNTS - NA | portable battery charger | Shannon Travel | -$32.58 |
| 10/29/2020 | RBT AMERICAS BEST VALU EASYS - NA | America's Best Value, incidental | shannon,travel,hotel | -$2.00 |
| 10/29/2020 | H E B 728 HUNTS - NA | H-E-B, travel meal | shannon,travel,food,barbecue | -$69.14 |
| 10/30/2020 | MCDONALD S Fx1738 TRINI - NA | Bkfst | Shannon Travel | -$6.37 |
| 10/30/2020 | WAL WAL MART SUPER 912 HUNTS - NA | Food on the road, toiletries | - | -$35.36 |
| 10/30/2020 | FISHERMAN S PRIDE TRINI - NA | Travel, meal | Shannon Travel | -$17.00 |
| 10/30/2020 | VERNON S KUNTRY BBQ CONRO - NA | Lunch, travel | Shannon Travel | -$37.78 |
| 11/2/2020 | HERMITAGE AUTO WASH E HERMI - NA | Oil change | Shannon Travel, Auto | -$48.02 |
| 11/2/2020 | MCDONALD S Fx0301 BROWN - NA | Beverage | Shannon Travel | -$3.94 |
| 11/2/2020 | LOVES CNTRY ST PRESC - NA | Fuel | Shannon Travel | -$28.81 |
| 11/2/2020 | ADVANCE AUTO PA HERMI - NA | Auto Parts/Repair/Maint | Shannon Travel | -$24.01 |
| 11/2/2020 | WAL WAL MART SUPER 000 HUNTS - NA | Food, personal care, auto | Shannon Travel, Auto | -$81.00 |

**TOTAL**          **-$753.20**



Account Details - Fifth Third Bank

## ACCOUNT SUMMARY

**Fifth Third Momentum Checking**
x7297

Available

More Details ▬

**Account Summary**

Account Number : | X7297

Ledger Balance :

**Account Profile**

Last Stmt Begin Balance :

Last Stmt End Balance :

Last Stmt Begin Date : | 07/20/2021

Last Stmt End Date : | 08/19/2021

Date Account Opened : | 12/04/2020

**Interest Earned**

Current Statement : | $0.00

Last Statement : | $0.00

In 2021 : | $0.00

In 2020 : | $0.00

**Account and Routing Number**

View Account/Routing Numbers

| Recent Activity | View by Statement |

| 3 Prior: 05/20/2021 - 06/18/2021 | ▼ |

| 06/15/2021 | Debit Card Purchase At Budget.Com Prepay, 8006212844, Va On 061421 From Card#: XXXXXXXXXXXX8570 | -$415.50 |

*Rental car purchase – Shannon's NYC trip*

Last Login: 09/09/2021 12.45pm

Member FDIC

Copyright © 2021 Fifth Third Bank, National Association, All Rights Reserved.

1

Morgan

https://onlinebanking.53.com/lb/?device_id=fid90391-340a-46b6-b496-2c681c1634bd#/accounts/accountDetails



Statement Period Date: 6/19/2021 - 7/19/2021
Account Type:

Banking Center: Hurstbourne
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

THANK YOU FOR BEING A FIFTH THIRD CUSTOMER. WE GREATLY VALUE YOUR TRUST AND CONFIDENCE AND SINCERELY APPRECIATE THE OPPORTUNITY TO SERVE YOU.

## Account Summary

| 06/19 | Beginning Balance | | Number of Days in Period | 31 |
| | Checks | | | |
| | Withdrawals / Debits | | | |
| | Deposits / Credits | | | |
| 07/19 | Ending Balance | | | |



## Withdrawals / Debits

**126 items totaling**

| Date | Amount | Description |
|------|--------|-------------|
| 06/21 | 37.99 | DEBIT CARD PURCHASE AT SP * RENPHO GROUP, 8844170149, CA ON 061821 FROM CARD#: XXXXXXXXXXXX8570 |
| 06/21 | 38.76 | MERCHANT PAYMENT - 928901 Speedway 300 Little S Elkview WV ON 062121 FROM CARD#: XXXXXXXXXXXX674X |
| 06/21 | | |
| 06/21 | | |
| 06/21 | | |
| 05/21 | | |
| 06/21 | | |
| 06/21 | 114.48 | DEBIT CARD PURCHASE AT BUDGET RENT A CAR, LOUISVILLE, KY ON 061921 FROM CARD#: XXXXXXXXXXXX8570 |
| 06/21 | 115.27 | MERCHANT PAYMENT - 655001 HOMEGOODS 4201 TOWNE C LOUISVILLE KY ON 062121 FROM CARD#: XXXXXXXXXXXX674X |
| 06/21 | 468.73 | DEBIT CARD PURCHASE AT MARRIOTT LONG ISLA, UNIONDALE, NY ON 061921 FROM CARD#: XXXXXXXXXXXX6745 |
| 06/21 | 7.40 | MERCHANT PAYMENT MEIJER 160 - 001 METROPCS AUTO P AY ON 062121 FROM CARD#: XXXXXXXXXXXX857X |
| 06/21 | 18.94 | MERCHANT PAYMENT NNT KAMANA GROCE - 453970 3825 BARDSTOWN RD BUECHEL KY ON 062121 FROM CARD#: XXXXXXXXXXXX857X |
| 06/21 | | |
| 06/21 | | |
| 06/22 | | |
| 06/22 | | |
| 06/22 | | |
| 06/22 | | |



FIFTH THIRD BANK

Statement Period Date: 6/19/2021 - 7/19/2021
Account Type
Ac

0

8110

Banking Center: Hurstbourne
Customer Service: 800-972-3030
Internet Banking & Bill Payment: 53.com

## Withdrawals / Debits - continued

| Date | Amount | Description |
|---|---|---|
| 06/30 | | |
| 06/30 | | |
| 07/01 | | |
| 07/01 | | |
| 07/01 | | |
| 07/01 | | |
| 07/01 | | |
| 07/02 | | |
| 07/06 | | |
| 07/06 | | |
| 07/06 | | |
| 07/06 | | |
| 07/06 | | |
| 07/06 | | |
| 07/06 | | |
| 07/06 | | |
| 07/06 | | |
| 07/06 | | |
| 07/06 | | |
| 07/06 | | |
| 07/06 | | |
| 07/06 | 50.48 | DEBIT CARD PURCHASE AT YORK BARBELL, YORK, PA ON 070621 FROM CARD#: XXXXXXXXXXX8570 |
| 07/07 | | |
| 07/07 | | |



FIFTH THIRD BANK

**Withdrawals / Debits** - continued

| Date | Amount | Description |
|------|--------|-------------|
| 06/22 | | |
| 06/22 | | |
| 06/23 | | |
| 06/23 | | |
| 06/24 | | |
| 06/24 | | |
| 06/24 | | |
| 06/24 | | |
| 06/24 | | |
| 06/25 | 60.00 | 5/3 JEANIE WITHDRAWAL - 006314 2295 NICHOLSVILLE RD LEXINGTON KY ON 062521 FROM CARD#: |
| 06/25 | | |
| 06/25 | | |
| 06/25 | | |
| 06/25 | | |
| 06/28 | | |
| 06/28 | | |
| 06/28 | | |
| 06/28 | | |
| 06/28 | | |
| 06/28 | | |
| 06/28 | | |
| 06/28 | | |
| 06/29 | | |
| 06/29 | | |
| 06/29 | | |
| 06/29 | | |
| 06/29 | | |
| 06/29 | | |
| 06/30 | | |
| 06/30 | | |
| 06/30 | | |
| 06/30 | | |

Page 2 of 8





Re: Need explanations of your receipts

| From | ███████████████████████████████ |
|---|---|
| To: | ███████████████ |
| Date: | Thursday, September 9, 2021, 07:08 PM EDT |

Shannon Cila, Travel Expenses for NYC road trip

Page 1/8:

My travel expenses are highlighted in purple:
1. 6/21- Speedway gas station- Fuel
2. 6/21- Budget Rent-a-Car charge (114.48) Charge for extra day.
3. 6/21- Homegoods- (115.27) food & beverage items on the road comist bles, travel & auto-related (travel mugs & thermos, etc.)
4. 6/21- Meijer- More food for on the road.
5. 6/21- Kamana Groc- snacks for dau on the road.

Page 2/8-

6/25- 5/3rd Bank ATM, cash withdrawal for fuel & food on the road. Detail: We got caught in a powerful, dangerous thunderstorm; got cash for emergencies.

Page 3/8- 7/7- Barbell store & gas station, York, PA; Detail: Fuel stop & lunch for me & daughter driving back from NY. Debit charge was delayed in clearing the bank post trip.

Attached bank statement (dated 9/9/2021), p.1/1- Budget Car Rental online prepay ($415.50)

> On Thursday, September 9, 2021, 05:00:52 PM EDT, Lucas Wall ███████████████████ wrote:
>
> Need to add that to your declaration.

 20210909_190552.jpg
343.5kB

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

### <u>DECLARATION OF PLAINTIFF ANTHONY EADES</u>

I, Anthony Eades, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 19499 Cedar Gate Dr., Warsaw, Missouri, 65355.

4. I make this declaration based on my personal knowledge and to explain the impact of the defendant airlines' illegal discriminatory mask policies and the unlawful Federal Transportation Mask Mandate ("FTMM").

5. Before the defendants imposed illegal mask mandates last year, I flew 4-5 times a year. Since the mask mandates took effect, I only flew a couple times. I am now trying to wait until things return to normal, meaning no mask mandate, until I fly again.

1

6. Due to my military injury of a gunshot wound to the chest, asthma, and breathing difficulties, it is unbearable and sometimes impossible to maintain normal breathing. I can't tolerate wearing a face mask. Covering my nose and mouth brings back my severe Post-Traumatic Stress Disorder from being in Iraq, in the way of after I was shot, I was not able to breath due to where I was shot. So my PTSD affects me and prevents me from properly wearing the mask.

7. I have flown four times during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 and have been subject to the airlines' mask policies.

8. Were it not for the defendants' discriminatory mask policies, I would be traveling on about six more flights this year.

9. I was denied the ability to fly by Defendant Southwest Airlines from Phoenix to Kansas City on March 14, 2021, solely because I can't wear a face covering. I was removed from a flight right before takeoff because I removed my mask so I could get some breaths.

10. The FAA was going to charge me with a crime and a monetary fine, but the investigation did not find enough evidence to fine me. But the TSA restricted my Pre-Check privileges for a full year because it claims I restricted the flight crew from properly doing their jobs.

11. I do not currently have any future flights booked because I won't fly until the airlines' mask policies and FTMM and are struck down or repealed.

12.  I have each time I flew had every official or airline employee rudely demand I put on my mask after I try to explain to them my medical condition, and they all say the same thing, "Well, perhaps you need to consider other means of travel if you cannot follow the federal mandate."

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept. 8, 2021.

*Anthony Eades*

Anthony Eades, plaintiff

3

### UNITED STATES DISTRICT COURT
### FOR THE MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

### <u>DECLARATION OF PLAINTIFF URI MARCUS</u>

I, Uri Marcus, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I am the husband of Plaintiff Yvonne Marcus.

4. I currently reside at: Shmu'el Lupo St. 6/18, Jerusalem, Israel 9355006. My mailing address is P.O. Box 7211, Jerusalem, Israel 9107102.

5. I maintain a U.S. residence at 2107 San Jose Ave., Apt. D, Alameda, CA 94501. My U.S. mailing address is P.O. Box 126, Ojai, CA 93024.

6. I make this declaration based on my personal knowledge and to explain the impact of the defendant airlines' illegal discriminatory mask policies and the unlawful Federal Transportation Mask Mandate ("FTMM").

7. Were it not for the defendant airlines' discriminatory mask policies and the illegal FTMM, I would normally travel on about 8-15 flights this year. This was the situation prior to the COVID-19 pandemic.

8. Due to my difficulty breathing (documented in my medical records) as well as anxiety issues, PTSD, tingling in my fingers, shortness of breath, and other impairments stemming from my six years of military service in the United States Navy (1974-1980), as well as my 21 years of military service in the Israel Defense Forces (1983-2004) I can't tolerate wearing a face mask. Covering my nose and mouth instantly produces severe limitations to freely filling my lungs with air. I uncontrollably hyperventilate regardless of the type of mask being worn, while feeling at the same time, fear of consequences if I do not comply with masking mandates.

9. I use an inhaler when necessary, but it doesn't always help. Since 2009, I do not own a private vehicle, and therefore am compelled use all forms of public transportation in Israel for all of my transportation needs. Fortunately in Israel, unlike in the United States, all forms of public transportation accept a person's verbal declaration that he/she matches the criteria to possess a medical exemption to wear a mask, and is permitted to travel as necessary without discrimination.

10. When coerced against my will to muzzle my breathing with a face mask, I quickly and invariably experience the following: anxiety, hyperventilation,

increased heart rate, a struggle to breath and in particular, taking deep breaths

11. I experience fear of being blacklisted by the companies I pay to transport me, and tremble at the real possibility that they will prevent me from returning home. I develop a paranoid "look over your shoulder" syndrome which psychologically induces a constant "on edge" nervousness disorder that a flight attendant will pop out of nowhere and yell at me, or threaten me for not having a mask on.

12. Contributing to the tension is the feeling of being locked up in a metal tube with no escape, while being unable to breath. I become panic-stricken, especially when threatening announcements are made over the cabin PA system, sometimes over 15 times on a single one-hour flight, warning me of dire consequences should I remove the mask to take a full breath of air. An overall sense of uneasiness further exacerbates breathing difficulties during each flight, particularly on the long-hauls.

13. I have received, and maintain in my possession, signed and written medical mask exemptions from my family physician, which document: 1) hyperactive airways; 2) breathing difficulties exacerbated by mask wearing; 3) order to provide all assistance to exempt me from mask wearing while traveling; 4) Sensory Processing Disorder; 5) anxiety; and 6) Reactive Airways Disease.

3

14. In my possession are three medical mask exemptions dated Nov. 5, 2020; Aug. 1, 2021; and Aug. 9, 2021, from Dr. John Borowski of Jerusalem, Israel.

15. I have been illegally restricted from flying during the COVID-19 pandemic because of my inability to wear a mask, including on Defendant Southwest Airlines (as well as American Airlines and United Airlines.

16. I have flown six times during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 and have been subject to Defendant Southwest's illegal mask policy and the *ultra vires* FTMM.

17. Were it not for airlines' discriminatory mask policies the illegal FTMM, I would be traveling on about 8-15 more flights this year.

18. I was forced to fly muzzled despite the dangers to my mental, physical, emotional. and psychological health on Defendant Southwest from Oakland (OAK) to Los Angeles (LAX) on Nov. 23, 2020, solely because I can't wear a face covering.

19. Upon delivery of my bags to the Southwest check-in counter at OAK, I presented a medical authorization issued by my family physician exempting me from wearing a mask. I was told that there are no exceptions. I asked if I could present my medical exemption to the flight attendant or to departure gate personnel. I was told to expect the same answer and if I removed my mask during any portion of the flight, including time spent at the de-

parture gate before boarding, I would be reported and blacklisted from future Southwest flights.

20.    I was also forced to fly muzzled despite the dangers to my health on Defendant Southwest from Las Vegas (LAS) to Phoenix (PHX) on Dec. 4, 2020, solely because I can't wear a face covering.

21. Upon delivery of my bags at the Southwest check-in counter at LAS, I presented an authorization signed by my family physician exempting me from wearing a mask. I was told that there are no exceptions. I asked if I could present my medical exemption to the head flight attendant or departure gate personnel. I was told to expect the same answer and if I removed my mask during any portion of the flight, including time spent at the departure gate before boarding, I would be reported and blacklisted from future Southwest flights.

22.    I was forced to fly muzzled despite the dangers to my health by Defendant Southwest from Phoenix (PHX) to Los Angeles (LAX) on Dec. 7, 2020, solely because I can't wear a face covering.

23. Upon delivery of my bags at the Southwest check-in counter at PHX, I presented an authorization signed by my family physician exempting me from wearing a mask. I was told that there are no exceptions. I asked if I could present my medical exemption to the head flight attendant or departure gate personnel. I was told to expect the same answer and if I removed my mask during any portion of the flight, including time spent at the departure

gate before boarding, I would be reported and blacklisted from future Southwest flights.

24.    I have not filed any complaints with the U.S. Department of Transportation concerning the flights noted above out of sheer fear and intimidation that these airlines and others would prevent me from traveling and disrupt any travel plans I had or will have in the future. I also believe, based on DOT's failure to enforce the Air Carrier Access Act, that filing any complaints would be a futile gesture.

25. I do not currently have any future flights booked because I won't fly until airlines' illegal mask policies the unlawful FTMM are struck down or repealed.

26.    I am a dual citizen of the United States and Israel. Air travel is the only option for my wife and I to get back and forth between the United States and Israel. The airlines' discriminatory mask policies violate my inherent human right under international law to enter and leave my countries of citizenship.

27. In addition to the above, I was forced to fly muzzled despite the dangers to my health on United Airlines from Tel Aviv (TLV) to San Francisco (SFO) on Nov. 19, 2020, as well as from LAX to SFO to TLV on Dec. 9, 2020, solely because I can't wear a face covering.

28.    After checking in and arrival to the departing gate in Tel Aviv, I approached the check-in desk and presented a medical mask exemption au-

thorization signed by my family physician. I was told that this would not be accepted, and if I were not wearing my mask upon boarding, I would not be permitted to fly. I was also told that if I removed my mask during the 14-hour flight, even while sleeping, I would be reported and blacklisted from future United flights.

29.    On Dec. 9, 2020, for my return to TLV from LAX and SFO, upon checking my bags with United at LAX, I presented a medical exemption authorization from my family physician. I was told that there are no exceptions. I asked if I could present my medical exemption to the head flight attendant or departure gate personnel. I was told to expect the same answer and if I removed my mask during any portion of the flight, including time spent at any departure gate before boarding, I would be reported and blacklisted from future United flights.

30.    No person can survive more than three minutes without breathable air. The airlines' illegal mask policies deprive me of liberty by restricting the amount of breathable air available. Hundreds of scientific studies and medical articles have proven that masks can't prevent a virus from being transmitted, and that face coverings cause great damage to human health.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept. 1, 2021.

*URI MARCUS*

Uri Marcus, plaintiff

Trip log/notes 19 Nov 2020 to 10 Dec 2020

1. TLV SFO — 19 Nov 2020 — UAL

After checking in and arrival to the departing gate in Tel Aviv, I approached the front desk and presented my Ishur [authorization] from my doctor exempting me from wearing a mask. I was told that this would not be accepted, and if I was not wearing my mask upon boarding, I would not be permitted to board. I was also told that if I removed my mask during the 14 hour flight, even while sleeping, else I would be reported and blacklisted from future UAL flights. I opted not to file a formal complaint on UAL's website out of fear that I might not be able to get home.

2. OAK LAX — 23 Nov 2020 — SWA

Upon delivery of my bags to the SWA check-in counter at OAK, I presented my Ishur [authorization] from my doctor exempting me from wearing a mask. I was told that there are no exceptions. I asked if I could present my medical exemption to the flight steward or departure gate personnel. I was told to expect the same answer and if I removed my mask during any portion of the flight, including time spent at the departure gate before boarding, I would be reported and blacklisted from future SWA flights. I opted not to file a formal complaint with SWA from fear that my travel plans within the United States would be disrupted.

3. SNA LAS — 29 Nov 2020 — AA

Upon delivery of my bags at the AA check-in counter at SNA, I presented my Ishur [authorization] from my doctor exempting me from wearing a mask. I was told that there are no exceptions. I asked if I could present my medical exemption to the flight steward or departure gate personnel. I was told to expect the same answer and if I removed my mask during any portion of the flight, including time spent at the departure gate before boarding, I would be reported and blacklisted from future AA flights. I opted not to file a formal complaint with AA out of fear that my travel plans within the United States would be disrupted. On this flight I flew FIRST CLASS.

4. LAS PHX — 04 Dec 2020 — SWA

Upon delivery of my bags at the SWA check-in counter at LAS, I presented my Ishur [authorization] from my doctor exempting me from wearing a mask. I was told that there are no exceptions. I asked if I could present my medical exemption to the head flight steward or departure gate personnel. I was told to expect the same answer and if I removed my mask during any portion of the flight, including time spent at the departure gate before boarding, I would be reported and blacklisted from future SWA flights. I opted not to file a formal complaint with SWA out of fear that my travel

plans within the United States would be disrupted.

5. PHX LAX — 07 DEC 2020 — SWA

Upon delivery of my bags at the SWA check-in counter at PHX, I presented my Ishur [authorization] from my doctor exempting me from wearing a mask. I was told that there are no exceptions. I asked if I could present my medical exemption to the head flight steward or departure gate personnel. I was told to expect the same answer and if I removed my mask during any portion of the flight, including time spent at the departure gate before boarding, I would be reported and blacklisted from future SWA flights. I opted not to file a formal complaint with SWA out of fear that my travel plans within the United States would be disrupted.

6. LAX SFO TLV — 09 Dec 2020 — UAL, ARR TLV 10 Dec 2020

Upon checking my bags with UAL from LAX to TLV [connecting at SFO], I presented my Ishur [authorization] from my doctor exempting me from wearing a mask. I was told that there are no exceptions. I asked if I could present my medical exemption to the head flight steward or departure gate personnel. I was told to expect the same answer and if I removed my mask during any portion of the flight, including time spent at any departure gate before boarding, I would be reported and blacklisted from future UAL flights.

Final Entry: TLV 10 Dec 2020, 11:15 pm.

Upon arriving back in Tel Aviv, I considered filing a formal complaint with UAL, but in the end felt that it would not make any difference until I could research and find a legal strategy to overcome the airline's mandate to prevent me from breathing.

**מכבי שירותי בריאות**

מסמך חתום
דיגיטלית cosign
מ.ר גורם מפנה

036087

דר' בורובסקי ג'ון

משפחה, פנימית וכללית

**התמחויות:** מומחה ברפואת המשפחה

**טלפון:** 02-6238238

**פקס:** 073-2132687

**כתובת:** אגריפס 40, ירושלים

| | | | | פרטי הנבדק: |
|---|---|---|---|---|
| **ת.ז:** 15340557 | **שם פרטי:** אורי | | | **שם משפחה:** מרכוס |
| **טל.עבודה/נייד:** 0522811774 | **טלפון:** 025903070 | **מין:** ז | **ת.לידה:** 11/06/1956 | |
| **מיקוד** 9107102 | | **כתובת:** ירושלים, | | 0015340557 |

**אישור רפואי**

**מיועד ל:** TRAVELLING ABROAD

**תלונות:**

/Patient suffers from airways hyper-reactivity usually after a viral illness which can cause frequent cough and breathing difficulties
.May require inhaler while travelling
Kind Regards
Dr John Borowski
Family Physician

**אבחנה:**

• HYPERACTIVE AIRWAYS

**בעיות ידועות:**

• HOARSENESS
• POLYNEUROPATHY  (07/2008)    evaluated  dr bensoulii
• RESTLESS LEG SYND  (07/2008)
• GERD (07/2008)    causes hoarseness
• HYPERACTIVE AIRWAYS  (11/2020)

**תרופות קבועות:**

SERENADA 50MG X 28 1X1X30
PROMNIX 0.4MG X 30 1X2X90

הנתונים אשר באישור זה מבוססים על הרישומים שבכרטיס הרפואי, על שמו של הנ'ל במרפאה. רישומים אלה בחלקם מידע
שנמסר לרופא המטפל על ידי החולה ובחלקם תוצאות של בדיקות שנעשו על ידי רופאים.
קופת חולים, רופאיה ועובדיה האחרים אינם אחראים לאמיתות העובדות שנרשמו לפניו / או מפי הוריו או אפוטרופוסיו של הנע/
ה שעליו ניתן האישור הזה לפני או בעת הגשת הטיפול הרפואי, או הבדיקה הרפואית ע'י הרופא. כן אין הם אחראים אם ביקור או
טיפול או בדיקה מסוימת לא מצאו את ביטויים ברישומים שבכרטיס הרפואי הנ'ל.

05/11/2020

_____                                    _____
**חתימה וחותמת הרופא**                                           **תאריך**

**דר' בורובסקי ג'ון**

משפחה, פנימית וכללית

**התמחויות:**

מומחה ברפואת המשפחה

```
|||||||||||||||||||
036087
```

| | |
|---|---|
| **טלפון:** | 02-6238238 |
| **פקס:** | 073-2132687 |
| **כתובת:** | אגריפס 40, ירושלים |

| **פרטי הנבדק:** | | | | |
|---|---|---|---|---|
| **ת.ז.:** 15340557 | **שם פרטי:** אורי | | **שם משפחה:** מרכוס | |
| **טל.עבודה/נייד:** 0522811774 | **טלפון:** 025903070 | **מין:** ז | **ת.לידה:** 11/06/1956 | |
| **מיקוד** 9107102 | | **כתובת:** , ירושלים | | 0015340557 |

### אישור רפואי

מיועד ל:  מסכות

**תלונות:**

סובל מקשיי נשימה כאשר שם את המסכה לזמן ממשך - נכנס להיפרונטילציה כולל סחרחורת ונימולים בידיים.

To Whom It May Concern
Suffers from breathing difficulties that are exacerbated by mask wearing
Please give him all assistance and where possible exempt him from mask wearing
Kind Regards,
Dr John Borowski
Family Physician
+972543504424
borowski_j@mac.org.il

**אבחנה:**

• HYPERACTIVE AIRWAYS

**בעיות ידועות:**

• HOARSENESS
• POLYNEUROPATHY  (07/2008)    evaluated  dr bensoulli
• RESTLESS LEG SYND  (07/2008)
• GERD  (07/2008)    causes hoarseness
• HYPERACTIVE AIRWAYS  (11/2020)

**תרופות קבועות:**

B12 1000MCGX30 1X1X30
LYRICA 75MG X 56 1X1X30
SERENADA 50MG X 28 1X1X30
PROMNIX 0.4MG X 30 1X2X90

הנתונים אשר באישור זה מבוססים על הרישומים שבכרטיס הרפואי, על שמו של הנ"ל במרפאה. רישומים אלה בחלקם מידע שנמסר לרופא המטפל על ידי החולה ובחלקן ובחלקן תוצאות של בדיקות שנעשו על ידי רופאים. קופת חולים, רופאיה ועובדיה האחרים אינם אחראים לאמיתות העובדות שנרשמו לפניו  /  או מפי הוריו או אפוטרופוסיו של הנער/ ה שעליו ניתן אישור זה לפני או בעת הגשת הטיפול הרפואי, או הבדיקה הרפואית ע"י הרופא. כן אין הם אחראים אם ביקור או טיפול או בדיקה מסוימת לא מצאו את ביטויין ברישומים שבכרטיס הרפואי הנ"ל.

01/08/2021

_____

**חתימה וחותמת הרופא**                    **תאריך**

Plaintiffs' Exhibit 25

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

### DECLARATION OF PLAINTIFF YVONNE MARCUS

I, Yvonne Marcus, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I am the wife of Plaintiff Uri Marcus.

4. I currently reside at: Shmu'el Lupo St. 6/18, Jerusalem, Israel 9355006. My mailing address is P.O. Box 7211, Jerusalem, Israel 9107102.

5. I maintain a U.S. residence at 2107 San Jose Ave., Apt. D, Alameda, CA 94501. My U.S. mailing address is P.O. Box 126, Ojai, CA 93024.

6. I make this declaration based on my personal knowledge and to explain the impact of the defendant airlines' illegal discriminatory mask policies and the unlawful Federal Transportation Mask Mandate ("FTMM").

7.  Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would normally have traveled on about 4-6 more flights this year. This was the situation prior to the COVID-19 pandemic.

8.  Due to severe migraines and chronic pain, which is well documented in my medical records, I can't tolerate wearing a face mask. Covering my nose and mouth instantly brings on stress and tension resulting in a migraine and chronic physical pain. Additionally, the worry and fear of the consequences I will suffer if I do not comply with masking mandates, namely being denied use of the national transportation system throughout the United States, is injurious to my mental health.

9.  When forced and/or coerced against my will to muzzle my breathing with a face mask, I quickly and invariably experience the following in addition to a migraine: anxiety, pain, increased heart rate, and a struggle to breathe.

10. Compounding these issues, I also become agitated, panic-stricken, and extremely uncomfortable as a result of all the threatening announcements made pre-boarding, boarding, and during preflight instructions over the PA system, at times up to 15 times or more on a single one-hour flight, warning me of dire consequences should I remove my mask. I have developed an uncomfortable "look over your shoulder" behavior, which induces a constant "on edge" nervousness that a flight steward will pop out of nowhere and yell at me, or threaten me for not having a mask on.

11. Contributing to the tension is the continual in-flight harassment and intimidation by the defendants' employees of me as well as other passengers by to make sure our masks are up as they hand us our drinks (accompanied by specially designed "Mask Up" napkins on Defendant Southwest). An overall sense of uneasiness further exacerbates my levels of stress and discomfort throughout each flight, particularly on the long-haul flights, along with the fear of being blacklisted by the companies I pay to transport me. I experience mental anguish by the threats of being prevented from returning home or arriving at my intended destination.

12. I have been threatened illegally from being restricted from flying during the COVID-19 pandemic because of my inability to wear a mask, including on Defendants Southwest and Delta (as well as American and United).

13. I have flown 11 times during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 and have been subject to and airlines' illegal mask policies and the *ultra vires* FTMM.

14. Because the facts are the same, I adopt by reference ¶¶ 18-23 of my husband's declaration. Ex. 25.

15. I was forced to fly muzzled despite the dangers to my mental, physical, emotional. and psychological health on Defendant Delta from Phoenix (PHX) to Los Angeles (LAX) on Dec. 7, 2020, solely because I can't wear a face covering. Upon delivery of my bags to Delta during check in, I was warned if I removed my mask during any portion of the flight, including

time spent at the departure gate before boarding, I would be reported and blacklisted from future Delta flights.

16. I was forced to fly muzzled despite the dangers to my mental, physical, emotional, and psychological health on Defendant Southwest from San Francisco (SFO) to Burbank (BUR) on July 30, 2021, solely because I can't wear a face covering. I was told that if I removed my mask during any portion of the flight, including time spent at the departure gate before boarding, I would be reported and blacklisted from future Southwest flights.

17. As a direct result of being forced against my will to wear a face covering by Defendants Delta and Southwest, I have now developed lesions on my nose and eyelids that have not healed. I am currently seeking medical treatment for these physical injuries and expect to have documentation to support the damages regarding my health and well-being caused by the defendants as part of their conspiracy to interfere with my civil rights and violation of U.S. and international laws.

18. I did not file any formal written complaints with the defendants concerning the flights noted above out of sheer fear and intimidation that these airline companies and others would prevent me from traveling altogether and disrupt my travel plans to return to the United States for the funeral of my step-father, who passed on July 27, 2021. I also feared that the airlines would prevent me from returning to Israel after his funeral Aug. 25, 2021, had I not complied with their illegal mandates.

19. I have not filed any complaints with the U.S. Department of Transportation concerning the flights noted above out of sheer fear of threats and intimidation that the government might make against me to disrupt any future travel plans I may have. I also believe, based on DOT's failure to enforce the Air Carrier Access Act, that filing any complaints would be a futile gesture.

20. Owing to the above, I do not currently have any future flights booked because I won't fly until airlines' illegal mask policies and the unlawful FTMM are struck down or repealed.

21. I am a dual citizen of the United States and Israel. Air travel is the only option for my husband and I to get back and forth between our two nations. The airlines' discriminatory mask policies violate my right under international law to enter and leave my countries of citizenship.

22. No person can survive more than three minutes without breathable air. The airlines' illegal mask policies deprive me of liberty by restricting the amount of breathable air available. Hundreds of scientific studies and medical articles have proven that masks can't prevent a virus from being transmitted, and that face coverings cause great damage to human health.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept. 9, 2021.

*YVONNE MARCUS*

Yvonne Marcus, plaintiff



Plaintiffs' Exhibit 26

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

### <u>DECLARATION OF PLAINTIFF KEVIN LEONARDO McDONNELL</u>

I, Kevin Leonardo McDonnell, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside in Melbourne, Florida, in this judicial district. My mailing address is P.O. Box 1113, Melbourne, FL 32902.

4. I make this declaration based on my personal knowledge and to explain the impact of the defendant airlines' illegal discriminatory mask policies and the unlawful Federal Transportation Mask Mandate ("FTMM").

5. I have flown three times this year. Each time was a traumatizing experience.

6. Due to my Complex Post-Traumatic Stress Disorder, I can't tolerate wearing a face mask. Covering my nose and mouth reminds me of childhood trauma

1

I endured and developed PTSD from including severe psychological abuse as well as kidnapping.

7. I also have a deviated septum and asthma, two conditions that should also be exempted for face-mask usage. I also have Obsessive Compulsive Disorder. The more my PTSD is triggered, the harder my obsessions are to control, and the stronger my OCD takes ahold of me.

8. Bruce Stafford, my therapist, wrote a medical letter stating why wearing a mask affects my mental health negatively in January 2021. Currently he is drafting a more updated doctor's letter.

9. I have been illegally restricted from flying during the COVID-19 pandemic because of my inability to wear a mask, including by Defendant Delta Air Lines. Delta harassed me and failed to honor its medical mask exemption on two separate occasions. HIPPA protocols were also violated on at least one of these occasions.

10. I have flown seven times during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020. The first four flights were in Summer 2020 and I was pretty much left alone regarding not covering my face.

11. Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would be traveling on about 2-4 more flights this year.

12. In January 2021, I had to fly to Michigan for some professional basketball tryouts. I flew to Detroit, Michigan, for the Ambassy International Pro Basketball Clinic on Jan. 29, 2021. I chose to fly Delta – and pay more expensive rates – because it was the only airline claiming to offer medical exemptions at the time.

13. When I got to San Antonio airport to be subjected to Delta's illegal "Clearance to Fly" interview, I was harassed by the agents at check-in. I showed them a list of my medical conditions from my doctor – which Delta had told me over the phone was not even necessary – to which the defendant's agent replied: "This is from last year, 2020." But it was January 2021 and this list of medical conditions was from late 2020 – a few months difference. I then showed the Delta agent my therapist's notes that stated it was difficult for me to wear a mask because of my mental-health condition, to which she said: "Well it's difficult for me to wear a mask too."

14. The defendant's employee's conduct was completely unprofessional as she was invalidating my mental-health condition. Invalidation is a form of psychological abuse. Every time in my daily life that my medical exemption due to my mental-health conditions (as well as C-PTSD, OCD, asthma, and deviated septum) is denied, I am made to suffer this form of emotional abuse of invalidation.

15. I am in therapy and trying to heal from 22 years of this – 22 years of psychological abuse from my childhood, as well as some physical abuse. Therefore, the defendant airlines have made my life a living hell, aided since Feb. 1, 2021, by the federal government's *ultra vires* FTMM.

16. After the Delta check-in clerk invalidated me, I was finally allowed to speak with a Delta contract doctor, who granted me an exemption to fly maskless. But Delta kept me standing there in the check-in lobby waiting for a very long time – a clear discriminatory violation of the Air Carrier Access Act. Nondisabled customers did not have to endure this procedure.

17. On the flight back from Detroit to San Antonio on Jan. 31, 2021, I also spoke with a Delta contract doctor and received a "Clearance to Fly" without a mask. But when I was on the flight, the defendant's flight attendants harassed and intimidated me by asking why I wasn't donning a mask. I informed them that I had just passed the Delta medical-exemption exam, yet they sent another employee to kick me off the flight – a threat of false imprisonment. The audio of the first part of this confrontation is available at https://bit.ly/DeltaKLM13121 (before the harassment started).

18. I told the defendant's employees I would get off peacefully even though they were violating Delta's own policy. I began filming and asked for the flight attendant's name, which she would not provide. Then when I was about to get off the flight, the pilot called the check-in desk, which corrected the crew

4

and told them I had been cleared. They then let me retake my seat and fly unmuzzled in peace.

19. Despite the fact that I performed well at this basketball clinic and professional opportunities arose from it, I am not sure it was worth the emotional abuse I endured by Defendant Delta.

20.    On the only other occasion that I flew recently, which was on Feb. 20, 2021, to move from San Antonio, Texas, to Melbourne, Florida, Defendant Delta lied to me and said that it was not honoring medical exemptions. It was the same crew that made my first experience very difficult. They left me standing there for about 45 minutes before informing me that they were no longer honoring medical exemptions.

21. Aboard the plane, I was then told I couldn't wear a scarf over my face, that it had to be a specific kind of mask. I wore the mask, yet was touched on my shoulder on three separate occasions by a flight attendant to tell me to raise it over my nose. I consider this battery, harassment, and intimidation. I was asleep and Delta's employee still woke me to tell me this.

22.    All of this combined with the fact my medical exemption was not honored caused me to have anxiety attacks during this trip. A week later, I spoke to a supervisor on the Delta customer-service line who apologized and said those agents in San Antonio had lied to me that the company was no longer offering medical exceptions.

23. After these three incidents each time I flew this year with Defendant Delta, it should be understandable as to why I cannot fly right now, for which I might miss out on certain career opportunities.

24.    I do not currently have any future flights booked because I won't fly until the defendants' illegal mask policies and the FTMM are struck down or repealed.


Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept. 9, 2021.

Kevin Leonardo McDonnell
Kevin Leonardo McDonnell, plaintiff

Bruce L. Stafford, PhD, LCSW, MA     631 North Hyer Ave. Orlando Fl 32803  407-600-2047

Jan 21, 2021

To Whom It May Concern,

Due to his mental health issues, Kevin McDonnel finds it very challenging to wear a mask. It gives him a sese of claustrophobia and increases his anxiety.

Sincerely,

Bruce L. Stafford, PhD, LCSW, MA

Plaintiffs' Exhibit 27

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF PLAINTIFF PETER MENAGE</u>

I, Peter Menage, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 3255 N. Mars Ave., Palmer, AK 99645.

4. I make this declaration based on my personal knowledge and to explain the impact of Defendant Alaska Airlines' illegal discriminatory mask policy and the unlawful Federal Transportation Mask Mandate ("FTMM").

5. I board 18-20 flights per year including work and personal travel.

6. Due to my respiratory issues, I can't tolerate wearing a face mask. Covering my nose and mouth prevents proper breathing including faintness, hyper-ventilation, anxiety, and more.

7. I have a medical mask exemption which was issued Dec. 18, 2020 by Dr. Packer of Wasilla, Alaska.

8. I have flown approximately 14 times during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 and have been subject to Defendant Alaska Airlines' illegal mask mandate.

9. Were it not for the defendant airlines' discriminatory mask policies and the illegal FTMM, I would be traveling on about 2-4 more flights this year.

10. I have contacted Defendant Alaska Airlines on numerous occasions, including in person at the ticket counter and via e-mail presenting my medical mask exemption. On each occasion, I was informed that it would not be accepted or recognized by the airline.

11. On one occasion, upon presenting my exemption to Transportation Security Administration personnel at the security checkpoint, an Alaska Airlines representative intervened and threatened to ban me from the airport entirely – which I consider to be harassment, intimidation, and threat of false imprisonment.

12. On another occasion, Alaska's staff forbid me from consuming food or drinks for the duration of the flight even though this is allowed by the airline. I was harassed and threatened with being banned from the airline.

13. My next booked flight is Sept. 23, 2021, on Alaska Airlines from Prudhoe Bay, Alaska, to Anchorage, Alaska, to return home from remote work on the North Slope.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept. 7 , 2021.

*Peter Menage*

Peter Menage, plaintiff

**Face Mask Exemption Form**

Patient Name: _Peter Menage_     Date of Birth: _5·14·1983_

**FACE MASK EXEMPTION GUIDELINES**

General Recommendations for Medical Exemptions from the CDC, 2020:

- Young children under age 2
- Anyone who has trouble breathing (e.g., presents risk of <u>serious</u> adverse effect due to underlying condition such as an acute exacerbation of COPD or Asthma)*
- Anyone who is unconscious, incapacitated or otherwise unable to remove the mask without assistance

*The above list is not all-inclusive, and other medical conditions may also prevent a patient from wearing a mask.*

Further Considerations:

- Mental health conditions: severe anxiety, PTSD or claustrophobia
- Autism (e.g., sensitive to touch and texture)
- Cognitive impairment
- Craniofacial deformity which prohibits mask fit
- Dermatologic condition: severe dermatitis related to mask wearing
- Consider other medical situations described by the patient on a case-by-case basis

*\*According to the American Lung Association (2020), many individuals with underlying chronic lung disease should be able to wear a non-N95 facial covering without affecting their oxygen or carbon dioxide levels.*

☒ The above-named individual **CANNOT** medically tolerate a face covering due to one of the medical condition listed above.

☐ The above-named individual does not have a medical condition that prevents them from wearing a face covering. This individual **CAN** wear a face covering.

☐ Additional comment: _____

Healthcare provider name: _____

Signature: _____

Date: _12·18·2020_

Urgent Care At Lake Lucille
185 E. Parks Hwy.
Wasilla, Alaska 99654
373-4200-Office
(907)373 4201-fax

Plaintiffs' Exhibit 28

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |  |
|---|---|---|
| **LUCAS WALL *et al.*,** | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES *et al.*,** | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

### DECLARATION OF PLAINTIFF CONNIE RARRICK

I, Connie Rarrick, declare as follows:

1. I am over the age of majority (62).

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 36 Lafayette St., Saco, ME 04072.

4. I am the wife of Plaintiff Jared Rarrick and mother of Plaintiff Jennifer Rarrick.

5. I make this declaration based on my personal knowledge and to explain the impact of the defendant airlines' illegal discriminatory mask policies and the unlawful Federal Transportation Mask Mandate ("FTMM").

6. My husband and have seven children. Five of them reside in Alabama, Indiana, Iowa, Missouri, and Tennessee (plus two here in Maine). Because my family is so spread out, flying is essential for my husband and I to visit my

1

children and 20 grandchildren. Being deprived of flying because of my inability to wear a mask has been devastating to my husband and I because we have lost so many opportunities to visit our family.

7. Two of my daughters are currently pregnant and expecting in January (Iowa) and March (Alabama). Both are having some health complications with their pregnancies. I might need to visit them on short notice should something happen. Being denied the ability to fly is upsetting and a hardship as I can't rapidly get to my daughters should their pregnancies turn into health emergencies.

8. Due to my heart condition, I can't tolerate wearing a face mask. Covering my nose and mouth causes my heart rate to drop, a lack of oxygen, and an increase in carbon dioxide. This all makes me feel like I can't breathe or that I am suffocating.

9. I have been illegally restricted from flying during the COVID-19 pandemic because of my inability to wear a mask, especially since Defendant Southwest Airlines implemented a mask policy with no medical exemptions July 27, 2020.

10. I have flown two times (four total flights on Defendant Southwest) during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020. These flights occurred before Southwest ended all medical exemptions for mask wearing July 27, 2020, in a conspiracy with

the other defendant airlines and their executives to exclude disabled Americans from flying.

11. Since the conspiracy to implement mandates took place, I have not flown because my health would be at risk if I were forced to cover my only sources of oxygen.

12. On June 10, 2020, my husband, daughter Jennifer, and I flew on Defendant Southwest from Boston, Massachusetts, via St. Louis, Missouri, to Des Moines, Iowa, to visit my daughter Julie and her family. (We also saw my son Justin in nearby Missouri.)

13. The three of us flew with our self-declared mask exemptions on Southwest from Boston to St. Louis. On that first flight, an attendant came to my husband and I to tell us to wear a mask after we had settled into our seats. I told the Southwest attendant that we have medical exemptions that were approved at the check-in counter. She raised her voice and again demanded all three of us wear a mask (Jennifer was sitting in the row ahead of us). Jennifer told the attendant we declared our medical exemptions at the Southwest check-in counter and were approved. The chief flight attendant came to see what the issue was and she told her colleague that she could not force us to cover our faces because we already had been granted an exemption at check-in.

14. We felt harassed and intimidated by the conduct of Defendant Southwest's employee.

3

15.  On our second segment from St. Louis to Des Moines, we had no trouble not wearing masks.

16.  The three us flew back to Boston from Des Moines via St. Louis using Southwest on June 20, 2020. Again we had no problems with our mask exemptions.

17. I was denied the ability to fly by Defendant Southwest from Portland, Maine, to Birmingham, Alabama, on Aug. 25, 2020, solely because I can't wear a face covering.

18. My husband, daughter Jennifer, and I booked tickets July 5, 2020, on Defendant Southwest to fly from Portland to Birmingham. This trip was to visit my daughter Jacqueline and her family, as well as to attend my family reunion with numerous siblings and other relatives I have not seen in a long time.

19. Before we booked the Southwest tickets, I called the defendant earlier on July 5 to inquire about its mask policy to ensure nothing had changed since my flights a couple weeks earlier. Southwest's agent told me that medical exemptions were still being honored. I asked if there was any possibility Southwest would end its mask exemptions before our trip to Alabama in late August. The defendant's agent informed me no, that medical exemptions would always be honored.

20.    Based on this information provided by Defendant Southwest, the three of us booked our tickets later July 5 for our trip to Alabama.

21. Southwest changed its mask policy effective July 27, 2020, to prohibit any medical exemptions, we would later learn. However, Southwest never sent us any communication about this, and this represents a breach of our contract for the tickets we purchased July 5 with the information from the Southwest agent and in the contract of carriage that mask wearing for everyone was not mandatory.

22.   My daughter and I called Southwest two days before the Aug. 25, 2020, flight to Alabama because we had seen a news report that some airlines were removing maskless passengers and putting them on a no-fly list. Southwest told me we would have to muzzle ourselves or not fly – a breach of our contract and illegal discrimination against the disabled.

23. We canceled the flights and the entire trip. Because of the short notice (two days prior to the flight) when Defendant Southwest told us it refused to honor our tickets unless we agreed to obstruct our nose and mouth, we did not have time to travel by highway. Also, I had been hospitalized in early August and my doctor told me the only safe way for me to travel to Alabama was by air. He told me not to take a long road trip.

24.   Defendant Southwest has refused to refund the $536.12 cost of the three tickets we purchased for the August 2020 trip to Alabama despite the fact it breached our contract by not honoring our medical exemptions. As of now, we currently hold this money in Southwest travel credits that must be used by Sept. 7, 2022, or we would lose all of our funds.

25. Because Defendant Southwest continues to enforce an illegal discriminatory mask policy, we have not booked any flights using our travel credits because we have no idea when the defendant will cease enforcement.

26.    Due to the continuing discrimination of the defendant airlines regarding masks, including illegally requiring that I take a COVID test even if I have not been sick or exposed to someone who is sick to request a mask exemption, I would have to share personal health information via the Internet with airline employees who are not my healthcare provider. I refuse to do that and believe it's unlawful.

27. I was not able to fly to visit my five out-of-state children and 20 grandchildren for Christmas last year. Instead, my husband, daughter Jennifer, and I drove about 3,000 miles in a two-week period in late December 2020 and early January 2021. This lengthy time on the road caused major complications due to my heart issues. I was physically unable to enjoy the trip to visit my family. I spent much of my time resting and barely remembering the events.

28.    Because of the defendant airlines' illegal discrimination banning my husband, daughter Jennifer, and I from flying to see our relatives for the winter holidays, we instead drove from Maine to Indiana to first visit my daughter Janna. Next we drove from Indiana to Alabama to visit my daughter Jacqueline. Then we drove from Alabama to Tennessee to visit my son Josh. Next we motored from Tennessee to Iowa to visit my daughter Julie. We returned

to Indiana to see Janna one more time, and then made the long haul by road in dangerous winter conditions back home to Maine.

29.    Because of my age and health conditions, and also due to the fact there are few aircrash fatalities compared to motor-vehicle collisions, it is much safer for my family to travel by airplane by automobile to see my far-flung children and grandkids.

30.    My daughter also missed various family events due to caring for me. When I arrived home from the arduous road trip in January 2021, I was ill until May, and I am still dealing with complications from not having enough time to rest between driving days. My daughter has not been able to work due to caring for me.

31. My doctors have ordered me not to mask, and one of them gave me a face shield – which of course does nothing to prevent my breath from escaping into a room. His response when I asked if he thought the shield did any good was, "I have to do what they tell me." Even the hospital stopped trying to force me to mask due to the doctor's orders and my heart condition.

32. I have not filed any complaints with the U.S. Department of Transportation because doing so would be futile given that DOT refused to enforce the Air Carrier Access Act ("ACAA") in 2020 and January 2021, when many airlines totally banned anyone with a medical condition who can't wear a mask from flying. DOT then put out a Notice of Enforcement Policy on Feb. 5, 2021, instructing the airlines they may violate numerous ACAA regulations.

33. I do not currently have any future flights booked because I won't fly until airline mask policies, privacy-invading health screening policies, and the FTMM are struck down or repealed.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept. 5, 2021.

*Connie Rarrick*

Connie Rarrick, plaintiff

**JUNE 10**

# BOS ✈ DSM

Boston Logan to Des Moines

---

Confirmation # **OU36QP**                                          Confirmation date: 04/29/2020

| PASSENGER | **Connie Lynn Rarrick** |
|---|---|
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262194103944 |
| EXPIRATION[1] | April 29, 2021 |
| EST. POINTS EARNED | 531 |

| PASSENGER | **Jared Steven Rarrick** |
|---|---|
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262194103943 |
| EXPIRATION[1] | April 29, 2021 |
| EST. POINTS EARNED | 531 |

---

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Wednesday, 06/10/2020     Est. Travel Time: **5h 50m**     Wanna Get Away®

| FLIGHT # 0154 | DEPARTS | ARRIVES |
|---|---|---|
| | **BOS 09:05**AM | **STL 11:10**AM |
| | Boston Logan | St. Louis |

Stop: 🛫 Change planes

| FLIGHT # 4622 | DEPARTS | ARRIVES |
|---|---|---|
| | **STL 12:50**PM | **DSM 01:55**PM |
| | St. Louis | Des Moines |

## Payment information

| Total cost | | |
|---|---|---|
| **Air - OU36QP** | | |
| Base Fare | $ | 176.76 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Passenger Facility Chg | $ | 18.00 |
| **Total** | **$** | **205.96** |

**Payment**

Mastercard ending in 4067
Date: April 29, 2020

**Payment Amount: $102.98**

Mastercard ending in 4067
Date: April 29, 2020

**Payment Amount: $102.98**

funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket numbers: 5262194103944, 5262194103943

# Southwest Airlines

www.southwest.com
### Visit site

## Connie Lynn Rarrick's 06/20 Boston Logan trip (OVEU7D): Your reservation is confirmed.
Yahoo/Inbox

**Southwest Airlines** <southwestairlines@ifly.southwest.com>

To

Wed, Apr 29, 2020 at 4:36 PM

Here's your itinerary and other important travel information.
View our mobile site | View in browser



Manage Flight | Flight Status | My Account

**JUNE 20**

# DSM ✈ BOS

Des Moines to Boston Logan

Confirmation # **OVEU7D**

Confirmation date: 04/29/2020

| PASSENGER | **Connie Lynn Rarrick** |
|---|---|
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262194106050 |
| EXPIRATION[1] | April 29, 2021 |
| EST. POINTS EARNED | 591 |

| PASSENGER | **Jared Steven Rarrick** |
|---|---|
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262194106049 |
| EXPIRATION[1] | April 29, 2021 |
| EST. POINTS EARNED | 591 |

Rapid Rewards® points are only estimations.

# Your itinerary



| Flight: | Saturday, 06/20/2020 | Est. Travel Time: **7h 40m** | Wanna Get Away® |
|---|---|---|---|

| | DEPARTS | ARRIVES |
|---|---|---|
| **FLIGHT # 0244** | **DSM 02:40**PM Des Moines | **BNA 05:35**PM Nashville |

Stop: Change planes

Stop: St. Louis no plane change

| | DEPARTS | ARRIVES |
|---|---|---|
| **FLIGHT # 0428** | **BNA 07:55**PM Nashville | **BOS 11:20**PM Boston Logan |

## Payment information

| Total cost | | | Payment |
|---|---|---|---|
| **Air - OVEU7D** | | | Mastercard ending in 4067 Date: April 29, 2020 |
| Base Fare | $ | 196.76 | **Payment Amount: $112.98** |
| U.S. 9/11 Security Fee | $ | 11.20 | |
| U.S. Passenger Facility Chg | $ | 18.00 | Mastercard ending in 4067 Date: April 29, 2020 |
| **Total** | **$** | **225.96** | **Payment Amount: $112.98** |

## Southwest Airlines
www.southwest.com
**Visit site**

Connie Lynn Rarrick's 06/20 Boston Logan trip (OVEU7D): Your change is confirmed.
Yahoo/Inbox

**Southwest Airlines** <southwestairlines@ifly.southwest.com>

To

Wed, Apr 29, 2020 at 5:49 PM

**JUNE 20**

# DSM ✈ BOS

Des Moines to Boston Logan

Confirmation # **OVEU7D**

Confirmation date: 04/29/2020

| PASSENGER | **Connie Lynn Rarrick** |
|---|---|
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262194117083 |
| EXPIRATION[1] | April 29, 2021 |
| EST. POINTS EARNED | 591 |

| PASSENGER | **Jared Steven Rarrick** |
|---|---|
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262194117084 |
| EXPIRATION[1] | April 29, 2021 |
| EST. POINTS EARNED | 591 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Saturday, 06/20/2020   Est. Travel Time: **6h 30m**   Wanna Get Away®

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 0244 | **DSM 02:40**PM | **STL 03:40**PM |
| | Des Moines | St. Louis |

Stop: Change planes

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 2877 | **STL 06:35**PM | **BOS 10:10**PM |
| | St. Louis | Boston Logan |

## Payment information

| Total cost | | |
|---|---|---|
| **Air - OVEU7D** | | |
| Base Fare | $ | 196.76 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Passenger Facility Chg | $ | 18.00 |
| **Total** | **$** | **225.96** |

**Payment**

Credit from ticket: #5262194106050 to #5262194117083
Date: April 29, 2020

Credit from ticket: #5262194106049 to #5262194117084
Date: April 29, 2020

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket numbers: 5262194117083, 5262194117084

5262194117083: WAIVEWNSWDW047BNA-BG WN DSM WN X/STL WN BOS98.38USD98.38END PD XF BNA4.5DSM4.5
5262194117084: WAIVEWNSWDW047BNA-BG WN DSM WN X/STL WN BOS98.38USD98.38END PD XF BNA4.5DSM4.5

**Southwest Airlines**
www.southwest.com
**Visit site**

Connie Rarrick's 08/25 Birmingham trip (LBJC4U): Your reservation is confirmed.
Yahoo/! a Bama flight

**Southwest Airlines** <southwestairlines@ifly.southwest.com>

To

Sun, Jul 5, 2020 at 6:01 PM



**AUGUST 25**

# PWM ✈ BHM

Portland, ME to Birmingham

Confirmation # **LBJC4U**                              Confirmation date: 07/05/2020

| PASSENGER | **Connie Rarrick** |
|---|---|
| RAPID REWARDS # | 369875424 |
| TICKET # | 5262307438347 |
| EXPIRATION[1] | November 27, 2020 |
| EST. POINTS EARNED | 459 |

| PASSENGER | **Jared Rarrick** |
|---|---|
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262307438346 |
| EXPIRATION[1] | November 27, 2020 |
| EST. POINTS EARNED | 459 |

Rapid Rewards® points are only estimations.

## Your itinerary



**Flight:** Tuesday, 08/25/2020   Est. Travel Time: **4h 20m**   Wanna Get Away®

| | DEPARTS | | ARRIVES |
|---|---|---|---|
| FLIGHT # 1813 | **PWM 04:30**PM Portland, ME | ✈ | **BWI 06:05**PM Baltimore |

Stop: ✈✈ Change planes

| | DEPARTS | | ARRIVES |
|---|---|---|---|
| FLIGHT # 1773 | | ✈ | |

**BWI 06:55**PM          **BHM 07:50**PM

Baltimore                 Birmingham

# Payment information

| Total cost | | |
|---|---|---|
| **Air - LBJC4U** | | |
| Base Fare | $ | 152.76 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Passenger Facility Chg | $ | 18.00 |
| **Total** | **$** | **181.96** |

| Payment |
|---|
| Visa ending in 3459 |
| Date: July 5, 2020 |
| **Payment Amount: $14.60** |
| |
| LUV Voucher |
| Date: July 5, 2020 |
| **Payment Amount: $76.38** |
| |
| Visa ending in 3459 |
| Date: July 5, 2020 |
| **Payment Amount: $14.60** |
| |
| LUV Voucher |
| Date: July 5, 2020 |
| **Payment Amount: $76.38** |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket numbers: 5262307438347, 5262307438346

**Southwest Airlines**
www.southwest.com
**Visit site**

Connie Rarrick's 09/05 Portland, ME trip (LGBIO5): Your reservation is confirmed.
Yahoo/! a Bama flight

**Southwest Airlines** <southwestairlines@ifly.southwest.com>

To

Sun, Jul 5, 2020 at 6:52 PM

**SEPTEMBER 5**

# BHM ✈ PWM

Birmingham to Portland, ME

Confirmation # **LGBIO5**

Confirmation date: 07/05/2020

| PASSENGER | Connie Rarrick |
|---|---|
| RAPID REWARDS # | 369875424 |
| TICKET # | 5262307447211 |
| EXPIRATION[1] | November 27, 2020 |
| EST. POINTS EARNED | 627 |

| PASSENGER | Jared Rarrick |
|---|---|
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262307447210 |
| EXPIRATION[1] | July 5, 2021 |
| EST. POINTS EARNED | 627 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Saturday, 09/05/2020   Est. Travel Time: **4h 45m**   Wanna Get Away®

| FLIGHT # 0722 | DEPARTS **BHM 05:05**PM Birmingham | → | ARRIVES **BWI 08:05**PM Baltimore |
|---|---|---|---|

Stop:  Change planes

| FLIGHT # 1513 | DEPARTS **BWI 09:25**PM Baltimore | → | ARRIVES **PWM 10:50**PM Portland, ME |
|---|---|---|---|

## Payment information

| Total cost | | |
|---|---|---|
| **Air - LGBIO5** | | |
| Base Fare | $ | 208.76 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Passenger Facility Chg | $ | 18.00 |
| **Total** | **$** | **237.96** |

**Payment**

Mastercard ending in 4067
Date: July 5, 2020
**Payment Amount: $118.98**

Mastercard ending in 4067
Date: July 5, 2020
**Payment Amount: $71.74**

LUV Voucher
Date: July 5, 2020
**Payment Amount: $47.24**

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket numbers: 5262307447211, 5262307447210

**Southwest Communications No-reply**Southwest Airlines Response to your Inquiry (Case

#11270239)Yahoo/Inbox

Southwest Airlines <no-reply@southwest-communications.com>

To

Thu, Aug 20, 2020 at 11:04 AM



Dear Connie,

Thank you for contacting us. I appreciate the opportunity to respond.

With the ongoing COVID-19 pandemic, Southwest is working closely with the Centers for Disease Control and Prevention (CDC), the World Health Organization (WHO), and government officials and agencies to stay apprised of the latest prevention and containment protocols. While other carriers have recently offered to waive their change and cancellation fees, Southwest is unique in the airline industry because we never charge fees to change (though fare differences may apply) or cancel flights (failure to cancel a reservation at least 10 minutes prior to departure may result in forfeited travel funds). Rather, Southwest Customers always have the option to change or cancel their flights without fees. If a Customer's plans change, or they decide they no longer want to travel, the funds used to pay for their flight can be applied to future travel—as long as they cancel their flight at least 10 minutes prior to the scheduled departure. We simply require that travel be completed by the expiration date associated with the funds.

We've always prided ourselves on having the most Customer-friendly policies in the industry. I'm sure you will agree that the current situation is unprecedented and unexpected. We know that many of our Customers have concerns about traveling at this time. While we will not offer cash refunds for nonrefundable Wanna Get Away tickets if you decide not to travel, we will offer travel funds for future use. We are making a temporary exception to our travel funds policy in order to give Customers additional time to utilize their travel funds in the future. In recognition of the current travel environment, we

are extending the expiration date of some travel funds:

• Customers' funds that expired or will expire between March 1 - September 7, 2020, will now expire September 7, 2022

• Any newly created travel funds because of a flight cancellation between March 1 - September 7, 2020, will have an expiration date of September 7, 2022

Once the travel funds are created when the reservation status is updated, it will take up to 48 hours for the expiration date of the funds to be updated to September 7, 2022.

Your business is important to us, and we certainly hope you will give us an opportunity to welcome you onboard in the future.

Sincerely,
Mary
Southwest Airlines

southwest.com  |  Flight  |  Hotel  |  Car  |  Rapid Rewards  |  Travel Tools

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235

Copyright 2020 Southwest Airlines Co. All Rights Reserved.

***** Confidentiality Statement/Disclaimer ***** This message and any attachments are intended for the sole use of the intended recipient. It may contain confidential information. Any unauthorized use, dissemination, or modification is strictly prohibited. If you are not the intended recipient please notify the sender immediately, and delete this email from all your systems; do not copy, use, or print. Internet communications are not secure, and it is the responsibility of the recipient to make sure that they are virus exempt. The company/sender cannot be responsible for any unauthorized alterations or modifications made to the contents. If you require any form of confirmation of the contents, please contact the company/sender. The company/sender is not liable for any errors or omissions in the content of this message.

ref:_00Df43k1z._500f4WKA8q:ref

☐
**Southwest Airlines**
www.southwest.com

Visit site

Connie Rarrick's 08/25 Birmingham trip (LBJC4U): This reservation has been canceled.
Yahoo/! a Bama flight

- 

**Southwest Airlines** <southwestairlines@ifly.southwest.com>

To

Sun, Aug 23, 2020 at 10:26 PM

Keep this confirmation number to apply funds toward a future reservation.
View our mobile site | View in browser

 **Manage Flight | Flight Status | My Account**

 ## You have canceled your reservation.

You'll receive a refund or reusable funds, depending on the fare type you originally purchased. We appreciate you, and we look forward to welcoming you back onboard soon.

**AUGUST 25**

# PWM ✈ BHM

Portland, ME to Birmingham

Confirmation # **LBJC4U**                         Confirmation date: 07/05/2020

| **PASSENGER** | **Connie Rarrick** |
|---|---|
| RAPID REWARDS # | 369875424 |
| TICKET # | 5262307438347 |
| EXPIRATION[1] | November 27, 2020 |
| **PASSENGER** | **Jared Rarrick** |
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262307438346 |
| EXPIRATION[1] | November 27, 2020 |

# Your itinerary

**Flight:**  Tuesday, 08/25/2020   Est. Travel Time: **4h 20m**   <u>Wanna Get Away®</u>

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 1813 | **PWM 04:30**PM<br>Portland, ME | **BWI 06:05**PM<br>Baltimore |

Stop: Change planes

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 1773 | **BWI 06:55**PM<br>Baltimore | **BHM 07:50**PM<br>Birmingham |

# Payment information

## Total cost

**Air - LBJC4U**

| | | |
|---|---|---|
| Base Fare | $ | 152.76 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Passenger Facility Chg | $ | 18.00 |
| **Total** | **$** | **181.96** |

## Payment

**Visa ending in 3459**
Date: July 5, 2020
**Payment Amount: $14.60**

**LUV Voucher**
Date: July 5, 2020
**Payment Amount: $76.38**

**Visa ending in 3459**
Date: July 5, 2020
**Payment Amount: $14.60**

**LUV Voucher**
Date: July 5, 2020
**Payment Amount: $76.38**

**Refund to: Travel Funds**
Date: August 23, 2020
**Refund Amount: $90.98**

**Refund to: Travel Funds**
Date: August 23, 2020
**Refund Amount: $90.98**

Your travel funds will be held under this flight's confirmation number. See fare rules below for more information.

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket numbers: 5262307438347, 5262307438346

5262307438347: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN PWM WN X/BWI WN BHM76.38USD76.38END XF PWM4.5BWI4.5
5262307438346: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN PWM WN X/BWI WN BHM76.38USD76.38END XF PWM4.5BWI4.5

JZBUHNRO JZBUHNRO|JZBUHNRO JZBUHNRO

**Need help?**

**Contact us**

Customer service | FAQs

**Connect with us**



**Get the mobile app**



This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2020 Southwest Airlines Co. All Rights Reserved.

## Southwest Airlines

www.southwest.com
### Visit site

Connie Rarrick's 09/05 Portland, ME trip (LGBIO5): This reservation has been canceled.
Yahoo/! a Bama flight

- 

**Southwest Airlines** <southwestairlines@ifly.southwest.com>

To

Sun, Aug 30, 2020 at 1:23 PM

Keep this confirmation number to apply funds toward a future reservation.
View our mobile site | View in browser



**Southwest**                    **Manage Flight | Flight Status | My Account**



## You have canceled your reservation.

You'll receive a refund or reusable funds, depending on the fare type you originally purchased. We appreciate you, and we look forward to welcoming you back onboard soon.

**SEPTEMBER 5**

# BHM ✈ PWM

Birmingham to Portland, ME

Confirmation # **LGBIO5**                    Confirmation date: 07/05/2020

| PASSENGER | **Connie Rarrick** |
|---|---|
| RAPID REWARDS # | 369875424 |
| TICKET # | 5262307447211 |
| EXPIRATION[1] | November 27, 2020 |
| PASSENGER | **Jared Rarrick** |
| RAPID REWARDS # | Join or Log in |
| TICKET # | 5262307447210 |
| EXPIRATION[1] | July 5, 2021 |

# Your itinerary

**Flight:** Saturday, 09/05/2020   Est. Travel Time: **4h 45m**   Wanna Get Away®

| FLIGHT # 0690 | **DEPARTS** | **ARRIVES** |
|---|---|---|
| | **BHM 05:05**PM | **BWI 08:05**PM |
| | Birmingham | Baltimore |

Stop: Change planes

| FLIGHT # 1513 | **DEPARTS** | **ARRIVES** |
|---|---|---|
| | **BWI 09:25**PM | **PWM 10:50**PM |
| | Baltimore | Portland, ME |

# Payment information

## Total cost

**Air - LGBIO5**

| | | |
|---|---|---|
| Base Fare | $ | 208.76 |
| U.S. 9/11 Security Fee | $ | 11.20 |
| U.S. Passenger Facility Chg | $ | 18.00 |
| **Total** | **$** | **237.96** |

## Payment

Mastercard ending in 4067
Date: July 5, 2020
**Payment Amount: $118.98**

Mastercard ending in 4067
Date: July 5, 2020
**Payment Amount: $71.74**

LUV Voucher
Date: July 5, 2020
**Payment Amount: $47.24**

Refund to: Travel Funds
Date: August 30, 2020
Refund Amount: $118.98

Refund to: Travel Funds
Date: August 30, 2020
Refund Amount: $118.98

Your travel funds will be held under this flight's confirmation number. See fare rules below for more information.

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF PLAINTIFF JARED RARRICK</u>

I, Jared Rarrick, declare as follows:

1. I am over the age of majority (64).

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 36 Lafayette St,. Saco, ME 04072.

4. I am the husband of Plaintiff Connie Rarrick and the father of Plaintiff Jennifer Rarrick.

5. I make this declaration based on my personal knowledge and to explain the impact of the defendant airlines' illegal discriminatory mask policies and the unlawful Federal Transportation Mask Mandate ("FTMM")

6. Due to a brain bleed and age, I can't tolerate wearing a face mask. Covering my nose and mouth causes a lack in oxygen and an increase in carbon dioxide that causes me to feel like I can't breathe or that I am suffocating.

7. Because the facts are the same, I adopt by reference ¶¶ 7-29 of my wife's declaration. Ex. 28.

8. I do not currently have any future flights booked because I won't fly until airline mask policies, privacy-invading health screening policies, and the FTMM are struck down or repealed.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept. 5, 2021.

*Jared Rarrick*

Jared Rarrick, plaintiff

Plaintiffs' Exhibit 30

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

### DECLARATION OF PLAINTIFF JENNIFER RARRICK

I, Jennifer Rarrick, declare as follows:

1. I am over the age of majority (37).

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 36 Lafayette St., Saco, ME 04072.

4. I am the daughter of Plaintiffs Connie and Jared Rarrick.

5. I make this declaration based on my personal knowledge and to explain the impact of the defendant airlines' illegal discriminatory mask policies and the unlawful Federal Transportation Mask Mandate ("FTMM").

6. Prior to the pandemic, I flew 3-5 times a year domestically and internationally.

7. Due to my migraines, I can't tolerate wearing a face mask. Covering my nose and mouth not only causes a migraine within 15 minutes, but also causes a

lack in oxygen and an increase in carbon dioxide that causes me to feel like I can't breathe or I am suffocating.

8. I have been illegally restricted from flying during the COVID-19 pandemic because of my inability to wear a mask, especially since Defendants Delta Air Lines and Southwest Airlines conspired to implement mask policies last year.

9. I have flown three times during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020, but these all took place before the mask mandates were illegally imposed. Since the mandates, I have not flown because my health would suffer.

10. Were it not for the defendant airlines' discriminatory mask policies, I would be traveling on about 3-5 flights this year.

11. Because the facts are the same, I adopt by reference ¶¶ 7-8 & 11-28 of my mother's declaration. Ex. 28.

12. Due to my mother's poor health after our forced 3,000-mile road trip to visit family for the winter holidays, I have missed various events due to caring for her. When she arrived home, she was ill from January until May. She's still dealing with complications from not having enough time to rest between driving days. I have not been able to work due to caring for her. My regular occupation is teacher (sometimes internationally).

13. In addition to the discrimination by Defendant Southwest, I have not been able to use 13,000 SkyMiles flight credits and $11.20 in tax fees I have with Defendant Delta because of its illegal mask and "Clearance to Fly" policies.

14. I was scheduled to fly from Boston to England on June 23, 2020. Due to lockdowns in England, Delta canceled the flight I booked through it on Delta's partners Republic Airways and Virgin Atlantic. I used 12,000 of these miles on a ticket that I used July 15, 2020. Delta refunded the $5.60 in taxes I paid on the England award ticket.

15. On September 12, 2020, I booked an award ticket with the remaining 13,000 SkyMiles (some of which I bought with cash and some of which I earned as frequent-flyer miles) and $11.20 in taxes from Huntsville, Alabama, to Cedar Rapids, Iowa, but had to cancel the ticket due to Delta no longer allowing mask exemptions. The 13,000 miles are being held, but the $11.20 has not been refunded.

16. I have asked Defendant Delta when the airline is going to lift its illegal mask and testing policies. The airline told me I may not fly unless I masked or agreed to follow the screening policies known as "Clearance to Fly," which would violate my privacy and are not permitted under Air Carrier Access Act ("ACAA") regulations because I don't need a medical certificate.

17. I am concerned I will lose my 13,000 SkyMiles credits with Delta because there is no indication at this point when it will, without a court order, end its illegal mask and "Clearance to Fly" regulations.

18. I have not filed any complaints with the U.S. Department of Transportation because doing so would be futile given that DOT refused to enforce the Air Carrier Access Act in 2020 and January 2021, when many airlines totally banned anyone with a medical condition who can't wear a mask from flying. DOT then put out a Notice of Enforcement Policy on Feb. 5, 2021, instructing the airlines they may violate numerous ACAA regulations.

19. I do not currently have any future flights booked because I won't fly until the defendant airlines' mask policies, invasive health screening policies, and the FTMM are struck down or repealed.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept. 5, 2021.

*Jennifer Rarrick*
Jennifer Rarrick, plaintiff

4



**JUNE 10**

# BOS ✈ DSM

Boston Logan to Des Moines

Confirmation # **OQMZ5C**                    Confirmation date: 04/29/2020

| | |
|---|---|
| **PASSENGER** | **Jennifer Lynn Rarrick** |
| RAPID REWARDS # | 20092743856 |
| TICKET # | 5262194097545 |
| EXPIRATION[1] | April 29, 2021 |
| EST. POINTS EARNED | 0 |

Rapid Rewards® points are only estimations.

## Your itinerary



| **Flight:** Wednesday, 06/10/2020 | Est. Travel Time: **5h 50m** | Wanna Get Away® |
|---|---|---|

| | **DEPARTS** | **ARRIVES** |
|---|---|---|
| **FLIGHT # 0154** | **BOS 09:05**AM ✈ | **STL 11:10**AM |
| | Boston Logan | St. Louis |

Stop: ✈✈ Change planes

| | **DEPARTS** | **ARRIVES** |
|---|---|---|
| **FLIGHT # 4622** | **STL 12:50**PM ✈ | **DSM 01:55**PM |
| | St. Louis | Des Moines |

## Payment information

| **Total cost** | | |
|---|---|---|
| **Air - OQMZ5C** | | |
| Base Fare | $ | 0.00 |
| U.S. 9/11 Security Fee | $ | 5.60 |
| **Total** | **$** | **5.60** |

| **Payment** |
|---|
| **Rapid Rewards® Points** Date: April 29, 2020 |
| **Payment Amount: 6,894** |
| **Visa ending in 6090** Date: April 29, 2020 |
| **Payment Amount: $5.60** |

Jennifer Lynn Rarrick's 06/20 Boston Logan trip (OQXODV): Your reservation is confirmed.

Yahoo/2021 Flights waiting
Southwest Airlines <southwestairlines@ifly.southwest.com>
To▮▮▮▮▮▮▮▮▮▮▮▮▮



**JUNE 20**

# DSM ✈ BOS

Des Moines to Boston Logan

Confirmation # **OQXODV**                    Confirmation date: 04/29/2020

| | |
|---|---|
| **PASSENGER** | **Jennifer Lynn Rarrick** |
| RAPID REWARDS # | 20092743856 |
| TICKET # | 5262194097802 |
| EXPIRATION[1] | April 29, 2021 |
| EST. POINTS EARNED | 591 |

Rapid Rewards® points are only estimations.

## Your itinerary

**Flight:** Saturday, 06/20/2020   Est. Travel Time: **6h 30m**   Wanna Get Away®

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 0244 | **DSM 02:40**PM ✈ | **STL 03:40**PM |
| | Des Moines | St. Louis |

Stop: 🏃🏃Change planes

| | DEPARTS | ARRIVES |
|---|---|---|
| FLIGHT # 2877 | **STL 06:35**PM ✈ | **BOS 10:10**PM |
| | St. Louis | Boston Logan |

## Payment information

| Total cost | | |
|---|---|---|
| **Air - OQXODV** | | |
| Base Fare | $ | 98.38 |
| U.S. 9/11 Security Fee | $ | 5.60 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| **Total** | **$** | **112.98** |

| Payment |
|---|
| **Visa ending in 6090** |
| Date: April 29, 2020 |
| **Payment Amount: $112.98** |

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number is: 5262194097802

Flight reservation (TDVLVF) | 29AUG18 | PHX-PWM | Rarrick/Jennifer Lynne

**AUGUST 25**

# PWM ✈ BHM

Portland, ME to Birmingham

Confirmation # **SAD8CC**                           Confirmation date: 08/08/2020

| | |
|---|---|
| **PASSENGER** | **Jennifer Lynn Rarrick** |
| RAPID REWARDS # | 20092743856 |
| TICKET # | 5262314468224 |
| EXPIRATION[1] | August 4, 2021 |

## Your itinerary

**Flight:** Tuesday, 08/25/2020   Est. Travel Time: **4h 20m**   Wanna Get Away®

| FLIGHT # 1813 | **DEPARTS** **PWM 04:30**PM Portland, ME | ✈ | **ARRIVES** **BWI 06:05**PM Baltimore |
|---|---|---|---|

Stop: ✈Change planes

| FLIGHT # 1773 | **DEPARTS** **BWI 06:55**PM Baltimore | ✈ | **ARRIVES** **BHM 07:50**PM Birmingham |
|---|---|---|---|

## Payment information

| **Total cost** | | |
|---|---|---|
| **Air - SAD8CC** | | |
| Base Fare | $ | 64.38 |
| U.S. 9/11 Security Fee | $ | 5.60 |
| U.S. Passenger Facility Chg | $ | 9.00 |
| **Total** | **$** | **78.98** |

**Payment**

Travel Funds RMJW5U
Date: August 8, 2020
**Payment Amount: $78.98**

**Refund to: Travel Funds**
Date: August 19, 2020
**Refund Amount: $78.98**

Your travel funds will be held under this flight's confirmation number. See fare rules below for more information.

Fare Rules: If you decide to make a change to your current itinerary it may result in a fare increase. In the case you're left with travel funds from this confirmation number, you're in luck! We're happy to let you use them towards a future flight for the individual named on the ticket, as long as the new travel is completed by the expiration date.

Your ticket number: 5262314468224

5262314468224: NONREF/NONTRANSFERABLE STANDBY REQ UPGRADE TO Y -BG WN PWM WN X/BWI WN BHM64.38USD64.38END XF PWM4.5BWI4.5

DYA7H2H|DYA7H2H

Sun, Jan 12, 2020 at 2:50 PM



## AWARD RECEIPT

| Tue, 23JUN | DEPART | ARRIVE |
|------------|--------|--------|

| DELTA 5647*<br>Main Cabin (N) | BOSTON, MA<br>12:25pm | NYC-KENNEDY<br>1:57pm |
|---|---|---|
| VIRGIN ATLANTIC 4<br>Economy Classic (A) | NYC-KENNEDY<br>06:00pm | LONDON-HEATHROW<br>06:25am<br>** |

\*\*Arrival date is different than departure date.

\*Flight 5647 Operated by REPUBLIC AIRWAYS DBA DELTA CONNECTION

### TSA CHANGES - ARRIVE EARLY

Please be aware of the recent changes to TSA screening procedures, including the requirement to place powder-like substances over 12oz./350ml in your checked bag when traveling on an international flight to the United States. For more information on powder restrictions, visit delta.com

In addition to these changes, many airports are experiencing a high volume of travelers, resulting in long check-in, baggage drop and security checkpoint lines. Please plan to arrive at the airport at least 2 hours prior to your departure when traveling domestically (within the U.S) and at least 3 hours prior to your departure when traveling internationally. We also encourage passengers to check-in online at delta.com or via the Fly Delta app to help avoid delays.

### RESTRICTED HAZARDOUS ITEMS

To ensure the safety of our customers and employees, **Delta will no longer accept smart bags starting January 15, 2018**. Smart bags with non-removable lithium-ion batteries will not be permitted as carry-on or checked baggage on any Delta mainline or Delta Connection flight. For more information, please visit our News Hub.

Hoverboards or any lithium battery powered self-balancing personal transportation devices are also not permitted as both carry-on and checked baggage.

Spare batteries for other devices, fuel cells, and e-cigarettes are permitted in carry-on baggage only. If your carry-on bag contains these items and is gate checked, they must be removed and carried in the cabin. Further information and specific guidelines regarding restricted items can be found here.

## Passenger Info

Name: JENNIFER LYNN RARRICK
SkyMiles ███████████

| FLIGHT | SEAT |
|---|---|
| DELTA 5647 | 12A |
| VIRGIN ATLANTIC 4 | 50K |

Visit delta.com or use the Fly Delta app to view, select or change your seat. If you
purchased a Trip Extra, please visit My Trips to access a receipt of your purchase.

## Award Flight Receipt

Ticket #: 0062181149691
Place of Issue: Delta Reservations
Issue Date: 12JAN20
Expiration Date: 12JAN21

| METHOD OF PAYMENT | |
|---|---|
| VI***********6090 | **$5.60 USD** |

| MILES | |
|---|---|
| SkyMiles #*******585 | |
| Miles Redeemed | 25,000 Miles |

| CHARGES | |
|---|---|
| **Air Transportation Charges** | |
| Base Fare | $0.00 USD |

| Taxes, Fees and Charges | |
|---|---|
| United States - September 11th Security Fee(Passenger Civil Aviation Security Service Fee) (AY) | $5.60 USD |
| **Total Charges** | **$5.60 USD** |
| **TOTAL TICKET VALUE** | **25,000 Miles and $5.60 USD** |

VALID ON DL/SM OAL/PNLTY FOR CHGS

Changes to outbound Award Travel must be made 72 hours prior to the departure time of the currently-ticketed outbound flight. Changes to return Award Travel must be made at least 72 hours prior to the departure time of the currently-ticketed return flights. Award Tickets booked within 72 hours of departure are non-refundable and cannot be redeposited or changed. Changes to origin, destination, routing, date and time are permitted provided there are no changes to the mileage required for the new itinerary. Taxes and fees apply for any changes. You can exchange, reissue and refund eligible electronic tickets at delta.com.

As a reminder, Basic Economy Award Tickets are always non-changeable and non-refundable after the Risk Free Cancellation Period expires. If allowed, any change to your itinerary may require payment of a change fee and increased fare. Failure to appear for any flight without notice to Delta will result in cancellation of your remaining reservation.

Cash Portion of Miles + Cash Award Tickets is nonrefundable and may be subject to additional taxes and fees.

Medallion® status listed reflects a member's status at the time of ticketing, which may differ from the actual status at the time of flight departure.

Note: When using certain vouchers to purchase tickets, remaining credits may not be refunded. Additional charges and/or credits may apply.

Fare Details: BOS DL X/NYC VS LON0.00YSMH250/FFN11 NUC0.00END ROE1.00

## Checked Bag Allowance

The fees below are based on your original ticket purchase. **If you qualify for free or discounted checked baggage**, this will be taken into account when you check in.

| Tue 23 Jun 2020 | | VIRGIN ATLANTIC: BOS > JFK |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| FREE | FREE | $100$^{USD}$ |

| Tue 23 Jun 2020 | | VIRGIN ATLANTIC: JFK > LHR |
|---|---|---|
| CARRY ON | FIRST | SECOND |
| INCLUDED | INCLUDED | INCLUDED |

IMPORTANT: Your flight has an embargo. Please see VIRGIN ATLANTIC for embargo details and baggage information before traveling.

## Transportation of Hazardous Materials

Federal law forbids the carriage of hazardous materials aboard aircraft in your luggage or on your person. A violation can result in civil penalties. Examples include: Paints, aerosols, lighter fluid, fireworks, torch lighters, tear gases and compressed gas cartridges.

There are special exceptions for small quantities (up to 70 ounces total). For further information visit delta.com Restricted Items Section.

**MANAGE MY TRIP>**

**BOOK A FLIGHT >**

**BOOK A VACATION PACKAGE >**

## RESERVE A CAR + HOTEL >

## EARN AND USE MILES >

  

### STAY CONNECTED WITH US

COMMENT OR COMPLAINT    |    PRIVACY POLICY

We have partnered with The Nature Conservancy to allow you to offset your carbon emissions from this trip. Go to delta.com/CO2 to calculate your CO2 emissions and learn more about offsetting.

**Terms & Conditions**

**Checked Bag Allowance**

*On Delta operated flights, you may carry on one bag and a small personal item at no charge.

Delta One®/First/Business Class weight allowance reverts to 50 lbs for all checked bags beyond regular free allowance.
At the time of check in with Delta, SkyMiles Medallion members, SkyTeam Elite & Elite Plus and active US Military personnel are eligible for fee waivers and other benefits. For more details, visit delta.com/baggage. Basic Cardmembers with a Gold, Platinum, or Reserve Delta SkyMiles Credit Card from American Express are eligible for the first bag fee waiver. More details on the program can be found at delta.com/firstbagfree

A standard checked bag with Delta may be up to 50 lbs and 62 linear inches (per piece). Additional fees apply for oversize, overweight, and/or additional pieces of checked baggage. Please review Delta's baggage guidelines for details. Weight and size restrictions may vary when checking baggage on carriers other than Delta. Contact with the operating carrier for detailed checked baggage allowances. You must be checked in at the gate by the applicable check-in deadlines or your

reservation may be cancelled. Please review Delta's check-in requirement guidelines for details. Check-in requirements vary by airline, so if your ticket includes travel on other airlines, please check with the operating carrier on your ticket.

By tagging photos using #SkyMilesLife and/or #DeltaMedallionLife, user grants Delta Air Lines (and those they authorize) a royalty-free, worldwide, perpetual, non-exclusive license to publicly display, distribute, reproduce and create derivative works of the submissions ("Submissions"), in whole or in part, in any media now existing or later developed, for any purpose, including, but not limited to, advertising and promotion on Delta websites, commercial products and any other Delta channels, including but not limited to #SkyMilesLife or #DeltaMedallionLife publications. Delta reserves the right to use or not use content tagged #Skymileslife and/or #DeltaMedallionLife and user will not be entitled to compensation if photo is used.

User warrants and represents: (a) he/she is the sole and exclusive owner of the Submission, including all rights therein, and that the user has the full and exclusive right, power and authority to submit the Submission and to grant Delta the rights to the Submission, including but not limited to the worldwide copyright; (b) the Submission does not infringe on the rights of any other person, firm, corporation or entity, and (c) no rights in the Submission have been previously granted to any person, firm, corporation or other entity. Delta reserves the right in its sole discretion to remove any Submission at any time. By tagging photos using #SkyMilesLife and/or #DeltaMedallionLife, user agrees to indemnify and hold Delta harmless from and against any and all third-party losses, demands, damages, rights, claims, actions and liabilities of any kind arising out of or related to any claims of infringement or violation of privacy or publicity rights related to Delta's use of the Submission submitted to Delta in connection with the campaign.

Do you have comments about our service? Please email us to share them.

**Conditions of Carriage**

Air transportation on Delta and the Delta Connection® carriers is subject to Delta's conditions of carriage. They include terms governing for example:

• Limits on our liability for personal injury or death of passengers, and for loss, damage of delay of goods and baggage.
• Claim restrictions including time periods within which you must file a claim or bring action against us.
• Our right to change terms of the contract.
• Check-in requirements and other rules established when we may refuse carriage.
• Our rights and limits of our liability for delay or failure to perform service including schedule change, substitution of alternative air carriers or aircraft, and rerouting.
• Our policy on overbooking flights, and your rights if we deny you boarding due to an oversold flight.

These terms are incorporated by reference into our contract with you. You may view these conditions of carriage on delta.com, or by requesting a copy from Delta.

You have received this email because you elected to receive your Electronic Ticket receipt sent to you via email. If you would like to take advantage of other Delta email programs featuring special fares, promotions, information and flight updates, please visit: delta.com/emailprograms or delta.com/notifications

This document establishes the creation of your electronic EMD(S) in our computer systems. It does not constitute a document of carriage. Where this document is issued for transportation or services other than passenger air transportation, specific terms and conditions may apply. These terms and conditions may be provided separately or may be obtained from the issuing agent.

Effective December 15, 2019, the Canada Air Passenger Protection Regulations may provide additional protections to passengers traveling to or from Canada:

*If you are denied boarding, your flight is cancelled or delayed for at least two hours, or your baggage is lost or damaged, you may be entitled to certain standards of treatment and compensation under the Air Passenger Protection Regulations. For more information about your passenger rights please contact your air carrier ([www.delta.com/appr](www.delta.com/appr)) or visit the Canadian Transportation Agency's website.*

*Si l'embarquement vous est refusé, ou si votre vol est annulé ou retardé d'au moins deux heures ou si vos bagages sont perdus ou endommagés, vous pourriez avoir droit au titre du Règlement sur la protection des passagers aériens, à certains avantages au titre des normes de traitement applicables et à une indemnité. Pour de plus amples renseignements sur vos droits, veuillez communiquer avec votre transporteur aérien ( [www.delta.com/appr](www.delta.com/appr)) ou visiter le site Web de l'Office des transports du Canada.*

**COPYRIGHT INFORMATION**

This email message and its contents are copyrighted and are proprietary products of Delta Air Lines, Inc. Any unauthorized use, reproduction, or transfer of this message or its contents, in any medium, is strictly prohibited.

This is a post only email. Please do not respond to this message.

**PRIVACY POLICY**

Your privacy is important to us. Please review our Privacy Policy.

© 2020 Delta Air Lines, Inc. All rights reserved.
Delta Blvd. P.O. Box 20706 • Atlanta, GA 30320-6001

☐



Jenny



- 

[Home](Home)

Delta Airlines

[EXTERNAL] Ed Bastian-Is Delta still discriminating against those who do not wear masks for health reasons? [ref:_00D1aY3af._5001P1C82SK:ref]2
Yahoo/Sent

- •

Delta Executive Office <deltaexecutiveoffice@delta.com>
To ███████████████
Tue, Apr 13 at 6:13 PM
Hello Jennifer,

RE: Case 04006026

Thank you for your email to our Executive Team regarding the federal mask mandate.

Delta customers, employees and partners are required to wear a face mask or appropriate cloth face covering over their nose and mouth throughout their travel.

Federal law always requires each person to wear a mask while in the airport and when using public transit, during boarding and deplaning, and for the duration of the flight. Refusal to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties.

**Mask Exemptions**

Children under the age of two are exempt from the mask requirement.

Customers with a disability who cannot wear a mask for reasons related to their individual disability are strongly encouraged to reconsider travel or should be prepared to complete a 'Clearance-to-Fly' process prior to departure at the airport. If you are a customer with a disability who requires this exemption, please arrive early to complete the process during check-in to avoid missing your flight. This process can take over one hour. Mask exemptions only apply for travel onboard flights operated by Delta Air Lines and Delta Connection and do not exempt customers from any requirements that may be imposed by governments, including local, state or foreign countries, (at the origin or destination) or from requirements on other airlines. Please consult your departure, connection and arrival locations for local mask mandate requirements.

Any false claims of a disability to obtain an exemption from wearing a mask or face covering may result in the suspension of travel privileges on any Delta flight for the duration of the mask/face covering requirement and may be reported to appropriate government authorities.

For more information regarding traveling and mask mandates, please visit the following link:

Face Masks | Delta Air Lines

Thank you, again, for writing.

Regards,

Siobhan Connolly

Executive Assistant

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check Delta Privacy Policy.*

[ref:_00D1aY3af._5001P1C82SK:ref]


-------------- Original Message --------------
**From:** jenny rarrick ████████████████
**Sent:** 4/8/2021 4:04 PM
**To:** deltaexecutiveoffice@delta.com
**Subject:** [EXTERNAL] Ed Bastian-Is Delta still discriminating against those who do not wear masks for health reasons?


<span style="color:red">This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments.</span>

---

Sir:
 I have been patiently waiting for your airline company to end the discrimination against passengers who do not wear masks for health reasons. I wish to know if you plan to end this, and I also wish to know if you plan to deny flights to people who do not get the vaccine. I have travel funds, points, and quite a bit of money which I have invested by the purchase of tickets, and to be denied service because I do not wear a mask is discrimination.

The CDC states that people with health issues should not mask, and those whom the mask adversely effects should not mask because it creates a health issue. The CDC also does not recommend the vaccine for people with health issues which the vaccine can complicate. To deny service based on health is against the law, and those laws have not been changed. On top of that, for any government entity to mandate anything for an individual's health violates the US and state Constitutions. The very basic God-given rights of life, liberty, and pursuit of happiness are being taken away from individual Americans. Life is given by God, and the writers of the Constitution were not giving Americans the right to life. They were simply protecting the right the people already had. A person's life is protected by their health choices; therefore, to demand someone violate their health choices in any way is to put their life in danger.

It has been proven thousands of times that masks do not prevent the spread of any illness. It has been proven thousands of times that masks do in fact cause sick people to become sicker and well people to become sick or physically harmed in some way by the mask. The NIH recently found that people who mask are getting plastic particles in their respiratory systems.

Masks are causing bacterial lung infections such as bacterial pneumonia and Legionaries disease. They are also causing fungal face infections.

It is a fact that the body removes toxins through the various openings in the body. One way toxins are removed from the body is by breathing the out. While some of the toxic particles escape, a mask prevents all the toxins from being removed from the body in this, manner, and actually causes some to be breathed back in which causes illness. Also, the carbon dioxide the body should remove is breathed back in instead of oxygen, again causing illness. Until January, I had not worn a mask at all. I avoided shopping or anything else which required one. Since January, I have been taking my mom to doctor's appointments. In order to be present with her, I am required to mask. Although I try to set the mask so I can get air, when I wear a mask, I end up with a migraine. Even though I remove the mask when no one else is in the room, within five minutes of putting the mask on, a headache begins. Within 15-20 minutes, I have a migraine. I have also begun developing bloody noses which I have never had a problem with.

My mother has heart issues and cannot wear a mask because her heartrate drops to the 30s. She puts the mask on and holds it away from her face when going to her appointments. She went to an appointment with a new doctor, and he told her she couldn't hold the mask out. She told him the reason she did her mask in this manner, and he told her she either had to wear the mask to her face, or he would have to give her a shield. He brought the shield. The shield was even less coverage than how my mom was doing her mask in the first place. My mom asked him if he really though the shield was going to prevent germ spread, and he said he just had to do what he was told. Since getting the shield, no one has given my mom a hard time regarding covering her face. Before, they were constantly telling her to put her mask all the way on even though she had a health issue. This is just more proof that masks are useless.

It is very obvious that the mask is not necessary when several hundred passengers can remove their masks while eating during a flight. It is also obvious that a mask is not necessary when I can sit in a restaurant with forced air pushing everything in its path much further than the 6ft for an hour or more talking and eating without a mask. My state has been under a total mask mandate since December, and according to our governor, the so called covid cases have not stopped but instead continue to rise. None of the recommended masks whether cloth, surgical, or even the best N95 can filter the virus. OSHA, the CDC, WHO, NIH, American Association of Physicians and Surgeons, and many more entities all agree that the recommended masks, including any N95s, only filter to .3 micrometers. The virus is .125 micrometers. A sneeze travels at 100 mph, and a cough is not far behind. It does not take an expert to figure out that a piece of cloth is not going to keep the microscopic particles containing an illness inside when they are flying at 100 mph. Fauci now admits the mask does no good. His solution, wear two masks, is even worse than saying mask in the first place.

Every person I know who got sick during the last year wore a mask all the time. My cousin is a nurse. Until she was forced to mask, she stayed healthy. Within a couple weeks of masking every day, she was diagnosed with covid and a bacterial lung infection. My aunt stayed healthy until she was forced to mask for her job. Within a few weeks, she was diagnosed with covid and

passed it to her husband. Two people in our church wore masks all the time. They were the only two from our church to get sick. I believe if they had refused the covid test and asked for bacterial tests first, a bacterial infection is what would have shown up. I could list hundreds more who masked and still got sick or spread the illness to others.

Covid is nothing new according to virology repots dating back to 1968. At the time, everything with symptoms like covid was called contagious bronchitis. There were already avian and swine variants being studied which had been transferred between animals and humans. The word flu was not used until the 1980s. The US has dealt with swine and bird flus for a long time before the big scares in the late 90s and early 2000. In 2003, China released the first SARS virus. (Covid is called SARS cov2.) A quick comparison via the CDC will show that Flu, Pneumonia, and covid all have the same symptoms. Even the Spanish flu of 1918 had the same symptoms, including bluing of the skin and the severe lung issues. https://archive.org/details/coronaviruspapers_202002/pdfs/1969%20The%20propagation%20of%20_coronaviruses_%20in%20tissue-culture

I have flown all over the world for the last several years. I flew during Ebola, Zika, flu outbreaks, and multiple times last year.  I flew from Puerto Rico with passengers from a cruise ship which had covid cases on it. No one was told they had to mask or couldn't fly. Not one time was my temperature taken except in China where they have overhead thermometers to check everyone coming in. Not one time was anyone told to mask to protect anyone else. Not one time was anyone coughing, sneezing, puking... taken off the plane, told to mask or anything else that is said to prevent the spread of illness. I have never heard of entire flights of people getting sick, which is what should have been happening if this virus was spreading like they say. I have never gotten sick from any flight even with others being sick on the plane.

The government, the so called experts on tv, and you as the CEO of your airlines are discriminating based on false information. You are acting out communist measures. (Yes this is what China does, control information and citizens through fear based on lies.) So again I ask if and when you plan to eliminate mask mandates, and if you will discriminate against passengers who do not get the vaccine. I have spent a lot of money over the years on tickets, and to be told that I cannot fly with money tied up in tickets and points earned by past flights is outrageous and antiAmerican.

Jennifer Rarrick

PS: These are statements, studies... made by the various entities I mentioned above.

The CDC has edited the foot notes in this statement several times, so I am copying the original footnotes from July 31 for you to see. Note that the CDC states that regardless of whether the sick person or the exposed person is wearing a mask, they should quarantine if exposed.  One more note: There has been zero proof of any asymptomatic spread. https://www.cdc.gov/coronavirus/2019-ncov/php/public-health-recommendations.html Original July 31 Footnotes- *For the purpose of this guidance, fever is defined as subjective fever (feeling feverish) or a measured temperature of 100.4°F

(38°C) or higher. Note that fever may be intermittent or may not be present in some people, such as those who are elderly, immunocompromised, or taking certain fever-reducing medications (e.g., nonsteroidal anti-inflammatory drugs [NSAIDS]).

** Data to inform the definition of close contact are limited. Factors to consider when defining close contact include proximity, the duration of exposure (e.g., longer exposure time likely increases exposure risk), and whether the exposure was to a person with symptoms (e.g., coughing likely increases exposure risk). While research indicates masks may help those who are infected from spreading the infection, there is less information regarding whether masks offer any protection for a contact exposed to a symptomatic or asymptomatic patient. Therefore, the determination of close contact should be made irrespective of whether the person with COVID-19 or the contact was wearing a mask. Because the general public has not received training on proper selection and use of respiratory PPE, it cannot be certain whether respiratory PPE worn during contact with an individual with COVID-19 infection protected them from exposure.Therefore, as a conservative approach, the determination of close contact should generally be made irrespective of whether the contact was wearing respiratory PPE, which is recommended for health care personnel and other trained users, or a mask recommended for the general public.

***Data are insufficient to precisely define the duration of time that constitutes a prolonged exposure. Recommendations vary on the length of time of exposure, but 15 minutes of close exposure can be used as an operational definition. Brief interactions are less likely to result in transmission; however, symptoms and the type of interaction (e.g., did the infected person cough directly into the face of the exposed individual) remain important.

Integration of these definitions and actions into communications and actions of public health authorities can be guided by CDC's "Implementation of Mitigation Strategies for Communities with Local COVID-19 Transmission " "

Last Updated July 31, 2020

Content source: National Center for Immunization and Respiratory Diseases (NCIRD), Division of Viral Diseases

Almost 75% of participants in this study reported always using a mask, yet they contracted covid. https://www.cdc.gov/mmwr/volumes/69/wr/pdfs/mm6936a5-H.pdf

The CDC does not recommend wearing a mask if you have health issues or it causes health issues. https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover-guidance.html

2015 Cloth and medical Mask Study by NIH- Cloth masks had 97% penetration by viruses, and medical masks 44% ( This is at .3 micrometer measurements. Covid is even smaller.)- A cluster randomised trial of cloth masks compared with medical masks in healthcare workers - PubMed



A cluster randomised trial of cloth masks compared with medical masks in...

Australian New Zealand Clinical Trials Registry: ACTRN12610000887077.

2021 this article talks about the danger of plastic particles from masks being breathed into the respiratory tract. Need for assessing the inhalation of micro(nano)plastic debris shed from masks, respirators, and home-made face coverings during the COVID-19 pandemic



Need for assessing the inhalation of micro(nano)plastic debris shed from...

This is a study done regarding all the recommended masks. Not one of the masks is able to filter to .125 micrometers which is the size of covid. They are all only approved and proven to filter to .3 micrometers. Mask Facts - AAPS | Association of American Physicians and Surgeons



**Mask Facts - AAPS | Association of American Physicians and Surgeons**

curated by Marilyn M. Singleton, M.D., J.D. — http://marilynsingletonmdjd.com/ Updated September 26, 2020 Introd...

This article talks about the dangers of wearing a mask and the long-term effects they have on the body's overall health as well as their ineffectiveness to prevent viral spread. Facemasks in the COVID-19 era: A health hypothesis



**Facemasks in the COVID-19 era: A health hypothesis**

Many countries across the globe utilized medical and non-medical facemasks as non-pharmaceutical intervention fo...

Mask don't protect against the common cold which is a coronavirus. https://www.ncbi.nlm.nih.gov/pubmed/19216002



Use of surgical face masks to reduce the incidence
of the common cold am...

Face mask use in health care workers has not been
demonstrated to provide benefit in terms of cold symptoms or g...

Cowling, B. et al. (2010) "Face masks to prevent transmission of influenza virus: A systematic review," Epidemiology and Infection, 138(4), 449-456. https://www.cambridge.org/.../face-masks-to-prevent... review/64D368496EBDE0AFCC6639CCC9D8BC05

https://onlinelibrary.wiley.com/.../j.1750-2659.2011.00307.x

The use of masks and respirators to prevent
transmission of influenza: a...

- •

- • • • •

- •

Jenny Rarrick
To:Delta Executive Office
Tue, Apr 13 at 9:05 PM

Mr. Connolly,

The CDC is NOT a federal agency, and it does NOT have the right to mandate anything. The president does not even have this right, and has not issued a law regarding masking because he CANNOT accordingly the IS Constitution. No LAW has been voted on by the representatives of the US people. So you are stating a total lie when you say there is a law.

It is discrimination and targeting to require people who do not mask to complete anything about their health when you have never required that sort of thing in another time of illness from flu season, which kills thousands and effects millions every year, to Ebola, Zika... or to deny them a flight.

I sent multiple statements from the CDC, NIH, WHO... regarding the mask and the fallacy of them. If the CEO did not bother to read them, then I do not believe he has the customers best interest in mind.

Jennifer Rarrick

- On Tuesday, April 13, 2021, 05:13:23 PM CDT, Delta Executive Office <deltaexecutiveoffice@delta.com> wrote:

Hello Jennifer,

RE: Case 04006026

Thank you for your email to our Executive Team regarding the federal mask mandate.

Delta customers, employees and partners are required to wear a face mask or appropriate cloth face covering over their nose and mouth throughout their travel.

Federal law always requires each person to wear a mask while in the airport and when using public transit, during boarding and deplaning, and for the duration of the flight. Refusal to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties.

**Mask Exemptions**

Children under the age of two are exempt from the mask requirement.

Customers with a disability who cannot wear a mask for reasons related to their individual disability are strongly encouraged to reconsider travel or should be prepared to complete a 'Clearance-to-Fly' process prior to departure at the airport. If you are a customer with a disability who requires this exemption, please arrive early to complete the process during check-in to avoid

missing your flight. This process can take over one hour. Mask exemptions only apply for travel onboard flights operated by Delta Air Lines and Delta Connection and do not exempt customers from any requirements that may be imposed by governments, including local, state or foreign countries, (at the origin or destination) or from requirements on other airlines. Please consult your departure, connection and arrival locations for local mask mandate requirements.

Any false claims of a disability to obtain an exemption from wearing a mask or face covering may result in the suspension of travel privileges on any Delta flight for the duration of the mask/face covering requirement and may be reported to appropriate government authorities.

For more information regarding traveling and mask mandates, please visit the following link:

Face Masks | Delta Air Lines

Thank you, again, for writing.

Regards,

Siobhan Connolly
Executive Assistant

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check Delta Privacy Policy.*

[ref:_00D1aY3af._5001P1C82SK:ref]

--------------- Original Message ---------------
From: jenny rarrick █████████████
Sent: 4/8/2021 4:04 PM
To: deltaexecutiveoffice@delta.com
Subject: [EXTERNAL] Ed Bastian-Is Delta still discriminating against those who do not wear masks for health reasons?

This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments.

Sir:

I have been patiently waiting for your airline company to end the discrimination against passengers who do not wear masks for health reasons. I wish to know if you plan to end this, and I also wish to know if you plan to deny flights to people who do not get the vaccine. I have travel funds, points, and quite a bit of money which I have invested by the purchase of tickets, and to be denied service because I do not wear a mask is discrimination.

The CDC states that people with health issues should not mask, and those whom the mask adversely effects should not mask because it creates a health issue. The CDC also does not recommend the vaccine for people with health issues which the vaccine can complicate. To deny service based on health is against the law, and those laws have not been changed. On top of that, for any government entity to mandate anything for an individual's health violates the US and state Constitutions. The very basic God-given rights of life, liberty, and pursuit of happiness are being taken away from individual Americans. Life is given by God, and the writers of the Constitution were not giving Americans the right to life. They were simply protecting the right the people already had. A person's life is protected by their health choices; therefore, to demand someone violate their health choices in any way is to put their life in danger.

It has been proven thousands of times that masks do not prevent the spread of any illness. It has been proven thousands of times that masks do in fact cause sick people to become sicker and well people to become sick or physically harmed in some way by the mask. The NIH recently found that people who mask are getting plastic particles in their respiratory systems. Masks are causing bacterial lung infections such as bacterial pneumonia and Legionaries disease. They are also causing fungal face infections.

It is a fact that the body removes toxins through the various openings in the body. One way toxins are removed from the body is by breathing the out. While some of the toxic particles escape, a mask prevents all the toxins from being removed from the body in this, manner, and actually causes some to be breathed back in which causes illness. Also, the carbon dioxide the body should remove is breathed back in instead of oxygen, again causing illness. Until January, I had not worn a mask at all. I avoided shopping or anything else which required one. Since January, I have been taking my mom to doctor's appointments. In order to be present with her, I am required to mask. Although I try to set the mask so I can get air, when I wear a mask, I end up with a migraine. Even though I remove the mask when no one else is in the room, within five minutes of putting the mask on, a headache begins. Within 15-20 minutes, I have a migraine. I have also begun developing bloody noses which I have never had a problem with.

My mother has heart issues and cannot wear a mask because her heartrate drops to the 30s. She puts the mask on and holds it away from her face when going to her appointments. She went to an appointment with a new doctor, and he told her she couldn't hold the mask out. She told him the reason she did her mask in this manner, and he told her she either had to wear the mask to her face, or he would have to give her a shield. He brought the shield. The shield was even less coverage than how my

mom was doing her mask in the first place. My mom asked him if he really
though the shield was going to prevent germ spread, and he said he just had to do what
he was told. Since getting the shield, no one has given my mom a hard time regarding
covering her face. Before, they were constantly telling her to put her mask all the way
on even though she had a health issue. This is just more proof that masks are useless.

It is very obvious that the mask is not necessary when several hundred passengers can
remove their masks while eating during a flight. It is also obvious that a mask is not
necessary when I can sit in a restaurant with forced air pushing everything in its path
much further than the 6ft for an hour or more talking and eating without a mask. My
state has been under a total mask mandate since December, and according to our
governor, the so called covid cases have not stopped but instead continue to rise. None
of the recommended masks whether cloth, surgical, or even the best N95 can filter the
virus. OSHA, the CDC, WHO, NIH, American Association of Physicians and Surgeons, and
many more entities all agree that the recommended masks, including any N95s, only
filter to .3 micrometers. The virus is .125 micrometers. A sneeze travels at 100 mph, and
a cough is not far behind. It does not take an expert to figure out that a piece of cloth is
not going to keep the microscopic particles containing an illness inside when they are
flying at 100 mph. Fauci now admits the mask does no good. His solution, wear two
masks, is even worse than saying mask in the first place.

Every person I know who got sick during the last year wore a mask all the time. My
cousin is a nurse. Until she was forced to mask, she stayed healthy. Within a couple
weeks of masking every day, she was diagnosed with covid and a bacterial lung
infection. My aunt stayed healthy until she was forced to mask for her job. Within a few
weeks, she was diagnosed with covid and passed it to her husband. Two people in our
church wore masks all the time. They were the only two from our church to get sick. I
believe if they had refused the covid test and asked for bacterial tests first, a bacterial
infection is what would have shown up. I could list hundreds more who masked and still
got sick or spread the illness to others.

Covid is nothing new according to virology repots dating back to 1968. At the time,
everything with symptoms like covid was called contagious bronchitis. There were
already avian and swine variants being studied which had been transferred between
animals and humans. The word flu was not used until the 1980s. The US has dealt with
swine and bird flus for a long time before the big scares in the late 90s and early 2000.
In 2003, China released the first SARS virus. (Covid is called SARS cov2.) A quick
comparison via the CDC will show that Flu, Pneumonia, and covid all have the same
symptoms. Even the Spanish flu of 1918 had the same symptoms, including bluing of the
skin and the severe lung
issues. https://archive.org/details/coronaviruspapers_202002/pdfs/1969%20The%20pr
opagation%20of%20_coronaviruses_%20in%20tissue-culture

I have flown all over the world for the last several years. I flew during Ebola, Zika, flu
outbreaks, and multiple times last year.  I flew from Puerto Rico with passengers from a

cruise ship which had covid cases on it. No one was told they had to mask or couldn't fly. Not one time was my temperature taken except in China where they have overhead thermometers to check everyone coming in. Not one time was anyone told to mask to protect anyone else. Not one time was anyone coughing, sneezing, puking... taken off the plane, told to mask or anything else that is said to prevent the spread of illness. I have never heard of entire flights of people getting sick, which is what should have been happening if this virus was spreading like they say. I have never gotten sick from any flight even with others being sick on the plane.

The government, the so called experts on tv, and you as the CEO of your airlines are discriminating based on false information. You are acting out communist measures. (Yes this is what China does, control information and citizens through fear based on lies.) So again I ask if and when you plan to eliminate mask mandates, and if you will discriminate against passengers who do not get the vaccine. I have spent a lot of money over the years on tickets, and to be told that I cannot fly with money tied up in tickets and points earned by past flights is outrageous and antiAmerican.

Jennifer Rarrick

PS: These are statements, studies... made by the various entities I mentioned above.

The CDC has edited the foot notes in this statement several times, so I am copying the original footnotes from July 31 for you to see. Note that the CDC states that regardless of whether the sick person or the exposed person is wearing a mask, they should quarantine if exposed.  One more note: There has been zero proof of any asymptomatic spread. https://www.cdc.gov/coronavirus/2019-ncov/php/public-health-recommendations.html Original July 31 Footnotes- *For the purpose of this guidance, fever is defined as subjective fever (feeling feverish) or a measured temperature of 100.4°F (38°C) or higher. Note that fever may be intermittent or may not be present in some people, such as those who are elderly, immunocompromised, or taking certain fever-reducing medications (e.g., nonsteroidal anti-inflammatory drugs [NSAIDS]).
** Data to inform the definition of close contact are limited. Factors to consider when defining close contact include proximity, the duration of exposure (e.g., longer exposure time likely increases exposure risk), and whether the exposure was to a person with symptoms (e.g., coughing likely increases exposure risk). While research indicates masks may help those who are infected from spreading the infection, there is less information regarding whether masks offer any protection for a contact exposed to a symptomatic or asymptomatic patient. Therefore, the determination of close contact should be made irrespective of whether the person with COVID-19 or the contact was wearing a mask. Because the general public has not received training on proper selection and use of respiratory PPE, it cannot be certain whether respiratory PPE worn during contact with an individual with COVID-19 infection protected them from exposure.Therefore, as a conservative approach, the determination of close

contact should generally be made ==irrespective of whether the contact was wearing respiratory PPE, which is recommended for health care personnel and other trained users, or a mask recommended for the general public.==
***Data are insufficient to precisely define the duration of time that constitutes a prolonged exposure. Recommendations vary on the length of time of exposure, but 15 minutes of close exposure can be used as an operational definition. Brief interactions are less likely to result in transmission; however, symptoms and the type of interaction (e.g., did the infected person cough directly into the face of the exposed individual) remain important.
Integration of these definitions and actions into communications and actions of public health authorities can be guided by CDC's "Implementation of Mitigation Strategies for Communities with Local COVID-19 Transmission " "
Last Updated July 31, 2020
Content source: National Center for Immunization and Respiratory Diseases (NCIRD), Division of Viral Diseases

Almost 75% of participants in this study reported always using a mask, yet they contracted covid. https://www.cdc.gov/mmwr/volumes/69/wr/pdfs/mm6936a5-H.pdf

The CDC does not recommend wearing a mask if you have health issues or it causes health issues. https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover-guidance.html

2015 Cloth and medical Mask Study by NIH- Cloth masks had 97% penetration by viruses, and medical masks 44% ( This is at .3 micrometer measurements. Covid is even smaller.)- A cluster randomised trial of cloth masks compared with medical masks in healthcare workers - PubMed



A cluster randomised trial of cloth masks compared with medical masks in...
Australian New Zealand Clinical Trials Registry: ACTRN12610000887077.

2021 this article talks about the danger of plastic particles from masks being breathed into the respiratory tract. Need for assessing the inhalation of micro(nano)plastic debris shed from masks, respirators, and home-made face coverings during the COVID-19 pandemic



Need for assessing the inhalation of micro(nano)plastic debris shed from...

This is a study done regarding all the recommended masks. Not one of the masks is able to filter to .125 micrometers which is the size of covid. They are all only approved and proven to filter to .3 micrometers. Mask Facts - AAPS | Association of American Physicians and Surgeons



**Mask Facts - AAPS | Association of American Physicians and Surgeons**

curated by Marilyn M. Singleton, M.D., J.D. —
http://marilynsingletonmdjd.com/ Updated September 26, 2020
Introd...

This article talks about the dangers of wearing a mask and the long-term effects they have on the body's overall health as well as their ineffectiveness to prevent viral spread. Facemasks in the COVID-19 era: A health hypothesis



**Facemasks in the COVID-19 era: A health hypothesis**

Many countries across the globe utilized medical and non-medical facemasks as non-pharmaceutical intervention fo...

Mask don't protect against the common cold which is a
coronavirus. https://www.ncbi.nlm.nih.gov/pubmed/19216002



Use of surgical face masks to reduce the incidence
of the common cold am...

Face mask use in health care workers has not been
demonstrated to provide benefit in terms of cold symptoms or g...

Cowling, B. et al. (2010) "Face masks to prevent transmission of influenza virus: A
systematic review," Epidemiology and Infection, 138(4), 449-
456. https://www.cambridge.org/.../face-masks-to-
prevent... review/64D368496EBDE0AFCC6639CCC9D8BC05

https://onlinelibrary.wiley.com/.../j.1750-2659.2011.00307.x

The use of masks and respirators to prevent
transmission of influenza: a...

Case #21166786
Yahoo/Sent

- •

Jenny Rarrick ███████████████
To:gary.kelly@wnco.com
Sat, Apr 10 at 5:51 PM
Katelyn Perez,

I looked at the exemption request form. I am going to ask you to find out how many
flights have been at 50% capacity, and how many mask emotions have been approved
because what this appears to be is a loophole for Southwest motto have to provide for
customers and still discriminate against them. Also, the CDC has zero authority to
mandate anything, and they are the ones who passed the so called mandate for
transportation. They aren't even a government agency. If Southwest is going to follow
the law, maybe they had better read through the Constitution and realize no one, even
the president, can mandate anything which effects a citizens right to life. A person's life
is protected by their health choices, and demanding a person mask violated their
protection if their life. Not allowing a person to travel without a mask is discrimination. I
am trying to give Southwest the opportunity to do the Constitutional thing and stop
discriminating. I would also like to know how much of the information I provided from
various health entities do Mr. kelly read. If he read none, then he doesn't care about
truth.

Jennifer

Southwest Airlines Response to your Inquiry (Case #21166786)3
Yahoo/Airlines and masking

- •

Southwest Airlines <no-reply@southwest-communications.com>
To ███████████████
Sat, Apr 10 at 10:36 AM



Dear Jennifer,

We received your email to Gary Kelly, and I appreciate the opportunity to
respond on behalf of Southwest Airlines.

I regret that you have not traveled with us due to concerns surrounding our
mask policy. Since the COVID-19 pandemic began, we've been focused on
supporting the well-being of our Employees and our Customers. As you know,
in accordance with the federal mask mandate, each person is required to
wear a mask at all times in the airport and throughout the flight, including
boarding and deplaning. Children under the age of two are exempt.
Additionally, we have developed a program that allows Customers to apply for
a disability-related exemption from the mask requirement. For information on
how to apply, please click here.

Additionally, while we currently do not have a policy to require a vaccine for
our Customers or Employees, we continue to closely monitor and reassess
our policies and procedures as the COVID-19 pandemic evolves. Please
know we appreciate your correspondence and have made your feedback
available to our Senior Leadership.

As much as anyone else, we are eager for things to get back to "normal," and
we ask for your patience as we all work together to get there. We will always

consider it a privilege to welcome you onboard each time you grant us that opportunity.

Sincerely,
Katelyn Perez
Southwest Airlines

southwest.com  |   Flight   |   Hotel   |   Car   |   Rapid Rewards   |   Travel Tools

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235

Copyright 2020 Southwest Airlines Co. All Rights Reserved.

***** Confidentiality Statement/Disclaimer ***** This message and any attachments are intended for the sole use of the intended recipient. It may contain confidential information. Any unauthorized use, dissemination, or modification is strictly prohibited. If you are not the intended recipient please notify the sender immediately, and delete this email from all your systems; do not copy, use, or print. Internet communications are not secure, and it is the respons bility of the recipient to make sure that they are virus exempt. The company/sender cannot be responsible for any unauthorized alterations or modifications made to the contents. If you require any form of confirmation of the contents, please contact the company/sender. The company/sender is not liable for any errors or omissions in the content of this message.

ref:_00Df43k1z._5005GfubHT:ref

- 

• • • •

_____

• 
Jenny Rarrick █████████████
To:Southwest Airlines
Sat, Apr 10 at 5:31 PM
Katelyn,

Thanks for your response and the info regarding exemptions. Let me make perfectly clear there is not nor has there ever been a federal mask mandate, nor can there be because it would violate the US Constitution.

Jennifer

- 

• • •

Is Southwest still discriminating against those who do not wear masks for health reasons?
Yahoo/Sent

- 

Jenny Rarrick ███████████████
To:gary.kelly@wnco.com
Thu, Apr 8 at 5:06 PM
Sir,
 I have been patiently waiting for your airline company to end the discrimination against passengers who do not wear masks for health reasons. I wish to know if you plan to end this, and I also wish to know if you plan to deny flights to people who do not get the vaccine. I have travel funds, points, and quite a bit of money which I have invested by the purchase of tickets, and to be denied service because I do not wear a mask is discrimination.
The CDC states that people with health issues should not mask, and those whom the mask adversely effects should not mask because it creates a health issue. The CDC also does not recommend the vaccine for people with health issues which the vaccine can complicate. To deny service based on health is against the law, and those laws have not been changed. On top of that, for any government entity to mandate anything for an individual's health violates the US and state Constitutions. The very basic God-given rights of life, liberty, and pursuit of happiness are being taken away from individual Americans. Life is given by God, and the writers of the Constitution were not giving Americans the right to life. They were simply protecting the right the people already had. A person's life is protected by their health choices; therefore, to demand someone violate their health choices in any way is to put their life in danger.
It has been proven thousands of times that masks do not prevent the spread of any illness. It has been proven thousands of times that masks do in fact cause sick people to become sicker and well people to become sick or physically harmed in some way by the mask. The NIH recently found that people who mask are getting plastic particles in their respiratory systems. Masks are causing bacterial lung infections such as bacterial pneumonia and Legionaries disease. They are also causing fungal face infections.
It is a fact that the body removes toxins through the various openings in the body. One way toxins are removed from the body is by breathing the out. While some of the toxic particles escape, a mask prevents all the toxins from being removed from the body in this,

manner, and actually causes some to be breathed back in which causes illness. Also, the carbon dioxide the body should remove is breathed back in instead of oxygen, again causing illness. Until January, I had not worn a mask at all. I avoided shopping or anything else which required one. Since January, I have been taking my mom to doctor's appointments. In order to be present with her, I am required to mask. Although I try to set the mask so I can get air, when I wear a mask, I end up with a migraine. Even though I remove the mask when no one else is in the room, within five minutes of putting the mask on, a headache begins. Within 15-20 minutes, I have a migraine. I have also begun developing bloody noses which I have never had a problem with.

My mother has heart issues and cannot wear a mask because her heartrate drops to the 30s. She puts the mask on and holds it away from her face when going to her appointments. She went to an appointment with a new doctor, and he told her she couldn't hold the mask out. She told him the reason she did her mask in this manner, and he told her she either had to wear the mask to her face, or he would have to give her a shield. He brought the shield. The shield was even less coverage than how my mom was doing her mask in the first place. My mom asked him if he really though the shield was going to prevent germ spread, and he said he just had to do what he was told. Since getting the shield, no one has given my mom a hard time regarding covering her face. Before, they were constantly telling her to put her mask all the way on even though she had a health issue. This is just more proof that masks are useless.

It is very obvious that the mask is not necessary when several hundred passengers can remove their masks while eating during a flight. It is also obvious that a mask is not necessary when I can sit in a restaurant with forced air pushing everything in its path much further than the 6ft for an hour or more talking and eating without a mask. My state has been under a total mask mandate since December, and according to our governor, the so called covid cases have not stopped but instead continue to rise. None of the recommended masks whether cloth, surgical, or even the best N95 can filter the virus. OSHA, the CDC, WHO, NIH, American Association of Physicians and Surgeons, and many more entities all agree that the recommended masks, including any N95s, only filter to .3 micrometers. The virus is .125 micrometers. A sneeze travels at 100 mph, and a cough is not far behind. It does not take an expert to figure out that a piece of cloth is not going to keep the microscopic particles containing an illness inside when they are flying at 100 mph. Fauci now admits the mask does no good. His solution, wear two masks, is even worse than saying mask in the first place.

Every person I know who got sick during the last year wore a mask all the time. My cousin is a nurse. Until she was forced to mask, she stayed healthy. Within a couple weeks of masking every day, she was diagnosed with covid and a bacterial lung infection. My aunt stayed healthy until she was forced to mask for her job. Within a few weeks, she was diagnosed with covid and passed it to her husband. Two people in our church wore masks all the time. They were the only two from our church to get sick. I believe if they had refused the covid test and asked for bacterial tests first, a bacterial infection is what would have shown up. I could list hundreds more who masked and still got sick or spread the illness to others.

Covid is nothing new according to virology repots dating back to 1968. At the time, everything with symptoms like covid was called contagious bronchitis. There were already avian and swine variants being studied which had been transferred between animals and humans. The word flu was not used until the 1980s. The US has dealt with swine and bird flus for a long time before

the big scares in the late 90s and early 2000. In 2003, China released the first SARS virus. (Covid is called SARS cov2.) A quick comparison via the CDC will show that Flu, Pneumonia, and covid all have the same symptoms. Even the Spanish flu of 1918 had the same symptoms, including bluing of the skin and the severe lung issues. https://archive.org/details/coronaviruspapers_202002/pdfs/1969%20The%20propagati on%20of%20_coronaviruses_%20in%20tissue-culture

I have flown all over the world for the last several years. I flew during Ebola, Zika, flu outbreaks, and multiple times last year.  I flew from Puerto Rico with passengers from a cruise ship which had covid cases on it. No one was told they had to mask or couldn't fly. Not one time was my temperature taken except in China where they have overhead thermometers to check everyone coming in. Not one time was anyone told to mask to protect anyone else. Not one time was anyone coughing, sneezing, puking... taken off the plane, told to mask or anything else that is said to prevent the spread of illness. I have never heard of entire flights of people getting sick, which is what should have been happening if this virus was spreading like they say. I have never gotten sick from any flight even with others being sick on the plane.

The government, the so called experts on tv, and you as the CEO of your airlines are discriminating based on false information. You are acting out communist measures. (Yes this is what China does, control information and citizens through fear based on lies.) So again I ask if and when you plan to eliminate mask mandates, and if you will discriminate against passengers who do not get the vaccine. I have spent a lot of money over the years on tickets, and to be told that I cannot fly with money tied up in tickets and points earned by past flights is outrageous and antiAmerican.


Jennifer Rarrick

PS: These are statements, studies... made by the various entities I mentioned above.
The CDC has edited the foot notes in this statement several times, so I am copying the original footnotes from July 31 for you to see. Note that the CDC states that regardless of whether the sick person or the exposed person is wearing a mask, they should quarantine if exposed.  One more note: There has been zero proof of any asymptomatic spread. https://www.cdc.gov/coronavirus/2019-ncov/php/public-health-recommendations.html Original July 31 Footnotes- *For the purpose of this guidance, fever is defined as subjective fever (feeling feverish) or a measured temperature of 100.4°F (38°C) or higher. Note that fever may be intermittent or may not be present in some people, such as those who are elderly, immunocompromised, or taking certain fever-reducing medications (e.g., nonsteroidal anti-inflammatory drugs [NSAIDS]).
** Data to inform the definition of close contact are limited. Factors to consider when defining close contact include proximity, the duration of exposure (e.g., longer exposure time likely increases exposure risk), and whether the exposure was to a person with symptoms (e.g., coughing likely increases exposure risk). While research indicates masks may help those who are infected from spreading the infection, there is less information regarding whether masks offer any protection for a contact exposed to a symptomatic or asymptomatic patient. Therefore, the determination of close contact should be made irrespective of whether the person with COVID-19 or the contact was

wearing a mask. Because the general public has not received training on proper selection and use of respiratory PPE, it cannot be certain whether respiratory PPE worn during contact with an individual with COVID-19 infection protected them from exposure.Therefore, as a conservative approach, the determination of close contact should generally be made irrespective of whether the contact was wearing respiratory PPE, which is recommended for health care personnel and other trained users, or a mask recommended for the general public.

***Data are insufficient to precisely define the duration of time that constitutes a prolonged exposure. Recommendations vary on the length of time of exposure, but 15 minutes of close exposure can be used as an operational definition. Brief interactions are less likely to result in transmission; however, symptoms and the type of interaction (e.g., did the infected person cough directly into the face of the exposed individual) remain important.

Integration of these definitions and actions into communications and actions of public health authorities can be guided by CDC's "Implementation of Mitigation Strategies for Communities with Local COVID-19 Transmission " "

Last Updated July 31, 2020

Content source: National Center for Immunization and Respiratory Diseases (NCIRD), Division of Viral Diseases

Almost 75% of participants in this study reported always using a mask, yet they contracted covid. https://www.cdc.gov/mmwr/volumes/69/wr/pdfs/mm6936a5-H.pdf

The CDC does not recommend wearing a mask if you have health issues or it causes health issues. https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover-guidance.html

2015 Cloth and medical Mask Study by NIH- Cloth masks had 97% penetration by viruses, and medical masks 44% ( This is at .3 micrometer measurements. Covid is even smaller.)- https://pubmed.ncbi.nlm.nih.gov/25903751/

2021 this article talks about the danger of plastic particles from masks being breathed into the respiratory tract. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7537728/

This is a study done regarding all the recommended masks. Not one of the masks is able to filter to .125 micrometers which is the size of covid. They are all only approved and proven to filter to .3 micrometers. https://aapsonline.org/mask-facts/

This article talks about the dangers of wearing a mask and the long-term effects they have on the body's overall health as well as their ineffectiveness to prevent viral spread. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7680614/?fbclid=IwAR2OIpWbUtxlD0l2uf4HEenCQ7eLzaHs4DH_aDWeUUMrvSZYAmrPb064LlA

Mask don't protect against the common cold which is a coronavirus. https://www.ncbi.nlm.nih.gov/pubmed/19216002

Cowling, B. et al. (2010) "Face masks to prevent transmission of influenza virus: A systematic review," Epidemiology and Infection, 138(4), 449-456. https://www.cambridge.org/.../face-masks-to-prevent... review/64D368496EBDE0AFCC6639CCC9D8BC05

https://onlinelibrary.wiley.com/.../j.1750-2659.2011.00307.x

https://www.cmaj.ca/content/188/8/567

https://academic.oup.com/cid/article/65/11/1934/4068747

https://jamanetwork.com/journals/jama/fullarticle/2749214



N95 Respirators vs Medical Masks for Preventing Laboratory-Confirmed Inf...

This cluster randomized clinical trial compares the effect of N95 respirators vs medical masks worn by health ca...

Bacteria in Masks- https://www.msn.com/en-us/health/medical/bacteria-is-growing-on-your-mask/ar-BB1bagFN
This is a picture I took from Extreme Makeover Home Edition. This man was sanding a piece of wood, and had put on a mask to protect himself from the dust. As you can see, the dust is all around his nose and mouth.

- 

• • •

---

Delta Airlines
www.delta.com
Thank You for Your Feedback [ref:_00D1aY3af._5001P1C82SK:ref]
Yahoo/Airlines and masking

- 

Customer Care <wecare@delta.com>
To
Thu, Apr 8 at 5:04 PM

Hello,

Thank you for taking the time to write to us.  Your Delta Comment/Complaint case number is **04006026**.

During these times of rapid change, we want you to know that nothing is more important to us than the health and safety of our customers and employees. It's important you know we are taking all of our customer's concerns and feedback seriously. We wanted to let you know at this time our average response time is between 14 and 21 days. Our team is doing everything possible to work through unprecedented volume and we appreciate your patience.

Please know the information provided on delta.com regarding our policies and waivers for customers whose travel has been affected by COVID-19/Coronavirus is correct.

If you are in need of immediate assistance, please review the following options below.

1.       If you need to rebook or cancel your flight, please use the Fly Delta App or visit www.delta.com/mytrips

2.       If your bag did not arrive as intended, please visit delta.com/trackbag to check the status or to file a delayed baggage report.

3.       To access a copy of your flight reservation and/or checked-baggage receipt, please click VIEW RECEIPTS in the My Wallet section when logged on to delta.com or the Fly Delta app.

Please see the below information, which we hope you will find useful.

### *COVID-19 Travel Information & Updates*
Due to the evolving situation, please visit our Coronavirus Travel Updates page on delta.com here. We continue to update this page with our latest advisories and waivers.

### *Impacted Travel*
We want to assure you that the value of your ticket won't be lost. If your ticket meets the conditions of our?waiver details, you will not be charged a fee when you use this credit for a future reservation. When you are ready to rebook and use this credit, you may book with us online or by contacting our Reservations Team. Please remember to keep your ticket number handy as it's needed to redeem your credit when rebooking.

### *Credits Appearing in Accounts*
If you do not see a credit in your delta.com account, please know that you will have the full value of your ticket available for booking a future reservation. When you are ready to rebook, keep your ticket number handy and contact our Reservations Team.

Thank you for choosing Delta, we look forward to welcoming you onboard one of our flights soon.

Regards,

Customer Care

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com.  Please check [Delta Privacy Policy](#).*
_____
ref:_00D1aY3af._5001P1C82SK:ref
Case Number: 04006026
Subject: [EXTERNAL] Ed Bastian-Is Delta still discriminating against those who do not wear masks for health reasons?

This message is from an EXTERNAL SENDER - be CAUTIOUS, particularly with links and attachments.

_____

_____

Sir:


 I have been patiently waiting for your airline company to end the discrimination against passengers who do not wear masks for health reasons. I wish to know if you plan to end this, and I also wish to know if you plan to deny flights to people who do not get the vaccine. I have travel funds, points, and quite a bit of money which I have invested by the purchase of tickets, and to be denied service because I do not wear a mask is discrimination.




The CDC states that people with health issues should not mask, and those whom the mask adversely effects should not mask because it creates a health issue. The CDC also does not recommend the vaccine for people with health issues which the vaccine can complicate. To deny service based on health is against the law, and those laws have not been changed. On top of that, for any government entity to mandate anything for an individual's health violates the US and state Constitutions. The very basic God-given rights of life, liberty, and pursuit of happiness are being taken away from individual Americans. Life is given by God, and the writers of the Constitution were not giving Americans the right to life. They were simply protecting the right the people already had. A person's life is protected by their health choices; therefore, to demand someone violate their health choices in any way is to put their life in danger.




It has been proven thousands of times that masks do not prevent the spread of any illness. It has been proven thousands of times that masks do in fact cause sick people to become sicker and well people to become sick or physically harmed in some way by the mask. The NIH recently found that people who mask are getting plastic particles in their respiratory

systems. Masks are causing bacterial lung infections such as bacterial pneumonia and Legionaries disease. They are also causing fungal face infections.

It is a fact that the body removes toxins through the various openings in the body. One way toxins are removed from the body is by breathing the out. While some of the toxic particles escape, a mask prevents all the toxins from being removed from the body in this, manner, and actually causes some to be breathed back in which causes illness. Also, the carbon dioxide the body should remove is breathed back in instead of oxygen, again causing illness. Until January, I had not worn a mask at all. I avoided shopping or anything else which required one. Since January, I have been taking my mom to doctor's appointments. In order to be present with her, I am required to mask. Although I try to set the mask so I can get air, when I wear a mask, I end up with a migraine. Even though I remove the mask when no one else is in the room, within five minutes of putting the mask on, a headache begins. Within 15-20 minutes, I have a migraine. I have also begun developing bloody noses which I have never had a problem with.

My mother has heart issues and cannot wear a mask because her heartrate drops to the 30s. She puts the mask on and holds it away from her face when going to her appointments. She went to an appointment with a new doctor, and he told her she couldn't hold the mask out. She told him the reason she did her mask in this manner, and he told her she either had to wear the mask to her face, or he would have to give her a shield. He brought the shield. The shield was even less coverage than how my mom was doing her mask in the first place. My mom asked him if he really though the shield was going to prevent germ spread, and he said he just had to do what he was told. Since getting the shield, no one has given my mom a hard time regarding covering her face. Before, they were constantly telling her to put her mask all the way on even though she had a health issue. This is just more proof that masks are useless.

It is very obvious that the mask is not necessary when several hundred passengers can remove their masks while eating during a flight. It is also obvious that a mask is not necessary when I can sit in a restaurant with forced air pushing everything in its path much further than the 6ft for an hour or more talking and eating without a mask. My state has been under a total mask mandate since December, and according to our governor, the so called covid cases have not stopped but instead continue to rise. None of the recommended masks whether cloth, surgical, or even the best N95 can filter the virus. OSHA, the CDC, WHO, NIH, American Association of Physicians and Surgeons, and many more entities all agree that the recommended masks, including any N95s, only filter to .3 micrometers. The virus is .125 micrometers. A sneeze travels at 100 mph, and a cough is not far behind. It does not take an expert to figure out that a piece of cloth is not going to keep the microscopic particles containing an illness inside when they are flying at 100 mph. Fauci now admits the mask does no good. His solution, wear two masks, is even

worse than saying mask in the first place.

Every person I know who got sick during the last year wore a mask all the time. My cousin is a nurse. Until she was forced to mask, she stayed healthy. Within a couple weeks of masking every day, she was diagnosed with covid and a bacterial lung infection. My aunt stayed healthy until she was forced to mask for her job. Within a few weeks, she was diagnosed with covid and passed it to her husband. Two people in our church wore masks all the time. They were the only two from our church to get sick. I believe if they had refused the covid test and asked for bacterial tests first, a bacterial infection is what would have shown up. I could list hundreds more who masked and still got sick or spread the illness to others.

Covid is nothing new according to virology repots dating back to 1968. At the time, everything with symptoms like covid was called contagious bronchitis. There were already avian and swine variants being studied which had been transferred between animals and humans. The word flu was not used until the 1980s. The US has dealt with swine and bird flus for a long time before the big scares in the late 90s and early 2000. In 2003, China released the first SARS virus. (Covid is called SARS cov2.) A quick comparison via the CDC will show that Flu, Pneumonia, and covid all have the same symptoms. Even the Spanish flu of 1918 had the same symptoms, including bluing of the skin and the severe lung issues. https://urldefense.com/v3/__https://archive.org/details/coronaviruspapers_202002/pdfs/1969*20The*20propagation*20of*20_coronaviruses_*20in*20tissue-culture__;JSUlJSUl!!O8JL6HM!xIxqU7Id2hGQJM6zPaTjjBaSWK-D8j-H1DA6YU70hzK1cCyWtCy3YvDt6hwyRkOjF5_iOEcw$

I have flown all over the world for the last several years. I flew during Ebola, Zika, flu outbreaks, and multiple times last year.  I flew from Puerto Rico with passengers from a cruise ship which had covid cases on it. No one was told they had to mask or couldn't fly. Not one time was my temperature taken except in China where they have overhead thermometers to check everyone coming in. Not one time was anyone told to mask to protect anyone else. Not one time was anyone coughing, sneezing, puking... taken off the plane, told to mask or anything else that is said to prevent the spread of illness. I have never heard of entire flights of people getting sick, which is what should have been happening if this virus was spreading like they say. I have never gotten sick from any flight even with others being sick on the plane.

The government, the so called experts on tv, and you as the CEO of your airlines are

discriminating based on false information. You are acting out communist measures. (Yes this is what China does, control information and citizens through fear based on lies.) So again I ask if and when you plan to eliminate mask mandates, and if you will discriminate against passengers who do not get the vaccine. I have spent a lot of money over the years on tickets, and to be told that I cannot fly with money tied up in tickets and points earned by past flights is outrageous and antiAmerican.


Jennifer Rarrick


PS: These are statements, studies... made by the various entities I mentioned above.




The CDC has edited the foot notes in this statement several times, so I am copying the original footnotes from July 31 for you to see. Note that the CDC states that regardless of whether the sick person or the exposed person is wearing a mask, they should quarantine if exposed.  One more note: There has been zero proof of any asymptomatic spread. https://urldefense.com/v3/__https://www.cdc.gov/coronavirus/2019-ncov/php/public-health-recommendations.html__;!!O8JL6HM!xIxqU7Id2hGQJM6zPaTjjBaSWK-D8j-H1DA6YU70hzK1cCyWtCy3YvDt6hwyRkOjFzevNrcI$  Original July 31 Footnotes- *For the purpose of this guidance, fever is defined as subjective fever (feeling feverish) or a measured temperature of 100.4°F (38°C) or higher. Note that fever may be intermittent or may not be present in some people, such as those who are elderly, immunocompromised, or taking certain fever-reducing medications (e.g., nonsteroidal anti-inflammatory drugs [NSAIDS]).

** Data to inform the definition of close contact are limited. Factors to consider when defining close contact include proximity, the duration of exposure (e.g., longer exposure time likely increases exposure risk), and whether the exposure was to a person with symptoms (e.g., coughing likely increases exposure risk). While research indicates masks may help those who are infected from spreading the infection, there is less information regarding whether masks offer any protection for a contact exposed to a symptomatic or asymptomatic patient. Therefore, the determination of close contact should be made irrespective of whether the person with COVID-19 or the contact was wearing a mask. Because the general public has not received training on proper selection and use of respiratory PPE, it cannot be certain whether respiratory PPE worn during contact with an individual with COVID-19 infection protected them from exposure.Therefore, as a conservative approach, the determination of close contact should generally be made irrespective of whether the contact was wearing respiratory PPE, which is recommended for health care personnel and other trained users, or a mask recommended for the general public.

***Data are insufficient to precisely define the duration of time that constitutes a prolonged exposure. Recommendations vary on the length of time of exposure, but 15 minutes of close exposure can be used as an operational definition. Brief interactions are less likely to result in transmission; however, symptoms and the type of interaction (e.g., did the

infected person cough directly into the face of the exposed individual) remain important.

Integration of these definitions and actions into communications and actions of public health authorities can be guided by CDC's "Implementation of Mitigation Strategies for Communities with Local COVID-19 Transmission "

Last Updated July 31, 2020

Content source: National Center for Immunization and Respiratory Diseases (NCIRD), Division of Viral Diseases

Almost 75% of participants in this study reported always using a mask, yet they contracted covid.
https://urldefense.com/v3/__https://www.cdc.gov/mmwr/volumes/69/wr/pdfs/mm6936a5-H.pdf__;!!O8JL6HM!xIxqU7Id2hGQJM6zPaTjjBaSWK-D8j-H1DA6YU70hzK1cCyWtCy3YvDt6hwyRkOjF_HahwUa$

The CDC does not recommend wearing a mask if you have health issues or it causes health issues. https://urldefense.com/v3/__https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover-guidance.html__;!!O8JL6HM!xIxqU7Id2hGQJM6zPaTjjBaSWK-D8j-H1DA6YU70hzK1cCyWtCy3YvDt6hwyRkOjF5Sg7ZEH$

2015 Cloth and medical Mask Study by NIH- Cloth masks had 97% penetration by viruses, and medical masks 44% ( This is at .3 micrometer measurements. Covid is even smaller.)- A cluster randomised trial of cloth masks compared with medical masks in healthcare workers - PubMed

|
|
|
|  |  |

 |

 |
|
|  |
A cluster randomised trial of cloth masks compared with medical masks in...

Australian New Zealand Clinical Trials Registry: ACTRN12610000887077.
|

|

|

2021 this article talks about the danger of plastic particles from masks being breathed into the respiratory tract. Need for assessing the inhalation of micro(nano)plastic debris shed from masks, respirators, and home-made face coverings during the COVID-19 pandemic

|
|
|
|  |  |

|

|
|
|  |
Need for assessing the inhalation of micro(nano)plastic debris shed from...

|

|

|

This is a study done regarding all the recommended masks. Not one of the masks is able to filter to .125 micrometers which is the size of covid. They are all only approved and proven to filter to .3 micrometers. Mask Facts - AAPS | Association of American Physicians and Surgeons

|
|

|
| | | |

|

|
|
| |

Mask Facts - AAPS | Association of American Physicians and Surgeons

curated by Marilyn M. Singleton, M.D., J.D. –
https://urldefense.com/v3/__http://marilynsingletonmdjd.com/__;!!O8JL6HM!xIxqU7Id2hG
QJM6zPaTjjBaSWK-D8j-H1DA6YU70hzK1cCyWtCy3YvDt6hwyRkOjF25Igu5v$  Updated
September 26, 2020 Introd...
|

|

|

This article talks about the dangers of wearing a mask and the long-term effects they have
on the bodys overall health as well as their ineffectiveness to prevent viral
spread. Facemasks in the COVID-19 era: A health hypothesis

|
|
|
| | | |

|

|
|
| |

Facemasks in the COVID-19 era: A health hypothesis

Many countries across the globe utilized medical and non-medical facemasks as non-
pharmaceutical intervention fo...
|

|

|

Mask don't protect against the common cold which is a coronavirus. https://urldefense.com/v3/__https://www.ncbi.nlm.nih.gov/pubmed/19216002___;!!O8JL6HM!xIxqU7Id2hGQJM6zPaTjjBaSWK-D8j-H1DA6YU70hzK1cCyWtCy3YvDt6hwyRkOjF5BQZrW3$

|
|
|
|  |  |

 |

 |
|
|  |

Use of surgical face masks to reduce the incidence of the common cold am...

Face mask use in health care workers has not been demonstrated to provide benefit in terms of cold symptoms or g...

 |

 |

 |

Cowling, B. et al. (2010) "Face masks to prevent transmission of influenza virus: A systematic review," Epidemiology and Infection, 138(4), 449-456. https://urldefense.com/v3/__https://www.cambridge.org/.../face-masks-to-prevent___;!!O8JL6HM!xIxqU7Id2hGQJM6zPaTjjBaSWK-D8j-H1DA6YU70hzK1cCyWtCy3YvDt6hwyRkOjFx1TyX1n$
... review/64D368496EBDE0AFCC6639CCC9D8BC05

https://urldefense.com/v3/__https://onlinelibrary.wiley.com/.../j.1750-2659.2011.00307.x___;!!O8JL6HM!xIxqU7Id2hGQJM6zPaTjjBaSWK-D8j-H1DA6YU70hzK1cCyWtCy3YvDt6hwyRkOjF0CeDUY_$

|
|
|  |
The use of masks and respirators to prevent transmission of influenza: a...

|

|

|

https://urldefense.com/v3/__https://www.cmaj.ca/content/188/8/567__;!!O8JL6HM!xIxqU
7Id2hGQJM6zPaTjjBaSWK-D8j-H1DA6YU70hzK1cCyWtCy3YvDt6hwyRkOjF6L4BWeg$

|
|
|
|  |  |

|

|
|
|  |
Effectiveness of N95 respirators versus surgical masks in protecting hea...

Background: Conflicting recommendations exist related to which facial protection should be
used by health care w...
|

|

|

https://urldefense.com/v3/__https://academic.oup.com/cid/article/65/11/1934/4068747__
;!!O8JL6HM!xIxqU7Id2hGQJM6zPaTjjBaSWK-D8j-
H1DA6YU70hzK1cCyWtCy3YvDt6hwyRkOjF_rOMAbd$

|

|
|
| | |

|

|
|
| |

Effectiveness of Masks and Respirators Against Respiratory Infections in...

In this systematic review and meta-analysis, we found evidence for a protective effect of facemasks and respirat...

|

|

|

https://urldefense.com/v3/__https://jamanetwork.com/journals/jama/fullarticle/2749214__
;!!O8JL6HM!xIxqU7Id2hGQJM6zPaTjjBaSWK-D8j-
H1DA6YU70hzK1cCyWtCy3YvDt6hwyRkOjFyWEkEyr$

|
|
|
| | |

|

|
|
| |

N95 Respirators vs Medical Masks for Preventing Laboratory-Confirmed Inf...

This cluster randomized clinical trial compares the effect of N95 respirators vs medical masks worn by health ca...

|

|

|

Bacteria in Masks- https://urldefense.com/v3/__https://www.msn.com/en-

us/health/medical/bacteria-is-growing-on-your-mask/ar-
BB1bagFN___;!!O8JL6HM!xIxqU7Id2hGQJM6zPaTjjBaSWK-D8j-
H1DA6YU70hzK1cCyWtCy3YvDt6hwyRkOjF1SD9PZr$

This is a picture I took from Extreme Makeover Home Edition. This man was sanding a piece
of wood, and had put on a mask to protect himself from the dust. As you can see, the dust
is all around his nose and mouth.

Jenny Rarrick
To:Southwest Airlines
Sat, Aug 15, 2020 at 1:20 AM
Ms. Jenkins,

I emailed you before about my parents and I not wearing masks for health reasons. My
parents and I have flights booked for August 25. I checked on Southwest's website, and
I do not see anywhere that we will not be allowed to fly without masks. I want to confirm
this is still true. I have already dealt with Delta's discrimination on this issue by canceling
my flight and contacting the US AGs Civil Rights department, so I am hoping that
Southwest still recognizes that some people do not wear masks and will not reject them
as passengers.

Sincerely,
Jennifer Rarrick

On Thursday, June 18, 2020, 10:14:18 AM EDT, Southwest Airlines <no-reply@southwest-
communications.com> wrote:



Dear Jenny,

Thank you for reaching out to us. I appreciate the opportunity to address your

concerns.

I regret learning that you were disappointed due to your family's encounter with one of our Flight Attendants onboard Flight #154. As you know, our Customers are required to wear a mask or face covering. However, we recognize that some Customers may be unable to wear a mask or face covering. While our Employees should speak to Customers who are not wearing a mask in order to gain a better understanding of the situation, Customers are not required to provide proof that they have a medical condition that would impede their ability to wear a face covering.

I understand from your account that the situation was resolved; however, I regret if the Flight Attendant with whom you initially interacted with lacked sensitivity or understanding when addressing the exemptions to our mask requirement. Please know that your concerns have been heard and taken seriously, and your feedback has been made available to the appropriate Leadership.

Your business is important to us, and we hope you and your family will give us an opportunity to welcome you onboard again in the future.

Sincerely,
Katherine Jenkins
Southwest Airlines

southwest.com  |  Flight  |  Hotel  |  Car  |  Rapid Rewards  |  Travel Tools

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235

Copyright 2020 Southwest Airlines Co. All Rights Reserved.

***** Confidentiality Statement/Disclaimer ***** This message and any attachments are intended for the sole use of the intended recipient. It may contain confidential information. Any unauthorized use, dissemination, or modification is strictly prohibited. If you are not the intended recipient please notify the sender immediately, and delete this email from all your systems; do not copy, use, or print. Internet communications are not secure, and it is the responsibility of the recipient to make sure that they are virus exempt. The company/sender cannot be responsible for any unauthorized

alterations or modifications made to the contents. If you require any form of confirmation of the contents, please contact the company/sender. The company/sender is not liable for any errors or omissions in the content of this message.

ref:_00Df43k1z._500f4Tf2RT:ref

• • • •

---

•
Jenny Rarrick ▮▮▮▮▮▮▮▮▮
To:wecare@delta.com
Sun, Jul 12, 2020 at 1:56 PM
Hi Quanette,

Thanks for all the help you have been in the past. I am traveling on Wednesday, and I just saw Delta's masking request. I don't wear mask for health reasons, and it is impossible to get in to a doctor for any kind of document if Delta requests it. I just want to make sure all my bases are covered before trying to fly.

Sincerely,
Jennifer

• •
Delta Executive Office <deltaexecutiveoffice@delta.com>
To▮▮▮▮▮▮▮▮▮
Mon, Jul 13, 2020 at 9:18 AM
• Thank you for your email.

I have updated your reservation with the disability information. Please note you will need to update us when ever you book a reservation in the future. Writing in can delay the request. Thank you and take care.

]

•
Jenny Rarrick ▮▮▮▮▮▮▮▮▮
To:Delta Executive Office
Sat, Aug 8, 2020 at 9:29 PM

Case 6:21-cv-01008-PGB-DCI   Document 62-1   Filed 09/14/21   Page 269 of 488 PageID 1516

Hi Quanette,
I tried to do as you said and have my ticket noted that I do not wear a mask, but was only answered by a virtual assistant. Is it possible for you to notate this for me again? My flight is for September 12. Ticket # 006242988912

Thanks,
Jennifer Rarrick


• •
Delta Air Lines <wecare@delta.com>
███████████
Mon, Aug 10, 2020 at 8:59 AM
• Jennifer,

Thank you for your email.  Our policy has been updated and we are no longer allowed to update your reservation with documentation to exempt you from wearing a mask. Mask exemptions must be done at the airport.


Customers with unique mask requirements should bring the appropriate face covering that best meets their needs. Customers with underlying conditions that explicitly prevent the wearing of a face covering or mask are strongly encouraged to reconsider travel or should be prepared to complete a 'Clearance-to-Fly' process prior to departure at the airport. If you require this exemption, please arrive early to complete the process during check-in and avoid missing your flight – this process can take over one hour. Please arrive early to allow additional time. Mask exemptions only apply for travel on flights operated by Delta Air Lines and Delta Connection and do not exempt customers from any requirements that may be imposed by governments, including local, state or foreign countries, (at the origin or destination) or from requirements on other airlines.


Any false claims of a disability or health condition to obtain an exemption from wearing a mask or face covering may result in the suspension of travel privileges on any Delta flight for the duration of the mask/face covering requirement.


Children under the age two, young children who cannot maintain a face covering and unaccompanied minors are exempt from the mask requirement and do not require a pre-travel clearance.


The full details can be obtained on https://www.delta.com/us/en/travel-update-center/ways-we-are-keeping-you-safe/onboard-services#facemask


With COVID-19 evolving everyday processes and procedures can change rapidly. I strongly encourage that you review https://www.delta.com/us/en/travel-update-center/ways-we-are-keeping-you-safe/onboard-services#facemask prior to travel for the latest updates.


Take care and stay safe.

Regards,

Quannette
Executive Assistant

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check* [Delta Privacy Policy](#)*.*

[ref:_00D1aY3af._5001P14droZ:ref]

- Jenny Rarrick ███████████████████

To:Delta Air Lines

Mon, Aug 10, 2020 at 2:49 PM

Quanette,

Please relay this to the CEO. It is very disappointing to me that Delta would enact such unConstitutional and in reality communist measures. I will not be flying Delta until this policy is removed. I feel that Delta is discriminating against informed healthy people with this policy.

I do not wear a mask because hundreds of doctors, including the American Association of Physicians and Surgeons, have stated that wearing a mask causes high blood pressure, stroke, anxiety, bacterial lung infections, respiratory issues, strep, and if a person were to have a respiratory illness such as flu, pneumonia, or covid, the illness would be intensified due to not allowing the person to remove the toxins from their body as they do through normal breathing. It is wrong to require healthy people to harm their health for something that is less dangerous than flu. Only 6% of the deaths in the US since January have been caused by covid. (Per the CDC)

To require a person to share their personal medical information with anyone other than their physician violates health privacy. To even require masks violates a person's right to choose for their health. HIV patients are not even required to tell medical professionals they have HIV, and that is highly contagious. They are not banned from using bathrooms on airlines, and bathrooms are never cleaned during a flight. When they try to mandate vaccines will Delta not allow unvaccinated people to fly? Will they discriminate against informed, healthy people?

What a sad day in America when those, who have the power to help keep America free, bow to the false narratives of communist politicians. I hope that Delta will take what I say very seriously. I plan to notify the US Attorney General's office about this as I believe it violates my rights to life, which is protected by my health choices; liberty, which allows me to travel freely; and pursuit of happiness. As I said, I feel that I, a healthy person, am being discriminated against.

I know that you are only sharing what the company says, and I hope that you will share this with the CEO.

Sincerely,
Jennifer Rarrick

• •
Delta Air Lines <wecare@delta.com>
To: ███████████████
Mon, Aug 10, 2020 at 3:30 PM
Jennifer,

Thank you for writing back.

Nothing is more important than the health and safety of our employees and customers. Thank you for your feedback and I understand your feelings. At this time, we are taking the guidance from CDC, our partners at STAT-MD and the Mayo clinic on best practices. We are very serious about the mask policy. We understand your choice not to fly at this time.

Please know we take your feedback seriously. I have shared your comments with our leadership team. I know you are disappointed, and I am sorry we can't offer any alternative at this time. We will be ready when you are ready to travel.

Take care & Stay safe

Regards,

Quannette
Executive Assistant

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended*

*recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check Delta Privacy Policy.*

[ref:_00D1aY3af._5001P14droZ:ref]

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION,** *et. al.* | : | |
| | : | |
| Defendants. | : | |

### DECLARATION OF ALISA MARIE AKEY

I, Alisa Marie Akey, declare as follows:

1.  I am over the age of majority.

2.  I could testify to the facts set out herein if called upon to do so.

3.  I reside at 1549 Adams Ave, Loveland, CO 80538.

4.  I make this declaration based on my personal knowledge and to explain the impact of the Federal Transportation Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

5.  I was beginning to fly once or twice a year due to family moving across the country.

6.  Due to my PTSD, I can't tolerate wearing a face mask. Covering my nose and mouth causes me to have flashbacks of a violent sexual assault. My heart rate increases. I feel lightheaded. I feel like the attack is happening again when I

1

wear a mask. I fear for my life just like I did during the attack. Even wearing a mask for a few moments leaves me unable to function for hours.

7.  I have been illegally restricted from flying during the last year of the COVID-19 pandemic because of my inability to wear a mask, especially since the FTMM took effect Feb. 1, 2021.

8.  Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would be traveling on about 1-3 more flights this year.

9.  I have a substantial interest in the FTMM at issue in this suit. I am a frequent flyer, subject to Defendant TSA's enforcement policies about 1-3 times per year.

10. I do not currently have any future flights booked because I won't fly until the FTMM and airline mask policies are struck down or repealed.

11.  I contacted Southwest Airlines recently about flying without a mask but it told me it really makes no accommodations. The response in essence was "oh well it's the law, you can't fly, it doesn't matter to us why you can't wear one." Discrimination is also against the law.


Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Aug. 17, 2021.

/s/ Alisa Marie Akey

Fwd: Southwest Airlines Response to your Inquiry (Case #22666611)

From: Alisa Highness-Akey ███████████████

To:   ███████████████

Date: Tuesday, August 17, 2021, 08:31 PM EDT

---------- Forwarded message ---------
From: **Southwest Airlines** <no-reply@southwest-communications.com>
Date: Thu, Jun 3, 2021, 4:01 PM
Subject: Southwest Airlines Response to your Inquiry (Case #22666611)
To ███████████████████████



Dear Alisa,

Thank you for contacting us. I appreciate the opportunity to respond.

The Centers for Disease Control (CDC)?has made clear that appropriately worn masks reduce the spread of COVID-19—particularly given the evidence of pre-symptomatic and asymptomatic transmission of COVID-19. Per?federal regulations, a Passenger with a communicable disease or infection, such as COVID-19, may pose a direct threat to the health and safety of others onboard an aircraft.?

Per CDC Order and TSA Security Directive (both effective on February 1, 2021), the following Passengers are exempt from the federal mask mandate: "a person with a disability who cannot wear a mask, or cannot safely wear a mask, because of the disability as defined by the Americans with Disabilities?Act (42 U.S.C. 12101 et seq.)"?The Americans with Disabilities Act (ADA) defines a person with a disability to include a person who has a physical or mental impairment that substantially limits one or more major life activities.?To ensure that only qualified persons are granted exemptions to travel without a mask, the CDC Order allows airlines to impose certain requirements or conditions on a person seeking an exemption from the mask requirement. More information can be found on our website.

Southwest is fully aware of all laws and regulations protecting passengers with disabilities. We are active in the airline industry in sharing best practices about how best to accommodate passengers with disabilities. Though we are not failing to comply with disability-related regulations, I regret your overall frustration with this process.

As we make changes to our operations or procedures, we will update Southwest.com, so I encourage you to check our site frequently for up-to-date information. In the meantime, however, unless a Passenger can qualify for a mask exemption on the basis of disability, we regret that we cannot transport you at this time if you are unable to wear a mask. We have documented your concerns for our Senior Leaders.

We appreciate your business, and we will always consider it a privilege to welcome you onboard each time you grant us that opportunity.

Sincerely,

Elena Scott
Specialist, Customer Advocacy
Southwest Airlines

The case number for your email is 22666611. This email is being sent from a "no-reply" email address. You may follow-up with us on our website. Additionally, by law, I'm required to inform you that should you wish to pursue this matter further, you may contact the U.S. Department of Transportation.

southwest.com  |  Flight  |  Hotel  |  Car  |  Rapid Rewards  |  Travel Tools

This is a post-only mailing from Southwest Airlines. Please do not attempt to respond to this message.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235

Copyright 2020 Southwest Airlines Co. All Rights Reserved.

***** Confidentiality Statement/Disclaimer ***** This message and any attachments are intended for the sole use of the intended recipient. t may contain confidential information. Any unauthorized use, dissemination, or modification is strictly prohibited. If you are not the intended recipient please notify the sender immediately, and delete this email from all your systems; do not copy, use, or print. Internet communications are not secure, and it is the responsibility of the recipient to make sure that they are virus exempt. The company/sender cannot be responsible for any unauthorized alterations or modifications made to the contents. If you require any form of confirmation of the contents, please contact the company/sender. The company/sender is not liable for any errors or omissions in the content of this message.

ref:_00Df43k1z._5005GhVqHS:ref

Plaintiffs' Exhibit 32

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION,** *et. al.* | : | |
| | : | |
| Defendants. | : | |

## DECLARATION OF LINDA DIANE BUNK

I, Linda Diane Bunk, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 5865 Trinity Parkway #156, Centreville, VA 20120.

4. I make this declaration based on my personal knowledge and to explain the impact of the Federal Transportation Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

5. I travel about 8 times a year on long-haul flights to Ukraine and elsewhere in Eastern Europe.

6. Due to my Bipolar Disorder, Asperger's, and lung condition, I can't tolerate wearing a face mask. Covering my nose and mouth make me feel like I can't breathe, which causes physical and emotional issues. My chest and lungs

1

hurt. I feel like I am being smothered. I feel very anxious, and I just want to flee.

7. I have been illegally restricted from flying during the last year of the COVID-19 pandemic because of my inability to wear a mask, especially since the FTMM took effect Feb. 1, 2021.

8. I have flown 2 times during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 and have been subject to the FTMM and/or airlines' mask policies.

9. Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would be traveling on about 8 more flights this year.

10. I have a substantial interest in the FTMM at issue in this suit. I am a frequent flyer, subject to Defendant TSA's enforcement policies about 8 of times a year.

11. My next booked flight is July 22, 2021, on Turkish Airlines from IAD (Washington) to IST (Istanbul) to LWO (Lviv, Ukraine) to serve in a camp with disabled children.

12. My return is slated for October 20, 2012, from LWO to IAD.

13. In November 2021, I am booked from fly from IAD to London.

14. These trips are to serve families with disabled children.

15. I flew Frontier Airlines at Easter and it was terrible. The flight was booked, the plane was very hot, and the airline was not serving water or anything to

drink. I had a short flight from BWI (Baltimore) to MCO (Orlando). My chest

hurt and I became dehydrated because I was forced to wear a mask.


Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of

the United States of America that the foregoing is true and correct.

Executed on June 21, 2021.


/s/ Linda Diane Bunk
Linda Diane Bunk

Plaintiffs' Exhibit 33

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF ROSSANA CAPONETTO</u>

I, Rossana Caponetto, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 161 Wilder St., Cressona, PA 17929.

4. I am a member of the proposed Disabled Class.

5. I make this declaration based on my personal knowledge and to explain the impact of the defendant airlines' illegal discriminatory mask policies and unlawful Federal Transportation Mask Mandate ("FTMM").

6. I am a frequent flyer.

7. Due to my claustrophobia, panic disorder, deviated septum, nasal polyps, and severe allergies that limit my breathing, I can't tolerate wearing a face mask. Covering my nose and mouth is simply torture to me. It makes me feel

1

like I am suffocating, it scares me to death, I hyperventilate and get a panic attack, my heart beats very fast, and I feel like I am having a heart attack and I am about to die.

8. Airline mask mandates destroy all our inalienable rights including our basic universal human rights in the 1948 United Nations Declaration of Human Rights. They destroy our freedom, our dignity, our sovereignty, our safety, our mental and physical health, our security, and our ability to earn a living.

9. The defendants' illegal mask policies discriminate against people who refuse to wear a medical device, creates hate and separation among people, and goes against the 1947 Nuremberg Code because it denies our informed consent and the freedom of choice to decide what is best for our own body. Our inalienable rights to breath freely, to move and travel freely, to life itself, and simply to be free have been destroyed by the defendants enforcing these mask mandates, which are not a law enacted by Congress. In fact, federal law bans the airlines from mandating that we wear masks authorized only for emergency use by the Food & Drug Administration ("FDA") (or many masks that are not authorized by FDA at all).

10. I flew with Alitalia from the United States to Italy in July 2020 without a mask. Nobody with Alitalia made an issue out of it.

11. I have been illegally denied from flying during the COVID-19 pandemic because of my inability to wear a mask. I was denied the ability to fly by Defendant Delta Airlines from Venice, Italy, to New York on July 3, 2021, solely because I can't wear a face covering.

12. Delta ignored my medical mask exemption, discriminated against me for my disability, and literally threatened me to either wear a mask or be denied boarding.

13. I was forced to give up my flight at the gate even after I was already cleared to fly, including holding boarding passes to my final destination.

14. Delta's agent at Venice airport said the company's contractor doctor said my mask exemption was not "good enough," based only on reading my note over the phone. Delta's physician did not ask me a single question about my medical conditions. He said "only autistic people can be exempt" from wearing a mask. I asked for the name and phone number of the doctor used by Delta and was refused.

15. Defendant Delta thinks it can ignore a valid medical certificate (a certificate the Air Carrier Access Act doesn't even allow them to ask for in the first place). This destroys every foundation, reason, logic, and legality to even have a medical exemption.

16. I filed a formal complaint with the DOT about this incident I had with Delta on 07/07/21, case number KC2021070042, complaint code MG2300. As of

today, DOT as not resolved my complaint and has not even answered my last email dated 08/02/21.

17.  I had to buy another ticket on Swiss to fly home from Italy. This ticket cost me $903. Thankfully Swiss, unlike Defendant Delta, honored my medical exemption. Swiss allowed me to fly mask-free and not endanger my health. It was easy to obtain a mask exemption from Swiss. Unlike Delta, Swiss' personnel were very kind to me and did subject me to any illegal discrimination.

18.  I am Italian-American and my whole family lives in Italy, so denying me the right to fly freely without limitations to visit them because I can't wear a mask is not only illegal discrimination, it violates international law that I may freely enter and exit my country.

19.  I do not currently have any future flights booked with any U.S. carrier because I won't fly until airline mask policies and the FTMM are struck down or repealed.

20.     I am a former flight attendant. These mask mandates are a joke for anybody who has gone through flight-attendant or pilot training. The crew on board every aircraft is there for one main reason: to guarantee the safety of the flight, including the crew and passengers on board the aircraft. To limit the oxygen intake of the crew and the passengers in an already low-oxygen environment like a plane is beyond dangerous as it impedes an optimum oxygen level in our bodies – not only for any pre-existing medical conditions

any passenger or crew member might already have but also because it endangers the safety of the flight in case of emergency.

21. Not only would passengers and crew members lose precious time to wear an oxygen mask in case of a decompression because they would have to remove their own unauthorized or FDA Emergency Use Authorization worthless mask first, but also the flight attendants would be automatically not fit to handle an emergency because the already low oxygen level in their own bodies would incapacitate them from performing the emergency procedures that we have all been trained for.

22.    How fast would a crew member evacuate an aircraft or prepare the cabin for an emergency landing when his/her body is not in an optimum state of health? Is a cabin crew member even fit to work with a mask on? Flight attendants and pilots go to annual medical examinations in many countries, this is how important it is to be strong and healthy to be a crew member.

23. The defendants failed to consider how would the low oxygen level affect the crew in an emergency situation. Would they faint? Would they be strong enough to open a door? Would they be able to assess the emergency and make the best decisions to save their own life and consequently be able to save someone's life and evacuate an aircraft?

24.    This whole situation is nothing but a dangerous experiment not backed by any science nor medical studies. Where is the science that it is okay to

take off the mask if I am drinking or eating but then I must wear it for the rest of the flight?

25. As a former flight attendant, I know my body would not be able to respond as effectively to an in-flight emergency because of the constant physical and mental stress of limiting my body tissues and blood from the optimal human oxygen level intake. I would be exhausted, weak, and mentally confused.

26. Mask mandates are not only dangerous, they aren't backed by science. To the contrary, hundreds of worldwide studies have already proven how dangerous it is for humans to breathe back their own CO2. The emotional damage is even more obvious: the depression and suicidal rates among adults and specially children skyrocketed since last year.

27. Even if masks really worked -- and there is no scientific evidence to this day – why not leave it up to the individual to make this personal choice for his/her own health? We are sovereign beings responsible for our own life, health, and choices. If a mask did protect a person, that person would not need to worry if another person does not wear it and any problem would be solved.

28. At present, most types of masks are authorized for use by the general public as "investigational products" under an Emergency Use Authorization by FDA. They are referred to in the law as "unapproved products" because they have not yet been fully tested and approved for use by FDA.

29.     Under the federal law that allows the FDA to issue EUAs, passengers may not be forced by the defendants to wear a mask. The law provides that recipients of a product authorized for use under EUA can refuse to put that medical device on their face. All airline passengers have the right to refuse to wear a mask as a measure to prevent or reduce infection of COVID-19. The defendants' mask policies are contrary to federal and international law.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Sept. 3, 2021.

/s/ Rossana Caponetto

# Medical certificate
# Wearing of a mouth-nose cover

I hereby confirm,

DR. GINO RAGAZZO

Name of Physician in capitals / stamp

that

CAPONETTO ROSSANA          July 8th 1973

Given Name, Name                    Date of birth

cannot wear a mouth-nose cover / "Community mask" due to an underlying medical condition.
Nevertheless, the person mentioned above is fit to fly.

**This document is only valid with a negative COVID-19 test (PCR test). The negative test result must be dated and issued no more than 48 hours prior to flight departure. This applies to both the outbound and the return flight.**

July 9th, 2021

Place, Date                         Physician's signature

Venice, Italy

Dr. RAGAZZO GINO
Spe___ radiote___ oncologica
Amb : V___ ___ ___ 1 ___
___ 30035 St___ NLA (VE)
Cod. Reg ___140 - Regione Veneto ASL 003

A STAR ALLIANCE MEMBER



Scanned with CamScanner

Gmail - Royal Repository - Outlook

## Thank You for Your Feedback [ref:_00D1aY3af._5001P1Ey9bs:ref]

## Customer Care <wecare@delta.com>

Sat 03-Jul-21 10:27 AM

**To:** ███████████████████████████



Hello,

Thank you for taking the time to write to us.  Your Delta Comment/Complaint case number is **04182044**.

During these times of rapid change, we want you to know that nothing is more important to us than the health and safety of our customers and employees. It's important you know we are taking all of our customer's concerns and feedback seriously. We wanted to let you know at this time our average response time is between 14 and 21 days. Our team is doing everything possible to work through unprecedented volume and we appreciate your patience.

Please know the information provided on delta.com regarding our policies and waivers for customers whose travel has been affected by COVID-19/Coronavirus is correct.

If you are in need of immediate assistance, please review the following options below.

1.    If you need to rebook or cancel your flight, please use the Fly Delta App or visit www.delta.com/mytrips

2.    If your bag did not arrive as intended, please visit delta.com/trackbag to check the status or to file a delayed baggage report.

3.    To access a copy of your flight reservation and/or checked-baggage receipt, please click VIEW RECEIPTS in the My Wallet section when logged on to delta.com or the Fly Delta app.

Please see the below information, which we hope you will find useful.

***Travel Information & Updates***
For the most up to date travel requirements, please visit our Travel Planning Center page on delta.com here. We continue to update this page with our latest advisories and waivers

*Gmail - Royal hospitality - Lookout*

***View and Redeem Credits***
Use our step-by-step guide to find your [eCredits.](#)

Thank you for choosing Delta, we look forward to welcoming you onboard one of our flights soon.

Regards,

Customer Care



*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com.  Please check [Delta Privacy Policy](#).*
_____
ref:_00D1aY3af._5001P1Ey9bs:ref
Case Number: 04182044
Subject: Delta.com Feedback Submission

Dear Sirs,


today, July 3rd 2021, DL 0039 I Rossana Caponetto Delta frequent flyer #▮▮▮▮▮▮▮ for almost 20 years, Delta American Express gold member and flying today with a business class delta one ticket paid after spending $160.000 with my American Express, I have been denied boarding AT THE GATE because my mask medical exemption has not been considered "good enough".


According to your VCE Delta personnel Andrea - the "supervisor"  in charge of passengers with special assistance - who called 2 times in Atlanta in front of me right at the gate minutes before boarding, explained only "real serious exemptions" are allowed like "autism". No doctor was there to assess my condition as it was supposed to be according to your own procedure on your own website and somebody in Atlanta, supposedly a doctor at 7 am in morning refused to talk to me directly and decided, going against Osha, to have my medical record read over the phone concluding my medical condition is not bad enough to justify my mask exemption.

I asked your VCE station manager ( a curly lady with glasses who even refused to tell me her first name) why they checked me in, gave me both my boarding passes accepting my exemption when I showed it to the check in agent ( who showed it to her supervisor Andrea and approved it) and then denied me boarding at the gate just few minutes before departure.  I explained I followed the procedure on your website, was there early expecting a doctor to check my exemption but no doctor was there to check me. Besides, I have been calling your customer service for over a week to see if there was an email where I could send my medical exemption before departure ( no instructions on your website besides meeting a doctor at the airport on departure day) but the wait time was always between 2 and 4 hours and many times they just hung up on me automatically. I also called the customer service in Italy that is answered by people in Albania who barely speak Italian and could not even answer a basic question like giving me a local phone number in Atlanta since we cannot call toll free numbers from outside the USA. I even called Delta in Switzerland hoping the wait time was shorter but no answer after waiting for half an hour paying for an international phone call!! Your supervisor admitted there was a mistake on their part, asked the captain if he could accept me, specially having an airplane with less than 50 passengers and me being the only passenger with a mask exemption but even the captain denied my boarding in spite of my Doctors certificate.

At the end, your VCE Delta  station manager didnt take any responsibility and together with Andrea clearly stated with the Captain "either you wear the mask or you will be denied boarding".  That sounded more like a THREAT to me than anything else! How do you ignore somebody with a written medical exemption for breathing problem and force them to wear a mask for 9 hours in an low oxygen environment? THIS IS AGAINST THE LAW!!!!!

I explained I never wore a mask because of my breathing problems and always had an exemption and never had any problem anywhere in 1 and ½ year but they both said it did not matter. SO my question to you is, if you allow medical exemption to fly, why dont you honor them? I would have chosen another airline. The stress and damage you caused me is beyond words.

What you did is absolutely ILLEGAL, if you have a medical exemption from a doctor you cant question it, you can only examine the person to confirm the medical exemption but you cant say thats not serious enough.

You as an airline, are physically and emotionally abusing us passengers, and this is not the first time incidents like these happen! The whole procedure to fly nowadays is extremely stressful and costly, to even have a carrier going against their own passengers makes you wonder if you are purposely trying to going bankrupt. This is really my wish for you right now.

You denied me the right to TRAVEL, this is UNCONSTITUTIONAL!

**Your Delta Complaint case number is 04182044.**

## Roxy Caponetto ███████████████████

Sun 04-Jul-21 6:29 AM

**To:** wecare@delta.com <wecare@delta.com>; edward.bastian@delta.com <edward.bastian@delta.com>; ed.bastian@delta.com <ed.bastian@delta.com>; Heidi.Gould@delta.com <Heidi.Gould@delta.com>; Victoria.ForbesRoberts@delta.com <Victoria.ForbesRoberts@delta.com>; kana@delta.com <kana@delta.com>; ContactUs.Delta@delta.com <ContactUs.Delta@delta.com>; corporatesecretarysoffice@aexp.com <corporatesecretarysoffice@aexp.com>

Dear Sirs,

I need a full refund to my American Express card for this flight ████████, a full refund of my 160.000 miles for purchasing this flight and I need you to transfer my total miles of **241.527** to my frequent flyer account Alitalia Millemiglia ██████ since you are partners because **I WILL NEVER FLY DELTA AGAIN!!!**

-YOU DENIED ME BOARDING with a valid Doctor's certificate you totally IGNORED,
-you denied me your "CLEARENCE TO FLY" process
-you denied me boarding after I was already CLEARED to fly with two "Delta one" boarding passes in my hand AT THE GATE minutes before departure.

# Mask Exception Process

Delta is committed to requiring all customers and employees to wear a face covering as a consistent layer of protection across all Delta touchpoints. As of July 20, any customer who believes they have an underlying condition that prevents them from wearing a mask is required to complete a **"Clearance-to-Fly" process** before being permitted to travel, for everyone's safety. **The virtual consultation process:**

- Could take up to an hour, so customers needing a rare exemption should plan to arrive at the airport early
- Will be facilitated by a Delta agent with a third-party medical professional
- Will be required for each individual trip

You told me supposedly a "doctor" in Atlanta at 7 am in the morning decided I didn't have a medical condition "good enough" to exempt me from wearing a mask after he REFUSED to talk to me directly! Let me remind you that a medical exemption is already valid in itself, you can only double check the underlying conditions are true but you can't null and void another doctor's certificate.

This "Delta Doctor" in Atlanta made this decision based ONLY upon a 5 minute conversation to your Delta agent who stood in front of me and answered 2 doctor's questions: first of all asked about my age (for what reason? what does it matter for a medical condition?) and then asked to read over the phone my medical certificate stating my health problems **without** even asking for **my permission to do so**,(what about ADA, Osha and privacy laws?) not to mention we were at the gate with many people around listening.

https://www.dol.gov/general/topic/disability/ada

I HAVE BEEN TREATED LIKE A CRIMINAL, DISCRIMINATED AGAINST FOR MY MEDICAL CONDITION FOR NO REASON, YOU DID NOT HONOR YOUR CONTRACT OF CARRIAGE, I HAVE BEEN THREATEN, DEGRADED AND PUNISHED FOR WANTING TO HAVE MY DISABILITY RIGHTS TO BE RESPECTED.

DELTA AIRLINES proved to:
1) IGNORE ANY BASIC HUMAN RIGHTS
2) NOT TO RESPECT OUR AMERICAN CONSTITUTION
3) NOT TO RESPECT THE UNIVERSAL DECLARATION OF HUMAN RIGHTS of the United Nation from 1948

I AM A FREE SOVEREIGN HUMAN BEING WITH GOD GIVEN RIGHTS AND **YOU DENIED ME:**

- THE INALIENABLE RIGHT TO TRAVEL FREELY AS GUARANTEED BY OUR CONSTITUTION
- YOU DISCRIMINATED ME FOR MY MEDICAL CONDITION AND DENIED ME BOARDING BECAUSE OF THIS
- YOU THREATEN ME TO EITHER WEAR A MASK OR BEING DENIED BOARDING IN SPITE OF A VALID MEDICAL EXEMPTION AFTER I WAS ALREADY CLEARED TO BOARD AND MY EXEMPTION BEING ALREADY ACCEPTED AT CHECK IN!

TO FORCE SOMEBODY WITH BREATHING PROBLEMS AND CLAUSTROPHOBIA TO WEAR A MASK FOR 9 HOURS IN A LOW OXYGEN ENVIRONMENT IS **TORTURE** BESIDES PHYSICAL AND EMOTIONAL ABUSE: IS IT SO DIFFICULT TO UNDERSTAND THIS IS SIMPLY INHUMAN? YOUR THREAT AND CONSEQUENT PUNISHMENT OF HAVING BEING DENIED BOARDING BECAUSE I REFUSED TO COMPLY IS IN VIOLATION OF ARTICLE 5 OF THE UNIVERSAL DECLARATION OF HUMAN RIGHTS **TO START!**

**Universal Declaration of Human Rights**

**Article 5** No one shall be subjected to torture or to cruel, inhuman or degrading treatment or punishment.
https://www.ohchr.org/EN/UDHR/Documents/UDHR_Translations/eng.pdf

# MY CONCLUSION BASED ON THIS HORRIBLE EXPERIENCE I HAD YESTERDAY JULY 3, 2021 IN REFERENCE TO MY FLIGHT VCE-JFK-MIA:

**DELTA DOES NOT RESPECT THE BASIC FREEDOMS OF HUMAN BEINGS**

**THE EMOTIONAL AND PHYSICAL DAMAGE I AM GOING THROUGH IS IMMEASURABLE NOT ONLY FOR MYSELF BUT FOR THE THOUSANDS+ OF OTHER PASSENGERS WE READ AND HEAR ABOUT EVERYDAY WHO DEAL WITH SIMILAR ISSUES OF PLAIN AND SIMPLE ABUSE BY YOUR PERSONNEL  BLINDLY FOLLOWING CORPORATE INHUMANE  ORDERS WITHOUT ANY LOGIC AND COMMON SENSE OUT OF FEARS OF LOSING THEIR JOBS**

## YOUR POLICIES ARE BRINGING TYRANNY TO OUR SOCIETY
**YOU MUST REALIZE THIS IS NOT GOING TO END WELL IF YOU DON'T STOP IT**

**WE DO NOT NEED ANOTHER NAZI GERMANY IN OUR WORLD**

**Today is the 4th of July I hope you know what we are celebrating!**

**FREEDOM IS AN INALIENABLE RIGHT**

**Rossana Caponetto**

### Re: Delta.com Feedback Submission [ref:_00D1aY3af._5001P1Ey9bs:ref]

## Roxy Caponetto ███████████████

Tue 13-Jul-21 5:35 PM

**To:** Delta Air Lines <wecare@delta.com>
**Cc:** corporatesecretarysoffice@aexp.com <corporatesecretarysoffice@aexp.com>; ed.bastian@delta.com <ed.bastian@delta.com>; Heidi.Gould@delta.com <Heidi.Gould@delta.com>; Victoria.ForbesRoberts@delta.com <Victoria.ForbesRoberts@delta.com>; kana@delta.com <kana@delta.com>; Contact Delta <ContactUs.Delta@delta.com>

NOT SO DEAR wecare @ delta ET AL

you obviously do not care about your passengers AT ALL, I will be so happy the day you go bankrupt because people are not going to put up with your lack of professionalism, kindness and EVEN LESS with your tyranny anymore!
Just reading this email I have another confirmation of what a JOKE NAZI-Delta has become.  Nazi Delta is perfect for you, maybe you should change name, I see and hear a lot of people calling you like this, I guess you mistreated A LOT OF PEOPLE besides myself!

We regret that your travel plans were affected by Centers for Disease Control's January 29th Mask Order.

YOU HAVE TO TAKE YOUR OWN RESPONSABILITY, do not blame the unconstitutional CDC orders because even they state people with disabilities must be exempt from wearing the not-backed-by-any-science mask. My travel plans have been affected by DELTA'S PERSONNELL LACK OF GOOD JUDGEMENT, COMMON SENSE, LOGIC, HUMANITY, RESPECT OF HUMAN RIGHTS AND RESPECT OF THE AMERICAN CONSTITUTION!!!!

To dismiss this horrible ordeal I went through as if nothing SERIOUS happened without saying or doing anything to even compensate the shock, trauma and the consequences of missing my flight is a DISGRACE! Did you understand when I said I got **white hair** the same day I got back home from the airport for the shock of being denied boarding **as if I was a criminal???????**

**DO you have any idea of the stress and depression you caused me?????**

With such an irrelevant answer by a simple customer care rep - not even a supervisor OR A MANAGER - as if this was a minor issue to address, you continue to show your infinite lack of professionalism and below zero customer service!

If you think you have ZERO responsibility for the HUGE emotional damage you caused me you

probably have to study our Constitution and read carefully the CDC recommendations

that are NOT ORDERS. The **CDC** has NO AUTHORITY to order anything as it **is a PRIVATE entity**

not elected by WE THE PEOPLE and not part of the US Government.

There are already many lawsuits about this by the way, besides the ones against tyrannical Delta!

You can only respect the FTMM that does accept mask exemptions (outlined by the cdc)  and maybe

you should read this **Disability Issues Brief**  developed by the Southeast ADA Center and Burton Blatt

Institute (BBI) at Syracuse University that states as follows:

**Is there a reason a person might not be able to wear a face mask?**

The CDC states that a person who has trouble breathing, is unconscious, incapacitated, or otherwise unable to remove the face mask without assistance should not wear a face mask or cloth face covering.[6]

**Examples of a person with a disability who might not be able to wear a face mask**

- Individuals with asthma, chronic obstructive pulmonary disease (COPD), or other respiratory disabilities may not be able to wear a face mask because of difficulty in or impaired breathing. People with respiratory disabilities should consult their own medical professional for advice about using face masks. The CDC also states that anyone who has trouble breathing should not wear a face mask.[7]

- People with post-traumatic stress disorder (PTSD), severe anxiety, or claustrophobia (an abnormal fear of being in enclosed or narrow places), [8] may feel afraid or terrified when wearing a face mask. These individuals may not be able to stay calm or function when wearing a face mask.

- Some people with autism are sensitive to touch and texture. [9] Covering the nose and mouth with fabric can cause sensory overload, feelings of panic, and extreme anxiety.

- A person who has cerebral palsy may have difficulty moving the small muscles in the hands, wrists, or fingers. Due to their limited mobility,  they may not be able to tie the strings or put the elastic loops of a face mask over the ears. This means that the individual may not be able to put on or remove a face mask without assistance.

- A person who uses mouth control devices such as a sip and puff to operate a wheelchair or assistive technology, or uses their mouth or tongue to use assistive ventilators will be unable to wear a mask.

My exemption from wearing a mask is not because "it is difficult to wear it" but because **I CAN'T BREATH WITH A MASK** for my breathing problems and claustrophobia (besides other reasons) as stated on my Doctor's certificate: as you should know, by law you should not even ask what my health issues are, because of my privacy and the Osha regulations.

In any case my health issues stated on my Doctor's certificate are considered a **valid exemption** even from the CDC as you can read here.

the disability you avowed would not qualify for an exemption under CDC's Mask Order,

and we regret any disappointment. Because your avowed disability is not exempted under CDC's Mask Order,

no violation of 14CFR, Part 382 occurred by requiring you to wear a mask as a condition of carriage on our flight

So now, do you **still want to lie** and say my exemption is not valid? **Do you still think I have not been discriminated against because of my disability?** YES THERE HAS BEEN A VIOLATION OF 14CFR PART 382 ON YOUR PART. If you believe there was no violation, please state why I do not qualify under the cdc mask order and which are the cdc exemptions ACCEPTED because according to Southeast ADA Center and Burton Blatt Institute I DO QUALIFY.

Can you find another excuse to justify your disgraceful behaviour on your dl 0039 flight on July 3?

Maybe if somebody bothered talking to me that day like a human being, including your captain that was another DISGRACE who showed NO HUMANITY, maybe we would not have this PROBLEM right now! DO you realize how TYRANNICAL and INHUMANE your policies are, blindly following your "chain of obedience" without respecting the BASIC human rights of your passengers and fellow human beings?? How could you ask a person like me who can't breathe well already to limit her oxygen intake even more in a low oxygen environment? Are you aware that on board an aircraft there is A LOT LESS oxygen than on the ground? **You didn't even care if I could have got sick or died as long as I complied to your tyrannical orders, SHAME ON YOU!!!!**
What you don't even understand reading this laughable email is that DELTA DID NOT comply with the CDC exemptions in spite of what you state. Delta TOTALLY

IGNORES the fact that people with disabilities DO have the right to an exemption as stated by the FTMM. It is not up to delta to decide if the exemption is valid or not otherwise YOU ARE QUESTIONING THE LEGAL VALIDITY OF A MEDICAL CERTIFICATE - DO YOU UNDERSTAND HOW SERIOUS THIS IS???? **THIS IS ILLEGAL!!**

As a matter of fact, serious airlines like Swiss, Iberia and KLM for example, only ask you to fill out a company paper stating you are exempt from wearing a mask, have it signed and stamped by your doctor and that is the end of it, without disclosing your medical conditions and without questioning the validity of the Doctor's certificate, as the laws of any civilized Country guarantee, including the USA of course.

Your behaviour is absolutely illegal, unconstitutional and beyond tyrannical, you are totally ignoring any CIVIL HUMAN RIGHT and breaking American and international laws.

I did not go through your "clearence to fly process" AND WAS DENIED BOARDING 10 minutes before departure after I was already cleared to fly, how do you justify this? Where was your doctor at the airport? Why was I not able to even talk to ANY doctor over the phone? Where was your customer service over the phone with 2 to 4 hours wait time for weeks before my departure? The fact that it was your first flight of the season and you are so disorganized not to have your own "clearance to fly" process in place is NO EXCUSE! Even worse you proved not to care to guarantee the legal rights of passengers with disabilities, because you always deny the mask exemptions as many other people witnessed on social media and MSM !!!

You THREATENED ME TO WEAR A MASK OR BEING DENIED BOARDING, IF I DID COMPLY YOU WOULD HAVE HAD AN EMERGENCY LANDING, is this how you

guarantee the SAFETY of your flights? What about your CUSTOMER SERVICE???? **Threatening passengers to COMPLY AND OBEY TO YOUR RULES OR BEING DENIED THE <u>CONSTITUTIONAL RIGHT TO TRAVEL IGNORING A DISABILITY?</u>**
**DO you realize you VIOLATED ALL MY human rights with your unconstitutional behaviour?**
**THIS IS PUNISHABLE BY LAW!!!!!!!!!!!!**
And this pathetic email is the best you can do after such a serious incident????? REALLY?????? You should hire more professional people to address a VERY serious complaint such as mine.
**I can't believe how you dismissed something worth a lawsuit like this!!!!**
This is more evidence how you cannot handle ANYTHING PROPERLY, not your staff, not your "rules", not your passengers, NOT YOUR LEGAL RESPONSABILITY AND OBLIGATION.

You made a huge mistake denying me boarding after already accepting my mask exemption at check in, even more you should have admitted your mistake and let me board as I had all documentation prepared and VALID! Besides I have been a frequent flyer with your disgraceful airline for almost 20 years and I was flying business class with an empty plane!!!

**YOUR BEHAVIOUR IS BEYOND DISGUSTING, ILLEGAL AND TYRANNICAL!**

YOU SHOULD MOVE YOUR OPERATIONS TO CHINA OR ANY OTHER COMMUNIST COUNTRY, WHERE TYRANNICAL BEHAVIOURS AND DESTRUCTION OF FREEDOMS ARE WIDELY ACCEPTED, YOU WOULD FIT RIGHT IN!

I WILL BE WAITING FOR YOUR ANSWER ON YOUR WRONG ASSUMPTION YOU ARE NOT IN VIOLATION OF 14CFR, Part 382 , THAT MY MASK EXEMPTION WAS NOT VALID AND A LIST OF THE CDC ACCEPTED EXEMPTIONS

ALSO I NEED TO KNOW WHAT YOU CAN DO TO COMPENSATE THE DAMAGE AND PAIN YOU CAUSED ME.

KEEP IN MIND I CANNOT USE MY OVER 230K MILES (THE EQUIVALENT OF OVER $200.000 SPENT ON AMERICAN EXPRESS) ON YOUR HORRIBLE AIRLINE ANYMORE  AND WILL CANCEL MY AMERICAN EXPRESS CREDIT CARD OVER THIS

**I WILL URGE EVERYBODY I KNOW TO BOYCOTT DELTA - <u>YOU ARE SO ANTI AMERICAN</u>!!**

# YOU ARE A <u>DISGRACE</u> FOR THE COUNTRY <u>YOU SHOULD NOT BE ALLOWED TO FLY WITH THE AMERICAN FLAG ON YOUR TAIL</u>

# <u>YOU ARE AN INSULT TO EVERYTHING AMERICA STANDS FOR!!!!</u>

**From:** Delta Air Lines <wecare@delta.com>
**Sent:** Tuesday, July 13, 2021 12:03 PM
**To:** ███████████████████████████
**Subject:** Delta.com Feedback Submission [ref:_00D1aY3af._5001P1Ey9bs:ref]

Hi Rossana,

RE: Case 04182044

Thank you for writing about your experience attempting to travel on flight 39 from Venice to New York (JFK) on July 3rd. We regret that your travel plans were affected by Centers for Disease Control's January 29th Mask Order.

As you may be aware, CDC has ordered passengers to wear face masks on public conveyances. This Order extends to the extraterritorial flights of US flag carriers, and the US-bound flights of foreign flag carriers. Exempted disabilities are prescribed by the Mask Order - not the airlines. The Order substantially narrows the scope of disabilities exempt from the Order. CDC has clarified that mask exemptions are not meant to cover people with disabilities for whom wearing a mask might only be difficult.

For the sake of assessing an individual's request for a mask exemption, Delta has established our Clearance-to-Fly process. As part of the process, we accept an individual's verbal assurance of a disability; therefore, written documentation of a disability generally has no probative value in our assessment. Under most circumstances, a doctor's note or medical certificate would not influence a passenger's ability to receive a mask exemption.

In determining whether an individual with a disability may be refused transportation services for being unable to wear a mask, carriers have a regulatory obligation under Title 14 §382.19(c)(1) to must make an individualized assessment based on reasonable judgment that relies on current medical knowledge or on the best available objective evidence. "Reasonable judgement which relies on current medical knowledge or the best available objective evidence" necessitates an individualized assessment in person shortly before the flight. Passengers must, therefore, complete our Clearance-to-Fly process in person at the airport on the day of departure.

The Clearance-to-Fly process is completed when an individual's request for a mask exemption is relayed to STAT-MD's personnel via phone. STAT-MD will then determine if the individual's avowed condition falls within the exemption criteria prescribed by CDC's Mask Order. If the individual's avowed condition does not meet the Order's exemption criteria, then the individual will not be permitted to travel on Delta without wearing a mask.

We agree that our Clearance-to-Fly process should be completed at the ticket counter, and our customers should be speaking directly with STAT-MD's personnel via phone. Your departure day coincided with Delta's first attempt to operate a flight from Venice in over a year. The employees involved were, therefore, unfamiliar with the process.

Our Venice Airport leadership has followed up to ensure that process is completed at their ticket counter going forward. Our Corporate Compliance leadership is also working with STAT-MD to encourage their personnel to speak directly with Delta's customers.

These procedural irregularities, however, did not factor into your refusal of carriage without a mask. The outcome of your experience would have been the same regardless of whether our Clearance-to-Fly process was completed at the ticket counter, or whether you were permitted to speak with STAT-MD's personnel directly. In this case, the disability you avowed would not qualify for an exemption under CDC's Mask Order, and we regret any disappointment. Because your avowed disability is not exempted under CDC's Mask Order, no violation of 14CFR, Part 382 occurred by requiring you to wear a mask as a condition of carriage on our flight.

We're glad you wrote to us and, if you wish, you may contact the U.S. Department of Transportation about this matter. For extra help during future trips, ask our customer service personnel for a Complaint Resolution Official (CRO). Delta's CROs have been specially trained and are aware of applicable Department of Transportation disability regulations. Our CROs are available at all our airport locations. You may also reach a Delta supervisor without wait, any time of day, concerning any Delta related disability travel matter by calling our Disability Assistance Line at (404) 209-3434.

We have refunded your ticket; however, we're unable to honor your request to transfer your SkyMiles to your Alitalia loyalty account. Rossana, we look forward to the day when our customers won't have to wear a masks. Until then, we genuinely regret the trouble they've caused you. Thank you for reaching out to us. We've appreciated the chance to review and respond to your concerns. We'll continue to do our best going forward and hope, in time, to have an opportunity to restore your trust in our service.

Regards,

Nehemiah C. Edwards
Customer Care
Delta Air Lines

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check [Delta Privacy Policy](.).*

[ref:_00D1aY3af._5001P1Ey9bs:ref]

## KC2021070042 - (ROSSANA CAPONETTO) MG2300 [ref:_00D1aY3af._5001P1FbXOQ:ref]

## DOT DL Customer Care <dotdlcare@delta.com>

Wed 14-Jul-21 12:17 PM

To: ██████████████████████████

Hello Rossana,

RE: Case 04218429

We've received your message sent to the United States Department of Transportation. They have asked us to respond to you directly.

Emails and letters are answered in the order they are received. We appreciate your patience while we review your concerns.

Regards,

Customer Care
Delta Air Lines

*This message (including any attachments) contains confidential information intended for a specific individual and purpose, and is protected by law. If you are not the intended recipient, you should delete this message and any disclosure, copying, or distribution of this message, or the taking of any action based on it, by you is strictly prohibited. Any personal information you provide to us is subject to the terms of our privacy policy found on delta.com. Please check [Delta Privacy Policy](.).*

[ref:_00D1aY3af._5001P1FbXOQ:ref]

**Case Number: KC2021070042**
**Consumer Information**

| Inquirer Type | Name | Address | E-mail Address | Office Phone | Home Phone |
|---|---|---|---|---|---|
| AA | MRS ROSSANA CAPONETTO | NY | ████████████████████████ | | |

**Complaints Information**

| Complaint Carrier | Flight Date | Flight Itinerary |
|---|---|---|

| Code | Name | | |
|------|------|---|---|
| MG2300 | DELTA AIR LINES | 07/03/2021 | VCE-JFK-MIA DL0039 |

**Description of Problem/Inquiry**

Delta Airlines after checking all my docs at check in - including my mask exemption - and being cleared to fly, denied me boarding at the gate, 15 minutes before scheduled departure creating a huge emotional damage more than anything. They said my medical exemption from wearing a mask was "not good enough" without even going through their own process of "clearance to fly": I have not met a Delta doctor at the airport and was denied to talk to a Delta doctor over the phone. Andrea, a Delta CSR talked to a doctor in front of me at the gate right before departure but when I asked to talk to the doctor directly I was denied. I doubt it was a doctor but just a Delta rep at 7am in Atlanta otherwise I don't see why any doctor would not have wanted to ask me questions about my conditions directly. The CSR read my health conditions over the phone to this "doctor" (in front of all the passengers and ground staff) without even asking for my consent to do so breaking privacy and Osha laws! Solely based on this I was denied boarding after I had already my 2 boarding passes in my hand and my bag was checked and onboard. After this phone call to Atlanta, the CSR Andrea and Station Manager who refused to even tell me her name, simply THREATENED me saying: "either you wear a mask or we deny you boarding, think about because we need to remove your bag from the plane". I explained I can't wear a mask and NEVER wore one because of my health conditions but they did not care, they actually replied "it does not matter". I said it does matter unless they wanted to have an emergency landing for medical problems. I asked to talk to the captain, I was denied, the station manager supposedly did and he repeated the same line. I was the only passenger with a medical exemption flying a 767 with less than 50 passengers. Delta broke my contract of carriage, I have been discriminated against for my medical condition, I have been denied my HUMAN RIGHT to travel and move freely, I have been THREATENED to wear a medical device without my consent (breaking the NUREMBERG CODE) or miss my flight forcing me to damage my own health to simply comply with their rules IGNORING COMPLETELY MY DISABILITIES. I have been physically and emotionally abused and treated like a criminal. I got GRAY HAIR after this experience that I never had in my life before from the SHOCK and emotional abuse they caused me. Four days later I am still in a state of shock for the emotional damage I have been going through. What happened to me is a DISGRACE and I know I am not the only one, any discrimination against passengers with disabilities must stop! DELTA AIRLINES proved to: 1) IGNORE ANY BASIC GOD GIVEN HUMAN RIGHTS 2) NOT TO RESPECT OUR AMERICAN CONSTITUTION 3) NOT TO RESPECT THE UNIVERSAL DECLARATION OF HUMAN RIGHTS of the United Nation from 1948

Plaintiffs' Exhibit 34

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION,** *et. al.* | : | |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF JOHN A. CALDWELL</u>

I, John A Caldwell, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 8209 Jasmine Drive, Westminster, CA 92683.

4. I make this declaration based on my personal knowledge and to explain the impact of the Federal Transportation Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

5. Until 2020 I would fly 6-8 times per year for both business and leisure.

6. Due to my CHF, Cardiomyopathy, sinus damage from radiation, and PTSD, I can't tolerate wearing a face mask. Covering my nose and mouth restricts breathing.  Difficulty breathing or shortness of breath are the most common and distinctive symptoms of congestive heart failure, therefore intentionally

1

restricting my ability to breath freely puts my health at unnecessary risk due to my documented CHF and Cardiomyopathy.

7. Damage to the membrane layer of the nasal cavity from radiation causes the nasal lining and membrane layer to collapse thereby reducing the cavities volume.  Having my head bolted to a table by a mask for over 30 days while having tumors burned from my neck and throat by radiation has left a lingering PTSD for anything on my face beyond the glasses that I've worn all of my life.

8. I have flown twice without face covering during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 before being subjected to the FTMM and/or airlines' mask policies.

9. Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would be traveling on about 3-4 more flights this year for business and spending time with my aging mother 3,000 miles away.

10. I and my two special needs children, also unable to wear masks, were denied the ability to fly by United Airlines from Orange County, California, to Ft. Myers, Florida, in September 2020, solely because we can't wear face coverings.  DOT Case Number CL2020090724.

11. I have a substantial interest in the FTMM at issue in this suit. I am a frequent flyer, subject to Defendant TSA's enforcement policies about six to eight times per year.

12. I do not currently have any future flights booked because I won't fly until the FTMM and airline mask policies are struck down or repealed.

Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 22, 2021.

/s/ John A. Caldwell

Plaintiffs' Exhibit 35

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |  |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION** *et al.* | : | |
| | : | |
| Defendants. | : | |

### DECLARATION OF Amanda P. Cartwright

I, Amanda P. Cartwright, declare as follows:

1.  I am over the age of majority.

2.  I could testify to the facts set out herein if called upon to do so.

3.  I reside at 225 Emory Ln., Kingsport, TN 37660.

4.  I make this declaration based on my personal knowledge and to explain the impact of the Federal Transportation Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

5.  I do not fly often lately due to the requirement of face coverings, putting my health at risk.

6.  Due to my Mixed Expressive Receptive Language Disorder, Phonological Disorder, Sensory Disorder, PTSD, and severe anxiety, I can't tolerate wearing a face mask. Covering my nose and mouth causes me to become faint,

1

have panic attacks, and to replay horrible times in my life with my ex-husband who used to rape me with his hands on my mouth and nose. A mask decreases my immune system greatly, and causes my lungs to inflame with burning pain.

7.   I have flown one time during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 and have been subject to the FTMM and/or airlines' mask policies. (Although I was able to remove my face covering without the airline knowing)

8.  Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would be traveling on about 5-10 more flights this year.

9.  I have a substantial interest in the FTMM at issue in this suit.

10. I do not currently have any future flights booked because I won't fly until the FTMM and airline mask policies are struck down or repealed.


Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2021.

/s/ Amanda P. Cartwright

Plaintiffs' Exhibit 36

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION,** *et. al.* | : | |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF JENNIFER DAVIS</u>

I, Jennifer Davis, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 622 Savile Row Terr., Purcellville, VA 20132.

4. I make this declaration based on my personal knowledge and to explain the impact of the Federal Transportation Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

5. I fly to El Salvador about 2 to 3 times a year.

6. Due to my human rights, hours of research proving masks are not healthy and common sense, I can't tolerate wearing a face mask. Covering my nose and mouth inhibit my breathing, give me a headache, and make me sick for days.

1

7. I have flown 2 times during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 and have been subject to the FTMM and/or airlines' mask policies.

8. Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would be traveling on about 2 more flights this year.

9. I have a substantial interest in the FTMM at issue in this suit. I am a frequent flyer, subject to Defendant TSA's enforcement policies about 3 times per year.

10. I do not currently have any future flights booked because I won't fly until the FTMM and airline mask policies are struck down or repealed.

11. The last flight I had in April 2021 was the worst flying experience I've ever had.

12. I was wearing a mask that covered my nose and mouth. It also wrapped around my head, similar to a bandana, but tight and stretchy so it wouldn't fall off or require me to keep touching it.

13. I was told on the plane I wasn't wearing a mask and was forced to wear a mask that was laden with chemicals and made me sick for 2 weeks.

14. The trip back home was similar. I purchased a mask that seemed it would pass the guidelines, but that was also not accepted.

15. I was harassed on the flight there and back by airline employees, making my trip extremely stressful. I always use the same airline and usually have a very

pleasant experience with friendly service. This mask mandate has caused nothing but actual illness and lack of good customer service.

Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 21, 2021.

/s/Jennifer Davis
Jennifer Davis

Plaintiffs' Exhibit 37

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION** *et al.* | : | |
| | : | |
| Defendants. | : | |

### DECLARATION OF MEGAN J. DIPRIMEO

I, Megan J. DiPrimero, declare as follows:

1.  I am over the age of majority.

2.  I could testify to the facts set out herein if called upon to do so.

3.  I reside at 147 Pendragon Way, Mantua, NJ.

4.  I make this declaration based on my personal knowledge and to explain the
    impact of the Federal Transportation Mask Mandate ("FTMM") on my free-
    dom to travel and other legal rights.

5.  I am flight attendant for a regional carrier. During July 2021, I flew more
    than 19,000 miles to satisfy my work responsibilities. I personally witnessed
    mild to severe illnesses among passengers from mask wearing in flight. Ad-
    ditionally, I witnessed hostility between hundreds of passengers and be-
    tween passengers and crew members due to the FTMM.

1

6. I had zero medical emergencies and zero passenger complaints during my career prior the implementation of mask mandates.

7. Due to Generalized Anxiety Disorder, Supraventricular Tachycardia, premature menopause, and allergies, I cannot tolerate wearing a face mask. Covering my nose and mouth makes me feel anxious because it impedes my ability to breathe. My heart rate increases to greater than 115 beats per minute while resting and greater than 125 beats per minute while performing my work duties. My oxygen level consistently ranges between 89%-93% during flight (well below normal). After prolonged duty periods, sometimes up to 14-16 hours, I experience nose bleeds, hot flashes, nausea, and headaches.

8. I will be forced to take a leave of absence from my airline if the FTMM is not soon struck down or repealed.

9. Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, there would be no interruption to my employment status.

10. I have a substantial interest in the FTMM at issue in this suit. I am an aviation crew member, subject to Defendant TSA's enforcement policies more than a dozen times per month.

11. Airline carriers and federal regulators have not permitted any exceptions for existing medical conditions in enforcing the FTMM.

12. Since the enactment of forced masking, flying is hostile. Passengers and crew members are aggressive, impatient, and sometimes violent.

13. Passengers and crew members have suffered unintended, health injuries, such as headaches, panic, bloody noses, nausea, and vomiting, from wearing a mask over the vital airways, during flight.

14. Every year, flight attendants are required to take human-trafficking training, to identify the signs of children and adults in distress. How the heck are we to identify victims of human trafficking when half of someone's face is covered? In addition, with our borders wide open, surely many trafficked children are going unnoticed because of these masks.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 23, 2021.

/s/ _____
Megan J. DiPrimeo
Flight Attendant

Plaintiffs' Exhibit 38

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION,** *et. al.* | : | |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF GREGORY G. DISISTO</u>

I, Gregory G. Disisto, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 7901 CANYON LAKE CIR, ORLANDO, FL 32835.

4. I make this declaration based on my personal knowledge and to explain the impact of the Federal Transportation Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

5. I fly or travel by other common carriers subject to the FTTM such as Amtrak Rail Service once or twice per year.

6. Due to my anxiety, I can't tolerate wearing a face mask. Covering my nose and mouth makes me feel as though I can never get enough oxygen, which causes

1

my rate and depth of respiration to noticeably increase, which causes me further anxiety.

7. Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would be traveling on about 2 more flights or railroad trips this year.

8. My next booked flight is August 31, 2021, on JetBlue Airlines from Orlando to Boston to attend a family wedding.

9. My next booked trip aboard Amtrak is July 3, 2021, from Sanford, FL, to Lorton, VA, with my wife to visit her elderly parents for the first time since the pandemic began.

10. My anxiety is further exacerbated by the thought of the consequences of wearing a warm moist cover over my solitary means of breathing, my mouth and nose, where dangerous bacteria get trapped in an environment perfect for their growth and multiplication rather than dispersed and diluted into the open air.

11. I am concerned about being ordered to wear a medical device when I have not been diagnosed to be either sick or contagious with a communicable disease.


Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 21, 2021.

/s/ Gregory G. DiSisto

2

Plaintiffs' Exhibit 39

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION** *et. al.* | : | |
| | : | |
| Defendants. | : | |

### DECLARATION OF MICHAEL JAMES FARIS

I, Michael James Faris, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 160 Charlotte Cir, Elizabethtown, KY 42701.

4. I make this declaration based on my personal knowledge and to explain the impact of the Federal Transportation Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

5. Due to the nature of my work in aerial wildland firefighting, I fly every 12 days.

6. Due to my Generalized Anxiety Disorder, I can't tolerate wearing a face mask for the duration of travel. Covering my nose and mouth has led to severe panic attacks and syncope.

1

7.   I have flown approximately 30 times during the COVID-19 pandemic was declared by the World Health Organization in March 2020 and have been subject to the FTMM and/or airlines' mask policies.

8.   Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would be traveling on about 5 more flights this year.

9.   I was denied the ability to fly by the Federal Defendants and American Airlines from SDF (Louisville, Kentucky) to ONT (Ontario, California) on June 8, 2021, solely because I can't wear a face covering.

10. I have a substantial interest in the FTMM at issue in this suit. I am a frequent flyer, subject to Defendant TSA's enforcement policies about 30 times per year.

11. My next booked flight is July 2, 2021, on American Airlines from SDF to ONT for business.

12. When American Airlines adopted its discriminatory mask requirement last year, I had boarded a flight in which I was not warned or informed that I would be required to wear a mask. After boarding the aircraft, a flight attendant informed me that I must wear a mask. She explained this was due to a company policy that was scheduled to go into effect two days after said booked flight.

13. I explained to her that I could not wear one due to the possibility of me experiencing a panic attack or losing consciousness. She said if I did not wear one, I would be removed from the flight. I voluntarily deplaned to avoid any

2

further confrontation. I then had to drive 13 hours from Dallas, Texas, back home to Elizabethtown, Kentucky, to be with my family as my wife was in the middle of an ectopic pregnancy.

14. In another incident involving American Airlines, I had bought a specific mask called a Beard Tarp to help me comply with the mask policy. At this time, I had not been able to schedule an appointment with my physician for a mask exemption. It was one I was somewhat comfortable in and could wear for short periods of time.

15. I boarded the flight with said mask and per their policy, removed it to eat and drink. About two minutes into eating snacks and drinking the Coke the airline gave me, the flight attendant began to visit my seat frequently enough to make me uncomfortable.

16. I removed my headphones and confronted her for staring at me and standing near my seat for odd periods of times. She informed me that I must put my mask on immediately. I explained to her that I was following the policy and wasn't wearing it because I was eating and drinking. This went back and forth several times until she finally stopped.

17. When I landed in DFW on this flight from SDF, I had been informed by an American Airlines manager that I would not be allowed to continue to my connecting flight as I was not abiding by their mask policy. I had to drive 8 hours to get to work, where I had to immediately fix a helicopter.

18. Had I been able to continue on that connecting flight, I could have gotten adequate rest, which I did not receive because of the airline's discriminatory mask policy. The airline did not care to speak to me about the situation and simply took the word of the flight attendant and refused me service for a ticket I had already bought.

19. In yet another incident involving American Airlines, I had attempted to board a regularly scheduled flight from DFW to SDF with the same Beard Tarp mask mentioned above. The flight attendant told me that the face covering was not good enough and did not comply with their policy because it must be tucked below my chin.

20.   I explained to her that I had boarded many flights with this particular face covering and she proceeded to tell me that I could not have. She said the airline would not accept the face covering and called me a liar several times. She handed me a blue surgical mask and said I must wear it or be removed from the flight.

21.   I explained to her that due to my facial hair (beard), which extends below my chin by six inches, there is not a way for me to wear that surgical mask and provide adequate protection to myself or others. She did not care and reiterated that it must be that mask or else.

22.   In this instance, I was able to rebook the same exact flight at a later time and board with the very same mask I was denied service for previously. This

4

situation put me home several hours late, which caused me to miss an event that my son was having at school.

23.    As of April 24, 2021, I have submitted documentation to both American Airlines and United Airlines showing proof from my physician that wearing a mask is detrimental to my health. I have provided them with negative COVID-19 tests each time in conjunction with my physician's letter.

24.    Neither airline has accepted the fact that I have this disability and have both illegally denied me service because of it.

25.    Of the five times I have filed this paperwork with American Airlines, it has only provided me with two written denials. In accordance with 14 CFR Part 382, the airline is required to provide me the written refusal within 10 days. They have failed to do so on three other occasions.

26.    Altogether, I have filed 8 DOT complaints against American and United. I have not had any response from the Department of Transportation.

27.    When the airlines have refused me service, they simply say that I do not qualify to be exempt from wearing a mask on board their aircraft. However, when I am in airports, I have not been harassed for not wearing a muzzle. I've been allowed to walk about the terminals by just declaring and showing that I have the medical exemption.

28.    Furthermore, in accordance with 14 CFR Part 382, if the airline is to re-fuse a passenger service in connection with a disability, they must prove that it is due to a safety concern and that a slight deviation of policy wouldn't

mitigate the act of denial of service. They cannot prove that I am of a safety concern as I have provided them with documentation proving that I do not have a communicable disease.

29.     In reality, the actual safety concern exists by them forcing me to wear a mask as it leads to severe panic attacks and syncope. Either of these situations could occur without notice and could put myself and other passengers at risk to harm.

30.     I am disgusted and absolutely disappointed in the way the airlines have treated me as a passenger with a disability. As a 15-year veteran of the aviation workforce, this is the first time I have experienced such a lack of integrity in this entire industry. It is sickening and makes me embarrassed to admit that I spent four of those years producing a perfect product for the same company that is now trampling on my civil liberties and constitutional rights.


Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 28, 2021.

/s/ Michael James Faris

Plaintiffs' Exhibit 40

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**LUCAS WALL,**                          :
                                         :
   Plaintiff,               :  Case No. 6:21-cv-975-PGB-DCI
                                         :
v.                                       :  District Judge Paul Byron
                                         :
**CENTERS FOR DISEASE**                  :  Magistrate Judge Daniel Irick
**CONTROL & PREVENTION,** *et. al.*      :
                                         :
   Defendants.              :


## <u>DECLARATION OF SANSHIRO B. HANAFUSA</u>

I, Sanshiro B. Hanafusa, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 5731 River Rd. Apt. 208, Nashville, TN 37209.

4. I make this declaration based on my personal knowledge and to explain the impact of the Federal Transportation Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

5. I fly about 4 flights per year (2 round trips).

6. Due to my severe anxiety disorder, panic attacks, PTSD, and high blood pressure, I can't tolerate wearing a face mask or shield. Covering my nose and mouth causes servere anxiety, hyperventilation, dangerously high blood pressure, panic attacks, passing out, anxiety shakes, heart palpation, feeling

1

like I'm trapped in a fish bowl, fluctuation vision like a digital camera focusing, sometimes blurry, back spasms, eye twitches, muscle spasms, trouble breathing, emotional breakdowns, inner ear imbalance, and dizziness that require 10 medications just to barely function.

7.   I have flown one  time during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 and have been subject to the FTMM and/or airlines' mask policies. Fortunatly the airport EMTs agreed with me after I showed them my medical paperwork, and my ADA papers, and checking my vitals. They told the flight attendant that I could not fly with a mask or covering of any kind. They asked if I could be allowed to fly maskless and just sit in the back row. The attendant also said I looked like I was going to pass out when they announced masks required. And that when I stood at the counter to ask about an exemption she was alarmed at my condition and called the EMTs

8.  Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would be traveling on about 3 to 4 more flights this year.

9.  I have a substantial interest in the FTMM at issue in this suit. I am a frequent flyer, subject to Defendant TSA's enforcement policies about 4 times a year.

10. I do not currently have any future flights booked because I won't fly until the FTMM and airline mask policies are struck down or repealed.

11. Upon my return to Nashville (BNA) Airport in October 2020, the airport workers tried to harass me to wear a mask. I showed them my papers, but

still suffered a panic attack and had to take anti-panic meds immediately due to being harassed and felt very dizzy. I have developed new PTSD and increased anxiety about ever flying again since my treatment at the airport and all the kind people it took that lucky day just to get me a maskless flight home. My basic and may I say essential God-given right to breath and not pass out I feel has been taken from me.

Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 22, 2021.

/s/Sanshiro B. Hanafusa

Plaintiffs' Exhibit 41

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION** *et al.* | : | |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF CHRISTOPHER HEDGES</u>

I, Christopher Hedges, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 823 Bay Point Dr., Madeira Beach, FL 33708.

4. I make this declaration based on my personal knowledge and to explain the impact of the Federal Transportation Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

5. Previously I would fly sporadically for events and classes I took in law school, leisure, and prospective professional opportunities.

6. I have an extremely rare health condition, Gardner's Syndrome, that requires I seek medical treatment from specialists wherever I can find them.

1

7.  My access to medical attention is being denied because the federal govern-
    ment and private companies refuse to comply with federal law regarding the
    emergency use of masks that are not fully FDA approved.

8.  For the past 18 months I have been denied access to 90% or more of all med-
    ical services, a prerequisite and ongoing requirement for maintaining disa-
    bility status and benefits, in violation of the Americans with Disabilities Act
    ("ADA"), 42 U.S.C. § 12101 et seq., because medical providers refuse to pro-
    vide reasonable accommodations to mask policies, and the United States
    Department of Justice has refused to prosecute civil-rights complaints to
    hold service providers liable for failing to comply with the ADA.

9.  My access to medical providers has been limited to those providers that will
    comply with the ADA, which are very few.

10. My access to medical providers has been reduced further because I have
    been forced to abandon any providers that require me to travel to by plane.

11. I have worn a face mask on five separate occasions, and on all five occasions
    I experienced health injuries.

12. Because the federal government has employed arbitrary and capricious
    mandates while simultaneously failing to uphold federal law, I have been
    denied access not only to specialists across America, but I have been denied
    access to medical attention generally.

13. Due to three inoperable tumors, biproducts of Gardner's Syndrome, which affect both of my lungs and virtually all other major life functions, I cannot tolerate wearing a face mask.

14. On the five instances where I wore a face mask, four of which were coerced by the express or implied threat of denial of medical services in violation of the ADA, I experienced migraines that left me bedridden for a period of 12-24 hours, blackouts, lightheadedness, and a feeling of what I would describe as vertigo.

15. Had I attempted to fly during the last year of the COVID-19 pandemic, I, more likely than not, would have been unlawfully restricted from flying because of my inability to wear a mask, especially since the FTMM took effect Feb. 1, 2021.

16. Were it not for the unlawful FTMM, discriminatory mask policies of individual airlines, and the federal government's refusal to guarantee the rights of the disabled, I would be able to travel as needed to pursue medical attention wherever I might find it in the United States and whenever it might be required.

17. I have a substantial interest in the FTMM at issue in this suit due to my health condition, which requires I be able to pursue medical professionals who specialize in treating my condition wherever I might find them.

18. My access to prospective medical providers has been severely restricted due to federal mandates and the federal government's failure to act in defending the rights of the disabled.

19. I do not currently have any future flights booked because I won't fly until the FTMM and airline mask policies are struck down or repealed.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2021.

/s/ Christopher Hedges

Plaintiffs' Exhibit 42

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION** *et al.* | : | |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF GILBERT LAU</u>

I, Gilbert Lau, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. My mailing address is P.O. Box 1482, New York, NY 10156.

4. I make this declaration based on my knowledge and explain the Federal Transportation Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

5. Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, and I would be traveling on about 3-5 more flights this year.

6. Due to my Schizoaffective Disorder & Developmental disability, I can't tolerate wearing a face mask. Covering my nose and mouth is not safe. When I have been forced to don a mask, I was very dizzy and less conscious. Mask-wearing give me anxiety issues.

1

7. I have been illegally restricted from flying during the last year of the COVID-19 pandemic because of my inability to wear a mask, especially since the FTMM took effect on February 1, 2021. I have flown three times during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 and have been subject to the FTMM and airlines' mask policies.

8. I was denied the ability to fly by Spirit Airlines from Las Vegas, Nevada, to New York City on November 15, 2020, solely because I can't wear a face covering. I was banned from Spirit Airlines Flight 245 from Chicago O'Hare to Las Vegas, and the flight was delayed 20 minutes due to two other passengers who also refused to wear their face coverings. I plan to sue the government and Spirit in my own lawsuit very soon.

10. I was denied the ability to ride on Amtrak because of the illegal FTMM from New York City to Albany, New York, for a brief vacation. Amtrak threatened me, and if I refused to comply with the new mandate, it said it will forever ban me.

11. I have a substantial interest in the FTMM at issue in this suit. I am a frequent flyer, subject to Defendant TSA's enforcement policies about face masks about approximately 3-5 times a year.

12. I do not currently have any future flights booked because I won't fly until the FTMM and airline mask policies are repealed or overturned by the federal court system.

2

Under 28 USC § 1746, I declare under penalty of perjury that the foregoing is true

and correct.

Executed on August 4, 2021.

/s/ Gilbert Lau

Transcript Divas
www.transcriptdivas.com
Phone: (888) 494-8474

### Amtrak phone COVID-19 Recording on 112820

[Start of recorded material 00:00:00]

Female Speaker:     [Unintelligible 00:00:20].

Amtrak:           Thank you for calling Amtrak. We are requiring that customers wear face coverings while in our stations and on our trains. Amtrak reserves the right to remove customer or ban the need for travel in the event of non-compliance with Amtrak's face covering policy. If you don't have a face covering, please visit CDC.gov for instructions on how to make on. To find out more about our new policy and learn about what we're doing to ensure a safe environment, please –

[End of recorded material 00:02:17]

Mr. Gilbert Lau:.     [Unintelligible] Amtrak –

[End of recorded material 00:02:17]

                         TIME NOTED: [End of recorded material 00:02:30]

                         ---------------------------------------------------

                         GILBERT,LAU

Subscribed and sworn to before me

this 10th day of   February  , 2021

*Julian M. Hill*

Notary Public
**State of NY, County of NY**

JULIAN M HILL
Notary Public - State of New York
NO. 01HI6233785
Qualified in New York County
My Commission Expires Dec 27, 2022

EO 202.7

**REMOTE NOTARIZATION**

1

Plaintiffs' Exhibit 43

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION** *et. al.* | : | |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF TINA MARIE LEMENS</u>

I, Tina Marie Lemens, declare as follows:

1.  I am over the age of majority (47).

2.  I could testify to the facts set out herein if called upon to do so.

3.  I reside at 297 Beaver Dam Rd., Defuniak Springs, FL 32433.

4.  I make this declaration based on my personal knowledge and to explain the
    impact of the Federal Transportation Mask Mandate ("FTMM") on my free-
    dom to travel and other legal rights.

5.  I rarely used to fly, however recently my life has changed and my need to fly
    has also, which would make me fly at least a few times a year if the FTMM
    were not in effect.

6.  Due to my asthma, lung damage, PTSD, stenosis, and possible myelopathy,
    I can't tolerate wearing a face mask. Covering my nose and mouth reminds

1

me of attempted rape and molestation. It puts me into a state of fear no one should be forced to endure.

7. Wearing a mask makes it hard to breathe, which makes me light-headed. It's difficult to think.  It makes hot and sweaty as it's uncomfortable. As I struggle for each breath, I feel like I'm breathing in toxic air and get weaker and weaker. It makes me fear I would pass out right in front of my child, which put me in more fear.

8. Being forced to cover my face makes me feel every emotion, almost all that there are.  I feel in danger, angry, ashamed, and embarrassed.

9. I'm afraid of those around me who are wearing masks as I cannot see their intent on their faces.  I felt discriminated against when I go out maskless. I felt harmed and in dismay. People would start arguments or shoot dirty looks that not only made me uncomfortable, it caused me to actually have to move more than once because I was feeling very unsafe.

10. I felt every emotion from a petrified state of mind to straight depression and anger. I felt concerned at all times. I was in a constant state of fear!

11. Being forced to watch my daughter be mistreated over masks and forced to wear one with her asthma and other medical conditions affecting her ability to breathe as strongly as others had me in constant worry for her breathing let alone her state of mind.

12. I felt as though my AUTHORITY as a MOTHER was STRIPPED from me! I was in a constant state of fear for my child's well-being and safety. I felt like we were being tortured or were in a prison we could not escape.

13. I was waiting and watching every man around I could eye up because was he going to be the next person who gets away with a sexual attack because the victim cannot describe the attacker's face. Walking with a young child, the fears were real.

14. I have also been in fear of being robbed while surrounded with all these masked people and not being able to describe the person who did it.

15. While in the bathroom, I had to fear people who went near my child who were wearing masks. Being followed into the bathroom by a masked person is very frightening.

16. Mask mandates put people like me in a constant state of fear. They need to be abolished for our safety, not to mention state of mind.

17. Delta Air Lines and all involved literally put my life at risk over masks and the ability to abuse people over them during my flight Aug, 1, 2020.

18. I was discriminated against and held against my will along with my child because of our inability to wear a mask.

19. Were it not for the illegal FTMM and airlines' discriminatory mask policies, I would be traveling on about 3 more flights this year.

20.     I do not currently have any future flights booked because I won't fly until the FTMM and airline mask policies are struck down or repealed. I will need counseling before I can fly again.

21.     During the August trip with Delta from Florida to Wisconsin, we were refused the right to apply for a medical exemption and were constantly threatened with loss of our ability to fly. We went to many people and areas within the airport to beg for help, all to fall on deaf ears.

22.     The law would not intervene even when we were being threatened. We were bullied and followed.  It escalated, getting much worse after we obtained evidence of a Delta employee not wearing a mask as she chatted with other staff in the airport in front of everyone while she held a drink, rarely ever sipping from it.

23.     At no time while chatting did she wear a mask.  After the pilot saw us take evidence and overheard us talking of suing for discrimination, we were pulled from line and held against our will, being told we were going to be forced into a COVID test.

24.     My child and I were mentally abused for hours because of this illegal mask policy.  My child suffers from serious injuries and has brain trauma. We were held against our will by Delta Air Lines just because we can't wear masks. Delta has gone as far as to tell me not to call them again about human-rights violations, disability discrimination complaints, or  child abuse.

25.    Delta has not been forthcoming with information I needed to file complaints against them for their illegal discrimination. At one point, Delta employees told us if we even took our masks off for a sip of water, we would be banned from flying Delta for the rest of our lives.

26.    They also told me I could not use my phone or camera; this was because I had taken video of their staff not wearing a mask.

27.    As I struggled to breathe, I watched a man with a scarf, which Delta would not allow me to wear but it was fine for other passengers.

28.    Masks are leading to child abuse, disability discrimination, and unacceptable human-rights violations.

29.    The Delta pilot was not wearing a mask when I exited the plane in Milwaukee, Wisconsin, as he smirked at me when I demanded an apology for his abuse upon us.

30.    The airlines absolutely need to be investigated for abusing their passengers who can't wear masks. I've complained to the Department of Transportation, but it has asked me to provide information I can't possibly obtain, so it seems to me this is not being taken seriously.

Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 27, 2021.


/s/ Tina Marie Lemens

Plaintiffs' Exhibit 44

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION,** *et. al.* | : | |
| | : | |
| Defendants. | : | |

## DECLARATION OF THERESA C. MULLINS

I, Theresa C. Mullins, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 81 Alfson Cir., Hendersonville, NC, 28792

4. I make this declaration based on my personal knowledge and to explain the impact of the Federal Transportation Mask Mandate ("FTMM") on my freedom to **earn a wage,** travel, and other legal rights.

5. I am a recently resigned Flight Attendant ("FA") that was likely the first in the nation to go public with my story. I worked as an FA for 13 years, of which 5 of those years were happily working at Allegiant Air.

1

6.  I resigned after an 8-month company-requested personal leave because the company insisted I return to work and enforce an oppressive mask mandate on our passengers.

7.  The last time I worked a flight was at the end of May 2020. At that time, the airlines were graciously offering passengers a "safety kit" with an optional face mask enclosed.

8.  I believe the federal mandate is illegal and a tyrannical oppressive compliance order.

9.  I have flown dozens of times during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 and have been subject to the airlines' mask policies for crew members. FAs were required by the airlines to wear masks before the passengers were federally mandated. However, pilots and other occupants of the Flight Deck are exempt.

10. Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would **NEVER** have resigned. I was content in my position with a unblemished employment record. I had planned to work until retirement age at Allegiant.

11. I filed a grievance with the union, asking to be reinstated (with seniority) when the mask mandates are removed. I cited the Discrimination Clause, Creed. I said it was – and still is – against my moral values and beliefs to enforce an illegal mandate.

2

12. Allegiant rejected the first and second grievance in written form. Although the union supported my grievance, they chose not to proceed to the final remedy, arbitration.

13. I have a substantial interest in the FTMM at issue in this suit. I am a dedicated FA, a safety professional with a rock-solid training record. I was known for my classic, gentle deportment. A flight attendant with a sincere concern for passengers' safety and comfort.

14. I do not currently have any future leisure flights booked because I won't fly until the FTMM and airline mask policies are struck down or repealed.

15. I am desperately seeking a private charter FA position that does not require I FORCE any passenger to wear a mask. I need a wage. I did not want to retire from the industry yet.

16. The FTMM makes me terrified for passengers. As a regulation, the FAA must test crew and aircraft for a quick (90-second) full-cabin evacuation during an emergency. The test is required for the FAA to certify the planes and the crew.

17. I am extremely concerned that a test was not made for an EXPLOSIVE DE-COMPRESSION at 38,000 to 40,000 feet (a typical cruising altitude) with a cabin filled with masked passengers. A person has 1 to 3 seconds to don the oxygen mask at that altitude. ALL flight attendants in the USA are taught this.

18. For example, a passenger who is the mother of three children traveling beside her can NOT remove her face mask, place on her O2 mask, and reach over to assist her three children doing the same in less than 3 seconds. That is impossible. While the mother might survive, her children will not. I would remind the Court to have a look at the most recent Explosive Decompression videos on YouTube to view the massive destruction and death that such events cause.

19. I have actively pursued remedies to this egregious injustice. I have researched all the documents provided by America's Frontline Doctors. Face masks are not keeping our passengers safe.

20. Crew members know that all modern airplanes have the FAA-mandated HEPA-filter system that replaces the cabin air every 4 minutes. The filter systems are regulated and are a maintenance checklist item.

21. I joined an anti-mask lobby group for passengers, Freedom Airways Freedom Travel Alliance, to learn more about the health damages of masks and learn how to resist this illegal mandate.

22. I signed a petition to stop the FTMM hosted by America Restored.

23. I warned FlyersRights.org that their pro-mask propaganda will NOT help the passengers seeking their assistance for injustices. I warned the webmaster that masked flyers will lose their tempers, and incidents will become worse.

4

24.    Pilots are exempt from the FTMM in the Flight Deck. The pilots MUST have the ability to use the Flight Deck equipped "Quick Don O2" mask without any obstruction to their faces. It is for DECOMPRESSIONS. Could that be the reason pilots are exempt? Does the Court believe the cabin will not be effected in an explosive decompression? The passengers' lives are expendable?

25.    All passengers are not comfortable with flying. Many frequent flyers become nervous, anxious, or afraid sometimes in unusual circumstances. The facial mask creates an inhumane personal detachment from human language signals.  It is causing social frictions, and will get worse and worse.

26.    I ask the Court to review the numerous aggressive incidents concerning masks aboard flights between passengers and crew. FAs are NOT law-enforcement officers and should NOT be. We are safety professionals. The mask mandate is an oppressive compliance ritual that must be stopped now. It is unsafe and poses an extremely deadly risk to everyone in the case of a decompression.


Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 21, 2021.


/s/ Theresa C. Mullins
Theresa C. Mullins

5

Plaintiffs' Exhibit 45

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION** *et al.* | : | |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF SHAWN DANIEL PETCHE</u>

I, Shawn Daniel Petche, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 2103 Chaparral Park Rd., Manchaca, TX.

4. I make this declaration based on my personal knowledge and to explain the impact of the Federal Transportation Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

5. Prior to the coronavirus pandemic, I was a regular flyer. I would take typically 3-5 international flights per year. In total, I have flown more than 100 flights.

1

6. Due to my breathing and anxiety condition, I can't tolerate wearing a face mask. Covering my nose and mouth causes immediate anxiety and prevents the flow of oxygen to my brain that allows me to remain calm.

7. I have been illegally restricted from flying during the last year of the COVID-19 pandemic because of my inability to wear a mask, especially since the FTMM took effect Feb. 1, 2021. I have flown once during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 and have been subject to the FTMM and/or airlines' mask policies. However, at the time of my international flight from China to USA, I was not required to wear a face mask. I was encouraged but never threatened nor banned from flying for not wearing a mask, as was the case on my most recent flight.

8. Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would be traveling on 2-3 more flights this year.

9. I was denied the ability to fly by the Federal Defendants and American Airlines from Dallas/Fort Worth  to Portland, Oregon, on August 5, 2021, solely because I questioned the federal mask mandate and would only wear when forced by threat of being denied boarding. I wore a facemask in to board the fight against my own conscience and the recommendation of my doctor. However, even when properly wearing the mask, flight attendants and managers denied me boarding because I had previously requested an exemption

in order to safely fly. My request was rejected. I was embarrassed by airline staff and I was denied boarding without refund.

10. I have a substantial interest in the FTMM at issue in this suit. I am a frequent flyer, subject to Defendant TSA's enforcement policies about 3-5 times per year.

11. I do not currently have any future flights booked because I won't fly until the FTMM and airline mask policies are struck down or repealed.

12. Defendant TSA at Dallas/Fort Worth threatened my right to travel by refusing to respect federal mask mandate exemption. I politely asked to speak to airline staff to be exempted for my health condition. I was told that I could not pass through security without wearing a mask and I was not offered the opportunity to speak to a staff member or authority figure regarding said mandate exemption, depriving me of my due-process rights. I was harassed and embarrassed by TSA security for pursuing my civil rights.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 16, 2021.

/s/ Shawn Daniel Petche

Plaintiffs' Exhibit 46

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION** *et. al.* | : | |
| | : | |
| Defendants. | : | |

### DECLARATION OF MICHELLE ROWLAND SANOSKE

I, Michelle Rowland Sanoske, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 10053 Beacon Pond Ct., Burke, VA 22015.

4. I make this declaration based on my personal knowledge and to explain the impact of the Federal Transportation Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

5. I fly to Hawaii once a year to visit family and I also fly for vacation, usually to Europe or Asia. I also fly for work, attending many conventions throughout the United States related to my profession.

1

6.  I have flown 2 times during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 and have been subject to the FTMM and/or airlines' mask policies.

7.  Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would be traveling on about 3 more flights this year.

8.  I have a substantial interest in the FTMM at issue in this suit. I am a frequent flyer, subject to Defendant TSA's enforcement policies about 3-4 times per year.

9.  I do not currently have any future flights booked because I won't fly until the FTMM and airline mask policies are struck down or repealed.

10. I am unable to breathe with a mask on. On the two occasions that I flew, I experienced dizziness, lightheadedness, and claustrophobia.


Pursuant to 28 USC § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed on June 27, 2021.

/s/ Michelle Rowland Sanoske

Plaintiffs' Exhibit 47

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION** *et. al.* | : | |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF DENISE SAVOIE</u>

I, Denise Savoie, declare as follows:

1.  I am over the age of majority.

2.  I could testify to the facts set out herein if called upon to do so.

3.  I reside at 19211 Merlot Ave., Baton Rouge, LA 70817. My new address will
    be 11607 Melody Gardens, Cypress, TX 77429, effective July 23, 2021.

4.  I make this declaration based on my personal knowledge and to explain the
    impact of the Federal Transportation Mask Mandate ("FTMM") on my free-
    dom to travel and other legal rights.

5.  In the past, we have flown about every two years for vacations.  We are now
    retired and had planned one vacation in 2020, which required flights.  That
    trip was cancelled.

1

6. In 2021 and for the next four to five years, our plan was to travel extensively with trips at least twice a year to Alaska, Hawaii, Canada, and Europe. These trips have been cancelled.

7. Due to my Cleithrophobia, I cannot tolerate wearing a face mask. Cleithrophobia is a paralyzing fear of being trapped. The condition is similar to claustrophobia where one will fear a small space. However, cleithrophobia is a fear of being *trapped* in a space, large or small, including feeling trapped in a crowd of people.

8. My condition is a result of a childhood accident where I was trapped for more than 4 hours under fallen plywood and building materials. Covering my nose and mouth causes a panic attack in just a few seconds with my heart rate increasing to 150. Both heart rate and pulse ox return to normal upon removal of the mask.

9. I have been illegally restricted from flying during the last year of the COVID-19 pandemic because of my inability to wear a mask, especially since the FTMM took effect Feb. 1, 2021

10. Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would be traveling on about 4 more flights this year.

11. I have not attempted to fly solely because of the mask restriction and have modified travel plans from flying to driving because of the airlines refusing to honor medical exemptions.

12. I have a substantial interest in the FTMM at issue in this suit. We are newly retired and had planned at least two trips per year starting in 2020.

13. I do not currently have any future flights booked because I won't fly until the FTMM and airline mask policies are struck down or repealed. We have cancelled or modified any travel plans that involve flying, including cruises, which require flights to various ports.

14. I have a written exemption from my physician and have contacted several airlines during the pandemic to inquire whether it would be honored. I received no response from Southwest, United, American, or any other airline or travel agency with regard to medical exemptions.


Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2021.

/s/ Denise Savoie

Plaintiffs' Exhibit 48

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION** *et al.* | : | |
| | : | |
| Defendants. | : | |

### DECLARATION OF JENNIFER SCHAEFER

I, Jennifer Schaefer, declare as follows:

1.  I am over the age of majority.

2.  I could testify to the facts set out herein if called upon to do so.

3.  I reside at 3050 Elderberry Ave., Kalispell, MT 59901.

4.  I make this declaration based on my personal knowledge and to explain the impact of the Federal Transportation Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

5.  I am a flight attendant for a major carrier and fly on average roughly 80 hours a month. I've been on thousands of flights during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 and have been subject to the FTMM and/or airlines' mask policies.

1

6. Without a doubt, the mask mandate has made it more challenging to perform my regular duties effectively. It's become difficult to communicate with our passengers on a regular basis, and in turn, hard to hear them attempt communication with us. Having lost some of my hearing in my 19+ years of flying, years ago I had custom-made hearing protection made to keep me from losing more. However, since the FTMM, the masks have made it more arduous to hear, and I've had to forego my protection to effectively listen to all the goings-on during the flight. I've no doubt having lost even more of my hearing.

7. In the past year, I've witnessed significantly more hostility on our planes amongst passengers, and even crew. Arguably more than I ever have seen in my 19+ years of flying. As a crew member, we are there for SAFETY, not to be the mask police. For myself and others, it has increased the level of stress tremendously.

8. Were it not for the hardship on my health and wellbeing, the illegal FTMM, and individual airlines' discriminatory mask policies, I would be traveling at least 10-20 more hours a month for work, and even more for pleasure, as I love the career I've chosen, and the opportunities it's given me.

9. I have a substantial interest in the FTMM at issue in this suit. I fly frequently for work, and am subject to Defendant TSA's enforcement policies daily when at work.

10. My next scheduled flight is Aug. 23. I usually fly more, but my wellbeing requires me to be away from work for days at a time to destress from the hardships of the FTMM.

11. Due to the mandate, these masks have created a significant amount of bacteria in my mouth & on my face that has definitely had an effect on my health. My face breaks out. I'm constantly struggling to breathe and I get heart palpitations regularly due to stress and anxiety.

12. I have very good hygiene, yet recently (March) had an emergency tooth extraction due to a perfectly good root canal becoming severely infected from the bacteria costing me more than $3,000 out of pocket that insurance would not cover.

13. The higher levels of stress that I now endure regularly on the job due to this FTMM has undoubtedly impacted my health on many levels: weight gain, headaches, rashes and acne, to name a few.


Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 17, 2021.

/s/ Jennifer Schaefer

Plaintiffs' Exhibit 49

# UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION** *et. al.* | : | |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF JOSHUA ALAN SCHREMS</u>

I, Joshua Alan Schrems, declare as follows:

1.  I am over the age of majority.

2.  I could testify to the facts set out herein if called upon to do so.

3.  I reside at 3909 W. Dale Ave. Tampa, FL 33609

4.  I make this declaration based on my personal knowledge and to explain the impact of the Federal Transportation Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

5.  I typically flew at least once or twice monthly for work prior to the mask mandates, but now I fly only when absolutely necessary.

6.  Due to anxiety issues and the inability to breathe well, I can't tolerate wearing a face mask. Covering my nose and mouth increases anxiety, panic attacks, headaches, and complete loss of ability to process enough oxygen.

1

7.  I have flown one time during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020 and have been subject to the FTMM and/or airlines' mask policies. The FTMM is limiting my ability to do my job.

8.  Were it not for the illegal FTMM and individual airlines' discriminatory mask policies, I would be traveling on about 20 to 30 more flights this year.

9.  I have a substantial interest in the FTMM at issue in this suit. I am a frequent flyer, subject to Defendant TSA's enforcement policies about 24 to 30 times per year.

10. My next booked flight is July 12, 2021, on American Airlines from Tampa to Denver for a required work meeting.

11. Every time I travel, despite the fact I've already had COVID-19 and been vaccinated, I'm required to wear a mask without any scientific justification or data to support this forced medical intervention.

12. Thousands of incidents are causing disruptions, flight delays, and outbursts of anger and physical violence on planes, mostly due to mask issues. Combining this fact and that there are zero legitimately stated data or scientific reasons to continue with this policy, it needs to end immediately.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July 8th, 2021.

/s/ Joshua Alan Schrems

Plaintiffs' Exhibit 50

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL,** | : | |
| | : | |
| Plaintiff, | : | Case No. 6:21-cv-975-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **CENTERS FOR DISEASE** | : | Magistrate Judge Daniel Irick |
| **CONTROL & PREVENTION** *et al.* | : | |
| | : | |
| Defendants. | : | |

## <u>DECLARATION OF LORRAINE WALL</u>

I, Lorraine Wall, declare as follows:

1. I am over the age of majority.

2. I could testify to the facts set out herein if called upon to do so.

3. I reside at 3601 Cosmos Way, The Villages, FL 32163.

4. I make this declaration based on my personal knowledge and to explain the impact of the Federal Transportation Mask Mandate ("FTMM") on my freedom to travel and other legal rights.

5. I am the mother of Plaintiff Lucas Wall.

6. Prior to the airlines implementing their own mask mandates in Spring/Summer 2020 because of the COVID-19 pandemic, I have typically flown more than a dozen times per year in the past few decades. Many of these trips have been with my son.

1

7. I can't tolerate wearing a face mask. Covering my nose and mouth makes me feel as I if I can't breathe. After just a few minutes, the inside of my mask is soaking wet. It also causes me anxiety because my maternal grandfather died of bacterial pneumonia as a result of wearing masks during the 1918 Spanish Flu epidemic when my mother was only 4 months old.

8. I believe forced mask wearing is unnecessary and dangerous to my health. I have only worn a mask during the pandemic when it is absolutely required. Since being vaccinated in March 2021, I have only worn a mask while flying because of the FTMM; all stores and other locations I visit have repealed their mask requirements in recent months except for the airlines.

9. I am fully vaccinated against COVID-19.

10. I have been illegally restricted from flying during the last year of the COVID-19 pandemic because of my inability to tolerate wearing a mask, especially since the FTMM took effect Feb. 1, 2021.

11. I have flown only two roundtrips during the COVID-19 pandemic since it was declared by the World Health Organization in March 2020. There was no mask mandate when I flew in late March 2020. I had to endure forced masking during my last trip to Virginia in March/April 2021 due to the FTMM. I have been subject to the illegal FTMM and/or airlines' mask policies.

12. When I flew to and from Virginia in March/April 2021, I was forced to wear one of the "Made in China" masks depicted in the photos submitted as Pl.

2

Ex. *** because those are the only masks I had. I felt claustrophobic wearing a face covering during that trip. The mask pops off my ears and I constantly have to readjust it, eliminating any possible effect it could have on theoretically reducing the spread of COVID-19.

13. Were it not for the illegal FTMM and individual airlines' mask policies, I would be traveling on about a dozen more flights this year.

14. I have a substantial interest in the FTMM at issue in this suit. I am a frequent flyer, subject to Defendant TSA's enforcement policies more than a dozen times per year.

15. I currently have no flights booked solely because of the FTMM. I will not fly again until this illegal policy is struck down by this Court or repealed by the Executive Branch.

Pursuant to 28 USC § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on Aug. 10, 2021.

Lorraine Wall

Plaintiffs' Exhibit 51

nbcbayarea.com

# Family Says Child With Autism Was Removed From Flight to SJ for Not Wearing Mask

*Ian Cull*

3 minutes

---

A family boarding a San Jose-bound flight says they were forced to remove their special needs daughter from the airplane because she wasn't wearing a mask.

Fifteen-year-old Mya was told she had to get off the Southwest Airlines plane before it departed Portland if she didn't put on her mask.

Her father guided her out after discussions with the crew, but he says Mya has autism and sensory sensitivity and that's the reason she wasn't wearing one.

"She was really upset, crying, she was so excited for the ride and for the trip," said Tim Cleary.

Her mother says they firmly believe in masks, and even though Mya will put it on, after a few minutes it feels constraining in a way most people can't understand.

"This isn't like we're protesting masks or anything," said Jeniffer Tharp. "My daughter cannot wear the mask, and I think there should be, and I thought that there were exceptions for people who can't comply with that."

**Local**





Passenger Jennifer Clymer of Turlock saw it all. She was seated two rows ahead on the Southwest flight.

"We were all very unhappy and thought it was very unfair that the family couldn't take a trip just because an autistic child didn't understand why she had to wear a mask," said Clymer.

Mya and her mom had to get off the flight.  The rest of the Portland area family continued their vacation in California.

Tharp says the pilot was apologetic, but higher ups said she couldn't continue on.  She hopes airlines will be more understanding.

"We were looking forward to this, but everything went wrong. I just assumed it would be no different from when she's gone into a grocery store or a doctor's appointment," Tharp said.

Southwest airlines sent a statement that reads, in part,  "Although we do not discuss specific information regarding customers, we can share that … customers and employees age two and older are required to wear face coverings or masks, in accordance with public health guidance issued by the CDC."

 Eating and drinking are the exception.

 The family argues – the CDC says on its website, mask use may be exempt for a person with a disability, mental health condition, or sensory sensitivity like Mya.

Plaintiffs' Exhibit 52

fox5atlanta.com

# Family says they were kicked off flight because 2-year-old son with autism wouldn't wear a mask

*Janice Yu*

3 minutes

---

**Family kicked off flight over son with autism**

A Georgia family was kicked off a Southwest flight because their 2-year-old son with autism couldn't wear a mask.

**ATLANTA** - A Georgia family heading to New York said they were kicked off a Southwest Airlines flight because their 2-year-old son with autism wouldn't wear a mask.

"You really fought a battle with a 2-year-old," said Edwin Rios, the father.

The couple said they've flown with their son, Elias, before but have never encountered this problem. The family of five was leaving Atlanta for a trip to New York.

"They don't understand those types of things when they're little. It just makes it harder when it's a kid that has a disability," said Maria Rios, the mother.

According to an advocacy group called Autism Speaks, it can be difficult for some on the autism spectrum to wear a mask.

CDC guidelines state exemptions can be made for those with disabilities.



The couple said they explained this to the crew when they pre-boarded their flight.

"We told you we can't force him to wear a mask. We told you his disability. You see our tickets because we preboarded his disability because we explained that to him at the front counter," Edwin Rios said.

The couple said they even tried to show the staff Elias would not keep his mask on.

"I forced it on him, fighting with him to put the mask over him, he ripped it right off and threw it on the floor," he said.

The family was eventually asked to get off the plane, but Edwin Rios said he told them he would only do so if the family was able to get their checked bags back.

He said he knew they would have to go back home and the key to their house was in one of the bags.

FOX 5 reached out to Southwest Airlines for comment and the company said it regrets the inconvenience the family faced but federal law requires Southwest to ensure everyone over the age of two to wear a mask at all times.

When asked about exemptions for those with disabilities, the company sent a link with steps one must take in order to be exempt.

The family said they were not made aware of this at any time during their interaction.

WATCH: FOX 5 Atlanta live news coverage

_____

Sign up for FOX 5 email alerts

Download the FOX 5 Atlanta app **for breaking news and weather alerts.**

Plaintiffs' Exhibit 53

travelpulse.com

# Southwest Prohibits Family From Boarding After Autistic Child Could Not Wear Mask

3-4 minutes

An Iowa family says they were prohibited from boarding a Southwest Airlines flight because their autistic son could not wear his face mask.

Instead, the family said they were forced to rent a car and drive home to Des Moines from St. Louis. The family – parents Cody and Paige Petek and their two children – were waiting on a connecting flight in St. Louis after arriving from Florida, where they had been on vacation.

ADVERTISING

But their 5-year old non-verbal son has autism and a sensory processing disorder, making it difficult for him to wear a face mask. A fellow passenger on the flight, Dr. Vince Hassel, said other customers were lobbying to get the boy on board when the Southwest Airlines crew refused.

"They weren't going to let the kid on the plane if he didn't put his mask on," Hassel said. "He just wasn't having it and throwing a fit. Just to watch this play out was absolutely horrible."

As this was playing out, the family said their son had a seizure, but his medication was on board the flight to Des Moines.

Transportation Security Administration (TSA) policy calls for people with disabilities who cannot wear a mask because of the disability are exempt from having to wear a mask.

The Peteks' lawyer said he thinks Southwest Airlines violated the Americans with Disabilities Act.

"There's clear guidance from the department of transportation about what the airline should do," said Anthony L. Marchetti Jr, the Petek's lawyer. "None of that happened here."

In a statement, Southwest said "While we regret any inconvenience this family experienced while traveling, federal law requires each person, 2 years of age and older, to wear a mask at all times throughout the travel journey... To assist travelers with disabilities, there is a narrow exception to the mask mandate for specific types of disabilities that prevent a person from wearing a mask. Southwest Airlines considers applications for exemptions from this mask requirement from passengers with a disability who cannot wear a mask, or who cannot safely wear a mask because of the disability.

"… In this case, a traveler was not wearing a face covering prior to boarding and did not have an exemption to the federal mask mandate. Southwest Employees tried to assist the family by encouraging the child's face covering be placed over the mouth and nose. Once the family was unable to meet the federal requirement, Southwest offered the family a hotel for the night and to rebook them on a flight today to allow them additional time to comply. Instead, the family chose not to fly and was granted a full refund. It's the responsibility of Southwest employees to enforce federal regulations. As always, we appreciate the spirit of compliance to the federal mask mandate and the ongoing cooperation among our customers and employees as we work collectively to support the comfort and wellbeing of all who travel with us during the ongoing COVID-19 pandemic."

Plaintiffs' Exhibit 54

washingtonpost.com

# Southwest removes family from flight after 3-year-old with autism is unable to wear mask

*Shannon McMahon*

3 minutes

When Southwest Airlines updated its mask policy to require "all customers over the age of two to wear a face covering or mask while traveling to help prevent the transmission of COVID-19," many travelers rejoiced. The no-tolerance policy is in line with guidance from the Centers for Disease Control and Prevention that face coverings be worn by everyone over the age of 2.

But on Aug. 10, the airline confirms, Southwest removed a family from one of its flights when a 3-year-old was unable to wear his mask on a flight from Midland, Tex., to Houston. The child has autism and doesn't like his face covered, the mother told Houston's KPRC-TV, and she had a doctor's note confirming as much.

"He was screaming. He was throwing a fit. He was screaming 'No, no, no!'" she told the news station. "I think there needs to be something in place for children or even adults with disabilities who can't wear a mask. They should have some kind of exemption."

She also took to social media to voice her frustration.

"When you get kicked off your flight because your 3 year old autistic child won't wear a mask... looks like I'm stuck here in midland," she wrote in a Facebook post, commenting on her own post that she was "disgusted by how my son was treated and how I was treated." Customers weighed in supporting the mother on social media, as well.

In a statement to The Washington Post, Southwest said it regrets "any inconvenience this family experienced. Customers are informed of the policy on our website during booking, in a pre-trip email sent prior to departure, and during a required acknowledgment that's part of the Customer Health Declaration Form which appears during the online check-in process on the Southwest app, Southwest.com and Southwest's mobile website."

The airline also says that it issues a full refund in cases where an individual is removed from a flight for being unable to wear a mask.

On Wednesday, Southwest chief executive Gary Kelly tweeted a reminder about its updated policies as the story circulated on social media.

Alaska, American, Frontier, JetBlue, United and Spirit airlines all have similar policies in place, requiring face coverings for travelers over the age of 2 without mention of any exceptions for medical conditions or disabilities.

Plaintiffs' Exhibit 55

[naturalnews.com](naturalnews.com)

# Man kicked off Southwest Airlines flight for not wearing a mask WHILE EATING candy

*Ramon Tomey*

5-6 minutes





(Natural News) Southwest Airlines removed a passenger from one of its flights for not wearing a mask while he was eating candy. Baltimore County resident Avi Mandel claimed he was kicked off a flight to Florida due to a new federal rule by the

*Transportation Security Administration* (TSA).

According to the federal rule, passengers like him now have to wear masks at all times – even when eating.

Mandel described his experience last April 18 in a video sent to *WJZ-TV*. "I, Avi Mandel, just got kicked off a plane because I wasn't wearing a mask in between bites while I was eating," he said in the footage, lamenting the treatment he received from Southwest. "The way I was treated was absolutely absurd. It was crazy and it wasn't fair."

According to the frequent Southwest flyer, he was waiting for his flight to take off for Fort Lauderdale Airport when the incident occurred. Mandel opened a pack of Twizzlers candy to snack on while waiting. A flight attendant then approached him, informing Mandel that he had to put his mask on – unaware that he was eating candy. The flight attendant immediately "ran away," he claimed.

A loudspeaker announcement to passengers then followed, saying that "everyone who's eating has to wear masks in between bites." Mandel said did not think much of the announcement at that time. However, the plane then returned to the terminal and a security team then escorted him off the aircraft.

Mandel remarked that he remained calm throughout the incident and other passengers stood up for him. He then showed footage of fellow passenger Stephanie Misiaszek saying "that is so wrong, he did nothing wrong" as he was escorted away. Nevertheless, Mandel insisted that the "embarrassing" situation left him with no choice but to leave the plane.

## The incident shows mask mandates are spiraling out of control

Following the April 18 incident, Mandel emailed Southwest on the matter. He only found out after the email that a new federal mask mandate went into effect. According to the mandate, airline passengers must wear face masks at all times – including "in between bites" of food. Mandel commented: "If I knew this rule ahead of time, I would have happily listened, but I had no clue."

The Baltimore County resident continued: "I think it could be handled a lot better, and I think the rule could have been placed better. I always do follow the rules … but this was not a rule I knew of and it wasn't explained to me." He ultimately concluded: "Had I known, I obviously would have done it differently, but you got to tell someone the rule in order for them to follow it."

A spokesperson for Southwest said in a statement that the airline regrets "any

inconvenience caused" by the incident. They reiterated, however, that "the face covering policy is communicated throughout the booking and check-in process, and it's the responsibility of [cabin crew] to enforce federal regulations."

Meanwhile, TSA guidelines saay that airline passengers can remove masks while eating, drinking or taking medications. But passengers are not allowed to go without a face covering for "prolonged periods" and must mask up in between bites and sips.

An April 30 press release on its website said the TSA extended its mask-wearing order until Sept. 13 of this year. Its initial mask mandate went into effect on Feb. 1 and was set to expire on May 11. (Related: STUPID-19: Newsom says Californians should wear a mask between bites while dining out.)

The mask order which was used as a basis for Mandel's removal from the Southwest flight appears to line up with a public health order by the *Centers for Disease Control and Prevention* (CDC). The Jan. 29 CDC mandate required Americans to wear face masks when traveling, according to *Reason*. The public health agency said federal, state and local authorities would enforce the order, which took effect Feb. 1.

Travelers who refuse to "mask up" may be removed from public conveyances and banned from traveling, aside from facing criminal penalties. But the CDC order also provided exemptions – such as when a person is eating, drinking or taking medicine.

Nevertheless, *Reason* Senior Editor Elizabeth Nolan described such mask mandates as problematic. She remarked that deputizing federal, state and local law enforcement to enforce mask-wearing orders opens up opportunities for harassment and abuse. Authorities are given a lot of leeway with how to enforce the rule and who to target.

Brown warned that both masked and unmasked people are in danger of any arbitrary enforcement. The reasonable duration of being mask-less when eating, drinking or taking medicine may differ for individual officers. In turn, people who remove their masks for these essential activities may find themselves on the wrong side of the law.

Visit MedicalTyranny.com to read more articles about mandatory mask orders.

**Sources include:**

CitizenFreePress.com

Baltimore.CBSLocal.com

TSA.gov

Reason.com

Plaintiffs' Exhibit 56

newsbreak.com

# Mother claims airline attendant offered her glue to fasten mask to crying two-year-old's face

*Independent TV*

8-17-21

3-4 minutes



File: Ali Cleek's two-year-old daughter was crying onboard a Southwest flight and was refusing to wear a mask (Getty Images)

A flight attendant for Southwest Airlines allegedly told a woman on board one of their flights to "glue" a mask on to the face of her two-year-old daughter who was refusing to wear one.

Ali Cleek had boarded a Southwest flight from Orlando, Florida to Norfolk, Virginia, on 12 August with her husband and two children.

Two-year-old Drew was crying and would not wear a mask, because of which two flight attendants approached the couple and watched them.

Ms Cleek, in an Instagram post, said the only way her daughter knew how to calm herself was to suck her thumb, something "damn near impossible with a mask."

"Drew is a thumb sucker and her only way she biologically knows how to soothe herself is by sucking her thumb which is damn near impossible with a mask," Ms Cleek said in the post.

"Well two flight attendants stood over me watching as we held her down and tried to get her to wear it," she added.

Ms Cleek said one of the attendants then allegedly gave her two options, comments she said that have left her "still shaking."

She said the attendant sarcastically told her she could cut a hole on the mask or that she could "glue it to her face."

The flight attendant indicated she had glue available, Ms Cleek told Fox News.

Ms Cleek said in her social media post that she was aware of the federal mask mandate in the US, but that "at some point we have to have human decency and compassion."

"I don't like being this person. Wearing a mask is the federal mandate… I get it. I respect it," she said in the post.

Ms Cleek told Fox News that she was a "rule follower" and did not want to come across as being against wearing masks.

"I just know that regardless if it was sarcasm or not I was embarrassed and trying to follow the mandate as much as I could," Ms Cleek was quoted as saying by the news channel. "My daughter is 2. We were doing everything we could to comply," she added.

The airline, in a statement emailed to Fox News, did not mention the specific incident, but said passengers "over the age of two" should "wear a mask at all times throughout the travel journey".

"The federal mask mandate for travellers has been in effect since February 2 2021 and requires all passengers over the age of two to wear a mask at all times throughout the travel journey," the statement said.

"We [Southwest] appreciate the ongoing cooperation among our customers as we work, collectively, to follow the federal mandate and support the comfort and wellbeing of all who travel with us during the ongoing COVID-19 pandemic," it added.

Ms Cleek said she received a call from customer care of the airline and got an apology.

"They said they would essentially talk to the flight crew," she said, adding that she hoped there will be a discussion within the airlines on what should be done in similar situations.

"I know I never want another parent to be in tears on an airplane because their 2-year-old won't wear a mask," Ms Cleek was quoted as saying by Fox News.

"I really don't want parents to feel like they have to hold down their child to put on a mask. I also don't want to feel like I can't travel with my kids by plane," she added.

Plaintiffs' Exhibit 57

liveandletsfly.com

# Southwest Airlines Flight Attendant Encourages Mother To Glue Mask On Face Of Two-Year-Old, Offers Glue Stick - Live and Let's Fly

*Matthew Klint*

4-5 minutes

Home > Southwest Airlines > Southwest Airlines Flight Attendant Encourages Mother To Glue Mask On Face Of Two-Year-Old, Offers Glue Stick

 

Now we've seen it all…a Southwest Airlines flight attendant actually instructed a mother to use glue to secure a mask on the face of her two-year-old, at least according to the horrified mother. She even said she had a glue stick available. Why not just offer a stapler?

**Southwest Airlines Flight Attendant Suggests Glue To Secure Mask On Two-Year-Old, Offers Glue Stick**

Masks are annoying, but they buy us time…proper masks help to slow the spread of the virus, which keeps hospital beds open and gives us a greater chance to vaccinate more people.

But every decision we make in life boils down to a risk-benefit analysis and I've long denounced the militant manner in which Southwest Airlines has enforced the federal mask mandate for two-year-old children.

(In Southwest's defense, it claims it is just enforcing the rules, though I think there is some legal wiggle room…)

Children are a low risk and asking every two-year-old to keep on that mask is simply unreasonable…but let's not beat a dead horse.

Today's twist occurred on a Southwest Airlines flight from Orlando (MCO) to Norfolk, Virginia (ORF). On August 12th, Ali Cleek and her husband were traveling with their four-year-old and two-year-old. While Creek did not have any trouble keeping a mask on Drew, their two-year-old, on the outbound journey, she would not keep her mask above his nose for the return.

On Instagram, Creek noted:

"Drew is a thumb sucker and her only way she biologically knows how to soothe herself is by sucking her thumb which is damn near impossible with a mask."

When Drew would not keep her mask on, two flight attendants stood over her with one advising Creek to "glue it to her face" and even offering a glue stick!

While that may seem like dry sarcasm, Creek suggested  that the flight attendant was being serious and could not care less that both mother and child were crying.

Creek's story has made headlines and she now has confirmed that Southwest called her and offered her an apology, saying it would counsel the flight crew.

Officially, however, Southwest only released this statement:

"The federal mask mandate for travelers has been in effect since February 2, 2021 and requires all passengers over the age of two to wear a mask at all times throughout the travel journey. We appreciate the ongoing cooperation

among our customers as we work, collectively, to follow the federal mandate and support the comfort and wellbeing of all who travel with us during the ongoing COVID-19 pandemic.

"As a note, customers are reminded of the federal mask mandate multiple times prior to travel. Southwest provides reminders during the booking process on our website; in pre-trip emails sent to customers prior to departure; and as a part of a customer's Health Declaration Form that must be acknowledged during the check-in process on the Southwest app, Southwest.com, Southwest's mobile website, and airport kiosks."

Sounds like nothing will change.

**CONCLUSION**

Whether in Kabul or Orlando, a little compassion goes a long way. Sometimes there are greater concerns than wearing a mask, which does nothing to diminish the importance of masks. Families should not be forced to drive because their two-year-olds cannot keep a mask on. Furthermore, flight attendants (of all people) should realize how difficult it is to travel with young children and pour on the empathy, not the sarcasm and threats in difficult situations.

(H/T: View From The Wing)

Plaintiffs' Exhibit 58

news.yahoo.com

# California family says they were treated like criminals on a Southwest flight because their toddler wouldn't keep his mask on

*Zahra Tayeb*

3-4 minutes



A Southwest Airlines plane at Los Angeles International Airport. FG/Bauer-Griffin/GC Images/Getty

- A Bay Area family left a Southwest Airlines flight over a mask incident.

- The family said they felt pressured to leave when their toddler could not keep his mask on.

- They vowed to never fly on Southwest Airlines again, KRON4 reported.

- See more stories on Insider's business page.

A California family said Southwest Airlines "just wanted them off the plane" when their 3-year-old son refused to keep his face mask on.

After the experience, the family vowed to never fly on the airline again.

Eric Hansen, his wife, and their toddler were all ready to fly from Las Vegas to San Jose, California, on July 23, KRON4 reported.

"They're a pretty big airline in the Bay Area but I am going to do all I can to not get another one of their flights and potentially go through another situation like this," Hansen told KRON4.

Hansen said two flight attendants and a gate agent treated them like criminals. When they feared police were being called to arrest them, they voluntarily stepped off the flight, KRON4 reported.

The family said they had to spend an extra night in Las Vegas without any of their checked baggage.

"They should have given us more time, maybe walked away and said we will give you five or 10 minutes, but their flight was late so I think they were trying to make time. They just wanted us off the plane and they didn't give us any time to talk him through it and try to get him to put it on," Hansen said, KRON4 reported.

Hansen complained to the airline, which sent him an email apologizing for his experience on the flight. But the airline also mentioned the Centers for Disease Control and Prevention's federal mask mandate: "All customers (age 2 or over) are required to wear a mask. If the customer does not comply with crew member instructions, we may refuse transportation."

Southwest Airlines did not immediately respond to Insider's request for comment.

Hansen told KRON4 that the policy was inconsistent because his son was maskless on both the inbound flight to Las Vegas and the rebooked Southwest flight to San Jose the next day.

In a similar incident in April, a family of three was booted from a Southwest Airlines flight after their 2-year-old could not keep his mask on.

In that case, a passenger named Erik Harvey; his wife, Michelle; and their toddler, Jackson, were all ready to fly from Denver to Austin, Texas, on April 1, Fox News reported. But they were told to leave because Jackson was unmasked.

A good Samaritan later stepped in to help them reach their intended destination at no extra cost.

Read the original article on Business Insider

Plaintiffs' Exhibit 59

wpri.com

# WPRI.com

*Gina Marini*

4 minutes

---

LINCOLN, R.I. (WPRI) — A Lincoln family is upset after they said Southwest Airlines kicked them off of a plane because their special needs daughter wasn't wearing a mask.

A federal mandate went into effect in February that requires all passengers to wear a mask when traveling on planes.

Heather and Victor Correria were supposed to be flying Southwest last Friday with their 14-year-old daughter Julianna, who has special needs.

Julianna, according to Heather, wouldn't be able to safely wear a mask because she wouldn't understand what it is or its purpose.

"She has cerebral palsy and she has profound intellectual disabilities," Heather explained. "You can't put it [a mask] on her mouth, she thinks you're trying to kill her."

"We're not here to break rules, we're not against the mask mandate," Victor added.

The couple said they've flown as a family during the pandemic before and never had an issue.

But this time, as they were heading to Florida to visit family, they were met with resistance.

Heather said they brought a doctor's note with them, as they had in the past to allow for a mask exemption.

"The plane was completely boarded, they were just about to shut and close the doors and a flight attendant came by and said, 'Do you have her exemption letter?'" Heather recalled.

After making it clear they were unaware of what an exemption letter is, the couple said they were escorted off the plane by an officer. They were then escorted by three officers through the airport.

"We were treated like we were criminals, like we had committed a felony," Heather said.

She said they learned what an exemption letter was once they were at the Southwest counter.

"I will follow rules, that's fine," Heather explained. "I just need to know what the rules are."

In a statement to 12 News, a spokesperson for Southwest said, "to assist travelers with disabilities, there is a narrow exception to the mask mandate for specific types of disabilities."

[Southwest's website](#) states those who are traveling with someone who has a disability and needs a mask exemption need to complete and submit [a form](#) at least seven days prior to the travel date, along with a letter signed by their physician.

The airline also said they must also provide evidence that the passenger received a negative COVID-19 test result within three days of the travel date no later than 24 hours prior to take off.

"Southwest communicates the face covering mandate to all customers at multiple touchpoints throughout the travel journey, including: during booking, in a pre-trip email sent prior to departure, and during a required acknowledgement that is part of the Customer Health Declaration Form and appears during the check-in process on the Southwest app, Southwest.com, Southwest's mobile website and airport kiosks," the spokesperson said.

The Correia's claim that didn't happen.

"There was no notice provided, and when we did look on their website, it's very buried," Heather said.

The airline did fully reimburse the family and gave them each a $75 Luv Voucher, but they said they want to make sure others are aware of these stipulations to prevent them from having the same experience.

"When traveling with a special needs child, bring it to their attention that there are procedures in place that people need to follow properly versus our experience," Victor said.

Plaintiffs' Exhibit 60

[who13.com](who13.com)

# who13.com

*Stephanie Johnson*

5-6 minutes

---

### Des Moines Family Denied Flight Home When Child With Autism Couldn't Wear Mask

by:

Posted: May 4, 2021 / 07:24 PM CDT / Updated: May 4, 2021 / 07:24 PM CDT

DES MOINES, Iowa — A Des Moines family was denied a flight home by Southwest Airlines after their young son with autism was unable to wear a face mask.

Exhausted from their trip to Florida, the Petek family was looking forward to finally getting home to Des Moines. Just as eager was 5-year-old Keaton, who lives with autism. While the family was traveling home, Keaton was unable to wear his mask due to severe sensory issues. The family encountered a problem with the airline as they were about to board their final flight in St. Louis.

"We were denied access onto our last flight home because Keaton was not able to keep his mask over his face due to his severe sensory issues and autism," Keaton's mother, Paige Petek, wrote on Facebook.

The family's attorney, Anthony Marchetti Jr., said the Peteks set up their boarding passes for the last leg of their flight so that they would be in the back row by themselves and separated from other passengers. However, that didn't matter to Southwest. The family was prevented from flying and escorted out by police.

Southwest Airlines says its employees were just following CDC policy. That policy, put in place in February, requires everyone 2 years old and older to wear a face mask while flying. Southwest Airlines does offer exemptions to the mask mandate for people with disabilities. However, the exemption must be requested prior to flying, not on the day of the flight.

Southwest Airlines says it offered the Peteks a hotel room for the night and would rebook them on the first flight the next morning. The problem was their luggage, which included

==Keaton's seizure medication, was already headed back to Des Moines. Instead of staying the night, the Peteks rented a car and made the six-hour drive home.==

The Peteks are relieved to finally be home. "[Keaton] is doing well. He's home, he's in his environment and things have calmed down. He's been seizure free and he is home with his family. They're taking great care of him as they do always, every day," said Marchetti Jr.

Although Keaton is protected under both the Americans with Disabilities Act and the Air Carrier Access Act of 1986, Southwest Airlines said, "The CDC order requires that air carriers make exemptions available for passengers with disabilities who cannot wear a mask — however the air carriers are allowed to impose conditions such as advance notice."

Southwest Airlines' full statement to WHO 13 reads:

"While we regret any inconvenience this family experienced while traveling, [federal law](#) requires each person, 2 years of age and older, to wear a mask at all times throughout the travel journey. Southwest communicates the face covering mandate to all Customers at multiple touchpoints, including: during booking; in a pre-trip emails sent prior to departure; and during a required acknowledgement that is part of the Customer Health Declaration Form that appears during the check-in process on the Southwest app, Southwest.com, Southwest's mobile website, and airport kiosks.

To support travelers with disabilities, there is a narrow exception to the mask mandate for specific types of disabilities that prevent a person from wearing a mask. Southwest Airlines considers applications for exemptions from this mask requirement from passengers with a disability who cannot wear a mask or who cannot safely wear a mask because of the disability. This exemption process is [detailed on our website](#) under "Mask Exemptions" and requires an application and documentation to be submitted prior to travel for review and approval.

In this case, a traveler was not wearing a face covering prior to boarding and did not have an exemption to the federal mask mandate. Southwest Employees tried to assist the family by encouraging the child's face covering be placed over the mouth and nose. Once the family was unable to meet the federal requirement, Southwest offered the family a hotel for the night and to rebook them on the next flight to allow them additional time to comply. Instead, the family chose not to travel and was offered a refund.

As always, we appreciate the spirit of compliance to the federal mask mandate and the ongoing cooperation among our Customers and Employees as we work collectively to support the comfort and wellbeing of all who travel with us during the ongoing COVID-19 pandemic.

Plaintiffs' Exhibit 61

liveandletsfly.com

# Unreal: Southwest Kicks Off Family Out Of Fear Three-Year-Old Might Remove Mask During Flight... - Live and Let's Fly

*Matthew Klint*

5-18-21

4 minutes

---

[Home](#) > [Southwest Airlines](#) > Unreal: Southwest Kicks Off Family Out Of Fear Three-Year-Old Might Remove Mask During Flight…



Another day, another incident of Southwest Airlines kicking off a family over a ridiculous mask issue. Only this time, the three-year-old question was *wearing* his mask. Flight attendants simply *feared* the boy would not be able to keep it on.

## Southwest Kicks Off Family Over FEAR Disabled Three-Year-Old Would Remove Mask

Here's what gets me about this incident: the kid was wearing the mask. He also had a disability, which Southwest Airlines used as a pretext to throw the family off.

Three-year-old Orion Scott has sensory processing disorder. His parents reached out to Southwest prior to their flight. They mentioned he *might* have trouble keeping his mask on, but provided the requisite information including a note from the doctor and their occupational therapist.

The family boarded their flight to Florida and settled into their seats. Orion had his mask on and, according to the family, and had kept it on throughout the process.

All of a sudden a flight attendant appeared. Addressing Caroline, Orion's mother, she said:

"You have to get off the plane. The captain doesn't feel comfortable with your family on it."

The flight attendant then explained they were not being kicked off for violating any rules, but out of fear the three-year-old *might* violate rules.

Caroline added:

"It's not OK. There was no empathy. There was no understanding. We were just humiliated. It was traumatizing and humiliating.

"We thought we were doing the right thing and for being forefront and honest, we were punished for it."

The family paid $1,700 to fly home on United the next day, did not mention the disability, and encountered no issue. Orion kept his mask on.

Asked about the incident, a Southwest spokesperson noted:

*Southwest Airlines regrets any inconvenience this family experienced while traveling, and our Customer Relations Team is contacting the family directly regarding their experience. Southwest Employees are working each day to ensure the requirements of the federal mask mandate with sensitivity during these challenging times. We appreciate the ongoing understanding and cooperation among our Customers and Employees as we work collectively to*

*support the comfort and wellbeing of all who travel with us during the ongoing COVID-19 pandemic.*

Here's my commentary: ==you're a gutless wonder, Captain. A coward lacking empathy is a danger in the cockpit. You have NO BUSINESS FLYING FOR SOUTHWEST.==

**CONCLUSION**

The Orions tried to do the right thing and were punished for it. As Caroline noted:

==**"**We're never going to disclose again, and that's a shame because it should be, 'How can we support people who need extra support?' Not 'Let's kick them off the plane.' No family should have to go through this!"==

She's 100% correct and unless the family is holding back information, ==I unconditionally condemn Southwest Airlines here. Southwest has a problem handling passengers with disabilities and I am getting sick and tired of the new stories that are constantly popping up. Southwest owes this family more than an apology…==

---

**> Read More:** [Family Denied Boarding On Southwest After Autistic Child Couldn't Wear Face Mask](#)

---

*image: provided by family to KDVR-TV*

Plaintiffs' Exhibit 62

[onemileatatime.com](onemileatatime.com)

# Trump Supporter Kicked Off Southwest Flight | One Mile at a Time

5-6 minutes    10-14-20

Well, I think this is the most 2020 story yet, as it involves Trump, masks, and being thrown off an airplane…

- Thrown off Southwest flight for Trump support?

- My take on this situation

- Bottom line

## Thrown off Southwest flight for Trump support?

A Twitter user shared a video of an incident that allegedly occurred on a Southwest Airlines flight yesterday, and it's going viral, with over 650K people having seen the video since last night.

The video shows the interaction a passenger had with a ground agent, who boarded the plane to remove him. The passenger was wearing a Trump hat and face mask and had a bag of nuts in one of his hands.

It's not entirely clear how the passenger filming the video is connected to the man, though it does seem like they know one another. In the video we see the following:

- The woman filming jumps in repeatedly to comment, including saying "could you tell us the policy that prevents him from taking his mask off while he's eating please?"

- She also claims "it's the hat and the mask, it's not the eating"

- The person she is traveling with says "I'll go with him" when he's removed from the plane

- The camera then points to the woman seated a row behind, who says "he put his mask on, he took it off when he started eating the nuts"

- Someone suggests this is a publicity stunt, to which this woman responds "it's not a publicity stunt, it's trying to make you follow policy, indiscriminately and impartially"

- In a video showing the passenger finally deplaning, you can hear another passenger say

"please leave so we can leave," to which the woman responds "yeah, and that's what they said in Germany too, right, just comply, thank you very much for showing us who you are"

Here are the two videos:

https://twitter.com/Grant503/status/1316111772034560000?

## My take on this situation

Let me start by acknowledging that this is a very divisive time politically, and I don't think anyone who is being honest with themselves can claim to be fully unbiased. A few things stand out to me about the video, though, which I hope are details most of us can agree on:

- ==The man being kicked off the plane and the woman filming have almost a suspiciously good defense on video — he's literally holding the bag of nuts, and she repeatedly asks if someone is not allowed to take off their mask to eat, which suggests they clearly know the rules; the woman even suggests she flies Southwest three times per week== (who the heck is flying three times per week nowadays?)

- At the same time, the man being kicked off the plane doesn't exactly seem to be great with masks — he takes it off, then briefly puts it over his mouth (but not nose), and then takes it off again, which doesn't exactly support his claim of only taking it off to eat

- The video ends abruptly and then restarts, despite the fact that they're not asked to stop filming, which makes me wonder why it stopped suddenly; was there something they were trying to not show?

- ==The gate agent references how they weren't following the crew's instructions, suggesting this wasn't about eating as such==

- The woman who was seated one row behind and speaks out in their favor specifically notes that =="he put his mask on, he took it off when he started eating the nuts,"== which suggests that his mask wasn't just off while eating

I wasn't there, so I don't know what happened. However, based on the candid take of the woman behind (who is even speaking out on the passenger's behalf), here's my best guess as to what may have unfolded:

- The man wasn't wearing a mask at some point (again, she said "he put his mask on")

- The crew confronted him about it and gave him a warning (the gate agent said "you need to follow the crew's instructions")

- Then he took his mask off again at some point during boarding to eat, knowing the snacking exception (it's anyone's guess if this was just intended to push buttons or what)

- Perhaps the crew had different political opinions, and it wouldn't surprise me if they

perhaps weren't as patient as they may have been with someone else

## Bottom line

A man wearing a Trump hat and Trump face mask was kicked off a Southwest Airlines flight yesterday. If the passenger's version of the story is to be believed, he simply briefly removed his mask to eat some nuts, and was then kicked off without a warning.

It's anyone's guess if that's the real story, though. We don't have the other side of the story, though there are a few details that make me wonder what else unfolded…

**What do you make of this Southwest Airlines situation?**

Meet Ben Schlappig, OMAAT Founder

Plaintiffs' Exhibit 63

keyt.com

# Alaska Airlines bans state lawmaker for her 'continued refusal to comply' with mask mandate | NewsChannel 3-12

*By CNN*

5-7 minutes

---

An Alaska state lawmaker who had called flight attendants "mask bullies" and clashed with airline employees on video over mask rules is now banned from Alaska Airlines for her "continued refusal to comply" with the mask policy, the airline said in a statement.

The restriction on Republican state Sen. Lora Reinbold will make her job more difficult: Alaska Airlines operates the only regular flights between her home north of Anchorage and the state capital in Juneau.

The ban meant Reinbold on Sunday had to drive more than 14 hours, including a portion of the trip through Canada, and take a ferry to reach Juneau on Monday, where a bill she opposes that would extend Gov. Mike Dunleavy's emergency powers during the coronavirus pandemic is scheduled for action.

She wrote on Facebook Sunday night that she had gone to "new heights" to serve Alaska. "I am keenly aware of the monopoly in air transport to Juneau that needs reviewed! … Nothing could get in the way to be in the Capitol to fight to executive branch infringement on the legislature & defending your rights by trying to stop HB76 which is on the Senate floor tomorrow!" Reinbold wrote.

Alaska Airlines suspended Reinbold from flying after "her continued refusal to comply" with the mask policy, the company said in a statement Sunday.

The airline told CNN in a statement that they have notified Reinbold of their decision.

==This suspension is effective immediately pending further review,==" Alaska Airlines spokeman Tim Thompson said in the statement. "Federal law requires all guests to wear a mask over their nose and mouth at all times during travel, including throughout the flight, during boarding and deplaning, and while traveling through an airport."

Reinbold said she was "reasonable with all Alaska Airlines employees" in a statement posted to her Facebook page, and felt the airline should have kept the issue confidential until further review.

==I inquired about mask exemption with uptight employees at the counter,==" Reinbold said in the statement. "I learned about (Alaska Airlines) decision before I knew there was even an inquiry and before I had a chance to talk to or discuss this with anyone at Alaska Air," she said. Reinbold said she didn't receive a warning per their policy.

CNN has reached out to Reinbold for comment.

The Federal Aviation Administration said in a statement Monday that it is "looking into an incident" involving a state lawmaker who Alaska Airlines said refused to wear a mask on its flights. The FAA did not provide further details about its investigation but said it is "strictly enforcing a zero-tolerance policy toward passengers who cause disturbances on flights or fail to obey flight crew instructions."

Last month, the FAA extended stricter enforcement against unruly passengers until the Centers for Disease Control and Prevention lifts its order requiring face masks be worn on mass and commercial travel. At the time, the FAA said it had received more than 500 reports of misbehaving passengers since December.

Reinbold, a coronavirus vaccine skeptic, has frequently clashed with airline employees over mask requirements. In November, after complaining on Facebook that flight attendants had been "mask bullies," according to The Anchorage Daily News, for asking her to wear a mask aboard a flight, she posted a cake with icing that said: "AK Airlines flight attendants, I'm sorry if I offended you."

The latest incident happened last week. In videos posted by The Alaska Landmine, which the website said was filmed Thursday at the Juneau airport, a

police officer responded to a clash between Reinbold and Alaska Airlines employees. One worker insists that she pull her mask up over her nose or she won't be allowed to board the flight.

**Senator has been critical of Covid-19 health policies**

Reinbold has been critical of the Covid-19 public health policy and has used her position as the chair of the Alaska Senate Judiciary Committee to hold hearings on whether restrictions are constitutional.

"Transparency, accountability, and basic information looking at the impacts of the disaster declarations are being denied or delayed at this time by Dunleavy," Reinbold wrote on her Facebook page on January 30 after the governor's office declined to participate in an upcoming hearing on his disaster declarations.

In March, Dunleavy told Reinbold that she would get no further cooperation from his administration after she repeatedly questioned the constitutionality of Covid-19 restrictions.

"It is clear you have abdicated the tenets of your oath as a public servant,"Dunleavy wrote in a letter to Reinbold which his office shared with CNN.

"You have used your position as a member of the Alaska State Senate to publicly misrepresent the State of Alaska's response to a global health crisis," Dunleavy said in the letter to Reinbold. "You impugned the motivations of unelected and non-political employees working for the State of Alaska was baseless allegations that, on multiple occasions, were demonstrated to you to be false."

Dunleavy also disputed Reinbold's suggestion that the governor might declare martial law to implement restrictions, or that Alaskans would be forced to take the Covid-19 vaccine.

*This story has been updated with a statement from the FAA.*

Plaintiffs' Exhibit 64

lawandcrime.com

# Alaska Lawmaker's Refusal to Comply with Mask Requirement Gets Her Banned from Only Airline that Regularly Flies from Anchorage to State Capital

*jlambe*                    4-26-21

4-5 minutes



Alaska State Sen. Lora Reinbold (R).

A Republican state senator from Alaska who referred to public face mask requirements as "tyranny" has been banned from traveling on future Alaska Airlines flights after repeatedly confronting and quarreling with airline staff while refusing to comply with the rules, several news outlets reported Sunday.

"We have notified Senator **Lora Reinbold** that she is not permitted to fly with us for her continued refusal to comply with employee instruction regarding the current mask policy," airline spokesman **Tim Thompson** said in a statement to Law&Crime on Monday. "This suspension is effective immediately, pending further review. Federal law requires all guests to wear a mask over their nose and mouth at all times during travel, including throughout the flight, during boarding and deplaning, and while traveling through an airport."

Last week, videos posted to social media showed Reinbold in a dispute with employees from Alaska Airlines and Juneau International Airport over the mask rule. This resulted in a police response. While she was permitted to board the flight back to Anchorage, where she lives, a post-incident investigation resulted in the decision to ban her, per the *New York Daily News.*

Reinbold told the *Anchorage Daily News* that she was "reasonable" with all the employees throughout the encounter.

"I have been flying on Alaska Air for decades and am an MVP Gold (frequent flyer). I inquired about mask exemption with uptight employees at the counter," she added.

While being banned from a single airline wouldn't pose a significant problem to most Americans, Reinbold's in a unique situation: given that Alaska is the least densely populated state in the nation, Alaska Airlines provides the only regular direct flights from her home in Anchorage to the state capital in Juneau.

According to a Monday report from the *Washington Post*, without the option to fly to the capital, Reinbold had to embark on a drive of more than 14 hours—which included a short stint through Canada and a ferry ride—to make it to Juneau on Monday.

"Alaska I went to new heights to serve you & have a new appreciation for the marine ferry system," she wrote in a Facebook post. "I am keenly aware of the monopoly in air transport to Juneau that needs reviewed! Please thank my husband for giving up his birthday to make a long unexpected trip to Juneau by road/ferry system! Nothing could get in the way to be in the Capitol to fight to executive branch  infringement on the legislature & defending your rights by trying to stop HB76 which is on the Senate floor tomorrow!"

HB 76 is a bill that would renew Gov. **Mike Dunleavy's** (R) Jan. 15 public health emergency declaration through September.

She also complained that Alaska Airlines publicly commented on the decision to ban her without her permission, saying the airline deprived her of "due process," which doesn't apply to private companies.

"Ak Air: Until there is a fair determination, after thorough review of both sides, I believe this should be confidential. I learned about Ak Air decision before  I knew there was even an inquiry and before I had a chance to talk to or discuss this with anyone at Alaska Air," she posted on Facebook. "I never received a warning via a yellow card per their policy either. There was no due process before a temporary decision that is 'under review' was made public. Alaska Airlines sent information,  including my name, to the media without my knowledge nor permission. I do believe constitutional rights are at risk under corporate covid policies."

Plaintiffs' Exhibit 65

mustreadalaska.com

# Citizen reporter shows flight attendant, pilot not wearing masks on Alaska Airlines flight - Must Read Alaska

*author: Suzanne Downing*

2 minutes



<mark>A citizen reporter flying from Dillingham to Anchorage on Alaska Airlines/Horizon Flight 2211 on Sunday documented the crew not wearing masks during portions of the flight, in defiance of company rules</mark> and federal laws.

While going over the safety protocols during preflight routines, the flight attendant is identified as "Karen," and she is a free-breather who doesn't even

have her mask around her chin, as shown in the video. Passengers are required to wear masks on the airlines unless they are eating, and then must replace their mask after every bite.

The pilot also had his mask off of his nose and mouth; his mask was around his chin.



*Maskless pilot on Alaska Airlines Flight 2211.*

Last week, Sen. Lora Reinbold was banned from Alaska Airlines flights over her refusal to wear her face mask properly. It's unclear how long she will not be welcome as a passenger but *Must Read Alaska* sources say she has been banned for 30 days.

**Read: Confirmed: Reinbold banned from Alaska Airlines flights**

The citizen reporter, who asked to remain anonymous so she would not be banned from Alaska Airlines flights, commented, "Either masks work,  or masks are just a power grab from the corporate elite and CDC.  This video proves that it is nothing but a power grab."

Plaintiffs' Exhibit 66

alaskapublic.org

# 'It was beyond belief': Alaska Airlines removes passenger over mask dispute

*Tim Ellis, KUAC - Fairbankshttp://www.kuac.orgTim Ellis is a reporter at KUAC in Fairbanks.*

4-5 minutes



Judy Ferguson took this selfie Saturday after she'd settled in to her seat on an Alaska Airlines flight to Seattle, before she was removed by airlines staff. (Photo courtesy of Judy Ferguson)

Judy Ferguson said she'd just settled-in Saturday for a flight to Seattle, where she was to talk with her doctor about treatment of her pulmonary fibrosis. She wore an N95 mask and visor while boarding, then changed into a respirator helmet, which looks sort of like what firefighters wear in a burning building. <mark>Soon after she was approached by an Alaska Airlines</mark>

employee.

"The agent told me to take off my respirator helmet," she said in an interview Monday. "I told him I'm 75, I have lung fibrosis, which is terminal. I'm going to critical appointments in Seattle, at University of Washington Medical Center. And I will not remove my ventilator helmet."

Ferguson said she was trying to explain to the man, who she was told is a gate agent, that her respirator helmet was safer than the surgical mask that he was insisting she wear. Those are the light blue, fabric face coverings that, along with similarly designed cloth masks, complies with Alaska Airlines mandatory face mask policy.

But Ferguson said the agent gave her only a minute or so to explain before calling for his supervisor.

"The lead gate agent came, and she said, 'I will not talk to you on this airplane. You have to get off the airplane and talk to me.' So she said six times, 'Get off the plane. That's the only way that I will talk to you.' And she never did talk to me."

By then, Ferguson said, she'd removed her helmet and put the N95 and visor back on. She said she tried to explain to the agents that the N95 didn't have an exhalation vent, so she wouldn't exhale viruses and put fellow passengers at risk of contracting COVID-19.

She said she also tried to explain that she'd been told by Alaska Airlines personnel that that type of N95 complied with its policy. And, she said, she was told by a doctor at UW Medical Center that surgical masks offer only limited protection.



Two Fairbanks International Airport police officers carry Ferguson's luggage back to the main lobby after Ferguson was removed from the flight to Seattle. Ferguson posted this and several other photos depicting the events that unfolded Saturday at the airport. (Photo courtesy of Judy Ferguson)

"She told me that a surgical mask or a cloth mask do not offer any protection longer than 20 minutes in an enclosed environment," Ferguson said. "I was going to be on the plane for about four and a half hours."

But before she could explain all that, Ferguson said, a couple of Alaska Airlines workers grabbed her carry-on bags and escorted her off the airplane. She said she was met at the gate by an airport police officer, who forcefully escorted her to the ticket counter. She said an Alaska Airlines ticket agent offered to book her another flight in two hours if she calmed down. But she said she refused, and left the airport.

"I was emotionally violated," Ferguson said. "I had tremendous stress. A bruise on my arm. And it was beyond belief!"

Ferguson is an author who's spent the past 53 years in the Delta Junction area, where she and her husband raised three kids. She said she believes she was mistreated at the airport and that her rights under the Americans with Disabilities Act were violated. Ferguson said Wednesday that she'd talked with a lawyer about the case, but decided against pursuing it. She said, however, Alaska Airlines should revisit its mask policy and ensure treatment of disabled customers complies with the ADA.

Spokespersons for both Alaska Airlines and the state Department of Transportation declined to talk about the incident and instead sent written statements in response to queries. A Transportation Department representative said Ferguson was uncooperative and disruptive. The Alaska Airlines rep said it has refunded the cost of her ticket and launched an internal investigation.

Plaintiffs' Exhibit 67

onemileatatime.com

# Man Kicked Off Allegiant Flight For Mask Request | One Mile at a Time

5-6 minutes                    9-8-20

We've seen airlines kick quite a few passengers off planes over refusal to follow mask policies. However, this might be the first situation I've seen where someone was kicked off a plane for telling someone else — and specifically, a flight attendant — to wear a mask.

- Surprising reason man was kicked off Allegiant flight

- Allegiant Air's statement about this incident

- My take on this Allegiant Air mask drama

- Bottom line

## Surprising reason man was kicked off Allegiant flight

Yesterday morning a man was kicked off an Allegiant Air flight from Punta Gorda for being "disruptive." What was he doing to be disruptive? Asking a flight attendant to put on a face mask, allegedly.

According to what we know, the flight attendant lowered her mask during the safety demonstration to speak into the PA, and the man repeatedly interrupted the safety demonstration to tell the flight attendant to put it back on.

At that point the flight attendant told the man he had to leave the aircraft, and warned that law enforcement would be called if he didn't get off voluntarily.

There were a couple of videos of the incident, one of which has since been deleted. It seems that in general others sided with the passenger confronting the flight attendant:

- Several passengers express frustration over him being removed

- Another man can be heard saying "Allegiant has their freaking policy, you're supposed to be wearing a f*cking mask to begin with"

- A woman can be heard saying "this is not right," to which the flight attendant responds "I'm just doing what I'm supposed to do"

- As the passenger gets off the plane he encourages others to come off with him, and he also makes one last plea to the captain to talk to him, saying "I just asked someone to put on their face mask, that's all I did"

- Rather than the clapping you usually see when people are kicked off planes, here there are sighs

Here's one of the videos of the man leaving the plane:

https://twitter.com/peter61809160/status/1302927390507704320

## Allegiant Air's statement about this incident

As an Allegiant Air spokesperson describes the situation:

"The passenger was removed for repeatedly disrupting the pre-flight safety briefing which includes reiteration of our inflight face-covering policy. The flight attendant giving the safety briefing lowered their mask for speaking into the PA so the briefing could be understood."

It's worth noting that Allegiant's published policy is that "all crew members are required to wear a face covering at all times and gloves during inflight service."

## My take on this Allegiant Air mask drama

People will be shocked to hear that I have some opinions on this. 😉 In no particular order:

- I don't understand why some people think that they have to lower their face mask to speak; I see this everywhere, and it's just so silly

- Even if the flight attendant was only lowering her mask to make an announcement, flight attendants should be setting the example for passengers, and that includes flight attendants keeping on masks at all times, in line with Allegiant's policy

- Flight attendants should be looking to deescalate situations, so it's kind of disappointing the flight attendant wasn't capable of resolving this situation without kicking someone off

- I don't understand Allegiant's defense of this flight attendant, making it sound like it's okay to remove your mask when speaking, in violation of its published policy; does that also apply when providing service throughout the flight?

Now, that being said:

- We don't know exactly how the passenger confronted the flight attendant, and repeatedly interrupting the safety demonstration probably isn't the way to go about things

- At the same time, ==most people onboard sided with this passenger,== which suggests he wasn't being overly confrontational

For what it's worth, Allegiant was [the last major US airline to introduce a mandatory face mask policy](). I don't think that's a coincidence — the airline does tend to have different demographic than most other airlines.

So in many ways it's surprising that it was an Allegiant flight where a passenger was confronting a flight attendant over this.

### Bottom line

==[Allegiant Air]() has to my knowledge become the first airline to kick someone off for asking someone else to wear a mask.== While the guy may not have taken the right approach to confronting the flight attendant, other passengers seem to have agreed with him, and there's also no reason you should have to lower your mask to make an announcement.

Meet Ben Schlappig, OMAAT Founder

Plaintiffs' Exhibit 68

thriftytraveler.com

# Delta Has Banned Almost 1,000 Flyers Who Refused to Wear Masks

*Kyle Potter*

3 minutes

*This post contains references to products from one or more of our advertisers. We may receive compensation when you click on links to those products. For more information check out our* Advertising Disclosure.

On the eve of a new federal law making face masks mandatory in airports and on planes, Delta CEO Ed Bastian said Monday that the airline **has now banned roughly 950 flyers who violated the airline's requirement that flyers wear masks onboard.**

Delta and most other major U.S. airlines made face masks mandatory back in May. Airlines and flight attendants' unions pleaded with federal officials for months to set that requirement down in federal law to no avail.

That will change as Monday turns to Tuesday, as new President Joe Biden's executive order requiring face coverings in airports, on airplanes, and in other modes of public transit takes effect. The order requires all travelers 2 and older to wear a face covering and sets limits on what face masks will and won't pass muster: Homemade and cloth coverings are OK, but scarves, bandanas, and masks with valves are not.

Bastian hailed the executive order as a "layer of protection" for employees on the front lines.

"This adds a layer of protection for our people who have been integral in enforcing our mask policy. To date, we've banned approximately 950 people for failing to comply with the mask requirement," he said in a memo to employees.

Delta has been the most vocal by far about following through with that policy, continually updating the public as that tally grows. After the storming of the Capitol last month and viral video footage of flyers being removed from flights, Bastian also confirmed that the airline had also permanently banned a handful of unruly travelers from the airline. Bans of passengers who violated mask rules are expected to last until mask requirements fade.

With nearly 1,000 flyers now on its internal no-fly list, that's up substantially from just a few months ago, when Bastian said the airline had banned 460 flyers total. A handful of other airlines have published their ban totals, but Delta's is the largest by far.

Delta and other airlines have suggested that those bans will last until the mask requirements are lifted. And with more states, even individual airports, and now the federal government making masks mandatory, that likely won't be anytime soon.

Plaintiffs' Exhibit 69

uk.gofundme.com

# Help Kristen Meghan Stand up!, organized by Kristen Meghan Kelly

*Kristen Meghan Kelly is organizing this fundraiser.*

3 minutes

---

These funds are to assist a disabled veteran fund her legal efforts against Delta Airlines and STAT-MD for rights violations under HIIPA, the Air Carrier Access Act (ACAA), the American's with Disabilities Act of 1991 (ADA) and other private violations.  This requires a 50K representation fee that is needed  to move forward.  This impacts not just Kristen Meghan, but all Americans and their rights to not be discriminated against and be able to travel, freely.

Kristen Meghan is a military veteran and Health Freedom Activist. She is a medically retired Sr. Industrial Hygienist who has donated her time helping fellow Americans troubled by mask mandates, especially helping children and the disabled.

In December of 2020, Kristen and her friend Tammy Clark, of Stand Up Michigan, boarded a Delta flight to Miami, to help a private charter school educate parents to make informed decisions regarding facial coverings. Kristen was able to fly under Delta Airline's, Clearance to Fly Program.  She was approved to fly with  a mouth shield as a reasonable accommodation after speaking with their contracted third party MDs, via STAT-MD.

Fast forward to March 30th, 2021. Just a few months later Kristen was then humiliated and denied boarding for the same disability reasoning.  Suddenly, the STAT-MD Doctor claimed Delta requested he be more stringent on exemption due to President Biden's Mask EO.  She was told she could be approved if she was on Oxygen, had a facial deformity like no ears, or had

Down syndrome.

Kristen contacted Delta Corporate for help.  She was informed their policy had not changed since December and they asked that Kristen go back into the airport and ask the Conflict Resolution Officer (CRO) the doctor's name so they can educate him.  This story goes on to be even more disturbing, Tammy and Kristen missed the scheduled flight, because of this harmful incident. Kristen was denied flying and was broken.  By the grace of God and selfless individuals, private pilots stepped up and flew us to ND.  We missed day one of the meeting with the State Senate, but were able to give testimony to a subcommittee.  Kristen Meghan had already planned to talk about how these mandate harm and discriminate against the disabled, so she stirred up the courage to share her story with the Senators, to convey, first hand, how the disabled are harmed.

Kristen has a history running fundraisers for others and has donated quite a bit of funds and time to help others.  Please help Kristen, so she can help us all!

April 17, 2021 by Kristen Meghan Kelly, Organizer



Plaintiffs' Exhibit 70

uncoverdc.com

# Kristen Meghan Kelly Wants To Help Americans Travel Freely - UncoverDC

*Wendi Strauch Mahoney*

11-14 minutes          4-17-21

---

Retired Air Force veteran Kristen Meghan Kelly was improperly denied access to her Delta airlines flight in late March because she cannot wear a cloth mask that covers her nose and mouth. Kelly is disabled, suffering from PTSD due to a devastatingly traumatic event, so she can only wear a mouth-shield mask. UncoverDC spoke with Kelly on Friday to hear why she is suing Delta Airlines and STAT-MD for discriminatory practices. The details of the lawsuit are not yet public.

To fly without a mask, Kelly must use a program called "Clearance-to- Fly." In July of 2020, Delta Airlines instituted the procedural program which is a "rigorous exemption process" that accommodates those who have medical reasons for not being able to wear a mask. Per the Delta website, passengers who cannot wear a mask must complete the Clearance-to-Fly process at the airport before every flight. Delta began to require masks for customers and employees *"at all touchpoints in airports and onboard its planes"* in May 2020.

Delta contracts with STAT-MD, whose doctors provide on-call pre-flight phone interviews with passengers, among other services, to determine the health risks of wearing the masks for the disabled passenger. The assigned doctor then makes the appropriate recommendations to the airline on the spot whether the disabled passenger may board without the required cloth mask. The process requires the passenger to arrive early to allow time to reach a doctor who performs the required assessment.

In Kelly's case, she was asked both in December and in March to relay her

==medical information to the doctor in a public setting in the Delta boarding area because of this program. She told the agents at the time that she was very uncomfortable with giving her information in a public area where others could easily overhear.== She explained to UncoverDC that she wears her hair down on purpose so she *"can try to hide [her] face."*

Despite having applied for accommodations from the airline through their "Clearance to Fly" exemption, which, indeed, allowed her to board a plane in December—==Delta did not allow her to board in March.== Biden's Jan. 21 *"executive order to promote Covid-19 safety in domestic and international travel"* was the reason given for the change of heart by the STAT-MD doctor.

==The order clearly states that exceptions may be made according to "applicable law," which means that people with disabilities must be accommodated on airlines. Delta's corporate guidance on masks cannot supersede applicable law either.==

**Sec. 2**. *Immediate Action to Require Mask-Wearing on Certain Domestic Modes of Transportation.*

(a) *Mask Requirement*. The Secretary of Labor, the Secretary of Health and Human Services (HHS), the Secretary of Transportation (including through the Administrator of the Federal Aviation Administration (FAA)), the Secretary of Homeland Security (including through the Administrator of the Transportation Security Administration (TSA) and the Commandant of the United States Coast Guard), and the heads of any other executive departments and agencies (agencies) that have relevant regulatory authority (heads of agencies) shall immediately take action, to the extent appropriate and consistent with applicable law, to require masks to be worn in compliance with CDC guidelines in or on:

(i) airports;

(ii) commercial aircraft;

(iii) trains;

(iv) public maritime vessels, including ferries;

(v) intercity bus services; and

(vi) all forms of public transportation as defined in section 5302 of title 49, United States Code.

(b) *Consultation*. In implementing this section, the heads of agencies shall consult, as appropriate, with interested parties, including State, local, Tribal, and territorial officials; industry and union representatives from the transportation sector; and consumer representatives.

(c) *Exceptions*. The heads of agencies may make categorical or case-by-case exceptions to policies developed under this section, consistent with applicable law, to the extent that doing so is necessary or required by law. If the heads of agencies do make exceptions, they shall require alternative and appropriate safeguards, and shall document all exceptions in

writing.

Biden EO/Masks/Travel

Since Kelly had familiarized herself with Biden's executive order and Delta's corporate policies, she knew the doctor was incorrect. She asked the gate agent to call Delta's corporate headquarters to verify their policy for the doctor —which the Delta agent did allow. The person from headquarters told the agent that because Kelly's medical status hadn't changed, her exemption still stands. However, the shift manager, Mandell Presley, refused to override the doctor's decision despite guidance from Delta headquarters. Because of all the delays, Kelly and her traveling companion, Tammy Clark, missed their flight and also missed a later flight.

It was a private, non-profit pilot organization that does not wish to be named because of fear of intimidation, that stepped up to fly her to North Dakota —after 5 hours at the airport trying to resolve her issue and suffering what she feels was *"public humiliation."* Delta headquarters told Kelly that they opened a case file/claim at their corporate headquarters.





Kristen Meghan/Flying to ND

Ironically, Kelly was on her way to testify for two days for a bill about mask mandates, HB1323, that had already passed in the North Dakota state House. The bill was brought forward to create a new section to chapter 23-07 of the North Dakota Century Code, stating that the state and its officials could no longer mandate the wearing of masks in the state.

Kelly missed the scheduled meeting with the senators on the evening of March 30th, but the next day she was able to testify in front of a subcommittee of seven senators. Later that night, she testified at a town hall packed with about 300 people. The town hall was sponsored by Defend North Dakota and Health Freedom North Dakota. Health Freedom North Dakota also has its own Facebook page. Defend North Dakota's page is private.

Tammy K. Clark is an OSHA Environmental Health and Safety Professional, with over 15 years of experience in the field of Occupational Safety and Health. She is a Court-Approved Subject Matter Expert in the field of OSHA health and safety with regards to PPE, Respirators, and testing requirements, and has worked as a Legal Expert Witness in several court cases related to these subjects.

Tammy has a B.S. in Business and Construction Health and Safety, and holds several industry certifications in the fields of Occupational Health and Safety, Environmental Health and Safety, and emergency medicine.

Tammy's work has included field inspections, testing hazardous environments, training management and employees, and teaching in the university setting. She is passionate about providing relevant, accurate, and timely information to her clients and her work has been acknowledged with several awards and recognitions. She was named one of the "Most Influential Women in West Michigan" by the Grand Rapids Business Journal in 2018, and nominated again in 2020. Her business, Tammy K. Clark Companies, LLC, was also nominated a "Top Woman-Owned Business" in 2019.

Tammy is most recognized today for her role as the Executive Director with Stand Up Michigan, where she is leading the charge to free Michigan from the grip of tyranny.



Flier/ND Town Hall

According to the Grand Forks Herald, the bill passed the Senate on Apr. 12 67-24. The bill will allow "local control," meaning businesses can require masks. The Herald reported that North Dakota is the first state to pass "*sweeping prohibition on state-ordered mask requirements.*" The legislation was a "*push-back on compulsory mask-wearing*" enacted by Governor Burgum R-ND in November. If the governor decides to veto the bill, it will require a two-thirds majority in each chamber to override it.

Kelly is a Senior Industrial Hygienist with 18 years in the field—which means she is an experienced exposure scientist and no stranger to the dangers of environmental hazards due to viruses. People with her credentials *"perform health risk assessments of work environments due to high-risk environmental factors like radiation, chemicals, ergonomics in the workplace, and viruses"*—

to name just a few. She says the science shows that the spread of a virus, like Covid-19, is in no way hampered by wearing a mask. In fact, she says the millions of dollars spent on safety measures nationwide would have been better spent on HVAC ventilation systems or UV sanitation lights—like the ones mentioned by President Trump in a press conference about a year ago.

The key with microscopic, aerosolized viruses is to provide alternative dilution and destruction—or maximum ventilation and destruction technology. The Centner Academy in Miami implemented state-of-the-art Covid safe technologies in its facility in anticipation of reopening in September, according to reporting by PRNewswire. Kelly confirmed that the technologies the school is implementing are far more effective than masks and social distancing measures. Centner Academy facility upgrades are detailed below:

- **Facility modifications**, such as the **installation of Germicidal Ultraviolet Lights** inside HVAC systems located in all classrooms, bathrooms and elevators, to destroy harmful microorganisms, including mold, mildew, fungi, bacteria, and viruses like COVID-19, eliminate bad odors, and purify the air; as well as the **installation of electrostatic air purifiers** in common areas to remove contaminants from the air and improve air quality; and **re-equipment of all HVAC systems** with advanced filters to mechanically purify the air.
- **Enhanced cleaning training and routines:** All faculty, staff, and students will have training on hygiene requirements and cleaning practices, and cleaning crews will be doing hourly sanitization of surfaces and nightly deep cleaning and sanitizing.

Center Academy/prnewswire

Kelly's mentor, Stephen Petty, is one of 200 expert engineers/scientists in the country. He is a certified industrial hygienist and chemical engineer. He has been an exposure PPE warnings expert for 20 years. He was recently recruited to testify and advise with the Monsanto Roundup cases.

*In the video below, he speaks about PPE and aerosols:

Essentially, says Petty, cloth masks are completely ineffective barriers against the "micron-sized" virus. PPE is *"the least desirable way to protect people,"* as explained in his hierarchy of controls.





Slide/P. 11/Petty PowerPoint

Cloth masks are not PPE.



Slide/P.12/Petty PowerPoint

Evidence *"suggests that Covid-19 particles are mostly small aerosols, not droplets which would mean respirators, not masks [are] needed to protect the lungs and would make the 6' rule effectively meaningless."* The CDC released updated guidelines for schools in March of 2021. Among the updates was a reduction in social-distancing guidelines from six feet to three. Aerosols can

remain suspended for days, not hours. Those particles can reach deep parts of the lungs due to their size.



Slide/P. 18/Petty PowerPoint

In addition to increasing fresh airflow in buildings (dilution), Petty also suggests placing a small device to the intake fans on HVAC systems, called "iwaveair." The device provides needlepoint ionization technology that effectively annihilates (destruction) with 99% effectivity, viruses, mold, and bacteria. The device is about $400.

On Thursday afternoon, Kelly appeared in an emotional video that documented her encounter with Hudsonville School superintendent Doug VanderJagt and a teacher before entering a school board meeting. Kelly was there to provide evidence to the board and the community about the efficacy of wearing masks and alternative measures to keep students and staff Covid-safe.

However, Kelly and several other parents were not allowed to enter the building allegedly because they were not wearing masks. Kelly calmly explained her reason for being unable to comply but became noticeably

distraught when confronted by the superintendent and, then, when ridiculed and "publicly humiliated" by the teacher. The teacher is heard mocking and laughing at Kelly when she speaks about her credentials.

The video below speaks for itself.

Kelly has been a tireless expert advocate for months for dilution and destruction control measures all across the country. She has testified in numerous states, all on her own dime. She has been involved in the Health Freedom Movement for 11 years. While she has been medically retired from the field for some time now, her mission is to help others who do not have her expertise. Her Health Freedom Movement Facebook page had about 58,000 followers before it was abruptly removed without warning or explanation on August 19, 2020.

<mark>Kelly, who is usually on the giving end of help, is now asking for help to set a legal precedent that will help *"all Americans and their rights to not be discriminated against and be able to travel, freely."*</mark>

The Health Freedom Movement is not new. It is a libertarian coalition aligned with beliefs held by Ron Paul and the John Birch Society. Paul introduced Health Freedom Protection Act in the U.S. House of Representatives in 2005. The movement has gained noticeable traction because of what many see as draconian government overreach on health matters due to the pandemic—like the recent discussion of vaccine passports. The "perils of deference" were discussed in a recent UncoverDC article by Stu Cvrk.

Those involved in the movement advocate for freedom of choice rather than the government-based regulation of health practices. Self-professed Democrat and feminist Naomi Wolf issued a stunning statement on the dangers of implementing vaccine passports at the end of March seen below:

The Barrington Declaration is another outgrowth of the movement away from government dictates like lockdowns, mandated mask-wearing, and vaccines. Many doctors have been harassed or lost their license to practice in the last year, including Simone Gold and Oregon doctor Steven LaTulippe. Dr. Gold founded America's Frontline Doctors because she believes the facts about the virus are not being told.

Kelly relies on evidence and professional experience when advocating for dilution and destruction controls rather than masks to control the spread of the Covid-19 virus. She recommends referencing the Green Med Info website for evidence-based abstracts on the efficacy of masks. She also recommends several government sources for research on the topic, including information from the Center for Disease Control (CDC) and the National Institutes of Health (NIH).

The evidence discussed in a November 2020 NIH article concludes that data *"suggest that both medical and non-medical facemasks are ineffective to block human-to-human transmission of viral and infectious disease such SARS-CoV-2 and COVID-19, supporting against the usage of facemasks,"* and that masks cause *"substantial adverse physiological and psychological effects."*

The following text is directly captured from the conclusion of the NIH article referenced above. It provides a summary of *"scientific evidence[s] with respect to wearing facemasks in the COVID-19 era, providing pro[s]per information for public health and decision[s] making."*

**Conclusion**                                            Go to: ⊡

The existing scientific evidences challenge the safety and efficacy of wearing facemask as preventive intervention for COVID-19. The data suggest that both medical and non-medical facemasks are ineffective to block human-to-human transmission of viral and infectious disease such SARS-CoV-2 and COVID-19, supporting against the usage of facemasks. Wearing facemasks has been demonstrated to have substantial adverse physiological and psychological effects. These include hypoxia, hypercapnia, shortness of breath, increased acidity and toxicity, activation of fear and stress response, rise in stress hormones, immunosuppression, fatigue, headaches, decline in cognitive performance, predisposition for viral and infectious illnesses, chronic stress, anxiety and depression. Long-term consequences of wearing facemask can cause health deterioration, developing and progression of chronic diseases and premature death. Governments, policy makers and health organizations should utilize prosper and scientific evidence-based approach with respect to wearing facemasks, when the latter is considered as preventive intervention for public health.

Conclusion/ncbi.nlm.nih.gov

*please note that the Dr. Petty video above has been replaced due to censorship on the original video provided.

Plaintiffs' Exhibit 71

onemileatatime.com

# Wow: Delta Has Already Banned 100 Anti-Maskers | One Mile at a Time

4 minutes          7-22-20

___

While all major US airlines now have rules requiring passengers to wear face coverings, Delta is winning by a long shot when it comes to making its policy crystal clear. The airline has seemingly also been doing more enforcing than other airlines

- Delta has banned over 100 anti-maskers

- Delta is stepping up mask enforcement even more

- Bottom line

Delta Air Lines CEO Ed Bastian appeared on the Today Show to outline what the travel experience is like nowadays. I'd say the most interesting part of the interview was his claims about enforcement of the company's face mask policy.

Delta has been requiring passengers to wear masks on flights since early May. Initially enforcement was perhaps lax, given the vague wording of the rules, allowing exceptions for "people unable to keep a face covering in place, including children."

However, as the use of face masks has become more political, Delta has also stepped up its enforcement. Bastian claims that Delta has placed 100 people on its "no fly list" over mask issues, and says that if you insist on not wearing a mask, he insists on you not flying Delta. As he explains:

We've been steadily and rather aggressively stepping up our enforcement of the mask policy. You cannot board a Delta plane unless you have a mask on. If you board the plane and insist on not wearing a mask, we insist that you do not fly Delta into the future. We already have 100 people put onto that list."

Frankly I'm surprised that this many passengers have been banned from Delta over lack of mask compliance. Keep in mind these aren't people that didn't wear a mask for a medical reason, as there have been some exemptions. Rather these are people who outright refused despite any claim of a medical issue, which is the only way one would end up banned over mask compliance.



*Delta has banned 100 passengers over mask enforcement*

## Delta is stepping up mask enforcement even more

This revelation from Bastian follows news last week that Delta is significantly stepping up enforcement of its face mask policy for people who refuse to wear masks. Delta updated its website to encourage anyone with health conditions or disabilities that explicitly prevent wearing of a face covering to reconsider travel.

On top of that, anyone who has a condition preventing them from wearing a mask should show up at the airport early to complete a "Clearance-to-Fly" process, which could take over an hour. This process includes a virtual consultation with a healthcare professional, who will consider circumstances, and could make exceptions on a case-by-case basis.

Delta is no longer using the "honor system" for wearing masks. Any passenger found to be making false claims about a disability or health condition in order to obtain an exemption can have travel privileges on all Delta flights suspended for as long as the airline is requiring passengers to wear face masks.

Plaintiffs' Exhibit 72

today.com

# If you insist on no mask, 'we'll insist you don't fly Delta,' CEO says

*By Scott Stump*

7-22-20

4-5 minutes

---

If you refuse to wear a mask on a Delta flight, the CEO says you should find another airline.

Ed Bastian spoke with Willie Geist on TODAY Wednesday about how the airline has been "steadily and rather aggressively" stepping up enforcement of its mask policy to keep crew and passengers safe during the pandemic.

"You cannot board a Delta plane unless you have a mask on," he said. "If you board the plane and you insist on not wearing your mask, we will insist that you don't fly Delta into the future. We already have over 100 people we've put on that list."

While all the major airlines have instituted a policy requiring customers to wear masks, Delta announced Monday that passengers who claim they are unable to wear masks due to a health condition must be medically cleared at the airport or consider another mode of transit.

"We implemented a new procedure this week because we've had some customers indicate that they have underlying condition that makes wearing a mask dangerous for them," Bastian said. "We've told them that you may not want to fly, to reconsider whether air travel is the right form of transportation."



The airline's "Clearance-to-Fly" procedure involves a screening conducted in conjunction with the University of Pittsburgh Medical Center and STAT-MD, a physician service that provides consulting to airlines.

The process can take more than an hour, and anyone found falsifying claims of disability or a health condition to get a mask exemption could be suspended from flying Delta as long as the mask requirement is in effect, the company said in its news release.

*Watch TODAY All Day! Get the best news, information and inspiration from TODAY, all day long.*

Bastian also highlighted other safety precautions like Delta planes being regularly sanitized and electrostatically fogged. Flights are booked to 60% of their capacity and middle seats are blocked off.

"The flight experience today is really positive," he said. "I know there's a lot of anxiety in the general public and even from road warriors who have been out flying for years. The first time back, there's a level of angst that they need to almost be walked through the process."

Like all of the major airlines, Delta has been hemorrhaging money during the pandemic. The company was losing $100 million a day in March, which was reduced to $27 million a day in June.



==Bastian called the money earmarked for the airline industry by Congress in the CARES Act "immeasurable"== in being able to pay employees during the pandemic. The provision from the CARES Act, which was signed in March, is set to expire by the end of September, when several airlines have said massive layoffs could occur.

Almost 20% of Delta's employees will be retiring on Aug. 1, which will cut some costs for the company. Bastian was asked if the airline will need another round of money from the federal government when the CARES Act expires.

"I don't know," he said. "We're trying hard not to."

"We need demand to come back," he continued. "I don't know if ==government assistance== is the answer. What we really need is a vaccine, we need some medical confidence back in consumers and to continue to restore confidence in air travel."

Scott Stump is a New Jersey-based freelancer who has been a regular contributor for TODAY.com since 2011, producing news stories and features across the trending, pop culture, sports, parents, pets, health, style, food and TMRW verticals. He has tackled every assignment from interviewing astronauts on the International Space Station to prison inmates training service dogs for military veterans.

Plaintiffs' Exhibit 73

onemileatatime.com

# Will Delta Ban The Man Who Killed Bin Laden? | One Mile at a Time

2 minutes                     8-19-20

---

***Update****:* <mark>Yep, *Delta has indeed banned the man who killed Bin Laden*.</mark>

<mark>Robert J. O'Neill</mark>, the former US Navy SEAL who killed Osama Bin Laden in a 2011 raid, <mark>posted on Twitter today from his Delta Air Lines flight.</mark> He simply took a selfie while not wearing a mask, and posted it with the caption "I'm not a p*ssy." He posted this early this morning, and just now deleted it, about five hours after it was posted.



Delta has really stepped up enforcement of its mask policy in recent weeks, and the airline

claims it has around 150 people on its no-fly list for refusing to wear masks. This shouldn't even be about whether or not one thinks masks are important, but rather Delta has a clearly published policy, and he's choosing to ignore it.

And seriously, is this what we're equating to "bravery" nowadays? He's "not a p*ssy" because he choose not to wear a mask on a plane? What's next, not wearing a seatbelt, because you're "not a p*ssy," or what?

It'll be interesting to see if Delta adds O'Neill to the no-fly list, given his clear disregard for the company's policy.

Thanks for your service, sir. But in this particular situation I'm going to have to agree with this doctor:

You're not a "pussy" because the vagina is one of the most resilient parts of the human body that can withstand childbirth. You're more of a selfish coward willing to jeopardize the lives of others, including the Marine veteran behind you proudly wearing a USMC hat and a mask.

— Eugene Gu, MD (@eugenegu) August 19, 2020

**What do you guys think — will Delta ban him?**

Meet Ben Schlappig, OMAAT Founder

Plaintiffs' Exhibit 74

onemileatatime.com

# Kudos: Delta Just Banned Mr. "I'm Not A P*ssy" | One Mile at a Time

3 minutes

Yesterday I posed the question of whether Delta would ban the man who killed Bin Laden back in 2011. Well, the answer is yes. Robert J. O'Neill has taken to Twitter to indicate that he "just got banned from Delta for posting a picture."

I just got banned from @Delta for posting a picture. Wow.

— Robert J. O'Neill (@mchooyah) August 20, 2020

For those of you who missed the story yesterday, O'Neill posted a picture of himself on a Delta flight not wearing a mask, with the caption "I'm not a p*ssy." Because, you know, only "p*ssies" wear masks (and don't even get me started on the concept of using "p*ssy" as an insult — seriously?).





His Tweet was deleted many hours later. He then clarified that he didn't delete it, but rather that his wife did.

I didn't delete my tweet. My wife did.

— Robert J. O'Neill (@mchooyah) August 19, 2020

His Tweets since then haven't brought much clarity to the situation. One theory was that O'Neill was doing this as a joke since there was a guy with a USMC hat across from him. However, he confirmed it wasn't a dig at that guy.

https://twitter.com/mchooyah/status/1296175177038954497

Then he (sarcastically) claimed that joking is not allowed on Twitter, though I'm not sure why posting a picture not wearing a mask and claiming that makes you "not a p*ssy" is funny.

Keep in mind, Twitter: No joking allowed!!

— Robert J. O'Neill (@mchooyah) August 19, 2020

And then when Alyssa Milano schooled him, he said he does wear a mask…

I do wear a mask, @Alyssa_Milano … this attempt at a joke did NOT go over well…
https://t.co/LgQR6UzN0d

— Robert J. O'Neill (@mchooyah) August 19, 2020

… but then he separately also posted a link to a story saying that masks don't work.

Just a quick re-tweet… COMMENTARY: Masks-for-all for COVID-19 not based on sound data | CIDRAP https://t.co/HeWbJi3Di8

— Robert J. O'Neill (@mchooyah) August 20, 2020

Then he reminded everyone that he's not a bad guy, but that he killed the bad guy…

I am not the bad guy. I Killed the bad guy.

— Robert J. O'Neill (@mchooyah) August 19, 2020

Okay then…

Delta has so far added about 150 people to its "no fly list" over mask issues, so I appreciate the company's consistency with this, and not giving this guy a free pass.

**Are you surprised to see that Delta banned this guy?**

Plaintiffs' Exhibit 75

cw39.com

# CW39 Houston

*Britt Moreno, KXAN, Nexstar Media Wire*

4-5 minutes

---

## Family leaves Frontier Airlines flight after employee tells 2-year-old to mask up

by: Britt Moreno, KXAN,

Posted: Aug 16, 2021 / 05:24 AM CDT / Updated: Aug 16, 2021 / 05:24 AM CDT

AUSTIN (KXAN) — Rebecca Sylvia-Cramer believes masks have kept her family safe.

"My son has a kidney issue, and I am pregnant, so we can't get sick," she explained.

The mother of two said that's why it was upsetting when Frontier Airlines told her that her toddler was being non-compliant because he wouldn't wear his mask on a flight from Denver to Austin.

"The biggest issue for me is that I got treated like a criminal, and I am not a criminal," she told KXAN.

Sylvia-Cramer, her 2-year-old son, 4-year-old daughter and her mother did not end up flying home Wednesday.

Sylvia-Cramer said her family had been excited initially. She said her 2-year-old is a "corona baby," so he had never been on a plane. However, the experience was not what she'd expected.

"So, I will say that the first time we were approached, [the flight attendant] did not approach me, she approached my son and told my son, who is 2 years old, and told him he needed to stop playing with the armrest," Sylvia-Cramer said.

-



Rebecca Sylvia-Cramer and her family (Courtesy of Rebecca)

Rebecca Sylvia-Cramer and her family (Courtesy of Rebecca)

She said there were no passengers in the row in front of her family nor the row behind.

After that, she said, the flight attendant asked Sylvia-Cramer to tell her son to wear his mask, which was on a lanyard around his neck. Sylvia-Cramer, who had given her son a lollipop, told the flight attendant he was hungry because the flight was delayed getting into Denver and they didn't anticipate having lunch so late.

"I had one [mask] ready for both my kids, and I said, 'He's eating now.' It's my understanding that if kids are eating, they can take their masks off," she said.

Sylvia-Cramer said several flight attendants asked how old her son was. She asked one of them why they were questioning her.

"I was like, 'What's going on? Do you think I'm not being compliant, like I understand I'm trying to get him to wear his mask.' And [one flight attendant] said, 'No, we're just checking for numbers. We need to know if he's a lap child or has his own seat.'"

Still according to Sylvia-Cramer, another Frontier Airlines employee boarded the plane and told her his supervisor was trying to decide whether her family should take a different flight.

Sylvia-Cramer voluntarily got off the plane with her family because she didn't want to hold up the plane any longer.

"I stood up, and I said, 'I'm so sorry. I'm pregnant, and I have two toddlers, and I'm just doing the best I can,'" she recalled while in tears.

She decided to drive from Denver to Austin with her family.

Frontier Airlines told KXAN that even with the family's delay ahead of take-off, "the flight ultimately arrived in Austin just three minutes past the scheduled arrival time."

Regarding Frontier's eating policy, the airline said, "Pulling your mask down briefly to eat or drink is allowed but having your mask down for an extended period of time is not."

Frontier's mask policy states: "As required by federal law, the Centers for Disease Control (CDC) Order and Transportation Security Administration (TSA) Security Directive, all passengers and employees must wear a face covering over nose and mouth throughout the Frontier travel experience including at ticket counters, gate areas, baggage claim and onboard all flights."

People with disabilities who cannot wear a mask can apply for an exemption.

Frontier was processing a refund for Sylvia-Cramer.

Plaintiffs' Exhibit 76

abc7.com

# Airline dispute: Family says they were kicked off Frontier flight because toddler wasn't wearing mask

*Joe Torres*

2-3 minutes

---

NEW YORK -- A family says they were kicked off a flight simply because their 18-month-old baby was not wearing a mask, but the airline says that was not the case.

Frontier Airlines said it asked the large group of Orthodox Jewish passengers to leave the flight because some refused to wear masks. But the passengers say it was only the baby who wasn't wearing a mask.

Fellow passengers recorded what happened Sunday on Frontier Airlines Flight 2878 from Miami to LaGuardia Airport in New York.

WABC-TV, our sister station in New York, spoke with Martin Joseph on Monday. He and 21 of his family members were ordered off the plane.

"They asked one of my daughters and son-in-law -- they had a baby of 15-months-old -- that where is the mask for the baby? My daughter explained that the law doesn't require a mask," Joseph said.

Caught on camera: Passengers brawl on plane leaving Las Vegas

Frontier Airlines eventually canceled the flight and released the following statement to WABC:

"The issue that arose was not with the child. There were multiple adults in the group who refused to wear masks despite repeated requests to do so."

Joseph said that is nonsense. He said the social media video shows everyone wearing a mask.

"They were telling them they don't have masks -- a family of three -- and I told them I was the first one in the back and I saw them all coming on board with masks," a fellow passenger said.

Joseph also criticized the flight crew for removing other unrelated Orthodox Jewish passengers.

"If you want to treat me to the statement to say that it was racism, that we were singled out, I believe so, yes, I believe so," Joseph said.

Another passenger described seeing the flight crew high-fiving each other. The 51-year-old husband, father and grandfather said Frontier Airlines has yet to apologize for what happened.

He and his extended family finally made it home Monday, after they all bought tickets on JetBlue.

Copyright © 2021 WABC-TV. All Rights Reserved.

Plaintiffs' Exhibit 77

usatoday.com

# Frontier Airlines accused of anti-Semitism after canceling flight over mask controversy

3-4 minutes

Jewish groups accused Frontier Airlines of anti-Semitism after the carrier canceled a Sunday flight from Miami to New York over a clash with a group of Hasidic Jewish travelers related to mask compliance.

The Orthodox Jewish Public Affairs Council accused the Frontier cabin crew of "bigoted behavior." The airline said the passengers were deplaned because of a "continued refusal to comply with the federal mask mandate."

The OJPAC, which shared video of the incident on Twitter, said the dispute arose because crew members ordered a Hasidic Jewish couple to deplane because their 18-month-old child didn't have a mask. Children under 2 are exempt from the federal transportation mask mandate.

The group accused the crew of applauding, exchanging high-fives and congratulating one another as the passengers left the plane. OJPAC said an Orthodox Jewish person defended the couple, and their extended family – who were masked – began leaving the plane, "at which point Frontier ordered everyone off the plane."

Frontier disputed that narrative on Twitter as well as in a statement to USA TODAY.

"On Feb. 28, while Flight 2878 from Miami to New York-La Guardia was preparing to leave the gate, a large group of passengers repeatedly refused to comply with the U.S. government's federal mask mandate," spokesperson Jennifer de la Cruz told USA TODAY in an email. "Multiple people, including several adults, were asked repeatedly to wear their masks and refused to do so. Based on the continued refusal to comply with the federal mask mandate, refusal to disembark the aircraft and aggression towards the flight crew, local law enforcement was engaged. The flight was ultimately canceled."

The airline tweeted Sunday, "Repeated requests to comply with federal law necessitated their removal from the flight. The issue did not stem from a child under 2."

"Some people in that 'group' are not even family related," OJPAC fired back after seeing Frontier's tweet. "They are grouped together as Hasidim."

Plaintiffs' Exhibit 78

orlandosentinel.com

# Family kicked off Spirit Airlines flight from Orlando after 2-year-old doesn't wear mask

*David Harris*

2-3 minutes

---

A family was asked to leave a Spirit Airlines flight before takeoff from Orlando International Airport to Atlantic City, N.J., after their 2-year-old child didn't have a mask on while eating, according to videos of the confrontation.

The videos, which started making the rounds on social media Monday afternoon, showed the young girl on her mother's lap eating when a flight attendant, relaying a message from the pilot, said the girl had to have a mask on.

The mother told the flight attendant the girl had just turned 2. Much like other airlines, Spirit requires passengers 2 and older wear masks except while eating, which the girl is doing.

"If you're not compliant, you will have to get off," a flight attendant told the family as the father, who was seen on the video taking his own mask on and off, asked for an explanation and threatened to call his lawyer.

Orlando police also responded to the scene shortly before noon.

"Seven months pregnant with special needs kids … on a flight trying to get this [mask] on but she's refusing to keep it on, but we are all getting kicked off," the mother said in one of the videos.

All the passengers had to deplane and then re-board the plane with a new flight attendant crew, according to the video.

There was applause after the announcement about the crew change was made over the PA system.

The father posted a video after getting back on the plane.

"Happy ending," he said. "We're back on."

A spokesperson for the Orlando Police Department said its "officers stood by while Spirit Airlines resolved the issue."

Spirit Airlines did not return a message for comment. The flight was delayed by over two hours, according to FlightAware.

*dharris @orlandosentinel.com*

According to Chabad.org, Hasidim is the plural term for Hasid, a Jewish person who is devoted to "studying, contemplating, and internalizing Hasidic teachings."

Hasidim has been appropriated as a catch-all term used by outsiders to describe several different Jewish sects based on their attire and other common practices.

OJPAC called out Frontier for not addressing allegations by people on board about the crew's attitude toward the passengers.

Monday, the Anti-Defamation League New York/New Jersey called for a "full and transparent investigation."

When asked about the allegations of anti-Semitism, de la Cruz said, "We review every situation where a passenger has to be removed from a flight."

Though some Hasidic groups in New York have clashed with officials over COVID-19 precautions such as wearing masks, that was not the case on the Frontier flight, Hasidic passenger Martin Joseph told The New York Times.

"We're law-abiding citizens," he told the newspaper. "We have small children. We understand that the mask has to be worn, and everybody has to wear a mask, and that's the law. We comply one million percent."

*Contributing: Ryan Miller, USA TODAY; Joseph Spector and Jon Campbell, New York State Team*



Plaintiffs' Exhibit 79

businessinsider.com

## Spirit Airlines is defending its decision to de-board an entire flight after it says a family refused to wear masks

*Katie Canales*

6-7 minutes

---

- Spirit Airlines said it removed a family of four from a flight because they refused to wear masks.

- Video of the incident shows the masked parents being told to leave as their maskless child eats.

- Spirit says what is not shown is the parents not complying with mask mandates moments earlier.

- See more stories on Insider's business page.

Spirit Airlines is defending its decision to deplane a flight over what it said was one family's mask violations.

The Monday fight from Orlando, Florida, to Atlantic City, New Jersey, was ultimately delayed more than two hours after passengers were deplaned and the family was allowed to reboard the flight.

A video from a portion of the incident was posted on Twitter, but the full event remains unclear. In one widely shared video, a father, a pregnant mother, and their two children are seen being told to exit the plane. In the video, the mother and father are both wearing masks, though the father is seen removing his at some points to speak with the flight attendant.

One of their children is sitting on the mother's lap, not wearing a mask, and eating.

"I told you, noncompliance — you'll have to get off. I didn't want to do this," a flight attendant, who appears to be a different person from the one who originally confronted the family, is heard saying in the video posted by Disclose.TV.

The flight attendant later points to the child on the woman's lap when asked by both parents who isn't complying.

In the video, the flight attendant tells the family to leave the aircraft, saying "I'll have to deplane the aircraft and call the police" if they do not comply.

├─Disclose.tv 🛡 (@disclosetv) April 5, 2021

The video was shared widely, with many on social media expressing anger over the family's removal from the airplane. Some said it appeared the family was removed because of the young child's failure to wear a mask. Republican Sen. Ted Cruz shared the video on Twitter with the caption, "This is lunacy."

├─Yossi Gestetner (@YossiGestetner) April 6, 2021

├─Bernard B. Kerik (@BernardKerik) April 6, 2021

├─Jake Ducey (@jakeduceyauthor) April 5, 2021

In a statement posted to Spirit's Twitter account, the company said, "We're aware of incorrect

information circulating about Spirit Airlines Flight 138 from Orlando to Atlantic City. The flight was delayed due to compliance issues with the federal mask requirement. We allowed our Guests to continue on the flight to their destination after assurances of compliance. The safety of our Guests and Team Members is our top priority."

Federal law requires all passengers over the age of 2 to wear a mask when they're not eating aboard a flight. President Joe Biden signed an executive order in January that required all air travelers to wear masks on planes, and the Centers for Disease Control and Prevention has also mandated face masks on multiple modes of transportation, including buses and subways.

It's unclear how old the child not wearing the mask is, but in one video of the incident, the parents say the child is just one month older than 2 years old, Newsweek reported.

On its website, Spirit Airlines says it enforces a mask policy in line with Biden's executive order and other federal requirements. It requires all travelers to wear face coverings while on board the aircraft and says they may be removed only when passengers are eating, drinking, or taking medicine.

Spirit told Insider it directed the family to exit because the parents were not complying with mask mandates, which the company said was not captured on video and came before the widely shared video was filmed.

The airline said it was standard protocol in the airline industry to de-board the entire plane if there was an incident with a passenger. The company also said the couple initially refused to leave, adding that was why it made all the passengers deplane. If the family had agreed to deplane, Spirit said, the rest of the passengers would have remained on board.

Newsweek reported that after the family spoke with a supervisor and agreed to comply, it departed on that same flight.

According to another video of the event, the father in the incident said one flight attendant did not reboard the plane. Spirit said the crew was swapped out but did not clarify if that was standard protocol for scenarios such as this.

The Orlando police confirmed to Newsweek that they were called.

"Just before noon today, our officers were called to a general disturbance involving a Spirit Airlines flight scheduled to depart from the Orlando International Airport," a police spokesperson told Newsweek. "Upon arrival, officers saw that the flight was in the middle of de-boarding. Our officers stood by while Spirit Airlines resolved the issue."

Workers in the airline, food, and retail industries have been tasked in the past year with enforcing mask mandates among customers. Mask-wearing has become largely politicized since March 2020, with some Republicans driving a narrative that the COVID-19 pandemic is less severe than it seems.



Plaintiffs' Exhibit 80

viewfromthewing.com

# Flight Attendant Removed After Taking Two Year Old To Task Over Mask - View from the Wing

*About Gary Leff*

3 minutes

---

On a Spirit Airlines flight on Monday from Orlando to New York, a family was kicked off when their two year old, who was eating yogurt, removed their mask.

The mother of the two year old girl is seven months' pregnant, and their other child – traveling with them – is special needs.

NEW – Family is being thrown off a @SpiritAirlines flight from Orlando to NY because their two-year-old child is eating without a mask.pic.twitter.com/dOIZrbbJt6

— Disclose.tv 🖼 (@disclosetv) April 5, 2021

More of the @SpiritAirlines incident.

FYI, following the @FlyFrontier incident a few weeks back, @FAANews sent warning letters to passengers who at the time were not even accused of not wearing masks that they were in violation of the mask rule. Letter can'r even be appealed! pic.twitter.com/e7ZgQzA4NV

— Yossi Gestetner (@YossiGestetner) April 5, 2021

Here's a video of the family walking off the plane, including their disabled child.

Perhaps the most amazing thing about this incident was that an hour after everyone was deplaned in order to remove the mask offending two year old the entire group of passengers was allowed back on the plane – including the family whose two year old was caught eating. Everyone returned, that is, except reportedly the crewmember who made an issue of the two year old's mask in the first place.

ORLANDO: UPDATE: @SpiritAirlines flight attendant who ordered the family off

the flight was removed, family allowed back on. Passengers are reboarding with a new flight crew. pic.twitter.com/u5yEA9McZZ

— KolHaolam (@KolHaolam) April 5, 2021

Numerous two year olds have been kicked off of flights when they had difficulty maintaining their masks. This is now a federal regulation but many of these incidents occurred when it was merely an airline rule that two year olds had to wear masks on planes.

However we've even seen one airline remove an 18 month old over failure to wear a mask even though it's not required (nor advisable, according to the CDC) and eating is considered a justifiable reason to temporarily remove a mask (some have tried to milk this exception).

While mask wearing does seem to provide some protection, and I have favored mask wearing since the beginning of the pandemic, its benefits are frequently exaggerated. And while studies of this issue continue, significant evidence suggests that very young children do not spread the virus nearly as often as older children or adults. When there's enough vaccine so that anyone who wants a shot can get one, we should lift mask rules.

Plaintiffs' Exhibit 81

<u>travelpulse.com</u>

# Spirit Airlines Updates Face Mask Policy After Boy With Autism Is Removed From Flight

3 minutes

---

<mark>An Arkansas family is crying foul after their four-year-old son, who's non-verbal with autism, was removed from a Spirit Airlines flight because he wasn't wearing a mask on Monday.</mark>

According to <u>CBS News</u>, the boy's mother, <mark>Callie Kimball claims that Carter "had a medical note from his physician stating that he's exempt from wearing masks because whenever he wears a mask he holds his breath or he starts freaking out and he will harm himself."</mark>

ADVERTISING

Trending Now



The family <u>flew with Spirit</u> to visit family in Las Vegas on Friday without issue.

However, the airline refused to accept Carter's note on the return flight, which included a stopover in Dallas.

"He has a disability. It's protected under the American Disability Act and they go, 'No no no. Autism's not a disability. He has to wear a mask or he has to get off the plane,'" she added.

The family was eventually able to book a new flight on American Airlines, which accepted the physician's note.

Spirit said that it has already issued a refund for the flight but blamed the delay on

the time it takes credit card issuers to credit the funds.

What's more, the airline will introduce changes to its face-covering policy this week, allowing guests with a medical disability to apply for an exemption.

"We sympathize with families facing additional burdens while traveling, including those dealing with medical conditions. Like most airlines, Spirit Airlines started requiring face coverings in May 2020 with the only exemption being one for children under age 2 for the safety of our Guests and Team Members," Spirit said in a statement to TravelPulse. "We remind Guests of our face-covering policy throughout the booking process, in pre-trip emails sent prior to departure, and in a required acknowledgment that is part of the check-in procedure. Our existing policy does not provide for medical exemptions, regardless of diagnosis."

"Starting March 19, 2021, Guests with a medical disability who are traveling on or after March 22, 2021, can apply for an exemption as provided for in the federal mandate requiring masks in airports and on planes. We plan to add information to our website about the exemption later this week," the airline added.

Travelers can visit Spirit's Information Center for more details.

Plaintiffs Exhibit 82

newsweek.com

# Autistic 4-Year-Old Kicked off Plane for Not Wearing Face Mask Despite Exemption

*Aatif Sulleyman*

5-6 minutes

---

A 4-year-old boy with nonverbal autism has been kicked off a flight for not wearing a face mask.

Callie Kimball and her husband said that they and their son, Carter, were removed from a Spirit Airlines flight from Las Vegas to their home city of Little Rock on Monday morning, despite showing staff a doctor's note stating that he's exempt from wearing a face-covering.

According to his parents, Carter "holds his breath" or "starts freaking out" and "will harm himself" whenever he wears a face mask.

Spirit Airlines, which is attracting widespread criticism for the incident on social media, said that its current face mask policy "does not provide for medical exemptions, regardless of diagnosis," but that it plans to introduce an exemption application process for customers with "a medical disability" later this week.

The company has also issued a refund to the Kimball family.

"Regardless of local or state ordinances federal law requires all travelers to wear face-coverings in compliance with CDC guidelines on flights and in airports," Spirit Airlines' COVID-19 Information Center currently states.

"Children under the age of 2 years old are exempt. We will continue to evaluate this policy as the situation evolves."

However, the Centers for Disease Control and Prevention's (CDC) mask guidelines explain that people "with a disability who cannot wear a mask, or cannot safely wear a mask, for reasons related to the disability," are also exempt from the requirement to wear a face mask.

In September, Spirit Airlines staff asked the parents of a 4-year-old boy with autism to leave a plane because their son wouldn't wear a face mask.

When they refused, Spirit Airlines ordered all passengers off the plane and called the police. The parents were subsequently banned from flying with the airline.

The FAQ section of Spirit Airlines' COVID-19 Information Center contains a section specifically for people who are unable to wear a face-covering because of a disability.

"Spirit is aware of and analyzing a new federal directive regarding a requirement for masks to be worn in airports and onboard flights. We will promptly share any information regarding exemptions or policy changes," the section reads.

"At this time, our current policy still stands that all guests, except children under the age of 2 years old, are required to wear an appropriate face-covering."

Spirit Airlines says that it reminds customers of its face-covering policy "throughout the booking process, in a pre-trip email sent prior to departure, and in a required acknowledgment that is part of the check-in procedure."

However, in response to the incident involving Callie Kimball, the company has said that from Friday customers who are due to fly with Spirit Airlines from Monday will be able to "apply for an exemption as provided for in the federal mandate requiring masks in airports and on planes."

A Spirit Airlines spokesperson told *Newsweek* in a statement via email: "We sympathize with families facing additional burdens while traveling, including those dealing with medical conditions. Like most airlines, Spirit Airlines started requiring face coverings in May 2020 with the only exemption being one for children under age 2.

"We remind Guests of our face covering policy throughout the booking process, in a pre-trip email sent prior to departure, and in a required acknowledgement that is part of the check-in procedure. Our existing policy does not provide for medical exemptions, regardless of diagnosis.

"Starting March 19, 2021, Guests with a medical disability who are traveling on or after March 22, 2021 can apply for an exemption as provided for in the federal mandate requiring masks in airports and on planes.

"We plan to add information to our website about the exemption later this week. Please visit our Information Center for more information on what we are doing to keep our Guests and Team Members safe."



*A Spirit Airlines plane is seen at the Las Vegas International Airport (LAS) gate on August 30, 2020 in Las Vegas, Nevada. The airline does not currently accept medical exemptions for not wearing a face mask on flights. Daniel Slim/AFP via Getty Images*

*Newsweek, in partnership with NewsGuard, is dedicated to providing accurate and verifiable vaccine and health information. With NewsGuard's HealthGuard browser extension, users can verify if a website is a trustworthy source of health information. Visit the Newsweek VaxFacts website to learn more and to download the HealthGuard browser extension.*

*Update 3/16/21, 11 a.m. ET: This article was updated with comment from Spirit Airlines.*

Plaintiffs' Exhibit 83

fox32chicago.com

# 3-year-old with autism banned from airline over not wearing mask, Chicago family says

*Tia Ewing*

3 minutes

---

**Published** September 28, 2020

**3-year-old with autism banned from airline over not wearing mask, Chicago family says**

A Chicago family says their 3-year-old boy with autism has been banned from an airline since he would not wear a mask.

**CHICAGO** - A Chicago family says their 3-year-old boy with autism has been banned from an airline since he would not wear a mask.

The family says Spirit Airlines kicked them off the flight, but the airline says the family started swearing at flight attendants and would not cooperate.

The mom says she did swear, but was not belligerent. It all started over her autistic son not being able to keep a mask on for the 4-hour flight.

"They just put him on the autism spectrum. He has sensory delay and speech delay," said Zana Shelton.

Cebastian Lewis, 3, is nonverbal and at his age cannot read yet.

"It was a layover and everything, so it was two flights that we took to go there and he didn't wear a mask," Zana said.





Zana, her son and two other family members took the 1,700 mile trek to visit family when it was time to return on Spirit.

"On the way back, she stopped us. She said if he doesn't wear a mask he can't get on the plane. I'm like well he's autistic and we didn't have this problem coming up here," Zana said.

The family got the 3-year-old to wear the mask right before takeoff, but it did not last long.

"Soon as he sat in the seat he took it right back off," Zana said. "Everybody had to deplane and then the police were called and they put in a police report on him."

Spirit released a statement, saying they require face covering during the entire flight. The only exceptions are children under 2. Travelers unable to wear them for any reason, including medical, won't be able to fly Spirit.

GET FOX 32 NEWS ON THE GO BY CLICKING HERE

Days later, letters arrived in the mail, one to Zana's sister and another addressed to 3-year-old Cebastian, banning the toddler from flying Spirit for non-compliance of the airlines face-covering policy. In 2 years, he can write a letter explaining why the carrier should reconsider.

Spirit says the letter sent to the child was a mistake, but that the family refused to cooperate and a family member used profanity towards the flight attendants while refusing to get off the plane.

Spirit did refund the family their money for the ticket back home. In total, the family spent $1,400 one-way to return to Chicago on Southwest Airlines.

Plaintiff's Exhibit 84

flyertalk.com

# Caught on Camera: Family Asked to Deboard Spirit Flight When Parents Didn't Follow Face Covering Rules

*Atkins*

4-6 minutes



Caught on Camera: Family Asked to Deboard Spirit Flight When Parents Didn't Follow Face Covering Rules



*Another family is crying foul against Spirit Airlines, after a flight attendant was caught on video asking them to leave the aircraft over face covering noncompliance. The altercation happened as the child was eating prior to departure, with the flight attendant claiming it was the pilot's decision to have them removed.*

==A family of Spirit Airlines flyers are accusing the airline of discrimination, after a flight attendant asked the group to leave when a child was not wearing a face covering prior to departure.== The nearly three minutes of video was shared by Twitter account Breaking911, in which the unidentified flyers aboard a flight departing Orlando International Airport (MCO) for Atlantic City International Airport (ACY)

accuse the carrier of discrimination. However, the airline says that it wasn't the child at fault, but rather the parents who violated the federal face covering mandate.

## Family Says They Were Targeted, Accuses "One African-American" of Singling Them Out

In the first video shared to social media, a Black Spirit flight attendant approaches the family, asking them to deplane. When the family asked what they did, she informed them that "I didn't want to do this," but their face covering non-compliance was the reason for their removal. When they asked for clarification, the flight attendant said: "She's not wearing a face mask." When they asked about their lap infant, the flight attendant nodded.

WATCH THIS: A family was just kicked off a @SpiritAirlines flight from Orlando to NY, because their two-year-old child who was eating, wasn't wearing a mask. The mother is 7 months pregnant, and they have a special needs child. The entire flight was deplaned. pic.twitter.com/dcjLIEbDfA

— Breaking911 (@Breaking911) April 5, 2021

==In fact, the child was not wearing a face mask, as she was eating when the attendant approached. Other flyers said they were not uncomfortable with the context,== and would vouch that the child would wear a face covering once she were done eating. Yet, the confrontation continued, with the family continually pleading their case and demanding an explanation of what they did wrong.

In a second video shared by Breaking911, the unidentified male flyer – presumably the father of the child in question – accused the airline of conspiracy and discrimination. His outlandish claims included "someone on the phone, before we even got on the plane, was planning this," and "there was one African-American that was not okay with this." Ultimately, police were called to the aircraft, and stood by while the situation was resolved.

More from the @SpiritAirlines flight. pic.twitter.com/PMq2nArVWz

— Breaking911 (@Breaking911) April 5, 2021

In a statement to FlyerTalk, a spokesperson for Spirit confirmed the incident took place, but clarified that it wasn't the child that was in question. Instead, they say the parents were asked on two occasions to wear a face covering, and failed to do so after both requests. The entire flight was deplaned, and a supervisor in Orlando made the decision to allow the family to continue on the flight. Police were called, but did not intervene during the incident. Their behavior ultimately caused a two-hour delay, which required a partial crew change – the airline confirmed that the flight attendant involved was not rotated out because of the confrontation.

## Incident is Second Time in One Month Spirit Stood Accused of Removing Children over Face Coverings

This incident is the second time in less than 30 days that the Florida-based ultra-low-cost-carrier stood accused of unfairly removing a child from a flight. In March 2021, another family said they were asked to leave a Spirit flight because their non-verbal Autistic son could not wear a face mask, despite having a doctor's note confirming the condition. The airline announced a policy change shortly afterwards.

Plaintiffs' Exhibit 85























Plaintiffs' Exhibit 87



ASU
Atlantis    162
Aviation Week    36
▮▮▮▮▮
Barnes and N...
Bicycling    110
Bios
Bitly
Blinds to Go    4
Bluehost
Bocce
▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮
Camera-GoPr...
Canon
Capitals
Cats    34
Catsitting Exc...
Celebrity Crui...
Cellphone
Clear
Cloud Storage
Comcast
Computer Setup    6
Continental A...    168
CPAP
CTA
CTA Members    948
▮▮▮▮▮
▮▮▮▮▮
DC Center    145
Dell    2
DirectTV    1
Disability

Please note: This is not your boarding pass.

**Your confirmation code is**

**IZYQCU**

Need to make a last-minute change? Don't sweat it. You can do it online or on our mobile app. Stay safe from fraud—use only jetblue.com or the JetBlue app to switch or cancel your flights.

**Manage your trip**

## Traveler Details

**LUCAS EDWARD WALL**

Frequent Flier: Add TrueBlue #
Ticket number: 2792165982492

FLL - SLC:
**Fare:** Blue
**Bags:** This trip does not include any checked bags.
**Seat:** 18E



Get up to 7" more legroom, a fast lane to the TSA checkpoint*, and early boarding—all the better to nab that overhead bin.

**Add Even More Space ▶**

*Select cities

## Know before you go

**24**
hours

**Check in:** online, on the app, or at a kiosk

**1**
hour

**Bag drop closes:** 40 min. before domestic & 60 min. before international flights

**15**
mins

**Boarding door closes**

Plaintiffs' Exhibit 88



Barnes and N...

Bicycling          110

Bios

Bitly

Blinds to Go        4

Bluehost

Bocce

Camera-GoPr...

Canon

Capitals

Cats               34

Catsitting Exc...

Celebrity Crui...

Cellphone

Clear

Cloud Storage

Comcast

Computer Setup      6

Continental A...   168

CPAP

CTA

CTA Members       948

DC Center         145

Dell                2

DirectTV            1

Disability

Disputes

Emergency



LEARN MORE

## IS YOUR MASK APPROVED TO FLY?

### APPROVED FACE COVERINGS

Customers and employees must wear a face covering over nose and mouth throughout the Frontier travel experience.

*Las coberturas faciales deben quedar cómodamente sobre la nariz y la boca y estar aseguradas debajo de la barbilla.*



**NO MASKS WITH VENTS**

*sin máscaras con rejillas de ventilación*



**NO FACE SHIELDS ONLY**

*sin protectores faciales solamente*



**NO MESH MASKS**

*sin máscaras de malla*



**NO BANDANAS**

*sin bandanas*

## STEPS WE ENCOURAGE WHEN TRAVELING

- Upon entering the airport, put your face-covering over your nose and mouth.
- Bring your own gloves, hand sanitizer, and cleaning wipes.
- Limit your touchpoints - for instance, download your mobile boarding pass prior to arrival. It saves time!
- While in the terminal, maintain social distancing whenever possible. You can also bring your own snacks to avoid additional contact.

### LOOKING FOR TRAVEL INSURANCE?

Protect your trip with Travel Guard™ travel insurance

**Be Prepared!**
Pack a travel insurance plan.

**AIG**®

GET A QUOTE



### BRINGING A CHECKED BAG?

Be prepared and make sure:

○ You're checked in
○ Have your **boarding pass** in hand before you get to the airport
○ Bring your checked bags to the **bag drop line**
   *Info on reasons to go to the ticket counter*



Barnes and N...
Bicycling         110
Bios
Bitly
Blinds to Go        4
Bluehost
Bocce
▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮▮
▮▮▮▮▮
▮▮▮▮▮▮ ▮
▮▮▮▮▮
Camera-GoPr...
Canon
Capitals
Cats          34
Catsitting Exc...
Celebrity Crui...
Cellphone
Clear
Cloud Storage
Comcast
Computer Setup    6
Continental A...  168
CPAP
CTA
CTA Members    948
▮▮▮
▮▮▮▮▮
DC Center       145
Dell            2
DirectV         1
Disability
Disputes
▮▮▮▮▮
▮▮▮▮▮ ▮
Emergency



Do you need to rent a car?   SAVE UP TO 35% WITH AVIS & BUDGET!

☐ I rented a car with Frontier   **RENT YOUR CAR**

Did you get Travel Guard insurance?   PICK A TRAVEL INSURANCE PLAN!

☐ I covered my trip   **ADD TRIP INSURANCE**

Do you need a hotel?   SAVE NOW - BOOK TODAY!

☐ I have a place to stay   **BOOK YOUR ROOM**

View full booking details and make additional changes by logging into My Trips

## AT THE AIRPORT CHECKLIST



☐ Download our mobile app

SKIP THE TICKET COUNTER LINE!
• Use our mobile boarding pass
• Buy bags and seats
• Check your flight status

☐ Arrive at the airport at least 2 hours before your flight.

☐ You and your checked bag(s) must be checked in with your boarding pass 45 minutes before your flight.

## DEPARTURE AIRPORT DETAILS

**Salt Lake City International Airport (SLC)**
Address: 776 N Terminal Dr, Salt Lake City, UT 84122
Website: www.slcairport.com

## ARRIVAL AIRPORT DETAILS

For Rent
For Sale
Freelancing
Give Away
GoPro
Green Party          88
Groupon
Guardian VSP
Hertz Rental ...
Hetlioz
Hilton
Hilton Honors       149
Hold
Holly Gatheri...
Hotel Coupons
Hotwire
HPAP
Hyatt
IZP                   3
JetBlue
jetsetter            23
██████████ ███
██████████
Johnny Jet           517
JOTW                 367





## FRONTIER IS COMMITTED TO YOUR WELL-BEING

Frontier remains committed to ensuring that the Sky is for Everyone. This means going the extra mile in all that we do to safeguard your well-being. Learn more about what we are doing for your peace of mind when you fly with us in this video.

¿Necesitas información de viaje en español? Aprende más.

### KNOW YOUR TRAVEL POLICY

There may be local and regional COVID health and safety measures in effect at your destination. Please make sure you review before travel. For domestic travel, please visit the CDC State and Territorial Health website for up-to-date restrictions on each U.S. state and territory.





**FACE COVERINGS REQUIRED**
Both customers and employees must wear a face covering over nose and mouth throughout the Frontier travel experience.
Learn more

**HEALTH ACKNOWLEDGEMENT**
You will be asked to accept a health acknowledgement when you check in.
Learn more

LEARN MORE



Barnes and N...
Bicycling          110
Bios
Bitly
Blinds to Go         4
Bluehost
Bocce



Camera-GoPr...
Canon
Capitals
Cats              34
Catsitting Exc...
Celebrity Crui...
Cellphone
Clear
Cloud Storage
Comcast
Computer Setup     6
Continental A...    168
CPAP
CTA
CTA Members    948



✓ INCLUDED



✓ PURCHASED



**CHECKED BAG**
62 linear inches
Under 50 lb
*Think: Large duffel bags/
suitcases & sports equipment.*

ADD MORE BAGS!



**SEAT ASSIGNMENT**
You have selected your seat(s)

✓ PURCHASED

## LAST MINUTE DEALS!



**LAST CHANCE - UP TO 35% OFF!**

Get special discounts when you rent a car
with us!

RENT NOW!

**EXCLUSIVE HOTEL OFFERS!**

Get the best prices on hotels if you book
with us today!

BOOK NOW!



✈ **Airport Timeline**

**2:04**
PM

**Arrive at airport**
Get to the airport 2 hr. before your flight.

**3:19**
PM

**Bag drop off closes**
You and your checked bags must be checked-in, with your boarding
pass, 45 min. before your flight.
*Remember: If you don't have checked bags and already have your boarding pass
printed off, you can go straight to the gate!*

**3:34**
PM

**Get to the gate**
Be at your gate 30 min. before your flight.

For Rent
For Sale
Freelancing
Give Away
GoPro
Green Party          88
Groupon
Guardian VSP
Hertz Rental ...
Hetlioz
Hilton
Hilton Honors     149
Hold
Holly Gatheri...
Hotel Coupons
Hotwire
HPAP
Hyatt
IZP                        3
JetBlue
jetsetter              23

## ARRIVAL AIRPORT DETAILS

**Phoenix Sky Harbor International Airport (PHX)**

Address: 2485 E Buckeye Rd, Phoenix, AZ 85034
Website: skyharbor.com

**TRAVEL ADVISORIES**
We understand that you may have many questions right now, so we want to share with you what we are doing to help keep you healthy, safe, and comfortable when you fly with us. Learn more at https://www.flyfrontier.com/committed-to-you/.

 TRAVEL UPDATES                    LEARN MORE

 TRAVEL ALERTS                      LEARN MORE

## FRONTIER IS COMMITTED TO YOUR WELL-BEING

Frontier remains committed to ensuring that the Sky is for Everyone. This means going the extra mile in all that we do to safeguard your well-being. Learn more about what we are doing for your peace of mind when you fly with us in this video.

¿Necesitas información de viaje en español? Aprende más.

## KNOW YOUR TRAVEL POLICY

There may be local and regional COVID health and safety measures in effect at your destination. Please make sure you review before travel. For domestic travel, please visit the CDC State and Territorial Health website for up-to-date restrictions on each U.S. state and territory.



# Contact Us

**Refund Request Form**

## Section I - Note to passenger

1. All refund claims are subject to audit and may require additional documentation. Service fees will be deducted from the refund amount, if applicable.
2. Complete this form to the best of your ability to expedite requests.
3. Certain restricted tickets may not have a refund value.
4. All refunds will be credited to the original form of payment only.
5. Your submission acknowledges understanding of these conditions.

     * Indicates required information

## Section II - Purchaser Information

**Purchaser Name \***
Lucas Wall

**Address \***
435 10th St., NE

**City \***
Washington

**State \***
DC

**Zip Code \***
20002

**Phone Number \***
202-351-1735

**Passenger Name (if different than purchaser)**

## Section III - Original Ticket Information

**Departure City \***
SLC

**Arrival City \***
PHX

**Flight Number \***
2943

**Flight Date**
6   18   2021

**Confirmation Code \***
ZDZ32D

**Amount Paid**

$187.99

**Refund For:** *

One way ⌄

**Form of Payment** *

Credit Card ⌄

**Last 4 digits of credit card** *

7555

**Reason for Request**
(*Note: If your reason for request is: death of a passenger/immediate family member, serious illness, jury duty or subpoena, documentation is required*) *

Fully refundable The Works ticket ⌄

**Explanation For Request** *

Canceled because your mask-exemption policy is illegal

**Attach Documents**

Browse...   No file selected.

- Frontier Canceled.pdf (26.7KB) Remove
- Frontier Ticket.pdf (36.4KB) Remove

## Section IV - Contact Information

**Email Address (provided at time of booking)** *

lewnwdc77-airlines@yahoo.com

Please provide the additional contact information below.

**First Name** *

Lucas

**Last Name** *

Wall

**Address**

**City**

**State**

**Zip Code**

**Home Phone**



**Contact Us**

# Your contact has been submitted

Thank you for submitting your contact. Your reference number is:
**#210618-000756**

A member of our support team will get back to you soon.



Invoice

| | |
|---|---|
| **TOTAL** | $0.00 |
| **Purchase Date** | 05/31/21 |
| **Payment** | MasterCard |
| | XXXXXXXXXXX7555 |
| **Purchase Date** | 06/18/21 |
| **Payment** | Credit Shell |
| | ZDZ32D |

## Refund Request [Incident: 210618-000756]

From:   Frontier Airlines (frontierairlines@mailac.custhelp.com)

To:      lewnwdc77-airlines@yahoo.com

Date:   Friday, June 18, 2021, 5:03 PM EDT

---

 Image

You requested assistance from our on-line support form. Below is a summary of your request.

Topic: Refund Request

Reference #: 210618-000756

Discussion Thread

Customer By CSS Web (Lucas Wall) (06/18/2021 03:03 PM)

Canceled because your mask-exemption policy is illegal

```
Plaintiffs' Exhibit 90
```

# Dispute a Transaction

## Confirmation

### Disputed Summary

| | |
|---|---|
| Initiated Date: | 07/18/2021 |
| Account: | University of Missouri Columbia World Mastercard Card - 7555 |
| Reason: | I returned merchandise or canceled services and did not receive the expected credit |
| Merchant Name: | FRONTIER ZDZ32D |
| Dispute Amount: | $187.99 |



**Dispute Submitted**

Your dispute is successfully submitted.

## i  Next Steps

At this time no additional information is required. If we need additional information to support your claim, an email alert will be sent.

Within an hour in most cases, you can access your claim in the Message center. Here you can track the status of your claim, respond to additional requests and upload documentation.

### We are reviewing your claim

We will notify you within 7-10 days about the status of your claim. We can usually resolve your dispute within two statement periods, but not to exceed 90 days. During that time no payment is required on the disputed amount and any interest or fee charges associated with the disputed amount will be removed.

### Minimum Monthly Payment

Your minimum monthly payment may be adjusted to avoid payment of your disputed amount:

**Your adjusted minimum monthly payment is $34.00**

- Your minimum monthly payment does not reflect payments made since your last statement.

- We may adjust a scheduled payment on this account to avoid paying any disputed transactions.

- You will not be required to pay finance charges on a transaction while it is being disputed.

Return to Accounts          Print

Plaintiffs' Exhibit 91



Plaintiffs' Exhibit 92





**Trip Summary**

**One Way**

Phoenix-Mesa Gateway Airp

Departure Date: Sun Jun 20, 20

## Cancellation Completed

### Thank you.

Your reservation has been canceled.

○ An **Allegiant Credit Voucher in the amount of $66.87** will be sent to lewnwdc77-airlines@yahoo.com.

○ Your Allegiant Credit Voucher will expire 12 months from the time of initial booking

○ Use your Credit Voucher online at www.allegiantair.com towards your next reservation.

CLOSE

WALL #B79FLT

protected with TRIP FLEX

**Customize Your**

- Add/Change Seats
- Add/Change Bags
- Upgrade/Change Priority A
- Add/ Change Special Assis
  Pet in Cabin
- Change Flight Dates and/or Cities
- Cancel My Entire Trip

Ready to Take

In Online
ght Alerts
own Traveler or Redress
er

# Trip Summary

## One Way

**Phoenix-Mesa Gateway Airport (IWA) to William P. Hobby Airport (HOU)**

**Departure Date:** Sun Jun 20, 2021

Confirmation number:

**LUCAS WALL #B79FLT**

---

Travel Alert

Your trip or part of your trip has been canceled

Your trip is protected with **Tripflex**

## Itinerary Details

### Canceled Departing Flight

| Date: | Flight # | Departure Airport | Departs | Arrival Airport | Arrives |
|---|---|---|---|---|---|
| Sun Jun 20, 2021 | 543 | Phoenix-Mesa Gateway Airport (IWA) – | 12:25 PM | William P. Hobby Airport (HOU) – | 4:50 PM |

| Traveler Name | Seat | Boarding Priority | Checked Bags | Carry-on Bags | Special Assist. & Pet in Cabin |
|---|---|---|---|---|---|
| LUCAS WALL Remove Traveler | 31E | Priority | 0 | 1 | n/a |

AllegiantAir.com - Itinerary #B79FLT

Yahoo/Inbox

 **Allegiant** <no-reply@t.allegiant.com>  Unsubscribe
**To:** LUCAS WALL

Sun, Jun 20 at 7:05 AM

  **Your booking has been canceled.**
Here is your receipt and credit voucher.

## How to **Allegiant**

 **REAL ID**
Will your current ID fly? The Department of
Homeland Security will require Real ID for all airline
travel beginning May 3, 2023. Your current driver's
license may not be enough to get you through
airport security. Click here to find out how to get
Real ID compliant identification today.

**Boarding Passes**
Starting 24 hours before
departure,                to
print your boarding pass(es) or
go paperless by viewing your
itinerary on the

| Customer Name | Book Date |
|---|---|
| LUCAS WALL | 05/31/2021 |

Your canceled confirmation number is:  B79FLT

Your credit voucher number is:

CR9DBE-CE8A-8CEB-A299



**Choose Your Seats**
Save money by purchasing
your seat assignment in
advance. If you don't purchase
a seat assignment, it will be
randomly assigned when you
check in.                to add
seats.

### Credit Voucher

| Voucher No. | Booking Date | Issue Date | Expiration Date |
|---|---|---|---|
| CR9DBE-CE8A-8CEB-A299 | May 31, 2021 | Jun 20, 2021 | May 30, 2023 |

**To the order of**
Lucas Wall
435 10TH ST NE
WASHINGTON, DC 20002

**In the amount of**

| Sixty-six dollars and 87 cents | $66.87 USD |
|---|---|

To redeem your voucher, click 'Apply an Allegiant Voucher' on the payment
page when you book travel through www.allegiant.com. Effective April 10,
2020, all travel involving funds from this itinerary number must be completed
no later than two years from the date the original itinerary was booked. Travel
involving a credit voucher issued prior to April 10, 2020 must be completed
within one year from the date of the original booking. Voucher is non-
transferable.



**Checking Bags?**
It's easy -                to add
bags to your itinerary. Checking
a bag at the airport costs more
than adding to your itinerary
now. Checked bags must
weigh under 40 lbs. (18 kg).
Overweight bag fees apply.

### Flight Details  change/cancel

**Departing Flight Information**

| Date | Flight # |
|---|---|
| Sun, Jun 20, 2021 | 543 |



**Carry-On Bag**
Your carry-on bag(s) have
been added to your itinerary.
Only one carry-on per
passenger is allowed. Measure
your carry-on before heading to
the airport. Max size is 9" high
x 14" wide x 22" deep (22 cm x
35 cm x 55 cm).

| Departure Airport | Departs |
|---|---|
| Phoenix-Mesa-Gateway Airport (IWA) Map | 12:25 PM |

| Arrival Airport | Arrives |
|---|---|
| William P Hobby Airport (HOU) | 04:50 PM |



Map

**Passenger Name:** LUCAS WALL

| Seat Assignment | Priority Access | Under-Seat Personal Item | Checked Bags |
|---|---|---|---|
| Not Assigned | Not Assigned | Free | 0 |

Overhead
Carry-On Bags
1

**Arrive 2 hours prior to departure.**
Plan to be at the airport 2 hours in advance. Checked baggage must be dropped off at the ticket counter at least 45 minutes prior to scheduled departure. All passengers must be seated on the plane 20 minutes before departure.

## Receipt and Payment Details

| | |
|---|---|
| Airfare | $24.74 USD |
| USA Federal Excise Tax - Air | $1.86 USD |
| USA Segment Tax | $4.30 USD |
| USA Passenger Facility Charge | $4.50 USD |
| USA Security Fee | $5.60 USD |
| Allegiant Bonus Bundle | $51.00 USD |
| Carry-on Bag | INCLUDED |
| Seat Selection Fee | INCLUDED |
| Carrier Usage Charge | $18.00 USD |
| Trip Flex | INCLUDED |
| **Total Trip Cost:** | **$110.00 USD** |

| Payment Type | Payment Date | Amount |
|---|---|---|
| Mastercard - 7555 | 05/31/2021 | $110.00 USD |
| Total Paid: | | $110.00 USD |

### Manage Your Travel

To change your itinerary, upgrade, reserve seats or bags, visit online.

## Post Booking Transactions

Transaction Date: 6/20/2021

| | |
|---|---|
| Airfare | -$24.74 USD |
| USA Federal Excise Tax - Air | -$1.86 USD |
| USA Segment Tax | -$4.30 USD |
| USA Passenger Facility Charge | -$4.50 USD |
| USA Security Fee | -$5.60 USD |
| Carry-on Bag | -$14.78 USD |
| Seat Selection Fee | -$11.09 USD |
| Total Cost | -$66.87 USD |
| Credit Voucher | (CR9DBECE8A8CEBA299) $66.87 USD |
| Total Paid | $0.00 USD |
| Balance Due | $0.00 USD |

## Allegiant World Mastercard®

Earn 3X points on your next Allegiant trip and get exclusive benefits every time you fly!



**15,000 Bonus Points Offer** - equal to $150 off Allegiant travel


APPLY NOW

**Overweight and oversized checked bag fees apply to:**
- Overweight Checked Bags - between 41 and 70 lbs. (18-31 kg): $50.00 USD additional per segment.
- Overweight Checked Bags - between 71 and 100 lbs. (32-45 kg): $75.00 USD additional per segment.
- Oversize Checked Bags: height + width + depth in excess of 80 linear inches (203 cm): $75.00 USD additional per segment.

Please note: passengers may bring car seats/strollers, mobility aids or assistive devices, medical equipment such as portable oxygen concentrators or diabetic supplies, food for consumption in flight, a coat, jacket, diaper bag, or an umbrella on board the aircraft without charge.

In accordance with FAA/TSA Security Directives, passengers are restricted to one (1) item of carry-on baggage that does not exceed external dimensions of 9" high x 14" wide x 22" deep (22 cm x 35 cm x 55 cm) (e.g., roll-aboard bag, garment bag, tote bag). This item must be stored in the overhead compartment and is subject to applicable fees. In addition, passengers may bring on-board one (1) smaller personal-type item not to exceed external dimensions of 7" high x 15" wide x 16" deep (17 cm x 38 cm x 40 cm) (e.g., purse, briefcase, laptop computer, small backpack, small camera), provided that such item is capable of being carried onboard the aircraft by one person without assistance and is capable of being stowed under a seat. Carrier reserves the right to further restrict the size and number of carry-on items whenever necessary. Qualified individuals with a disability will be provided assistance upon request to Carrier's Representatives in loading, stowing and retrieving carry-on items, including authorized assistive devices.

|  | At Booking | | Pre Departure | | Airport |
|---|---|---|---|---|---|
|  | Checked 1-4 | Carry-on 1 | Checked 1-4 | Carry-on 1 | All bags |
| PHOENIX / MESA, AZ (IWA) - HOUSTON, TX (HOU) | | | | | |
| For travel starting November 4, 2015 | $25.00 USD | $20.00 USD | $45.00 USD | $45.00 USD | $50.00 USD |

**At the Airport:**
Proof of age is required for all passengers, including passengers under the age of 18 who are traveling alone. Passengers who are unable to provide proof of age will not be permitted to board the aircraft.

In accordance with federal regulations, any passenger who appears to be intoxicated may be denied boarding.

Allegiant does not accept cash, checks or money orders at any airport location.

**IMPORTANT NOTICES**
**Baggage Liability Limitations:**
For domestic (U.S.) flights, Allegiant Air's liability for provable direct or consequential damages resulting from the disappearance of, damage to, or delay in delivery of a passenger's personal property, including baggage, in Allegiant Air's custody is limited to $3,500 per passenger. (This limitation does not apply to wheelchairs or other mobility aids or assistive devices belonging to passengers with disabilities.) Please refer to Articles 75 and 76 of Allegiant's Contract of Carriage for additional information.

**E-Ticket Expiration:**
Effective April 10, 2020, all travel involving funds from this itinerary number must be completed no later than two years from the date the original itinerary was booked. Travel involving a credit voucher issued prior to April 10, 2020 must be completed within one year from the date of the original booking. Any change to an itinerary, if permitted under Allegiant's Terms and Conditions, will involve a change fee. For additional information, see Allegiant's Terms and Conditions.

**Overbooking of Flights:**
Airline flights may be overbooked. There is a slight chance that a seat will not be available on a flight for which a person has a confirmed reservation. If the flight is overbooked, no one will be denied a seat until airline personnel first ask for volunteers willing to give up their reservation in exchange for compensation of the airline's choosing. If there are not enough volunteers, the airline will deny boarding to other persons in accordance with its particular boarding priority. With few exceptions, including failure to comply with the carrier's check-in deadline of 45 minutes prior to each flight segment, persons denied boarding involuntarily are entitled to compensation. The complete rules for the payment of compensation and each airline's boarding priorities are available at all airport ticket counters and boarding locations. Some airlines do not apply these consumer protections to travel from some foreign countries, although other consumer protections may be available. Check with your airline or your travel agent.

Plaintiffs' Exhibit 93

Wall v. Southwest Airlines, et al.

From:  Brian T. Maye (bmaye@amm-law.com)

To:    lucas.wall@yahoo.com

Date:  Friday, July 9, 2021, 1:44 PM EDT

Lucas,

Allegiant will not be providing a refund.

Thanks.

Brian

Brian T. Maye

**ADLER MURPHY & McQUILLEN LLP**

20 S. Clark Street, Suite 2500

Chicago, Illinois 60603

Main: (312) 345-0700

Direct: (312) 422-5713

Mobile: (312) 286-5117

Facsimile: (312) 345-9860

www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.

**From:** Lucas Wall <lucas.wall@yahoo.com>
**Sent:** Friday, July 09, 2021 12:42 PM
**To:** Brian T. Maye <bmaye@AMM-LAW.com>
**Subject:** Re: Wall v. Southwest Airlines, et al.

Thank you for the information. If I do not receive a full refund to my credit card of $110 by Tuesday, July 13, I will file a dispute over the charge with my bank since Allegiant failed to legally provide the services I paid for due to its unlawful mask-exemption policy that violates the Air Carrier Access Act.

Please advise by the 13th if Allegiant will be refunding or I should proceed with my dispute.

Thanks again for helping look into this problem.

*Lucas Wall

>>>>>>>>>>>>>

On Friday, July 9, 2021, 1:27:21 PM EDT, Brian T. Maye <bmaye@amm-law.com> wrote:

Lucas,

==In accordance with Allegiant's Terms & Conditions, you are only entitled to a credit voucher.  Your records shows that you purchased TripFlex, which triggered the voucher.==  Without TripFlex, all funds would have been forfeited.

Brian

Brian T. Maye

**ADLER MURPHY & McQUILLEN LLP**

20 S. Clark Street, Suite 2500

Chicago, Illinois 60603

Main: (312) 345-0700

Direct: (312) 422-5713

Mobile: (312) 286-5117

Facsimile: (312) 345-9860

www.amm-law.com

```
Plaintiffs' Exhibit 94
```

# Dispute a Transaction

## Confirmation

| Disputed Summary | |
|---|---|
| Initiated Date: | 07/18/2021 |
| Account: | University of Missouri Columbia World Mastercard Card - 7555 |
| Reason: | I did not receive the merchandise or services that I ordered |
| Merchant Name: | ALG*AIR B79FLT |
| Dispute Amount: | $110.00 |



### Dispute Submitted

Your dispute is successfully submitted.
Your paperless settings have been saved and you can access all your claim documents online.

## i  Next Steps

At this time no additional information is required. If we need additional information to support your claim, an email alert will be sent.

Within an hour in most cases, you can access your claim in the Message center. Here you can track the status of your claim, respond to additional requests and upload documentation.

### We are reviewing your claim

We will notify you within 7-10 days about the status of your claim. We can usually resolve your dispute within two statement periods, but not to exceed 90 days. During that time no payment is required on the disputed amount and any interest or fee charges associated with the disputed amount will be removed.

### Minimum Monthly Payment

Your minimum monthly payment may be adjusted to avoid payment of your disputed amount:

**Your adjusted minimum monthly payment is $36.00**

- Your minimum monthly payment does not reflect payments made since your last statement.

- We may adjust a scheduled payment on this account to avoid paying any disputed transactions.

- You will not be required to pay finance charges on a transaction while it is being disputed.

Plaintiffs' Exhibit 95



WS          FINANCE        SPORTS        ENTERTAINMENT        LIFE        SHOPPING        YAHOO PLUS        MORE...

Find messages, documents, photos or people          ⌄                                                    home

← Back   ↰   ⇚   ➡              ☐ Archive    ➦ Move    🗑 Delete    😈 Spam    •••          ▲   ▼   ✕         ⚙

06/02 Ft. Lauderdale trip (4H4LAN): Things to know before you travel          Yahoo/Inbox
tomorrow.

Southwest Airlines <southwestairlines@iluv.southwest.com> Unsubscribe    🖶    Tue, Jun 1 at 12:04 PM
To: lewnwdc77-airlines@yahoo.com

Don't forget your mask or face covering.
View our mobile site | View in Browser

# Southwest ♥                    Manage Flight | Flight Status | My Account

## You will be able to check in 24 hours in advance of your flight.

[ Check In ]

### BEFORE YOUR TRIP

Please check our resource page for any travel forms or testing
requirements you may need for your trip here.

Federal law requires you wear a mask throughout the entire travel
experience. At this time, the only exceptions made are for children
under the age of 2 and passengers with a disability. If you forget your
mask at home, one will be available for you.

Your health matters. Passengers with a fever will not be permitted to
travel. To ensure that you do not have a fever, please check your
temperature prior to going to the airport. If you have a fever or other
symptoms related to COVID-19, stay home and do not travel.

For a quicker, contactless experience at the airport, download the
Southwest app and use your mobile boarding pass.

### AIRPORT EXPERIENCE

Hand sanitizer is available in the airport and wipes are available for
Customers onboard.

Plexiglas® has been installed at ticketing and gate counters, and
baggage service offices.

### ONBOARD EXPERIENCE

Both an electrostatic disinfectant and an anti-microbial spray are
applied on every surface of the aircraft, killing viruses on contact and
forming an anti-microbial coating or shield for 30 days. Sani-Cide
EX3, a broad-spectrum disinfectant, will be used to clean onboard
lavatories and tray tables before every flight. We deep clean each
plane from nose to tail for nearly 6-7 hours every night.

Every aircraft is equipped with a sophisticated air distribution system
that introduces fresh, outdoor air and HEPA filtered air into the cabin
every second while inflight, resulting in exchange of cabin air every
two to three minutes. We use HEPA (High-efficiency particulate air)
onboard that removes 99.97% of airborne particles* - similar to the

technology found in hospitals.

We are serving a limited selection of non-alcoholic beverages and snacks on flights over 250 miles, when available. Southwest offers contactless beverage ordering via the Inflight WiFi Portal. Simply zoom in on your drink choice and share the image with your Flight Attendant when it's time to order.

**Learn more >**

June 02

# MCO → FLL

Orlando to Ft. Lauderdale

Full itinerary

Confirmation # **4H4LAN**
**PASSENGER**
Lucasedward Wall

## Your complete itinerary

**Flight** : Wednesday 06/02/2021

| FLIGHT<br>#2204 | DEPARTS<br>**MCO 10:00**AM<br>Orlando | ARRIVES<br>**FLL 11:05**AM<br>Ft. Lauderdale |
|---|---|---|

**Need help?**
Contact us
Customer service | FAQs

**Connect with us**
○ | ⊕ | ◎ | ◎ | ◉

Get the mobile app

If you prefer not to receive these trip-related messages, you can opt out. Please note that this does not include your initial confirmation/itinerary emails or any messages related to a change to, or cancellation of, your booked itinerary as those messages are required confirmations of your transactions.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo será efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2021 Southwest Airlines Co. All Rights Reserved.

Plaintiffs' Exhibit 96

 Log in | Create account   Español 

**Southwest**

FLIGHT | HOTEL | CAR | VACATIONS          SPECIAL OFFERS          RAPID REWARDS®          🔍

# Check in for your Flight Reservation

✓ Retrieve          + Review          Confirmation

### Confirmation # 4H4LAN

**JUN 2**
## Ft. Lauderdale

| PASSENGERS | FLIGHT INFORMATION | | |
|---|---|---|---|
| **Lucasedward Wall** | **FLIGHT #** **2204** 📶 + 📺 | **DEPARTS** **MCO** Orlando, FL → | **ARRIVES** **FLL** Ft. Lauderdale, FL |
| | **DURATION** 1hr 5min | **10:00**AM | **11:05**AM |

## Your health declaration during the COVID-19 pandemic.

- Prior to travel, please check your temperature and confirm that you do not have a fever. **Do not travel** if you have a fever.
- Please stay at home and **do not travel** if you have recently been diagnosed with or are currently experiencing symptoms of COVID-19.
- If you've recently had close contact with someone who has COVID-19, the CDC recommends quarantining for 10 days in your home and avoiding air travel.
- Federal law requires each person to wear a mask at all times in the airport and throughout the flight, including during boarding and deplaning. Refusing to wear a mask is a violation of federal law and may result in denial of boarding, removal from the aircraft, and/or penalties under federal law. Children under the age of 2 are exempt. A properly worn mask completely covers the nose and mouth, is secured to the head, and fits snugly against the side of the face. On the aircraft, if wearing oxygen masks is needed because of loss of cabin pressure or other event affecting aircraft ventilation, masks should be removed to accommodate oxygen masks. Examples of masks that are not acceptable include bandanas, face shields, masks with exhalation valves, and masks that let light pass through. For more information on our mask policy, including attributes for acceptable masks, see our FAQ. If you forget your face covering or bring one that's deemed insufficient, a mask will be available for you.
- If you have questions, feel you cannot or should not travel, or need rebooking assistance, please contact a Southwest Airlines Representative.
- By clicking "Check in", you're acknowledging that you understand the above information. Learn more about how we're supporting your comfort and well-being here.

### Transportation of hazardous materials

Federal law forbids or restricts the carriage of the following hazardous materials. E-cigarettes/vaporizers are not permitted in checked baggage and must be transported in carryon baggage only.











| E-Cigarettes/ Vaporizers | Lithium batteries | Explosives and fireworks | Compressed gases | Flammable liquids and solids | Oxidizers | Poisons | Corrosives | Radioactive materials |

***Note:*** *Unloaded firearms are not considered hazardous materials, however, if you are declaring a firearm, please see the Customer Service Agent to check your baggage.*

By clicking "Check in", you acknowledge that you understand
the hazardous materials restrictions and penalties.

**Check in**

**Icon legend**

📶 WiFi available          📺 Live TV available

Plaintiffs' Exhibit 97

**Southwest Airlines Response to your Inquiry (Case #24103856)**

From: Southwest Airlines (no-reply@southwest-communications.com)
To: lewnwdc77-airlines@yahoo.com
Date: Thursday, June 17, 2021

Dear Lucas,

Southwest Airlines has received your application for an exemption to the federal mask mandate. I regret your disappointment with the process and appreciate this opportunity to respond.

The Centers for Disease Control (CDC) has made clear that appropriately worn masks reduce the spread of COVID-19 — particularly given the evidence of pre-symptomatic and asymptomatic transmission of COVID-19. Per Department of Transportation (DOT) regulation (14 CFR §382.21), a Passenger with a communicable disease or infection, such as COVID-19, may pose a direct threat to the health and safety of others onboard an aircraft. Accordingly, the CDC Order obligates Southwest to use best efforts to ensure that Passengers wear masks when boarding, deplaning, and during travel. However, to ensure that only qualified persons are granted exemptions to travel without a mask, and further to their "best efforts" obligations, the CDC Order allows airlines to impose certain requirements or conditions on a person seeking an exemption from the mask requirement. The TSA Security Directive makes clear that "this is a narrow exception" and this exemption "is not meant to cover persons for whom mask-wearing may only be difficult."

To comply with its obligations under the CDC Order, Southwest has implemented approved policies regarding the wearing of masks by Passengers and the circumstances under which they may obtain exemptions from that requirement. The CDC Order authorizes air carriers to require that persons seeking an exemption from the requirement to wear a mask request that accommodation in advance. The CDC Order further authorizes and Southwest also requires that persons seeking an exemption submit a signed letter from the Passenger's physician attesting that the Passenger's disability precludes him/her from wearing a face mask. If an exemption request is approved, Southwest further requires that the Passenger provide evidence of a negative COVID-19 viral test taken no more than three days preceding the Passenger's flight (a viral test means a viral detection test for current infection, which is a nucleic acid amplification test with observation approved or authorized by the relevant national authority for the detection of SARS-CoV-2). Southwest is fully aware of and is in compliance with all laws and regulations concerning Passengers with disabilities and with federal mask requirements.

We were unable to review your exemption application prior to your June 2 flight as it was not submitted at least seven days before departure as required by Southwest's policies. We understand that you were unable to complete travel on June 2. Regarding your June 22 trip, you did not submit a physician's statement with your completed exemption application form and, accordingly, have not provided the information that is required to properly seek an exemption from the mask mandate. Accordingly, Southwest is unable to approve your request on that basis.

As a courtesy, and without waiving those requirements, we reviewed the incomplete information you did provide and, based on guidance from our third-party medical provider and the information presently

available to Southwest, we regret to inform you that Southwest has determined that you do not qualify for an exemption. We cannot transport you at this time if you are unable to wear a mask. We regret any disappointment this may cause.

If you decide to not complete your scheduled travel under confirmation number 4H4ZJB, we will process a refund of your nonrefundable tickets. Please ensure that you cancel your reservation at least 10 minutes prior to scheduled departure to avoid being impacted by our No-Show policy. You may follow-up on our website and reference Case #24103856 for consideration.

We hope that you will consider all perspectives as you evaluate Southwest Airlines and its best efforts to comply with its obligations under the law and to maximize safety for all of its Passengers. It is our pleasure to be of service to you and all of our Passengers in any way that we can.

Sincerely,
Laura Sorensen
Senior Specialist, Customer Advocacy
Southwest Airlines

The case number for your email is 24103856. This email is being sent from a "no-reply" email address. If needed, you may follow-up with us on our website. Additionally, by law, I'm required to inform you that should you wish to pursue this matter further, you may contact the U.S. Department of Transportation.

Plaintiffs' Exhibit 98

Book a hotel, car, and add EarlyBird Check-In.
View our mobile site | View in Browser



**Manage Flight | Flight Status | My Account**

 **Travel notice**

If you're bringing any batteries, portable chargers, e-cigarettes or lighters on your trip, make sure they're with you or packed in your carryon bag. Learn more.

**Fly By® priority check-in and security lane access available:** Learn more and save time.

---

**June 22**

# HOU ✈ DAL

Houston (Hobby) to Dallas (Love)

[ **Full itinerary** ]

---

Confirmation # **4H4ZJB**

**PASSENGER**
**Lucasedward Wall**

[ Check In ]

## Your complete itinerary

**Flight :** Tuesday 06/22/2021

| FLIGHT # 32 | DEPARTS **HOU 1:30**PM Houston (Hobby) | ✈ | ARRIVES **DAL 2:35**PM Dallas (Love) |
|---|---|---|---|

## Before you travel, don't forget:

Face coverings required for everyone ages 2 and up. Download mobile boarding pass. Practice physical-distancing.

Learn more >



**Mobile boarding pass is a boarding YES.**

The easiest way to pass through security and board your flight.

**Learn more >**

**Save up to 30%**

and earn up to 2,400 Rapid Rewards® points with Budget® on your next trip.



**Book car >**



**Earn up to 10,000 Rapid Rewards® points per night.**

Choose a hotel in Dallas.

**Book hotel >**



LIMITED-TIME OFFER

**Earn 65,000 points**

to get your "go" on. Plus earn 3,000 anniversary points every year with the Rapid Rewards® Credit Card.

**Learn more >**

$69 annual fee. Offer ends 7/14/2021.



**Get $15 off your first ride.**

**REDEEM >**

---

# Prepare for takeoff



**24 hours** before your departure:

Check-in on Southwest.com® or using the Southwest Mobile App. Use your mobile device and receive a mobile boarding pass.



**Check the recommended time to arrive at the airport** before your departure:

Airport arrival times vary based on your departure city.



**30 minutes** before your departure:

Arrive at the gate prepared to board.



**10 minutes** before your departure:

This is the last opportunity to board your flight if you are present in the gate area and have met all check-in requirements.

**If you do not plan to travel on your flight:** Things happen, we understand! Please let us know at least 10 minutes prior to your flight's scheduled departure if you won't be traveling. If you don't notify us, you may be subject to our No Show Policy.

Plaintiffs' Exhibit 99



Attendant when it's time to order.

**Learn more >**

**June 22**

# HOU ✈ DAL

Houston (Hobby) to Dallas (Love)

| **Full itinerary** |

Confirmation # **4H4ZJB**
**PASSENGER**
**Lucasedward Wall**

## Your complete itinerary

**Flight :** Tuesday 06/22/2021

| FLIGHT # 32 | **DEPARTS** **HOU 1:30**PM Houston (Hobby) | ✈ | **ARRIVES** **DAL 2:35**PM Dallas (Love) |

**Need help?**
**Contact us**
Customer service | FAQs

**Connect with us**
🐦 | f | ⊙ | ▶ | 💬

📱 Get the mobile app

If you prefer not to receive these trip-related messages, you can opt out. Please note that this does not include your initial confirmation/itinerary emails or any messages related to a change to, or cancellation of, your booked itinerary as those messages are required confirmations of your transactions.

This is a post-only mailing from Southwest Airlines®. Please do not attempt to respond to this message. Your privacy is important to us. Please read our privacy policy.

See Southwest Airlines Co. Notice of Incorporation

Cualquier información publicitaria, promocional o de mercadotecnia contenida en este correo electrónico sólo es válida efectiva y únicamente será aplicable en los Estados Unidos de América.

Southwest Airlines
2702 Love Field Drive
Dallas, TX 75235
1-800-I-FLY-SWA (1-800-435-9792)

© Copyright 2021 Southwest Airlines Co. All Rights Reserved.

Barnes and N...
Bicycling          110
Bios
Bitly
Blinds to Go        4
Bluehost
Bocce
Boys -- Done
Boys -- FUEM...
Boys -- Hold
Boys -- Prosp...
Boys -- Time ...
Boys -- To Read    13
BYGays              8
Camera-GoPr...
Canon
Capitals
Cats               34
Catsitting Exc...
Celebrity Crui...
Cellphone
Clear
Cloud Storage
Comcast
Computer Setup     6
Continental A...   168
CPAP
CTA
CTA Members       948
Dates
Dating Prosp...
DC Center         145
Dell                2
DirectTV            1
Disability
Disputes
DMV Lawsuit
DMV Newsletter      4
Emergency

Plaintiffs' Exhibit 100



Log in | Create account      Español 

FLIGHT | HOTEL | CAR | VACATIONS      SPECIAL OFFERS      RAPID REWARDS®

✓ **Your cancellation was successful**
This flight won't be the same without you!

# Cancellation Confirmation

**Confirmation #** 4H4ZJB

| # 32 | DEPART | HOU | | DAL | Duration | |
|---|---|---|---|---|---|---|
| ⊗ HOU *to* DAL | 6/22 Tuesday | 1:30 PM | → | 2:35 PM | 1h 5m | Nonstop |

| PASSENGERS | EXTRAS | FARE |
|---|---|---|
| Lucasedward Wall | — | Anytime |

# Refund information

| INFORMATION | AMOUNT |
|---|---|
|  **Refund requested** | **$141.98** Refunded to the original form of payment |

[ View travel funds ]   [ Book another flight ]

**Icon legend**

⇄ Change planes