Plaintiffs' Exhibit 201

Print

# Twenty Reasons Mandatory Face Masks are Unsafe, Ineffective and Immoral

By John C. A. Manley
Global Research, February 24, 2021

Url of this article:
https://www.globalresearch.ca/twenty-reasons-mandatory-face-masks-are-unsafe-ineffective-and-immoral/5735171



First published by Global Research on January 23, 2021

## Nine Potential and Proven Dangers to Muzzling Yourself

**1. Cavities:** New York dentists are reporting that half their patients are suffering decaying teeth, receding gum lines and seriously sour breath from wearing masks. "We're seeing inflammation in people's gums that have been healthy forever, and cavities in people who have never had them before," Dr. Rob Ramondi told FOX News.

**2. Facial Deformities:** Masking children triggers mouth breathing which as been shown to cause "long, narrow faces, narrow mouths, high palatal vaults, dental malocclusion, gummy smiles, and many other unattractive facial features," according to the Journal of General Dentistry.

**3. Acne Vulgaris:** Moisture and germs collecting in the mask cause "facial skin lesions, irritant dermatitis… or worsening acne" (according to Public Health Ontario) which stresses the immune system, can lead to permanent scarring and has been linked to depression and suicidal thoughts (according to the Journal of Dermatologic Clinics). Children also develop impetigo, a bacterial infection that produces red sores and can lead to kidney damage (according to the Mayo Clinic).



"The masks may look like they are not much … What's the big deal? The big deal is, they may be soft, and they may look okay, but this is George Orwell's boot on a human face forever if we don't get this off."
—Dr. Lee Merritt, MD, spinal surgeon

**4. Increased Risk of COVID-19:** "Mask use by the general public could be associated with a theoretical elevated risk of COVID-19 through… self-contamination," states Public Health Ontario in Wearing Masks in Public and COVID-19. "By wearing a mask, the exhaled viruses will not be able to escape and will concentrate in the nasal passages, enter the olfactory nerves and travel into the brain," theorizes nationally recognized board-certified neurosurgeon, Dr. Russell Blaylock, MD (in an article at The Centre for Research on Globalization).

**5. Bacterial Pneumonia:** At an Oklahoma Press Conference, Dr. James Meehan, MD testified: "Reports coming from my colleagues all over the world are suggesting that the bacterial pneumonias are on the rise" as a result of moisture collecting in face masks.

**6. Immune Suppressing:** Masks are often worn by criminals trying to hide their identity while perpetuating an offence (theft, violence, rape, murder, etc.). They produce subconscious anxiety and fear. Fear and anxiety activate the fight-or-flight nervous system which down-regulates the immune system, as shown in a study by the American Psychological Association.

**7. Germophobia:** Masks create an irrational fear of germs and a false sense of protection from disease, leading to antisocial (or even hostile) behaviour towards those not wearing a mask. (See the paper in the Journal of Obsessive-Compulsive and Related Disorders titled "COVID-19, obsessive-compulsive disorder and invisible life forms that threaten the self").

**8. Toxic:** Many (if not most) masks and face coverings (including cloth) are made with toxic and carcinogenic chemicals including fire retardant, fibreglass, lead, NFE, phthalates, polyfluorinated chemicals and formaldehyde that will outgas and be inhaled by the wearer. (See "5 main hazardous chemicals in clothing from China named" by Fashion United).

**9. Psychologically Harmful:** "I believe the real threat right now is what we're doing to sabotage the mental, emotional and physical health of… our children, whose development is dependent on social interactions, physical contact and facial expressions," writes Dr. Joseph Mercola of Mercola.com. "Between mask wearing and social distancing, I fear the impact on children in particular may be long-term, if not permanent."

## Six Proofs Masks Do Not Reduce Infections

**1. Insubstantial:** A CDC-funded review on masking in May 2020 came to the conclusion: "Although mechanistic studies support the potential effect of hand hygiene or face masks, evidence from 14 randomized controlled trials of these measures did not support a substantial effect on transmission of laboratory-confirmed influenza… None of the household studies reported a significant reduction in secondary laboratory-confirmed influenza virus infections in the face mask group." If masks can't stop the regular flu, how can they stop SAR-CoV-2?

**2. Unreasonable:** "Evidence that masking as a source [of] control results in any material reduction in transmission was scant, anecdotal, and, in the overall, lacking… [and mandatory masking] is the exact opposite of being reasonable," ruled a hospital arbitrator in a dispute between The Ontario Nurses' Association and the Toronto Academic Health Science Network.

**3. Ineffective:** "Oral masks in healthy individuals are ineffective against the spread of viral infections," write Belgian medical doctors in an open letter published in *The American Institute of Stress*, September 24, 2020.

**4. Unsanitary:** "It has never been shown that wearing surgical face masks decreases postoperative wound infections," writes Göran Tunevall, M.D. in the *World Journal of Surgery*. "On the contrary, a 50% decrease [in bacterial infection] has been reported after omitting face masks."

**5. No Protection:** "There were 17 eligible studies.… None of the studies established a conclusive relationship between mask ∕ respirator use and protection against influenza infection," concludes a research review in the journal *Influenza and Other Respiratory Viruses.*

**6. Unproven:** Dutch Minister for Medical Care, Tamara van Ark, asserted that "from a medical perspective there is no proven effectiveness of masks" after a review by the National Institute for Health on July 29, 2020 (according to *Reuters*).

## Five Ways Forced Masking is Immoral

**1. Reckless:** "By making mask-wearing recommendations and policies for the general public, or by expressly condoning the practice, governments have both ignored the scientific evidence and done the opposite of following the precautionary principle," writes Denis Rancourt, PhD in his 2020 paper *Masks Don't Work*.

**2. Manipulative:** Dr. Andreas Voss, member of the World Health Organization expert team and head of microbiology at a Dutch hospital in Nijmegen, on July 24, 2020, told *I Am Expat* that masks were made mandatory "not because of scientific evidence, but because of political pressure and public opinion."

**3. Fear-Mongering:** "In fact, there is no study to even suggest that it makes any sense for healthy individuals to wear masks in public," write Drs. Karina Reiss, Phd and Dr. Sucharit Bakdi, MD in *Corona, False Alarm?* "One might suspect that the only political reason for enforcing the measure is to foster fear in the population."

**4. Totalitarian:** "If you look at the history of totalitarian regimes… they all do the same thing, which is they try to crush culture, and crush any evidence of self-expression…" explains Robert F. Kennedy, Jr. in an interview regarding face masks. "And what is the ultimate vector for self-expression? It's your facial expressions…. [Yet] we've all been told to put on the burqa and be obedient."

**5. Virtue-Signalling:** "Masks are utterly useless," testified Dr. Roger Hodkinson, a pathologist, certified with the Royal College of Physicians and Surgeons of Canada, at a city council meeting. "…masks are simply virtue-signalling… It's utterly ridiculous seeing these unfortunate, uneducated people — I'm not saying that in a pejorative sense — walking around like lemmings, obeying without any knowledge base, to put the mask on their face."

You can download, print and distribute a two-page printable handout of this article here.

Special thanks to artist Allen Forest for use of his Masked Mona Lisa cartoon.

***John C. A. Manley*** *has spent over a decade ghostwriting for medical doctors, naturopaths and chiropractors. Since March 2020, he has been writing articles that question and expose the contradictions in the COVID-19 narrative and control measures. He is also completing a novel, Much Ado About Corona: A Dystopian Love Story. You can visit his website at MuchAdoAboutCorona.ca.*

### *Related Articles*

**Disclaimer:** The contents of this article are of sole responsibility of the author(s). The Centre for Research on Globalization will not be responsible for any inaccurate or incorrect statement in this article.

Copyright © John C. A. Manley, Global Research, 2021

Plaintiffs' Exhibit 202

theblaze.com

# Horowitz: 6 times the media credited masks with stopping a pandemic that then spread even more

*Daniel Horowitz*

9-12 minutes          July 29, 2021

---

Mask-wearing was likely the greatest failed social experiment of our lifetime. Yet its own failure means it continues to be forced down our throats … or noses.

While it was always illogical that a cheap mask could stop a virus that is much smaller than the mask's pores, we embarked on a grand national experiment with a greater degree of compliance and shame than anyone could have imagined. On June 9, 2020, Reuters ran a headline, "Widespread mask-wearing could prevent COVID-19 second waves." The outlet suggested, based on a mathematical equation presupposing that masks work, that "even homemade masks can dramatically reduce transmission rates if enough people wear them in public."

Well, the media got their wish more than they could ever have imagined, yet nowhere in the world did it stop the next wave or the one after that. That should have been the end of masks, but instead, we have allowed the global governments to continue lying to us when our own eyes can see masks failing to work in the real world. They are still trotting out theoretical studies or lab simulations of particles to hypothesize that masks might work, over a year after they failed to work on us humans when it mattered.

As the CDC attempts to resurrect universal masking in America, it's important to remember all the times the media suggested masks were the cause of the sudden drop in cases, when in fact cases increased with greater intensity later on – months into universal masking. In their minds, masks are immaculate and can never be proven ineffective.

In reality, as we've come to learn over the past 17 months, the virus saturates a given area for 6-8 weeks and then moves on, until the next wave a few months later. Nothing we do can prevent either the up-slope or down-slope of the curve.

Given the acuteness of the political amnesia, here is a reminder of just a few times the media credited masks for a decline in cases, only to have it blow up in their faces. This is built on the incredible research of the indispensable Ian Miller:

**1) India**

Perhaps the greatest illustration of the insanity of responding to the Delta mutation with masks is that the entire mutation emanated from India, 100% *after* the media had praised the country for ending its first wave in the fall with masks. "The country has managed to encourage and enforce almost universal acceptance of masks without much debate," wrote the Wall Street Journal on December 30 in an article titled, "Covid-19 Was Consuming India, Until Nearly Everyone Started Wearing Masks."

In case you needed more evidence of how completely irrelevant mask wearing is, India had 81% mask compliance in Feb… https://t.co/A5vgw4fnVl

— IM (@IM)1623350526.0

"Until you have a vaccine, you have a social vaccine, and the social vaccine is the mask," Health Minister Harsh Vardhan repeated in speeches. Well, the cruel irony is that the mask-wearing failed to stem India's very sharp incline in March, and it wasn't the vaccine that precipitated the sharp decline in cases two months later. India barely had anyone vaccinated at the time.

**2) Czech Republic**

Well, certainly the Czechs did it right by instituting a mask mandate early on. That is most certainly why they barely had a problem until the fall of 2020, right? Wrong! Masks "worked" until they didn't work. On October 19, CNN published a bizarre article titled, "Masks made Czech Republic the envy of Europe. Now they've blown it." Except, they never worked; it's just that it wasn't their turn for the spread until the fall. Czech Prime Minister Andrej Babis boasted that his country was among the "best in Covid," in part because of masks. In July, USA Today wrote that the Czechs taught us a "lifesaving lesson" about mask-wearing. But then in October, they experienced one of the sharpest inclines in all of Europe. They experienced two more waves thereafter, with at least the same degree of mask compliance, and now have the fourth-highest death rate in the world.

As we know, mask compliance is the key to controlling COVID cases, so I guess everybody in the Czech Republic start… https://t.co/8Tz38zdaWJ

— IM (@IM)1627323430.0

The highest death rate in the world, of course, is Peru, with one of the longest and strictest lockdowns and earliest mask mandates.

Peru had one of the world's longest lockdowns, with early mask mandates & permission slips required to leave home.… https://t.co/LCbU9kL822

— IM (@IM)1623013733.0

**3) Japan**

No country has taught the world more about mask-wearing than Japan, and no country now faces the shame and embarrassment of its failures. It's sure great we chose Japan as the host of this year's Olympics, so we don't have to worry about COVID because of their mask-wearing. After all, more than a year ago, Forbes reported, in an article titled, "The Japanese perfect the mask," that Japan's "high rate of mask-wearing," reported at 96%, was "responsible for preventing the spread of COVID." Well, the Japanese are now on their third large wave, which spread so much that all spectators were barred from the Olympics. For the first time ever, athletes are playing in front of empty stadiums because masks worked so well until they didn't.

Japan's seeing another sizable and rapidly growing increase despite their 98% compliance and "culture" of mask wear… https://t.co/ZwN1w3ayKQ

— IM (@IM)1627069471.0

It should by noted that, like most Asian countries, Japan's death rate will likely remain low. But it's clear that this has a lot more to do with the health of its population and possible inherent partial immunity, and not masks, because the virus is spreading uninhibited.

**4) Israel**

Historically, Israel has done things smartly, so everyone credited the Israelis' disciplined mask-wearing with their mild waves for the first few months of the pandemic. In fact, despite having a mild wave in the early summer and a substantial wave in the fall of 2020 *after* the masks and strict enforcement thereof were in place, the WSJ cited "experts" on November 1, basically saying that lockdowns didn't work but the masks did. "Infections are dropping sharply despite less stringent rules and more defiance of them, likely because of more widespread use of masks," wrote the Journal. Well, after "working" for a few weeks (after "not having worked" in the prior waves), they went back to not working, as Israel experienced its worst wave yet in December and January. Eventually, cases ground to a halt, as they did in most places after the winter spread, and Israel finally relaxed the mandate. Another wave came back, and the country reinstated the mask mandate on June 24. Yet despite the mandate and one of the highest vaccination rates, cases have increased tenfold since June 24 and are higher than they were at this time last year with zero vaccination.

It's absolutely hilarious that Israel is reinstating a mask mandate given that the initial one already completely f… https://t.co/qoNZtuUtEb

— IM (@IM)1624650688.0

**5) San Francisco**

California at large, and San Francisco in particular, did everything "right" and did so from early March 2020. Last August, CNBC hailed San Fran as being "better off than most U.S. cities," in part because of its culture of masks. Dr. Bob Wachter, chairman of the department of medicine at UC San Francisco, was quoted as crediting the "social pressure" in the city. "In San Francisco, if you go to a gathering with one person having a mask off, it's likely that person would be looked at funny and their friends might even say something," he said.

While they did finally relinquish the mandate about a month ago, the city still has a much greater residual culture of mask-wearing than almost anywhere in the country. Yet despite being above the 35th parallel, San Franciscans are experiencing their sharpest increase ever, whereas most of those experiencing increases now are in the South, as we witnessed last year. Moreover, like most places with a strong culture of masking, they have a strong culture of vaccination, with 85% of seniors fully vaccinated and 77% of those over 12.

**6) Germany**

A USA Today fact-check cited a CDC report crediting masks for the rapid decline in cases in Jena, Germany. "And in the German city of Jena, first in the country to implement public mask wearing last April, masks led to a 75% decrease in new COVID-19 cases in little under three weeks, one December study found," wrote the fact-checker on March 12, 2021, in claiming it's "false" to assert that the CDC's evidence found a "negligible" effect of masking. What is shocking about the timing of this "fact-check" is that the checker had the luxury of experiencing an entire year of the curve and could easily have seen that after cases went down, they went up over the winter by nearly 1,000% in the state of Thuringia (of which Jena is the largest city) *after* the mask mandate was in place so early! Yet they can publish information that was disproven by reality.





In general, Germany is quite instructive, because Bavaria and Berlin are one of the only known places to mandate the use of N95 masks, yet they failed to stop the subsequent wave.

Back at the end of March, Berlin mandated N95 masks be worn, joining Bavaria with the strictest mask mandate in Ger… https://t.co/y19cUh2gvG

— IM (@IM)1624389921.0

There are many more examples, but <mark>we need not belabor the point that after 17 months, it is impossible for any rational person to think masks factor in at all in changing the spread of a virus.</mark>

Some have suggested that America has become a less religious country in recent years. What the past year has demonstrated is that a great many have unwavering faith in religion, just not the one that serves the God our founders did.

Open Access
Research

# BMJ Open

# A cluster randomised trial of cloth masks compared with medical masks in healthcare workers

C Raina MacIntyre,[1] Holly Seale,[1] Tham Chi Dung,[2] Nguyen Tran Hien,[2] Phan Thi Nga,[2] Abrar Ahmad Chughtai,[1] Bayzidur Rahman,[1] Dominic E Dwyer,[3] Quanyi Wang[4]

To cite: MacIntyre CR, Seale H, Dung TC, et al. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. BMJ Open 2015;5: e006577. doi:10.1136/bmjopen-2014-006577

► Prepublication history for this paper is available online. To view these files please visit the journal online (http://dx.doi.org/10.1136/bmjopen-2014-006577).

Received 9 September 2014
Revised 25 March 2015
Accepted 26 March 2015



For numbered affiliations see end of article.

Correspondence to
Professor C Raina MacIntyre; r.macintyre@unsw.edu.au

## ABSTRACT

**Objective:** The aim of this study was to compare the efficacy of cloth masks to medical masks in hospital healthcare workers (HCWs). The null hypothesis is that there is no difference between medical masks and cloth masks.

**Setting:** 14 secondary-level/tertiary-level hospitals in Hanoi, Vietnam.

**Participants:** 1607 hospital HCWs aged ≥18 years working full-time in selected high-risk wards.

**Intervention:** Hospital wards were randomised to: medical masks, cloth masks or a control group (usual practice, which included mask wearing). Participants used the mask on every shift for 4 consecutive weeks.

**Main outcome measure:** Clinical respiratory illness (CRI), influenza-like illness (ILI) and laboratory-confirmed respiratory virus infection.

**Results:** The rates of all infection outcomes were highest in the cloth mask arm, with the rate of ILI statistically significantly higher in the cloth mask arm (relative risk (RR)=13.00, 95% CI 1.69 to 100.07) compared with the medical mask arm. Cloth masks also had significantly higher rates of ILI compared with the control arm. An analysis by mask use showed ILI (RR=6.64, 95% CI 1.45 to 28.65) and laboratory-confirmed virus (RR=1.72, 95% CI 1.01 to 2.94) were significantly higher in the cloth masks group compared with the medical masks group. Penetration of cloth masks by particles was almost 97% and medical masks 44%.

**Conclusions:** This study is the first RCT of cloth masks, and the results caution against the use of cloth masks. This is an important finding to inform occupational health and safety. Moisture retention, reuse of cloth masks and poor filtration may result in increased risk of infection. Further research is needed to inform the widespread use of cloth masks globally. However, as a precautionary measure, cloth masks should not be recommended for HCWs, particularly in high-risk situations, and guidelines need to be updated.

**Trial registration number:** Australian New Zealand Clinical Trials Registry: ACTRN12610000887077.

## Strengths and limitations of this study

- The use of cloth masks is widespread around the world, particularly in countries at high-risk for emerging infections, but there have been no efficacy studies to underpin their use.
- This study is large, a prospective randomised clinical trial (RCT) and the first RCT ever conducted of cloth masks.
- The use of cloth masks are not addressed in most guidelines for health care workers—this study provides data to update guidelines.
- The control arm was 'standard practice', which comprised mask use in a high proportion of participants. As such (without a no-mask control), the finding of a much higher rate of infection in the cloth mask arm could be interpreted as harm caused by cloth masks, efficacy of medical masks, or most likely a combination of both.

## INTRODUCTION

The use of facemasks and respirators for the protection of healthcare workers (HCWs) has received renewed interest following the 2009 influenza pandemic,[1] and emerging infectious diseases such as avian influenza,[2] Middle East respiratory syndrome corona-virus (MERS-coronavirus)[3] [4] and Ebola virus.[5] Historically, various types of cloth/cotton masks (referred to here after as 'cloth masks') have been used to protect HCWs.[6] Disposable medical/surgical masks (referred to here after as 'medical masks') were introduced into healthcare in the mid 19th century, followed later by respirators.[7] Compared with other parts of the world, the use of face masks is more prevalent in Asian countries, such as China and Vietnam.[8–11]

In high resource settings, disposable medical masks and respirators have long since replaced the use of cloth masks in hospitals. Yet cloth masks remain widely used

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

Open Access

globally, including in Asian countries, which have historically been affected by emerging infectious diseases, as well as in West Africa, in the context of shortages of personal protective equipment (PPE).[12][13] It has been shown that medical research disproportionately favours diseases of wealthy countries, and there is a lack of research on the health needs of poorer countries.[14] Further, there is a lack of high-quality studies around the use of facemasks and respirators in the healthcare setting, with only four randomised clinical trials (RCTs) to date.[15] Despite widespread use, cloth masks are rarely mentioned in policy documents,[16] and have never been tested for efficacy in a RCT. Very few studies have been conducted around the clinical effectiveness of cloth masks, and most available studies are observational or in vitro.[6] Emerging infectious diseases are not constrained within geographical borders, so it is important for global disease control that use of cloth masks be underpinned by evidence. The aim of this study was to determine the efficacy of cloth masks compared with medical masks in HCWs working in high-risk hospital wards, against the prevention of respiratory infections.

## METHODS

A cluster-randomised trial of medical and cloth mask use for HCWs was conducted in 14 hospitals in Hanoi, Vietnam. The trial started on the 3 March 2011, with rolling recruitment undertaken between 3 March 2011 and 10 March 2011. Participants were followed during the same calendar time for 4 weeks of facemasks use and then one additional week for appearance of symptoms. An invitation letter was sent to 32 hospitals in Hanoi, of which 16 agreed to participate. One hospital did not meet the eligibility criteria; therefore, 74 wards in 15 hospitals were randomised. Following the randomisation process, one hospital withdrew from the study because of a nosocomial outbreak of rubella.

Participants provided written informed consent prior to initiation of the trial.

## Randomisation

Seventy-four wards (emergency, infectious/respiratory disease, intensive care and paediatrics) were selected as high-risk settings for occupational exposure to respiratory infections. Cluster randomisation was used because the outcome of interest was respiratory infectious diseases, where prevention of one infection in an individual can prevent a chain of subsequent transmission in closed settings.[8][9] Epi info V.6 was used to generate a randomisation allocation and 74 wards were randomly allocated to the interventions.

From the eligible wards 1868 HCWs were approached to participate. After providing informed consent, 1607 participants were randomised by ward to three arms: (1) medical masks at all times on their work shift; (2) cloth masks at all times on shift or (3) control arm (standard practice, which may or may not include mask use). Standard practice was used as control because the IRB deemed it unethical to ask participants to not wear a mask. We studied continuous mask use (defined as wearing masks all the time during a work shift, except while in the toilet or during tea or lunch breaks) because this reflects current practice in high-risk settings in Asia.[8]

**Figure 1** Consort diagram of recruitment and follow-up (HCWs, healthcare workers).



MacIntyre CR, et al. BMJ Open 2015;5:e006577. doi:10.1136/bmjopen-2014-006577

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

Open Access

The laboratory results were blinded and laboratory testing was conducted in a blinded fashion. As facemask use is a visible intervention, clinical end points could not be blinded. Figure 1 outlines the recruitment and randomisation process.

## Primary end points

There were three primary end points for this study, used in our previous mask RCTs:[8 9] (1) Clinical respiratory illness (CRI), defined as two or more respiratory symptoms or one respiratory symptom and a systemic symptom;[17] (2) influenza-like illness (ILI), defined as fever ≥38°C plus one respiratory symptom and (3) laboratory-confirmed viral respiratory infection. Laboratory confirmation was by nucleic acid detection using multiplex reverse transcriptase PCR (RT-PCR) for 17 respiratory viruses: respiratory syncytial virus (RSV) A and B, human metapneumovirus (hMPV), influenza A (H3N2), (H1N1)pdm09, influenza B, parainfluenza viruses 1–4, influenza C, rhinoviruses, severe acute respiratory syndrome (SARS) associated coronavirus (SARS-CoV), coronaviruses 229E, NL63, OC43 and HKU1, adenoviruses and human bocavirus (hBoV).[18–23] Additional end points included compliance with mask use, defined as using the mask during the shift for 70% or more of work shift hours.[9] HCWs were categorised as 'compliant' if the average use was equal or more than 70% of the working time. HCW were categorised as 'non-compliant' if the average mask use was less than 70% of the working time.

## Eligibility

Nurses or doctors aged ≥18 years working full-time were eligible. Exclusion criteria were: (1) Unable or refused to consent; (2) Beards, long moustaches or long facial hair stubble; (3) Current respiratory illness, rhinitis and/or allergy.

## Intervention

Participants wore the mask on every shift for four consecutive weeks. Participants in the medical mask arm were supplied with two masks daily for each 8 h shift, while participants in the cloth mask arm were provided with five masks in total for the study duration, which they were asked to wash and rotate over the study period. They were asked to wash cloth masks with soap and water every day after finishing the shifts. Participants were supplied with written instructions on how to clean their cloth masks. Masks used in the study were locally manufactured medical (three layer, made of non-woven material) or cloth masks (two layer, made of cotton) commonly used in Vietnamese hospitals. The control group was asked to continue with their normal practices, which may or may not have included mask wearing. Mask wearing was measured and documented for all participants, including the control arm.

## Data collection and follow-up

Data on sociodemographic, clinical and other potential confounding factors were collected at baseline. Participants were followed up daily for 4 weeks (active intervention period), and for an extra week of standard practice, in order to document incident infection after incubation. Participants received a thermometer (traditional glass and mercury) to measure their temperature daily and at symptom onset. Daily diary cards were provided to record number of hours worked and mask use, estimated number of patient contacts (with/without ILI) and number/type of aerosol-generating procedures (AGPs) conducted, such as suctioning of airways, sputum induction, endotracheal intubation and bronchoscopy. Participants in the cloth mask and control group (if they used cloth masks) were also asked to document the process used to clean their mask after use.

We also monitored compliance with mask use by a previously validated self-reporting mechanism.[8] Participants were contacted daily to identify incident cases of respiratory infection. If participants were symptomatic, swabs of both tonsils and the posterior pharyngeal wall were collected on the day of reporting.

## Sample collection and laboratory testing

Trained collectors used double rayon-tipped, plastic-shafted swabs to scratch tonsillar areas as well as the posterior pharyngeal wall of symptomatic participants. Testing was conducted using RT-PCR applying published methods.[19–23] Viral RNA was extracted from each respiratory specimen using the Viral RNA Mini kit (Qiagen, Germany), following the manufacturer's instructions. The RNA extraction step was controlled by amplification of a RNA house-keeping gene (amplify pGEM) using real-time RT-PCR. Only extracted samples with the house keeping gene detected by real-time RT-PCR were submitted for multiplex RT-PCR for viruses.

The reverse transcription and PCRs were performed in OneStep (Qiagen, Germany) to amplify viral target genes, and then in five multiplex RT-PCR: RSVA/B, influenza A/H3N2, A(H1N1) and B viruses, hMPV (reaction mix 1); parainfluenza viruses 1–4 (reaction mix 2); rhinoviruses, influenza C virus, SARS-CoV (reaction mix 3); coronaviruses OC43, 229E, NL63 and HKU1 (reaction mix 4); and adenoviruses and hBoV (reaction mix 5), using a method published by others.[18] All samples with viruses detected by multiplex RT-PCR were confirmed by virus-specific mono nested or heminested PCR. Positive controls were prepared by in vitro transcription to control amplification efficacy and monitor for false negatives, and included in all runs (except for NL63 and HKU1). Each run always included two negatives to monitor amplification quality. Specimen processing, RNA extraction, PCR amplification and PCR product analyses were conducted in different rooms to avoid cross-contamination.[19 20]

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

Open Access

## Filtration testing

The filtration performance of the cloth and medical masks was tested according to the respiratory standard AS/NZS1716.[24] The equipment used was a TSI 8110 Filter tester. To test the filtration performance, the filter is challenged by a known concentration of sodium chloride particles of a specified size range and at a defined flow rate. The particle concentration is measured before and after adding the filter material and the relative filtration efficiency is calculated. We examined the performance of cloth masks compared with the performance levels—P1, P2 (=N95) and P3, as used for assessment of all particulate filters for respiratory protection. The 3M 9320 N95 and 3M Vflex 9105 N95 were used to compare against the cloth and medical masks.

## Sample size calculation

To obtain 80% power at two-sided 5% significance level for detecting a significant difference of attack rate between medical masks and cloth masks, and for a rate of infection of 13% for cloth mask wearers compared with 6% in medical mask wearers, we would need eight clusters per arm and 530 participants in each arm, and intracluster correlation coefficient (ICC) 0.027, obtained from our previous study.[8] The design effect (deff) for this cluster randomisation trial was 1.65 (deff=1+(m−1)×ICC=1+(25−1)×0.027=1.65). As such, we aimed to recruit a sample size of 1600 participants from up to 15 hospitals.

## Analysis

Descriptive statistics were compared among intervention and control arms. Primary end points were analysed by intention to treat. We compared the event rates for the primary outcomes across study arms and calculated p values from cluster-adjusted $\chi^2$ tests[25] and ICC.[25,26] We also estimated relative risk (RR) after adjusting for clustering using a log-binomial model under generalised estimating equation (GEE) framework.[27] We checked for variables which were unequally distributed across arms, and conducted an adjusted analysis accordingly. We fitted a multivariable log-binomial model, using GEE to account for clustering by ward, to estimate RR after adjusting for potential confounders. In the initial model, we included all the variables that had p value less than 0.25 in the univariable analysis, along with the main exposure variable (randomisation arm). A backward elimination method was used to remove the variables that did not have any confounding effect.

As most participants in the control arm used a mask during the trial period, we carried out a post-hoc analysis comparing all participants who used only a medical mask (from the control arm and the medical mask arm) with all participants who used only a cloth mask (from the control arm and the cloth arm). For this analysis, controls who used both types of mask (n=245) or used N95 respirators (n=3) or did not use any masks (n=2) were excluded. We fitted a multivariable log-binomial model, to estimate RR after adjusting for potential confounders. As we pooled data of participants from all three arms and analysed by mask type, not trial arm, we did not adjust for clustering here. All statistical analyses were conducted using STATA V.12.[28]

Owing to a very high level of mask use in the control arm, we were unable to determine whether the differences between the medical and cloth mask arms were due to a protective effect of medical masks or a detrimental effect of cloth masks. To assist in interpreting the data, we compared rates of infection in the medical mask arm with rates observed in medical mask arms from two previous RCTs,[8,9] in which no efficacy of medical masks could be demonstrated when compared with control or N95 respirators, recognising that seasonal and geographic variation in virus activity affects the rates of exposure (and hence rates of infection outcomes) among HCWs. This analysis was possible because the trial designs were similar and the same outcomes were measured in all three trials. The analysis was carried out to determine if the observed results were explained by a detrimental effect of cloth masks or a protective effect of medical masks.

## RESULTS

A total of 1607 HCWs were recruited into the study. The participation rate was 86% (1607/1868). The average number of participants per ward was 23 and the mean age was 36 years. On average, HCWs were in contact with 36 patients per day during the trial period (range 0–661 patients per day, median 20 patients per day). The distribution of demographic variables was generally similar between arms (table 1). Figure 2 shows the primary outcomes for each of the trial arms. The rates of CRI, ILI and laboratory-confirmed virus infections were lowest in the medical mask arm, followed by the control arm, and highest in the cloth mask arm.

Table 2 shows the intention-to-treat analysis. The rate of CRI was highest in the cloth mask arm, followed by the control arm, and lowest in the medical mask arm. The same trend was seen for ILI and laboratory tests confirmed viral infections. In intention-to-treat analysis, ILI was significantly higher among HCWs in the cloth masks group (RR=13.25 and 95% CI 1.74 to 100.97), compared with the medical masks group. The rate of ILI was also significantly higher in the cloth masks arm (RR=3.49 and 95% CI 1.00 to 12.17), compared with the control arm. Other outcomes were not statistically significant between the three arms.

Among the 68 laboratory-confirmed cases, 58 (85%) were due to rhinoviruses. Other viruses detected were hMPV (7 cases), influenza B (1 case), hMPV/rhinovirus co-infection (1 case) and influenza B/rhinovirus co-infection (1 case) (table 3). No influenza A or RSV infections were detected.

Compliance was significantly higher in the cloth mask arm (RR=2.41, 95% CI 2.01 to 2.88) and medical masks

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

MacIntyre CR, et al. BMJ Open 2015;5:e006577. doi:10.1136/bmjopen-2014-006577

Open Access

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

**Table 1** Demographic and other characteristics by arm of randomisation

| Variable | Medical mask (% and 95% CI) (n=580) | Cloth mask (% and 95% CI) (n=569) | Control (% and 95% CI) (n=458) |
|---|---|---|---|
| Gender (male) | 112/580 | 133/569 | 112/458 |
| | 19.3 (16.2 to 22.8) | 23.4 (20.0 to 27.1) | 24.5 (20.6 to 28.7) |
| Age (mean) | 36 (35.6 to 37.3) | 35 (34.6 to 36.3) | 36 (35.1 to 37.0) |
| Education (postgraduate) | 114/580 | 99/569 | 78/458 |
| | 19.7 (16.5 to 23.1) | 17.4 (14.3 to 20.8) | 17.0 (13.7 to 20.8) |
| Smoker (current/ex) | 78/580 | 79/569 | 66/458 |
| | 13.4 (10.8 to 16.5) | 13.9 (11.1 to 17.0) | 14.4 (11.3 to 18.0) |
| Pre-existing illness* | 66/580 | 70/569 | 47/458 |
| | 11.4 (9.0 to 14.2) | 12.3 (9.8 to 15.3) | 10.3 (7.8 to 13.4) |
| Influenza vaccination (yes) | 21/580 | 21/569 | 15/458 |
| | 3.6 (2.4 to 5.4) | 3.7 (2.4 to 5.6) | 3.3 (2.0 to 5.3) |
| Staff (doctors) | 176/580 | 165/569 | 134/458 |
| | 30.3 (26.6 to 34.3) | 29.0 (25.3 to 32.9) | 29.3 (25.1 to 33.7) |
| Number of hand washings per day (geometric mean)† | 14 (13.8 to 15.4) | 11 (10.9 to 11.9) | 12 (11.5 to 12.7) |
| Number of patients had contact with (median and range)‡ | 21 (0 to 540) | 21 (0 to 661) | 18 (3 to 199) |

*Includes asthma, immunocompromised and others.
†'Hand wash' variable was created by taking average of the number of hand washes performed by a healthcare worker (HCW) over the trial period. The variable was log transformed for the multivariate analysis.
‡'Number of patients had contact with' variable was created by taking average of the number of patients in contact with a HCW over the trial period. Median and range is presented in the table.

arm (RR=2.40, 95% CI 2.00 to 2.87), compared with the control arm. Figure 3 shows the percentage of participants who were compliant in the three arms. A post-hoc analysis adjusted for compliance and other potential confounders showed that the rate of ILI was significantly higher in the cloth mask arm (RR=13.00, 95% CI 1.69 to 100.07), compared with the medical masks arm (table 4). There was no significant difference between the medical mask and control arms. Hand washing was significantly protective against laboratory-confirmed viral infection (RR=0.66, 95% CI 0.44 to 0.97).

In the control arm, 170/458 (37%) used medical masks, 38/458 (8%) used cloth masks, and 245/458 (53%) used a combination of both medical and cloth masks during the study period. The remaining 1%



**Figure 2** Outcomes in trial arms (CRI, clinical respiratory illness; ILI, influenza-like illness; Virus, laboratory-confirmed viruses).

either reported using an N95 respirator (n=3) or did not use any masks (n=2).

Table 5 shows an additional analysis comparing all participants who used only a medical mask (from the control arm and the medical mask arm) with all participants who used only a cloth mask (from the control arm and the cloth arm). In the univariate analysis, all outcomes were significantly higher in the cloth mask group, compared with the medical masks group. After adjusting for other factors, ILI (RR=6.64, 95% CI 1.45 to 28.65) and laboratory-confirmed virus (RR=1.72, 95% CI 1.01 to 2.94) remained significantly higher in the cloth masks group compared with the medical masks group.

Table 6 compares the outcomes in the medical mask arm with two previously published trials.[8 9] This shows that while the rates of CRI were significantly higher in one of the previously published trials, the rates of laboratory-confirmed viruses were not significantly different between the three trials for medical mask use.

On average, HCWs worked for 25 days during the trial period and washed their cloth masks for 23/25 (92%) days. The most common approach to washing cloth masks was self-washing (456/569, 80%), followed by combined self-washing and hospital laundry (91/569, 16%), and only hospital laundry (22/569, 4%). Adverse events associated with facemask use were reported in 40.4% (227/562) of HCWs in the medical mask arm and 42.6% (242/568) in the cloth mask arm (p value 0.450). General discomfort (35.1%, 397/1130) and breathing problems (18.3%, 207/1130) were the most frequently reported adverse events.

Open Access

**Table 2** Intention-to-treat analysis

| | CRI N (%) | RR (95% CI) | ILI N (%) | RR (95% CI) | Laboratory-confirmed viruses N (%) | RR (95% CI) |
|---|---|---|---|---|---|---|
| Medical mask* | 28/580 (4.83) | Ref | 1/580 (0.17) | Ref | 19/580 (3.28) | Ref |
| Cloth masks† | 43/569 (7.56) | 1.57 (0.99 to 2.48) | 13/569 (2.28) | **13.25 (1.74 to 100.97)** | 31/569 (5.45) | 1.66 (0.95 to 2.91) |
| Control‡ | 32/458 (6.99) | 1.45 (0.88 to 2.37) | 3/458 (0.66) | 3.80 (0.40 to 36.40) | 18/458 (3.94) | 1.20 (0.64 to 2.26) |

Bold typeface indicates statistically significant.
*p Value from cluster adjusted $\chi^2$ tests is 0.510 and intracluster correlation coefficients is 0.065.
†p Value from cluster adjusted $\chi^2$ tests is 0.028 and intracluster correlation coefficients is 0.029.
‡p Value from cluster adjusted $\chi^2$ tests is 0.561 and intracluster correlation coefficients is 0.068.
CRI, clinical respiratory illness; ILI, influenza-like illness; RR, relative risk.

Laboratory tests showed the penetration of particles through the cloth masks to be very high (97%) compared with medical masks (44%) (used in trial) and 3M 9320 N95 (<0.01%), 3M Vflex 9105 N95 (0.1%).

## DISCUSSION

We have provided the first clinical efficacy data of cloth masks, which suggest HCWs should not use cloth masks as protection against respiratory infection. Cloth masks resulted in significantly higher rates of infection than medical masks, and also performed worse than the control arm. The controls were HCWs who observed standard practice, which involved mask use in the majority, albeit with lower compliance than in the intervention arms. The control HCWs also used medical masks more often than cloth masks. When we analysed all mask-wearers including controls, the higher risk of cloth masks was seen for laboratory-confirmed respiratory viral infection.

The trend for all outcomes showed the lowest rates of infection in the medical mask group and the highest rates in the cloth mask arm. The study design does not allow us to determine whether medical masks had efficacy or whether cloth masks were detrimental to HCWs by causing an increase in infection risk. Either possibility, or a combination of both effects, could explain our results. It is also unknown whether the rates of infection observed in the cloth mask arm are the same or higher than in HCWs who do not wear a mask, as almost all participants in the control arm used a mask. The physical properties of a cloth mask, reuse, the frequency and effectiveness of cleaning, and increased moisture retention, may potentially increase the infection risk for HCWs. The virus may survive on the surface of the facemasks,[29] and modelling studies have quantified the contamination levels of masks.[30] Self-contamination through repeated use and improper doffing is possible. For example, a contaminated cloth mask may transfer pathogen from the mask to the bare hands of the wearer. We also showed that filtration was extremely poor (almost 0%) for the cloth masks. Observations during SARS suggested double-masking and other practices increased the risk of infection because of moisture, liquid diffusion and pathogen retention.[31] These effects may be associated with cloth masks.

We have previously shown that N95 respirators provide superior efficacy to medical masks,[8 9] but need to be worn continuously in high-risk settings to protect HCWs.[9] Although efficacy for medical masks was not shown, efficacy of a magnitude that was too small to be detected is possible.[8 9] The magnitude of difference between cloth masks and medical masks in the current study, if explained by efficacy of medical masks alone, translates to an efficacy of 92% against ILI, which is possible, but not consistent with the lack of efficacy in the two previous RCTs.[8 9] Further, we found no significant difference in rates of virus isolation in medical mask users between the three trials, suggesting that the results of this study could be interpreted as partly being explained by a detrimental effect of cloth masks. This is further supported by the fact that the rate of virus isolation in the no-mask control group in the first Chinese RCT was 3.1%, which was not significantly different to the rates of virus isolation in the medical mask arms in any of the three trials including this one. Unlike the previous RCTs, circulating influenza and RSV were almost completely absent during this study,

**Table 3** Type of virus isolated

| Study arm | hMPV | Rhino | Influenza B virus | hMPV & rhino | Influenza B virus & rhino | Total |
|---|---|---|---|---|---|---|
| Medical masks arm | 1 | 16 | 1 | 1 | 0 | 19 |
| Cloth mask arm | 4 | 26 | 0 | 0 | 1 | 31 |
| Control arm | 2 | 16 | 0 | 0 | 0 | 18 |
| Total | 7 | 58 | 1 | 1 | 1 | 68 |

hMPV, human metapneumovirus; Rhino, rhinoviruses.

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

Open Access



**Figure 3** Compliance with the mask wearing—mask wearing more than 70% of working hours.

with rhinoviruses comprising 85% of isolated pathogens, which means the measured efficacy is against a different range of circulating respiratory pathogens. Influenza and RSV predominantly transmit through droplet and contact routes, while Rhinovirus transmits through multiple routes, including airborne and droplet routes.[32][33] The data also show that the clinical case definition of ILI is non-specific, and captures a range of pathogens other than influenza. The study suggests medical masks may be protective, but the magnitude of difference raises the possibility that cloth masks cause an increase in infection risk in HCWs. Further, the filtration of the medical mask used in this trial was poor, making extremely high efficacy of medical masks unlikely, particularly given the predominant pathogen was rhinovirus, which spreads by the airborne route. Given the obligations to HCW occupational health and safety, it is important to consider the potential risk of using cloth masks.

In many parts of the world, cloth masks and medical masks may be the only options available for HCWs. Cloth masks have been used in West Africa during the Ebola outbreak in 2014, due to shortages of PPE, (personal communication, M Jalloh). The use of cloth masks is recommended by some health organisations, with caveats.[34–36] In light of our study, and the obligation to ensure occupational health and safety of HCWs, cloth masks should not be recommended for HCWs, particularly during AGPs and in high-risk settings such as emergency, infectious/respiratory disease and intensive care

wards. Infection control guidelines need to acknowledge the widespread real-world practice of cloth masks and should comprehensively address their use. In addition, other important infection control measure such as hand hygiene should not be compromised. We confirmed the protective effects of hand hygiene against laboratory-confirmed viral infection in this study, but mask type was an independent predictor of clinical illness, even adjusted for hand hygiene.

A limitation of this study is that we did not measure compliance with hand hygiene, and the results reflect self-reported compliance, which may be subject to recall or other types of bias. Another limitation of this study is the lack of a no-mask control group and the high use of masks in the controls, which makes interpretation of the results more difficult. In addition, the quality of paper and cloth masks varies widely around the world, so the results may not be generalisable to all settings. The lack of influenza and RSV (or asymptomatic infections) during the study is also a limitation, although the predominance of rhinovirus is informative about pathogens transmitted by the droplet and airborne routes in this setting. As in previous studies, exposure to infection outside the workplace could not be estimated, but we would assume it to be equally distributed between trial arms. The major strength of the randomised trial study design is in ensuring equal distribution of confounders and effect modifiers (such as exposure outside the workplace) between trial arms.

Cloth masks are used in resource-poor settings because of the reduced cost of a reusable option. Various types of cloth masks (made of cotton, gauze and other fibres) have been tested in vitro in the past and show lower filtration capacity compared with disposable masks.[7] The protection afforded by gauze masks increases with the fineness of the cloth and the number of layers,[37] indicating potential to develop a more effective cloth mask, for example, with finer weave, more layers and a better fit.

Cloth masks are generally retained long term and reused multiple times, with a variety of cleaning methods and widely different intervals of cleaning.[34] Further studies are required to determine if variations in frequency and type of cleaning affect the efficacy of cloth masks.

**Table 4** Multivariable cluster-adjusted log-binomial model to calculate RR for study outcomes

|  | CRI RR (95% CI) | ILI RR (95% CI) | Laboratory-confirmed viruses RR (95% CI) |
|---|---|---|---|
| Medical masks arm | Ref | Ref | Ref |
| Cloth mask arm | 1.56 (0.97 to 2.48) | **13.00 (1.69 to 100.07)** | 1.54 (0.88 to 2.70) |
| Control arm | 1.51 (0.90 to 2.52) | 4.64 (0.47 to 45.97) | 1.09 (0.57 to 2.09) |
| Male | 0.67 (0.41 to 1.12) | 1.03 (0.34 to 3.13) | 0.65 (0.34 to 1.22) |
| Vaccination | 0.83 (0.27 to 2.52) | 1.74 (0.24 to 12.56) | 1.27 (0.41 to 3.92) |
| Hand washing | 0.91 (0.66 to 1.26) | 0.94 (0.40 to 2.20) | **0.66 (0.44 to 0.97)** |
| Compliance | 1.14 (0.77 to 1.69) | 1.86 (0.67 to 5.21) | 0.86 (0.53 to 1.40) |

Bold typeface indicates statistically significant.
CRI, clinical respiratory illness; ILI, influenza-like illness; RR, relative risk.

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

Open Access

**Table 5** Univariate and adjusted analysis comparing participants who used medical masks and cloth masks*

| | Univariate RR (95% CI) | Adjusted RR (95% CI) |
|---|---|---|
| **CRI** | | |
| Medical mask (35/750, 4.67%) | Ref | Ref |
| Cloth mask (46/607, 7.58%) | **1.62 (1.06 to 2.49)** | 1.51 (0.97 to 2.32) |
| Male | 0.60 (0.32 to 1.12) | 0.58 (0.31 to 1.08) |
| Vaccination | 0.66 (0.17 to 2.62) | 0.68 (0.17 to 2.67) |
| Hand washing | 0.81 (0.58 to 1.15) | 0.84 (0.59 to 1.20) |
| Compliance | 1.01 (1.00 to 1.03) | 1.01 (1.00 to 1.02) |
| **ILI** | | |
| Medical mask (2/750, 0.27%) | Ref | Ref |
| Cloth mask (13/607, 2.14%) | **8.03 (1.82 to 35.45)** | **6.64 (1.45 to 28.65)** |
| Male | 0.95 (0.27 to 3.35) | 0.92 (0.26 to 3.22) |
| Vaccination | 1.87 (0.25 to 13.92) | 1.97 (0.27 to 14.45) |
| Hand washing | 0.56 (0.24 to 1.27) | 0.61 (0.23 to 1.57) |
| Compliance | 1.04 (1.01 to 1.08) | 1.04 (1.00 to 1.08) |
| **Laboratory-confirmed viruses** | | |
| Medical mask (22/750, 2.93%) | Ref | Ref |
| Cloth mask (34/607, 5.60%) | **1.91 (1.13 to 3.23)** | **1.72 (1.01 to 2.94)** |
| Male | 0.64 (0.30 to 1.33) | 0.61 (0.29 to 1.27) |
| Vaccination | 0.97 (0.24 to 3.86) | 1.03 (0.26 to 4.08) |
| Hand washing | 0.61 (0.41 to 0.93) | 0.65 (0.42 to 1.00) |
| Compliance | 1.00 (0.99 to 1.02) | 1.0 (0.99 to 1.02) |

Bold typeface indicates statistically significant.
*The majority (456/458) of HCWs in the control arm used a mask. Controls who exclusively used a medical mask were categorised and analysed with the medical mask arm participants; and controls who exclusively wore a cloth mask were categorised and analysed with the cloth mask arm.
CRI, clinical respiratory illness; HCWs, healthcare workers; ILI, influenza-like illness; RR, relative risk.

**Table 6** A comparison of outcome data for the medical mask arm with medical mask outcomes in previously published RCTs

| | CRI N (%) | RR (95% CI) | ILI N (%) | RR (95% CI) | Laboratory-confirmed viruses N (%) | RR (95% CI) |
|---|---|---|---|---|---|---|
| Vietnam trial | 28/580 (4.83) | Ref | 1/580 (0.17) | Ref | 19/580 (3.28) | Ref |
| Published RCT China 1[8] | 33/492 (6.70) | 1.40 (0.85 to 2.26) | 3/492 (0.61) | 3.53 (0.37 to 33.89) | 13/492 (2.64) | 0.80 (0.40 to 1.62) |
| Published RCT China 2[9] | 98/572 (17.13) | **3.54 (2.37 to 5.31)** | 4/572 (0.70) | 4.06 (0.45 to 36.18) | 19/572 (3.32) | 1.01 (0.54 to 1.89) |

Bold typeface indicates statistically significant.
CRI, Clinical respiratory illness; ILI, influenza-like illness; RCT, randomised clinical trial; RR, relative risk.

Pandemics and emerging infections are more likely to arise in low-income or middle-income settings than in wealthy countries. In the interests of global public health, adequate attention should be paid to cloth mask use in such settings. The data from this study provide some reassurance about medical masks, and are the first data to show potential clinical efficacy of medical masks. Medical masks are used to provide protection against droplet spread, splash and spray of blood and body fluids. Medical masks or respirators are recommended by different organisations to prevent transmission of Ebola virus, yet shortages of PPE may result in HCWs being forced to use cloth masks.[38–40] In the interest of providing safe, low-cost options in low income countries, there is scope for research into more effectively designed cloth masks, but until such research is carried out, cloth masks should not be recommended. We also recommend that infection control guidelines be updated about cloth mask use to protect the occupational health and safety of HCWs.

**Author affiliations**
[1]Faculty of Medicine, School of Public Health and Community Medicine, University of New South Wales, Sydney, Australia
[2]National Institute of Hygiene and Epidemiology, Hanoi, Vietnam
[3]Institute for Clinical Pathology and Medical Research, Westmead Hospital and University of Sydney, Sydney, New South Wales, Australia
[4]Beijing Centers for Disease Control and Prevention, Beijing, China

**Acknowledgements** The authors would like to thank the staff members from the National Institute of Hygiene and Epidemiology, Hanoi, Vietnam, who were involved with the trial. They thank as well the staff from the Hanoi hospitals who participated. They also acknowledge the support of 3M for testing of filtration of the facemasks. 3M was industry partner in the ARC linkage project

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

Case 6:21-cv-01008-PGB-DCI   Document 62-4   Filed 09/14/21   Page 16 of 412 PageID 2144

grant; however they were not involved in study design, data collection or analysis. The 3M products were not used in this study.

**Contributors** CRM was the lead investigator, and responsible for the conception and design of the trial, obtaining the grant funding, overseeing the whole study, analysing the data and writing of the report. HS contributed to overseeing the study, staff training, form/database development and drafting of the manuscript. TCD was responsible for overseeing the study, database management, recruitment, training and revision of the manuscript. NTH was responsible for the implementation of research and revision of the manuscript. PTN was responsible for the laboratory testing in Vietnam. AAC contributed to the statistical analysis and drafting of the manuscript. BR was responsible for the statistical analysis and revision of the manuscript. DED contributed to the laboratory technical assistance and revision of the manuscript. QW assisted in comparing the rates of infection from two previous RCTs conducted in China and revision of the manuscript.

**Funding** Funding to conduct this study was received from the Australian Research Council (ARC) (grant number LP0990749).

**Competing interests** CRM has held an Australian Research Council Linkage Grant with 3M as the industry partner, for investigator-driven research. 3M has also contributed masks and respirators for investigator-driven clinical trials. CRM has received research grants and laboratory testing as in-kind support from Pfizer, GSK and Bio-CSL for investigator-driven research. HS had a NHMRC Australian-based Public Health Training Fellowship at the time of the study (1012631). She has also received funding from vaccine manufacturers GSK, bio-CSL and Sanofi Pasteur for investigator-driven research and presentations. AAC used filtration testing of masks for his PhD thesis conducted by 3M Australia.

**Ethics approval** National Institute for Hygiene and Epidemiology (NIHE) (approval number 05 IRB) and the Human Research Ethics Committee of the University of New South Wales (UNSW), Australia, (HREC approval number 10306).

**Provenance and peer review** Not commissioned; externally peer reviewed.

**Data sharing statement** No additional data are available.

**Open Access** This is an Open Access article distributed in accordance with the Creative Commons Attribution Non Commercial (CC BY-NC 4.0) license, which permits others to distribute, remix, adapt, build upon this work non-commercially, and license their derivative works on different terms, provided the original work is properly cited and the use is non-commercial. See: http://creativecommons.org/licenses/by-nc/4.0/

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

## REFERENCES

1. World Health Organization (WHO). Global Alert and Response (GAR), Pandemic (H1N1) 2009—update 76 (cited 27 Apr 2012). http://www.who.int/csr/don/2009_11_27a/en/index.html
2. World Health Organization (WHO). Human infection with avian influenza A(H7N9) virus—update (cited 8 May 2013). http://www.who.int/csr/don/2013_05_07/en/index.html
3. Bermingham A, Chand MA, Brown CS, *et al.* Severe respiratory illness caused by a novel coronavirus, in a patient transferred to the United Kingdom from the Middle East, September 2012. *Euro Surveill* 2012;17:20290.
4. Pollack MP, Pringle C, Madoff LC, *et al.* Latest outbreak news from ProMED-mail: novel coronavirus—Middle East. *Int J Infect Dis* 2013;17:e143–4.
5. World Health Organization (WHO). Global Alert and Response (GAR). Ebola virus disease update—west Africa 2014 (cited 28 Aug 2014). http://www.who.int/csr/don/2014_08_28_ebola/en/
6. Chughtai AA, Seale H, MacIntyre CR. Use of cloth masks in the practice of infection control—evidence and policy gaps. *Int J Infect Control* 2013;9:1–12.
7. Quesnel LB. The efficiency of surgical masks of varying design and composition. *Br J Surg* 1975;62:936–40.
8. MacIntyre CR, Wang Q, Cauchemez S, *et al.* A cluster randomized clinical trial comparing fit-tested and non-fit-tested N95 respirators to medical masks to prevent respiratory virus infection in health care workers. *Influenza Other Respir Viruses* 2011;5:170–9.
9. MacIntyre CR, Wang Q, Seale H, *et al.* A randomised clinical trial of three options for N95 respirators and medical masks in health workers. *Am J Respir Crit Care Med* 2013;187:960–6.
10. Chughtai AA, MacIntyre CR, Zheng Y, *et al.* Examining the policies and guidelines around the use of masks and respirators by healthcare workers in China, Pakistan and Vietnam. *J Infect Prev* 2015;16:68–74.
11. Chughtai AA, Seale H, Chi Dung T, *et al.* Current practices and barriers to the use of facemasks and respirators among hospital-based health care workers in Vietnam. *Am J Infect Control* 2015;43:72–7.
12. Pang X, Zhu Z, Xu F, *et al.* Evaluation of control measures implemented in the severe acute respiratory syndrome outbreak in Beijing. *JAMA* 2003;290:3215–21.
13. Yang P, Seale H, MacIntyre C, *et al.* Mask-wearing and respiratory infection in healthcare workers in Beijing, China. *Braz J Infect Dis* 2011;15:102–8.
14. Horton R. Medical journals: evidence of bias against the diseases of poverty. *Lancet* 2003;361:712–13.
15. MacIntyre CR, Chughtai AA. Facemasks for the prevention of infection in healthcare and community settings. *BMJ* 2015;350:h694.
16. Chughtai AA, Seale H, MacIntyre CR. Availability, consistency and evidence-base of policies and guidelines on the use of mask and respirator to protect hospital health care workers: a global analysis. *BMC Res Notes* 2013;6:1–9.
17. MacIntyre C, Cauchemez S, Dwyer D, *et al.* Face mask use and control of respiratory virus transmission in households. *Emerg Infect Dis* 2009;15:233–41.
18. Buecher C, Mardy S, Wang W, *et al.* Use of a multiplex PCR/RT-PCR approach to assess the viral causes of influenza-like illnesses in Cambodia during three consecutive dry seasons. *J Med Virol* 2010;82:1762–72 [Epub ahead of print 1 Sep 2010].
19. Higuchi R, Fockler C, Dollinger G, *et al.* Kinetic PCR analysis: real-time monitoring of DNA amplification reactions. *Biotechnology (N Y)* 1993;11:1026–30 [Epub ahead of print 1 Sep 2010].
20. Hummel KB, Lowe L, Bellini WJ, *et al.* Development of quantitative gene-specific real-time RT-PCR assays for the detection of measles virus in clinical specimens. *J Virol Methods* 2006;132:166–73 [Epub ahead of print 11 Sep 2005].
21. Mackay IM. *Real-time PCR in microbiology.* Caister Academic Press, 2007.
22. Wang W, Cavailler P, Ren P, *et al.* Molecular monitoring of causative viruses in child acute respiratory infection in endemic/epidemic situations in Shanghai. *J Clin Virol (PASCV)* 2010;49:211–8.
23. Thi TN, Deback C, Malet I, *et al.* Rapid determination of antiviral drug susceptibility of herpes simplex virus types 1 and 2 by real-time PCR. *Antiviral Res* 2006;69:152–7.
24. Standards Australia Limited/Standards New Zealand. Respiratory protective devices. Australian/New Zealand Standard. AS/NZS 1716: 2012.
25. Donner A, Klar N. *Design and analysis of cluster randomization trials in health research.* London: Oxford University Press Inc, 2000.
26. Campbell MK, Elbourne DR, Altman DG, *et al.* CONSORT statement: extension to cluster randomised trials. *BMJ* 2004;328:702–8.
27. Vittinghoff E, Glidden DV, Shiboski SC, *et al. Regression methods in biostatistics.* 2nd edn. New York: Springer-Verlag, 2012.
28. StataCorp. *Stata 12 base reference manual.* College Station, TX: Stata Press, 2011.
29. Osterholm MT, Moore KA, Kelley NS, *et al.* Transmission of Ebola viruses: what we know and what we do not know. *mBio* 2015;6: e00137–15.
30. Fisher EM, Noti JD, Lindsley WG, *et al.* Validation and application of models to predict facemask influenza contamination in healthcare settings. *Risk Anal* 2014;34:1423–34.
31. Li Y, Wong T, Chung J, *et al.* In vivo protective performance of N95 respirator and surgical facemask. *Am J Ind Med* 2006;49:1056–65.
32. Dick EC, Jennings LC, Mink KA, *et al.* Aerosol transmission of rhinovirus colds. *J Infect Dis* 1987;156:442–8.
33. Bischoff WE. Transmission route of rhinovirus type 39 in a monodispersed airborne aerosol. *Infect Control Hosp Epidemiol* 2010;31:857–9.
34. Institute of Medicine (IOM). Reusability of Facemasks During an Influenza Pandemic: Facing the Flu—Committee on the Development of Reusable Facemasks for Use during an Influenza Pandemic. National Academy of Sciences, 2006.
35. Center for Disease Control and Prevention and World Health Organization. *Infection control for viral haemorrhagic fevers in the African health care setting.* Atlanta: Centers for Disease Control and Prevention, 1998:1–198.

Open Access

36. World Health Organization (WHO). Guidelines for the prevention of tuberculosis in health care facilities in resource limited settings, 1999.

37. Weaver GH. Droplet infection and its prevention by the face mask. *J Infect Dis* 1919;24:218–30.

38. MacIntyre CR, Chughtai AA, Seale H, *et al*. Respiratory protection for healthcare workers treating Ebola virus disease (EVD): are facemasks sufficient to meet occupational health and safety obligations? *Int J Nurs Stud* 2014;51:1421–6.

39. Center for Disease Control and Prevention (CDC). Guidance on Personal Protective Equipment To Be Used by Healthcare Workers During Management of Patients with Ebola Virus Disease in U.S. Hospitals, Including Procedures for Putting On (Donning) and Removing (Doffing). 2014 (cited 23 Oct 2014). http://www.cdc.gov/vhf/ebola/hcp/procedures-for-ppe.html

40. World Health Organiszation (WHO). Infection prevention and control guidance for care of patients in health-care settings, with focus on Ebola. 2014 (cited 23 Oct 2014). http://www.who.int/csr/resources/publications/ebola/filovirus_infection_control/en/

BMJ Open: first published as 10.1136/bmjopen-2014-006577 on 22 April 2015. Downloaded from http://bmjopen.bmj.com/ on May 19, 2021 by guest. Protected by copyright.

MacIntyre CR, *et al. BMJ Open* 2015;5:e006577. doi:10.1136/bmjopen-2014-006577

Plaintiffs' Exhibit 204

townhall.com

# A Group Of Parents Sent Their Kids' Face Masks to A Lab for Analysis. Here's What They Found by Scott Morefield

*Scott Morefield*        6-15-21

5-6 minutes

---

We've been told for well over a year that widespread forced public masking should be implemented because, even if only moderately to slightly to negligibly effective at curbing the spread of COVID-19, there are ZERO drawbacks.

"What's the harm?" they ask.

"It's only a minor inconvenience," they bleat.

"If it saves ONE LIFE, it's worth it!" they implore.

Meanwhile, we on Team Reality have not only continued to point to real-world data that shows masking to be entirely ineffective, we've also maintained that forced public masking, especially long-term, has negative societal and even health ramifications that the powers-that-be are all-too-happy to ignore in subservience to their newfound face mask god.

It only stands to reason that one of those health ramifications would be the fact that millions of people, particularly children, have been forced to wear and carry around pieces of cloth they've continually breathed through for hours on end. What lurking pathogens might be found on these disgusting contraptions being incessantly handled, stuck in pockets, and mindlessly tossed on books, tables, and desks? Well, one group of Florida parents sent a batch of masks worn by their children to a lab to find out. And yeah, you'll probably need to make sure you aren't eating dinner anytime soon before you digest THESE results.

Via press release:

Gainesville, FL (June 16, 2021) – A group of parents in Gainesville, FL, concerned about potential harms from masks, submitted six face masks to a lab for analysis. The resulting report found that five masks were contaminated with bacteria, parasites, and fungi,

including three with dangerous pathogenic and pneumonia-causing bacteria. No viruses were detected on the masks, although the test is capable of detecting viruses.

The analysis detected the following 11 alarmingly dangerous pathogens on the masks:

• Streptococcus pneumoniae (pneumonia)

• Mycobacterium tuberculosis (tuberculosis)

• Neisseria meningitidis (meningitis, sepsis)

• Acanthamoeba polyphaga (keratitis and granulomatous amebic encephalitis)

• Acinetobacter baumanni (pneumonia, blood stream infections, meningitis, UTIs—resistant to antibiotics)

• Escherichia coli (food poisoning)

• Borrelia burgdorferi (causes Lyme disease)

• Corynebacterium diphtheriae (diphtheria)

• Legionella pneumophila (Legionnaires' disease)

• Staphylococcus pyogenes serotype M3 (severe infections—high morbidity rates)

• Staphylococcus aureus (meningitis, sepsis)

Half of the masks were contaminated with one or more strains of pneumonia-causing bacteria. One-third were contaminated with one or more strains of meningitis-causing bacteria. One-third were contaminated with dangerous, antibiotic-resistant bacterial pathogens. In addition, less dangerous pathogens were identified, including pathogens that can cause fever, ulcers, acne, yeast infections, strep throat, periodontal disease, Rocky Mountain Spotted Fever, and more.

The face masks studied were new or freshly-laundered before wearing and had been worn for 5 to 8 hours, most during in-person schooling by children aged 6 through 11. One was worn by an adult. A t-shirt worn by one of the children at school and unworn masks were tested as controls. No pathogens were found on the controls. Proteins found on the t-shirt, for example, are not pathogenic to humans and are commonly found in hair, skin, and soil.

A parent who participated in the study, Ms. Amanda Donoho, commented that this small sample points to a need for more research: "We need to know what we are putting on the faces of our children each day. Masks provide a warm, moist environment for bacteria to grow."

These local parents contracted with the lab because they were concerned about the potential of contaminants on masks that their children were forced to wear all day at

school, taking them on and off, setting them on various surfaces, wearing them in the bathroom, etc. This prompted them to send the masks to the University of Florida's Mass Spectrometry Research and Education Center for analysis.



The below chart, put together by the group of parents, shows the potential dangers from each pathogen:



| PATHOGEN | TYPE | DESCRIPTION |
|---|---|---|
| acinetobacter baumannii | Bacteria | pneumonia, blood stream infections, meningitis, wound and surgical site infections and urinary tract infections. Resistant to antibiotics and very difficult to treat. |
| alcelaphine herpesvirus 1 | Virus | Natural hosts primarily cow, but is fatal |
| Borrelia burgdorferi | | Causes Lyme disease |
| corynebacterium jeikeium | Bacteria | Infection in bone marrow transplant patients |
| corynebacterium kroppenstedtii | Bacteria | antibiotic resistant pathogen |
| cutibacterium acnes | Bacteria | Causes acne, blepharitis and endophthalmitis |
| encephalitozoon cuniculi | Bacteria | Pathogenic in immunocomprimised people |
| Escherichia coli | Bacteria | Found in lower intestine and can cause food poisoning |
| francisella tularensis | Bacteria | Causes tularemia, fever, skin ulcers, sore throat and pneumonia |
| mycobacterium tuberculosis | Bacteria | Causes Tuberculosis |
| neisseria meningitidis Serogroup A | Bacteria | Extremely pathogenic. Causes meningitis and life threatening sepsis |
| neisseria meningitidis Serogroup B | Bacteria | Extremely pathogenic. Causes meningitis and life threatening sepsis |
| neisseria meningitidis Serogroup C | Bacteria | Extremely pathogenic. Causes meningitis and life threatening sepsis |

| parabacteroides distasonis | Bacteria | Causes infections |
|---|---|---|
| porphyromonas gingivalis | Bacteria | Found in the oral cavity causing peridontal disease as well as upper gastrointntestinal tract, respitory infections |
| Rickettsia rickettsii | Bacteria | Rocky Mountain Spotted Fever |
| staphylococcus aureus | Bacteria | range of illnesses from minor skin infections to life threatening pneumonia, menigitis and sepsis |
| streptococcus pneumoniae | Bacteria | Major cause pneumonia |
| streptococcus pneumoniae serotype 19F | Bacteria | Major cause of pneumonia |
| streptococcus pyogenes | Bacteria | Causes strep throat |
| streptococcus pyogenes serotype M3 | Bacteria | Causes strep throat |

Appetizing, eh? Of course, nothing above, or anything else, will deter the extremists in the masking cult, some of whom now want to see masking in schools forever.

*Update: Some experts are casting doubt on the credibility of the above lab results, per AFP, one of Facebook's fact-checking partners. These experts include physicians at Johns Hopkins All Children's Hospital, as well as Dr. Benjamin Neuman, chair of the Biological Sciences department at Texas A&M University-Texarkana. You can read their explanations here. AFP also notes that the WHO still recommends children wear masks, even though they are not at high risk of contracting a severe case of COVID-19. On its website, the WHO does not recommend masks for kids 5 and younger, and has modified guidelines for children ages 6-11.*

Plaintiffs' Exhibit 205

# A Model to Explain Statewide Differences in COVID-19 Death Rates

By

James L. Doti

President Emeritus and Professor of Economics

George L. Argyros School of Business & Economics

Chapman University

One University Drive, Orange, CA 92867 U.S.A.

doti@chapman.edu

ORCID: 0000-0003-1156-6512

JLE Classifications: C01, C31, C40, C51, I10, I18

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

# Abstract

COVID-19 death rates per 100,000 vary widely across the nation.  As of September 1, 2020, they range from a low of 4 in Hawaii to a high of 179 in New Jersey.  Although academic research has been conducted at the county and metropolitan levels, no research has rigorously examined or identified the demographic and socioeconomic forces that explain state-level differences.  This study presents an empirical model and the results of regression tests that help identify these forces and shed light on the role they play in explaining COVID-19 deaths.

A stepwise regression model we tested exhibits a high degree of explanatory power.  It suggests that two measures of density explain most of the state-level differences.  Less significant variables included the poverty rate and racial/ethnic differences.  We also found that variables relating to health, air travel, and government mandates were not significant in explaining COVID-19 deaths at the state level.

This study also examines the elasticities of those variables we found significant.  We measured both average and constant elasticities to determine the relationship between changes in COVID-19 deaths and percentage changes in the relevant explanatory variables.  In an analysis of residuals, we found that the unexplained variation was found to be related mainly to factors site-specific to individual states.

Unlike the empirical results of several academic studies, our model found that the density of a state is the most important factor explaining COVID-19 deaths.  The role that density plays in the transmission of COVID-19 has important policy implications in responding to the challenges posed by the coronavirus and future pandemics.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

## Introduction

A number of academic studies have studied the impact of demographic and socioeconomic forces on the incidence of COVID-19. These studies have focused attention on counties and metropolitan statistical areas (Hamidi, Sabouri, and Ewing, 2020; Liu et al., 2020; Wheaton and Thompson, 2020). No academic research, however, has examined or identified the variables that explain state-level differences in COVID-19 death rates. Although the print and electronic media have extensively reported on differences among states (Tavernise and Mervosh, *New York Times*, 2020; Olsen, *Washington Post*, 2019; Rosenthal, *New York Times*, 2020), these reports are largely anecdotal and lack academic rigor.

State-level COVID-19 death rates vary widely. As shown in the rank ordering of Table 1, cumulative death rates per 100,000 people as of September 1, 2020, range from a low of 4 in Hawaii to a high of 179 in New Jersey. The mean cumulative death rate for all 50 states was 44.9, with a standard deviation of 39.84. Figure 1 shows that the mean death rate for all 50 states has increased in a linear-like manner from April 1, 2020, to September 1, 2020.



FIGURE 1
Cumulative Average Number of COVID19 Deaths in the Unites States per 100,000 in Population

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

A MODEL TO EXPLAIN STATEWIDE DIFFERENCES IN COVID 19 DEATH RATES                4

**TABLE 1**

**As of September 1, 2020**

| Rank | State | COVID Death Rates per 100,000 people |
|---|---|---|
| 1 | Hawaii | 4 |
| 2 | Alaska | 5 |
| 3 | Wyoming | 6 |
| 4 | Vermont | 9 |
| 5 | Maine | 10 |
| 6 | Montana | 10 |
| 7 | Oregon | 11 |
| 8 | West Virginia | 12 |
| 9 | Utah | 13 |
| 10 | Kansas | 15 |
| 11 | North Dakota | 19 |
| 12 | South Dakota | 19 |
| 13 | Wisconsin | 19 |
| 14 | Idaho | 20 |
| 15 | Nebraska | 20 |
| 16 | Oklahoma | 20 |
| 17 | Kentucky | 21 |
| 18 | Missouri | 25 |
| 19 | Washington | 25 |
| 20 | Arkansas | 26 |
| 21 | North Carolina | 26 |
| 22 | Tennessee | 26 |
| 23 | Virginia | 30 |
| 24 | New Hampshire | 32 |
| 25 | California | 33 |
| 26 | Minnesota | 33 |
| 27 | Colorado | 34 |
| 28 | Iowa | 35 |
| 29 | Ohio | 35 |
| 30 | New Mexico | 37 |
| 31 | Nevada | 42 |
| 32 | Alabama | 44 |
| 33 | Texas | 44 |
| 34 | Indiana | 49 |
| 35 | Florida | 52 |
| 36 | Georgia | 53 |
| 37 | South Carolina | 53 |
| 38 | Pennsylvania | 60 |
| 39 | Delaware | 62 |
| 40 | Maryland | 62 |
| 41 | Illinois | 65 |
| 42 | Michigan | 68 |
| 43 | Arizona | 69 |
| 44 | Mississippi | 82 |
| 45 | Rhode Island | 99 |
| 46 | Louisiana | 106 |
| 47 | Connecticut | 125 |
| 48 | Massachusetts | 131 |
| 49 | New York | 169 |
| 50 | New Jersey | 179 |

Preprint not peer reviewed

Although no state-level studies for COVD-19 have been published, a survey of SSRN showed 4,334 studies dealing with the coronavirus.  Of those, 2,531 papers relate to public health, legal, economic, societal, and fiscal implications.

Several of these studies focus attention on the impact of density on COVID-19 infection and death rates.  Hamidi, Sabouri, and Ewing (2020), for example, conclude that their most important finding is "that density is unrelated to confirmed virus infection rates and inversely related to confirmed virus death rates" (page 11).  They conclude that "COVID-19 death rates are lower in dense counties and higher in less dense counties (page 12).  Wheaton and Thompson's (2020) findings reveal that density and the total number of infections are inversely related, but that density has no significant effect when the infection rate serves as the dependent variable.

Given the commonly accepted view that greater social interaction leads to higher COVID-19 infections and deaths, the fact that these peer-reviewed studies do not empirically support that view seems anomalous.

These findings have important implications for socioeconomic planning and policies.  As Hamidi, Sabouri, and Ewing (2020) conclude:

> *The fact that density is unrelated to confirmed virus infection rates and inversely related to confirmed death rates is important, unexpected and profound. It has important implications for community design, ... and nearly every other front-burner issue important to planners. (2020, page 12)*

In the study to follow, we hope to shed light not only on how density and other factors are associated with the COVID-19 death rate, but also why our findings differ from the conclusions reached in previous studies.

We present an empirical model and the results of regression tests to explain these differences in death rates at the state level. The tests regress state-level COVID-19 death rates against hypothesized demographic and socioeconomic explanatory variables.  Those variables found to be significant in this study will also shed light on the role these variables play in explaining COVID-19 deaths.

**The Model**

We selected the cumulative COVID-19 death rate per 100,000 people by state as of September 1, 2020, to serve as our dependent variable.  A death is defined as a person dying that tested positive for the coronavirus no matter a person's preexisting health conditions.  COVID-19 virus infection rates were not included in our study because of potential biases due to state-level differences in testing methodologies and people's varying access to such tests.  For that reason, we focused on the death rate.  The structural form of our model is shown below in equation(1).

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

$$D_i = b_0 + b_1(x_{1,i}) + b_2(x_{2,i}) + \ldots + b_n(x_{n,i}) \tag{1}$$

where:

$D_i$ = Cumulative COVID-19 death rates per 100,000 in state i as
     of September 1, 2020.

$x_{1 \ldots} x_n = 1 \ldots n$ independent variables in state i

$b_0, b_1 \ldots b_n = n$ parameters to be estimated and error terms are suppressed

Equation (1)  can also be estimated in exponential form using natural logs (ln).

In order to control and test for the factors that explain COVID-19 death rates by state, we selected demographic and socioeconomic variables, as shown in Table 2 and below in equation (2).

$$\text{Deathrate}_i = b_o \sum_{d=1}^{3} b_d \ \text{Density}_i + \sum_{y=1}^{2} b_y \ \text{Income}_i + \ldots$$

$$+ \ldots \sum_{r=1}^{3} b_r \ \text{Racial/Ethnic}_i + \sum_{h=1}^{4} b_h \ \text{Health}_i + \ldots$$

$$+ \ldots \sum_{a=1}^{2} b_a \ \text{Air Travel}_i + \sum_{m=1}^{3} b_m \ \text{Mandates}_i \tag{2}$$

where:

$\text{Deathrate}_i$ = Cumulative COVID-19 deaths per 100,000 in state$_i$ as
          of September 1, 2020

$b_o, b_d \ldots b_m$ = Parameters to be estimated

error terms are suppressed, and the independent variables are as shown in Table 2.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

A MODEL TO EXPLAIN STATEWIDE DIFFERENCES IN COVID 19 DEATH RATES                    7

**Table 2.** Dependent and independent variables used in the study

**Dependent variable**

| Description | Name | Mean | SD | CV | Min | Max | Obs. | Source |
|---|---|---|---|---|---|---|---|---|
| Death rates from coronavirus (COVID-19) in the US as of 09/01/20, by state (per 100,000 people) | deathrate | 44.88 | 39.84 | 88.77 | 4.00 | 177.00 | 50 | https://www.statista.com/statistics/1109011/coronavirus-covid19-death-rates-us-by-state/ |

**Independent variables**

| Description | Name | Mean | SD | CV | Min | Max | Obs. | Source |
|---|---|---|---|---|---|---|---|---|
| **I. Density variables** | | | | | | | | |
| Population density per square mile | density | 202.65 | 266.24 | 131.38 | 1.30 | 1207.80 | 50 | https://worldpopulationreview.com/state-rankings/state-densities |
| Super density per square mile | sdensity | 342.98 | 1610.69 | 469.62 | 0.00 | 11076.00 | 50 | https://en.wikipedia.org/wiki/List_of_United_States_cities_by_population_density |
| Urban population as a percentage of the total population | urbanpop | 0.74 | 0.15 | 20.27 | 0.39 | 0.95 | 50 | https://en.wikipedia.org/wiki/Urbanization_in_the_United_States |
| **II. Income variables** | | | | | | | | |
| Per Capita Personal Income (000) | py | 54.50 | 8.80 | 16.15 | 39.36 | 79.09 | 50 | https://fred.stlouisfed.org/release/tables?rid=151&eid=257197 |
| Poverty rate | poverty | 0.14 | 0.04 | 28.57 | 0.07 | 0.27 | 50 | https://en.wikipedia.org/wiki/List_of_U.S._states_and_territories_by_poverty_rate |
| **III. Racial/Ethnic variables** | | | | | | | | |
| Black or African American Population as a percent of the total population | afram | 10.51 | 9.55 | 90.87 | 0.40 | 37.60 | 50 | https://worldpopulationreview.com/states/states-by-race |
| Hispanic population as a percentage of the total population | hispanic | 11.74 | 10.34 | 88.07 | 1.50 | 48.54 | 50 | https://worldpopulationreview.com/state-rankings/hispanic-population-by-state |
| Asian population as a percentage of the total population | asian | 4.18 | 5.53 | 132.30 | 0.76 | 37.75 | 50 | https://worldpopulationreview.com/state-rankings/asian-population |
| **IV. Health related variables** | | | | | | | | |
| Percentage of population aged 65 or over | age65 | 16.49 | 1.88 | 11.40 | 11.10 | 20.60 | 50 | https://www.prb.org/which-us-states-are-the-oldest/ |
| Obesity rate, percent of obese adults (BMI of 30+) | obesity | 30.75 | 3.73 | 12.13 | 22.60 | 38.10 | 50 | https://worldpopulationreview.com/state-rankings/obesity-rate-by-state |
| Diabetes mortality rate, number of deaths per 100,000 total population | diabetes | 21.95 | 4.39 | 20.00 | 14.60 | 36.20 | 50 | https://www.cdc.gov/nchs/pressroom/sosmap/diabetes_mortality/diabetes.htm |
| Smoking Rate, percent of persons who smoke | smokers | 17.33 | 3.50 | 20.20 | 8.90 | 26.00 | 50 | https://worldpopulationreview.com/state-rankings/smoking-rates-by-state |
| **V. Air Travel** | | | | | | | | |
| Domestic passenger air traffic arrivals to top 40 US gateway cities from June 2018 to March 2019 as a percent of the total population | darrival | 2.10 | 4.29 | 204.29 | 0.00 | 19.00 | 50 | https://www.transportation.gov/policy/aviation-policy/us-international-air-passenger-and-freight-statistics-report |
| Foreign passenger air traffic arrivals to top 40 US gateway cities from June 2018 to March 2019 as a percent of the total population | farrival | 2.29 | 6.09 | 265.94 | 0.00 | 31.94 | 50 | https://www.transportation.gov/policy/aviation-policy/us-international-air-passenger-and-freight-statistics-report |
| **VI. Mandates** | | | | | | | | |
| Number of days from March 12 to Sept. 1 before mask-level mandates on wearing masks were imposed | mask | 123.60 | 43.98 | 35.58 | 35.00 | 171.00 | 50 | https://www.aarp.org/health/healthy-living/info-2020/states-mask-mandates-coronavirus.html |
| Number of categories (gathering, schools, restaurants, non-essential business, and stay-at-home orders) from 0 to 5 where states enacted restrictions within 30 days of March 12, 2020 | enact | 3.44 | 1.16 | 33.72 | 1.00 | 5.00 | 50 | https://www.medrxiv.org/content/10.1101/2020.03.30.20046326v1 |
| Social distancing index that represents the extent residents and visitors practiced social distancing where "0" indicates no social distancing while "100" indicates all residents stayed at home. | distance | 30.12 | 9.51 | 31.57 | 17.00 | 57.00 | 50 | https://data.covid.umd.edu/ |

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

**Empirical Findings**

      The results of the regression tests are presented in Table 3. A stepwise model was used to add demographic and socioeconomics independent variables to the regression tests arranged in groupings from I to VI, as shown in Tables 2 and 3. In most cases, variables were removed if not significant at the $p < 0.10$ level (one-tailed).

      Analyses of the explanatory power of the variables included in groupings I to VI are presented below.

**I.**    **Density Variables**

      We added a super density variable (sdensity) to our regression tests because density, as generally measured, does not adequately control for its impact on a state-level basis. A state's density (density) is defined as the population of that state divided by its total geographic area in square miles or as shown in Table 2: "population density per square mile." That measure is relevant for most states but not for those states where a highly populated metropolitan area exhibits extremely high density. In those instances, the true nature of a metropolitan area's density is obscured when dividing by the entire land area of a state. For example, New York City's density is the ratio of its population of 8.2 million (2010 census) and its land area of 302.6 square miles. The resulting density of New York City of 27,016 compares to New York state's density of 169. Using a state-level density of 169 for New York state would miss the impact of the extraordinarily high rate of density for the city.

      In order to capture that impact on a state-level basis, we selected all metropolitan areas in the nation with a population of 300,000 or more that had a population density of at least 10,000 people per square mile. We then took the population of those metropolitan areas as a ratio of each state's total population. The resulting ratio, in turn, was multiplied by the density of the metropolitan areas that met the selection criteria presented above.

      As shown in Table 3, both density variables (density and sdensity) were highly significant. The urbanization variable (urbanpop) had the expected positive sign of association but was not significant. That result is not surprising since urbanization is defined to measure the proportion of people who live in geographic clusters of 50,000 or more population. No distinction is made in that definition regarding density. Since the spread of COVID-19 is expected to increase when there is close contact, urbanization is too broadly defined to adequately account for virus transmission. Our reason for adding it as a variable in our tests is because the print and electronic media continue to use urbanization as a major factor in explaining the spread of the coronavirus (Wharton, 2020; and Klaus, 2020). Our regression results suggest its use should be curtailed. Not only did we find that the coefficient for urbanpop insignificant, but when it was removed as an explanatory variable from the regression equation, the $R^2$ term remained virtually unchanged at 0.73.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

A MODEL TO EXPLAIN STATEWIDE DIFFERENCES IN COVID 19 DEATH RATES          9

Table 3.   Regression results,  dependent variable: Deathrate (COVID-19 deaths per 100,000 people by state)

|  | Equation 1 | Equation 2 | Equation 3 | Equation 4 | Equation 5 | Equation 6 |
|---|---|---|---|---|---|---|
| R-squared | 0.73 | 0.79 | 0.83 | 0.83 | 0.83 | 0.84 |
| Constant | 14.54 | -40.23 | -8.91 | 19.13 | -8.96 | -34.52 |
| **I. Density variables:** | | | | | | |
| density | 0.10 | 0.10 | 0.10 | 0.10 | 0.1 | 0.1 |
|  | (7.63) *** | (8.06) *** | (9.90) *** | (8.33) *** | (9.22) *** | (9.06) *** |
| sdensity | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 | 0.01 |
|  | (4.75) *** | (4.48) *** | (5.58) *** | 5.17 *** | (4.60) *** | (5.02) *** |
| urbanpop | 8.59 | | | | | |
|  | (0.35) | | | | | |
| **II. Income variables** | | | | | | |
| py | | 0.37 | | | | |
|  | | (0.75) | | | | |
| poverty | | 295.25 | 149.4 | 174.82 | 148.94 | 169.57 |
|  | | (3.35) *** | (1.95) ** | (1.94) ** | (1.87) ** | (2.16) ** |
| **III. Racial/Ethnic variables** | | | | | | |
| afram | | | 0.75 | 0.74 | 0.75 | 0.75 |
|  | | | (2.41) *** | (2.07) ** | (2.33) *** | (2.39) *** |
| hispanic | | | 0.39 | 0.32 | 0.39 | 0.29 |
|  | | | (1.46) * | (0.96) | (1.39) ** | (1.05) |
| Asian | | | -0.88 | -0.99 | -0.82 | -1.24 |
|  | | | (-1.81) ** | (-1.84) ** | (-0.81) | (-2.05) * |
| **IV. Health related varibles** | | | | | | |
| age65 | | | | -0.95 | | |
|  | | | | (-0.60) | | |
| obesity | | | | -0.11 | | |
|  | | | | (0.28) | | |
| diabetes | | | | -0.08 | | |
|  | | | | (-0.69) | | |
| smoker | | | | 0.24 | | |
|  | | | | (0.17) | | |
| **V. Air travel variables** | | | | | | |
| darrival | | | | | 520881 | |
|  | | | | | (-0.42) | |
| farrival | | | | | 1090947 | |
|  | | | | | (-0.08) | |
| **VI. Mandates** | | | | | | |
| mask | | | | | | 0.05 |
|  | | | | | | (0.65) |
| enact | | | | | | 2.31 |
|  | | | | | | (0.84) |
| distance | | | | | | 0.38 |
|  | | | | | | (0.98) |

Notes:  t statistics in parentheses. *p<0.10,   **p<0.05,   ***p<0.01 (one-tailed test)

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

What is particularly noteworthy about the two highly significant density variables is that they explain most of the variation in state-level COVID-19 death rates.  Even for statistical outliers like New Jersey and New York, the regression equation (not reported here) with only density and sdensity as independent variables explains most of the variation (actual of 179 for New Jersey versus predicted of 149) and (actual of 169 for New York versus predicted of 167).

These results suggest that the extremely high density of New York City explains its high death rate rather than whether its crisis planning or containment policies were effective.  This observed significance of the density variables is in sharp contrast to the results of the studies cited earlier.  The reason for these contrasting empirical results is likely related to different methodological approaches as well as the timeliness of the data.  Our study, for example, is at the state level and covers COVID-19 deaths through September 1, 2020, while all other academic studies focus at the county and/or MSA levels over earlier time periods.

Perhaps a more important factor that accounts for the differences in how density affects COVID-19 is model specification.  When Wheaton and Thompson (2020) added population as an explanatory variable to the regression equation that also includes density, the density variable is no longer significant.  That does not necessarily mean that density is not a significant factor in explaining COVID-19 infections (cases).  More likely, the population serves as a proxy for density at the MSA and county levels.  As a result, collinearity between population and density may account for the loss of density's explanatory power.  Indeed, the explanatory power of density is robust ($p < .01$) in the Wheaton and Thompson (2020) study when the population variable is not included in their equation.

Hamid, Sabouri, and Ewing (2020) examined the impact of population and density on COVID-19 infection and deaths at the county level.  The regression results suggest that density at the county level is not significant, while population at the MSA level is significant in explaining infection rates.  The density variable is significant in explaining the death rate, but its sign is negative instead of positive, suggesting that higher density decreases rather than increases COVID-19 death rates.  The authors suggest that this may be due to "better access to health facilities and easier management of social distancing  interventions such as sheltering in place." (Hamidi, Sabouri and Ewing, 2020, page 12)

We believe the insignificance of density in explaining infections and the significant negative relationship in explaining death rates in Hamid, Sabouri, and Ewing's findings are the result of their model's construct.  In their regression tests of the impact on the rate of COVID-19 infections by county, the density of a county is used as well as the population of the MSA within which the county is located as another explanatory variable.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

We concur that the demographic characteristics of the MSA are more important in explaining COVID-19 infection and death rates than county-level characteristics.  But in their structural equation model (SEM), MSA population likely serves as a proxy for density at the MSA level.  Hamidi. Sabouri and Ewing's conclusion that density is not significant in explaining COVID infection rates may be due to the collinear relationship between population and density at the MSA level.  This possibility can be tested by replacing the population variable with density at the MSA level.

In their SEM tests of COVID-19 deaths, Hamidi, Sabouri, and Ewing test both the infection rate and death rate. They initially measure the virus infection rate.  Then in measuring the death rate, they use the infection rate as an independent variable in explaining the death rate.  But when the infection rate is included as a variable in explaining COVID-19 deaths, its explanatory power is so significant (coefficient = 0.97 and measured t ratio = 35.39), little unexplained variable is left for the density variable.  As a result, we believe their conclusion that higher (lower) county density results in lower (higher) COVID-19 deaths is suspect.

Even though our findings are at the state rather than county level and our empirical approach uses ordinary least squares rather than SEM, we believe that replacing population with density at the MSA level in the Hamidi, Sabour, and Ewing tests will restore density as a significant variable in positively explaining COVID-19 infection and death rates.

This view is supported by subsequent regression tests in our formulation.  When our density variables are replaced by population at the state level, the population variable is significant but at a lower level than density.  In addition, the explanatory power of the equation drops sharply.

The lower significance of the population as compared to density in our tests is not surprising.  The states of Maryland and Missouri, for example, have virtually the same population of 6.1 million.  But since Missouri is seven times larger than Maryland, its density of 89.3 p/m$^2$ is much lower than Maryland's 622.9 p/m$^2$.  One would expect that in spite of their equal populations, Maryland is more vulnerable to the coronavirus than Missouri because of its higher relative density.  That expected vulnerability will not be captured if population rather than density serves as the explanatory variable.

Similarly, this problem also exists at the county and MSA levels.  If two MSA's have the same population but different densities, the use of population in place of density as the relevant explanatory variable would suggest that both MSA's are equally vulnerable to the coronavirus.  Given that one of the MSA's has a higher density, that is not likely to be the case.

But before meaningful conclusions can be reached about the relationship between density and the COVID-19 death rate, it is necessary to control for the impact of other socioeconomic factors.  We do that in our stepwise methodological approach by initially adding the "Income Variables" grouping (see Table 2) to our regression tests.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

## II.    Income Variables

Our findings, as shown in Table 3, show that per capita personal income (py) is not significant but that the poverty rate (poverty) is.  The poverty variable also had the expected positive sign of association.

The fact that the poverty variable is significant while the personal income variable is not can be explained by the collinear relationship between the two.  The Pearson correlation between poverty and personal income is -0.50 (p < 0.01).  Separate regression tests not reported here with only one of the variables included reveal that personal income has the expected negative sign of association but was not significant.  When poverty serves as the explanatory variable in place of personal income, it is positive, as expected, and is highly significant.

These empirical results suggest that the poverty rate at the state level is a more important variable than personal income levels in explaining COVID-19 death rates.  This is consistent with literature that points to higher poverty rates as increasing the number of confirmed COVID-19 deaths (Finch and Finch, 2020; Ridgwell, 2020).

With respect to the per capita income variable (py), our results run counter to those studies that point to income as a significant positive or negative factor in explaining the coronavirus.  Hamidi, Sabouri, and Ewing's empirical results, for example, show that counties with a higher percentage of college-educated have significantly lower infection rates.  They do not, however, include any variable representing poverty in their tests.  Since higher education undoubtedly serves as a proxy for personal income, they may simply be picking up a spurious inverse association between higher education and infection rates because of the collinear relationship between income and poverty that we observed in our empirical findings.

Unlike Hamidi, Sabouri, and Ewing's findings of an inverse relationship between the percentage of college-educated and COVID-19 infections, Wheaton and Thompson found a significant positive relationship between per capita income and coronavirus cases at the county and MSA levels.  The authors were surprised by this result and state, "It is tempting to suggest that perhaps dining out, entertaining, and socialization are all income elastic consumption items – items that also generate higher infection risk.  But we need further direct research before drawing that conclusion" (Wheaton and Thompson, 2020, page 9).

Alternatively, our findings suggest that the collinear relationship between income and poverty should be taken into account in order to more accurately assess the impact of personal income.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

### III.    Racial/Ethnic Variables

Most of the reported findings on the relationships between racial (ethnic) variables point to higher infection and death rates for African-Americans and Hispanics (Magnier, 2020; APM Research, 2020), but the findings on Asians are mixed.  Several studies point to higher rates of COVID-19 infections and fatalities (McKinsey & Company, 2020; Health Affairs, 2020), while others (Magnier, 2020; APM Research, 2020) point to significantly lower rates.  These studies, however, do not control for the causal relationships of other demographic or socioeconomic variables like density and poverty.

The empirical findings shown in Table 3 point to a highly significant positive association between the percentages of African-American populations and COVID-19 death rates at the state level.  The relationship is also positive for Hispanics but only marginally significant.

Our findings of an inverse association between Asians and COVID-19 deaths support those studies that pointed to higher (lower) percentages of Asians leading to lower (higher) rates of COVID-19 deaths at both the age and age-adjusted levels (Magnier, 2020; APM Research, 2020).  These inverse associations are consistent with anecdotal reports that Asians have healthier diets and consider the risks of COVID-19 more seriously, leading Asians to be more inclined to self-administer social distancing measures.

We believe a more compelling argument for the lower death rates for Asians is related to their lower poverty rates.  This received empirical support in our study by the drop in explanatory power for the poverty variable when the racial/ethnic variables were added to the model.  Although the poverty variable is still significant, Table 3 shows that adding race and ethnicity to the regression tests reduced the measured t statistic for the poverty coefficient from 3.35 in equation (2) to 1.95 in the current equation (3).

In light of the positive correlation between African- American and poverty and Hispanics and poverty and the negative association between Asians and poverty as shown in Table 4, it should not be surprising that adding racial/ethnic variables to our equation reduced the explanatory power of the poverty variable.  What is more revealing, however, is that racial/ethnic variables in affecting COVID-19 death rates are still significant even after holding density and overall poverty rates constant.  This finding suggests that other racial/ethnic characteristics besides density and poverty are associated with the coronavirus.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

**TABLE 4**

Pearson Correlation Coefficients between Poverty and
Racial/Ethnic Composition

| Race/Ethnicity | Poverty | Measured t |
|---|---|---|
| African- American | 0.37 | 2.78 *** |
| Hispanic | 0.18 | 1.27 |
| Asian | -0.10 | -0.70 |

*Notes: *** indicates two-tailed significance at the 0.01 level.*

It should be noted that in our regression tests (Equation (3) to (6) in Table 3), we excluded the White racial category (white) in our racial/ethnic grouping because adding it would bring the equation close to a singular matrix.

Many have argued that the significant positive relationship between African-Americans and Hispanics with COVID-19 deaths and the inverse association with Asians is because Asians have better health (lower rates of diabetes, obesity, and smoking) and diets. That possibility suggests those variables need to be held constant before reaching any definitive conclusions about the relationship between race/ethnicity and the coronavirus.

## IV.    Health-Related Variables

None of the four health-related variables added to our equation tested as significant. As shown in Table 3, all measured t's were below one.

The high degree of collinearity between obesity, diabetes, and smokers is reflected by Pearson correlation coefficients that range between 0.67 to 0.78. Because of this high degree of correlation, we tested regression equations that added obesity, diabetes and smoking rates individually as separate explanatory variables. Even in these equations (findings not reported here), the coefficients for each of the individual health-related variables showed no significance.

What is most surprising in these results is the lack of significant explanatory power for the variable representing the percentage of the population over 65. We also tested the percentage of the population over 80 (not reported here) and obtained similar results that showed no significance between age and death rates.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

A MODEL TO EXPLAIN STATEWIDE DIFFERENCES IN COVID 19 DEATH RATES                    15

   As shown in Table 5, 79 percent of all COVID-19 deaths occurred in age cohorts of 65 and above.  With COVID-19 death rates disproportionally affecting those in older cohorts, one would expect that the age 65 variable would exhibit a significant positive relationship.  The fact that our empirical results reveal no significance seems anomalous, especially in light of findings in the Hamidi, Sabouri, and Ewing (2020) study.  Unlike our findings, their SEM tests for the impact of the percentage of population aged 60+ on both the virus rate and the death rates resulted in highly significant coefficients (p < .0001).

**TABLE 5**

Deaths Associated with COVID-19 by Age Group in the U.S.

(September 23, 2020)

| Age Group | No. of Deaths | Percent of all Deaths | Death Rate per 100,000 People in Age Cohort |
|---|---|---|---|
| All ages | 188,470 | 100.00 | 57.61 |
| Under 1 year | 20 | 0.01 | 0.52 |
| 1 – 4 years | 15 | 0.01 | 0.09 |
| 5 – 14 years | 31 | 0.02 | 0.08 |
| 15 – 24 years | 353 | 0.19 | 0.82 |
| 25 – 34 years | 1,457 | 0.77 | 3.19 |
| 35 – 44 years | 3,809 | 2.02 | 9.23 |
| 45 – 54 years | 10,057 | 5.34 | 24.16 |
| 55 – 64 years | 23,991 | 12.73 | 56.75 |
| 65 – 74 years | 40,613 | 21.55 | 133.19 |
| 75 – 84 years | 49,871 | 26.46 | 323.96 |
| 85 years and over | 58,253 | 30.91 | 890.11 |

*Source: https://www.cdc.gov/nchs/nvss/vsrr/covid_weekly/index.htm*

   Closer examination of the data, however, offers an explanation for the differing findings.  The scatter diagram in Figure 2 shows that the death rates at the state level occurred with mean state-level ages concentrated near the national average rather than at outlying values.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803



  These findings suggest there is not enough age dispersion in the state-level data for the regression equation to pick up any significant explanatory power.  At the county and metropolitan levels, however, the dispersion is greater, as reflected by a coefficient of variation (cv) of 21.6 in the Hamidi, Sabouri, and Ewing (2020) study for their age 60+ variable.  The cv for our 65+ variable (age65) at the state level is a lower 11.4.  That cv of 11.4, as shown in Table 2, is the lowest cv value for any of the variables we tested.

  These results suggest that while age is clearly a significant factor in explaining county and metropolitan COVID-19 death rates, there is not enough age dispersion to accurately measure its impact in regression tests at the state level.


  V.  Air Travel

  Foreign and domestic travel is expected to increase the transmission of epidemics as greater connectivity leads to a faster spread of diseases from their originating locales (Neiderud, 2015).  Yet, Hamidi, Saboudi, and Ewing (2020) found that higher enplanement rates (annual enplanements in metropolitan area per 10,000 population) led to significantly lower rates of COVID-19 infections.  The authors explain these puzzling findings by suggesting that more globally connected metropolitan areas recognized the greater risks of viral transmission and consequently imposed travel restrictions earlier than they otherwise would.  In our tests, we separated enplanements to distinguish between the rate of domestic and foreign travelers.  Neither variable, however, was significant in our tests.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

It is interesting to note that the Asian variable was no longer significant with the addition of enplanement rates. This likely occurred because of the significant correlation between the Asian and the farrival variable. Pearson's correlation coefficient between the two variables is an extremely high 0.84. This suggests that those states with a higher proportion of Asians also have a greater rate of foreign arrivals.

Although our results suggest that domestic and foreign passenger enplanements do not appear to have a significant impact on COVID-19 deaths at the state level, we believe more research is needed, especially in light of the limitations of our data. The most current data we were able to obtain for both the rate of domestic and rate of foreign passenger arrivals are totals for the entire June 2018 to March 2019 period. A more relevant period for testing would be the January 2020 to March 2020 period. In addition, data that reflects the national origin of the international flight arrivals would provide helpful micro-oriented data.

## VI.   Mandates

A great deal of controversy has arisen over the efficacy of governmental mandates that imposed various restrictions in order to control the spread of COVID-19. An article in the *New York Times* (Erdbrink, *New York Times*, 2020) suggests that Sweden's recent low caseload supports its relatively lax approach in responding to the coronavirus. Others argue that lower cumulative infections and death rates in neighboring Denmark and Norway, two nations that are responding with more aggressive government mandates, support the use of publicly imposed restrictions (*Boston Review*, 2020; Healthline, 2020).

We attempted to measure the effects of mandates on COVID-19 deaths in our model by testing the impact of three variables. Those included, as shown in Table 2, the number of days from March 12 to September 1 before state-level measures were imposed on wearing masks (mask); a variable (enact) that represents the cumulative number (0 to 5) of state-level mandates imposed within a 30-day period following March 12, 2020, a date where no mandates had yet been imposed; and a social distancing index (distance) that measures the degree to which people self-administered social distance practices.

If these measures were effective, one would expect when a state took longer to impose mask requirements (mask), it would result in a higher COVID-19 death rate. In the early days, when the coronavirus began to be considered a serious health crisis, it might be expected that states that responded quickly by imposing restrictive measures would have a lower COVID-19 death rate. And greater use of social distancing (distance) would also be expected to reduce the transmission, infection, and death from the disease.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

A MODEL TO EXPLAIN STATEWIDE DIFFERENCES IN COVID 19 DEATH RATES                    18

Equation (3) presents these hypothesized signs of association in functional form:

$$+ \qquad - \qquad -$$
$$\text{Deathrate}_i = f\,(\ \text{mask}_i\,,\ \ \text{enact}_i\,,\ \text{distance}_i\ ) \qquad\qquad (3)$$

The empirical results of testing the above hypothesis in Equation 6 are shown in Table 3. All three variables in the Mandate variables grouping are insignificant, with only the variable representing the number of days it took before a state-imposed mask requirement (mask) exhibiting the hypothesized positive sign of association.

But as in the case of the high degree of correlation among the health-related variables, the three mandate variables tested here also exhibit significant correlation. The absolute value of Pearson's correlation coefficients for these three variables ranges between 0.41 and 0.49.

Rather than test each of the variables separately in regression tests as we did for the health-related grouping, we constructed a "mandate score." This score is comprised of eight different mandates. In addition to the three mandate variables shown in equation (3), we added variables relating to the number of days from March 12 it took for each state to place restrictions on social/religious gatherings, schools, restaurants, and establishing stay-at-home orders. We also added a variable that measures the number of days from March 12 it took for each state to reopen (remove its mandates) (Lee, J. et al., *New York Times,* October 7, 2020). In this case, it would be expected that keeping the mandates in place longer by reopening later would increase the mandate score. Because some of these mandate variables are expressed in different units, it was necessary to construct standard normal values (z scores) with higher values reflecting more stringent mandates. It should be noted that we equally weighted all eight mandate variables included in the final mandate score.

The resulting mandate scores are shown in Table 6. Note in analyzing Table 6 that states with rates of COVID-19 deaths exceeding 100 per 100,000 people all occurred in states that imposed more restrictive mandates. This, of course, does not necessarily mean that mandates led to more deaths. Simultaneity bias may be obscuring the real impact that mandates have on the coronavirus.

In a regression test (not reported here) where we replaced the three independent variables representing mandates (see equation 6 in Table 3) with the single-mandate score variable shown in Table 6, it was insignificant.

It may be that mandates are effective in reducing COVID-19 deaths, but that effectiveness is not revealed in regression tests because of reverse causation between the dependent variable and the independent variables. Namely, state governments are likely to respond more aggressively in imposing mandates when higher rates of infections and deaths are observed. The resulting simultaneity means that the measured coefficients are biased and no longer reflective of the causality postulated in our regression model.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

A MODEL TO EXPLAIN STATEWIDE DIFFERENCES IN COVID 19 DEATH RATES                     19

**TABLE 6**
Ranking of Mandates Scores by State

| Rank | State | Mandate Score | COVID-19 Deaths per 100,000 as of 9/1/20 |
|------|-------|---------------|---------------------------------------------|
| 1 | New York | 1.50 | 169 |
| 2 | California | 1.47 | 33 |
| 3 | Hawaii | 1.18 | 4 |
| 4 | Illinois | 1.15 | 65 |
| 5 | Delaware | 1.13 | 62 |
| 6 | New Jersey | 1.13 | 179 |
| 7 | Washington | 1.07 | 25 |
| 8 | Connecticut | 1.02 | 125 |
| 9 | Michigan | 0.98 | 68 |
| 10 | Oregon | 0.98 | 11 |
| 11 | Massachusetts | 0.82 | 131 |
| 12 | Louisiana | 0.66 | 106 |
| 13 | Pennsylvania | 0.57 | 60 |
| 14 | Nevada | 0.54 | 42 |
| 15 | New Mexico | 0.48 | 37 |
| 16 | Ohio | 0.46 | 35 |
| 17 | Vermont | 0.42 | 9 |
| 18 | West Virginia | 0.34 | 12 |
| 19 | Maryland | 0.26 | 62 |
| 20 | Rhode Island | 0.24 | 99 |
| 21 | Virginia | 0.22 | 30 |
| 22 | Minnesota | 0.15 | 33 |
| 23 | Indiana | -0.04 | 49 |
| 24 | Kentucky | -0.07 | 21 |
| 25 | North Carolina | -0.10 | 26 |
| 26 | Maine | -0.12 | 10 |
| 27 | Colorado | -0.12 | 34 |
| 28 | Wisconsin | -0.25 | 19 |
| 29 | Utah | -0.25 | 13 |
| 30 | Arizona | -0.28 | 69 |
| 31 | New Hampshire | -0.29 | 32 |
| 32 | Florida | -0.37 | 52 |
| 33 | Montana | -0.39 | 10 |
| 34 | Alaska | -0.46 | 5 |
| 35 | Alabama | -0.53 | 44 |
| 36 | Texas | -0.56 | 44 |
| 37 | Kansas | -0.57 | 15 |
| 38 | Arkansas | -0.58 | 26 |
| 39 | North Dakota | -0.60 | 19 |
| 40 | Wyoming | -0.77 | 6 |
| 41 | Iowa | -0.81 | 35 |
| 42 | Nebraska | -0.86 | 20 |
| 43 | Oklahoma | -0.86 | 20 |
| 44 | Idaho | -0.99 | 20 |
| 45 | South Carolina | -1.00 | 53 |
| 46 | Missouri | -1.03 | 25 |
| 47 | South Dakota | -1.10 | 19 |
| 48 | Tennessee | -1.12 | 26 |
| 49 | Georgia | -1.32 | 53 |
| 50 | Mississippi | -1.32 | 82 |

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

In order to control for the effects of simultaneity, we conducted a test where states exhibiting similar death rates at a particular point in time impose different mandates. The resulting change in the death rates from that point in time to some future period would more likely exhibit one-way causation between the independent and dependent variables.

The empirical results shown in Figure 3 were obtained by arranging states in quintiles of 10 each based on the rank order of death rate as of May 1, 2020 (Figure 1 shows that May 1, 2020, was the first month that death rates by the state reached sizable numbers). We then ranked the ten states within each quantile based on the level of each state's mandate score. Finally, we calculated the mean in the death rate from May 1, 2020, to September 1, 2020, within each quintile for the five states that had higher mandate scores and the five states with lower scores.

Notice in Figure 3 that in quintiles Q1 and Q4, states with higher mean mandate scores experienced higher increases in mean death rates. But quintiles Q2, Q3, and Q5 show that states with lower mandate scores had higher increases in mean death rates. The fact that there is no general tendency for states with higher (lower) mandate scores to exhibit lower (higher) death rates suggests that, at least at the state level, the efficacy of impairing mandates is not empirically supported.



Elasticities

The average elasticity, $\overline{E}$, of the death rate with respect to density in our model is given by

$$\overline{E} = \left( \frac{\partial \text{deathrate}_i}{\partial \text{density}_i} \right) \left( \frac{\overline{\text{density}_i}}{\overline{\text{deathrate}_i}} \right)$$

In the structural form of our model, this can be derived by

$$\overline{E} = b_d \left( \frac{\overline{density_i}}{\overline{deathrate_i}} \right)$$

where $b_d$ is the estimated coefficient for density, as shown in equation 3 in Table 3, and the mean values of density and death rate are as shown in Table 2.

$\overline{E}$ represents average elasticity and is therefore relevant only at the mean values of the dependent and independent variables.

When the functional form of the structural equation is in exponential form such as

$$Deathrate_s = b_0 \, (density_s)^{b_d} \; ,$$

It can be shown that the constant elasticity, E, can be expressed in the double logarithmic form (Doti and Adibi, 2019, page 385) as

$$E = \frac{\partial deathrate_s}{\partial density_s} * \frac{density_s}{deathrate_s} = \frac{b_1 b_0 (density_s)^{b_d - 1}}{deathrate_s} = b_d$$

The calculated average elasticities, E, and constant elasticities, $\overline{E}$ for density and the other variables estimated in equation 3 are present in Table 7.

| TABLE 7 | | | | |
|---|---|---|---|---|
| Independent Variable | Average Elasticity $\overline{E}$ | % Change in Deathrate with respect to a +10% change in Independent Variable Based on $\overline{E}$ | Constant Elasticity E | % Change in Deathrate with respect to a +10% change in Independent Variable Based on E |
| density | 0.45 | +4.5 | 0.32 | +3.2 |
| sdensity | 0.07 | +0.7 | 0.05 | +0.5 |
| poverty | 0.46 | +4.6 | 0.27 | +2.7 |
| afram | 0.17 | +1.7 | 0.25 | +2.5 |
| Hispanic | 0.10 | +1.0 | 0.34 | +3.4 |
| asian | -0.08 | -0.8 | -0.33 | -3.3 |

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

The double logarithmic form of the regression equation upon which the constant elasticities shown in Table 7 are based has an $R^2$ value of 0.70 versus the higher $R^2$ value of 0.83 in the linear form of the equation (Equation 3 in Table 3). In spite of the lower explanatory power of the double ln form of the equation, elasticities based on that equation have the advantage of being constant across different values of the independent variables.

Their drawback is that the estimated coefficients are not as reliable, given the lower explanatory power of the regression equation in double ln form. Nonetheless, the fact that the $\bar{E}$ and E values are fairly close suggests that the $\bar{E}$ values do not change appreciably at different values of the independent variable and, therefore, can serve as proxies for E.

**Analysis of Residuals**

The actual and estimated death rates and residuals for all 50 states based on Equation 3 in Table 3 are presented in Table 8. The high degree of the equation's explanatory power is shown in Figure 4 that compares quartiles of the actual mean death rates with the corresponding regression mean "fitted" rates arranged from the highest to the lowest quartile.



FIGURE 4
A Comparison of Actual Versus Regression Estimates of
Mean Death Rates by Quartile

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

A MODEL TO EXPLAIN STATEWIDE DIFFERENCES IN COVID 19 DEATH RATES                     23

**TABLE 8**
Actual Mean Death Rates Versus Regression Mean  Estimates

| Obs | State | Actual | Fitted | Residual | Residual Plot |
|-----|-------|--------|--------|----------|---------------|
| 1 | Alabama | 44.0000 | 46.6550 | -2.6550 | . *\| . \| |
| 2 | Alaska | 5.0000 | 8.9567 | -3.9567 | . *\| . \| |
| 3 | Arizona | 69.0000 | 42.1055 | 26.8945 | . \| * \| |
| 4 | Arkansas | 26.0000 | 38.7600 | -12.7600 | . *\| . \| |
| 5 | California | 33.0000 | 52.3787 | -19.3787 | . *\| . \| |
| 6 | Colorado | 34.0000 | 24.0690 | 9.9310 | . \|* . \| |
| 7 | Connecticut | 125.0000 | 93.6639 | 31.3361 | . \| * \| |
| 8 | Delaware | 62.0000 | 78.2704 | -16.2704 | . *\| . \| |
| 9 | Florida | 52.0000 | 76.0205 | -24.0205 | . *\| . \| |
| 10 | Georgia | 53.0000 | 61.7662 | -8.7662 | . *\| . \| |
| 11 | Hawaii | 4.0000 | 5.1574 | -1.1574 | . *\| . \| |
| 12 | Idaho | 20.0000 | 18.2117 | 1.7883 | . \|* . \| |
| 13 | Illinois | 65.0000 | 69.2476 | -4.2476 | . *\| . \| |
| 14 | Indiana | 49.0000 | 42.8239 | 6.1761 | . \|* . \| |
| 15 | Iowa | 35.0000 | 15.9712 | 19.0288 | . \| * \| |
| 16 | Kansas | 15.0000 | 21.9477 | -6.9477 | . *\| . \| |
| 17 | Kentucky | 21.0000 | 34.5494 | -13.5494 | . *\| . \| |
| 18 | Louisiana | 106.0000 | 48.2430 | 57.7570 | . \| * \| |
| 19 | Maine | 10.0000 | 13.5731 | -3.5731 | . *\| . \| |
| 20 | Maryland | 62.0000 | 90.8079 | -28.8079 | * \| . \| |
| 21 | Massachussetts | 131.0000 | 116.6884 | 14.3116 | . \| * \| |
| 22 | Michigan | 68.0000 | 60.3778 | 7.6222 | . \|* . \| |
| 23 | Minnesota | 33.0000 | 18.9281 | 14.0719 | . \| * \| |
| 24 | Mississippi | 82.0000 | 60.8768 | 21.1232 | . \| * \| |
| 25 | Missouri | 25.0000 | 32.2854 | -7.2854 | . *\| . \| |
| 26 | Montana | 10.0000 | 13.1112 | -3.1112 | . *\| . \| |
| 27 | Nebraska | 20.0000 | 14.2926 | 5.7074 | . \|* . \| |
| 28 | Nevada | 42.0000 | 24.2155 | 17.7845 | . \| * \| |
| 29 | New Hampshire | 32.0000 | 21.1675 | 10.8325 | . \| * \| |
| 30 | New Jersey | 179.0000 | 146.7645 | 32.2355 | . \| * \| |
| 31 | New Mexico | 37.0000 | 41.2282 | -4.2282 | . *\| . \| |
| 32 | New York | 169.0000 | 168.8001 | 0.1999 | . * . \| |
| 33 | North Carolina | 26.0000 | 56.1802 | -30.1802 | * \| . \| |
| 34 | North Dakota | 19.0000 | 10.5045 | 8.4955 | . \|* . \| |
| 35 | Ohio | 35.0000 | 49.7762 | -14.7762 | . *\| . \| |
| 36 | Oklahoma | 20.0000 | 24.1632 | -4.1632 | . *\| . \| |
| 37 | Oregon | 11.0000 | 8.9327 | 2.0673 | . \|* . \| |
| 38 | Pennsylvania | 60.0000 | 57.7678 | 2.2322 | . \|* . \| |
| 39 | Rhode Island | 99.0000 | 125.0627 | -26.0627 | * \| . \| |
| 40 | South Carolina | 53.0000 | 50.7270 | 2.2730 | . \|* . \| |
| 41 | South Dakota | 19.0000 | 15.1061 | 3.8939 | . \|* . \| |
| 42 | Tennessee | 26.0000 | 46.4216 | -20.4216 | * \| . \| |
| 43 | Texas | 44.0000 | 48.7495 | -4.7495 | . *\| . \| |
| 44 | Utah | 13.0000 | 13.9963 | -0.9963 | . *\| . \| |
| 45 | Vermont | 9.0000 | 12.8418 | -3.8418 | . *\| . \| |
| 46 | Virginia | 30.0000 | 42.1161 | -12.1161 | . *\| . \| |
| 47 | Washington | 25.0000 | 21.1239 | 3.8761 | . \|* . \| |
| 48 | West Virginia | 12.0000 | 25.3393 | -13.3393 | . *\| . \| |
| 49 | Wisconsin | 19.0000 | 23.8279 | -4.8279 | . *\| . \| |
| 50 | Wyoming | 6.0000 | 9.4481 | -3.4481 | . *\| . \| |

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

The states whose estimated death rates deviated more than ±1.5 standard errors (±26.4) from the actual values are shown in Table 9.

**TABLE 9**

Estimated COVID-19 Death Rates Deviating More than 1.5 Standard Errors (±26.4) from the Actual Values

| State | Actual | Estimate | Residual |
|---|---|---|---|
| Arizona | 69.0 | 42.1 | -26.8 |
| Connecticut | 125.0 | 93.7 | +31.3 |
| Louisiana | 106.0 | 48.2 | +57.8 |
| Maryland | 62.0 | 90.8 | -28.8 |
| New Jersey | 179.0 | 146.8 | +32.2 |
| North Carolina | 26.0 | 56.2 | -30.2 |

One might question why the actual death rates in the states shown in Table 9 deviated more sharply from the regression estimates. Although this rigorous examination of question is beyond the scope of this study, several observations are in order.

It has been argued, for example, that Arizona's high rate is largely due to that state reacting slowly in mandating precautionary measures and then removing them too quickly after they had (Vox, 2020). But our findings suggest that the various mandates we tested on a national basis were not significant explanatory variables in explaining COVID-19 deaths. In addition, Arizona's mandate score, as shown in Table 6, ranked 30th. While that was below the mean and median, it hardly indicates a lax response, at least relative to all 50 states. Some have argued that a more viable rationale for Arizona's high death rate is that relatively high temperatures in Arizona kept people inside their homes where close contact and poor ventilation helped transmit the virus (Vox, 2020).

The fact that Connecticut and New Jersey experienced higher unexplained COVID-19 deaths is almost certainly due to a large percentage of their populations commuting to New York (*Hartford Current*, May 1, 2020). While our regression equations were able to capture New York's high death rate as a result of adding a variable that measured its extraordinarily high density (sdensity), that variable was not relevant for contiguous states that were closely connected to New York City's urban core.

In the case of Louisiana, many have suggested that its high COVID-19 death rate is due to its relatively high share of African Americans who disproportionately suffered from the coronavirus (*The Advocate*, April 24, 2020) as well as the state's higher incidence of diabetes and obesity. Our model, however, held these factors constant in our regression tests. In light of this, we believe it is more likely that the higher transmission

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

during the early stages of the coronavirus was due to its celebration of Mardi Gras in late February.  Following the celebration, Louisiana experienced the fastest growth in COVID-19 infection rates in the world (Katy Reckdahl et al., *New York Times*, updated April 13, 2020).

We have no explanations for the low rate of COVID-19 deaths as compared to our estimates for Maryland and North Carolina.  But in analyzing the residuals, we found a curious geographic pattern.  In addition to Maryland and North Carolina experiencing lower than expected death rates, we found, as shown in Table 10, the contiguous states of Delaware, West Virginia, and Virginia also had negative residuals.

**TABLE 10**

Estimated COVID-19 Death Rates as Compared to Actual Rates

| State | Actual | Estimate | Residual |
|-------|--------|----------|----------|
| Maryland | 62.0 | 90.8 | -28.8 |
| Delaware | 62.0 | 78.3 | -16.3 |
| West Virginia | 12.0 | 25.3 | -13.3 |
| Virginia | 30.0 | 42.1 | -12.1 |
| North Carolina | 26.0 | 56.2 | -30.2 |

The low probability of negative residuals being geographically clustered together in a region of five states warrants further investigation.

**Conclusion**

A great deal of attention has been given to the actions taken by state governments and their governors to control the spread of COVID-19 and reduce its death toll.  These actions have engendered much controversy over their efficacy.  In spite of this, no academic papers have been published that examine and explain statewide differences in COVID-19 infections and deaths.  This study hopes to fill that gap by presenting a stepwise regression model that measures the impact of hypothesized explanatory variables on each state's COVID-19 death rate.

Perhaps our most important finding is that the density of a state's population is clearly the most important factor explaining a state's death rate.  This finding may seem intuitively obvious.  It runs counter, however, to several important quantitative studies that focus on counties and metropolitan statistical areas.  In contrast to our findings, these studies found that population is more important than density in explaining infections and deaths from the coronavirus.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

The fact that we reached different conclusions, we believe, is not because our study is more macro in scope.  More likely, they stem from different research and methodological designs.

Given the significance of our finding relating to the powerful role that density plays in explaining COVID-19 death rates, we conclude that density at the state and local levels needs to be given serious attention in planning and public policy considerations and formulations.  Although less significant than density, our empirical results also suggest that higher poverty rates are associated with higher COVID-19 death rates.  Specifically, we found in our elasticity calculations that a 10 percent increase in the poverty rate leads to a 2.7 to 4.6 percent increase in the death rate.

Race and ethnicity also play a role.  A 10 percent increase in the proportion of the state's African-American and Hispanic populations are associated with increases in COVID-19 deaths that range between 1.0 to 3.4 percent.  A greater proportion of Asians, on the other hand, leads to lower death rates.

We were initially surprised that government mandates issued by state governments appear to have no significance in changing the likelihood of dying from COVID-19.  Simultaneity bias, however, may be clouding our results.  While additional research is needed to reach more definite conclusions, it should be noted that we found no compelling evidence that government mandates were effective in reducing the COVID-19 death rate.

An examination of the residuals from our best-fit equation suggests that the widest differences between estimated and actual death rates are mainly due to unique circumstances in various states.  The fact that our model identified those states opens interesting lines of future research.

With respect to this research, we look forward to tracking and updating our regression findings as more data become available.  More importantly, we will test whether our methodology and model structure are applicable at the county and MSA levels.

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

# References

Alirol, E., Getaz, L., Stoll, B., Chappuis, F., & Loutan, L. (2011). Urbanization and infectious diseases in a globalized world. *The Lancet Infectious Diseases, 11*(2), 131–141. https://doi.org/10. 1016/S1473-3099(10)70223-1

APM Research Lab Staff (2020).  The Color of Coronavirus: COVID-19 Deaths by Race and Ethnicity in the U.S. *APM Research Lab*.  https://www.apmresearchlab.org/covid/deaths-by-race

Baniamin, Hasan Muhammad and Rahman, Mizanur and Hasan, Mohammad Tareq (2020).  The COVID-19 Pandemic: Why are Some Countries More Successful than Others?  Available at SSRN: https://ssrn.com/abstract=3575251 or http://dx.doi.org/10.2139/ssrn.3575251

Béland, Louis-Philippe and Brodeur, Abel and Wright, Taylor (2020). The Short-Term Economic Consequences of Covid-19: Exposure to Disease, Remote Work and Government Response. IZA Discussion Paper No. 13159, Available at SSRN: https://ssrn.com/abstract=3584922

Blumenshine, P., Reingold, A., Egerter, S., Mockenhaupt, R., Braveman, P., & Marks, J. (2008). Pandemic influenza planning in the United States from a health disparities perspective. *Emerging Infectious Diseases, 14*(5), 709–715. https://doi.org/ 10.3201/eid1405.071301

Brotherhood, Luiz and Kircher, Philipp and Santos, Cezar and Tertilt, Michèle (2020).  An Economic Model of the Covid-19 Epidemic: The Importance of Testing and Age-Specific Policies.  CESifo Working Paper No. 8316, Available at SSRN: https://ssrn.com/abstract=3618840

Cascella, M., Rajnik, M., Cuomo, A., Dulebohn, S. C., & Di Napoli, R. (2020). Features, evaluation and treatment coronavirus (COVID-19). *In StatPearls [Internet].* StatPearls Publishing.

Centers for Disease Control and Prevention (CDC). (2020c). *Coronavirus disease 2019 (COVID-19): Cases in the U.S.* https://www.cdc.gov/coronavirus/2019-ncov/cases-updates/ cases-in-us.html

Chowell, G., Bettencourt, L. M., Johnson, N., Alonso, W. J., & Viboud, C. (2008). The 1918–1919 influenza pandemic in England and Wales: Spatial patterns in transmissibility and mortality impact. *Proceedings of the Royal Society B: Biological Sciences, 275*(1634), 501–509. https://doi.org/10.1098/rspb. 2007.1477

Dang, E.,  Huang, S.,  Kwok, A., Lung, H., Park, M., and Yueh, E. (2020).  COVID-19 and advancing Asian American recovery.  *McKinsey & Company Public & Social Sector*. https://www.mckinsey.com/industries/public-and-social-sector/our-insights/covid-19-and-advancing-asian-american-recovery

Doti, J., Adibi, E. (2019).  *Econometric Analysis with EViews, 3rd Edition.* McGraw Hill Education.

Ewing, R., & Hamidi, S. (2015a). Compactness versus sprawl: A review of recent evidence from the United States. *Journal of Planning Literature, 30*(4), 413–432. https://doi.org/10.1177/ 0885412215595439

Ferguson, N., Laydon, D.,  Nedjati-Gilani, G., Imai, N.,  Ainslie, k., Baguelin, M., Bhatia, S., Boonyasiri, A., Cucunubá, Z., Cuomo-Dannenburg, G., Dighe, A.,  Dorigatti, I., Fu, H., Gaythorpe, K., Green,W., Hamlet, A.,  Hinsley, W., Okell, L., van Elsland, S.,  Thompson, H., Verity, R., Volz, E., Wang, H., Wang, Y.,  Walker,P., Walters, C., Winskill, P., Whittaker, C., Donnelly, C., Riley, S., Ghani, A. (2020).  Report 9: Impact of non-pharmaceutical  interventions  (NPIs)  to reduce COVID-19 mortality and healthcare demand.  *Imperial College London.*  https://www.imperial.ac.uk/mrc-global-infectious-disease-analysis/covid-19/report-9-impact-of-npis-on-covid-19/

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

**Francke, Marc and Korevaar, Matthijs (2020).** Housing Markets in a Pandemic: Evidence from Historical Outbreaks. Available at SSRN: https://ssrn.com/abstract=3566909 or http://dx.doi.org/10.2139/ssrn.3566909

**Garrett, G. (2020).** The Post-COVID-19 World Will Be Less Global and Less Urban. Wharton, University of Pennsylvania. https://knowledge.wharton.upenn.edu/article/post-covid-19-world-will-less-global-less-urban/

**Garrett, T. A. (2010).** Economic effects of the 1918 influenza pandemic: Implications for a modern-day pandemic. Working paper CA0721.2007. Federal Reserve Bank of St. Louis. https:// www.stlouisfed.org/—/media/files/pdfs/community-development/research-reports/pandemic_flu_report.pdf

**Giagheddu, Marta and Papetti, Andrea (2020)** The Macroeconomics of Age-Varying Epidemics. Available at SSRN: https://ssrn.com/abstract=3651251 or http://dx.doi.org/10.2139/ssrn.3651251

**Glaeser, E. L. (2011).** Cities, productivity, and quality of life. *Science (New York, N.Y.), 333*(6042), 592–594. https://doi.org/ 10.1126/science.1209264

**Hamidi, S., Sabouri, S. & Ewing, R. (2020)**: Does Density Aggravate the COVID-19 Pandemic?, *Journal of the American Planning Association*, DOI:10.1080/01944363.2020.1777891 https://doi.org/10.1080/01944363.2020.1777891

**Hamidi, S., Ewing, R., Tatalovich, Z., Grace, J. B., & Berrigan, D. (2018).** Associations between urban sprawl and life expectancy in the United States. *International Journal of Environmental Research and Public Health, 15*(5), 861. https:// doi.org/10.3390/ijerph15050861

**Hamidi, S., Zandiatashbar, A., & Bonakdar, A. (2019).** The relationship between regional compactness and regional innovation capacity (RIC): Empirical evidence from a national study. *Technological Forecasting and Social Change, 142,* 394–402. https://doi.org/10.1016/j.techfore.2018.07.026

**Harris, J. E. (2020).** The subways seeded the massive coronavirus epidemic in New York City. *National Bureau of Economic Research Working Paper w27021.*

**Johnson, U.S. Congresswoman Eddie Bernice and Trautman, Lawrence J. (2020).** The Demographics of Death: An Early Look at COVID-19, Cultural and Racial Bias in America. Available at SSRN: https://ssrn.com/abstract=3677607 or http://dx.doi.org/10.2139/ssrn.3677607

**Kahn, D. (2020, March 27).** California saw dense housing near transit as its future. What now? *Politico.* https://www.politico.com/states/california/story/2020/03/27/california-saw-densehousing-near-transit-as-its-future-what-now-1269263

**Katz, R., Vaught, A., & Simmens, S. J. (2019).** Local decision making for implementing social distancing in response to outbreaks. *Public Health Reports (Washington, D.C.: 1974), 134*(2), 150–154. https://doi.org/10.1177/0033354918819755

**Klaus, I. (2020).** Pandemics Are Also an Urban Planning Problem. Bloomberg CityLab. https://www.bloomberg.com/news/articles/2020-03-06/how-the-coronavirus-could-change-city-planning.

**Kumar, S., Quinn, S. C., Kim, K. H., Daniel, L. H., & Freimuth, V. S. (2012).** The impact of workplace policies and other social factors on self-reported influenza-like illness incidence during the 2009 H1N1 pandemic. *American Journal of Public Health, 102*(1), 134–140. https://doi.org/10.2105/AJPH.2011.300307

**Lebano, A. (2020, May 8).** Sweden's Relaxed Approach to COVID-19 Isn't Working. *Boston Review.* http://bostonreview.net/politics/adele-lebano-sweden%E2%80%99s-relaxed-approach-covid-19-isn%E2%80%99t-working

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

Liu, W., Tao, Z. W., Lei, W., Ming-Li, Y., Kui, L., Ling, Z., & Ming, Y. (2020). Analysis of factors associated with disease outcomes in hospitalized patients with 2019 novel coronavirus disease. *Chinese Medical Journal, 133*(9), 1032–1038. https://doi. org/10.1097/CM9.0000000000000775

Lowcock, E. C., Rosella, L. C., Foisy, J., McGeer, A., & Crowcroft, N. (2012). The social determinants of health and pandemic H1N1 2009 influenza severity. *American Journal of Public Health, 102*(8), e51–e58. https://doi.org/10.2105/AJPH. 2012.300814

Magnier, Mark (2020).  Asians in the U.S. least likely to get coronavirus infection despite racist assumptions of many, data suggests.   *South China Morning Post.* https://www.scmp.com/news/china/article/3084947/asians-us-least-likely-get-coronavirus-infection-data-suggests

Neiderud, C. J. (2015). How urbanization affects the epidemiology of emerging infectious diseases. *Infection Ecology & Epidemiology, 5*(1), 27060. https://doi.org/10.3402/iee.v5. 27060

Nguyen, D. (2010). Evidence of the impacts of urban sprawl on social capital. *Environment and Planning B: Planning and Design, 37*(4), 610–627. https://doi.org/10.1068/b35120

Olsen, H. (2020, March 19). The United States might have a secret weapon against coronavirus. *The Washington Post.* https://www.washingtonpost.com/opinions/2020/03/19/unitedstates-might-have-secret-weapon-coronavirus/

Parmet, W. E., & Rothstein, M. A. (2018). The 1918 influenza pandemic: Lessons learned and not. *American Journal of Public Health, 108*(11), 1435–1436.

Radcliffe, S. (2020, June 4).  Why Sweden's COVID-19 Strategy Can't Work in the U.S.  *Healthline.* https://www.healthline.com/health-news/heres-what-happened-in-sweden-and-you-cant-compare-it-to-u-s

Ridgwell, H. (2020).  Poverty Dramatically Increases COVID-19 Death Risk, Researchers Say.  *VOA News.*  https://www.voanews.com/covid-19-pandemic/poverty-dramatically-increases-covid-19-death-risk-researchers-say

Rosenthal, B. (2020, March 23). Density is New York City's big "enemy" in the coronavirus fight. *The New York Times.* https:// www.nytimes.com/2020/03/23/nyregion/coronavirus-nyccrowds-density.html

Skiera, Bernd and Jürgensmeier, Lukas and Stowe, Kevin and Gurevych, Iryna (2020).  How to Best Predict the Daily Number of New Infections of COVID-19.   Available at SSRN: https://ssrn.com/abstract=3571252 or http://dx.doi.org/10.2139/ssrn.3571252

Stojkoski, Viktor and Utkovski, Zoran and Jolakoski, Petar and Tevdovski, Dragan and Kocarev, Ljupco (2020).  The Socioeconomic Determinants of the Coronavirus Disease (COVID-19) Pandemic. Available at SSRN: https://ssrn.com/abstract=3576037 or http://dx.doi.org/10.2139/ssrn.3576037

Tellis, Gerard J. and Sood, Nitish and Sood, Ashish (2020). Why Did U.S. Governors Delay Lockdowns Against COVID-19? Disease Science vs Learning, Cascades, and Political Polarization.  USC Marshall School of Business Research Paper, Available at SSRN: https://ssrn.com/abstract=3575004 or http://dx.doi.org/10.2139/ssrn.3575004

Wheaton, W. C., & Thompson, A. K. (2020). *The geography of COVID-19 growth in the U.S.: Counties and metropolitan areas.* Available at SSRN 3570540.

World Health Organization (WHO). (2014). Ebola virus disease in West Africa: The first 9 months of the epidemic and forward projections. *New England Journal of Medicine, 371*(16), 1481–1495.

W. Holmes and Maria E, Hernandez Finch. (2020).   Poverty and Covid-19: Rates of Incidence and Deaths in the United States During the First 10 Weeks of the Pandemic.  *Frontiers in Sociology.* https://doi.org/10.3389/fsoc.2020.00047

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

**Yan, B., Ng,  F., Chu, J., Tsoh, J., Nguyen, T.  (2020).**  Asian Americans Facing High COVID-19 Case Fatality. *Health Affairs Blog.* https://www.healthaffairs.org/do/10.1377/hblog20200708.894552/full/

This preprint research paper has not been peer reviewed. Electronic copy available at: https://ssrn.com/abstract=3731803

Downloaded from http://meridian.allenpress.com/...

**ARTICLE**

Plaintiffs' Exhibit 206

# Adolescents' face mask usage and contact transmission in novel Coronavirus

**Fang-Lin Chao**

*Department of Industrial Design, Chaoyang University of Technology, Taiwan, R.O.C.*

## Abstract

The global outbreak of coronavirus has become an international public health threat. Prevention is of paramount importance to contain its spread. This study observes face mask wearing behavior and contact transmission problems in Taiwan. Teachers track student status in class. In addition to measuring body temperature and regular disinfection, classrooms require ventilation wear mask, provide alcohol spray and avoid sharing the microphone. Both questionnaire surveys and experimental were utilized. A total of 160 adults residing in Taiwan participated in the survey. The dye simulated the possible virus area on the mask surface during usage. Subjects were required to complete a questionnaire and simulate the spread of contact transmission when using a computer. Eighty-one % of respondents reported consistent use of surgical masks several times a day. They reported taking their masks off in relatively safe areas. Most people reported using one mask per day and storing the masks in their pockets. As a result, masks surface become a contamination source. In the contact experiment, ten adults were requested to don and doff a surgical mask while doing a word processing task. The extended contamination areas were recorded and identified by image analysis. The results show an average contamination area of the workspace is significant 530 cm$^2$. When the hand touches the surface of the mask, it may spread the virus to the subsequent contact area.

## Introduction

The World Health Organization (WHO) is charged with curbing the spread of diseases with public health concerns.[1] However, health promotion programs often based on narrowly conceived conceptual models. As reported by Stokols[2] compares three distinct theoretical perspectives on health promotion: behavioral change, environmental enhancement, and social ecological models. Health promotion programs enhance societal relationships. Multidisciplinary perspectives focus and promote interventions on high-impact behaviors. Ho[3] analyzed the effect of close contact on the spread of Severe Acute Respiratory Syndrome (SARS) and found that contact transmission can be limited through behavioral change.

## New Coronavirus

On Jan 7, 2020, a novel Coronavirus was identified by the Chinese Center for Disease Control and Prevention (CDCP) from the throat swab sample of a patient and was subsequently named 2019-nCoV.[4] The disease was of cluster onset, resulting in severe and even fatal infections. A lower respiratory tract predilection suggested that airborne transmission was possible.[5] In comparison, SARS was transmitted by droplet, contact and airborne spread, including ventilation pipes between building floors.

Among the general public in China and other countries, the transmissibility of the epidemic might be reduced because of community-wide social distancing measures as reported by Wu.[6] Studies suggested that "hand hygiene and facemasks seemed to prevent household transmission of influenza virus and the nonpharmaceutical interventions are important for mitigation of pandemic".[7]

Investigation on spatiotemporal transmission patterns and intervention strategies are warranted. Integrated interventions, such as the promotion of face mask use and reduction of travel, have been actively implemented. Studies suggest that additional 10% decay in the transmission rate would reduce the peak infected population size by 20-47% as reported by Shen.[8] Experts suggest that people stay at home and use masks for personal protection as reported by Kickbusch.[9] Public health policy officials recommend that at least 70% of the population comply with face mask usage to avoid the breakdown of the healthcare system.[10]

The worldwide spread of SARS proceeded with rapidity, overwhelming many hospitals and public health systems. Among infected cases of SARS reported worldwide, about 17% to 30% were aged 50 or older.[11] In many locations, the disease spread to health care workers and household contacts. Many infectious diseases spread through populations via the networks formed by physical contacts among individuals. The patterns of these contacts tend to be highly heterogeneous and illustrate the utility for assessing public health strategies as reported by Meyer.[12] Hospitals remind people to wear face masks at worksites and in public places. Health care professionals also promote face mask usage to individuals in public areas to prevent spreading disease.[13] A case-control study was conducted in five Hong Kong hospitals with 241 non-infected and 13 infected staff during patient care.[14] All participants were surveyed about the use of mask, gloves, gowns,

---

**Significance for public health**

*The epidemic has caused pressure to prevent in most countries. Through the school's auxiliary measures, students attended classes during March-June 2020 in Taiwan. Maintaining social distance and wearing masks are important ways to reduce the spread. Inadvertent hand contact with the outer surface of the mask may also cause the virus to spread indirectly. Students' "mask use behavior survey" shows that a single mask has been used repeatedly for a long time. Emulation experiment demonstrated the potential of contact among office area. Masks must be used attentively to reduce the chance of indirect transmission.*

---



and hand-washing as recommended under droplet and contact pre-cautions. Practice of droplet and contact precaution was found to be adequate in reducing the risk of infection.

The Health Belief Model has been proposed as a means of understanding an individual's volitional health behaviors. During the SARS epidemic, Wong *et al.*[1] found that only 54.8% of Chinese adolescents practiced recommended habitual behaviors for preventing the spread of the disease. There was a significant correlation between perceiving a significant threat and compliance with habitual behaviors.

## Face mask and risk of infection

Through the school's regulation and auxiliary measures, Taiwan's students still attended classes till June 2020. After the identification of 2019-nCoV, Taiwanese health authorities stepped up various prevention and intervention activities against the further spreading. Schools and universities were suspended for prompt isolation of infected individuals in February 2020. Quarantined individuals were required to wear surgical masks whenever they enter a communal area. At the individual level, suggested preven-tative behaviors included: i) maintaining good personal hygiene, ii) developing a healthy lifestyle with proper diet, regular exercise, and adequate rest, iii) ensuring adequate ventilation at home and in the office, and iv) wearing masks, especially for those with preex-isting respiratory tract infections. People are warned to avoid close contact and the duration of time that the virus can survive on the surface of an object. Contact tracking and family isolation were arranged to strengthen control. According to the literature, per-ceived susceptibility, perceived severity, and action cues are important predictors of wearing a mask. In this study, we investi-gated both young people's mask usage behavior and simulated experiment with possible contact area spreading.

Surgical masks are intended to protect the patient from the sur-geon during surgery. FFP2 masks are intended to protect the user.[15] The outermost covering is an isolation layer intended to block larg-er dust particles. The second layer has a filter which removes fine dust and bacterium in the air. The outside of the mask is considered a contaminated area and should not be touched with the hands. When pulling the elastic band backward to remove the mask, the user needs to grasp the strap of the mask to avoid contact. The gap of the mask must be small, and it should be replaced after cumula-tive use. "Masks are found to be useful with respect to both pre-venting illness in healthy persons and preventing asymptomatic transmission". "Even very weak masks can still be useful."[16]

The Centers for Disease Control and Prevention developed recommendations for respirators worn to minimize exposures to *Mycobacterium tuberculosis*.[17] Handling may increase the risk of infection if loaded organisms remain viable. Li[18] assessed the antimicrobial activity of nanoparticles and nanoparticle-coated face masks to protect against infectious agents. Nanoparticles have shown promise when applied as a coating to the surface of protec-tive clothing in reducing the risk of transmission of infectious agents. Lin *et al.*[19] sought a method for recovering loaded bacteria from filtering respirators and investigated the effects of artificial saliva (AS) and artificial perspiration (AP) on the filter perform-ance. AP was especially effective in N95 masks and AS was espe-cially effective in surgical masks.

Indirect contact infection caused by re-contact with hands should also be considered. For example, the chance of infection increases if medical personnel make contact with patients but do not disinfect their hands after adjusting their masks. People who wear masks may nevertheless be exposed to infection during drinking. Donning and doffing a mask will also increase the chance of infection.

## Method

Both questionnaire surveys and experimental were utilized. The survey can understand the user's thoughts and expectations, and the experiment can observe the usage behavior and contact area.

## Survey items

Data for this study was obtained using a questionnaire survey of young adults aged 18-21 residing in Taiwan. University students from four different departments took part in the survey (n=160). Respondents were asked to indicate on a 5-point scale the degree to which they agreed that wearing face masks could induce prob-lem or inconvenience (1 indicating "strongly disagree," 5 indicat-





a          b          c

**Figure 1. Experimental site and records: a) subject after the test; b) execution of tasks in the test area; c) the contaminated test site.**

ing "strongly agree"). High scores indicated that respondents perceived significant problems or inconvenience in wearing face masks. Five main problems of wearing face masks were listed: 1) discomfort with inhaling and exhaling, 2) excessive warmth and humidity, 3) unpleasant odor, 4) inconvenience with donning and doffing, and 5) tendency for glasses to fog up.

1) What kinds of masks do you prefer?
2) How many masks do you use per day?
3) How many hours per day do you use a surgical mask?
4) Where do you store your mask when you remove it?

**Contact experiment procedure**

This experiment intended to observe potential contact transmission spread to other surfaces during mask usage. The face mask's outer surface is a potential contamination source. In this contact area experiment, 10 adults were requested to don and doff a face mask while performing an office task. The contact areas associated with face mask handling were recorded by a camera. Different colors of dye were placed on the outer surface of a face mask. The dye simulated the possible virus area on the mask surface during usage. Contacting this area by hand or other parts of the body extended the contact area. Participants' behavior while wearing face masks was recorded and image analysis was utilized to identify the extended contact area.

Experiments were performed in a preset environment with a computer and assorted stationery on the desk (Figure 1). Subjects were required to complete a questionnaire and simulate the spread of contact transmission when using a computer. The equipment the subjects touched included the computer tower, keyboard, mouse, screen, desktop, and assorted stationery. The researcher prepared powder toner (10 colors, one color for each subject), a face mask with powder coating, a 28-foot length of thin black cloth used to cover the workstation, and camera. The experimental procedure

was as follows:
1) Each subject donned a mask (the outer side of which was stained with toner and entered the experimental area.
2) The subject was instructed to take off their jacket and mask.
3) The subject filled out the designated questionnaire within 5 minutes and without leaving their seat.
4) The subject was instructed to turn off the computer, don their mask, and leave.

After all subjects had participated, pictures were then taken of the contaminated area and the black cloth was cleaned of powder. Rhino software was used to remove the black background in each photo to calculate the contaminated area.

---

**Results**

**Survey results**

Behavioral surveys were collected and analyzed with SPSS. The results were selected for discussion below. The average total use time of mask was 5.306 hours. 63.8% of respondents said that they donned and doffed their masks several times because of work. Masks were usually placed in the following locations: bags (60%), jacket pockets (17%), pants pockets, (15%), and desk surfaces (8%). Masks that were carried around had a risk of indirect contamination. Regarding the feeling of using the mask, the mean value of inconvenience of inhalation was 3.487, the average value of excessive warmth and humidity was 4.025, and the mean of inconvenience with donning and doffing the mask was 3.168. A high degree of agreement indicated that maintaining smooth breathing was a major problem when wearing a face mask. Table 1 shows the mean scores and standard deviation values for those statements.

There was a statistically significant positive relationship between participants feeling too hot and feeling discomfort with breathing and foggy glasses. The high mean scores ranged from 3.168 to 4.025 and the correlation coefficient values ranged from 0.426 to 0.387 ($^{**}p<0.01$). The inconvenience of inhalation was significantly related to the feeling of excessive heat (Pearson correlation coefficient γ is 0.426, p=0.000). This data reflects the feeling that the structure and use of the face mask could be improved.

The mean value of unpleasant odor was 3.462, and that of glasses fogging up was 3.918. The distribution was skewed right and the maximum reported value was 5. A high degree of consensus indicated that respondents were concerned that face masks are vented upwards, which might infect their eyes. This might affect the mask's effectiveness in preventing disease transmission.

**Experiment results**

The experimental environment and process are shown in Figure 1. After each test, a researcher took four photos of the subject (body front, back, left, and right). In addition, photographs of the contaminated locations on workspace were also taken. Figure 2 shows that the contamination area varied with different users. The average contaminated area of the ten subjects was 530 cm², with the maximum contamination area reaching three times that of the minimum.



**Figure 2. Operating contaminated area of each tested individual.**

**Table 1. Participants' views on mask use and feel.**

| Statement | Mean | SD |
|---|---|---|
| Hours of use per day | 5.306 | 2.2261 |
| Discomfort with inhaling | 3.487 | 0.9382 |
| Excessive warmth and humidity | 4.025 | 1.0397 |
| Unpleasant odor | 3.462 | 0.8964 |
| Inconvenience with donning | 3.168 | 0.9195 |
| Tendency for glasses to fog up | 3.918 | 1.1761 |

---

**Conclusions**

Although surgical masks are considered a viable means of protecting individuals from disease during an epidemic, accidental



transmission through direct and indirect contact still puts face mask users at risk of infection. The survey of mask usage revealed the usage per day during an epidemic prevention period was 5.306 hours. Because most people repeatedly donned and doffed their masks, there was a high possibility of pollution during use. During the experiment, the subjects often had no specific place to store their masks, so they often stored the masks in their pockets, which might cause indirect contact transmission of pathogens. The average inconvenience of mask inhalation is high; and the mean value of hot and sultry is 4.025. A high degree of the agreement indicates that the smoothness of breathing is troublesome. The contact spread experiments show that the contaminated area varies considerably from user to user. The average polluted area of the ten subjects was 530 cm$^2$. Hand contact is one of the transmission paths; when the hand touches the surface of the mask, it may spread the virus to the subsequent contact area, which is worthy of attention for general users.

**Correspondence:** Fang-Lin Chao, 168, Jifeng E. Rd., Wufeng District, Taichung, 41349 Taiwan, R.O.C. Tel. +886.928603905. E-mail: flinchao@gmail.com

**Key words:** Contact transmission; face mask usage; novel Coronavirus.

**Contributions:** Fang-Lin Chao proposed design questions, made test and organize manuscript.

**Funding:** None.

**Conflict of interest:** The author declares no conflict of interest.

**Acknowledgments:** The Author thanks Sing-May Cheng and Irene Ho, for join experiment and editing service.

Received for publication: 8 April 2020.
Accepted for publication: 1 June 2020.

©Copyright: the Author(s), 2020
Licensee PAGEPress, Italy
Journal of Public Health Research 2020;9:1770
doi:10.4081/jphr.2020.1770
This work is licensed under a Creative Commons Attribution NonCommercial 4.0 License (CC BY-NC 4.0).

## References

1. Tang CSK, Wong CY. Psychosocial factors influencing the practice of preventive behaviors against the severe acute respiratory syndrome among older Chinese in Hong Kong. J Aging Health, 2005;17:490-506.
2. Stokols D. Translating social ecological theory into guidelines for community health promotion. Am J Health Promot 1996;10:282-98.
3. Ho W. Guideline on management of severe acute respiratory syndrome (SARS). Lancet 2003;361:1313-5.
4. Chen N, Zhou M, Dong X, et al. Epidemiological and clinical characteristics of 99 cases of 2019 novel coronavirus pneumonia in Wuhan, China: a descriptive study. Lancet 2020;395: 507-13.
5. MacIntyre CR. Wuhan novel coronavirus 2019nCoV-update February 7th 2020. Global Biosecurity 2020;1. doi: 10.31646/gbio.52
6. Wu JT, Leung K, Leung GM. Nowcasting and forecasting the potential domestic and international spread of the 2019-nCoV outbreak originating in Wuhan, China: a modelling study. Lancet 2020;395:689-97.
7. Cowling BJ, Chan KH, Fang VJ, et al. Facemasks and hand hygiene to prevent influenza transmission in households: a cluster randomized trial. Ann Intern Med 2009;151:437-46.
8. Shen M, Peng Z, Xiao Y, Zhang L. Modelling the epidemic trend of the 2019 novel coronavirus outbreak in China. bioRxiv doi: 10.1101/2020.01.23.916726
9. Kickbusch I, Leung G. Response to the emerging novel coronavirus outbreak. BMJ 2020;368:m406. doi: 10.1136/bmj.m406
10. Oxford Analytica. Coronavirus shows how China has changed since SARS. Emerald Expert Briefings. Available from: https://www.emerald.com/insight/content/doi/10.1108/OXAN-DB250353/full/html.
11. Centers for Disease Control and Prevention. 2003; Update: Outbreak of severe acute respiratory syndrome—worldwide. Morbidity & Mortality Weekly Report, 52:405-11.
12. Meyers LA, Pourbohloul B, Newman ME, et al. Network theory and SARS: predicting outbreak diversity. J Theor Biol 2005;232:71-81.
13. Wong CY, Tang CSK. Practice of habitual and volitional health behaviors to prevent severe acute respiratory syndrome among Chinese adolescents in Hong Kong. J Adolesc Health 2005;36(193-200.
14. Seto WH, Tsang D, Yung RW, et al. Effectiveness of precautions against droplets and contact in prevention of nosocomial transmission of severe acute respiratory syndrome. Lancet 2003;361:1519-20.
15. Lepelletier D, Grandbastien B, Romano-Bertrand S, et al. What face mask for what use in the context of COVID-19 pandemic? The French guidelines. J Hosp Infect 2020. doi: 10.1016/j.jhin.2020.04.036.
16. Eikenberry SE, Mancuso M, Iboi E, et al. To mask or not to mask: Modeling the potential for face mask use by the general public to curtail the COVID-19 pandemic. Infect Dis Model 2020;5:293-308. doi: 10.1016/j.idm.2020.04.001
17. Brosseau LM, McCullough NV, Vesley D. Bacterial survival on respirator filters and surgical masks. J Am Biol Saf Assoc 1997;2:32-43.
18. Li Y, Leung P, Yao L, et al. Antimicrobial effect of surgical masks coated with nanoparticles. J Hosp Infect 2006;62:58-63.
19. Lin TH, Tang FC, Chiang CH, et al. Recovery of bacteria in filtering facepiece respirators and effects of artificial saliva/perspiration on bacterial survival and performance of respirators. Aerosol Air Qual Res 2017;17:187-97.



ISSN: 2474-3658

Plaintiffs' Exhibit 207

Rosner. J Infect Dis Epidemiol 2020, 6:130
DOI: 10.23937/2474-3658/1510130
Volume 6 | Issue 3
Open Access



## Journal of
# Infectious Diseases and Epidemiology

*SURVEY*

# Adverse Effects of Prolonged Mask Use among Healthcare Professionals during COVID-19

*Elisheva Rosner, MSN, RN-C\**

*Morgan Stanley Children's Hospital of New York-Presbyterian, USA*

**\*Corresponding author:** *Elisheva Rosner, MSN, RN-C, Morgan Stanley Children's Hospital of New York-Presbyterian, 16 Edgewood Avenue, Clifton, NJ 07012, USA, Tel: 973-777-5170*

## Abstract

**Background:** In March 2020, New York City encountered its first official case of COVID-19 (coronavirus disease 2019). This novel coronavirus, referred to as SARS-COV 2, originated in Wuhan, China in December 2019. Within a short amount of time, hundreds of thousands of cases were diagnosed around the world and the United States, causing the World Health Organization to announce it as an official infectious disease pandemic on January 30, 2020.

COVID-19 is spread by respiratory droplets, and healthcare professionals are mandated to wear personal protective equipment (PPE) for a prolonged period of time when caring for COVID-19 patients.

**Objective:** Healthcare professionals report side effects of prolonged use of PPE when caring for COVID-19 patients. This study delves into various adverse effects of prolonged mask use and provides recommendations to ease the burden on healthcare professionals.

**Methods:** This is a cross sectional study among healthcare professionals, primarily located in New York City, who worked in the hospital during the COVID-19 pandemic. All respondents completed an anonymous survey consisting of twenty one questions regarding adverse effects of PPE, medical history, and demographics.

**Results:** A total of 343 healthcare professionals on the COVID-19 front lines participated in this study. The majority were female (n = 315) and 227 were located in New York City. 225 respondents identified as White, 34 as Hispanic, 23 as African American, and 61 as "other" ethnicity. 314 respondents reported adverse effects from prolonged mask use with headaches being the most common complaint (n = 245). Skin breakdown was experienced by 175 respondents, and acne was reported in 182 respondents. Impaired cognition was reported in 81 respondents. Previous history of headaches (n = 98), skin sensitivity (n = 164), and acne (n = 121) were found in some respondents. Some respondents experienced resolved side effects once masks were removed, while others required physical or medical intervention.

**Conclusion:** Prolonged use of N95 and surgical masks by healthcare professionals during COVID-19 has caused adverse effects such as headaches, rash, acne, skin breakdown, and impaired cognition in the majority of those surveyed. As a second wave of COVID-19 is expected, and in preparation for future pandemics, it is imperative to identify solutions to manage these adverse effects. Frequent breaks, improved hydration and rest, skin care, and potentially newly designed comfortable masks are recommendations for future management of adverse effects related to prolonged mask use.

## Keywords

Surgical mask, N95 mask, PPE, COVID-19, Coronavirus, Virus, Pandemic

## Introduction

In March 2020, New York State encountered its first official case of COVID-19. This novel coronavirus, referred to as SARS-COV 2, originated in Wuhan, China in December 2019. Within a short amount of time, hundreds of thousands of cases were diagnosed around the world, causing the World Health Organization to announce it as an infectious disease pandemic on January 30, 2020. New York City quickly became the epicenter of the United States COVID-19 pandemic due to its tremendous number of cases.

COVID-19 is spread by respiratory droplets, and healthcare professionals are mandated to wear PPE when caring for COVID-19 patients. PPE includes gowns, gloves, masks, and face shields. Aside from a major

---



**Citation:** Rosner E (2020) Adverse Effects of Prolonged Mask Use among Healthcare Professionals during COVID-19. J Infect Dis Epidemiol 6:130. doi.org/10.23937/2474-3658/1510130

**Received:** May 10, 2020: **Accepted:** May 30, 2020: **Published:** June 01, 2020

**Copyright:** © 2020 Rosner E. This is an open-access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

Case 6:21-cv-01008-PGB-DCI   Document 62-4   Filed 09/14/21   Page 57 of 412 PageID 2185

shortage of PPE across the United States causing stress to hospital administrators and healthcare professionals on the front lines, many expressed added stress from adverse effects of prolonged PPE usage.

The last incidence of prolonged use of PPE among healthcare professionals was during the SARS (severe acute respiratory syndrome) outbreak in 2003-2004 which originated in Guangdong, China. Studies focusing on effects of prolonged use of PPE during the SARS outbreak were published in subsequent years. A study by Lim, et al. focused on headaches related to mask use [1], and another study by Foo, et al. discussed adverse skin reactions such as rashes, acne, and itching from mask use [2].

The CDC and WHO recommend wearing N95 masks during care of patients with highly transmissible diseases such as tuberculosis, SARS, and COVID-19. The N in N95 stands for NIOSH, the National Institute for Occupational Safety and Health of the United States and 95 indicates filter efficiency of particles. Thus, an N95 mask is 95% effective at filtering airborne particles including very small ones. In comparison, while surgical masks provide a barrier against large respiratory particles, they are ineffective at providing protection from smaller particles. Surgical masks also do not prevent leakage around the mask when the user inhales. Therefore, surgical masks are ineffective and do not provide enough protection when performing direct care for patients with COVID-19 [3].

To prevent the spread of COVID-19, hospitals required their employees and visitors to wear a mask at all times when in the facility. Generally, employees and visitors wore surgical masks, and when providing direct care for COVID-19 patients, the employees donned N95 masks.

Wearing masks for a prolonged amount of time causes a host of physiologic and psychologic burdens and can decrease work efficiency. Activity cannot be performed as long or as efficiently while wearing masks as compared to when masks are not worn. Additionally, the timeframe that an activity can be sustained is decreased when wearing masks and PPE [4]. Prolonged use of N95 and surgical masks causes physical adverse effects such as headaches, difficulty breathing, acne, skin breakdown, rashes, and impaired cognition. It also interferes with vision, communication, and thermal equilibrium.

Headaches related to prolonged mask use can be attributed to mechanical factors, hypercapnia, and hypoxemia. Tight straps and pressure on superficial facial and cervical nerves are mechanical features causing headaches [1]. Cervical neck strain from donning PPE, sleep deprivation, irregular mealtimes, and emotional stress are other sources of headaches among healthcare professionals during prolonged mask use [5]. Tight fitting masks cause inadequate ventilation and increased levels of carbon dioxide ($CO_2$) known as hypercapnia. As $CO_2$ is a known respiratory stimulant, a buildup of exhaled $CO_2$ between the mask and face will cause increased lung ventilation and respiratory activity. Symptoms of hypoxemia such as chest discomfort and tachypnea are also noted in healthcare professionals with prolonged mask use. Exhaled $CO_2$ builds up between the mask and face, and increased levels of $CO_2$ cause confusion, impaired cognition, and disorientation [4].

A hot and humid environment found in the facial region covered by masks, causes discomfort and hyperthermia. This may create a situation where the healthcare professional is unable to recognize dangers and perform manual tasks, and it also significantly affects motor skills [4]. The moist environment and pressure from tight fitting masks also block facial ducts. This can explain the increase of acne with prolonged mask use [2].

Frequent PPE and mask changes may cause shearing and breakdown of the skin, and breakdown on the bridge of the nose and cheek bones can be attributed to tight fitting masks and goggles that put pressure on these specific areas [6].

Urticaria and contact dermatitis can occur from sensitivity to components of masks and PPE. Formaldehyde is a chemical used in PPE that some are sensitive and/or allergic to. Others may react to thiuram which is found in the ear loops of surgical masks [7].

## Methods and Subjects

This anonymous, twenty-one question survey was distributed electronically at the beginning of May 2020 to healthcare professionals on the front lines of the COVID-19 pandemic. The majority of survey respondents were females (91.8%, n = 315) and were located in New York City (66.2%, n = 227). 9.3% (n = 32) were located in New York State (outside New York City), 7.3% (n = 25) in New Jersey, and the remaining 17.2% (n = 59) outside these two states. About half of the respondents work at New York Presbyterian Hospital (47.8%, n = 164). 65.6% (n = 225) identified as White, 9.9% (n = 34) as Hispanic, 6.7% (n = 23) as African American, and 17.8% (n = 61) as other ethnicities. Age of respondents ranged from 20 to 50+ years of age. 31.7% (n = 108) were ages 20-29, 38.1% (n = 130) ages 30-39, 15.5% (n = 53) ages 40-49, and 14.7% (n = 50) 50 years and older.

## Results

Of the 343 participants of this survey, 59.2% (n = 203) primarily wear a N95 mask and 40.8% (n = 140) wear a surgical mask throughout their shift. Reported side effects include headache, acne, skin breakdown, and impaired cognition. The majority of respondents (91.5%, n = 314) report one or more of these adverse effects while 8.5% (n = 29) report none of these adverse

Case 6:21-cv-01008-PGB-DCI   Document 62-4   Filed 09/14/21   Page 58 of 412 PageID 2186



**Figure 1:** Adverse effects after wearing a mask for a full shift.



**Figure 2:** After how many hours of wearing a mask does the survey respondent experience a headache.



**Figure 3:** Locations of skin breakdown from wearing a mask.

effects (Figure 1). Some found specific brands such as 3M, Kimberly Clark, Halyard, Medline, and Argaman causing these side effects while others reported no difference from one brand to another.

The highest reported side effect was headaches with 71.4% respondents (n = 245) reporting this adverse effect. 15.2% (n = 52) stated their headaches occured within 1 hour of wearing the mask, 30.6% (n = 105) after 1 hour of wearing the mask, and 29.7% (n = 102) after

3 hours or more of wearing the mask. 24.5% (n = 84) reported no headaches at all from prolonged mask use (Figure 2). The majority of survey respondents (71.4%, n = 245) have no prior history of headaches.

After removing the mask, headaches resolved in 14% of respondents (n = 48) within 30 minutes, 33.8% (n = 116) after 1 hour, while 28% (n = 96) needed medication for treatment to resolve the headache. Medications such as tylenol, motrin, and NSAIDs were used for those

Case 6:21-cv-01008-PGB-DCI   Document 62-4   Filed 09/14/21   Page 59 of 412 PageID 2187

who needed medication to resolve their headache.

Prior history of sensitive skin was reported in 47.8% (n = 164) of respondents. 51% of survey respondents (n = 175) reported skin breakdown as an adverse effect of prolonged mask use (Figure 3).

18.1% (n = 62) reported skin breakdown within 1-3 hours of mask use and 44% (n = 151) after 3 hours or more of mask use. For those who had skin breakdown, the most common area was the bridge of the nose (42.9%, n = 147) and cheeks (28.6%, n = 98). Other areas of skin breakdown are chin (14.3%, n = 49) and behind the ears (32.1%, n = 110). To alleviate skin breakdown, 35.6% (n = 122) used lotions or creams such as bacitracin, aquaphor, Kiehl's, aloe, Cetaphil, aloe, shea butter, Jergens, skin prep, and cavalon. 8.7% (n = 30) used dressings such as mepilex, duoderm, and band aid.

Acne accounted for 53.1% (n = 182) of participants with 11.1% (n = 38) reporting acne within 1-3 hours of mask use and 47.8% (n = 164) after 3 hours of mask use. A history of acne was reported in 35.3% (n = 121) of the respondents while the others reported no history of acne.

Impaired cognition was the least reported adverse effect with 23.6% (n = 81) reporting impaired cognition from prolonged mask use. Of those who experienced this side effect, 2.9% (n = 10) were cognitively impaired within 1 hour of mask use, 9% (n = 31) within 1-3 hours of mask use, and 16.6% (n = 57) after 4 hours of mask use.

## Discussion

A profound number of healthcare professionals who participated in this survey reported adverse reactions to prolonged mask use during COVID-19. Headaches, skin breakdown, acne, and impaired cognition were all recognized as common adverse effects. As we are still amidst the pandemic, and second waves are predicted in the future, tips and recommendations for enduring prolonged mask use are vital for the health and comfort of healthcare professionals.

Recommendations have previously been addressed in the literature. The first is frequent work breaks to be incorporated into work shifts to allow for shorter duration of mask use and reduction of PPE exposure [1,8]. A second recommendation is preventative measures such as applying moisturizers, emollients, and barrier creams to prevent skin breakdown [9]. Caution should be taken that dressings, moisturizers, and lotions do not interfere with the seal of the mask thereby causing decreased protection against COVID-19 particles. A third recommendation is improved mask design with a focus on safety, comfort, and tolerability [4].

To prevent headaches and impaired cognition, survey respondents recommend frequent short breaks, neck massage, increased hydration especially before

start of the shift, alternating between surgical and N95 masks (if possible), wearing an N95 mask with a filter to allow for better ventilation, and wearing a mask that fits one's face best.

To manage acne, survey respondents recommend moisturizing skin and lips before and after shifts, avoiding facial makeup, and using facial cleanser wipes throughout the shift to cleanse the skin. Lastly, to prevent skin breakdown, survey respondents recommend using an ear saver, paper clip, or a headband with buttons to allow ear straps to rest on these items instead of behind the ears. The use of tegaderm, tape, or a dressing on the bridge of the nose, and using a clean, fresh mask for each shift are also recommended by the survey respondents to address skin breakdown.

## Limitations

While this survey captured the experiences of many health care professionals working on the front lines during COVID-19, there are some limitations to this study. First, preexisting conditions such as high BMI, asthma, and other conditions were not assessed in this survey, and these could be impacting or increasing the adverse effects addressed in this survey. Second, issues such as stress level and quality sleep were also not included in this survey, and these important factors could also attribute to adverse effects in the survey respondents.

## Conclusion

This study identified various adverse effects of prolonged mask use experienced by healthcare professionals during the COVID-19 pandemic. While healthcare professionals and the world at large wish this pandemic to end, and never return, various recommendations are presented for future prevention and management of these adverse effects.

## Conflict of Interest

The author declares no conflict of interest.

## Acknowledgement

I would like to thank all the anonymous healthcare professionals who participated in this survey. This data will be crucial for the current COVID-19 pandemic as well as future outbreaks involving prolonged use of masks and PPE among healthcare professionals.

## Funding

No funding was received for this survey.

## References

1. Lim ECH, Seet RCS, Lee K-H, Wilder-Smith EPV, Chuah BYS, et al. (2006) Headaches and the N95 face-mask amongst healthcare providers. Acta Neurol Scand 113: 199-202.

2. Foo C, Anthony TJ Goon, Yung-Hian Leow, Chee-Leok Goh (2006) Adverse skin reactions to personal protective

Case 6:21-cv-01008-PGB-DCI   Document 62-4   Filed 09/14/21   Page 60 of 412 PageID 2188

equipment against severe acute respiratory syndrome- a descriptive study in Singapore. Contact Dermatitis 55: 291-294.

3. Center for Disease Control and Prevention (2020) NIOSH-approved N95 particulate filtering facepiece respirators: Ancillary respirator information.

4. Johnson AT (2016) Respirator masks protect health but impact performance: A review. J Biol Eng 10: 4.

5. Ong JJY, Bharatendu C, Goh Y, Tang JZY, Sooi KWX, et al. (2020) Headaches associated with personal protective equipment- A cross sectional study among frontline healthcare workers during COVID-19. Headache 60: 864-877.

6. Lan J, Song Z, Miao X, Li H, Li Y, et al. (2020) Skin damage among health care workers managing coronavirus disease-2019. J Am Acad Dermatol 82: 1215-1216.

7. Badri FM (2017) Surgical mask contact dermatitis and epidemiology of contact dermatitis in healthcare workers. Current Allergy & Clinical Immunology 30: 183-188.

8. Rebmann T, Carrico R, Wang J (2013) Physiologic and other effects and compliance with long-term respirator use among medical intensive care unit nurses. Am J Infect Control 41: 1218-1223.

9. Darlenski R, Tsankov N (2020) Covid-19 pandemic and the skin- What should dermatologists know? Clin Dermatol.



Plaintiffs' Exhibit 208

pubmed.ncbi.nlm.nih.gov

# Aerosol penetration and leakage characteristics of masks used in the health care industry - PubMed

*A Weber  1 ,*

7-9 minutes

---

### Aerosol penetration and leakage characteristics of masks used in the health care industry

A Weber et al. Am J Infect Control. 1993 Aug.

## Abstract

**Background:** Historically, surgical masks have been worn to protect patients from being infected by large, pathogen-containing aerosol droplets emitted by health care personnel. Today, emphasis has shifted from solely protecting the patient to protecting the health care worker as well. As a result of new procedures used in operating rooms and clinical areas, aerosolized hazardous agents in the submicrometer size range are being produced, posing a potential threat to health care workers.

**Methods:** Eight surgical masks were tested for aerosol particle penetration through their filter media and through induced face-seal leaks.

**Results:** The percentage of filter penetration ranged from 20% to nearly 100% for submicrometer-sized particles. In comparison, a dust-mist-fume respirator used in industrial settings had significantly less penetration through its filter medium. When the surgical masks had artificially induced face-seal leaks, the concentration of submicrometer-sized particles inside the mask increased slightly; in contrast, the more protective dust-mist-fume respirator showed a fourfold increase in aerosol penetration into the mask with an artificial leak 4 mm in diameter.

**Conclusion:** We conclude that the protection provided by surgical masks may be insufficient in environments containing potentially hazardous submicrometer-sized aerosols.

## Similar articles

Plaintiffs' Exhibit 209

# Aerosol penetration through surgical masks

**Chih-Chieh Chen, PhD***
**Klaus Willeke, PhD**
Cincinnati, Ohio

*Background:* Surgical masks are used in hospitals to reduce postoperative infection in patients. The presence of aerosols containing pathogens makes it desirable to protect the medical staff as well.

*Methods:* The collection efficiencies of surgical masks were measured with two aerosol-size spectrometers. The flow rates through the masks were varied from 5 to 100 L/min to study the flow dependency. For comparison, several industrial-type respirators were also tested.

*Results:* A surgical mask consisting of filter material performed better than did a surgical mask consisting only of a shell with a coarse pore structure. The latter passed 80% of submicrometer-sized aerosols with little flow dependency, whereas the penetration of submicrometer-sized aerosols through the mask made of filter material ranged from 25% at a flow rate of 5 L/min to 70% at 100 L/min.

*Conclusions:* The mask that has the highest collection efficiency is not necessarily the best mask from the perspective of the filter-quality factor, which considers not only the capture efficiency but also the air resistance. Although surgical mask media may be adequate to remove bacteria exhaled or expelled by health care workers, they may not be sufficient to remove the submicrometer-sized aerosols containing pathogens to which these health care workers are potentially exposed. (AJIC AM J INFECT CONTROL 1992;20:177-84)

Surgical masks are worn to protect patients from infection with bacteria or viruses exhaled or expelled by health care workers. Activities such as sneezing, coughing, shouting, crying, and even normal breathing may release nasopharyngeal, oral, and dermal bacteria that can cause postoperative infections.[1,2] Detailed information on the aerosol-size distributions resulting from these activities is not available; however, the large

From the Department of Environmental Health, University of Cincinnati, Cincinnati, Ohio.

Supported by National Institute for Occupational Safety and Health grant no. R01-OH-01301. Dr. Chen supported by a stipend for graduate education, University of Cincinnati, during part of this study.

Reprint requests: Klaus Willeke, PhD, Aerosol Research and Respiratory Protection Laboratory, Department of Environmental Health, University of Cincinnati Medical Center, Cincinnati, OH 45267-0056.

*Current address: Division of Physical Science and Engineering, National Institute for Occupational Safety and Health, Cincinnati, OH 45226.

17/46/37904

aerosol particles generated by these activities are sometimes visible to the naked eye, which indicates that those particles are most likely 10 μm or larger in size. The term *aerosol* refers to liquid or solid particles, whether viable or nonviable, suspended in air.

Recently, there has been increased concern regarding respiratory protection for both patients and the operating team from pathogen-containing aerosols. This concern has been prompted by the use of innovative laser surgical methods and the discovery of new diseases such as AIDS. It has been shown that viable material and viral DNA are released during carbon dioxide laser surgery, especially when low radiant energy is applied.[3-5] These new concerns are forcing reconsideration of the filtration efficiency of current surgical masks. For instance, a "laser plume"—the smoke and debris from cell vaporization—was found to contain particles with a mass median aerodynamic diameter of 0.31 μm,[4] which is much smaller than the size of droplets expelled by the medical staff. The use of surgical power tools such as electrocautery generated aerosols with a mode

**AJIC**
August 1992

**178** *Chen and Willeke*



**Fig. 1.** Aerosol penetration and filter quality factor of two surgical masks.

aerodynamic diameter of 0.07 μm.[6] The filtration performance of surgical masks must therefore be examined to ensure protection at a wide range of particle size, from less than 0.1 μm to several micrometers.

Several studies have shown that surgical masks filter microbial aerosols released from the natural flora of the human body[1,7,8] or from nebulizers.[9-13] Other studies,[14-16] however, have claimed that the use of surgical masks had little benefit for the health of the patients in the operating room and in the ward. It has even been recommended that the wearing of masks in hospitals, a standard practice for decades, be abandoned. Disagreements among the studies are probably due to variations in experimental design, test agents, and test methods. Nevertheless, there is general agreement that surgical masks with higher filtration efficiency performed better than did those with lower efficacy.

In 1962 Green and Vesley[8] developed a method for measuring bacterial filtration efficiency (BFE).[8] In their test, 92.8% of the bacteria are contained in droplets that are 4 μm or larger in

aerodynamic diameter. A slightly modified version of this test is still in use. In the in vivo BFE test mask retention is measured while the wearer coughs several times and expels a natural test aerosol of water and bacteria. In the in vitro BFE test the challenge aerosol is generated by aerosolizing *Staphylococcus aureus* bacteria with 0.1% peptone in water with a standard nebulizer. In both BFE tests retention by the mask is not dependent on the size of the bacteria but on the size of the droplets in which they are suspended. The size of a droplet may change with time and distance from the source, depending on the temperature and relative humidity of the environment through which it moves.

Both BFE tests require at least 24 hours for microbiologic culturing, counting, and analyzing. In contrast, testing with inert aerosols can be performed in minutes.[17] Polydisperse corn oil,[11] monodisperse dioctylphthalate (1.8 μm physical diameter),[12] and monodisperse polystyrene latex (0.8 μm physical diameter)[13] aerosol particles have been used to measure the filtration efficiency of surgical masks. Masks that pass the physical

tests (with monodispersed PSL particles of bacterial size) normally perform well in the biologic tests.[13,17] Masks that perform well in the biologic tests with large particles, however, do not necessarily perform well in the physical tests with small particles, as we will show.

The protection provided by a surgical mask depends on the amount of aerosol that penetrates through the filter material and the degree of perimeter leakage, that is, the flow of aerosol through open spaces between the mask edge and the wearer's face. As we will show, the penetration of submicrometer-sized particles through the filter material of a mask can be high for available surgical masks, making most commercially available surgical masks ineffective for protection against submicrometer-sized aerosols. Face-seal leakage at the perimeter of a mask further increases the percentage of environmentally present aerosols that can penetrate to the breathing zone of the wearer.

The degree of face-seal leakage can be determined with masks made of high-efficiency particulate air (HEPA) filter material. In a fit test performed with a mask made of HEPA filter material, it is assumed that there is no aerosol penetration through the filter material. All aerosols measured inside the mask are therefore assumed to have penetrated through face-seal leaks along the perimeter of the mask. Several methods for testing fit have been developed and used by our laboratory[18-20] and new methods are currently under development, but these will not be discussed in this article because almost all surgical masks in use today are made of less-efficient filter material, for which perimeter leakage cannot be differentiated from filter penetration by available test methods.

Industrial hygienists refer to masks as *respirators* and differentiate between disposable filtering face-piece respirators and elastomeric respirators with one or two air-purifying cartridges attached to the rigid body. The Occupational Safety and Health Administration requires the fit testing of elastomeric respirators for specific industrial uses to ensure that the respirator selected seals well and thus provides a minimum of protection to the wearer.[21] Current fit-test methods use HEPA filter cartridges to eliminate aerosol penetration through the cartridges. For a filtering face piece with a rank below the HEPA filter, one cannot replace the filter material with a HEPA filter layer for testing without changing the physical characteristics of the face piece; perimeter leakage

therefore cannot be clearly separated from filter penetration. The fit of non-HEPA face masks cannot be quantitatively determined.

Surgical masks of the cone type are similar to industrial-type disposable respirators. No method yet exists by which perimeter leakage on surgical masks can be differentiated from aerosol penetration through the mask. In this article we therefore present only data on aerosol penetration through the filter material of surgical masks. In actual wear situations, aerosol penetration to the wearer's breathing zone may be higher than the penetration percentages presented here.

The principal objective of this study was to examine the filtration performance of two surgical masks at a wide particle size range and different constant flowrates through the mask. For comparison, we also examined the filtration efficiency of four different types of industrial-type respirator. Filter medium performance in the submicrometer-size range is not a predictor of filter media performance for larger particle sizes, and vice versa. This means that the BFE with large droplets may not adequately measure the efficacy of surgical mask materials in removing small pathogen-containing particles, for example aerosolized blood-borne pathogens. Conversely, filter testing with submicrometer-sized aerosols may not adequately measure the efficacy of surgical mask materials in removing large expelled droplets.

## METHODS

Most surgical masks and most filtering face pieces used in industry are made of three layers: *cover web, filter layer,* and *shell*. The cover web protects and the shell supports the filter layer. The cover web and shell contribute only a small percentage to the overall collection efficiency and there is only a small pressure drop across these layers. The filter layer is responsible for most of the particle removal and airflow resistance. The thickness of the filter layer is increased when high filtration efficiency is needed, normally at the cost of air resistance. Most studies have evaluated the filtration efficiency of surgical masks without considering airflow resistance. Most surgical masks offer little airflow resistance compared with industrial-type high-efficiency masks. However, surgical operations are becoming more complicated and delicate, increasing the length of time a surgical mask may be worn. This may make small differences in air resistance an important issue in terms of comfort. The pressure drop $\Delta p$

**AJIC**
August 1992

**180** *Chen and Willeke*

across each mask is therefore also shown for each condition. In addition, the data are presented as a function of the filter quality factor, defined as $\ln(1/P)/\Delta p$ where $P$ is the fractional aerosol penetration. The filter quality factor thus represents filtration efficiency per unit pressure drop.

To relate the performance levels of the surgical masks to those of industrially used masks, data will be shown for four categories of industrial-type respirators. In order from lowest to highest filtration efficiency, the types are nuisance dust (ND), dust-mist (DM), dust-mist-fume (DMF), and HEPA respirators. *Dust* is defined as a solid particle formed by crushing or other mechanical breakage of a parent material. *Mist* is a liquid particulate aerosol, typically formed by physical shearing of liquids such as nebulizing, spraying, or bubbling. *Fume* is a solid particulate aerosol produced by the condensation of vapors or gaseous combustion products. *Nuisance dust* refers to aerosols that "have a long history of little adverse effect on lungs and do not produce significant organic disease or toxic effect."[22] ND respirators are single-strap, lightweight devices that normally have no filtration layer; they therefore induce little filter resistance. HEPA respirators are approved by the National Institute for Occupational Safety and Health (NIOSH) for respiratory protection against aerosols with a permissible exposure limit, measured as a time-weighted average (TWA), of less than 0.05 mg/m³.[23] The permissible exposure limit may be considered the TWA concentration for an 8-hour workday to which nearly all workers may be exposed, day after day over a working lifetime, without adverse effect. A TWA is an arithmetic mean for some period; it is distinct from an exposure limit or guideline, although exposure limits and guidelines are almost always expressed in terms of TWAs. DM and DMF respirators are approved by NIOSH for aerosols with a permissible exposure limit of not less than 0.05 mg/m³. ND respirators, which are not approved by NIOSH, may not legally be used in the workplace if respiratory protection is required.[21]

NIOSH is responsible for certification of all industrial-type respirators, but it does not certify ND respirators or surgical masks. NIOSH-regulated filter tests specify a range of mean particulate sizes and measures of spread permissible for the test aerosols used to certify a specific category respirator. For example, DM respirators are required to collect 99% (based on mass) of silica aerosol, with a count median diameter of 0.4 to 0.6 μm and a geometric SD not greater than 2.

A flat surgical mask, a molded-cone surgical mask, and four industrial-type respirators were evaluated in a filter test chamber previously described[24,25] that was modified for this study. A corn oil test aerosol was generated by a newly developed size-fractionating aerosol generator, which produces aerosols with a selected size distribution. The aerosols were neutralized by a 10 mCi krypton-85 radioactive source to reduce the electrostatic aerosol charges. The neutralized aerosols were mixed into filtered air and introduced into the test chamber.

The data represent the average performance of at least five masks of the same brand. Most samples deviated less than 10% from the mean; this result indicated that the tested masks had been subjected to good quality control. The masks were sealed to a mannequin with petroleum jelly. The aerosol number concentrations inside and outside the mask were measured by an Aerodynamic Particle Sizer (model APS33B; TSI Inc., St. Paul, Minn.) and a Laser Aerosol Spectrometer (model LAS-X CRT; PMS Inc., Boulder, Colo.). The sampling flows of the Aerodynamic Particle Sizer and the Laser Aerosol Spectrometer were fixed at 5 L/min and 0.06 L/min, respectively. The flow rates through the masks ranged from a constant value of 5 to a constant value of 100 L/min, thus simulating the different physiologic workloads that result in a wide range of instantaneous flow rates during respiration. The pressure drop across the mask was monitored with an inclined manometer. The challenge aerosol concentration was about 600 particles/cm³ (measured by the Aerodynamic Particle Sizer), with a count median diameter of 2.3 μm and a geometric SD of 1.7.

The density and shape of an aerosol particle may affect the gravitational settling velocity and the impact characteristics of the particle in the human respiratory tract. The aerosol particle size is therefore presented in terms of the aerodynamic diameter, which is defined as the diameter of a unit-density sphere that has the same gravitational settling velocity as the particle in question. The filter performance data will be presented as a function of the individual particles' aerodynamic diameters. Such a presentation allows one to predict the performance of a tested mask in an aerosol cloud of a specific size distribution, given by its geometric SD and a mean or median size, such as the count, surface, or mass median aerodynamic diameter.

Two surgical masks, denoted A and B, were tested. Mask A is a thin molded-cone mask that

Volume 20
Number 4

lacks a filter layer; it is similar in appearance to the ND masks used in industrial environments. Mask B is a flat mask that contains a layer of filter material. Note that some brands of molded-cone mask include a filter layer.

## RESULTS

The aerosol penetration characteristics of the two surgical masks were quite different, as seen in Fig. 1. Mask A without filter material passed about 80% of the aerosols and had low airflow dependence for filtration of particles in the submicrometer size range. The penetration of aerosols greater than 1 μm was more dependent on airflow. For 4 μm aerosol particles, the penetration percentages ranged from about 10% at an airflow of 100 L/min to about 55% at 5 L/min. This corresponds to collection efficiencies of 90% and 45%, respectively. For mask A airflow dependence increased with aerosol size, as can be seen from the wide spread of the penetration curves. Note that the aerosol penetration data were obtained by counting the particles in specific size ranges inside the mask and comparing the number inside with the corresponding number of particles outside the mask. If the mass of each particle size had been measured by a different technique, the same curves would have resulted. Thus the aerosol penetration data of Fig. 1 are given as a function of particle size, independent of the method of measuring particle size. When challenged by a particle cloud, the overall aerosol penetration (considering all particle sizes) depends on the median size and measurement method for that cloud. The penetration efficiency, $P$, which is 100% minus the collection efficiency, $E$, is shown on the right-side of Fig. 1.

Aerosol penetration through mask B, with a filter layer, was less than that through mask A, without a filter layer. The capture of submicrometer-sized aerosol particles by mask B was strongly dependent on airflow. The penetration percentages for the 0.3 μm particles (normally regarded as the most penetrating size in filter testing) ranged from about 25% at an airflow of 5 L/min to about 65% at 100 L/min.

Our work on industrial-type respirators has shown that removal by electrostatic attraction is the primary filtration mechanism for submicrometer-sized aerosols.[24] At low flow rates, there is more time for aerosol particle removal by electrostatic forces and therefore less penetration for mask B. For aerosols greater than 1 μm, removal by mechanical action such as intercep-

tion and impaction dominates; removal of these larger particles is therefore higher at high flow rates, as is clearly seen for mask A. More than 95% of the aerosols larger than 3 μm are captured by mask B at all flowrates.

Fig. 1 clearly shows that mask B removes aerosols more effectively than does mask A; however, the pressure drops across these masks, also shown in Fig. 1, are somewhat higher for mask B than for mask A. We have therefore also presented the filter quality factor for our data. This represents the filtration efficiency per unit pressure drop and is shown in Fig. 1 for both masks. Because mask B contains a filter layer, which removes particles effectively, its filter quality factor is considerably higher than that for mask A, which consists only of a barrier cone. For example, the filter quality factor is 0.78 for mask B and 0.15 for mask A on challenge with a 0.3 μm aerosol at 5 L/min. That is, mask B provides five times more filtration per unit pressure drop than does mask A. Because pressure drop is independent of particle size at a given flow rate, the filter quality factor increases with particle size, corresponding to the aerosol penetration decrease with particle size.

Fig. 2 compares the performance of the two surgical masks with three of the four industrial-type respirators at a constant flow rate of 30 L/min. Fig. 3 compares the performance of the two surgical masks with all four industrial-type respirators at a constant flow rate of 100 L/min. An instantaneous flow rate of 30 L/min during inhalation or exhalation corresponds to an average breathing rate of 15 L/min or less, a low to medium workload. An instantaneous flow rate of 100 L/min corresponds to an average breathing rate of 50 L/min or less, a heavy workload. The flow rate across a mask is not affected by building ventilation.

The penetration and filter quality data are shown on a linear scale in Fig. 2. To show the performance data for the HEPA mask as well, which was tested only at the high flow rate because of its low number of penetrated particles, the data in Fig. 3 are shown on a logarithmic scale.

The aerosol penetration characteristics of surgical mask A are similar to those of the ND mask. At a flow rate of 30 L/min (Fig. 2), both pass more than 80% of the submicrometer-sized particles and a significant percentage of the larger particles (more than 50% of 3 μm particles). At 30 L/min, aerosol penetration of surgical mask B is lower than that of the ND mask but higher than those of

**AJIC**
August 1992

**182** *Chen and Willeke*



**Fig. 2.** Performance comparison of surgical masks with industrial-type respirators at a flow rate of 30 L/min. *Top,* The pressure drop across each mask (in mm H$_2$O) is given in parenthesis.

the DM and DMF respirators. Mask B passes about 50% of submicrometer-sized aerosol particles but passes a much lower percentage as the particle size increases. DM respirators are normally used to protect workers from inhaling aerosols greater than 1 μm. Fig. 2 shows that the DM respirator we tested effectively removed particles greater than 1 μm and passed about 10% or less of submicrometer-sized particles. DMF respirators are expected to remove most of the submicrometer-sized aerosol particles; Fig. 2 shows that 2% or less of the submicrometer-sized particles passed through the DMF respirator.

When rank ordered by collection efficiency (from high to low), mask DMF appears to perform best, followed by DM, and surgical mask B. Masks ND and surgical mask A perform worst in terms of aerosol penetration. The rank-order changes, however, when the filter quality factor is used as the indicator of performance. Fig. 2 shows that mask DM has the best filter quality, followed by DMF, surgical mask B, ND, and surgical mask A. This indicates that mask DM, is designed best for air to pass through and for particles to be retained. The pressure drop across the DM mask is higher than for the surgical masks, however, which is an

Case 6:21-cv-01008-PGB-DCI   Document 62-4   Filed 09/14/21   Page 68 of 412 PageID 2196



**Fig. 3.** Performance comparison of surgical masks with industrial-type respirators at a flow rate of 100 L/min. *Top,* The pressure drop across each mask (in mm H₂O) is given in parenthesis.

important consideration for health care workers.

At a flowrate of 100 L/min (Fig. 3) the HEPA mask is seen to have the least aerosol penetration, less than 0.03% at 0.3 μm. Its filter quality is about the same as that of the DM respirator, because the tested DM respirator consists of one filter layer and the tested HEPA respirator, which is made by the same manufacturer, consists of six of the same filter layers.

## DISCUSSION

Surgical mask B, with a filter layer, effectively removed large aerosol particles at all air flow rates tested. As such it satisfies the intended purpose of removing bacteria expelled by the wearer. Nevertheless, neither of the two surgical masks tested may be considered sufficiently effective in removing submicrometer-sized aerosol particles. Such airborne pathogens as aerosolized blood-borne pathogens may be in this size range. Perimeter leakage further increases the percentage of externally present aerosols that penetrate to the wearer's breathing zone.

Industrial-type respirators with different filtration efficiencies are available. DM masks are more effective than are ND masks. DMF masks are even more effective, and HEPA masks retain nearly all aerosol particles. However, the pressure drop

across the filter, and therefore breathing resistance, increases with the rank order of filtration efficiency. The latter two mask categories must therefore have exhalation valves built in to reduce the effort of exhaling. This design is unacceptable for use in surgical operations.

During mask use, perimeter leakage between the mask and the face may carry aerosol particles into the mask. The fit of a respiratory protection device to the wearer's face must therefore be qualitatively or quantitatively tested before use in an industrial setting.[18-21,26] The protection provided by a mask depends on the amount of aerosol penetration through the mask and the face-seal leakage.[27] If a high degree of protection is needed in a hospital environment, more efficient masks ("respirators") can be used but must be tested for fit. Even if a person is successfully fit tested with a HEPA filter respirator, however, varying amounts of face-seal perimeter leakage may still occur from wearing to wearing.[28,29] At this time, no quantitative method of testing fit has been accepted for filtering face pieces (including surgical masks) with a rank order below the HEPA filter.

We gratefully acknowledge the help of A. Fodor and J. Buchanan in fabricating parts of the aerosol generator.

## References

1. Hogan B, Samaranayake LP. The surgical mask unmasked: a review. Oral Surg Oral Med Oral Pathol 1990;70:34-6.
2. Schiff FS. The shouting surgeon as a possible source of endiphthalmitis. Ophthal Surg 1990;21:438-40.
3. Walker NPJ, Matthews J, Newsom SWB. Possible hazards from irradiation with the carbon dioxide laser. Lasers Surg Med 1986;6:84-6.
4. Nezhat C, Winer WK, Nezhat F, Nezhat C, Forrest D, Reeves WG. Smoke from laser surgery: is there a health hazard? Lasers Surg Med 1987;7:376-82.
5. Sawchuk WS, Weber PJ, Lowy DR, Dzubow LM. Infectious papillomavirus in the vapor of warts treated with carbon dioxide laser or electrocoagulation: detection and protection. J Am Acad Dermatol 1989;21:41-9.
6. Heinsohn P, Jewett DL, Balzer L, Bennett CH, Seipel P, Rosen A. Aerosol created by some surgical power tools: particle size distribution and qualitative hemoglobin content. Appl Occup Environ Hyg 1991;6:773-6.
7. Quesnel LB. The efficiency of surgical masks of varying design and composition. Br J Surg 1975;62:936-40.
8. Green VW, Vesley D. Method for evaluation effectiveness of surgical masks. J Bacteriol 1962;83:663-7.
9. Dineen P. Microbial filtration by surgical masks. Surg Gynecol Obstet 1971;133:812-4.
10. Rogers KB. An investigation into the efficiency of disposable face masks. J Clin Pathol 1980;33:1086-91.
11. Tuomi T. Face seal leakage of half masks and surgical masks. Am Ind Hyg Assoc J 1985;46:308-12.
12. Cooper D, Hinds WC, Price JM, Weker R, Yee HS. Common material for emergency respiratory protection: leakage tests with a manikin. Am Ind Hyg Assoc J 1983;44:720-6.
13. Wadsworth LC, Davis WT. A rapid latex filtration efficiency test method for simulating bacterial filtration efficiency. Particulate Microb Control 1983;3:30-7.
14. Orr NWM. Is a mask necessary in the operating theatre? Ann R Coll Surg Engl 1981;63:390-2.
15. Rogers KB. Face masks: which, when, where, and why? J Hosp Infect 1981;2:1-4.
16. Ransjö U. Masks: a ward investigation and review of the literature. J Hosp Infect 1986;7:289-94.
17. Davis WT. Filtration efficiency of surgical face masks: the need for more meaningful standards. AM J INFECT CONTROL 1991;19:16-8.
18. Willeke K, Ayer HE, Blanchard JD. New methods for quantitative respirator fit testing with aerosols. Am Ind Hyg Assoc J 1981;42:121-5.
19. Carpenter D, Willeke K. Noninvasive, quantitative respirator fit testing through dynamic pressure measurement. Am Ind Hyg Assoc J 1988;49:485-91.
20. Han D, Xu D, Foo S, Pilacinski W, Willeke K. Simplified pressure method for respirator fit testing. Am Ind Hyg Assoc J 1991;52:305-8.
21. Labor. Code of federal regulation title 29, part 1910.134. Washington DC: Office of the Federal Register, National Archives and Records Administration 1988:726-34.
22. The American Conference of Governmental Industrial Hygienists. 1990-1991 threshold limit values for chemical substances and physical agents and biological exposure indices. 2nd printing. Cincinnati: ACGIH, 1990.
23. Mineral resources. Code of federal regulation title 30, part 11. Washington DC: Office of the Federal Register, National Archives and Records Administration 1983:7-71.
24. Chen CC, Ruuskanen J, Pilacinski W, Willeke K. Filter and leak penetration of a dust and mist filtering facepieces. Am Ind Hyg Assoc J 1990;51:632-9.
25. Pilacinski W, Chen CC, Willeke K. Size-fractionating aerosol generator. Aerosol Sci Technol 1990;13:450-8.
26. Willeke K, Krishnan U. Focus on present procedures in quantitative respirator fit testing: problems and potential solutions. Appl Occup Environ Hyg 1990;5:762-5.
27. Xu M, Han D, Hangal S, Willeke K. Respirator fit and protection through determination of air and particle leakage. Ann Occup Hyg 1991;35:13-24.
28. Lenhart SW, Campbell DL. Assigned protection factors for two respirator types based upon workplace performance testing. Ann Occup Hyg 1984;28:173-82.
29. Galvin K, Selvin S, Spear RC. Variability in protection afforded by half-mask respirators against styrene exposure in the field. Am Ind Hyg Assoc J 1990;51:625-31.

Plaintiffs' Exhibit 210

wellandgood.com

# All That Mask-Wearing Could Be Giving You (Gasp!) Mouth Fungus—Here's How to Deal

6-22-20

4-5 minutes

---

Photo: Getty Images/Kurnosov and EyeEm

On the long list of things I want my skin to be (dewy, smooth, well-moisturized), I have to admit that the adjective "crusty" does not make the cut. And thus, when I awoke to find a pea-sized sore on the corner of my mouth last week that—pardon the gore—shared the rough texture of a tortoise's shell, a flurry of panic came over me. *What kind of quarantine-skin nonsense is this?*, I thought. A quick call to two derms revealed that my new favorite accessory, my face mask, could be to blame.

The hot trash stench that gets trapped inside the mask can be a source of mouth sores like this one, says Maggie Kober, MD, a dermatologist with online dermatology service, Apostrophe. "The face mask traps warm moisture that is produced when we exhale," says Dr. Kober. "For those with acne, this can lead to acne flares. For many others, this warm moist environment surrounding skin creates the perfect condition for naturally occurring yeast and bacteria to flourish and grow more abundant. This overgrowth of yeast and bacteria can produce angular cheilitis, the cracking and sores at the corner of the mouth." And just when you thought 2020 was out of plot twists...how's that for gross?

Tanya Kormeili, MD, board-certified dermatologist in Santa Monica, adds that one particular yeast—candida—loves the humid climate captured by your mask. And if your lips are constantly dry, the urge to compulsively lick them will only make the persistent yeast more at home. "If you are drooling extra under that hot mask, you may be at higher risk," says Dr. Kormeili. "If moisture and saliva get trapped in the corners of your mouth, they become a breeding ground for Candida. As the yeast grows you become more red and inflamed and so the cycle continues." Bleh.

Since giving up my mask isn't exactly an option, Dr. Kormeili and Dr. Kober tell me that my new mission in life should be to force a saliva fast upon the unwanted visitors in the corners of my mouth—and there are a few ways to do that. "First, be sure to avoid lip licking," says Dr. Kober. "To treat the condition, apply an antifungal cream to the corners of your mouth twice per day. Clotrimazole (sounds scary but is just the topical used to treat

jock itch) can be purchased over-the-counter, and if this does not resolve the condition, see a dermatologist in person." Dr. Kormeili adds that it also can't help to suffocate the Candida with a thick layer of petroleum jelly (because, you know, Vaseline basically solves *everything*.) Just don't try a layer of lip gloss, because these types of products can actually worsen the problem.

If all else fails, Dr. Kormeili says to just remember that time you had a vaginal yeast infection from wearing a wet bathing suit and treat your mouth the same way you did your bits. "If you begin to see any symptoms of the yeast, you can treat it the same way as a vaginal yeast infection. You can use the same creams, but you won't need the messy applicator," says Dr. Kormeili. Fungus, it turns out, is really all the same no matter where it crops up.

I'll personally be adding Clotrimazole to the tip-top of my grocery list and making sure the corners of my lips stay bone dry from now until the quarantine is well behind us. As I've learned in the past fungus—mouth varieties and otherwise—are but a reality of life's ever-changing seasons. And I guess the summer of COVID-19 will also be the summer of Candida.

*A derm explains everything you need to know about skin care while we're living in a world of masks:*

&lt;span data-mce-type="bookmark" style="display: inline-block; width: 0px; overflow: hidden; line-height: 0;" class="mce_SELRES_start"&gt;&amp;#65279;&lt;/span&gt;

Our editors independently select these products. Making a purchase through our links may earn Well+Good a commission.

Loading More Posts...



Plaintiff's Exhibit 211

YouTube

All Re

Watch this video at
www.youtube.com/watch?v=0tmalcJ6WRA

**COVID-19 vaccine**

Get the latest information from the CDC.

LEARN MORE

See more resources on Google

DISTRICT OF COLUMBIA

## America's Frontline Doctors Summit 2 - Face Masks: The Science & Myths, Dr. Lee Merritt, MD

6,201 views • Oct 22, 2020

146 10 SHARE SAVE ...

**mikulik86**
38 subscribers

SUBSCRIBE

The second White Coat Summit was held in Washington D.C. October 16-17, 2020. Its purpose was to have frontline doctors talk directly to the American public, educate and inform policy leaders, and create alliances to enable physicians to heal our nation. Its emphasis was on the proven success of early treatment.

https://www.americasfrontlinedoctors....

SHOW LESS

20 Comments SORT BY

Plaintiff's Exhibit 212

*Original Article*

# Analysis of the Effects of COVID-19 Mask Mandates on Hospital Resource Consumption and Mortality at the County Level

*Steven G. Schauer, DO, MS, Jason F. Naylor, PA-C, Michael D. April, MD, PhD, Brandon M. Carius, PA-C, and Ian L. Hudson, DO, MPH*

**Objectives:** Coronavirus disease 2019 (COVID-19) threatens vulnerable patient populations, resulting in immense pressures at the local, regional, national, and international levels to contain the virus. Laboratory-based studies demonstrate that masks may offer benefit in reducing the spread of droplet-based illnesses, but few data are available to assess mask effects via executive order on a population basis. We assess the effects of a county-wide mask order on per-population mortality, intensive care unit (ICU) utilization, and ventilator utilization in Bexar County, Texas.

**Methods:** We used publicly reported county-level data to perform a mixed-methods before-and-after analysis along with other sources of public data for analyses of covariance. We used a least-squares regression analysis to adjust for confounders. A Texas state-level mask order was issued on July 3, 2020, followed by a Bexar County–level order on July 15, 2020. We defined the control period as June 2 to July 2 and the postmask order period as July 8, 2020–August 12, 2020, with a 5-day gap to account for the median incubation period for cases; longer periods of 7 and 10 days were used for hospitalization and ICU admission/death, respectively. Data are reported on a per-100,000 population basis using respective US Census Bureau–reported populations.

**Results:** From June 2, 2020 through August 12, 2020, there were 40,771 reported cases of COVID-19 within Bexar County, with 470 total deaths.

The average number of new cases per day within the county was 565.4 (95% confidence interval [CI] 394.6–736.2). The average number of positive hospitalized patients was 754.1 (95% CI 657.2–851.0), in the ICU was 273.1 (95% CI 238.2–308.0), and on a ventilator was 170.5 (95% CI 146.4–194.6). The average deaths per day was 6.5 (95% CI 4.4–8.6). All of the measured outcomes were higher on average in the postmask period as were covariables included in the adjusted model. When adjusting for traffic activity, total statewide caseload, public health complaints, and mean temperature, the daily caseload, hospital bed occupancy, ICU bed occupancy, ventilator occupancy, and daily mortality remained higher in the postmask period.

**Conclusions:** There was no reduction in per-population daily mortality, hospital bed, ICU bed, or ventilator occupancy of COVID-19-positive patients attributable to the implementation of a mask-wearing mandate.

**Key Words:** Bexar County, Texas, coronavirus, county, COVID-19, mask

From the US Army Institute of Surgical Research and the Brooke Army Medical Center, JBSA Fort Sam Houston, Texas, the Uniformed Services University of the Health Sciences, Bethesda, Maryland, the Madigan Army Medical Center, Joint Base Lewis McChord, Washington, the 2nd Brigade Combat Team, 4th Infantry Division, Fort Carson, Colorado, and the 121st Field Hospital, Camp Humphreys, Republic of Korea.

Correspondence to Dr Steven G. Schauer, 3698 Chambers Pass, JBSA Fort Sam Houston, TX 78234. E-mail: steven.g.schauer.mil@mail.mil. To purchase a single copy of this article, visit sma.org/smj. To purchase larger reprint quantities, please co ntact reprintsolutions@wolterskluwer.com.

Supplemental digital content is available for this article. Direct URL citations appear in the printed text, and links to the digital files are provided in the HTML text of this article on the journal's Web site (http://sma.org/smj).

The views expressed in this article are those of the authors and do not reflect the official policy or position of the US Army Medical Department, Department of the Army, Department of Defense, or the US government.

The authors did not report any financial relationships or conflicts of interest.

Disclaimer: Due to the rapidly evolving nature of this outbreak, and in the interests of rapid dissemination of reliable, actionable information, this paper went through peer review. Additionally, information should be considered current only at the time of publication and may evolve as the science develops.

Accepted February 23, 2021.

0038-4348/0–2000/114-597

Copyright © 2021 by the Southern Medical Association

DOI: 10.14423/SMJ.0000000000001294

T he first reports of coronavirus disease 2019 (COVID-19) caused by the severe acute respiratory syndrome coronavirus 2 were a cluster of pneumonia-like illnesses in Wuhan, China on December 31, 2019.[1] Only 100 days later, reports totaled 1.35 million confirmed cases of COVID-19 and 79,235 deaths among 211 countries and territories around the globe.[2] The rapidity of the spread of COVID-19 prompted governments to enact several countermeasures to slow its progression, including but not limited to border closures, school and nonessential business closings, quarantine restrictions, stay-at-home orders, social distancing directives, and the public use of face masks requirements.[3]

The public use of face masks or coverings to reduce the spread of COVID-19 infection is a contentious topic, primarily because there is a lack of strong evidence substantiating its effectiveness in real-world use. Initially, multiple systematic reviews of the existing literature concluded that there is insufficient evidence to demonstrate medical and cloth masks (not N95 and FFP2

## Key Points

- On visual examination, cases continued to climb, despite implementing mask orders.
- We found no reduction in case burden because of the mask order, despite adjustments for measurable confounders.

Copyright © 2021 The Southern Medical Association. Unauthorized reproduction of this article is prohibited.

*Schauer et al • County-Level Mask Mandate Effects*

[filtering facepiece] respirators) prevent infection.[4–10] Some of these studies, however, noted mechanistic evidence that medical and cloth masks may be effective for source control. This aspect of public mask wear is important because contagious individuals are asymptomatic or subclinical during the initial incubation period, and published reports demonstrate 50% to 78% of people infected with COVID-19 were found to be asymptomatic.[6,9–12] Subsequent simulation models found that mask wear is beneficial and survey studies suggested public acceptance of this nonpharmaceutical intervention.[13–16] The consensus among medical experts appears to support public mask wear because the potential benefits of source control outweigh the risks, despite the lack of strong evidence.[11,12,17–22]

To date, limited published data evaluating the effects of public mask wear on COVID-19 incidence demonstrate a significant, beneficial effect.[23–25] These studies, however, restricted their analysis to publicly reported COVID-19 infection rates without an evaluation of corresponding hospital resource utilization. Furthermore, the single study conducted in the United States excluded 35 states (among them Texas) because they did not have a statewide mandate for public mask wear during the study period.[23] Although the impetus behind the mandates and recommendations since the emergence of COVID-19 has been to "flatten the curve," meaning to prevent hospital capacity from being overwhelmed, studies have generally centered on cases, with the tacet assumption being that the cases theoretically prevented would be a representative sample including those who would ultimately become sickest.[26] This is not without basis in fact; a study examining cases versus case fatality proportion found them positively correlated, suggesting inversely that reducing cases could lead to a lower mortality.[27] Even so, explicitly examining hospital burden has, to our knowledge, not been done.

We performed a mixed-methods before-and-after analysis to assess whether implementation of a statewide mask mandate with further measures implemented at the county level had a measurable effect on hospital bed occupancy, ICU bed occupancy, ventilator occupancy, and/or mortality.

## Methods

### Ethics

Protocol H-20-032 was reviewed by the US Army Institute of Surgical Research regulatory office and determined exempt from institutional review board oversight because it used only publicly available, nonidentifiable data.

### Subjects and Settings

This study examined Bexar County, Texas, which encompasses San Antonio along with several other surrounding cities. Texas has an estimated population of 28,995,881. The county has an estimated population of 2,003,554, with San Antonio estimated to be 1,547,253 (77.2% of the county) as of 2019. We used publicly available data for this analysis collected by the

**Table 1. Public data sources**

| | |
|---|---|
| Bexar County case data | http://covid19.sanantonio.gov |
| Texas state-wide case data | https://infection2020.com/ |
| Traffic data | https://www.sanantonio.gov/SAPD/Calls |
| Weather data | https://www.wunderground.com |
| Census data | https://www.census.gov |
| Public health complaints | https://covid19.sanantonio.gov/About-COVID-19/Case-Numbers-Table-Data |

county and published online (http://covid19.sanantonio.gov; Table 1). This Web site publishes public health data with a focus on testing capacity, testing results, contact tracing, hospital trends (including admissions, ventilator use), deaths, and positivity, and uses these data to provide a public measure of hospital stress ranging from safe to moderate, steady, severe, and critical.

### Timeline of Events

The first case of COVID-19 in the United States was found on January 20, 2020 in the state of Washington.[28] Cases increased and spread throughout the country subsequently. In response to this, Texas Governor Greg Abbott issued an executive order declaring a state of emergency on March 13, 2020. Subsequent executive orders restricted the use of retail services (GA-18), hospital capacity utilization in preparation for an influx in COVID-19–infected patients (GA-19), and travelers coming into the state from certain high volume areas (GA-20). Per executive order GA-26, Texas entered phase 3 of the reopening on June 3, 2020 and has remained so as of September 5, 2020. Physical distancing measures were already in place before the mask order along with other capacity-limiting requirements. On July 2, 2020, Abbott released executive order GA-29, which put into effect a statewide mask mandate as of July 3, 2020, with a fine of up to $250 for noncompliance. In response to an increasing caseload within the county, Bexar County Judge Nelson Wolff issued executive order NW-13, effective July 15, 2020, which further restricted gatherings both indoors and outdoors, reinforced the penalty associated with noncompliance to the mask order, and additionally placed a fine of $1000 on businesses not enforcing the mask order. NW-13 expired on August 12, 2020.

### Data Analysis

We performed the statistical analysis using Microsoft Excel version 10 (Microsoft, Redmond, WA) and JMP Statistical Discovery from SAS version 13 (SAS Institute, Cary, NC). We reported categorical variables as numbers with percentages, ordinal variables as medians with interquartile ranges, and continuous variables as means with confidence intervals. Data were analyzed on a per-100,000 population basis for the state, county, and city based on the data location. We performed least-squares regression modeling with adjustments as described. Significance was set at $P = 0.05$ and 95% confidence intervals (CIs) were used.

© 2021 The Southern Medical Association

Copyright © 2021 The Southern Medical Association. Unauthorized reproduction of this article is prohibited.

**Table 2.** Unadjusted comparison of the before and after mask order groups on a per-100,000 population basis

| Variable | Before, mean (95% CI) | After, mean (95% CI) | $P^a$ |
|---|---|---|---|
| New cases | 16.1 (11.2–21.0) | 38.3 (22.4–54.3) | 0.009 |
| Hospital bed occupancy | 18.8 (13.0–24.7) | 50.5 (47.2–53.7) | <0.001 |
| ICU bed occupancy | 6.1 (4.4–7.8) | 19.2 (18.4–20.1) | <0.001 |
| Ventilator occupancy | 3.1 (2.2–4.1) | 13.0 (12.5–13.5) | <0.001 |
| New deaths | 0.06 (0.03–0.09) | 0.58 (0.37–0.78) | <0.001 |

*Caseload: June 2, 2020–July 2, 2020 and July 8, 2020–August 12, 2020. Hospital bed occupancy: June 2, 2020–July 2, 2020 and July 10, 2020–August 12, 2020. ICU/ventilatory occupancy/deaths: June 2, 2020–July 2, 2020 and July 13, 2020–August 12, 2020. CI, confidence interval; ICU, intensive care unit.*
*$^a$t test.*

We performed a series of mixed-methods before-and-after analyses related to these two mask orders assessing county-level hospital resource consumption. For this analysis, we defined the before period as 30 days before the implementation of the state-wide order, from June 2, 2020 to July 2, 2020. We used a 5-day incubation period for overall caseload analysis (July 8, 2020–August 12, 2020).[29] We used a 7-day timeframe from implementation for the total hospitalization analysis (July 10, 2020–August 12, 2020). We used a 10-day incubation period for ICU bed occupancy and ventilator requirement (July 13, 2020–August 12, 2020).[29] Of note, physical distancing and service industry reduced capacity orders (reduced from 75% to 50%) were already in place before the mask order went into effect, based on executive order GA-28, issued on June 29, 2020 by Governor Abbott. The order also required that bars (<51% of sales from food) close.

### Model Development

We used publicly reported data from the San Antonio Police Department (SAPD) for traffic calls as a surrogate for overall activity within the city, because changes in activity will likely lead to changes in overall exposure opportunity within the city. In addition, we used specific data reported daily from SAPD for calls relative to complaints of mask wear, physical distancing, and capacity violations as an indicator for overall policy adherence. Since San Antonio within Bexar County serves as a regional receiving center for more advanced care (eg, extracorporeal membrane oxygenation) and overflow from smaller hospitals, we used the total caseload within the remainder of the Southwest Texas

Regional Advisory Council (STRAC; https://www.strac.org), which manages transfers throughout the region (eg, ventilator shortages in rural areas). The STRAC data were used as single variable with caseload modeled on a per-100,000 population basis using the county-level populations (Supplemental Digital Content Table 1, http://links.lww.com/SMJ/A237). Weather is reported to have an impact on COVID-19 as related to outdoor activity and heat.[30] As such, we used the daily mean temperature to control for this potential confounder.

### Results

From June 2, 2020 through August 12, 2020 (71 days), there were 40,771 reported cases of COVID-19 within Bexar County, with 470 total deaths. At the state level during this period, there were 463,266 new cases reported. SAPD reported a total of 48,206 traffic calls and 5,404 public health violation calls. The average temperature was 84.5 °F/29.1 °C. The average number of new cases per day within the county was 565.4 (95% CI 394.6–736.2). The average number of positive hospitalized patients was 754.1 (95% CI 657.2–851.0), the number of patients in the ICU was 273.1 (95% CI 238.2–308.0), and number of patients on a ventilator was 170.5 (95% CI 146.4–194.6). The average deaths per day were 6.5 (95% CI 4.4–8.6). The volumes for new cases, hospital bed occupancy, ICU bed occupancy, and ventilator occupancy were generally upward trending, without any visually apparent effect from the mask orders (Supplemental Digital Content Figures 1–5, http://links.lww.com/SMJ/A236). All of the measured outcomes were higher on average in the postmask period, as were most covariables included in the adjusted model

**Table 3.** Comparison of covariance data before and after mask order periods on a per-100,000 population basis (based on respective populations)

| Variable | Before, mean (95% CI) | After, mean (95% CI) | $P^a$ |
|---|---|---|---|
| STRAC-wide new cases less Bexar | 9.6 (6.0–13.2) | 29.4 (21.0–37.8) | <0.001 |
| SAPD traffic calls | 47.6 (43.8–51.4) | 38.6 (35.6–41.5) | <0.001 |
| SAPD public health complaints | 3.3 (2.1–4.5) | 6.1 (5.3–6.8) | <0.001 |
| Mean temperature | 82.3 (81.4–83.3) | 85.8 (85.1–86.6) | <0.001 |

*Timeframe: 02 June 2, 2020–July 2, 2020 and July 8, 2020–August 12, 2020. CI, confidence interval; SAPD, San Antonio Police Department; STRAC, Southwest Texas Regional Advisory Council.*
*$^a$t test.*

Copyright © 2021 The Southern Medical Association. Unauthorized reproduction of this article is prohibited.

*Schauer et al • County-Level Mask Mandate Effects*

(Tables 2 and 3). When adjusting for traffic activity, total regional caseload (excluding Bexar County), public health complaints, and mean temperature, the daily caseload, hospital bed occupancy, ICU bed occupancy, ventilator occupancy, and daily mortality remained higher in the postmask period (Table 4).

## Discussion

We performed a before-and-after analysis of a countywide mandate for public mask use on rates of COVID-19 infection, mortality, ICU utilization, and ventilator utilization. We found that in both unadjusted and adjusted assessments, the caseload for all of the measured outcomes increased after the mask orders went into place. On visual assessment (Supplemental Digital Content Figures 1–5) there appeared to be no readily apparent effect in reducing the resource consumption after implementation of the mask order. Our findings suggest that mask orders alone cannot be expected to mitigate the spread of COVID-19.

To date, there are limited data on the effectiveness of public mask wear regarding COVID-19 infection rates.[23,24] Lyu et al compared public data for COVID-19 infection rates pre- and poststatewide mandates for public use of masks in the United States; among 15 states and the District of Columbia issuing governmental requirements for public mask wear from April 8 to May 15, 2020, they found a significant reduction in county-level COVID-19 infection rates of 0.9% to 2.0% ($P < 0.05$ for all).[23] They also evaluated the same outcome among 20 states that issued directives for mask use among business employees, but not among the public.[23] The state of Texas was not included in either analysis because it had not issued a statewide mandate for mask use in public or among business employees. We found no effect at the county level. Early in the course of the COVID-19 pandemic, there were concerns about a sudden influx of patients overwhelming hospital resources resulting in a situation in which limited resources such as ventilators must be rationed.[31–33] Unlike their

**Table 4.** Comparison of before and after on least squares regression with model adjustment for statewide caseload, SAPD traffic call volume, SAPD public health complaints, and mean daily temperature

| Outcome | Before, LSM (SE) | After, LSM (SE) | $P^a$ | Effect test[b] |
|---|---|---|---|---|
| Daily case load | 23.48 (7.92) | 32.05 (7.16) | 0.033 | 0.492 |
| Temperature | | | | 0.609 |
| Traffic calls | | | | 0.615 |
| Public health calls | | | | 0.093 |
| STRAC volume | | | | 0.414 |
| Hospital occupancy | 23.66 (2.14) | 46.14 (2.01) | <0.001 | <0.001 |
| Temperature | | | | 0.008 |
| Traffic calls | | | | 0.020 |
| Public health calls | | | | <0.001 |
| STRAC volume | | | | 0.724 |
| ICU bed occupancy | 7.41 (0.60) | 18.02 (0.60) | <0.001 | <0.001 |
| Temperature | | | | 0.036 |
| Traffic calls | | | | 0.045 |
| Public health calls | | | | <0.001 |
| STRAC volume | | | | 0.815 |
| Ventilator occupancy | 3.72 (0.35) | 12.46 (0.35) | <0.001 | <0.001 |
| Temperature | | | | 0.142 |
| Traffic calls | | | | 0.023 |
| Public health calls | | | | <0.001 |
| STRAC volume | | | | 0.965 |
| Daily mortality | 0.19 (0.08) | 0.45 (0.08) | <0.001 | 0.066 |
| Temperature | | | | 0.079 |
| Traffic calls | | | | 0.011 |
| Public health calls | | | | 0.540 |
| STRAC volume | | | | 0.465 |

*Caseload: June 2, 2020–July 2, 2020 and July 8, 2020–August 12, 2020. Hospital bed occupancy: June 2, 2020–July 2, 2020 and July 10, 2020–August 12, 2020. ICU/ventilatory occupancy/deaths: June 2, 2020–July 2, 2020 and July 13, 2020–August 12, 2020. ICU, intensive care unit; LSM, least square mean; SAPD, San Antonio Police Department; SE, standard error; STRAC, Southwest Texas Regional Advisory Council.*
*[a]Based on analysis of variance.*
*[b]Probability, first line is mask order group.*

*© 2021 The Southern Medical Association*

Copyright © 2021 The Southern Medical Association. Unauthorized reproduction of this article is prohibited.

analysis, which focused on overall caseload, we used county-level data with more granularity, including resources such as ventilator and ICU bed use.[2] We did not detect a decrease in hospital resource consumption, which was the primary reason for implementing measures targeted at limiting the rapid influx (ie, methods sought to flatten the influx curve).

Cheng et al compared COVID-19 infection rates within Hong Kong with other areas of the world from day 1 (December 31, 2019) to day 100 (April 8, 2020) of the outbreak.[24] They reported a significantly lower incidence of COVID-19 in Hong Kong than 8 other countries, including the United States ($P < 0.001$).[24] They attributed this finding to public mask wear within Hong Kong, which they reported to be 95.7% to 97.2% as directly measured by 67 hospital staff over a period of 3 days.[24] They suspect the Hong Kong public's compliance with universal mask wear (although not dictated by the Hong Kong government) was the result of the city's experience with the 2003 severe acute respiratory syndrome outbreak and the assumption that COVID-19 was as lethal.[24] It should be noted that Hong Kong is 570 miles from Wuhan, China, has a population of 7.45 million, has a population density of 6700 individuals per square kilometer, and experiences an average of 170,000 travelers entering and departing the city daily.[24] The size, location, and population are far different from Bexar County, thus limiting the ability to extrapolate their findings to Texas. We were unable to compare our county findings to other counties that were exempt from the mask order by virtue of the low incidence within those counties. Such an analysis would add further to this limited body of literature.

Our analysis, like the previously discussed studies, is a natural difference-in-differences experiment, which may be considered a lower level of evidence within evidence-based medicine.[34] Natural experiments, however, are both necessary and useful as the availability of both control and experimental study groups for an intervention such as public mask wear with public health–oriented outcome measures would be difficult to create and, as a result, likely suffer from a lack of external validity.[35] Consequently, findings of natural experiment studies should be considered by policy makers when deciding which nonpharmaceutical public health measures are appropriate in the setting of infectious disease pandemics. Bexar County represents a unique opportunity for attempting to identify a discrete effect of a mask order, because most other established means of control (eg, social distancing recommendations, availability of testing) had already been in place for months and did not meaningfully change during the study period.

We have several limitations to our study that we must acknowledge. First, we are only assessing the effect of the mask order itself. In other words, we are not able to assess the actual mask use because we do not have data on adherence to the mask order. Although we adjusted our model for public health complaint calls, we do not have a direct measure of wear. Second, we performed model adjustment based on local caseload to account for local caseload changes. Because many San Antonio

hospitals serve as regional receiving centers for the offloading of cases from smaller hospitals along with regional support for extracorporeal membrane oxygenation capabilities, we have no way to determine what volume of the ICU and ventilator use was attributable to transfers.[36] Although obesity has been identified as a risk factor for COVID mortality and cannot be adjusted for in our study, the overweight and obese proportion in Bexar County (71%) is similar to that of national proportions (66%).[25,37,38] It also is possible that the mask order had a hypothetical effect in slowing the rate of increase of the various burden metrics; if this were the case, then implementing an order earlier may have a greater impact on the hospital burden in terms of the daily increase in caseload without affecting the total caseload. Conversely, the mask order may be extraneous, and the disease may follow a typical progression in spite of it (eg, application of Farr's law).[39] It also is possible that the order did not meaningfully alter mask utilization patterns because mask use was not novel in San Antonio or Bexar County. Lastly, given that we used only publicly available data and did not have patient-level data including transfer status or comorbidities, it is not possible to perform substratified analysis regarding any demographic or medical specifics to determine whether the mask order had meaningful effects on one or more subgroups.

## Conclusions

We were unable to detect a reduction in per-population daily mortality, hospital bed, ICU bed, or ventilator occupancy attributable to the implementation of a mask order.

## References

1. World Health Organization. Listing of WHO's Response to COVID-19. https://www.who.int/news-room/detail/29-06-2020-covidtimeline. Published June 29, 2020. Accessed August 16, 2020.

2. World Health Organization. Coronavirus disease 2019 (COVID-19) situation report - 79. https://www.who.int/docs/default-source/coronaviruse/situation-reports/20200408-sitrep-79-covid-19.pdf?sfvrsn=4796b143_6. Published April 8 2020. Accessed July 5, 2021.

3. Agrawal S, Bhandari S, Bhattacharjee A, et al. City-scale agent-based simulators for the study of non-pharmaceutical interventions in the context of the COVID-19 epidemic. *J Indian Inst Sci* 2020;Nov 12:1–39.

4. Greenhalgh T, Schmid MB, Czypionka T, et al. Face masks for the public during the covid-19 crisis. *BMJ* 2020;369:m1435.

5. Chu DK, Akl EA, Duda S, et al. Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis. *Lancet* 2020;395:1973–1987.

6. Howard J, Huang A, Li Z, et al. An evidence review of face masks against COVID-19. *Proc Natl Acad Sci USA* 2021;118:e2014564118.

7. Mahase E. Covid-19: what is the evidence for cloth masks? *BMJ* 2020;369:m1422.

8. Bartoszko JJ, Farooqi MAM, Alhazzani W, et al. Medical masks vs N95 respirators for preventing COVID-19 in healthcare workers: a systematic review and meta-analysis of randomized trials. *Influenza Other Respir Viruses* 2020;14:365–373.

9. Wang J, Pan L, Tang S, et al. Mask use during COVID-19: a risk adjusted strategy. *Environ Pollut* 2020;266:115099.

10. Hsiao T-C, Chuang H-C, Griffith SM, et al. COVID-19: an aerosol's point of view from expiration to transmission to viral-mechanism. *Aerosol Air Qual Res* 2020;20:905–910.

Copyright © 2021 The Southern Medical Association. Unauthorized reproduction of this article is prohibited.

11. Esposito S, Principi N, Leung CC, et al. Universal use of face masks for success against COVID-19: evidence and implications for prevention policies. *Eur Respir J* 2020;55, 2001260.

12. Zhou ZG, Yue DS, Mu CL, et al. Mask is the possible key for self-isolation in COVID-19 pandemic. *J Med Virol* 2020;92:1745–1746.

13. Mitze T, Kosfeld R, Rode J, et al. Face masks considerably reduce COVID-19 cases in Germany: a synthetic control method approach. *Proc Natl Acad Sci USA* 2020;117:32293–32301.

14. Eikenberry SE, Mancuso M, Iboi E, et al. To mask or not to mask: modeling the potential for face mask use by the general public to curtail the COVID-19 pandemic. *Infect Dis Model* 2020;5, 293–308.

15. Goldberg MH, Gustafson A, Maibach EW, et al. Mask-wearing increased after a government recommendation: a natural experiment in the US during the COVID-19 pandemic. *Front Commun* 2020;5:44.

16. Elachola H, Ebrahim SH, Gozzer E. COVID-19: facemask use prevalence in international airports in Asia, Europe and the Americas, March 2020. *Travel Med Infect Dis* 2020;35:101637.

17. Brosseau L, Sietsema M. Commentary: masks-for-all for COVID-19 not based on sound data. https://www.cidrap.umn.edu/news-perspective/2020/04/commentary-masks-all-covid-19-not-based-sound-data. Published 2020. Accessed July 5, 2021.

18. Cheng KK, Lam TH, Leung CC. Wearing face masks in the community during the COVID-19 pandemic: altruism and solidarity. *Lancet* 2020. DOI: 10.1016/S0140-6736(20)30918-1.

19. Feng S, Shen C, Xia N, et al. Rational use of face masks in the COVID-19 pandemic. *Lancet Respir Med* 2020;8:434–436.

20. Szarpak L, Smereka J, Filipiak KJ, et al. Cloth masks versus medical masks for COVID-19 protection. *Cardiol J* 2020;27:218–219.

21. Xiao Y, Torok ME. Taking the right measures to control COVID-19. *Lancet Infect Dis* 2020;20:523–524.

22. Zhai J. Facial mask: a necessity to beat COVID-19. *Build Environ* 2020;175:106827.

23. Lyu W, Wehby GL. Community use of face masks and COVID-19: evidence from a natural experiment of state mandates in the US: study examines impact on COVID-19 growth rates associated with state government mandates requiring face mask use in public. *Health Aff (Millwood)* 2020;39:1419–1421.

24. Cheng VC, Wong S-C, Chuang VW, et al. The role of community-wide wearing of face mask for control of coronavirus disease 2019 (COVID-19) epidemic due to SARS-CoV-2. *J Infect* 2020;81:107–114.

25. Leffler CT, Ing EB, Lykins JD, et al. Association of country-wide coronavirus mortality with demographics, testing, lockdowns, and public wearing of masks. *Am J Trop Med Hyg* 2020;103:2400–2411.

26. Courtemanche CJ, Garuccio J, Le A, et al. Did social-distancing measures in Kentucky help to flatten the COVID-19 curve? https://isfe.uky.edu/research/2020/did-social-distancing-measures-kentucky-help-flatten-covid-19-curve. Published April 2020. Accessed September 22, 2020.

27. Kenyon C. Flattening-the-curve associated with reduced COVID-19 case fatality rates- an ecological analysis of 65 countries. *J Infect* 2020;81:e98–e99.

28. Holshue ML, DeBolt C, Lindquist S, et al. First case of 2019 novel coronavirus in the United States. *N Engl J Med* 2020;382:929–936.

29. Lauer SA, Grantz KH, Bi Q, et al. The incubation period of coronavirus disease 2019 (COVID-19) from publicly reported confirmed cases: estimation and application. *Ann Intern Med* 2020;172:577–582.

30. Bukhari Q, Massaro JM, D'Agostino RB Sr, et al. Effects of weather on coronavirus pandemic. *Int J Environ Res Public Health* 2020;17:5399.

31. Lewis EG, Breckons M, Lee RP, et al. Rationing care by frailty during the COVID-19 pandemic. *Age Ageing* 2021;50:7–10.

32. Rao G, Singh A, Gandhotra P, et al. Paradigm shifts in cardiac care: lessons learned from COVID-19 at a large New York health system. *Curr Probl Cardiol* 2021;46:100675.

33. Kheyfets VO, Lammers SR, Wagner J, et al. PEEP/FIO2 ARDSNet Scale grouping of a single ventilator for two patients: modeling tidal volume response. *Respir Care* 2020;65:1094–1103.

34. Burns PB, Rohrich RJ, Chung KC. The levels of evidence and their role in evidence-based medicine. *Plast Reconstr Surg* 2011;128:305.

35. Leatherdale ST. Natural experiment methodology for research: a review of how different methods can support real-world research. *Int J Soc Res Methodol* 2019;22:19–35.

36. Gerhardt RT, Koller AR, Rasmussen TE, et al. Analysis of remote trauma transfers in South Central Texas with comparison with current US combat operations: results of the RemTORN-I study. *J Trauma Acute Care Surg* 2013;75(2 suppl 2):S164–S168.

37. Centers for Disease Control and Prevention. National Center for Chronic Disease Prevention and Health Promotion. Nutrition, physical activity, and obesity: data, trends and maps. https://www.cdc.gov/nccdphp/dnpao/data-trends-maps/index.html. Accessed September 10, 2020.

38. Center for Health Statistics, Texas Behavioral Risk Fedor Surveillance System Survey Data (BRFSS). Austin, Texas: Texas Department of State Health Services, 2013-2014. https://www.dshs.texas.gov/chs/brfss. Accessed September 22, 2020.

39. Xu J, Cheng Y, Yuan X, et al. Trends and prediction in daily incidence of novel coronavirus infection in China, Hubei Province and Wuhan City: an application of Farr's law. *Am J Transl Res* 2020;12:1355–1361.

Copyright © 2021 The Southern Medical Association. Unauthorized reproduction of this article is prohibited.

Plaintiffs' Exhibit 213

*Published on July 24, 2020*

**Application To Covid-19**

Corbin S Barr, Independent Health Researcher

<mark>Cloth masks, while comforting to some, should not be implied to provide anything but marginal (at best) protection to this "epidemic". When referring to virus particles that can spread via droplets it is fairly apparent that cloth masks do little to nothing for protection (except [peace] of mine) …</mark> and sorry, but 3ish% is not even a nominal value, its a toss value when referring to health.

<mark>Take a covid 19 positive patient, have them [wear] a cloth mask and exhale sharply, sneeze, or cough in front of a mirror – watch what happens. I understand this is an overly simplified example, but it gets the point across.</mark>

As a last ditch effort with nothing else? Sure, but as a primary line of active defense for at risk individuals? Not even close. These individuals should be protected, away from the "herd" community.

Plaintiffs' Exhibit 214

bmj.com

# Covid-19: Are cloth masks still effective? And other questions answered

*Mahase E.*

11-14 minutes

---

Intended for healthcare professionals

1. News & Views

2. Covid-19: Are cloth...

3. Covid-19: Are cloth masks still effective? And other questions answered

*News News Analysis BMJ 2021; 372 doi: https://doi.org/10.1136/bmj.n432 (Published 15 February 2021) Cite this as: BMJ 2021;372:n432*

Read our latest coverage of the coronavirus outbreak

1. Elisabeth Mahase

Author affiliations

In light of new, more transmissible variants of SARS-CoV-2, **Elisabeth Mahase** examines what kinds of mask the public should be wearing, and where they should be worn

## Are cloth masks still recommended?

Early in the pandemic, major problems in the global supply of medical grade masks meant that the public was asked to avoid using these so that stock could be used to protect healthcare workers. At this point, bodies such as the US Centres of Disease Control and Prevention (CDC) recommended that the public wear cloth masks and even provided information on how to make them out of household items such as T shirts.[1]

Many people are still wearing cloth masks, which can now be bought in many shops. But as the worldwide supply of medical grade face masks has expanded, arguments have been made that some members of the public should start wearing more protective masks such as surgical masks. This argument has been strengthened by the emergence of more transmissible variants of SARS-CoV-2, including the UK and South African variants, in response to which some countries have tightened their guidance on what types of masks are allowed.

In France, homemade masks and some shop bought cloth masks have now been banned, after the president of the government's scientific committee, Jean-François Delfraissy, said that the

new variants had "completely changed the game."

French health minister Olivier Véran announced on 22 January that people in France should no longer wear homemade masks or certain industrially made fabric masks, listed as category 2. The government specified that category 1 masks filter 95% of 3 µm particles, whereas category 2 devices filter only 70%. Only three types of masks will be recommended: surgical (which filter 95% of 3 µm particles), FFP2 (which filter 94% of 0.6 µm particles), and fabric masks made to category 1 standards.

Austria has gone a step further, making FFP2 masks mandatory in indoor public spaces and sending out free packs of these masks to all residents aged over 65 and to low income households. Like the UK, the country is currently in its third national lockdown.[2]

Germany has made medical masks mandatory in supermarkets and on public transport. London's mayor, Sadiq Khan, wants to introduce a similar requirement on the UK capital's public transport system. The London newspaper the *Evening Standard* reported that the mayor's office was currently reviewing whether passengers should switch to higher grade masks in light of the new variants.[3] The former health secretary for England, Jeremy Hunt, has also called for FFP2 respirator masks to be made compulsory on public transport and in shops.[4]

On 1 December the World Health Organization updated its advice to recommend medical masks for people at risk of serious covid-19 illness and for people aged over 60.[5] But this was made before it became clear how new the variants affected transmission. Commenting on the types of cloth mask the public should wear, a WHO spokesperson told *The BMJ*, "For all others, a reusable three layer fabric mask is advised. The filtration, breathability, and fit of the mask are important. If the mask is produced at home, WHO advises an inner absorbent material such as cotton, a non-absorbent fabric such as polyester outside, and a middle filter layer, such as non-woven spunbond polypropylene."

The spokesperson added that respirators and medical masks "continue to be in short supply for health workers."

Fabric masks vary in terms of protection. The consumer website Which? examined this issue and provided a list of the best reusable masks on the market.[6]

## Are two masks better than one?

Some medical leaders have suggested that wearing two masks could provide more protection. Anthony Fauci, chief medical adviser to US president Joe Biden, told the US *Today* television programme that "if you have a physical covering with one layer, you put another layer on it, it just makes common sense that it likely would be more effective."[7]

New research from the CDC supports this. It has reported that transmission can be reduced by up to 96.5% if both an infected person and an uninfected person wear tightly fitted surgical masks or a cloth mask together with a surgical mask.[8]

But a WHO spokesperson, commenting in the hours before the new CDC guidance emerged, told *The BMJ* that it was not currently recommending double masking. "Based on the currently

available information on the spread of variants of concern, WHO is maintaining its advice on the use of masks. We will continue to review evidence as it becomes available."

## Should the public be wearing masks outdoors?

The UK's Scientific Advisory Group for Emergencies (SAGE) is considering this. In a recent paper that focused on physical distancing and face coverings in light of the UK variant B.1.1.7, SAGE said "using face coverings in a wider range of settings where people could be asymptomatic and may be in close proximity (less than 2 m)" should now be considered.9

The paper said, "Transmission in outdoor settings where people are distanced is likely to still be very low risk. However, it remains the case that if people are in close proximity for extended periods in an outdoor setting, there is a potential risk of transmission from the higher concentrations of respiratory particles near to an infected person. It is possible that this close range risk is greater with the B.1.1.7 variant (low confidence)."

The Department of Health and Social Care for England did not respond when *The BMJ* asked it whether the UK government was considering recommending masks outdoors.

Paul Hunter, professor in medicine at Norwich Medical School and one of the reviewers for the WHO mask guidance, said the advice may depend on the situation. "If you're outside in a big queue, and people aren't socially distancing around you, I would put a mask on. But if I'm just walking on a not overly busy high street [or] going for a walk around a village I wouldn't wear a mask," he said.

Hunter added that people should be careful not to get their mask wet, especially if they are then going to go indoors wearing the same mask. He explained, "If that material gets wet, you can't breathe through the material, and the mask then loses much of its effectiveness. So if it rains and you've got a mask on, it becomes pointless because you can't breathe through it. If it's cold outside and your breath wets the mask, as it will do, it becomes much less useful."

WHO has recommended that masks be worn outdoors when there is "known or suspected community or cluster transmission" and when physical distancing cannot be maintained.

## Does the UK's mask policy need updating?

Despite the changes in other countries and calls from within the UK to update policy, a spokesperson for the Department of Health and Social Care—which does not consider cloth masks to be personal protective equipment (PPE)—told *The BMJ*, "We have no plans to make it mandatory for the public to wear PPE. The most important and effective actions members of the public can take for protection is to wear a face covering where necessary, staying at home unless leaving is absolutely necessary, and maintaining a 2 m social distance when in public.

"While our PPE supply is stable, we are clear that PPE should be reserved for frontline health and social care workers and is not recommended for use in retail and hospitality settings or by the public."

But Hunter said the government should be reviewing its policy. Speaking to *The BMJ*, he said, "I

would disagree with that. I think we would have done a lot better last year if we had actually paid more attention to WHO guidance than if we tried to make it up ourselves."

Many medical bodies, including the BMA and the Doctors' Association UK, have also been calling for PPE guidance for healthcare workers to be reviewed .

A WHO spokesperson told *The BMJ*, "Based on evidence gathered from scientists, public health professionals, and national health authorities to date, the variants appear to be more transmissible, but there does not appear to be a change in the way that they are transmitted.

"Studies are still ongoing, but available evidence suggests there is a mutation in these variants that result in the virus being able to bind more efficiently to human cells; but the modes of transmission have not changed.

"This is why our advice at the moment is to stress the importance of adherence to a combination of measures that are known to prevent the spread of SARS-CoV-2: practising physical distancing, wearing a mask, practising respiratory hygiene, performing hand hygiene, avoiding crowded spaces, and ensuring adequate ventilation."

### Is there any new evidence on mask wearing by the public?

New studies looking at the effects of wearing masks have been published during the pandemic. US researchers recently looked at the impact of state-wide mask requirements on new cases per 100 000 population per day from 1 January 2020 to 24 October 2020.[10] They reported that, after adjusting for interstate differences, states that adopted mask requirements early saw the strongest effects on numbers of new cases when compared with those that did not adopt such measures. The effect was smaller but still "clearly protective" when comparing early adopter states to late adopters. "These analyses advance the scientific evidence showing positive impacts of state-wide mask requirements in the US," the researchers concluded.

Meanwhile, a preprint tested the effectiveness of different face masks and compared this with the perceptions of protection among 710 US residents.[11] A TSI 8038+machine was used to test N95, surgical, and two fabric face masks on an individual 25 times each. The researchers reported that fabric face masks "blocked between 62.6% and 87.1% of fine particles, whereas surgical masks protected against an average of 78.2% of fine particles. N95 masks blocked 99.6% of fine particles." But they said that survey respondents tended to "underestimate the effectiveness of masks, especially fabric masks." The results indicated that "fabric masks may be a useful tool in the battle against the covid-19 pandemic and that increasing public awareness of the effectiveness of fabric masks may help in this endeavour," the authors concluded.

This article is made freely available for use in accordance with BMJ's website terms and conditions for the duration of the covid-19 pandemic or until otherwise determined by BMJ. You may use, download and print the article for any lawful, non-commercial purpose (including text and data mining) provided that all copyright notices and trade marks are retained.

https://bmj.com/coronavirus/usage

View Abstract

Plaintiff's Exhibit 215

dailysceptic.org

# Are Masks Stopping Us From Building Up Immunity? A Paramedic Writes... – The Daily Sceptic

*()x*

3 minutes

---

A *Lockdown Sceptics* reader who is a paramedic of four years' experience has written to tell us about how through her job she encounters hundreds of sick people and hardly ever gets ill, despite never wearing a face mask before the pandemic.

When I began in the ambulance service several years ago and would attend patients with a wide variety of contagious illnesses, I found myself experiencing near-constant cold-like symptoms. These did not necessarily develop into anything worth taking more than a couple of paracetamol for, but it was enough to be noticeably waking up with a sore throat or stuffed nose every morning. On speaking to many of my colleagues, they all recall similar experiences.

As time went on and I continued exposing myself to a plethora of pathogens, I began to find that illness became an unfamiliar state. I'd attend patients and be so convinced I'd catch whatever bug they had that I'd spend the following job with pseudo-nausea. And yet despite being in close proximity and often in the confined space that is the back of an ambulance, with no mask or PPE and with coughs, sneezes, diarrhoea and vomiting, surprisingly I would very rarely contract anything. In five years I can recall a handful of colds, two bouts of vomiting for a few hours, and one case of the flu which still wasn't as severe as many people experience.

Whilst the use of masks may have little demonstrated impact on the overall

spread of Covid, I have often wondered to what extent PPE may be "protecting" us from other contagious particles. If so, what harm is this doing in the long term by not allowing our immune system to continually develop its innate defences? It's illogical to expect to gain muscular strength being sedentary, yet it seems an alien concept to many to apply the same principle to our immunity.

Should a time ever come when we are no longer advised to wear masks and people no longer scrub their shopping to within an inch of its life, will we potentially see an influx of people becoming more frequently or severely ill from what would have ordinarily been relatively harmless germs?

I've certainly noticed a recurrence of prolonged sniffles since I stopped being so 'contaminated' all the time.





SUBSCRIBE          🐦          f          DONATE

Plaintiffs' Exhibit 216

# Arguments against mask requirements during the coronavirus (COVID-19) pandemic, 2020

This page captures the **main arguments that have been advanced against mask requirements** during the coronavirus (COVID-19) pandemic. These arguments come from a variety of sources, including public officials, journalists, think tanks, economists, scientists, and other stakeholders. We encourage you to share the debates happening in your local community to editor@ballotpedia.org.

There are six main types of arguments against mask requirements:

- Mask requirements are not necessary to stop the spread of coronavirus
- Mask requirements give a false sense of security
- Mask requirements restrict freedom
- Masks present other health risks
- Mask requirements have harmful social consequences
- Mask requirements are unenforceable

Click here to read about arguments in favor of mask requirements.

*Sign up below to receive email news alerts related to our coverage of the coronavirus pandemic.*

Email *





**Debate over responses to coronavirus pandemic**

**Topics**

Elections · Protests · Religious service restrictions · School closures · State lockdowns · Testing

**Arguments by topic**

Testing · Mask requirements · School closures · Travel restrictions · Lockdown/stay-at-home orders · Expansion of absentee/mail-in voting · Religious service restrictions

# Mask requirements are not necessary to stop the spread of coronavirus

**Debate by state**

Alabama · Alaska · Arizona · Arkansas · California · Colorado · Connecticut · Delaware · Florida · Georgia · Hawaii · Idaho · Illinois · Indiana · Iowa · Kansas · Kentucky · Louisiana · Maine · Maryland · Massachusetts · Michigan · Minnesota · Mississippi · Missouri · Montana · Nebraska · Nevada · New Hampshire · New Jersey · New Mexico · New York · North Carolina · North Dakota · Ohio · Oklahoma · Oregon · Pennsylvania · Rhode Island · South Carolina · South Dakota · Tennessee · Texas · Utah · Vermont · Virginia · Washington · West Virginia · Wisconsin · Wyoming

**Related coronavirus coverage**

Changes to elections · Federal responses · State responses

**Claim: There is insufficient data to support that mask requirements effectively prevent the spread of coronavirus**

- **Ashton Forbes, a plaintiff in a lawsuit challenging San Diego County's mask requirements** (*The San Diego Union Tribune*): Ashton Forbes is the plaintiff in a lawsuit challenging San Diego County's mask requirements.

  "With new evidence and data coming to light regarding the science and severity of this specific virus, it has become ever more prevalent the requirement to wear a facial covering is not effective in stopping the spread of COVID-19. As such, the requirement to wear a face mask is overbroad and violates fundamental rights of both the United States Constitution as well as the California Constitution." - "San Diego resident sues county over mask orders," June 2, 2020.

- **Joseph A. Ladapo** (*Wall Street Journal*): "While mask-wearing has often been invoked in explanations for rising or falling Covid-19 case counts, the reality is that these trends reflect a basic human need to interact with one another. Claims that low mask compliance is responsible for rising case counts are also not supported by Gallup data, which show that the percentage of Americans reporting wearing masks has been high and relatively stable since June. Health officials and political leaders have assigned mask mandates a gravity unsupported by empirical research." - "Masks Are a Distraction From the Pandemic Reality," October 28, 2020.

- **Phillip W. Magness** (*Wall Street Journal*): "Unfortunately, the IHME modelers' findings contained an error that even minimal scrutiny should have caught. The projected number of lives saved, and the implied case for a mask mandate, are based on a faulty statistic. Using a months-old survey, IHME modelers assumed erroneously that the U.S. mask-adoption rate stood at only 49% as of late September, and therefore had plenty of room to increase to "universal adoption," defined as 95%, or to a more plausible 85%. According to more recent survey findings, however, America's mask-adoption rate has hovered around 80% since the summer. New numbers would completely alter the IHME study's findings. If 80% of Americans already wear masks, a new mandate could add only a few percentage points to the mask-adoption rate instead of nearly doubling it. Additional gains would be small and certainly nowhere near 130,000 lives saved." - "Case for Mask Mandate Rests on Bad Data," November 11, 2020.

## Claim: The curve has been successfully flattened in areas without mask requirements

- **Andrew Cooper, the plaintiff in a lawsuit in Nashua, New Hampshire** (*New Hampshire Union Leader*): Andrew Cooper filed a lawsuit against a mask requirement ordinance of Nashua, New Hampshire.

  "The ordinance's justification that 'slowing the spread' of the coronavirus is somehow still a societal objective also ignores the fact that the entire state of New Hampshire has been wildly successful at 'flattening the curve' since it never came close to reaching the capacity of its health care system." - "Nashua resident files lawsuit over city's mask mandate," June 1, 2020.

## Claim: Mask requirements risk deemphasizing other necessary public health measures

- **Group of doctors** (*Reason*): A group of scientists and doctors sent a letter to the Editorial Board of the Proceedings of the National Academy of Sciences criticizing a study regarding the effectiveness of masks to slow the spread of the coronavirus and saying that the study's conclusions that "airborne transmission represents the only viable route for spreading the disease" and the ineffectiveness of social distancing, quarantine, and handwashing recommendations was misleading and harmful.

  "While masks are almost certainly an effective public health measure for preventing and slowing the spread of SARS-CoV-2, the claims presented in this study are dangerously misleading and lack any basis in evidence." - "Prominent Researchers Say a Widely Cited Study on Wearing Masks Is Badly Flawed," June 22, 2020.

# Mask requirements give a false sense of security

## Claim: Mask-wearing mandates encourage people to pursue risky behaviors and activities that could spread COVID-19

- **Allysia Finley** (*The Wall Street Journal*): "The decision to wear a mask would seem to be cost-free, apart from minor discomfort. But absolutism about masks and disregard for scientific uncertainties may promote a false sense of security that encourages risky behavior—including massive political protests." - "The Hidden Danger of Masks," August 4, 2020.

# Mask requirements restrict freedom

## Claim: Mask requirements are an overreach of government power and are unconstitutional

- **Philip Mauriello, Jr., an attorney representing plaintiffs in a lawsuit challenging San Diego County's mask requirements** (*The San Diego Union Tribune*): Philip Mauriello, Jr., is an attorney representing plaintiffs in a lawsuit challenging San Diego County's mask requirements.

  "The requirement of Plaintiff to wear a facial covering in public when not in his residence restricts his right to travel within the County by forcing him to make a decision between wearing a facial covering which provides no medical benefit and in fact creates other collateral health risks, or remain a prisoner in his own home. Either choice violates essential constitutional rights of the Plaintiff." - "San Diego resident sues county over mask orders," June 2, 2020.

- **Brantley Lyons, Montgomery City Councilmember** (*AP*): "I think to make somebody do something or require somebody to wear something is an overreach." - "US virus outbreaks stir clash over masks, personal freedom," June 18, 2020.

## Claim: Mask requirements are a slippery slope and will lead to more government mandates, bureaucracy, and regulations

- **Molly McCann, Of Counsel with Sidney Powell, P.C.** (*The Federalist*): "To take our freedom from us, people with anti-American agendas have to mobilize some initial quorum of consent from the population. Mandatory masking seeks to build that consent. In addition to extending the fiction that we are in an emergency sufficient to trigger the extra-constitutional authority of local and state executives, mandatory masking acts as a peer pressure-fueled signal that encourages conformity to our coming 'new normal.'" - "Mandatory Masks Aren't About Safety, They're About Social Control," May 27, 2020.

# Masks present other health risks

## Claim: Wearing masks can cause other health risks

- **Antonio I Lazzarino, medical doctor and epidemiologist** (*The BMJ*): A letter to the editor of BMJ stated several side effects of wearing a mask.

  "(4) Wearing a face mask makes the exhaled air go into the eyes. This generates an uncomfortable feeling and an impulse to touch your eyes. If your hands are contaminated, you are infecting yourself. (5) Face masks make breathing more

difficult. For people with COPD, face masks are in fact intolerable to wear as they worsen their breathlessness.[5] Moreover, a fraction of carbon dioxide previously exhaled is inhaled at each respiratory cycle. Those two phenomena increase breathing frequency and deepness, and hence they increase the amount of inhaled and exhaled air. This may worsen the burden of covid-19 if infected people wearing masks spread more contaminated air. This may also worsen the clinical condition of infected people if the enhanced breathing pushes the viral load down into their lungs." - "Covid-19: important potential side effects of wearing face masks that we should bear in mind   ," April 20, 2020.

# Mask requirements have harmful social consequences

## Claim: Wearing of masks can generate racist reactions

- **Trevon Logan, an economics professor at Ohio State University** (*CNN*   ): "This (wearing a homemade mask) seems like a reasonable response unless you just sort of take American society out of it. When you can't do that, you're basically telling people to look dangerous given racial stereotypes that are out there. This is in the larger context of black men fitting the description of a suspect who has a hood on, who has a face covering on. It looks like almost every criminal sketch of any garden-variety black suspect." - "Why some people of color say they won't wear homemade masks   ," April 7, 2020.

- **Steven Horwitz and Donald J. Boudreaux** (*Detroit News*   ): "In the same way that empowering politicians to solve pollution does not automatically produce the black-and-white results on the economist's chalkboard, mask mandates might also have unintended negative consequences. By creating more opportunities for encounters between law enforcement and the citizenry, mask mandates create yet one more way for authorities to harass the relatively powerless. We've already seen that mandates are disproportionately enforced against people and communities of color." - ""Economics show why politicians' mask mandates don't work"   ," August 26, 2020.

## Claim: Mask wearing inhibits communication and children's social development

- **Yinon Weiss** (*The Federalist*   ): "Masks dehumanize us, and ironically serve as a constant reminder that we should be afraid. People can now be spotted wearing masks while camping by themselves in the woods or on a solo sailing trip. They have become a cruel device on young children everywhere, kindergarten students covered by masks and isolated by Plexiglas, struggling to understand the social expressions of their peers. Face coverings are causing real harm to the American psyche, provide little to no medical benefit, and distract us from more important health policy issues." - "These 12 Graphs Show Mask Mandates Do Nothing To Stop COVID   ," October 29, 2020.

### Additional reading

- "How face masks affect our communication   " - *BBC*, June 8, 2020

## Claim: Mask mandates are immoral laws by government-imposed to control human behavior and personal development

- **David Shane** (*The Federalist*   ): "Accepting invasive rules that affect personal behavior in a low-risk environment conditions people to accept that kind of intrusion into their lives. This is one reason people are particularly against masking their children, who are especially prone to manipulation. If we do this, what kind of human are we helping to produce?" - ""The Moral Case Against Mask Mandates and Other COVID Restrictions"   ," July 31, 2020.

# Mask requirements are unenforceable

## Claim: Local mask laws with unclear enforcement mechanisms are ineffective, counter-productive, and potentially dangerous for employees

- **Manchester NH Alderman At-Large, Joe Kelly Lavasseur** (*New Hampshire Union Leader*   ): "Honestly, this is the most unenforceable ordinance...It's just amazing to me how many ordinances are being violated in this city on a daily basis that no one is being cited for them. We're going to put something forward that has absolutely no teeth whatsoever." - "Some aldermen claim Manchester mask ordinance 'unenforceable'   ," September 2, 2020.

- **Kyle Wingfield, opinion** (*The Brunswick News*   ): "Not to get too paternalistic about government, but anyone who's a parent, or a teacher, or who otherwise supervises children, learns this lesson very quickly: Only make rules you're willing and able to enforce, or your ability to enforce any rules will weaken." - "How enforceable are local mask mandates?   ," July 13, 2020.

## Claim: Mask mandates for businesses require employees to enforce laws

- **The Wilson Times Editorial Board** (*The Wilson Times*   ): "[NC Gov. Roy] Cooper deserves credit for taking criminal penalties off the table, but he's wrong to order clerks and salespeople to do the state's dirty work. He's conferred responsibility without authority on thousands of people and made them the unwitting face of a controversial

new policy." - "Our Opinion: Mask mandate drafts cashiers, clerks as Cooper's cops  ,"
June 25, 2020.

# Claim: Colleges and universities should not ask students to report violations of Covid-19 rules

- **Karen Levy and Lauren Kilgour, Cornell University** (*The New York Times*  ): "Fighting the coronavirus is, to be sure, an all-hands-on-deck problem, but pitting students against one another in a high-stress time carries real risks, and colleges should be exceedingly careful about casting their students in the role of undercover coronavirus cops. Deputizing students to police their peers threatens to disrupt the interpersonal dynamics of student life, while also creating conditions to displace blame onto students should outbreaks occur. Universities need to be mindful of how peer surveillance systems might be misused, how they might burden different groups of students and the damage they may do to community trust." - ""Don't Make College Kids the Coronavirus Police"  ," August 12, 2020.

# See also

- Arguments in favor of mask requirements during the coronavirus (COVID-19) pandemic, 2020
- Taxonomy of arguments about mask requirements during the coronavirus (COVID-19) pandemic, 2020
- Documenting America's Path to Recovery

## Sore Knees? Do This Once Daily

It takes less than 30 seconds (and you can do it right at home).

Arthrozene

Plaintiffs' Exhibit 217

salon.com

# As face masks become the norm, many wearers quietly suffer "mask anxiety"

6-7 minutes

Dentists say they're seeing an uptick in teeth grinding since the pandemic. A Google Trends analysis showed a surge in searches related to panic attacks. Pandemic stress is said to be part of the drive behind an increase in calls to the National Eating Disorders Association over the last few months.

Indeed, it's no secret that the coronavirus pandemic is taking a toll on our mental health in ways that might not even be fully aware of yet. Now, there's also a newfound cohort of people who are struggling with "mask anxiety," a neologism meaning a fear of, or anxieties relating to, strapping a mask on your face. With pandemic restrictions in place, such anxieties can make leaving one's home almost impossible.

Both the Centers for Disease Control and Prevention (CDC) and the World Health Organization (WHO) recommend cloth masks for the general public. Health experts strongly agree that the evidence is clear that masks can help prevent the spread of COVID-19. However, for some people, wearing a cloth mask can induce a panic attack, evoke feelings of suffocation, or lead to anxious and intrusive thoughts. According to Google Trends, the term "mask anxiety" has been on the rise since the first week of March this year; it peaked at the end of July.

Psychiatrist Dr. Melissa Shepard told Salon while the term "mask anxiety" isn't in the Diagnostic and Statistical Manual of Mental Disorders (DSM-5), she defines the term as any "anxious thoughts, feelings, or avoidance behaviors that come from the fear or stress of wearing a face mask."

"They [face masks] can intensify anxiety that you already have or you can sort of develop anxiety just related to the facemask," Shepard said. "There's the feeling of anxiety that kind of rises up, your heart rate increases, you feel like you're short of breath, or you start to feel dizzy and sweaty." She added that there are often negative thought patterns that are part of this experience.

The act of wearing a face mask in the United States to slow the spread of COVID-19 has become politicized. The notion of having anxiety has been used loosely over the years,

too. Shepard told Salon that the people she sees who have mask anxiety are often wearing them, just uncomfortably.

"People with the true face [mask] anxiety are almost always the ones that are actually wearing face masks, still they're just extremely uncomfortable when they're doing it," Shepard said. "I've noticed generally people who are truly anxious about the facemasks are trying really hard to wear them; they're just, you know, kind of silently suffering."

Writer Nikolina Jeric is one of those people. Jeric told Salon that the mask anxiety she has today may come from when she was a kid and struggled to wear Halloween costumes that involved "anything that went around" the face.

"Now with the COVID-19 pandemic, it has become a real nightmare and for the sake of my health, I need to always test my courage each time I enter the store or public transportation," Jeric said. "When I wear a mask, it only takes a few minutes for me to start breathing faster and shallower, despite my best efforts to control it."

Jeric added that throughout the pandemic the anxiety has eased.

"It's gotten better now, but a couple of times at the grocery store I didn't think I was going to make it by the time it was my turn at the cash register," Jeric said. "The bright lights, all the people and not being able to breathe properly make it a challenge every time I need to go buy some groceries; the same goes for taking the bus. Thankfully though I can listen to music on the ride which helps calm me down a tad."

Blaise Ramsay, who lives in Texas, says she has struggled with mask anxiety, and before the pandemic she struggled with anxiety generally.

"I had a recent bout with it — I was shopping with my kids and my husband and suddenly it felt really hard for me to breathe," Ramsay said. "I got dizzy and disoriented, and had to consciously tell myself 'OK, I need to breathe, I need to breathe.'"

Ramsay said she has "literally not been able to go anywhere for prolonged periods of time," because of the anxiety that's induced when she wears a mask. At home, she spends her time gardening, which has always been an effective way for her to cope with her anxiety.

Shepard said that the societal shift to wearing masks, and it becoming a social norm, could relate to the anxiety.

"This whole pandemic has been anxiety-provoking for so many, because this has been one of the first times we've been on the edge of science and research that's constantly emerging," Shepard said, adding that the confusion over face masks in the beginning of the pandemic may not have helped things. (The CDC at first didn't recommend that the general public wear cloth face masks). Shepard said that seeing people wearing masks

also makes it difficult for people to read each other's facial expressions. "That's something that's very socially evolutionary. . . . you need to be able to see someone's face to be able to fully trust them."

Likewise, the mere act of seeing people wear masks can be a trigger.

"People are wearing masks, you're wearing a mask, and it reminds you that you're in the middle of a pandemic, and that a lot of people have died from this and it's really scary," Shepard said. "It kind of kicks off all of those negative and scary cognitions that can then contribute to increasing the anxiety with the face mask."

Shepard said if you're struggling with mask anxiety, it's definitely something that you can work through with a therapist.

"Some people don't want to reach out because they feel like it's silly, but it's not not silly at all," Shepard said. "And know that face masks are safe, and that it's something that we have absolutely studied in the laboratory settings and we know that despite some of the politicization, there are no clinically significant changes in people's biology that happen because of wearing face masks."

Plaintiff's Exhibit 218

straitstimes.com

# Austrian court overturns coronavirus mask mandate in schools

2 minutes

- Published

Dec 23, 2020, 10:53 pm SGT

VIENNA (AFP) - Austria's Constitutional Court ruled on Wednesday (Dec 23) that two government measures to fight the spread of coronavirus in schools, compulsory mask-wearing and splitting classes into two halves to be taught in alternate shifts, were illegal.

The split-classes system meant that some pupils had lessons on Mondays and Tuesdays and others on Wednesdays, Thursdays and Fridays.

At all other times, they were to stay at home.

"In addition, it was decided that all persons present in school buildings, apart from during teaching time, had to wear a mask over their mouth and nose," a statement from the court said.

"In it's decision published today, the Constitutional Court ruled that the measures in question were illegal," the statement went on.

It explained its decision by saying that the "ministry has not made clear why it considered these measures necessary".

Two children and their parents had brought the case before the court, saying the measures violated the principles of equality before the law, the right to a private life and the right to education.

Since January Austria has been governed by a coalition of the Green party and the centre-right People's Party (OeVP) of Chancellor Sebastian Kurz.

The education ministry, which is held by the OeVP, said in a statement that it had taken note of the court's judgment and would examine the judges' reasoning.

Plaintiff's Exhibit 219

vaxxter.com

# Book Review: 'The Case Against Masks' by Dr. Judy Mikovits - Vaxxter

*Posted By: James Grundvig*

10-12 minutes

---

By James Grundvig, Vaxxter Contributor, Investigative Reporter

On Sunday, July 12, 2020, New York City did not record a single coronavirus death in over 24 hours. For the first time in four months, a COVID-19 death couldn't be found in a city of eight million people. In effect, the epidemic ended in the former hot zone.

With such news, one would expect the temporary, short-term lockdowns of city stores, bars, cafes, restaurants, schools, and churches to be lifted post haste. But that hasn't happened. As is his modus operandi, Governor Cuomo doubled down on another stupefying point of absurdity. On Monday, July 13, Cuomo stated without irony: "I am not going to use kids as guinea pigs" when he reopens the public schools.

Well, Governor Cuomo and his pharmaceutical consultants he hired as McKinsey back in April to deal with COVID-19 used the elderly as "guinea pigs." He did so when he sent 6,300 infected patients into nursing homes. He did it during the height of the pandemic.

In taking a walk through my Upper Eastside neighborhood on that hot July day, it was 85F degrees and dry. I noticed about nine out of ten people wearing masks. It was an incredible sight. It defied the logic of scientific data and ignored that the outbreak fell below the CDC threshold for an epidemic. In other words, even though New York City, other cities, counties, and states across the country are no longer in a "state of emergency," no announcement was made that the emergency declaration was essentially over.

Five weeks ago, when riots and looting were tearing through New York City – and feeling the heat from the nursing home deaths scandal – Andrew Cuomo announced, "We crushed the curve." Taking a victory lap, the governor tried to change the subject.

If New York flattened the curve at the beginning of June, why is the city and most of its businesses still closed in mid-July? Why are the majority of people still wearing masks outdoors? Why does Cuomo always demand the six-feet-apart rule for social distancing

when the epidemic is over?

Even more negligent, Governor Cuomo, McKinsey, and the mainstream news have known for decades that summer sunlight and humidity kills the coronavirus in roughly a minute. Since that's the case, why are people ordered to wear masks, keep their distance, and not gather in large crowds unless wearing "BLM" emblazoned caps or jackets? Why do people blindly obey such orders?

**Book Review: 'The Case Against Masks'**

In her new book, "The Case Against Masks: Ten Reasons Why Mask Use Should be Limited" (Skyhorse Publishing), Dr. Judy Mikovits and coauthor Kent Heckenlively, J.D., capitalized on their sky-rocketing notoriety. Authors of the New York Times bestseller, "Plague of Corruption," mask-wearing rules have become a different kind of plague on society.

Call it the plague of political agendas or the plague of hijacked science. Either title fits the rulemaking mania on wearing masks.

Just in time to breathe common sense and medical science into the mask propaganda, Mikovits and Heckenlively succinctly put their best foot forward. They support their argument in ten concise chapters using mainstream science and institutions' data from the U.S. Centers for Disease Control (CDC) to the World Health Organization (WHO). They also demonstrate that mask-wearing is ineffective in stopping the spread of the virus and can be harmful to many people.

No matter. When politics rules, science dies.

In cahoots with individual states and Big Pharma—it is, after all, an election year— mainstream media cherry-picks data, omits real science, and positions mask-wearing as an absolutely necessary rule, in line with taking a mandated vaccine.

The book starts by explaining that humans inhale is a mix of gases at various concentrations —nitrogen (79%), oxygen (20.9%), carbon dioxide (0.04%)— and what is exhaled. The concentrations of the gas differ substantially. We expel a quarter less oxygen, but a hundredfold more $CO_2$, a waste product of metabolism, with each breath.

Masks make people rebreathe their body's waste.

On this fact, Dr. Mikovits makes another point: "Low oxygen levels can be caused by pneumonia, emphysema, smoking, and various heart conditions." And since humans, in her words, "are oxygen hogs," we need to breathe in as much oxygen as possible without interference. Mask wearing over long periods is clearly detrimental to our health.

What works in this short book (96 pages), each of the ten chapters is titled by each of the

ten reasons a person should wear a mask sparingly. At the end of the book is a "Case Against Masks" cheat sheet, a good reference guide for readers to flip to and arm themselves with practical science.

The authors also quote the U.S. Occupational Safety & Hazard Administration (OHSA) regulations on oxygen. Summing up, OHSA states:

"An oxygen-deficient atmosphere is an atmosphere that contains less than 19.5 [percent] oxygen, which can cause death."

> Mikovits: "When it comes out of your mouth, the oxygen level is at 16 percent."

> Mikovits: "Is it a good idea to rebreathe the air you've already exhaled, as inevitably happens in even a cloth mask?"

> Mikovits: "It's got lower amounts of oxygen and approximately a hundred times the amount of carbon dioxide."

The authors refer to the National Institutes of Health (NIH), where Dr. Judy Mikovits worked a long career as a virologist studying zoonotic diseases. The NIH warns about carbon dioxide levels:

"They say that inhaling high levels of carbon dioxide ($CO_2$) may be life-threatening. Hypercapnia (carbon dioxide toxicity) can also cause headaches, vertigo, double-vision, an inability to concentrate, tinnitus (hearing a noise, like ringing or buzzing, that's not caused by an outside source), seizures, or suffocation due to displacement of air."

## Viruses and the Immune System

Mikovits discusses the importance of the immune system and how viruses diminish in strength outdoors. On outdoor surfaces, viruses do not have a host on which to replicate. She further notes that a professor from Yale stated:

**"The process of a person getting infected with COVID-19 by touching the surface required 'the outer shell of the virus' to remain intact."**

The authors discuss the half-life of the coronavirus in an outdoor environment is about six hours. However, in a [letter to the editor](#) in the prestigious New England Journal of Medicine from several scientists, the documented in a study that half-life of the SARS-CoV10 virus much shorter – more in the area of 1.0 – 1.1 hours.

The authors bring up viral load as another factor in the virus spread. They use this apt description: "One allied soldier on D-Day couldn't liberate Europe, but a half-million might be a good start."

"Our immune system is designed to limit the spread of pathogens to which we are

exposed. One of the main factors in how well our immune system works is what kind of stressors are happening to us. <mark>Lack of oxygen can lower the functioning of the immune system. So can stress,</mark>" Mikovits and Heckenlively write.

One cannot emphasize enough the importance of "maintaining optimum immune function." Rarely have we heard that from Dr. Anthony Fauci or the CDC or the mainstream press. It's as if the omission's sole purpose is to condition people for a coming forced mandated COVID-19 vaccine, "whether it works or not," according to Bill Gates.

In Reason #2, "How does SARS-CoV2 Spread?", <mark>Mikovits and Heckenlively call out the WHO and CDC, by saying, "they have lost significant credibility during this outbreak."</mark>

In mid-July, President Trump further tarnished the health gatekeepers. First, he formally announced the United States withdrawal from the WHO in 2021 while being $200 million in arrears. A week later, Trump airs out Dr. Fauci's "dirty laundry" on the NIAID director's skillful waffling, from "don't need masks" to "wear masks." Nowhere has Dr. Fauci discussed the realities of the virus outdoors or how critical it is to maintain a healthy immune system to contain the virus.

Mikovits is at her best when she explains the transmission of the virus:

"The virus is spread through respiratory droplets produced when **an infected** person coughs or sneezes. People are thought to be most contagious when they are the most symptomatic. I'll go one step further. Quarantine them."

Her view on the solution is engrained in the science of containing outbreaks since the 1918 Spanish Flu. Did our health gatekeepers learn nothing from the past

In Reason #4, "Six Feet Apart and Wearing a Mask?," it seems the rules were invented on the fly. If the transmission area is three feet from person to person, via a cough or sneeze of drops, why do people need masks?

They don't.

The book works wonders in Reason #9, "The Myth of Asymptomatic Carriers." It explains there is a narrow window for transmission: "Emerging evidence suggests COVID-19 patients are **at most** infectious for a short period."

The authors state with authority: **"Children Do NOT Need to Wear a Mask to Return to School."**

This author highly recommends the book, "The Case Against Mask."





Like what you're reading on Vaxxter.com?

Share this article with your friends. Help us grow.

Join our list here **or text MVI to 555888**

+++++++++++++++++++++++++++++++

*James Grundvig has written and published as a freelance journalist and columnist, covering subjects from autism, its cause and treatments, clean technology, green energy, and the BP Oil Spill, to business and Wall Street, and completed investigative reports on a wide range of topics since 2005. He is the founder of the cloud-based software startup in 2011 to integrate supply chain logistics in the Construction IT space. James has 25 years of consulting engineering and construction management experience on projects of scale and complexity in the New York City area. He is the author of* Master Manipulator: **The Explosive True Story of Fraud, Embezzlement and the Government Betrayal at the CDC.**

---

## Support Vaxxter

**Your Donation Helps Us Fight Censorship And Remain Ad-Free**

## Help Us Fight

If you prefer snail mail instead, make donation checks payable to CHOONADI, LLC, owner of Vaxxter.com 7380 Engle Road Middleburgh Hgts, OH 44130

---

Aesth Plast Surg
https://doi.org/10.1007/s00266-020-01833-9

Plaintiffs' Exhibit 220

ISAPS

**LETTER TO THE EDITOR**

# Can the Elastic of Surgical Face Masks Stimulate Ear Protrusion in Children?

Bruno Zanotti[1] · Pier Camillo Parodi[2] · Michele Riccio[3] · Francesco De Francesco[3] · Nicola Zingaretti[2]



Received: 3 June 2020 / Accepted: 4 June 2020
© Springer Science+Business Media, LLC, part of Springer Nature and International Society of Aesthetic Plastic Surgery 2020

**Abstract** In this period of the Covid-19 pandemic, a protective mask has become a common object of use to contain virus transmission. The imminent need for masks has led many governments to produce them, including surgical masks with elastic loops or masks with side cuts at the ears. Among those on the market, surgical masks with elastic loops are the ones most chosen by parents for their children. These elastics cause constant compression on the skin and, consequently, on the cartilage of the auricle, leading to erythematous and painful lesions of the retroauricular skin when the masks are used for many hours a day. Pre-adolescent children have undeveloped auricular cartilage with less resistance to deformation; prolonged pressure from the elastic loops of the mask at the hollow or, even worse, at the anthelix level can influence the correct growth and angulation of the outer ear. In fact, unlike when using conservative methods for the treatment of protruding ears, this prolonged pressure can increase the cephaloauricular angle of the outer auricle. It is important for the authorities supplying the masks to be aware of this potential risk and for alternative solutions to be found while maintaining the possibility of legitimate prevention of the potential spread of the virus.

*Level of Evidence V* This journal requires that authors assign a level of evidence to each article. For a full description of these evidence-based medicine ratings, please refer to the table of contents or the online instructions to authors www.springer.com/00266.

**Keyword** Ear protrusion · External ear · Surgical face mask · Infant · Covid-19

Dear Sir,
We read with interest the article by Ors [1] on prominent ear deformities and its recurrence rate. This article gives us the opportunity to better understand the effectiveness of nonsurgical options for the treatment of ear anomalies in young patients (5–14 years).

The current COVID-19 pandemic has imposed the worldwide use of masks in addition to social distancing. The use of masks applies to everyone, even children, certainly if over the age of 5–6 years.

The masks distributed to the population by government bodies are of various types, both as regards to their shape and the systems for fastening them to the head, but, basically, they are divided into 4 large categories: masks with elastic (ear loops), strips of fabric with lateral slits (side cuts at the ears), with tapes, single cervical band.

Small children are rarely made to wear the masks with tapes, due to the difficulty in positioning and tying the tapes.

The "single band" masks that wrap around the neck have the drawback of sliding downwards and, therefore, not keeping the nose covered; furthermore, if used during the summer season, they tend to produce a humid

✉ Nicola Zingaretti
zingarettin@gmail.com

[1] Department of Neurosurgery, Ospedale Carlo Poma, Mantova, Italy

[2] Clinic of Plastic and Reconstructive Surgery, Department of Medical Area (DAME), Academic Hospital of Udine, University of Udine, Udine, Italy

[3] Department of Plastic Reconstructive Surgery and Hand Surgery, Azienda Ospedaliero Universitaria Ospedali Riuniti, Ancona, Italy

Published online: 18 June 2020

microenvironment that favours the development of dermatitis and eczema.

Consequently, the masks most used for children are the first two types (Fig. 1a and b).

Many adults (health care workers and others) complain about discomfort associated with ear loops, due to the continuous pressure of the elastic behind the ear. Several methods have been proposed to overcome this problem: from the use of hairpins to hang the elastic bands from the forehead to the use of various types of bands that pass behind the back of the neck and to which the loops of the mask are attached. However, these methods used by adults are not used by children, resulting in constant pressure of the elastic on the skin of the posterior portion of the auricle.

All bodies subject to the action of a force undergo deformation, which depends not only on the intensity of the force applied, but also on the nature of the body itself. In general, deformations can be of two types: elastic, which disappear when the force is no longer applied, and non-elastic, which remain even after applying the force. Cartilage has memory thanks to the presence of elastic fibres; although this allows it to return to its initial condition when deformed, if the stimulus persists, it can lead to permanent changes in its conformation.

This principle has been used for many years for the conservative correction of protruding ears [1, 2]. Obviously, in order to use these non-surgical correction techniques (e.g. bands, patches, ear splint therapy) with benefit, the development of the various components of the ear must not be completed. This can happen if applied in children who are less than 8–10 years old, because after that age the cranial volume, with its appendages, almost completely

reaches total growth [3]. The literature reports important successes in the treatment of protruding ears with conservative methods, with a success rate that shows a decline from 91% in infants to 33% in 9-year-old children [1, 2, 4].

The main advantage of this treatment is that it keeps the splint in position for a long time, so that it can exert constant pressure on the growing cartilage, changing it into the desired shape.

The success of these conservative methods confirms that a constant pressure maintained for a long time on the cartilage of the ear of growing children can change the shape and increase the cephaloauricular angle of the outer auricle.

Griffin et al. have demonstrated that the cartilage of the auricle has a homogeneous structure, although the concha has a greater resistance to deformation than the helix [5]. This resistance is comparable to that of nasal cartilage (about 200 times lower than the resistance of Medpor prostheses used for ear reconstruction). The concha had a greater rate of loading than the antihelix when taking into consideration the anatomical structure of the cartilages. One reason for this difference may be that the concha is a curved structure, which can support compressive loads [5]. Therefore, if a constant elastic force were applied at the level of the concha, it would be less harmful than if applied at the antihelix level.

It is well known that the pressure of the elastic on the skin of the posterior concha of the auricle for a long time causes pain and erythema, due to the continuous rubbing of the elastic on the skin in the same position. This has led some users to apply silicone rear ear supports that decrease decubitus, but increase the distance of the auricle from the



**Fig. 1** The masks most used for children. **a** Surgical mask with ear loops. **b** Mask with side cuts at the ears



Aesth Plast Surg



**Fig. 2  a** Modification of the cephaloauricular angle following the placement of a surgical mask with ear loops (**b**) and band mask with side slits (**c**) in a 6-year-old girl

mastoid region. Others, on the other hand, prefer to change the position of the elastic by moving it more towards the antihelix than the mastoid region, thus applying an elastic force in an area where the cartilage has less resistance, with a consequent increase in the cephaloauricular angle of the outer auricle.

Therefore, the use of surgical masks with ear loops in growing children for many hours a day not only leads to intolerance and decubitus of the retroauricular skin (as for adults), but can also influence the correct growth and angulation of the outer ear with the consequent increase in the incidence of protrusion of the outer auricle (Fig. 2a and b).

One alternative to the surgical mask is the earmuffs mask (in which the ears are completely wrapped, held in place by an elastic band at the back of the ear) or the band mask with lateral slits at the ears: also these models, due to their conformation, tend to create a constant pressure on the antihelix, increasing the auriculocephalic angle (Fig. 2c).

Many scientific societies of paediatrics and pedagogy have raised doubts about the risks that this situation of forced constriction by Covid-19 can cause on the normal psychophysical development of children; however, it has never been pointed out how the use of surgical masks with ear loops can be harmful to the correct development of the auricle by permanently modifying the cartilage of the concha in growing children.

We are confident that highlighting this potential complication to those involved in the procurement of masks will stimulate the search for alternative solutions, while maintaining the possibility of legitimate prevention of the potential spread of the virus.

**Compliance with Ethical Standards**

**Conflict of interest**  The authors declare that they have no conflicts of interest to disclose.

**Human and Animal Rights**  This article does not contain any studies with human participants or animals performed by any of the authors.

**Informed Consent**  For this type of study informed consent is not required.

## References

1. Ors S (2020) Comparison of prominent ear recurrence in different age groups. Aesthet Plast Surg. https://doi.org/10.1007/s00266-020-01757-4(In press)
2. Woo JE, Park Y-H, Park EJ, Park KY, Kim SH, Yim S-Y (2017) Effectiveness of ear splint therapy for ear deformities. Ann Rehabil Med 41:138–147



3. Zanotti B, Zingaretti N, Verlicchi A, Robiony M, Alfieri A, Parodi PC (2016) Cranioplasty: review of materials. J Craniofac Surg 27:2061–2672

4. Yotsuyanagi T (2004) Nonsurgical correction of congenital auricular deformities in children older than early neonates. Follow up. Plast Reconstr Surg 114:190–191

5. Griffin MF, Premakumar Y, Seifalian AM, Szarko M, Butler PEM (2016) Biomechanical characterisation of the human auricula cartilages; Implication for tissue engineering. Ann Biomed Eng 44:3460–3467

**Publisher's Note** Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.



Rhee *et al. BMC Infectious Diseases* (2021) 21:354
https://doi.org/10.1186/s12879-021-06056-0

BMC Infectious Diseases

Plaintiffs' Exhibit 221

**RESEARCH**  Open Access

# Carbon dioxide increases with face masks but remains below short-term NIOSH limits



Michelle S. M. Rhee[1], Carin D. Lindquist[1], Matthew T. Silvestrini[1], Amanda C. Chan[2], Jonathan J. Y. Ong[2] and Vijay K. Sharma[2*]

## Abstract

**Background and purpose:** COVID-19 pandemic led to wide-spread use of face-masks, respirators and other personal protective equipment (PPE) by healthcare workers. Various symptoms attributed to the use of PPE are believed to be, at least in part, due to elevated carbon-dioxide ($CO_2$) levels. We evaluated concentrations of $CO_2$ under various PPE.

**Methods:** In a prospective observational study on healthy volunteers, $CO_2$ levels were measured during regular breathing while donning 1) no mask, 2) JustAir® powered air purifying respirator (PAPR), 3) KN95 respirator, and 4) valved-respirator. Serial $CO_2$ measurements were taken with a nasal canula at a frequency of 1-Hz for 15-min for each PPE configuration to evaluate whether National Institute for Occupational Safety and Health (NIOSH) limits were breached.

**Results:** The study included 11 healthy volunteers, median age 32 years (range 16–54) and 6 (55%) men. Percent mean (SD) changes in $CO_2$ values for no mask, JustAir® PAPR, KN95 respirator and valve respirator were 0.26 (0.12), 0.59 (0.097), 2.6 (0.14) and 2.4 (0.59), respectively. Use of face masks (KN95 and valved-respirator) resulted in significant increases in $CO_2$ concentrations, which exceeded the 8-h NIOSH exposure threshold limit value-weighted average (TLV-TWA). However, the increases in $CO_2$ concentrations did not breach short-term (15-min) limits. Importantly, these levels were considerably lower than the long-term (8-h) NIOSH limits during donning JustAir® PAPR. There was a statistically significant difference between all pairs ($p < 0.0001$, except KN95 and valved-respirator ($p = 0.25$). However, whether increase in $CO_2$ levels are clinically significant remains debatable.

**Conclusion:** Although, significant increase in $CO_2$ concentrations are noted with routinely used face-masks, the levels still remain within the NIOSH limits for short-term use. Therefore, there should not be a concern in their regular day-to-day use for healthcare providers. The clinical implications of elevated $CO_2$ levels with long-term use of face masks needs further studies. Use of PAPR prevents relative hypercapnoea. However, whether PAPR should be advocated for healthcare workers requiring PPE for extended hours needs to evaluated in further studies.

**Keywords:** Personal protective equipment (PPE), N95, Face mask, Respirator, Powered air purifying respirator (PAPR), Carbon dioxide ($CO_2$)

* Correspondence: mdcvks@nus.edu.sg
[2]Division of Neurology, National University Hospital and Yong Loo Lin School of Medicine, National University of Singapore, NUHS, Tower Block, 1E Kent Ridge Road, 119228 Singapore City, Singapore
Full list of author information is available at the end of the article



© The Author(s) 2021 **Open Access** This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by/4.0/. The Creative Commons Public Domain Dedication waiver (http://creativecommons.org/publicdomain/zero/1.0/) applies to the data made available in this article, unless otherwise stated in a credit line to the data.

Rhee *et al. BMC Infectious Diseases*        (2021) 21:354

## Introduction

Wide-spread use of face-masks has been brought on by the current COVID-19 pandemic. Public health officials have recommended face-masks since studies demonstrated that they reduce SARS-CoV-2 transmission [1, 2]. However, this recommendation became controversial and even politicized in some countries, because of concerns about the safety of masks [3, 4]. Furthermore, some studies raised concerns related to the hypercapnoea and hypoxemia caused during donning the face masks [4–7].

The personal protective equipment (PPE) include N95 respirators, valved-respirators and powered air purifying respirator (PAPR), in addition to face shields and goggles. Although PPE use is necessary, the side-effects become more noticeable with their prolonged use [8, 9]. These perceptions have been associated not only with mask fit but also with carbon dioxide ($CO_2$) rebreathing from the mask [10–12]. Numerous side-effects such as dyspnea, dizziness, reduced cognition and headaches, have been reported with mask use, particularly with the tight-fitting N95 masks and valved respirators [4, 8, 9].

$CO_2$ is a colorless, odorless gas that is a natural by-product of respiration. In normal room-air, $CO_2$ levels are around 0.03–0.04%, equivalent to 300–400 ppm (ppm) and have no known toxic effect [13, 14]. However, studies have shown that short-term exposure to $CO_2$ levels above 1000 ppm start affecting cognitive function and at much higher levels, can be toxic to the human body [15–18]. The National Institute for Occupational Safety and Health (NIOSH) has an 8-h threshold limit value - time-weighted average recommended exposure limit (TLV-REL) of 5000 ppm and a 15-min threshold limit value - short term exposure limit (TLV-STEL) of 30,000 ppm for $CO_2$ in workplace ambient air [13].

It is known that dead space (respirator volume) and hypoventilation related to breathing resistance in respirators can contribute to $CO_2$ rebreathing, thereby increasing the $CO_2$ to symptomatic levels [11, 12, 19, 20]. We evaluated the local concentration of $CO_2$ under various PPE to determine its potential role as a causative factor in the symptomatology described with prolonged use [21]

## Methods

### Study population

A total of 11 volunteers were enrolled in the study. Inclusion criteria for the study were: participants had to be at least 18 years old, and capable and willing to follow all study-related procedures. All participants underwent a thorough physical examination, especially of cardiovascular and respiratory system. Participants with chronic obstructive pulmonary disease, respiratory failure, active chest infection, ischemic heart disease and cardiac failure were excluded. Additionally, we excluded participants with baseline pulse-oximeter saturation below 95% while breathing ambient air. This was a single-site study and the experimental session for each individual took place over a single 2-h session for $CO_2$ measurements. The study was approved by the research ethics committee of Theranova, LLC, US.

### Study materials

All PPE devices were commercially available. The KN95 respirator (Emercate, ShenZen, China) and valved-respirator model 7502/37082(AAD) (3 M, St. Paul, MN) were chosen due to their ubiquity in healthcare practice. The PAPR (JustAir®, San Francisco, CA) was chosen due to its dual filtration system that included high-efficiency particulate air (HEPA) filtration of air delivered (constant airflow of 150L per minute) to the mask and electrostatic filtration of air leaving the mask (Fig. 1). The latter filtration is critical in order to prevent the potential spread of infectious agents from an asymptomatic individual since the JustAir® PAPR generates high volume of air.

### Data collection

We used the commercially available GASLAB Model CM-0123 ExplorIR-W 20% $CO_2$ Sensor Development Kit. The ExplorIR®-W is a low power, high performance $CO_2$ sensor that can measure up to 20% $CO_2$ levels with an accuracy of ±70 ppm / ± 5% of reading. It is suitable for measuring high concentrations of $CO_2$ in closed-loop sampling applications on battery operation in portable sampling instruments.

The $CO_2$ sensor was attached to a thin nasal cannula that was worn by the study participants to measure $CO_2$ levels directly at the nasolabial fold. Soft paddings of JustAir® PAPR prevented any air leak due to placement of nasal canula. Although, the participants underwent mask-fitting test for KN95 and valved-respirator, we feel that there could have been minor air leak with all 3 types of PPE. Since our aim was to evaluate the relative changes in $CO_2$ levels with each PPE, such minor leaks would not have affected our finding. Patients were asked to sit at rest while $CO_2$ measurements were taken for each group in four consecutive 15-min intervals. In the first 15-min test, no mask was used, which served as baseline. The next 3 tests were for the different configurations- KN95 respirator, valved-respirator and JustAir® PAPR. The order of the mask testing was randomized for each participant. The sensor module was attached to a computer, and GasLab® software was used to measure and record $CO_2$ at 1-Hz sampling rate.

Peripheral oxygen saturation (SpO2) and heart rate (HR) were also measured continuously with a Rad-8 bedside pulse oximeter (Masimo, Irvine, CA) during each 15-min session.

Rhee *et al. BMC Infectious Diseases*    (2021) 21:354



**Fig. 1** JustAir powered air purifying respirator (PAPR) donned by a cartoon showing the 2 filters that protect the user from contracting as well as transmitting the viral infection

All study methods were carried out in accordance with institutional guidelines and regulations.

**Statistical analysis**
$CO_2$ levels were expressed in parts per million (ppm) and percentages (%). The effects of no mask, PAPR, KN95, and valved-respirator exposure on $CO_2$ levels were analyzed with the use of repeated measures analysis of variance (ANOVA) with multiple comparisons with post-hoc Tukey test. A $p$-value of < 0.05 was considered as statistically significant. Statistical analyses were performed using the Prism statistical program version 9.0.0 for Windows and Mac (Graphpad Software, 1989, San Diego, CA, USA).

**Results**
**Patient population**
Eleven volunteers were enrolled in the study. Median age of the study participants was 32 years (range 18–54) and consisted 6 (55%) men. All study participants provided written informed consent.

**Oxygen saturation (SpO2) level and heart rate**
Mean SpO2 at baseline were 99% for no mask, 98% for JustAir® PAPR, 98% for KN95 respirator, and 98% while

donning the valved-respirator (Fig. 2). Percent mean (SD) changes in hear rate were – 0.44 (7.3) for no mask, – 0.44 (7.6) for JustAir® PAPR, – 4.1 (6.7) for KN95 respirator and – 3.0 (9.5) for valved-respirator (Fig. 3). These levels did not change significantly for each individual and between the study groups throughout the study.

**CO2 levels**
Fig. 4 depicts the serial changes in $CO_2$ levels over time for one individual. Overall, the mean $CO_2$ with no mask was 0.27% when breathing ambient air with a $CO_2$ concentration of 0.04%. The percent mean (SD) $CO_2$ values for no mask, JustAir® PAPR, KN95, and valved-respirator were 0.26 (0.12), 0.59 (0.097), 2.6 (0.14) and 2.4 (0.59), respectively with the NIOSH levels depicted as reference (Fig. 5). The 2.4–2.6% $CO_2$ concentration translates into a 10-fold increase in $CO_2$ with KN95 respirator and valved-respirator or 24,000–26,000 PPM at the nasolabial fold, which is greater than the NIOSH 8-h TLV-REL of 5000 PPM. Although, there was approximately a 4-fold reduction of $CO_2$ with PAPR to 0.59% or 5900 ppm, it still remained slightly greater than the NIOSH 8-h TLV-REL of 5000 PPM. Overall, use of respirators resulted in significant increases in $CO_2$ concentrations, which exceeded the 8-h NIOSH

Rhee *et al. BMC Infectious Diseases*     (2021) 21:354



**Fig. 2** Mean SpO2 at baseline and endpoint for each study interval. No significant changes were seen between study groups and within individuals



**Fig. 3** Percent change in HR for each study interval. No significant changes were seen between study groups and within individuals

exposure threshold limit for TWA-REL. However, the increases in CO2 concentrations did not breach short-term (15-min) limits. Importantly, these levels were considerably lower than the long-term (8-h) NIOSH limits during donning JustAir® PAPR.

The repeated measures ANOVA for CO2 yielded a statistically significant overall effect of KN95 and valve respirator ($p < 0.0001$). The Tukey post-hoc multiple comparisons revealed statistically significant differences in mean CO2 concentration between the following pairs: no mask vs. KN95 ($p < 0.0001$), no mask vs. respirator ($p < 0.0001$), no mask versus JustAir® PAPR, JustAir® PAPR versus KN95 respirator ($p < 0.0001$), JustAir® PAPR versus valved-respirator ($p < 0.0001$). The difference between KN95 and valve respirator was not significant ($p = 0.25$).

## Discussion

Our study demonstrates that there was an elevated concentration of CO2 in range that is in excess of NIOSH limits under passive KN95 respirator and valved-respirators. The average CO2 concentrations in a 15-min time interval were greater than 20,000 ppm, but below the 15-min short-term exposure limit. However, those average concentrations were significantly above the NIOSH upper limit of 5000 ppm for 8 h TWA-REL. Although, the participants donned various PPEs only for 15-min each, we hypothesize that the CO2

Rhee *et al. BMC Infectious Diseases*      (2021) 21:354



**Fig. 4** Continuous CO2 levels over time for 1 individual with 15 min of data for each group. NIOSH exposure limit thresholds added for reference



**Fig. 5** Average % CO2 levels between no mask, KN95, respirator and JustAir. All differences between each group were significant except between KN95 and respirator (**** $p < 0.0001$). Eight hour and 15 min NIOSH recommended levels of exposure depicted

Rhee *et al. BMC Infectious Diseases*   (2021) 21:354

concentrations reached a steady state by 15-min and should be equivalent to when used for 8 h. Interestingly, this $CO_2$ rise was much lower while donning JustAir® PAPR and was only slightly above the safety limits determined by NIOSH. We believe that the small size of the face mask used in the JustAir PAPR might have contributed to the observed $CO_2$ values. Perhaps a slightly bigger mask would resolve this issue. We did not observe any significant changes in $SpO_2$ and heart rate regardless of respirator type, echoing the findings in other studies [5, 10].

Our findings have significant implications for health care personnel who are required to wear PPE for long periods of time. Elevated $CO_2$ has been reported to result in hemodynamic changes in the intracranial arteries and considered a contributor towards discomfort, fatigue, dizziness, headache, shortness of breath, generalized weakness, lethargy and drowsiness [10]. Furthermore, these symptoms increased with prolonged use of the face mask [8, 19]. Some studies even showed proportional decrease in cognitive abilities with increasing $CO_2$ levels [15–18]. At least to some extent, these symptoms have been believed to reduce the compliance to PPE use [15] and may even affect decision making capabilities during work shifts. Healthcare workers are expected to work with full efficiency and therefore deserve PPE that are comfortable, can be worn for extended periods and do not impair cognitive abilities. Symptoms related to an increase in $CO_2$ concentration are believed to start above the NIOSH 8-h threshold of 5000 ppm [2, 17]. Our study showed that during donning JustAir® PAPR, $CO_2$ concentration remained much lower as compared to KN95 respirator and valved-respirators use. However, the $CO_2$ concentration was still slightly higher than the NIOSH 8-h threshold. Although difficult to substantiate, we believe that the relatively smaller size of the face mask could have contributed to this observation. Use of respirators (KN95 mask and valved-respirator) resulted in significant increases in $CO_2$ concentrations, which exceeded the 8-h NIOSH exposure threshold limit for TWA-REL. However, the increases in $CO_2$ concentrations did not breach short-term (15-min) limits.

Our findings are consistent with a recent study that reported normalization of cerebral hemodynamic parameters when another type of PAPR (3 M® Versaflo® TR-300 series) was donned on top of the N95 respirator [3]. Although we did not evaluate whether PAPR reduces mask related headache and other symptoms, we believe that the positive pressure generated by the PAPR results in lower $CO_2$ level by positive pressure-assisted exhalation, in addition to maintaining the $O_2$ concentration inside the PAPR, thereby providing an improvement in headaches and other side-effects related to the use of respirators [10]

We acknowledge certain limitations of our study. First, the study has a small sample size. However, this is only an observational "proof of concept" study to evaluate the serial changes in end-tidal $CO_2$ with various PPE. Furthermore, our observations were consistent in all the study participants. Second, we monitored the end-tidal $CO_2$ levels when the participants were sitting. Since healthcare workers are often physically quite active while donning the PPE, it is difficult to comment whether $CO_2$ responses would have been similar if we had performed ambulatory monitoring. Although, the size and weight of the monitoring equipment would make such study difficult, we hypothesize that $CO_2$ levels would be even higher if a similar study could have been performed during a real work-shift when participants were exerting themselves as well as talking [12]. Third, we did not test the clinical side-effects (especially headache) of increased $CO_2$ level among the users of N95 respirators. We wish to reiterate that the primary aim of this pilot study was to evaluate the short-term changes on $CO_2$ levels. Lastly, instead of performing large scale complex studies, we felt the need to expedite these results, given that the pandemic is worsening in certain countries.

## Conclusions

Our study demonstrates a significant increase in end-tidal $CO_2$ concentrations among healthy volunteers while donning KN95 respirator, valved-respirator as well as PAPR. However, the $CO_2$ rise during donning PAPR was consistently lower when compared to the K95 and valved-respirator. Therefore, there should not be a concern in their regular day-to-day use for healthcare providers. The clinical implications of elevated $CO_2$ levels with long-term use of passive masks needs further studies. Use of PAPR prevents relative hypercapnoea. We recommend further studies to evaluate whether PAPR (like JustAir® alone which provides adequate filtration of viral particles both during inhalation and exhalation) should be advocated for healthcare workers requiring PPE for extended hours. Also, further research is needed to determine if PAPR is more comfortable and, reduce symptoms such as headaches and does not impair cognitive performance.

**Acknowledgements**
None.

**Authors' contributions**
MSMR- Conceptualization, initial draft, data collection, analyses. CDL-Conceptualization, Data collection, critical revision. MTS- Data collection, critical revision. ACC- data analyses, critical revision. JJYO- Critical revision. VKS- Conceptualization, critical revision, final approval. The authors read and approved the final manuscript.

**Funding**
The study was funded by Theranova Inc., San Francisco, CA, US.

Rhee *et al. BMC Infectious Diseases*     (2021) 21:354

Page 7 of 7

### Availability of data and materials

The datasets used and/or analysed during the current study are available from the corresponding author on reasonable request.

## Declarations

### Ethics approval and consent to participate

The study was approved the the reseach ethics committee of Theranova LLC, US.

### Consent for publication

Not applicable.

### Competing interests

None of the authors declare any competing interests associated with this manuscript.

### Author details

[1]Theranova LLC, 101 Mississippi Street, San Francisco, CA 94107, USA. [2]Division of Neurology, National University Hospital and Yong Loo Lin School of Medicine, National University of Singapore, NUHS, Tower Block, 1E Kent Ridge Road, 119228 Singapore City, Singapore.

Received: 28 January 2021 Accepted: 5 April 2021

Published online: 16 April 2021

## References

1. Esposito S, Principi N, Leung CC, Migliori GB. Universal use of face masks for success against COVID-19: evidence and implications for prevention policies. Eur Respir J. 2020;55(6):2001260. 32350103. https://doi.org/10.1183/13993003.01260-2020.
2. Liang M, Gao L, Cheng C, Zhou Q, Uy JP, Heiner K, et al. Efficacy of face mask in preventing respiratory virus transmission: a systematic review and meta-analysis. Travel Med Infect Dis. 2020;36:101751. 32473312. https://doi.org/10.1016/j.tmaid.2020.101751.
3. Gillespie C. Does wearing a face mask reduce oxygen- and can it increase CO2 levels? Here's What Experts Say. Health 2020. Retrieved from https://www.health.com/condition/infectious-diseases/coronavirus/does-wearing-face-mask-increase-co2-levels
4. Scheid JL, Lupien SP, Ford GS, West SL. Commentary: physiological and psychological impact of face mask usage during the COVID-19 pandemic. Int J Environ Res Public Health. 2020;17(18):6655. 32932652. https://doi.org/10.3390/ijerph17186655.
5. Chan NC, Li K, Hirsh J. Peripheral oxygen saturation in older persons wearing nonmedical face masks in community settings. JAMA. 2020;324(22): 2323–4. https://doi.org/10.1001/jama.2020.21905.
6. Roberge RJ, Coca A, Williams WJ, Powell JB, Palmiero AJ. Physiological impact of the N95 filtering facepiece respirator on healthcare workers. Respir Care. 2010;55(5):569–77.
7. Samannan R, Holt G, Calderon-Candelario R, Mirsaeidi M, Campos M. Effect of Face Masks on Gas Exchange in Healthy Persons and Patients with COPD. Ann Am Thorac Soc. 2020. PMID: 33003954.
8. Lim EC, Seet RC, Lee KH, Wilder-Smith EP, Chuah BY, Ong BK. Headaches and the N95 face-mask amongst healthcare providers. Acta Neurol Scand. 2006;113(3):199–202. https://doi.org/10.1111/j.1600-0404.2005.00560.x.
9. Ong JJY, Bharatendu C, Goh Y, Tang JZY, Sooi KWX, Tan YL, et al. Headaches associated with personal protective equipment - a cross-sectional study among frontline healthcare workers during COVID-19. Headache. 2020;60(5):864–77. https://doi.org/10.1111/head.13811.
10. Bharatendu C, Ong JJY, Goh Y, Tan BYQ, Chan ACY, Tang JZY, et al. Powered air purifying respirator (PAPR) restores the N95 face mask induced cerebral hemodynamic alterations among healthcare workers during COVID-19 outbreak. J Neurol Sci. 2020;417:117078. 32768718. https://doi.org/10.1016/j.jns.2020.117078.
11. Sinkule E, Powell J, Goss F. Evaluation of N95 respirator use with a surgical mask cover: effects on breathing resistance and inhaled carbon dioxide. Ann Occup Hyg. 2013;57(3):384–98. https://doi.org/10.1093/annhyg/mes068.
12. Smith C, Whitelaw J, Davies B. Carbon dioxide rebreathing in respiratory protective devices: influence of speech and work rate in full-face masks. Ergonomics. 2013;56(5):781–90. https://doi.org/10.1080/00140139.2013.777128.
13. https://www.cdc.gov/niosh/npg/npgd0103.html Accessed on March 23, 2021.
14. Atangana E, Atangana A. Facemasks simple but powerful weapons to protect against COVID-19 spread: can they have sides effects? Results Phys. 2020;19:103425. 33014697. https://doi.org/10.1016/j.rinp.2020.103425.
15. Allen JG, MacNaughton P, Cedeno-Laurent JG, Cao X, Flanigan S, Vallarino J, et al. Airplane pilot flight performance on 21 maneuvers in a flight simulator under varying carbon dioxide concentrations. J Expo Sci Environ Epidemiol. 2019;29(4):457–68. https://doi.org/10.1038/s41370-018-0055-8.
16. Azuma K, Kagi N, Yanagi U, Osawa H. Effects of low-level inhalation exposure to carbon dioxide in indoor environments: a short review on human health and psychomotor performance. Environ Int. 2018;121(Pt 1): 51–6. https://doi.org/10.1016/j.envint.2018.08.059.
17. Satish U, Mendell MJ, Shekhar K, Hotchi T, Sullivan D, Streufert S, et al. Is CO2 an indoor pollutant? Direct effects of low-to-moderate CO2 concentrations on human decision-making performance. Environ Health Perspect. 2012;120(12):1671–7. https://doi.org/10.1289/ehp.1104789.
18. Sayers JA, Smith RE, Holland RL, Keatinge WR. Effects of carbon dioxide on mental performance. J Appl Physiol (1985). 1987;63:25–30.
19. Louhevaara VA. Physiological effects associated with the use of respiratory protective devices. A review. Scand J Work Environ Health. 1984;10(5):275–81. https://doi.org/10.5271/sjweh.2327.
20. Raven PB, Dodson AT, Davis TO. The physiological consequences of wearing industrial respirators: a review. Am Ind Hyg Assoc J. 1979;40(6):517–34. https://doi.org/10.1080/15298667991429912.
21. Radonovich LJ Jr, Cheng J, Shenal BV, Hodgson M, Bender BS. Respirator tolerance in health care workers. JAMA. 2009;301(1):36–8. https://doi.org/10.1001/jama.2008.894.

## Publisher's Note

Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

**Ready to submit your research?  Choose BMC and benefit from:**

• fast, convenient online submission

• thorough peer review by experienced researchers in your field

• rapid publication on acceptance

• support for research data, including large and complex data types

• gold Open Access which fosters wider collaboration and increased citations

• maximum visibility for your research: over 100M website views per year

**At BMC, research is always in progress.**

Learn more biomedcentral.com/submissions



Plaintiff's Exhibit 222

**COVID-19 Information**

Public health information (CDC)

Research information (NIH)

SARS-CoV-2 data (NCBI)

Prevention and treatment information (HHS)

Español

FULL TEXT LINKS



> Ergonomics. 2013;56(5):781-90. doi: 10.1080/00140139.2013.777128. Epub 2013 Mar 21.

# Carbon dioxide rebreathing in respiratory protective devices: influence of speech and work rate in full-face masks

Carmen L Smith [1], Jane L Whitelaw, Brian Davies

Affiliations
PMID: 23514282   DOI: 10.1080/00140139.2013.777128

## Abstract

Carbon dioxide ($CO_2$) rebreathing has been recognised as a concern regarding respirator use and is related to symptoms of discomfort, fatigue, dizziness, headache, muscular weakness and drowsiness. Previous investigations are limited by small sample size and have not evaluated the relationship between $CO_2$ inhalation and phonic respiration (breathing during speech) in respiratory protective devices (RPDs). A total of 40 workers trained in the use of RPDs performed a graded exercise test on a cycle ergometer that increased in workload every 5 min. During the third minute of each stage, participants read aloud a prepared text. Measures of mixed expired $CO_2$ ($PECO_2$), mixed inspired $CO_2$ ($PICO_2$) and respiration were monitored. The results showed that phonic respiration and low work rates contributed to significantly higher levels of $CO_2$ rebreathing. Aiming to reduce $CO_2$ exposure may result in improved wear time of RPDs. It is recommended that these findings be incorporated in technical specifications regarding human factors for RPDs.

**Practitioner summary:** Carbon dioxide ($CO_2$) rebreathing in respiratory protective devices (RPDs) has been highlighted as a key concern regarding respirator use. However, the problem is relatively under researched. This paper presents novel findings on the impact of phonic respiration (breathing during speech) and $CO_2$ concentrations in RPDs.

## Related information

MedGen
PubChem Compound (MeSH Keyword)

## LinkOut - more resources

**Full Text Sources**
Taylor & Francis

**Other Literature Sources**
scite Smart Citations

Plaintiff's Exhibit 223

associationofanaesthetists-publications.onlinelibrary.wiley.com

# Carbon dioxide re-breathing with close fitting face respirator masks

*S. J. Fletcher*

4-5 minutes

---

First published: 09 August 2006

Citations: 4

A response to a previously published article or letter can be submitted to the Online Correspondence section at http://www.anaesthesiacorrespondence.com. A selection of this correspondence is published several times a year in *Anaesthesia*. All correspondence intended for publication in *Anaesthesia* should be addressed to Dr David Bogod, Editor-in-Chief, and submitted as an e-mail attachment to anaesthesia@nottingham.ac.uk. For multi-author letters, a covering letter signed by all authors must be submitted either by post, fax (44 (0) 115 962 7670) or by e-mail as a scanned document before correspondence can be published. Alternatively, letters may be submitted typewritten on one side of paper, double spaced with wide margins to *Anaesthesia*, 1st Floor, Maternity Unit, Nottingham City Hospital, Hucknall Road, Nottingham, NG5 1PB, UK. All paper submissions must include a signed covering letter, a disc or CD-ROM with a Word for Windows or .rtf version of the letter and an email address for the corresponding author. Copy should be prepared in the usual style of the Correspondence section. Authors must follow the advice about references and other matters contained in the Author Guidelines at http://www.blackwellpublishing.com/journals/ana/submiss.htm. Correspondence presented in any other style or format will be returned to the author for revision.

Guidelines for the use of personal protective equipment when caring for patients who are affected by highly infectious pathogens such as SARS, avian influenza and tuberculosis include the use of high efficiency respirators that filter at least 95% of particles with a median diameter of 0.1   micron. These must therefore be close fitting to prevent air leakage [1, 2]. A healthy intensivist (SF), wearing such a respirator (Tecnol Fluidshield PFR95, Kimberly Clark Corporation, Roswell, GA) to perform a percutaneous tracheostomy on a patient with multidrug resistant pulmonary tuberculosis, experienced dyspnoea, tachycardia and tremor after 30   min. End-tidal carbon dioxide measured at

the mouth by hand-held capnometry was 6.3   kPa (normal value 5.3   kPa). We postulated that the symptoms were due to hypercapnia.

We measured the end-tidal carbon dioxide levels in four anaesthetists wearing the same design of mask, before and after performing tracheal intubation on another patient with pulmonary tuberculosis. Measurements were taken by sidestream capnometer (Poet LT, Criticare, Waukesha, WI) using a 15-mm T-piece held between the lips. The mean baseline end-tidal carbon dioxide level was 5.18   kPa. Post-procedure (20   min later) the mean end-tidal carbon dioxide level was 5.95   kPa (p   =   0.007). No subjects reported symptoms of hypercapnia. The rise in end-tidal carbon dioxide is due to rebreathing of expired alveolar gas that is 'trapped' in the respirator, with the degree of rebreathing being proportional to the volume of the respirator ('dead space'). It is likely that all tight-fitting, high efficiency respirators will behave similarly, with only the size of dead space varying between designs.

The respiratory response to hypercapnia is an increase in minute ventilation, giving rise to the sensation of dyspnoea. Moderate (6.18   kPa) to high (7.5   kPa) levels of end-tidal carbon dioxide have also been shown to impair significantly cognitive and psychomotor performance and it is likely that this effect of carbon dioxide is dose related with no threshold [3]. Clearly, our findings are of uncertain practical significance and further trials would be required employing cognitive and psychomotor measurements and arterial blood gas analysis.

In the event of an influenza pandemic, large numbers of healthcare workers may need to wear these respirators for prolonged periods and problems with hypercapnia might reduce the tolerability of these devices. Whether psychomotor performance is affected also remains to be seen.

### References

### Citing Literature

Plaintiffs' Exhibit 224

thenewamerican.com

# CDC Admits: No Conclusive Evidence Cloth Masks Work Against COVID - The New American

6-8 minutes



Janna Danilova/iStock/Getty Images Plus

In a recent report in *Emerging Infectious Diseases*, the U.S. Centers for Disease Control and Prevention (CDC) suggests what experts have stated all along: There is no conclusive evidence that cloth masks protects users from coronavirus, especially since most people do not use them correctly and do not keep them clean.

The report states:

More research on cloth masks is needed to inform their use as an alternative to surgical masks/respirators in the event of shortage or high-demand situations. To our knowledge, only 1 randomized controlled trial has been conducted to examine the efficacy of cloth masks in healthcare settings, and the results do not favor use of cloth masks.

More randomized controlled trials should be conducted in community settings to test the efficacy of cloth masks against respiratory infections.

There is increasing evidence that cloth masks not only may be ineffective against stopping coronavirus transmission, but that they may actually increase the spread of the virus, as well as worsening other health conditions.

A September report by the CDC found that more than 70 percent of COVID-positive patients contracted the virus in spite of faithful mask wearing while in public. Moreover, 14 percent of the patients who said they "often" wore masks were also infected. Meanwhile, just four percent of the COVID-positive patients said they "never" wore masks in the 14 days before the onset of their illness.

Likewise, the CDC's October journal report references a 2015 study on cloth mask efficacy that found that rates of infection were "consistently higher" among those in the cloth mask group versus that of the medical mask and control groups. The authors of the study suggested it was likely that the cloth masks were problematic because they retained moisture and had poor filtration.

The CDC writes of that study, "This finding suggest that risk for infection was higher for those wearing cloth masks."

The *California Globe* also observed that extensive randomized control trial (RCT) studies and meta-analysis reviews of those studies have shown that masks and respirators are ineffective against the spread of influenza-like illnesses and respiratory illnesses believed to be spread by droplet and aerosol particles. The *Globe* cited an analysis of 10 "randomized controlled tests" (RCTs) by the Center for Disease Control found "no significant reduction in influenza transmission with the use of face masks."

"There is limited evidence for their [masks] effectiveness in preventing influenza virus transmission," the studies found. This applied to masks "worn by the infected person for source control OR when worn by uninfected persons." They concluded that there was "no significant effect of face masks on transmission of laboratory-confirmed influenza."

Yet the CDC continues to recommend cloth masks for public use, even as the organization has flip-flopped on whether the virus is airborne. Their latest assertion is that airborne transmission is "sometimes" possible "under special circumstances."

However, some experts have been sounding the alarm on the widespread use of masks, asserting they may cause more harm than good.

In fact, a group of doctors in Oklahoma is suing the Tulsa mayor and the Tulsa Health Department over the city's mask mandate, asserting masks cause healthy people to become sick.

"On the OSHA website it states that employers shouldn't make employees work in an environment where they have less than a 19.5 percent oxygen level," said Clayton Clark, one of the plaintiffs. "And the mandated masks cause employees to dip below a 19.5 percent oxygen level within 10 seconds of wearing a mask, so I don't want to make my healthy employees sick."

Another plaintiff, Dr. James Meehan, MD, said he has seen an increase in patients with facial rashes, as well as fungal and bacterial infections, and has heard from colleagues around the globe that bacterial pneumonia is on the rise. He asserts this increase stems directly from mask wearing.

"Why might that be? Because untrained members of the public are wearing medical masks, repeatedly … in a non-sterile fashion…. They're becoming contaminated," he said at an August press conference. "They're pulling them off of their car seat, off the rearview mirror, out of their pocket, from their countertop, and they're reapplying a mask that should be worn fresh and sterile every single time."

"New research is showing that cloth masks may be increasing the aerosolization of the SARS-COV-2 virus into the environment causing an increased transmission of the disease," he added.

Dentists have also reported increases in oral hygiene issues, which they have dubbed "mask mouth."

"We're seeing inflammation in people's gums that have been healthy forever, and cavities in people who have never had them before," says Dr. Rob Ramondi, a dentist and co-founder of One Manhattan Dental. "About 50% of our patients are being impacted by this, [so] we decided to name it 'mask mouth' — after 'meth mouth.'"

On the other hand, Sweden has declared virtual victory over the coronavirus, absent any draconian responses to the pandemic such as mask mandates and lockdowns, opting instead for "herd immunity."

"Sweden has gone from being the country with the most infections in Europe to the safest one," Sweden's senior epidemiologist Dr. Anders Tegnell told Italian newspaper *Corriere della Sera.*

"The findings that have been produced through face masks are astonishingly weak, even though so many people around the world wear them," Tengell states.

The European Center for Disease Control and Prevention confirmed Sweden's reduction in infection rates, with just 12 cases per million, Summit News reported.

Reports by the CDC reveal that just six percent of reported COVID-19 deaths came directly from the virus, while a whopping 94 percent of the deaths attributed to the coronavirus were from people who had two to three serious underlying conditions, in addition to COVID-19.

Plaintiffs' Exhibit 225

**Perma.cc record**

Captured March 9, 2021 3:51 pm See the Capture View (/GY2U-2683) What is Perma.cc? (/about)

Show record details

View the live page (https://www.oann.com/cdc-face-masks-dont-prevent-covid-19-study-finds-masks-have-had-negligible-impact-on-coronavirus

OAN One America News Network

# CDC: Face Masks Don't Prevent COVID-19, Study Finds Masks Have Negligible Impact On Coronavirus Numbers

Ad

New Tesla Device Lowers Your Electric Bill By 90% (Try It Tonight)

Ad by GrowthMax News

States i Longer

Gen Til wears a protective face mask while working out at Planet Granite climbing gym during the coronavirus pandemic in San Francisco, Thursday, March 4, 2021. The gym opened today to allow ten percent capacity. (AP Photo/Jeff Chiu)

Should the United States prevent Iran from acquiring nuclear weapons?

Would you vote for Trump if he ran in 2024?

Yes No Not sure

24,722 Votes

People Can't Believe This Incredible Hiking Pole (Get Yours Today)

10,419

Are you still loyal to President Trump?

Yes No Not sure

195,114 Votes

Promoted Content

Virginia in a Frenzy: Cannabis Strain Discovery Leaves Doctors Speechless

Ad by Spruce CBD Read More ›

Sen. Lee: Earmarks are a 'corrupting influence' in Congress

Honest Elections Project



**Perma.cc record**

Captured March 9, 2021 3:51 pm    See the Capture View (/GY2U-26B3)    What is Perma.cc? (/about)

Show record details

2,198 Votes · Promoted Content



Honest Elections Project looks to restore faith in U.S. elections



Dr. Gottlieb: COVID 'strains' will produce new COVID surge

OAN Newsroom  (https://www.oann.com/cdc-face-masks-dont-prevent-covid-19-study-finds-masks-have-had-negligible-impact-on-coronavirus...)

View the live page

5 PM PT – Sunday, March 7, 2021

==The CDC has admitted face masks do little to prevent the spread of COVID-19 amid mounting pressure to lift mask mandates across the U.S. In a **new study**, the CDC found face masks had a negligible impact on coronavirus numbers that didn't exceed statistical margins of error.==

GOP lawmakers call on states to introduce election integrity laws



Merchant Jesus Barajas (C) wears a face mask as he shows long stem roses for sale ahead of the Valentine's Day holiday at the Southern California Flower Market on February 12, 2021 in Los Angeles, California. (Photo by PATRICK T. FALLON/AFP via Getty Images)

==The **study** found that between March and December 2020, face mask orders reduced infection rates by 1.5 percent over the rolling periods of two months each. The masks were 0.5 percent effective in the first 20 days of the mandates and less than 2 percent effective after 100 days.==



A traveler wears a face mask while checking their phone on the arrivals level outside the Tom



iHeartRADIO
LISTEN TO
*OAN*
LIVE
FOR FREE

Listen Now

Plaintiffs' Exhibit 226

washingtonpost.com

# CDC reversal on indoor masking prompts experts to ask, 'Where's the data?'

*Joel Achenbach, Yasmeen Abutaleb, Ben Guarino, Carolyn Y. Johnson*

10-13 minutes          July 28, 2021

New recommendations from federal health officials this week on when vaccinated Americans should don face masks came with a startling bolt of news: People who have had their shots and become infected with the delta variant of the coronavirus can harbor large amounts of virus just like unvaccinated people. That means they could become spreaders of the disease and should return to wearing masks indoors in certain situations, including when vulnerable people are present.

But the Centers for Disease Control and Prevention did not publish the new research. In the text of the updated masking guidance, the agency merely cited "CDC COVID-19 Response Team, unpublished data, 2021."

Some outside scientists have their own message: Show us the data.

"They're making a claim that people with delta who are vaccinated and unvaccinated have similar levels of viral load, but nobody knows what that means," said Gregg Gonsalves, an associate professor at the Yale School of Public Health. "It's meaningless unless we see the data."

Top health officials Anthony S. Fauci and Rochelle Walensky said July 28 that vaccinated individuals should wear masks indoors, per new CDC guidance. (The Washington Post)

When CDC Director Rochelle Walensky spoke to reporters Tuesday, she cited the "new scientific data" but provided limited details about how the research was done. She said the data comes from outbreak investigations in which researchers compared delta infections among vaccinated and unvaccinated people.

The data will be "published imminently," according to a federal official knowledgeable about the research but who was not authorized to be a spokesperson for the government.

"These data were alarming and recently presented," the official said Wednesday. "We saw the data and thought it was urgent enough to act — in the context of a steeply rising, preventable fourth surge of covid-19."

Because tests showed similar levels of virus in the vaccinated and unvaccinated, the CDC

inferred the delta variant can be transmitted by people with breakthrough infections.

"I think the implications [of the data] are that people who are vaccinated, even when they're asymptomatic, can transmit the virus, which is the scientific foundation of why this recommendation is being made," Anthony S. Fauci, President Biden's chief medical adviser, said in an interview with The Washington Post.

But Fauci noted there is not yet clinical data on what the high viral loads mean in terms of disease transmission. "You can make a reasonable assumption that vaccinated people can transmit the virus just like unvaccinated people can," Fauci said.

Three senior administration officials who spoke on the condition of anonymity to describe internal discussions said the new research convinced health officials that it was time to update the agency's guidance. When scientists compared viral loads in vaccinated and unvaccinated individuals infected with an earlier variant of the virus — the alpha variant, which was dominant in the spring — there were considerable differences in the amount of virus each carried.

The CDC did not answer questions Wednesday about whether it relied on outside sources of data or the number of patients examined in its outbreak investigations.

The medical and scientific community has generally endorsed the change in CDC mask guidance. Several organizations and public health experts issued statements saying the CDC should have gone further and broadened the criteria for deciding which communities have transmission high enough to warrant universal masking indoors.

The question about viral loads is among the many unknowns surrounding SARS-CoV-2, including the frequency of breakthrough infections and whether they play a significant role in the recent rise in cases.

"If we're seeing more breakthroughs, is it just because the virus is better and the vaccines don't hold up quite as well, or is the efficacy of the vaccines beginning to wane, independent of the delta?" asked Robert Wachter, chair of the Department of Medicine at the University of California at San Francisco. "This is three-dimensional chess, there's a hundred things going on at the same time."

There is now a Greek-alphabet soup of viral variants competing with one another. The delta, which was first identified in the United States in February and only gained traction in June, is dominant in the United States.

"The big concern is that the next variant that might emerge, just a few mutations away, could potentially evade our vaccine," Walensky said Tuesday.

There are multiple vaccines deployed to stop the pandemic, with a range of efficacy in stopping mild infections. The vaccines are all highly protective against severe disease and death. Pfizer published data Wednesday showing a modest drop in efficacy over the course of six months.

Although delta is more than twice as transmissible as earlier variants, it does not have some of the mutations seen in other variants that can help the virus evade antibodies. But the delta

Plaintiff's Exhibit 227

fee.org

# CDC: Schools With Mask Mandates Didn't See Statistically Significant Different Rates of COVID Transmission From Schools With Optional Policies

*Jon Miltimore*

7-9 minutes

8-25-21

The ACLU on Tuesday announced it is bringing a lawsuit against South Carolina over its mask policy.

The Palmetto State is one of seven states—along with Texas, Iowa, Oklahoma, Arizona, Utah, and Florida— that have policies in place banning schools from having mask policies. Thirteen states, meanwhile, have laws that mandate masks in schools. The majority of states (30) allow school districts to determine their own mask policies.

"We're suing to end South Carolina's ban on mask requirements in schools, with Disability Rights South Carolina, Able South Carolina, and parents," the ACLU said. "Students with disabilities are effectively being excluded from public schools because of this ban. Courts must intervene."

The ACLU's action is the latest salvo in a battle over a question that divides America: should schools be able to compel children to wear face coverings in school?

## New Science on Masks

With fall approaching, many Americans are wondering whether they should send their children to school with a mask—or if they'll even have a choice.

A recent *New York* magazine article states that the science on masks "remains uncertain," but noted the Centers for Disease Control and Prevention (CDC) in May published a large-scale study of COVID transmission in US schools.

The study, which analyzed some 90,000 elementary students in 169 Georgia schools from November 16 to December 11, found that there was no statistically significant difference in schools that required students to wear masks compared to schools where masks were optional.

"The 21% lower incidence in schools that required mask use among students was not statistically significant compared with schools where mask use was optional," the CDC said. "This finding might be attributed to higher effectiveness of masks among adults, who are at higher risk for SARS-CoV-2 infection but might also result from differences in mask-wearing behavior among students in schools with optional requirements."

As *New York* magazine's David Zweig noted, these findings, as well as other statistically insignificant preventive measures, "cast doubt on the impact of many of the most common mitigation measures in American schools."

The CDC's findings on masks and other preventive measures would not be particularly noteworthy or controversial outside the US. As *New York* magazine noted, many European nations have exempted students from mask mandates—including the UK, all of Scandinavia, the Netherlands, Switzerland, and even France and Italy—though with varying age cutoffs. The results have not been dire.

"Conspicuously, there's no evidence of more outbreaks in schools in those countries relative to schools in the U.S., where the solid majority of kids wore masks for an entire academic year and will continue to do so for the foreseeable future," wrote Zweig. "These countries, along with the World Health Organization, whose child-masking guidance differs substantially from the CDC's recommendations, have explicitly recognized that the decision to mask students carries with it potential academic and social harms for children and may lack a clear benefit."

These findings in the US, however, are another matter.

Masks have been one of the most polarizing issues in the country during the pandemic, perhaps because US policy has whipsawed back and forth. Americans remain bitterly divided on the issue. There have been careers ruined, messy retractions, and endorsements lost.

In particular, the CDC's findings are not helpful to politicians and bureaucrats who continue to argue that students must be masked during school.

"Whether [students] are vaccinated or not, they need to wear a mask," Dr. Anthony Fauci said during a recent panel discussion streamed online.

For this reason or some other, the CDC determined to not include its finding that "required mask use among students was not statistically significant compared with schools where mask use was optional" in the summary of its report, which has received very little media attention to date.

Meanwhile, the mask wars are heating up.

The Biden Administration recently directed Education Secretary Miguel Cardona to

employ "all of his oversight authorities and legal actions" against governors preventing schools from passing mask mandates. Cardona acted swiftly.

"These states are needlessly placing students, families, and educators at risk," the Education Secretary wrote in a public letter. "Yet in each of these states, there are also educators and others who are taking steps to protect the health and safety of their school communities."

## The Common Good?

The CDC's findings are hardly the only research on the issue of masks and COVID transmission, and the study will not be the final word—in large part because masks are too politically divisive to allow either side to "win." The question is *why*.

The economist Ludwig von Mises noted many years ago that a great deal of modern social conflict stems from a struggle over who gets to design the world, public authorities or individuals. Masks are no different. By removing this decision from the individual, public health officials turned masks into a political conflict.

Masks are no longer simply a matter of individual or public health. Bear in mind, children face a low risk of falling sick or being hospitalized with COVID—with or without a face mask. Small children are far more likely to die of the flu, a car accident, a swimming pool, cancer or some other ailment than COVID-19, CDC data show. The battle of school masks mandates has now become a political conflict, part of a larger struggle between the individual and collectivism.

"Collectivism means the subjugation of the individual to a group—whether to a race, class or state does not matter," Ayn Rand once observed. "Collectivism holds that man must be chained to collective action and collective thought for the sake of what is called 'the common good.'"

In modern America, the common good now means using any means necessary to coerce individuals to get vaccinated and wear masks—including government coercion and public shame in various forms. The health of the collective—both literal and figurative—demands it.

This is unhealthy, some say, and potentially dangerous.

Martin Kulldorff, a professor at Harvard Medical School who studies infectious diseases, recently observed that the way we're treating the spread of COVID-19 is unique compared to other pandemics throughout human history.

"For thousands of years, disease pathogens have spread from person to person. Never before have carriers been blamed for infecting the next sick person," Kulldorff noted on

Twitter. "That is a very dangerous ideology."

Indeed it is.

Whether masks promote health is unclear—many Europeans without mask mandates have far lower COVID mortality rates than the US. What is far more certain—in light of the lessons of history—is that a healthy society is one that empowers individuals with choice and freedom.

Plaintiffs' Exhibit 228

theblaze.com

# Horowitz: CDC study: 85% of COVID-19 cases in July were people who often or always wear masks

*Daniel Horowitz*

5-6 minutes

---

Two weeks ago, my wife set up an outdoor picnic for a friend and her family who were stopping by for a visit during a cross-country trip. They were too scared to come indoors and all wore masks, even outside. A week later, she texted my wife that she tested positive for the virus after experiencing very mild symptoms. "Why would they tell us to wear masks if they don't work?" she asked my wife.

Well, wouldn't we all love to know?

You feel bad for those who think they can avoid getting a virus that spreads as prolifically as a cold simply by wearing a mask. A new study from the CDC demonstrates what we have suspected all along – that the overwhelming majority of people contracting the virus have been consistently wearing masks for quite some time. Fortunately for them, very few of them will get clinically ill from the virus.

A survey conducted by over a dozen medical institutions for the CDC and published in Sept. 11's Morbidity and Mortality Weekly Report showed that 85% of those who contracted COVID-19 during July among the study group either "always" or "often" wore face coverings within the 14 days before they were infected. More than 70% of those outpatient individuals who tested positive reported always wearing masks. Just 3.9% reported never wearing a mask.

TABLE. (*Continued*) Characteristics of symptomatic adults ≥18 years who were outpatients in 11 academic health care facilities and who received positive and negative SARS-CoV-2 test results (N = 314)* — United States, July 1–29, 2020

| | No. (%) | | |
|---|---|---|---|
| Characteristic | Case-patients (n = 154) | Control participants (n = 160) | P-value |
| Previous close contact with a person with known COVID-19 (missing = 1) | | | |
| No | 89 (57.8) | 136 (85.5) | <0.01 |
| Yes | 65 (42.2) | 23 (14.5) | |
| Relationship to close contact with known COVID-19 (n = 88) | | | |
| Family | 33 (50.8) | 5 (21.7) | <0.01 |
| Friend | 9 (13.8) | 4 (17.4) | |
| Work colleague | 11 (16.9) | 6 (26.1) | |
| Other** | 6 (9.2) | 8 (34.8) | |
| Multiple | 6 (9.2) | 0 (0.0) | |
| Reported use of cloth face covering or mask 14 days before illness onset (missing = 2) | | | |
| Never | 6 (3.9) | 5 (3.1) | 0.86 |
| Rarely | 6 (3.9) | 6 (3.8) | |
| Sometimes | 11 (7.2) | 7 (4.4) | |
| Often | 22 (14.4) | 23 (14.5) | |
| Always | 108 (70.6) | 118 (74.2) | |

* Respondents who completed the interview 14–23 days after their test date. Five participants had significant missingness for exposure questions and were removed

Source: CDC

If anything, mask-wearing has gotten more universal with greater enforcement in the ensuing months, yet the virus continues to spread rapidly.

Recently, the CDC's own director, Robert Redfield, told a Senate panel that mask-wearing is more effective than a vaccine. Well, have you ever seen 85% of people infected with a particular virus having had a vaccine?!

This survey magnifies the reality of the past few months. Whether it's Japan, Hong Kong, Israel, France, Peru, Philippines, Hawaii, California, Miami, or Argentina, the virus spread wildly months after strict mask mandates have already been in place. The reality is that the pores in surgical masks are about 30 times larger than the average size of SARS-CoV-2 virions, and some of the cheap (but more comfortable) cotton masks that are commonly worn have pores hundreds of times larger than the virus particles.

This is why, before the issue became political, Dr. Fauci scoffed at the notion that wearing masks would serve any use. "The masks sold at drugstores aren't even good enough to truly protect anyone," Fauci told USA TODAY's editorial board on Feb. 17. "If you look at the masks that you buy in a drug store, the leakage around that doesn't do much to protect you. … Now, in the United States, there is absolutely no reason to wear a mask."

The leakage is akin to trying to contain flies in a jail cell.

One also has to wonder whether the original warnings of government about reuse of masks are contributing to even greater spread. One high school in central Michigan is completely perturbed by an outbreak of strep throat in the

school district, "despite" all the COVID protocols in place, which includes using masks. Dr. Jennifer Morse, the medical director at the health department, told that local media that it was "strange" to have such an outbreak given that strep spreads the same way as coronavirus and they were implementing all of the magical COVID mitigation techniques. However, the superintendent of Shepherd Public Schools, Greg McMillan, posited, according to WJRT, that "not washing masks enough could be helping to spread the bacteria and that putting masks on different surfaces could spread it, too."

Ya think? Our government and past academic literature long warned that use of masks in the general population would result in the spread of bacteria. A 2015 randomized clinical trial from the University of South Wales testing the effectiveness of cloth masks among health care workers in Hanoi found a high rate of infection among those workers because "their reuse and poor filtration may explain the increased risk of infection." Schoolchildren wearing cloth masks every day was always a recipe for disaster.

Remember streptococcus cells are between 0.5 and 2 microns, roughly 5-20 times larger than SARS-CoV-2 virions (which are about 0.06-0.14 microns), yet the masks still failed to protect against them and perhaps contributed to the spread of the bacteria. How much longer are we going to allow false science to drive the most consequential decisions of our lifetime?

Last week, Washington Governor Jay Inslee declared, "What aircraft carriers were in World War II, masks are today." Actually, it appears that masks are today more like what the Vichy French were to the advancing German forces.

In 1961, President Eisenhower warned, "We must also be alert to the equal and opposite danger that public policy could itself become the captive of a scientific-technological elite." Boy, does that ring true today.

Plaintiff's Exhibit 229

thefederalist.com

# CDC Study Finds Overwhelming Majority Of People Getting Coronavirus Wore Masks

*October 12, 2020 By Jordan Davidson*

3-4 minutes

A Centers for Disease Control report released in September shows that masks and face coverings are not effective in preventing the spread of COVID-19, even for those people who consistently wear them.

A study conducted in the United States in July found that when they compared 154 "case-patients," who tested positive for COVID-19, to a control group of 160 participants from health care facilities who were symptomatic but tested negative, over 70 percent of the case-patients were contaminated with the virus and fell ill despite "always" wearing a mask.

"In the 14 days before illness onset, 71% of case-patients and 74% of control participants reported always using cloth face coverings or other mask types when in public," the report stated.

TABLE. (*Continued*) Characteristics of symptomatic adults ≥18 years who were outpatients in 11 academic health care facilities and who received positive and negative SARS-CoV-2 test results (N = 314)* — United States, July 1–29, 2020

| | No. (%) | | |
|---|---|---|---|
| Characteristic | Case-patients (n = 154) | Control participants (n = 160) | P-value |
| Previous close contact with a person with known COVID-19 (missing = 1) | | | |
| No | 89 (57.8) | 136 (85.5) | <0.01 |
| Yes | 65 (42.2) | 23 (14.5) | |
| Relationship to close contact with known COVID-19 (n = 88) | | | |
| Family | 33 (50.8) | 5 (21.7) | <0.01 |
| Friend | 9 (13.8) | 4 (17.4) | |
| Work colleague | 11 (16.9) | 6 (26.1) | |
| Other** | 6 (9.2) | 8 (34.8) | |
| Multiple | 6 (9.2) | 0 (0.0) | |
| Reported use of cloth face covering or mask 14 days before illness onset (missing = 2) | | | |
| Never | 6 (3.9) | 5 (3.1) | 0.86 |
| Rarely | 6 (3.9) | 6 (3.8) | |
| Sometimes | 11 (7.2) | 7 (4.4) | |
| Often | 22 (14.4) | 23 (14.5) | |
| Always | 108 (70.6) | 118 (74.2) | |

In addition, over 14 percent of the case-patients said they "often" wore a face covering and were still infected with the virus. The study also demonstrates that under 4 percent of the case-patients became sick with the virus even though they "never" wore a mask or face covering.

Despite over 70 percent of the case-patient participants' efforts to follow CDC recommendations by committing to always wearing face coverings at "gatherings with ≤10 or >10 persons in a home; shopping; dining at a restaurant; going to an office setting, salon, gym, bar/coffee shop, or church/religious gathering; or using public transportation," they still contracted the virus.

While the study notes that some of these people may have contracted the virus from the few moments that they removed their mask to eat or drink at "places that offer on-site eating or drinking," the CDC concedes that there is no successful way to evaluate if that was the exact moment someone became exposed and contracted the virus.

"Characterization of community exposures can be difficult to assess when widespread transmission is occurring, especially from asymptomatic persons within inherently interconnected communities," the report states.

In fact, the report suggests that "direction, ventilation, and intensity of airflow might affect virus transmission, even if social distancing measures and mask use are implemented according to current guidance."

Despite this new scientific information, the CDC, Director of the National Institute of Allergy and Infectious Diseases Dr. Anthony Fauci, and many political authorities are still encouraging people to wear masks. Many states and cities have even mandated masks, citing them as one of the main tools to "slow the spread" of coronavirus and keep case numbers in their area down.

Jordan Davidson is a staff writer at The Federalist. She graduated from Baylor University where she majored in political science and minored in journalism.

Plaintiffs' Exhibit 230

ecotextile.com

# Exclusive: Chemical cocktail found in face masks

*John Mowbray*

7-9 minutes

---

**Top German scientists have found that wearing certain types of face masks for long periods of time could result in potentially hazardous chemicals and harmful microplastics being inhaled deep into human lungs.**

**Professor Michael Braungart, director at the Hamburg Environmental Institute and co-founder of the world-renowned Cradle to Cradle environmental standard has told *Ecotextile News* that mask wearers unwittingly run the risk of breathing in carcinogens, allergens and tiny synthetic microfibres by wearing both textile and nonwoven surgical masks for long periods of time.**

**His recent findings have been backed up by another leading industry textile chemist Dr. Dieter Sedlak, managing director and co-founder of Modern Testing Services Augsburg, Germany in partnership with Modern Testing Services Global, Hong Kong who found elevated concentrations of hazardous fluorocarbons, formaldehyde and other potentially carcinogenic substances on surgical face masks: "I can only say 100 per cent that I have similar concerns to Prof. Braungart."**

With over 40 years in the business, Dr. Sedlak, who was also the former Global Product Safety Director at a major global Specialty Chemicals supplier is one of the most respected figures in the textile chemicals sector and helped to develop various leading EHS chemical management systems and RSL concepts used today by major global apparel and footwear brands.

Initial analytical tests by both of these experts have now thrown into doubt the wisdom of whether people should be wearing certain types of masks for hours on end. Particularly schoolchildren, factory workers and long-haul flyers who may be at a greater risk from the long-term damage to lungs through exposure to both restricted chemistry and microplastics – perhaps outweighing the short-term risk of any exposure to the coronavirus?

"What we are breathing through our mouth and nose is actually hazardous waste," said Professor Braungart, who ran preliminary tests on used surgical masks that found traces of chemicals such as the known carcinogen aniline as well as formaldehyde and optical brighteners – both heavily restricted on consumer goods by European and US authorities to minute parts per million concentrations.

Separate studies by Dr. Sedlak have also shown the presence of compounds such as 2-butanone oxime (carcinogenic) blocked diisocyanates used as crosslinkers for perfluorocarbons (PFCs) on face masks. Used in the textile sector as oil and water repellents on fabrics, by-products of PFCs are known to be bio-persistent and their use is heavily restricted by authorities in Europe and the USA. Last year, a group of US scientists called for all per- and poly-fluorinated substances (PFAS) to be treated as one single class of chemistry and said they should be avoided for non-essential uses due to their hazardous toxicological and eco-toxicological profile.

"Honestly, I had not expected PFC's would be found in a surgical mask, but we have special routine methods in our labs to detect these chemicals easily and can immediately identify them. This is a big issue," explained Dr. Sedlak.

"It seems this had been deliberately applied as a fluid repellent – it would work to repel the virus in an aerosol droplet format – but PFC on your face, on your nose, on the mucus membranes, or on the eyes is not good." Along with PFCs, he also detected – besides the PFC crosslinkers – compounds such as formaldehyde and acetaldehyde whereas a GCMS chromatogram showed "100s of peaks from other contaminants."

**Microfibre concern**

Like Sedlak, Braungart noted that surgical masks have been designed to be worn for very specific purposes such as by clinicians or for a short period of

time before being discarded. They are not designed to be crumpled up in people's pockets where the "friction and damp environment promotes both fibre abrasion and encourages bacterial colonisation over time," he said.

This abrasion can, he says, cause the release of tiny microplastics as the polypropylene fibres break down from mechanical wear and tear, finding in tests that some masks shed microfibres classed as hazardous 'dust' by the German Social Accident Insurance (DGUV). Fibres of this type of geometry that meet this dust standard are also referred to as 'WHO fibres' after earlier work by the World Health Organisation on asbestos.

**Textiles preferable to nonwovens?**

During the on-going pandemic most people are now also wearing masks and face coverings made from traditional textile materials that would normally be used to make our clothing.

Thankfully, the risks associated with harmful chemicals on clothing are lower than ever, but the risks aren't zero. "The risks associated with clothing tend to be due to skin contact, apart from babies that tend to suck anything they can get near their mouth – and therefore it is normal to have tougher, more stringent chemical standards for babywear textiles," according to textile chemical expert, Phil Patterson of Colour Connections, who also works with the highly respected ZDHC Foundation on chemical management.

"In my opinion, textile masks do not begin to pass this most basic hazard test for kids, for whom the risks of COVID have been categorically demonstrated to be miniscule," he said.

**Potential litigation risks?**

One unforeseen problem for those mandating the continued and long-term wearing of face masks, such as governments and businesses, is the potential for future litigation if they are proven to have any long-term adverse impacts on human health – especially since long-term studies have yet to be undertaken.

Patterson, who has advised some of the world's biggest clothing retailers and brands on chemical management agrees this could be an issue.

"I'd be very wary of *mandating* masks, as some chemicals and fibres may have

long-term effects – and that possibly opens the floodgates of personal injury claims at some stage in the future."

**Big brands**

Nate Sponsler, director at the AFIRM Group that represents over 30 well-known consumer brands, such as Amazon, Nike and Levi Strauss, in a bid to reduce the use of harmful substances in textiles says it's early days when looking at face masks. "We have not yet done any formal data aggregation or studies specific to face masks, so I'm glad this issue is being highlighted," he said.

He says textile face masks are a different issue to surgical face masks where he says he's "not surprised" to see potential hazardous substances based on fluorine applied to these masks, given that they're designed for use in the medical sector, "where all kinds of exemptions for chemistry on PPE exist," he said.

He also noted that for kids face masks "the AFIRM best practice would be to use organic cotton, and for adults where more materials and chemistry are being used (such as prints for example), this does require more due diligence."

Masks have been an integral part of the global response to the coronavirus and a necessary intervention – especially at the height of the pandemic. But as we start to emerge from this global health crisis, leading scientists are now questioning whether the real risk of exposure to potentially hazardous chemicals from long-term mask wearing is actually higher than the risk of coming into contact with the Sars-CoV-2 virus – especially for children and young adults who are in the low-risk category when it comes to developing severe COVID-19.

*This is an abridged version of a full feature which appears in the both the print and e-version Ecotextile News, April 2021. Click here to subscribe.*

Plaintiffs' Exhibit 231

patriotrising.com

# Child Abuse: Masked schoolchildren are harmed physically, psychologically, behaviorally and suffer from 24 distinct health issues - Patriot Rising

*PatriotRisinghttps://www.patriotrising.comFree thinker, beer drinker.*

4-6 minutes

---



A first-of-its-kind study, involving over 25,000 children, reveals that masks are harming schoolchildren in many physical and psychological ways and have a negative effect on their behavior, focus and interest in learning. These negative effects are censored from social media, under-reported by the media, and ignored by government officials. Of the 25,930 children studied, the database includes at least 17,854 health complaints submitted by parents. These health issues and impairments were observed in approximately 68 percent of masked schoolchildren who were forced to wear a face covering for an average of four and a half hours per day.

## Prolonged, forced, strict mask wearing destroys the health of children

The registry, established on October 20th, 2020, asked 363 doctors to inform parents and teachers that they can report the health impacts they are witnessing from prolonged mask use of children. The health issues were exhaustive and included irritability (60%), headache (53%), difficulty concentrating (50%), less happiness (49%), reluctance to go to school/kindergarten (44%), malaise (42%) impaired learning (38%) and drowsiness or fatigue (37%)." Nearly a third of the children sleep worse than normal, and quarter of the children had developed new fears. Hundreds of children were less cheerful, less playful and most were unusually irritable.

Even more concerning, (29.7%) had shortness of breath, (26.4%) experienced dizziness, and hundreds of children suffered from feelings of weakness, a feeling of disease, accelerated respiration, tightness in the chest, and short-term impairment of consciousness. Universal mask wearing is destroying the health of children, making their immune system more susceptible to disease. (Related: The CDC is developing a nationwide "medical police state" program to track vaccine compliance; may lead to "medical kidnapping" of children.)

## Masking of schoolchildren is a medical experiment that should be a parent's choice and require informed consent

Around the world, fathers and mothers are losing their parental rights as asinine medical interventions are mandated on their children in the school setting. Children are being psychologically raped, as adults force them to believe that their breath is a constant source of disease transmission, that they have a moral duty to ensure that their diseased breath never infects another person. Children are being trained to fear one another, to fear the world around them, and to quiver in obedience to authority and medical fraud. Will these institutions be held liable for the physical, psychological and behavioral harm they continue to impose on children?

Teachers and counselors, who are required by law to report child abuse, are now actively participating in the abuse of children and bullying parents to comply. Every day, authorities turn a blind eye to the psychological harm they impose on children with mandatory masking of each child's mouth and nose. What else can be forced onto children under the guise of keeping everyone "safe?"

Masking of schoolchildren is a medical experiment. Mask manufacturers have not conducted independent studies for long term use of their products on adolescents. Therefore, parents are not given informed consent so they can make a choice that is best for their child. In most cases, the schools are dictating what parents must do to their child's body, setting unlawful precedent that tramples on the medical privacy rights of the family while perpetuating institutional abuse of children that is liability-free.

"There are no manufacturer-independent studies on the use of masks for children and adolescents that are certified as medical products for occupational safety in professional applications," the study authors stated. "In addition, due to the unknown materials used, there are no findings on the potential protective effects or side effects of the often home-made 'everyday masks' worn by the majority of children. In view of the ongoing measures to contain the COVID-19 pandemic, and in particular the varying obligations for children and adolescents to wear masks in school over a longer period of time, there is an urgent need for research."

Check out HealthFreedom.news for more on the harms of forcing masks on children.

**Sources include:**

GreenMedInfo.com

NaturalNews.com

Plaintiff's Exhibit 232

dailymail.co.uk

# Children wearing masks could be exposed to dangerous levels of carbon dioxide, study finds

*Mansur Shaheen*

5-6 minutes

---

**Wearing a mask can expose children to dangerous levels of carbon dioxide in just THREE MINUTES, study finds**

- **European study found that children wearing masks for only minutes could be exposed to dangerous carbon dioxide levels**

- **Forty-five children were exposed to carbon dioxide levels between three to twelve times healthy levels**

- **Younger children were exposed to more dangerous levels of carbon dioxide than older ones**

- **The study was funded by a German public charity and led by Harald Walach, PhD, from the Poznan University of the Medical Sciences, Pediatric Clinic**

Published: 15:19 EDT, 5 July 2021 | Updated: 21:14 EDT, 5 July 2021

Young children may have been hurt by wearing masks over the past year as they may have been exposed to unsafe carbon dioxide levels in minutes, a new study found.

A study led by researchers Poland, Germany and Austria wanted to test whether making young children wear masks at schools and other public areas could have done more harm than good.

They found that some children were reaching twelve-times the acceptable limit within only three minutes of wearing the mask, according to the study funded by German charity Mediziner und Wissenschaftler für Gesundheit, Freiheit und Demokratie eV.

The data was released as schools across the US prepare for the 2021-22 school year, where many younger children will arrive unvaccinated, and may have to wear masks.

-

- 
- 
- 
- Copy link to paste in your message
- 

==Every single child in the study recorded at least three times the appropriate healthy levels of carbon dioxide. Younger children recorded higher levels on average==

Researchers, who published their study in JAMA, included 45 children in the study.

Each child was tested for two three-minute time periods.

For each kid, one three minute period was used to count carbon dioxide inhaled, the other was used to detect how much was exhaled.

An average carbon dioxide volume is a child's breath is 0.04 percent, and the maximum healthy level is 0.2 percent.

==Researchers found that carbon dioxide levels among children of all age groups was far exceeding healthy levels.==

There was also a trend of younger children having much higher carbon dioxide levels than older children.

The youngest children in the study - aged six - were recording around 1.7 percent carbon levels.

The oldest ages included in the study, aged 15 to 18, were recording around 1.4 percent.

Children with the lowest carbon levels recorded three times above the maximum healthy level.

==The highest level recorded was more than 12 times the healthy level.==

==Researchers noted that some complaints the children made during the study were often side effects of an increased carbon dioxide level.==

- 
- 
- 
- 
- Copy link to paste in your message

Plaintiff's Exhibit 233

greatmountainpublishing.com

# Children Wearing Masks Will Suffer Irreversible Brain Damage – Great Mountain Publishing

9-12 minutes

---

Dr. Margarite Griesz-Brisson M.D., Ph.D., is a Consultant Neurologist and Neurophysiologist. She has a Ph.D. in Pharmacology, with special interest in neurotoxicology, environmental medicine, neuroregeneration and neuroplasticity. Dr. Grisz-Brisson is the founder and medical director of the London Neurology and Pain Clinic.

She holds membership in the American Academy of Neurology, the European Federation of Neurological Societies (EFNS), the General Medical Council, United Kingdom, the German Medical Association, the Swiss Medical Society, the European Academy for Environmental Medicine, the International Board for Clinical Metal Toxicology.

She holds medical licenses in Germany, USA, Switzerland, United Kingdom, Qatar, and Norway. She is one of the foremost experts in the world on the effects of oxygen deprivation on the brain.

Dr. Griesz-Brisson states that wearing a mask over one's mouth and nose creates an oxygen deficiency and an increased intake of carbon dioxide. It causes an oxygen deficiency for the brain cells. In essence, the brain is being suffocated, which causes irreversible degeneration of the brain. She states that this is particularly a problem with children whose brains are developing. **Depriving the developing brain of needed oxygen causes brain damage that "cannot be reversed."**

Dr. Griesz-Brisson's opinion is backed up by scientific studies. Dr. Baruch Vainshelboim, Ph.D., who is a clinical exercise physiologist, specializing in pulmonary rehabilitation. He is presently working at the Cardiology Division, Veterans Affairs Palo Alto Health Care System/Stanford University, Palo Alto, CA. Vainshelboin published a meta-analysis of studies measuring the safety and effectiveness of masks worn to prevent the spread of COVID-19. **[Notice: in July 2021 the published study was retracted by the publisher]** Dr. Vainshelboim explained that at sea level the oxygen level is 20.9%. Dr. Vainshelboim cites the OSHA standards for safe oxygen levels. He states that "[r]espiratory Protection Standards from Occupational Safety and Health Administration, US Department of Labor

states that breathing air with $O_2$ concentration below 19.5% is considered oxygen-deficiency, causing physiological and health adverse effects. These include increased breathing frequency, accelerated heart rate and cognitive impairments related to thinking and coordination."

While that information from Dr. Vainshelboim is informative, Dr. Vainshelboim failed to explain the relationship between the OSHA safe oxygen level and mask-wearing. As I explained in a previous blog article, "when a mask is put over the wearer's mouth and nose, the oxygen level that is being breathed back in by the wearer of a mask drops to a range between 17% and 18%. That reduced level of oxygen, according to OSHA, is "immediately dangerous to life." And it does not matter whether it is a surgical mask, an N95 mask, or a thin cloth covering. In tests, using all different types of masks, the oxygen level for the wearer dropped to a level below 19.5%, which OSHA has determined is an "oxygen-deficient atmosphere" that is "immediately dangerous to life."

Dr. Vainshelboim concluded that face masks are ineffective in preventing the spread of COVID-19 and, more pertinently, "[l]ong-term practice of wearing facemasks has strong potential for devastating health consequences. **Prolonged hypoxic-hypercapnic state compromises normal physiological and psychological balance, deteriorating health and promotes the developing and progression of existing chronic diseases.**"

Let us get back to Dr. Griesz-Brisson. **She unequivocally warned that prolonged mask-wearing for hours on end will cause irreversible brain damage. She characterizes it as "criminal" to require that children wear masks because of the devastating effects of depriving the children of needed oxygen to their brain as it is developing. As with adults, the effects of oxygen deprivation are irreversible.**

**The rebreathing of our exhaled air will without a doubt create oxygen deficiency and flooding of carbon dioxide.** We know that the human brain is very sensitive to oxygen deprivation. There are nerve cells for example in the hippocampus, that can't be longer than 3 minutes without oxygen – they cannot survive. The acute warning symptoms are headaches, drowsiness, dizziness, issues in concentration, slowing down of the reaction time – reactions of the cognitive system.

However, when you have chronic oxygen deprivation, all of those symptoms disappear, because you get used to it. But your efficiency will remain impaired and the undersupply of oxygen in your brain continues to progress.

We know that neurodegenerative diseases take years to decades to develop. If today you forget your phone number, the breakdown in your brain would have already started 20 or 30 years ago.

While you're thinking, that you have gotten used to wearing your mask and rebreathing

your own exhaled air, the degenerative processes in your brain are getting amplified as your oxygen deprivation continues.

That Mask is Giving You Lung Cancer? The second problem is that the nerve cells in your brain are unable to divide themselves normally. So in case our governments will generously allow us to get rid of the masks and go back to breathing oxygen freely again in a few months, **the lost nerve cells will no longer be regenerated. What is gone is gone.**

[..]I do not wear a mask, I need my brain to think. I want to have a clear head when I deal with my patients, and not be in a carbon dioxide induced anaesthesia.

[..]There is no unfounded medical exemption from face masks because oxygen deprivation is dangerous for every single brain. It must be the free decision of every human being whether they want to wear a mask that is absolutely ineffective to protect themselves from a virus.

For children and adolescents, masks are an absolute no-no. Children and adolescents have an extremely active and adaptive immune system and they need constant interaction with the microbiome of the Earth. Their brain is also incredibly active, as it has so much to learn. The child's brain or the youth's brain is thirsting for oxygen. The more metabolically active the organ is, the more oxygen it requires. In children and adolescents, every organ is metabolically active.

**To deprive a child's or an adolescent's brain of oxygen, or to restrict it in any way, is not only dangerous to their health, it is absolutely criminal. Oxygen deficiency inhibits the development of the brain, and the damage that has taken place, as a result, CANNOT be reversed.**

The child needs the brain to learn, and the brain needs oxygen to function. We don't need a clinical study for that. This is simple, indisputable physiology. Conscious and purposely induced oxygen deficiency is an absolutely deliberate health hazard and an absolute medical contraindication.

An absolute medical contraindication in medicine means that this drug, this therapy, this method or measure should not be used – is not allowed to be used. To coerce an entire population to use an absolute medical contraindication by force, there must be definite and serious reasons for this, and the reasons must be presented to competent interdisciplinary and independent bodies to be verified and authorized.

When in ten years, dementia is going to increase exponentially, and the younger generations couldn't reach their God-given potential, it won't help to say "we didn't need the masks".

They are trying to suppress the important information from Dr. Griesz-Brisson. The website that once contained her interview and the partial transcript of it was shut down. In addition, YouTube deleted Dr. Griesz-Brisson's video presentation.

I was able to track down the deleted website using the internet WayBack Machine. I was also able to fnd a reposting of the original article. I was also able to find an audio of an English translation of Dr. Griesz-Brisson's video presentation posted on BitChute. It is posted below.

Reuters attempted to debunk Dr. Griesz-Brisson's expert opinion by citing a study that allegedly showed that wearing a mask does not lower the oxygen level in the blood of the wearer.

But what Reuters did not tell its readers is that the study involved 30 people who walked while wearing a mask for only six (6) minutes. You read that correctly, the study was of persons who wore surgical masks for only six (6) minutes. The blood of the study patients was then measured using pulse oximetry. Of course, there will be no change in the blood oxygen level of test patients who only wore their masks for six (6) minutes. That is what you call a rigged study. Children wear masks from the time they get on the school bus until they get home 6 to 8 hours later. Why did they not do a six (6) hour mask study? The answer is obvious. They know that such a study would show that masks are dangerous.



Plaintiffs' Exhibit 234

dailymail.co.uk

# Cloth masks are NOT enough to stop the spread of COVID-19 without social distancing

*Mary Kekatos Senior, Luke Andrews*

7-9 minutes

Wearing a cloth mask may not shield the user from coronavirus because too many infected droplets can slip through, a study has claimed.

Scientists at New Mexico State University, in the US, studied five types of face coverings including cloth masks and surgical grade N95 masks.

They found that while all masks blocked at least 95 per cent of droplets from coughs and sneezes - there was still a risk of the disease being passed on.

Although cloth masks stopped 96.4 per cent of sneeze droplets at a distance of six feet, they still let more than 1,000 through - which the scientists said could carry enough virus particles to trigger an infection.

'Wearing a mask will offer substantial, but not complete, protection to a susceptible person,' said Dr Krishna Kota, an associate professor at the university who led the research.

The science behind mask-wearing was hazy at the start of the pandemic and authorities in the UK and other countries hesitated to recommend wearing them.

The World Health Organization did recommend masks until June 8, and then only for people over 60 and those with underlying health conditions.

In Britain, face coverings were first brought in for public transport in June, and later for shops and other indoor spaces in July. In the US regulations vary across the country, with some states setting up rules as early as April but others resisting making masks mandatory.

The general consensus now is that masks may offer only limited protection to the people wearing them, but they are quite good at stopping people spreading the disease if they have it without knowing, because they catch their breath.

Scientists have also suggested that masks could reduce severity of disease by exposing people to the virus in small doses, but this hasn't been proven.

- 
- 
- 
- 
- Copy link to paste in your message
-

Five types of face masks were examined with results showing that the N95 (top right)  blocked the most at 100% of droplets and the regular cloth mask (bottom left)  blocked the least at 96.4% of droplets

'A mask definitely helps, but if the people are very close to each other, there is still a chance of spreading or contracting the virus,' said  Dr Kota.

'It's not just masks that will help. It's both the masks and distancing.'

For the study, published in the journal Physics of Fluid, the team built a machine that mimics coughs and sneezes from humans.

It uses an air generator to blow tiny liquid droplets, like those that would escape from a nose or a mouth.

The machine was tested on five different types of masks: an N95 mask, s surgical mask, a cloth mask, a two-layer cloth mask and a wet two-layer cloth mask.

The researchers say wetting a mask could help because the material's fibers will expand, reducing the pore size accessible for droplets to get through.

Two glass square tubes were joined with a mask tightly fit between them and a camera lens to capture the number of droplets.

Each of the masks were able to block most of the droplets with the best-performing being the N95, which blocked 100 percent of droplets.

Meanwhile, the worst was the regular cloth mask, which only blocked 96.4 percent of the droplets from getting through.

However, at distances of less than six feet, letting in around three percent of droplets could be enough to make someone ill.

Studies have shown that the average infection threshold for COVID-19 is 1,000 virus particles, inhaled either all at once or on separate occasions.

In addition, a single sneeze has the potential to carry up to 200 million virus particles.

The cloth mask let through more than 1,000 sneeze droplets, each of which could have millions of virus particles.

The two-layered cloth mask with a PM2.5 filter let through more than 600 sneeze droplets.

This means that if someone wearing one of these masks is close to an infected individual, enough droplets could escape to make them contract COVID-19.

'Without a face mask, it is almost certain that many foreign droplets will transfer to the susceptible person,' Kota said.

'Wearing a mask will offer substantial, but not complete, protection to a susceptible person by decreasing the number of foreign airborne sneeze and cough droplets that would otherwise enter the person without the mask.

'Consideration must be given to minimize or avoid close face-to-face or frontal human interactions, if possible.'

**THE TRUTH ABOUT FACE MASKS: WHAT STUDIES HAVE SHOWN**

Research on how well various types of masks and face coverings varies but, recently, and in light of the pandemic of COVID-19, experts are increasingly leaning toward the notion that something is better than nothing.

A University of Oxford study published on March 30 concluded that surgical masks are just as effective at preventing respiratory infections as N95 masks for doctors, nurses and other health care workers.

It's too early for their to be reliable data on how well they prevent infection with COVID-19, but the study found the thinner, cheaper masks do work in flu outbreaks.

The difference between surgical or face masks and N95 masks lies in the size of particles that can - and more importantly, can't - get though the materials.

N95 respirators are made of thick, tightly woven and molded material that fits tightly over the face and can stop 95 percent of all airborne particles, while surgical masks are thinner, fit more loosely, and more porous.

This makes surgical masks much more comfortable to breathe and work in, but less effective at stopping small particles from entering your mouth and nose.

Droplets of saliva and mucous from coughs and sneezes are very small, and viral particles themselves are particularly tiny - in fact, they're about 20-times smaller than bacteria.

For this reason, a JAMA study published this month still contended that people without symptoms should not wear surgical masks, because there is not proof the gear will protect them from infection - although they may keep people who are coughing and sneezing from infecting others.

But the Oxford analysis of past studies- which has not yet been peer reviewed - found that surgical masks were worth wearing and didn't provide statistically less protection than N95 for health care workers around flu patients.

However, any face mask is only as good as other health and hygiene practices. Experts universally agree that there's simply no replacement for thorough, frequent hand-washing for preventing disease transmission.

Some think the masks may also help to 'train' people not to touch their faces, while ==others argue that the unfamiliar garment will just make people do it more, actually raising infection risks.==

So what about cloth coverings? Although good quality evidence is lacking, some data suggest that cloth masks may be only marginally (15 per cent) less effective than surgical masks in blocking emission of particles, said Babak Javid, principal investigator at Cambridge University Hospitals wrote in the BMJ on April 9.

He pointed to a study led by Public Health England in 2013 which found wearing some kind of material over the face was fivefold more effective than not wearing masks for preventing a flu pandemic.

The study suggested that a homemade mask 'should only be considered as a last resort to prevent droplet transmission from infected individuals, but it would be better than no protection'.

Please note: This report has been corrected. An erratum has been published.

Morbidity and Mortality Weekly Report

Plaintiff's Exhibit 235

# Community and Close Contact Exposures Associated with COVID-19 Among Symptomatic Adults ≥18 Years in 11 Outpatient Health Care Facilities — United States, July 2020

Kiva A. Fisher, PhD[1]; Mark W. Tenforde, MD, PhD[1,2]; Leora R. Feldstein, PhD[1]; Christopher J. Lindsell, PhD[3,4]; Nathan I. Shapiro, MD[3,5];
D. Clark Files, MD[3,6]; Kevin W. Gibbs, MD[3,6]; Heidi L. Erickson, MD[3,7]; Matthew E. Prekker, MD[3,7]; Jay S. Steingrub, MD[3,8];
Matthew C. Exline, MD[3,9]; Daniel J. Henning, MD[3,10]; Jennifer G. Wilson, MD[3,11]; Samuel M. Brown, MD[3,12]; Ithan D. Peltan, MD[3,12];
Todd W. Rice, MD[3,4]; David N. Hager, MD, PhD[3,13]; Adit A. Ginde, MD[3,14]; H. Keipp Talbot, MD[3,4]; Jonathan D. Casey, MD[3,4];
Carlos G. Grijalva, MD[3,4]; Brendan Flannery, PhD[1]; Manish M. Patel, MD[1]; Wesley H. Self, MD[3,4];
IVY Network Investigators; CDC COVID-19 Response Team

Community and close contact exposures continue to drive the coronavirus disease 2019 (COVID-19) pandemic. CDC and other public health authorities recommend community mitigation strategies to reduce transmission of SARS-CoV-2, the virus that causes COVID-19 (1,2). Characterization of community exposures can be difficult to assess when widespread transmission is occurring, especially from asymptomatic persons within inherently interconnected communities. Potential exposures, such as close contact with a person with confirmed COVID-19, have primarily been assessed among COVID-19 cases, without a non-COVID-19 comparison group (3,4). To assess community and close contact exposures associated with COVID-19, exposures reported by case-patients (154) were compared with exposures reported by control-participants (160). Case-patients were symptomatic adults (persons aged ≥18 years) with SARS-CoV-2 infection confirmed by reverse transcription–polymerase chain reaction (RT-PCR) testing. Control-participants were symptomatic outpatient adults from the same health care facilities who had negative SARS-CoV-2 test results. Close contact with a person with known COVID-19 was more commonly reported among case-patients (42%) than among control-participants (14%). Case-patients were more likely to have reported dining at a restaurant (any area designated by the restaurant, including indoor, patio, and outdoor seating) in the 2 weeks preceding illness onset than were control-participants (adjusted odds ratio [aOR] = 2.4; 95% confidence interval [CI] = 1.5–3.8). Restricting the analysis to participants without known close contact with a person with confirmed COVID-19, case-patients were more likely to report dining at a restaurant (aOR = 2.8, 95% CI = 1.9–4.3) or going to a bar/coffee shop (aOR = 3.9, 95% CI = 1.5–10.1) than were control-participants. Exposures and activities where mask use and social distancing are difficult to maintain, including going to places that offer on-site eating or drinking, might be important risk factors for acquiring COVID-19. As communities reopen, efforts to reduce possible exposures at locations that offer on-site eating and drinking options should be considered to protect customers, employees, and communities.

This investigation included adults aged ≥18 years who received a first test for SARS-CoV-2 infection at an outpatient testing or health care center at one of 11 Influenza Vaccine Effectiveness in the Critically Ill (IVY) Network sites* during July 1–29, 2020 (5). A COVID-19 case was confirmed by RT-PCR testing for SARS-CoV-2 RNA from respiratory specimens. Assays varied among facilities. Each site generated lists of adults tested within the study period by laboratory result; adults with laboratory-confirmed COVID-19 were selected by random sampling as case-patients. For each case-patient, two adults with negative SARS-CoV-2 RT-PCR test results were randomly selected as control-participants and matched by age, sex, and study location. After randomization and matching, 615 potential case-patients and 1,212 control-participants were identified and contacted 14–23 days after the date they received SARS-CoV-2 testing. Screening questions were asked to identify eligible adults. Eligible adults for the study were symptomatic at the time of their first SARS-CoV-2 test.

CDC personnel administered structured interviews in English or five other languages† by telephone and entered data into REDCap software (6). Among 802 adults contacted and who agreed to participate (295 case-patients and 507 control-participants), 332 reported symptoms at the time of initial SARS-CoV-2 testing and were enrolled in the study. Eighteen interviews were excluded because of nonresponse to the community exposure questions. The final analytic sample (314) included 154 case-patients (positive SARS-CoV-2 test results) and 160 control-participants (negative SARS-CoV-2

---

* Baystate Medical Center, Springfield, Massachusetts; Beth Israel Deaconess Medical Center, Boston, Massachusetts; University of Colorado School of Medicine, Aurora, Colorado; Hennepin County Medical Center, Minneapolis, Minnesota; Intermountain Healthcare, Salt Lake City, Utah; Ohio State University Wexner Medical Center, Columbus, Ohio; Wake Forest University Baptist Medical Center, Winston-Salem, North Carolina; Vanderbilt University Medical Center, Nashville, Tennessee; Johns Hopkins Hospital, Baltimore, Maryland; Stanford University Medical Center, Palo Alto, California; University of Washington Medical Center, Seattle, Washington). Participating states include California, Colorado, Maryland, Massachusetts, Minnesota, North Carolina, Ohio, Tennessee, Utah, and Washington.
† Other languages included Spanish, Arabic, Vietnamese, Portuguese, and Russian.

test results). Among nonparticipants, 470 were ineligible (i.e., were not symptomatic or had multiple tests), and 163 refused to participate. This activity was reviewed by CDC and participating sites and conducted consistent with applicable federal law and CDC policy.[§]

Data collected included demographic characteristics, information on underlying chronic medical conditions,[¶] symptoms, convalescence (self-rated physical and mental health), close contact (within 6 feet for ≥15 minutes) with a person with known COVID-19, workplace exposures, mask-wearing behavior, and community activities ≤14 days before symptom onset. Participants were asked about wearing a mask and possible community exposure activities (e.g., gatherings with ≤10 or >10 persons in a home; shopping; dining at a restaurant; going to an office setting, salon, gym, bar/coffee shop, or church/religious gathering; or using public transportation) on a five-point Likert-type scale ranging from "never" to "more than once per day" or "always"; for analysis, community activity responses were dichotomized as never versus one or more times during the 14 days before illness onset. For each reported activity, participants were asked to quantify degree of adherence to recommendations such as wearing a face mask of any kind or social distancing among other persons at that location, with response options ranging from "none" to "almost all." Descriptive and statistical analyses were performed to compare case-patients with control-participants, assessing differences in demographic characteristics, community exposures, and close contact. Although an effort was made initially to match case-patients to control-participants based on a 1:2 ratio, not all potential participants were eligible or completed an interview, and therefore an unmatched analysis was performed. Unconditional logistic regression models with generalized estimating equations with exchangeable correlation structure correcting standard error estimates for site-level clustering were used to assess differences in community exposures between case-patients and control-participants, adjusting for age, sex, race/ethnicity, and presence of one or more underlying chronic medical conditions. In each model, SARS-CoV-2 test result (i.e., positive or negative) was the outcome variable, and each community exposure activity was the predictor variable. The first model included the full analytic sample (314). A second model was restricted to participants who did not report close contact to a person with COVID-19 (89 case-patients and 136 control-participants). Statistical analyses were conducted using SAS software (version 9.4; SAS Institute).

Compared with case-patients, control-participants were more likely to be non-Hispanic White (p<0.01), have a college degree or higher (p<0.01), and report at least one underlying chronic medical condition (p = 0.01) (Table). In the 14 days before illness onset, 71% of case-patients and 74% of control-participants reported always using cloth face coverings or other mask types when in public. Close contact with one or more persons with known COVID-19 was reported by 42% of case-patients compared with 14% of control-participants (p<0.01), and most (51%) close contacts were family members.

Approximately one half of all participants reported shopping and visiting others inside a home (in groups of ≤10 persons) on ≥1 day during the 14 days preceding symptom onset. No significant differences were observed in the bivariate analysis between case-patients and control-participants in shopping; gatherings with ≤10 persons in a home; going to an office setting; going to a salon; gatherings with >10 persons in a home; going to a gym; using public transportation; going to a bar/coffee shop; or attending church/religious gathering. However, case-patients were more likely to have reported dining at a restaurant (aOR = 2.4, 95% CI = 1.5–3.8) in the 2 weeks before illness onset than were control-participants (Figure). Further, when the analysis was restricted to the 225 participants who did not report recent close contact with a person with known COVID-19, case-patients were more likely than were control-participants to have reported dining at a restaurant (aOR = 2.8, 95% CI = 1.9–4.3) or going to a bar/coffee shop (aOR = 3.9, 95% CI = 1.5–10.1). Among 107 participants who reported dining at a restaurant and 21 participants who reported going to a bar/coffee shop, case-patients were less likely to report observing almost all patrons at the restaurant adhering to recommendations such as wearing a mask or social distancing (p = 0.03 and p = 0.01, respectively).

## Discussion

In this investigation, participants with and without COVID-19 reported generally similar community exposures, with the exception of going to locations with on-site eating and drinking options. Adults with confirmed COVID-19 (case-patients) were approximately twice as likely as were control-participants to have reported dining at a restaurant in the 14 days before becoming ill. In addition to dining at a restaurant, case-patients were more likely to report going to a bar/coffee shop, but only when the analysis was restricted to participants without close contact with persons with known COVID-19 before illness onset. Reports of exposures in restaurants have been linked to air circulation (7). Direction, ventilation, and intensity of airflow might affect virus transmission, even if social distancing measures and mask use are implemented according to current guidance. Masks cannot

---

§ Activity was determined to meet the requirements of public health surveillance as defined in 45 CFR 46.102(l)(2).
¶ Cardiac condition, hypertension, asthma, chronic obstructive pulmonary disease, immunodeficiency, psychiatric condition, diabetes, or obesity.

Morbidity and Mortality Weekly Report

**TABLE. Characteristics of symptomatic adults ≥18 years who were outpatients in 11 academic health care facilities and who received positive and negative SARS-CoV-2 test results (N = 314)\* — United States, July 1–29, 2020**

| Characteristic | No. (%) | | P-value |
|---|---|---|---|
| | Case-patients (n = 154) | Control participants (n = 160) | |
| **Age group, yrs** | | | |
| 18–29 | 44 (28.6) | 39 (24.4) | 0.18 |
| 30–44 | 46 (29.9) | 62 (38.7) | |
| 45–59 | 46 (29.9) | 35 (21.9) | |
| ≥60 | 18 (11.7) | 24 (15.0) | |
| **Sex** | | | |
| Men | 75 (48.7) | 72 (45.0) | 0.51 |
| Women | 79 (51.3) | 88 (55.0) | |
| **Race/Ethnicity**[†] | | | |
| White, non-Hispanic | 92 (59.7) | 124 (77.5) | <0.01 |
| Hispanic/Latino | 29 (18.8) | 12 (7.5) | |
| Black, non-Hispanic | 27 (17.5) | 19 (11.9) | |
| Other, non-Hispanic | 6 (3.9) | 5 (3.1) | |
| **Education (missing = 3)** | | | |
| Less than high school | 16 (10.5) | 3 (1.9) | <0.01 |
| High school degree or some college | 60 (39.2) | 48 (30.4) | |
| College degree or more | 77 (50.3) | 107 (67.7) | |
| **At least one underlying chronic medical condition**[§] | 75 (48.7) | 98 (61.2) | 0.01 |
| **Community exposure 14 days before illness onset**[¶] | | | |
| Shopping | 131 (85.6) | 141 (88.1) | 0.51 |
| Home, ≤10 persons | 79 (51.3) | 84 (52.5) | 0.83 |
| Restaurant | 63 (40.9) | 44 (27.7) | 0.01 |
| Office setting | 37 (24.0) | 47 (29.6) | 0.27 |
| Salon | 24 (15.6) | 28 (17.6) | 0.63 |
| Home, >10 persons | 21 (13.6) | 24 (15.0) | 0.73 |
| Gym | 12 (7.8) | 10 (6.3) | 0.60 |
| Public transportation | 8 (5.2) | 10 (6.3) | 0.68 |
| Bar/Coffee shop | 13 (8.5) | 8 (5.0) | 0.22 |
| Church/Religious gathering | 12 (7.8) | 8 (5.0) | 0.32 |
| **Restaurant: others following recommendations such as wearing a face covering or mask of any kind or social distancing (n = 107)** | | | |
| None/A few | 12 (19.0) | 1 (2.3) | 0.03 |
| About half/Most | 25 (39.7) | 21 (47.7) | |
| Almost all | 26 (41.3) | 22 (50.0) | |
| **Bar: others following recommendations such as wearing a face covering or mask of any kind or social distancing (n = 21)** | | | |
| None/A few | 4 (31.8) | 2 (25.0) | 0.01 |
| About half/Most | 7 (53.8) | 0 (0.0) | |
| Almost all | 2 (15.4) | 6 (75.0) | |

See table footnotes on the next page.

be effectively worn while eating and drinking, whereas shopping and numerous other indoor activities do not preclude mask use.

Among adults with COVID-19, 42% reported close contact with a person with COVID-19, similar to what has been reported previously (4). Most close contact exposures were to family members, consistent with household transmission of SARS-CoV-2 (8). Fewer (14%) persons who received a negative SARS-CoV-2 test result reported close contact with a person with known COVID-19. To help slow the spread of SARS-CoV-2, precautions should be implemented to stay home once exposed to someone with COVID-19,\*\* in addition to adhering to recommendations to wash hands

often, wear masks, and social distance.[††] If a family member or other close contact is ill, additional prevention measures can be taken to reduce transmission, such as cleaning and disinfecting the home, reducing shared meals and items, wearing gloves, and wearing masks, for those with and without known COVID-19.[§§]

The findings in this report are subject to at least five limitations. First, the sample included 314 symptomatic patients who actively sought testing during July 1–29, 2020 at 11 health care facilities. Symptomatic adults with negative SARS-CoV-2 test results might have been infected with other respiratory

\*\* https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/quarantine.html.

[††] https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/index.html.
[§§] https://www.cdc.gov/coronavirus/2019-ncov/if-you-are-sick/index.html.

TABLE. (*Continued*) Characteristics of symptomatic adults ≥18 years who were outpatients in 11 academic health care facilities and who received positive and negative SARS-CoV-2 test results (N = 314)* — United States, July 1–29, 2020

| Characteristic | No. (%) | | P-value |
|---|---|---|---|
| | Case-patients (n = 154) | Control participants (n = 160) | |
| **Previous close contact with a person with known COVID-19 (missing = 1)** | | | |
| No | 89 (57.8) | 136 (85.5) | <0.01 |
| Yes | 65 (42.2) | 23 (14.5) | |
| **Relationship to close contact with known COVID-19 (n = 88)** | | | |
| Family | 33 (50.8) | 5 (21.7) | <0.01 |
| Friend | 9 (13.8) | 4 (17.4) | |
| Work colleague | 11 (16.9) | 6 (26.1) | |
| Other** | 6 (9.2) | 8 (34.8) | |
| Multiple | 6 (9.2) | 0 (0.0) | |
| **Reported use of cloth face covering or mask 14 days before illness onset (missing = 2)** | | | |
| Never | 6 (3.9) | 5 (3.1) | 0.86 |
| Rarely | 6 (3.9) | 6 (3.8) | |
| Sometimes | 11 (7.2) | 7 (4.4) | |
| Often | 22 (14.4) | 23 (14.5) | |
| Always | 108 (70.6) | 118 (74.2) | |

* Respondents who completed the interview 14–23 days after their test date. Five participants had significant missingness for exposure questions and were removed from the analysis. Patients were randomly sampled from 11 academic health care systems that are part of the Influenza Vaccine Effectiveness in the Critically Ill Network sites (Baystate Medical Center, Springfield, Massachusetts; Beth Israel Deaconess Medical Center, Boston, Massachusetts; University of Colorado School of Medicine, Aurora, Colorado; Hennepin County Medical Center, Minneapolis, Minnesota; Intermountain Healthcare, Salt Lake City, Utah; Ohio State University Wexner Medical Center, Columbus, Ohio; Wake Forest University Baptist Medical Center, Winston-Salem, North Carolina; Vanderbilt University Medical Center, Nashville, Tennessee; John Hopkins Hospital, Baltimore, Maryland; Stanford University Medical Center, Palo Alto, California; University of Washington Medical Center, Seattle, Washington). Participating states include California, Colorado, Maryland, Massachusetts, Minnesota, North Carolina, Ohio, Tennessee, Utah, and Washington.

† Other race includes responses of Native American/Alaska Native, Asian, Native Hawaiian/Other Pacific Islander, and other; these were combined because of small sample sizes.

§ Reported at least one of the following underlying chronic medical conditions: cardiac condition, hypertension, asthma, chronic obstructive pulmonary disease, immunodeficiency, psychiatric condition, diabetes, or obesity.

¶ Community exposure questions asked were "In the 14 days before feeling ill about how often did you:" with options of "shop for items (groceries, prescriptions, home goods, clothing, etc.)" (missing = 1); "have people visit you inside your home or go inside someone else's home where there were more than 10 people"; "have people visit you inside your home or go inside someone else's home where there were 10 people or less"; "go to church or a religious gathering/place of worship" (missing = 1); "go to a restaurant (dine-in, any area designated by the restaurant including patio seating)" (missing = 1); "go to a bar or coffee shop (indoors)" (missing = 2); "use public transportation (bus, subway, streetcar, train, etc.)" (missing = 1); "go to an office setting (other than for healthcare purposes)" (missing = 1); "go to a gym or fitness center" (missing = 1); and "go to a salon or barber (e.g., hair salon, nail salon, etc.)" (missing = 1). Response options were coded as never versus at least once in the 14 days prior to illness onset. Some participants had missing data for exposure questions:

** Other includes patients of health care workers (9), patron of a restaurant (1), spouse of employee (1), day care teacher (1), member of a religious congregation (1), and unspecified (1).

viruses and had similar exposures to persons with cases of such illnesses. Persons who did not respond, or refused to participate, could be systematically different from those who were interviewed for this investigation. Efforts to age- and sex-match participating case-patients and control-participants were not maintained because of participants not meeting the eligibility criteria, refusing to participate, or not responding, and this was accounted for in the analytic approach. Second, unmeasured confounding is possible, such that reported behaviors might represent factors, including concurrently participating in activities where possible exposures could have taken place, that were not included in the analysis or measured in the survey. Of note, the question assessing dining at a restaurant did not distinguish between indoor and outdoor options. In addition, the question about going to a bar or coffee shop did not distinguish between the venues or service delivery methods, which might represent different exposures. Third,

adults in the study were from one of 11 participating health care facilities and might not be representative of the United States population. Fourth, participants were aware of their SARS-CoV-2 test results, which could have influenced their responses to questions about community exposures and close contacts. Finally, case or control status might be subject to misclassification because of imperfect sensitivity or specificity of PCR-based testing (*9,10*).

This investigation highlights differences in community and close contact exposures between adults who received a positive SARS-CoV-2 test result and those who received a negative SARS-CoV-2 test result. Continued assessment of various types of activities and exposures as communities, schools, and workplaces reopen is important. Exposures and activities where mask use and social distancing are difficult to maintain, including going to locations that offer on-site eating and drinking, might be important risk factors for

**FIGURE. Adjusted odds ratio (aOR)\* and 95% confidence intervals for community exposures† associated with confirmed COVID-19 among symptomatic adults aged ≥18 years (N = 314) — United States, July 1–29, 2020**



**Abbreviation:** COVID-19 = coronavirus disease 2019.
\* Adjusted for race/ethnicity, sex, age, and reporting at least one underlying chronic medical condition. Odds ratios were estimated using unconditional logistic regression with generalized estimating equations, which accounted for Influenza Vaccine Effectiveness in the Critically Ill Network site-level clustering. A second model was restricted to participants who did not report close contact to a person known to have COVID-19 (n = 225).
† Community exposure questions asked were "In the 14 days before feeling ill about how often did you: shop for items (groceries, prescriptions, home goods, clothing, etc.); have people visit you inside your home or go inside someone else's home where there were more than 10 people; have people visit you inside your home or go inside someone else's home where there were 10 people or less; go to church or a religious gathering/place of worship; go to a restaurant (dine-in, any area designated by the restaurant including patio seating); go to a bar or coffee shop (indoors); use public transportation (bus, subway, streetcar, train, etc.); go to an office setting (other than for healthcare purposes); go to a gym or fitness center; go to a salon or barber (e.g., hair salon, nail salon, etc.)." Response options were coded as never versus at least once in the 14 days before illness onset.

SARS-CoV-2 infection. Implementing safe practices to reduce exposures to SARS-CoV-2 during on-site eating and drinking should be considered to protect customers, employees, and communities¶¶ and slow the spread of COVID-19.

¶¶ https://www.cdc.gov/coronavirus/2019-ncov/daily-life-coping/personal-social-activities.html#restaurant; https://www.cdc.gov/coronavirus/2019-ncov/community/organizations/business-employers/bars-restaurants.html; https://www.cdc.gov/coronavirus/2019-ncov/images/community/Rest_Bars_RiskAssessment.jpg.

**Acknowledgments**

Zhanar Haimovich, Northrop Grumman; Sherri Pals, Division of Global HIV & TB, Center for Global Health, CDC.

Corresponding author: Kiva A. Fisher, eocevent458@cdc.gov.

## Summary

### What is already known about the topic?

Community and close contact exposures contribute to the spread of COVID-19.

### What is added by this report?

Findings from a case-control investigation of symptomatic outpatients from 11 U.S. health care facilities found that close contact with persons with known COVID-19 or going to locations that offer on-site eating and drinking options were associated with COVID-19 positivity. Adults with positive SARS-CoV-2 test results were approximately twice as likely to have reported dining at a restaurant than were those with negative SARS-CoV-2 test results.

### What are the implications for public health practice?

Eating and drinking on-site at locations that offer such options might be important risk factors associated with SARS-CoV-2 infection. Efforts to reduce possible exposures where mask use and social distancing are difficult to maintain, such as when eating and drinking, should be considered to protect customers, employees, and communities.

[1]CDC COVID-19 Response Team; [2]Epidemic Intelligence Service, CDC; [3]Influenza Vaccine Effectiveness in the Critically Ill (IVY) Network; [4]Vanderbilt University Medical Center, Nashville, Tennessee; [5]Beth Israel Deaconess Medical Center, Boston, Massachusetts; [6]Wake Forest University Baptist Medical Center, Winston-Salem, North Carolina; [7]Hennepin County Medical Center, Minneapolis, Minnesota; [8]Baystate Medical Center, Springfield, Massachusetts; [9]Ohio State University Wexner Medical Center, Columbus, Ohio; [10]University of Washington Medical Center, Seattle, Washington; [11]Stanford University Medical Center, Palo Alto, California; [12]Intermountain Healthcare, Salt Lake City, Utah; [13]Johns Hopkins Hospital, Baltimore, Maryland; [14]University of Colorado School of Medicine, Aurora, Colorado.

### IVY Network Investigators

Kimberly W. Hart, Vanderbilt University Medical Center; Robert McClellan, Vanderbilt University Medical Center; Hsi-nien Tan, Vanderbilt University Medical Center; Adrienne Baughman, Vanderbilt University Medical Center.

### CDC COVID-19 Response Team

Nora A. Hennesy, CDC COVID-19 Response Team; Brittany Grear, CDC COVID-19 Response Team; Michael Wu, CDC COVID-19 Response Team; Kristin Mlynarczyk, CDC COVID-19 Response Team; Luc Marzano, CDC COVID-19 Response Team; Zuwena Plata, CDC COVID-19 Response Team; Alexis Caplan, CDC COVID-19 Response Team; Samantha M. Olson, CDC COVID-19 Response Team; Constance E. Ogokeh, CDC COVID-19 Response Team; Emily R. Smith, CDC COVID-19 Response Team; Sara S. Kim, CDC COVID-19 Response Team; Eric P. Griggs, CDC COVID-19 Response Team; Bridget Richards, CDC COVID-19 Response Team; Sonya Robinson, CDC COVID-19 Response Team; Kaylee Kim, CDC COVID-19 Response Team; Ahmed M. Kassem, CDC COVID-19 Response Team; Courtney N. Sciarratta, CDC COVID-19 Response Team; Paula L. Marcet, CDC COVID-19 Response Team.

All authors have completed and submitted the International Committee of Medical Journal Editors form for disclosure of potential conflicts of interest. Carlos G. Grijalva reports grants from Campbell Alliance, the National Institutes of Health, the Food and Drug Administration, the Agency for Health Care Research and Quality and Sanofi-Pasteur, and consultation fees from Pfizer, Merck, and Sanofi-Pasteur. Christopher J. Lindsell reports grants from National Institutes of Health and the Department of Defense and other support from Marcus Foundation, Endpoint Health, Entegrion, bioMerieux, and Bioscape Digital, outside the submitted work. Nathan I. Shapiro reports grants from the National Institutes of Health, Rapid Pathogen Screening, Inflammatix, and Baxter, outside the submitted work. Daniel J. Henning reports personal fees from CytoVale and grants from Baxter, outside the submitted work. Samuel M. Brown reports grants from National Institutes of Health, Department of Defense, Intermountain Research and Medical Foundation, and Janssen and consulting fees paid to his employer from Faron and Sedana, outside the submitted work. Ithan D. Peltan reports grants from the National Institutes of Health, Asahi Kasei Pharma, Immunexpress Inc., Janssen Pharmaceuticals, and Regeneron, outside the submitted work. Todd W. Rice reports personal fees from Cumberland Pharmaceuticals, Inc, Cytovale, Inc, and Avisa, LLC, outside the submitted work. Adit A. Ginde reports grants from the National Institutes of Health and Department of Defense, outside the submitted work. H. Keipp Talbot reports serving on the Data Safety Monitoring Board for Seqirus. No other potential conflicts of interest were disclosed.

## References

1. CDC. Coronavirus disease 2019 (COVID-19): implementation of mitigation strategies for communities with local COVID-19 transmission. Atlanta, GA: US Department of Health and Human Services; 2020. https://www.cdc.gov/coronavirus/2019-ncov/community/community-mitigation.html
2. CDC. Coronavirus disease 2019 (COVID-19): community, work, and school: information for where you live, work, learn, and play. Atlanta, GA: US Department of Health and Human Services, CDC; 2020. https://www.cdc.gov/coronavirus/2019-ncov/community/index.html
3. Marshall K, Vahey GM, McDonald E, et al.; Colorado Investigation Team. Exposures before issuance of stay-at-home orders among persons with laboratory-confirmed COVID-19—Colorado, March 2020. MMWR Morb Mortal Wkly Rep 2020;69:847–9. https://doi.org/10.15585/mmwr.mm6926e4
4. Tenforde MW, Billig Rose E, Lindsell CJ, et al.; CDC COVID-19 Response Team. Characteristics of adult outpatients and inpatients with COVID-19—11 academic medical centers, United States, March–May 2020. MMWR Morb Mortal Wkly Rep 2020;69:841–6. https://doi.org/10.15585/mmwr.mm6926e3
5. Stubblefield WB, Talbot HK, Feldstein L, et al.; Influenza Vaccine Effectiveness in the Critically Ill (IVY) Investigators. Seroprevalence of SARS-CoV-2 among frontline healthcare personnel during the first month of caring for COVID-19 patients—Nashville, Tennessee. Clin Infect Dis 2020;ciaa936. https://doi.org/10.1093/cid/ciaa936
6. Harris PA, Taylor R, Minor BL, et al.; REDCap Consortium. The REDCap consortium: building an international community of software platform partners. J Biomed Inform 2019;95:103208. https://doi.org/10.1016/j.jbi.2019.103208

7. Lu J, Gu J, Li K, et al. COVID-19 outbreak associated with air conditioning in restaurant, Guangzhou, China, 2020. Emerg Infect Dis 2020;26:1628–31. https://doi.org/10.3201/eid2607.200764

8. Lei H, Xu X, Xiao S, Wu X, Shu Y. Household transmission of COVID-19-a systematic review and meta-analysis. J Infect 2020. Epub August 25, 2020. https://doi.org/10.1016/j.jinf.2020.08.033

9. Sethuraman N, Jeremiah SS, Ryo A. Interpreting diagnostic tests for SARS-CoV-2. JAMA 2020;323:2249–51. https://doi.org/10.1001/jama.2020.8259

10. Tahamtan A, Ardebili A. Real-time RT-PCR in COVID-19 detection: issues affecting the results. Expert Rev Mol Diagn 2020;20:453–4. https://doi.org/10.1080/14737159.2020.1757437

*Aerosol and Air Quality Research*, 14: 991–1002, 2014
Copyright © Taiwan Association for Aerosol Research
ISSN: 1680-8584 print / 2071-1409 online
doi: 10.4209/aaqr.2013.06.0201



Plaintiff's Exhibit 236



# Comparison of Filtration Efficiency and Pressure Drop in Anti-Yellow Sand Masks, Quarantine Masks, Medical Masks, General Masks, and Handkerchiefs

Hyejung Jung[1], Jongbo Kim[1], Seungju Lee[2], Jinho Lee[2], Jooyoun Kim[3], Perngjy Tsai[4], Chungsik Yoon[1*]

[1] Institute of Health and Environment, School of Public Health, Seoul National University, 1 Gwanak-ro, Gwanak-gu, Seoul 151-742, Korea
[2] Occupational Health & Environmental Safety Division, APAC laboratory, 3M Korea, 2-5 Seoku-Dong, Hwaseong-Si, Gyeonggi-Do 445-170, Korea
[3] Department of Clothing and Textiles, Ewha Womans University, 52 Ewhayeodae-gil, Seodaemun-gu, Seoul 120-750, Korea
[4] Department of Occupational Safety and Health, College of Public Health, China Medial University, 91 Shueh-Shih Road, Taichung 40402, Taiwan

## ABSTRACT

Particulate respirators have been used in both general environments and in the workplace. Despite the existence of certified respirators for workers, no strict regulations exist for masks worldwide. The aims of this study were to evaluate the filter efficiency of various mask types using the Korean Food and Drug Administration (KFDA) [similar to the European Union (EU) protocol] and the National Institute for Occupational Safety and Health (NIOSH) protocol and to compare the test results. We tested a total of 44 mask brands of four types (anti-yellow sand, medical, quarantine, general) and handkerchiefs with a TSI 8130 Automatic Filter Tester. A wide variation of penetration and pressure drops was observed by mask types. The overall mean penetration and pressure drop of all tested masks were respectively 35.6 ± 34.7%, 2.7 ± 1.4 mm $H_2O$ with the KFDA protocol, and 35.1 ± 35.7%, 10.6 ± 5.88 mm $H_2O$ with the NIOSH protocol. All tested quarantine masks satisfied the KFDA criterion of 6%. Six-ninths and four-sevenths of the anti-yellow sand masks for adults and children satisfied the criterion of 20%, respectively. Medical masks, general masks, and handkerchiefs were found to provide little protection against respiratory aerosols.

*Keywords:* Respirator; Penetration; KFDA; NIOSH.

## INTRODUCTION

Recently, many events have transpired related to hazardous air pollutants such as yellow-sand dust, foot-and-mouth disease, and avian influenza in Asia and other regions. Personal protective equipment (PPE) is often regarded to be a last resort measure after substitution, isolation, and ventilation in occupational hygiene areas. However, ordinary citizens use masks and even handkerchiefs as first-protection devices against the inhalation of external harmful substances such as influenza particles and dust. These masks and handkerchiefs are used with the belief that they protect the wearer. They vary widely in style, and can be found in a broad range of market, hospital, and health-care settings (Lai *et al.*, 2012). For example, seeing people wearing masks

during influenza episodes, the yellow-sand dust season (i.e., spring in the East Asian region) and in hospitals (both patients and health-care workers) is not uncommon. Yellow sand occurs in the loess area of northern China and is known to affect the air quality of China, Korea, Japan, and Taiwan (Kang *et al.*, 2004; Zhang *et al.*, 2010; Chao *et al.*, 2012). The number and degree of dust phenomenon events is increasing (Kim and Kim, 2003).

Since the outbreaks of severe acute respiratory syndrome (SARS) in Asia that spread over approximately 30 countries, viruses have gained additional attention worldwide. Viruses in the air, such as SARS and foot-mouth disease, can cause inflammation of the lungs via inhaled droplets generated and spread from the nose or mouth (Nassiri, 2003; Wang *et al.*, 2004; Lee *et al.*, 2008).

Since respirators were developed, many studies on the degree of penetration, pressure drop, and face leakage of respirators for the workplace have been conducted, but few studies on masks for general citizens were conducted until recently.

Some studies tested a limited number of N95 respirator

* Corresponding author.
  Tel.: +82-2-880-2734; Fax: +82-2-745-9104
  *E-mail address:* csyoon@snu.ac.kr

*Jung et al., Aerosol and Air Quality Research, 14: 991–1002, 2014*

models and observed higher than 5% penetration. Six respirators (models N95, N99, R95, P100) were dipped in isopropanol for 15 s and allowed to dry. This isopropanol dip should reduce or eliminate any electrostatic charge on the fibers of each filter. So, the penetration of six degraded respirators were reduced to 5% and over (Martin Jr and Moyer, 2000). The performance of two model N95 respirators against nano-sized particles was evaluated at two inhalation flow rates, 30 and 85 L/min. At 30 and 85 L/min, the respirators showed less than 5% and above 5% penetration, respectively, of nanoparticles (Balazy *et al.*, 2006b). Two N99 and one N95 respirators exposed to a sodium chloride (NaCl) aerosol and three virus aerosols (enterobacteriophages MS2, T4, and *Bacillus subtilis* phage) were examined on manikins using three inhalation flow rates (30, 85, and 150 L/min). All respirators used in this study satisfied the criteria of N95 and N99 at both 30 and 85 L/min using the NaCl aerosol and virus, but neither respirator did so at 150 L/min. Filter penetration of the tested biological aerosols did not exceed that of the inert NaCl aerosol (Eninger *et al.*, 2008). Rengasamy *et al.* (2008) investigated the filtration performance of N95 and P100 respirators against six different monodisperse silver aerosol particles in the range of 4–30 nm diameter at 85 L/min. The data from this study confirmed that the N95 and P100 respirators provided filtration performances of greater than 95% and 99.97%, respectively.

In hospitals, the roles of masks for the protection of medical staff from the patient or the protection of patients from medical staff are controversial (Abramson, 1944; Grinshpun *et al.*, 2009; Johnson *et al.*, 2009; Diaz and Smaldone, 2010). Medical masks have been used to block blood and other droplets during patient handling and operations. However, their filtration efficiencies have not been validated for small aerosol droplets. Seeing people block their mouths and noses with handkerchiefs during dusty conditions is not uncommon (van der Sande *et al.*, 2008; Jefferson *et al.*, 2009; Lai *et al.*, 2012). Balazy *et al.* (2006a) conducted experiments using two types of N95 half-mask respirators and two types of surgical masks exposed to aerosolized MS2 virus. N95 half-mask respirators may not provide proper protection against viruses, which are considerably smaller than the accepted smallest particle penetration size (300 nm) used in the certification tests, and some N95 respirators may fall below 95%. The efficiency of the surgical masks is much lower than that of the N95 respirators.

One large prospective randomized control trial reported on general surgical patients. Half the group underwent operations during which the surgical team used masks, and in the other half, masks were not used. No significant difference was observed in the infection rate, and the bacteria that were subsequently cultured did not differ between the two groups. Indeed, a trend for more infections to occur was noted in the group wearing masks (Tunevall and Bessey, 1991; Taylor and Reidy, 1998). Another study suggested that surgical masks worn by potentially infectious individuals may effectively contain exhaled aerosols, offering protection to those around them (Fennelly, 1998; Siegel *et*

*al.*, 2007; Johnson *et al.*, 2009).

To verify the performance of the respirator used in the workplace, the European Union (EU) and National Institute for Occupational Safety and Health (NIOSH) protocols are typically used worldwide. In the European Union, the minimum efficiencies for filtering facepieces P1 (FFP1) and P1, and FFP2 and P2 products are 80% and 94%, respectively. For FFP3 respirators, the minimum filtration efficiency is 99%, while for P3 filters, the value is 99.95% (Howie, 2008). In Korea, since the EU standard was adopted, the efficiency requirements specified by the Korea Ministry of Labor (KMOL) for Second, First, and Special series are the same as the European requirements for FFP1/P1, FFP2/P2, and FFP3/P3, respectively (Cho *et al.*, 2011).

In the United States, the NIOSH tests and certifies 95, 99, and 100 series particulate filters and respirators, with minimum required filtration efficiencies of 95%, 99%, and 99.97%, respectively. Certification of respirators with test methods for measuring filtration efficiency in these standards vary with the type of aerosol and are designated by N (not resistant to oil), R (somewhat resistant to oil), and P (strongly resistant, oilproof) (NIOSH, 1996; Moyer and Bergman, 2000; Rengasamy *et al.*, 2011).

Unlike respirators for workers, which must be tested and certified by strict standards set by the NIOSH in the United States and the Korean Occupational Safety and Health Agency (KOSHA) in Korea, no strict regulations have been established for the filtration efficiency and pressure drop for medical (surgical/dental), quarantine, and general masks worldwide, and no data exist on the filtration efficiency of handkerchiefs.

Little data have been published on the effectiveness of these masks, but the number of wearers is rapidly increasing and many people are concerned about mask protection efficiency. The purpose of this study was to evaluate the filtration efficiency and pressure drop of various types of approved and non-approved masks using the Korean Food and Drug Administration (KFDA) (similar to EU test protocol) test protocol and the NIOSH test protocol and to compare the results. Other aspects for respirator selection such as fit test, total leakage during mask use, and comfort of the respirator on the face were not addressed in this study.

## METHODS

### Study Design

After visiting several pharmacy stores, searching e-markets on the Internet, and consulting with several health-care workers, we selected a total of 44 different models. Among them, 22 models were approved by the KFDA and/or the NIOSH, other 19 masks were non-approved but commercially available and 3 handkerchiefs were tested for this study. Nine adults and seven children's anti-yellow dust mask brands were chosen. In addition, nine quarantine masks, seven medical masks (four surgical, three dental), nine general masks, and three handkerchiefs were tested (Table 1).

Medical (surgical/dental) masks were tested in both airflow directions: an inward test (from the outer air to the

*Jung et al., Aerosol and Air Quality Research*, 14: 991–1002, 2014

**Table 1.** General Information of mask type.

| No. | Type | | Approved Class | | Material of respirator | Shape |
|-----|------|--|----------------|--|------------------------|-------|
| | | | KFDA | NIOSH | | |
| 1 | | | KF80 | - | Nonwoven | Flat |
| 2 | | | KF80 | - | Nonwoven | Flat |
| 3 | | | KF80 | - | Nonwoven | Flat |
| 4 | | | KF80 | - | Nonwoven | Flat |
| 5 | | Adult | KF80 | - | Cotton | Flat |
| 6 | | | KF80 | - | Cotton | Flat |
| 7 | | | KF80 | - | Cotton | Flat |
| 8 | Yellow | | KF80 | N95 | Nonwoven | Flat |
| 9 | sand | | KF80 | N95 | Nonwoven | Flat |
| 10 | | | KF80 | - | Nonwoven | Flat |
| 11 | | | KF80 | - | Nonwoven | Flat |
| 12 | | | KF80 | - | Nonwoven | Flat |
| 13 | | Child | KF80 | - | Nonwoven | Flat |
| 14 | | | - | - | Cotton | Flat |
| 15 | | | - | - | Cotton | Flat |
| 16 | | | - | - | Nonwoven | Flat |
| 17 | | | KF94 | - | Nonwoven | Flat |
| 18 | | | KF94 | - | Nonwoven | Flat |
| 19 | | | KF94 | - | Nonwoven | Cup |
| 20 | | | KF94 | - | Nonwoven | Flat |
| 21 | Quarantine | | - | N95 | Nonwoven | Cup |
| 22 | | | KF80 | N95 | Nonwoven | Cup |
| 23 | | | - | N95 | Nonwoven | Flat |
| 24 | | | - | N95 | Nonwoven | Cup |
| 25 | | | - | N95 | Nonwoven | Cup |
| 26 | | | - | - | Cotton | Flat |
| 27 | | Surgical | - | - | Nonwoven | Flat |
| 28 | | | - | - | Nonwoven | Cup |
| 29 | Medical | | - | - | Nonwoven | Cup |
| 30 | | | - | - | Nonwoven | Flat |
| 31 | | Dental | - | - | Nonwoven | Flat |
| 32 | | | - | - | Nonwoven | Flat |
| 33 | | | - | - | Nonwoven | Flat |
| 34 | | | - | - | Nonwoven | Flat |
| 35 | | | - | - | Nonwoven | Flat |
| 36 | | | - | - | Nonwoven | Flat |
| 37 | General | | - | - | Cotton | Flat |
| 38 | | | - | - | Cotton | Flat |
| 39 | | | - | - | Cotton | Flat |
| 40 | | | - | - | Cotton | Flat |
| 41 | | | - | - | Cotton | Flat |
| 42 | | | - | - | Cotton | - |
| 43 | Handkerchief | | - | - | Gauze | - |
| 44 | | | - | - | Towel | - |

mouth direction, mimicking inhalation) and an outward test (from the mouth to the outer air, mimicking exhalation). Handkerchiefs are not masks but are used in situations when people feel that dust is in the air. We therefore tested handkerchiefs in one to four layers separately.

Before testing the penetration and pressure drop, the tested aerosols were examined to meet the size criteria of the NIOSH and the KFDA with a scanning mobility particle sizer (SMPS, TSI-3910; TSI Inc., Shoreview, MN, USA).

**NaCl and Paraffin Oil Test**

Two TSI 8130 Automatic Filter Testers (AFTs) were used for NaCl initial and loading tests, and for paraffin oil quarantine mask initial tests. These two instruments were designed in compliance with the KFDA protocol and NIOSH Regulation 42 CFR Part 84 protocols, respectively. Initial test was run to estimate the value of penetration at the beginning of experiment within 1 minute and the loading test was done to evaluate the change of respirators pressure

drop until a mass of 200 mg of NaCl or paraffin oil aerosol was accumulated on the test filters (Cho *et al.*, 2011). In some cases, the test was stopped earlier due to the high pressure drop.

The samples were attached to plates with hot-melt adhesive. When we were testing on the TSI 8130 automated filter tester (AFT), the plate was placed into the lower chuck of the tester. A spacer ring (20 cm diameter and 10 cm height) fitted with a gasket was placed on top of the sample holder, and a second plate was placed on top of the spacer ring. When the AFT chucks were closed, the pressure of the top chuck on the upper plate compressed the plates and spacer ring together to form an airtight seal. The TSI instrument is based on the measurement of the flux of scattered light. It uses two aerosol photometers to measure the particle penetration, with one placed before and one after the filter (NIOSH, 1996; TSI, 2006). The photometer output signals were approximately proportional to the aerosol mass and used to calculate filter penetration P as

$$P(\%) = \frac{C_{down}}{C_{up}} \times 100, \qquad (1)$$

where $C_{down}$ is the aerosol concentration downstream of the respirator filter and $C_{up}$ is the challenge aerosol concentration upstream of the respirator filter. Tests using NaCl and paraffin oil aerosols were conducted according to KFDA and NIOSH protocols for filter penetration, with two exceptions. The samples were not preconditioned at 38°C and 85% relative humidity (RH) for 24 h prior to testing. Preconditioning might have been appropriate if all the products were KFDA- and NIOSH-certified. However, given that some of the products were not specifically designed to meet the KFDA and NIOSH preconditioning requirement, it was omitted from our test protocol. This approach is supported by the observation of Moyer and Stevens (1989), who in discussing the effect of humidity on filter efficiency, stated that "the effect of particle charge and size is significantly larger than the effect of RH." This abbreviated test procedure (e.g., no preconditioning) provides results similar to those from longer NIOSH certification tests (Viscusi *et al.*, 2009; Rengasamy *et al.*, 2011). To conduct filter tests using the KFDA method, the adopted EU method was similar to the NIOSH method, with the exception that the challenging NaCl concentration was 1%, with a flow rate of 95 L/min for initial penetration, and a loading test and 30 L/min for the initial pressure drop test.

NaCl was selected because it is commonly used in many respirator certification standards. Additionally, for the quarantine mask, we also evaluated the penetration using paraffin oil with a flow rate of 95 L/min. This was to test the oily mists according to the KFDA protocol. They were used to simulate oily mists, not solid particles. For the NIOSH protocol, a 2% NaCl solution was prepared with distilled water as specified by the TSI to obtain an aerosol with a count median diameter (CMD) of $75 \pm 20$ nm and geometric standard deviation (GSD) of $\leq 1.86$. The aerosol was neutralized to the Boltzmann equilibrium charge distribution by injecting positive and negative ions from

electrically pulsed tungsten needles into a dilution airstream that was mixed with the aerosol. A constant flow rate of 85 L/min was applied to the respirator and masks.

Most respirator standards also contain test methods for measuring breathing resistance through the respirator. Inhalation and/or exhalation resistance are measured at a given airflow rate using a pressure gauge. These measurements may be made separately from or during the filtration efficiency testing. Penetration can be measured as low as 0.001% and with pressure drops up to 150 mm $H_2O$. The penetration and pressure drop were recorded at about 1-min intervals throughout the test. Six samples of each model were tested: three for the KFDA method and three for the NIOSH method.

### Statistical Analysis

All data on penetration and pressure drop values were analyzed using arithmetic mean values. According to the European standard for respirators, the penetration and pressure drop values of tested respirators should be analyzed using the arithmetic mean value (EN136, 1998; EN140, 1998). Using a *t*-test, we analyzed the difference in penetration and pressure drops of approved and non-approved anti-yellow sand masks for children and quarantine masks, inward (from the outside air to the mouth direction) or outward (from the mouth to the outside air direction). ANOVA tests were used for differences in the type of mask and handkerchief fold. To compare with the KFDA and NIOSH protocols, we used a paired *t*-test. All analyses used SAS for Windows 9.3 (SAS Institute Inc., Cary, NC, USA) at $\alpha = 0.05$.

### RESULTS

#### Particle Size Distribution of NaCl and Paraffin Oil Aerosol

Fig. 1 shows the size distribution of the NaCl and paraffin oil aerosol particles measured by a SMPS. We used the same testing equipment that was found to satisfy the NIOSH NaCl aerosol specification, as published previously (Cho *et al.*, 2011). The average CMD of the NaCl aerosol was 77.9 nm with the KFDA protocol, which matched the target CMD for the KFDA protocol closely. The average GSD was 1.95, which was well within the KFDA specifications. The CMD was 224.9 nm (GSD 2.15) for paraffin oil aerosols with the KFDA protocol.

#### Penetration

The results of the initial penetration with NaCl aerosols are presented in Table 2. The data in the Table include the average reading for the three samples and the associated standard deviation in the format "x.xxx ± x.xxx" (Cho *et al.*, 2011). A wide variation of penetration values was observed with mask type. As seen in Table 2, the lowest average penetration was measured in the quarantine mask. This was followed in order by the adult anti-yellow sand mask, the child anti-yellow sand mask, the medical mask, the general mask, and the handkerchief. No significant difference in penetration was noted between the KFDA (similar to EU) protocol and the NIOSH protocol ($p = 0.12$). However, the penetration value was significantly different between mask types ($p < 0.001$ in both the KFDA and NIOSH protocols).



**Fig. 1.** Size distribution of sodium chloride aerosols measured by a scanning mobility particle sizer (SMPS). (a) Number concentration of NaCl aerosols tested by the NIOSH protocol. (b) Number concentration of NaCl aerosols tested by the EU protocol. (c) Number concentration of paraffin oil aerosols.

**Table 2.** Initial penetration using KFDA (similar to EU) protocol and NIOSH protocol by mask types (PN: Penetration).

| Mask classification | N | Initial PN (%) | | | | | | | P value[‡] |
|---|---|---|---|---|---|---|---|---|---|
| | | KFDA | | | | NIOSH | | | |
| | | Mean | ± | SD | P value[*] | Mean | ± | SD | P value[†] | |
| Yellow sand mask for adult | 9 | 15.119 | ± | 16.542 | | 12.640 | ± | 14.506 | | |
| Yellow sand mask for children | 7 | 23.681 | ± | 19.459 | | 37.031 | ± | 25.518 | | |
| Quarantine mask[a] | 9 | 0.864 | ± | 0.754 | | 0.585 | ± | 0.532 | | |
| Quarantine mask[b] | 9 | 2.057 | ± | 0.300 | < 0.0001 | - | | | < 0.0001 | 0.1223 |
| Medical mask | 7 | 44.695 | ± | 34.844 | | 43.641 | ± | 35.671 | | |
| General mask | 9 | 62.359 | ± | 23.548 | | 63.093 | ± | 26.243 | | |
| Handkerchief | 3 | 97.567 | ± | 2.071 | | 97.033 | ± | 3.173 | | |

[a] KFDA test for quarantine masks using sodium chloride.
[b] KFDA test for quarantine masks using paraffin oil.
[*] P value between mask types using KFDA method (except quarantine masks test result using paraffin oil).
[†] P value between mask types using NIOSH method.
[‡] P value between KFDA and NIOSH test methods (except quarantine masks test result using paraffin oil).

The initial penetration values of anti-yellow sand masks for adults were 15.1 ± 16.5% and 12.6 ± 14.5% with the KFDA and NIOSH protocols, respectively, satisfying the KFDA anti-yellow-sand mask criterion of 20% penetration (KF 80). The penetration value of the yellow sand mask for children was 23.7 ± 19%, which was over the KFDA criteria of 20% for the anti-yellow sand mask. KFDA does not specify a criterion for children so we compared this with

996                                            *Jung et al., Aerosol and Air Quality Research*, 14: 991–1002, 2014

the KF 80 value. When we tested with the NIOSH protocol, the penetration value for the child anti-yellow sand masks was $37.03 \pm 25.5\%$, which was very different from the KFDA test result.

All quarantine masks showed low penetration among the tested mask types, with a value of $0.9 \pm 0.8\%$ using the KFDA protocol and $0.6 \pm 0.5\%$ using the NIOSH protocol, satisfying criteria of the KFDA (KF 94). The penetration values of medical (surgical/dental) masks were over 40% and those of general masks exceeded 60%. All of these masks seemed to have little protection function against test aerosols. Handkerchiefs showed more than 98% initial penetration regardless of the material (cotton or gauze), and more than 87% for a folded status (Table 3 shows each value for one, two, three, and four layers), which means that handkerchiefs had no protection function against tested aerosols.

Table 3 shows the initial penetration classified by several characteristics of the tested masks. For children's use anti-yellow sand masks, a significant difference in penetration was observed between certified (KF 80) and noncertified masks ($p < 0.001$ with the KFDA protocol, $p = 0.003$ with the NIOSH protocol, respectively). The average penetration of certified and noncertified masks was $12.5 \pm 10.1\%$, $38.6 \pm 19.2\%$ with the KFDA protocol and $23.7 \pm 22.8\%$, $54.8 \pm 17.0\%$ with the NIOSH protocol, respectively. In Korea, the KFDA has a penetration criterion for anti-

yellow sand masks and quarantine masks with maximum penetration of 20% (KF 80) and 6% (KF 94), respectively. Six of nine anti-yellow sand masks (67%) and four of seven children's anti-yellow sand masks (57%) satisfied the KF 80 criteria, and all quarantine masks satisfied the KF 94 criteria.

For quarantine masks using NaCl, certified masks with criteria of 6% penetration (KF 94) showed 0.62% and 0.37% penetration with the KFDA and NIOSH protocols, respectively. No significant difference was observed between test protocols ($p = 0.068$). Noncertified quarantine masks also met the KF 94 criteria, with a penetration of 1.06% using the KFDA protocol and 0.76% using the NIOSH protocol. These values were slightly higher than those for the certified quarantine masks. The values of the certified and noncertified quarantine masks using paraffin oil were 1.67% and 2.34%, respectively. Hence, the certified masks also showed better filter performance than noncertified masks using both NaCl and paraffin oil test aerosols.

In the case of medical masks, the penetration of dental masks was less than the penetration of surgical masks, but all of them showed over 20% penetration. The test results for inward and outward flow showed no significant difference (i.e., $p = 0.993$, 0.439 for the surgical and dental masks with the KFDA protocol, respectively, and $p = 0.946$, 0.731 for surgical and dental masks with the NIOSH protocol, respectively).

**Table 3.** Initial penetration classified by several characteristics of masks (PN: Penetration).

| Mask classification | | Variables | N | Initial PN (%) | | | | | | P value[‡] |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | KFDA | | P value[*] | NIOSH | | P value[†] | |
| | | | | Mean ± SD | | | Mean ± SD | | | |
| Yellow sand | Children | Certified (KF80) | 4 | 12.476 ± 10.072 | | 0.0007 | 23.721 ± 22.840 | | 0.0029 | 0.0005 |
| | | No Certified | 3 | 38.622 ± 19.174 | | | 54.778 ± 17.046 | | | |
| Quarantine[a] | | Certified (KF94) | 4 | 0.622 ± 0.362 | | 0.1117 | 0.371 ± 0.272 | | 0.0462 | 0.0679 |
| | | Not Certified[§] | 5 | 1.058 ± 0.929 | | | 0.756 ± 0.631 | | | |
| Quarantine[b] | | Certified (KF94) | 4 | 1.698 ± 1.111 | | 0.2928 | - | | - | - |
| | | Not Certified[§] | 5 | 2.344 ± 1.827 | | | | | | |
| Medical | Surgical | Inward | 2 | 58.783 ± 36.215 | | 0.9931 | 59.083 ± 36.707 | | 0.9459 | 0.6330 |
| | | Outward | | 58.967 ± 35.794 | | | 57.667 ± 33.724 | | | |
| | Dental | Inward | 3 | 31.933 ± 12.605 | | 0.4388 | 29.056 ± 11.963 | | 0.7305 | 0.0353 |
| | | Outward | | 27.667 ± 10.050 | | | 31.233 ± 14.288 | | | |
| General | Nonwoven | - | 4 | 52.717 ± 10.422 | | 0.0411 | 45.250 ± 9.414 | | 0.0004 | 0.8153 |
| | Cotton | - | 5 | 70.073 ± 28.303 | | | 77.367 ± 26.799 | | | |
| Handkerchief | Cotton | One layer | 1 | 98.000 ± 0.346 | | < 0.0001 | 98.933 ± 0.666 | | 0.0013 | 0.0006 |
| | | Two layers | | 95.267 ± 0.666 | | | 98.033 ± 0.702 | | | |
| | | Three layers | | 91.233 ± 1.002 | | | 96.867 ± 0.379 | | | |
| | | Four layers | | 87.067 ± 0.737 | | | 96.200 ± 0.346 | | | |
| | Gauze | One layer | 1 | 99.567 ± 0.404 | | 0.0069 | 99.300 ± 0.300 | | < 0.0001 | 0.0138 |
| | | Two layers | | 99.033 ± 1.002 | | | 98.633 ± 0.493 | | | |
| | | Three layers | | 98.200 ± 0.500 | | | 98.000 ± 0.400 | | | |
| | | Four layers | | 97.200 ± 0.265 | | | 96.367 ± 0.351 | | | |

[a] KFDA test for quarantine masks using sodium chloride.
[b] KFDA test for quarantine masks using paraffin oil.
[*] P value between mask types using KFDA method (except quarantine masks test result using paraffin oil).
[†] P value between mask types using NIOSH method.
[‡] P value between KFDA and NIOSH test methods (except quarantine masks test result using paraffin oil).
[§] Not certified by KFDA but certified by NIOSH (N95 grade respirator).

*Jung et al., Aerosol and Air Quality Research, 14: 991–1002, 2014*        997

General masks, regardless of their material, showed little protection against the tested aerosols, even when they had a fancy brand name (i.e., Best Nano, Ultra Antibiotic, Anytime Guard, Hygiene). The average penetration values of nine tested general masks were 62.4% with the KFDA protocol and 63.1% with the NIOSH protocol, respectively (Table 2). Nonwoven material showed about 50% penetration while masks made of cotton displayed over 70% penetration (Table 3). Handkerchiefs demonstrated very little protection against the tested aerosols. Penetration was over 95% when tested with the KFDA protocol, decreasing to 87–91% when three and four layers were used. More handkerchief layers meant less penetration, but the filtration effect was small even when a well-folded handkerchief was used.

Fig. 2 shows several examples of mask penetration patterns according to the mass loading of NaCl aerosol at the mask. The test masks were certified as KF 80 (maximum 20% penetration, product 9) or KF 94 (maximum 6% penetration, products 24, 25, and 27) class and were found to satisfy these criteria in this study. Penetration values were interpolated from the raw data at regular aerosol load intervals (10 mg, 20 mg,…) from each load test to permit averaging of the results for the three samples of each type. The error bars represent ± 1 SD.

As seen in Fig. 2, the shapes of the penetration curves are similar between the KFDA and NIOSH test protocols within the same products, although the patterns are somewhat different between the products. For example, products 25 and 27 showed a significant increase in penetration before decreasing, while products 9 and 24 displayed a decreasing pattern according to the NaCl aerosol loading. Nevertheless, they all remained well below the certification limit of 20% for anti-yellow sand mask penetration and 6% for quarantine mask penetration.

***Pressure Drop***

The results of the pressure drop are summarized in Table 4. The pressure drop showed little variation compared to the

penetration in Table 2. The average pressure drops of all tested masks were $2.73 \pm 1.44$ (range 0.4–9.5) mmH$_2$O with the KFDA protocol and $10.55 \pm 5.87$ (range 0.6–26.3) mmH$_2$O with the US NIOSH protocol (data not shown). When tested using the KFDA protocol, the highest pressure drop was measured in the anti-yellow sand mask for adults ($3.34 \pm 2.20$ mmH$_2$O), followed by the quarantine mask, the children's anti-yellow sand mask, the medical (surgical/dental) mask, the general mask, and the handkerchief. The pressure drops of all tested masks were below the criterion of 7.2 mmH$_2$O (KF 94 class) and 6.2 mmH$_2$O (KF 80 class). When using the NIOSH protocol, we found that the pressure drop for anti-yellow sand masks was the highest ($13.67 \pm 5.23$ mmH$_2$O) and all masks except the handkerchief were over the KF 80 and 94 pressure limits. As expected, the pressure drop of the handkerchief was lowest (1.90 mmH$_2$O), while its penetration was over 97%.

Table 5 shows the pressure drop classified by several characteristics of the tested masks. For children, we used anti-yellow sand masks. No significant difference was observed in the pressure drop between certified (KF 80) and noncertified masks ($p = 0.910$ with the KFDA protocol, $p = 0.653$ with the NIOSH protocol, respectively). However, a significant difference was detected in the pressure drop between test protocols ($p < 0.001$). In the case of quarantine masks, significant differences were detected in the pressure drop between certified (KF94) and noncertified masks ($p = 0.0218$ with the KFDA protocol and $p = 0.0016$ with the NIOSH protocol, respectively) and between test protocols ($p < 0.001$). No significant differences were observed in pressure drop when medical (surgical/dental) masks were tested inward (from the outside air to the mouth) or outward (from the mouth to the outside air), or for the composition of the general masks. The pressure drops of the handkerchiefs increased significantly with the number of layers ($p = 0.001$), but all values were less than 4 mmH$_2$O.

Fig. 3 shows the mask pressure drop patterns for the masks, which were similar between the KFDA and NIOSH



**Fig. 2.** Penetration as a function of NaCl aerosol accumulation on the mask using the KFDA protocol (a) and NIOSH protocol (b). Symbols represent mean values and vertical lines represent 1 SD of the results from the three tests conducted for each mask.

*Jung et al., Aerosol and Air Quality Research, 14: 991–1002, 2014*

**Table 4.** Initial pressure drop using KFDA (similar to EU) protocol and NIOSH protocol by mask types (PD: Pressure drop).

| Level of class | N | Initial PD (mmH₂O) | | | | | | | P value‡ |
|---|---|---|---|---|---|---|---|---|---|
| | | KFDA | | | P value* | NIOSH | | | |
| | | Mean | ± | SD | | Mean | ± | SD | P value† |
| Yellow sand mask for adult | 9 | 3.341 | ± | 2.198 | | 13.665 | ± | 5.298 | |
| Yellow sand mask for children | 7 | 2.881 | ± | 0.866 | | 12.140 | ± | 4.675 | |
| Quarantine mask | 9 | 3.037 | ± | 1.306 | 0.0143 | 12.461 | ± | 6.942 | < 0.0001 | < 0.0001 |
| Medical mask | 7 | 2.386 | ± | 0.811 | | 9.214 | ± | 3.703 | |
| General mask | 9 | 2.244 | ± | 0.788 | | 8.215 | ± | 4.513 | |
| Handkerchief | 3 | 1.878 | ± | 1.851 | | 1.889 | ± | 1.621 | |

* P value between mask types using KFDA method.
† P value between mask types using NIOSH method.
‡ P value between KFDA and NIOSH test methods.

**Table 5.** Initial pressure drop value classified by several characteristics of masks (PD: Pressure drop).

| | Variables | | N | Initial PD (mmH₂O) | | | | | P value‡ |
|---|---|---|---|---|---|---|---|---|---|
| | | | | KFDA | | NIOSH | | | |
| | | | | Mean ± SD | P value* | Mean ± SD | P value† | | |
| Yellow sand | Child | Certified (KF80) | 4 | 2.858 ± 0.188 | 0.9102 | 11.729 ± 3.710 | 0.6534 | < 0.0001 | |
| | | No Certified | 3 | 2.911 ± 1.351 | | 12.689 ± 5.926 | | | |
| Quarantine | | Certified (KF94) | 4 | 3.667 ± 1.413 | 0.0218 | 17.458 ± 7.495 | 0.0016 | < 0.001 | |
| | | Not Certified§ | 5 | 2.533 ± 0.993 | | 8.463 ± 2.616 | | | |
| Medical | Surgical | Inward | 2 | 2.667 ± 0.137 | 0.2828 | 9.283 ± 1.087 | 0.0845 | < 0.0001 | |
| | | Outward | | 2.583 ± 0.117 | | 13.283 ± 4.546 | | | |
| | Dental | Inward | 3 | 2.633 ± 0.187 | 0.7198 | 11.033 ± 2.194 | 0.8484 | < 0.0001 | |
| | | Outward | | 2.600 ± 0.200 | | 10.844 ± 1.922 | | | |
| General | Nonwoven | - | 4 | 2.508 ± 0.999 | 0.1542 | 10.008 ± 5.112 | 0.0633 | < 0.0001 | |
| | Cotton | | 5 | 2.033 ± 0.512 | | 6.780 ± 3.511 | | | |
| Handkerchief | Cotton | One layer | 1 | 0.800 ± 0.100 | < 0.0001 | 1.000 ± 0.000 | < 0.0001 | 0.1935 | |
| | | Two layers | | 1.400 ± 0.100 | | 1.767 ± 0.058 | | | |
| | | Three layers | | 2.933 ± 0.058 | | 2.700 ± 0.200 | | | |
| | | Four layers | | 3.433 ± 0.058 | | 3.567 ± 0.252 | | | |
| | Gauze | One layer | 1 | 0.500 ± 0.100 | < 0.0001 | 0.667 ± 0.058 | < 0.0001 | 0.0164 | |
| | | Two layers | | 1.733 ± 0.153 | | 1.200 ± 0.000 | | | |
| | | Three layers | | 2.667 ± 0.153 | | 1.967 ± 0.058 | | | |
| | | Four layers | | 2.967 ± 0.058 | | 2.800 ± 0.173 | | | |

* P value between mask types using KFDA method.
† P value between mask types using NIOSH method.
‡ P value between KFDA and NIOSH test methods.
§ Not certified by KFDA but certified by NIOSH (N95 grade respirator).

protocols. In all cases, the pressure drop increased over time due to particle loading on the filter, although a wide range was observed in the rates of increase.

**DISCUSSION**

The aims of this study were to evaluate the filtration efficiency and pressure drop of various types of masks used by ordinary citizens or health-care workers, and to compare the test results using the KFDA and NIOSH protocols. We found that penetration was not significantly different between the KFDA and NIOSH protocols ($p = 0.122$), but the pressure drop using the KFDA protocol was significantly lower than that using the NIOSH protocol ($p < 0.001$). The

difference in pressure drop values for the KFDA and NIOSH protocols can be explained by the difference in flow rates between the two protocols. The KFDA protocol uses a flow rate of 30 L/min because a low ordinary citizen's breathing rate was assumed by the KFDA. Hence, a low flow rate of 30 L/min during the initial pressure drop test could have caused a significant low pressure drop. The 1% NaCl aerosol solution in the KFDA (EU) protocol compared to the 2% NaCl solution of the NIOSH protocol could have affected the low pressure drop, but it appeared low because the initial pressure drop was measured during the first 1 min.

The filter efficiency of quarantine masks was the greatest, while that of handkerchiefs and general masks was the lowest. Of the 44 products studied, including three handkerchiefs,

*Jung et al., Aerosol and Air Quality Research*, 14: 991–1002, 2014

999



**Fig. 3.** Pressure drop as a function of NaCl aerosol accumulation on the mask using the KFDA (a) and NIOSH (b) protocols. The symbols represent mean values and the vertical lines represent 1 SD for the results from the three tests conducted for each mask. The pressure drop test in (a) and (b) were done at 95 L/min.

seven (16%) products (6 quarantine masks and 1 anti-yellow sand mask) using the KFDA protocol and 10 (22%) products (7 quarantine masks and 3 anti-yellow sand masks) using the NIOSH protocol were within 1% penetration (i.e., FFP 3 under the EU criterion or N99 under the NIOSH criterion) (Fig. 4). All these were certified with at least one of the KF 80 or 94 classes in Korea or the N95 class in the United States. Sixteen (36%) products using the KFDA protocol met the KF 94 criterion, 21 (47%) products met the KF 80 criterion, and 17 (39%) met the N95 criterion. Our results suggest that general masks and handkerchiefs provide little protection against airborne aerosols.

Three of four certified children's masks satisfied the KF 80 criterion, with average penetration of $9.9 \pm 7.9\%$. The average penetration of failed children's masks was $42.1 \pm 16.3\%$. Another study showed that when children wore the masks for adults, they were significantly less-protected from exposure than the adults. This might have been related to the inferior fit of the masks on their smaller faces (van der Sande *et al.*, 2008). The children's masks used in this study seemed to be simply adult masks that were reduced in size. As far as we know, no specific criteria for penetration and pressure drop exist for children's masks, even though their breathing volume, pattern, and rate are different from those of adults (Jammes *et al.*, 1979; Tabachnik *et al.*, 1981; Tobin *et al.*, 1983; Bennett and Zeman, 1998; Leigh *et al.*, 2006; Jung, 2008). Therefore, just reducing the mask size might not be a suitable strategy.

In this study, the penetration efficiency of medical masks ranged from 10% to 90%, except for one product (certified as a N95 class), which showed 1.82% penetration. Other studies also reported that penetration ranged from 10% to 47% in dental masks and 53% to 96% in surgical masks (Oberg and Brosseau, 2008). In this study, the penetration range of the dental mask was 16.8–47.9% with the KFDA protocol and 17.2–45.0% with the NIOSH protocol. For surgical masks, it was 1.56–98.0% with the KFDA protocol and 1.11–98.7% with the NIOSH protocol (data not shown).

In view of the possibility of airborne transmission, current guidelines issued by the Centers for Disease Control and Prevention (CDC) and the World Health Organization (WHO) state that health-care workers should wear N95 masks or higher-level protection during all epidemic situations (Derrick and Gomersall, 2005). However, no strict regulation exists for the filtration efficiency and pressure drop for surgical or dental masks worldwide. Penetration results using medical masks in this study exceeded the maximum KFDA criteria for anti-yellow sand masks of 80% (KF 80). In extreme cases for medical masks, the maximum penetration was almost 98%.

Our results show that the main determinant of the magnitude of protection was the type of mask. The expected superior protection conferred by a professional FFP2 mask compared to a surgical or homemade mask was maintained (van der Sande *et al.*, 2008). Leakage tests were performed on readily available materials such as cotton handkerchiefs or towels to measure the extent of penetration. Leakage fractions were determined by comparing the penetration of the same aerosol for the materials held to the face versus being fully taped to the face. At a breathing rate of 37 L/min, mean leakages for the materials ranged from 0.0% to 63%, depending on the material. Mean penetrations exclusive of leakage ranged from 0.6% to 39%. Use of nylon hosiery material ("panty hose") to hold the handkerchief material or the disposable face mask to the face was found to be very effective in preventing leakage (Cooper *et al.*, 1983b). Such a combination could be expected to reduce leakage around the handkerchief to about 10% or less in practice, and around the mask to less than 1.0%, which suggests that the adaptation and use of such an approach for industrial hygiene would be effective (Cooper *et al.*, 1983b). The fabrics provided a statistically nonsignificant reduction in methyl iodide. In practice, any leaks around the seal to the face would lessen the protection offered by such materials (Cooper *et al.*, 1983a). One study using modified heavyweight T-shirts similar to the 2-ply battle-dress uniform T-shirts showed that a hand-fashioned mask can provide a good fit

1000                           *Jung et al., Aerosol and Air Quality Research*, 14: 991–1002, 2014



**Fig. 4.** Initial penetration of 41 tested masks and three handkerchiefs ranked by penetration order.

and a measurable level of protection from a challenge aerosol (Dato *et al.*, 2006). This T-shirt mask had three ear bands (tie type), but the ear bands of the general masks in the study had only two bands (fixation with elastic cord type) and no effects of electrostatic force were added. Therefore, when wearing a general mask, the possibility of penetration increases compared to respirators certified by government organizations.

We measured the initial penetration for 1 min and compared it with penetration criteria. However, as shown in Fig. 2, a slight increase in penetration could occur before a decline for a certain mask (i.e., products 25 and 27 in Fig. 2). In our previous study (Cho *et al.*, 2011; Cho and Yoon, 2012), we found that the initial penetration could be used to compare with the penetration criteria. The initial penetration levels have the advantage of avoiding any loading effects for better comparison with other testing methods (Viscusi *et al.*, 2009). The initial penetration measured for 1 min has been used in many studies in place of the entire NIOSH 42 CFR Part 84 test protocol (Stevens and Moyer, 1989; Lisowski *et al.*, 2001; Rengasamy *et al.*, 2009; Viscusi *et al.*, 2009; Cho *et al.*, 2011).

There are various national and international standards for testing and certifying particulate respirators (PRs) for workers. NIOSH protocol, EU protocol and Australia standard (AS/NZS 1715) are examples (Cho *et al.*, 2011). Unlike for worker's respirators, no national or international standards seem to exist for filtration efficiency and/or pressure drop in masks for ordinary citizens. KFDA recently promoted testing criteria for mask filtration efficiencies which was originated from EU standard. The maximum penetration value was 20% (KF 80) and 6% (KF 94) for anti-yellow sand and quarantine masks, respectively. The maximum pressure drop value was 6.5 mmH$_2$O (KF 80) and 7.2 mmH$_2$O (KF 94) for anti-yellow sand and quarantine masks, respectively. No criteria exist for penetration and pressure drops for

medical and general masks in Korea and the United States. One could argue that both criteria (20% in KF 80, 6% in KF 94) are suitable to protect people against the corresponding aerosols because yellow-sand dust contains hazardous metals and microorganisms, while quarantine masks are used during epidemic events.

**CONCLUSION**

We tested all 44 different brands of mask, including anti-yellow sand masks for adults and children, quarantine masks, medical masks, general masks, and handkerchiefs using the KFDA (similar to the EU protocol) and the NIOSH protocols. All tested quarantine masks satisfied the maximum penetration criterion of 6% (KF 94). Six of nine anti-yellow sand masks (67%) and four of seven anti-yellow sand masks for children (57%) satisfied the KF 80 criteria. The penetration values of most medical masks were over 20%. Medical masks show no significant differences in penetration and pressure drop between inward tests (which mimic inhalation) and outward tests (which mimic exhalation). General masks and handkerchiefs have no protection function in terms of the aerosol filtration efficiency. No significant difference in penetration was noted between the KFDA and NIOSH protocols ($p = 0.1223$), but the pressure drop using the KFDA protocol was significantly lower than that using the NIOSH protocol ($p < 0.001$). The government needs to prepare exact guidelines for mask use by citizens to avoid the inhalation of external harmful substances.

**FUNDING**

This research was partly supported by the Occupational Health and Environmental Safety Division of 3M Korea and partly by the Basic Science Research Program through the National Research Foundation of Korea (NRF), funded

by the Ministry of Education, Science and Technology (No. 2011-0002926).

# REFERENCES

Abramson, H. (1944). The Role of the Surgical Mask in the Prevention of Cross-Infections in Hospital Nurseries for Newborn Infants. *J. Pediatr.* 24: 684–690.

Balazy, A., Toivola, M., Adhikari, A., Sivasubramani, S.K., Reponen, T. and Grinshpun, S.A. (2006a). Do N95 Respirators Provide 95% Protection Level Against Airborne Viruses, and How Adequate Are Surgical Masks? *Am. J. Infect. Control* 34: 51–57.

Balazy, A., Toivola, M., Reponen, T., Podgorski, A., Zimmer, A. and Grinshpun S.A. (2006b). Manikin-Based Performance Evaluation of N95 Filtering-Facepiece Respirators Challenged with Nanoparticles. *Ann. Occup. Hyg.* 50: 259–269.

Bennett, W.D., Zeman K.L. (1998). Deposition of Fine Particles in Children Spontaneously Breathing at Rest. *Inhalation Toxicol.* 10: 831–842.

Chao, H.J., Chan, C.C., Rao, C.Y., Lee, C.T., Chuang, Y.C., Chiu, Y.H., Hsu, H.H. and Wu, Y.H. (2012). The Effects of Transported Asian Dust on the Composition and Concentration of Ambient Fungi in Taiwan. *Int. J. Biometeorol.* 56: 211–219.

Cho, H.W., Yoon, C.S., Lee, J.H., Lee, S.J., Viner, A. and Johnson, E.W. (2011). Comparison of Pressure Drop and Filtration Efficiency of Particulate Respirators Using Welding Fumes and Sodium Chloride. *Ann. Occup. Hyg.* 55: 666–680.

Cho, H.W. and Yoon, C.S. (2012). Workplace Field Testing of the Pressure Drop of Particulate Respirators Using Welding Fumes. *Ann. Occup. Hyg.* 56: 948–958.

Cooper, D.W., Hinds, W.C. and Price, J.M. (1983a). Emergency Respiratory Protection with Common Materials. *Am. Ind. Hyg. Assoc. J.* 44: 1–6.

Cooper, D.W., Hinds, W.C., Price, J.M., Weker, R. and Yee, H.S. (1983b). Common Materials for Emergency Respiratory Protection: Leakage Tests with a Mmanikin. *Am. Ind. Hyg. Assoc. J.* 44: 720–726.

Dato, V.M., Hostler, D. and Hahn, M.E. (2006). Simple Respiratory Mask: Simple Respiratory Mask. *Emerg. Infect. Dis.* 12: 1033–1034.

Derrick, J.L. and Gomersall, C.D. (2005). Protecting Healthcare Staff from Severe Acute Respiratory Syndrome: Filtration Capacity of Multiple Surgical Masks. *J. Hosp. Infect.* 59: 365–368.

Diaz, K.T. and Smaldone, G.C. (2010). Quantifying Exposure Risk: Surgical Masks and Respirators. *Am. J. Infect. Control* 38: 501–508.

EN136 (1998). European Committee for Standardization. Respiratory Protective Devices: Full-face Masks; Requirements, Testing, Marking.

EN140 (1998). European Committee for Standardization. Respiratory Protective Devices: Half-masks, Quarter-masks; Requirements, Testing, Marking.

Eninger, R.M., Honda, T., Adhikari, A., Heinonen-Tanski, H., Reponen, T. and Grinshpun, S.A. (2008). Filter Performance of N99 and N95 Facepiece Respirators against Viruses and Ultrafine particles. *Ann. Occup. Hyg.* 52: 385–396.

Fennelly, K.P. (1998). The Role of Masks in Preventing Nosocomial Transmission of Tuberculosis. *Int. J. Tubercul. Lung Dis.* 2: S103–S109.

Grinshpun, S.A., Haruta, H., Eninger, R. M., Reponen, T., McKay, R.T. and Lee, S.A. (2009). Performance of an N95 Filtering Facepiece Particulate Respirator and a Surgical Mask During Human Breathing: Two Pathways for Particle Penetration. *J. Occup. Environ. Hyg.* 6: 593–603.

Howie, R.M. (2008). Personal Protective Equipment, In *Occupational Hygiene*, Third Edition, Gardiner, K and Harrington, J.M (Eds.), Blackwell Publishing Ltd (Oxford, UK, doi: 10.1002/9780470755075.ch31, 2005: 461–472.

Jammes, Y., Auran, Y., Gouvernet, J., Delpierrre, S. and Grimaud, C. (1979). The Ventilatory Pattern of Conscious Man According to Age and Morphology. *Bull. Eur. Physiopathol. Respir.* 15: 527–540.

Jefferson, T., Del Mar, C., Dooley, L., Ferroni, E., Al-Ansary, L.A., Bawazeer, G.A., Van Driel, M.L., Foxlee, R. and Rivetti, A. (2009). Physical Interventions to Interrupt or Reduce the Spread of Respiratory Viruses: Systematic Review. *Br. Med. J.* 339: b3675

Johnson, D.F., Druce, J.D., Birch, C. and Grayson, M.L., (2009). A Quantitative Assessment of the Efficacy of Surgical and N95 Masks to Filter Influenza Virus in Patients with Acute Influenza Infection. *Clin. Infect. Dis.* 49: 275–277.

Jung, S.E. (2008). The Characteristics of Childhood Injuries Compared to Adult Injuries. *J. Korean Med. Assoc.* 51: 214–218.

Kang, K.K., Chu, J.M., Jeong, H.S., Han, W.J. and Yu, N. M. (2004) A Study on the Analysis of Damages of Northeast Asian Dust and Sand Storm and of the Regional Cooperation Strategies, Korea Environment Institute.

Kim, K.H. and Kim, M.Y. (2003). The Effects of Asian Dust on Particulate Matter Fractionation in Seoul, Korea during Spring 2001. *Chemosphere* 51: 707–721.

Lai, A.C., Poon, C.K. and Cheung, A.C. (2012). Effectiveness of Facemasks to Reduce Exposure Hazards for Airborne Infections among General Populations. *J. R. Soc. Interface* 9: 938–948.

Lee, S.A., Grinshpun, S.A. and Reponen, T. (2008). Respiratory Performance Offered by N95 Respirators and Surgical Masks: Human Subject Evaluation with NaCl Aerosol Representing Bacterial and Viral Particle Size Range. *Ann. Occup. Hyg.* 52: 177–185.

Leigh, S.B., Cheong, C.H., Lee, Y.G. and Kim, T.Y. (2006). Minimum Ventilation Rate of Kindergarten in the Respect of IAQ. *J. Air-Con. Refri. Eng.* 283–288.

Lisowski, A., Jankowska, E., Thorpe, A. and Brown, R. (2001). Performance of Textile Fibre Filter Material Measured with Monodisperse and Standard Aerosols. *Powder Technol.* 118: 149–159.

Martin Jr, S.B. and Moyer, E.S. (2000). Electrostatic Respirator Filter Media: Filter Efficiency and Most Penetrating Particle Size Effects. *App. Occup. Environ.*

Case 6:21-cv-01008-PGB-DCI   Document 62-4   Filed 09/14/21   Page 165 of 412 PageID 2293

*Hyg.* 15: 609–617.

Moyer, E.S. and Stevens, G.A. (1989). "Worst Case" Aerosol Testing Parameters: II. Efficiency Dependence of Commercial Respirator Filters on Humidity Pretreatment. *Am. Ind. Hyg. Assoc. J.* 50: 265–270.

Moyer, E.S. and Bergman, M.S. (2000). Electrostatic N-95 Respirator Filter Media Efficiency Degradation Resulting from Intermittent Sodium Chloride Aerosol Exposure. *App. Occup. Environ. Hyg.* 15: 600–608.

Nassiri, R. (2003). Severe Aacute Respiratory Syndrome. *Med. Sci. Monit. Int. Med. J. Exp. Clin. Res.* 9: ED25.

National Institure for Occupational Safety and Health (NIOSH) (1996). NIOSH Guide to the Selection and Use of Particulate Respirators Certified Under 42 CFR 84, DHHS (National Institute for Occupational Safety and Health). NIOSH, Cincinnati, OH, p. 96–101.

Oberg, T. and Brosseau, L.M. (2008). Surgical Mask Filter and Fit Performance. *Am. J. Infect. Control* 36: 276–282.

Rengasamy, S., King, W.P., Eimer, B.C. and Shaffer, R.E. (2008). Filtration Performance of NIOSH-approved N95 and P100 Filtering Facepiece Respirators against 4 to 30 Nanometer-size Nanoparticles. *J. Occup. Environ. Hyg.* 5: 556–564.

Rengasamy, S., Eimer, B.C. and Shaffer, R.E. (2009). Comparison of Nanoparticle Filtration Performance of NIOSH-approved and CE-marked Particulate Filtering Facepiece Respirators. *Ann. Occup. Hyg.* 53: 117–128.

Rengasamy, S., Miller, A. and Eimer, B.C. (2011). Evaluation of the Filtration Performance of NIOSH-approved N95 Filtering Facepiece Respirators by Photometric and Number-based Test Methods. *J. Occup. Environ. Hyg.* 8: 23–30.

Siegel, J.D., Rhinehart, E., Jackson M. and Chiarello, L. (2007). Guideline for Isolation Precautions: Preventing Transmission of Infectious Agents in Healthcare Settings, Healthcare Infection Control Practices Advisory Committee.

Stevens, G.A. and Moyer, E.S. (1989). Worst Case Aerosol Testing Parameters. 1. Sodium-Chloride and Dioctyl Phthalate Aerosol Filter Efficiency as a Function of Particle-size and Flow-rate. *Am. Ind. Hyg. Assoc. J.* 50: 257–264.

Tabachnik, E., Muller, N., Toye, B. and Levinson, H. (1981). Measurement of Ventilation in Children Using the Respiratory Inductive Plethysmograph. *J. Pediatr.* 99: 895–899.

Taylor, P.R. and Reidy, J.F. (1998). Surgical Face Masks: Are They Mandatory for Interventional Endovascular Procedures? *Cardiovasc. Inter. Rad.* 21: 448–449.

Tobin, M.J., Chadha, T. Jenouri, G., Birch, S., Gazeroglu H. and Sackner, M. (1983). Breathing Patterns. 1. Normal Subjects. *CHEST J.* 84: 202–205.

TSI, I., (2006). CertiTest® Model 8127/8130 Automated Filter Tester, In *Operation and Service Manual*, Revision, H, St Paul, Shoreview, MN.

Tunevall, T.G. and Bessey, P.Q. (1991). Postoperative Wound Infections and Surgical Face Masks - A Controlled-Study. *World J.Surg.* 15: 383–388.

van der Sande, M., Teunis, P. and Sabel, R. (2008). Professional and Home-Made Face Masks Reduce Exposure to Respiratory Infections among the General Population. *PLoS ONE* 3: e2618, doi: 10.1371/journal. pone.0002618.

Viscusi, D.J., Bergman, M., Sinkule E. and Shaffer, R.E. (2009). Evaluation of the Filtration Performance of 21 N95 Filtering Face Piece Respirators after Prolonged Storage. *Am. J. Infect. Control* 37: 381–386.

Wang, W. K., Chen, S.Y., Liu, I.J., Chen, Y.C., Chen, H.L., Yang, C.F, Chen, P.J., Yeh, S.H., Kao, C.L, Huang, L.M., Hsueh, P.R., Wang, J.T., Sheng, W.H., Fang, C.T., Hung, C.C., Hsieh, S.M., Su, C.P., Chiang, W.C, Yang, J.Y., Lin, J.H., Hsieh, S.C., Hu, H.P., Chiang, Y.P., Wang, J.T., Yang, P.C. and Chang S.C. (2004). Detection of SARS-associated Coronavirus in Throat Wash and Saliva in Early Diagnosis. *Emerg. Infect. Dis.* 10: 1213–1219.

Zhang, K., Chai, F., Zhang, R. and Xue, Z. (2010). Source, Route and Effect of Asian Sand Dust on Environment and the Oceans. *Particuology* 8: 319–324.

*Received for review, June 19, 2013*
*Accepted, August 28, 2013*

Biocontrol Science, 2018, Vol. 23, No. 2, 61－69

Plaintiff's Exhibit 237

## Original

# Comparison of the Filter Efficiency of Medical Nonwoven Fabrics against Three Different Microbe Aerosols

## NORIKO SHIMASAKI[1]*, AKIRA OKAUE[2], RITSUKO KIKUNO[2], AND KATSUAKI SHINOHARA[1]

[1]National Institute of Infectious Diseases, 4-7-1 Gakuen, Musashimurayama-shi, Tokyo, Japan
[2]Kitasato Research Center for Environmental Science, 1-15-1 Kitasato, Minami, Sagamihara, Kanagawa, Japan

Received 24 June, 2017/Accepted 18 October, 2017

Exact evaluation of the performance of surgical masks and biohazard protective clothing materials against pathogens is important because it can provide helpful information that healthcare workers can use to select suitable materials to reduce infection risk. Currently, to evaluate the protective performance of nonwoven fabrics used in surgical masks against viral aerosols, a non-standardized test method using phi-X174 phage aerosols is widely performed because actual respiratory viruses pose an infection risk during testing and the phage is a safe virus to humans. This method of using a phage is simply modified from a standard method for evaluation of filter performance against bacterial aerosols using *Staphylococcus aureus*, which is larger than virus particles. However, it is necessary to perform such evaluations based on the size of the actual pathogen particles. Thus, we developed a new method that can be performed safely using inactivated viral particles and can quantitate the influenza virus in aerosols by antigen-capture ELISA (Shimasaki et al., 2016a). In this study, we tested three different microbial aerosols of phi-X174 phage, influenza virus, and *S. aureus* and tested the filter efficiency by capturing microbial aerosols for two medical nonwoven fabrics. We compared the filter efficiency against each airborne microbe to analyze the dependency of filter efficiency on the microbial particle size. Our results showed that against the three types of spherical microbe particles, the filter efficiencies against influenza virus particles were the lowest and those against phi-X174 phages were the highest for both types of nonwoven fabrics. The experimental results mostly corresponded with theoretical calculations. We conclude that the filter efficiency test using the phi-X174 phage aerosol may overestimate the protective performance of nonwoven fabrics with filter structure compared to that against real pathogens such as the influenza virus.

*Key words* : Aerosol / Filter efficiency / Influenza virus / Phi-X174 phage / *Staphylococcus aureus*.

## INTRODUCTION

Influenza is a respiratory disease of which outbreaks are seen worldwide every year. Many cases of nosocomial infections involving the influenza virus have also been reported (Álvarez-Lerma et al., 2017; Dare and Talbot, 2016; Hagel et al., 2016), and healthcare workers must use suitable biohazard protective clothing and equipment to reduce infection risks (Kaye et al., 2015). Among the available protective clothing and

equipment, surgical masks are frequently used as a standard precaution because the infection route of influenza involves the upper respiratory tract such as the throat or nasal passages. Therefore, it is important to exactly evaluate the performance of the surgical mask materials against pathogens.

Currently, there is no standard method for evaluating the protective performance of nonwoven fabrics used in surgical masks against viral aerosols, although there are standard methods for testing fabrics against bacterial aerosols using *Staphylococcus aureus* (ASTM F2100-11, 2011; JIS L 1912, 1997), which is larger than virus particles. However, a test method modified to use a

*Corresponding author. Tel: +81-42-561-0771, Fax: +81-42-561-6156, E-mail : shima(a)nih.go.jp

phi-X174 phage aerosol as a safe model virus is widely performed (https://www.nelsonlabs.com/Test/Viral-Filtration-Efficiency, accessed on May 15, 2017) because tests using actual respiratory viruses are associated with a risk of infection during testing.

In a model aerosol study, Turgeon et al. (2014) compared the effects of aerosolization and sampling on the infectivity of five tail-less bacteriophages and two pathogenic viruses. They concluded that the behavior of the influenza virus resembled those of the PR772 and Φ6 phages, whereas the behavior of the Newcastle disease virus was more similar to those of the MS2 and ΦX174 phages. However, they only examined the initial ratio between the number of viable particles and the amount of nucleic acids in the aerosol using a culture assay and quantitative PCR, and did not investigate how easily the viral aerosol could pass through the nonwoven filter used for surgical masks.

We consider that it is necessary to perform these evaluations based on the size of real pathogen particles, especially that of the influenza virus because its small particle diameter (approximately 0.1 μm) might enable it to easily pass through nonwoven filters, as evidenced by previous studies on the penetration of nanoparticles (not viral particles) through surgical masks (Huang et al., 1998; Lee et al., 2008). Thus, we developed a new method that can be used to safely perform these tests by using an inactivated influenza virus (inact-IFV) and quantitating viral aerosols with antigen-capture ELISA (Shimasaki et al., 2016a).

In this study, tests of the filter efficiency of nonwoven fabrics for medical use to capture virus particles in aerosols were performed by individually using phi-X174 phage aerosols and influenza virus aerosols, and we compared their filter efficiency. In addition, the filter efficiency against S. aureus, which has a larger particle size than the influenza virus and is used in the JIS test (JIS L 1912, 1997), was also tested to investigate the dependence of the filter efficiency on microbial particle size. The respective particle size of the microbes in the test microbe suspension was characterized before the aerosol test. Furthermore, the filter efficiency depending on microbial particle size was analyzed based on the theoretical calculation for physical aerosol technology.

## MATERIALS AND METHODS

### Preparation of the phi-X174 phage

The phi-X174 phage (ATCC 13706-B1) was prepared as described in a previous study (Shimasaki et al., 2016b). The stock phi-X174 phage (approximately $1 \times 10^{10}$ plaque-forming units (PFU)/mL) was distilled 50-fold with distilled water (DW) as a test phi-X174 phage suspension, which contained $1.8 \times 10^8$ PFU/mL.

### Quantitative measurement of the phi-X174 phage

The phage titer was determined by a soft-agar-overlaid plaque assay, as previously described (Shimasaki et al., 2016b). Briefly, the assay fluid was 10-fold serially diluted with PBS, and 0.2 mL of each serial dilution or undiluted assay fluid mixed with 0.2 mL of the host E. coli (ca. $10^9$ colony-forming units (CFU)/mL) was added to tubes containing 4 mL of nutrient broth with 0.5% NaCl and 0.5% agar. After gentle mixing, the suspension was poured onto two plates of nutrient agar. After cultivation for 18 h at 37℃, the plaques on the plates were counted.

### Preparation of S. aureus

S. aureus (NBRC 12732) was prepared as described in a previous study (Shimasaki et al., 2016b), with modification. S. aureus was cultured on tryptic soy agar (TSA; Difco, Becton, Dickinson and Company) for 24 h at 35℃. The colonies on the agar plate were suspended in DW at a concentration of $2\text{-}5 \times 10^8$ CFU/mL. The test suspension of S. aureus contained $3.3 \times 10^8$ CFU/mL.

### Quantitative measurement of S. aureus

The amount of S. aureus was determined by culture assay as described in a previous study (Shimasaki et al., 2016b). Briefly, 100 μL of the assay fluid was 10-fold serially diluted with PBS, and each serial dilution or undiluted assay fluid was spread onto two TSA plates. The plates were cultured for 48 h at 35℃, and the number of colonies was then counted.

### Preparation of inact-IFV

The inact-IFV was prepared as described in a previous study (Shimasaki et al., 2016a). The test suspension of inact-IFV was diluted to a total protein content of ca. 120 μg/mL with Dulbecco's phosphate-buffered saline (DPBS) before use. The M1 protein concentration of the test virus suspension was 89 μg/mL, as determined by ELISA.

### Quantitative measurement of inact-IFV

The amount of inact-IFV was determined with antigen-capture ELISA as described in a previous study (Shimasaki et al., 2016a). Briefly, the wells of a microplate were coated with 100 μL of antigen-capturing monoclonal antibody 29D2 (0.2 mg/mL) in carbonate-bicarbonate buffer and incubated at 4℃ overnight. After being washed with Tris-buffered saline containing 0.1% Tween20 (TBS-T), the microplate was blocked with 300 μL of blocking buffer at room temperature for 1.5-2 h. After being washed with TBS-T, the microplate was reacted with serial dilutions (DPBS containing 0.02% gelatin and 0.1% Triton X-100; gelaDPBS-TX) of the PR8 virus or M1 protein standard (recombinant H1N1



**FIG. 1.** Setup of the test device.
The nebulizer was fitted upstream of the airflow in the test duct, which contained the sample holder. The nonwoven material to be tested was held in the sample holder. The test microbe suspension was placed in the nebulizer. A gelatin filter with a dedicated filter case was connected to the test duct, downstream of the airflow. Air from a compressor was fed into the nebulizer at 3 L/min to spray the test microbe aerosol into the test duct. At the same time, a suction pump was actuated at 5 L/min for 3 min (15 L in total) to collect on the gelatin filter the test microbe aerosol that penetrated through the test materials. The test was performed three times at 20-23℃ and 20-40% relative humidity.

[A/Puerto Rico/8/34/Mount Sinai] M1 protein) at 37℃ for 1.5 h. After washing with TBS-T, 100 µL of anti-flu A M1 goat polyclonal antibody was added to the wells, and the plate was incubated at 37℃ for 1 h. After washing with TBS-T, 100 µL of anti-goat IgG-HRP was added to the wells, and the plate was incubated at 37℃ for 1 h. The plate was then washed with TBS-T, and 100 µL of TMB-substrate was added. The reaction was stopped by adding 100 µL of TMB Stop Buffer, and the optical density at 450 nm was measured using a multi-well plate reader.

**Dynamic light scattering (DSL)**

The particle size distribution of the test microbe suspension was determined by DLS as described in a previous study (Shimasaki et al., 2016a). The suspension was measured for 10 s at room temperature in a Viscotek Model 802 DLS system with Omni Size 3.0 (Viscotek, Texas, USA).

**Transmission electron microscopy (TEM)**

TEM images were obtained as described in a previous study (Shimasaki et al., 2016a). The test virus suspension was negatively stained with 2% phosphotungstic acid on a 400-mesh copper grid coated with carbon. Images were obtained using a JEM-1400 transmission electron microscope (JEOL Ltd., Tokyo, Japan) operated at 80 kV.

**Scanning electron microscopy (SEM)**

SEM images were prepared at Japan Microbiological Clinic Co., Ltd. (Kanagawa, Japan).

**Test nonwoven fabrics**

Two types of nonwoven fabrics used in commercially available surgical masks and protective clothing were selected for this study: nonwoven fabric samples 1 (Spunbond/Meltblown/Spunbond[SMS]-type) and 2 (Spunlace-type), which are categorized as different types of nonwoven fabric structure (Shinohara and Shimasaki, 2012). The different structures of nonwoven fabric were derived from different manufacturing processes. SMS has three bonded layers, Spunbond/ Meltblown/Spunbond, and Spunlace has a structure in which fibers are intertwined by a high-pressure water stream into a mono-layer (Yaida, 1995). A surface image of sample 2 was obtained using a stereoscopic microscope (Model SZH ILLC2, Olympus Co., Tokyo, Japan). The thickness of the fabric samples was determined as an average value, excluding the maximum and minimum values, of seven points measured with an SM-114 dial thickness gage (Teclock Co., Nagano, Japan).

**Filter performance test against the three individual aerosols**

Three individual aerosols, each containing one of the microbes, were prepared. The test devices were set up in a biosafety cabinet (Fig.1), as described in a previous study (Shimasaki et al., 2016a). The nebulizer (a custom-made glass or NE-C16, Omron Healthcare Co., Ltd., Kyoto, Japan) was fitted upstream of the airflow in the test duct, which contained the sample holder. The sample fabric was held in place in the sample holder. The test microbe suspension was placed

**64**    N. SHIMASAKI ET AL.



**FIG. 2**.  Characterization of the phi-X174 phage.
(a) Negatively stained Transmission electron microscopy (TEM) image; scale bar,100 nm. (b) Dynamic light scattering (DLS) analysis of the phi-X174 phage in the test suspension. Particle size distribution of the phi-X174 phage in the test suspension was estimated by DLS. The size on the horizontal axis indicates the hydrodynamic radius (Rh).



**FIG. 3**.  Characterization of inact-IFV.
(a) Negatively stained TEM image; scale bar is 100 nm. (b) DLS analysis of inact-IFV in the test suspension. Particle size distribution of inact-IFV in the test suspension was estimated by DLS.

in the nebulizer, and a gelatin filter (12602-47-ALK; Sartorius, Gottingen, Germany) with a dedicated filter case was connected to the test duct, downstream of the airflow.

Air from a compressor was fed into the nebulizer at an airflow rate of 3 L/min to spray the inactivated influenza virus aerosol into the test duct. At the same time, a suction pump was actuated at an airflow rate of 5 L/min for 3 min (15 L in total) to collect on the gelatin filter the test microbe aerosol that penetrated through the test materials. The velocity of the passing aerosol was calculated to be 4.24 cm/s. The test was performed

three times at 20-23℃ and 20-40% relative humidity.

To determine the amount of microbial aerosol that penetrated the test material, the gelatin filter was dissolved in 5 mL of DPBS at 37℃, and the amount of test microbe in this dissolved solution was assayed. For inact-IFV, DPBS containing 0.02% gelatin and 0.1% Triton X-100 (9 volumes) was added to the gelatin filter suspension before the assay.

## RESULTS

### Characterization of the test microbe suspension



**FIG. 4**. Characterization of *S. aureus*.
(a) Scanning electron microscopy (SEM) image of *S. aureus*; scale bar is 0.15 μm. (b) DLS analysis of *S. aureus* in the test suspension. Particle size distribution of *S. aureus* in the test suspension was estimated by DLS.

TEM analysis of the phi-X174 phage and inact-IFV and SEM analysis of *S. aureus* revealed that the virus particles were almost spherical in shape. The diameter of the phage particles was 25-30 nm (Fig.2(a)), the diameter of inact-IFV was 120-130 nm (Fig.3(a)), and the diameter of *S. aureus* was 0.6-0.7 μm (Fig.4(a)). To confirm the size of the test microbe particles in the suspension and to determine whether any aggregation of the test microbe particles had occurred, we investigated the characteristics of the test microbes using DLS. The particle size distribution of the phi-X174 phage in the test suspension expressed in terms of the hydrodynamic radius (Rh) revealed a peak at 14.0 nm and a negligible peak at 62.5 nm (Fig.2(b)). The particle size of the inact-IFV was 61.5 nm (Fig.3(b)), and that of *S. aureus* was 358 nm (Fig.4(b)). Using the Rh value, the diameters of the particles in the test microbe suspension were estimated to be approximately 28 nm for phi-X174, 120 nm for inact-IFV, and 0.7 μm for *S. aureus*, which were equivalent to those determined by TEM or SEM analysis. In addition, one sharp peak in the particle distribution was observed in each test suspension. These results indicate that the particles of each test microbe were monodisperse.

**Filter performance test of the medical nonwoven fabrics against the three test microbe aerosols**

We tested the filter performance of the two test nonwoven fabrics against the three test microbe aerosols (Table 1). The amount of the test microbe in each aerosol that penetrated through the test fabrics or without test materials (no filter) were determined by culture assay or ELISA.

Figure 5 shows the penetration ratios of the three different microbe aerosols for each sample. The penetration ratio was calculated using the following equation: penetration ratio (%) = (test microbe amount for each sample)/(test microbe amount for the blank experiment [no filter]). For sample 1 and sample 2, the penetration ratio of influenza virus particles was the highest, and that of the phi-X174 phage was the lowest. The penetration ratios for sample 1 were also significantly different between phi-X-174 and inact-IFV (t-test: $P < 0.001$). The penetration ratios for sample 2 were significantly different between phi-X-174 and inact-IFV (t-test: $P < 0.001$), between phi-X-174 and *S. aureus* (t-test: $P < 0.05$), and between inact-IFV and *S. aureus* (t-test: $P < 0.05$). As the filter efficiency was calculated as 100% - the penetration ratio, the filter efficiency against influenza virus particles (particle diameter of approximately 120 nm determined by DLS) was the lowest, and that against the phi-X174 phage (approximately 28 nm) was the highest among the three types of spherical microbe particles.

**Theoretical calculation of the filter efficiency against the three different microbe aerosols**

Finally, the filter efficiency against the three different microbe aerosols was analyzed based on aerosol technology and compared to the experimental results. The filter efficiency = 1 − the penetration ratio.

The penetration ratio $(R_p)$ for the fiber layer filter can be estimated from the collection efficiency of one fiber $(\eta_\Sigma)$ (Eq.1, 2, 3, 4, 5, and 6) (Hinds, 1999; Otani and Seto, 2009). The following parameters were used: $\eta_R$, $\eta_I$, $\eta_G$, and $\eta_D$ are the single-fiber efficiency for interception, impaction, gravitational setting, and diffusion, respectively. $d_p$ is the size of the particle to be

**66**   N. SHIMASAKI ET AL.

**TABLE 1**. Filter performance of nonwoven fabrics against the three test microbe aerosols.

| | Phi-X174 phage amount (PFU/sampling) | | | |
|---|---|---|---|---|
| Experimental condition | 1st | 2nd | 3rd | Ave. |
| Sample 1 | $3.2 \times 10^4$ | $3.8 \times 10^4$ | $3.5 \times 10^4$ | $3.5 \times 10^4$ |
| Sample 2 | $1.4 \times 10^5$ | $1.8 \times 10^5$ | $1.7 \times 10^5$ | $1.6 \times 10^5$ |
| Blank (no filter) | $7.5 \times 10^5$ | $3.0 \times 10^5$ | $6.2 \times 10^5$ | $5.6 \times 10^5$ |

| | Inact-IFV amount (ngM1/sampling) | | | |
|---|---|---|---|---|
| Experimental condition | 1st | 2nd | 3rd | Ave. |
| Sample 1 | $4.67 \times 10^2$ | $3.50 \times 10^2$ | $4.38 \times 10^2$ | $4.18 \times 10^2$ |
| Sample 2 | $1.82 \times 10^3$ | $1.60 \times 10^3$ | $1.90 \times 10^3$ | $1.78 \times 10^3$ |
| Blank (no filter) | $1.94 \times 10^3$ | $2.66 \times 10^3$ | $2.11 \times 10^3$ | $2.24 \times 10^3$ |

| | S. aureus amount (CFU/sampling) | | | |
|---|---|---|---|---|
| Experimental condition | 1st | 2nd | 3rd | Ave. |
| Sample 1 | $5.4 \times 10^5$ | $1.4 \times 10^6$ | $1.0 \times 10^6$ | $9.8 \times 10^5$ |
| Sample 2 | $3.8 \times 10^6$ | $5.6 \times 10^6$ | $4.4 \times 10^6$ | $4.6 \times 10^6$ |
| Blank (no filter) | $6.2 \times 10^6$ | $8.6 \times 10^6$ | $1.0 \times 10^7$ | $8.3 \times 10^6$ |

Filter performance tests for the test materials (samples 1 and 2 to blank) against the three test microbes in the aerosol were performed. The amounts of the test microbe aerosol per sampling are shown. Tests were performed three times on each experimental condition and the average (Ave.) was determined.



**FIG. 5**. Comparison of the penetration ratios of the three different microbe aerosols.
The penetration ratio of each airborne microbe for the test materials (samples 1, 2) was calculated based on the amount of the test microbe aerosol shown in Table 1: penetration ratio (%) = (test microbe amount for each sample)/ (test microbe amount for the blank experiment [no filter]). Average values of penetration ratios are shown. Error bars denote the standard deviation.
$^{*}P < 0.05$, $^{***}P < 0.001$ by t-test.

collected, $D$ is the particle diffusion coefficient, $C_c$ is the Cunningham correction factor, $d_f$ is the fiber diameter, $\alpha$ is the filling rate of the fiber, $t$ is the filter thickness, $U$ is the velocity of the passing aerosol, and $\mu$ is the viscosity of the air $(1.81 \times 10^5 \, \text{Pa·s})$.

$$R_p = \exp\left(\frac{-4\alpha\eta_\Sigma t}{\pi d_f(1-\alpha)}\right) \quad \cdots \text{(Eq.1)}$$

$$\eta_\Sigma = \eta_R + \eta_I + \eta_G + \eta_D \quad \cdots \text{(Eq.2)}$$

$$\eta_R = \frac{(1-\alpha)R^2}{Ku(1+R)} \quad \cdots \text{(Eq.3)}$$

where $R = \dfrac{d_p}{d_f}$, $Ku = -\dfrac{\ln\alpha}{2} - \dfrac{3}{4} + \alpha - \dfrac{\alpha^2}{4}$

$$\eta_I = \frac{(Stk)J}{2Ku^2} \quad \cdots \text{(Eq.4)}$$

where $Stk = \dfrac{\rho_p d_p^2 C_c U}{18\mu d_f}$,

and $\rho_p$ is particle density $(1 \, \text{g/cm}^3)$,

in case of $d_p > 0.1 \, \mu\text{m}$, $C_c = 1 + 2.52 \, \lambda / d_p$,

in case of $d_p \leq 0.1 \, \mu\text{m}$,

$$C_c = 1 + \frac{\lambda}{d_p}\left[2.414 + 0.880\exp\left(-0.39\frac{d_p}{\lambda}\right)\right],$$

$\lambda$ is the mean free path $(0.064 \, \mu\text{m})$,

$J = (29.6 - 28\alpha^{0.62})R^2 - 27.5R^{2.8}$

$$\eta_G = 2.7Pe^{2/3} \quad \cdots \text{(Eq.5)}$$

FILTER EFFICIENCY AGAINST THREE BIOAEROSOL    **67**



**FIG. 6**. Surface image of sample 2.
The surface of sample 2 was observed with a microscope.
The fiber diameter of sample 2 was 17 μm.
Scale bar is 2 mm.

where  $Pe = \dfrac{d_f\, U}{D}$,  $D = \dfrac{C_c kT}{3\pi\mu d_p}$,

$k$ is Boltzmann's constant, and $T$ is absolute
temperature (293 K)

$$\eta_G = G(1+R) \qquad \cdots \text{(Eq.6)}$$

where  $G = \dfrac{\rho_g d_p{}^2 C_c g}{18\mu U}$,

and $\rho_g$ is air density (1.2 kg/m³)

We calculated the penetration ratio according to
particle size ranging from 0.01 μm to 5 μm for sample 2,
as shown in Figure 7 with arrows indicating the particle
sizes of the three microbes determined by DLS, using
the following parameter values:

$d_f$ = 17 μm by observation of the filter surface (Fig.6),
$t$ = 0.284 mm by measurement
$a$ = 0.25 by calculation of the filter weight (70.4 g/
m²) divided by $t$ assuming that the fiber density is
1 g/cm³.
$U$ = 4.24 cm/s (Materials and Methods)
Our analysis showed that the calculated penetration
ratio of the phi-X174 phage was the lowest of the three
microbes. This means that the calculated filter efficiency
against the phi-X174 phage was the highest among
those against the three microbes. The calculated pene-
tration ratio of inact-IFV was the higher, and the calcu-
lated filter efficiency against inact-IFV was the lower than
the phage. The experimental penetration ratios obtained
using each test microbe, i.e., the phi-X174 phage and
inact-IFV, mostly corresponded with this calculation.
However, the experimental results for *S. aureus* did not



**FIG. 7**. Theoretical calculations of the penetration ratio
according to particle size.
The theoretically calculated penetration ratio of the phi-X174
phage was the lowest among the three microbes, and that of
inact-IFV was the higher than the phage. The experimental
penetration ratios for the phi-X174 phage and inact-IFV roughly
agreed with this calculation.

agree with our calculation.

## DISCUSSION

In this study, we compared the filter efficiencies of
medical nonwoven fabrics using aerosols containing
three test microbes: the phi-X174 phage, influenza
virus, and *S. aureus*. Among the three types of spherical
microbe particles, the filter efficiency against influenza
virus particles (particle diameter of approximately 120
nm determined by DLS) was the lowest, and that
against the phi-X174 phage (approximately 28 nm)
was the highest for both sample 1 and 2. These find-
ings suggest that the result of filter efficiency tests using
the phi-X174 phage could be overestimated, compared
with the filter efficiency against real pathogens such as
the influenza virus. When the filter efficiency against
pathogens with almost the same size particle as that of
the phi-X174 phage, e.g., norovirus or hepatitis A virus,
is evaluated, the filter efficiency test using the phi-X174
phage may be sufficient. Incidentally, we speculate that
sample 1 had a lower penetration ratio against all
microbe particles compared with sample 2, because
sample 1 has a three-layered structure (SMS-type),
different from sample 2. If theoretical calculations could
be also made for sample 1, it might be possible to
explain in detail the mechanism that causes the differ-
ence in the penetration ratio between samples 1 and 2.
However, it is difficult to determine $a$ (the filling rate of
the fiber) and $d_f$ (the fiber diameter) required for theo-

**68** N. SHIMASAKI ET AL.

retical calculations of the penetration ratio in the case of a three-layered structure such as that in sample 1. Further studies may be needed.

Our results indicate that filter efficiency tests with the inactivated influenza virus would provide information that better reflects a material's capacity for protection against a real airborne pathogen. This study also aimed to clarify the usefulness of the ELISA we developed for evaluating the filter efficiency against the influenza virus aerosol because the inactivated influenza virus is as safe for use in performance testing as the phi-X174 phage.

A previous report tested the filter efficiency of several respiratory protection devices, two types of N95 masks and two types of surgical masks using the MS2 virus (Bałazy et al., 2006). It was found that the penetration rate of aerosol particles containing the MS2 phage through the surgical mask increased as the particle size increased from 10 nm to 80 nm, which is consistent with our results ranging from 28 nm to 120 nm. Rengasamy et al. (2017) compared facemask and respirator filtration test methods and concluded that the higher efficiencies obtained using viral filtration efficiency test methods with phi-X174 demonstrate that addition of these supplemental particle penetration methods will not improve respirator certification, which agrees with our conclusion.

This study has some limitations. Our calculated analysis (Fig.7) could not explain the experimental results for the *S. aureus* aerosol. Although this calculated analysis did not consider the influence of the electrical surface charge of *S. aureus* particles, further studies for accurate prediction are needed. Moreover, other viruses that cause serious respiratory diseases worldwide should also be considered. For example, outbreaks of measles(Davoodian et al., 2017, Mollema et al., 2015) and Middle East Respiratory syndrome coronavirus (MERS-Cov) (Guery et al., 2013) have been reported recently. The particle size of the MERS-Cov is approximately 100 nm (http://www.niid.go.jp/niid/ja/iasr-sp/2320-related-articles/related-articles-430/6116-dj4304.html, accessed on May 26, 2017) and that of the measles virus is 100-250 nm (https://www.niid.go.jp/niid/ja/kansennohanashi/518-measles.html, accessed on May 26, 2017). In addition to the influenza virus used in this study, other viruses should be studied in the future.

Our results revealed that the filter efficiency test using the phi-X174 phage aerosol will possibly overestimate the protective performance of medical nonwoven fabrics compared to that against real pathogens such as the influenza virus. The results of our study should help healthcare workers when selecting appropriate masks and protective clothing, depending on the

hazardous situation and infection risk.

## ACKNOWLEDGMENT

We would like to thank Prof. S. Kato at the Institute of Industrial Science of the University of Tokyo for providing helpful advice.

## REFERENCES

Álvarez-Lerma, F., Marín-Corral, J., Vilà, C., Masclans, J. R., Loeches, I. M., Barbadillo, S., González, de Molina, F. J., and Rodríguez, A. H1N1 GETGAG/SEMICYUC Study Group. (2017) Characteristics of patients with hospital-acquired influenza A (H1N1)pdm09 virus admitted to the intensive care unit. *J. Hosp. Infect.*, **95**, 200-206.

ASTM F2100-11 (2011) Standard Specification for Performance of Materials Used in Medical Face Masks. *ASTM International*.

Bałazy, A., Toivola, M., Adhikari, A., Sivasubramani, S. K., Reponen, T., and Grinshpun, S. A. (2006) Do N95 respirators provide 95% protection level against airborne viruses, and how adequate are surgical masks? *Am. J. Infect. Control*, **34**, 51-57.

Dare, R. K., and Talbot, T. R. (2016) Health Care-Acquired Viral Respiratory Diseases. *Infect. Dis. Clin. North. Am.*, **30**, 1053-1070.

Davoodian, P., Atashabparvar, A., Dadvand, H., Hosseinpour, M., Daryanavard, A., Safari, R., Rastegar, A., Khajeh, E., and Mahboobi, H. (2017) A report of outbreaks of measles on the southern coast of Iran from 2009 to 2015. *Electron. Physician*, **9**, 3997-4002.

Guery, B., Poissy, J., el Mansouf, L., Séjourné, C., Ettahar, N., Lemaire, X., Vuotto, F., Goffard, A., Behillil, S., Enouf, V., Caro, V., Mailles, A., Che, D., Manuguerra, J. C., Mathieu, D., Fontanet, A., van der Werf, S., and MERS-CoV study group. (2013) Clinical features and viral diagnosis of two cases of infection with Middle East Respiratory Syndrome coronavirus: a report of nosocomial transmission. *Lancet*, **381**, 2265-2272.

Hagel, S., Ludewig, K., Moeser, A., Baier, M., Löffler, B., Schleenvoigt, B., Forstner, C., and Pletz, M. W. (2016) Characteristics and management of patients with influenza in a German hospital during the 2014/2015 influenza season. *Infection*, **44**, 667-672.

Hinds, W. C. (1999) Aerosol Technology, Second Edition, John Wiley & Sons Inc., pp49, 183-205.

Huang, C., Willeke, K., Qian, Y., Grinshpun, S., and Ulevicius, V. (1998) Method for measuring the spatial variability of aerosol penetration through respirator filters. *Am. Ind. Hyg. Assoc. J.*, **59**, 461-465.

JIS L 1912 (1997) Test methods for nonwoven fabrics of medical use (in Japanese). *Japanese Industrial Standards*.

Kaye, K. S., Anderson, D. J., Cook, E., Huang, S. S., Siegel, J. D., Zuckerman, J. M., and Talbot, T. R. (2015) Guidance for infection prevention and healthcare epidemiology programs: healthcare epidemiologist skills and competencies. *Infect. Control Hosp. Epidemiol.*, **36**, 369-380.

Lee, S. A., Grinshpun, S. A., and Reponen, T. (2008) Respiratory performance offered by N95 respirators and surgical masks: human subject evaluation with NaCl aerosol representing bacterial and viral particle size range. *Ann. Occup. Hyg.*, **52**, 177-185.

Mollema, L., Harmsen, I. A., Broekhuizen, E., Clijnk, R., De Melker, H., Paulussen, T., Kok, G., Ruiter, R., and Das, E. (2015) Disease Detection or Public Opinion Reflection? Content Analysis of Tweets, Other Social Media, and Online Newspapers During the Measles Outbreak in the Netherlands in 2013. *J. Med. Internet. Res.*, **17**, e128.

Otani, Y., and Seto, A. (2009) Kougyou Nano Ryushi no Filter seinou shiken ni Kansuru Tejunsho (in Japanese).
https://www.aist-riss.jp/projects/nedo-nanorisk/nano_rad2/docs/preparation/nano_filter-prep.pdf. p31-32. Accessed on 2017.4.3.

Rengasamy, S., Shaffer, R., Williams, B., and Smit, S. (2017) A comparison of facemask and respirator filtration test methods. *J. Occup. Environ. Hyg.*, **14**, 92-103.

Shimasaki, N., Hara, M., Kikuno, R., and Shinohara, K. (2016b) A highly sensitive assay using synthetic blood containing test microbes for evaluation of the penetration resistance of protective clothing material under applied pressure. *Biocontrol Sci.*, **21**, 141-152.

Shimasaki, N., Nojima, Y., Okaue, A., Takahashi, H., Kageyama, T., Hamamoto, I., and Shinohara, K. (2016a) A Novel Method of Safely Measuring Influenza Virus Aerosol Using Antigen-Capture Enzyme-Linked Immunosorbent Assay for the Performance Evaluation of Protective Clothing Materials. *Biocontrol Sci.*, **21**, 81-89.

Shinohara, K., and Shimasaki, N. (2012) Performance evaluation of protective clothing materials for biohazard measures (in Japanese). *Clean technology*, **22**, 58-64.

Turgeon, N., Toulouse, M. J., Martel, B., Moineau, S., and Duchaine, C. (2014) Comparison of five bacteriophages as models for viral aerosol studies. *Appl. Environ. Microbiol.*, **80**, 4242-4250.

Yaida, O. (1995) Saikin no Hushokuhu no Doukou (in Japanese). *SEN-I GAKKAISHI*, **51**, 200-205.

Plaintiff's Exhibit 238

theblaze.com

# Horowitz: Comprehensive analysis of 50 states shows greater spread with mask mandates

*Daniel Horowitz*

8-11 minutes

---

For months, we've been lectured to by the political elites that cases of coronavirus are spreading too quickly and that we must wear masks to stop the spread. The obvious fault with their act of desperation is that they can no longer mask the fact that most parts of the country have *already* been fully masked for months — long before the ubiquitous spread this fall.

Researchers at RationalGround.com, a clearinghouse of COVID-19 data trends run by a grassroots group of data analysts, computer scientists, and actuaries, did an analysis of all 50 states divided by those that had mask mandates and those that did not. Justin Hart, co-founder of the website, posted the results in a Twitter thread and shared with me the data analysis:

BREAKING! Do mask mandates work? Our analysis below. We looked at cases on days where mask mandates were in place v… https://t.co/nWbM4P0s1Y

— Justin Hart (@Justin Hart)1608488744.0

They studied the number of cases over a 229-day period from May 1 through Dec. 15 and divided the results of the two study groups by days with mask mandates and days without mask mandates. The non-mandate data group includes both states that never had a mandate and those that did at some point, but data set included only the days they did not have a mask mandate.

The results: When comparing states with mandates vs. those without, or periods of times within a state with a mandate vs. without, there is absolutely no evidence the mask mandate worked to slow the spread one iota. In total, in the states that had a mandate in effect, there were 9,605,256 confirmed COVID cases over 5,907 total days, an average of 27 cases per 100,000 per day. When states did not have a statewide order (which includes the states that never had them and the period of time masking states did not have the mandate in place) there were 5,781,716 cases over 5,772 total days, averaging

==17 cases per 100,000 people per day.==

==The reverse correlation between periods of masking and non-masking is remarkable.==

That's right. ==With mandates in place states say 10 more cases per 100K population.== Here's the breakdown by state. M… https://t.co/w9ole5pMi4

— Justin Hart (@Justin Hart) 1608488745.0

The 15 states that did not have a statewide mask mandate for the duration of this analysis were Alaska, Arizona, Florida, Georgia, Idaho, Iowa, Missouri, North Dakota, Nebraska, New Hampshire, Oklahoma, South Carolina, South Dakota, Tennessee, and Wyoming.

==Importantly, for purposes of this study, the analysts gave the mask mandate states a 14-day grace period from the time of implementation in order to begin counting cases against mask efficacy.== This gives time for the existing spread from the original policy to become obsolete, in order to more accurately assess the efficacy of the mandate. Proponents of the mask mandate might suggest that mask mandates were often imposed once cases already spread quickly, so there is a negative bias of increased cases in those areas (or times) that had mandates in place. However, there was no evidence of any reduction in cases or even better outcomes *many weeks later*. In fact, ==Ian Miller, one of the researchers at RationalGround.com, found that three counties in Florida (Manatee, Martin, and Nassau) that allowed the mandate to expire after having implemented it had fewer cases per capita than those counties that kept the mandate.==

Three counties in Florida allowed mask mandates to expire by 10/23. So I looked at all 67 counties in FL with and w… https://t.co/HINsEYM2el

— IM (@IM) 1608489297.0

Nor has the mandate worked in states where it was implemented long before the surge in cases began.

One of the favorite talking points of the pro-mask lobby is that you need to mandate them while cases are low, or i… https://t.co/3s7wjAaLL8

— IM (@IM) 1608494819.0

California is the ultimate example of a state that had a mask mandate in place forever — long before its turn for spread hit in earnest.

==The simple reality is that there is no legitimate data showing the mandates worked.==

My first question when reading this analysis was that perhaps there is a bias in case counts against those areas with mask mandates because, by definition, most areas without them are more conservative and tend to have lower population density. After all, dense areas seem to be associated with more spread, and therefore, those areas must be

judged by a different standard.

First, it's important to recognize that over the past few months, as the virus has spread rapidly to the low-population states and counties, the gap between the urban and rural areas has really closed as the virus appears to be giving everyone equal treatment. Also, included in the top-line number of 17 cases per 100,000 in the non-mask states are also the larger states that did eventually adopt a mandate, but had prior days without the mandate in which the cases were counted among the non-mandate data set. Thus, the study is more apples-to-apples than simply taking places that never had a mandate vs. those that always did over the entire study period.

More fundamentally, this study analyzed Florida by county data and shows no correlation between mask mandates and fewer cases, even adjusting for population density. Gov. Ron DeSantis has notoriously declined to issue a statewide mandate in the Sunshine State; however, of the 67 total counties in Florida, 22 have implemented an executive mask order at some point during the study period. Two of them (Miami-Dade and Osceola) were in effect for the entire period, while the other 20 began in the spring, summer, or fall.

@justin_hart Justin asked if I could add these. Apparently the research was extensive to Florida as well. Here is s… https://t.co/Mmww2mddJM

— Kyle Lamb (@Kyle Lamb)1608492337.0

What are the results?

When counties did have a mandate in effect, there were 667,239 cases over 3,137 days with an average of 23 cases per 100,000 per day. When counties did not have a countywide order, there were 438,687 cases over 12,139 days with an average of 22 cases per 100,000 per day.

Did population density play a role?

When you isolate only the top 12 most populous counties in the state (>500,000), eight of them had effective mask orders implemented at some point during the study period, and four never had a countywide order (Brevard, Lee, Polk, and Volusia). When the eight did have an order in effect, there were 24 cases per 100,000 a day. On the other hand, during the days when mandates were not in place (which is never in four counties, and some weeks in seven of the other eight except for Miami-Dade), there were 17 cases per 100,000 per day.

We can turn the numbers upside down and inside out, but no matter how we examine them, there is no evidence of masks correlating with reduced spread. If anything, the opposite is true. And it sure as heck is not because of a lack of compliance.

Another objection: "Well maybe people aren't really wearing masks!" We have you

covered there. Here's an interactiv… https://t.co/dqd6Sje07M

— Justin Hart (@Justin Hart)1608488748.0

<mark>It's self-evident that the virus does what it does naturally and follows a very mechanical pattern regardless of state policies.</mark>

@IanShepherdson Here's New Mexico, Colorado & Utah which all followed the exact same curve regardless of when they… https://t.co/Rtl53B3E57

— IM (@IM)1608312193.0

Another objection: "Well, we can never know for certain HOW MUCH WORSE it could have been without masks." First, th… https://t.co/wXRr40EjqM

— Justin Hart (@Justin Hart)1608488748.0

The Mid-Atlantic region also has a tremendous collective mindset, where people of all backgrounds, rich and poor al… https://t.co/pXXPro752e

— IM (@IM)1608403991.0

Is there a Facebook group where the exact same pop. adjusted amount of people in Pennsylvania and Delaware got toge… https://t.co/fdp7cGqsHL

— IM (@IM)1608401984.0

<mark>The burden is on those who want to violate the Constitution with such a draconian mandate for the rest of our lives to present affirmative evidence that their religious symbol works.</mark> The phony "fact checkers" will always find ways to show that we can't prove beyond a shadow of doubt that masks will never work. But while they force us to prove 100% that they don't work, <mark>mandaters don't have to prove any efficacy at all, even as 2-year-olds are forced to have their faces covered on planes.</mark>

We used to all scoff at the Islamic fundamentalist for believing that if they just waged jihad a little harder, they'd earn their 72 virgins. Well, those people can learn a thing or two about faith from the mask fundamentalists who believe it's never too late for masks to magically stop a virus after months of failure.

Plaintiffs' Exhibit 239

acpjournals.org

# Contact Settings and Risk for Transmission in 3410 Close Contacts of Patients With COVID-19 in Guangzhou, China

*Chen  Mao*

21-27 minutes

---

Coronavirus disease 2019 (COVID-19) caused by severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) emerged in Wuhan, Hubei Province, China, in December 2019 and has since developed into a global pandemic (1). As of 26 May 2020, a total of 5 404 512 people have been infected, including 343 514 deaths worldwide, with 84 543 cases and 4645 deaths in China (2).

The viral, epidemiologic, and clinical characteristics of the disease have been documented (3–11). However, questions important for control of the epidemic remain (10), including the transmissibility of the virus, which patients are most likely to spread the virus, what contact setting is most likely to result in transmission, and the proportion of infected individuals who are asymptomatic.

To control the COVID-19 outbreak, China has implemented a series of measures to reduce transmission of SARS-CoV-2, including case surveillance and reporting, strengthening quarantine at ports of exit and entry, epidemiologic investigation and close contact management, treatment of patients with COVID-19 in designated hospitals, social distancing, mandatory mask wearing in public settings, financial support, and emergency material support (12). These measures were mandated during the study period.

We examined settings of COVID-19 transmission in a cohort study of 3410 close contacts of 391 index cases of COVID-19 in Guangzhou, China.

**Methods**

**Identification of Index Cases and Contact Tracing**

Index cases were identified through surveillance testing, screening individuals with symptoms who presented to a health care facility, or tracing and screening close contacts (Part 1 of the Supplement). During the COVID-19 outbreak period, health care facilities at all levels and of all types in China were obliged to identify COVID-19 cases and report them immediately via the online direct reporting system to Centers for Disease Control and Prevention (CDCs) in China. Upon receiving a report, the CDCs reviewed cases within 2 hours in the online direct reporting system. Once suspected cases (symptomatic, but not yet confirmed by laboratory testing), confirmed cases (symptomatic cases), and asymptomatic infected persons (asymptomatic cases) were verified and reported, the county or district CDCs completed an epidemiologic investigation of these cases within 24 hours, including contact tracing (13, 14). Close contacts are individuals who have had contact, without effective protection regardless of duration of exposure, with 1 or more persons with suspected or confirmed COVID-19 any time starting 2 days before onset of symptoms in persons with a suspected or

confirmed case, or 2 days before sampling for laboratory testing of asymptomatic infected persons (14).

For close contact tracing on public transportation, a cell phone database based on the movements of the users was developed in China (12). By measuring and recording proximity events between individuals, it can immediately trace close contacts of diagnosed cases upon case confirmation (15). In this way, almost all of the close contacts of public transportation can be traced. A small proportion of close contacts was difficult to trace owing to lack of cell phone data. Detailed information on definitions and close contact tracing is provided in Part 2 of the Supplement.

From 28 December 2019 to 5 March 2020, 3410 close contacts of 391 index cases (244 in Guangzhou and 147 in other regions) were identified and followed up by the Guangzhou CDC (GZCDC) from 13 January 2020 to 6 March 2020. The close contacts included in this study are the close contacts living in Guangzhou of these 391 index cases during the study period and do not include additional close contacts managed by other regional CDCs in China. Figure 1 shows the flowchart of COVID-19 cases and close contact management.

■ ■ ■

**Figure 1. Study flow diagram.**
CDC = Center for Disease Control and Prevention; COVID-19 = coronavirus disease 2019; GZCDC = Guangzhou Center for Disease Control and Prevention; RT-PCR = reverse transcriptase polymerase chain reaction.

\* Quarantine period was 14 d after the last unprotected contact with confirmed cases and infected persons.

† Followed until 6 April 2020.

- Download figure

- Download PowerPoint

Our study was based on the data from the work for an ongoing public health response to COVID-19 by GZCDC as required by the National Health Commission of China, and hence individual informed consent was waived. The study was determined not to be human subjects research and therefore was considered exempt from ethical approval after consultation with the ethics committee of GZCDC. Analytical data sets were constructed in an anonymized manner, and all analysis of personally identifiable data took place onsite at the GZCDC.

**Data Collected From the Index Cases**

The information collected for 244 index cases in Guangzhou included demographic characteristics (age and sex), severity, clinical symptoms at onset (fever, dry cough, expectoration, fatigue, myalgia, and diarrhea), radiologic examinations (chest computed tomography), and blood examinations (leukocyte count, lymphocyte percentage, and neutrophilic granulocyte percentage). Clinical data on the 147 index cases from regions other than Guangzhou were unavailable, and therefore their 800 close contacts inside Guangzhou could not be categorized by severity and symptoms of the index cases. In addition, no information on symptoms for 21 index cases in Guangzhou, and thus their 797 close contacts, could be categorized by symptoms of the index cases.

**Exposure Settings of Close Contacts**

Upon identification, information about the setting of exposure to the index case was obtained and classified into 5 categories: household, public transportation, health care settings, entertainment venues or workplaces, and multiple settings. "Multiple settings" indicates exposure in more than 1 contact setting. Index cases were quarantined before diagnosis if they were suspected cases, and household contacts were separated from the index cases before diagnosis was made in the index cases.

**Monitoring and Evaluation of Close Contacts**

After identification, close contacts were quarantined for 14 days from last contact with index cases and followed up clinically after quarantine until 6 April 2020. For example, if an individual was traced on the fourth day after the last unprotected contact, this individual was required to be medically observed for 10 days. The quarantine period was extended for 337 close contacts for whom real-time fluorescence-based reverse transcriptase polymerase chain reaction (RT-PCR) testing was delayed.

During the quarantine period, monitoring of clinical symptoms and RT-PCR assay of SARS-CoV-2 nucleic acid was performed approximately every 24 hours. Specimens for RT-PCR testing were obtained from the upper (nasopharyngeal and oropharyngeal swabs) and lower (sputum) respiratory tracts by trained CDC staff and were sent to GZCDC for testing. The RT-PCR testing was performed by qualified staff, and results were identified through open reading frame 1ab (ORF1ab) and nucleocapsid protein (N) in accordance with the protocol established by the Chinese CDC (16). Details of the laboratory processes are provided in Part 3 of the Supplement. For close contacts who tested positive on RT-PCR, radiologic and blood examinations were conducted; these included chest radiography or computed tomography, complete blood count, coagulation profile, serum biochemical tests (renal and liver function, creatine kinase, lactate dehydrogenase, and electrolytes), myocardial enzymes, interleukin-6, serum ferritin, and procalcitonin (17).

The symptoms that were monitored mainly included fever and respiratory symptoms (for example, dry cough and expectoration). Monitoring was performed by the staff of the medical observation institution during daily in-person visits (14).

Close contacts who tested negative on RT-PCR and remained symptom-free were released after the quarantine period. Those who developed symptoms but tested negative throughout the quarantine period on RT-PCR received radiologic examinations and serologic COVID-19–specific IgM and IgG examinations. If the examinations were all negative, they were released from quarantine and followed for the development of symptoms by staff in their communities via weekly in-person visits through 6 April 2020. Close contacts who developed symptoms during the follow-up period after release from quarantine were retested.

**Outcomes**

The main outcome was COVID-19 infection in close contacts during the follow-up period. These included asymptomatic cases and symptomatic cases, which were defined on the basis of guidelines issued by the National Health Commission of the People's Republic of China (13, 17). Detailed definitions of these 2 outcomes are provided in Part 1 of the Supplement.

In brief, an asymptomatic case (13) was defined as an individual without clinical manifestations and with etiologic detection of SARS-CoV-2 in respiratory specimens (that is, RT-PCR–positive) or specific IgM detected in serum. After a quarantine period of 14 days, asymptomatic infected persons were followed up until 6 April 2020 to confirm whether symptoms occurred. A symptomatic case (13) was defined as a suspected case on the basis of symptoms and epidemiologic history (Part 1 of the Supplement) and 1 of the following etiologic or serologic findings: 1) a positive result for SARS-CoV-2 nucleic acid on RT-PCR; 2) a viral gene identified by gene sequencing that was highly homologous with known SARS-CoV-2; or 3) detectable SARS-CoV-2–specific IgM and IgG in serum, or at least a 4-fold increase in IgG between paired acute and convalescent sera. Symptomatic cases were categorized as mild, moderate, severe, or critical (17) (Part 1 of the Supplement).

**Linkage of Secondary Cases to Index Cases**

To show the difference between identifying cases through presenting symptoms versus intensive surveillance of a close contact, we attempted to pair every secondary case with their index case and compared their clinical characteristics. If a secondary case was in contact with 2 or more index cases, we linked the secondary case to the earliest index case. Secondary cases were unlikely to have been co–index cases because they did not share the same primary infection exposure as the index case during the contact tracing episode.

**Statistical Analysis**

The secondary attack rate of COVID-19 was estimated by dividing the number of asymptomatic or symptomatic secondary cases by the number of close contacts for that exposure setting compared with different contact exposure groups. Categorical variables were calculated as numbers (percentages). Skewed and normally distributed continuous variables were calculated as the median (interquartile range [IQR]) or mean (SD), respectively. To minimize the potential for inferential bias and to maximize the decreased statistical power due to exclusion of participants with missing covariate data, we used multiple imputation with chained equations to impute missing covariate values, and 20 data sets were imputed (18). All variables including outcomes were included in the multiple imputation model.

Generalized estimating equations (19) taking into account clustering by index cases were performed to estimate odds ratios (ORs) and 95% CIs for associations of potential factors with the risk for SARS-CoV-2 infection:



- Download figure

- Download PowerPoint

where $V_i$ = working covariance matrix (), $R_i(\alpha)$ = working correlated matrix, and $A_i$ = T-dimensional diagonal matrix.

Age (0 to 17 years, 18 to 44 years, 45 to 59 years, or ≥60 years), sex, exposure setting, severity of index cases, and symptoms in index cases (fever, dry cough, expectoration, fatigue, and myalgia) were included in the multivariable model.

All analyses were performed by using SAS software, version 9.4, for Windows (SAS Institute). Statistical tests were 2-sided, and *P* values less than 0.05 were considered statistically significant.

**Role of the Funding Source**

The study was funded by the Guangdong Province Higher Vocational Colleges and Schools Pearl River Scholar Funded Scheme, the National Natural Science Foundation of China, the Construction of High-level University of Guangdong, and the Zhejiang University Special Scientific Research Fund for COVID-19 Prevention and Control. The funders had no role in study design, data collection and analysis, preparation of the manuscript, or the decision to submit the manuscript for publication.

**Results**

**Characteristics of Close Contacts and COVID-19 Cases**

We collected data from 3410 close contacts in Guangzhou who were linked to 391 index cases (244 index cases in Guangzhou and 147 in other regions). Table 1 shows demographic characteristics of index cases, close contacts, and secondary cases. Among 3410 close contacts, 1799 (52.8%) were male, and the median age was 38.0 years (IQR, 26.0 to 51.0 years). Of these 3410 close contacts, 127 (3.7% [95% CI, 3.1% to 4.4%]) were secondarily infected; 8 (0.2% [CI, 0.1% to 0.4%]) were asymptomatic, and 119 (3.5% [CI, 2.9% to 4.1%]) were symptomatic. Of the 119 symptomatic cases, 20 (16.8%) presented with mild symptoms, 87 (73.1%) with moderate symptoms, and 12 (10.1%) with severe or critical symptoms. Of the secondary cases, the majority (105 [82.7%]) occurred via household contact (Table 2). The basic characteristics and distribution of clusters in each exposure setting are summarized in Appendix Tables 1 and 2. The distribution of clusters according to the number of index cases is shown in Figure 2.

Table 1. Demographic Characteristics of Index Cases, Close Contacts, and Secondary Cases

Table 2. Characteristics of 3410 Close Contacts and 127 Secondary Cases

Appendix Table 1. Index Cases and Cluster Sizes, by Exposure Setting*

Appendix Table 2. Distribution of Clusters, Close Contacts, and Secondary Cases, by Cluster Size and Exposure Setting*

**Figure 2. Distribution of clusters according to the number of index cases.**
In each bar, the light and dark portions indicated the number of index cases outside and inside Guangzhou, respectively.

- Download figure
- Download PowerPoint

Because of the lag in identification of close contacts, the median time from last contact to the start of quarantine was 4.0 days (IQR, 1.0 to 12.0 days); thus, the 3410 close contacts were only quarantined for a median of 10.0 days (IQR, 2.0 to 14.0 days) (Table 2; Appendix Figure 1). Furthermore, the 127 close contacts in whom asymptomatic or symptomatic cases were diagnosed ended quarantine after a median of 2.0 days (IQR, 1.0 to 5.0 days) because most of them received a diagnosis within 2 days of the start of quarantine and were transferred to designated hospitals in a timely manner. For close contacts in whom symptomatic cases were diagnosed, the median time from last contact to symptom onset was 2.0 days (IQR, 1.0 to 3.0 days) (Appendix Figure 2). All secondary cases were confirmed by RT-PCR testing, and the mean number of RT-PCR assays was 2.8 (SD, 2.4).

■ ■ ■

**Appendix Figure 1. Distribution of quarantine duration among 3410 close contacts and 127 secondary cases.**
Day 1 is the start of quarantine. The quarantine period was extended for 337 close contacts in whom reverse transcriptase polymerase chain reaction testing was delayed. COVID-19 = coronavirus disease 2019.

- Download figure
- Download PowerPoint

■ ■ ■

**Appendix Figure 2. Distribution of days from last contact to symptom onset and quarantine start, and days from symptom onset to RT-PCR diagnosis among secondary cases.**
For days from last contact to symptom onset, a total of 31 symptomatic cases with symptoms before the last contact and 8 asymptomatic cases were excluded; for days from symptoms to RT-PCR diagnosis, a total of 55 secondary cases who tested positive on RT-PCR at the first time were further excluded. RT-PCR = reverse transcriptase polymerase chain reaction.

- Download figure
- Download PowerPoint

**Exposure Settings and Factors Associated With Risk for Transmission**

Table 3 shows the association between various factors and risk for SARS-CoV-2 infection among close contacts of index cases before and after adjustment. A higher percentage of females than males (4.4% [CI, 3.4% to 5.4%] vs. 3.1% [CI, 2.3% to 3.9%]) were infected, but this difference was not statistically significant on multivariate analysis. In terms of exposure setting, household contacts had a higher risk for secondary infection (10.3% [CI, 8.5% to 12.2%]) than did persons who were

exposed in health care settings (1.0% [CI, 0.3% to 1.8%]; OR, 0.09 [CI, 0.04 to 0.20]) and those who were exposed on public transportation (0.1% [CI, 0.0% to 0.4%]; OR, 0.01 [CI, 0.00 to 0.08]).

Table 3. Exposure Settings and Risk for Transmission Among 3410 Close Contacts

■ ■ ■

The secondary attack rate increased with the severity of index cases, from 0.3% (CI, 0.0% to 1.0%) for asymptomatic to 3.3% (CI, 1.8% to 4.8%) for mild, 5.6% (CI, 4.4% to 6.8%) for moderate, and 6.2% (CI, 3.2% to 9.1%) for severe or critical cases ($P$ for trend < 0.001). Manifestation of certain symptoms, such as fever (6.7% [CI, 5.3% to 8.0%] vs. 3.3% [CI, 1.6% to 4.9%]) and expectoration (13.6% [CI, 10.6% to 16.7%] vs. 3.0% [CI, 2.1% to 3.9%]), in the index cases was associated with an increased risk for infection in their close contacts. The frequency of contact and number of index cases contacted were not separately assessed owing to multicollinearity with household contacts; the incidence of COVID-19 by these 2 variables is shown in Appendix Table 3.

Appendix Table 3. Secondary Attack Rate of Coronavirus Disease 2019 Among 3410 Close Contacts

■ ■ ■

**Clinical Characteristics of Index Cases and Secondary Cases**

A total of 121 secondary cases were successfully linked to their 68 index cases, and 6 secondary cases were not successfully linked because their index cases were outside Guangzhou and we had no detailed information for them. Compared with their 68 index cases, the 121 secondary cases were in general clinically milder and were less likely to manifest such common symptoms as fever, cough, expectoration, fatigue, myalgia, and diarrhea (Table 4). Secondary cases were also less likely than index cases to demonstrate radiologic and laboratory alterations related to the infection (Table 4).

Table 4. Clinical Characteristics of 68 Index Cases and 121 Secondary Cases

■ ■ ■

**Discussion**

We found that the secondary attack rate was less than 4% among close contacts of persons with COVID-19. Secondary infections acquired while using public transportation were rare; in contrast, 1 in 10 household contacts was found to be infected. Moreover, we found that patients with more clinically severe disease were more likely to infect their close contacts than were less severe index cases; asymptomatic cases were least likely to infect their close contacts. Manifestation of certain symptoms, such as expectoration, in index cases was also associated with an increased risk for infection in their close contacts.

The secondary attack rate of COVID-19 among household contacts was 10.3% in our study, which was consistent with secondary attack rates of 11.2% in other cities in China (20) and 10.5% in the United States (21). In China, the quarantine of household contacts started immediately in designated places by local CDCs after index cases were diagnosed. which may have resulted in a lower

secondary attack rate among household contacts compared with published studies in other countries ([21](#), [22](#)). However, the risk for secondary infection via household contact was still highest compared with other contact settings because people spent more time at home, which led to more frequent and longer unprotected exposure than the other contact settings. Another explanation is that mask wearing to prevent infection was mandatory in public settings but not in households during the study period. Thus, effective measures to reduce household transmission and quarantine of household contacts are extremely important.

In addition, we found that the risk for transmission via public transportation or health care settings was low. Although the risk for infection in any individual who shared public transportation with an infected person is low, the large numbers of people on public transportation and the difficulty in identifying all close contacts may lead to a great number of persons being infected in this setting.

Our results showed that patients with COVID-19 who had more severe symptoms had a higher transmission capacity, whereas transmission capacity from asymptomatic cases was limited. This supports the view of the World Health Organization that asymptomatic cases were not the major drivers of the overall epidemic dynamics ([12](#)). This mechanism may be that COVID-19 cases with more severe symptoms might carry a higher viral load of SARS-CoV-2 and thus have greater transmission capacity ([22](#)). Consistent with previous studies ([23–26](#)), we also found that clinical symptoms at onset were more severe in index cases than in secondary cases. This phenomenon may be explained by selection bias and regression to the mean, reflecting the difference between identifying cases through presenting symptoms versus intensive surveillance of a close contact. The severity of symptoms in secondary cases is probably more reflective of the true severity profile of COVID-19, given the systematic identification of secondary cases.

Our study has limitations. First, some of the estimates had wide CIs, and thus some clinically important point estimates (for example, the OR of 1.37 [CI, 0.95 to 1.98] for the infectiousness of index cases with dry cough) could not be statistically distinguished from a null effect. Second, different countries implemented different measures to control the COVID-19 outbreak. The measures in China mainly included case surveillance and reporting, epidemiologic investigation and close contact management, treatment of COVID-19 cases in designated hospitals, social distancing, and mask wearing in public settings. These measures may influence the secondary attack rate among close contacts and the generalization of our results. Finally, symptoms and severity in index cases were not assessed at the time of exposure to contacts, and recall bias of symptoms at onset among index cases and secondary cases may exist.

In conclusion, we found that the secondary attack rate of COVID-19 was relatively low, and household contacts were at higher risk for infection. Moreover, patients with more clinically severe cases or those with symptoms were more likely to infect their close contacts.

Chughtai *et al. BMC Infectious Diseases*      (2019) 19:491
https://doi.org/10.1186/s12879-019-4109-x

BMC Infectious Diseases

Plaintiff's Exhibit 240

**RESEARCH ARTICLE**                                              **Open Access**

# Contamination by respiratory viruses on outer surface of medical masks used by hospital healthcare workers



Abrar Ahmad Chughtai[1*], Sacha Stelzer-Braid[2], William Rawlinson[3], Giulietta Pontivivo[4], Quanyi Wang[5], Yang Pan[5], Daitao Zhang[5], Yi Zhang[5], Lili Li[6] and C. Raina MacIntyre[7,8]

## Abstract

**Background:** Medical masks are commonly used in health care settings to protect healthcare workers (HCWs) from respiratory and other infections. Airborne respiratory pathogens may settle on the surface of used masks layers, resulting in contamination. The main aim of this study was to study the presence of viruses on the surface of medical masks.

**Methods:** Two pilot studies in laboratory and clinical settings were carried out to determine the areas of masks likely to contain maximum viral particles. A laboratory study using a mannequin and fluorescent spray showed maximum particles concentrated on upper right, middle and left sections of the medical masks. These findings were confirmed through a small clinical study. The main study was then conducted in high-risk wards of three selected hospitals in Beijing China. Participants ($n = 148$) were asked to wear medical masks for a shift (6–8 h) or as long as they could tolerate. Used samples of medical masks were tested for presence of respiratory viruses in upper sections of the medical masks, in line with the pilot studies.

**Results:** Overall virus positivity rate was 10.1% (15/148). Commonly isolated viruses from masks samples were *adenovirus* ($n = 7$), *bocavirus* ($n = 2$), *respiratory syncytial virus* ($n = 2$) and *influenza virus* ($n = 2$). Virus positivity was significantly higher in masks samples worn for > 6 h (14.1%, 14/99 versus 1.2%, 1/49, OR 7.9, 95% CI 1.01–61.99) and in samples used by participants who examined > 25 patients per day (16.9%, 12/71 versus 3.9%, 3/77, OR 5.02, 95% CI 1.35–18.60). Most of the participants (83.8%, 124/148) reported at least one problem associated with mask use. Commonly reported problems were pressure on face (16.9%, 25/148), breathing difficulty (12.2%, 18/148), discomfort (9.5% 14/148), trouble communicating with the patient (7.4%, 11/148) and headache (6.1%, 9/148).

**Conclusion:** Respiratory pathogens on the outer surface of the used medical masks may result in self-contamination. The risk is higher with longer duration of mask use (> 6 h) and with higher rates of clinical contact. Protocols on duration of mask use should specify a maximum time of continuous use, and should consider guidance in high contact settings. Viruses were isolated from the upper sections of around 10% samples, but other sections of masks may also be contaminated. HCWs should be aware of these risks in order to protect themselves and people around them.

**Keywords:** Mask, Health care workers, Viruses, Infection control

---

* Correspondence: abrar.chughtai@unsw.edu.au
[1]School of Public Health and Community Medicine, UNSW Medicine, University of New South Wales, Level 2, Samuels Building, Sydney 2052, Australia
Full list of author information is available at the end of the article



© The Author(s). 2019 **Open Access** This article is distributed under the terms of the Creative Commons Attribution 4.0 International License (http://creativecommons.org/licenses/by/4.0/), which permits unrestricted use, distribution, and reproduction in any medium, provided you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons license, and indicate if changes were made. The Creative Commons Public Domain Dedication waiver (http://creativecommons.org/publicdomain/zero/1.0/) applies to the data made available in this article, unless otherwise stated.

Chughtai *et al. BMC Infectious Diseases*    (2019) 19:491

## Background

Infectious diseases are a continuing threat, with constant emergence or re-emergence of serious diseases in various parts of the world and healthcare workers (HCWs) are particularly at-risk of exposure to index cases [1–4]. Various types of personal protective equipment (PPE) are recommended and used by HCWs to protect from infections, including medical masks, respirators, gloves, gowns, goggles and face shield [5, 6]. In healthcare settings, medical masks are used by HCWs to protect from splashes and sprays of blood and body fluids, and by sick individuals to prevent spread of respiratory infections to others [7]. Reuse and extended use of masks are also common in many parts of the world, particularly during outbreaks and pandemics [8, 9]. Respiratory pathogens may be present on used masks layers and lead to infection of the wearer [10]. In hospital settings, these pathogens may be generated from breathing, coughing or sneezing patients or during aerosol generating medical procedures [11]. Studies have shown that influenza virus can remain airborne for 3 h after a patient has passed through an emergency department [12]. While using masks, or during long periods of time of re-using them, these pathogens may cause infection through hand or skin contamination, ingestion, or mucus membrane contact [10].

Currently there are limited data on the presence of respiratory pathogens on surface of PPE and other fomites in hospital settings. Previous studies show that influenza and respiratory syncytial virus (RSV) may survive on outer surface of PPE [11–14]. A study showed that influenza viruses may survive on hard surfaces for 24–48 h, on cloth up to 8–12 h and on hands for up to 5 min [13]. A previous study in an Australian Neonatal Intensive Care Unit (NICU), respiratory syncytial virus (RSV) RNA was identified from 4% of dress samples and 9% of environmental samples [14]. If health departments do not provide clear guidance on the use of masks in these situations, HCWs may continue using contaminated masks and may get infection [15]. The risk of self-contamination of HCWs is influenced by the mask itself, its shape and properties, and the virus concentration on its surface. To our knowledge, only one study examined the presence of contamination on mask and various bacteria were isolated from outer surface of medical masks [16]. The main aim of this study was to study the level of contamination on the surface of medical masks.

## Methods

### Pilot studies

Medical masks were tested as per protocols developed through two pilot studies in Sydney Australia.

### Pilot study 1 (laboratory testing)

The aim of this pilot study was to identify areas of maximum virus concentration on the surface of masks. Medical masks were donned on a simple mannequin in a laboratory setting and fluorescent particles (UV Glow powder) were sprayed front on and side on from a distance of approximately 1 m using a spray bottle. We performed three experiments from the front and three experiments from the sides of mannequin. UV light was used to quantify the density of particles on mask surface and to identify area of maximum concentration. In all three experiments, most particles were concentrated on upper right, middle and left sections of the masks (Figs. 1 and 2).

### Pilot study 2 (clinical testing)

The second pilot study was conducted in two tertiary referral hospitals in Sydney Australia to develop testing methodology. Twelve HCWs (doctors and nurses) from the infectious diseases, respiratory/ chest wards and intensive care unit (ICU) participated in the study. HCWs were asked to wear medical masks for a shift (minimum 30 min) used masks were tested in the Virology Research Laboratory, University of New South Wales and Prince of Wales Hospital Sydney Australia. If a respirator was indicated due to airborne inflictions, HCWs were excluded from the study and were allowed to use a respirator.

Medical masks were divided into six sections as shown in Fig. 3. Samples were taken from upper three sections of masks i.e. 36 samples were tested in total (12 masks X 3 samples). The outer layer of the mask was removed using sterile tweezers. The mask layer was placed into a 15 ml falcon tube containing 700 μl of Phosphate buffered saline and vortexed for 20 s. After 10 min incubation the mask was placed in a custom made filter tube inside an eppendorf tube and centrifuged briefly. The filtrate was then transferred to 1.5 ml Eppendorf tube. Total nucleic acid was extracted on the Kingfisher Flex (Thermo Scientific) using the MagNA Pure Total Nucleic Acid Isolation Kit (Roche) according to the manufacturer's instructions. Presence of respiratory viruses was detected using the Seegene Allplex™ Respiratory Panel Assays 1,2,3 (Seegene).

### Main study

The main study was conducted in respiratory wards and fever clinics of three selected hospitals in Beijing China from December 2017 to January 2018. Doctors and nurses from selected wards were invited to participate in the study. Participants include nursing and medical staff aged > 18 years working full time in the ward who were able to provide written and informed consent. Participants with pre-existing respiratory, medical illness or

Chughtai *et al. BMC Infectious Diseases*   (2019) 19:491



**Fig. 1** Fluorescent particles (UV Glow power) following spraying from 1 m from the front of the mask

pregnancy were excluded. As we did not test the participants, detail history on respiratory symptoms was taken to rule out contamination of masks by participants themselves.

HCWs from the participating wards were asked to wear medical masks for a shift (6–8 h), or as long as they could tolerate the masks with no adverse event. Three layered standard medical masks were used. If HCWs used more than one mask during their shift, first sample was collected and tested. Used medical masks were collected at the end of the day and were stored immediately in zip-lock bags. HCWs were advised to store masks in in zip-lock bags while they take off the masks during break time. All masks samples were labelled with participants' ID and hospital ID. At the end of the study, HCWs were asked to complete a short survey to collect information on mask use in routine (type of mask used, number of masks used and situations when masks were normally used) and during the study period (wearing time, number of patients seen, situations when masks were used, aerosol generating procedures performed and hand hygiene during donning and doffing). Participants reported "number of masks used" and "number of patients seen" in absolute numbers. "Duration of mask use" was recorded in hours as, < 1 h, 1 to 2 h, 2 to 4 h, 5 to 6 h, 7 to 8 h, >8 h. "Situations when masks were used" were categorized into: "used continuously", "used continuously except during breaks", "used only during patients' encounters" and "used only high-risk patient encounters".

## Mask testing for the main study

Medical masks were tested in the Beijing CDC laboratory. All masks were collected immediately after use in zip-lock bags and kept at − 80 °C until testing. Pilot studies showed that upper sections of masks were more contaminated (Figs. 1 and 2). The outer layers of upper right, middle and left mask were separated with a same size, placed into separated tubes containing 700 μl PBS buffer (Gibco, USA), vortexed for 1 min, and finally aliquoted 50 μl for viral testing. We performed three tests on upper right, middle and upper left sections of the masks on around a quarter mask sample (26%) and performed one test on the remaining mask samples (74%). For one testing, outer layers of upper right, middle and left section of mask were separated and placed into the same tube. Viral DNA/RNA was extracted using King-Fisher Flex 96 viral DNA/RNA purification kit (Thermo Fisher, USA) according to the manufacturer's instructions. The reverse-transcription polymerase chain reaction was performed to amplify 15 viral target genes, including influenza A/B virus, influenza A(H1N1) and A(H3N2), parainfluenza viruses 1–4, rhinoviruses, bocavirus, human metapneumovirus, adenovirus, respiratory syncytial virus, coronaviruses OC43, 229E, NL63 and HKU1 using a commercial multiplex combined real-time PCR detection kit for Respiratory virus, which is developed by "Jiangsu Uninovo Biological Technology Co. Ltd." in China.

## Sample size

Currently there is very limited data on testing of masks surface for presence of pathogens. In previous studies



**Fig. 2** Fluorescent particles (UV Glow powder) following spraying from 1 m from the side of the mask

Chughtai *et al. BMC Infectious Diseases*     (2019) 19:491



**Fig. 3** Sections of medical masks for testing

influenza virus was detected on over 50% of the fomites tested in community settings during influenza season [17]. The rate is expected to be higher in the healthcare setting and moreover other viruses will also be tested. Assuming 25% higher positivity rate in the healthcare setting, the required sample size would be 134 masks, with 80% power and two-sided 5% significance level for detecting a significant difference. Some HCWs might not be able to provide mask samples, we aimed to recruited 145 HCWs in total for this study.

### Analysis
Descriptive analysis was conducted, and rates and frequencies were calculated. Univariate analysis was performed to identify the factors associated with mask positivity. Logistic regression was used to calculate odds ratio (OR) and 95% confidence intervals (CI) Data were analyzed in SAS (SAS Institute Inc., USA) version 9.4.

### Ethics and consent to participate
Ethics approval for pilot study was sought from South Eastern Sydney Local Health District (SESLHD). Ethics approval for the main study was sought from Human Research Ethics Committee UNSW (HC16703) and IBR China. Written consent as obtained from all participants.

### Results
Of 36 samples in pilot testing, three samples were positive for *human enterovirus*. Two samples were positive from outer sections of mask, while one sample was positive from middle section. No other viruses were detected in mask samples.

A total of 158 participants were recruited from three hospitals in the main study. Ten participants provided more than one samples for the testing, so we excluded these cases from analysis due to uncertainty around the duration of mask use being tested. Most participants were recruited from Hospital A (52%, 77/148), largely

from the respiratory ward 47.3%, 70/148). Around half of the participants were doctors (45.9%, 68/148), and majority were female (81.8%, 121/148). In routine clinical practice, almost all participants (98.6%, 146/148) had previously used disposable medical masks. Generally, most of the participants had been using 1 or 2 medical masks per day (90.6%, 134/148) and around two third participant (68.2%, 101/148) had been using mask all the time during the clinical work (Table 1).

During the study period, around 2/3 participants used masks for > 6 h – "7–8 h" 80 participants (54.1%) and "> 8 h" 19 participants (12.8%). The remaining 1/3 used masks for ≤6 h – "1–2 h" 1 participant (0.7%), "3–4 h" 8 participants (5.4%) and "5–6 h" 40 participants (27%). Most participants (78.4%, 116/148) used masks either continuously or continuously except breaks. The majority of participants (83.8%,124/148) reported at least one problem

**Table 1** Demographic data

| Variables | Number ($n = 148$) | Percent |
|---|---|---|
| Hospital | | |
|   Hospital A | 77 | 52.0 |
|   Hospital B | 26 | 17.6 |
|   Hospital C | 45 | 30.4 |
| Ward | | |
|   Internal medicine | 52 | 35.1 |
|   Respiratory | 70 | 47.3 |
|   Pediatrics | 26 | 17.6 |
| Position | | |
|   Doctor | 68 | 45.9 |
|   Nurse | 80 | 54.1 |
| Age | | |
|   ≤ 30 year | 41 | 27.7 |
|   31–40 years | 68 | 45.9 |
|   ≥ 41 years | 39 | 26.4 |
| Gender | | |
|   Male | 27 | 18.2 |
|   Female | 121 | 81.8 |
| Type of mask normally used in the hospital | | |
|   Cloth re-usable facial masks | 2 | 1.4 |
|   Disposable medical masks | 146 | 98.6 |
| Number of masks routinely used in the hospital | | |
|   1 | 46 | 31.1 |
|   2 | 88 | 59.5 |
|   3 | 10 | 6.8 |
|   4 | 4 | 2.7 |
| When masks are normally used | | |
|   All the time | 101 | 68.2 |
|   When treating certain patients | 47 | 32.8 |

Chughtai *et al. BMC Infectious Diseases*     (2019) 19:491

associated with masks use. Commonly reported problems were pressure on face (16.9%, 25/148), breathing difficulty (12.2%, 18/148), discomfort (9.5% 14/148), trouble communicating with the patient (7.4%, 11/148) and headache (6.1%, 9/148). Majority of participants washed their hand during donning (91.2%, 135/148) /doffing (88.5%, 131/148) of medical masks and before (74.3%, 110/148) /after (85.1%, 126/148) touching patients. During the study period, 68% (101/148) participants used other PPE as well – mostly gloves and hair covers.

Overall virus positivity rate was 10.1% (15/148) and rates were similar after 1 testing on mask (10%, 11/110) compared to three testing (10.5%, 4 /38) (OR 1.06, 95% CI 0.32–3.55). Adenovirus was most commonly isolated from the masks (*n* = 7), followed by *bocavirus* (*n* = 2), RSV (n = 2) and *influenza* virus (n = 2) (Table 2).

Compared to the participants working in internal medicine department, virus positivity rates were lower among those working in respiratory (OR 0.04, 95% CI 0.01–0.34) and pediatric (OR 0.12, 95% CI 0.01–0.97) departments. Virus positivity was significantly higher on masks samples worn by participants who used masks for > 6 h, compared to those who used mask for ≤6 h that day (OR 7.9, 95% CI 1.01–61.99). Similarly, virus positivity was significantly higher on masks samples worn by participants who examined > 25 patients per day, compared to who examined ≤25 patients (OR 5.02, 95% CI 1.35–18.60). Virus positivity rates were also higher in mask samples collected from males, participants who used mask during encounters with high risk patients and those who performed aerosol generating procedures (AGPs), however the difference was not statistically significant (Table 3).

## Discussion

To our knowledge this is the first study examining the presence of respiratory viruses on the outer surface of used medical masks. One in ten masks were positive for any virus which highlights the risk of self-contamination to the wearer, particularly on doffing [18]. Reuse and extended use of masks are very common, particularly in low income countries and during outbreaks and pandemics when supplies are short, and demand is high [19, 20]. Staff should be aware of the risk associated with the reuse and extended use of masks and respiratory protective devices and high clinical contact. Large scale studies should be conducted to determine the contamination on other PPEs as well and to quantify the risk of infection among HCWs.

Epidemics of a new infectious disease may be devastating due to global spread, disease burden and high case fatality. PPE are generally considered lowest among infection control hierarchy and recommended to be used with other administrative and environmental control measures [21]. However, masks, respirators and other PPE are important during initial phase of outbreak and pandemic when drugs and vaccine are not available [22]. PPE can easily get contaminated during clinical care of sick patients which may result in an increased risk of infection in wearer [18]. Many simulation studies have also shown presence of particles on the potential surface of PPE and associated risk of self-contamination during doffing of PPE [5, 22–24]. In this study we only tested the presence of viruses on the medical masks. Overall virus positivity rate in this was 10.1% (15/148) and adenovirus was isolated from 7 mask samples while bocavirus, RSV and influenza viruses were isolated from 2 samples each. Prospero et al. conducted a study in dental settings and estimated the bacterial contamination on surface of masks used by dentist, lamps, areas near spittoons, and mobile trays. Sterile nitrocellulose filters were applied on these surfaces to isolate pathogens. Highest levels of bacterial contamination (Streptococcus species 42%, Staphylococcus species 41%, and gram-negative bacteria 17%) were recorded on the external surface of masks wore by dentist [16]. Large scale studies should be conducted to examine presence of various pathogens on the surface of masks and other PPE.

In this study, the risk of mask contamination was associated with duration of masks use and number of patients seen. Currently there is no standard duration for the time period that facemasks and respirators can safely

**Table 2** Pathogens isolated from outer surface of masks

| Viruses | Positive in one test (Total tests 110) | Positive in three tests & sample location (Total test 38) |
|---|---|---|
| Adenovirus[a] | 6 | 1 middle section of mask |
| Bocavirus[a] | 2 | 0 |
| Human metapneumovirus[a] | 0 | 1 right section of mask |
| Influenza B & type 4 parainfluenza virus[b] | 1 | 0 |
| Influenza H1N1 & influenza B[c] | 1 | 0 |
| Respiratory syncytial virus[a] | 1 | 1 middle section of mask |
| Type 2 parainfluenza virus[a] | 0 | 1 right section of mask |
| Total positive (Positivity rate) | 11 (9.4%) | 4 (9.8%) |

[a] Isolated from internal medicine ward, [b] isolated from pediatric ward [c] isolated from respiratory ward

Chughtai *et al. BMC Infectious Diseases*        (2019) 19:491

**Table 3** Factors associated with virus positivity on masks surface

| Variables | Positive for any virus | | Odds ratio (OR) (95% CI) |
|---|---|---|---|
| | Number | Percent | |
| Hospital | | | |
| Hospital A | 12/77 | 15.6 | Ref[a] |
| Hospital B | 1/26 | 3.8 | 0.22 (0.03–1.75) |
| Hospital C | 2/45 | 4.4 | 0.25 (0.05–1.18) |
| Ward | | | |
| Internal medicine department | 13/52 | 25 | Ref |
| Respiratory department | 1/70 | 1.4 | 0.04 (0.01–0.34)[d] |
| Pediatrics department | 1/26 | 3.8 | 0.12 (0.01–0.97)[d] |
| Gender | | | |
| Male | 4/27 | 14.8 | Ref |
| Female | 11/121 | 9.1 | 0.57 (0.16–1.97) |
| Position | | | |
| Doctor | 7/68 | 10.3 | Ref |
| Nurse | 8/80 | 10 | 0.97 (0.33–2.82) |
| Age | | | |
| ≤ 30 years | 5/41 | 12.2 | Ref |
| 31–40 years | 5/68 | 7.4 | 0.57 (0.15–2.11) |
| ≥ 41 years | 5/39 | 12.8 | 1.06 (0.28–3.98) |
| Mask use time during the study | | | |
| ≤ 6 h | 1/49 | 2 | Ref |
| > 6 h | 14/99 | 14.1 | 7.9 (1.01–61.99)[d] |
| Patients' seen | | | |
| ≤ 25 cases | 3/77 | 3.9 | Ref |
| > 25 cases | 12/71 | 16.9 | 5.02 (1.35–18.60)[d] |
| How medical masks were used | | | |
| Used continuously | 4/28 | 14.3 | Ref |
| Used continuously except breaks[b] | 9/88 | 10.2 | 0.65 (0.19–2.22) |
| Used only during patients encounters | 0/26 | 0 | 0.10 (0.01–2.12) |
| Used only high-risk patient encounters | 2/6 | 33.3 | 3.02 (0.43–21.44) |
| Preformed AGPs [c] during the study | | | |
| No | 7/95 | 7.4 | Ref |
| Yes | 8/53 | 15.1 | 2.24 (0.76–6.55) |
| Hand wash | | | |
| No | 2/13 | 15.4 | Ref |
| Yes | 13/135 | 9.6 | 0.59 (0.12–2.94) |

[a] Reference [b] lunch, tea and toilet [c] aerosol generating procedures [d] Significant results

be used. Theoretically, there may be a risk of infection in wearer if contaminated masks are used for prolonged time. Currently there are no data around risk associated with reuse and extended used of masks and other PPE. One study showed that influenza virus may survive on mask surface and maintained infectivity for at least 8 h [25]. Our study showed very low infection among HCWs who used masks for ≤6 h. High virus positivity on masks

samples worn by HCWs who examined > 25 patients, may be due to more frequent clinical contact with infective cases and transfer of more pathogens from patients to mask surface. Virus positivity rates were also higher in those working in internal medicine department compared to respiratory and pediatric departments. The reason of high virus positivity in internal medicine department is not clear, but this may be due to using

Chughtai *et al. BMC Infectious Diseases*     (2019) 19:491

varying infection control policies and practices. High risk perception and more infection control measures may result in low virus positivity in in respiratory and pediatric departments. However, the sample sizes and number of positive results were too low to make meaningful comparisons between departments. There is a need for more research to define the exact threshold of safe duration, and to develop a comprehensive policy on the use of masks in hospital settings and protocols should specify a maximum time of continuous use and should consider guidance in high contact settings.

We also aimed to identify the area on the mask surface with maximum respiratory virus concentration. Laboratory based pilot study showed maximum fluorescent contamination on upper sections of the masks, which is also the likely area to be touched on removal. Of the three positive tests in hospital-based pilot study, two samples were positive from outer sections of mask, while one sample was positive from middle section. In the main study we were able to check the location of contamination on a quarter of mask samples. Of the 38 mask samples, one or more viruses were isolated from four (10.5%) samples – two from middle section of masks and two from right section of the masks. This presents a large area of potential contamination which place HCW at risk when removing a mask. These data may assist in developing policies on for doffing of masks after encounter with infective cases. As a general rule, HCWs should not reuse masks, should restrict use to less than 6 h and avoid touching the outer surface of mask during doffing, and practice hand hygiene after removal.

There are limitations of this study. Due to funding constraints we tested selected masks samples. We performed three tests on a sub-sample (26%) to identify the area of maximum concentration. Moreover, we just tested upper three sections of medical masks based on the first pilot study, while lower three sections should also be tested. Then we tested only outer layer of masks and did not check filtering layer and inner layer due to funding constraints. Ideally all sections and layers of masks should be tested. We collected detail history from the participants to rule out any existing respiratory illness. Although none of the participant had a respiratory or a medical illness, it is not possible to determine whether viruses isolated from the masks surface were from exogenous or endogenous source. For example, adenovirus was most commonly identified in this study and is associated with mild or no respiratory illnesses. Ideally participants should also be swabbed to rule out infections, and the inside surface should also be tested. However, given the large variations of infection probability in different types of wards, it is unlikely that all viruses came from the background infection. To overcome

this limitation, detailed history on respiratory symptoms was taken to rule out contamination of masks by clinically ill participants themselves. Moreover, we only examined viruses on the masks, while bacteria and other pathogens may also be present [16]. Mask use was not monitored, and self-reported compliance was recorded. Previous studies show that self-reported compliance is generally reported to be higher compared to the actual compliance [26, 27]. We also did not document the method of mask removal, nor the number of times the HCW touched the mask.

## Conclusion

To maintain the functionality and capacity of the health care workforce during outbreaks or pandemics of emerging infections, HCWs need to be protected. This study provides new data, which will help developing policies for safe workplace environment. The study shows that the prolonged use of medical masks (> 6 h) and frequent clinical contact in healthcare setting increase the risk to health workers through contaminated PPE. Protocols on duration of mask use should specify a maximum time of continuous use.

### Abbreviations
AGPs: Aerosol generating procedures; HCW: Healthcare workers; ICU: Intensive care unit; NICU: Neonatal Intensive Care Unit; PPE: Personal protective equipment; RSV: Respiratory syncytial virus; SESLHD: South Sydney Local Health District

### Acknowledgements
Thanks to the staff at the Beijing Centre for Diseases Prevention and Control and hospitals staff for participating in the study. We would like to thank Xin Chen (UNSW), Yimeng Liu (Beijing Center for Diseases Prevention and Control) and Jiachen Zhao, Beijing Center for Diseases Prevention and Control, for assisting with sample collection and handling. Thanks to A/Prof Euan Tovey (Woolcock Institute for Medical Research) for supply of mannequins.

### Authors' contributions
AAC - Conception and design of study, data analysis and manuscript writing. SSB, WR, GP – Data/ sample collection and lab testing for pilot studies in Australia, manuscript review. QW, YP, YZ and LL – Data/ sample collection for the main study in China, manuscript review. DZ - Testing for the main study in China, manuscript review. CRM - Contributed to study design and manuscript writing. All authors approved the study.

### Funding
This study was supported by NHMRC Centre for Research Excellence Grant APP1107393 (Integrated Systems for Epidemic Response [ISER]). Funding body has no role in design of the study and collection, analysis, and interpretation of data and in writing the manuscript".

### Availability of data and materials
The datasets used and/or analysed during the current study are available from the corresponding author on reasonable request.

### Ethics approval and consent to participate
Ethics approval for pilot study was sought from Eastern Sydney Local Health District (SESLHD). Ethics approval for the main study was sought from Human Research Ethics Committee UNSW (HC16703) and IBR China. Consent was obtained from all participants before recruitment.

Chughtai *et al. BMC Infectious Diseases*        (2019) 19:491

**Consent for publication**

Not applicable .

**Competing interests**

All authors have completed the Unified Competing Interests form (available on request from the corresponding author) and declare that: AAC had testing of filtration of masks by 3 M for PhD. CRM has held an Australian Research Council Linkage Grant with 3 M as the industry partner, for investigator driven research. 3 M have also contributed supplies of masks and respirators for investigator-driven clinical trials. She has received research grants and laboratory testing as in-kind support from Pfizer, GSK and Bio-CSL for investigator-driven research. The remaining authors declare that they have no competing interests and have no non-financial interests that may be relevant to the submitted work.

**Author details**

¹School of Public Health and Community Medicine, UNSW Medicine, University of New South Wales, Level 2, Samuels Building, Sydney 2052, Australia. ²University of New South Wales, Virology Research Laboratory, Prince of Wales Hospital, Randwick, NSW 2031, Australia. ³SAViD (Serology & Virology Division), Prince of Wales Hospital, Randwick, Australia. ⁴Infection Prevention Management and Staff Health Services- St Vincent's Hospital, Sydney, Australia. ⁵Beijing Center for Diseases Prevention and Control, Beijing, China. ⁶Fangshan Center for Diseases Prevention and Control, Beijing, China. ⁷Biosecurity Program, The Kirby Institute, University of New South Wales, Sydney, NSW 2052, Australia. ⁸College of Public Service & Community Solutions, and College of Health Solutions, Arizona State University, Phoenix, AZ 85004, USA.

Received: 28 January 2019 Accepted: 20 May 2019
Published online: 03 June 2019

**References**

1.  Bui CM, Chughtai AA, Adam DC, et al. An overview of the epidemiology and emergence of influenza a infection in humans over time. Archives Public Health. 2017;75(1):15.
2.  BanachMD DB, BielangMD R, CalfeeMD DP. Factors associated with unprotected exposure to 2009 H1N1 influenza a among healthcare workers during the first wave of the pandemic. Infect Control Hosp Epidemiol. 2011; 32(3):293–5.
3.  World Health Organization (WHO). Summary of probable SARS cases with onset of illness from 1 November 2002 to 31 July 2003 2004 [Available from: http://www.who.int/csr/sars/country/table2004_04_21/en/. Accessed 15 June 2018.
4.  MacIntyre CR, Chughtai AA, Seale H, et al. Respiratory protection for healthcare workers treating Ebola virus disease (EVD): are facemasks sufficient to meet occupational health and safety obligations? Int J Nurs Stud. 2014;51(11):1421–6.
5.  McLaws M-L, Chughtai AA, Salmon S, et al. A highly precautionary doffing sequence for health care workers after caring for wet Ebola patients to further reduce occupational acquisition of Ebola. Am J Infection Control (In press https://doi.org/10.1016/j.jajic201512034). 2016.
6.  (WHO). WHO. Epidemic-prone & pandemic-prone acute respiratory diseases: infection prevention and control in health-care facilities. 2007.
7.  World Health Organization (WHO). Infection prevention and control of epidemic- and pandemic-prone acute respiratory infections in health care. 2014.
8.  Swaminathan A, Martin R, Gamon S, et al. Personal protective equipment and antiviral drug use during hospitalization for suspected avian or pandemic influenza. Emerg Infect Dis. 2007;13(10):1541–7.
9.  Phin NF, Rylands AJ, Allan J, et al. Personal protective equipment in an influenza pandemic: a UK simulation exercise. J Hosp Infect. 2009;71(1): 15–21.
10. Institute of Medicine (IOM) National Academy of Sciences. Reusability of facemasks during an influenza pandemic: facing the flu. 2006.
11. Stelzer-Braid S, Oliver BG, Blazey AJ, et al. Exhalation of respiratory viruses by breathing, coughing, and talking. J Med Virol. 2009;81(9):1674–9.
12. Blachere FM, Lindsley WG, Pearce TA, et al. Measurement of airborne influenza virus in a hospital emergency department. Clin Infect Dis. 2009; 48(4):438–40.
13. Bean B, Moore BM, Sterner B, et al. Survival of influenza viruses on environmental surfaces. J Infect Dis. 1982;146(1):47–51.
14. Homaira N, Sheils J, Stelzer-Braid S, et al. Respiratory syncytial virus is present in the neonatal intensive care unit. J Med Virol. 2016;88(2):196–201.
15. Chughtai AA, Seale H, Chi Dung T, et al. Current practices and barriers to the use of facemasks and respirators among hospital-based health care workers in Vietnam. Am J Infect Control. 2015;43(1):72–7.
16. Prospero E, Savini S, Annino I. Microbial aerosol contamination of dental healthcare workers' faces and other surfaces in dental practice. Infect Control Hosp Epidemiol. 2003;24(2):139–41.
17. Boone SA, Gerba CP. The occurrence of influenza a virus on household and day care center fomites. J Infect. 2005;51(2):103–9.
18. Chughtai AA, Chen X, Macintyre CR. Risk of self-contamination during doffing of personal protective equipment. Am J Infect Control. 2018;46(12): 1329–34.
19. Chughtai AA, MacIntyre CR, Peng Y, et al. Practices around the use of masks and respirators among hospital health care workers in 3 diverse populations. Am J Infect Control. 2015;43:1116–8.
20. Chughtai AA, MacIntyre CR, Zheng Y, et al. Examining the policies and guidelines around the use of masks and respirators by healthcare workers in China, Pakistan and Vietnam. J Infect Prev. 2015;16(2):68–74.
21. Siegel JD, Rhinehart E, Jackson M, et al. 2007 guideline for isolation precautions: preventing transmission of infectious agents in health care settings. Am J Infect Control. 2007;35(10 Suppl 2):S65–164.
22. Beam EL, Gibbs SG, Boulter KC, et al. A method for evaluating health care workers' personal protective equipment technique. Am J Infect Control. 2011;39(5):415–20.
23. Zellmer C, Van Hoof S, Safdar N. Variation in health care worker removal of personal protective equipment. Am J Infect Control. 2015;43(7):750–1.
24. Tomas ME, Kundrapu S, Thota P, et al. Contamination of health care personnel during removal of personal protective equipment. JAMA Intern Med. 2015;175(12):1904–10.
25. Sakaguchi H, Wada K, Kajioka J, et al. Maintenance of influenza virus infectivity on the surfaces of personal protective equipment and clothing used in healthcare settings. Environ Health Prev Med. 2010;15(6):344.
26. Martel J, Bui-Xuan EF, Carreau AM, et al. Respiratory hygiene in emergency departments: compliance, beliefs, and perceptions. Am J Infect Control. 2013;41(1):14–8.
27. Chughtai AA, Seale H, Dung TC, Hayen A, Rahman B, Raina MacIntyre C. Compliance with the use of medical and cloth masks among healthcare Workers in Vietnam. Annals of Occupational Hygiene. 2016;60(5):619–30.

**Publisher's Note**

Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

Ready to submit your research?  Choose BMC and benefit from:

• fast, convenient online submission

• thorough peer review by experienced researchers in your field

• rapid publication on acceptance

• support for research data, including large and complex data types

• gold Open Access which fosters wider collaboration and increased citations

• maximum visibility for your research: over 100M website views per year

At BMC, research is always in progress.

Learn more biomedcentral.com/submissions



Plaintiffs' Exhibit 241

greenmedinfo.com

# Could Wearing a Face Mask Trigger Lung Disease?

8-10 minutes



***When bacteria from your mouth enter your lungs, it's linked to advanced-stage lung cancer and tumor progression, a finding that raises serious questions about the long-term use of face masks, which could potentially accelerate this process.*** *A retired pathologist also called for research into face masks' effects on nasopharyngeal and oropharyngeal bacterial flora*

It's long been assumed that your lungs are a sterile environment, but it's recently been discovered that microbes from your mouth frequently enter your lungs. This alteration in your lung microbiome has now been linked to advanced-stage lung cancer,[i] raising questions about long-term mask usage and the risk of <u>chronic diseases</u> like cancer.

The team of researchers, from New York University (NYU) Grossman School of Medicine, revealed that when lungs were "enriched" with oral commensals, or microorganisms from your mouth, advanced-stage <u>lung cancer</u> was more likely, and it was linked with worse prognosis and tumor progression as well.[ii] The use of masks -- also known to colonize bacteria -- could accelerate the inhalation of oral microbes into your lungs, potentially affecting cancer risk.

**Oral Microbes in the Lungs Linked With Advanced Lung Cancer**

After analyzing the lung microbiomes of 83 adults with lung cancer, those with advanced-stage cancer had more oral microbes in their lungs compared to those with early-stage cancer, and oral commensals were also linked with decreased survival.

Specifically, Veillonella, Prevotella and Streptococcus bacteria -- all part of a normal oral microbiome -- in the lungs was associated with poor prognosis while Veillonella, Prevotella, Streptococcus and Rothia bacteria were linked with tumor progression.

The team previously found that oral commensals in the lungs are associated with increased <u>inflammation</u> in the lungs of healthy individuals and altered immune response, including the

recruitment of cytokine interleukin-17 (IL-17), which plays a role in lung cancer.

"Given the known impact of IL-17 and inflammation on lung cancer, we were interested in determining if the enrichment of oral commensals in the lungs could drive an IL-17–type inflammation and influence lung cancer progression and prognosis," study author Dr. **Leopoldo Segal said in a news release.**[iii]

It turned out that Veillonella, which was enriched in those with advanced-stage disease, was not only linked to the expression of IL-17 but also to the TNF, PI3K-AKT and JAK-STAT signaling pathways. Veillonella are among the most abundant bacteria found in the mouth, as well as in saliva and dental plaque.[iv]

When one strain -- *Veillonella parvula* -- was introduced into the lungs of mice with lung cancer, they had decreased survival, weight loss and worsened tumors, a response that was associated with the increased expression of inflammatory proteins like IL-17.[v] "The data presented here suggest that lower airway dysbiosis induced by microaspiration of oral commensals affects lung tumorigenesis by promoting an IL17-driven inflammatory phenotype," the researchers noted.[vi]

They added that the microbiota in your lungs are "mostly affected by aspiration of oral secretions," and in turn are "in constant interaction" with your immune system.[vii] How does wearing a face mask affect this relationship?

**Inhaling Bacteria From Your Mask Could Be Dangerous**

While the featured study didn't expand into how the long-term usage of face masks could potentially enhance the amount of oral commensals that enter your lungs, possibly affecting lung cancer risk, James Morris, a retired consultant pathologist with University Hospitals of Morecambe Bay NHS Foundation Trust in England, raised a similar concern in April 2020.

In a BMJ rapid response, he stated that more research is needed on face masks' effect on nasopharyngeal and oropharyngeal bacterial flora.[viii] Morris has performed thousands of post-mortem examinations on people who died following viral respiratory tract infections, which he says were rarely the sole cause of death.

"In most cases there is a secondary contribution to inflammation from nasopharyngeal and oropharyngeal bacterial pathogens," he wrote, adding:[ix]

*"If the public are advised to wear face masks, we must be certain that this will not adversely affect the bacterial flora of the upper respiratory tract. I am not aware of research in adults relevant to this question but there is quite extensive evidence from another field of study in which viral infection interacts with bacterial pathogens to cause sudden death.*[x] *"*

He refers to research into sudden infant death syndrome (SIDS), which found that one factor involved was infants sleeping in the prone position and re-breathing bacteria growing in the mattress. "Moist mucus secretions from the upper airways soaked within the material of the mattress are an effective culture medium for bacterial pathogens," he said, which is "directly relevant to the question of home-made cloth face masks."[xi]

Morris didn't mention a cancer link, but he did make it clear that breathing in bacteria growing on your face mask could have serious health consequences:[xii]

*"There is a potential for bacterial pathogens to grow in moist mucus soaked within the material, this*

*could adversely alter the upper respiratory tract flora. Inhalation of bacteria and viruses directly into the lung in patients incubating Covid 19 could then risk synergistic interaction and a rapid deterioration in the patient's condition."*

Morris recommended that, if you're going to wear a face mask, you should be sure to optimize your microbial flora by consuming naturally <u>fermented foods</u>. However, ==by wearing a face mask you're still going to be re-breathing bacteria and other pathogens and, likely, concentrating the amount of oral commensals that enter your lungs, with potentially devastating consequences.==

**Additional Research Challenging the Narrative that Masks are Safe and Effective**

Learn more abou the scientific research which calls into question the safety and effectiveness of masks on our database dedicated to curating research on the topic here: <u>Face Masks (Lack of Safety and Ineffectiveness Research)</u>

---

**References**

[i] *Cancer Discov.* 2021 Feb;11(2):293-307. doi: 10.1158/2159-8290.CD-20-0263. Epub 2020 Nov 11. <u>https://cancerdiscovery.aacrjournals.org/content/11/2/293.long</u>

[ii] *The ASCO Post* December 10, 2020 <u>https://ascopost.com/issues/december-10-2020/the-lung-microbiome-may-affect-lung-cancer-pathogenesis-and-prognosis/</u>

[iii] *The ASCO Post* December 10, 2020 <u>https://ascopost.com/issues/december-10-2020/the-lung-microbiome-may-affect-lung-cancer-pathogenesis-and-prognosis/</u>

[iv] *Front. Cell. Infect. Microbiol.*, 20 April 2017 <u>https://www.frontiersin.org/articles/10.3389/fcimb.2017.00139/full</u>

[v] *The ASCO Post* December 10, 2020 <u>https://ascopost.com/issues/december-10-2020/the-lung-microbiome-may-affect-lung-cancer-pathogenesis-and-prognosis/</u>

[vi] *Cancer Discov.* 2021 Feb;11(2):293-307. doi: 10.1158/2159-8290.CD-20-0263. Epub 2020 Nov 11. <u>https://cancerdiscovery.aacrjournals.org/content/11/2/293.long</u>

[vii] *Cancer Discov.* 2021 Feb;11(2):293-307. doi: 10.1158/2159-8290.CD-20-0263. Epub 2020 Nov 11. <u>https://cancerdiscovery.aacrjournals.org/content/11/2/293.long</u>

[viii] *BMJ* 2020;369:m1435 <u>https://www.bmj.com/content/369/bmj.m1435/rr-47</u>

[ix] *BMJ* 2020;369:m1435 <u>https://www.bmj.com/content/369/bmj.m1435/rr-47</u>

[x] *Med Hypotheses.* 1987 Feb;22(2):211-22. doi: 10.1016/0306-9877(87)90145-9. <u>https://pubmed.ncbi.nlm.nih.gov/3646461/</u>

[xi] *BMJ* 2020;369:m1435 <u>https://www.bmj.com/content/369/bmj.m1435/rr-47</u>

[xii] *BMJ* 2020;369:m1435 <u>https://www.bmj.com/content/369/bmj.m1435/rr-47</u>

**Disclaimer**: This article is not intended to provide medical advice, diagnosis or treatment. Views expressed here do not necessarily reflect those of GreenMedInfo or its staff.



Plaintiffs' Exhibit 242

# Cover up: The lack of evidence for vaccinate or mask policies

Vaccinate or mask is an incoherent policy. Given its inconsistent enforcement and lack of universal application of basic infection control principles, the policy cannot be shown to confer any benefit to patients, and should be discontinued.

**Will Offley, RN**

**W**hen a public health policy is put into effect to reduce a risk to patients, best practice calls for evidence that the risk actually exists, consistent application of the policy, and an assessment of whether the policy achieves its stated goals. Failure to meet these criteria indicates the need to reconsider the policy.

In 2012 British Columbia instituted a mandatory vaccinate or mask policy for all health care staff who receive an influenza vaccination. The policy's stated purpose was "to prevent transmission [of influenza] from them to their patients."[1]

This vaccinate or mask policy is not based on evidence, but on an assumption that hospital-acquired influenza is a significant threat to patients. It is predicated on the 24-hour period in which a person can be infected with the influenza virus but remain asymptomatic. However, recent studies have challenged this

Mr Offley is an RN working in the emergency department of Vancouver General Hospital. The views expressed in this article are his own and do not represent the positions of the Vancouver Coastal Health Authority or Vancouver General Hospital.

*This article has been peer reviewed.*

concern, determining that there is little if any evidence that infected individuals shed significant amounts of influenza virus in the 24-hour asymptomatic period following infection.[2]

## A policy without evidence
The reality is that no provincial statistics are kept on nosocomial influenza infections. The BC Centre for Disease Control has acknowledged that it does not maintain records on the incidence of hospital-acquired influenza, stating that "we are unable to differentiate between nosocomial and community-acquired cases (a positive lab report was sufficient for provincial reporting)" (electronic communication from Lisa Kwindt, BC Centre for Disease Control, 11 January 2016). Nor does the Vancouver Coastal Health Authority,[3] Providence Health Care,[4] the Interior Health Authority,[5] the Northern Health Authority,[6] the Provincial Health Services Authority,[7] or the Fraser Health Authority[8] keep such records. Without these data, the vaccinate or mask policy is, in effect, based on assumptions and guesswork, not evidence. There is no proof of a threat to patient safety; nor is there a means to establish a baseline. In short, there is no way of measuring the effectiveness of the policy.

## Inconsistent application
In 2015 James Hayes addressed these issues in an arbitration between the Ontario Nurses' Association and the Ontario Hospital Association concerning that province's vaccinate or mask policy. In striking down the policy, Hayes posed the question, "If hospital authorities were convinced about the utility of masks for the purpose alleged, why not mask everyone?"[9] He dismissed the arguments of the expert witnesses who provided testimony defending the compulsory policy, stating that they did not explain "to my satisfaction, or to my understanding, why masking should not be required generally if the risk of [health care worker] transmission is as serious as they maintain and if masks actually serve as an effective intervention."[9]

Vaccination and immunity are not the same thing. There are many ways an individual may be infected with influenza despite having had the annual vaccination. As an example, many infections occurred in the 2014–15 flu season when there was a mismatch between the vaccine and the circulating H3N2 virus, which resulted in a vaccine efficiency in Canada of −8%.[10] Considering that the 2014–15 vaccine offered virtually

*Continued on page 556*

**point**

Continued from page 554
no protection to the influenza strain circulating in Canada, it would be reasonable to expect that a policy consistent with the stated goals would have immediately been enforced—one that required all health care workers to don masks regardless of their vaccination status. No such action was taken.

The current policy is also inconsistent in its scope. The rationale for compulsory masking of nonvaccinated health care workers makes no sense whatsoever from the standpoint of infection control unless all other nonvaccinated individuals are obliged to don masks as well. Visitors and family members are at the bedside of patients for far longer periods of time than health care workers. They engage in more intimate contact (e.g., kissing, holding hands). They are also, as a rule, far less likely to engage in proper handwashing and cough etiquette than are health care workers. Yet Vancouver Coastal Health Authority made it clear early on that the vaccinate or mask policy would not be enforced with visitors, but would be on the honor system instead.[11]

As well, physicians, residents, and medical students are often seen without masks in flu season. As it is extremely unlikely that there this group would have a 99%+ vaccination rate, it appears incontestable that the policy is not being enforced equally for this category among health care workers.

Infection control measures are meaningless if they are not consistent, and the vaccinate or mask policy is utterly inconsistent. And if the masking policy has been implemented in such a partial, patchwork, and inconsistent way, the question arises—what is its actual purpose?

## Patients vs health care workers

Another key concern with the current policy is the imbalance between the rights of patients to safe care and the rights of health care workers to informed consent and medical confidentiality. The policy simply obliterates the rights of health care workers without discussion and without even acknowledging it is doing so. And with what justification? Where is the threat to our patients?

The stated policy is intended to promote patient safety. But many of its proponents do not appear to believe that compulsory masking is an effective method of preventing influenza transmission. For example, in the Ontario arbitration, Dr Bonnie Henry, BC's deputy provincial health officer, while defending mandatory masking policies, admitted that "there's not a lot of evidence to support mask use."[9] Dr Allison McGeer, epidemiologist and flu vaccine researcher, also testified in support of mandatory masking policies, but stated "there's quite a limited literature concerning the effectiveness of masks in prevention transmission."[9] Even the BC Ministry of Health's own policy documents concede that masks don't work, remarkably stating that "the [vaccinate or mask] policy will not be amended to require vaccinated staff to wear masks because there is no strong evidence to support universal masking as a preventative measure in the presence of pronounced vaccine mismatch and in the absence of an outbreak."[12]

Also at issue is the practical matter of wearing masks. It appears that coercion is at the heart of the vaccinate or mask policy. Masks are extremely uncomfortable to wear for 12 hours a day continuously over a 4-month period. In addition, the requirement to mask serves to put psychological pressure on staff to comply by and get a flu shot through the very real peer pressure and disapproval many experience from some of their co-workers.

## Summary
Judged by its professed goals, vaccinate or mask is an utterly incoher-ent policy. Given its inconsistent and selective enforcement and its lack of universal application of basic infection control principles, it is clear that the policy cannot be shown to confer any benefit to patients. It should be discontinued.

### References
1.  BC influenza prevention policy: A discussion of the evidence. Vancouver, BC: Provincial Health Services Authority; 2013; p. 15.
2.  Patrozou E, Mermel L. Does influenza transmission occur from asymptomatic infection or prior to symptom onset? Public Health Rep 2009; 124:193-196.
3.  Vancouver Coastal Health Authority, FOI application 2015-F-117, 15 January 2016.
4.  Providence Health Care, FOI application F15-029, 30 November 2015.
5.  Interior Health Authority, FOI application 50-IH-2015-2016, 7 January 2016.
6.  Northern Health Authority, FOI application NH-2016-0207, 17 March 2016.
7.  Provincial Health Services Authority, FOI application PHSA 0090-15, 4 February 2016.
8.  Fraser Health Authority, FOI application, 1-788-FOI, 11 January 2016.
9.  In the Matter of an Arbitration between Sault Area Hospital and Ontario Hospital Association and Ontario Nurses' Association, Re: 'Vaccinate or Mask' Policy. Accessed 18 October 2016. ona.org/documents/File/onanews/OHA_SaultAreaHospitalONAAWARD_20151028.pdf
10.  Skowronski DM, Chambers C, Sabaiduc S, et al. Interim estimates of 2014/15 vaccine effectiveness against influenza A(H3N2) from Canada's Sentinel Physician Surveillance Network. Euro Surveill 2015;20:ii=21022.
11.  Lindsay B. BC health officials issue flu shot reminder. Vancouver Sun. 30 November 2015.
12.  Vancouver Coastal Health Authority. Influenza Control Program Frequently Asked Questions. 3 November 2016. Accessed 18 October 2016. vch.ca/media/FAQ_Influenza_Vaccine_Provincial_November_%203_2015(1).pdf. BCMJ

Plaintiffs' Exhibit 243

medicalnewstoday.com

# COVID-19 and face masks: To wear or not to wear?

*Yella Hewings-Martin, Ph.D.*

9-11 minutes

---

Many countries around the world recommend that people wear masks in public as part of their strategy to curb the pandemic. We look at why some people do not wear masks and discuss what scientific evidence says about wearing them.

*All data and statistics are based on publicly available data at the time of publication. Some information may be out of date.* Visit our coronavirus hub and follow our live updates page *for the most recent information on the COVID-19 outbreak.*

Since the start of the COVID-19 pandemic, scientists and other experts have debated whether the general public should wear face masks and whether these masks should be medical grade masks or homemade face coverings.

From early April onwards, the Centers for Disease Control and Prevention (CDC) in the United States recommended that people wear homemade face coverings in places where physical distancing is impossible.

Other countries, such as the United Kingdom and Germany, have made wearing a face covering on public transport mandatory.

The World Health Organization (WHO) long shied away from such recommendations, maintaining that only healthcare professionals, those who currently have the new coronavirus, as well as those caring from them at home, wear medical grade masks.

But in early June, the WHOTrusted Source released a list of recommendations suggesting the most appropriate types of masks to wear in a variety of settings. This included the use of non-medical masks in crowded places and public transport.

Yet, not every place or person has adopted the use of face coverings.

In this Special Feature article, we explore four reasons why some people choose not to wear masks. We look at the claims behind these in the context of the scientific evidence that is available today.

*Stay informed with live updates on the current COVID-19 outbreak and visit our coronavirus hub for more advice on prevention and treatment.*

**Claims: *Masks are not an effective way of protection from the new coronavirus, only N95 are, and masks have disclaimers saying they cannot prevent someone from acquiring the new coronavirus***

These claims represent the essence of the argument around whether to wear a mask. The primary aim of asking the general public to wear masks where physical distancing is not possible is not to protect the wearer.

**Instead, this public health measure aims to stop people with a SARS-CoV-2 infection who are asymptomatic or presymptomatic from transmitting the virus. Experts refer to this as source control.**

Rather than protecting the wearer, source control seeks to block the release of virus-laden droplets into the air that surrounds the person wearing the mask.

SeveralTrusted Source research papers have shown that simple face coverings can reduce the number of droplets, and perhaps some aerosols, to some extent.

***Claim: There is no scientific evidence to say that masks are effective***

Prof. Trisha Greenhalgh from the University of Oxford in the United Kingdom has voiced her support about using face masks in several prominent research journals, such as *The BMJ*Trusted Source.

"The argument that we should not recommend face coverings *because there are no published experiments* is out of step with other public health policy on infection control in general and [COVID-19] in particular," she recently wrote in the *Journal of Evaluation in Clinical Practice*Trusted Source.

"Mathematical modeling suggests that a face covering that is 60% effective at blocking viral transmission and is worn by 60% of the population will reduce R0 to below 1.0."

– Prof. Trisha Greenhalgh

R0 is the technical term for the basic reproduction number, which refers to the number of other people to whom a single person can transmit infection.

When the R0 is below 1, each person with SARS-CoV-2 will transmit the virus to less than one other person, reducing the overall number of cases in the population over time.

One recent study in *BMJ Global Health* looked at transmission of SARS-CoV-2 in 124 families in which at least one member had COVID-19. The data showed that face masks were "79% effective in reducing transmission" if the person with COVID-19 wore them before they developed symptoms.

**Article highlights:**

MNT Coronavirus Update July 7, 2020

Volume 0%

***Claim: Masks can become contaminated very quickly, and every time the wearer breathes in, they inhale contaminants***

Masks can be a source of infection for the person wearing them, according to the WHOTrusted Source.

A 2017 studyTrusted Source involving 16 healthcare professionals showed that self-contamination was common when the volunteers were putting on and removing medical-grade personal protective equipment.

The CDCTrusted Source recommend that people do not touch their face covering while wearing a face mask in public and that they wash their hands if they do so accidentally.

Medical-grade masks block microorganisms from reaching the wearer's nose and mouth. It is not clear whether this applies to homemade face coverings as well.

In a recent study, which as not yet undergone peer review, researchers tested different fabrics to see how many different sized droplets would pass through.

"We found that most home fabrics substantially block droplets, even as a single layer. With two layers, blocking performance can reach that of a surgical mask without significantly compromising breathability," the authors wrote in the manuscript.

**Claim: Masks can lead to pneumonia or other lung infections**

There is no evidence indicating that masks increase the wearer's risk of developing pneumonia or other bacterial, viral, or fungal lung infections.

The WHOTrusted Source acknowledge that if a person wears the same mask for a long time, microorganisms may grow on the fabric.

The CDCTrusted Source recommend that a person removes the face covering once they return home and washes it before using it again.

"All masks should be changed if wet or visibly soiled; a wet mask should not be worn for an extended period of time. […] Either discard the mask or place it in a sealable bag where it is kept until it can be washed and cleaned," the WHOTrusted Source advise.

**Claim: Masks limit oxygen intake and increase carbon dioxide (CO2), and they increase the potential risk of CO2 poisoning**

One small studyTrusted Source looked at 39 volunteers who had end stage renal disease and received dialysis during the SARS pandemic in 2003. The researchers found that 70% of participants who wore an N95 respirator for 4 hours during treatment experienced a fall in oxygen levels.

Another studyTrusted Source found no differences in the oxygen levels in 10 intensive care nurses who wore N95 respirators for their shifts.

Carbon dioxide poisoningTrusted Source is very rare, and experts mostly associate it with accidents that occur in confined spaces, such as ships and mines.

Hypercapnia, or hypercarbia, occurs when a person has too much carbon dioxide in their blood. Hyperventilation and some lung conditions can lead to hypercapnia. It can manifest as dizziness and headaches at the mild end of the spectrum, and confusion, seizures, and coma at the severe end.

ResearchTrusted Source from 2006 found that during the SARS pandemic in 2003, healthcare workers who wore N95 respirators for more than 4 hours at a time were more likely to develop headaches.

A representative from the CDC recently spoke to Reuters about hypercapnia: "The CO2 will slowly build up in the mask over time. However, the level of CO2 likely to build up in the mask is mostly tolerable to people exposed to it. You might get a headache, but you most likely [would] not suffer the symptoms observed at much higher levels of CO2. […] It is unlikely that wearing a mask will cause hypercapnia."

**Claim: Masks are dangerous for people with certain health conditions (COPD, asthma), as they may restrict breathing**

The WHOTrusted Source acknowledge that people living with asthma, chronic respiratory conditions, or breathing problems may experience difficulties when wearing face masks.

The CDCTrusted Source recommend that anyone who has trouble breathing should not wear a face

covering.

Whether a person decides to follow public health advice and wear a mask is down to individual choice, at least in countries where wearing masks is not mandatory.

This might never be a clear-cut topic, and there may be no resolution for those who prefer to consult a large body of well-conducted scientific studies to help them make their decisions.

Some experts think that conducting randomized control studies to tease out the exact contribution that masks may make to slowing the spread of SARS-CoV-2 is likely impractical.

Some people may find wearing a mask a straightforward adjustment to their daily lives and will readily wear a mask when venturing out to crowded places, doing the groceries, or visiting friends.

For some people, such as small children and people with breathing problems, wearing a mask is not practical or possible. However, these people may still benefit if others wear them.

*For live updates on the latest developments regarding the novel coronavirus and COVID-19, click here.*



Plaintiff's Exhibit 244

# COVID-19: Continuous Wearing of Mask Aggravates Risk of Infection. "Psychological Terrorism"?

By Dr. Pascal Sacré

Global Research, September 19, 2020

Mondialisation.ca

Region: Europe

Theme: Media Disinformation, Science and Medicine

Continuous wearing of masks aggravates the risk of infection.

This statement is based on scientific and medical analysis.

The air, once exhaled, is heated, humidified and charged with CO2. It becomes a perfect culture medium for infectious agents (bacteria, fungi, viruses).

Studies have shown that the porosity (microscopic holes) of the masks allows exhaled germs to accumulate on the external surface of the mask. Not only do we re-inhale our own CO2, but by touching our mask all the time (an inevitable gesture), we spread germs everywhere!

Forcing everyone to wear them all the time, while the epidemic is in a process of decline, is a scientific and medical aberration!

A pharmaceutical analysis has shown that in masks for personal use, there are "staphylococci, streptococci, neisseria, bacilli which contribute to contaminatation..."

Non-pharmaceutical Interventions".

Masks with gloves, physical distancing (1.5 -2.0 m) and containment (lockdown) are part of so-called "Non-pharmaceutical Interventions".

Masks are considered by governments as a "protection against the transmission of Covid-19". It is better to wear a mask (any mask) than nothing. People are instructed to obey the guidelines of the Ministry of Health. These guidelines are erroneous.

They are imposed on population groups which have been traumatized by the fear campaign, applied in countries which have applied the lockdown.

In Belgium, 4 months after the lockdown was first introduced and more than 2 months after the end of confinement, wearing a mask is now compulsory for everyone, everywhere, even on the dikes, except for children under 12 years of age, who were not at the heart of the epidemic.

People are being masked and there is talk of reconfinement for the wrong reasons:

Authorities are confusing a resurgence of positive RT-PCR tests with a resurgence of COVID-19 infections, which is not the same thing!

| 1

The media say: "the number of infections is increasing again", whereas it is the number of positive tests that is increasing.

The reality is that the epidemic is subsiding.

Masks: dangers not to be overlooked

Apart from overestimating the benefit of masks, the authorities underestimate its deleterious effects.

> "The researchers found that about a third of the workers developed headaches with the use of the mask, most had pre-existing headaches that were aggravated by wearing the mask, and 60% needed pain medication to relieve it. With respect to the cause of the headaches, while the straps and pressure of the mask may be causative, most of the evidence points to hypoxia and/or hypercapnia as the cause. That is, a reduction in blood oxygenation (hypoxia) or an increase in blood C02 (hypercapnia)." [1]

Hypoxia (lack of blood oxygenation) due to prolonged mask wear is common [2-3-4] in apparently healthy individuals. It is even worse when worn by people suffering from chronic respiratory insufficiencies, already hypoxemic and/or hypercapnic at baseline.

Do our authorities underestimate or trivialize the deleterious effects of hypoxemia and chronic hypercapnia? These disorders can far outweigh the respiratory problems caused by COVID-19.



*Image Source: Pikist.com*

Masks: a usefulness to be put into perspective

Strong scientific evidence through randomized controlled trials (RCTs) has been required to validate the efficacy and safety of hydroxychloroquine!

Surprisingly, in the case of face masks, this criterion is no longer required.

Based on existing randomized controlled trials, there is no evidence that face masks work to reduce transmission by droplets and aerosol particles in viral respiratory diseases such as influenza or colds [5].

Professor Denis Rancourt [5] has conducted an extensive review of the literature on this topic.

The type of mask most widely used by the population, paper surgical masks, does not protect against viral transmission [6] :

> "A surgical mask does not provide the wearer with a reliable level of protection against inhalation of small airborne particles and is not considered respiratory protection.

> Permission to wear a surgical mask made more sense when scientists initially thought that the virus (SARS-CoV-2) was spread by large droplets. But more and more research shows that the virus is spread by tiny viral particles. "

Cotton (cloth) masks worn by some people do not do any better [7] :

> "Neither surgical masks nor cotton masks effectively filtered out CoV-2 SARS when infected patients coughed. It should be noted that we found greater contamination on the outside surfaces than on the inside surfaces of the masks.

> In conclusion, surgical and cotton masks appear to be ineffective in preventing the spread of SARS-CoV-2 from the cough of COVID-19 patients to the environment and to the external surface of the mask. "

Especially since masked people touch their faces more often than unmasked people.

Masks: a false sense of security

Wearing the mask induces a false sense of security.

People no longer pay attention and "forget" other gestures that are more essential than wearing a mask: hand washing or physical distance of more than 1.5 metres.

The WHO (World Health Organization) insists on the importance of washing hands, keeping one's distance and avoiding touching one's face, nose and mouth! It only recommends wearing a mask (surgical, N95 or FFP2) if you are ill or if you are caring for a sick person (health care staff) [8].

> [8] " At this time, there is no direct evidence (from studies of COVID-19 and healthy people in the community) on the effectiveness of widespread mask use

by healthy people to prevent infections due to respiratory viruses, including COVID-19. " [8]

In shopping malls, restaurants, bars or even on the street, I have observed a large number of people touching their faces regularly, distractedly, sometimes ten to fifteen times a minute, either as a reflex or to readjust their masks.

This is the case in hospitals, health care services, from caregivers, including doctors.

It's stronger than you are, it's an unconscious gesture.

The mask increases the contact between our fingers and our face [9] and that's really harmful!

In Denmark [10], the Public Health Agency [10] testifies:

> "We create a false sense of security (with the masks). Hans Jorn Jepsen Kolmos, a microbiologist and researcher at Odense University Hospital, puts it bluntly: "We don't believe it. They are effective for the nursing staff or employees of retirement homes. But I am really very much opposed to their widespread use. It becomes a ritual that is adopted for no reason, and creates a false sense of security. The most important thing is to keep your distance, to wash your hands, and to clean the surfaces you have touched, such as door handles. This is the winning formula for hygiene. "

241 scientists [11] emphasize the need for proper air ventilation in workplaces, buildings, schools, hospitals and nursing homes. Opening doors and windows will have a far greater impact on the fight against viral transmission than wearing a mask, which, as we have seen, does not really protect and has deleterious effects on health.

Masks: a shock strategy tool

Here again, is the real problem more psychological than scientific?

Certainly, for the general public, the wearing of the mask reassures, whether its protection is real or not, whether it is well worn or not, or even, what is more serious, whether it makes things worse or not.

People need to believe in something that protects them from the scourge and it is true that the media and our "experts", at least in Belgium, have done everything to make people very afraid and accept anything and everything.

Astronomical fines for not wearing the mask!

1000 euros in a closed space in Campanile, Italy [12].

250 euros fine in public places [13], in Belgium, 3 times more for restaurants and unmasked waiters.

What psychological terrorism!

Yet the wearing of masks everywhere and by everyone is not based on science or common

| 4

==sense and has serious deleterious effects on our health.==

It impedes the application of  essential non-pharmaceutical measures and gives a false sense of security.

Rather than being strengthened, all these measures must be dissipated, as this epidemic is doing.

Physical distancing destroys the social relationships that are dear to every human being.

We are social beings: psychology, sociology, medicine, everyone knows that.

Excessive hand washing becomes a pathological hyperhygienism that takes on the appearance of OCD: obsessive compulsive disorder.

These extreme measures, which are no longer justified, must give way to common sense, to authentic social relations and to the return of confidence in one's immune system and in the natural extinction of this epidemic contaminated by hysteria.

It is high time.

*Dr. Pascal Sacré, physician specialized in critical care, author and renowned public health analyst, Charleroi, Belgium, Research Associate of the Centre for Research on Globalization (CRG).*

Translation from French. Maya for Global Research

Featured Image: pixabay.com

Notes :

[1] Le danger mortel des masques, by Dr. Russell L Blaylock, author, U.S. neurosurgeon, Assistant Professor of Clinical Neurosurgery at the University of Mississippi Medical Center and currently Visiting Professor in the Department of Biology at Belhaven College. Translation of the original articlel : Face Masks Pose Serious Risks to the Healthy, 26 may 2020 on the Global Research website.

[2] Preliminary report on surgical mask induced deoxygenation during major surgery, A Beder & al, Neurocirugia, 2008, 19, pp 121-126

[3] Respiratory consequences of N95-type Mask usage in pregnant healthcare workers—a controlled clinical study, Antimicrob Resist Infect Control, 2015, 4 : 48

[4] Headaches and the N95 face-mask amongst healthcare providers, Acta Neurologica Scandinavica, avril 2006

[5] La science est concluante : les masques n'empêchent PAS la transmission des virus, 26 mai 2020, article initialement paru en anglais sur le site ResearchGate, écrit par le Dr Denis Rancourt, PhD, consultable ici : Masks Don't Work: A Review of Science Relevant to COVID-19 Social Policy

[6] Widely used surgical masks are putting health care workers at serious risk, 28 avril 2020

[7] Effectiveness of Surgical and Cotton Masks in Blocking SARS–CoV-2 : A Controlled Comparison in 4 Patients, Ann Intern Med, 6 avril 2020

[8] Nouveau coronavirus (2019-nCov) : conseils au grand public – Quand et comment utiliser un masque, WHO, mise à jour le 17 juin 2020, PDF téléchargeable : Conseils sur le port du masque dans le cadre de la COVID-19.

[9] Masques et gants, fausse bonne idée contre le virus, 17 March 2020, False good idea against the virus, on the Le Télégramme website. In the face of the spread of the coronavirus, masks and gloves have almost become a trend, "just in case". But for the general population, wearing them is not necessarily effective, and may even encourage contamination, warn experts.

[10] Danemark : ce pays qui ne croit pas aux masques, 7 May 2020 on the website Le Point.fr. The Danish government advises against wearing them and epidemiologists are so unconvinced of their usefulness that they have launched a study on the subject

[11] It is Time to Address Airborne Transmission of COVID-19, par Lidia Morawska et Donald K Milton, 2020, Published by Oxford University Press for the Infectious Diseases Society of America.

[12] Déconfinement dans le sud de l'Italie : 1000 euros d'amende pour non-respect du port du masque en lieu clos

[13] Les amendes « corona » de 250 euros vont-elles pleuvoir ? Le ministre annonce un durcissement

The original source of this article is Mondialisation.ca
Copyright © Dr. Pascal Sacré, Mondialisation.ca, 2020

**Comment on Global Research Articles on our Facebook page**

**Become a Member of Global Research**

*Articles by:* Dr. Pascal Sacré

**Disclaimer:** The contents of this article are of sole responsibility of the author(s). The Centre of Research on Globalization will not be responsible for any inaccurate or incorrect statement in this article. The Centre of Research on Globalization grants permission to cross-post Global Research articles on community internet sites as long the source and copyright are acknowledged together with a hyperlink to the original Global Research article. For publication of Global Research articles in print or other forms including commercial internet sites, contact: publications@globalresearch.ca

www.globalresearch.ca contains copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available to our readers under the provisions of "fair use" in an effort to advance a better understanding of political, economic and social issues. The material on this site is distributed without profit to those who have expressed a prior interest in receiving it for research and educational purposes. If you wish to use copyrighted material for purposes other than "fair use" you must request permission from the copyright owner.

For media inquiries: publications@globalresearch.ca

Science of the Total Environment 737 (2020) 140279

Plaintiffs' Exhibit 245



Contents lists available at ScienceDirect

# Science of the Total Environment

journal homepage: www.elsevier.com/locate/scitotenv



Short Communication

# Covid-19 face masks: A potential source of microplastic fibers in the environment



Oluniyi O. Fadare [a,b,*], Elvis D. Okoffo [c]

[a] State Key Laboratory of Environmental Chemistry and Ecotoxicology, Research Center for Eco-Environmental Sciences, Chinese Academy of Sciences, Beijing 100085, China
[b] College of Resources and Environment, University of Chinese Academy of Sciences, Beijing 100049, China
[c] Queensland Alliance for Environmental Health Sciences (QAEHS), The University of Queensland, 20 Cornwall Street, Woolloongabba, QLD 4102, Australia

## HIGHLIGHTS

- Disposable face masks (single use) are used to slow down the transmission rate of Covid-19 from person to person.
- Unprecedented rise in the global production of face masks present a new environmental challenge due to Covid-19 pandemic.
- Polymer-based face masks waste management issues are increasing.
- Covid-19 is playing a key role in microplastic pollution.
- Research and community awareness will be successful in making the public mindful of this problem.

## GRAPHICAL ABSTRACT

Since the emergence and detection of Covid-19 in China and its declaration as a pandemic by the World Health Organization (WHO) (Murray et al., 2020), various measures have been put in place in different countries across the world to contain the virus and its further spread. Governments at all levels have brought up different ideas, including lockdown (staying at home), which has been adjudged the most effective preventive measure so far. Others are social distancing, travel restriction, isolation, good hand hygiene (washing of hands), avoiding public or crowded spaces as well as the mass wearing of disposable face masks (Freedman, 2020; Lin et al., 2020; Chintalapudi et al., 2020). Although the disposable face masks were primarily made for the protection of health-care workers (HCWs) to prevent occupational hazards, non-medical professionals adopted the use of face masks during the outbreak of SARS in 2003 and *pdm H1N1* in 2009 (Elachola et al., 2020; Yang et al., 2008). Moreso, authorities had recommended the same for the masses to stem the widespread of these viruses. In regards to the current pandemic, researchers have advocated for the use of face masks by the general public until the mode of transmission of Covid-19 is fully understood (Leung et al., 2020). It has also been argued that it can help in reducing the number of times a person touches the face/mouth/nose with unwashed hands, which can significantly reduce the chance of infection. Previous studies have also demonstrated the effectiveness of face masks in protecting against respiratory infection during Hajj (Elachola et al., 2014; Barasheed et al., 2016).

The introduction of face masks (Wu et al., 2020) as one of the precautionary measures to slow down the transmission rate of Covid-19 from person to person has resulted in a global shortage of face masks for the most venerable group, which are the HCWs (Wu et al., 2020). According to the WHO estimates, approximately 89 million medical masks were needed to respond to Covid-19 each month (WHO, 2020). This demand has resulted in an unprecedented rise in the global production of face masks which are produced using polymeric materials. Major players in face mask production have therefore scaled up their output. For instance, China increased its daily production of medical masks to 14.8 million as of February 2020 (Xinhua, 2020). Also, according to the Japanese Ministry of economy, trade, and industry (METI), over 600 million order of face masks per month was secured as of April 2020 (METI, 2020). The demand is expected to increase as the number of Covid-19 infected persons globally stands at 3.84 million, with over 260, 000 deaths as of May 7, 2020 (Worldometer, 2020). Moreso, many countries are relaxing lockdown orders due to the adverse effects on the economy and mental health, and this could lead to a second wave of infection.

Disposable face masks (single use face masks) are produced from polymers such as polypropylene, polyurethane, polyacrylonitrile, polystyrene, polycarbonate, polyethylene, or polyester (Potluri and

* Corresponding author at: State Key Laboratory of Environmental Chemistry and Ecotoxicology, Research Center for Eco-Environmental Sciences, Chinese Academy of Sciences, Beijing 100085, China.

E-mail address: fadare@rcees.ac.cn (O.O. Fadare).

https://doi.org/10.1016/j.scitotenv.2020.140279
0048-9697/© 2020 Elsevier B.V. All rights reserved.

O.O. Fadare, E.D. Okoffo / Science of the Total Environment 737 (2020) 140279

Needham, 2005). They consist of three layers; an inner layer (soft fibers), middle layer (melt-blown filter), and an outer layer (nonwoven fibers, which are water-resistant and usually colored). The melt-blown filter is the main filtering layer of the mask produced by the conventional fabrication of micro- and nanofibers, where melted polymer is extruded through tiny nozzles, with high speed blowing gas (Dutton, 2008). Fig. 1 shows the basic principle of face mask production through electrospinning (Zafar et al., 2016). There may exist variations in the formation of the product from one manufacturer to the other. Table 1 showed different face mask' brands and their description.

The increase in production and consumption of face mask across the world has given rise to a new environmental challenge, adding to the vast plastic and plastic particle waste in the environment. Some of these materials are getting into waterways from where they reach the freshwater and marine environment adding to the presence of plastics in the aquatic medium. For instance, OceansAsia, an organization committed to advocacy and research on marine pollution, reported in February 2020, the presence of face masks of different types and colours in an ocean in Hong Kong. Also, the collection of face masks along a highway and drainage in Ile-Ife, Nigeria, on May 5, 2020 (Fig. 2). This new emergence of face masks as environmental litter both in the terrestrial and aquatic environment is a piece of evidence that the global pandemic has not in any way reduced the challenge of increasing plastic pollution in the environment.

Single-use polymeric materials have been identified as a significant source of plastics and plastic particle pollution in the environment (Schnurr et al., 2018). For instance, plastic packaging materials, drinking bottles, and fast food containers are leading sources of microplastics globally (Fadare et al., 2020). Similarly, disposable face masks (single use) that get to the environment (disposal in landfill, dumpsites, freshwater, oceans or littering at public spaces) could be emerging new source of microplastic fibers, as they can degrade/fragment or break down into smaller size/pieces of particles under 5 mm known as microplastics under environmental conditions. The Fourier-Transform Infrared Spectroscopy (FT-IR) analysis (see Supporting Information for details) of the degrading face masks (Fig. 3) was carried out using PerkinElmer, UATR Two, USA, against a plastic specific spectral library (Perkin

**Table 1**
Different manufacturers' brand and their description (Leonas et al., 2003).

| Mask name | Description |
|---|---|
| Tie-on surgical face mask | 3-ply, pleated rayon outer web with polypropylene inner web |
| Classical surgical mask, Blue | 3-ply, pleated cellulose polypropylene, polyester |
| Sofloop extra protection mask | 3-ply, pleated blended cellulosic fibers with polypropylene and polyester, ethylene methyl acrylate strip |
| Aseptex fluid resistant | Molded rayon and polypropylene blend with an acrylic binder |
| Surgine II cone mask | Molded polypropylene and polyester with cellulose fibers |
| Surgical grade cone style mask | Molded polypropylene |

Elmer ATR of Polymers Library). The spectra showed a characteristic peaks of a polypropylene for the outer layer (Fig. 3a) and polyethylene high density for the inner layer (Fig. 3b). The spectra provide a piece of evidence that face masks could increase the accumulation of their related microparticles in the environment within a short time.

The environmental implication of plastics and plastic particles pollution have been enumerated and demonstrated by erudite scholars in various literature (Browne et al., 2008; Cole et al., 2014; Galloway et al., 2017; Rist et al., 2018; Wright et al., 2013). Some of these adverse consequences include threat to aquatic lives, which constitute a major part of the food web and support to human existence. Plastic particles are getting into foods meant for human consumption, raising a concern on global food safety (Fadare et al., 2020). Reduction in aesthetic and recreational worth, which are vital to human social and mental stability. The presence of plastics in the environment has also been reported as contributing significantly to climate change due to carbon emission and a greater risk to the global food chain (Reid et al., 2019; Shen et al., 2019).

Another implication of this indiscriminately disposed face masks in the environment is the possibility of acting as a medium for disease outbreak, as plastic particles are known to propagate microbes such as invasive pathogens (Reid et al., 2019).



**Fig. 1.** Process of producing nanofibers through electrospinning used in face mask production (Zafar et al., 2016).

O.O. Fadare, E.D. Okoffo / Science of the Total Environment 737 (2020) 140279   3



**Fig. 2.** Collection of various Covid-19 face masks of different types and colours from an ocean and terrestrial environment in Hong Kong and Nigeria respectively.
Photo credit: OceansAsia (with permission) and Dr. Oluwatoyin Fadare.

Although there is currently no unified international regulation on plastics regulation and pollution management, probably due to conflict of economic interests, few countries have however, put in place strict measures to curb the unabated proliferation of plastic waste. For instance, the Marine Waste Project of the National Oceanic and Atmospheric Administration (NOAA), approved under the Marine Waste Action Acts by the European Commission, is expected to promote among other things, awareness towards plastic particles pollution through the public education program (Li et al., 2019). Also, countries like Ireland has placed levy on consumers of single-use bag, China and South Africa combined both ban and levies on retailers. While placing ban on face masks remains the least option at the moment, considering its positive impacts in the ongoing global fight against the Covid-19, sensitization of the populace can greatly help in the management of these litters. Furthermore, strengthening critical thinking in research to provide eco-friendly alternatives while enhancing effective waste management system can assist in finding a sustainable solution to plastic pollution. Mobilization and awareness on Covid-19 prevention are intense across the globe; it will indeed be laudable if the awareness on safeguarding our environment through reduction, elimination (where possible) and proper management of our disposable face masks can as well be carried along. Who knows? ==Plastic pollution may be the next world pandemic.==

### CRediT authorship contribution statement

**Oluniyi O. Fadare:** Conceptualization, Methodology, Investigation, Writing - original draft, Resources. **Elvis D. Okoffo:** Methodology, Writing - review & editing, Resources.

### Declaration of competing interest

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

### Acknowledgements

This work was supported by the Chinese Academy of Sciences QYZDJ-SSW-DQC020-02. Special thanks to Dr. Teale Phelps Bondaroff of OceansAsia for permission given to use some of the organization materials.

4                                    O.O. Fadare, E.D. Okoffo / Science of the Total Environment 737 (2020) 140279



**Fig. 3.** Face masks at different stages of degradation in the environment and typical FT-IR spectra of the degrading fibers, outer layer (a) and inner layer (b). Photo Credit: Dr. Oluwatoyin Fadare.

## Appendix A. Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.scitotenv.2020.140279.

## References

Barasheed, O., Alfelali, M., Mushta, S., Bokhary, H., 2016. Uptake and effectiveness of facemask against respiratory infections at mass gatherings: a systematic review. Int. J. Infect. Dis. 47, 105–111.

Browne, M.A., Dissanayake, A., Galloway, T.S., Lowe, D.M., Thompson, R.C., 2008. Ingested microscopic plastic translocates to the circulatory system of the mussel, Mytilus edulis (L.). Environ. Sci. Technol. 42, 5026–5031.

Chintalapudi, N., Battineni, G., Amenta, F., 2020. COVID-19 virus outbreak forecasting of registered and recovered cases after sixty day lockdown in Italy: a data driven model approach. J. Microbiol. Immunol. Infect. 53, 396–403.

Cole, M., Webb, H., Lindeque, P.K., Fileman, E.S., Halsband, C., Galloway, T.S., 2014. Isolation of microplastics in biota-rich seawater samples and marine organisms. Sci. Rep. 4, 1.

Dutton, K.C., 2008. Overview and analysis of the meltblown process and parameters. J. Tex. App. Tech. Manag. 6, 2008.

Elachola, H., Assiri, A.M., Memish, Z.A., 2014. Int. J. Infect. Dis. 20, 77–78.

Elachola, H., Ebrahim, S.H., Gozzer, E., 2020. COVID-19_ Facemask use prevalence in international airports in Asia, Europe and the Americas, March 2020. Travel Med. Infect. Dis., 101637

Fadare, O.O., Wan, B., Guo, L., Zhao, L., 2020. Microplastics from consumer plastic food containers: are we consuming it ? Chemosphere 253, 126787.

Freedman, D.O., 2020. Isolation, Quarantine, Social Distancing and Community Containment: Pivotal Role for Old-style Public Health Measures in the Novel Coronavirus (2019-nCoV) Outbreak. pp. 1–4.

Galloway, T.S., Cole, M., Lewis, C., 2017. Interactions of microplastic debris throughout the marine ecosystem. Nat. Publ. Gr. 1, 1–8.

Leonas, K.K., Jones, C.R., 2003. The relationship of fabric properties and bacterial filtration efficiency for selected surgical face mask. J. Text. Appar. Technol. Manag. 3 (2), 1–8.

Leung, C.C., Lam, T.H., Cheng, K.K., 2020. Correspondence. Lancet 395, 945.

Li, C., Busquets, R., Campos, L.C., 2019. Assessment of microplastics in freshwater systems: a review. Sci. Total Environ. 707, 135578.

Lin, Y., Liu, C., Chiu, Y., 2020. Google searches for the keywords of "wash hands" predict the speed of national spread of COVID-19 outbreak among 21 countries. Brain Behav. Immun. 0–1.

Ministry of Economy, Trade and Industry, Japan (METI), 2020. Current status of production and supply of face masks, antiseptics and toilet paper. April 23. https://www.meti.go.jp/english/covid-19/mask.htm Retrieved on May 7, 2020.

Murray, O.M., Bisset, J.M., Gilligan, P.J., Hannan, M.M., Murray, J.G., 2020. Respirators and surgical facemasks for COVID-19: implications for MRI. Clin. Radiol. 9–11.

Potluri, P., Needham, P., 2005. Technical textiles for protection. In: Scott, R.A. (Ed.), Technical Textiles for Protection, 1st edn Elsevier, pp. 151–175 2005, chp. 6.

Reid, A.J., Carlson, A.K., Creed, I.F., Eliason, E.J., Gell, P.A., Johnson, P.T.J., Kidd, K.A., MacCormack, T.J., Olden, J.D., Ormerod, S.J., Smol, J.P., Taylor, W.W., Tockner, K., Vermaire, J.C., Dudgeon, D., Cooke, S.J., 2019. Emerging threats and persistent conservation challenges for freshwater biodiversity. Biol. Rev. 94, 849–873.

Rist, S., Carney Almroth, B., Hartmann, N.B., Karlsson, T.M., 2018. A critical perspective on early communications concerning human health aspects of microplastics. Sci. Total Environ. 626, 720–726.

Schnurr, R.E.J., Alboiu, V., Chaudhary, M., Corbett, R.A., Quanz, M.E., Sankar, K., Srain, H.S., Thavarajah, V., Xanthos, D., Walker, T.R., 2018. Reducing marine pollution from single-use plastics (SUPs): a review. Mar. Pollut. Bull. 137, 157–171.

Shen, M., Ye, S., Zeng, G., Zhang, Y., Xing, L., Tang, W., Wen, X., Liu, S., 2019. Can microplastics pose a threat to ocean carbon sequestration ? Mar. Pollut. Bull. 137, 157–171 110712.

World Health Organization (WHO), 2020. Shortage of personal protective equipment endangering health workers worldwide. March, 3. https://www.who.int/news-room/detail/03-03-2020-shortage-of-personal-protective-equipment-endangering-health-workers-worldwide Retrieved on May 7, 2020.

Worldometer, 2020. COVID-19 Coronavirus Pandemic. May, 07. https://www.worldometers.info/coronavirus/ (Retrieved May 7, 2020).

Wright, S.L., Thompson, R.C., Galloway, T.S., 2013. The physical impacts of microplastics on marine organisms: a review. Environ. Pollut. 178, 483–492.

Wu, H., Huang, J., Zhang, C.J.P., He, Z., Ming, W., 2020. EClinicalMedicine Facemask Shortage and the Novel Coronavirus Disease (COVID-19) Outbreak: Re Fl Ections on Public Health Measures. p. 21.

Xinhuanet, 2020. China focus: mask makers go all out in fight against novel coronavirus. February, 06. http://www.xinhuanet.com/english/2020-02/06/c_138760527.htm.

Yang, A.P., Seale, H., Macintyre, R., Zhang, H., Zhang, Z., Zhang, Y., Wang, X., Li, X., Pang, X., Wang, Q., 2008. ORIGINAL Mask-wearing and Respiratory Infection in Healthcare Workers in Beijing, China.

Zafar, M., Najeeb, S., Khurshid, Z., Vazirzadeh, M., Zohaib, S., 2016. Potential of Electrospun Nanofibers for Biomedical and Dental Applications. pp. 1–21.

Plaintiffs' Exhibit 246

*Published March 30, 2020*

**COVID-19, shortages of masks and the use of cloth masks as a last resort**

Chandini R MacIntyre, Academic physician The Kirby Institute, University of New South Wales
Other Contributors:
Chi Dung Tham, Academic physician
Holly Seale, Academic
Abrar Chughtai, Academic physician

Critical shortages of personal protective equipment (PPE) have resulted in the US Centers for Disease Control downgrading their recommendations for health workers treating COVID-19 patients from respirators to surgical masks and finally to home-made cloth masks. As authors of the only published randomised controlled clinical trial of cloth masks, we have been getting daily emails about this from health workers concerned about using cloth masks. The study found that cloth mask wearers had higher rates of infection than even the standard practice control group of health workers, and the filtration provided by cloth masks was poor compared to surgical masks. At the time of the study, there had been very little work done in this space, and so little thought into how to improve the protective value of the cloth masks. Until now, most guidelines on PPE did not even mention cloth masks, despite many health workers in Asia using them.

Health workers are asking us if they should wear no mask at all if cloth masks are the only option. Our research does not condone health workers working unprotected. We recommend that health workers should not work during the COVID-19 pandemic without respiratory protection as a matter of work health and safety. In addition, if health workers get infected, high rates of staff absenteeism from illness may also affect health system capacity to respond. Some health workers may still choose to work in inadequate PPE. In this case, the physical barrier provided by a cloth mask may afford some protection, but likely much less than a surgical mask or a respirator.

It is important to note that some subjects in the control arm wore surgical masks, which could explain why cloth masks performed poorly compared to the control group. We also did an analysis of all mask wearers, and the higher infection rate in cloth mask group persisted. The cloth masks may have been worse in our study because they were not washed well enough – they may become damp and contaminated. The cloth masks used in our study were products manufactured locally, and fabrics can vary in quality. This and other limitations were also discussed.

There are now numerous reports of health workers wearing home made cloth masks, or re-using disposable mask and respirators, and asking for guidance. If health workers choose to work in these circumstances, guidance should be given around the use.

There have been a number of laboratory studies looking at the effectiveness of different types of cloth materials, single versus multiple layers and about the role that filters can play. However, none have been tested in a clinical trial for efficacy. If health workers choose to work using cloth masks, we suggest that they have at least two and cycle them, so that each one can be washed and dried after daily use. Sanitizer

spray or UV disinfection boxes can be used to clean them during breaks in a single day. These are pragmatic, rather than evidence-based suggestions, given the situation.

Finally for COVID-19, wearing a mask is not enough to protect healthcare workers – use of gloves and goggles are also required as a minimum, as SARS-CoV-2 may infect not only through the respiratory route, but also through contact with contaminated surfaces and self-contamination.

Governments and hospitals should plan and stockpile proper disposable products such as respirators and surgical masks to ensure the occupational health and safety of health workers. This appears to have been a failure in many countries, including high income countries.

*We were the authors of the 2015 RCT , which was funded by an Australian Research Council Linkage Grant with 3M as the partner on the grant.*

Plaintiff's Exhibit 247

aapsonline.org

# COVID-19: Will the National Mask Mandate Save Us? - AAPS | Association of American Physicians and Surgeons

3 minutes

---

Does the national mask mandate make you feel safe?

Candidate Joe Biden's promised plan to control the COVID-19 pandemic featured everybody wearing a mask for 100 days. Former CDC director Robert Redfield said it might take only 4, 6, or 8 weeks (up to 56 days), and later up to 12 weeks (84 days). Now we not only have an Executive Order for mask wearing on federal property and for federal employees and contractors, but the Center for Disease Control and Prevention (CDC) has declared it a federal crime not to wear a mask on public transport or in transportation hubs.

There was no Constitutional amendment or law passed by Congress to create this new crime.

Past mask mandates have not stopped the pandemic (see graphic). A CDC study of mask mandates in 10 states claimed that mandates *might* help, citing a 5.5% decline in the growth rate of hospitalizations. However, they stopped the study in October, just before a huge increase in cases began in those states.

Why aren't the mandates working? Are the masks inadequate—and should we require double or triple masks? Did people take too many breaths with masks removed to eat or drink? Were people using them improperly? Was it the fault of an unmasked baby or scofflaw? Would aggressive, even violent arrest of the unmasked help?

Mandates tend to get extended or reinstated. What happens in 100 days? Will everyone have to mask up every time the case count crosses an arbitrary threshold? COVID-19 will probably never disappear, and new viruses will emerge.

What if you get a COVID vaccine? There are no exemptions for vaccinated persons. Anthony Fauci said masking and social distancing would continue, probably into 2022. Pfizer chairman Albert Bourla and World Health Organization (WHO) chief scientist Dr. Soumya Swaminathan say there is no evidence that the vaccines prevent contagion, only

that they reduce symptoms if you get infected.

So, are we forever locked into a state of fear and loss of civil liberties? Or will natural immunity, sensible precautions, and early treatment bring this chapter to a close? Consider:

- Ways to prevent infection and transmission (mouthwash, air purification, aerosol reduction)

- Ways to boost your immune system with adequate vitamin D3 and zinc

- Early diagnosis and outpatient treatment

For further information, see:

- Mask facts

- C19protocols.com

- Sequential drug treatment of early COVID-19



COVID-19 Cases in States with a Mask Mandate https://twitter.com/covid_clarity/status/1358953037642027013?s=20

Plaintiffs' Exhibit 248

cidrap.umn.edu

# Data do not back cloth masks to limit COVID-19, experts say

*Mary Van Beusekom | News Writer | CIDRAP News  | Apr 09, 2020*

4-5 minutes

Limited, indirect evidence from lab studies suggests that homemade fabric masks may capture large respiratory droplets, but there is no evidence they impede the transmission of aerosols implicated in the spread of COVID-19, according to a paper published yesterday by the National Academy of Sciences, Engineering, and Medicine.

In the paper, the National Academies' Standing Committee on Emerging Infectious Diseases and 21st Century Health Threats said that, because no studies have been done on the effectiveness of cloth masks in preventing transmission of coronavirus to others, it is impossible to assess their benefits, if any.

The paper was prepared by committee members Richard Besser, MD, of the Robert Wood Johnson Foundation, and Baruch Fischhoff, PhD, of Carnegie Mellon University, and two subject matter experts contributed. It was approved by Committee Chair Harvey Fineberg, MD, PhD, and was peer-reviewed by seven additional US experts.

In the absence of widespread availability of more effective protection and to preserve surgical masks and respirators for healthcare workers, homemade fabric masks have been proposed to limit spread of coronavirus by wearers who might be contagious but are asymptomatic or pre-symptomatic. The US Centers for Disease Control and Prevention recently endorsed their use.

## Many factors at play in gauging effectiveness

Committee members point out that research suggests that COVID-19 can spread via invisible droplets as small as 5 microns and by tiny bioaerosol particles as well as via visible respiratory droplets just by breathing.

Infected yet asymptomatic people are of particular concern because the particles they breathe are predominantly bioaerosols. "To complicate matters further, different individuals vary in the extent to which they emit bioaerosols while breathing," they said.

Because different masks have different filtering capacities and the role of droplet size on disease transmission is unknown, it is difficult to predict the effectiveness of these masks, the authors said. "The extent of any protection will depend on how the masks are made and used," they wrote. "It will also depend on how mask use affects users' other precautionary behaviors, including their use of better masks, when those become widely available."

Those behaviors may reduce or enhance homemade fabric masks' overall effects on public health, they noted. "The current level of benefit, if any, is not possible to assess," they said.

Michael Osterholm, PhD, MPH, director of the Center for Infectious Disease Research and Policy

(CIDRAP), who contributed to the paper along with Sundaresan Jayaraman, PhD, of the Georgia Institute of Technology in Atlanta, said in his weekly CIDRAP podcast yesterday that, ==because aerosols likely play an important role in coronavirus transmission, cloth masks will do little, if anything, to limit spread of the disease.==

Even more, he worries that encouraging cloth masks is emboldening people to try to get surgical masks for better protection, taking them away from frontline healthcare workers, who desperately need them. "If we're right now in a major shortage status—and we will be for the kind of N95 and surgical mask protection—the public should not ever try to get these," he said.

CIDRAP publishes CIDRAP News.

### Research needed on effectiveness, precautions

In the report, the committee members called for research to yield clear instructions on how to properly make, fit, use, and clean homemade fabric masks.

Studies also need to explore estimates of the protection that such masks afford users and others in different settings (eg, in places in which the likelihood of contact is higher, like grocery stores, compared with wearing masks everywhere), they wrote. In addition, they said data need to be gathered on effective reinforcement of other precautions, such as physical (social) distancing.

"That research could provide policy makers with estimates of the net effect of encouraging use of homemade cloth masks on public health, with realistic estimates of how such masks will be made and used, as well as how they will affect other precautionary behaviors of users and others who observe and interact with them," they said.

Plaintiffs' Exhibit 249

  

**BitChute is community funded, we depend on your support to maintain and improve the platform!** (/help-us-grow/) ✕

(/) 💲 (/help-us-grow/) ● Login / Register (/accounts/register/)
80%

### ≡DEATH BY MASK: MASK WEARING, BACTERIAL PNEUMONIA INFECTIONS, AND THE 1918 FLU

**WATCH**  Watch video at www.bitchute.com/video/GGRLIPWu44C9
10-25-20



👁 59303   👍 254   👎 0

🄵 (https://www.facebook.com/sharer/sharer.php?u=https%3A//www.bitchute.com/video/GGRLIPWu44C9/)   🐦 (https://twitter.com/share?text=DEATH%20BY%20MASK
First published at 14:06 UTC on October 25th, 2020.   %3A%20MASK%20WEARING%2C%20BACTERIAL%20PNEUMONIA%20INFECTIONS
#COVID19 (/HASHTAG/COVID19/)   #THEGREATAWAKENING (/HASHTAG/THEGREATAWAKENING/)   %2C%20AND%20THE%201918%20FLU&url=https://chute.rocks/GGRLIPWu44C9&via=BitChute)
#WWG1WGA (/HASHTAG/WWG1WGA)(https://reddit.com/submit?url=https://chute.rocks/GGRLIPWu44C9&
title=DEATH%20BY%20MASK%3A%20MASK%20WEARING
%2C%20BACTERIAL%20PNEUMONIA%20INFECTIONS%2C%20AND%20THE%201918%20FLU)
🄶 (https://gab.com/compose?url=https%3A//www.bitchute.com/video/GGRLIPWu44C9/)   🗑



chute is community funded, we depend on your support to maintain and improve the platform! (/help-us-grow/)

Subscribe

(/help-us-grow/)   Login / Register (/accounts/register/)

80%

WakeUpPlanet (/channel/wakeupplanet/)

WakeUpPlanet (/profile/weQp2HyrPYaJ/)

2719 subscribers

In 2008, Dr. Antony Fauci co-wrote a paper with two colleagues explaining that influenza was not the predominant cause of death during the 1918 flu pandemic. This video will show you what he wrote, and that the cause of a rise in infections among mask wearers today matches what Fauci claimed to be the real killer in 1918.

Are doctors witnessing the early signs of the next round of deaths due to infections? If so, these deaths won't be from Covid-19 / SARS-COV-2, but from people acting on the advice given by Dr. Fauci. Remember, wearing masks is a CDC 'guideline' and guidelines can be ignored, especially when what is meant to protect you can lead to infections that kill you.

Why hasn't Dr. Fauci told us about the lethal risks associated with bacterial infections from wearing masks? I thought that the hippocratic oath was to do no harm.

Could mask-induced infections and deaths get labeled as SARS-COV-2 / Covid 19, or Covid 21, which will result in governments enforcing more lockdowns and trying to mandate vaccinations?

You have a choice, and you can preserve your health, and alter our collective future for the better, by saying no to wearing a mask. Pls share this information with others to help prevent their illness from bacterial infections, and to save lives this winter.

SOURCES:
The Global research article can be read at: https://www.globalresearch.ca/medical-doctor-warns-bacterial-pneumonias-rise-mask-wearing/5725848 (https://www.globalresearch.ca/medical-doctor-warns-bacterial-pneumonias-rise-mask-wearing/5725848)

The video of Dr. James Meehan comes from: https://www.youtube.com/watch?v=ZbmvCKcUNuA&feature=emb_title (https://www.youtube.com/watch?v=ZbmvCKcUNuA&feature=emb_title)

You can download Dr. Fauci and colleagues' paper from: https://academic.oup.com/jid/article/198/7/962/2192118 (https://academic.oup.com/jid/article/198/7/962/2192118) (Click on the PDF symbol)

⊟ LESS

Category     Health & Medical (/category/health/)

Sensitivity  Normal - Content that is suitable for ages 16 and over (https://support.bitchute.com/policy/guidelines /#content-sensitivity)

Plaintiffs' Exhibit 250

nomaskers.org

# Association of American Physicians and Surgeons

*Copyright Benchmark Technologies, Incorporated*

46-59 minutes

---

- Home
- Resources
- View Resource

Published Studies: Masks are INEFFECTIVE 0 Comments 10/18/2020



Definitive study establishes conclusively not only that masks don't work, but WHY.

**Posted By: Fielden Nolan (nolanf)**

curated by Marilyn M. Singleton, M.D., J.D. – http://marilynsingletonmdjd.com/

*Updated September 26, 2020*

**Introduction**

COVID-19 is as politically-charged as it is infectious. Early in the COVID-19 pandemic, the WHO, the CDC and NIH's Dr. Anthony Fauci discouraged wearing masks as not useful for non-health care workers. Now they recommend wearing cloth face coverings in public settings where other social distancing measures are hard to do (e.g., grocery stores and pharmacies). The recommendation was published without a single scientific paper or other information provided to support that cloth masks actually provide any respiratory protection. Let's look at the data.

The theory behind mask wearing:

- Source control: Cloth mask can trap droplets that come out of a person's mouth when they cough or sneeze.

- Protection: Personal Protective Equipment (PPE) – only N95 masks

**Transmission of SARS-CoV-2**

Note: A COVID-19 (SARS-CoV-2) particle is 0.125 micrometers/microns (μm); influenza virus size is 0.08 – 0.12 μm; a human hair is about 150 μm.

*\*1 nm = 0.001 micron; 1000 nm = 1 micron; Micrometer (μm) is the preferred name for micron*

*\*1 meter is = 1,000,000,000 [trillion] nm or 1,000,000 [million] microns*

*\*For a complete dissection and explanation of aerosols and airborne particles, please see Understanding Particle Size and Aerosol-based Transmission* by Steve Probst. https://www.4cconference.com/wp-content/uploads/2020/07

/Understanding-Particle-Size-and-Aerosol-Based-Transmission.pdf

Droplets

- Virus is transmitted through respiratory droplets produced when an infected person coughs, sneezes, or talks.
- Larger respiratory droplets (>5 μm) remain in the air for only a short time and travel only short distances, generally <1 meter. They fall to the ground quickly. *https://www.thelancet.com/journals/lanres/article/PIIS2213-2600(20)30245-9/fulltext*
- This idea guides the CDC's advice to maintain at least a 6-foot distance.
- Small (<5 μm) aerosolized droplets can remain in the air for at least 3 hours and travel long distances (up to 27 ft.).
- *https://www.nejm.org/doi/pdf/10.1056/NEJMc2004973?articleTools=true;*
- https://www.cidrap.umn.edu/covid-19/podcasts-webinars/special-ep-masks;
- https://www.nap.edu/catalog/25769/rapid-expert-consultation-on-the-possibility-of-bioaerosol-spread-of-sars-cov-2-for-the-covid-19-pandemic-april-1-2020

Air currents

- In an air conditioned environment these large droplets may travel farther.
- Ventilation.  Even the opening of an entrance door and a small window can dilute the number of small droplets to one half after 30 seconds. *(This study looked at droplets from uninfected persons).* This is clinically relevant because poorly ventilated and populated spaces, like public transport and nursing homes, have high SARS-CoV-2 disease transmission despite physical distancing.
- *https://www.thelancet.com/journals/lanres/article/PIIS2213-2600(20)30245-9/fulltext*

Humidity

- Since 1961, experiments showed that viral-pathogen-carrying droplets were inactivated within shorter and shorter times as ambient humidity was increased. Dryness drives the small aerosol particles. See e.g., review of studies, *https://aaqr.org/articles/aaqr-20-06-covid-0302*

Conclusions

The preponderance of scientific evidence supports that aerosols play a critical role in the transmission of SARS-CoV-2.  Years of dose response studies indicate that if anything gets through, you will become infected.

- Thus, any respiratory protection respirator or mask must provide a high level of filtration and fit to be highly effective in preventing the transmission of SARS-CoV-2.  (Works for Mycobacterium tuberculosis (3μm)
- Public health authorities define a significant exposure to COVID-19 as face-to-face contact within 6 feet with a patient with symptomatic COVID-19 that is sustained for at least a few minutes (and some say more than 10 minutes or even 30 minutes).
- The chance of catching COVID-19 from a passing interaction in a public space is therefore minimal.

---

**MASKS**

**Filter Efficiency and Fit**

*Data from a University of Illinois at Chicago review* https://www.cidrap.umn.edu/news-perspective/2020/04/commentary-masks-all-covid-19-not-based-sound-data

- HEPA (high efficiency particulate air) filters are 99.97 to 100% efficient. HEPA filters are tested with particles that are 0.125 μm (the size of SARS-CoV-2).
- Masks and respirators work by collecting particles through several physical mechanisms, including diffusion (small

particles) and interception and impaction (large particles).

- Surgical masks are loose-fitting devices that were designed to be worn by medical personnel to protect accidental contamination of patient wounds, and to protect the wearer against splashes or sprays of bodily fluids. They aren't effective at blocking particles smaller than 100 µm. *https://multimedia.3m.com/mws/media/957730O/respirators-and-surgical-masks-contrast-technical-bulletin.pdf*

- OSHA/CDC:  A surgical mask is not a respirator. It cannot be used to protect workers who perform or assist with aerosol-generating procedures, which may create very fine aerosol sprays. **A surgical mask can only be used to protect workers from contact with the large droplets made by patients when they cough, sneeze, talk or breathe**. *https://www.osha.gov/dts/guidance/flu/healthcare.html*

---

### Laboratory Studies

- N95 filtering facepiece respirators (FFRs) are constructed from electret (a dielectric material that has a quasi-permanent electric charge.) *An electret generates internal and external electric fields so the filter material has electrostatic attraction for additional collection of all particle sizes. As flow increases, particles will be collected less efficiently.*

- A *properly fitted* N95 will block 95% of tiny air particles down to 0.3 µm from reaching the wearer's face.

- *https://www.honeywell.com/en-us/newsroom/news/2020/03/n95-masks-explained.*

- Problem: no source control. An N95 does not filter exhaled air passing through the exhaust/exhalation valve (for easier breathing and less moisture inside the mask).

- Study measuring filter efficiency (2010)

- *https://academic.oup.com/annweh/article/54/7/789/202744; https://www.cidrap.umn.edu/news-perspective/2020/04/commentary-masks-all-covid-19-not-based-sound-data; https://academic.oup.com/annweh/article/54/7/789/202744*

- Filter efficiency was measured across a wide range of small particle sizes (0.02 to 1 µm) at 33 and 99 L/min.

- All the cloth masks and materials had near zero efficiency at 0.3 µm, a particle size that easily penetrates into the lung (SARS-CoV-2 is 0.125 µm)

- Efficiency for the entire range of particles

- T-shirts — 10%

- Scarves — 10% to 20%

- Cloth masks — 10% to 30%

- Sweatshirts — 20% to 40%

- Towels — 40%

- Study measuring filter efficiency (2014, Korea)

- *https://aaqr.org/articles/aaqr-13-06-oa-0201*

- Evaluated 44 masks, respirators, and other materials with similar methods and small aerosols (0.08 and 0.22 µm)

- N95 FFR filter — >95% efficiency

- Medical masks — 55% efficiency

- General (cloth) masks — 38% efficiency

- Handkerchiefs — 2% (one layer) to 13% (four layers) efficiency.

- **Conclusion:** Wearing masks (other than N95) will not be effective at preventing SARS-CoV-2 transmission, whether worn as source control or as PPE.

- N95s protect health care workers, but are not recommended for source control transmission.

- Surgical masks are better than cloth but not very efficient at preventing emissions from infected patients. Cloth masks must be 3 layers, plus adding static electricity by rubbing with rubber glove.

- The cloth that serves as the filtration for the mask is meant to trap particles being breathed in and out. But it also serves as a barrier to air movement because it forces the air to take the path of least resistance, resulting in the aerosols going in and out at the sides of the mask.

- An August 2020 UCSF study suggested that the mask would decrease the absolute volume of the inoculum. (The concentrations of bacteria upstream and downstream of the test devices were measured with an aerodynamic size spectrometer) *https://ucsf.app.box.com/s/blvolkp5z0mydzd82rjks4wyleagt036*

---

**Human Studies**

- Study of correct use of masks (2020, Singapore).

- *https://www.medpagetoday.com/infectiousdisease/publichealth/86601*

- Overall, data were collected from 714 men and women. Of all ages, only 90 participants (12.6%) passed the visual mask fit test. About 75% performed strap placement incorrectly, 61% left a "visible gap between the mask and skin," and about 60% didn't tighten the nose-clip.

- Study of surgical face mask use in health care workers (2009, Japan).

- *https://pubmed.ncbi.nlm.nih.gov/19216002/*

- Masks did not provide benefit in terms of cold symptoms or getting cold.

- Randomized clinical trial of standard medical/surgical masks in health care workers (2010, Australia).

- *https://onlinelibrary.wiley.com/doi/epdf/10.1111/j.1750-2659.2011.00198.x?fbclid=IwAR3kRYVYDKb0aR-su9_me9_vY6a8KVR4HZ17J2A_80f_fXUABRQdhQlc8Wo*.

- Study was spurred by the H1N1 flu. While N95 masks offered protection against respiratory illness, medical mask wearers and control group numbers were similar.

- Review of influenza virus and face masks in health care workers (HCWs) (2010, Hong Kong).

- *https://www.cambridge.org/core/journals/epidemiology-and-infection/article/face-masks-to-prevent-transmission-of-influenza-virus-a-systematic-review/64D368496EBDE0AFCC6639CCC9D8BC05*

- 6 studies of face mask use, both surgical masks and N-95 respirators in HCWs and community settings. The effectiveness of face masks is probably impacted by compliance issues in both the healthcare and community setting. Various studies show a lower level of compliance with face masks or find lower reported acceptability of face masks compared to hand hygiene behaviors and other non-pharmaceutical interventions.

- Review of masks against influenza (2012, Europe).

- *https://onlinelibrary.wiley.com/doi/epdf/10.1111/j.1750-2659.2011.00307.x*

- 17 eligible studies.  One study had improvement with mask plus hand sanitizer.  None of the studies established a conclusive relationship between mask/respirator use and protection against in?uenza infection.

- *The first randomized controlled trial of cloth masks in health care workers (2015, Australia).

- *https://bmjopen.bmj.com/content/5/4/e006577*; *https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4420971/pdf/bmjopen-2014-006577.pdf*

- Penetration of:
- Cloth masks by particles — 97%

- Medical masks — 44%,

- 3M Vflex 9105 N95 — 0.1%

- 3M 9320 N95 —  <0.01%

- Cloth masks resulted in significantly higher rates of infection than medical masks, and also performed worse than the control arm some of whom may have worn masks.

- The virus may survive on the surface of the face masks

- Self-contamination through repeated use and improper doffing is possible. A contaminated cloth mask may transfer pathogen from the mask to the bare hands of the wearer.

- Moisture retention, reuse of cloth masks, and poor filtration may result in increased risk of infection.

- Cloth masks should not be recommended for health care workers, particularly in high-risk situations.

- Review of N95 and surgical masks against respiratory infection (2016). _https://www.cmaj.ca/content/cmaj/188 /8/567.full.pdf_

- From January 1990 to December 2014.  6 clinical studies:  3 randomized controlled trials (RCTs), 1 cohort study and 2 case–control studies, and 23 surrogate exposure studies.

- In the meta-analysis of the clinical studies, "no significant difference between N95 respirators and surgical masks in associated risk of (a) laboratory-confirmed respiratory infection, (b) influenza-like illness, or (c) reported work-place absenteeism."

- Review of masks and N95s against respiratory infection (2017, Singapore).

- _https://doi.org/10.1093/cid/cix681_

- Separate meta-analyses of 6 randomized controlled trials (RCTs) and 23 observational studies conducted during the 2003 SARS pandemic.

- Compared to medical masks, N95 respirators provided greater protection against clinical respiratory illness (CRI) and bacterial respiratory illness (BRI). These 2 outcomes were common in these trials (average risks of 8.7% and 7.3%, respectively).

- Compared to masks, N95 respirators conferred superior protection against clinical respiratory illness and laboratory-confirmed bacterial, but not viral infections or influenza life illness (ILI).

- Self-reported assessment of clinical outcomes was prone to bias.

- Evidence of a protective effect of masks or respirators against verified respiratory infection was not statistically significant (compared to no mask)

- Randomized Controlled Trial: N95s vs medical masks in health care workers (HCWs) against influenza (2019).

- _https://jamanetwork.com/journals/jama/fullarticle/2749214_

- 2862 randomized participants, 2371 completed the study and accounted for 5180 HCW-seasons.

- Among outpatient health care personnel, N95 respirators (8.2%) vs medical masks (7.2%) resulted in no significant difference in the incidence of laboratory-confirmed influenza. 90% said they wore the mask all the time.

- Review of N95 respirators versus surgical masks against influenza (March 2020, China).

- _https://doi.org/10.1111/jebm.12381_

- 6 randomized controlled trials (RCTs) involving 9,171 participants were included (2015-2020). There were no statistically significant differences in preventing laboratory-confirmed influenza, laboratory-confirmed respiratory viral infections, laboratory-confirmed respiratory infection and influenza-like illness using N95 respirators and surgical masks.

- Meta-analysis indicated a protective effect of N95 respirators against laboratory-confirmed bacterial colonization.

- CDC Review since 1946 of masks and influenza (May 2020)

- Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings—Personal Protective and Environmental Measures." https://wwwnc.cdc.gov/eid/article/26/5/19-0994_article

- Systematic review. 10 RCTs that reported estimates of the effectiveness of face masks in reducing laboratory-confirmed influenza virus infections in the community from literature published during 1946–July 27, 2018.

- ==There is limited evidence for face masks' effectiveness in preventing laboratory-confirmed influenza virus transmission either when worn by the infected person for source control or when worn by uninfected persons to reduce exposure.==

- "Proper use of face masks is essential because improper use might increase the risk for transmission."

- A study of 4 patients (July 2020, South Korea).

- https://www.acpjournals.org/doi/10.7326/M20-1342

- Known patients infected with SARS-CoV-2 wore masks and coughed into a Petrie dish. "Both surgical and cotton masks seem to be ineffective in preventing the dissemination of SARS–CoV-2 from the coughs of patients with COVID-19 to the environment and external mask surface."

- Studied different types of face coverings in non-clinical setting (August 2020).

- https://advances.sciencemag.org/content/early/2020/08/07/sciadv.abd3083

- *They used a black box, a laser, and a camera.* A person wears a face mask and speaks into the direction of an expanded laser beam inside a dark enclosure. Droplets that propagate through the laser beam scatter light, which is recorded with a camera. A simple computer algorithm then counts the droplets seen in the video.

- The N95 led to a droplet transmission of below 0.1%.

- Cotton and polypropylene masks, some of which were made from apron material showed a droplet transmission ranging from 10% to 40%.

- Knitted mask had up to 60% droplet transmission.

- Neck fleece had 110% droplet transmission (10% higher than not wearing a mask).

- Speaking through some masks (particularly the neck fleece, bandanas) seemed to disperse the largest droplets into a multitude of smaller droplets … which explains the apparent increase in droplet count relative to no mask in that case.

- See "Positive Effects of Masks" below. A recent study suggested that the mask would decrease the absolute volume of the inoculum. (The concentrations of bacteria upstream and downstream of the test devices were measured with an aerodynamic size spectrometer) https://ucsf.app.box.com/s/blvolkp5z0mydzd82rjks4wyleagt036

- Austrian observation (August 2020)

- https://corona-transition.org/maskenpflicht-brachte-in-osterreich-keinerlei-messbaren-nutzen (in German)

- ==The introduction, retraction and re-introduction of mandatory face masks in Austria had no influence at all on the infection rate.==

- News report (August 13, 2020)

- https://sentinelksmo.org/more-deception-kdhe-hid-data-to-justify-mask-mandate/

- ==In Kansas, the 90 counties without mask mandates had lower coronavirus infection rates than the 15 counties with mask mandates.== To hide this fact, the Kansas health department tried to manipulate the official statistics and data presentation.

---

Study from France:

Daily New Cases



https://swprs.org/face-masks-evidence/ (Swiss Policy Research)

Johns Hopkins, 9/21/20



https://twitter.com/Covid19Crusher/status/1308013900546428928

**Negative Effects of Masks**

<mark>Air inside the mask is definitely stale.  In filtering particles, the mask makes it harder to breathe.</mark>

**Decreased PaO2**

- A 2004 observational study of end stage renal disease patients during dialysis for 4 hours (2004, Taiwan).

- *https://pubmed.ncbi.nlm.nih.gov/15340662/;*

- *https://www.researchgate.net/publication*
  */8371248_The_physiological_impact_of_wearing_an_N95_mask_during_hemodialysis_as_a_precaution_against_SARS_in_patients_with*
  *stage_renal_disease*

- 39 patients, mean age, 57 years. 70% had decreased PaO2 (from 100 to 92); 19% had hypoxemia (PaO2 <70); all

patients had increased respiratory rate 16 to 18; chest discomfort (3 baseline patients to 11 patients); respiratory distress (1 baseline patient to 17 patients)

- Stanford engineers estimated that N95 masks cause a 5% to 20% reduction in O2 intake. This can cause dizziness and lightheadedness. This can be life-threatening for someone with lung disease or with respiratory distress.
- *https://engineering.stanford.edu/magazine/article/covid-19-prompts-team-engineers-rethink-humble-face-mask*

- Study of surgeons in the OR (2008, Turkey).
- *http://scielo.isciii.es/pdf/neuro/v19n2/3.pdf*

- Scientists looked at O2 levels of surgeons wearing masks while performing surgery. Found a decrease in the oxygen saturation of arterial pulsations (peripheral capillary O2 saturation/SpO2) fell from 98% to 96% and a slight increase in pulse rates compared to preoperative values in all surgeon groups.

**Increased CO2**

- This may be merely theoretical. Carbon dioxide molecules freely diffuse through the masks, allowing normal gas exchange while breathing.

- CO2 is present in the atmosphere at a level of about 0.04% (400ppm). According to the U.S. Department of Agriculture / OSHA, carbon dioxide becomes toxic at concentrations above 4 percent (40,000ppm); symptoms at 5,000-10,000 ppm. 10,000 ppm has been measured behind mask.

- Experiment (July 2020).
- *https://www.wthr.com/article/news/health/coronavirus/verify-do-face-masks-reduce-oxygen-intake-carbon-dioxide-experiment-multiple-maskss/531-c00c96cb-9273-4947-949c-0807f94454a7*

- Pulse oximeter and exhaled CO2 (via tube in mask) No change with mask. (End-tidal capnography or end-tidal CO2 (EtCO2) monitoring is a non-invasive technique that measures the partial pressure or maximal concentration of carbon dioxide (CO2) at the end of an exhaled breath. The normal values are 5-6% CO2, which is equivalent to 35-45 mmHg.)

- Health care worker study (2005, Scandinavia)
- *https://pubmed.ncbi.nlm.nih.gov/16441251/*

- 37.3% reported face-mask-associated headaches, 32.9% reported headache frequency >6 times per month. 7.6% had taken sick leave from March 2003 to June 2004 (mean 2 days; range 1-4 days) and 59.5% required use of abortive analgesics because of headache.

- Health care worker study (2009, Japan) with similar headache results as Scandinavian study (above).
- *https://pubmed.ncbi.nlm.nih.gov/19216002/*

- While there are some articles reporting OSHA tests, it is not clear they were proper tests.

- Some people have mistakenly claimed that OSHA standards (e.g., the Respiratory Protection standard, 29 CFR 1910.134; the Permit-Required Confined Space standard 29 CFR 1910.146; and the Air Contaminants standard, 29 CFR 1910.1000) apply to the issue of oxygen or carbon dioxide levels resulting from the use of medical masks or cloth face coverings in work settings with normal ambient air (e.g. healthcare settings, offices, retail settings, construction). These standards do not apply to the wearing of medical masks or cloth face coverings in work settings with normal ambient air). These standards would only apply to work settings where there are known or suspected sources of chemicals (e.g., manufacturing facilities) or workers are required to enter a potentially dangerous location (e.g., a large tank or vessel). *https://www.osha.gov/SLTC/covid-19/covid-19-faq.html*

- It is hard to tell if the headaches experienced by HCWs with N95s is CO2 or having a strap around the head.

- But when asked should we be worried about CO2, mask proponents say, "No" because you can exhale around the sides of the mask. This defeats the purpose. (2006) *https://pubmed.ncbi.nlm.nih.gov/16441251/*

**Moisture retention**

- Reuse of cloth masks, frequency and effectiveness of cleaning, and poor filtration may result in increased risk of infection.

- Observations during SARS suggested double-masking and other practices increased the risk of infection because of moisture, liquid diffusion.

- *https://bmjopen.bmj.com/content/5/4/e006577; https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4420971/pdf/bmjopen-2014-006577.pdf*

- Recent study (in German) cultured 82 bacterial colonies & 4 mold (fungoid) colonies from a child's masks after 8 hours of wear.

- *https://twitter.com/MMaccruiskeen/status/1307266527662669825?s=20*

**Self-contamination**

- Contamination through repeated use and improper doffing is possible.  The virus may survive on the surface of the mask.  The pathogen goes from mask to bare hands.

**"Mask mouth"**

- Reported by dentists.  *https://nypost.com/2020/08/05/mask-mouth-is-a-seriously-stinky-side-effect-of-wearing-masks/*

- Wearing masks increases dryness, which leads to decrease in saliva. It is the saliva that fights bacteria. Result is decaying teeth, receding gum lines and seriously sour breath. Gum disease — or periodontal disease — will eventually lead to strokes and an increased risk of heart attacks."

World Health Organization (WHO), June 2020

- https://apps.who.int/iris/bitstream/handle/10665/332293/WHO-2019-nCov-IPC_Masks-2020.4-eng.pdf?sequence=1&isAllowed=y

- "The likely disadvantages of the use of mask by healthy people in the general public include:
- potential increased risk of self-contamination due to the manipulation of a face mask and subsequently touching eyes with contaminated hands;

- potential self-contamination that can occur if non- medical masks are not changed when wet or soiled. This can create favourable conditions for microorganism to amplify;

- potential headache and/or breathing difficulties, depending on type of mask used;

- potential development of facial skin lesions, irritant dermatitis or worsening acne, when used frequently for long hours;

- difficulty with communicating clearly;

- potential discomfort;

- a false sense of security, leading to potentially lower adherence to other critical preventive measures such as physical distancing and hand hygiene;

- poor compliance with mask wearing, in particular by young children;

- waste management issues; improper mask disposal leading to increased litter in public places, risk of contamination to street cleaners and environment hazard;

- difficulty communicating for deaf persons who rely on lip reading;

- disadvantages for or difficulty wearing them, especially for children, developmentally challenged persons, those with mental illness, elderly persons with cognitive impairment, those with asthma or chronic respiratory or breathing problems, those who have had facial trauma or recent oral maxillofacial surgery, and those living in hot and humid environments.

The Hamburg Environmental Institute (July 2020) warned of the inhalation of chlorine compounds in polyester masks as well as problems in connection with face mask disposal. https://swprs.org/face-masks-evidence/; https://corona-transition.org/maskentragen-noch-ungesunder-als-gedacht (in German)

Psychological Damage in Children (September 11, 2020).

*https://www.world-today-news.com/70-doctors-in-open-letter-to-ben-weyts-abolish-mandatory-mouth-mask-at-school-belgium/*

- 70 Belgian doctors begged for cancellation of mask mandate at school. "In recent months, the general well-being of children and young people has come under severe pressure. We see in our practices an increasing number of children and young people with complaints due to the rules of conduct that have been imposed on them.  We diagnose anxiety and sleep problems, behavioral disorders and fear of contamination. We are seeing an increase in domestic violence, isolation and deprivation. Many lack physical and emotional contact; attachment problems and addiction are obvious. **'The mandatory mouth mask in schools is a major threat to their development. It ignores the essential needs of the growing child. The well-being of children and young people is highly dependent on the emotional connection with others.** (…) The aim of education is to create an optimal context so that a maximum development of young people is possible. The school environment must be a safe practice field. **The mouth mask obligation, on the other hand, makes the school a threatening and unsafe environment, where emotional connection becomes difficult. 'In addition, there is no large-scale evidence that wearing face masks in a non-professional environment has any positive effect on the spread of viruses, let alone on general health.'**

**Unanswered questions**

- Can virions escape an evaporating droplet stuck to a mask fiber?

- What are long-term health effects on HCW, such as headaches, arising from impeded breathing?

- Are there negative social consequences to a masked society?

- Are there negative psychological consequences to wearing a mask, as a fear-based behavioral modification?

- What are the environmental consequences of mask manufacturing and disposal?

- __ ___ _____ _____ _____ _____

- 

- *;* _____ _____

- __ _____ _____

- __ ___ _____ _____

- 

- __ ___ _____ _____ _____

- 

- __ _____ _____

-

- Fabric masks can also be a form of cultural expression, encouraging public acceptance of protection measures in general.

- The safe re-use of fabric masks will also reduce costs and waste and contribute to sustainability."

- Dr. Nancy Messonnier, director of the Center for the National Center for Immunization and Respiratory Diseases (January 31, 2020):

- *https://www.cdc.gov/media/releases/2020/t0131-2019-novel-coronavirus.html*

- "We don't routinely recommend the use of face masks by the public to prevent respiratory illness…. And we certainly are not recommending that at this time for this new virus."

- The Centers for Disease Control and Prevention (CDC)

- *https://www.cdc.gov/flu/professionals/infectioncontrol/maskguidance.htm*

- In March 5, 2019 regarding the flu: "Masks are not usually recommended in non-healthcare settings; however, this guidance provides other strategies for limiting the spread of influenza viruses in the community":

- *Cover their nose and mouth when coughing or sneezing,

- *Use tissues to contain respiratory secretions and, after use, to dispose of them in the nearest waste receptacle, and

- *Perform hand hygiene (e.g., handwashing with non-antimicrobial soap and water, and alcohol-based hand rub if soap and water are not available) after having contact with respiratory secretions and contaminated objects/materials.

- On August 7, 2020
- Masks are recommended as a simple barrier to help prevent respiratory droplets from traveling into the air and onto other people when the person wearing the mask coughs, sneezes, talks, or raises their voice. This is called source control.

- CDC recommends that people wear masks in public settings and when around people who don't live in your household, especially when other social distancing measures are difficult to maintain.

- Masks may help prevent people who have COVID-19 from spreading the virus to others.

- Masks are most likely to reduce the spread of COVID-19 when they are widely used by people in public settings.

- Masks should NOT be worn by children under the age of 2 or anyone who has trouble breathing, is unconscious, incapacitated, or otherwise unable to remove the mask without assistance.

- Masks with exhalation valves or vents should NOT be worn to help prevent the person wearing the mask from spreading COVID-19 to others (source control).

- From the New England Journal of Medicine, Universal Masking in the Covid-19 Era, July 9, 2020;

- *https://www.nejm.org/doi/full/10.1056/NEJMp2006372*

- "We know that wearing a mask outside health care facilities offers little, if any, protection from infection. Public health authorities define a significant exposure to Covid-19 as face-to-face contact within 6 feet with a patient with symptomatic Covid-19 that is sustained for at least a few minutes (and some say more than 10 minutes or even 30 minutes). The chance of catching Covid-19 from a passing interaction in a public space is therefore minimal. In many cases, the desire for widespread masking is a reflexive reaction to anxiety over the pandemic." It is also clear that masks serve symbolic roles. **Masks are not only tools, they are also talismans that may help increase health care workers' perceived sense of safety**, well-being, and trust in their hospitals. Although such reactions may not be strictly logical, we are all subject to fear and anxiety, especially during times of crisis. One might argue that fear and anxiety are better countered with data and education than with a marginally beneficial mask.

- But later authors said, "A growing body of research shows that the risk of SARS-CoV-2 transmission is strongly correlated with the duration and intensity of contact: the risk of transmission among household members can be as high as 40%, whereas the risk of transmission from less intense and less sustained encounters is below 5%. This finding is also borne

Plaintiffs' Exhibit 251

pubmed.ncbi.nlm.nih.gov

# Disposable surgical face masks: a systematic review - PubMed

*Allyson Lipp  1 , Peggy Edwards*

7-9 minutes

Review

. 2005 Sep;23(3):20-1, 24-5, 33-8.

Affiliations

- PMID: **16295987**

Review

## Disposable surgical face masks: a systematic review

Allyson Lipp et al. Can Oper Room Nurs J. 2005 Sep.

## Abstract

Surgical face masks were originally developed to contain and filter droplets of microorganisms expelled from the mouth and nasopharynx of healthcare workers during surgery, thereby providing protection for the patient. However, there are several ways in which surgical face masks could potentially contribute to contamination of the surgical wound. Surgical face masks have recently been advocated as a protective barrier between the surgical team and the

patient, but ==the role of the surgical face mask as an effective measure in preventing surgical wound infections is questionable.== The aim of the systematic review is to identify and review all randomised controlled trials evaluating disposable surgical face masks worn by the surgical team during clean surgery to prevent postoperative surgical wound infection. All relevant publications about disposable surgical face masks were sought through the Specialised Trials Register of the Cochrane Wounds Group (March 2001). Manufacturers and distributors of disposable surgical masks as well as professional organisations including the National Association of Theatre Nurses and the Association of Operating Room Nurses were contacted for details of unpublished and ongoing studies. Randomised controlled trials (RCTs) and quasi-randomised controlled trials comparing the use of disposable surgical masks with the use of no mask were included.

**Main results:** Two randomised controlled trials were included involving a total of 1453 patients. In a small trial there was a trend towards masks being associated with fewer infections, whereas ==in a large trial there was no difference in infection rates between the masked and unmasked group.== Neither trial accounted for cluster randomisation in the analysis.

**Reviewers' conclusions:** From the limited results ==it is unclear whether wearing surgical face masks results in any harm or benefit to the patient undergoing clean surgery.==

## Similar articles

- [Disposable surgical face masks for preventing surgical wound infection in clean surgery.](#)

  Lipp A, Edwards P. Lipp A, et al. Cochrane Database Syst Rev.

Plaintiffs' Exhibit 252



**Cochrane** Database of Systematic Reviews

# Disposable surgical face masks for preventing surgical wound infection in clean surgery (Review)

Vincent M, Edwards P

Vincent M, Edwards P.
Disposable surgical face masks for preventing surgical wound infection in clean surgery.
*Cochrane Database of Systematic Reviews* 2016, Issue 4. Art. No.: CD002929.
DOI: 10.1002/14651858.CD002929.pub3.

Disposable surgical face masks for preventing surgical wound infection in clean surgery (Review)
Copyright © 2016 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

WILEY

**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

[Intervention Review]

# Disposable surgical face masks for preventing surgical wound infection in clean surgery

Marina Vincent[1], Peggy Edwards[2]

[1]Department of Health Sciences, University of York, York, UK. [2]C/o Cochrane Wounds, School of Nursing, Midwifery and Social Work, University of Manchester, Manchester, UK

**Contact address:** Marina Vincent, Department of Health Sciences, University of York, Heslington, York, YO10 5DD, UK.
marina.vincent7@gmail.com, marina.vincent7@gmail.com.

**Editorial group:** Cochrane Wounds Group.
**Publication status and date:** New search for studies and content updated (no change to conclusions), published in Issue 4, 2016.

**Citation:** Vincent M, Edwards P. Disposable surgical face masks for preventing surgical wound infection in clean surgery. *Cochrane Database of Systematic Reviews* 2016, Issue 4. Art. No.: CD002929. DOI: 10.1002/14651858.CD002929.pub3.

Copyright © 2016 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

**A B S T R A C T**

**Background**

Surgical face masks were originally developed to contain and filter droplets containing microorganisms expelled from the mouth and nasopharynx of healthcare workers during surgery, thereby providing protection for the patient. However, there are several ways in which surgical face masks could potentially contribute to contamination of the surgical wound, e.g. by incorrect wear or by leaking air from the side of the mask due to poor string tension.

**Objectives**

To determine whether the wearing of disposable surgical face masks by the surgical team during clean surgery reduces postoperative surgical wound infection.

**Search methods**

In December 2015, for this seventh update, we searched: The Cochrane Wounds Specialised Register; The Cochrane Central Register of Controlled Trials; Ovid MEDLINE; Ovid MEDLINE (In-Process & Other Non-Indexed Citations); Ovid EMBASE and EBSCO CINAHL. We also searched the bibliographies of all retrieved and relevant publications. There were no restrictions with respect to language, date of publication or study setting.

**Selection criteria**

Randomised controlled trials (RCTs) and quasi-randomised controlled trials comparing the use of disposable surgical masks with the use of no mask.

**Data collection and analysis**

Two review authors extracted data independently.

**Main results**

We included three trials, involving a total of 2106 participants. There was no statistically significant difference in infection rates between the masked and unmasked group in any of the trials. We identified no new trials for this latest update.

**Authors' conclusions**

From the limited results it is unclear whether the wearing of surgical face masks by members of the surgical team has any impact on surgical wound infection rates for patients undergoing clean surgery.



**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**PLAIN LANGUAGE SUMMARY**

**Disposable surgical face masks for preventing surgical wound infection in clean surgery**

**Background**

Surgeons and nurses performing clean surgery wear disposable face masks. The purpose of face masks is thought to be two-fold: to prevent the passage of germs from the surgeon's nose and mouth into the patient's wound and to protect the surgeon's face from sprays and splashes from the patient. Face masks are thought to make wound infections after surgery less likely. However, incorrectly worn masks may increase the likelihood of the wound getting contaminated with germs. We wanted to discover whether wearing a face mask during surgery makes infections of the wound more likely after the operation.

**Review question**

This review aimed to find out if wearing disposable face masks increases or decreases the number of cases of wound infection after clean surgery.

**Study characteristics**

We searched for all studies that had been done in the past relevant to this topic. Studies included in our analysis were those looking at the use of face masks in 'clean' surgery in adults and children. Clean surgery is when the operation does not go into organs that may contain bugs such as the lungs, gut, genitals and bladder. Infections of the wound are less likely to occur after 'clean' surgery, compared to 'unclean' surgery. We chose to look at this type of surgery because infections occurring after clean surgery would more likely be due to the use of the face mask, and not because of the nature of the operation. We also only looked at one particular type of study, the randomised controlled trial (RCT), where the people involved (participants) were randomly put into one of two groups: one group where the surgical team wore a face mask during the operation and one group where the surgical team did not wear a face mask. We compared the number of wound infection cases occurring after surgery between two groups.

**Key results**

Overall, we found very few studies and identified no new trials for this latest update. We analysed a total of 2106 participants from the three studies we found. All three studies showed that wearing a face mask during surgery neither increases nor decreases the number of wound infections occurring after surgery. We conclude that there is no clear evidence that wearing disposable face masks affects the likelihood of wound infections developing after surgery.

**Quality of the evidence**

The findings from this review cannot be generalised for several reasons: the studies included only looked at clean surgery, some of the studies did not specify what type of face mask was used and one of the studies did not involve many participants therefore making the findings less credible. The quality of the studies we found was low overall. The way in which participants were selected for the studies was not always completely random, which means the authors' judgements could have influenced the results. More research in this field is needed before making further conclusions about the use of face masks in surgery.

This plain language summary is up to date as of 22nd December 2015.



Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

# BACKGROUND

## Description of the condition

Surgical face masks were originally developed to contain and filter droplets containing microorganisms expelled from the mouth and nasopharynx during surgery. They were introduced around a century ago as a method of protecting patients from the risk of surgical wound infections (Belkin 1997). The costs incurred when a patient contracts a surgical wound infection are considerable in financial as well as social terms. It has been estimated that each patient with a surgical wound infection requires an additional hospital stay of 6.5 days and that hospital costs are doubled (Plowman 2000). When extrapolated to all acute hospitals in England, it is estimated that the annual cost nationally is almost GBP 1 billion.

## Description of the intervention

The primary purpose of a surgical mask is to provide protection for the patient from the surgical team. Masks have also been advocated as a barrier to protect the surgical team from the patient (Garner 1996; Weber 1993). This systematic review does not investigate the use of surgical masks for this purpose.

Surgical face masks are disposable and generally made up of three or four layers, often with two filters that prevent passage of material greater than 1 micron, therefore trapping bacteria of that size or larger. Face masks of this type are claimed to provide protection for a minimum of four hours (UHS 2000). Worn correctly, the mask should cover the nose with the metal band contouring the bridge of the nose. The mask should be drawn underneath the mouth and secured by tying the tapes firmly around the back of the head.

Although the surgical mask is designed to protect the patient, ==there are several ways in which it could actually contribute to the contamination of surgical wounds. Firstly, insufficient tension on the strings causes 'venting', or leakage of air from the side of the mask. The exhalation of moist air increases resistance, which is thought to exacerbate the problem of venting== (Belkin 1996). ==Secondly,== Belkin 1996 ==also cites 'wicking' as a method of conveying liquid via capillary action as possibly contributing to the passage of bacteria. Thirdly, a mask could cause contamination by 'wiggling'. This is a term used to describe friction of the mask against the face, which has been shown to cause the dispersal of skin scales from the face resulting in possible contamination of surgical wounds== (Schweizer 1976). ==In addition, the mask may be worn incorrectly, for example, allowing exposure of the nose or mouth. Removal of the mask by grasping the filter section could result in contamination of the wearer's hands== whereas disposal is recommended by handling the tapes only (Perry 1994).

## How the intervention might work

==These issues call into question the effectiveness of the design and highlight the incorrect use of surgical face masks.== As with many interventions, surgical face masks were introduced without standard specifications or formal evaluation. Despite acknowledging ==the controversy surrounding the use of masks,== they are currently recommended by numerous operating department organisations (AORN 1998; AfPP 2007).

==There is evidence that face mask practice is inconsistent, possibly due to an inadequate rationale for their use.== For example, ==the use==

==of surgical face masks has been abandoned by some surgical teams (in part or whole) and during certain procedures.== In choosing to not wear a mask, members of the surgical team could be leaving the patient vulnerable to the risk of wound infection via droplet contamination.

A clean surgical wound is classified as "an uninfected operative wound in which no inflammation is encountered and the respiratory, alimentary, genital or uninfected urinary tract is not entered" (Mangram 1999). Non-clean wounds may be classified as clean-contaminated, contaminated or dirty-infected, depending upon the area of the body operated upon and the level of infection and inflammation present. A surgical wound is less likely to become infected postoperatively if it is classified as clean, therefore any infection arising could be more reasonably attributed to other factors such as the use of a surgical face mask (Mangram 1999).

Diagnosis of a surgical wound infection is not without its challenges. For example, some patients such as the elderly and the immunocompromised do not always display the cardinal signs of infection. However, correct diagnosis of surgical wound infections is imperative to ensure accurate surveillance. A surgical wound infection is defined by purulent drainage and at least one of the following signs or symptoms: pain, localised swelling, redness or heat (Mangram 1999).

## Why it is important to do this review

The above discussion indicates that the role of the surgical mask as an effective measure in preventing surgical wound infections is questionable and warrants a systematic review.

# OBJECTIVES

To determine whether the wearing of disposable surgical face masks by the surgical team during clean surgery reduces postoperative surgical wound infection.

# METHODS

## Criteria for considering studies for this review

### Types of studies

Randomised controlled trials (RCTs) and quasi-randomised controlled trials comparing the use, by members of the surgical team, of disposable surgical masks with the use of no mask.

### Types of participants

Adults and children undergoing clean surgery.

### Types of interventions

The specific comparison to be made is the wearing, by the surgical team (scrubbed and not scrubbed), of disposable surgical face masks compared with no masks. Due to the difference in specifications, we used the trial author's definition of disposable surgical mask.

### Types of outcome measures

#### Primary outcomes

- The incidence of postoperative surgical wound infection (the definition of wound infection used by the trial authors is used throughout).

Case 6:21-cv-01008-PGB-DCI   Document 62-4   Filed 09/14/21   Page 240 of 412 PageID 2368

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

### Secondary outcomes

- Costs.
- Length of hospital stay.
- Mortality rate.

Publication date, language and publication status did not influence eligibility decisions.

## Search methods for identification of studies

### Electronic searches

For this seventh update, we searched the following databases to identify reports of relevant clinical trials:

- The Cochrane Wounds Specialised Register (searched 22 December 2015);
- The Cochrane Central Register of Controlled Trials (CENTRAL) (The Cochrane Library 2015, Issue 11);
- Ovid MEDLINE (1946 to 22 December 2015);
- Ovid MEDLINE (In-Process & Other Non-Indexed Citations) (searched 22 December 2015);
- Ovid EMBASE (1974 to 22 December 2015);
- EBSCO CINAHL Plus (1937 to 23 December 2015).

The search strategies used for these databases can be found Appendix 1. We combined the Ovid MEDLINE search with the Cochrane Highly Sensitive Search Strategy for identifying randomised trials in MEDLINE: sensitivity- and precision-maximising version; Ovid format (Lefebvre 2011). We combined the EMBASE search with the Ovid EMBASE trial filter terms developed by the UK Cochrane Centre (Lefebvre 2011). We combined the CINAHL searches with the trial filter terms developed by the Scottish Intercollegiate Guidelines Network (SIGN 2015).There were no restrictions with respect to language, date of publication or study setting.

### Searching other resources

We searched the bibliographies of all retrieved and relevant publications identified by these strategies for further studies.

## Data collection and analysis

### Selection of studies

Two review authors independently assessed titles and abstracts of references identified by the search strategy according to the selection criteria. We obtained copies of those articles and studies that appeared to satisfy these criteria in full. When it was unclear from the title or abstract if the paper fulfilled the criteria, or when there was disparity between the review authors, we obtained a full-text copy. The two review authors jointly decided whether the study met the inclusion criteria. For this update, one review author assessed titles and abstracts of references identified by the search strategy. Again, when it was unclear from the title or abstract if the study fulfilled the criteria, the full-text was obtained and reviewed by one review author, all decisions were discussed with a member of the editorial team of Cochrane Wounds.

### Data extraction and management

We used a piloted data extraction sheet to extract and summarise details of the studies. When data were missing from the study,

we attempted to contact the trial authors to obtain missing information. Data extraction was undertaken independently by the two review authors and compared. We excluded studies if they were not randomised or quasi-randomised trials of disposable surgical face masks. Excluded studies are listed in the Characteristics of excluded studies table with reasons for their exclusion.

We extracted the following data from each study.

- Trial setting.
- Number of air filtration changes in the surgical field per hour.
- Filtering capacity/specification of masks.
- Types of surgery.
- Number of wound infections.
- Definition of wound infection.
- Depth of wound infection.
- Documentation of co-interventions.
- Use of prophylactic antibiotics.
- Use of antiseptic irrigation.
- Identified bacteria associated with staff and patients.
- Measurement of compliance in the wearing of surgical face masks (i.e. mask covered nose and mouth, presence of wicking and venting).
- The size of the surgical team.

### Assessment of risk of bias in included studies

Two review authors independently assessed each included study using the Cochrane tool for assessing risk of bias (Higgins 2011). This tool addresses six specific domains, namely sequence generation, allocation concealment, blinding, incomplete outcome data, selective outcome reporting and other issues (e.g. extreme baseline imbalance) (see Appendix 2 for details of the criteria on which each judgement was based). We assessed the studies to detect potential sources of bias in the study design. We extracted data regarding the following aspects of risk of bias.

- Method of randomisation: how the randomisation schedule was generated, the method of randomisation, e.g. envelopes, computer etc.
- Allocation concealment.
- Blinding of patients (recipients).
- Blinding of outcome assessors to wearing of masks.
- Extent of loss to follow-up and use of intention-to-treat analysis.
- Source of funding.
- Early stopping.
- Baseline comparability of treatment and control groups.

### Data synthesis

We entered data into the Cochrane Review Manager (RevMan) software (RevMan 2014). Results are presented with 95% confidence intervals (CI). Methods of synthesising studies were dependent upon the quality, design and heterogeneity of the studies identified. We reported estimates for dichotomous outcomes as odds ratio (OR) as the event rate was less than 30% (Altman 1991). Where synthesis was inappropriate, we undertook a narrative overview.

# RESULTS

## Description of studies

### Results of the search

The initial search, for the original review, yielded 250 citations; we examined the abstracts of these papers to assess potential relevance. We subsequently retrieved 97 papers for fuller examination. Of these, 84 were clearly not relevant to the review and 13 appeared potentially relevant. We subsequently excluded 11 from the review due to study design, or ineligible outcome measures (e.g. bacterial load). We included two studies. We identified no unpublished studies that met the criteria for inclusion. There was no response to requests for further information from the authors of two included studies (Chamberlain 1984; Tunevall 1991). No studies were published in duplicate. During subsequent updates of the review, we identified five further studies; four did not meet the inclusion criteria after assessment (Alwitry 2002; McGovern 2013; Salassa 2014; Sjol 2002), and one met the criteria for inclusion and we added it to the review (Webster 2010). We identified no new trials for this latest update.

This review took at face value any description in the original studies of the type and cleanliness category of surgery performed. In one study, we contacted the author who provided data for clean surgery only (Webster 2010). As a result, we included studies performed in the operating department and excluded other areas such as the laboratory, maternity ward and accident and emergency.

### Included studies

See the Characteristics of included studies table.

#### Type of surgery

Tunevall 1991 included all types of surgery: clean, clean-contaminated and contaminated. Chamberlain 1984 involved gynaecological operation lists carried out by masked and unmasked staff. Webster 2010 randomised non-scrubbed staff per list into masked and unmasked groups. Surgery included obstetrics, gynaecology, general, orthopaedics, breast and urological. We only extracted data relating to clean surgery from all three studies.

#### Type of mask

Only one study specified the types of face mask used (Tunevall 1991), which were Comfort Clinimask (Molnycke), Surgine II antifog mask (Surgikos) and Aseptex (3M). In one study the type of mask was not mentioned (Chamberlain 1984), and in the other study standard masks were used (Webster 2010).

#### Number of patients

A power calculation informed Tunevall 1991 that their study would have to include over 3000 patients to demonstrate a decrease of 30% in the wound infection rate. It is unclear whether the power calculation took account of the clustered nature of the data. Although the Tunevall's study involved a total of 3088 patients, only 1429 patients undergoing clean surgery met the criteria for this review. In the study by Chamberlain 1984 only 41 patients were recruited because the study was discontinued. Out of this number, only 24 cases were clean surgery. With such a small number of female patients in this study, it is unlikely that they were representative of the population. Webster 2010 calculated that a sample size of at least 450 in each arm of the study would be needed to detect a 40% difference in surgical site infection rate between the two groups. Although 827 enrolled on the study, only 653 patients undergoing clean surgery met the criteria for this review (communication with trial author).

#### Outcome measures

The outcome measure used in Tunevall 1991 was wound infection defined as pus visible to the naked eye, or cellulitis without pus, both requiring debridement or percutaneous drainage and/or antibiotic therapy. With this study, follow-up was until after discharge but it was not explicit how these patients were followed up once discharged. Chamberlain 1984 did not define wound infection, but two out of the three wound infections reported were noted as serious enough to warrant antibiotics, the other infection being identified by a high vaginal swab. All patients in this study were examined daily until discharge. Webster 2010 used the National Nosocomial Infection Surveillance system, which categorises surgical site infections as superficial incisional, deep incisional and organ space. Follow-up was up to six weeks with the mean being 33.4 days for both groups.

None of the studies took any steps to measure compliance in relation to the correct wearing of surgical face masks, or recorded any events such as venting, wicking or wiggling. No study considered the other secondary outcome measures listed in this review.

#### Consent

One study author specified that consent was obtained from the staff involved in the study (Webster 2010). Tunevall 1991 stated that consent was obtained from patients, but Chamberlain 1984 and Webster 2010 did not specify consent from patients had been obtained.

### Excluded studies

We added a total of 15 studies to the Characteristics of excluded studies table. In summary, we excluded six studies because the focus of the study was not on assessing the rate of surgical site infection (Alwitry 2002; Ha'eri 1980; McGovern 1995; Ritter 1975; Tunevall 1991). We excluded two studies because variables in addition to the rate of surgical site infection and the use of face masks were investigated (Berger 1993; Ruthman 1984). We excluded three studies because they did not involve any surgery and, rather, were simulation-based (Hubble 1996; McLure 1998; Mitchell 1991). Two studies were not RCTs or quasi-RCTs (Salassa 2014; Sjol 2002), one study assessed surgical site infection through the means of a patient questionnaire (Moore 2001), and one study did not state how many clean operations were included in their study (Orr 1981).

### Risk of bias in included studies

See Figure 1 for the graph showing the review author's judgements about each 'Risk of bias' item presented as percentages across all included studies. See also Figure 2 for the summary showing the review author's judgements about each 'Risk of bias' item

Cochrane Database of Systematic Reviews

**Figure 1.  Methodological quality graph: review authors' judgements about each methodological quality item presented as percentages across all included studies.**



**Cochrane Library**

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**Figure 2.  Methodological quality summary: review authors' judgements about each methodological quality item for each included study.**



**Allocation**

Neither Chamberlain 1984 nor Tunevall 1991 used true randomisation with allocation concealment. Tunevall 1991 set up a random list for one year at a time denoting weeks as masked or unmasked but did not describe the method by which weeks were randomised to be masked/unmasked. A week, rather than an operating list or single operation, was the unit of allocation chosen for a period of one year, to ensure a similar number of major and minor cases (most major cases were performed at the beginning of the week). The randomisation list was inversed for the second and part of the third year due to anticipated seasonal differences. Allocation was not concealed as members of the theatre team were able to calculate whether any week was likely to be masked or unmasked. It is not clear whether the members of the admitting personnel had access to the randomisation list.



Chamberlain 1984 stated that patients on the operating lists of one surgical team were randomly allocated to a masked or unmasked group over two months. Later he indicated that masked and unmasked staff carried out the gynaecological operation lists alternately. The time between allocation of each list as masked or unmasked and the start of the list is not stated, making the extent of allocation concealment unclear.

Webster 2010 randomised participants per operating list. Allocation was concealed as randomisation occurred immediately before the start of the operating list via a phone call to a person blinded to the type of list.

In all studies the surgical team was the unit of randomisation and the patient was the unit of assessment, thus creating a unit of analysis error. There is no information in any study as to how patients were allocated to particular operating lists and so selection bias cannot be excluded.

### Blinding

It was impossible to blind the care providers of the trials to wearing or omitting a surgical face mask. The blinding of patients was described by Webster 2010 but not by either Chamberlain 1984 or Tunevall 1991. No study distinguished between the use of local anaesthetic and general anaesthetic. Blinding of outcome assessors was achieved for Chamberlain 1984, where members of laboratory staff were unaware of the group allocation of the specimens obtained. Outcome assessors were also blinded in Webster 2010, where details of surgical site infections were obtained via routine surveillance or staff blinded to the intervention. In Tunevall 1991, specific notification of the trial was given with each wound swab submitted for culture, allowing the potential for detection bias.

Two studies included all members of the surgical team and neither of those studies examined whether particular members of the team were more or less likely to cause a surgical wound infection (Chamberlain 1984; Tunevall 1991). One study included only non-scrubbed staff (Webster 2010).

### Incomplete outcome data

Chamberlain 1984 and Tunevall 1991 did not undertake an intention-to-treat analysis. Webster 2010 performed an intention-to-treat analysis. Chamberlain 1984 was discontinued after seven weeks after a third case of postoperative infection in the unmasked group was diagnosed. However the trial authors acknowledged that, although two of three wounds grew *Staphylococcus aureus*, in neither case was it a strain that corresponded to those isolated from the staff. No drop-outs were reported in Tunevall 1991. Webster 2010 reported seven drop-outs for clean surgery.

### Other potential sources of bias

#### Source of funding

Two studies did not state a source of funding (Chamberlain 1984; Tunevall 1991), and one study declared a grant from Queensland Health Nursing Research (Webster 2010).

#### Early stopping of trial

Chamberlain 1984 was discontinued after seven weeks after a third case of postoperative infection in the unmasked group

was diagnosed; this may well have been a chance difference, so potentially biasing the results in favour of masking.

#### Baseline imbalance

A description of the baseline characteristics of the patients is important to decide whether the results are generalisable and to compare characteristics of the two groups to ensure that the randomisation was successful. Tunevall 1991 confirmed baseline comparability for age and types of surgery. All patients in Chamberlain 1984 were female undergoing gynaecological surgery; no baseline comparability was reported. Groups were similar at baseline in Webster 2010 in terms of surgery, wound and American Society of Anaesthesiologists (ASA) classification as well as age, gender, preoperative hospitalisation, weight and prophylactic antibiotics.

### Effects of interventions

The included studies compared the use of disposable surgical face masks with using no surgical face masks. A total of 2106 patients, undergoing clean surgery, were included in this review. We assessed clinical and methodological homogeneity. The observed clinical heterogeneity between the trials was reflected in parameters such as study population, time lapse between the first and latest study influencing technique and equipment, diagnosis and length of follow-up. Potential sources of clinical heterogeneity could be attributed to type of disposable surgical face mask, restricting non-scrubbed staff to the intervention group, operating theatre design (e.g. air flow rates) and country of study. Given this clinical heterogeneity, it was inappropriate to pool any of the studies.

#### Primary outcome: incidence of postoperative surgical wound infection

There were 2106 participants in three trials. Tunevall 1991 reported 13/706 (1.8%) postoperative wound infections in the masked group and 10/723 (1.4%) in the non-masked group (no statistically significant difference: odds ratio (OR) 1.34, 95% confidence interval (CI) 0.58 to 3.07). Chamberlain 1984 reported no postoperative wound infections in the masked group and 3/10 (30%) in the non-masked group (no statistically significant difference: OR 0.07, 95% CI 0.00 to 1.63). Webster 2010 reported 33/313 (10.5%) in the masked group and 31/340 (9.1%) in the non-masked group (no statistically significant difference: OR 1.17, 95% CI 0.70 to 1.97) (Analysis 1.1).

#### Secondary outcomes

None of the studies considered the secondary outcome measures specified in the review, i.e. costs, length of hospital stay and mortality rate.

## DISCUSSION

<mark>Given the widespread use of surgical face masks, research into this topic remains surprisingly neglected.</mark> It was disappointing that only two trials met the inclusion criteria for the original review and these were undertaken prior to 1991. The inclusion of a more recent trial has helped to address the lack of evidence (Webster 2010).

Much of current national and international policy is based upon equivocal evidence from laboratory studies of the filtration efficiency of surgical face masks and of potential contamination of

---



Cochrane Database of Systematic Reviews

the surgical field using settle plates. Such indirect evidence is of questionable clinical relevance.

## Potential biases in the primary studies and the limitations they place on inferences

The strength of the evidence provided by the three studies that met the inclusion criteria for this review was weak. Two studies were quasi-randomised with unclear allocation concealment.

Methodologically, the results of Chamberlain 1984 and Tunevall 1991 may have been biased in several ways. Chamberlain 1984 did not specify the criteria used to detect the presence of a wound infection. Mangram 1999 reports that failure to use objective criteria to define surgical site infection has been shown to substantially affect reported surgical site infection rates. Chamberlain 1984 was limited by the discontinuation of the trial after seven weeks as result of several infections, thus creating a potential bias in the findings towards the use of surgical face masks.

Follow-up in Chamberlain 1984 continued until after discharge and up to discharge in Tunevall 1991. However the actual duration of follow-up could have varied considerably depending upon the type of surgery performed, with the potential for underestimating the number of surgical wound infections. Follow-up in Webster 2010 was more in keeping with international guidance of 30 days, but in some cases was less. It is likely that the inadequate allocation concealment and lack of blinding in the Chamberlain 1984 and Tunevall 1991 studies could have resulted in under or over-estimation of the effects of wearing a surgical face mask.

We were surprised at the small number of published studies. This could be due to a reluctance on the part of researchers to submit an equivocal trial for publication, and in turn for it to be accepted for publication. However, publication bias could not be tested by a funnel plot due to the small number of included studies.

## Potential biases in the review and the limitations it places on inferences

We relied on the goodwill of experts in the field to provide information on completed or ongoing, published or unpublished studies. When critically appraising the validity of the studies we had to rely on adequate reporting of the trials. When there is minimal information in the trial report one cannot automatically assume that rigorous methods have not been followed. We attempted to obtain additional clarifying data from the investigators of two studies, however no responses were received. Webster 2010 provided data on patients undergoing clean surgery.

The examination of the effectiveness of disposable surgical face masks must be seen in the context of the number of variables associated with wound infections. It is difficult to interpret from small studies, such as Chamberlain 1984, whether the wearing of surgical face masks has an impact on rates of surgical wound infections in patients undergoing clean surgery.

## Applicability of results

The results extracted for this review were limited to clean surgery and therefore cannot be extrapolated to other categories of surgery. The contribution that disposable surgical face masks make towards preventing infection is likely to be less consequential in contaminated wounds than in clean surgery.

The types of disposable surgical face mask used in the study were specified by Tunevall 1991 but not by Chamberlain 1984 or Webster 2010. It is possible that the specific mask composition changed in the years spanning the studies and this has the potential to influence results.

Although the review did not exclude trials involving the implantation of prostheses, we found no trials of this nature therefore limiting application of the review's results to this type of surgery. One study, Webster 2010, differentiated between scrubbed and non-scrubbed members of the team but, because only non-scrubbed staff were randomised into the study, it was not possible to discriminate between the contribution of the scrubbed and non-scrubbed members of the surgical team to any resulting surgical wound infection. It could be argued that non-scrubbed members of the team are less likely to be in a position to contaminate the surgical site.

All included studies were based in the operating department and so application of the results to other invasive procedures in other clinical areas is limited.

We examined the potential for surgical face masks to benefit the patient by reducing surgical wound infections or to harm the patient by increasing surgical wound infections in this review. We did not undertake analysis of the potential to harm or benefit the surgical team by way of protection. Although Chamberlain 1984 favoured the use of surgical face masks, the trial was relatively small and was discontinued due to the identification of wound infections in three out of the five major clean cases performed. This may have been a chance finding and thus these results are potentially biased in favour of wearing masks. Tunevall 1991 and Webster 2010 were larger trials, more rigorously designed and did not detect differences in the infection rate.

Both national and international guidelines acknowledge the controversy surrounding the use of disposable surgical face masks and yet continue to recommend their use. We found no other reviews in this area and the limited number of trials in this review make it unsafe to draw definitive conclusions about the effect of surgical face masks on reducing surgical wound infection in clean surgery.

## AUTHORS' CONCLUSIONS

### Implications for practice

From the limited results, it is unclear whether the wearing of surgical face masks by the surgical team either increases or reduces the risk of surgical site infection in patients undergoing clean surgery.

### Implications for research

Important messages for future research:

1. The CONSORT statement should be used as a guideline for reporting of future trials (Schulz 2010).
2. Trials should be large enough to detect clinically important differences in infection rates.
3. Trials must discriminate between scrubbed and non-scrubbed personnel.

---

Copyright © 2016 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.



Cochrane Database of Systematic Reviews

4. Trials must include clear definitions of surgery, surgical face masks and surgical wound infection.

5. Randomisation should be 'per operating list' (cluster randomisation) rather than 'per case' to avoid potential contamination of the surgical environment. To guard against selection bias, the randomisation allocation should be unpredictable, concealed and take place immediately prior to the commencement of the operating list.

6. Follow-up should be appropriate to the surgery performed. This may extend to the involvement of primary care.

7. Outcome assessors should be blinded to allocation.

8. Analysis should be by intention-to-treat of all patients following randomisation.

9. Economic evaluations should be incorporated into future trials.

Areas for further investigation include:

- disposable surgical face mask compared with wearing no mask;
- disposable surgical face mask compared with other mechanisms for protecting both patients and staff, such as visors/helmets.

## ACKNOWLEDGEMENTS

Thanks to Alun Davies, Lorraine Foster, Michael Walker, Anne Humphreys and Pearl Shahib who refereed the protocol for relevance, readability and rigour. Thanks also to Vicky Arrowsmith, Sue Clark, Alun Davies, Michael Walker and Pearl Shahib who refereed the review and Jenny Bellorini who copy edited the recent updated review. We would like to thank Nicky Cullum and Andrea Nelson for methodological advice, Sally Bell-Syer for her support and the Cochrane Wounds Group for their help and assistance.

Allyson Lipp was the originator of this review and was responsible for the development of the protocol, the review and all updates to the present time. She has now retired and has stepped away from her author role. We would like to acknowledge her substantial involvement in this systematic review.

Plaintiffs' Exhibit 253





8-4-21
Watch this video at
https://www.facebook.com/
amanpourcopbs/videos/
1197144337461489

 **Amanpour and Company**
August 4 at 3:45 PM · 

### Do Masks Work?

Do masks actually provide less protection than
we think? Epidemiologist Dr. Michel Osterholm
weighs in.

**See More**

 49      25 Comments  112K Views

 Love       Comment      Share

---

## Up Next

 15:26

**If you have questions
about the COVID...**
Michelle Rempel Garner
38 weeks ago · 4.2M Views

 5:32

**Wide Open · The
Chemical Brothers...**
The Chemical Brothers
a year ago · 9.4M Views

 4:05

**MARJORIE TAYLOR
GREENE - Randy...**
Randy Rainbow
27 weeks ago · 4.8M Views



**Scars in Heaven
(Official Lyric Video) ...**
Casting Crowns

**Comments**                        See All

Plaintiffs' Exhibit 254

thathelpfuldad.com

# Do Masks Work? The Science that Supports or Rebuts whether Face Masks Stop the Spread of Covid-19

28-36 minutes

The article serves as a warehouse of **verifiable** scientific evidence that seeks to answer the question – Do Face Masks Work to Stop the Spread of Covid-19?

On this page you will ONLY find medical evidence and analytical data from verifiable medical professionals and gov't analytic sources – links are provided for every citation and you can verify everything and do your own research.

There is evidence that supports BOTH viewpoints and regardless of which side of the debate you are on, perhaps the scientific data on this page will help you feel more comfortable about your decision.



Hello, Friends, I'm Mike – you may know me as That Helpful Dad. I like giving people helpful tips on how to live a better life. Mostly I write about everyday *slice of life* topics like BBQ'g, watching tv online, and having fun with family, but today I'm tackling a serious issue – compiling a warehouse of evidence about the effectiveness of face masks vs the spread of Covid-19.

Please Note:

1. I am not a medical doctor, I don't pretend to be one, and I'm not here to give you medical advice.

2. I encourage you to NOT just take my word for everything and instead do your own research **– the text you see in BLUE is linked to the articles/references that support the statements made below** – click the link and do your own research by looking at the references and medical papers for yourself. Make your own decisions about what's best for your family.

3. To be clear, I am NOT suggesting that YOU not wear a mask if you prefer to – I believe it's your right

to do so, just like I believe other people have a right to decide not to.

4. If you have a link to share that supports either side of this debate, <u>please contact me</u> so I can review it. Thanks

---

## The Scientific Data that SUPPORTS the Effectiveness of Face Masks in stopping the spread of Covid-19



Source: REUTERS

As it stands now, <mark>there does not appear to be much current (i.e. from 2019-2020) medical evidence that supports the effectiveness of face masks specifically vs Covid-19.</mark> If you are aware of more current medical evidence that supports face mask use <u>please share it with me</u> so I can add it to this page. Until then, all we can rely on is a medical review piece from the US Centers for Disease Control (CDC) from Oct 2020. Additionally there is the earlier science behind the use of masks vs other respiratory conditions (influenza, SARS, etc). That entire collection of evidence is as follows….

**Evidence FOR the use of Face Masks vs Coronavirus**

**1-CDC October 2020: "**<u>Effectiveness of Cloth Masks for Protection Against Severe Acute Respiratory Syndrome Coronavirus 2</u>**"**

- \# of Subject: n/a since this was a medical review not clinical trial

- Conclusion: "Cloth masks may provide some protection *if well designed and used correctly.*"

- <mark>Key Point: "To our knowledge, only 1 randomized controlled trial (<u>4</u>) has been conducted to examine the efficacy of cloth masks in healthcare settings, and the results do NOT favor use of cloth masks."</mark>

**Evidence FOR Face Masks vs Other Respiratory Conditions**

**1-Aug 2017 Clinical Infectious Disease Journal,"**<u>Effectiveness of Masks and Respirators Against</u>

Respiratory Infections in Healthcare Workers: A Systematic Review and Meta-Analysis"

- # of Subjects: 4169 from meta-analysis of 6 RCTs, 8 observational studies, and 4 cohort studies.

- Of Note: this review included analysis of SARS-COV (the original SARS epidemic from 2002-2003), influenza A&B, H1N1, and other respiratory conditions.

- Key Points:

- Data from the 6 RCTs: "Compared to medical masks, N95 respirators conferred superior protection against Clinical Respiratory Illness and laboratory-confirmed bacterial, but not viral infections or Influenza-life illness." Viral Infections were defined to included adenovirus, influenza A and B, rhinovirus A/ B, and multiple coronaviruses.

- From the 8 observational studies: 3 studies "reported a protective effect of medical masks against SARS" but "no protective effect against SARS was reported for disposable, cotton, or paper masks" in any of the studies.

- From the 4 cohort studies: the evidence was less conclusive. 2 of 4 studies reported moderate protection against SARS-CoV among HCWs wearing a N95 respirator. 1 of 4 studies reported reduced risk of SARS-CoV among HCWs wearing a medical mask. 2 studies found no protective effect of either medical masks or N95 respirators against SARS.

- When ALL studies were combined, 7 of the 17 studies favored the use of respiratory personal protective equipment (rPPE) vs not using rPPE and the authors concluded that wearing medical masks or N95 respirators both reduced the risk of SARS by approximately 80% and there was no specific difference in risk reduction vs N95 respirators vs medical masks.

- We found NO clear benefit of either medical masks or N95 respirators against pH1N1.

- ==Cloth masks – "there is no evidence of protection" and their use "might facilitate transmission of pathogens when used repeatedly without adequate sterilization."==

- "Disposable, cotton, or paper masks are NOT recommended."

- "Continuous adjustments and inappropriate wearing may even reverse the benefits of N95 respirators through the contamination of hands, face, and other PPE."

- Conclusion: "This systematic review and meta-analysis supports the use of respiratory protection. However, the existing evidence is sparse and findings are inconsistent within and across studies."

**2-2013 Cambridge University: "**Testing the Efficacy of Homemade Masks: Would They Protect in an Influenza Pandemic?"

- # of Subjects: 21

- Conclusion: "Our findings suggest that a homemade mask should only be considered as a last resort to prevent droplet transmission from infected individuals, but it would be better than no protection"

**3-2011: Science Direct "**Mask-wearing and respiratory infection in healthcare workers in Beijing, China"

- # of Subjects: 400

- Key Points

- "The protective efficacy of masks/respirators is provided through a combined effect of transmission

blocking potential, the fit and related air leakage of the mask/respirator, and the consistency in the use of masks/ respirators. Their efficacy is graded on the level of protection the material offers, *assuming a perfect fit and optimal compliance.*

- Research studies on the filtration and fit of medical masks show wide variation in penetration of aerosol particles (4% to 90%) and a higher amount of face seal leakage when compared to respirators.

- The fit of cloth masks…is likely to be even looser than medical masks and hence, cloth masks are likely to have a lower level of protection.

- In addition, ==reuse of cloth masks may lead to contamination, which adds to the risk of respiratory infection.==

- ==There are no clinical data associated with cloth masks currently."==

- Conclusion: "[Medical-grade] Mask-wearing and seasonal influenza vaccination are protective for respiratory infection in Health Care Workers (HCWs)" (assuming a perfect fit and optimal compliance).

**4-2010 Cambridge University "**<u>Face masks to prevent transmission of influenza virus: a systematic review</u>**"**

- (12 article meta-analysis)

- # of Subjects: 3000+

- Key Points:
- "While there is some experimental evidence that masks should be able to reduce infectiousness under controlled conditions [7], ==there is less evidence on whether this translates to effectiveness in natural settings. There is little evidence to support the effectiveness of face masks to reduce the risk of infection."==

- Conclusion: "There is some evidence to support the wearing of masks or respirators during illness to protect others, and public health emphasis on mask wearing during illness may help to reduce influenza virus transmission. There are fewer data to support the use of masks or respirators to prevent becoming infected."

**5-2010 Oxford University "**<u>Mask use, hand hygiene, and seasonal influenza-like illness among young adults: A randomized intervention trial</u>**"**

- # of Subjects: 1437 (these subjects were included as part of the 3000+ patient review from Cambridge's 2010 meta analysis above)

- Conclusion: "Face masks and hand hygiene may reduce respiratory illnesses in shared living settings and mitigate the impact of the influenza A(H1N1) pandemic."

- Key Points:
- =="Neither face mask use and hand hygiene, nor face mask use alone was associated with a significant reduction in the rate of influenza-like illness cumulatively."==

**6-2009 Annals of Internal Medicine "**<u>Facemasks and hand hygiene to prevent influenza transmission in households: a cluster randomized trial</u>**"**

- # of Subjects: 1201 (these subjects were included as part of the 3000+ patient review from Cambridge's 2010 meta analysis above)

- Conclusion: "Hand hygiene and surgical facemasks seemed to prevent household transmission of influenza virus when implemented within 36 hours of index patient symptom onset."

**What Type of Mask Works Best?**

**Cloth Masks:** there is much debate as to if cloth masks do anything vs Covid19 because the filtration appears to be lacking (given that the size of the Covid-19 molecule at 0.1 microns is very small compared to the filtration capability of cloth masks at 5 microns, which could be why cloth masks may allow up to 97% of small pollutants to pass through), HOWEVER the CDC continues to say that cloth masks MAY provide some protection.

**Surgical Masks:** the data indicates that surgical masks are consistently more effective vs cloth masks when it comes to general respiratory illness spread. Of note here is the CDC Guidance from November 2020: "While a surgical mask may be effective in blocking splashes and large-particle droplets, a face mask, by design, does **not** filter or block very small particles in the air…Surgical masks also do not provide complete protection from germs and other contaminants because of the loose fit between the surface of the mask and your face. Surgical masks are not intended to be used more than once."

- **What is a *Medical Mask*?** Medical masks are typically worn in healthcare settings to prevent the spread of pathogens during surgical procedures, protecting both the patient and healthcare provider.

- **Is a Medical Mask the same as a Surgical Mask**? Not necessarily. A Surgical Mask is a specific type of Medical Mask, therefore a surgical mask IS a medical mask, however not all "Medical" masks are surgical masks. Medical masks include surgical masks, N95 respirators, and ordinary medical care (loose-fitting) masks worn in a healthcare setting.

- FDA.gov further defines Surgical Masks as "A mask that covers the user's nose and mouth and provides a physical barrier to fluids and particulate materials. Surgical masks meets certain fluid barrier protection standards and Class I or Class II flammability tests. Surgical masks are considered personal protective equipment (PPE). While a surgical mask may be effective in blocking splashes and large-particle droplets, they do not provide complete protection from germs and other contaminants because of the loose fit between the surface of the mask and your face. Surgical masks are NOT respiratory protective devices such as respirators."

- **Does a Medical Mask protect against Covid-19?** Data suggests that "medical masks can protect the wearer from larger respiratory droplets (> 5μm), however, smaller particles such as airborne particles (generally < 5 μm), or single virus particles (60-140nm) would still be able to pass through the pores in these masks."

**N95 Mask:** Although there is certainly evidence to the contrary (noted below), based on the medical evidence above that is in favor of masks, one TYPE of mask appears to potentially work best – the **N95 Respirator** seems to be potentially effective vs Covid-19 (based on its performance vs other respiratory conditions).



Important Things to Know about the N95 Face Mask

- Fair Balance: Even those medical professionals who are *against* face masks (as noted below), generally agree that the N95 mask is the best option if you choose to wear a mask.

- November 2020: "The CDC does NOT recommend that the general public wear N95 respirators to protect themselves from respiratory diseases, including COVID-19. Those are critical supplies that must continue to be reserved for health care workers and other medical first responders."

- Per CDC: "All FDA-cleared N95 respirators are labeled as "single-use," therefore N95 masks should not be shared **or reused.**"

- Evidence suggests that even these masks work "only when they are the right size and have been fit-tested to demonstrate they achieve an adequate protection factor….To protect yourself, you need an N95 respirator mask that is properly fitted."

- To maintain effectiveness, N95 Masks "need to be re-sterilized every four hours using UV light or properly dispose of it and start over with a new one."

If you choose to wear a mask and you do the steps required to keep it clean/sterilized then the N95 Mask may well protect you vs Covid-19. If you can't get an N95, a single-use surgical mask may offer some protection. A cloth mask would seem to be your choice of 'last resort.'

---

**The Scientific Data that is Shows Face Masks do NOT Work to prevent the spread of Covid-19**





<mark>Although there is a dearth of medical evidence that supports the use of face masks specifically vs Coronavirus, there IS a growing body of scientific data that indicates face masks do NOT work to stop the spread of Covid-19.</mark>

**Evidence AGAINST Face Masks vs Coronavirus**

**1-Nov 2020 Annals of Internal Medicine ("The Danish Study")** "Effectiveness of Adding a Mask Recommendation to Other Public Health Measures to Prevent SARS-CoV-2 Infection in Danish Mask Wearers"

- # of Subjects: 4862
- KEY POINTS:
- **This is first randomized-control trial involving face masks and Covid-19**
- This study found no statistically significant difference in coronavirus infection rates between mask-wearers and non-mask-wearers.
- Additionally, according to the data, mask usage may actually increase the likelihood of infection.

**2-Nov 2020 Mass Inst of Tech, BMJ Yale "**Decrease in Hospitalizations for COVID-19 after Mask Mandates in 1083 U.S. Counties**" – Study Terminated**

- <mark>Study Terminated: "The authors have withdrawn this manuscript because there are INCREASED rates of SARS- CoV-2 cases in the areas that we originally analyzed in this study.</mark>

**3-October 2020 US CDC: "**Effectiveness of Cloth Masks for Protection Against Severe Acute Respiratory Syndrome Coronavirus 2**"**

- Key Point: Only 1 randomized controlled trial (4) has been conducted to examine the efficacy of cloth masks in healthcare settings, and the results do NOT favor use of cloth masks."

**4-July 2020 US CDC "**Community and Close Contact Exposures Associated with COVID-19 Among Symptomatic Adults ≥18 Years in 11 Outpatient Health Care Facilities —United States**"**

- # of Subjects: 802
- Key Point: "*More than 70 percent of COVID-positive patients contracted the virus in spite of faithful mask wearing while in public.* Moreover, 14 percent of the patients who said they "often" wore masks

were also infected. Meanwhile, just four percent of the COVID-positive patients said they "never" wore masks in the 14 days before the onset of their illness."

**5-May 2020 New England Journal of Medicine "**<u>Universal Masking in Hospitals in the Covid-19 Era</u>**"**

Key Points:

- "Universal masking alone is not a panacea."

- "A mask will not protect providers caring for a patient with active Covid-19 if it's not *accompanied by meticulous hand hygiene, eye protection, gloves, and a gown*."

- "Focusing on universal masking alone may, paradoxically, lead to more transmission of Covid-19 if it diverts attention from implementing more fundamental infection-control measures."

- "The chance of catching Covid-19 from a passing interaction in a public space is therefore minimal."

- "Wearing a mask outside health care facilities offers little, if any, protection from infection."

**Evidence Against Face Masks vs Other Respiratory Conditions**

**1-May 2020 US CDC: "**<u>Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings—Personal Protective and Environmental Measures</u>**"**

- # of Subjects: 10,000+ from an meta-analysis 10 Randomized Controlled Trials

- Key Point: "we identified 10 RCTs that reported estimates of the effectiveness of face masks in reducing laboratory-confirmed influenza virus infections in the community from literature published during 1946–2018…we found no significant reduction in influenza transmission with the use of face masks." Furthermore "We did NOT find evidence that **surgical-type** face masks are effective in reducing laboratory-confirmed influenza transmission, either when worn by infected persons or by persons in the general community to reduce their susceptibility."

**2-Feb 2020 Journal of Evidenced-Based Medicine: "**<u>Effectiveness of N95 respirators versus surgical masks against influenza: A systematic review and meta-analysis</u>**."**

- # of Subjects: 9,171 from 6 RCTs

- KEY POINT:

- "There were no statistically significant differences in preventing laboratory-confirmed influenza, laboratory-confirmed respiratory viral infections, laboratory-confirmed respiratory infection, and influenza-like illness using N95 respirators and surgical masks.

- "The use of N95 respirators compared with surgical masks is not associated with a lower risk of laboratory-confirmed influenza."

**3-Sept 2019 Journal of American Medical Association "**<u>N95 Respirators vs Medical Masks for Preventing Influenza Among Health Care Personnel: A Randomized Clinical Trial</u>**"**

- # of Subjects 2862 Health Care Workers

- Key Points:

- "N95 respirators vs medical masks…resulted in no significant difference in the incidence of

laboratory-confirmed influenza."

**4-Aug 2017 Clinical Infectious Disease Journal, "**Effectiveness of Masks and Respirators Against Respiratory Infections in Healthcare Workers: A Systematic Review and Meta-Analysis**"**

- # of Subjects: 4169 from Meta-Analysis of 6 RCTS, 8 Observational Studies, and 4 Cohort Studies.

- KEY POINTS:

- "Evidence of a protective effect of masks or respirators against verified respiratory infection (VRI) was not statistically significant."

- Data from the 6 RCTs: "Compared to medical masks, N95 respirators conferred superior protection against Clinical Respiratory Illness and laboratory-confirmed bacterial, but not viral infections or Influenza-life illness." Viral Infections were defined to included adenovirus, influenza A and B, rhinovirus A/ B, and multiple coronaviruses.

- From the 8 observational studies: only 3 of 8 studies "reported a protective effect of medical masks against SARS" and "no protective effect against SARS was reported for disposable, cotton, or paper masks" in any of the studies.

- From the 4 cohort studies: the evidence was less conclusive. 2 of 4 studies reported moderate protection against SARS-CoV among HCWs wearing a N95 respirator. Only 1 of 4 studies reported reduced risk of SARS-CoV among HCWs wearing a medical mask. 2 studies found no protective effect of either medical masks or N95 respirators against SARS.

- When ALL studies were combined, only 7 of the 17 studies favored the use of respiratory personal protective equipment (rPPE) vs not using rPPE however the authors concluded that wearing medical masks or N95 respirators both reduced the risk of SARS by approximately 80%?

- There was NO clear benefit of either medical masks or N95 respirators against pH1N1.

- Cloth masks – "there is no evidence of protection" and their use "might facilitate transmission of pathogens when used repeatedly without adequate sterilization."

- "Disposable, cotton, or paper masks are NOT recommended."

- "Continuous adjustments and inappropriate wearing may even reverse the benefits of N95 respirators through the contamination of hands, face, and other PPE."

**5-Canadian Medical Assoc Journal, May 2016: "**Effectiveness of N95 respirators versus surgical masks in protecting health care workers from acute respiratory infection: a systematic review and meta-analysis**"**

- Type: a meta-analysis from 31 medical articles

- KEY POINT: "We found no significant difference between N95 respirators and surgical masks in associated risk of (a) laboratory-confirmed respiratory infection, (b) influenza-like illness, or (c) reported work-place absenteeism."

**6-2015 BMJ Journal "**A cluster randomized trial of cloth masks compared with medical masks in healthcare workers**"**

- # of Subjects: 1607 Health Care Workers

- Key Points:
- **This is the first RCT of cloth masks**
- The results caution against the use of cloth masks.
- The rates of all infection outcomes were highest in the cloth mask arm compared with the medical mask arm.
- Penetration of cloth masks by particles was almost 97% and medical masks 44%.

**7-2012 *Journal of Influenza and Other Respiratory Viruses* "**The use of masks and respirators to prevent transmission of influenza: a systematic review of the scientific evidence**."**

- Type: Meta-analysis of 17 medical studies
- Key Points: "None of the studies established a conclusive relationship between mask/respirator use and protection against influenza infection."

**8-2010 Cambridge University "**Face masks to prevent transmission of influenza virus: a systematic review**"**

- Type: Meta-analysis of 12 medical articles
- Key Point: "While there is some experimental evidence that masks should be able to reduce infectiousness under controlled conditions [7], there is less evidence on whether this translates to effectiveness in natural settings. There is little evidence to support the effectiveness of face masks to reduce the risk of infection."

**9-2009 American Journal of Infection Control, Jacobs, J. L. et al. "**Use of surgical face masks to reduce the incidence of the common cold among health care workers in Japan: A randomized controlled trial**"**

- # of Subjects: 32 Health Care Workers
- KEY POINT: "Face mask use was not demonstrated to provide benefit in terms of cold symptoms or getting colds."

- Key Points:
- "Using a mask incorrectly however, may actually increase the risk of transmission, rather than reduce it."
- Regarding cloth masks & similar non-medical grade masks "there is insufficient information available on their effectiveness."

## Recommendations from the US Coronavirus Tasks Force & US Surgeon General

- Dr Anthony Fauci SUPPORTS face mask use. That said, we would be remiss if we did not point out that Dr Fauci is on record with 60 Minutes as saying "face masks were not necessary for the general population amid the novel coronavirus outbreak," noting that while masks might make people "feel a little bit better," masks do not provide the protection folks believe they do and might create "unintended consequences." In spite of that statement, Dr Fauci is currently FOR the use of face

masks and favors a national mask mandate.

- Dr Deborah Birx is a proponent of face masks and advocates for a national mask mandate.

- The US Surgeon General warned against face masks saying masks "are NOT effective in preventing general public from catching #Coronavirus, but if healthcare providers can't get them to care for sick patients, it puts them and our communities at risk! https://t.co/UxZRwxxKL9 " (@Surgeon_General). However, in November, 2020 the Surgeon General has advocated for face masks.

- Dr Scott Atlas is against the use of face masks. You can hear his reasons why in this video:

---

### Additional Guidance from Medical Doctors and Researchers

1. University of Minnesota "Masks-for-all for COVID-19 not based on sound data"

2. Dr Denis Rancourt Masks Don't Work: A Review of Science Relevant to COVID-19 Social Policy

3. Dr Jim Meehan "Healthy People Should Not Wear Face Masks"
- Key Points:
- Viral particles move through face masks with relative ease. Studies show that about 44% of viral particles pass through surgical masks, 97% pass through cloth masks, and about 5% through N95 masks.
- Any SARS CoV-2 particles on, in, or around the mask are more forcefully suctioned into the mouth and lungs."

4. Dr Sheetal DeCaria "Can Face Mask Protect Against Coronavirus?"
- Key Point:
- "A regular medical or surgical face mask is not at all the ideal solution to deal with coronavirus. This is because a surgical mask does not actually fit tightly over your mouth and nose, it is also difficult to keep a mask on the face for a longer time period, it is impossible to prevent airborne virus infection, and also when you touch the face mask, you lose the protection."

5. ER/Trauma MD Kelly Victory
- KEY POINTS:
- "Masks are intended for the ill when they will potentially be in contact with others and for those who are caring for them."

- "Multiple medical authorities, including the World Health Organization, the CDC, the new England Journal of Medicine have all acknowledged that there is no scientific justification for normal, healthy people to be wearing masks."

- "Prolonged mask wearing actually increases the risk of disease to the wearer."

6- Dr Joseph Mercola

- Dr Mercola PREVIOUSLY ENDORSED face-masks but who later changed his stance to being Anti-mask BASED ON SCIENCE.

- Here's a 1 hour vid interview with Denis Rancourt, Ph.D., a researcher with the Ontario Civil Liberties Association in Canada, who discusses his in-depth review of the scientific literature on face masks…

7. Dr Scott Jenson, US Senator

- Here is an interview conducted by Tony Robbins with Senator Scott Jensen, a family physician from Minnesota, who talks about the size of Covid19 particles vs masks. He also talks specifically about

the N95 mask. Of note ==“A Covid19 particle is about 0.1 micron [but] a surgical mask or a cloth mask are really designed only for particulate matter greater than 5 microns…”==

8-==37,500+ Medical Doctors and 12,500+ Medical & Public Health Scientists have signed <u>The Great Barrington Declaration</u> which advocates for building herd immunity without the use of masks, lockdowns, etc for the general public while reserving N95 face masks only for the most vulnerable members of society (i.e. at risk elderly people).==

**The Effectiveness of Face Masks in Graph Form**

==In Europe, no matter how strictly mask laws are enforced nor the level of mask compliance the population follows, cases all fall and rise around the same time.== Note the chart below – the countries that required masks are shown in BLACK, those that did not require masks are shown in RED.



Source The Covid Tracking Project

When it comes to mask effectiveness…

- Dr Fauci and other mask advocates suggest that the COMPLIANCE of the public with consistently wearing a mask is the key to success.

- However when we look at what's actually happening in the world, the analytics do NOT support Dr Fauci's claim…





Source: YouGov.Co.UK

If you compare the Mask Compliance Chart from YouGov to the Covid-Cases Chart from The Covid Tracking Project (1st chart above), you can see that ==the countries that had the HIGHEST Mask Wearing Compliance were consistently among the countries with the HIGHEST Covid-19 Cases.==

==The data here is indisputable – mask compliance does NOT correlate to a preventing Covid-19 cases.==

What about in the United States?

==California started requiring masks in June but cases still went up by more than 300 percent== and the state remains heavily locked down with some of the toughest Covid-19 restrictions – yet to no avail…



When you compare states that have mask mandates vs those that don't, the story is the same. Note

Texas vs George – With and without mask mandates, Covid-19 cases are similar…



How about if we look at Covid-19 suspected deaths? Again, it doesn't seem to matter – masks are NOT proving effective at preventing the spread of Covid-19. And in the case of Sweden, which focused on Herd Immunity over face mask mandates, there is a far different story to tell…



### Summary on the Effectiveness of Face Masks vs Covid-19

**Summary of SUPPORT for Face Masks**

- There is ONE piece of medical evidence that SUPPORTS the use of face masks vs Covid-19

- There are SIX pieces of medical evidence that SUPPORTS the use of face masks vs other respiratory conditions

- There is a wide variation of effectiveness of face masks vs respiratory conditions depending on the

TYPE of face mask used, it's fit, user compliance, and mask cleanliness.

- Two members of the US Coronavirus Task Force (Dr Fauci & Dr Birx), as well as the US Surgeon General, and the US CDC all recommend the use of face masks vs Covid-19. World leaders from countless countries advocates the use of face masks.

**Summary AGAINST Face Masks**

- There are FIVE pieces of medical evidence that indicates face masks do NOT work to stop the spread of Covid-19

- There are TEN pieces of medical evidence that could not find a benefit to the use of face masks vs other respiratory conditions and some even found potential harm.

- Former US Coronavirus Task Force Member Dr Scott Atlas is against the use of face masks.

- At last SEVEN Medical Doctors and Researchers are on individual record as being against the use of face masks

- 37,500+ Medical Doctors and 12,500+ Medical & Public Health Scientists have signed The Great Barrington Declaration which advocates for building herd immunity without the use of masks, lockdowns, etc for the general public.

- ==In chart after chart, the analytics of Covid-19 cases and deaths from around the world clearly show that face masks are NOT working to stop the spread of Covid-19.==

## It's YOUR Call

If you believe face masks work to stop the spread of Covid-19 there IS some evidence to support your belief. Although the majority of evidence just doesn't support the effectiveness of face masks, it should be noted that many prominent world health leaders, medical organizations, and political figures from around the world continue to advocate for face masks. Ultimately, if it makes you feel better to wear a mask, then by all means please do so.

If you believe face masks do not work to stop the spread of Covid-19 there is a growing mountain of medical evidence AND analytical data to support your belief. Although we didn't discuss it today, there is also medical evidence that suggests face masks may actually be harmful to your health. Thre is a growing body of evidence to suggest that face masks are particularly harmful to children. Additionally, you also have nearly 50,000 medical doctors and health professionals and over 650,000 concerned citizens from around the world who share your viewpoint. If you choose not to wear a mask, you have the evidence on your side.

## You May Also Enjoy

For More on this topic, check out the following articles…

Plaintiffs' Exhibit 255

cochrane.org

# Do physical measures such as hand-washing or wearing masks stop or slow down the spread of respiratory viruses?

13-16 minutes

---

**What are respiratory viruses?**

Respiratory viruses are viruses that infect the cells in your airways: nose, throat, and lungs. These infections can cause serious problems and affect normal breathing. They can cause flu (influenza), severe acute respiratory syndrome (SARS), and COVID-19.

**How do respiratory viruses spread?**

People infected with a respiratory virus spread virus particles into the air when they cough or sneeze. Other people become infected if they come into contact with these virus particles in the air or on surfaces on which they have landed. Respiratory viruses can spread quickly through a community, through populations and countries (causing epidemics), and around the world (causing pandemics).

**How can we stop the spread of respiratory viruses?**

Physical measures to try to stop respiratory viruses spreading between people include:

· washing hands often;

· not touching your eyes, nose, or mouth;

· sneezing or coughing into your elbow;

· wiping surfaces with disinfectant;

· wearing masks, eye protection, gloves, and protective gowns;

· avoiding contact with other people (isolation or quarantine);

· keeping a certain distance away from other people (distancing); and

· examining people entering a country for signs of infection (screening).

**Why we did this Cochrane Review**

We wanted to find out whether physical measures stop or slow the spread of respiratory viruses.

**What did we do?**

We searched for studies that looked at physical measures to stop people catching a respiratory virus infection.

We were interested in how many people in the studies caught a respiratory virus infection, and whether the physical measures had any unwanted effects.

**Search date:** This is an update of a review first published in 2007. We included evidence published up to 1 April 2020.

**What we found**

We identified 67 relevant studies. They took place in low-, middle-, and high-income countries worldwide: in hospitals, schools, homes, offices, childcare centres, and communities during non-epidemic influenza periods, the global H1N1 influenza pandemic in 2009, and epidemic influenza seasons up to 2016. No studies were conducted during the COVID-19 pandemic. We identified six ongoing, unpublished studies; three of them evaluate masks in COVID-19.

One study looked at quarantine, and none eye protection, gowns and gloves, or screening people when they entered a country.

We assessed the effects of:

· medical or surgical masks;

· N95/P2 respirators (close-fitting masks that filter the air breathed in, more commonly used by healthcare workers than the general public); and

· hand hygiene (hand-washing and using hand sanitiser).

**What are the results of the review?**

**Medical or surgical masks**

Seven studies took place in the community, and two studies in healthcare workers. Compared with wearing no mask, wearing a mask may make little to no difference in how many people caught a flu-like illness (9 studies; 3507 people); and probably makes no difference in how many people have flu confirmed by a laboratory test (6 studies; 3005 people). Unwanted effects were rarely reported, but included discomfort.

**N95/P2 respirators**

Four studies were in healthcare workers, and one small study was in the community. Compared with wearing medical or surgical masks, wearing N95/P2 respirators probably

makes little to no difference in how many people have confirmed flu (5 studies; 8407 people); and may make little to no difference in how many people catch a flu-like illness (5 studies; 8407 people) or respiratory illness (3 studies; 7799 people). Unwanted effects were not well reported; discomfort was mentioned.

### Hand hygiene

Following a hand hygiene programme may reduce the number of people who catch a respiratory or flu-like illness, or have confirmed flu, compared with people not following such a programme (16 studies; 61,372 people). Few studies measured unwanted effects; skin irritation in people using hand sanitiser was mentioned.

### How reliable are these results?

Our confidence in these results is generally low for the subjective outcomes related to respiratory illness, but moderate for the more precisely defined laboratory-confirmed respiratory virus infection, related to  masks and N95/P2 respirators. The results might change when further evidence becomes available. Relatively low numbers of people followed the guidance about wearing masks or about hand hygiene, which may have affected the results of the studies.

### Key messages

We are uncertain whether wearing masks or N95/P2 respirators helps to slow the spread of respiratory viruses.

Hand hygiene programmes may help to slow the spread of respiratory viruses.

Authors' conclusions:

The high risk of bias in the trials, variation in outcome measurement, and relatively low compliance with the interventions during the studies hamper drawing firm conclusions and generalising the findings to the current COVID-19 pandemic.

There is uncertainty about the effects of face masks. The low-moderate certainty of the evidence means our confidence in the effect estimate is limited, and that the true effect may be different from the observed estimate of the effect. The pooled results of randomised trials did not show a clear reduction in respiratory viral infection with the use of medical/surgical masks during seasonal influenza. There were no clear differences between the use of medical/surgical masks compared with N95/P2 respirators in healthcare workers when used in routine care to reduce respiratory viral infection. Hand hygiene is likely to modestly reduce the burden of respiratory illness. Harms associated with physical interventions were under-investigated.

There is a need for large, well-designed RCTs addressing the effectiveness of many of these interventions in multiple settings and populations, especially in those most at risk of

ARIs.

Read the full abstract...

Background:

Viral epidemics or pandemics of acute respiratory infections (ARIs) pose a global threat. Examples are influenza (H1N1) caused by the H1N1pdm09 virus in 2009, severe acute respiratory syndrome (SARS) in 2003, and coronavirus disease 2019 (COVID-19) caused by SARS-CoV-2 in 2019. Antiviral drugs and vaccines may be insufficient to prevent their spread. This is an update of a Cochrane Review published in 2007, 2009, 2010, and 2011. The evidence summarised in this review does not include results from studies from the current COVID-19 pandemic.

Objectives:

To assess the effectiveness of physical interventions to interrupt or reduce the spread of acute respiratory viruses.

Search strategy:

We searched CENTRAL, PubMed, Embase, CINAHL on 1 April 2020. We searched ClinicalTrials.gov, and the WHO ICTRP on 16 March 2020. We conducted a backwards and forwards citation analysis on the newly included studies.

Selection criteria:

We included randomised controlled trials (RCTs) and cluster-RCTs of trials investigating physical interventions (screening at entry ports, isolation, quarantine, physical distancing, personal protection, hand hygiene, face masks, and gargling) to prevent respiratory virus transmission. In previous versions of this review we also included observational studies. However, for this update, there were sufficient RCTs to address our study aims.

Data collection and analysis:

We used standard methodological procedures expected by Cochrane. We used GRADE to assess the certainty of the evidence. Three pairs of review authors independently extracted data using a standard template applied in previous versions of this review, but which was revised to reflect our focus on RCTs and cluster-RCTs for this update. We did not contact trialists for missing data due to the urgency in completing the review. We extracted data on adverse events (harms) associated with the interventions.

Main results:

We included 44 new RCTs and cluster-RCTs in this update, bringing the total number of randomised trials to 67. There were no included studies conducted during the COVID-19 pandemic. Six ongoing studies were identified, of which three evaluating masks are being

conducted concurrent with the COVID pandemic, and one is completed.

Many studies were conducted during non-epidemic influenza periods, but several studies were conducted during the global H1N1 influenza pandemic in 2009, and others in epidemic influenza seasons up to 2016. Thus, studies were conducted in the context of lower respiratory viral circulation and transmission compared to COVID-19. The included studies were conducted in heterogeneous settings, ranging from suburban schools to hospital wards in high-income countries; crowded inner city settings in low-income countries; and an immigrant neighbourhood in a high-income country. Compliance with interventions was low in many studies.

The risk of bias for the RCTs and cluster-RCTs was mostly high or unclear.

**Medical/surgical masks compared to no masks**

We included nine trials (of which eight were cluster-RCTs) comparing medical/surgical masks versus no masks to prevent the spread of viral respiratory illness (two trials with healthcare workers and seven in the community). There is low certainty evidence from nine trials (3507 participants) that wearing a mask may make little or no difference to the outcome of influenza-like illness (ILI) compared to not wearing a mask (risk ratio (RR) 0.99, 95% confidence interval (CI) 0.82 to 1.18. There is moderate certainty evidence that wearing a mask probably makes little or no difference to the outcome of laboratory-confirmed influenza compared to not wearing a mask (RR 0.91, 95% CI 0.66 to 1.26; 6 trials; 3005 participants). Harms were rarely measured and poorly reported. Two studies during COVID-19 plan to recruit a total of 72,000 people. One evaluates medical/surgical masks (N = 6000) (published *Annals of Internal Medicine*, 18 Nov 2020), and one evaluates cloth masks (N = 66,000).

**N95/P2 respirators compared to medical/surgical masks**

We pooled trials comparing N95/P2 respirators with medical/surgical masks (four in healthcare settings and one in a household setting). There is uncertainty over the effects of N95/P2 respirators when compared with medical/surgical masks on the outcomes of clinical respiratory illness (RR 0.70, 95% CI 0.45 to 1.10; very low-certainty evidence; 3 trials; 7779 participants) and ILI (RR 0.82, 95% CI 0.66 to 1.03; low-certainty evidence; 5 trials; 8407 participants). The evidence is limited by imprecision and heterogeneity for these subjective outcomes. The use of a N95/P2 respirator compared to a medical/surgical mask probably makes little or no difference for the objective and more precise outcome of laboratory-confirmed influenza infection (RR 1.10, 95% CI 0.90 to 1.34; moderate-certainty evidence; 5 trials; 8407 participants). Restricting the pooling to healthcare workers made no difference to the overall findings. Harms were poorly measured and reported, but discomfort wearing medical/surgical masks or N95/P2 respirators was mentioned in several studies. One ongoing study recruiting 576 people

compares N95/P2 respirators with medical surgical masks for healthcare workers during COVID-19.

**Hand hygiene compared to control**

Settings included schools, childcare centres, homes, and offices. In a comparison of hand hygiene interventions with control (no intervention), there was a 16% relative reduction in the number of people with ARIs in the hand hygiene group (RR 0.84, 95% CI 0.82 to 0.86; 7 trials; 44,129 participants; moderate-certainty evidence), suggesting a probable benefit. When considering the more strictly defined outcomes of ILI and laboratory-confirmed influenza, the estimates of effect for ILI (RR 0.98, 95% CI 0.85 to 1.13; 10 trials; 32,641 participants; low-certainty evidence) and laboratory-confirmed influenza (RR 0.91, 95% CI 0.63 to 1.30; 8 trials; 8332 participants; low-certainty evidence) suggest the intervention made little or no difference. We pooled all 16 trials (61,372 participants) for the composite outcome of ARI or ILI or influenza, with each study only contributing once and the most comprehensive outcome reported. The pooled data showed that hand hygiene may offer a benefit with an 11% relative reduction of respiratory illness (RR 0.89, 95% CI 0.84 to 0.95; low-certainty evidence), but with high heterogeneity. Few trials measured and reported harms.

There are two ongoing studies of handwashing interventions in 395 children outside of COVID-19.

We identified one RCT on quarantine/physical distancing. Company employees in Japan were asked to stay at home if household members had ILI symptoms. Overall fewer people in the intervention group contracted influenza compared with workers in the control group (2.75% versus 3.18%; hazard ratio 0.80, 95% CI 0.66 to 0.97). However, those who stayed at home with their infected family members were 2.17 times more likely to be infected.

We found no RCTs on eye protection, gowns and gloves, or screening at entry ports.

Plaintiffs Exhibit 256

slate.com

# Do Surgical Masks Stop the Coronavirus?

*Jon Cohen*

4-5 minutes        Jan 27, 2021

The Slatest



A young visitor is fitted with a protective mask as she tours the nearly empty grounds of the Temple of Heaven on Monday in Beijing. Kevin Frayer/Getty Images

*As the [coronavirus](#) continues to [spread](#), a scramble for surgical masks is also underway. On Sunday, a Chinese official [warned](#) of a severe mask shortage in the country. Lunar New Year festivities over the weekend saw revelers far from [Wuhan](#), the epicenter of the coronavirus outbreak,*

*donning masks. In the U.S., medical supply stores in central Texas are experiencing a mask shortage after a possible case of the virus was [reported](#) in the Brazos Valley.*

*But do these masks offer effective protection against the coronavirus? In 2003, Jon Cohen wrote that the SARS virus, a type of coronavirus that is just [100 nanometers](#) in size, can easily pass through such barriers. The same goes for the flu, at [80 to 120 nanometers](#). While the size of the new virus is currently [unknown](#), human coronaviruses are generally about [125 nanometers](#), so there's reason to believe this coronavirus follows suit. The [original article](#) is reprinted below.*

The dramatic photos of surgical-masked people walking the streets of Asian cities hit by severe acute respiratory syndrome pose the question: Do the masks offer them any meaningful protection against the disease?

Viruses, including the coronavirus that scientists believe may be the cause of SARS, are so tiny that they can easily pass through such barriers. Several studies even have shown that surgical masks fail to prevent transmission of the much larger mycobacterium tuberculosis, which causes TB. While the U.S. Centers for Disease Control and Prevention [advises](#) that people who *have* SARS wear these masks, they do not even recommend them for people in contact with those patients unless the infected person can't wear one. Wearing surgical masks outdoors, where virus-laden particles easily disperse, has even less value.

CDC does advise health care workers working with SARS patients to wear a special mask called an N-95 respirator. But even these masks offer limited protection from coronaviruses. The name of the mask says it all. The "95" means the mask, if [properly fitted](#)—and that "fit factor" presents a big if—can filter out particles down to 0.3 microns 95 percent of the time. (A human hair is roughly 100 microns in diameter.) Human coronaviruses measure between 0.1 and 0.2 microns, which is one to two times below the cutoff.

The University of Cincinnati's Sergey Grinshpun has studied N-95 respirators and says it all comes down to "collection efficiency." N-95s made by different manufacturers have different collection efficiencies below the 0.3 cutoff. In other words, one company's mask, if properly fitted, might filter out 92 percent of coronaviruses, while another might catch only 50 percent.

"It seems to offer better protection than nothing," Grinshpun says. And he notes that viruses often travel on top of larger carrier molecules—like globs of mucus—making it easier to filter them. That's why CDC Director Julie Gerberding last week noted that covering your face with a T-shirt might help if you come in close contact with an infected person.

To efficiently protect yourself from coronaviruses, you would need to wear a full-faced mask with a high-efficiency particle air filter. But such HEPA filter masks cause what Grinshpun calls "quite a discomfort" in short order.

Any mask clearly wards off one bug: fear. Confoundingly, the sight of so many people wearing masks also spreads fear. And there's no measure of collection efficiency or fit factors that can help humans out of that pickle.

*Explainer thanks Sergey Grinshpun, Julie Gerberding, and Web sites at the National Institute for Occupational Safety and Health and the International Society for Respiratory Projection (Americas section).*

Plaintiffs' Exhibit 257

naturalnews.com

# Doctor raises serious doubts about effectiveness of face masks, busts common misconceptions

*Divina Ramirez*

5-6 minutes





([Natural News](#)) Governments worldwide have urged people to wear face masks amid the pandemic, claiming that the use of the masks will protect them from getting infected with

the Wuhan coronavirus. But not all health experts are convinced this is true, and some have even sounded the alarm about the apparent effectiveness of face masks against the coronavirus.

One such expert, Lee Merritt, an orthopedic surgeon with the organization *America's Frontline Doctors*, gave a presentation last year during a summit that the group organized. In her presentation, Merritt debunked various misconceptions about masks, including the idea that masks can ward off the coronavirus.

Merritt said the justification for mask-wearing is based on a nonsense narrative with little to no scientific basis. To illustrate her point, she showed a video of a man installing drywall while wearing a surgical mask with ear loops, similar to the mask that health authorities encourage people to wear to prevent infection.

However, when the man removed his mask, he still had flecks of drywall stuck around his nose and mouth. The mask failed to filter out drywall dust, which is about 10 micrometers (um) in size. Yet health authorities have been claiming that such surgical masks can protect against SARS-CoV-2, which measures about 0.125 um.

## Surgeon debunks misconceptions about masks

Surgical face masks do protect against some viruses, but size matters immensely. That is because viral particles come in different sizes. The same holds true for bacterial particles. For instance, surgical masks are effective against the bacterium that causes tuberculosis because it is large, measuring about two to four um in length.

Merritt also underscored some of the most common misconceptions about face masks and busted each one. An especially popular misconception is the idea that masks keep particles in when the wearer talks, coughs or sneezes. These activities generate small liquid droplets called aerosols, which bacteria or viruses can latch onto.

Merritt explained that when the wearer sneezes, coughs or even just talks, the aerosols generated would simply take the path of least resistance. Depending on the type of face mask, aerosols may travel right through the material or exit through gaps along the sides of the face mask.

Moreover, another popular misconception is that face masks filter out most of the viral particles, thus reducing the total number of viral particles entering the body. The idea that a person is less likely to have a serious infection if there are fewer viral particles is not based on scientific studies or evidence, said Merritt.

But aside from not being as effective against the coronavirus as so-called health experts claim, masks may even pose a risk to human health. For instance, a recently published review of studies on mask-related adverse health effects suggested that mask-wearing

may seriously harm people without any notable benefit.

The review, which was prepared by former physics professor Denis Rancourt, showed multiple ways masks can inflict damage and undermine health. Some of the mask-related adverse health effects included in the review are discomfort, irritation and psychological impact.

Merritt pointed out that the psychological effects of mask-wearing are particularly detrimental to children. For instance, because face masks cover up most of the person's face, children may find it difficult to develop facial recognition skills and be unable to pick up on non-verbal communication cues.

In addition, face masks block emotional signaling and may even severely impair children's ability to connect or bond with others. Pathogenic viruses and bacteria can also rapidly accumulate on the surface of improperly used face masks. In such cases, masks may actually increase the risk of spreading viruses, noted Merritt.

To sum up, Merritt's presentation raised serious doubts about the supposed effectiveness of face masks against the coronavirus. The good news is, mask-wearing is not the only way people may reduce their risk of contracting the dreaded virus.

Drinking water, eating clean, nutrient-dense foods, exercising and getting enough sleep each night are some of the ways you can strengthen your immune system naturally. (Related: Restore your immune system with a detox.)

Go to Pandemic.news for more articles about how face masks are ineffective against the coronavirus.

**Sources include:**

NaturalHealth365.com

NYTimes.com

Healthline.com

Plaintiffs' Exhibit 258

AVIATION

# Doctors say avoiding illness is literally in flyers' hands

By Robert Silk  ✉  |  Feb 27, 2020



After taking your seat, cleaning the tray table with sanitary wipes is a good idea. Photo Credit: Florida Chuck/Shutterstock.com

As the number of confirmed Covid-19 coronavirus cases continues to rise, many travelers are experiencing heightened concerns about their health while flying.

Experts, though, say that for the most part, flyers should take the same precautions now that they always should.

"I think it is important that anybody, when they fly ... should practice universal precautions. That's a given on any flight, at any time," said Dr. Robert Quigley, regional medical director for the travel risk management firm International SOS and its subsidiary MedAire.

Case 6:21-cv-01008-PGB-DCI   Document 62-4   Filed 09/14/21   Page 276 of 412 PageID 2404

Scientists aren't yet certain how Covid-19 spreads, but the consensus opinion is that transmission occurs via respiratory droplets, according to the Centers for Disease Control and Prevention. Such droplets can be spread directly between people who are within approximately 6 feet of each other via coughs and sneezes. A person might also be able to contract the virus indirectly by touching an infected surface and subsequently putting their hand in their mouth or rubbing their nose or eyes.

Dr. Mark Gendreau, an aviation health specialist who is the chief medical officer at Beverly Hospital in the Boston area, said, "When you're traveling, you've got to be incredibly mindful of where your hands are, because our hands transmit 80% of infectious diseases that are known."

Both Quigley and Gendreau emphasize hand sanitation as a leading precaution against contracting viruses and recommend that flyers carry hand sanitizer on the plane.

Gendreau said he has a routine when he gets on a plane. After fastening his seat belt, he takes his seatback tray table down and sanitizes it, then returns it to its upright position. Next, he adjusts the air vent. Then he sanitizes his hands. He also sanitizes his hands after trips to the lavatory and before eating.

Sanitizing, or handwashing, can't be done haphazardly, however. Gendreau suggests doing either for 20 to 30 seconds  --  long enough to get to both sides of the hands as well as between the fingers and underneath the cuticles. At a 2016 TED talk, the physician had the audience sing "Happy Birthday to You" with him twice to illustrate how long a thorough handwashing should take.

Handwashing may prove to be especially useful against Covid-19. A study published this month in the Journal of Hospital Infection postulates that the virus can survive as long as nine days on surfaces at room temperature.

Gendreau said that if he has to scratch his face, he makes a point of doing so with his arm rather than his hand.

With their crowded confines and lack of fresh air, many travelers think of airplanes as veritable traps for airborne germs. That's not true, Quigley said. With some exceptions in the regional-aircraft category, planes are equipped with hospital-grade air filters. Such filters remove 99.5% of bacteria and virus particles from the environment once an aircraft is in the air, he said, though they don't function as efficiently while the plane is on the ground.

Nonetheless, infection remains a possibility. The World Health Organization says infected flyers can transmit a virus to people within two rows on either side of them. A 2018 paper published in the Proceedings of the National Academy of Sciences (PNAS) says the at-risk zone extends one row on either side of an infected passenger.

One key strategy to ward off the risk of airborne contraction, Quigley said, is to keep the air vent above your seat open.

"I'm a firm believer that doing that keeps the area around you free if somebody is coughing," he said.

As to where to sit, the PNAS paper suggests that one's risk of infection is lowest in a window seat and highest in an aisle seat  --  at least on flights similar to the transcontinental routes examined in the study.

The reason, the authors found, is that people sitting in a window seat get up the least, which brings them within transmission range of the fewest people. Those in an aisle seat get up the most, and they also come within close range of individuals walking past them in the aisle.

One common precaution that won't work against contracting a virus in flight is a standard-issue face mask. Such masks, Gendreau said, do prevent someone who is already sick from pushing his or her infected germs into the plane's environment when they cough or sneeze. However, they don't stop someone from breathing in a virus droplet.

Gendreau, Quigley and public health bodies recommend that sick people avoid flying.

One type of mask that does work is the FDA-approved N95 fitted mask, which blocks at least 95% of droplets, according to the FDA. However, such masks can be uncomfortable to wear for long periods of time.

Gendreau said he would wear an N95 mask to protect against Covid-19 while flying in China right now or in any other future area of infection.

Quigley said that as long as the outbreak continues, flyers traveling to the Eastern Hemisphere should be ready for long lines, especially upon entry to a country. He suggests booking flexible itineraries and said people who have cold symptoms should be aware that they might be questioned or barred from a flight.

*From Our Partners*

Plaintiffs' Exhibit 259

Review

# Does Wearing a Face Mask During the COVID-19 Pandemic Increase the Incidence of Dermatological Conditions in Health Care Workers? Narrative Literature Review

Robyn-Jenia Wilcha

Faculty of Biology, Medicine and Health, University of Manchester, Manchester, United Kingdom

**Corresponding Author:**
Robyn-Jenia Wilcha
Faculty of Biology, Medicine and Health
University of Manchester
Oxford Road
Manchester, M13 9PL
United Kingdom
Phone: 44 (0)161 306 021
Email: robynwilcha05@gmail.com

## Abstract

**Background:** COVID-19 is a health emergency. SARS-CoV-2 was discovered in Wuhan (Hubei Province, China) and has rapidly spread worldwide, leaving no country untouched. COVID-19 is a respiratory infection characterized by a pneumonia of unknown etiology. It is transmitted through respiratory droplets; for example: through breathing, talking, and coughing. Transmission of the virus is high. Health care workers play important roles in helping those affected by COVID-19; this could not be done without the use of personal protective equipment (PPE). PPE involves the use of goggles, masks, gloves, and gowns and is known to reduce COVID-19 transmission; however, multiple reports of skin disease and damage associated with occupational mask-wearing have emerged.

**Objective:** The objective of this study is to review the literature for newly emerging dermatological conditions as a result of occupational mask-wearing during the COVID-19 pandemic.

**Methods:** A narrative review of new reports of dermatological conditions associated with occupational mask-wearing was carried out in May 2020 by referencing keywords including: "covid mask dermatology," "covid dermatological damage," "covid mask skin," "covid N95 mask damage," and "covid mask skin damage" from PubMed, supplemented by searches on both Google Scholar and ResearchGate. A total of 287 articles were found, of which 40 were successfully included in this study, and an additional 7 were selected from the reference lists of these 40 articles. The findings were tabulated and analyzed under the following headings: dermatological diagnosis, causes, and management.

**Results:** Qualitative analysis of the reviewed data was carried out. A number of dermatological conditions were found to increasingly occur owing to prolonged and frequent use of face masks. Pressure-related injuries were often the most serious complaint; recommendations to reduce this type of injury include the use of hydrocolloid dressings, plastic handles, education, and regular moisturization. Innovation in PPE as well as services, such as virtual clinics, need to be advanced to protect the welfare of health care staff.

**Conclusions:** In these unprecedented times, PPE has been an effective barrier to the transmission of COVID-19 among health care workers. This has allowed health care workers to provide care to patients, with minimal risk. However, our findings suggest that despite the obvious benefits of using face masks to protect the respiratory system, there are also considerable health consequences to the skin. Future research studies are required to focus on improving face masks to ensure both the protection of the respiratory system as well as skin care, which, according to our study, has been overlooked.

*(JMIR Dermatol 2021;4(1):e22789)* doi: 10.2196/22789

**KEYWORDS**

COVID-19; dermatology; face masks; health care worker; incidence; literature; mask; N95 mask; review; skin



## Introduction

COVID-19, formerly known as the novel coronavirus infection, is a global public health emergency [1]. The causative virus was initially detected in Wuhan (Hubei Province, China) in December 2019; bats have subsequently been linked to the spread of the disease [1]. Typical symptoms of COVID-19 prominently include fever, cough, sore throat, breathlessness, fatigue, headache, and changes to cognition, although some infected individuals may be asymptomatic [1]. Human-to-human transmission of the virus occurs at high rates, and the virus can be spread through direct contact and respiratory particles [2]. Respiratory particles may be transmitted through breathing, talking, coughing, and sneezing [2].

As of May 2020, no drug nor antiviral vaccine has been officially approved for the treatment of COVID-19 [2]. The current state of emergency due to the COVID-19 pandemic has led to rapid acceleration of vaccine development. According to the World Health Organization, 10 vaccine candidates are currently in different clinical phases, and 123 vaccines are being evaluated in preclinical models [3]. Current management of COVID-19 includes infection prevention and supportive care, such as oxygen supplementation and maintenance of a continuous positive airway pressure [4]. Preventative strategies, such as face mask–wearing, help reduce respiratory transmission of COVID-19. The World Health Organization recommends the use of face masks among those who provide care to a person with suspected COVID-19 [5].

Protection against COVID-19 among health care workers is key to providing effective care; however, latest studies from China have reported a high number of adverse reactions caused by personal protective equipment (PPE), specifically surgical and N95 face masks. In a sample of 542 health care workers, 97% were found to have facial or hand dermatoses [6-10]. Despite published guidelines recommending to limit the time of wearing N95 masks to 2 hours, health care workers often wear masks for much longer periods [6]. The consequences of prolonged mask-wearing include the following: pressure-related injuries, various dermatoses, skin dryness, skin erythema, acne, eczema, urticaria, rosacea, secondary infections, nasal bridge ulceration, and exacerbation of known skin disorders [11,12]. The objective of this study is to review the emerging literature on newly emerging dermatological conditions as a result of occupational mask-wearing.

## Methods

A narrative literature review was performed between May 1 and 29, 2020, in order to identify studies that evaluated the relationship between mask-wearing during the COVID-19 pandemic and the increase in the prevalence of certain dermatological conditions. Key search terms used herein included "covid mask dermatology," "covid dermatological damage," "covid mask skin," "covid N95 mask damage," and "covid mask skin damage." The term "covid" was also replaced by "coronavirus," "nCoV," and "SARSCoV2" to increase the number of studies churned by the search. PubMed was the main electronic database that was searched, with search supplementation from Google Scholar and ResearchGate to identify missing articles. On eliminating duplicated searches, we found that the majority of studies found on Google Scholar and ResearchGate were duplicates of those found on PubMed. Qualitative results were obtained by comparing and summarizing results from all relevant and emerging studies by an independent researcher.

The inclusion criteria set for this study were vast owing to the limited literature sources and the novel exploratory design of the literature review. All articles included within the review explored new cases of dermatological damage caused by occupational use of PPE, focusing specifically on the damage caused by surgical and N95 masks, during the COVID-19 pandemic. Articles were sought from multiple institutions worldwide. Moreover, all articles focused on the effects of skin damage among health care workers; by definition, health care workers include physicians, nurses, health care assistants, pharmacists, students, therapists, and laboratory staff. Study designs included within the literature review were randomized controlled trials, cohort studies, and case studies. To further expand the breadth of the literature assessed, the review also accepted letters to the editors, commentaries, editorials, and perspectives. Articles that were case reports of individual patients' dermatological findings in relation to COVID-19 were excluded from the study. Additionally, dermatological findings from previous pandemics including severe acute respiratory syndrome, Middle East respiratory syndrome, and Ebola were excluded.

On searching the aforementioned electronic databases, a total of 287 articles were found (PubMed: n=185, Google Scholar: n=67, and ResearchGate: n=35). After eliminating duplicate searches, 203 articles were screened by title and abstract, and a total of 120 articles were analyzed in full text. After full-text analysis, 40 articles, which satisfied the inclusion criteria, were included in the study. Through manual searches of the included articles' reference lists, an additional 7 articles were identified. Prominent findings from the literature review are presented in a table under the following headings: dermatological diagnosis, causes, and management.

## Results

A total of 287 articles were found from various searches. After the elimination of duplicated articles, the title and abstract of 203 articles were screened. Of these, 120 articles were deemed appropriate for full-text screening, of which 40 articles met the inclusion criteria. Manual review of their reference lists yielded an additional 7 articles.

The findings of these 47 papers reviewed in this study are summarized in Table 1. The table documents reported dermatological diagnoses resulting from prolonged mask-wearing with their relevant causes and the management of conditions. Qualitative analysis of the included articles was conducted.



JMIR DERMATOLOGY                                                                                          Wilcha

**Table 1.** A table summarizing the causes and management of dermatological conditions resulting from occupational mask-wearing.

| Dermatological diagnosis | Causes | Management |
|---|---|---|
| Pressure-related injuries | • Facial protective equipment, such as masks, place a significant amount of pressure on different facial areas, most notably the nasal bridge [13]. This can often cause numerous injuries at different facial points [14]. Pressure, friction and the hyperhydration effect caused by masks and goggles often result in skin indentation, mechanical skin damage, and epidermal barrier breakdown [12,15]. N95 masks specifically have increased air impermeability and a higher local pressure, increasing the risk of dermatological symptoms [7].<br>• Risk factors for pressure damage are the following: prolonged wearing of personal protective equipment (PPE) [14-17], repeated wearing of PPE [15], use of grade 3 PPE [14], joint use of masks and goggles [7], high humidity [15], and heavy sweating [14]. Conflicting findings based on the relevance of gender and pressure-related injuries were reported in several studies [7,14,17]. | • Measures to reduce pressure-related injuries include the following: education of health care workers [7,17], wearing a properly fitted mask to minimize friction at specific points [7,11], regular moisturizing before and after the use of facial protective equipment for skin barrier repair [6,7,11,16], and limiting the time spent using a mask; published guidelines suggest limiting mask-wearing to 2 hours [6,11,13,16].<br>• Pressure-related injuries that are progressive or cause discomfort to the user may be relieved by the use of a hydrocolloid dressing [6,16-18]. Hydrocolloid dressings are composed of water, sodium polyacrylate, cellulose gum, and sodium hyaluronate; these components serve as a cushion for soft tissue, thus reducing pressure and retaining skin moisture [18]. Dong et al [18] conducted a study to observe if hydrogel patches relieve skin damage in 19 health care workers; they reported that using hydrogel patches resulted in a lower mean score for skin reactions (3.47, SD 1.39, compared to nonuse scores of 13.32, SD 2.06), demonstrating that hydrogel patches are able to reduce the emergence and severity of skin damage [18]. Furthermore, they reported that the use of hydrogel patches reduced skin indentation as well as pain [18].<br>• Conflicting evidence was reported on whether hydrocolloid dressings impacted the seal of facial masks [6,16,19].<br>• High levels of humidity are reportedly a predisposing factor to skin barrier damage [15]; to reduce humidity levels, it is recommended to line masks with a paper towel or gauze [15]. |
| Irritant contact dermatitis (ICD) | • ICD is a common problem reported by health care workers [7,17,20]; symptoms include burning, itching, and stinging [11]. Formaldehyde, a material used in both surgical and N95 masks, has been recognized to be a frequent contact sensitizer for many people [7,16]. Acute and chronic dermatitis may be a result of skin and mucus membrane damage [11]. Facial protective equipment may induce ICD through occlusion and friction from the mask and the hyper-hydration effect of PPE; in turn, this breaks down the epidermal barrier of the skin [20]. Factors that predispose individuals to ICD include the following: increased moisture, warm environments, occlusion due to local pressure, and friction [7,21]. | • Protective measures include the following: ensuring the proper fit of the mask, labeling of contact sensitizers on face masks [17], cooling the skin by ensuring adequate air conditioning at the site, and wiping skin to remove sweat at appropriate times [20]. Staff should limit the duration of mask-wearing by having rotating shifts and regular mask-free breaks [20]. Furthermore, staying hydrated may also reduce symptoms of dermatitis [20].<br>• Treatment of ICD includes the use of emollients before wearing masks [11,20,22]; emollients should be applied at least 30 minutes before wearing the mask to prevent damage to the mask [20]. Staff may also choose to line the mask with gauze to reduce the humidity [11]. For moderate to severe ICD, topical glucocorticoids may be recommended [11,20,22]. |
| Allergic contact dermatitis (ACD) | • Occupational ACD was also a common problem reported among health care workers [17]. ACD has a similar set of symptoms to ICD, which includes the following: pruritus, burning sensations, facial and periocular erythema, and subtle eczematous lesions [12,17]. Aggravating factors that may induce ACD include the following: prolonged use of PPE [7], increased moisture from perspiration, occlusion effects from the mask [7,23], friction [7,23], atopic predisposition [7], and contact sensitizers including formaldehyde [17,23]. Maliyar et al [23] reported that 22.8% of the population is sensitive to formaldehyde. | • The gold standard for the diagnosis of ACD is patch testing [7].<br>• The treatment for ACD is similar to that recommended for ICD. It is important to ensure correct fitting of PPE [23], the use of facial moisturizers before and after using PPE [11,23], the avoidance of facial cleansing with overheated water, 75% ethanol, or a facial cleanser [11], and the use of hydrogel dressings on damaged skin [23]. Layers of gauze inside the mask may be used to reduce moisture effects within the mask [11]. For mild dermatitis, the use of emollients is adequate; if the dermatitis progresses, topical glucocorticoid ointments may be used [11]. |


XSL•FO
RenderX

| Dermatological diagnosis | Causes | Management |
|---|---|---|
| Retroauricular dermatitis | • Retroauricular dermatitis is characterized by itching, redness, and scaling within the auricular region [24]. Ear pressure through the use of ear-hook masks is a reported cause of this type of dermatitis [15]. | • Recommendations to reduce dermatitis and ear pain include the following: the use of strings or hairpins to lengthen the ear-hook string [15] help reduce the tightness of masks [25]. Jiang et al [26] explored the use of a plastic handle to reduce ear pressure exerted by N95 masks; the advantage of this method was the simplicity of the idea and the increase in comfort on using the masks. |
| Skin lesions | • Pei et al [27] reported that 73.1% of participants developed skin lesions due to PPE in a cohort of 484 health care workers. Skin lesions included the following: erythema, prurigo, blisters, rhagades, papule, oedema, exudation, crusting, and lichenification [12,27]. The most common sites were the nasal bridge as well as the cheeks and forehead [12]. Factors attributed to skin lesions included the following: higher grades of PPE, higher working frequency within PPE, and prolonged use of PPE [9,25,27]. | • Measures to reduce the incidence of skin lesions include the following: wearing the mask correctly, taking mask-free breaks, and frequently replacing of protective gear [25]. |
| Skin dryness | • In a sample of 542 participants in China, skin dryness was the most commonly reported symptom (70.3%) [9]. Closed humid environments, such as those resulting from breathing in masks and the use of PPE [9], result in skin barrier dysfunction [11,28]. Skin barrier dysfunction may consequently lead to skin dryness and scaling [11]. | • Management of skin dryness involves the use of high-potency moisturizers before and after PPE use [11]. |
| Skin erythema | • Hua et al [29] reported increased erythema following PPE use; erythema results from cutaneous blood vessel dilation and increased blood supply to the skin [29]. Although this may be a normal reaction to heat and pressure, long-lasting erythema may be a sign of inflammation [29]. Significant differences between the use of N95 masks and surgical masks have been reported; N95 masks reportedly increase the facial temperature of the user and are perceived to be more uncomfortable [30]. Factors potentially causing skin erythema include long hours and prolonged mask-wearing [20]. Campbell et al [31] reported that skin erythema may progress to miliaria owing to the associations of immobility and humidity through prolonged mask-wearing. | • Measures to reduce skin erythema include the following: limiting shift length [20], having mask-free breaks [20], and using a surgical mask rather than an N95 mask when appropriate [30]. |
| Skin injury due to the use of disinfectants | • Skin injury due to the use of disinfectants may result in ICD [32] and ACD [13]. Excessive stress among health care workers because of working with patients with COVID-19 may increase the frequency and duration of skin cleansing, which disrupts the skin barrier and inevitably leads to skin damage [13]. | • Although it is important to clean the face using soap-based cleansers after contact with patients with COVID-19 owing to the high risk of disease transmission, health care workers should be wary of excessive washing and the repeated application of disinfectants to the skin [13]. |
| Secondary infections | • Skin and mucous membrane injury, through the disruption of the epidermal barrier, may lead to secondary infections [11]. Factors aggravating membrane injury include the following: prolonged mask-wearing resulting in a closed environment, compression, friction, and humidity [33]. | • Avoidance of PPE and the use of antihistamines and antibiotics are recommended for the treatment of secondary infections [13,33]. To prevent secondary infections, it is important to stop water from entering damaged skin; this can be done using waterproof plasters [33]. |
| Acne vulgaris | | • The management of acne vulgaris includes the following: liberal use of moisturizers before and after using facial protective equipment, topical antibiotic creams for mild papules and pustules, as well as topical retinoid creams for blackheads and whiteheads [11]. Cases of severe acne vulgaris should be referred to a dermatologist [11]. |



| Dermatological diagnosis | Causes | Management |
|---|---|---|
| | • Flares of acne have been reported to result from the use of facial protective equipment; this is thought to be due to increased temperature and humidity caused by the mask [34]. High temperatures as well as high humidity facilitate the progression of acne due to bacterial proliferation and the portal occlusive effect of skin hydration and irritation to the upper parts of the pilosebaceous duct; in turn, this causes swelling of the epidermal keratinocytes, leading to acute blockage of the skin barrier [11,34]. Other underlying mechanisms potentially include pressure and friction [11]. Interestingly, Han et al [34] observed no correlation between acne severity and prolonged mask-wearing. Signs of acne include comedones, papules on the cheeks and nose, as well as nodules or cysts on the forehead, submaxillary, and neck region [34]. | |
| Eczema | • Navarro‐Triviño et al [35] found eczema to be one of the most frequently reported skin diseases associated with PPE use. The risk of eczema increased with continuous use of masks and protective glasses [32,35] as a result of increased heat owing to the closed environment, and increased stress [28]. | • Use of topical glucocorticoid creams or ointments is suggested for eczematous skin changes [13]. |
| Rosacea | • Rosacea has been frequently reported in association with PPE use [35]. Increased heat and stress is linked to the exacerbation of rosacea [28]. Prolonged PPE use is a risk factor for developing rosacea [32]. | N/A[a] |
| Urticaria | • Urticaria of the face has been linked to the resulting vertical pressure of facial protective equipment [11]. Risk factors include the following: prolonged wearing of protective equipment and excessive personal hygiene [12]. | • Preventative measures include the use of correctly fitted protective equipment and antihistamines [11]. |
| Impetigo | • Yu et al [36] documented a case of impetigo due to occupational goggle-mask–wearing during the pandemic [36]. Increased humidity, skin trauma, and malnutrition can increase the skin's vulnerability to infection and create a moist occlusive environment, allowing *Staphylococcus aureus* to grow and infect the damaged skin [36]. | • Management of this condition included rest away from PPE and the application of topical 2% fusidic acid cream twice daily [36]. |
| Nasal bridge ulceration | • Owing to occupational use of PPE, the nasal bridge was reported to be damaged in 83.1% of health care workers [37]. Pressure, friction, and the hyperhydration effect are known risk factors for ulceration [12,15.] | • Hydrocolloid dressings may be of use to successfully treat nasal bridge ulceration [37]. |
| Exacerbations of known skin disease | • Flares of pre-existing dermatoses have been reported to result from PPE use [17,28,32]. Stress, due to the pandemic, has been linked to the aggravation of skin conditions such as psoriasis, eczema, atopy, and neurodermatitis [28,32]. | • Zheng et al [32] questioned the use of psychological counseling to reduce the stress experienced by health care workers in order to reduce exacerbations of skin diseases. |

[a]N/A: not applicable.

## Discussion

### Principal Findings

This preliminary and exploratory review documents the different dermatological conditions associated with occupational mask-wearing, by causes and management, among health care workers during the COVID-19 pandemic from the existing literature (in May 2020) (Table 1).

### Personal Perspectives of Health Care Workers in Relation to Dermatological Problems

The literature reveals a high number of health care workers who are affected by skin damage; in a sample of 546 individuals, 526 (97%) staff members reported negative skin consequences



as a result of PPE use [6-10]. Symptoms of skin barrier damage, as reported by health care professionals, include burning, itching, and stinging [11]. The most common site of skin damage was the nasal bridge, and this occurred in 83.1% of health care workers [6-8,13].

Pei et al [27] conducted a study involving 484 health care workers and reported that 73.1% experienced various skin lesions including the following: erythema (38.8%), prurigo (22.9%), blisters (13.8%), rhagades (13.6%), papules (12.8%), exudation (6.8%), and lichenification.

Facial erythema was reported at varying rates; Pei et al [27] reported that 38.8% of health care workers experienced erythema, whereas Balato et al [38] found erythema rates to be higher at 60.4%. Singh et al [20] categorized two varying forms of erythema: whole face erythema (linked to prolonged hours) and lip lick erythema (linked to constant licking of lips from excessive thirst and fluid restriction). Scarano et al [30] investigated facial skin temperature in relation to occupational mask-wearing and reported a significant difference between surgical and N95 masks with regard to humidity, heat, breathing difficulty, and discomfort. Erythema, as a result of increased warmth, may cause health care workers to alter the position of their mask using contaminated hands, which may increase the risk of self-infection with COVID-19 [30].

Furthermore, skin papules have been reported to result from mask-wearing; papules are often a common sign of acne, alongside other symptoms such as comedones, nodules, and cysts [34]. Gheisari et al [21] reported that 35.5% of health care workers experienced acne as a consequence of occupational mask-wearing. Skin damage, such as an irritating pimples in the case of acne, may cause health care workers to repeatedly touch their face, thus increasing the risk of infection [34,39].

Iatrogenic skin damage, resulting from allergic and irritant contact dermatitis, is associated with occupational mask-wearing. In a sample of 14 health care workers, 35.7% of participants developed irritant contact dermatitis, and 28.6% of participants developed allergic contact dermatitis, which was associated with facial masks [24].

Another common complaint among health care workers concerned pressure-related injuries. Jiang et al [14] conducted a cross-sectional study, incorporating the views of 4308 health care workers and reported that 42.8% of respondents had skin injuries resulting from pressure (95% CI 41.30-44.30). Moreover, health care workers develop multiple skin lesions across different areas of the face; the disruption of the epidermal skin barrier across multiple sites may increase the risk of contracting COVID-19 among health care workers [14].

Lastly, Szepietowski et al [40] investigated the prevalence of pruritus among health care workers as a result of mask-wearing. From among 1393 participants, 273 (19.6%) reported an itching sensation. Higher incidences of pruritus have been reported in studies from Singapore and China; in Singapore, 51.4% of health care workers developed a facial itch [24], as opposed to 61.8% in China [27]. The risk of pruritus was further increased among those with an atopic predisposition, facial dermatoses, and prolonged PPE use [40]. Moreover, it was found that the

sensation of pruritus caused health care workers to itch and touch their mask, reducing its protectiveness against COVID-19 [40].

## Recommendations to Reduce the Adverse Effects Associated With Facial Masks

Despite evidence regarding the vast number of dermatological conditions resulting from mask-wearing, limited evidence is available on the occupational management of these problems. One study advocated the use of virtual occupational health checks to prevent serious skin damage among health care workers [41]. The virtual clinic was led by nurses who advised health care workers on protective self-care and skin care measures and triaged moderate and severe skin disorders to dermatologists if needed [42].

Pressure-related injuries associated with occupational mask-wearing have been common. Letters to the editor, written by multiple working health care professionals throughout the current pandemic, have highlighted the immense discomfort and pressure damage faced by staff on a regular basis [13,16,41]. Surprisingly, despite reports of discomfort and pressure damage, Jiang et al [14] reported that only 17.7% of health care professionals used prophylactic dressings and lotions. Hydrocolloid dressings have been suggested to reduce skin damage and improve comfort among health care workers who use facial masks [16]. A study by Dong et al [18] found that the use of hydrogel patches resulted in lower skin reaction mean scores (3.47, SD 1.39) compared to their nonuse (13.32, SD 2.06), demonstrating their ability to reduce the severity and incidence of skin damage. Furthermore, Payne [16] argued that a strip of hydrocolloid dressing over the area of pressure damage should not impair the mask seal and should be used by health care workers with pre-existing skin disease or those who wear masks for over 2 hours. Buckley et al [6] agreed with the use of hydrocolloid dressings; however, they recommended refit testing for staff members to ensure the seal was intact to prevent infection. In stark contrast, Yin et al [41] reported that hydrocolloid dressings may be harmful to the skin owing to the extreme stickiness of the dressing and the potential to rip away skin on removal. A recent study by Jiang et al [26] documented the use of a plastic handle on the N95 respirator to reduce pressure injuries to the ear and reduce mask adjustments made by health care workers. The advantages of using a plastic handle included improved comfort, intact mask seal, reduced risk of infection through a lower rate of mask adjustments, and easy disinfection of the handles [27]. Other methods to reduce pressure-related injuries include the following: education of health care professionals [7,38], use of a correctly fitted mask to minimize friction [7,11], regular moisturizing [6,7,11,16], and frequent mask-free breaks [6,11,13,16].

The alleviation of mental health conditions, such as stress and anxiety, within these unprecedented times also plays a key role in preventing skin damage. Li et al [33] reported that high mental stress may precipitate endocrine disorders such as acne through excessive secretion of androgens, which in turn stimulate excess sebum secretion from the sebaceous glands. This, along with mask-wearing, reduces local blood circulation and oxygen levels and causes occlusion of the sebaceous ducts



in hair follicles [33]. Additional factors that exacerbate skin stress include high-intensity work, irregular eating habits, and poor rest [32]. Other studies further corroborated the findings of Li et al, linking stress to acne [28], dermatitis [28], and pre-existing skin disorders [28,32].

In addition, anxiety has proved to be a problem among health care workers. A study conducted in Malaysia [41] reported that several pressure-related injuries were self-inflicted by health care professionals owing to overtightening of their N95 masks. Although overtightening of the masks provided the staff with mental relief of improved protection, it consequently increased the risk of skin damage and inadvertently increased the risk of COVID-19 infection through disrupted skin [41]. Staff members responsible for providing care to patients with COVID-19 should be educated on the efficacy of masks to reduce overtightening as well as anxiety [41].

Furthermore, nonmodifiable risk factors, such as gender, influenced the progression of skin damage. One study [25] reported that rashes were more likely to affect women. Zuo et al [39] found that women had a lower threshold for reporting symptoms of skin damage. However, Gefen et al [43] surveyed 4308 health care workers and found that the male prevalence of pressure injuries was significant and 1.6-fold that among women. Possible theories for this finding include differences in the facial architecture between men and women [41]. Moreover, this result may demonstrate the need for gender-specific PPE to prevent skin damage among men [41].

## Limitations

Notable limitations of our study include the exploratory direction of the literature review; the available literature was restricted owing to the emerging nature of COVID-19 and lack of studies during the search period (May 1-29, 2020). Moreover, the data included within the review may be constrained by PubMed being the only legitimate scientific database being used herein; this may raise concerns that other important studies may have been missed. As a result of limitations arising from the aforementioned reasons, our literature review accepted all types of articles, which may have limited the applicability of the results to the broader population. Furthermore, numerous studies included within our literature review reported their findings on the basis of a small cohort, which may have decreased the reliability of the results. Furthermore, articles included in this literature review were from multiple institutions worldwide, most notably the United Kingdom and Asia. Difficulties, such as finding reliable translations of articles as well as a lack of literature from other countries, may also skew the results of this literature review.

## Conclusions

PPE has been invaluable throughout the COVID-19 pandemic; it has allowed health care workers to safely provide care to the most vulnerable individuals, with minimal risk. Masks have provided the main form of essential protection to the respiratory system against COVID-19; however, owing to the rapid global threat COVID-19 presents, it is clear that the risk of skin damage resulting from mask-wearing has not been considered. The effects of skin damage can be dangerous among health care workers; the risk of infection may be increased through disruptions in the skin barrier as well as self-contamination through mask adjustments. The highly contagious nature of SARS-CoV-2 increases the likelihood that protective measures may stay in place from this day forward; innovation and advancements in PPE need to be sought to protect the skin and to reduce the currently increasing incidence of dermatological conditions among health care workers.

## Conflicts of Interest

None declared.

## References

1. Singhal T. A Review of Coronavirus Disease-2019 (COVID-19). Indian J Pediatr 2020 Apr 13;87(4):281-286 [FREE Full text] [doi: 10.1007/s12098-020-03263-6] [Medline: 32166607]
2. Zhang L, Wang M, Wang Y, Zhu J, Zhang N. Focus on the 2019 novel coronavirus (SARS-CoV-2). Future Microbiol 2020 Jul;15:905-918 [FREE Full text] [doi: 10.2217/fmb-2020-0063] [Medline: 32524843]
3. Al-Kassmy J, Pedersen J, Kobinger G. Vaccine Candidates against Coronavirus Infections. Where Does COVID-19 Stand? Viruses 2020 Aug 07;12(8):861 [FREE Full text] [doi: 10.3390/v12080861] [Medline: 32784685]
4. Abd El-Aziz TM, Stockand JD. Recent progress and challenges in drug development against COVID-19 coronavirus (SARS-CoV-2) - an update on the status. Infect Genet Evol 2020 Sep;83:104327 [FREE Full text] [doi: 10.1016/j.meegid.2020.104327] [Medline: 32320825]
5. Feng S, Shen C, Xia N, Song W, Fan M, Cowling BJ. Rational use of face masks in the COVID-19 pandemic. Lancet Respir Med 2020 May;8(5):434-436 [FREE Full text] [doi: 10.1016/S2213-2600(20)30134-X] [Medline: 32203710]
6. Buckley D, Stone N, British Society for Cutaneous Allergy Committee. British Society for Cutaneous Allergy advice on skin damage from FFP3 masks. BMJ 2020 Jun 09;369:m2268. [doi: 10.1136/bmj.m2268] [Medline: 32518080]
7. Bhatia R, Sindhuja T, Bhatia S, Dev T, Gupta A, Bajpai M, et al. Iatrogenic dermatitis in times of COVID-19: a pandemic within a pandemic. J Eur Acad Dermatol Venereol 2020 Oct;34(10):e563-e566 [FREE Full text] [doi: 10.1111/jdv.16710] [Medline: 32495393]
8. Fahmy D, El-Amawy HS, El-Samongy MA, Fouda A, Soliman S, El-Kady A, et al. COVID-19 and dermatology: a comprehensive guide for dermatologists. J Eur Acad Dermatol Venereol 2020 Jul;34(7):1388-1394 [FREE Full text] [doi: 10.1111/jdv.16545] [Medline: 32428303]



9. Lan J, Song Z, Miao X, Li H, Li Y, Dong L, et al. Skin damage among health care workers managing coronavirus disease-2019. J Am Acad Dermatol 2020 May;82(5):1215-1216 [FREE Full text] [doi: 10.1016/j.jaad.2020.03.014] [Medline: 32171808]

10. Elston DM. Occupational skin disease among health care workers during the coronavirus (COVID-19) epidemic. J Am Acad Dermatol 2020 May;82(5):1085-1086 [FREE Full text] [doi: 10.1016/j.jaad.2020.03.012] [Medline: 32171807]

11. Yan Y, Chen H, Chen L, Cheng B, Diao P, Dong L, et al. Consensus of Chinese experts on protection of skin and mucous membrane barrier for health-care workers fighting against coronavirus disease 2019. Dermatol Ther 2020 Jul;33(4):e13310 [FREE Full text] [doi: 10.1111/dth.13310] [Medline: 32170800]

12. Darlenski R, Tsankov N. COVID-19 pandemic and the skin: what should dermatologists know? Clin Dermatol 2020;38(6):785-787 [FREE Full text] [doi: 10.1016/j.clindermatol.2020.03.012] [Medline: 33341217]

13. Zhang B, Zhai R, Ma L. 2019 novel coronavirus disease epidemic: skin protection for healthcare workers must not be ignored. J Eur Acad Dermatol Venereol 2020 Sep;34(9):e434-e435 [FREE Full text] [doi: 10.1111/jdv.16573] [Medline: 32358808]

14. Jiang Q, Song S, Zhou J, Liu Y, Chen A, Bai Y, et al. The Prevalence, Characteristics, and Prevention Status of Skin Injury Caused by Personal Protective Equipment Among Medical Staff in Fighting COVID-19: A Multicenter, Cross-Sectional Study. Adv Wound Care (New Rochelle) 2020 Jul;9(7):357-364. [doi: 10.1089/wound.2020.1212] [Medline: 32320359]

15. Yu N, Xiao Y, Su J, Huang K, Zhao S. Practical tips for using masks in the COVID-19 pandemic. Dermatol Ther 2020 Jul;33(4):e13555 [FREE Full text] [doi: 10.1111/dth.13555] [Medline: 32390307]

16. Payne A. Covid-19: skin damage with prolonged wear of FFP3 masks. BMJ 2020 May 04;369:m1743. [doi: 10.1136/bmj.m1743] [Medline: 32366499]

17. Aerts O, Dendooven E, Foubert K, Stappers S, Ulicki M, Lambert J. Surgical mask dermatitis caused by formaldehyde (releasers) during the COVID-19 pandemic. Contact Dermatitis 2020 Aug;83(2):172-173. [doi: 10.1111/cod.13626] [Medline: 32468589]

18. Dong L, Yang L, Li Y, Yang J, An X, Yang L, et al. Efficacy of hydrogel patches in preventing facial skin damage caused by mask compression in battle against coronavirus disease 2019: a short-term, self-controlled study. J Eur Acad Dermatol Venereol 2020 Sep;34(9):e441-e443 [FREE Full text] [doi: 10.1111/jdv.16638] [Medline: 32421878]

19. Smart H, Opinion FB, Darwich I, Elnawasany MA, Kodange C. Preventing Facial Pressure Injury for Health Care Providers Adhering to COVID-19 Personal Protective Equipment Requirements. Adv Skin Wound Care 2020 Aug;33(8):418-427 [FREE Full text] [doi: 10.1097/01.ASW.0000669920.94084.c1] [Medline: 32530822]

20. Singh M, Pawar M, Bothra A, Maheshwari A, Dubey V, Tiwari A, et al. Personal protective equipment induced facial dermatoses in healthcare workers managing Coronavirus disease 2019. J Eur Acad Dermatol Venereol 2020 Aug;34(8):e378-e380 [FREE Full text] [doi: 10.1111/jdv.16628] [Medline: 32396675]

21. Gheisari M, Araghi F, Moravvej H, Tabary M, Dadkhahfar S. Skin reactions to non-glove personal protective equipment: an emerging issue in the COVID-19 pandemic. J Eur Acad Dermatol Venereol 2020 Jul;34(7):e297-e298 [FREE Full text] [doi: 10.1111/jdv.16492] [Medline: 32302444]

22. Preventing and Treating Occupationally Induced Dermatologic Conditions During COVID-19. American Academy of Dermatology Association. URL: https://www.aad.org/public/diseases/coronavirus/occ-induced [accessed 2020-06-02]

23. Maliyar K, Sachdeva M, Mufti A, Yeung J. Reply to: "Skin damage among health care workers managing coronavirus disease 2019". J Am Acad Dermatol 2020 Aug;83(2):e169-e170 [FREE Full text] [doi: 10.1016/j.jaad.2020.05.037] [Medline: 32417418]

24. Bothra A, Das S, Singh M, Pawar M, Maheswari A. Retroauricular dermatitis with vehement use of ear loop face masks during COVID-19 pandemic. J Eur Acad Dermatol Venereol 2020 Oct;34(10):e549-e552 [FREE Full text] [doi: 10.1111/jdv.16692] [Medline: 32491204]

25. Hu K, Fan J, Li X, Gou X, Li X, Zhou X. The adverse skin reactions of health care workers using personal protective equipment for COVID-19. Medicine (Baltimore) 2020 Jun 12;99(24):e20603 [FREE Full text] [doi: 10.1097/MD.0000000000020603] [Medline: 32541493]

26. Jiang W, Cao W, Liu Q. Wearing the N95 mask with a plastic handle reduces pressure injury. J Am Acad Dermatol 2020 Jun;82(6):e191-e192 [FREE Full text] [doi: 10.1016/j.jaad.2020.04.001] [Medline: 32283239]

27. Pei S, Xue Y, Zhao S, Alexander N, Mohamad G, Chen X, et al. Occupational skin conditions on the front line: a survey among 484 Chinese healthcare professionals caring for Covid-19 patients. J Eur Acad Dermatol Venereol 2020 Aug;34(8):e354-e357 [FREE Full text] [doi: 10.1111/jdv.16570] [Medline: 32362062]

28. Goldust M, Shivakumar S, Kroumpouzos G, Murrell DF, Mueller SM, Navarini AA. Where do we stand as dermatologists in combat with COVID-19. Dermatol Ther 2020 Jul;33(4):e13638 [FREE Full text] [doi: 10.1111/dth.13638] [Medline: 32441435]

29. Hua W, Zuo Y, Wan R, Xiong L, Tang J, Zou L, et al. Short-term skin reactions following use of N95 respirators and medical masks. Contact Dermatitis 2020 Aug;83(2):115-121 [FREE Full text] [doi: 10.1111/cod.13601] [Medline: 32406064]

30. Scarano A, Inchingolo F, Lorusso F. Facial Skin Temperature and Discomfort When Wearing Protective Face Masks: Thermal Infrared Imaging Evaluation and Hands Moving the Mask. Int J Environ Res Public Health 2020 Jun 27;17(13):4624 [FREE Full text] [doi: 10.3390/ijerph17134624] [Medline: 32605056]



31. Campbell V, Middleton D, Donnelly J, Hunter H. Localized mid-face miliaria as a consequence of filtering face piece respirator use during the COVID-19 pandemic. J Eur Acad Dermatol Venereol 2020 Aug;34(8):e375-e376 [FREE Full text] [doi: 10.1111/jdv.16624] [Medline: 32386442]

32. Zheng Y, Lai W. Dermatology staff participate in fight against Covid-19 in China. J Eur Acad Dermatol Venereol 2020 May;34(5):e210-e211. [doi: 10.1111/jdv.16390] [Medline: 32201983]

33. Li C, Shen J, Ju Y, Huang X, Huang L, Zeng K. [Management and prevention of common skin problems during epidemic prevention and control of COVID-19]. Nan Fang Yi Ke Da Xue Xue Bao 2020 Mar 29;40(2):168-170 [FREE Full text] [doi: 10.12122/j.issn.1673-4254.2020.02.05] [Medline: 32376531]

34. Han C, Shi J, Chen Y, Zhang Z. Increased flare of acne caused by long-time mask wearing during COVID-19 pandemic among general population. Dermatol Ther 2020 Jul;33(4):e13704 [FREE Full text] [doi: 10.1111/dth.13704] [Medline: 32472634]

35. Navarro-Triviño FJ, Ruiz-Villaverde R. Therapeutic approach to skin reactions caused by personal protective equipment (PPE) during COVID-19 pandemic: An experience from a tertiary hospital in Granada, Spain. Dermatol Ther 2020 Nov;33(6):e13838 [FREE Full text] [doi: 10.1111/dth.13838] [Medline: 32543015]

36. Yu Q, Li W, Yang L. A case of goggle-mask-related impetigo at the time of the COVID-19 pandemic. Dermatol Ther 2020 Jul;33(4):e13636 [FREE Full text] [doi: 10.1111/dth.13636] [Medline: 32436604]

37. Sernicola A, Chello C, Cerbelli E, Adebanjo GAR, Parisella FR, Pezzuto A, et al. Treatment of nasal bridge ulceration related to protective measures for the COVID-19 epidemic. Int Wound J 2020 Oct;17(5):1520-1522 [FREE Full text] [doi: 10.1111/iwj.13397] [Medline: 32379379]

38. Balato A, Ayala F, Bruze M, Crepy M, Gonçalo M, Johansen J, et al. European Task Force on Contact Dermatitis statement on coronavirus disease-19 (COVID-19) outbreak and the risk of adverse cutaneous reactions. J Eur Acad Dermatol Venereol 2020 Aug;34(8):e353-e354. [doi: 10.1111/jdv.16557] [Medline: 32356382]

39. Zuo Y, Hua W, Luo Y, Li L. Skin reactions of N95 masks and medial masks among health-care personnel: A self-report questionnaire survey in China. Contact Dermatitis 2020 Aug;83(2):145-147 [FREE Full text] [doi: 10.1111/cod.13555] [Medline: 32297349]

40. Szepietowski J, Matusiak L, Szepietowska M, Krajewski P, Białynicki-Birula R. Face Mask-induced Itch: A Self-questionnaire Study of 2,315 Responders During the COVID-19 Pandemic. Acta Derm Venereol 2020 May 28;100(10):adv00152 [FREE Full text] [doi: 10.2340/00015555-3536] [Medline: 32449781]

41. Yin Z. Covid-19: countermeasure for N95 mask-induced pressure sore. J Eur Acad Dermatol Venereol 2020 Jul;34(7):e294-e295 [FREE Full text] [doi: 10.1111/jdv.16490] [Medline: 32302449]

42. Chowdhury MM, Bevan N, Ryan K. Covid-19: virtual occupational skin health clinics for healthcare workers. BMJ 2020 Jun 18;369:m2281. [doi: 10.1136/bmj.m2281] [Medline: 32554389]

43. Gefen A, Ousey K. Prevention of skin damage caused by the protective equipment used to mitigate COVID-19. J Wound Care 2020 Jun 02;29(6):311 [FREE Full text] [doi: 10.12968/jowc.2020.29.6.311] [Medline: 32530779]

## Abbreviations

**ACD:** allergic contact dermatitis
**ICD:** irritant contact dermatitis
**PPE:** personal protective equipment

*Edited by G Eysenbach; submitted 23.07.20; peer-reviewed by N Mohammad Gholi Mezerji, B Skidmore; comments to author 09.08.20; revised version received 21.08.20; accepted 17.04.21; published 06.05.21*

*Please cite as:*
*Wilcha RJ*
*Does Wearing a Face Mask During the COVID-19 Pandemic Increase the Incidence of Dermatological Conditions in Health Care Workers? Narrative Literature Review*
*JMIR Dermatol 2021;4(1):e22789*
*URL: https://derma.jmir.org/2021/1/e22789*
*doi: 10.2196/22789*
*PMID:*

©Robyn-Jenia Wilcha. Originally published in JMIR Dermatology (http://derma.jmir.org), 06.05.2021. This is an open-access article distributed under the terms of the Creative Commons Attribution License (https://creativecommons.org/licenses/by/4.0/), which permits unrestricted use, distribution, and reproduction in any medium, provided the original work, first published in JMIR



JMIR DERMATOLOGY

Wilcha

Dermatology Research, is properly cited. The complete bibliographic information, a link to the original publication on http://derma.jmir.org, as well as this copyright and license information must be included.





Plaintiffs' Exhibit 260

# WTH is going on with breakthrough infections? Dr. Marty Makary explains why renewed panic over COVID-19 is unwarranted

Episode #113 | July 28, 2021  |  Danielle Pletka, Marc Thiessen, and Dr. Marty Makary

| | |
|---|---|
| Danielle Pletka: | Hi, I'm Danielle Pletka. |
| Marc Thiessen: | And I'm Marc Thiessen. |
| Danielle Pletka: | Welcome to our podcast, "What the Hell Is Going On?" Marc, what the hell is going on? |
| Marc Thiessen: | Well, we're talking about breakthrough infections. So, this is the new COVID panic, right? We've got these Texas democrats who are fleeing the state, they flew on a plan without wearing masks and they got breakthrough infections. |
| Marc Thiessen: | And so now all of a sudden people are saying, "Oh my gosh. The delta variant. It's so infectious, it's so dangerous that even people who are vaccinated are coming down with COVID. We've got to lock down again. We've got to have mask mandates on. Maybe we shouldn't open schools up again. We've got to bring back the pandemic restrictions," and it's just a load of BS. |
| Danielle Pletka: | So, I think that first, you are right of course that there's a ton of BS, as there has been from the get-go in discussions about this, but I do think that the White House has caught on to something. And it's something that is at once medical but also highly political, and that is the notion that there are two Americas. You said it. Others have said it, but the White House also likes to say it, right? There's vaccinated America and there's unvaccinated America. |
| Danielle Pletka: | Now what you're talking about in terms of kids is unvaccinated America, but what the White House is really trying to promote is the notion that everybody's going to have to go back in to all the horrible lockdown and it's all because of a bunch of rubes who won't get themselves vaccinated and of course, we know who they are. Right? They're people who voted for Donald Trump. So, I think this is going to be very interesting. Yes from a medical standpoint, but as you rightly say, mostly not in terms of illness, not in terms of people who are coming down with this new variant, but in terms of what is being pushed on people because of it. |
| Marc Thiessen: | I want to talk about the political side of it in a second, but I did some digging on |

2

the effectiveness of these vaccines and if you look, I've dug into the CDC data. As of July 12, 2021 there've been a grand total of 5,492 Americans hospitalized with breakthrough infections. That's out of 159 million people who've been vaccinated in this country, and of those 5,492, 791 have died of COVID-19. So you've got a death rate of 0.005%. Put that in perspective. I looked this up. Your chance of dying in a lightning strike is 0.007%. If you're vaccinated, you have a better chance of dying from a hornet or wasp sting, a dog attack, a car crash, drowning, sunstroke, choking on food than you do of dying from COVID-19.

Marc Thiessen:      And by the way of those hospitalizations, almost all of those people are older people, elderly, or have immunocompromised or have underlying conditions. There was an Israeli study of patients hospitalized with breakthrough infections. They found only 4% had no comorbidities. So, the people who are getting sick today and having back outcomes, if you're vaccinated from COVID-19, are people who are immunocompromised, who are sick, who are older, who have underlying conditions. If you are vaccinated and you're basically a healthy individual, you are basically bulletproof. You are not going to die. You are not going to get hospitalized. For you, the pandemic is over. It's over. There is a pandemic of the unvaccinated that's happening in this country, and some people are not getting the vaccine because they have natural immunity, because they've already had COVID. Other people are choosing not to do it, and that's their choice, but their choice is also to put themselves at greater risk of COVID. And so, why should kids in America have to wear masks in school or not go to school because some people chose not to get vaccinated and put themselves at risk?

Danielle Pletka:     So, this is a genuine question. You've looked into all these numbers. I've looked into a lot of the data about whose been vaccinated and who hasn't been vaccinated. There's a good Kaiser Family Foundation study out about that, if anybody is really interested in digging into them, but what do you think? Why is there this weird urge to reinstate the restrictions that existed at the peak of the COVID pandemic, when there was no vaccine? For the Biden Administration, that says failure. For the economy, that says failure. What do you think it's all about?

Marc Thiessen:      I think a couple things are going on. Number one, I think a lot of people got in touch with their inner Stalin during the pandemic, right? A lot of these local officials and particularly-

Danielle Pletka:     Who knew there were so many people who had an inner Stalin?

Marc Thiessen:      There's lots of them. People like telling other people what to do. There's a subset of the population that just likes telling people what to do, and they loved-

Danielle Pletka:     It's staggering. I was shopping the other day and I walked into the store and the woman said, "Put on hand sanitizer." And I said, "No. I'm allergic to hand sanitizer," which I actually am, and she said, "Well then you can't come in." And I was like, "But there's no one else in the store and that's not actually a rule."

Marc Thiessen:      And also, you can't get COVID from surface transmission.

7

medical leadership has been ignoring natural immunity from prior infection. So that's just a little preface to how I'm describing this. If you're not immune in America, it's about 5% of seniors, and it's roughly 30% of adults in America, you should be worried. You should be worried.

Dr. Marty Makary:    If you're in that group and you're high risk, you're more advanced in age, you're not a 30 year old healthy person, you should be worried because right now delta is ripping through the United States in ways nobody saw because of its contagiousness. And so, we thought we were in a really good place with COVID, and then what happened is something no one expected to happen, a massive, massive epidemic in India, and out of that emerged an entirely new variant. And so that's what we're dealing with right now.

Marc Thiessen:    Just to put this in perspective for people. I was just looking at the CDC data, and so as of July 12th, there were a grand total of 5,492 Americans who've been hospitalized with breakthrough infections out of 159 million people who have been vaccinated. I know we're not factoring natural immunity in. 791 people dead. That is a death rate of 0.0005%. I mean, is it fair to say that if you are vaccinated or if you have natural immunity, the pandemic is over for you? You're not going to die.

Dr. Marty Makary:    That's true.

Marc Thiessen:    You're not going to get hospitalized.

Dr. Marty Makary:    That's right. You're good to go, and you should feel good, and you should live a normal life with the one exception that if you're in an area where there's an active, big outbreak, you may want to be a little careful around those who are non-immune but otherwise you should feel good. I would also add to that Marc, ==any data from the CDC pretty much has major problems,== and one of those issues is that when they talk about the hospitalized with COVID, so we have routine testing of everyone who walks in the doors of the hospital, absolute screening, by the way it violates CDC guidelines because the CDC says you really should not be testing those who are vaccinated who have no symptoms. They've been saying that for a long time.

Dr. Marty Makary:    So, we're testing every single person that walks in. Guess what? If you're immune you're going to fend off the infection if you get it, and you might have a virus particle or two sitting in your nose, and the PCR test is so sensitive with the 30 cycle threshold, it is so sensitive it can pick up one dead virus particle. You have no risk of disease or transmission. You're going to light up as positive. So, those are people counted in your statistic. I just point that out because we're over testing those who are fully vaccinated and immune right now.

Marc Thiessen:    So, that data is actually overstating the risk, 0.0005%?

Dr. Marty Makary:    That's right.

Marc Thiessen:    So it's even lower risk than that in reality?

8

Dr. Marty Makary:     That's right, that's right.

Marc Thiessen:        Wow.

Danielle Pletka:      All right, wait. So, this is a complete counter narrative to what we're hearing. So, my favorite medical professional, Dr. Anthony Fauci and others have been suggesting over, and everybody knows why I'm so derisive of him and his love of fame, but he has suggested, the White House has begun to suggest my own State of Virginia and Marc's State of Virginia has begun to suggest that people should go back to mask wearing. Los Angeles has mandated that everybody indoors needs to wear masks again. So, what are we talking about realistically? What I'm hearing from you, Marty and what I just heard from Marc in terms of stats, is that's ridiculous. What I'm hearing from the press, from the White House and others is oh my God, light your hair on fire, COVID is back.

Dr. Marty Makary:     Hopefully I rank somewhere in the top 10 by the way in your top doctors. I'll take rank number three or four after Fauci, that's fine with me. So I, as you know, was calling for the lock downs before the pandemic hit. I was scared. I was really scared, and then quickly said, "Look. We've got to have an open society and live with this thing in a safe way." And then really when the mandates were coming on for anything, vaccine mandates or mask mandates, I was saying, "Look, people should wear a mask" but the idea of mandating things,  once we got down to a very low level of infection in the late spring a few months ago, I was against the mandates. Now, I've got to be honest with you. I'm starting to think that there's a lot we don't know with delta.

Dr. Marty Makary:     We're in some uncharted territory, and in an area of an active outbreak, for a short period of time until we have the data, if people want to wear masks or business leaders who have a small, dense indoor setting without good ventilation, I'm not as opposed to the idea as long as we have exit criteria. I think where we're getting into real problems right now is first of all, by having on the restrictions like masks longer than we needed to and we did that in June and even in May, We've politicized it now. So, people are too desensitized. They're not going to do it, and if we ask people to do something without hard data, we're just going to ignite a firestorm and it's going to hurt our credibility in the future. We might need people to wear masks in five years if we see some new virus emerge. So, there is a lot with the delta that's uncharted and now I'm wondering, in an area of an active outbreak, if I were in a crowded church, would I wear a mask even though I'm vaccinated? I might.

Marc Thiessen:        But here's the thing, Marty, and I want to turn to kids in a minute because you've written a great piece on this but before we do that, obviously there's some people who are immunocompromised and the vaccines don't work for them, right? And there's some people who have preexisting conditions, health conditions that make them more susceptible and they don't want to get the vaccines. Putting those people aside, people who are getting sick right now, I think it's something like 99.5% of deaths are people who didn't get vaccinated. 97% of hospitalizations are people who chose not to get vaccinated. If you're choosing not to get vaccinated now, before when there was a shortage of vaccines, this was not an issue of choice. It's now an issue of choice. Why should people who have been responsible and gotten COVID vaccines have to have

9

their lives turned around and go back into turtle mode and pandemic restrictions because of people who are making bad choices?

Dr. Marty Makary:   Yeah. Now, good point. Look, this is why right now I would say that I would strongly recommend a mask in an area of an active outbreak, but the mandate does have issues and that is the very issue. In the United States, if you're susceptible to COVID, that is you're nonimmune, you're doing so at your own individual risk and society is not going to shut down for your sake because you chose to go down that path. Kid are such low risk that that's a whole separate issue, so that's not a reason to keep things shut down.

Marc Thiessen:   Let's talk about the kids because you had a great piece in the Wall Street Journal the other day, and you point out that out of the 600,000 some odd Americans who died with a COVID diagnosis code in their record, only 335 of those were kids under 18, and there's no data showing whether the COVID was actually the cause of death. We're now starting to see parents are bracing for the teachers unions to start pushing for, "Oh, delta variant is so dangerous. We've got to delay school reopenings. Every kid has to wear a mask." Teachers are not going to want to go back to schools and we're going to have this whole start again in the fall. Is there any justification for keeping kids out of school and not starting schools, or even requiring kids to wear masks in school?

Dr. Marty Makary:   Well, even the American Academy of Pediatrics and the CDC have said, "Look. Kids can do some mitigation like distancing and other things, but they've got to be in school, even if you cannot achieve the mitigation," which is pretty remarkable. To see the CDC say that, which is what we've been saying the whole time, right? That is sure, you can take precautions and do things in schools but they've got to be there. They've got to be in the classroom, and so that was the first time we heard from it. Now as you know, when I heard at the end of the spring the teachers unions and the politicians at the CDC, which is the political appointees at the CDC say, "Oh, we expect kids to be in person in the fall," I knew this was just going to be a battle royal, and that was posturing, and you're seeing it now with the masks too.

Dr. Marty Makary:   I think one reason they're saying, "We want kids to wear masks in school, even if they're two years old," is because once the vaccine is approved they're going to use the vaccine as a condition to take off the mask, even though kids under 12 wearing masks has zero data. How is there no data? The NIH has $41 billion dollars a year and 20,000 employees. How did nobody study this? There's no data in kids. The other thing is, do healthy kids die from COVID? No one knows. Ask Fauci. Ask the CDC director. Ask anybody. Have any healthy kids died of COVID? No one can tell you because that number, 335 deaths in kids under 18 the whole pandemic, the whole year and a half, no one has verified.

Dr. Marty Makary:   The CDC has never picked up the phone to call each of those families or the doctors who cared for those kids and get the history. Figure out, are all of those stats clustered around a comorbid condition, or set of comorbid condition? That's to me unremarkable that we put restrictions and stole the livelihoods of 50 million American kids for a year and a half without verifying the data. That, to me, is unbelievable.

**Annals of Internal Medicine**

ORIGINAL RESEARCH

# Effectiveness of Adding a Mask Recommendation to Other Public Health Measures to Prevent SARS-CoV-2 Infection in Danish Mask Wearers

## A Randomized Controlled Trial

Henning Bundgaard, DMSc; Johan Skov Bundgaard, BSc; Daniel Emil Tadeusz Raaschou-Pedersen, BSc; Christian von Buchwald, DMSc; Tobias Todsen, MD; Jakob Boesgaard Norsk, MD; Mia M. Pries-Heje, MD; Christoffer Rasmus Vissing, MD; Pernille B. Nielsen, MD; Ulrik C. Winsløw, MD; Kamille Fogh, MD; Rasmus Hasselbalch, MD; Jonas H. Kristensen, MD; Anna Ringgaard, PhD; Mikkel Porsborg Andersen, PhD; Nicole Bakkegård Goecke, PhD; Ramona Trebbien, PhD; Kerstin Skovgaard, PhD; Thomas Benfield, DMSc; Henrik Ullum, PhD; Christian Torp-Pedersen, DMSc; and Kasper Iversen, DMSc

**Background:** Observational evidence suggests that mask wearing mitigates transmission of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2). It is uncertain if this observed association arises through protection of uninfected wearers (protective effect), via reduced transmission from infected mask wearers (source control), or both.

**Objective:** To assess whether recommending surgical mask use outside the home reduces wearers' risk for SARS-CoV-2 infection in a setting where masks were uncommon and not among recommended public health measures.

**Design:** Randomized controlled trial (DANMASK-19 [Danish Study to Assess Face Masks for the Protection Against COVID-19 Infection]). (ClinicalTrials.gov: NCT04337541)

**Setting:** Denmark, April and May 2020.

**Participants:** Adults spending more than 3 hours per day outside the home without occupational mask use.

**Intervention:** Encouragement to follow social distancing measures for coronavirus disease 2019, plus either no mask recommendation or a recommendation to wear a mask when outside the home among other persons together with a supply of 50 surgical masks and instructions for proper use.

**Measurements:** The primary outcome was SARS-CoV-2 infection in the mask wearer at 1 month by antibody testing, polymerase chain reaction (PCR), or hospital diagnosis. The secondary outcome was PCR positivity for other respiratory viruses.

**Results:** A total of 3030 participants were randomly assigned to the recommendation to wear masks, and 2994 were assigned to control; 4862 completed the study. Infection with SARS-CoV-2 occurred in 42 participants recommended masks (1.8%) and 53 control participants (2.1%). The between-group difference was −0.3 percentage point (95% CI, −1.2 to 0.4 percentage point; *P* = 0.38) (odds ratio, 0.82 [CI, 0.54 to 1.23]; *P* = 0.33). Multiple imputation accounting for loss to follow-up yielded similar results. Although the difference observed was not statistically significant, the 95% CIs are compatible with a 46% reduction to a 23% increase in infection.

**Limitation:** Inconclusive results, missing data, variable adherence, patient-reported findings on home tests, no blinding, and no assessment of whether masks could decrease disease transmission from mask wearers to others.

**Conclusion:** The recommendation to wear surgical masks to supplement other public health measures did not reduce the SARS-CoV-2 infection rate among wearers by more than 50% in a community with modest infection rates, some degree of social distancing, and uncommon general mask use. The data were compatible with lesser degrees of self-protection.

**Primary Funding Source:** The Salling Foundations.

*Ann Intern Med.* 2020. doi:10.7326/M20-6817                        **Annals.org**
For author, article, and disclosure information, see end of text.
This article was published at Annals.org on 18 November 2020.

Severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), the cause of coronavirus disease 2019 (COVID-19), has infected more than 54 million persons (1,2). Measures to impede transmission in health care and community settings are essential (3). The virus is transmitted person-to-person, primarily through the mouth, nose, or eyes via respiratory droplets, aerosols, or fomites (4,5). It can survive on surfaces for up to 72 hours (6), and touching a contaminated surface followed by face touching is another possible route of transmission (7). Face masks are a plausible means to reduce transmission of respiratory viruses by minimizing the risk that respiratory droplets will reach wearers' nasal or oral mucosa. Face masks are also hypothesized to reduce face touching (8,9), but frequent face and mask touching has been

reported among health care personnel (10). Observational evidence supports the efficacy of face masks in health care settings (11,12) and as source control in patients infected with SARS-CoV-2 or other coronaviruses (13).

An increasing number of localities recommend masks in community settings on the basis of this observational evidence, but recommendations vary and controversy

**See also:**

Editorial comment
*Web-Only*
Supplement

© 2020 American College of Physicians  1

ORIGINAL RESEARCH                    Effectiveness of Mask Recommendation for Preventing SARS-CoV-2 Infection

exists (14). The World Health Organization (WHO) and the U.S. Centers for Disease Control and Prevention (15) strongly recommend that persons with symptoms or known infection wear masks to prevent transmission of SARS-CoV-2 to others (source control) (16). However, WHO acknowledges that we lack evidence that wearing a mask protects healthy persons from SARS-CoV-2 (prevention) (17). A systematic review of observational studies reported that mask use reduced risk for SARS, Middle East respiratory syndrome, and COVID-19 by 66% overall, 70% in health care workers, and 44% in the community (12). However, surgical and cloth masks were grouped in preventive studies, and none of the 3 included non–health care studies related directly to COVID-19. Another systematic review (18) and American College of Physicians recommendations (19) concluded that evidence on mask effectiveness for respiratory infection prevention is stronger in health care than community settings.

Observational evidence suggests that mask wearing mitigates SARS-CoV-2 transmission, but whether this observed association arises because masks protect uninfected wearers (protective effect) or because transmission is reduced from infected mask wearers (source control) is uncertain. Here, we report a randomized controlled trial (20) that assessed whether a recommendation to wear a surgical mask when outside the home among others reduced wearers' risk for SARS-CoV-2 infection in a setting where public health measures were in effect but community mask wearing was uncommon and not recommended.

## METHODS

### Trial Design and Oversight

DANMASK-19 (Danish Study to Assess Face Masks for the Protection Against COVID-19 Infection) was an investigator-initiated, nationwide, unblinded, randomized controlled trial (ClinicalTrials.gov: NCT04337541). The trial protocol was registered with the Danish Data Protection Agency (P-2020-311) (Part 10 of the Supplement, available at Annals.org) and published (21). The researchers presented the protocol to the independent regional scientific ethics committee of the Capital Region of Denmark, which did not require ethics approval (H-20023709) in accordance with Danish legislation (Parts 11 and 12 of the Supplement). The trial was done in accordance with the principles of the Declaration of Helsinki.

### Participants and Study Period

During the study period (3 April to 2 June 2020), Danish authorities did not recommend use of masks in the community and mask use was uncommon (<5%) outside hospitals (22). Recommended public health measures included quarantining persons with SARS-CoV-2 infection, social distancing (including in shops and public transportation, which remained open), limiting the number of persons seen, frequent hand hygiene and cleaning, and limiting visitors to hospitals and nursing homes (23,24). Cafés and restaurants were closed during the study until 18 May 2020.

Eligible persons were community-dwelling adults aged 18 years or older without current or prior symptoms or diagnosis of COVID-19 who reported being outside the home among others for at least 3 hours per day and who did not wear masks during their daily work. Recruitment involved media advertisements and contacting private companies and public organizations. Interested citizens had internet access to detailed study information and to research staff for questions (Part 3 of the Supplement). At baseline, participants completed a demographic survey and provided consent for researchers to access their national registry data (Parts 4 and 5 of the Supplement). Recruitment occurred from 3 through 24 April 2020. Half of participants were randomly assigned to a group on 12 April and half on 24 April.

### Intervention

Participants were enrolled and data registered using Research Electronic Data Capture (REDCap) software (25). Eligible participants were randomly assigned 1:1 to the mask or control group using a computer algorithm and were stratified by the 5 regions of Denmark (Supplement Table 1, available at Annals.org). Participants were notified of allocation by e-mail, and study packages were sent by courier (Part 7 of the Supplement). Participants in the mask group were instructed to wear a mask when outside the home during the next month. They received 50 three-layer, disposable, surgical face masks with ear loops (TYPE II EN 14683 [Abena]; filtration rate, 98%; made in China). Participants in both groups received materials and instructions for antibody testing on receipt and at 1 month. They also received materials and instructions for collecting an oropharyngeal/nasal swab sample for polymerase chain reaction (PCR) testing at 1 month and whenever symptoms compatible with COVID-19 occurred during follow-up. If symptomatic, participants were strongly encouraged to seek medical care. They registered symptoms and results of the antibody test in the online REDCap system. Participants returned the test material by prepaid express courier.

Written instructions and instructional videos guided antibody testing, oropharyngeal/nasal swabbing, and proper use of masks (Part 8 of the Supplement), and a help line was available to participants. In accordance with WHO recommendations for health care settings at that time, participants were instructed to change the mask if outside the home for more than 8 hours. At baseline and in weekly follow-up e-mails, participants in both groups were encouraged to follow current COVID-19 recommendations from the Danish authorities.

### Antibody and Viral PCR Testing

Participants tested for SARS-CoV-2 IgM and IgG antibodies in whole blood using a point-of-care test (Lateral Flow test [Zhuhai Livzon Diagnostics]) according to the manufacturer's recommendations and as previously described (26). After puncturing a fingertip with a lancet, they withdrew blood into a capillary tube and placed 1 drop of blood followed by 2 drops of saline in the test chamber in each of the 2 test plates (IgM and IgG). Participants reported IgM and IgG results separately as

"1 line present" (negative), "2 lines present" (positive), or "I am not sure, or I could not perform the test" (treated as a negative result). Participants were categorized as seropositive if they had developed IgM, IgG, or both. The manufacturer reported that sensitivity was 90.2% and specificity 99.2%. A previously reported internal validation using 651 samples from blood donors before November 2019 and 155 patients with PCR-confirmed SARS-CoV-2 infection estimated a sensitivity of 82.5% (95% CI, 75.3% to 88.4%) and specificity of 99.5% (CI, 98.7% to 99.9%) (26). We (27) and others (28) have reported that oropharyngeal/nasal swab sampling for SARS-CoV-2 by participants, as opposed to health care workers, is clinically useful. Descriptions of RNA extraction, primer and probe used, reverse transcription, preamplification, and microfluidic quantitative PCR are detailed in Part 6 of the **Supplement**.

### Data Collection

Participants received 4 follow-up surveys (Parts 4 and 5 of the **Supplement**) by e-mail to collect information on antibody test results, adherence to recommendations on time spent outside the home among others, development of symptoms, COVID-19 diagnosis based on PCR testing done in public hospitals, and known COVID-19 exposures.

### Outcomes

The primary outcome was SARS-CoV-2 infection, defined as a positive result on an oropharyngeal/nasal swab test for SARS-CoV-2, development of a positive SARS-CoV-2 antibody test result (IgM or IgG) during the study period, or a hospital-based diagnosis of SARS-CoV-2 infection or COVID-19. Secondary end points included PCR evidence of infection with other respiratory viruses (**Supplement Table 2**, available at Annals.org).

### Sample Size Calculations

The sample size was determined to provide adequate power for assessment of the combined composite primary outcome in the intention-to-treat analysis. Authorities estimated an incidence of SARS-CoV-2 infection of at least 2% during the study period. Assuming that wearing a face mask halves risk for infection, we estimated that a sample of 4636 participants would provide the trial with 80% power at a significance level of 5% (2-sided $\alpha$ level). Anticipating 20% loss to follow-up in this community-based study, we aimed to assign at least 6000 participants.

### Statistical Analysis

Participants with a positive result on an antibody test at baseline were excluded from the analyses. We calculated CIs of proportions assuming binomial distribution (Clopper–Pearson).

The primary composite outcome (intention-to-treat) was compared between groups using the $\chi^2$ test. Odds ratios and confidence limits were calculated using logistic regression. We did a per protocol analysis that included only participants reporting complete or predominant use of face masks as instructed. A conservative sensitivity analysis assumed that participants with a

positive result on an antibody test at the end of the study who had not provided antibody test results at study entrance had had a positive result at entrance. To further examine the uncertainty of loss to follow-up, we did (post hoc) 200 imputations using the R package smcfcs, version 1.4.1 (29), to impute missing values of outcome. We included sex, age, type of work, time out of home, and outcome in this calculation.

Prespecified subgroups were compared by logistic regression analysis. In a post hoc analysis, we explored whether there was a subgroup defined by a constellation of participant characteristics for which a recommendation to wear masks seemed to be effective. We included sex, age, type of work, time out of home, and outcome in this calculation.

Two-sided $P$ values less than 0.05 were considered statistically significant. Analyses were done using R, version 3.6.1 (R Foundation).

### Role of the Funding Source

An unrestricted grant from the Salling Foundations supported the study, and the BESTSELLER Foundation donated the Livzon tests. The funders did not influence study design, conduct, or reporting.

## RESULTS

### Participants

A total of 17 258 Danish citizens responded to recruitment, and 6024 completed the baseline survey and fulfilled eligibility criteria. The first participants (group 1; $n$ = 2995) were randomly assigned on 12 April 2020 and were followed from 14 to 16 April through 15 May 2020. Remaining participants (group 2; $n$ = 3029) were randomly assigned on 24 April 2020 and were followed from 2 to 4 May through 2 June 2020. A total of 3030 participants were randomly assigned to the recommendation to wear face masks, and 2994 were assigned not to wear face masks (**Figure**); 4862 participants (80.7%) completed the study. **Table 1** shows baseline characteristics, which were well balanced between groups. Participants reported having spent a median of 4.5 hours per day outside the home.

### Adherence

Based on the lowest adherence reported in the mask group during follow-up, 46% of participants wore the mask as recommended, 47% predominantly as recommended, and 7% not as recommended.

### Primary Outcome

The primary outcome occurred in 42 participants (1.8%) in the mask group and 53 (2.1%) in the control group. In an intention-to-treat analysis, the between-group difference was −0.3 percentage point (CI, −1.2 to 0.4 percentage point; $P$ = 0.38) (odds ratio [OR], 0.82 [CI, 0.54 to 1.23]; $P$ = 0.33) in favor of the mask group (**Supplement Figure 1**, available at Annals.org). When this analysis was repeated with multiple imputation for missing data due to loss to follow-up, it yielded similar results (OR, 0.81 [CI, 0.53 to 1.23]; $P$ = 0.32). **Table 2**

ORIGINAL RESEARCH                Effectiveness of Mask Recommendation for Preventing SARS-CoV-2 Infection

*Figure 1.* Study flow diagram.



Inclusion and exclusion criteria are described in the Methods section, and criteria for completion of the study are given in the Supplement (available at Annals.org). SARS-CoV-2 = severe acute respiratory syndrome coronavirus 2.

provides data on the components of the primary end point, which were similar between groups.

In a per protocol analysis that excluded participants in the mask group who reported nonadherence (7%), SARS-CoV-2 infection occurred in 40 participants (1.8%) in the mask group and 53 (2.1%) in the control group (between-group difference, −0.4 percentage point [CI, −1.2 to 0.5 percentage point]; *P* = 0.40) (OR, 0.84 [CI, 0.55 to 1.26]; *P* = 0.40). **Supplement Figure 2** (available at Annals.org) provides results of the prespecified subgroup analyses of the primary composite end point. No statistically significant interactions were identified.

In the preplanned psensitivity analysis, those who had a positive result on an antibody test at 1 month but had not provided antibody results at baseline were considered to have had positive results at baseline (*n* = 18)—that is, they were excluded from the analysis. In this analysis, the primary outcome occurred in 33 participants (1.4%) in the face mask group and 44 (1.8%) in the control group (between-group difference, −0.4 percentage point [CI, −1.1 to 0.4 percentage point]; *P* = 0.22) (OR, 0.77 [CI, 0.49 to 1.22]; *P* = 0.26).

Three post hoc (not preplanned) analyses were done. In the first, which included only participants reporting wearing face masks "exactly as instructed," infection (the primary outcome) occurred in 22 participants (2.0%) in the face mask group and 53 (2.1%) in the control

group (between-group difference, −0.2 percentage point [CI, −1.3 to 0.9 percentage point]; *P* = 0.82) (OR, 0.93 [CI, 0.56 to 1.54]; *P* = 0.78). The second post hoc analysis excluded participants who did not provide antibody test results at baseline; infection occurred in 33 participants (1.7%) in the face mask group and 44 (2.1%) in the control group (between-group difference, −0.4 percentage point [CI, −1.4 to 0.4 percentage point]; *P* = 0.33) (OR, 0.80 [CI, 0.51 to 1.27]; *P* = 0.35). In the third post hoc analysis, which investigated constellations of patient characteristics, we did not find a subgroup where face masks were effective at conventional levels of statistical significance (data not shown).

A total of 52 participants in the mask group and 39 control participants reported COVID-19 in their household. Of these, 2 participants in the face mask group and 1 in the control group developed SARS-CoV-2 infection, suggesting that the source of most observed infections was outside the home. Reported symptoms did not differ between groups during the study period (**Supplement Table 3**, available at Annals.org).

### Secondary Outcomes

In the mask group, 9 participants (0.5%) were positive for 1 or more of the 11 respiratory viruses other than SARS-CoV-2, compared with 11 participants (0.6%) in the control group (between-group difference, −0.1

Effectiveness of Mask Recommendation for Preventing SARS-CoV-2 Infection

ORIGINAL RESEARCH

percentage point [CI, −0.6 to 0.4 percentage point]; $P =$ 0.87) (OR, 0.84 [CI, 0.35 to 2.04]; $P = 0.71$). Positivity for any virus, including SARS-CoV-2, occurred in 9 mask participants (0.5%) versus 16 control participants (0.8%) (between-group difference, −0.3 percentage point [CI, −0.9 to 0.2 percentage point]; $P = 0.26$) (OR, 0.58 [CI, 0.25 to 1.31]; $P = 0.19$).

## DISCUSSION

==In this community-based, randomized controlled trial conducted in a setting where mask wearing was uncommon and was not among other recommended public health measures related to COVID-19, a recommendation to wear a surgical mask when outside the home among others did not reduce, at conventional levels of statistical significance, incident SARS-CoV-2 infection compared with no mask recommendation.== We designed the study to detect a reduction in infection rate from 2% to 1%. Although no statistically significant difference in SARS-CoV-2 incidence was observed, the 95% CIs are compatible with a possible 46% reduction to 23% increase in infection among mask wearers. These findings do offer evidence about the degree of protection mask wearers can anticipate in a setting where others are not wearing masks and where other public health measures, including social distancing, are in effect. The findings, however, should not be used to conclude that a recommendation for everyone to wear masks in the community would not be effective in reducing SARS-CoV-2 infections, because the trial did not test the role of masks in source control of SARS-CoV-2 infection. During the study period, authorities did not recommend face mask use outside hospital settings and mask use was rare in community settings (22). This means that study participants' exposure was overwhelmingly to persons not wearing masks.

==The observed infection rate was similar to that reported in other large Danish studies during the study period== (26,30). Of note, the observed incidence of SARS-CoV-2 infection was higher than we had estimated when planning a sample size that would ensure more than 80% power to detect a 50% decrease in infection. The intervention lasted only 1 month and was carried out during a period when Danish authorities recommended quarantine of diagnosed patients, physical distancing, and hand hygiene as general protective means against SARS-CoV-2 transmission (23). Cafés and restaurants were closed through 18 May, but follow-up of the second randomized group continued through 2 June.

The first randomized group was followed while the Danish society was under lockdown. Reopening occurred (18 May 2020) during follow-up of the second group of participants, but it was not reflected in the outcome because infection rates were similar between groups (Supplement Figure 2). The relative infection rate between mask wearers and those not wearing masks would most likely be affected by changes in applied protective means or in the virulence of SARS-CoV-2, whereas the rate difference between the 2 groups would probably not be affected solely by a higher–or lower–number of infected citizens.

Although we saw no statistically significant difference in presence of other respiratory viruses, the study was not sufficiently powered to draw definite conclusions about the protective effect of masks for other viral infections. Likewise, the study had limited power for any of the subgroup analyses.

*Table 1.* Characteristics of Participants Completing the Study

| Characteristic | Face Mask Group (*n = 2392*) | Control Group (*n = 2470*) |
|---|---|---|
| Mean age (SD), *y* | 47.4 (14) | 47.0 (13) |
| Female sex, *n (%)* | 1545 (64.6) | 1571 (63.6) |
| Smoker, *n (%)* | 478 (20.0) | 499 (20.2) |
| Wears eyeglasses daily, *n (%)* | 956 (40.0) | 929 (37.6) |
| Capital Region resident, *n (%)** | 1220 (51.0) | 1289 (52.2) |
| Provided antibody test results at baseline, *n (%)* | 1916 (80.1) | 2061 (83.4) |
| Occupation, *n (%)* | | |
|     Shop employee | 108 (4.5) | 85 (3.4) |
|     Cashier | 101 (4.2) | 96 (3.9) |
|     Craftsperson | 110 (4.6) | 103 (4.2) |
|     Office employee | 265 (11.1) | 312 (12.6) |
|     Manager | 111 (4.6) | 108 (4.4) |
|     Transportation employee | 617 (25.8) | 625 (25.3) |
|     Service employee | 107 (4.5) | 104 (4.2) |
|     Home care/nursing home employee | 197 (8.2) | 229 (9.3) |
|     Early childhood care staff | 89 (3.7) | 88 (3.6) |
|     Salesperson | 37 (1.5) | 47 (1.9) |
|     Other | 650 (27.2) | 673 (27.2) |

* According to national authority data, the Capital Region had a higher frequency of coronavirus disease 2019 than other Danish regions; see subgroup analyses in **Supplement Figure 2** (available at Annals.org).

ORIGINAL RESEARCH                    Effectiveness of Mask Recommendation for Preventing SARS-CoV-2 Infection

**Table 2.** Distribution of the Components of the Composite Primary Outcome

| Outcome Component | Face Mask Group (n = 2392), n (%) | Control Group (n = 2470), n (%) | Odds Ratio (95% CI)* |
|---|---|---|---|
| Primary composite end point | 42 (1.8) | 53 (2.1) | 0.82 (0.54–1.23) |
| Positive antibody test result† | | | |
| IgM | 31 (1.3) | 37 (1.5) | 0.87 (0.54–1.41) |
| IgG | 33 (1.4) | 32 (1.3) | 1.07 (0.66–1.75) |
| Positive SARS-CoV-2 RT-PCR | 0 (0) | 5 (0.2) | – |
| Health care–diagnosed SARS-CoV-2 or COVID-19 | 5 (0.2) | 10 (0.4) | 0.52 (0.18–1.53) |

COVID-19 = coronavirus disease 2019; RT-PCR = reverse transcriptase polymerase chain reaction; SARS-CoV-2 = severe acute respiratory syndrome coronavirus 2.
* Calculated using logistic regression. The between-group differences in frequencies of positive SARS-CoV-2 RT-PCR were not statistically significant (P = 0.079).
† 124 participants in the mask group and 140 in the control group registered "not done" or unclear results of the antibody test—i.e., they were included in the analysis because they sent an oropharyngeal swab for PCR.

The primary outcome was mainly defined by antibodies against SARS-CoV-2. This definition was chosen because the viral load of infected patients may be only transiently detectable (31,32) and because approximately half of persons infected with SARS-CoV-2 are asymptomatic (33,26). Masks have been hypothesized to reduce inoculum size (34) and could increase the likelihood that infected mask users are asymptomatic, but this hypothesis has been challenged (35). For these reasons, we did not rely solely on identification of SARS-CoV-2 in oropharyngeal/nasal swab samples. As mentioned in the Methods section, an internal validation study estimated that the point-of-care test has 82.5% sensitivity and 99.5% specificity (26).

The observed rate of incident SARS-CoV-2 infection was similar to what was estimated during trial design. These rates were based on thorough screening of all participants using antibody measurements combined with PCR, whereas the observed official infection rates relied solely on PCR test–based estimates during the period. In addition, authorities tested only a small subset of primarily symptomatic citizens of the entire population, yielding low incidence rates. On this basis, the infection rates we report here are not comparable with the official SARS-CoV-2 infection rates in the Danish population. The eligibility requirement of at least 3 hours of exposure to other persons outside the home would add to this difference. Between 6 April and 9 May 2020, we found a similar seroprevalence of SARS-CoV-2 of 1.9% (CI, 0.8% to 2.3%) in Danish blood donors using the Livzon point-of-care test and assessed by laboratory technicians (36). Testing at the end of follow-up, however, may not have captured any infections contracted during the last part of the study period, but this would have been true in both the mask and control groups and was not expected to influence the overall findings.

The face masks provided to participants were high-quality surgical masks with a filtration rate of 98% (37). A published meta-analysis found no statistically significant difference in preventing influenza in health care workers between respirators (N95 [American standard] or FFP2 [European standard]) and surgical face masks (38). Adherence to mask use may be higher than observed in this study in settings where mask use is common. Some mask group participants (14%) reported adverse

reactions from other citizens (**Supplement Table 4**, available at Annals.org). Although adherence may influence the protective effect of masks, sensitivity analyses had similar results across reported adherence.

How SARS-CoV-2 is transmitted—via respiratory droplets, aerosols, or (to a lesser extent) fomites—is not firmly established. Droplets are larger and rapidly fall to the ground, whereas aerosols are smaller ($\leq 5$ μm) and may evaporate and remain in the air for hours (39). Transmission of SARS-CoV-2 may take place through multiple routes. It has been argued that for the primary route of SARS-CoV-2 spread–that is, via droplets–face masks would be considered effective, whereas masks would not be effective against spread via aerosols, which might penetrate or circumnavigate a face mask (37,39). Thus, spread of SARS-CoV-2 via aerosols would at least partially explain the present findings. Lack of eye protection may also have been of importance, and use of face shields also covering the eyes (rather than face masks only) has been advocated to halt the conjunctival route of transmission (40, 41). We observed no statistically significant interaction between wearers and nonwearers of eyeglasses (**Supplement Figure 2**). Recent reports indicate that transmission of SARS-CoV-2 via fomites is unusual (42), but masks may alter behavior and potentially affect fomite transmission.

The present findings are compatible with the findings of a review of randomized controlled trials of the efficacy of face masks for prevention (as personal protective equipment) against influenza virus (18). A recent meta-analysis that suggested a protective effect of face masks in the non–health care setting was based on 3 observational studies that included a total of 725 participants and focused on transmission of SARS-CoV-1 rather than SARS-CoV-2 (12). Of 725 participants, 138 (19%) were infected, so the transmission rate seems to be higher than for SARS-CoV-2. Further, these studies focused on prevention of infection in healthy mask wearers from patients with a known, diagnosed infection rather than prevention of transmission from persons in their surroundings in general. In addition, identified comparators (control participants) not wearing masks may also have missed other protective means. Recent observational studies that indicate a protective association between mandated mask use in the community and SARS-CoV-2 transmission are limited by study design

Effectiveness of Mask Recommendation for Preventing SARS-CoV-2 Infection

## ORIGINAL RESEARCH

and simultaneous introduction of other public health interventions (14, 43).

Several challenges regarding wearing disposable face masks in the community exist. These include practical aspects, such as potential incorrect wearing, reduced adherence, reduced durability of the mask depending on type of mask and occupation, and weather. Such circumstances may necessitate the use of multiple face masks during the day. In our study, participants used a mean of 1.7 masks per weekday and 1.3 per weekend day (**Supplement Table 4**). Wearing a face mask may be physically unpleasant, and psychological barriers and other side effects have been described (44). "Face mask policing" between citizens might reinforce use of masks but may be challenging. In addition, the wearer of a face mask may change to a less cautious behavior because of a false sense of security, as pointed out by WHO (17); accordingly, our face mask group seemed less worried (**Supplement Table 4**), which may explain their increased willingness to wear face masks in the future (**Supplement Table 5**, available at Annals.org). These challenges, including costs and availability, may reduce the efficacy of face masks to prevent SARS-CoV-2 infection.

The potential benefits of a community-wide recommendation to wear masks include combined prevention and source control for symptomatic and asymptomatic persons, improved attention, and reduced potential stigmatization of persons wearing masks to prevent infection of others (17). Although masks may also have served as source control in SARS-CoV-2–infected participants, the study was not designed to determine the effectiveness of source control.

The most important limitation is that the findings are inconclusive, with CIs compatible with a 46% decrease to a 23% increase in infection. Other limitations include the following. Participants may have been more cautious and focused on hygiene than the general population; however, the observed infection rate was similar to findings of other studies in Denmark (26,30). Loss to follow-up was 19%, but results of multiple imputation accounting for missing data were similar to the main results. In addition, we relied on patient-reported findings on home antibody tests, and blinding to the intervention was not possible. Finally, a randomized controlled trial provides high-level evidence for treatment effects but can be prone to reduced external validity.

Our results suggest that the recommendation to wear a surgical mask when outside the home among others did not reduce, at conventional levels of statistical significance, the incidence of SARS-CoV-2 infection in mask wearers in a setting where social distancing and other public health measures were in effect, mask recommendations were not among those measures, and community use of masks was uncommon. Yet, the findings were inconclusive and cannot definitively exclude a 46% reduction to a 23% increase in infection of mask wearers in such a setting. It is important to emphasize that this trial did not address the effects of masks as source control or as protection in settings where social distancing and other public health measures are not in effect.

Reduction in release of virus from infected persons into the environment may be the mechanism for mitigation of transmission in communities where mask use is common or mandated, as noted in observational studies. Thus, these findings do not provide data on the effectiveness of widespread mask wearing in the community in reducing SARS-CoV-2 infections. They do, however, offer evidence about the degree of protection mask wearers can anticipate in a setting where others are not wearing masks and where other public health measures, including social distancing, are in effect. The findings also suggest that persons should not abandon other COVID-19 safety measures regardless of the use of masks. While we await additional data to inform mask recommendations, communities must balance the seriousness of COVID-19, uncertainty about the degree of source control and protective effect, and the absence of data suggesting serious adverse effects of masks (45).

From The Heart Center, Rigshospitalet, Copenhagen University Hospital, Copenhagen, Denmark (H.B., J.S.B., D.E.T., M.M.P., C.R.V., U.C.W., A.R.); Rigshospitalet, Copenhagen University Hospital, Copenhagen, Denmark (C.V., T.T., H.U.); Herlev & Gentofte Hospital, Copenhagen University Hospital, Herlev, Denmark (J.B.N., P.B.N., K.F., R.H., J.H.K., K.I.); Nordsjaellands Hospital, Hillerød, and Aalborg University Hospital, Aalborg, Denmark (M.P.A., C.T.); Centre for Diagnostics, Technical University of Denmark, Kongens Lyngby, Denmark (N.B.G.); National Influenza Center, Statens Serum Institut, Copenhagen, Denmark (R.T.); Technical University of Denmark, Kongens Lyngby, Denmark (K.S.); Center of Research & Disruption of Infectious Diseases, Amager and Hvidovre Hospital, Copenhagen University Hospital, Hvidovre, Denmark (T.B.).

**Acknowledgment:** The authors thank Mrs. Kristine Sarah Hedegaard Andersen for valuable technical and logistic assistance and Mrs. Helena Aagaard Glud, Mr. Oscar Mejias Gomez, Mr. Andreas Visbech Madsen, Mr. Shoeib Moradi, Mrs. Louise Brogaard, Mrs. Maria Heinesen, Mrs. Karin Tarp, Mr. Weihua Tian, Mrs. Henriette Vorsholt, and Mrs. Shila Mortensen for valuable assistance in the laboratory work and analyses.

**Grant Support:** By the Salling Foundations.

**Disclosures:** Disclosures can be viewed at www.acponline.org/authors/icmje/ConflictOfInterestForms.do?msNum=M20-6817.

**Data Sharing Statement:** The authors have indicated that they will not be sharing data.

**Corresponding Author:** Henning Bundgaard, DMSc, Department of Cardiology, The Heart Center, Copenhagen University Hospital, Rigshospitalet, Blegdamsvej 9, DK-2100 Copenhagen, Denmark; e-mail, henbundgaard@gmail.com.

Current author addresses and author contributions are available at Annals.org.

## References

1. **Helmy YA, Fawzy M, Elaswad A, et al.** The COVID-19 pandemic: a comprehensive review of taxonomy, genetics, epidemiology, diagnosis, treatment, and control. J Clin Med. 2020;9. [PMID: 32344679] doi:10.3390/jcm9041225
2. **Worldometer.** Pandemic, COVID-19 coronavirus. 2020. Accessed at www.worldometers.info/coronavirus on 29 October 2020.

ORIGINAL RESEARCH                    Effectiveness of Mask Recommendation for Preventing SARS-CoV-2 Infection

3. Qualls N, Levitt A, Kanade N, et al. CDC Community Mitigation Guidelines Work Group. Community mitigation guidelines to prevent pandemic influenza – United States, 2017. MMWR Recomm Rep. 2017;66:1-34. [PMID: 28426646] doi:10.15585/mmwr.rr6601a1

4. Richard M, Kok A, de Meulder D, et al. SARS-CoV-2 is transmitted via contact and via the air between ferrets. Nat Commun. 2020;11:3496. [PMID: 32641684] doi:10.1038/s41467-020-17367-2

5. Liu Y, Ning Z, Chen Y, et al. Aerodynamic analysis of SARS-CoV-2 in two Wuhan hospitals. Nature. 2020;582:557-560. [PMID: 32340022] doi:10.1038/s41586-020-2271-3

6. van Doremalen N, Bushmaker T, Morris DH, et al. Aerosol and surface stability of SARS-CoV-2 as compared with SARS-CoV-1 [Letter]. N Engl J Med. 2020;382:1564-1567. [PMID: 32182409] doi:10.1056/NEJMc2004973

7. Kwok YL, Gralton J, McLaws ML. Face touching: a frequent habit that has implications for hand hygiene. Am J Infect Control. 2015;43:112-4. [PMID:25637115] doi:10.1016/j.ajic.2014.10.015

8. Lucas TL, Mustain R, Goldsby RE. Frequency of face touching with and without a mask in pediatric hematology/oncology health care professionals. Pediatr Blood Cancer. 2020:e28593. [PMID: 32672907] doi:10.1002/pbc.28593

9. Chen YJ, Qin G, Chen J, et al. Comparison of face-touching behaviors before and during the coronavirus disease 2019 pandemic. JAMA Netw Open. 2020;3:e2016924. [PMID: 32725247] doi:10.1001/jamanetworkopen.2020.16924

10. Rebmann T, Carrico R, Wang J. Physiologic and other effects and compliance with long-term respirator use among medical intensive care unit nurses. Am J Infect Control. 2013;41:1218-23. [PMID: 23768438] doi:10.1016/j.ajic.2013.02.017

11. Wang X, Ferro EG, Zhou G, et al. Association between universal masking in a health care system and SARS-CoV-2 positivity among health care workers. JAMA. 2020. [PMID: 32663246] doi:10.1001/jama.2020.12897

12. Chu DK, Akl EA, Duda S, et al. COVID-19 Systematic Urgent Review Group Effort (SURGE) study authors. Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis. Lancet. 2020;395:1973-1987. [PMID: 32497510] doi:10.1016/S0140-6736(20)31142-9

13. Leung NHL, Chu DKW, Shiu EYC, et al. Respiratory virus shedding in exhaled breath and efficacy of face masks. Nat Med. 2020;26:676-680. [PMID: 32371934] doi:10.1038/s41591-020-0843-2

14. Lyu W, Wehby GL. Community use of face masks and COVID-19: evidence from a natural experiment of state mandates in the US. Health Aff (Millwood). 2020;39:1419-1425. [PMID: 32543922] doi:10.1377/hlthaff.2020.00818

15. Centers for Disease Control and Prevention. CDC calls on Americans to wear masks to prevent COVID-19 spread. 14 July 2020. Accessed at www.cdc.gov/media/releases/2020/p0714-americans-to-wear-masks.html on 29 October 2020.

16. Brooks JT, Butler JC, Redfield RR. Universal masking to prevent SARS-CoV-2 transmission—the time is now. JAMA. 2020. [PMID: 32663243] doi:10.1001/jama.2020.13107

17. World Health Organization. Advice on the use of masks in the context of COVID-19: interim guidance. 5 June 2020.

18. Xiao J, Shiu EYC, Gao H, et al. Nonpharmaceutical measures for pandemic influenza in nonhealthcare settings–personal protective and environmental measures. Emerg Infect Dis. 2020;26:967-975. [PMID: 32027586] doi:10.3201/eid2605.190994

19. Qaseem A, Etxeandia-Ikobaltzeta I, Yost J, et al. Use of N95, surgical, and cloth masks to prevent COVID-19 in health care and community settings: living practice points from the American College of Physicians (version 1). Ann Intern Med. 2020;173:642-649. doi:10.7326/M20-3234

20. Ford I, Norrie J. Pragmatic trials. N Engl J Med. 2016;375:454-63. [PMID: 27518663] doi:10.1056/NEJMra1510059

21. Bundgaard H, Bundgaard JS, Raaschou-Pedersen DET, et al. Face masks for the prevention of COVID-19 - rationale and design of the randomised controlled trial DANMASK-19. Dan Med J. 2020;67. [PMID: 32829745]

22. YouGov. Personal measures taken to avoid COVID-19. 2020. Accessed at https://yougov.co.uk/topics/international/articles-reports/2020/03/17/personal-measures-taken-to-avoid-covid-19 on 27 October 2020.

23. Danish Health Authority. COVID-19: prevention of the spread of infection. 2 October 2020. Accessed at www.sst.dk/da/Udgivelser/2020/COVID-19-Forebyggelse-af-smittespredning on 26 October 2020.

24. Danish Health Authority. General guidance. 22 October 2020. Accessed at www.sst.dk/en/English/Corona-eng/Prevent-infection/General-guidance on 27 October 2020.

25. Harris PA, Taylor R, Thielke R, et al. Research electronic data capture (REDCap)—a metadata-driven methodology and workflow process for providing translational research informatics support. J Biomed Inform. 2009;42:377-81. [PMID: 18929686] doi:10.1016/j.jbi.2008.08.010

26. Iversen K, Bundgaard H, Hasselbalch RB, et al. Risk of COVID-19 in health-care workers in Denmark: an observational cohort study. Lancet Infect Dis. 2020. [PMID: 32758438] doi:10.1016/S1473-3099(20)30589-2

27. Therchilsen JH, von Buchwald C, Koch A, et al. Self-collected versus healthcare worker-collected swabs in the diagnosis of severe acute respiratory syndrome coronavirus 2. Diagnostics. 2020; 10:678. doi:10.3390/diagnostics10090678

28. Tu YP, Jennings R, Hart B, et al. Swabs collected by patients or health care workers for SARS-CoV-2 testing [Letter]. N Engl J Med. 2020;383:494-496. [PMID: 32492294] doi:10.1056/NEJMc2016321

29. Bartlett J, Keogh R, Ekstrøm CT, et al. Multiple imputation of covariates by substantive model compatible fully conditional specification. Version 1.4.1. CRAN; 2020.

30. Pedersen OB, Nissen J, Dinh KM, et al. SARS-CoV-2 infection fatality rate among elderly retired Danish blood donors - a cross-sectional study. Clin Infect Dis. 2020. [PMID: 33103182] doi:10.1093/cid/ciaa1627

31. Pan Y, Zhang D, Yang P, et al. Viral load of SARS-CoV-2 in clinical samples [Letter]. Lancet Infect Dis. 2020;20:411-412. [PMID: 32105638] doi:10.1016/S1473-3099(20)30113-4

32. Wölfel R, Corman VM, Guggemos W, et al. Virological assessment of hospitalized patients with COVID-2019. Nature. 2020; 581:465-469. [PMID: 32235945] doi:10.1038/s41586-020-2196-x

33. Oran DP, Topol EJ. Prevalence of asymptomatic SARS-CoV-2 infection. A narrative review. Ann Intern Med. 2020;173:362-367. doi:10.7326/M20-3012

34. Gandhi M, Rutherford GW. Facial masking for covid-19. Reply [Letter]. N Engl J Med. 2020;383. [PMID: 33095525] doi:10.1056/NEJMc2030886

35. Rasmussen AL, Escandón K, Popescu SV. Facial masking for covid-19 [Letter]. N Engl J Med. 2020;383. [PMID: 33095523] doi:10.1056/NEJMc2030886

36. Erikstrup C, Hother CE, Pedersen OBV, et al. Estimation of SARS-CoV-2 infection fatality rate by real-time antibody screening of blood donors. Clin Infect Dis. 2020. [PMID:32584966] doi:10.1093/cid/ciaa849

37. Rengasamy S, Miller A, Eimer BC, et al. Filtration performance of FDA-cleared surgical masks. J Int Soc Respir Prot. 2009;26:54-70. [PMID:32661453]

38. Long Y, Hu T, Liu L, et al. Effectiveness of N95 respirators versus surgical masks against influenza: a systematic review and meta-analysis. J Evid Based Med. 2020;13:93-101. [PMID: 32167245] doi:10.1111/jebm.12381

39. Klompas M, Baker MA, Rhee C. Airborne transmission of SARS-CoV-2: theoretical considerations and available evidence. JAMA. 2020;324:441-442. [PMID: 32749495] doi:10.1001/jama.2020.12458

Effectiveness of Mask Recommendation for Preventing SARS-CoV-2 Infection

ORIGINAL RESEARCH

40. Perencevich EN, Diekema DJ, Edmond MB. Moving personal protective equipment into the community: face shields and containment of COVID-19. JAMA. 2020;323:2252-2253. [PMID: 32347911] doi:10.1001/jama.2020.7477

41. Marra AR, Edmond MB, Popescu SV, et al. Examining the need for eye protection for coronavirus disease 2019 (COVID-19) prevention in the community. Infect Control Hosp Epidemiol. 2020:1-2. [PMID: 32576322] doi:10.1017/ice.2020.314

42. Meyerowitz EA, Richterman A, Gandhi RT, et al. Transmission of SARS-CoV-2. A review of viral, host, and environmental factors. Ann Intern Med. 2020. doi:10.7326/M20-5008

43. Mitze T, Kosfeld R, Rode J, et al. Face masks considerably reduce COVID-19 cases in Germany: a synthetic control method approach. IZA Discussion Papers. June 2020.

44. Lazzarino AI, Steptoe A, Hamer M, et al. Covid-19: important potential side effects of wearing face masks that we should bear in mind [Letter]. BMJ. 2020;369:m2003. [PMID: 32439689] doi:10.1136/bmj.m2003

45. Javid B, Weekes MP, Matheson NJ. Covid-19: should the public wear face masks? [Editorial]. BMJ. 2020;369:m1442. [PMID: 32273278] doi:10.1136/bmj.m1442

**Current Author Addresses:** Drs. Bundgaard, Pries-Heje, Vissing, Winsløw, and Ringgaard; Mr. Bundgaard; and Mr. Raaschou-Pedersen: Department of Cardiology, The Heart Center, Copenhagen University Hospital, Rigshospitalet, Blegdamsvej 9, DK-2100 Copenhagen, Denmark.

Drs. von Buchwald and Todsen: Department of ORL, Head & Neck Surgery and Audiology, Rigshospitalet, 6033, Copenhagen University Hospital, Inge Lehmanns Vej 7, DK 2100 Copenhagen, Denmark.

Drs. Norsk, Nielsen, Fogh, Hasselbalch, Kristensen, and Iversen: Department of Cardiology, Herlev & Gentofte Hospital, Copenhagen University Hospital, Borgmester Ib Juuls Vej 1, 2730 Herlev, Denmark.

Drs. Porsborg Andersen and Torp-Pedersen: Department of Cardiology and Clinical Research, Nordsjaellands Hospital, Dyrehavevej 29, 3400 Hillerød, Denmark.

Drs. Goecke and Skovgaard: Centre for Diagnostics, Technical University of Denmark, Anker Engelunds Vej 1 Bygning 101A, 2800 Kongens Lyngby, Denmark.

Dr. Trebbien: Department of Virus and Microbiological Special Diagnostics, National Influenza Center, Statens Serum Institut, Artillerivej 5, 2300 Copenhagen, Denmark.

Dr. Benfield: Center of Research & Disruption of Infectious Diseases (CREDID), Department of Infectious Diseases, Copenhagen University Hospital, Amager and Hvidovre, Hvidovre Hospital, Kettegård Allé 30, 2650 Hvidovre, Denmark.

Dr. Ullum: Department of Clinical Immunology, The Heart Center, Copenhagen University Hospital, Rigshospitalet, Blegdamsvej 9, DK-2100 Copenhagen, Denmark.

**Author Contributions:** Conception and design: H. Bundgaard, J.S. Bundgaard, D.E.T. Raaschou-Pedersen, T. Todsen, K. Skovgaard, T. Benfield, C. Torp-Pedersen, K. Iversen.

Analysis and interpretation of the data: H. Bundgaard, J.S. Bundgaard, D.E.T. Raaschou-Pedersen, C.R. Vissing, U.C. Winsløw, J.H. Kristensen, N.B. Goecke, K. Skovgaard, T. Benfield, C. Torp-Pedersen, K. Iversen.

Drafting of the article: H. Bundgaard, J.S. Bundgaard, D.E.T. Raaschou-Pedersen, T. Benfield, K. Iversen.

Critical revision of the article for important intellectual content: H. Bundgaard, J.S. Bundgaard, D.E.T. Raaschou-Pedersen, T. Todsen, M.M. Pries-Heje, C.R. Vissing, P.B. Nielsen, U.C. Winsløw, R. Hasselbalch, J.H. Kristensen, A. Ringgaard, K. Skovgaard, T. Benfield, H. Ullum, C. Torp-Pedersen, K. Iversen.

Final approval of the article: H. Bundgaard, J.S. Bundgaard, D.E.T. Raaschou-Pedersen, C. von Buchwald, T. Todsen, J.B. Norsk, M.M. Pries-Heje, C.R. Vissing, P.B. Nielsen, U.C. Winsløw, K. Fogh, R. Hasselbalch, J.H. Kristensen, A. Ringgaard, M. Porsborg Andersen, N.B. Goecke, R. Trebbien, K. Skovgaard, T. Benfield, H. Ullum, C. Torp-Pedersen, K. Iversen.

Provision of study materials or patients: H. Bundgaard, D.E.T. Raaschou-Pedersen, C. von Buchwald, T. Torp-Pedersen.

Statistical expertise: H. Bundgaard, J.S. Bundgaard, C. Torp-Pedersen.

Obtaining of funding: H. Bundgaard, H. Ullum.

Administrative, technical, or logistic support: H. Bundgaard, J.S. Bundgaard, D.E.T. Raaschou-Pedersen, C. von Buchwald, T. Todsen, M.M. Pries-Heje, P.B. Nielsen, K. Fogh, R. Hasselbalch, A. Ringgaard, M. Porsborg Andersen, R. Trebbien, C. Torp-Pedersen, K. Iversen.

Collection and assembly of data: H. Bundgaard, J.S. Bundgaard, D.E.T. Raaschou-Pedersen, J.B. Norsk, M. Porsborg Andersen, H. Ullum, C. Torp-Pedersen, K. Iversen.

Received: 3 February 2020 | Accepted: 12 February 2020

DOI: 10.1111/jebm.12381

**ARTICLE**

Plaintiffs' Exhibit 262

**WILEY**

# Effectiveness of N95 respirators versus surgical masks against influenza: A systematic review and meta-analysis

Youlin Long[1] | Tengyue Hu[2] | Liqin Liu[2] | Rui Chen[3] | Qiong Guo[1] | Liu Yang[1] |
Yifan Cheng[1] | Jin Huang[4] | Liang Du[1]

[1]Chinese Evidence-Based Medicine Center, West China Hospital, Sichuan University, Chengdu, P.R. China

[2]West China School of Medicine, Sichuan University, Chengdu, P.R. China

[3]School of Clinical Medicine, Chengdu University of Traditional Chinese Medicine, Chengdu, P.R. China

[4]West China Hospital, Sichuan University, Chengdu, P.R. China

**Correspondence**

Liang Du, West China Hospital, Sichuan University, Guoxuexiang 37, Chengdu 610041, P.R. China.
Email: duliang0606@vip.sina.com

Jin Huang, West China Hospital, Sichuan University, Guoxuexiang 37 Chengdu 610041, P.R. China.
Email: michael_huangjin@163.com

**Funding information**

Science and technology project supported by West China Hospital of Sichuan University for tackling COVID-19: HX-2019-nCoV-024; National Natural Science Foundation of China, Grant/Award Numbers: 81873197, 81403276; Key Program of Sichuan Provincial Science and Technology Department, Grant/Award Number: 2019YFS0194

**Abstract**

**Objective:** Previous meta-analyses concluded that there was insufficient evidence to determine the effect of N95 respirators. We aimed to assess the effectiveness of N95 respirators versus surgical masks for prevention of influenza by collecting randomized controlled trials (RCTs).

**Methods:** We searched PubMed, EMbase and The Cochrane Library from the inception to January 27, 2020 to identify relevant systematic reviews. The RCTs included in systematic reviews were identified. Then we searched the latest published RCTs from the above three databases and searched ClinicalTrials.gov for unpublished RCTs. Two reviewers independently extracted the data and assessed risk of bias. Meta-analyses were conducted to calculate pooled estimates by using RevMan 5.3 software.

**Results:** A total of six RCTs involving 9 171 participants were included. There were no statistically significant differences in preventing laboratory-confirmed influenza (RR = 1.09, 95% CI 0.92-1.28, $P$ > .05), laboratory-confirmed respiratory viral infections (RR = 0.89, 95% CI 0.70-1.11), laboratory-confirmed respiratory infection (RR = 0.74, 95% CI 0.42-1.29) and influenzalike illness (RR = 0.61, 95% CI 0.33-1.14) using N95 respirators and surgical masks. Meta-analysis indicated a protective effect of N95 respirators against laboratory-confirmed bacterial colonization (RR = 0.58, 95% CI 0.43-0.78).

**Conclusion:** The use of N95 respirators compared with surgical masks is not associated with a lower risk of laboratory-confirmed influenza. It suggests that N95 respirators should not be recommended for general public and nonhigh-risk medical staff those are not in close contact with influenza patients or suspected patients.

**KEYWORDS**

influenza, masks, N95 respirator, respiratory protective devices, respiratory tract infections, surgical mask

## 1 | INTRODUCTION

Severe acute respiratory syndrome coronavirus (SARS-CoV) and Middle East respiratory syndrome coronavirus (MERS-CoV) have mortality rates about 10% and 37%, respectively.[1] Since the outbreak of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), facemasks have been considered to be vitally important to reduce the risk of infection because vaccination or specific anti-infective treatments are

unavailable.[2,3] N95 respirators are used to prevent users from inhaling small airborne particles and must fit tightly to the user's face. Surgical masks are designed to protect wearers from microorganism transmission and fit loosely to the user's face.[5,6] Although surgical masks cannot prevent inhalation of small airborne particles, both of them can protect users from large droplets and sprays.[7,8]

There are conflicting recommendations for severe acute respiratory syndrome (SARS) and pandemic influenza: the World Health

© 2020 Chinese Cochrane Center, West China Hospital of Sichuan University and John Wiley & Sons Australia, Ltd

Organization (WHO) recommends using masks in low-risk situations and respirators in high-risk situations, but the Centers for Disease Control and Prevention (CDC) recommends using respirators in both low and high-risk situations.[9] However, N95 respirators may play a limited role in low-resource settings, where there are a finite number of N95 respirators, or it may be unaffordable.[9] Also, previous meta-analyses concluded there was insufficient evidence to determine the effect of N95 respirators due to a small number of studies that is prone to lack of statistical power.[10,11] Additionally, these meta-analyses were limited by the small number of included randomized control trials (RCTs). More rigorous RCTs of comparing N95 respirators with surgical masks against influenza published in recent years were not included in previous meta-analyses.[12-14]

In light of the growing number of RCTs of masks use for protecting against influenza, this systematic review and meta-analysis aimed to assess the effectiveness of N95 respirators versus surgical masks for prevention of˙ influenza.

## 2 | METHODS

This meta-analysis was conducted based on the preferred reporting items for systematic reviews and meta-analyses (PRISMA) guidelines.[15]

### 2.1 | Inclusion and exclusion criteria

Inclusion criteria were (1) study type: RCT (including cluster-randomized trial) and nonrandomized controlled study; (2) participants: humans with influenza (including pandemic strains, seasonal influenza A or B viruses and zoonotic viruses such as swine or avian influenza), and other respiratory viral infections (as a proxy for influenza); (3) intervention and comparator: N95 respirators versus surgical masks; () primary outcome: laboratory-confirmed influenza; (5) secondary outcomes: laboratory-confirmed respiratory viral infections, laboratory-confirmed bacterial colonization, laboratory-confirmed respiratory infection, and influenzalike illness; and (6) settings: hospital or community. RCTs were selected due to the potential possibility of high evidence level. Exclusion criteria were (1) theoretical models; (2) human∕nonhuman experimental laboratory studies; and (3) conference abstract.

### 2.2 | Search strategy

We searched PubMed, EMBASE, and The Cochrane Library databases from inception to January 27, 2020, to identify published systematic reviews on evaluating the use of masks for preventing influenza. Search strategy in PubMed could be found in Table 1, and the strategy was adequately adjusted to use in other databases. Then, primary RCTs included in the systematic reviews were identified. Additionally, we conducted an additional search to identify RCTs published in the past five years from January 27, 2015, to January 27, 2020, using the databases and search strategies described above. We also

**TABLE 1**   Search strategy in PubMed

| Number | PubMed |
| --- | --- |
| #1 | "systematic review"[Text Word] |
| #2 | meta analysis[Publication Type] |
| #3 | #1 OR #2 |
| #4 | masks OR respiratory protective devices[MeSH Terms] |
| #5 | mask∗ OR facemask∗ OR N95∗ OR N-95∗[Text Word] |
| #6 | #4 OR #5 |
| #7 | influenza, human OR severe acute respiratory syndrome[MeSH Terms] |
| #8 | flu OR influenza OR grippe OR SARS OR "severe acute respiratory syndrome"[Text Word] |
| #9 | #7 OR #8 |
| #10 | #3 AND #6 AND #9 |

searched for ClinicalTrials.gov to obtain unpublished data. There were no publication status and language restrictions on selecting the studies.

### 2.3 | Study selection and data extraction

Two reviewers independently screened the articles based on the titles, abstracts and full texts. Then, two reviewers independently exacted the following data from included studies: first author, publication year, country, disease, details of study population and intervention, study design, sample size, settings, and results. All disagreements were resolved by discussion.

### 2.4 | Risk of bias assessment

Two reviewers independently assessed the risk of bias of the selected RCTs using the Cochrane Risk of Bias tool,[16] which includes domains on random sequence generation, allocation concealment, blinding of participants and personnel, blinding of outcome assessors, incomplete outcome data, and selective reporting. For each RCT, every domain was judged among 3 levels: high risk, unclear risk, and low risk. Disagreements were resolved by discussion.

### 2.5 | Data analysis

All statistical analyses were performed using Review Manager (RevMan) version 5.3. Comparable data from studies with similar interventions and outcomes were pooled using forest plots. Relative risk (RR) with 95% confidence intervals (CIs) for dichotomous data was used as the effect measure. Between-study heterogeneity was assessed using the $I^2$ for each pooled estimate.[17] We adopted a random-effects model for heterogeneity $P < .10$. We performed a subgroup analysis based on the settings (hospital, community) due to the possibility of clinical heterogeneity. A sensitivity analysis was conducted to evaluate the robustness of the results by excluding individual studies for each forest plot. Funnel plots were planned to assessed publication bias. Because of the small number of studies



**FIGURE 1**   Literature search and screening process

**TABLE 2**  Excluded studies and reasons for exclusion

| Excluded studies | Reasons for exclusion |
| --- | --- |
| Cowling et al 2008[26] | This trial did not have eligible interventions. |
| Jacobs et al 2009[27] | This trial did not have eligible outcomes. |
| Aiello et al 2010[28] | This trial did not have eligible interventions. |
| Barasheed et al 2014[29] | This trial did not have eligible interventions. |
| MacIntyre et al 2015[30] | This trial did not have eligible interventions. |
| Cowling et al 2014[31] | This study developed mathematical models of transmission of influenza and is not a trial in the real world. |
| MacIntyre et al 2015[30] | This trial did not have eligible interventions. |
| Wang et al 2015[32] | This study is a protocol. |
| Ambrosch et al 2016[33] | This is a prospective cohort study. |
| Chughtai et al 2016[34] | This trial focused on compliance with the use of medical and cloth masks. |
| MacIntyre et al 2016[14] | This trial did not have eligible interventions. |
| Sokol et al 2016[35] | This is a retrospective study. |
| MacIntyre et al 2017[36] | This study is a pooled analysis of two trials. |
| Zhang et al 2018[37] | This study developed mathematical models of transmission of influenza, and is not a trial in the real world. |
| Glatt et al 2020[38] | This is a letter. |
| Simmerman et al 2011[39] | This trial did not have eligible interventions. |
| Radonovich et al 2016[13] | This trial is duplicated. |
| Cowling et al 2009[40] | This trial did not have eligible interventions. |

available for each pooled estimate, we failed to assess publication bias.

# 3 | RESULTS

## 3.1 | Search results and study characteristics

The details on the literature search and screening process can be found in Figure 1. Excluded studies and reasons for exclusion were shown in Table 2. In total, we included six RCTs[12,18-22] and found no unpublished data of RCTs from ClinicalTrials.gov. The characteristics of these RCTs were presented in Table 3. The included studies published between 2009 and 2019. A total of 9171 participants in Canada, Australia, China, or America were included, and the number of participants in each RCT ranged from 435 to 5180 patients. The follow-up duration varied from 2 to 15 weeks. Five studies included participants in hospitals,[12,18,20-22] and one in households.[19] Because of different definitions of outcome in included studies, we redefined the laboratory-confirmed respiratory infection as respiratory influenza, other viruses or bacteria infection.

## 3.2 | Risk of bias

The results of the risk of bias assessment can be found in Figure 2. Five studies reported the computer-generated random sequences, while only one mentioned randomization. All studies did not mention allocation concealment. Participants and trial staff were not blinded in two studies, and the other two studies failed to mention the blinding of participants and personnel. Four studies did not report whether the out-

come assessors were blinded. All studies had complete outcome data or described comparable numbers and reasons for withdrawal across groups and prespecified outcomes.

## 3.3 | Effectiveness

Five RCTs involving 8444 participants reported laboratory-confirmed influenza.[12,18-21] Meta-analysis with fixed-effects model revealed that there was no statistically significant differences in preventing influenza using N95 respirators and surgical masks (RR = 1.09, 95% CI 0.92-1.28, P > .05) (Figure 3). The results of subgroup analyses were consistent with this regardless of the hospital or the community. The results of the sensitivity analysis were not altered after excluding each trial.

Four RCTs[18-21] involving 3264 participants reported laboratory-confirmed respiratory viral infections. Meta-analysis with fixed-effects model revealed that there were no statistically significant differences in preventing respiratory viral infections using N95 respirators and surgical masks (RR = 0.89, 95% CI 0.70-1.11, P > .05) (Figure 4). The results of subgroup analyses were consistent regardless of the hospital or the community. However, the sensitivity analysis after excluding the trial by Loeb et al[18] showed a significant effect of N95 respirators on preventing respiratory viral infections (RR = 0.61, 95% CI 0.39-0.98, P < .05).

Two RCTs[21,22] involving 2538 participants reported laboratory-confirmed bacterial colonization. Meta-analysis with fixed-effects model revealed that compared with surgical masks, N95 respirators significantly reduced bacterial colonization in hospitals (RR = 0.58, 95% CI 0.43-0.78, P < .05) (Figure 5). The sensitivity

**TABLE 3**  Characteristics of studies included in the meta-analysis

| Study | Setting | Participants | Interventions | Outcomes | Notes |
|---|---|---|---|---|---|
| Loeb et al 2009[18] | 8 hospitals in Ontario, Canada: emergency departments, acute medical units and pediatric units | 446 nurses; individual-level randomization | • Intervention: targeted use, fit-tested N95 respirator • Control: targeted use, surgical mask | • Laboratory-confirmed respiratory infection, influenza-like illness, workplace absenteeism • 5-week follow-up | • Noninferiority trial • Detection of influenza A and B, respiratory syncytial virus, metapneumovirus, parainfluenza virus, rhinovirus-enterovirus, coronavirus and adenovirus |
| MacIntyre et al 2009[19] | 145 households in Sydney, Australia | 145 index patients and 290 household contacts in 145 households; cluster randomization by household | • Intervention 1: continual use, surgical mask • Intervention 2: continual use, nonfit-tested N95 respirator • Control: lifestyle measures | • Laboratory-confirmed respiratory virus infection, influenza-like illness • 2-week follow-up | Detection of influenza A and B, respiratory syncytial virus, parainfluenza virus, rhinovirus-enterovirus, coronavirus, coronavirus, adenovirus |
| MacIntyre et al 2011[20]/2014[42] | 15 hospitals in Beijing, China: emergency departments and respiratory wards | 1441 nurses, doctors and ward clerks; cluster randomization by hospital | • Intervention 1: continual use, fit-tested N95 respirator • Intervention 2: continual use, nonfit-tested N95 respirator • Control: continual use, surgical mask | • Laboratory-confirmed respiratory infection, influenza-like illness • 5-week follow-up | Detection of influenza A and B, respiratory syncytial virus, metapneumovirus, parainfluenza virus, rhinovirus-enterovirus, coronavirus, adenovirus, streptococcus pneumoniae, chlamydophila pneumoniae, mycoplasma pneumoniae and haemophilus influenzae type B |
| MacIntyre et al 2013[31] | 19 hospitals in Beijing, China: emergency departments and respiratory wards | 1669 nurses, doctors and ward clerks; cluster randomization by ward | • Intervention 1: continual use, fit-tested N95 respirator • Intervention 2: targeted use, fit-tested N95 respirator • Control: continual use, surgical mask | • Laboratory-confirmed respiratory infection, influenza-like illness • 5-week follow-up | Detection of influenza A and B, respiratory syncytial virus metapneumovirus, parainfluenza virus, rhinovirus-enterovirus, coronavirus, adenovirus, S. pneumoniae, B. pertussis, C. pneumoniae, M. pneumoniae and H. influenzae type B |
| Radonovich et al 2019[12] | 7 hospitals in US: primary care facilities, dental clinics, adult and pediatric clinics, dialysis units, urgent care facilities and emergency departments, and emergency transport services | 5180 nurses/nursing trainees, clinical care support staff, administrative/clerical staff, physicians/advanced practitioners/physician trainees, registrations/clerical receptions, social workers/pastoral cares and environmental service workers/housekeepers; cluster randomization by outpatient clinic or outpatient setting | • Intervention: targeted use, fit-tested N95 respirator • Control: targeted use, medical mask | • Laboratory-confirmed respiratory infection, laboratory-confirmed influenza, laboratory-detected respiratory illness, influenza-like illness, acute respiratory illness • 12-week follow-up | • Effectiveness study • Detection of influenza A and B, respiratory syncytial virus, metapneumovirus, parainfluenza virus, rhinovirus-enterovirus, coronavirus, coxsackie/echovirus |

RCT). The sensitivity analysis showed results remained unchanged after excluding each trial.



**FIGURE 2** Risk of bias summary

analysis showed that the results did not change after excluding each trial.

Two RCTs[12,22] involving 6621 participants reported laboratory-confirmed respiratory infection. Meta-analysis with random-effects model revealed that ==there were no statistically significant differences in preventing respiratory infection using N95 respirators and surgical masks in hospitals== (RR = 0.74, 95% CI 0.42-1.29, P > .05) (Figure 6). However, the sensitivity analysis after excluding the trial by Radonovich et al[12] showed a significant effect of N95 respirators on preventing respiratory infection (RR = 0.53, 95% CI 0.35-0.82, P < .05).

Five RCTs involving 8444 participants reported influenza like illness.[12,18-21] Meta-analysis with random-effects model revealed that ==there were no statistically significant differences in preventing influenza like illness using N95 respirators and surgical masks== (RR = 0.61, 95% CI 0.33-1.14, P > .05) (Figure 7). The results of subgroup analyses indicated that statistically significant superiority of N95 respirators over surgical masks against influenza like illness (RR = 0.37, 95% CI 0.20-0.71, P < .05) in the community (only one

## 4 | DISCUSSION

==This meta-analysis showed that there were no statistically significant differences in preventing laboratory-confirmed influenza, laboratory-confirmed respiratory viral infections, laboratory-confirmed respiratory infection and influenza-like illness using N95 respirators and surgical masks.== N95 respirators provided a protective effect against laboratory-confirmed bacterial colonization. In subgroup analysis, similar results could be found in the hospital and community for laboratory-confirmed influenza and laboratory-confirmed respiratory viral infections. However, sensitivity analysis showed unstable results for the prevention of laboratory-confirmed respiratory viral infections and laboratory-confirmed respiratory infection.

Through the course of influenza pandemics, large numbers of face-masks may be required to use in long periods to protect people from infections.[23] ==Using N95 respirators is likely to result in discomfort, for example, headaches.==[23] A previous study[3] reported that there was an inverse relationship between the level of compliance with wearing an N95 respirator and the risk of clinical respiratory illness. ==It is difficult to ensure high compliance due to this discomfort of N95 respirators in all studies.==

The reason for the similar effects on preventing influenza for the use of N95 respirators *versus* surgical masks may be related to low compliance to N95 respirators wear,[23] which may lead to more frequent doffing compared with surgical masks.[13] Although N95 respirators may confer superior protection in laboratory studies designing to achieve 100% intervention adherence,[24] ==the routine use of N95 respirators seems to be less acceptable due to more significant discomfort in real-world practice.==[11] Therefore, the benefit of N95 respirators of fitting tightly to faces is offset or subjugated.[13] However, it should be noted that the surgical masks are primarily designed to protect the environment from the wearer, whereas the respirators are supposed to protect the wearer from the environment.[25]

There are several limitations to this study. First, some RCTs had a high risk of bias due to lack of allocation concealment and blinding; although it is impractical to blind participants who would know the type of masks they are wearing. Second, the number of included studies focusing on the community was small. Consequently, the results of the subgroup analysis might be unreliable. Third, we identified RCTs from published systematic reviews, which may result in the omission of relative RCTs. Finally, there might be publication bias, and we cannot assess it due to an insufficient number of included RCTs.

==In conclusion, the current meta-analysis shows the use of N95 respirators compared with surgical masks is not associated with a lower risk of laboratory-confirmed influenza.== It suggests that N95 respirators should not be recommended for the general public and nonhigh risk medical staffs those are not in close contact with influenza patients or suspected patients.



**FIGURE 3** Results of meta-analysis to determine the effectiveness of N95 respirators versus surgical masks against laboratory-confirmed influenza



**FIGURE 4** Results of meta-analysis to determine the effectiveness of N95 respirators versus surgical masks against laboratory-confirmed respiratory viral infections



**FIGURE 5** Results of meta-analysis to determine the effectiveness of N95 respirators versus surgical masks against laboratory-confirmed bacterial colonization



**FIGURE 6** Results of meta-analysis to determine the effectiveness of N95 respirators versus surgical masks against laboratory-confirmed respiratory infection



**FIGURE 7** Results of meta-analysis to determine the effectiveness of N95 respirators versus surgical masks against influenzalike illness

## CONFLICT OF INTEREST

None.

## REFERENCES

1. Huang C, Wang Y, Li X, et al. Clinical features of patients infected with 2019 novel coronavirus in Wuhan. *China Lancet.* 2020;S0140-6736(20):30183-30185.
2. Jefferson T, Del Mar CB, Dooley L, et al. Physical interventions to interrupt or reduce the spread of respiratory viruses. *Cochrane Database Syst Rev.* 2011(7):CD006207.
3. Chen X, Chughtai AA, MacIntyre CR. Herd protection effect of N95 respirators in healthcare workers. *J Int Med Res.* 2017;45(6):1760-1767.
4. Janssen L, Ettinger H, Graham S, Shaffer R, Zhuang Z. The use of respirators to reduce inhalation of airborne biological agents. *J Occup Environ Hyg.* 2013;10(8):D97-d103.
5. Zhiqing L, Yongyun C, Wenxiang C, et al. Surgical masks as source of bacterial contamination during operative procedures. *J Orthop Translat.* 2018;14:57-62.
6. Lawrence RB, Duling MG, Calvert CA, Coffey CC. Comparison of performance of three different types of respiratory protection devices. *J Occup Environ Hyg.* 2006;3(9):465-474.
7. Sandaradura I, Goeman E, Pontivivo G, et al. A close shave? Performance of P2/N95 respirators in health care workers with facial hair:

8. results of the BEARDS (Adequate Respiratory DefenceS) study. *J Hosp Infect.* 2020;S0195-6701(20):30008-30006.
8. Derrick JL, Gomersall CD. Protecting healthcare staff from severe acute respiratory syndrome: filtration capacity of multiple surgical masks. *J Hosp Infect.* 2005;59(4):365-368.
9. Chughtai AA, Seale H, MacIntyre CR. Availability, consistency and evidence-base of policies and guidelines on the use of mask and respirator to protect hospital health care workers: a global analysis. *BMC Res Notes.* 2013;6:216.
10. Smith JD, MacDougall CC, Johnstone J, Copes RA, Schwartz B, Garber GE. Effectiveness of N95 respirators versus surgical masks in protecting health care workers from acute respiratory infection: a systematic review and meta-analysis. *CMAJ.* 2016;188(8):567-574.
11. Offeddu V, Yung CF, Low MSF, Tam CC. Effectiveness of masks and respirators against respiratory infections in healthcare workers: a systematic review and meta-analysis. *Clin Infecti Dis.* 2017;65(11):1934-1942.
12. Radonovich LJ, Simberkoff MS, Bessesen MT, et al. N95 respirators vs medical masks for preventing influenza among health care personnel: a randomized clinical trial. *JAMA.* 2019;322(9):824-833.
13. Radonovich LJ, Bessesen MT, Cummings DA, et al. The Respiratory Protection Effectiveness Clinical Trial (ResPECT): a cluster-randomized comparison of respirator and medical mask effectiveness against respiratory infections in healthcare personnel. *BMC Infect Dis.* 2016;16:243.
14. MacIntyre CR, Zhang Y, Chughtai AA, et al. Cluster randomised controlled trial to examine medical mask use as source control for people with respiratory illness. *BMJ Open.* 2016;6(12):e012330.

15. Moher D, Liberati A, Tetzlaff J, Altman DG. Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. *BMJ*. 2009;339:b2535.

16. Higgins JP, Green S. Cochrane Handbook for Systematic Reviews of Interventions Version 5.1.0 [updated March 2011]; 2011.

17. Patsopoulos NA, Evangelou E, Ioannidis JP. Sensitivity of between-study heterogeneity in meta-analysis: proposed metrics and empirical evaluation. *Int J Epidemiol*. 2008;37(5):1148-1157.

18. Loeb M, Dafoe N, Mahony J, et al. Surgical mask vs N95 respirator for preventing influenza among health care workers: a randomized trial. *JAMA*. 2009;302(17):1865-1871.

19. MacIntyre CR, Cauchemez S, Dwyer DE, et al. Face mask use and control of respiratory virus transmission in households. *Emerg Infect Dis*. 2009;15(2):233-241.

20. MacIntyre CR, Wang Q, Cauchemez S, et al. A cluster randomized clinical trial comparing fit-tested and non-fit-tested N95 respirators to medical masks to prevent respiratory virus infection in health care workers. *Influen Other Respir Viruses*. 2011;5(3):170-179.

21. MacIntyre CR, Wang Q, Seale H, et al. A randomized clinical trial of three options for N95 respirators and medical masks in health workers. *Am J Respir Crit Care Med*. 2013;187(9):960-966.

22. MacIntyre CR, Wang Q, Rahman B, et al. Efficacy of face masks and respirators in preventing upper respiratory tract bacterial colonization and co-infection in hospital healthcare workers. *Prev Med*. 2014;62:1-7.

23. Cowling BJ, Zhou Y, Ip DK, Leung GM, Aiello AE. Face masks to prevent transmission of influenza virus: a systematic review. *Epidemiol Infect*. 2010;138(4):449-456.

24. Noti JD, Lindsley WG, Blachere FM, et al. Detection of infectious influenza virus in cough aerosols generated in a simulated patient examination room. *Clin Infect Dis*. 2012;54(11):1569-1577.

25. Balazy A, Toivola M, Adhikari A, Sivasubramani SK, Reponen T, Grinshpun SA. Do N95 respirators provide 95% protection level against airborne viruses, and how adequate are surgical masks? *Am J Infect Control*. 2006;34(2):51-57.

26. Cowling BJ, Fung RO, Cheng CK, et al. Preliminary findings of a randomized trial of non-pharmaceutical interventions to prevent influenza transmission in households. *PLoS One*. 2008;3(5):e2101.

27. Jacobs JL, Ohde S, Takahashi O, Tokuda Y, Omata F, Fukui T. Use of surgical face masks to reduce the incidence of the common cold among health care workers in Japan: a randomized controlled trial. *Am J Infect Control*. 2009;37(5):417-419.

28. Aiello AE, Murray GF, Perez V, et al. Mask use, hand hygiene, and seasonal influenza-like illness among young adults: a randomized intervention trial. *J Infect Dis*. 2010;201(4):491-498.

29. Barasheed O, Almasri N, Badahdah AM, et al. Pilot randomised controlled trial to test effectiveness of facemasks in preventing influenza-like illness transmission among Australian Hajj Pilgrims in 2011. *Infect Disord Drug Targets*. 2014;14(2):110-116.

30. MacIntyre CR, Seale H, Dung TC, et al. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. *BMJ Open*. 2015;5(4):e006577.

31. Cowling BJ, Ip DKM, Fang VJ, et al. Modes of transmission of influenza B virus in households. *PLoS One*. 2014;9(9):e108850.

32. Wang M, Barasheed O, Rashid H, et al. A cluster-randomised controlled trial to test the efficacy of facemasks in preventing respiratory viral infection among Hajj pilgrims. *J Epidemiol Glob Health*. 2015;5(2):181-189.

33. Ambrosch A, Rockmann F. Effect of two-step hygiene management on the prevention of nosocomial influenza in a season with high influenza activity. *J Hosp Infect*. 2016;94(2):143-149.

34. Chughtai AA, Seale H, Dung TC, Hayen A, Rahman B, Raina MacIntyre C. Compliance with the use of medical and cloth masks among healthcare workers in Vietnam. *Ann Occup Hyg*. 2016;60(5):619-630.

35. Sokol KA, De la Vega-Diaz I, Edmondson-Martin K, et al. Masks for prevention of respiratory viruses on the BMT unit: results of a quality initiative. *Transpl Infect Dis*. 2016;18(6):965-967.

36. MacIntyre CR, Chughtai AA, Rahman B, et al. The efficacy of medical masks and respirators against respiratory infection in healthcare workers. *Influen Other Respir Viruses*. 2017;11(6):511-517.

37. Zhang N, Li Y. Transmission of influenza A in a student office based on realistic person-to-person contact and surface touch behaviour. *Int J Environ Res Public Health*. 2018;15(8):E1699.

38. Glatt AE. Health care worker use of N95 respirators vs medical masks did not differ for workplace-acquired influenza. *Ann Intern Med*. 2020;172(2):JC7.

39. Simmerman JM, Suntarattiwong P, Levy J, et al. Findings from a household randomized controlled trial of hand washing and face masks to reduce influenza transmission in Bangkok. *Thail Influen Other Respir Viruses*. 2011;5(4):256-267.

40. Cowling BJ, Chan KH, Fang VJ, et al. Facemasks and hand hygiene to prevent influenza transmission in households: a cluster randomized trial. *Ann Intern Med*. 2009;151(7):437-462.

**How to cite this article:** Long Y, Hu T, Liu L, et al. Effectiveness of N95 respirators versus surgical masks against influenza: A systematic review and meta-analysis. *J Evid Based Med*. 2020;1-9. https://doi.org/10.1111/jebm.12381

Epidemics 20 (2017) 1–20

Plaintiffs' Exhibit 263

Contents lists available at ScienceDirect

# Epidemics

journal homepage: www.elsevier.com/locate/epidemics





Review

# Effectiveness of personal protective measures in reducing pandemic influenza transmission: A systematic review and meta-analysis

Patrick Saunders-Hastings [a,*], James A.G. Crispo [a,b], Lindsey Sikora [c], Daniel Krewski [a]

[a] University of Ottawa, McLaughlin Centre for Population Health Risk Assessment, 850 Peter Morand Crescent, Ottawa, ON, K1G 5Z3, Canada
[b] University of Pennsylvania, Department of Neurology, Philadelphia, PA, United States
[c] University of Ottawa, Health Sciences Library,451 Smyth Road, Ottawa, ON, Canada

ARTICLE INFO

Article history:
Received 28 December 2016
Received in revised form 20 March 2017
Accepted 24 April 2017
Available online 30 April 2017

Keywords:
Pandemic influenza
Systematic review
Hand hygiene
Facemask
Cough etiquette

ABSTRACT

The goal of this review was to examine the effectiveness of personal protective measures in preventing pandemic influenza transmission in human populations.

We collected primary studies from Medline, Embase, PubMed, Cochrane Library, CINAHL and grey literature. Where appropriate, random effects meta-analyses were conducted using inverse variance statistical calculations.

Meta-analyses suggest that regular hand hygiene provided a significant protective effect (OR = 0.62; 95% CI 0.52–0.73; $I^2$ = 0%), and facemask use provided a non-significant protective effect (OR = 0.53; 95% CI 0.16–1.71; $I^2$ = 48%) against 2009 pandemic influenza infection. These interventions may therefore be effective at limiting transmission during future pandemics.

PROSPERO Registration: 42016039896.

© 2017 The Authors. Published by Elsevier B.V. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

## Contents

1. Introduction ................................................................................................................. 2
2. Methods ..................................................................................................................... 2
   2.1. Overview .............................................................................................................. 2
   2.2. Search strategy ....................................................................................................... 2
   2.3. Eligibility criteria and study inclusion ................................................................................ 2
   2.4. Data extraction ....................................................................................................... 2
   2.5. Quality assessment .................................................................................................... 3
   2.6. Data synthesis and analysis ........................................................................................... 3
3. Results ...................................................................................................................... 3
   3.1. Included studies ...................................................................................................... 3
   3.2. Quality assessment .................................................................................................... 3
   3.3. Hand hygiene ......................................................................................................... 3
   3.4. Facemask use ......................................................................................................... 5
4. Discussion ................................................................................................................... 6
5. Conclusion ................................................................................................................... 8
   Conflicts of interest ...................................................................................................... 8
   Author contributions ...................................................................................................... 8
   Acknowledgements ......................................................................................................... 8
   Appendix A.  PRISMA 2009 checklist for systematic review and meta-analysis of personal protective
   measure effectiveness (Moher et al., 2009) ................................................................................ 9
   Appendix B.  Search strategy for relevant databases ....................................................................... 10
   Appendix C.  Articles excluded during full review ......................................................................... 15
   Appendix D.  Summary of individual study results .......................................................................... 16
   References ................................................................................................................ 19

* Corresponding author at: 55 Metcalfe Street, Suite 700, Ottawa, ON, K1P 6L5, Canada.
   E-mail address: psaun076@uottawa.ca (P. Saunders-Hastings).

http://dx.doi.org/10.1016/j.epidem.2017.04.003
1755-4365/© 2017 The Authors. Published by Elsevier B.V. This is an open access article under the CC BY license (http://creativecommons.org/licenses/by/4.0/).

*P. Saunders-Hastings et al. / Epidemics 20 (2017) 1–20*

## 1. Introduction

Influenza pandemics may arise from antigenic shifts, when reassortment between different viral strains results in the emergence of a novel influenza virus to which most individuals are immunologically naïve (Zambon, 1999). If this new pathogen causes clinical illness in humans and is able to transmit effectively between humans, a global pandemic may occur. This has happened four times in the past one hundred years: the 1918 Spanish flu, the 1957 Asian flu, the 1968 Hong Kong flu and the 2009 Swine flu. Together these events have resulted in millions of cases of illness, hospitalization and death, as well as a significant social and economic burden (Humphries, 2013; Henderson et al., 2009; Guan et al., 2010; Simonsen et al., 2013). The Spanish flu demonstrates the catastrophic potential of such events, having caused between 20 and 50 million deaths globally (Humphries, 2013; Jordan, 1927; Patterson and Pyle, 1991; Johnson and Mueller, 2002). Advances in medicine and public health render such dramatic consequences unlikely today (Saunders-Hastings and Krewski, 2016). The emergence of antivirals, vaccines and mechanical ventilators should help protect from such a catastrophic pandemic in the future, and pandemic-attributable mortality has decreased in the three influenza pandemics since the Spanish flu[9]. However, the unpredictable nature of influenza pandemics, coupled with increasing opportunities for viral reassortment, necessitate further studies of appropriate mechanisms to respond to such events and mitigate their impact.

The irregular cycle of influenza pandemics makes them difficult to study, with most of the available, scientifically rigorous data deriving from the recent 2009 pandemic. This is problematic given that the 2009 pandemic strain — A(H1N1)pdm09 — is known to have been quite mild, with hospitalization and death rates similar to recent seasonal influenza (Henderson et al., 2009). The disease characteristics of future pandemics may differ substantially from those in the past. Little is known about the effectiveness of a suite of potential interventions to interrupt pandemic influenza infection. This is especially true of non-pharmaceutical measures such as social distancing (school closure, patient quarantine) and personal protective measures (PPMs). Pharmaceutical measures such as pandemic vaccination are effective (Breteler et al., 2013; Demicheli et al., 2014; Manzoli et al., 2009; Yin et al., 2012; Saunders-Hastings et al., 2016), but may not be available in the early stages of a pandemic influenza outbreak (Madhav, 2013; Longini et al., 2004). Social distancing policies, meanwhile, are of uncertain effectiveness, and are often expensive, unpopular and difficult to implement (Isfeld-Kiely and Moghadas, 2014; Perez Velasco et al., 2012; Borse et al., 2011). Consequently, patient quarantine has not been broadly implemented since the 1918 pandemic (Markel et al., 2006), while uncertainty regarding the effectiveness of school closure has limited its implementation over the course of the past three pandemics (Trotter et al., 1959; Earn et al., 2012). However, PPMs such as respiratory etiquette, hand hygiene and the use of facemasks are inexpensive and easy to implement, and are commonly recommended and undertaken during influenza outbreaks (Aledort et al., 2007; Aiello et al., 2010a; van der Weerd et al., 2011).

The primary objective of this review and meta-analysis is to quantify the effectiveness of PPMs in reducing the risk of human-to-human pandemic influenza infection. A secondary objective is to assess the relative effectiveness of these interventions. This is currently an important knowledge gap: a search for existing systematic reviews evaluating pandemic influenza interventions found only a single systematic review (Wong et al., 2014) on the effectiveness of PPMs in preventing pandemic influenza infection; focusing specifically on hand hygiene in the community, the review found only one study that was conducted during an influenza pandemic (Suess et al., 2011). However, the authors only included randomized

control trials (RCTs) in their analysis, potentially missing important insights from observational studies. Given the important role PPMs may play in the early stages of a future pandemic, this review provides an important and timely assessment of the state of PPM literature and, where possible, quantification of pooled estimates of PPM effectiveness in interrupting pandemic influenza transmission.

## 2. Methods

### 2.1. Overview

Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) guidelines were used to guide the development of the systematic review methodology (Appendix A) (Moher et al., 2009). A protocol was developed *a priori* registered in the National Institute for Health Research International Prospective Register of Systematic Reviews (PROSPERO) (Saunders-Hastings et al., 2016).

### 2.2. Search strategy

The literature search was conducted by PSH on June 30, 2016, with no language or date restrictions. Searches were conducted across five databases: PubMed (all dates), Medline via Ovid (1946-June 30, 2016), Embase via Ovid (1947-June 30, 2016), Cochrane Library via Ovid (all dates) and the Cumulative Index to Nursing and Allied Health (CINAHL; all dates). Database-specific variations are included in Appendix B. To supplement these searches, researchers conducted searches of the reference lists of included studies, and of the grey literature using Google Scholar.

### 2.3. Eligibility criteria and study inclusion

In this review, investigators sought to assess the effectiveness of commonly recommended PPMs in reducing the risk of pandemic influenza infection in humans. Personal protective measures included any form of hand hygiene, use of facemasks or respiratory etiquette (covering mouth during coughing and sneezing). Interventions more commonly recommended for healthcare staff, and less likely to be implemented in community settings, were not considered. These interventions include the use of goggles, gowns and gloves to prevent influenza transmission. Table 1 lists the relevant eligibility criteria developed *a priori* and applied throughout the screening process.

All citations were imported into the web-based systematic review software DistillerSR (Evidence Partners Incorporated, Ottawa, Canada). Following deduplication, two independent, blind reviewers conducted title and abstract screening using a pilot-tested DistillerSR screening form that reflected the eligibility criteria. An assenting response from at least one reviewer resulted in article inclusion for full review, where articles were again subjected to blind review by two independent reviewers using a piloted DistillerSR form. At this stage, disagreements were resolved by consensus; third-party arbitration was implemented as necessary.

### 2.4. Data extraction

Two independent reviewers (PSH, JC) extracted data from included studies using an adapted data collection form developed by The Cochrane Collaboration (Anon., 2013). The form collected information on study population(s), methods, intervention(s), outcome measure(s) and results.

**Table 1**
Eligibility criteria for assessed studies.

| Category | Inclusion Criteria | Exclusion Criteria |
| --- | --- | --- |
| Population | Humans exposed to a pandemic influenza | *In vivo* and *in vitro* laboratory studies, and non-human species |
| Intervention(s) | Any form of hand hygiene, respiratory etiquette, or the wearing of facemasks | No intervention or other interventions, including vaccination, antiviral use, school or work closure, or contact reduction |
| Comparison(s) | The impact or effectiveness of an intervention of interest compared to no intervention or other forms of intervention. | No comparisons made |
| Outcome(s) | Quantified change in risk of pandemic influenza transmission | No quantified impact |
| Study type | Randomized trials, case-control, cohort, and cross-sectional studies | Predictive mathematical modeling studies; case study and case series reports; case-crossover, crossover, before-after, and ecologic studies; expert opinion and editorials; systematic reviews and meta-analyses |

### 2.5. Quality assessment

Quality assessment was conducted for included studies during the data extraction process. Tables assessing the risk of bias for randomized trials, case-control and cohort studies were included in the data extraction form. Quality assessment of randomized trials adopted the Cochrane Collaboration's tool for assessing risk of bias (Higgins et al., 2011). Quality appraisal for case-control and cohort studies was done using the Newcastle-Ottawa scale (Wells et al., 2014). Both tools have been externally validated and are commonly used in reviews of public health interventions (Higgins et al., 2011; Stang, 2010). Disagreements regarding potential sources of bias were discussed and resolved by consensus. The quality of cross-sectional studies was not assessed, as the risk of bias in these studies was deemed to be innately high, and cross-sectional studies were excluded from data pooling. Study quality was not used as an eligibility criterion; rather, potential sources of bias are noted in the discussion of the implications of review findings.

### 2.6. Data synthesis and analysis

Data from included studies were grouped based on categories of interventions and outcome measures. Synthesis proceeded in a two-stage process. Comparable data and risk estimates from studies with similar interventions and outcome measures were imported into Revman 5.3.5 (http://tech.cochrane.org/revman). Where possible, we used estimates of effect from models adjusted for the maximum number of covariates. Inverse variance weighting and random-effects modeling was used in all meta-analyses. The presence of significant data heterogeneity, as measured using the $I^2$ statistic ($I^2 > 50\%$ was considered to represent possible substantial uncertainty, as conveyed in the Cochrane Handbook (Anon., 2011), did not preclude data pooling, but was noted in the discussion of results. In instances where only a single study was identified, intervention results were excluded from meta-analyses and were qualitatively described. Data permitting, subgroup analyses by age were conducted. Risk of publication bias was assessed via funnel plot inspection and Egger regression test.

## 3. Results

A total of 2660 citations were retrieved from our search of the literature. Following elimination of duplicates, 1671 citations were retained for title and abstract review. Of these, 52 were retained for full review, along with a single study identified through additional searches. Overall, 16 studies met the inclusion criteria for our study and were subject to data extraction. The study selection process is summarized in Fig. 1, while a justification for articles excluded during full review is included in Appendix C.

### 3.1. Included studies

Of the 16 studies included, 15 (Cheng et al., 2010; Deng et al., 2010; Li et al., 2011; Liu et al., 2011; Toyokawa et al., 2011; Godoy et al., 2012; Kim et al., 2012; Suess et al., 2012; Zhang et al., 2012; Kuster et al., 2013; Remschmidt et al., 2013; Azor-Martinez et al., 2014; Merk et al., 2014; Torner et al., 2015; Zhang et al., 2013) quantitatively described at least one measure of hand hygiene effectiveness, while eight (Cheng et al., 2010; Deng et al., 2010; Toyokawa et al., 2011; Kim et al., 2012; Suess et al., 2012; Zhang et al., 2012; Kuster et al., 2013; Jaeger et al., 2011) measured the effectiveness of facemask use; no studies evaluating the impact of any form of respiratory etiquette, such as covering one's mouth during coughing or sneezing, were identified. All studies derived from the A(H1N1)pdm09 pandemic. Six unique combinations of intervention group and outcome measures were pooled for meta-analysis; two of these had significant data heterogeneity. There were insufficient data to conduct meta-analyses based on age group. The characteristics of individual studies are summarized in Table 2, organized by study and intervention types, while results from individual studies are included in Appendix D.

### 3.2. Quality assessment

Inter-rater agreement of the quality of included studies was strong. The results of this assessment are included in Tables 3–5, which highlights potential sources of bias across different study types. These are incorporated into the discussion of the implications of findings of our review. Funnel plots assessing the risk of publication bias are included in Fig. 2. Visual inspection of plots was used, as the limited number of included studies and dichotomous nature of the outcome measures of interest make regression testing inappropriate (Deeks et al., 2005).

### 3.3. Hand hygiene

Fifteen studies were identified from our search that evaluated the effectiveness of some form of hand hygiene in preventing pandemic influenza infection; two were RCTs (Suess et al., 2012; Azor-Martinez et al., 2014), eight were case-control studies (Cheng et al., 2010; Deng et al., 2010; Li et al., 2011; Liu et al., 2011; Godoy et al., 2012; Zhang et al., 2012; Torner et al., 2015; Zhang et al., 2013), three were cohort studies (Kuster et al., 2013; Remschmidt et al., 2013; Merk et al., 2014) and two were cross-sectional surveys (Toyokawa et al., 2011; Kim et al., 2012). Of the studies that could not be pooled for meta-analysis, two RCTs reported a significant effect of hand hygiene. One reported that the incidence and proportion of school absence associated with pandemic influenza decreased in schools where a hand sanitizer intervention was implemented (Azor-Martinez et al., 2014), while the other found that hand hygiene in conjunction with facemask use reduced risk of secondary influenza infection (OR = 0.26; 95% confidence



**Fig. 1.** Data selection process.

**Table 2**
Summary of included studies.

| Study | Type of Study | Population | Participants (N) | Intervention(s) | Outcome(s) |
|---|---|---|---|---|---|
| Azor-Martinez et al. (2014) | RCT | Children aged 4–12 in Spain | 1,616 | Hand sanitizer | School absenteeism |
| Cheng et al. (2010) | Case-control study | Healthcare workers in Hong Kong | 836 | Surgical mask use and hand hygiene | Laboratory-confirmed influenza infection |
| Deng et al. (2010) | Case-control study | Healthcare workers in Beijing, China | 280 | Surgical masks and use of disposable tissues for hand hygiene | Laboratory-confirmed influenza infection |
| Godoy et al. (2012) | Multicenter case-control study | Inpatients and individuals who received primary care at participating centers | 3,087 | Hand hygiene | Hospital admission with laboratory-confirmed influenza |
| Jaeger et al. (2011) | Cohort study | Healthcare workers in Southern California | 63 | Surgical masks and N95 respirators | Laboratory-confirmed influenza infection |
| Kim et al. (2012) | Cross-sectional survey | School-aged children in South Korea | 15,945 | Handwashing and facemask use | Laboratory-confirmed influenza infection |
| Kuster et al. (2013 | Cohort study | Adult healthcare and non-healthcare workers in Toronto, Canada | 732 | Hand hygiene and facial protection | Laboratory-confirmed influenza infection |
| Li et al. (2011) | Case-control study | Students 15–21 years old in Guangzhou, China | 1,644 | Handwashing | Laboratory-confirmed influenza infection |
| Liu et al. (2011) | Case-control study | Individuals in Beijing, China | 216 | Handwashing | Secondary household infection (diagnosis) |
| Merk et al. (2014) | Cohort study | Individuals 17–95 in Stockholm, Sweden | 4,365 | Handwashing | Influenza-like illness |
| Remschmidt et al. (2013) | Cohort study | German households with an infected individual ≥2 years old | 375 | Handwashing | Secondary household infection (ILI) |
| Suess et al. (2012) | Cluster RCT | Households in Berlin, Germany with an infected individual ≥2 years old | 302 | Facemasks and hand hygiene | Laboratory-confirmed secondary influenza infection |
| Torner et al. (2015) | Multicenter case-control study | Outpatient children 6 months to 7 years old in Spain | 478 | Hand hygiene | Laboratory-confirmed influenza infection |
| Toyokawa et al. (2011) | Cross-sectional survey | Healthcare workers in Kobe, Japan | 269 | Hand hygiene, surgical masks, and N95 respirators | Laboratory-confirmed influenza infection |
| Zhang et al. (2012) | Case-control study | Healthcare workers in Beijing, China | 255 | Hand hygiene and mask use | Laboratory-confirmed influenza infection |
| Zhang et al. (2013) | Case-control study | Households in China | 162 (households) | Handwashing | Laboratory-confirmed secondary influenza infection |

**Table 3**
Risk of bias assessment of included RCTs.

| RCT | Risk of Bias (low, high, unclear) | | | | | | |
|---|---|---|---|---|---|---|---|
| | Random Sequence Generation | Allocation Concealment | Performance Bias | Detection Bias | Attrition Bias | Reporting Bias | Other Bias |
| Azor-Martinez et al. (2014) | Low | Unclear | High | High | Low | Low | High |
| Suess et al. (2012) | Unclear | Low | Low | Unclear | Low | High | None |

interval (CI) 0.07–0.93) (Suess et al., 2012). These were not pooled because they did not have a comparable outcome measure or single intervention, respectively. A single cohort study reported that each 10% increase in healthcare worker adherence to hand hygiene recommendations resulted in a reduced risk of influenza infec-

tion (OR = 0.84; 95% CI 0.73–0.98) (Kuster et al., 2013), but was not pooled because it did not provide estimates of effect that compared an intervention to a control. Two cross-sectional surveys reported a non-significant protective effect of subjectively reported "frequent" hand-washing, with OR = 0.99 (95% CI 0.96–1.02) (Kim et al.,

**Table 4**
Risk of bias assessment of included cohort studies.

| Cohort Study | Risk of Bias[a] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Exposed Cohort Representativeness | Non-Exposed Cohort Selection | Ascertainment of Exposure | Absence of Outcome at Start | Comparability of Cohorts | Assessment of Outcome | Length of Follow Up | Adequacy of Follow up | Total Score |
| Jaeger et al. (2011) | 0 | 1 | 0 | 0 | 0 | 1 | 1 | 1 | 4 |
| Kuster et al. (2013) | 1 | 0 | 0 | 1 | 1 | 1 | 1 | 1 | 6 |
| Merck et al., (2014) | 1 | 1 | 0 | 0 | 1 | 0 | 1 | 1 | 5 |
| Remschmidt et al. (2013) | 0 | 1 | 1 | 0 | 0 | 0 | 1 | 0 | 3 |

[a] Score of 0 indicates risk of bias; a score of 1 or 2 was awarded if the study took appropriate measures to limit the risk of bias. The forms and criteria used for quality assessment can be found at (Higgins et al., 2011) for RCTs and (Wells et al., 2014) for case-control and cohort studies.

**Table 5**
Risk of bias assessment of included case-control studies.

| Case-Control Study | Risk of Bias[a] | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Case Definition | Case Representativeness | Selection of Controls | Definition of Controls | Comparability of Cases and Controls | Ascertainment of Exposure | Method of Ascertainment | Non-Response Rate | Total Score |
| Cheng et al. (2010) | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 1 | 7 |
| Deng et al. (2010) | 1 | 0 | 0 | 1 | 0 | 0 | 1 | 1 | 4 |
| Godoy et al. (2011) | 1 | 0 | 1 | 1 | 0 | 0 | 1 | 0 | 4 |
| Li et al. (2011) | 0 | 1 | 1 | 0 | 0 | 1 | 1 | 1 | 5 |
| Liu et al. (2011) | 0 | 1 | 1 | 1 | 2 | 0 | 1 | 1 | 7 |
| Torner et al. (2015) | 1 | 1 | 1 | 1 | 2 | 0 | 1 | 1 | 7 |
| Zhang et al. (2013) | 1 | 1 | 1 | 1 | 1 | 0 | 1 | 1 | 7 |
| Zhang et al. (2012) | 1 | 1 | 1 | 1 | 2 | 0 | 0 | 0 | 6 |

[a] Score of 0 indicates risk of bias; a score of 1 or 2 was awarded if the study took appropriate measures to limit the risk of bias. The forms and criteria used for quality assessment can be found at (Higgins et al., 2011) for RCTs and (Wells et al., 2014) for case-control and cohort studies.

2012) and OR = 0.58 (95% CI 0.07–5.13) (Toyokawa et al., 2011), but were excluded from meta-analysis due to the innately high bias in cross-sectional surveys.

The remaining studies were pooled to examine five intervention-outcome comparisons, included in Fig. 3. Meta-analysis of five studies (Li et al., 2011; Liu et al., 2011; Godoy et al., 2012; Torner et al., 2015; Zhang et al., 2013) comparing the frequency of hand-washing with laboratory-confirmed influenza found a significant protective effect, but also significant statistical heterogeneity (Fig. 3a; N = 5789; OR = 0.74; 95% CI 0.56–0.97; I² = 72%). However, this protective effect was even more pronounced in a subgroup analysis excluding studies where frequency was subjectively defined by the study participants, and retaining those that reported a minimum number of times study participants washed their hands daily (Fig. 3b; N = 3930; OR = 0.62; 95% CI 0.52–0.73; I² = 0%) (Godoy et al., 2012; Torner et al., 2015; Zhang et al., 2013).

A separate meta-analysis of two cohort studies (Remschmidt et al., 2013; Merk et al., 2014) comparing hand-washing frequency with self-reported influenza-like illness (ILI) found a non-significant increase in risk associated with hand-washing (Fig. 3c; N = 4740; RR = 1.12; 95% CI 0.76–1.64; I² = 0%). A meta-analysis of two case-control studies (Godoy et al., 2012; Torner et al., 2015) examining the subjectively defined "occasional" use of alcohol-based sanitizers also found a non-significant risk increase in the presence of significant statistical heterogeneity (Fig. 3d; N = 3565; OR = 1.04; 95% CI 0.57–1.89; I² = 68%).

Hand hygiene motivated by influenza exposure was found to be significantly protective in two cases. Occasional hand hygiene both following contact with an index case (Fig. 3e; N = 1371; OR = 0.29; 95% CI 0.09-0.93; I² = 31%) (Cheng et al., 2010; Deng et al., 2010; Zhang et al., 2012) and following contact with contaminated surfaces (Fig. 3f; N = 3565; OR = 0.65; 95% CI 0.50–0.83; I² = 0%) (Godoy et al., 2012; Torner et al., 2015) was found to protect against confirmed pandemic influenza infection.

### 3.4. Facemask use

Eight studies evaluated the effectiveness of facemask use in preventing pandemic influenza infection (Cheng et al., 2010; Deng et al., 2010; Toyokawa et al., 2011; Kim et al., 2012; Suess et al., 2012; Zhang et al., 2012; Kuster et al., 2013; Jaeger et al., 2011). One cohort study reported that the risk of influenza infection among healthcare workers decreases for each 10% increase in adherence to facial protection guidelines (OR = 0.92; 95% CI 0.79–1.07) (Kuster et al., 2013) was not pooled for meta-analysis because it did not provide estimates of effect comparing an intervention to a control. A cluster randomized control trial found a significantly protective effect of facemask use (OR = 0.28; 95% CI 0.08–0.98) (Suess et al., 2012). A cohort study found a non-significant protective effect (RR = 0.09; 0.00–1.60)(Jaeger et al., 2011) One cross-sectional survey reported a significant protective effect of continuous mask use in children, relative to non-users (OR = 0.51; 95% CI 0.30-0.88), but a non-significant risk increase in irregular users relative to non-users (OR = 1.02; 95% CI 0.83–1.25) (Kim et al., 2012). Another cross-sectional survey reported a non-significant risk increase associated with frequent use of surgical masks (OR = 6.59; 95% CI 0.55–78.3) and N95 respirators (OR = 2.28; 95% CI 0.20–20.2) relative to infrequent use, but is based on a small sample size (N = 87) (Toyokawa et al., 2011). Of the remaining three studies pooled for meta-analysis (Cheng et al., 2010; Deng et al., 2010; Suess et al., 2012; Zhang et al., 2012; Jaeger et al., 2011), all reported on the use of facemasks among healthcare workers dealing with infected patients. Meta-analysis found a non-significant protective effect of mask use in preventing influenza infection (Fig. 3g; N = 1371; OR = 0.53; 95% CI 0.16–1.71; I² = 48%). If the randomized control trial and cohort study were pooled with the case–control studies, heterogeneity decreased and a significant protective effect was found (not illustrated: N = 1736; OR = 0.41 95% CI 0.18–0.92; I² = 35%).

6            *P. Saunders-Hastings et al. / Epidemics 20 (2017) 1–20*



**Fig. 2.** Funnel plots assessing publication bias in meta-analysis results for (a) hand-washing frequency and influenza; (b) subgroup analysis of hand-washing frequency and influenza; (c) hand-washing frequency and ILI; (d) hand sanitizer use and influenza; (e) hand hygiene after contact with an index case and influenza; (f) hand hygiene after contact with contaminated surfaces and influenza; and (g) facemask use and influenza.

## 4. Discussion

Analyses of hand hygiene found significant protective effects associated with frequent hand-washing and hand-washing after contact with an index patient or a contaminated surface. These results compare favourably to the results of a systematic review of RCTs evaluating hand hygiene effectiveness during seasonal influenza epidemics, which found a significant protective effect associated with a combination of hand hygiene and facemask use, but no significant effect of hand hygiene alone in preventing influenza infection (Wong et al., 2014). Non-significant increases in risk were associated with hand-washing frequency and ILI and with the occasional use of hand sanitizer and influenza, although these results are based on small samples size and subjective definitions of intervention and outcome measures by primary study authors.

No studies were found that evaluated the effectiveness of respiratory etiquette. However, a recent study evaluated the effectiveness of cough etiquette maneuvers in blocking aerosol particles, finding that they did not block the release or dispersion of aerosol droplets, particularly those smaller than one micron in size (Zayas et al., 2013). As a virus, influenza particles are extremely small, measuring 0.08–0.12 μm in diameter (Stanley, 1944), and could easily be carried in small droplets expelled during coughing or sneezing.

The present systematic review is the first to successfully quantify the effectiveness of PPMs in preventing pandemic influenza infection. Several past reviews have attempted to produce an estimate of effect by reviewing the impact of personal protective measures on transmission of multiple respiratory viruses (Aledort et al., 2007; Bin-Reza et al., 2012; Jefferson et al., 2010; Jefferson et al., 2011). Jefferson and colleagues, for example, pooled case-control study data to calculate estimates of effect of handwashing eleven times a day and simple mask-wearing against SARS transmission, estimating OR of 0.54 (95% CI 0.44–0.67) and 0.32 (95% CI 0.26–0.39), respectively; these do not differ significantly from our own estimates. However, as the authors of one of these reviews recognized, observational studies of SARS are "of limited use for guiding policy on influenza" (Bin-Reza et al., 2012). This is because the epidemiology of SARS differs substantially from that of influenza: SARS transmission tends to occur predominantly in nosocomial settings and infection rarely affects children, involves a long incubation period and low infectiousness in the early stages (Bin-Reza et al., 2012). It should also be noted that, across the reviews mentioned above, the latest search conducted was in January, 2011; all but one of our included studies were published after this date, demonstrating that primary research associated with the A(H1N1)pdm09 strain was still being published at the time these reviews were conducted.

It has been postulated that the effectiveness of PPMs during seasonal influenza epidemics may differ during an influenza pandemic (Bell et al., 2006; Aiello et al., 2010b; Canini et al., 2010; Cowling et al., 2009; MacIntyre et al., 2009a), as public anxiety may increase rates of intervention adherence. There is also uncertainty regarding the relative importance of contact, droplet and airborne routes of transmission in driving influenza infection (Weinstein et al., 2003; Mubareka et al., 2009), which will impact the importance of PPMs targeting a particular route (hand hygiene for contact transmission, respiratory etiquette and facemask use for airborne and droplet transmission).

The role of different routes of transmission may shift during influenza pandemics, given their unpredictable seasonality relative to the usual Northern Hemisphere flu season, which tends to run from October through March but peaks between December and February (CDC, 2016). Colder temperatures ($\leq 4\,°C$) tend to prolong the environmental persistence of influenza A (Poulson et al., 2016), which could increase the relative burden of contact transmission and the importance of hand hygiene after contact with contaminated surfaces.

Conversely, studies using guinea pigs have found that high temperatures ($\geq 30\,°C$) prevent aerosol transmission of influenza, but do not affect contact transmission (Lowen et al., 2007, 2008). Meanwhile, low relative humidity (20–30%) appears to promote influenza virus survival in air, increasing aerosol and droplet transmission; these are inhibited at high relative humidity ($\geq 80\%$) (Lowen et al., 2007; Killingley and Nguyen Van-Tam, 2013). Taken together, variability in adherence and transmission patterns may alter the effectiveness of PPMs during an influenza pandemic relative to a seasonal epidemic; this uncertainty has resulted in challenges for health policy and infection control efforts (Killingley and Nguyen Van-Tam, 2013).

Enhancing knowledge in this area is crucial to informing recommendations on the use of individual protective measures during future influenza pandemics. We conducted a systematic review of the primary literature, pooling data where possible and appropriate to arrive at quantitative estimates of intervention effectiveness. The primary finding was that regular hand hygiene was significantly protective in protecting from pandemic influenza infection, while facemask use was not significantly protective.

The significant protective effect of hand hygiene following contact with infected individuals or contaminated cases, which were



**Fig. 3.** Forest plots of meta-analysis results of for (a) hand-washing frequency and influenza; (b) subgroup analysis of hand-washing frequency and influenza; (c) hand-washing frequency and ILI; (d) hand sanitizer use and influenza; (e) hand hygiene after contact with an index case and influenza; (f) hand hygiene after contact with contaminated surfaces and influenza; and (g) facemask use and influenza.

found to be comparable to general hand hygiene practices; this supports the position that protective measures both during and immediately following viral exposure will drive intervention effec-

tiveness. While this seems intuitively reasonable, an important implication is that the frequency of performing such maneuvers may need to increase in pandemic situations, where attack rates

and viral loads are likely to be higher than during seasonal epidemics (Jefferson et al., 2014), increasing the frequency of exposure events.

Our systematic review is not without limitations. Out of a recognition that little non-pharmaceutical intervention research that has been conducted in pandemic settings, we took a broad approach to the search strategy, combining multiple intervention-outcome pairs. This did not restrict depth of analysis, however, as data were still limited. Second, most studies included in our review have a moderate-to-high risk of bias, which may limit the interpretability of their results. Inappropriate or unspecified ascertainment of exposure was the most common source of potential bias (Deng et al., 2010; Li et al., 2011; Godoy et al., 2012; Zhang et al., 2012; Kuster et al., 2013; Merk et al., 2014; Torner et al., 2015; Zhang et al., 2013; Jaeger et al., 2011), due to a lack of blinding and reliance of subject self-reporting. While more logistically complicated and resource-intensive, prospective studies that verify subject behaviour would enhance understanding of intervention effectiveness. The representativeness of cases (Deng et al., 2010; Godoy et al., 2012; Torner et al., 2015) and exposed cohorts (Li et al., 2011; Remschmidt et al., 2013; Jaeger et al., 2011), along with their comparability to control groups (Deng et al., 2010; Li et al., 2011; Godoy et al., 2012; Remschmidt et al., 2013; Torner et al., 2015; Jaeger et al., 2011), present other sources of bias, as the potential for selection bias was often present, and studies often failed to account for important confounding factors, such as vaccination status.

The non-blinded, retrospective nature of most studies included in our review presents a risk of performance, detection, and reporting biases, which could over-estimate the true effectiveness of PPMs in preventing influenza infection, as cases and controls may misjudge their adoption of PPMs in order to rationalize their infection status. Given the overall lack of data on this subject, quality-based subgroup analyses were not conducted. A range of economical, logistical and ethical barriers present substantial challenges in the design of controlled, prospective pandemic influenza intervention trials; consequently, it was decided that the potential importance of non-pharmaceutical interventions justifies the decision to acquire as much data as possible, despite risks of biased results. Assessment of funnel plots (Fig. 2) demonstrated some asymmetry and gaps; this may be indicative of publication bias, but is it impossible to conclude with certainty given the small number of studies included in each meta-analysis. It should also be noted that all available data were obtained from studies conducted within the context of the A(H1N1)pdm09 pandemic; this unavoidable constraint may limit the generalizability of our findings to future pandemics of unknown severity. It would be inappropriate to extrapolate this across all strains of past and future pandemics, which may differ in terms of pathogenicity, timing and public response.

Important knowledge gaps persist. It is unclear what constitutes an appropriate "threshold" for adequate, protective hand hygiene and facemask use; it is likely that this will vary depending on individual factors such as exposure, susceptibility and risk of adverse outcomes. This presents challenges in recommending appropriate behaviour during pandemic situations. Study questions using subjective terms to define frequency of PPM use, such as "rarely", "occasionally" or "sometimes", contribute to this problem. A study of facemask use (Kim et al., 2012), for example, found a significant protective effect of regular use relative to no use, but not of irregular use relative to no use; it is unclear how much time spent wearing a facemask is necessary to constitute "continuous".

This self-reporting by study subjects of their own intervention status likely contributed to the observed heterogeneity, complicating interpretation of the findings. Studies based on the exact number of times an action was performed daily are likely to provide more reliable results, although such studies are also at risk of recall bias. Small sample sizes have limited the statistical power of our meta-analyses, and the relative merits of use different forms of PPMs are uncertain.

Given the questionable effectiveness of respiratory etiquette, mask use and hand hygiene should form the foundation of protective behavior. As compliance with good hand hygiene practices may be higher than that for facemasks, which have been poorly accepted in the past (MacIntyre et al., 2009b; Tooher et al., 2013), an optimal intervention strategy may combine broad recommendations for frequent hand hygiene, combined with targeted facemask use among high-risk populations (healthcare workers, schools-aged children, the elderly). Risk communication strategies should clarify locations and situations where viral contact is likely, emphasizing the value of engaging in protective behaviours during and immediately following exposure to these environments.

## 5. Conclusion

This review constitutes a contribution to pandemic influenza research, presenting the first systematic review and meta-analysis to quantify the effectiveness of PPMs in preventing pandemic influenza transmission. While data were not available on the effectiveness of respiratory etiquette, hand hygiene was found to be significantly effective in preventing infection. Facemask use demonstrated mixed results, but a randomized control trial suggests that it is effective. Future studies are needed to evaluate the relative impact of different routes of influenza transmission, and how this may shift between seasonal and pandemic settings. Despite persisting knowledge gaps in relative effectiveness between interventions and across population groups, results suggest that campaigns to increase the frequency of hand hygiene, alongside use of facemasks in situations with a high risk of exposure, are likely to contribute to preventing pandemic influenza infection.

### Conflicts of interest

None declared.

### Author contributions

PSH conceived the project, developed the search strategy and protocol, conducted article screening, data extraction, and meta-analyses, and drafted the article. JC conducted article screening and data extraction, provided comments and feedback throughout process, and contributed to manuscript writing. LS reviewed the search strategy and contributed to manuscript writing. DK provided comments and feedback throughout process and contributed to manuscript writing.

### Acknowledgements

The authors thank Can Chen and Katherine Saunders-Hastings for their assistance in translating foreign language articles. DK is the Natural Sciences and Engineering Council of Canada Chair in Risk Science at the University of Ottawa.

Plaintiffs' Exhibit 264

acpjournals.org

# Effectiveness of Surgical and Cotton Masks in Blocking SARS–CoV-2: A Controlled Comparison in 4 Patients

*Sung-Han  Kim*

5-6 minutes

*Background:* During respiratory viral infection, face masks are thought to prevent transmission (1). Whether face masks worn by patients with coronavirus disease 2019 (COVID-19) prevent contamination of the environment is uncertain (2, 3). A previous study reported that surgical masks and N95 masks were equally effective in preventing the dissemination of influenza virus (4), so surgical masks might help prevent transmission of severe acute respiratory syndrome–coronavirus 2 (SARS–CoV-2). However, the SARS–CoV-2 pandemic has contributed to shortages of both N95 and surgical masks, and cotton masks have gained interest as a substitute.

*Objective:* To evaluate the effectiveness of surgical and cotton masks in filtering SARS–CoV-2.

*Methods and Findings:* The institutional review boards of 2 hospitals in Seoul, South Korea, approved the protocol, and we invited patients with COVID-19 to participate. After providing informed consent, patients were admitted to negative pressure isolation rooms. We compared disposable surgical masks (180 mm × 90 mm, 3 layers [inner surface mixed with polypropylene and polyethylene, polypropylene filter, and polypropylene outer surface], pleated, bulk packaged in cardboard; KM Dental Mask, KM Healthcare Corp) with reusable 100% cotton masks (160 mm × 135 mm, 2 layers, individually packaged in plastic; Seoulsa).

A petri dish (90 mm × 15 mm) containing 1 mL of viral transport media (sterile phosphate-buffered saline with bovine serum albumin, 0.1%; penicillin, 10 000 U/mL; streptomycin, 10 mg; and amphotericin B, 25 μg) was placed approximately 20 cm from the patients' mouths. Patients were instructed to cough 5 times each onto a petri dish while wearing the following sequence of masks: no mask, surgical mask, cotton mask, and again with no mask. A separate petri dish was used for each of the 5 coughing episodes. Mask surfaces were swabbed with aseptic Dacron swabs in the following sequence: outer surface of surgical mask, inner surface of surgical mask, outer surface of cotton mask, and inner surface of cotton mask.

The median viral loads of nasopharyngeal and saliva samples from the 4 participants were 5.66 log copies/mL and 4.00 log copies/mL, respectively. The median viral loads after coughs without a mask, with a surgical mask, and with a cotton mask were 2.56 log copies/mL, 2.42 log copies/mL, and 1.85 log copies/mL, respectively. All swabs from the outer mask surfaces of the masks were positive for SARS–CoV-2, whereas most swabs from the inner mask surfaces were negative (Table).

Table. SARS–CoV-2 Viral Load in Patient Samples, Petri Dishes, and Mask Surfaces

| Characteristic | Patient 1 (Hospital A) | Patient 2 (Hospital A) | Patient 3 (Hospital B) | Patient 4 (Hospital B) |
|---|---|---|---|---|
| Age, y | 61 | 62 | 35 | 82 |
| Sex | Male | Female | Male | Female |

| Clinical diagnosis | Pneumonia | Upper respiratory infection | Upper respiratory infection | Pneumonia with ARDS |
|---|---|---|---|---|
| Symptom onset before admission, d | 24* | 4 | 5 | 10 |
| Timing of the mask test, hospital days | 8 | 4 | 2 | 14 |
| Viral load, log copies/mL | | | | |
| Nasopharyngeal swab | 7.68 | 5.42 | 5.98 | 3.57 |
| Saliva | 4.29 | 2.59 | 5.91 | 3.51 |
| Petri dish | | | | |
| Coughing without a mask (before control) | 3.53 | 2.14 | 2.52 | ND |
| Coughing with a surgical mask | 3.26 | 1.80 | 2.21 | ND |
| Coughing with a cotton mask | 2.27 | ND | 1.42 | ND |
| Coughing without a mask (after control) | 3.23 | 2.06 | 2.44 | 2.44 |
| Mask surface | | | | |
| Outer surface of surgical mask | 2.21 | 2.11 | 2.63 | 2.59 |
| Inner surface of surgical mask | ND | ND | 2.00 | ND |
| Outer surface of cotton mask | 2.76 | 2.66 | 3.61 | 2.58 |
| Inner surface of cotton mask | ND | ND | 3.70 | ND |

ARDS = acute respiratory distress syndrome; ND = not detected; SARS-CoV-2 = severe acute respiratory syndrome-coronavirus 2.
* Transferred from the other hospital.

*Discussion:* Neither surgical nor cotton masks effectively filtered SARS–CoV-2 during coughs by infected patients. Prior evidence that surgical masks effectively filtered influenza virus (1) informed recommendations that patients with confirmed or suspected COVID-19 should wear face masks to prevent transmission (2). However, the size and concentrations of SARS–CoV-2 in aerosols generated during coughing are unknown. Oberg and Brousseau (3) demonstrated that surgical masks did not exhibit adequate filter performance against aerosols measuring 0.9, 2.0, and 3.1 μm in diameter. Lee and colleagues (4) showed that particles 0.04 to 0.2 μm can penetrate surgical masks. The size of the SARS–CoV particle from the 2002–2004 outbreak was estimated as 0.08 to 0.14 μm (5); assuming that SARS-CoV-2 has a similar size, surgical masks are unlikely to effectively filter this virus.

Of note, we found greater contamination on the outer than the inner mask surfaces. Although it is possible that virus particles may cross from the inner to the outer surface because of the physical pressure of swabbing, we swabbed the outer surface before the inner surface. The consistent finding of virus on the outer mask surface is unlikely to have been caused by experimental error or artifact. The mask's aerodynamic features may explain this finding. A turbulent jet due to air leakage around the mask edge could contaminate the outer surface. Alternatively, the small aerosols of SARS–CoV-2 generated during a high-velocity cough might penetrate the masks. However, this hypothesis may only be valid if the coughing patients did not exhale any large-sized particles, which would be expected to be deposited on the inner surface despite high velocity. These observations support the importance of hand hygiene after touching the outer surface of masks.

This experiment did not include N95 masks and does not reflect the actual transmission of infection from patients with COVID-19 wearing different types of masks. We do not know whether masks shorten the travel distance of droplets during coughing. Further study is needed to recommend whether face masks decrease transmission of virus from asymptomatic individuals or those with suspected COVID-19 who are not coughing.

In conclusion, both surgical and cotton masks seem to be ineffective in preventing the dissemination of SARS–CoV-2 from the coughs of patients with COVID-19 to the environment and external mask surface.

Int Arch Occup Environ Health (2005) 78: 501–509
DOI 10.1007/s00420-004-0584-4

Plaintiff's Exhibit 265

## SHORT COMMUNICATION

Y. Li · H. Tokura · Y.P. Guo · A.S.W. Wong · T. Wong
J. Chung · E. Newton

# Effects of wearing N95 and surgical facemasks on heart rate, thermal stress and subjective sensations

Received: 7 June 2004 / Accepted: 6 October 2004 / Published online: 26 May 2005
© Springer-Verlag 2005

**Abstract** *Aim*: The study was aimed at investigating the effects of wearing N95 and surgical facemasks with and without nano-functional treatments on thermophysiological responses and the subjective perception of discomfort. *Method*: Five healthy male and five healthy female participants performed intermittent exercise on a treadmill while wearing the protective facemasks in a climate chamber controlled at an air temperature of 25°C and a relative humidity of 70%. Four types of facemasks, including N95 (3M 8210) and surgical facemasks, which were treated with nano-functional materials, were used in the study. *Results*: (1) The subjects had significantly lower average heart rates when wearing nano-treated and untreated surgical facemasks than when wearing nano-treated and untreated N95 facemasks. (2) The outer surface temperature of both surgical facemasks was significantly higher than that of both N95 facemasks. On the other hand, the microclimate and skin temperatures inside the facemask were significantly lower than those in both N95 facemasks. (3) Both surgical facemasks had significantly higher absolute humidity outside the surface than both N95 facemasks. The absolute humidity inside the surgical facemask was significantly lower than that inside both N95 facemasks. (4) Both surgical facemasks were rated significantly lower for perception of humidity, heat, breath resistance and overall discomfort than both N95 facemasks. The ratings for other sensations, including

feeling unfit, tight, itchy, fatigued, odorous and salty, that were obtained while the subjects were wearing the surgical facemasks were significantly lower than when the subjects were wearing the N95 facemasks. (5) Subjective preference for the nano-treated surgical facemasks was the highest. There was significant differences in preference between the nano-treated and untreated surgical facemasks and between the surgical and N95 facemasks. *Discussion*: We discuss how N95 and surgical facemasks induce significantly different temperature and humidity in the microclimates of the facemasks, which have profound influences on heart rate and thermal stress and subjective perception of discomfort.

**Keywords** Facemasks · Nano-functional materials · Microclimate inside the facemasks · Subjective perception

## Introduction

Facemasks are critical components of personal protective equipment (PPE) for healthcare workers, particularly when those workers are dealing with transmitted diseases, such as the severe acute respiratory syndrome (SARS) outbreak that occurred in March 2003. Seto et al. (2003) performed a case study in five Hong Kong hospitals, involving 241 non-infected staff and 13 infected staff who were exposed to 11 patients with SARS, and they concluded that SARS was contagious by droplets. They suggested that the wearing of facemasks was of significance in reducing the risk of contagion after exposure to patients with SARS. Wong et al. (2004) reported a study on effective personal protective clothing (PPC) for healthcare workers attending patients with SARS. In the World Health Organization (WHO) (2003) and the US Centers for Disease Control (CDC) (2004) guidelines for PPE, facemasks with 95% filtration efficiency or above are required for healthcare workers exposed to SARS patients.

Y. Li (✉) · H. Tokura · Y.P. Guo · A.S.W. Wong · E. Newton
Institute of Textiles and Clothing,
The Hong Kong Polytechnic University,
Hung Hom, Kowloon,
Hong Kong
E-mail: tcliyi@polyu.edu.hk
Tel.: +852-2-7666479
Fax: +852-2-7731432

T. Wong · J. Chung
School of Nursing,
The Hong Kong Polytechnic University, Kowloon,
Hong Kong

502

Hayashi and Tokura (2004) found that it was important to prevent an excessive increase of microclimate temperature and humidity inside the facemask in order to reduce heat stress on the body when farmers were spraying pesticides in a warm environment. Farquharson and Baguley (2003) reported that Emergency Department (ED) staff taking care of SARS patients at a hospital in Toronto wore double isolation gowns, a hair cap, an N95 facemask, a face shield and two pairs of gloves. ED staff had 12-h shift work while wearing N95 facemasks. Only one individual could take off his or her facemask at one time in an enclosed room. As soon as the staff had finished meals and drinks they had to wear the facemask again. Such situations made ED staff extremely stressed. Nielsen et al. (1987) found that the facemask air temperature significantly influenced thermal sensations of the whole body. Meyer et al. (1997) reported that the acceptable duration of wearing respiratory protective devices was about 1 h in a work environment with an air temperature of 18°C on average, and that the comfort sensation was reduced with increase of the air temperature. Similarly, White et al. (1991) found that the wearing of chemical protective clothing significantly reduced acceptable working time due to increased heat stress. These findings show clearly that serious heat stress occurs within the body when protective clothing is worn, which could cause workers to tire more easily and reduce their working time.

In a previous paper we reported that the N95 facemask had a filtration efficiency greater than 96% during wear, comparing surgical facemasks of 95% filtration efficiency (Li et al. 2004). Both N95 and surgical facemasks treated with nano-functional materials had significantly higher repellence to water, which can prevent droplets contaminated with viruses and bacteria from penetrating the facemasks by capillary actions during breathing cycles. Further, it has been shown that surgical facemasks treated with nano-functional materials have a significant ability to inactivate bacteria (Yao et al. 2004). It is important for one to know what impact the wearing of different types of facemasks has on heat stress and discomfort, as the filtration efficiency is similar between surgical and N95 facemasks, and whether the nano-functional treatment has an influence on heat stress and discomfort. In this paper, we report an experimental study on the effects of wearing different kinds of facemasks with and without nano-functional treatments on thermophysiological response and subjective perception of discomfort.

## Methods

### Subject

Ten healthy subjects, five men and five women, participated in the study, and their physical characteristics are summarized in Table 1. None was a smoker. Female subjects participated in the experiment only when they were during follicular phases.

Every participant was tested four times at the same time of day on four different days, wearing one of four types of facemasks. Before the first experiment the subjects were required to read an information sheet, on which the nature, purpose, method, and risks of the study were described, and then sign a consent form. They had the right to question any part of the procedure and to withdraw themselves from the experiment at any time without penalty. The human subjects ethics and sub-committee of The Hong Kong Polytechnic University approved the experimental protocol.

### Facemasks

In the experiments we used four types of facemasks, including N95 (3M 8210) and surgical facemasks, which were treated with nano-functional materials to stop virus penetration by capillary action and to inactivate bacteria (Yao et al. 2004). Both facemasks are commercially available to hospitals and clinics in Hong Kong. The physical characteristics of the four types of mask are described in Table 2.

### Physiological measurements

Skin and clothing microclimate (temperature, humidity) inside and outside the facemasks and inside shirts were continuously recorded by a logger (SCXI-1161, National

**Table 1** Physical characteristic of human subjects

| Characteristic | Male | | | Female | | |
|---|---|---|---|---|---|---|
| | Average | SD | Range | Average | SD | Range |
| Age (years) | 28.0 | 5.4 | 22–37 | 29.4 | 8.4 | 21–41 |
| Weight (kg) | 68.8 | 7.8 | 56–74 | 55.5 | 8.9 | 41–62 |
| Height (cm) | 172.5 | 6.8 | 164–180 | 168.2 | 7.4 | 151–170 |

**Table 2** Physical characteristics of the masks

| Mask type | Treatment | Size (cm) | Materials | Weight (g) | Thickness (mm) |
|---|---|---|---|---|---|
| N95 | Untreated[a] | $\varphi$ 12.5×13.2 | Coverings: polypropylene | 8.99 | 3.87 |
| N95 | Nano-treated[b] | | and polyester | 9.64 | 5.17 |
| | | | Filter media: polypropylene | | |
| Surgical | Untreated[a] | 17.3×15.8 | Outer and inner layers: | 3.26 | 0.80 |
| Surgical | Nano-treated[b] | | polypropylene | 3.39 | 0.85 |
| | | | Middle layer: melt-blown | | |

[a]Normal facemasks
[b]Facemasks treated with nano-functional materials



**Table 3** Scale of measuring subjective perceptions

Instruments, USA) every 30 s. Sensors for the measurements of temperature and humidity inside shirts were fixed on the left and right chest regions. One uncovered sensor was attached directly to the skin. Facemask microclimate (temperature, humidity) and cheek skin temperature inside the facemasks were measured at the right cheek. Facemask microclimate (temperature, humidity) outside the facemasks was also measured at the right cheek. At the end of each exercise and rest period, heart rate and blood pressure were



RH: Relative humidity. R: Rest. E: Exercise

**Table 4** The experiment schedule

504





**Fig. 1** Temporal changes in mean heart rate under the influence of the four kinds of facemasks. *Open circles* N95 facemask; *closed circles* nano-treated N95 facemask; *open squares* surgical facemask; *closed squares* nano-treated surgical facemask

measured with an upper-arm blood pressure meter (EW 3100, BMEW Ltd., Beijing).

### Perception of discomfort

Subjects were required to rate their perceptions of ten sensations of discomfort: humidity, heat, breathing resistance, itchiness, tightness, saltiness, feeling unfit, odor, fatigue, and overall discomfort, at 30, 50, 60, 70, 80, 90 and 100 min. Table 3 shows the rating scales used by the subjects. In addition, at 100 min, the subjects were asked to reply to the question "How do you like the facemask?" by rating on a scale ranging from 0 to 10, with 0 representing "not at all", 5 representing "acceptable" and 10 representing "very fond of". This rating was used to obtain the preference of subjects for the four kinds of facemasks.

### Experimental protocol

The experiments were carried out for 3 months from May to July. They were performed twice a day, one from 0900 h to 1100 h and another from 1500 h to 1700 h. The experimental protocol was randomized for men and women, and for the four types of facemasks.

A subject entered the climate chamber controlled at an air temperature of 25°C and a relative humidity of 70%, which is similar to the conditions in the hospitals. After body mass had been measured, the subject wore a 100% cotton T-shirt, short pants and sports sandals. Sensors were attached to different areas with surgical tape. Following a rest for 30 min on a chair (R0), during which time the subject was required to drink 500 ml water, the subject voided the bladder completely and put



**Fig. 2** Temporal change in mean temperature on the outer surface of the facemasks (*top*) and in the microclimate of the facemasks (*bottom*) under the influence of the four kinds of facemasks. *Open circles* N95 facemask; *closed circles* nano-treated N95 facemask; *open squares* surgical facemask; *closed squares* nano-treated surgical facemask

on a facemask, randomly selected. Then, the subject walked for 20 min at 3.2 km/h (E1) and took a rest for 10 min (R1); walked for 10 min at 4.8 km/h (E2) and took a rest for 10 min again (R2); and finally, the subject walked for 10 min at 6.4 km/h (E3) and took a rest for 10 min (R3). These workloads resembled approximately those performed by healthcare workers in a hospital ward. The schedule of the experiment is shown in Table 4. The participant took off the mask at 100 min, completing the whole experiment.

### Statistical analysis

As mask microclimate temperature is a key parameter indicating thermal stress, we used this parameter to estimate the sample size. According to previous reports,





**Fig. 3** Temporal changes in mean absolute humidity outside (*top*) and inside (*bottom*) the four kinds of facemasks. *Open circles* N95 facemask; *closed circles* nano-treated N95 facemask; *open squares* surgical facemask; *closed squares* nano-treated surgical facemask

the difference in microclimate temperature between masks is approximately 0.9°C and standard deviation is around 0.5°C (Hayashi and Tokura 2004). From this assumption, a sample size calculation reveals that ten participants are enough to reach an error of probability of < 5% and a power of 90%.

Physiological parameters (including heart rate, temperature and humidity) and psychological responses (including perception of humidity, heat and breath resistance) were analyzed statistically. The influence of time, facemask type, nano-treatment, and their interactions on these human physiological and psychological responses were investigated by analysis of variance (ANOVA) and *t*-tests to determine whether the above factors had significant effect on the measured parameters.

## Results

### Physiological parameters

#### Heart rate

Figure 1 compares temporal changes of mean heart rates when the subjects were wearing the four kinds of facemasks. The pattern of changes in mean heart rate amongst these facemasks is similar, reaching peaks at the end of the third exercise session. The subjects had lower mean heart rates when wearing nano-treated and untreated surgical masks than when wearing nano-treated and untreated N95 facemasks. Significant differences were found among the four kinds of facemasks at the level of $P < 0.01$ ($F = 10.76$).

### Temperature and humidity

#### Mask microclimate and face skin temperatures

Figure 2 shows temporal changes in temperatures on the facemasks' outer surfaces and in the facemasks' microclimates. The outer surface temperatures of both surgical facemasks were significantly higher than those of both N95 facemasks ($F = 94.4$, $P < 0.01$) (top of Fig. 3). On the other hand, microclimate temperatures inside the mask were significantly lower in both surgical masks than those in both N95 facemasks ($F = 25.7$, $P < 0.01$) (bottom of Fig. 3). The skin temperatures inside both surgical facemasks were significantly lower than those in both N95 facemasks ($F = 40.7$, $P < 0.01$).

#### Humidity outside and inside the facemask

Figure 3 (top) shows that both surgical facemasks had significantly higher absolute humidity on the outside surface than both N95 facemasks ($F = 6.9$, $P < 0.01$). The overall mean absolute humidity ± SD in nano-treated and untreated surgical facemasks was $24.7 \pm 2.76$ g/m³ and $26.2 \pm 2.74$ g/m³, respectively. The overall mean absolute humidity ± SD in nano-treated and untreated N95 facemasks was $22.7 \pm 1.83$ g/m³ and $23.4 \pm 2.74$ g/m³, respectively. Figure 3 (bottom) shows that the absolute microclimate humidity inside the surgical mask was significantly lower than inside both N95 facemasks. The overall mean absolute humidity ± SD in nano-treated and untreated surgical facemasks was $30.2 \pm 4.32$ g/m³ and $28.64 \pm 5.37$ g/m³, respectively. The overall mean absolute humidity ± SD in nano-treated and untreated N95 facemasks was $31.2 \pm 5.47$ g/m³ and $31.8 \pm 4.17$ g/m³, respectively.

Table 5 summarizes the influences of time, facemask, nano-treatment, and their interactions on physiological parameters (heart rate, blood pressure) and microclimate (temperature, absolute humidity) by ANOVA. For each parameter a multi-way analysis of variances was

506

**Table 5** Influences of time, facemask, nano-treatment, and their interactions on physiological parameters. $P > 0.05$ is considered as being not significant and is shown as a dash. *Mask* type of facemask, *Treat* nano-treatment

| Physiological parameters | $P$ values | | | | | | |
|---|---|---|---|---|---|---|---|
| | Time | Mask | Treat | Time × Mask | Time × Treat | Mask × Treat | Time × Mask × Treat |
| Heart rate | 0.000 | 0.001 | – | – | – | 0.000 | – |
| Diastolic blood pressure | – | – | – | – | – | – | – |
| Systolic blood pressure | 0.000 | – | – | – | – | – | – |
| Mask outer humidity | 0.000 | 0.000 | 0.000 | – | – | – | – |
| Face microclimate humidity | 0.000 | 0.000 | 0.035 | – | – | – | – |
| Chest microclimate humidity | 0.000 | – | – | – | – | 0.009 | – |
| Mask outside temperature | 0.030 | 0.000 | – | – | – | – | – |
| Face microclimate temperature | 0.000 | 0.000 | 0.003 | – | – | – | – |
| Face skin temperature | 0.002 | 0.000 | 0.000 | – | – | 0.005 | – |
| Chest microclimate temperature | – | 0.000 | 0.000 | – | – | 0.039 | – |

carried out to identify the statistical significance of the influences of the three variables: time, type of facemasks and nano-treatment, as well as their interactions. To save space, only the $P$ values are used to show the statistical significance. A $P > 0.05$ is considered as being not significant and is shown as a dash, and a $P < 0.0005$ is considered as being significant and is shown as "0.000". Nine parameters, including heart rate, systolic blood pressure, absolute humidity (mask outer surface, face microclimate, left chest microclimate and right chest skin) and temperature (mask outer surface, face micro-

climate and face skin) were significantly influenced by time. Other factors that had significant effect on the measured parameters were mask, interaction of mask and nano-treatment and nano-treatment on its own.

### Subjective ratings

Figure 4 compares subjective ratings for thermal sensation and overall discomfort for the four types of facemasks. In general, the ratings for humidity, heat, breath

**Fig. 4** Subjective ratings for various sensations under the influence of the four kinds of facemasks: **a** humidity, **b** heat, **c** breath resistance, **d** overall discomfort. *Open circles* N95 facemask; *closed circles* nano-treated N95 facemask; *open squares* surgical facemask; *closed squares* nano-treated surgical facemask



(a) Humid

(b) Hotness

(c) Breath resistance

(d) Overall discomfort

**Fig. 5** Others sensations under the influence of the four kinds of facemasks: feeling unfit, tight, itchy, fatigued, odorous and salty. *Open circles* N95 facemask; *closed circles* nano-treated N95 facemask; *open squares* surgical facemask; *closed squares* nano-treated surgical facemask



resistance and overall discomfort increased gradually with time and increase of workload. Facemask type had great influence on the perception of humidity ($F = 6.9$, $P < 0.01$), heat ($F = 15.4$, $P < 0.01$), breath resistance ($F = 15.0$, $P < 0.01$) and overall discomfort ($F = 23.1$, $P < 0.01$). Both surgical facemasks had significantly lower ratings than the two N95 facemasks, which suggested that when wearing either of the surgical

**Table 6** Influences of time, facemask, nano-treatment, and their interactions on various subjective sensations. $P > 0.05$ is considered as being not significant and is shown as a dash. *Mask* type of facemask, *Treat* nano-treatment

| Subjective sensations | P values | | | | | | |
|---|---|---|---|---|---|---|---|
| | Time | Mask | Treat | Time × Mask | Time × Treat | Mask × Treat | Time × Mask × Treat |
| Humidity | 0.000 | 0.000 | – | – | – | – | – |
| Heat | 0.000 | 0.000 | – | – | – | – | – |
| Breath resistance | 0.000 | 0.000 | – | – | – | – | – |
| Itchy | 0.017 | 0.002 | – | – | – | – | – |
| Tight | – | 0.000 | – | – | – | – | – |
| Salty | – | 0.001 | – | – | – | – | – |
| Feeling unfit | 0.047 | 0.000 | – | – | – | – | – |
| Odorous | – | 0.000 | – | – | – | – | – |
| Fatiguing | 0.000 | 0.011 | – | – | – | – | – |
| Overall discomfort | 0.000 | 0.000 | – | – | – | – | – |

508



**Fig. 6** Subjective preferences for the four kinds of facemasks

facemasks the subject felt drier, cooler, more able to breathe easily and less uncomfortable than when wearing either of the N95 facemasks. The ratings for humidity, heat, breathing resistance and discomfort of facemasks treated with nano-functional materials appear lower than those for untreated facemasks but are not statistically significant.

Figure 5 shows the subjective ratings for other sensations obtained while the subjects were wearing the facemasks. There are significant differences in the subjective perceptions feeling unfit ($F = 5.3$, $P < 0.01$), tight ($F = 34.6$, $P < 0.01$), itchy ($F = 4.7$, $P < 0.01$), fatigued ($F = 2.7$, $P < 0.05$), odorous ($F = 7.9$, $P < 0.01$) and salty ($F = 3.9$, $P < 0.01$). The ratings for those sensations were significantly lower when the subjects were wearing the surgical facemasks than when they were wearing either of the N95 facemasks, showing that the subjects felt less unfit, less tight, less itchy, less fatigued, less odorous and less salty with the surgical facemasks than with the N95 masks.

Table 6 summarizes the result of ANOVA, which show the influences of time, facemask, nano-treatment, and their interactions on subjective ratings for individual sensations and overall discomfort. Again, for each sensation, we carried out a multi-way analysis of variances to identify the statistical significance of the influences of the three variables: time, type of facemasks and nano-treatment, as well as their interactions. To save space, only the $P$ values are used to show the statistical significance. A $P > 0.05$ is considered as being not significant and is shown as a dash, and a $P < 0.0005$ is considered as being significant and is marked as "0.000". As shown in Table 6, facemask type influences subjects'

perception of all the nine individual sensations and overall discomfort significantly ($P < 0.05$). On the other hand, all sensations were not significantly influenced by time and nano-treatment. There were no significant differences between ratings for tight, salty and odorous at different time periods.

Figure 6 shows the preferences of subjects for the four kinds of facemasks. Subjective preference for the nano-treated surgical facemasks is the highest, followed by the untreated surgical masks, the nano-treated N95 and then the untreated N95 facemask. There is a significant difference in preference between the nano-treated and untreated surgical facemasks and between the surgical and N95 facemasks. There is no significant difference in subjective preference between nano-treated and untreated N95 facemasks.

## Discussion and conclusion

The results from the experiment demonstrate that heart rate, microclimate (temperature, humidity) and subjective ratings were significantly influenced by the wearing of different kinds of facemasks. Nielsen et al. (1987) observed that delivery of air with different temperatures into a facemask corresponded to the application of a local thermal stimulus to the skin surface around the mouth, nose and cheek. This local thermal stimulus also affected the heat exchange from the respiratory tract. In our investigation, microclimate temperature, humidity and skin temperature inside the facemask increased with the start of step exercise, which led to the different perceptions of humidity, heat and high breathing resistance among the subjects wearing the facemasks. High breathing resistance made it difficult for the subject to breathe and take in sufficient oxygen. Shortage of oxygen stimulates the sympathetic nervous system and increases heart rate (Ganong 1997). It was probable that the subjects felt unfit, fatigued and overall discomfort due to this reason. White et al. (1991) found that the increases in heart rate, skin temperature and subjective ratings may pose substantial additional stress to the wearer and might reduce work tolerance. This could be the reason why Farquharson reported that working 12-h shifts while wearing an N95 mask had indeed been a challenge to their ED staff (Farquharson and Baguley 2003).

Significant differences were observed between N95 and surgical masks. Mean heart rate, microclimate temperature, humidity and skin temperature inside the facemask, together with perceived humidity, heat, breathing resistance in the facemask, and itchiness, fatigue and overall discomfort, were significantly ($P < 0.01$) higher for N95 masks than for surgical masks. In other words, the subjective perception of breathing difficulty and discomfort increased significantly with increasing thermal stress. This finding agrees with the observations reported by White et al. (1991). The surface

temperature outside the facemask was lower, and the temperature in the facemask microclimate was significantly higher, for the N95 masks than for the surgical masks (Fig. 3), indicating that the heat loss from the respiratory tract is more difficult to endure in N95 masks, inducing higher heat stress and perception of discomfort. This agrees well with the observations reported by Hayashi and Tokura (2004).

As the purpose of wearing the facemasks is to protect the wearers by filtering out viruses and bacteria, it is obviously questionable whether the surgical masks, which induce less heat stress and discomfort, can provide enough protection for healthcare workers. As reported previously, the in vivo filtration efficiency and physical properties of the masks were investigated at the same time (Li et al., unpublished data). During the simulation wear trials, in vivo filtration efficiency of N95 facemasks was 96%, in comparison with 95% for surgical facemasks. Furthermore, the surgical facemasks with significantly higher moisture permeability and air-permeability were thinner than the N95 facemasks, indicating that surgical facemasks should be more breathable and less humid and hot, which agrees with the in vivo measurements of temperature and humidity inside and outside the masks and the subjects' perception of breathing resistance and discomfort.

It is interesting to note that no significant difference was found between nano-treated and untreated facemasks for physiological measurements and subjective perceptions, even though nano-treated surgical and N95 facemasks were perceived to be slightly less uncomfortable. On the other hand, subjective preferences for the nano-treated surgical masks were significantly higher than those for the untreated surgical facemasks. This indicates that the nano-functional treatment of surgical and N95 facemasks does not have significant negative effects on the thermophysiological responses and subjective perceptions of discomfort.

Therefore, it can be concluded that N95 and surgical facemasks can induce significantly different temperatures and humidity in the microclimates of facemasks, which have profound influences on heart rate and thermal stress and subjective perception of discomfort.

**Acknowledgments** We would like to express our thanks to the Hong Kong Polytechnic University for supporting this research through projects A188, YD56 and G-YD80.

## References

Farquharson C, Baguley K (2003) Responding to the severe acute respiratory syndrome (SARS) outbreak: lessons learned in a Toronto emergency department. J Emerg Nurs 23:222–228

Ganong WF (1997) Review of Medical Physiology. Appleton and Lange, Stamford, pp 565–566

Hayashi C, Tokura H (2004) The effects of two kinds of masks (with/without exhaust valve) on clothing microclimates inside the mask in participants wearing protective clothing for spraying pesticides. Int Arch Occup Environ Health 77:73–78

Li Y, Chung JWY, Wong TKS, Newton N, Hu JY, Guang YT, Guo YP, Yao L, Song QW (2004) In-vivo protective performance of facemasks coated with nano-functional materials. Hong Kong SARS Forum and Hospital Authority Convention, 8–11 May, Hong Kong, 118 pp

Meyer JP, Héry M, Herrault J, Hubert G, François D, Hecht G, Villa M (1997) Field study of subjective assessment of negative pressure half-masks. Influence of the work conditions on comfort and efficiency. Appl Ergon 28:331–338

Nielsen R, Berglund LG, Gwosdow AR, DuBois AB (1987) Thermal sensation of the body as influenced by the thermal microclimate in a face mask. Ergonomics 30:1689–1703

Seto WH, Tsang D, Yung RWH, Ching TY, Ng TK, Ho M, Ho LM (2003) Effectiveness of precautions against droplets and contact in prevention of nosocomial transmission of severe acute respiratory syndrome (SARS). Lancet 361:1519–1520

US Centers for Disease Control (CDC) (2004) Infection control in healthcare, home, and community settings, 8 January

White MK, Hodous TK, Vercruyssen M (1991) Effects of thermal environment and chemical protective clothing on work tolerance, physiological responses, and subjective ratings. Ergonomics 34:445–457

WHO (2003) Hospital infection control guidance for severe acute respiratory syndrome (SARS). World Health Organization, Geneva

Wong TKS, Chung JWY, Li Y, Chan WF, Ching PTY, Lam CHS, Chow CB, Seto WH (2004) Effective personal protective clothing (PPC) for healthcare workers attending patients with severe acute respiratory syndrome (SARS). Am J Infect Control 32:90–96

Yao L, Li Y, Leung P, Song QW (2004) In-vivo antibacterial activity of surgical facemasks coated with nano-functional materials. Hong Kong SARS Forum and Hospital Authority Convention, 8–11 May, Hong Kong, p 119

Plaintiffs' Exhibit 266

| | |
|---|---|
| **From:** | Fauci, Anthony (NIH/NIAID) [E] |
| **Sent:** | Fri, 28 Feb 2020 11:25:43 +0000 |
| **To:** | Conrad, Patricia (NIH/NIAID) [E] |
| **Subject:** | FW: Coronavirus update for your upcoming Keystone Symposia meeting |

FYI

---

**From:** Allison Ogdon <AllisonO@keystonesymposia.org>
**Sent:** Friday, February 28, 2020 12:10 AM
**To:** Allison Ogdon <AllisonO@keystonesymposia.org>
**Cc:** Heidi Daetwyler <HeidiD@keystonesymposia.org>
**Subject:** Coronavirus update for your upcoming Keystone Symposia meeting
**Importance:** High



Greetings,

**In light of the current coronavirus situation, we would like to provide an update on your upcoming Keystone Symposia conference.**

The health and safety of our meeting attendees and speakers is our top priority, and we are carefully monitoring the coronavirus situation around the world to ensure we take the necessary precautions as recommended by healthcare providers and public health organizations.

Currently, *your meeting will proceed as scheduled*, and we will contact you immediately if anything changes.  Decisions will be made on a moment to moment basis, as new information becomes available. We assure you that the leadership team at Keystone Symposia is closely monitoring global developments and will take swift action to ensure the health and safety of all meeting participants.

As a speaker, you hold a very special role at the meeting as a field leader.  We very much appreciate your contribution to both the scientific program, and the community of luminary scientists who will convene to direct the future of the field.  Your presentation will be a highlight for many attendees, and your insights will inspire others to take on new and innovative directions in their own work. This is the essence of Keystone Symposia -- convening communities of leading scientists to inspire each other to advance biomedicine, and this would not be possible without your engagement.

We realize the current situation may add some inconveniences to travel at this time, but we also remind you that each and every one of our speakers is hand-selected by a committee of the world's leading experts to represent their field at the meeting. You are among a very select few to receive this honor.

The meeting organizers, and our team at Keystone Symposia, have put a great deal of time and effort over the last two years into designing the program, and your presentation is a key part of that. We hope you will take these thoughts into consideration as the meeting approaches.

While this is a time we must all be vigilant about public health measures, we are reminding conference attendees that this is also a time to remain calm, rational and scientific in addressing the situation. We encourage you to engage with your fellow colleagues at the meeting as you normally would, to forge new collaborations and novel ideas that will drive your research and the field in innovative and fruitful directions. At the meeting, we are providing the following suggestions based on recommendations from the National Foundation of Infectious Disease:

- *The best way to protect yourself against COVID-19 is similar to how you would take precautions against the cold or flu.* Wash your hands often using soap and water for at least 20 seconds. Cover your cough or sneeze with a tissue or the crook of your elbow rather than your hands.

- *There is no need to wear a face mask if you are well and do not have symptoms*—masks protect the sick from spreading germs but will not prevent you from getting sick.

- *Do not assume that anyone of Asian descent is more likely to have coronavirus*—do not forget about the importance of inclusivity and evidence-based information.

Again, we thank you for your contributions and commitment to Keystone Symposia and wish for a very successful and inspiring meeting.

Sincerely,

(b) (6)

Deborah L. Johnson, Ph.D.
President and Chief Executive Officer
Keystone Symposia on Molecular and Cellular Biology



KEYSTONE SYMPOSIA
on Molecular and Cellular Biology

*Accelerating Life Science Discovery*



INCLUDE

**DIVERSITY IN THE SCIENTIFIC WORKFORCE**

PO Box 1630 | Silverthorne | CO 80498 | USA (regular mail only)
160 US Highway 6, Ste. 200 | Silverthorne | CO 80498 | USA (courier only)
970.262.1230 | 800.253.0685 | www.keystonesymposia.org
Visit virtual.keystonesymposia.org to view our digital content.

| | |
|---|---|
| **From:** | Fauci, Anthony (NIH/NIAID) [E] |
| **Sent:** | Sat, 22 Feb 2020 20:38:12 +0000 |
| **To:** | Conrad, Patricia (NIH/NIAID) [E] |
| **Cc:** | Routh, Jennifer (NIH/NIAID) [E] |
| **Subject:** | RE: interview request: draft responses for Greek newspaper |

Good job!  See my minor edits in **red.**  Thanks.

**Anthony S. Fauci, MD**
**Director**
**National Institute of Allergy and Infectious Diseases**
**Building 31, Room 7A-03**
**31 Center Drive, MSC 2520**
**National Institutes of Health**
**Bethesda, MD 20892-2520**
**Phone:**          (b) (6)
**FAX: (301) 496-4409**
**E-mail:**          (b) (6)
**The information in this e-mail and any of its attachments is confidential and may contain sensitive information.  It should not be used by anyone who is not the original intended recipient.  If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices.  The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.**

---

**From:** Conrad, Patricia (NIH/NIAID) [E]                    (b) (6)
**Sent:** Friday, February 21, 2020 4:57 PM
**To:** Fauci, Anthony (NIH/NIAID) [E]                (b) (6)
**Subject:** FW: interview request: draft responses for Greek newspaper

Do you want to edit these..greek paper/pring?

Patricia L. Conrad
Public Health Analyst and
Special Assistant to the Director
National Institute of Allergy and Infectious Diseases
The National Institutes of Health
31 Center Drive, MSC 2520 - Room 7A03
Bethesda, Maryland 20892
          (b) (6)
301-496-4409 fax

Disclaimer:
The information in this e-mail and any of its attachments is confidential and may contain sensitive information.  It should not be used by anyone who is not the original intended recipient.  If you have received this e-mail in error please inform the sender and delete it

from your mailbox or any other storage devices. National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statement made that are sender's own and not expressly made on behalf of the NIAID by one of its representatives.

**From:** Routh, Jennifer (NIH/NIAID) [E]                    (b) (6)>
**Sent:** Friday, February 21, 2020 4:52 PM
**To:** Conrad, Patricia (NIH/NIAID) [E]                    (b) (6)>; NIAID FOG <fog@niaid.nih.gov>
**Cc:** NIAID COGCORE <COGCORE@mail.nih.gov>; NIAID Media Inquiries <mediainquiries@niaid.nih.gov>
**Subject:** interview request: draft responses for Greek newspaper

Reporter: Theodora Tsoli
Organization: Greek newspaper To VIMA (www.tovima.gr)
Phone #(s):                (b) (6), thtsoli@tovima.gr
Subject: COVID-19
Deadline: Monday 2/24

The reporter emailed questions for ASF. I have drafted proposed responses for his review, also attached.

1. **Do you believe that SARS-COV2 is capable of causing a pandemic? Are you expecting many secondary transmissions of the virus outside China?**
A pandemic is generally defined as sustained transmission of a new pathogen in multiple regions of the world. COVID-19 does not yet meet that definition, and I hope that China and other countries in Asia with some transmission are able to contain the outbreak. However, it is possible that COVID-19 could become a pandemic. It would not be surprising to see additional secondary transmissions of the virus outside of China.

2. **Chinese authorities are reporting a decline of new cases. Could we say that the virus has peaked and maybe it will slow down? When are you expecting to have a clearer picture about the evolution of this epidemic?**
Although the number of **daily** cases in China appears to have gone down, it is too early to tell if this is really a decline in the outbreak.

3. **Could the virus become endemic and give seasonal outbreaks?**
If China is not able to contain the outbreak, it is possible COVID-19 could become endemic and lead to seasonal outbreaks. However, it is too early to know the likelihood of this scenario.

4. **What about its transmissibility? Some experts say that WHO is underestimating it's transmissibility. Could the reality be different maybe because, among other things, many cases stay undetected?**
Because of the many unknowns about SARS-CoV-2, it is difficult to make any firm conclusions regarding overall transmissibility and severity. However, it appears to be much more transmissible than SARS. Also, there are likely asymptomatic COVID-19 infections that are not getting counted because people do not go to the doctor for testing or treatment if they are not sick.

5. **Do you believe that the measures taken by China and countries around the world are adequate to stop SARS-COV2 spread? There is a lot of discussion about thermal cameras and travel restrictions for example.**
China has taken extreme measures to control the outbreak. Restricting the movement of 50 million people is unprecedented. However, it might ultimately have an effect on slowing transmission. Precautions implemented in the U.S. are not intended to detect every person with COVID-19 entering the country. However, our approach has allowed us time to better plan and prepare our health system.

6. **What is the key to stop the worldwide spread of the virus?**
Though we have mobilized a rapid research response to quickly develop effective countermeasures, right now, the outbreak response remains focused on the proven public health practices of identifying cases, isolating patients and tracing contacts.

7. **In the northern hemisphere we have a flu outbreak - in Greece as well. Some experts say that this is the real danger and not the coronavirus. What is your view?**
I am always concerned about influenza. Every flu season, millions of people are at risk of getting very sick or dying. Currently people in the U.S. and most countries in the northern hemisphere are at a much higher risk of being exposed to influenza than SARS-CoV-2. However, the COVID-19 outbreak is an evolving situation and we are treating it as a very serious public health threat.

8. **Many efforts are being in process for the development of a vaccine for the new coronavirus. Are you coordinating any of them and which ones? Are there any efforts more promising than others? Which platforms of vaccine development are more promising? When do you believe that we could have a vaccine available for clinical trials and then for human use?**
NIAID is exploring multiple candidates and is on track to test an experimental messenger RNA (mRNA) vaccine in a Phase 1 clinical trial this spring. This first phase of clinical testing will involve giving the vaccine to healthy adults in the United States to see if it is safe and if it can induce an immune response in recipients. It is important to realize that the development of investigational vaccines and the clinical testing to establish their safety and effectiveness takes time. A vaccine against the novel coronavirus will likely not be widely available for **more  than** a year.

9. **What about therapies? Dozens are being tried - from plasma to herbal medicines in China. Which are the most promising?**
NIAID is pursuing the development of antivirals and monoclonal antibodies for potential use against COVID-19. NIAID is preparing protocols for *in vitro* and *in vivo* studies of the antiviral remdesivir, which has shown promise against other coronaviruses in animal models. NIAID also plans to evaluate Kaletra (lopinavir/ritonavir) and interferon-beta for their activity against SARS-CoV-2. In addition, NIAID scientists are working to identify monoclonal antibodies with

therapeutic potential from stored SARS patient samples as well as COVID-19 patient samples.

10. **Are the things we know about this new virus more than the ones we don't know? Which are the main questions about it that remain to be answered?** New data **are** published about SARS-CoV-2 every day. However, we still have a lot to learn. For example, we do not know why there are **so few cases among** children, which is uncommon for a respiratory virus.

11. **How worried should people outside China be about SARS-COV2? What is the biggest danger from this virus?**
. **T**he risk to the general American public remains low at this time**; however, this could change and that is why we are treating the emergence of a novel coronavirus as a very serious public health threat**. We understand that people may be worried. We ask that people not let fear or panic guide their actions.

12. **Which are the protective measures anyone should take against the new virus? Do masks work?**
The vast majority of people outside of China do not need to wear a mask. A mask is more appropriate for someone who is infected than for people trying to protect against infection.

Jennifer Routh [E]
News and Science Writing Branch
Office of Communications and Government Relations
National Institute of Allergy and Infectious Diseases (NIAID)
NIH/HHS
31 Center Drive Room 7A17C
Bethesda, MD 20892
Direct:       (b) (6)
           (b) (6)

**Disclaimer:** The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. The National Institute of Allergy and Infectious Diseases shall not accept liability for any statements made that are sender's own and not expressly made on behalf of the NIAID by one of its representatives.

| | |
|---|---|
| **From:** | Fauci, Anthony (NIH/NIAID) [E] |
| **Sent:** | Wed, 22 Apr 2020 14:55:57 +0000 |
| **To:** | Conrad, Patricia (NIH/NIAID) [E] |
| **Cc:** | Barasch, Kimberly (NIH/NIAID) [C] |
| **Subject:** | FW: Coronavirus Questions for the Office of the Surgeon General |

Please make sure that I call this person tomorrow ⬛⬛⬛ (b) (6).

Anthony S. Fauci, MD
Director
National Institute of Allergy and Infectious Diseases
Building 31, Room 7A-03
31 Center Drive, MSC 2520
National Institutes of Health
Bethesda, MD 20892-2520
Phone: ⬛⬛ (b) (6)
FAX: (301) 496-4409
E-mail: ⬛⬛ (b) (6)
The information in this e-mail and any of its attachments is confidential and may contain sensitive
information. It should not be used by anyone who is not the original intended recipient. If you
have received this e-mail in error please inform the sender and delete it from your mailbox or any
other storage devices. The National Institute of Allergy and Infectious Diseases (NIAID) shall not
accept liability for any statements made that are the sender's own and not expressly made on
behalf of the NIAID by one of its representatives.

---

**From:** ⬛⬛ (b) (6) MEDCOM (USA) ⬛⬛ (b) (6)
**Sent:** Tuesday, April 21, 2020 9:58 PM
**To:** Fauci, Anthony (NIH/NIAID) [E] ⬛⬛ (b) (6)
**Subject:** RE: Coronavirus Questions for the Office of the Surgeon General

Dr. Fauci,
   Thank you for responding to my request for information.  Please be safe.

⬛⬛ (b) (6)

⬛⬛ (b) (6) My cell phone number is
⬛⬛ (b) (6).

r/
⬛⬛ (b) (6)

**From:** Fauci, Anthony (NIH/NIAID) [E] ⬛⬛ (b) (6)
**Sent:** Tuesday, April 21, 2020 12:49 PM
**To:** ⬛⬛ (b) (6) MEDCOM (USA) ⬛⬛ (b) (6)
**Cc:** Lerner, Andrea (NIH/NIAID) [E] ⬛⬛ (b) (6)
**Subject:** [Non-DoD Source] FW: Coronavirus Questions for the Office of the Surgeon General

All active links contained in this email were disabled. Please verify the identity of the sender, and confirm the authenticity of all links contained within the message prior to copying and pasting the address to a Web browser.

(b) (6)

Thank you for your note.   Shown below are my answers to your questions.   I hope that you find them helpful.

1. How do you recommend I reassure our staff on dealing with the stressors of COVID-19?
   This is indeed an unprecedented and stressful time.  Stress can often come from the unknown. In times of stress it is critical to take care of one's physical health, by eating well, getting enough sleep, and exercising.  In addition, maintaining connections with family and friends (via phone calls, email, or video chatting) while physically socially distancing is very important.

2. Can COVID-19 be contracted from a corpse?
   Infection control measures should be undertaken when dealing with deceased individuals with known or suspected COVID-19.  The CDC provides guidance on this issue here:Caution-https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-postmortem-specimens.html < Caution-https://www.cdc.gov/coronavirus/2019-ncov/hcp/guidance-postmortem-specimens.html >

3. If someone has been a user of Hydroxychloroquine for years, are they susceptible to contracting COVID-19?
   Clinical trials are underway to determine if hydroxychloroquine is effective in preventing COVID-19 in exposed persons.  Until we know the answer to this question, persons who take hydroxychloroquine on a daily basis for another medical condition should consider themselves vulnerable to COVID-19 and take appropriate and recommended measures to protect themselves.

4. Are masks and gloves truly effective, if so, why are so many medical professionals contracting the virus?
   I believe that infection control strategies which include proper use of personal protective equipment (PPE) as recommended by the CDC are effective._ Caution-https://www.cdc.gov/coronavirus/2019-ncov/hcp/infection-control-recommendations.html?CDC_AA_refVal=https%3A%2F%2FCaution-www.cdc.gov%2Fcoronavirus%2F2019-ncov%2Finfection-control%2Fcontrol-recommendations.html < Caution-https://www.cdc.gov/coronavirus/2019-ncov/hcp/infection-control-recommendations.html?CDC_AA_refVal=https%3A%2F%2FCaution-www.cdc.gov%2Fcoronavirus%2F2019-ncov%2Finfection-control%2Fcontrol-recommendations.html >
   In cases where inadequate PPE is worn, or if is not put on/taken off according to proper procedure, the risk of contracting COVID is increased.  In addition, healthcare workers on the front lines can be exposed if they encounter a patient who is not initially suspected of having COVID-19 without PPE, especially if they are exposed to aerosol generating processes.

5. What is the most important thing we should be doing, other than social distancing?

Social distancing is key in order to avoid coming into contact with someone with COVID-19, but washing one's hands often (or using an alchohol-based hand sanitizer) and avoiding touching one's face with unwashed hands are critical as well, especially when coming into contact with surfaces that may have been touched by others or public places.

6. Finally, what keeps you up at night, regarding COVID-19?

I have said in the past that what keeps me up at night is the possibility of a pandemic respiratory infection. We are in that reality now, and what keeps me up at night is the response, a major part of which is the development of an effective vaccine and treatments for COVID-19.

Best regards,

Tony

**Anthony S. Fauci, MD**
**Director**
**National Institute of Allergy and Infectious Diseases**
**Building 31, Room 7A-03**
**31 Center Drive, MSC 2520**
**National Institutes of Health**
**Bethesda, MD 20892-2520**
**Phone:**            (b) (6)
**FAX: (301) 496-4409**
**E-**                                                          (b) (6)
**The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.**

---

**From:**                    (b) (6) MEDCOM (USA)                         (b) (6) -
                    (b) (6) > >
**Sent:** Tuesday, April 14, 2020 9:13 AM
**To:** Fauci, Anthony (NIH/NIAID) [E]                                    (b) (6) > >
**Subject:** Coronavirus Questions for the Office of the Surgeon General

Dr. Fauci,

I am        (b) (6), the antiterrorism and insider threat officer for the Office of the Surgeon General (Army) / U.S. Army Medical Command. I have been in government for nearly thirty-four years, and this is new to me. I see and hear the concerns of many people. You are the voice of reason for millions of concerned citizens. I have a few questions for you:

1. How do you recommend I reassure our staff on dealing with the stressors of COVID-19?

2. Can COVID-19 be contracted from a corpse?
3. If someone has been a user of Hydroxychloroquine for years, are they susceptible to contracting COVID-19?
4. Are masks and gloves truly effective, if so, why are so many medical professionals contracting the virus?
5. What is the most important thing we should be doing, other than social distancing?

Finally, what keeps you up at night, regarding COVID-19?

Thank you for your time and please be safe.

r/
(b) (6) Antiterrorism and Insider Threat Officer
Office of the Surgeon General and U.S. Army Medical Command
Mission Assurance and Protection Division
Fort Sam Houston, TX 78234
Cell phone:        (b) (6)
☎        (b) (6)
✉NIPRNet:                                                                                    (b) (6)
✉SIPRNet:
Level I Antiterrorism Awareness Training:
Caution-http://jko.jten.mil/courses/atl1/launch.html < Caution-
http://jko.jten.mil/courses/atl1/launch.html >

Organizational Mailbox:

                                                    (b) (6) < Caution-
mailto:                                                    (b) (6) >

To submit contracts for AT/OPSEC review:
Caution-                                                    (b) (6) Caution-
                                                    (b) (6) >

"Not on My Watch"

CONFIDENTIALITY NOTE: This electronic transmission, including all attachments,
is directed in confidence solely to the person(s) to whom it is addressed, or
an authorized recipient, and may not otherwise be distributed, copied
or disclosed. The contents of the transmission may also be subject to
intellectual property rights and all such rights are expressly claimed
and are not waived.  If you received this transmission in error,
please notify the sender immediately by returning the electronic
transmission and then immediately delete this transmission,
including all attachments, without copying, distributing or disclosing same.

"PRIVACY ACT INFORMATION"

In compliance with the Privacy Act of 1974, this information is Personal Data and must be
protected from public disclosure.

| | |
|---|---|
| **From:** | Fauci, Anthony (NIH/NIAID) [E] |
| **Sent:** | Thu, 16 Apr 2020 02:50:34 +0000 |
| **To:** | DuBois, Raymond N. |
| **Subject:** | RE: Mask wearing policy at our University Hospital |

Ray:

Thank you for your note.  ==I would keep the policy "voluntary" but I would "encourage" employees to wear them.==

Best regards,

Tony

**From:** DuBois, Raymond N.            (b) (6)
**Sent:** Wednesday, April 15, 2020 7:18 AM
**To:** Fauci, Anthony (NIH/NIAID) [E]            (b) (6) >
**Subject:** Mask wearing policy at our University Hospital

Dear Dr. Fauci,

My name is Ray DuBois and in addition to being the Dean of Medicine here at the Medical University of South Carolina in Charleston, I chair the Board of Scientific Councilors for the NCI.  The mask wearing policy for our Health System is developed by our infection control group and not by the College of Medicine.

Currently, we have a **"voluntary"** mask wearing policy for the health system and our main University Hospital.  ==Based on your recent comments about asymptomatic and pre-symptomatic carriers of COVID-19, do you agree that keeping this voluntary is the correct approach?==

Obviously, your opinion here is extremely well respected and I would like for us to provide the safest environment possible for our faculty, employees and patients.

Ray DuBois, M.D., Ph.D.
Dean of Medicine
The Medical University of South Carolina….Charleston, SC
Member of the National Academy of Medicine

| From: | Conrad, Patricia (NIH/NIAID) [E] on behalf of Fauci, Anthony (NIH/NIAID) [E] |
|---|---|
| Sent: | Tue, 31 Mar 2020 21:07:00 +0000 |
| To: | NIAID OD AM |
| Subject: | FW: Additional data on masks |
| Attachments: | MacIntyre BMJ.pdf, Figure 3.jpg |

Adding everyone since it was discussed in am meeting. thx

**From:** Lerner, Andrea (NIH/NIAID) [E]                    (b) (6) >
**Sent:** Tuesday, March 31, 2020 5:04 PM
**To:** Fauci, Anthony (NIH/NIAID) [E]                (b) (6) >
**Cc:** Folkers, Greg (NIH/NIAID) [E]                (b) (6) >; Marston, Hilary (NIH/NIAID) [E]
<                    (b) (6) Eisinger, Robert (NIH/NIAID) [E]                        (b) (6) >; Doepel, Laurie
(NIH/NIAID) [E]                    (b) (6)
**Subject:** Additional data on masks

Dr. Fauci,

In addition, I found the attachedd review on masks that addresses use in the community settings.
Attached are the paper and figure 3, which summarizes the data from 9 very diverse RCTs (overlapping
with what I had sent earlier).

**Bottom line:** generally there were not differences in ILI/URI/or flu rates when masks were used,
although when early use and compliance was taken into account, a few times a difference was seen.

In addition:
This case control study noted that, among SARS patients in Hong Kong without a known source of
infection, cases (27.9%) were less likely than uninfected controls (58.7%) to report wearing a mask
frequently in public, for what that's worth.
https://wwwnc.cdc.gov/eid/article/10/4/03-0628_article

(b) (5)

Andrea

**From:** (b) (6)
**Sent:** Mon, 16 Mar 2020 06:09:17 -0400
**To:** Lerner, Andrea (NIH/NIAID) [E]
**Subject:** Fwd: Dental

Respond

Sent from my iPad

Begin forwarded message:

**From:** (b) (6)
**Date:** March 16, 2020 at 5:54:34 AM EDT
**To:** "Fauci, Anthony (NIH/NIAID) [E]" < (b) (6) >
**Subject: Dental**

I ask you to address the explosion of concerns among the dental community in regards to COVID-19. We, the dental community, already high risk personnel, are at an even higher risk at this point and time. Many of those who do not work in the dental community are not aware of how high risk our current situation is. For 8-12 hours a day we are creating aerosols while sitting 8-12 inches from a persons open mouth. These aerosols contain saliva and blood droplets, along with billions of other bacteria and materials. In dentistry, saliva is considered a blood borne pathogen. Although OSHA requires Level 3 masks for all aerosol producing procedures, not all offices are complying. This DOES NOT matter anyway as we know SURGICAL MASKS DO NOT FILTER OUT THE COVID-19 virus. I ask that you suspend non essential dental procedures such as dental cleanings and other procedures that are non-emergent. That we triage patients and accept EMERGENCIES ONLY. We are at such a HIGH risk, not only to ourselves and our families, but a HIGH RISK to spreading this virus COMMUNITY wide. Many of us are taking extra precautions but screening patients, but with a up-to-14 day incubation period, that obviously does not matter.
Please hear our plea to address our concerns. The American Dental Association and the American Dental Hygienists Association has failed us.

Thank you
Alicia Jewell

Sent from my Verizon, Samsung Galaxy smartphone

| From: | Fauci, Anthony (NIH/NIAID) [E] |
|---|---|
| Sent: | Tue, 11 Feb 2020 23:45:51 +0000 |
| To: | Lerner, Andrea (NIH/NIAID) [E] |
| Subject: | FW: Pharmacist's/Prescriber's Letter Review Request - Coronavirus |

Please take a look at this and respond for me.

Thanks,

Tony

**Anthony S. Fauci, MD**
**Director**
**National Institute of Allergy and Infectious Diseases**
**Building 31, Room 7A-03**
**31 Center Drive, MSC 2520**
**National Institutes of Health**
**Bethesda, MD 20892-2520**
**Phone:**            (b) (6)
**FAX: (301) 496-4409**
**E-mail:**            (b) (6)
**The information in this e-mail and any of its attachments is confidential and may contain sensitive information.  It should not be used by anyone who is not the original intended recipient.  If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices.  The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.**

---

**From:** Jennifer Nieman <jnieman@pletter.com>
**Sent:** Tuesday, February 11, 2020 11:00 AM
**To:** Fauci, Anthony (NIH/NIAID) [E]                (b) (6)
**Subject:** Pharmacist's/Prescriber's Letter Review Request - Coronavirus

Dear Dr. Fauci,

In the March 2020 issues of *Pharmacist's Letter* and *Prescriber's Letter*, we plan to write about coronavirus.

*Pharmacist's* and *Prescriber's Letter* is an independent advisory service for pharmacists and physicians. We are not affiliated with any other group, organization, or company.  We are 100% subscriber supported.  Our focus is providing practical, unbiased advice to subscribers on issues related to drug therapy.  Each month we turn to experts like you to help us pin down the most relevant and important information to share with our readers.  Our newsletter is well known for being concise and accurate.  You will notice the excerpt we are sending you is relatively short.

We would be most appreciative if you would take just a few moments to review what we have written for accuracy and content.  Please share any comments or suggestions for changes you may have on the article.

In order to incorporate your comments into the final *Letter*, please let me hear from you by **Monday, Feb. 17th**.  I can be reached by email jnieman@PLetter.com or phone (402) 660-4715.

I look forward to your reply.


## INFECTION CONTROL


The ongoing outbreak of the novel coronavirus will raise questions about how to limit the spread of respiratory infections.

Managing this situation is similar to outbreaks of SARS and MERS...since coronaviruses are spread by respiratory secretions.

Put the risk in perspective to calm worried patients...since it doesn't come close to the risk of influenza.


For example, over 35 MILLION U.S. patients got the flu last season...with about 500,000 hospitalizations and 34,000 deaths.


Emphasize getting a flu vaccine each year.

And use this coronavirus outbreak as an opportunity to stress infection control...since there's no treatment or vaccine yet.

Reinforce proper hand hygiene.  Educate that handwashing with soap and water is the best way to get rid of germs.  Advise washing for 20 seconds...about the time it takes to sing the ABC song.

Or recommend using a hand sanitizer with at least 60% alcohol if handwashing isn't practical.  Many products contain this much.

But tell patients to be wary of efficacy claims.  For example, hand sanitizers are shown to kill enveloped viruses. Coronaviruses are enveloped viruses...but they aren't specifically studied.

Tell patients to avoid touching their eyes, nose, and mouth.

Clear up confusion about masks.  Emphasize that masks are for SICK patients...to help keep their germs from getting into the air.

But discourage surgical masks for most patients withOUT symptoms...there's no evidence they help.  They're too loose to limit inhaling germs...and viruses can also get in through the eyes.

If patients ask about N95 respirators, tell them these require fitting and training before use.  Save them for healthcare workers.

Caution that unnecessary mask use may contribute to shortages.

Continue to ask patients WITH respiratory symptoms to put a surgical mask on when they come to clinic.

And suggest that sick patients wear a mask at home if in close contact with infants, elderly, or immunocompromised patients.

Tell patients to discard masks when damp...and to use a fresh one at least daily.

Encourage patients to stay home when they're sick.

1. https://www.who.int/emergencies/diseases/novel-coronavirus-2019
2. https://www.cdc.gov/coronavirus/2019-ncov/index.html
3. https://www.cdc.gov/flu/professionals/infectioncontrol/maskguidance.htm
4. https://www.who.int/publications-detail/advice-on-the-use-of-masks-the-community-during-home-care-and-in-health-care-settings-in-the-context-of-the-novel-coronavirus-(2019-ncov)-outbreak

Sincerely,

**Jennifer A. Nieman, PharmD, BCPS**

Associate Editor, TRC Healthcare

**M:** 402-660-4715   **E:** jnieman@pletter.com   **W:** TRCHealthcare.com

Pharmacist's Letter | Prescriber's Letter | Natural Medicines | Pharmacy Technician's Letter | Pharmacy Technicians University

| | |
|---|---|
| **From:** | Fauci, Anthony (NIH/NIAID) [E] |
| **Sent:** | Mon, 10 Feb 2020 20:22:28 +0000 |
| **To:** | Routh, Jennifer (NIH/NIAID) [E] |
| **Subject:** | FW: Wpost: Q&A with Anthony Fauci: Are we past the point of containment for |

coronavirus?

Let us discuss.

**Anthony S. Fauci, MD**
**Director**
**National Institute of Allergy and Infectious Diseases**
**Building 31, Room 7A-03**
**31 Center Drive, MSC 2520**
**National Institutes of Health**
**Bethesda, MD 20892-2520**
**Phone:**         (b) (6)
**FAX: (301) 496-4409**
**E-mail:**         (b) (6)
**The information in this e-mail and any of its attachments is confidential and may contain sensitive information. It should not be used by anyone who is not the original intended recipient. If you have received this e-mail in error please inform the sender and delete it from your mailbox or any other storage devices. The National Institute of Allergy and Infectious Diseases (NIAID) shall not accept liability for any statements made that are the sender's own and not expressly made on behalf of the NIAID by one of its representatives.**

---

**From:** Folkers, Greg (NIH/NIAID) [E]              (b) (6) >
**Sent:** Monday, February 10, 2020 2:37 PM
**Subject:** Wpost: Q&A with Anthony Fauci: Are we past the point of containment for coronavirus?


Opinions

# Q&A with Anthony Fauci: Are we past the point of containment for coronavirus?



A man wears a protective mask while walking in Wuhan, China, on Feb. 10. (Stringer/AFP/Getty Images)



By
Robert Gebelhoff
Assistant editor and Opinions contributor
Feb. 10, 2020 at 2:22 p.m. EST

*The latest strain of coronavirus continues to rage across China. Its death toll has surpassed 900, eclipsing the body count from China's SARS outbreak in 2002 and 2003.*

*To get a better sense of the disease and the U.S. government's response to it, we spoke to Anthony S. Fauci, immunologist and director of the National Institute of Allergy and Infectious Diseases at the National Institutes of Health. Below is a transcript of an interview with Fauci, edited for clarity and brevity.*

**Robert Gebelhoff:** Right off the bat, what makes this virus different?

**Anthony Fauci:** Well, we have to be concerned whenever there's a virus that has — and I'm going to use a big word here — pathogenic potential. … [The coronavirus] is brand-new, and there's no real underlying experience with it, so the general population is naive with regard to protection. And it has serious potential, because it's already spreading rapidly. It's the unknown aspect of something that already tells you it's a serious problem. We don't know where it's going.

**Gebelhoff:** Are we past the point of containment for this coronavirus?

**Fauci:** No, we're not. The short answer is we're not past the point of containment. But it really does have the potential to turn into a global pandemic. What we have now is a very serious epidemic in China. … [But outside of China,] there is very little — but some — transmission from person to person. Once you get multiple countries that have sustained transmission from person to person, then it's beyond the situation where you can contain it. You can only mitigate it.

In the United States, we are clearly in the containment phase. … And what we've done is we've identified. We've isolated. And we've done contact-tracing [identifying who might have come in contact with an infected person]. That seems to be successful. But once it it starts spreading all over the world … then it's almost inevitable that it's going to start spreading here.

**Gebelhoff:** The Post reported last week that China withheld information from the public, including silencing medical professionals, and that this made the spread of the virus worse. How does the United States work with a government that we can't even trust to tell the truth to its people?

**Fauci:** That is an issue. And it's the reason why I have been saying that we need some of our people — CDC, NIH people — there on the ground, both helping and seeing with their own eyes exactly the extent of this. We want to be part of a [World Health Organization] convening group that goes there. But thus far, we've not been able to make that a reality.

**Gebelhoff**: And why's that?

**Fauci:** I don't know. We have asked. We have colleagues — scientific colleagues — in China that we've dealt with for years if not decades. Many of them have trained in the United States. And we know them as friends and as colleagues. They are the ones that are not holding back. ... But they're not the ones that make the official proclamations of what comes out. The solution to the problem in the question you're posing is that we really do want people there, so that we can not only help them but also provide some expertise that might supplement or complement their own expertise.

**Gebelhoff:** What does the United States do if [the coronavirus] does become a pandemic in the developing world?

**Fauci:** Well obviously we will try to help them to contain as best as possible. ... Right now, by definition, it is not truly a global pandemic. It is a very serious outbreak and epidemic in China, but the amount of sustained transmission outside of China is still minimal. ... But there are some countries where it is going to be very difficult to stop the evolution into sustained transmission. Obviously the [World Health Organization] and the global security network that we put up over the years will try to help those countries, but there's no guarantee that we'll be successful.

**Gebelhoff:** On that point, the head of the WHO has criticized travel bans and restrictions around the world as not helpful to stopping the outbreak. He said it was potentially "increasing fear and stigma." What

**Fauci:** Everyone agrees that travel bans and restrictions are almost never successful in completely stopping something is that invariably going to turn into a pandemic. ... What we are trying to do is to pause temporarily and give China enough time to put the lid on [this virus] to prevent it from becoming global and to give us a little more time to prepare. There's no indication or imagination that if this becomes a global pandemic that travel restrictions are going to mean anything. But they can mean something, as a temporizing activity.

**Gebelhoff:** What should the average person be doing right now about coronavirus?

**Fauci:** It's a good question. 1) They should realize at this point, it is a low risk. And 2) that risk can change, so pay attention to what's going on [and] to the ... announcements coming from the CDC. ... The things that you do for influenza — get vaccinated, wash your hands, avoid crowded places — are exactly the same things that you would do if we did get coronavirus here. So the question is, should we do anything different from what we're already doing? No. ==Should we all be wearing a mask? Absolutely not.==

**Read more**:

The Post's View: The virus that shook China's system

Chen Guangcheng: Warning: Chinese authoritarianism is hazardous to your health

David Ignatius: The coronavirus outbreak shows the vulnerability of the 'Chinese model'

John M. Barry: Can this virus be contained? Probably not.

John Pomfret: The coronavirus reawakens old racist tropes against Chinese people



Robert Gebelhoff

Robert Gebelhoff is an assistant editor for The Post's Opinions section. He has been with The Post since 2015. Follow

**Disclaimer:  Any third-party material in this email has been shared for internal use under fair use provisions of U.S. copyright law, without further verification of its accuracy/veracity.  It does not necessarily represent my views nor those of NIAID, NIH, HHS, or the U.S. government.**

**From:**        Fauci, Anthony (NIH/NIAID) [E]
**Sent:**        Wed, 5 Feb 2020 03:48:11 +0000
**To:**          Sylvia Burwell
**Subject:**     RE: A couple of quick questions.


Sylvia:

   Masks are really for infected people to prevent them from spreading infection to people who are not infected rather than protecting uninfected people from acquiring infection.  The typical mask you buy in the drug store is not really effective in keeping out virus, which is small enough to pass through the material.   It might, however, provide some slight benefit in keep out gross droplets if someone coughs or sneezes on you.  I do not recommend that you wear a mask, particularly since you are going to a vey low risk location.  Your instincts are correct, money is best spent on medical countermeasures such as diagnostics and vaccines.

   Safe travels.
Best regards,
Tony


**From:** Sylvia Burwell                          (b) (6) >
**Sent:** Tuesday, February 4, 2020 10:24 PM
**To:** Fauci, Anthony (NIH/NIAID) [E]                       (b) (6)
**Subject:** A couple of quick questions.



Begin forwarded message:

      **From:** Sylvia Burwell                        (b) (6)
      **Date:** February 4, 2020 at 9:35:03 PM EST
      **To:** Sylvia Burwell                     (b) (6)
      **Subject: Fwd:  Advice re a donation**



   **EXTERNAL EMAIL:** Use caution with links and attachments.



      Begin forwarded message:

          **From:** Sylvia Burwell                         (b) (6)
          **Date:** February 4, 2020 at 9:33:47 PM EST
          **To:** Tony Fauci              (b) (6) >
          **Subject: Fwd:  Advice re a donation**

Tony

Two quick questions

1. I am traveling to [ (b) (6) ] Folks are suggesting I take a mask for the airport. Is this something I should do.

2. Please see below. Do the Chinese have needs for support right now? Would money be better spent on diagnostics or vaccine work?

Thanks!

Sylvia

Begin forwarded message:

**From:** Richard Falkenrath [ (b) (6) ]
**Date:** February 4, 2020 at 5:27:32 PM EST
**To:** [ (b) (6) ] Sylvia Mathews Burwell
[ (b) (6) ]
**Subject: Advice re a donation**

Hi Sylvia

I hope this find you well.

Quick question, a little bit from left field, but drawing on your experience at Gates and HHS.   Ray Dalio and Bridgewater are interested in making a very sizable donation to help China deal with the global public health challenge arising from the new coronavirus.   Any suggestions of where we should look to donate the funds?

Thanks so much. [ (b) (6) ]  Looking forward to seeing you again soon.

Richard
[ (b) (6) ]

Plaintiffs' Exhibit 267

washingtonpost.com

# Everyone wore masks during the 1918 flu pandemic. They were useless.

*Eliza McGraw*

5-6 minutes

---

People called them "flu fences" and "chin sails." Gala attendees fastened theirs with gaudy earrings. Smokers cut flaps in them, and movie houses gave them away with tickets.

During the influenza pandemic of 1918, officials often advised Americans to wear face masks in public. Doctors believed that masks could help prevent "spray infections," according to historian John M. Barry in his book, "The Great Influenza: The Story of the Deadliest Pandemic in History." Enforced by local health officials, the facial coverings grew routine. Often, Red Cross chapters fashioned and distributed the masks that were "seen everywhere and would become a symbol of the epidemic," Barry wrote. Americans used the masks as a method of retaining some normalcy during a pandemic that killed at least 675,000 Americans and 50 million people worldwide. It was the only aspect of the catastrophe discussed with any humor.

If directed to wear a mask, homemade worked. "Take a piece of gauze the size of a sheet of typewriter paper," said instructions in the Atlanta Constitution. "Fold it twice, so that it will fit an envelope. Then attach strings to the four corners and tie these strings at the back of the neck. The mask covers the nose and mouth, so that the wearer breathes through four thicknesses of gauze. A clean handkerchief is just as good as the gauze."

Iowa's State Board of Health reminded those sewing masks to add some "colored worsted [a type of yarn] or tape" on the part of the mask that would be the outside. The upper margin was to be drawn tightly over the bridge of the nose, right under the eyes. Masks were to be washed after each use, not touched once they were tied on, and boiled for five minutes before wearing again.

The masks disrupted lives in unexpected ways. A San Francisco fisherman said "bandits" in flu masks robbed him. A woman taking a train from Chicago to Pasadena, Calif., reportedly experienced a break from sanity when she disembarked and "beheld the masked city," according to a story in the Los Angeles Times. And columnist Fay King bemoaned the new mustaches. Men who formerly "couldn't bear to have [a] hairy lip classed with a tooth brush" were growing facial hair, now hidden behind the masks.

On Nov. 1, 1918, Eugene C. Caley became the first man in Oakland, Calif., to be arrested for not wearing a mask. He was released on bail, although similar scofflaws in San Francisco had

been sentenced to up to 10 days in jail. (Departments donated revenue from fines to the Red Cross.)

"This is only the beginning," said the chief of police, according to the Oakland Tribune. "We are going to enforce this mask ordinance if we have to pack the city jail with people. This epidemic is too serious to be taken as a joke, and men arrested … will find that it's no laughing matter when they face the police judges."

Some complained that the masks were "unsanitary," and bureaucratic confusion could stymie whether they were worn. In Alexandria, La., a sanitation leader for the Army ordered flu masks be worn. But waiters removed theirs because their local public health official said that the masks prevented "free breathing," according to the Town Talk.

Tobacco-chewing workers were "kept busy putting the masks on and off" to spit, reported the Fort Wayne Sentinel, while smokers became creative. One cigar vendor made doors in masks so that her wares could be enjoyed, reported the Oakland Tribune. One man fashioned a cigarette holder from a long rubber tube, and another simply shoved his mask up over his forehead.

"I am 75 years old and have been living in this state 67 years," a man named E. Piercy told a police court, according to Los Angeles' Evening Express. "I must have my smoke, and I'm not going to give up my tobacco for a cheesecloth muzzle!"

Touting their ability to distract an anxiety-ridden public, movie houses remained open, as long as viewers wore masks. At the Riley in Greenfield, Ind., if you had your own mask, admission was 6 and 11 cents. If you needed the theater to provide one, admission went up to 10 or 15 cents.

The Riley, its advertisement said, had been disinfected. So had the Coliseum dance hall in Rock Island, Ill. "Aseptic spray, etc.," said its advertisement, which reminded dancers to bring their masks. "Don't forget the big Duck and Goose call this Saturday."

Through the attempts to make wearing masks seem normal, positioned at stores alongside everyday things such as tobacco, mustache grooming and dancing, the grim truth persisted.

"The masks worn by millions were useless as designed and could not prevent influenza," Barry wrote. "Only preventing exposure to the virus could."

Plaintiffs' Exhibit 268

## Examining the Research for Mask Mandates

https://followthemaskscience.com/research-summary
July 23, 2021

Governments around the world have been enthusiastically encouraging and mandating that we all wear masks when in public whether we're sick or not. It seems like a logical and even patriotic thing to do, yet there is considerable backlash. Are the "anti maskers" selfish, anti science, or fringe right wingers? What does the science actually say about their efficacy and safety?

Abstract

I encourage you to read the entire analysis presented here, despite it being a bit lengthy. Check my references, and come to your own conclusions. However, if it falls under TL;DR (Too Long; Didn't Read) for you, here are the main points.

• In 2020 alone, six Systematic Reviews with Meta analyses (the highest form of scientific evidence) of randomized controlled trials have shown that masks don't stop the spread of respiratory viruses.
• Lower quality evidence being used to justify masking includes flawed experiments, observational studies that don't stand the test of time, and modeling. In the scientific community, these would never supersede the previous large body of high quality evidence that masks don't stop the spread of respiratory viruses.
• Throughout 2020, mask mandates have not affected the infection rates or mortality curves.
• All masks, except for the tightest fitting ones, leak aerosols around the edges of the mask via "significant air leakage jets" which travel several meters up, down, and to the sides, which you can see with your own eyes here, here, and here.
• There is mixed evidence for even properly fitted N95 masks in reducing the spread of infectious aerosols and droplets. Efficacy diminishes significantly when there is not a tight seal to the face. Only 12.6% of subjects fitted them correctly even with clear instructions.
• Cloth masks have been shown to enhance the emission of fomites (infectious materials like dust particles) by 500% (yes that is 500%) and increase the risk of influenza-like illness.
• Surgeons wear masks to protect against droplets, splashes and sprays, not respiratory aerosols. If they're sick, they do not perform surgery. They also have additional oxygen piped in to the operating room to counteract the lower oxygen behind the mask.
• Asian countries have a tradition of wearing masks to prevent inhalation of pollution or transmission of droplets when they are coughing and sneezing. This is tradition, not based on research.
• With their Feb 2021 recommendation to wear two masks or a nylon stocking over the mask, the CDC essentially admits that their year long mask experiment did not work. Wearing multiple masks or stockings over the mask is unrealistic. People do need to breathe, after all.
• Wearing a mask is harmful. Masks collect microbes so well that they function as "personal bioaerosol samplers," increasing our risk of infection, reducing our oxygen levels, increasing our carbon dioxide levels with numerous serious consequences, suppressing the immune system, causing an acidic environment in the body, causing us to inhale nano fibers from the mask, causing headaches, and reducing performance. Exercising with a mask may be particularly harmful.

Broad Consensus Masks Won't Help

At the start of the pandemic, there was widespread agreement that masks won't help. Numerous experts recommended against masks for stopping the spread of SARS-CoV2. This was based on 100 years of high quality research.

Expert Opinions

Early on, Dr Fauci said that masks probably aren't going to help protect us from covid19. President Biden's covid adviser, Dr Osterholm, also agreed that wearing masks is "largely" nonsense and that "trying to stop the flu [another respiratory virus] is like trying to stop the wind." In a June 2020 interview, Dr Osterholm elaborated further that masks didn't prevent or slow the pandemic in Hubei province, China in Nov and Dec 2019. Carl Heneghan testified to UK's Special Committee that cloth masks might increase risk of infection, and that, "200,000 people would have to wear a mask fully for a week to prevent one infection." He may know what he's talking about, as he is a British general practitioner physician, clinical epidemiologist and a Fellow of Kellogg College, director of the University of Oxford's Centre for Evidence-Based Medicine, and Editor-in-Chief of BMJ Evidence-Based Medicine.

Preponderance of the Evidence

These expert opinions were based on more than a century of research going as far back as  the 1918 flu pandemic.

People were forced to wear masks in the Spanish Flu Epidemic too. When the dust settled, researchers concluded:

• "Masks have not been demonstrated to have a degree of efficiency that would warrant their compulsory application for the checking of epidemics." [57]
• "The evidence before the committee as to the beneficial results consequent upon the enforced wearing of masks by the entire population at all times was contradictory, and it has not encouraged the committee to suggest the general adoption of the practice." [63]
• "If masks are to be used they should be employed in the same manner as for protection against the plague. They should be made to cover the entire head. … It is safe to say that the face mask as used was a failure." [118]

Since then, there has been a great deal of research on masks. Meta analyses and systematic reviews [1 13 46 47 82 88 ] found masks in the community won't prevent the spread of respiratory viruses. For those who don't know, a systematic review and meta analysis occurs when researchers gather ALL of the research on a given topic. They analyze the data from the best quality studies to see if there is a strong trend. With masks and respiratory viruses, there was indeed a strong trend - they don't help:

• In April 2020, Jefferson, of Oxford University Centre for Evidence Based Medicine, et al's analysis showed, "Pooling of all nine trials did not show a statistically significant reduction of ILI cases (Risk Ratio 0.93, 95%CI 0.83 to 1.05) or laboratory-confirmed influenza cases (Risk Ratio 0.84, 95%CI 0.61–1.17) in the group wearing a mask compared to those not wearing a mask." [46]
• In April 2020, another rapid systematic review conducted by Brainard, et al corroborated these findings, "The evidence is not sufficiently strong to support widespread use of facemasks as a protective measure against COVID19." [47]

• In May 2020, in Emerging Infectious Diseases, Xiao, et al concluded, "We did not find evidence that surgical-type face masks are effective in reducing laboratory-confirmed influenza transmission, either when worn by infected persons (source control) or by persons in the general community to reduce their susceptibility." [1]

• May 2020 The University of Edinburg Usher Institute Systematic Review that found , "This review found mixed and low quality epidemiological evidence on the use of face masks to prevent community transmission of respiratory illness," and, "Based on the epidemiological evidence, the effectiveness of face masks has not been demonstrated." [88]

• September 2020 meta analysis [13] that also concluded, "Surgical mask wearing among individuals in non-healthcare settings is not significantly associated with reduction in ARI [acute respiratory illness] incidence in this meta-review."

• The massive November 2020 systemic review of 67 studies conducted by the independent Cochrane Collaboration that also concluded, "Pooled results from randomized trials did not show a clear reduction in respiratory viral infection with the use of medical / surgical masks during seasonal influenza. There were no clear differences between the use of medical / surgical masks compared to N95 / P2 respirators in healthcare workers when used in routine care to reduce respiratory viral infection." [82]

With this many systematic reviews and meta analyses in agreement, we can have great confidence that masks do not prevent respiratory viruses from spreading in a community setting. Because of that, you could just stop reading here. But the story continues because whoever is interested in masking the community has spent a great deal of money to promote the idea that masks work with lower forms of evidence, biased papers, plenty of spin, and indoctrinating the public.

Drs Fauci and Osterholm were also well aware of the many studies [2 3 4 5 6 7 8 9] that were done with surgeons with and without masks. Most of them concluded that surgeons wearing masks won't prevent wound infections. One study even put a tracer particle (albumin microspheres) on the inside of the surgeon's mask [10]. Guess where those microspheres ended up... you guessed it! The surgical wound. They got blown out the sides of the mask into the air, and into the wound directly in front of them. In Clinical Orthopedics, Ritter [11] blames redirected airflow, "The wearing of a surgical face mask had no effect upon the overall operating room environmental contamination and probably work only to redirect the projectile effect of talking and breathing." Indeed, a 2021 study in Engineering in Medicine and Biology [44] backed up that astute observation, concluding that, "surgical and handmade masks, and face shields, generate significant leakage jets that may present major hazards... The effectiveness of the masks should mostly be considered based on the generation of secondary jets rather than on the ability to mitigate the front throughflow."

Masks might even make the wound infections worse. In Anesthesia and Intensive Care, Skinner and Sutton [12] wrote, "There is little evidence to suggest that the wearing of surgical face masks by staff in the operating theatre decreases postoperative wound infections. However, there is evidence indicating a significant reduction in post-operative wound infection rates when theatre staff are unmasked." [emphasis mine]

In March 2020, the Journal of the American Medical Association made the following recommendation [28], "Face masks should be used only by individuals who have symptoms of respiratory infection such as coughing, sneezing, or, in some cases, fever," and "Face masks should not be worn by healthy individuals to protect themselves from acquiring respiratory infection because there is no evidence to suggest that face masks worn by healthy individuals are effective in preventing people from becoming ill."

In May 2020, the New England Journal of Medicine, weighed in [31] with this, "We know that wearing a mask outside health care facilities offers little, if any, protection from infection." This was all confirmed in a September 2020 meta review [13] published in Frontiers in Medicine that concluded, "Surgical mask wearing among individuals in non-healthcare settings is not significantly associated with reduction in ARI incidence in this meta-review."

Legal Challenges

Adding to the consensus that masks don't stop respiratory viruses were two lawsuits [41] between the Ontario Nurses Association and the hospitals from the Toronto Academic Health Science Network (TAHSN) regarding masks in 2015 and 2018. The hospitals instituted a policy that nurses either had to receive the influenza vaccine or wear a mask for their entire shift. In both lawsuits, after reviewing the data, the arbitrators found the mask policy to be "illogical," "the exact opposite of being reasonable," and that there is "scant evidence" that forcing nurses to wear masks reduced transmission of influenza.

Governments Ignore Overwhelming Data in Favor of Mask Mandates

So we started 2020 with an immense body of data concluding masks don't stop the spread of viruses, including meta analyses, numerous studies with surgeons, medical and legal opinions. Despite this huge body of evidence, our government told us we should wear masks inside when we can't social distance. This initial precaution is understandable because masks can catch the large droplets (>5 μm) emitted when someone coughs, sneezes, or talks. (This is in fact the reason surgeons wear surgical masks – so their saliva doesn't end up in the wound and so they don't get splashed by fluids.) Droplets are relatively large and heavy, causing them to drop to the ground pretty quickly, usually within 1 or 2 meters. This is the rationale for "social distancing"; our spittle is unlikely to reach each other when we're further than 1 or 2 meters apart. If you can't social distance, a mask will help you to avoid accidentally getting your saliva droplets on someone else, or theirs on you. This of course ignores the impact of smaller, lighter aerosols, the main mode of transmission of SARS-CoV2.

The Mask Mandates Broadened

But then things got weird. We were instructed (i.e. mandated) to wear masks inside even when we can social distance, without any high quality scientific justification. Soon, the mandates went even further, directing us to wear masks outside, and then even when we can socially distance outside. In some areas, people are fined for going anywhere outside of their house without a mask. In February 2021, when it became obvious that masks did nothing to stop the spread, the CDC officially recommended that we wear two masks and even a nylon stocking over the mask ensemble [48]. It has been suggested that we wear masks even when having sexual intercourse. No joke [14]. When will it end?

Do We Even Catch SARS-CoV2 Outside?

A systematic review [42] couldn't find any solid evidence of outdoor transmission when people weren't also going inside together.

A study from China found that only 1 transmission may have occurred outside out of the 318 outbreaks it analyzed. It is exceedingly difficult to pinpoint a single outdoor transmission during an outbreak where many people are infected, especially in light of false positives of PCR tests using high cycle thresholds.

Finding uncertain evidence of a single transmission in the context of over three hundred outbreaks that include many infected people, casts doubt on whether that one transmission actually occurred outdoors.

Computer modeling [15] concluded that some weather conditions might favor outdoor contraction, but that has not occurred. The covid models have been disturbingly incorrect. For example, the initial catastrophic predictions by Neil Ferguson, the disease modeller with the MRC Centre for Global Infectious Disease Analysis, for the death toll in Sweden with no lock downs and masks was about 10 times higher than what actually happened.

Although outdoor transmission is acknowledged as being theoretically possible with models, there is no concrete evidence. The preponderance of the evidence says that you are highly unlikely to contract the coronavirus outside, because of air currents and infinite dilution of the viral particles. Among the millions of confirmed cases, there's no real evidence of outdoor transmission, just fear. Wearing masks outside under normal circumstances is particularly unjustified.

How Did We Get Here?

In a few months, we went from the scientifically backed consensus that masks don't prevent the spread of respiratory viruses to wearing masks outside even when you're not near anyone.

Almost all of the mask studies published 1921–2021 concluded that masks don't stop respiratory infections, evidenced by meta analyses like the ones referenced earlier. If masks were even moderately effective at reducing the risk of infection, a benefit would have been statistically detected in these high quality previous large studies.

Then masks became political, and what seems like out of thin air, came a handful of highly promoted new studies and models that are vigorously in favor of using masks to prevent the spread of respiratory viruses.

The divergence between the old data and these new studies is remarkable, and should be considered with caution. Even more remarkable is how these weaker studies are being emphasized. This is cherry picking at its finest. Let's take a look at these new pro mask studies.

Research Used to Justify Mask Mandates

The researchers in some of the new mask studies do actually state that masks help, but you need to read the fine print. They have poor experimental design, confounding variables, significant missing data, "low certainty" of evidence, and are the lowest form of scientific evidence [116]. One was even retracted [35] and there are numerous calls for retractions of the Lancet mask paper [64] and another by the National Academy of Science [65]. Speaking of fine print, even the World Health Organization enthusiastically recommends masks to the public, but they acknowledge on the health professional page [16], "At the present time, the widespread use of masks by healthy people in the community setting is not yet supported by high quality or direct scientific evidence."

Similarly, politicians telling everyone to mask up, cancel events, and hunker down are caught attending large private social events with no masks (like CA governor Gavin Newsom and Dr Birx). Dr Fauci has

even been seen on camera in public indoor locations with his mask under his chin. If they really believed their mandates, wouldn't they follow them too?

After reviewing most of the studies, the only statistically significant data on preventing viral spread is potentially for properly fitted N95 masks. These leak fewer aerosols (at least according to what we can measure) and have better filtering capability than other masks. But during 2020, we were told to reserve these for healthcare workers (as we should) and wear other types of masks, which we did. There has been very high mask wearing in most of the United States [40], even outside not near others.

When that didn't work, in an unintended admission of defeat, early 2021, there have been calls for double masks, nylon stockings over masks, and N95s for all [48]. Although N95s would be expected to help, the N95 mandate in Germany did not stop the major increase in cases after the mandate went into effect.

Even with an N95, proper fit is paramount. In medical settings, they are professionally fit tested. When they are not fitted, their efficacy goes dramatically down. According to research published in Journal of the American Medical Association [45], only 12.6% of subjects in a community setting properly fitted their N95 mask, despite visual and written instructions. When data from Drewnick et al's paper in Aerosol Science and Technology [115] is extrapolated, only a 3.2% leakage area brings mask efficacy down to zero.

Let's now take a look at the studies most often being used to "prove" masks stop respiratory virus transmission. As you will see, they have significant weaknesses and are lower quality of evidence [116]. We should keep in mind that the highest quality of evidence is the meta analysis [116]. In science, a few lab experiments or a single meta analysis would never replace even one, much less many, meta analyses that came to a different conclusion.

A Mix of Interventions

In this one pro mask, outlier meta study published in the Lancet [17] researchers looked at different interventions (like masks, social distancing, and hand hygiene) on stopping the spread of the coronavirus. The authors of the study state that all of these interventions happened together, but somehow still concluded that masks were helping, even though they can't legitimately make that claim since there wasn't data with just masks.  This issue of "multicollinearity" is like saying, "Lucky Charms are part of this complete breakfast." Even the studies included in the meta study did not attempt to separate the effects of individual variables in a regression analysis. This study exemplifies the old adage, "garbage in, garbage out." Furthermore, the studies they examined involved health care workers. They cannot extrapolate any results to the community setting, where people aren't trained and are unlikely to use proper protocols for PPE [personal protective equipment]. To their credit, the authors rated their evidence on masks as "low certainty." Yet this study is being held up as "proof" that masks work. Since when is "low certainty of evidence" sufficient to mandate interventions that affect people's health?

Due to many egregious flaws in this study, there are calls for its retraction [64] claiming that the report is "riddled with data errors" and "weak science based on weak science."  I highly recommend that you read Gutmann's detailed review [64] with a critical look at studies that were included and the flaws in their mathematical analysis.

Blowing into a Box

Other research conducted at UC Davis [18] and Duke [25] "proving" masks help had participants blow into a tube or a box with and without various masks or directed airflow through a tube. If fewer particles were emitted from the front of the mask, they deemed that mask to be effective. Which makes sense, except when you consider the aerosols and leakage around the sides of the mask. Studies like these only measure the forward projection of larger particles. They are unable to measure the plumes out the edges of the mask or the very small particles called aerosols (<5μm), which can contain live virus.

• Leakage Jets. Because most masks don't make a tight seal to your face, aerosols are continuously escaping from the top, bottom, and sides of your mask. Viola et al warn [44], "Surgical and handmade masks, and face shields, generate significant leakage jets that may present major hazards." This is what causes your glasses to fog up. The leakage jets were well demonstrated in this short video. The leakage occurs even with an N95 mask if it's not properly fitted, a process done by professionals in a medical setting. Research has shown that almost 90% of the community would not wear an N95 correctly, even with written and visual instructions [45], so leakage jets will be an issue with most N95s as well.
• Particle size. Because of limits of detection, the number of particles emitted out the front of the mask were probably underestimated. The Duke study [25] concedes that they were unable to measure particles smaller than 0.5 μm. Viral particles can be as small as 0.01 to 0.1 μm, smaller than tobacco smoke [26]. If you can smell cigarette smoke through your mask, you can inhale desiccated aerosols through your mask, as well as in around the edges. Some masks (like a bandana) nebulized larger particles into many more smaller particles [18], increasing the number of smaller particles which stay floating in the air for hours. All masks are likely nebulizing droplets into smaller particles, but these particles are being missed due to the analytical limit of detection.

The average infected person sheds 187 viral copies per minute [26], with some shedding as more than 20,000 viruses in 20 minutes [51]. It doesn't take much to get infected. Based on research for SARS-CoV [81], the infectious dose estimated to infect 50% of people exposed (ID50), is probably around 130–530 viral particles (expressed as PFU or plaque forming units). With so many aerosols escaping out the edges and front of the mask with every breath, it's pretty clear why masks haven't made a dent in infection rates anywhere.

Hamsters in Cages

In another study, researchers thought it would be a realistic experiment to put hamsters with covid in one cage [19] next to hamsters without covid in another cage. They separated the cages with a hole. In one experiment, they left the hole open. In follow up experiments, they covered the hole with a mask, facing either toward the infected hamster or away from it.

• The presence of the mask seemed to result in fewer infections, however the p-values were very high (indicating weak evidence) and the results were not significant.
• On top of that, odds are that the mask was very well attached to the side of the cage, with no airflow out the edges of the mask. When we wear a mask on our faces, there is plenty of airflow out the edges.
• The masks also had a fan blowing on them, so they were nice and dry, not moist like the ones we wear for hours. Moisture can affect the filtering efficiency of the mask, resulting in increased emission of viral particles. All of the different mask experiments had the same problem.

Again, another unrealistic study, lacking statistical significance, being held up as proof that masks help.

Mannequins in a Box

The experiment carried out by Virginia Tech [29] is the most impressive experiment in its attempt to simulate mask wearing in real life. They put mannequin heads in an enclosed box, with one head breathing out aerosols and droplets and the other breathing in, with various mask types and configurations. While it did show variable reduction in particles getting through the mask on both the exhale and inhale, there are some significant limitations. 1) The heads were only 13 inches apart. So this simulation only applies to very close contact, which is not in dispute. 2) The heads were enclosed in a very small space, which is unrealistic. 3) Since they only ran each experiment for 30 seconds, they would have totally missed the effect of moisture accumulation after a few hours in the real world, which affects performance. Of note, it also found better aerosol filtering for hydrophobic materials. 4) The authors acknowledge that the mannequins don't account for different head shapes or the effect of disruption of the plenum that happens in a human that's both inhaling and exhaling. So as good as this one is, it has likely overstated the benefits of masks as well and does not apply to speaking when socially distancing or in normal sized rooms or outdoors.

The Case of the Masked Hairdressers

Moving on to observational reports... One of the early case studies to prove masks work involves two hair dressers who were symptomatic and tested positive for covid19 [20]. Both wore masks while working. This study reports that "none" of the 139 clients got coronavirus, and is presented as strong evidence that masking helps prevent transmission. Of course, there are some problems with this. First, only half of the clients agreed to get tested. So the status of 50% of the clients is unknown. Second, another large portion of the clients were not included – those who were in contact with the stylists when their viral load could have been high (immediately before symptom onset). Third, the hairdressers obviously had mild cases, otherwise they wouldn't have been able to or allowed to work. In this day and age, literally no one would stay near someone who is coughing or sneezing. If this is evidence of anything, it's that you're less likely to spread the virus when you have a mild or asymptomatic case. Again, you cannot reasonably conclude that masks work from this small, incomplete case.

There's No Place Like Kansas

Researchers were eager to correlate fewer infections with mask mandates, like this comparison in Kansas [27]. A small percentage of the counties adopted the governor's optional mask mandate. They were the most populated areas. The rural areas didn't adopt the mandate.

The places that adopted the mandate had 1 case less per 100K after the mandate went into effect. The benefit of masks here is… underwhelming, not to mention not statistically significant, especially when factoring in the unreliability of PCR tests. Areas that didn't adopt the mandate still had 25% FEWER cases than the areas with a mandate. Any trend of slowing infections that they observed likely had nothing to do with masks, and more to do with how the virus spreads through densely populated areas first followed by rural areas, something we're seeing all over the country.

Additionally, the trends didn't hold, even at the time of publication of the research, as Youyang Gu, an independent data scientist out of MIT, stated on Dr Vinay Prasad's podcast.

The Effect of Mandates in Other States

Two additional analyses  attempted to correlate mask mandates with reducing cases [43] and hospitalizations [86].

In August 2020, Lyu, et al [43] reported that mask mandates slowed the rate of spread by a maximum of 2% between March 21st and May 22nd, 2020 in various states. Of note, the data was examined for the springtime, when respiratory infections naturally decrease due to warmer weather, more humidity, and people getting outside. So maybe the underwhelming 2% slowdown of the rate of increase was not due to masks, but due to the weather or other measures put into effect simultaneously.

In February 2021, the CDC's Morbidity and Mortality Weekly Report (MMWR) indicated [86] that, "Statewide mask mandates reported a decline in weekly COVID-19–associated hospitalization growth rates by up to 5.6 percentage points for adults aged 18–64 years after mandate implementation, compared with growth rates during the 4 weeks preceding implementation of the mandate." This analysis also used data from spring, summer, and early fall (March–October) when people are outside, getting vitamin D, and more often avoiding indoor spaces where transmission would occur. The CDC also used selected areas within states (instead of the entire state), a less accurate regression analysis (OLS vs the more accurate ODR), confounding factors, and additional evidence that showed no effect of mask mandates in other countries. For more details, see the American Institute of Economic Research's thorough analysis [86].

Either way, the reason for the slowdown doesn't need to be debated because every state with higher and higher mask compliance still had skyrocketing cases and hospitalizations when the cold weather returned. You can prove this to yourself by googling [the state you're interested in] and covid cases or checking out the many graphs available online that show when a mask mandate went into effect like this one, and the cases that follow in the state or country. For obvious reasons, these are only found on politically conservative sites. Politics aside, every time, the mask mandate did not prevent a seasonal rapid rise in cases after the mandate.

I've witnessed this with my own eyes in Boston. Since early spring, everyone in the city was wearing masks, even outside, even late at night alone on a deserted street, even without the governor's mandate. And yet we still had a casedemic. Then came the widely publicized paper [35] that concluded there were reduced hospitalizations after mask mandates. But it had to be withdrawn because unfortunately, the hospitalizations increased even after the mandates went into effect. The media failed to update us about the withdrawal. This underscores that a snapshot in time is meaningless. The virus spreads at different rates in different areas, with or without mask use. The only thing you can count on is that it spreads.

Worldwide Analysis of Mask Policies

The authors of a worldwide analysis [32] report that countries that adopted widespread use of masks early had less covid19 mortality. However, the countries with early masking were mainly Asian countries who have higher exposure to SARS type viruses, better overall health, and a different microbiome than westerners, as well as governments with more stringent pandemic mitigation measures. The issue of multicollinearity shows up here too.

Interestingly, the authors glossed over the Scandinavian countries and didn't mention the total mortality in those countries at all. Norway and Finland have very low use of masks and have among the lowest covid death toll. Sweden's death toll was higher at first, mainly due to shared ski vacations with Italians

when the pandemic began. For many months, Sweden had negative excess mortality by as much as 10%, despite no masks or lockdowns.

A better measure of whether masks help would be to determine whether masking reduces infection after mandates were implemented. Carl Heneghan stated that infections continued to increase in England after mask mandates, despite the expectation that infections would go down by 40%, based on modeling (which like all covid models, was incorrect).

More Inaccurate Modeling

The Institute of Health Metrics Evaluation (IHME) published a study [39] in October 2020 claiming that if Americans could increase mask usage from the "current" 49% to above 80%, we could save 130,000 lives. NIH Director Francis Collins along with 100 media outlets widely publicized the study, fomenting the mask frenzy. However, their model was based on faulty data. In their analysis, the authors assumed 49% average mask usage in the US. But Phillip W. Magness of the Wall Street Journal pointed out in his article [40] that 80% of Americans were already wearing masks regularly since the summer, based on surveys done by Carnegie Mellon and the YouGov/Economist. So we were already at the end point of that study, and still have skyrocketing cases. Magness contacted the authors for clarification. The authors responded with a statement that the inconsistency was "immaterial."

National Academy of Spin

In January 2021, the National Academy of Science (NAS) published their own review of the mask data [88]. This section will be a more in depth review because anything published by the National Academy of Science may carry more weight. Although one would expect any reports by the NAS to be unbiased and fairly present the data, this paper was heavily biased in favor of community masking. For example, the authors:

• Cherry picked pro mask statements from other reviews and analyses that did not support community masking
• Stated trials with influenza don't apply to SARS-CoV2 while using trials with bacteria — a whole different species — to support masking in the current pandemic
• Emphasize lower forms of evidence like modeling in lieu of the highest forms of scientific evidence like meta analyses of randomized controlled trials
• Left key studies out of their paper
• Put forth completely unrealistic mask designs that no one in the community would tolerate
• Completely ignore the harms of masking

Details are below.

Meta analyses of randomized controlled trials are considered the highest form of scientific evidence, because they synthesize data from all of the best quality, most relevant studies. As mentioned in other sections above, there were 5 meta analyses and systematic reviews in 2020 that concluded masks do not prevent the spread of respiratory viruses [1 13 46 47 88].

Naturally, NAS authors started out mentioning a few of the meta analyses and randomized controlled trials, all of which confirmed that there is little evidence for masks in preventing the spread of

respiratory viruses. Interestingly, they chose to highlight a few of the more positive statements from the studies to give the impression that they are in favor of community masking.

• They shared this quote from the Cochrane review [82], "Overall masks were the best performing intervention across populations, settings and threats." If you read that, you would think that the Cochrane review supported community mask use. The review does include a lot of pro mask verbiage, but in the end, this is what they report their data actually showed, "Pooled results from randomized trials did not show a clear reduction in respiratory viral infection with the use of medical / surgical masks during seasonal influenza. There were no clear differences between the use of medical / surgical masks compared to N95 / P2 respirators in healthcare workers when used in routine care to reduce respiratory viral infection."

• The NAS authors quoted the Usher Institute paper [88] with, "Homemade masks worn by sick people can reduce virus transmission by mitigating aerosol dispersal," and, "Homemade masks worn by sick people can also reduce transmission through droplets." Again, these quotes would lead the unsuspecting reader to conclude the Usher Institute's analysis found benefit to community masking. But their actual conclusion was, "This review found mixed and low quality epidemiological evidence on the use of face masks to prevent community transmission of respiratory illness," and, "Based on the epidemiological evidence, the effectiveness of face masks has not been demonstrated."

They could have left it at that, but apparently, lack of benefit of community masking wasn't the conclusion they were looking for. So they went on to explain that the traditional gold standard of medical evidence doesn't apply to masks and that weaker forms of evidence like mechanistic experiments, observational studies, and models will more accurately demonstrate how effective masks really are.

The authors then went on to say that conducting randomized trials would be unethical in a pandemic. Perhaps they didn't see the Danish mask study [30] that showed no difference in infection rates between 3000 participants who wore masks and 3000 participants who didn't wear masks or the CDC report [89] that found those who reported always wearing masks got infected just as often as those who didn't, and the many charts comparing counties, states, and countries with mask mandates and without.

Curiously, the authors also state that, "None of the studies looked specifically at cloth masks." But McIntyre, et al [21], found that health care workers who wore cotton facemasks suffered from significantly more respiratory illness than those who wore surgical masks, and concluded that, "Moisture retention, reuse of cloth masks and poor filtration may result in increased risk of infection." Later in the paper NAS authors mention that this study is misinterpreted because it was done in a hospital setting, where presumably viruses act differently. They also neglected to mention the research [18] that showed cloth masks emit 500% more fomites than no mask, which would therefore make someone 500% more infectious than breathing without a mask.

One of their complaints about the current randomized trials is that they were mostly conducted with influenza, SARS, and MERS, and not specifically SARS-CoV2. But later in the paper, they cite several flawed experimental studies to support masking with other viruses and even bacteria like tuberculosis and Pseudomonas aeruginosa [90–96]. This is hypocritical, and clear evidence of spin. Meta analyses that studied masks with respiratory viruses are certainly more applicable to SARS-CoV2 than experiments with a whole different species, like bacteria.

The mechanistic studies failed to account for important characteristics mentioned in the sections above like hazardous leakage jets around the edges of the mask, which allow infectious aerosols to escape into the environment. Many only measured the breath from the front of the mask [97-99].

Unsurprisingly, Milton [97] found that masks are much better at filtering large particles. Surprisingly, they found that fine particles contain nine times more viral particles than larger droplets, which are the ones more likely to escape the mask.

The experiment done specifically with SARS-CoV2 that they cite as evidence of benefit of community masking was the totally unrealistic experiment with hamsters in cages [19] discussed above (see section "Hamsters in Cages").

The NAS authors presented Davies et al research [96] as evidence that "homemade masks filter a high percentage of particles" but Davies actual conclusion was, "We would not recommend the use of homemade face masks as a method of reducing transmission of infection from aerosols." In yet another misleading citation, NAS authors reference Viola et al [44] in their statement, "It has been shown that all kinds of masks greatly limit the spread of the emission cloud." But Viola is the researcher who very clearly called attention to the hazardous jet streams when they wrote, "Surgical and handmade masks, and face shields, generate significant leakage jets that have the potential to disperse virus-laden fluid particles by several metres." Viola also calls into question the validity of only measuring forward projection of aerosols, "Our results suggest that the effectiveness of the masks should mostly be considered based on the generation of secondary jets rather than on the ability to mitigate the front throughflow." The reduction in particles projected forward is the evidence NAS relies on to assert that masks are effective for reducing transmission.

NAS authors also referenced Verma et al's research [100] in their claim that a stitched mask was effective for reducing jet distance in all directions, and conveniently leave out Verma's warning, "However, leakage remains a likely issue for members of the general public who often rely on loose-fitting homemade masks. Additionally, the masks may get saturated after prolonged use, which might also influence their filtration capability." It is unlikely that the general public will tolerate tight fitting masks like N95s that cause headaches and other issues in health care workers.

As for using masks as PPE (rather than source control), instead of discussing the Danish mask [30] and CDC studies [89] mentioned above that showed equal risk of infection between masked and unmasked people, they cite a few papers with completely unrealistic and suffocating ideas for improving efficacy like:

• The literal face diaper with 8 cotton layers, which even the authors acknowledge might be hard for people to breathe in [101]. Check out the photo in the paper if you have time, and imagine anyone actually wearing that.
• Rubber bands connected to a face shield and paper clip in the back of the head [102].
• "Silk covering for the whole head (and flannel sewed over nose and mouth areas), with holes for the eyes, tucked into the shirt." [103].

Judging from the number of people "double masking" at the present time, some subset of the population might attempt ideas such as these for a while, but none of this is realistic in the wider community as they appear to be torture devices.

After sharing their unusual take on randomized trials and meta analyses, NAS authors go on to cite observational studies with significant issues like the worldwide analysis discussed above [32] and various models.

Dr Sunetra Gupta, Oxford Professor of Theoretical Epidemiology, has been warning of the dangers of disease modeling for decades. She writes, "Although we now have at our disposal some fairly sophisticated methods of characterizing uncertainty, these do not actually enable us to control or even predict the extent of the disaster. Used injudiciously in these circumstances, mathematics – and especially mathematical modelling – can serve to obfuscate rather than clarify, or at best add nothing at all to the situation other than the illusion of control." The modelling for covid19 has been especially misleading, resulting in mitigation policies that caused catastrophic harms to the world's population. Real world data is far more reliable than models, which can be even more easily adjusted to show the desired result.

The authors attempt to show additional non-aerosol related benefits to mask wearing.

• First they state, "One possible additional benefit of masks as PPE is that they do not allow hands to directly touch the nose and mouth, which may be a transmission vector." But they neglect to mention all the handling and constant adjustments of the uncomfortable, contaminated masks which are so covered in microbes, they can be used as "personal sampling devices" in hospital infectious disease research. Handling the mask logically contributes to spreading of microbes. Oddly the authors state there is no "laboratory evidence" of self contamination. But previous research that they cited elsewhere in the paper highlighted mask contamination as a problem [104].
• They then go on to state that masks are a "visible signal and reminder of the pandemic." For this purpose, the constant, dire media coverage was sufficient, without subjecting the public to the risks of masking (see "Masks Might be Making Us Sick" below).
• The authors also indicated that if everyone is made to wear masks, those who desire to do so won't be stigmatized. Because a small number of people are scared enough to do something unscientific and harmful, we all should?

The NAS authors recommend further study on different materials and the issue of self contamination, especially after kids wearing them all day at school or adults all day at work. They completely left out legitimate concerns about inhaling nano and micro fibers [84], lower oxygenation, hazardous jet streams, the impact on immunity, changes to the oral microbiome, and the psychological impact especially on developing children.

Besides the report discussed here, there are calls for retraction of another National Academy of Science paper [117] that extolled the benefits of masking.
Forty medical experts petitioned [65] for its retraction stating, "The claims in this study were based on easily falsifiable claims and methodological design flaws. We present only a small selection of the most egregious errors here. Given the scope and severity of the issues we present, and the paper's outsized and immediate public impact, we ask that the Editors of PNAS retract this paper immediately and reassess the Contributed Submission editorial process by which it was published."

I would suggest that we stop wasting time and money trying to disprove the preponderance of evidence that masks don't block transmission of respiratory viruses and instead invest those resources in something more promising. We should also assess the "potential erosion of trust in science" discussed

by Martin et al [105] and government due to intrusive and harmful mandates lacking excellent scientific justification.

Let Them Wear Masks

Hopefully it's becoming increasingly evident to you that the science being used to justify community masking is all smoke and mirrors. Dr Monica Gandhi, known as the mask queen, deserves special mention. She penned a flurry of pro mask decrees in 2020, and shows no sign of slowing down on her mission to mask the populace. I keep finding really strange things whenever I check her references. There are many instances where her references don't support the statements she makes, but anyone casually reading without checking the references would be under the impression that all of the references support masking.

Here's one sterling example. In one paper [106], she wrote, "A systematic review of physical interventions to reduce the spread of respiratory viruses for the public showed that surgical masks are the most consistent and comprehensive measure to interrupt transmission, because N95 masks can irritate the skin and thereby reduce compliance [16, 44]." If you read that sentence, you'd think that surgical masks have been proven to stop viral transmission and it's the best thing we can do to stop the spread, even if it's not the N95 mask. But the references she shared don't support her statement.

• Ghandi's reference #44 made me laugh out loud [107]. This one is about how to get people to believe in using masks through government propaganda. This is the title: "The use of facemasks to prevent respiratory infection: a literature review in the context of the Health Belief Model." Here's their conclusion: "We found that individuals are more likely to wear facemasks due to the perceived susceptibility and perceived severity of being afflicted with life-threatening diseases." They recommended, "Media blitz and public health promotion activities supported by government agencies provide cues to increase the public's usage of facemasks." In their conclusion they say, "Further studies are required to evaluate the effectiveness of implemented interventions." So they're discussing how to get the government to scare you enough to wear masks, and then conclude that we should probably see if they're even effective. THAT'S EXACTLY WHAT HAPPENED IN 2020! They scared everyone into submission, emphasized masks everywhere you go, even on the highways, and then tried to drum up some studies to prove masks were effective.

• Her reference #16 is to the systematic review in November 2020 that specifically concluded, "Pooled results from randomized trials did not show a clear reduction in respiratory viral infection with the use of medical / surgical masks during seasonal influenza. There were no clear differences between the use of medical / surgical masks compared to N95 / P2 respirators in healthcare workers when used in routine care to reduce respiratory viral infection." [82] Of course you have to read through even their politically correct verbiage to get to that statement, but that is what their data showed, yet she used this statement to support the belief that masks work.

Zooming back out... remember that references 16 and 44 were used by Dr Gandhi to give the impression that "masks are the most consistent and comprehensive measure" for preventing transmission. This one example of many demonstrates what appears again and again in the pro mask papers — layer upon layer of misrepresentation in the pro mask "science."

When Did the Science Bar Get So Low?

==Prior to covid19, strong evidence gathered over 100 years demonstrated that masks don't stop the spread of respiratory viruses.== Remarkably, many of the studies conducted during this pandemic directly contradicted the preponderance of the existing evidence. Several times their conclusions did not reflect what the data actually said. Across the board, they suffered from low certainty of evidence, problematic experimental designs that ignore the jet stream of aerosol leakage around the edges of the mask and the effect of moisture, inaccurate modeling, confounding variables, and incomplete/old data. One was retracted and there are numerous calls in the scientific community to retract the Lancet study. Regardless, these studies are consistently marketed as evidence that masks will prevent 40% of covid cases or save over 100 thousand lives, which has also been disproven. ==This is not policy grade evidence, yet it is what our government is using as a basis to mask the entire population.==

Additionally, they're completely ignoring the new evidence that continues to roll in:

• ==September 2020 meta analysis [13] that also concluded masks don't help prevent respiratory illness.==
• The large November 2020 Danish randomized controlled trial [30] where there was no significant difference in infections between the 3000 participants who wore masks and the 3000 who didn't.
• The massive November 2020 systemic review of 67 studies conducted by the independent Cochrane Collaboration that also concluded masks don't stop respiratory infections [82].
• The University of Edinburg Usher Institute Systematic Review that found no benefit to community masking [88].

==Why are these studies excluded from consideration with regard to mask mandates? It does not appear that our government is following the science.==

The same pattern of extreme bias and problematic papers being published by medical journals is also occurring in other areas related to the pandemic. Notable examples include:

• The Lancet paper [125] discrediting hydroxychloroquine as a safe and effective treatment for Covid19 was retracted after scientists discovered that the data on which the analysis was based was provided by a fraudulent company called Surgisphere, run by an adult entertainer and science fiction writers. How did this questionable data source get past the authors and peer review process of the Lancet?
• The Nature paper [126] discrediting the SARS-CoV2 lab leak theory, published weeks after the lead author Kristian Andersen emailed Dr Fauci, "Look really closely at all the sequences to see that some of the features (potentially) look engineered." Dr Andersen also wrote, "I should mention that after discussions earlier today, Eddie, Bob, Mike, and myself all find the genome inconsistent with expectations from evolutionary theory." Eddie and Bob were co-authors on the paper discrediting the lab leak theory. The email exchange was obtained through the Freedom of Information Act.
• Publication of the randomized controlled trial [30] that found no benefit of mask wearing on SARS-Cov2 infection was delayed for months. The authors said that it would be published when the journals were "brave enough" to do so.
• Tess Lawrie, lead Cochrane researcher, experienced road block after roadblock in publishing her meta analysis that showed ivermectin is effective in preventing covid19 [127]. It was finally published in June 2021. Thousands of lives could have been saved if it was released months earlier.

When did the science bar get so low, especially for a pervasive intervention being forced on the entire population? Why are our top government health officials ignoring this fact?

==Masks Might be Making Us Sick==

Compounding the problem is the concern that masks might be making us sick in other ways. It's possible that our "cures" are worse than the original problem.  Masks may actually be enhancing the spread because cloth masks release more fomites than no mask, all masks create hazardous jet streams out the edges of the mask, masks are the perfect warm, moist, breeding ground for bacteria, fungi, and viruses. On top of that, masks release nanofibers that we breathe deep into our lungs, there is abundant evidence that mask wearing disrupts blood oxygen and carbon dioxide levels with long term consequences, of immediate concern for anyone exercising. These topics are discussed in more depth below with references.

**Cloth Masks Spread 500% MORE Fomites Than No Masks**

The previously mentioned pro mask study from Nature [18] where subjects breathed into a tube found that some cloth masks emit 500% MORE fomites than no mask. That is not a typo – five hundred percent more particles. Fomites are infectious surfaces. In this case, fomites are dust particles that transport live viruses. Infectious virus can live on dust particles as shown in previous research [80]. The dramatic increase in fomites emitted from the mask of an infectious person will carry live virus and actually increase the spread, the opposite of what we're trying to do.

We're Inhaling Fibers and Chemicals

Of equal concern, if you're creating dust particles by breathing OUT with a mask, you're also breathing IN these dust particles at extremely high rates. Mask wearing causes us to breathe more deeply to make up for the lack of oxygen [67], increasing the chance of dust particles dislodging from the mask and traveling into our lungs.

Indeed, researchers have found respirable plastic and fibrous debris on the inside of masks in the micron and sub micron range, and are concerned that we are breathing these fibers in [84], causing "stress and inflammation in the human respiratory tract and exacerbate vulnerability to viral infection." In their 2021 paper in Environmental Pollution, Jie Han writes, "Respirable hazards such as micro(nano)plastics present in these may escalate from once an occupational hazard to a public health issue." [84]

It has been shown that fibers from textiles can accumulate in the lungs and cause pulmonary fibrosis with long-term effects like asthma and COPD [38 69]. Suffocating your lungs with tiny plastic and cotton particles sounds like a terrible idea during a pandemic that harms the lungs.

Hazardous Jet Streams

Masks have been shown to reduce the forward trajectory of breath in the studies where participants blew, talked, or coughed into a tube. As pointed out above, these studies ignore the leakage jets [44] generated out the edges of the mask, upward, to the sides, downward, and backward. These jet streams travel further than when not wearing a mask. If you cough while wearing your mask standing in line at the grocery store, it's true that the person directly in front of you will benefit from your mask use. The people behind and to the sides of you won't be so fortunate. They'll be bathed in the plume of your aerosol jet stream. Because the backward jet stream is the most pronounced, hair dressers are at particularly high risk as they're standing behind clients with masks on all day. The only masks that reduce the jet streams are properly fitted N95 type masks. Anything else is exacerbating the aerosol spread.

Microbiological Effects

Many people, including health care workers [79], are suffering from "maskne" (mask acne), perioral dermatitis, "mask mouth," increased dental caries, and sore throats from wearing a mask. That's happening because bacteria are trapped and proliferating in the mask area [50 52 55] due to the humid, stagnant air, hampered ability to cleanse that area with normal respiration, and increased temperature around the mouth that we all can feel. It creates the perfect environment for bacterial growth on the face, in the mouth, and in the throat, and reduces the lungs ability to cleanse themselves. Hence sore throats, gingivitis, cavities, and acne. Since the face is connected to the mouth is connected to the throat is connected to the lungs, it's not a stretch to consider that bacteria can accumulate in the  lungs (along with those cotton fibers from your mask).

• A 2015 study [21] found that health care workers who wore cotton facemasks suffered from significantly more respiratory illness than those who wore surgical masks. The authors concluded, "Moisture retention, reuse of cloth masks and poor filtration may result in increased risk of infection." More infection with masks... But aren't we wearing them to prevent infection?

• Previous research conducted by Dr Fauci himself [22] found that the main cause of death in the 1918 Spanish flu pandemic wasn't from the flu, but actually from bacterial pneumonia. The public was forced to wear masks back then too. By breathing in the concentrated bacteria accumulating in our masks, we're increasing the bacteria in our lungs and potentially sensitizing the immune system and increasing inflammation there. If covid lands in pre-inflamed lungs, that could increase the risk of the dreaded "cytokine storm" that causes most of the severe consequences. More bacteria in the lungs from the masks, at a time like this, is an exceptionally bad idea.

Blood Gases

Our blood oxygen and carbon dioxide must stay within optimal ranges to keep us alert and healthy. Research has shown that masks do in fact lower oxygen availability and disrupt blood gases as a result.

OSHA has determined that an atmosphere is considered oxygen deficient if it is below 19.5% [66].

• Tests have shown that O2 concentration under the mask decreases to 17.6% [61] after only 60 seconds, a level considered unsafe by OSHA.
• Another study found that the oxygen availability under the masks was 13% lower than without the masks and the carbon dioxide (CO2) concentration was 30 times higher, even at rest [114].
• A study conducted in children [128] found that the inhaled level of carbon dioxide  under the mask was six times higher than what was deemed safe by German authorities after only three minutes of use. The study was criticized and consequently retracted. Lead author Dr Harald Walach fully addressed each of the criticisms (link to his response is available on retractionwatch.com), but the retraction still stands. In his response, he stated that the burden of proof of safety is on those that wish to implement the intervention and called upon researchers to disprove his results in their own study. He also pointed out that the adverse effects of mask wearing reported by Kisielinski et al [113] are all symptoms of high carbon dioxide.

Breathing air with a lower O2 concentration reduces blood oxygen (resulting in hypoxemia) and increases blood carbon dioxide (resulting in hypercapnia). This has been well demonstrated in various

populations [33 37 54 113]. The data demonstrating significant disruption to blood gasses caused by masks far outweighs the data showing no effect [23].

Altering blood gasses has significant downstream physiological consequences:

• A systematic review [113] that only included statistically significant data demonstrates consistent disruption in numerous measurements of blood gasses, heart rate, respiratory rate, all of which are "capable of causing pathological changes over long periods." Their analysis also revealed that mask wearing results in neurological impairments evidenced by significant exhaustion, disorientation, dizziness, confusion, decreased thinking ability, and lower psychomotoric ability.
• Numerous studies report increased headaches among masked health care workers [36 70 71 72 73 74].
• The journal Headache [70] reports that 81% of health care workers reported de novo headaches associated with wearing masks as a precaution during the covid19 era. Ninety-one percent of the health care workers that had existing headaches reported that the masks made their headaches worse and compromised their performance at work.
• Reduced oxygen suppresses the immune system [56 83] and fosters an acidic environment in the body [53]. During a pandemic, suppressing the immune system of millions of essential workers and students will backfire.
• Many people certainly feel like they can't breathe well with a mask, which increases stress, which we know to have negative health ramifications.

The downstream repercussions of the general public wearing masks for long periods are numerous, significant, and may result in long term chronic disease.

Immune Suppression

Masks reduce our oxygen levels, as we saw above. Hypoxia (low oxygen) suppresses the immune system [56 83]; reducing differentiation of CD4+ effector T cells (which kill pathogens) and increasing T Regulatory cells (which put the breaks on the immune response). Suppressing the immune system during a pandemic is a very bad idea.

Psychological Effects

There are psychological effects from wearing masks, especially regarding children. I'm not going to take time to delve into this because the physical harms combined with lack of efficacy are sufficient to reconsider the widespread mask mandates.

Exercising with a Mask

Because of the mandates to wear masks outside even when social distancing is possible, many people are exercising with masks on, including sports teams. Governments are completely ignoring the fact that the World Health Organization specifically recommends against wearing a mask [24] while exercising because "masks may reduce the ability to breathe comfortably. Sweat can make the mask become wet more quickly which makes it difficult to breathe and promotes the growth of microorganisms." Again, microorganisms that we'll be inhaling along with the nano particles.

• Researchers from the Medicine and Sports Unit in Spain report unhealthy disruptions in masked athletes blood gasses, "The use of masks in athletes causes hypoxic and hypercapnic breathing as evidenced by increased effort during exercise. The use of masks during a short exercise with an intensity around 6–8 METS, decreases O2 by 3.7% and increases the CO2 concentration by 20%." [114]

• Researchers from the Department of Exercise and Sports Sciences, Manipal College of Health Professions [49] warn, "Exercising with facemasks induces an acidic environment, and thus mobility of hypoxic natural killer cells to the target cells would be affected, aggravating the chances of infection during the pandemic."

• Researchers from Leipzig University [108] warn against wearing masks during exercise because, "Ventilation, cardiopulmonary exercise capacity and comfort are reduced by surgical masks and highly impaired by FFP2/N95 face masks in healthy individuals." They further concluded, "In addition, medical masks significantly impair the quality of life of their wearer. These effects have to be considered versus the potential protective effects of face masks on viral transmissions."

• The Asia Pacific  Journal of Sports Medicine [109] also found athletes suffer when working out with a mask on, "The laboratory study to investigate the physiological effect of wearing a facemask found that it significantly elevated heart rate and perceived exertion. Those participating in exercise need to be aware that facemasks increase the physiological burden of the body, especially in those with multiple underlying comorbidities."

• Research conducted on athletes at Baylor Scott & White Hospital in Dallas found that wearing a face mask while exercising has significant impacts during exercise [111]. They report, "Cloth face masks led to a 14% reduction in exercise time and 29% decrease in VO2max, attributed to perceived discomfort associated with mask-wearing. Compared with no mask, participants reported feeling increasingly short of breath and claustrophobic at higher exercise intensities while wearing a cloth face mask." Any intervention that causes anxiety and shortness of breath should be urgently reconsidered, because the resulting increase in stress hormones is widely known to have numerous negative downstream effects.

• On the other hand, Shaw et al [110] found no difference in oxygen saturation and heart rate during several cycle challenges, with and without a mask. When there is conflicting research,  the precautionary principle should be applied, considering 1) accumulating evidence of significant physiological impact, and 2) lack of high quality evidence of efficacy.

In Summary

Dr Fauci and "anti maskers" were right when they said masks won't help. There is abundant research that masks likely are not helping to prevent the spread of covid19. The new research supporting masks is weak and has major design flaws. Studies that demonstrate reduced particles out the front of the mask don't account for the jet stream of redirected airflow, aerosols beyond the limit of detection, or the effect of moisture. Universal masking can be doing significant harm with regard to increased bacterial counts on the skin, in the mouth, throat, and potentially even lungs. This is of special concern to people wearing masks for long work shifts. It is also of concern for children whose disrupted oral microbiome may have long-term health consequences. We may not see the harms until it's too late, and may not be able to meaningfully connect the dots.

It is reckless of our government to be mandating everyone wear a mask with such low quality evidence and the potential of significant harm. Our well-intentioned efforts to save lives sometimes do more harm than good. As citizens, we need to stay informed and not accept invalid, potentially harmful government mandates.

So What Can We Do?

For now, let's stick with the measures that have been shown to help – social distancing, hand hygiene, avoiding chronic disease. Only don a fresh, clean, properly fitted N95 mask for short periods of time when we're unavoidably close to others indoors.

About The Author

You may suspect that this summary is politically motivated. I can assure it is not.  I'm a life-long liberal Democrat. I've devoted my life to health and wellness, and have advanced degrees and certifications in the health sciences. If I thought masks helped in any way, I would be all for them because I care deeply about people's wellbeing. I find it offensive how the science is being misrepresented, and how we are being manipulated and harmed in the process. I prefer not to provide my identity because I've found that people who want to propagate the myth that masks help go to great lengths attempting to discredit anyone who says otherwise, no matter how well qualified or how sound the research is. Personally, I can take the heat, but it's just a distraction. In reality, it doesn't matter who I am, because the research speaks for itself.  Thank you for delving into this topic with me.

References

1 Xiao J, et al. Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings—Personal Protective and Environmental Measures. Emerg Infect Dis. 2020;26(5):967–975. https://dx.doi.org/10.3201/eid2605.190994

2 Ritter MA, et al. The operating room environment as affected by people and the surgical face mask. Clin Orthop Relat Res. 1975 Sep;(111):147–50. doi: 10.1097/00003086-197509000-00020. PMID: 1157412.

3 Laslett LJ, et al. Wearing of caps and masks not necessary during cardiac catheterization. Cathet Cardiovasc Diagn. 1989 Jul;17(3):158–60. doi: 10.1002/ccd.1810170306. PMID: 2766345

4 Tunevall TG. Postoperative wound infections and surgical face masks: a controlled study. World J Surg. 1991 May–Jun;15(3):383–7; discussion 387–8. doi: 10.1007/BF01658736. PMID: 1853618.

5 Lahme T, et al. Patientenmundschutz bei Regionalanästhesien. Hygienische Notwendigkeit oder entbehrliches Ritual? [Patient surgical masks during regional anesthesia. Hygenic necessity or dispensable ritual?]. Anaesthesist. 2001 Nov;50(11):846–51. German. doi: 10.1007/s00101-001-0229-x. PMID: 11760479.

6 Tunevall TG, et al. Influence of wearing masks on the density of airborne bacteria in the vicinity of the surgical wound. Eur J Surg. 1992 May;158(5):263–6. PMID: 1354489.

7 Bahli ZM. Does evidence based medicine support the effectiveness of surgical facemasks in preventing postoperative wound infections in elective surgery? J Ayub Med Coll Abbottabad. 2009 Apr–Jun;21(2):166–70. PMID: 20524498.

8 Ha'eri GB, et al. The efficacy of standard surgical face masks: an investigation using "tracer particles". Clinical Orthopaedics and Related Research. 1980 May(148):160–162. PMID: 7379387.

9 Skinner, et al. (2001). Do Anaesthetists Need to Wear Surgical Masks in the Operating Theatre? A Literature Review with Evidence-Based Recommendations. Anaesthesia and intensive care. doi: 10.1177/0310057X0102900402. PMID: 11512642.

10 Ha'eri GB, et al. The efficacy of standard surgical face masks: an investigation using "tracer particles". Clinical Orthopaedics and Related Research. 1980 May(148):160–162. PMID: 7379387.

11 Ritter MA, et al. The operating room environment as affected by people and the surgical face mask. Clin Orthop Relat Res. 1975 Sep;(111):147–50. doi: 10.1097/00003086-197509000-00020. PMID: 1157412.

12  Skinner MW, et al. Do anaesthetists need to wear surgical masks in the operating theatre? A literature review with evidence-based recommendations. Anaesth Intensive Care. 2001 Aug;29(4):331–8. doi: 10.1177/0310057X0102900402. PMID: 11512642.

13 Wang MX, et al. Effectiveness of Surgical Face Masks in Reducing Acute Respiratory Infections in Non-Healthcare Settings: A Systematic Review and Meta-Analysis. Front Med (Lausanne). 2020;7:564280. Published 2020 Sep 25. doi:10.3389/fmed.2020.564280

14 https://www.bbc.com/news/newsbeat-53736087

15 Kiran Bhaganagar, et al. Local atmospheric factors that enhance air-borne dispersion of coronavirus — High-fidelity numerical simulation of COVID19 case study in real-time. Environmental Research. 2020 December; (191). doi: 10.1016/j.envres.2020.110170

16 https://apps.who.int/iris/bitstream/handle/10665/332293/WHO-2019-nCov-IPC_Masks-2020.4-eng.pdf?sequence=1&isAllowed=y

17 Chu, DK et al. Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis. Lancet 2020; 395: 1973–87. doi: 0.1016/ S0140-6736(20)31142-9

18 Asadi S, et al. Efficacy of masks and face coverings in controlling outward aerosol particle emission from expiratory activities. Sci Rep 10, 15665 (2020). https://doi.org/10.1038/s41598-020-72798-7

19 Fuk-Woo Chan J, et al. Surgical Mask Partition Reduces the Risk of Noncontact Transmission in a Golden Syrian Hamster Model for Coronavirus Disease 2019 (COVID-19), Clinical Infectious Diseases. doi:10.1093/cid/ciaa644

20 https://www.cdc.gov/mmwr/volumes/69/wr/mm6928e2.htm

21 MacIntyre CR, et al. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. BMJ Open 2015;5:e006577. doi:10.1136/bmjopen-2014-006577

22 Morens DM, et al. Predominant role of bacterial pneumonia as a cause of death in pandemic influenza: Implications for pandemic influenza preparedness. The Journal of Infectious Diseases doi: 10.1086/591708 (2008).

23 Samannan R, et al. Effect of Face Masks on Gas Exchange in Healthy Persons and Patients with COPD. Preprint at https://www.atsjournals.org/doi/pdf/10.1513/AnnalsATS.202007-812RL

24 https://www.who.int/emergencies/diseases/novel-coronavirus-2019/advice-for-public/myth-busters

25 Fischer EP, et al. Low-cost measurement of face mask efficacy for filtering expelled droplets during speech. Science Advances. doi: 10.1126/sciadv.abd3083

26 https://ldh.la.gov/assets/oph/Center-PHCH/Center-CH/infectious-epi/HAI/InfectionsbyAerosolsDropletsHandout.pdf

27 Van Dyke ME, et al. Trends in County-Level COVID-19 Incidence in Counties With and Without a Mask Mandate — Kansas, June 1–August 23, 2020. MMWR Morb Mortal Wkly Rep 2020;69:1777–1781. doi: http://dx.doi.org/10.15585/mmwr.mm6947e2

28 Desai AN, et al. Medical Masks. JAMA. 2020;323(15):1517–1518. doi:10.1001/jama.2020.2331

29 Pan J, et al. Inward and outward effectiveness of cloth masks, a surgical mask, and a face shield. Civil and Environmental Engineering, Virginia Tech, Blacksburg, VA 240614. Preprint: https://www.medrxiv.org/content/10.1101/2020.11.18.20233353v1.full.pdf

30 Bundgaard H, et al. Effectiveness of Adding a Mask Recommendation to Other Public Health Measures to Prevent SARS-CoV-2 Infection in Danish Mask Wearers. 18 November 2020. Annals of Internal Medicine. https://doi.org/10.7326/M20-6817

31 Klompas M, et al. Universal Masking in Hospitals in the Covid-19 Era. May 2020 N Engl J Med 2020; 382:e63 doi: 10.1056/NEJMp2006372

32 Leffler CT, et al. (2020). Association of Country-wide Coronavirus Mortality with Demographics, Testing, Lockdowns, and Public Wearing of Masks, The American Journal of Tropical Medicine and Hygiene, 103(6), 2400–2411. doi: https://doi.org/10.4269/ajtmh.20-1015

33 Beder A, et al. Preliminary report on surgical mask induced deoxygenation during major surgery. Neurocirugia (Astur). 2008 Apr;19(2):121–6. doi: 10.1016/s1130-1473(08)70235-5. PMID: 18500410.

34  Lazzarino A, et al. Face masks for the public during the covid-19 crisis. BMJ 2020;369:m1435

35 Withdrawn Adjodah D, et al. Decrease in Hospitalizations for COVID-19 after Mask Mandates in 1083 U.S. Counties
 https://doi.org/10.1101/2020.10.21.20208728

36 Lim EC, et al. Headaches and the N95 face-mask amongst healthcare providers. Acta Neurol Scand. 2006;113(3):199–202. doi:10.1111/j.1600-0404.2005.00560.x

37 Kao TW, et al. The physiological impact of wearing an N95 mask during hemodialysis as a precaution against SARS in patients with end-stage renal disease. J Formos Med Assoc. 2004 Aug;103(8):624–8. PMID: 15340662.

38 Ghio A, et al. Pulmonary Fibrosis and Ferruginous Bodies Associated with Exposure to Synthetic Fibers. 2006 Oct 1. https://doi.org/10.1080/01926230600932448

39 IHME COVID-19 Forecasting Team., Reiner, R.C., Barber, R.M. et al. Modeling COVID-19 scenarios for the United States. Nat Med (2020). https://doi.org/10.1038/s41591-020-1132-9

40 Phillip W Magness. The Case for Mask Mandate Rests on Bad Data. Wall Street Journal. 2020 Nov.

41 Ontario Nurses' Association. ONA Wins Second Decision on "Unreasonable and Illogical" Vaccinate or Mask Influenza Policies. Newswire.ca  2018 Sept.

42 Bulfone TC, et al. Outdoor Transmission of SARS-CoV-2 and Other Respiratory Viruses: A Systematic Review. J Infect Dis. 2021 Feb 24;223(4):550–561. doi: 10.1093/infdis/jiaa742. PMID: 33249484; PMCID: PMC7798940.

43 Lyu W, et al. Community Use Of Face Masks And COVID-19: Evidence From A Natural Experiment Of State Mandates In The US. Health Aff (Millwood). 2020 Aug;39(8):1419–1425. doi: 10.1377/hlthaff.2020.00818. Epub 2020 Jun 16.

44 Viola I, et al. Face Coverings, Aerosol Dispersion and Mitigation of Virus Transmission Risk. Engineering in Medicine and Biology. 2021.  doi: 10.1109/OJEMB.2021.3053215

45 Yeung W, et al. Assessment of Proficiency of N95 Mask Donning Among the General Public in Singapore. JAMA Netw Open. 2020;3(5):e209670. doi:10.1001/jamanetworkopen.2020.9670

46 Jefferson, T et al. Physical interventions to interrupt or reduce the spread of respiratory viruses. Part 1 — Face masks, eye protection and person distancing: systematic review and meta-analysis. MedRxiv April 2020. doi: https://doi.org/10.1101/2020.03.30.20047217

47  Brainard J, et al. Facemasks and similar barriers to prevent respiratory illness such as COVID-19: A rapid systematic review. MedRxiv April 2020. doi: https://doi.org/10.1101/2020.04.01.20049528

48 Brooks JT, et al. Maximizing Fit for Cloth and Medical Procedure Masks to Improve Performance and Reduce SARS-CoV-2 Transmission and Exposure, 2021. MMWR Morb Mortal Wkly Rep. ePub: 10 February 2021. doi: http://dx.doi.org/10.15585/mmwr.mm7007e1

49 Chandrasekaran B, et al. "Exercise with facemask; Are we handling a devil's sword?" — A physiological hypothesis. Med Hypotheses. 2020;144:110002. doi:10.1016/j.mehy.2020.110002

50 Blachere FM, et al. Assessment of influenza virus exposure and recovery from contaminated surgical masks and N95 respirators. J Virol Methods. 2018 Oct;260:98–106. doi: 10.1016/j.jviromet.2018.05.009. Epub 2018 Jul 17. PMID: 30029810; PMCID: PMC6482848.

51 Bischoff WE, et al. Exposure to influenza virus aerosols during routine patient care. J Infect Dis. 2013 Apr;207(7):1037–46. doi: 10.1093/infdis/jis773. Epub 2013 Jan 30. PMID: 23372182.

52 Zhiqing L, et al. Surgical masks as source of bacterial contamination during operative procedures. J Orthop Translat. 2018 Jun 27;14:57–62. doi: 10.1016/j.jot.2018.06.002. PMID: 30035033; PMCID: PMC6037910.

53 Jacobson TA, et al. Direct human health risks of increased atmospheric carbon dioxide. Nat Sustain 2, 691–701 (2019). https://doi.org/10.1038/s41893-019-0323-1

54 Smith CL, et al. Carbon dioxide rebreathing in respiratory protective devices: influence of speech and work rate in full-face masks. Ergonomics. 2013;56(5):781–90. doi: 10.1080/00140139.2013.777128. PMID: 23514282.

55 Chughtai AA, et al. Contamination by respiratory viruses on outer surface of medical masks used by hospital healthcare workers. BMC Infect Dis. 2019 Jun 3;19(1):491. doi: 10.1186/s12879-019-4109-x. PMID: 31159777; PMCID: PMC6547584.

56 Lukashev D, et al. Cutting Edge: Hypoxia-Inducible Factor 1α and Its Activation-Inducible Short Isoform I.1 Negatively Regulate Functions of CD4+ and CD8+ T Lymphocytes The Journal of Immunology October 15, 2006, 177 (8) 4962–4965; doi: 10.4049/jimmunol.177.8.4962

57 Kellogg, WH. An Experimental Study of the Efficacy of Gauze Face Masks. California State Board of Health.   https://ajph.aphapublications.org/doi/pdf/10.2105/AJPH.10.1.34

58 Dr. SHIVA LIVE: Masks & Oral Health: Systems Biology of Periodontal Disease & Effect of Masks

59 Borovoy B, et al. Friable Mask Particulate and Lung Vulnerability. Primary Doctor Medical Journal September 2020.   https://pdmj.org/papers/masks_false_safety_and_real_dangers_part1/

60 Borovoy B, et al. Microbial Challenges from Masks. Primary Doctor Medical Journal October 2020. https://pdmj.org/papers/masks_false_safety_and_real_dangers_part2/

61 Borovoy B, et al. Hypoxia, Hypercapnia, and Physiological Effects. Primary Doctor Medical Journal November 2020. https://pdmj.org/papers/masks_false_safety_and_real_dangers_part3/

62 Borovoy B, et al. Proposed Mechanisms by which Masks Increase Risk of COVID-19. Primary Doctor Medical Journal December 2020. https://pdmj.org/papers/masks_false_safety_and_real_dangers_part4/

63  Editorial Committee of the American Public Health Association. A working program against influenza prepared by an editorial committee of the American Public Health Association. 1919. Am J Public Health. 2010;100(11):2070–2072. doi:10.2105/ajph.100.11.2070

64 Joule A. Retract The Lancet's (and WHO funded) published study on mask wearing — Criticism of "Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and Covid-19: a systematic review and meta-analyses". EconomicsFAQ.

65 Meta Research Innovation Center at Stanford. FORMAL REQUEST FOR THE RETRACTION OF ZHANG ET AL., 2020

66 OSHA (Occupation Safety & Health Administration). Confined or Enclosed Spaces and Other Dangerous Atmospheres » Oxygen-Deficient or Oxygen-Enriched Atmospheres.

67 Holmer I, et al. Minute Volumes and Inspiratory Flow Rates During Exhaustive Treadmill Walking Using Respirators. The Annals of Occupational Hygiene, Volume 51, Issue 3, April 2007. https://doi.org/10.1093/annhyg/mem004

68 RETRACTED: Vainshelboim B. "Facemasks in the COVID-19 era: A health hypothesis". Medical Hypotheses. 2021;146:110411. doi:10.1016/j.mehy.2020.110411

69 Lai PS, et al. Long-term respiratory health effects in textile workers. Curr Opin Pulm Med. 2013;19(2):152–157. doi:10.1097/MCP.0b013e32835cee9a

70 Ong J, et al. Headaches Associated With Personal Protective Equipment — A Cross-Sectional Study Among Frontline Healthcare Workers During COVID-19. Headache. 2020 May;60(5):864–877. doi: 10.1111/head.13811.

71 Rosner E (2020) Adverse Effects of Prolonged Mask Use among Healthcare Professionals during COVID-19. J Infect Dis Epidemiol 6:130.

72 Galanis P, et al. Impact of personal protective equipment use on health care workers' physical health during the COVID-19 pandemic: a systematic review and meta-analysis. February 2021. medRxiv preprint doi: https://doi.org/10.1101/2021.02.03.21251056

73 Purushothaman PK, et al. Effects of Prolonged Use of Facemask on Healthcare Workers in Tertiary Care Hospital During COVID-19 Pandemic. Indian J Otolaryngol Head Neck Surg 73, 59–65 (2021). https://doi.org/10.1007/s12070-020-02124-0

74 Rapisarda L, et al. Facemask headache: a new nosographic entity among healthcare providers in COVID-19 era. Neurol Sci (2021). https://doi.org/10.1007/s10072-021-05075-8

75 Hajjij A, et al. "Personal Protective Equipment and Headaches: Cross-Sectional Study Among Moroccan Healthcare Workers During COVID-19 Pandemic". Cureus. 2020 Dec;12(12):e12047. doi: 10.7759/cureus.12047.

76 Çağlar A, et al. "Symptoms associated with personal protective equipment among frontline healthcare professionals during the COVID-19 pandemic". Disaster Medicine and Public Health Preparedness, 1–15. doi:10.1017/dmp.2020.455

77 Ramirez-Moreno JM, et al. "Mask-associated 'de novo' headache in healthcare workers during the COVID-19 pandemic". Occupational and Environmental Medicine. doi: 10.1136/oemed-2020-106956.

78 Rumeesha Z, et al. "Association of Personal Protective Equipment with De Novo Headaches In Frontline Healthcare Workers during COVID-19 Pandemic: A Cross-Sectional Study". European Journal of Dentistry. 2020 Dec;14(S 01):S79–S85. doi: 10.1055/s-0040-1721904.

79 Singh M, et al. "Personal protective equipment induced facial dermatoses in healthcare workers managing Coronavirus disease 2019". Journal of the European Academy of Dermatology and Venereology, 34: e378–e380. https://doi.org/10.1111/jdv.16628

80 Edward DGF. Resistance of influenza virus to drying and its demonstration on dust. Lancet 2, 664–666 (1941).

81 Watanabe T, et al. Development of a dose-response model for SARS coronavirus. Risk Anal. 2010;30(7):1129–1138. doi:10.1111/j.1539-6924.2010.01427.x

82 Jefferson T, et al. Physical interventions to interrupt or reduce the spread of respiratory viruses. Cochrane Database of Systematic Reviews 2020, Issue 11. Art. No.: CD006207. DOI: 10.1002/14651858.CD006207.pub5. https://www.cochranelibrary.com/cdsr/doi/10.1002/14651858.CD006207.pub5/full

83 Westendorf A, et al. Hypoxia Enhances Immunosuppression by Inhibiting CD4+ Effector T Cell Function and Promoting Treg Activity. Cell Physiol Biochem 2017;41:1271–1284. doi: 10.1159/000464429

84 Han J, et al. Need for assessing the inhalation of micro(nano)plastic debris shed from masks, respirators, and home-made face coverings during the COVID-19 pandemic. Environ Pollut. 2021;268(Pt B):115728. doi:10.1016/j.envpol.2020.115728

85 Joo H, et al. Decline in COVID-19 Hospitalization Growth Rates Associated with Statewide Mask Mandates — 10 States, March–October 2020. MMWR Morb Mortal Wkly Rep 2021;70:212–216. DOI: http://dx.doi.org/10.15585/mmwr.mm7006e2external icon

86 Alexander P, et al. The CDC's Mask Mandate Study: Debunked. American Institute for Economic Research. March 2021. https://www.aier.org/article/the-cdcs-mask-mandate-study-debunked/

87 Howard J, et al. An evidence review of face masks against COVID-19.  Proceedings of the National Academy of Sciences.  January 2021. https://doi.org/10.1073/pnas.2014564118

88 Does the use of face masks in the general population make a difference to spread of infection? The University of Edinburgh, Usher Institute; Usher Network for Covid19 Evidence Reviews. May 2020. https://www.ed.ac.uk/usher/uncover

89 Fisher K, et al. Community and Close Contact Exposures Associated with COVID-19 Among Symptomatic Adults ≥18 Years in 11 Outpatient Health Care Facilities. Morbidity and Mortality Weekly Report 1258. September 2020.

90 Vanden Driessche K, et al. The Cough Cylinder: a tool to study measures against airborne spread of (myco-) bacteria. The International Journal of Tuberculosis and Lung Disease. January 2013. doi: https://doi.org/10.5588/ijtld.12.0289

91 Wood ME, et al. Face Masks and Cough Etiquette Reduce the Cough Aerosol Concentration of Pseudomonas aeruginosa in People with Cystic Fibrosis. Am J Respir Crit Care Med. 2018 Feb 1;197(3):348–355. doi: 10.1164/rccm.201707-1457OC. PMID: 28930641.

92 Stockwell RE, et al., Face masks reduce the release of Pseudomonas aeruginosa cough aerosols when worn for clinically relevant periods. Am. J. Respir. Crit. Care Med. 198, 1339–1342 (2018). https://doi.org/10.1164/rccm.201805-0823LE PubMed: 30028634

93 Dharmadhikari AS, et al. Surgical face masks worn by patients with multidrug-resistant tuberculosis: Impact on infectivity of air on a hospital ward. Am. J. Respir. Crit. Care Med. 185, 1104–1109 (2012). doi: 10.1164/rccm.201107-1190OC. PMID: 22323300.

94 Greene, VW, et al. Method for Evaluating Effectiveness of Surgical Masks. Journal of Bacteriology Mar 1962. PMID: 13901536.

95 Quesnel L. The efficiency of surgical masks of varying design and composition. Br J Surg. 1975. (and not only that but found much lower filtration of smaller particles – as in aerosolized viruses). doi: 10.1002/bjs.1800621203.   PMID: 1203649.

96 Davies A, et al. Testing the efficacy of homemade masks: would they protect in an influenza pandemic? Disaster Med Public Health Prep. 2013 Aug;7(4):413–8. doi: 10.1017/dmp.2013.43. PMID: 24229526.

97 Milton DK, et al. Influenza virus aerosols in human exhaled breath: particle size, culturability, and effect of surgical masks. PLoS Pathog. 2013 Mar;9(3):e1003205. doi: 10.1371/journal.ppat.1003205. Epub 2013 Mar 7. PMID: 23505369.

98 Leung NHL, et al. Respiratory virus shedding in exhaled breath and efficacy of face masks. Nat Med. 2020 May;26(5):676–680. doi: 10.1038/s41591-020-0843-2. Epub 2020 Apr 3. Erratum in: Nat Med. 2020 May 27;: PMID: 32371934.

99 Johnson DF, et al. A Quantitative Assessment of the Efficacy of Surgical and N95 Masks to Filter Influenza Virus in Patients with Acute Influenza Infection, Clinical Infectious Diseases, Volume 49, Issue 2, 15 July 2009, Pages 275–277, https://doi.org/10.1086/600041

100 Verma S, et al. Visualizing the effectiveness of face masks in obstructing respiratory jets. Physics of Fluids 32, 061708 (2020); https://doi.org/10.1063/5.0016018

101 Dato VM, et al. Simple respiratory mask. Emerg Infect Dis. 2006;12(6):1033–1034. doi:10.3201/eid1206.051468

102 Runde D, et al. The "double eights mask brace" improves the fit and protection of a basic surgical mask amidst COVID-19 pandemic. Journal of the American College of Emergency Physicians. December 2020 https://doi.org/10.1002/emp2.12335

103 Wu LT. A Treatise on Pneumonic Plague (League of Nations, Health Organization, 1926), pp. 373–398.

104 Chughtai AA, et al. Contamination by respiratory viruses on outer surface of medical masks used by hospital healthcare workers. BMC Infect Dis. 2019 Jun 3;19(1):491. doi: 10.1186/s12879-019-4109-x. PMID: 31159777; PMCID: PMC6547584.

105 Martin GP, et al. Face masks for the public during Covid:19: an appeal for caution in policy. https://osf.io/preprints/socarxiv/uyzxe/

106 Gandhi M, et al. The Time for Universal Masking of the Public for Coronavirus Disease 2019 Is Now, Open Forum Infectious Diseases, Volume 7, Issue 4, April 2020, ofaa131, https://doi.org/10.1093/ofid/ofaa131

107 Sim SW, et al. The use of facemasks to prevent respiratory infection: a literature review in the context of the Health Belief Model. Singapore Med J. 2014 Mar;55(3):160–7. doi: 10.11622/smedj.2014037. PMID: 24664384; PMCID: PMC4293989.

108 Fikenzer S, et al. Effects of surgical and FFP2/N95 face masks on cardiopulmonary exercise capacity. Clin Res Cardiol 109, 1522–1530 (2020). https://doi.org/10.1007/s00392-020-01704-y

109 Ying-Ying A, et al. Impact of the COVID-19 pandemic on sports and exercise. Asia Pacific Journal of Sports Medicine. October 2020.  https://doi.org/10.1016/j.asmart.2020.07.006

110 Shaw K, et al. Wearing of Cloth or Disposable Surgical Face Masks has no Effect on Vigorous Exercise Performance in Healthy Individuals. Int J Environ Res Public Health. 2020;17(21):8110. Published 2020 Nov 3. doi:10.3390/ijerph17218110

111 Driver S, et al. Effects of wearing a cloth face mask on performance, physiological and perceptual responses during a graded treadmill running exercise test. British Journal of Sports Medicine Published Online First: 13 April 2021. doi: 10.1136/bjsports-2020-103758

112 Liu, C, et al. Effects of Wearing Masks on Human Health and Comfort during the COVID-19 Pandemic. IOP Conf. Ser. Earth Environ. Sci. 2020, 531, 012034.

113 Kisielinski K, et al. Is a Mask That Covers the Mouth and Nose Free from Undesirable Side Effects in Everyday Use and Free of Potential Hazards? Int. J. Environ. Res. Public Health 2021, 18(8), 4344; https://doi.org/10.3390/ijerph18084344

114 Fernando P, et al. COVID-19 and mask in sports, Apunts Sports Medicine, Volume 55, Issue 208, 2020, Pages 143–145, ISSN 2666–5069, https://doi.org/10.1016/j.apunsm.2020.06.002

115 Drewnick F, et al. Aerosol filtration efficiency of household materials for homemade face masks: Influence of material properties, particle size, particle electrical charge, face velocity, and leaks, Aerosol Science and Technology, 55:1, 63–79, doi: 10.1080/02786826.2020.1817846

116 Süt, N. "Study designs in medicine." Balkan medical journal vol. 31,4 (2014): 273–7. doi:10.5152/balkanmedj.2014.1408

117 Zhang R, et al. Identifying airborne transmission as the dominant route for the spread of COVID-19. Proceedings of the National Academy of Sciences Jun 2020, 202009637; doi:10.1073/pnas.2009637117

118  Vaughan W. The American Journal of Hygiene. Influenza, An Epidemiologic Study. July 1921. http://www.vaughan.org/bios/wtv/WTVinfluenza.pdf

119 2 Guerra D, et al. Mask mandate and use efficacy in state-level COVID-19 containment. Preprint available on https://www.medrxiv.org/content/10.1101/2021.05.18.21257385v1.full.pdf

120 Qian H, et al. Indoor transmission of SARS-CoV-2. International Journal of Indoor Environment and Health. 31 October 2020 https://doi.org/10.1111/ina.12766

121 McGreevy R. Outdoor transmission accounts for 0.1% of State's Covid-19 cases. The Irish Times. April 5, 2021.

122 Weed M, et al. Rapid Scoping Review of Evidence of Outdoor Transmission of COVID-19. The Centre for Sport, Physical Education & Activity Research. September 2020. https://www.canterbury.ac.uk/science-engineering-and-social-sciences/spear/docs/REPORT-Outdoor-Transmission-of-COVID-19.pdf

123 Epperly DE, et al. COVID-19 Aerosolized Viral Loads, Environment, Ventilation, Masks, Exposure Time, Severity, And Immune Response: A Pragmatic Guide Of Estimates medRxiv 2020.10.03.20206110; https://doi.org/10.1101/2020.10.03.20206110

124 Belosi F, et al. On the concentration of SARS-CoV-2 in outdoor air and the interaction with pre-existing atmospheric particles. Environ Res. 2021;193:110603. doi:10.1016/j.envres.2020.110603

125 RETRACTED: Mehra MR, et al. Hydroxychloroquine or chloroquine with or without a macrolide for treatment of COVID-19: a multinational registry analysis Published: May 22, 2020 doi: https://doi.org/10.1016/S0140-6736(20)31180-6

126 Andersen KG, et al. The proximal origin of SARS-CoV-2. Nat Med 26, 450–452 (2020). https://doi.org/10.1038/s41591-020-0820-9

127 Bryant A, Lawrie TA, et al. Ivermectin for Prevention and Treatment of COVID-19 Infection: A Systematic Review, Meta-analysis, and Trial Sequential Analysis to Inform Clinical Guidelines. Am J Ther. 2021 Jun 21;28(4):e434-e460. doi: 10.1097/MJT.0000000000001402. PMID: 34145166; PMCID: PMC8248252.

128 RETRACTED: Walach H, et al. Experimental Assessment of Carbon Dioxide Content in Inhaled Air With or Without Face Masks in Healthy Children: A Randomized Clinical Trial. JAMA Pediatr. 2021 Jun 30. doi: 10.1001/jamapediatrics.2021.2659. Epub ahead of print. PMID: 34190984.

Plaintiff's Exhibit 269

**Excerpts from Studies Involving Mask-Wearing**

●     Study on CDC website which reviewed ten different randomized clinical trials, world-wide, reviewing highly infectious respiratory virus transmission which found "no significant reduction" in "transmission with the use of face masks." *https://wwwnc.cdc.gov/eid/article/26/5/19-0994_article*, *Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings—Personal Protective and Environmental Measures, Jingyi Xiao1, Eunice Y. C. Shiu1, Huizhi Gao, Jessica Y. Wong, Min W. Fong, Sukhyun Ryu, and Benjamin J. Cowling (Volume 26, Number 5, May of 2020).*

●     World Health Organization states there "is no evidence wearing a mask by a healthy person in a community setting can prevent infection with respiratory viruses, including COVID-19"  and further  concludes "universal community masking" is ineffective at preventing "infection from respiratory viruses, including COVID-19."   The WHO recommended against wearing medical masks as they "may create a false sense of security" against COVID-19, while it further went out of its way to reiterate that there is "no evidence available on a [mask's] usefulness to protect non-sick persons." *https://apps.who.int/iris/bitstream/handle/10665/331693/WHO-2019-nCov-IPC_Masks-2020.3-eng.pdf?sequence=1&isAllowed=y* *Advice on the Use of Masks in the Context of COVID-19 – Guidance, World Health Organization (April 6, 2020)*

●     British Medical Journal notes that cloth face masks may INCREASE spread of virus: "This study is the first RCT of cloth masks, and the results caution against the use of cloth masks. This is an important finding to inform occupational health and safety. Moisture retention, reuse of cloth masks and poor filtration may result in increased risk of infection." *https://bmjopen.bmj.com/content/5/4/e006577* *A cluster randomised trial of cloth masks compared with medical masks in healthcare workers*
●     *C Raina MacIntyre1, Holly Seale1, Tham Chi Dung2, Nguyen Tran Hien2, Phan Thi Nga2, Abrar Ahmad Chughtai1, Bayzidur Rahman1, Dominic E Dwyer3, Quanyi Wang4*

●     Explanation of Why Face Masks Do Not Work (reviewing other studies) *https://www.oralhealthgroup.com/features/face-masks-dont-work-revealing-review/*

●     Canadian Physicist Reviewing Why Face Masks Do Not Work.  *http://ocla.ca/wp-content/uploads/2020/04/Rancourt-Masks-dont-work-review-science-re-COVID19-policy.pdf*

●     Wearing respirators come[s] with a host of physiological and psychological burdens. These can interfere with task performances and reduce work efficiency. These burdens can even be severe enough to cause life-threatening conditions if not ameliorated. *Arthur Johnson, Journal of Biological Engineering (2016).*

●     When the N95 respirator was tested in use in 2010, the "dead-space oxygen and carbon dioxide levels did not meet the Occupational Safety and Health Administration's ambient workplace standards."

●     In a study conducted by the National Taiwan University Hospital fifteen years ago, it was found that the use of N-95 masks in healthcare workers caused them to experience hypoxemia, a low level of oxygen in the blood, and hypercapnia, an elevation in the blood's

carbon dioxide levels.  Not only did the mask create dangerously low levels of oxygen and an equally dangerous spike in carbon dioxide in the human body, the study found that "medical staff are at increased risk of getting 'Severe acute respiratory syndrome' (SARS) [from] wearing N95 masks…."  Lastly, the study's authors further found that "dizziness, headache, and short[ness] of breath are commonly experienced by the medical staff wearing N95 masks" and that the "ability to make correct decisions" was also likely impaired.  *The Physiological Impact of N95 Masks on Medical Staff, National Taiwan University Hospital (June 2005).*

●     Studies show that headaches in medical professionals are commonly found as a result of mask-wearing, which is a sign of hypoxia:  Just under 10% of the healthcare workers in one study experienced such severe symptoms that they were forced to take, on average, two full days of sick leave from their healthcare jobs, while 60% of these healthcare professionals "required use of abortive analgesics because of headache."  *Headaches and the N95 Face-Mask Amongst Healthcare Providers. Lim EC1, Seet RC, Lee KH, Wilder-Smith EP, Chuah BY, Ong BK, Acta Neurologica Scandinavica, 28 Feb 2006, 113(3):199-202.*

●     A more recent study involving 159 healthcare workers aged 21 to 35 years of age found that 81% developed headaches from wearing a face mask – which is a sign of dangerously low levels of oxygenation – and ALL healthcare workers felt like the headaches affected their work performance.  *Ong JJY et al. Headaches associated with personal protective equipment- A cross-sectional study among frontline healthcare workers during COVID-19. Headache 2020;60(5):864-877.*

●     Pregnant women wearing N-95 masks were found to have breathing difficulties associated with the use of the mask.  *Are Face Masks Effective Against Covid-19?  The Science Times (May 25, 2020).*

●     "It is known that the N95 mask, if worn for hours, can reduce blood oxygenation as much as 20%" which in turn "can lead to a loss of consciousness, as happened to the hapless fellow driving around alone in his car wearing an N95 mask, causing him to pass out, and to crash his car and sustain injuries. I am sure that we have several cases of elderly individuals or any person with poor lung function passing out, hitting their head. This, of course, can lead to death."  *Are Face Masks Effective Against Covid-19?  The Science Times (May 25, 2020).*

●     In this study, researchers examined the blood oxygen levels in 53 surgeons.  They measured blood oxygenation before surgery as well as at the end of surgeries.  The researchers found that the mask reduced the blood oxygen levels significantly.  The longer the duration of wearing the mask, the greater the fall in blood oxygen levels.  *Bader A et al. Preliminary report on surgical mask induced deoxygenation during major surgery. Neurocirugia 2008;19:12-126.*

●     In a study of dentists and dental assistants who adopted new protocols since COVID, headaches jumped from 16% pre-COVID to 65%, with half of respondents (49%) noting it was not hard to breathe "all the time" and 40% noting it was hard to breathe some of the time.  *https://www.dentistryiq.com/covid-19/article/14177630/headaches-exhaustion-anxiety-the-physical-and-emotional-challenges-of-returning-to-work-during-the-pandemic?utm_source=RDH%20eVillage%20%26%20Product&utm_medium=email&utm_campaign=CPS200611069&o_eid=3982E9300967G0X&rdx.ident[pull]=omeda%7C3982E9300967G0X&oly_enc_id=3982E9300967G0X&fbclid=IwAR1Dr974eARlmMqMikUxsl8XBZjvzOznYcgEFxJLWUoR-n1zjxfUxih_QKY#cid-14177681*

● **The immunity of the mask wearer – and his or her subsequent ability to fight off COVID-19 or any other harmful infection – is actually harmed by wearing a mask.** The drop in oxygen levels (hypoxia) noted in many studies is directly associated with an impairment in immunity. In terms of the biological effects, what the studies have shown is that the lowered rate of oxygen (hypoxia) in turn inhibits the production of the type of primary immune cells that our bodies use to fight viral infections (known as the CD4+ T-lymphocyte). Functionally speaking, what happens inside our bodies is that the decrease in oxygen causes a spike in the level of a compound called hypoxia-inducible-factor-1 (HIF-1). Once that compound spikes, it in turn inhibits the production of T-lymphocytes we need for our bodies to fight off invaders and infections. Yet worse, the lack of oxygen stimulates a powerful inhibitor of the immune system (a cell called the Tregs), which in turn makes one's body ripe for contracting a COVID-19 infection and experiencing said illness more severely: "This sets the stage for contracting any infection, including COVID-19, and making the consequences of that infection much graver. In essence, your mask may very well put you at an increased risk of infections and if so, having a much worse outcome." *Russell Blaylock, Id. (quoting Shehade H et al. Cutting edge: Hypoxia-Inducible Factor-1 negatively regulates Th1 function. J Immunol 2015;195:1372-1376. See also: Westendorf AM et al. Hypoxia enhances immunosuppression by inhibiting CD4+ effector T cell function and promoting Treg activity. Cell Physiol Biochem 2017;41:1271-84. See further: Sceneay J et al. Hypoxia-driven immunosuppression contributes to the pre-metastatic niche. Oncoimmunology 2013;2:1 e22355.*

● People with cancer may be at a further risk from hypoxia – as cancer cells grow best in a bodily environment that is low in oxygen. Low oxygen also promotes systemic inflammation which, in turn, promotes "the growth, invasion and spread of cancers." *Aggarwal BB. Nucler factor-kappaB: The enemy within. Cancer Cell 2004;6:203-208, and Blaylock RL. Immunoexcitatory mechanisms in glioma proliferation, invasion and occasional metastasis. Surg Neurol Inter 2013;4:15.*

● Repeated episodes of low oxygen – known as intermittent hypoxia – also "causes atherosclerosis" and hence increases "all cardiovascular events" such as heart attacks – as well as adverse cerebral events like stroke. *Blaylock, quoting Savransky V et al. Chronic intermittent hypoxia induces atherosclerosis. Am J Resp Crit Care Med 2007;175:1290-1297.*

● It appears the virus may be able to enter the brain. According to those who practice neurosurgery, in most instances where the virus enters the brain, it does so by way of the olfactory nerves (smell nerves) – and accordingly – by wearing a mask "the exhaled viruses will not be able to escape, and will concentrate in the nasal passages, enter the olfactory nerves and travel into the brain." *Blaylock, reviewing Baig AM et al. Evidence of the COVID-19 virus targeting the CNS: Tissue distribution, host-virus interaction, and proposed neurotropic mechanisms. ACS Chem Neurosci 2020;11:7:995-998. Wu Y et al. Nervous system involvement after infection with COVID-19 and other coronaviruses. Brain Behavior, and Immunity. Perlman S et al. Spread of a neurotropic murine coronavirus into the CNS via the trigeminal and olfactory nerves. Virology 1989;170:556-560.*

Medical Hypotheses 144 (2020) 110002

Contents lists available at ScienceDirect

# Medical Hypotheses

journal homepage: www.elsevier.com/locate/mehy



# "Exercise with facemask; Are we handling a devil's sword?" – A physiological hypothesis



Baskaran Chandrasekaran*, Shifra Fernandes

*Department of Exercise and Sports Sciences, Manipal College of Health Professions, Manipal Academy of Higher Education, India*

ARTICLE INFO

*Keywords:*
Facemask
Exercise
Complication
Physiology
Cardiometabolic risk
Immunity

ABSTRACT

Straying away from a sedentary lifestyle is essential, especially in these troubled times of a global pandemic to reverse the ill effects associated with the health risks as mentioned earlier. In the view of anticipated effects on immune system and prevention against influenza and Covid-19, globally moderate to vigorous exercises are advocated wearing protective equipment such as facemasks. Though WHO supports facemasks only for Covid-19 patients, healthy "social exercisers" too exercise strenuously with customized facemasks or N95 which hypothesized to pose more significant health risks and tax various physiological systems especially pulmonary, circulatory and immune systems. Exercising with facemasks may reduce available Oxygen and increase air trapping preventing substantial carbon dioxide exchange. The hypercapnic hypoxia may potentially increase acidic environment, cardiac overload, anaerobic metabolism and renal overload, which may substantially aggravate the underlying pathology of established chronic diseases. Further contrary to the earlier thought, no evidence exists to claim the facemasks during exercise offer additional protection from the droplet transfer of the virus. Hence, we recommend social distancing is better than facemasks during exercise and optimal utilization rather than exploitation of facemasks during exercise.

## Introduction

The year 2020, is definitely one to go down in the history books. As new Covid-19 cases continue to emerge with a global count of 6,535,354 cases and 387,155 deaths as of 6th June 2020 [1], healthy individuals have been advised to stay at home and follow self-quarantine regulations declared by local governance and World Health Organization (WHO) [2]. Access to outdoor tracks has been denied, and fitness centres have been closed for the prevention of community spread of the deadly virus. Prolonged stay at home, could result in physical inactivity, which could further lead to ill health. Sedentary behaviour (any waking behaviour characterized by the energy expenditure of fewer than 1.5 METS in reclining or sitting postures) is identified as a pleiotropic risk factor for cardiometabolic disease risks such as obesity, coronary artery diseases, hypertension and cancer disease [3].

Straying away from a sedentary lifestyle is essential, especially in these troubled times of a global pandemic to reverse the ill effects associated with the health risks mentioned earlier. Exercising even at a low intensity is found to maintain the muscle mass, cardiovascular fitness and prevent the bone loss that is imposed by the sedentary behaviour during this lockdown period [4]. Owing to the current world scenario, specific exercise guidelines have been proposed during the Covid-19 lockdown period, specifically for at-risk or chronically ill individuals [5]. Exercise training is anticipated to stave off or lessen the chances of acute respiratory distress syndrome (ARDS) associated with Covid-19 [6]. In his systematic review, Zhan Yan 2020 found that antioxidant extracellular superoxide dismutase (EcSOD) associated with exercise training might be protective against Covid-19 ARDS [7]. Though moderate to vigorous exercise training is proposed to improve immune system [8], few studies refute this proposition suggesting a window period for immunosuppression, primarily reduction in CD4 cells after vigorous exercise or unaccustomed exercise performed for a longer duration (> 2 h/day). Dramatic reduction in cytotoxic T cells should be anticipated in sedentary individuals participating in the accustomed strenuous exercise [9].

Despite the conflicting evidence, low-intensity exercise for sedentary individuals and moderate exercise for active individuals are recommended by Center for Disease Control (CDC) and American College of Sports Medicine (ACSM) to maintain cardiovascular and musculoskeletal fitness in global population [10].

* Corresponding author at: Department of Exercise and Sports Sciences, Manipal College of Health Profession, Manipal Academy of Higher Education, Manipal, Karnataka, India.
  *E-mail addresses:* baskaran.c@manipal.edu (B. Chandrasekaran), shifra.fernandes@manipal.edu (S. Fernandes).

https://doi.org/10.1016/j.mehy.2020.110002
Received 8 June 2020; Accepted 14 June 2020
Available online 22 June 2020
0306-9877/ © 2020 Elsevier Ltd. All rights reserved.

B. Chandrasekaran and S. Fernandes

Medical Hypotheses 144 (2020) 110002

## Hypothesis

Worldwide, governments are slowly relaxing their national lockdowns even though the number of cases continues to rise. Although concerning, it has still brought a sigh of relief to athletes as well as social exercisers, who can resume their training/fitness sessions, and they can now be seen everywhere with facemasks. However, the wearing of facemasks to prevent the community spread of the novel Covid-19 is itself debatable, considering the limited evidence on the subject matter [11]. WHO recommends masks only for Covid-19 patients but the usage of masks is morally "exploited" among community individuals [12]. The present physiological hypothesis paper is an attempt to explore the unanswered questions: 1) Does the use of facemasks offer any benefit for 'social exercisers' during this pandemic; 2) Does exercising with facemasks alter normal physiological responses to exercise; 3) Does exercising with facemasks increase the risk of falling prey to Coronavirus; 4) How could "social exercisers" combat the physiological alteration?

### Evolution of hypothesis

#### Do facemasks offer benefit during exercise?

Coronavirus is known to spread via droplets and causes upper respiratory tract infections with ARDS. Respirator facemasks (N95) serve as personal protective equipment that could filter fine airborne particles and prevent them from reaching the respiratory system as well as prevent inter-individual infections, especially influenza and coronaviruses [13]. The current trend indicates the proclivity of Coronavirus towards the nasal or oral cavity, due to its lower temperature as compared to the core. Gupta et al. 2020 proposed that facemasks may provide a "therapeutic" environment (95 F hot and 80 humid), and act as a barrier against these viral impactions in the naso-oropharynx region [14].

#### Facemask and physiology alteration during exercise

Exercising with customized tight facemasks induces a hypercapnic hypoxia environment [inadequate Oxygen ($O_2$) and Carbon dioxide ($CO_2$) exchange] [15]. This acidic environment both at the alveolar and blood vessels level induces numerous physiological alterations when exercising with facemasks: 1) Metabolic shift; 2) cardiorespiratory stress; 3) excretory system altercations; 4) Immune mechanism; 5) Brain and nervous system. Fig. 1 illustrates the possible physiological alterations while exercising with facemasks.

#### Metabolism altercation

Muscle metabolism highly depends on the uninterrupted $O_2$ supply and $CO_2$ exchange with the atmosphere. The efficiency of muscle metabolism depends on patency of oropharynx, autonomic stability, cardiac fitness and muscle blood supply [16]. Fat metabolism occurs at rest and low to moderate-intensity exercise, sparing glucose. But during moderate to vigorous intensity exercise, anaerobic metabolism predominates and requires substantial $O_2$ supply after cessation of the activity for the conversion of lactic acid. The face mask forms a closed circuit for the inspired and expired air, though not completely airtight. Rebreathing of the expired air increases arterial $CO_2$ concentrations and increases the intensity of acidity in the acidic environment [17]. Thus individuals exercising with a mask would have physiological effects similar to a Chronic Obstructive Pulmonary Disease (COPD) person exercising such as discomfort, fatigue, dizziness, headache, shortness of breath, muscular weakness and drowsiness [18]. Besides, light activity, like walking with a MET value of 2, could increase the amount of inhaled CO2 and decrease the amount of O2 via an N95 mask, increasing the work of breathing. Therefore, we could assume this effect to magnify when performing any aerobic or resistance exercise at a higher workload. The resistance offered to the inspiratory and expiratory flow, for prolonged periods (about 10 mins), could result in respiratory alkalosis, increased lactate levels and early fatigue [9]. The aforementioned symptoms affect the exercising individuals psychologically as well as bring about physiological alterations such as muscle damage, muscle fibre switch and fast-twitch fibres size.

Further, poor saturation of haemoglobin would be anticipated due to increased partial pressure of $CO_2$ at higher exercise intensity [19]. Fig. 2 demonstrates the extreme right shift of the oxyhemoglobin dissociation curve, which would be higher than that expected during exercise. This acidic environment would unload $O_2$ faster at the muscle level, but due to higher heart rate and reduced affinity at the alveolar junction, the partial pressure of $O_2$ would substantially fall, creating a hypoxic environment for all vital organs.

#### Poor immune responses

Substantial evidence exists concerning the long term effects of exercise and the improvement in adaptive immunity [20]. Though, moderate exercise, in the long run, is found to increase natural killer cell count and downregulate inflammatory factors such as tumour necrosis factors, acute bouts of vigorous exercise over a while may influence these changes negatively. Exercising with facemasks induces an acidic environment, and thus mobility of hypoxic natural killer cells to the target cells would be affected, aggravating the chances of infection during the pandemic. A further change in humidity and temperature in the upper airway causes immotile cilia syndrome predisposing individuals to lower respiratory tract infections by deep seeding of oropharyngeal flora [21].

#### Increased cardiorespiratory stress

The reduced availability of $O_2$ and $CO_2$ would increase the heart rate and blood pressure exponentially even at low workloads. This physiological alteration may increase aortic pressure and left ventricular pressures, leading to an upsurge of cardiac overload and coronary demand [22]. Further increased respiratory load against the "valve breathing", leads to increased respiratory muscle load and pulmonary artery pressure, in turn, adding to the cardiac overload. These changes may be subtle in healthy individuals during exercise. Still, in persons with established chronic illness, these changes may aggravate the underlying pathophysiology, leading to hospitalization or increased use of medication.

#### Altered renal function

Hypercapnic hypoxia reduces renal blood flow and glomerular filtration rate posing a risk of reduced renal functions. Thus, aciduria and resulting tubular damage may potentially aggravate the compromised renal functions in individuals with established chronic diseases [23]. Further, the autonomic dysfunction and reduced immune responses, increase the inflammatory substances such as C reactive protein, interleukins (IL-6, IL-12) resulting in generalized nephritis in chronic kidney failure patients [24]. Additionally, poor renal artery flow causes hypoxemia in nephrons perpetuating the pathophysiology of poor renal functions.

#### Brain metabolism and mental health

Acute hypercapnia, a double-edged sword, on the one hand, elevates intracranial pressure, lowers cerebral perfusion, and triggers cerebral ischemia and, on the other hand, it is found to be neuroprotective decreasing the excitatory amino acids and minimizing the cerebral metabolism [25]. Studies from obstructive sleep apnea [26] provide irrefutable evidence of hypercapnic hypoxemia affecting the postural stability, proprioception, altered gait velocities and falls. The above findings can be extrapolated to elderly persons as well as individuals with established respiratory diseases exercising with N95 respirator masks.

B. Chandrasekaran and S. Fernandes

Medical Hypotheses 144 (2020) 110002



**Fig.1.** Pathophysiological changes associated during exercise with facemasks. Potential changes that occur in the immune, muscular, renal, brain, cardiovascular and metabolic systems contributing to anxiety and depression. GFR – Glomerular Filtration Rate; PaCO2 – Partial pressure of Carbondixide; PaO2 – Partial pressure of Oxygen; ↓- decreased; ↑- increased.

*Can facemasks increase the risks of Coronavirus?*

Though the respirator masks are perceived to be the barriers for preventing aerosol depositions to the respiratory tract, the bitter reality is that masks increase the risk of more in-depth respiratory tract infections. As quoted by Perencevich et al. 2020, "The average healthy person shouldn't be wearing masks as it creates a false sense of security and people tend to touch their face more often when compared to not wearing masks" [27]. The surgical masks are debated to trap the droplets containing the virus inside, increasing rather than reducing the risk of infection.

*Possible mitigatory measures*

Even with the usage of a protective face mask, social distancing while exercising outdoors is essential. To avoid the adverse effects of exercising with a face mask, the individual should first be aware of their exercise limit. Low to moderate-intensity exercise would be beneficial and would help reduce the ill effects of mask breathing. When experiencing symptoms of dizziness, imbalance, excessive fatigue [13], and shortness of breath, it would be advisable to stop and take a break, until symptoms subside. Intermittent atmospheric breathing without the mask would be beneficial to restore the normalcy of breathing and reducing the stress on the cardiopulmonary system, in an area which is not densely occupied by people. Individuals with chronic diseases should avoid venturing outdoors to exercise. Home-based exercises, performed under the supervision of a health professional, would be preferred to avoid any adverse outcomes.

**Conclusion**

Exercising with facemasks might increase pathophysiological risks

of underlying chronic disease, especially cardiovascular and metabolic risks. Social exercisers are recommended to do low to moderate-intensity exercise, rather than vigorous exercise when they are wearing facemasks. We also recommend people with chronic diseases to exercise alone at home, under supervision when required, without the use of facemasks. Given the identified and hypothesized risks, social distancing and self-isolation appear to be better than wearing facemasks while exercising during this global crisis.

**Funding**

None.

**Conflicts of interest**

None.

**CRediT authorship contribution statement**

**Baskaran Chandrasekaran:** Conceptualization, Data curation, Methodology, Supervision, Validation. **Shifra Fernandes:** Visualization, Writing - original draft, Writing - review & editing.

**Acknowledgements**

Authors wish to thank Dr Fiddy Davis, Head, Department of Exercise and Sports Sciences, Manipal College of Health Professions, Manipal Academy of Higher Education for his continued support and motivation in research.

B. Chandrasekaran and S. Fernandes

*Medical Hypotheses 144 (2020) 110002*



**Fig.2.** Bohr's oxyhemoglobin dissociation curve is showing the extreme right side shift with the carbon dioxide rebreathing (PaCO2) and inadequate available Oxygen (P$_A$O2). Red dotted lines shows the right shift of the curve due to exercise without masks (↑PaCO2, PH and temperature). Violet dotted lines shows the extreme curve shift during exercise with masks (↑↑↑↑PaCO2, PH and temperature). (For interpretation of the references to colour in this figure legend, the reader is referred to the web version of this article.)

## Appendix A.  Supplementary data

Supplementary data to this article can be found online at https://doi.org/10.1016/j.mehy.2020.110002.

## References

[1] WHO. World Health Organization (WHO). Coronavirus disease 2019 (COVID-19). Situation Report – 137. Geneva: WHO; 6 June 2020. Available from: https://www.who.int/emergencies/diseases/novel-coronavirus-2019/situation-reports. Geneva: World Health Organisation 2020.

[2] Lau H, Khosrawipour V, Kocbach P, Mikolajczyk A, Schubert J, Bania J, et al. The positive impact of lockdown in Wuhan on containing the COVID-19 outbreak in China. J Travel Med. 2020;27(3).

[3] Booth FW, Roberts CK, Thyfault JP, Ruegsegger GN, Toedebusch RG. Role of inactivity in chronic diseases: evolutionary insight and pathophysiological mechanisms. Physiol Rev 2017;97(4):1351–402.

[4] de la Cámara MÁ, Jiménez-Fuente A, Pardos-Sevilla AI. Confinement time due to the COVID-19 disease: an opportunity to promote and engage people in regular physical exercise? Transl Sports Med n/a(n/a).

[5] Rodríguez M, Crespo I, Olmedillas H. Exercising in times of COVID- 19: what do experts recommend doing within four walls? Rev Esp Cardiol (Engl Ed) 2020.

[6] Grande AJ, Keogh J, Silva V, Scott AM. Exercise versus no exercise for the occurrence, severity, and duration of acute respiratory infections. Cochrane Database Syst Rev 2020;04(4):CD010596.

[7] Yan Z, Spaulding HR. Extracellular superoxide dismutase, a molecular transducer of health benefits of exercise. Redox Biol 2020;32:101508.

[8] Dixit S. Can moderate intensity aerobic exercise be an effective and valuable therapy in preventing and controlling the pandemic of COVID-19? Med Hypotheses 2020;143:109854.

[9] Should ZhuW. and how can, exercise be done during a coronavirus outbreak? An interview with Dr. Jeffrey A. Woods. J Sport Health Sci 2020 Mar;9(2):105–7.

[10] Moore G, Durstine JL, Painter P. Medicine ACoS. Acsm's exercise management for persons with chronic diseases and disabilities, 4E. Human Kinet 2016.

[11] Cheng VC, Wong SC, Chuang VW, So SY, Chen JH, Sridhar S, et al. The role of community-wide wearing of face mask for control of coronavirus disease 2019 (COVID-19) epidemic due to SARS-CoV-2. J Infect 2020.

[12] Greenhalgh T, Schmid MB, Czypionka T, Bassler D, Gruer L. Face masks for the public during the covid-19 crisis. BMJ 2020;369:m1435.

[13] Sakaguchi H, Wada K, Kajioka J, Watanabe M, Nakano R, Hirose T, et al. Maintenance of influenza virus infectivity on the surfaces of personal protective equipment and clothing used in healthcare settings. Environ Health Prev Med 2010;15(6):344–9.

[14] Gupta D. "Therapeutic" facemasks. Med Hypotheses 2020;143:109855.

[15] Roberge RJ, Coca A, Williams WJ, Powell JB, Palmiero AJ. Physiological impact of the N95 filtering facepiece respirator on healthcare workers. Respir Care 2010;55(5):569–77.

[16] Joyner MJ, Casey DP. Regulation of increased blood flow (hyperemia) to muscles during exercise: a hierarchy of competing physiological needs. Physiol Rev 2015;95(2):549–601.

[17] Jacobson TA, Kler JS, Hernke MT, Braun RK, Meyer KC, Funk WE. Direct human health risks of increased atmospheric carbon dioxide. Nat Sustain 2019;2(8):691–701.

[18] Smith CL, Whitelaw JL, Davies B. Carbon dioxide rebreathing in respiratory protective devices: influence of speech and work rate in full-face masks. Ergonomics 2013;56(5):781–90.

[19] Spurling KJ, Moonsie IK, Perks JL. Hypercapnic respiratory acidosis during an in-flight oxygen assessment. Aerosp Med Hum Perform 2016;87(2):144–7.

[20] Wang J, Liu S, Li G, Xiao J. Exercise regulates the immune system. Adv Exp Med Biol 2020;1228:395–408.

[21] Kempeneers C, Seaton C, Garcia Espinosa B, Chilvers MA. Ciliary functional analysis: beating a path toward standardization. Pediatr Pulmonol 2019;54(10):1627–38.

[22] Melnikov VN, Divert VE, Komlyagina TG, Consedine NS, Krivoschekov SG. Baseline values of cardiovascular and respiratory parameters predict response to acute hypoxia in young healthy men. Physiol Res 2017;66(3):467–79.

[23] Voulgaris A, Marrone O, Bonsignore MR, Steiropoulos P. Chronic kidney disease in patients with obstructive sleep apnea. A narrative review. Sleep Med Rev 2019;10(47):74–89.

[24] Huang YS, Guilleminault C, Hwang FM, Cheng C, Lin CH, Li HY, et al. Inflammatory cytokines in pediatric obstructive sleep apnea. Medicine (Baltimore) 2016;95(41):e4944.

[25] Cheng Q, Li L, Lin D, Li R, Yue Y, Wei H, et al. Effects of acute hypercapnia on cognitive function in patients undergoing bronchoscope intervention. J Thorac Dis 2019;11(3):1065–71.

[26] Stevens D, Jackson B, Carberry J, McLoughlin J, Barr C, Mukherjee S, et al. The impact of obstructive sleep apnoea on balance, gait and falls risk: a narrative review of the literature. J Gerontol A Biol Sci Med Sci 2020.

[27] Sweeney D. Wearing a face mask can put you in greater risk of corona virus. Here's why? Accessed https://www.sacbee.com/news/nation-world/national/article240780786.html on 6th June 2020. March 2020.

Plaintiffs' Exhibit 271

# Letters

## RESEARCH LETTER

### Experimental Assessment of Carbon Dioxide Content in Inhaled Air With or Without Face Masks in Healthy Children: A Randomized Clinical Trial

Many governments have made nose and mouth covering or face masks compulsory for schoolchildren. The evidence base for this is weak.[1,2] The question whether nose and mouth covering increases carbon dioxide in inhaled air is crucial. A large-scale survey[3] in Germany of adverse effects in parents and children using data of 25 930 children has shown that 68% of the participating children had problems when wearing nose and mouth coverings.

Supplemental content

The normal content of carbon dioxide in the open is about 0.04% by volume (ie, 400 ppm). A level of 0.2% by volume or 2000 ppm is the limit for closed rooms according to the German Federal Environmental Office, and everything beyond this level is unacceptable.[4]

Methods | We measured carbon dioxide content in inhaled air with and without 2 types of nose and mouth coverings in a well-controlled, counterbalanced, short-term experimental study in volunteer children in good health (details are in the eMethods in Supplement 1). The study was conducted according to the Declaration of Helsinki and submitted to the ethics committee of the University Witten/Herdecke. All children gave written informed consent, and parents also gave written informed consent for children younger than 16 years. A 3-minute continuous measurement was taken for baseline carbon dioxide levels without a face mask. A 9-minute measurement for each type of mask was allowed: 3 minutes for measuring the carbon dioxide content in joint inhaled and exhaled air, 3 minutes for measuring the carbon dioxide content during inhala-

tion, and 3 minutes for measuring the carbon dioxide content during exhalation. The carbon dioxide content of ambient air was always kept well under 0.1% by volume through multiple ventilations. The sequence of masks was randomized, and randomization was blinded and stratified by age of children. We analyzed data using a linear model for repeated measurements with $P < .05$ as the significance threshold. The measurement protocol (trial protocol in Supplement 2) is available online.[5] Data were collected on April 9 and 10, 2021, and analyzed using Statistica version 13.3 (TIBCO).

Results | The mean (SD) age of the children was 10.7 (2.6) years (range, 6-17 years), and there were 20 girls and 25 boys. Measurement results are presented in the Table. We checked potential associations with outcome. Only age was associated with carbon dioxide content in inhaled air ($y = 1.9867 - 0.0555 \times x$; $r = -0.39$; $P = .008$; Figure). Hence, we added age as a continuous covariate to the model. This revealed an association (partial $\eta^2 = 0.43$; $P < .001$). Contrasts showed that this was attributable to the difference between the baseline value and the values of both masks jointly. Contrasts between the 2 types of masks were not significant. We measured means (SDs) between 13 120 (384) and 13 910 (374) ppm of carbon dioxide in inhaled air under surgical and filtering facepiece (FFP2) masks, which is higher than what is already deemed unacceptable by the German Federal Environmental Office by a factor of 6. This was a value reached after 3 minutes of measurement. Children under normal conditions in schools wear such masks for a mean of 270 (interquartile range, 120-390) minutes.[3] The Figure shows that the value of the child with the lowest carbon dioxide level was 3-fold greater than the limit of 0.2 % by volume.[4] The youngest children had the highest values, with one 7-year-old child's carbon dioxide level measured at 25 000 ppm.

#### Table. Carbon Dioxide Values Under Various Conditions

| Measurement | Participants, No. | Carbon dioxide, % by volume Mean (SD) [95% CI] | Range |
|---|---|---|---|
| Baseline | | | |
| Pretest | 45 | 0.268 (0.108) [0.235-0.300] | 0.100-0.628 |
| Posttest[a] | 39 | 0.281 (0.105) [0.247-0.316] | 0.100-0.525 |
| Main outcome | | | |
| Inhaled air with surgical mask | 45 | 1.312 (0.384) [1.197-1.427] | 0.577-2.554 |
| Inhaled air with FFP2 mask | 45 | 1.391 (0.374) [1.279-1.504] | 0.600-2.475 |
| Additional outcome | | | |
| Joint exhaled and inhaled air with surgical mask | 45 | 2.650 (0.486) [2.504-2.796] | 1.33-3.41 |
| Exhaled air with surgical mask | 44 | 3.847 (0.678) [3.641-4.053] | 1.783-4.754 |
| Joint inhaled and exhaled air with FFP2 mask | 45 | 2.677 (0.386) [2.561-2.793] | 1.660-3.418 |
| Exhaled air with FFP2 | 45 | 3.846 (0.547) [3.682-4.011] | 2.592-5.24 |
| Carbon dioxide content in ambient air | NA | 0.074 (0.003) [0.073-0.075] | 0.067-0.083 |

Abbreviations: FFP, filtering facepiece; NA, not applicable.

[a] Posttest scores were missing in 6 children because they stopped the measurement after wearing the masks.

© 2021 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 07/01/2021

Letters

Figure. Scatterplot of Carbon Dioxide Content in Inhaled Air Under Filtering Facepiece Mask by Age



Linear regression line with locally weighted scatterplot smoothing.

**Discussion |** The limitations of the study were its short-term nature in a laboratory-like setting and the fact that children were not occupied during measurements and might have been apprehensive. <mark>Most of the complaints reported by children[3] can be understood as consequences of elevated carbon dioxide levels in inhaled air. This is because of the dead-space volume of the masks, which collects exhaled carbon dioxide quickly after a short time. This carbon dioxide mixes with fresh air and elevates the carbon dioxide content of inhaled air under the mask, and this was more pronounced in this study for younger children.</mark>

<mark>This leads in turn to impairments attributable to hypercapnia. A recent review[6] concluded that there was ample evidence for adverse effects of wearing such masks. We suggest that decision-makers weigh the hard evidence produced by these experimental measurements accordingly, which suggest that children should not be forced to wear face masks.</mark>

Harald Walach, PhD
Ronald Weikl, MD
Juliane Prentice, BA
Andreas Diemer, PhD, MD
Helmut Traindl, PhD
Anna Kappes, MA
Stefan Hockertz, PhD

**Author Affiliations:** Poznan University of the Medical Sciences, Pediatric Clinic, Poznań, <mark>Poland</mark> (Walach); Obstetric, Gynecological, and General Practice, Passau, <mark>Germany</mark> (Weikl); Psychotherapeutic Practice, Müllheim, <mark>Germany</mark>

(Prentice); General Practice, Gernsbach, Germany (Diemer); Traindl Consult, Vienna, Austria (Traindl); Psychotherapeutic Practice for Children and Youth, Müllheim, Germany (Kappes); tpi consult GmbH, Bollschweil, Germany (Hockertz).

**Accepted for Publication:** June 7, 2021.

**Published Online:** June 30, 2021. doi:10.1001/jamapediatrics.2021.2659

**Corresponding Author:** Harald Walach, PhD, Poznan University of the Medical Sciences, Pediatric Clinic, ul. Szpitalna 27/33, PL-60-572 Poznań, Poland (harald.walach@uni-wh.de).

**Author Contributions:** Dr Walach (principal investigator) had full access to all of the data in the study and takes responsibility for the integrity of the data and the accuracy of the data analysis.
*Concept and design:* All authors.
*Acquisition, analysis, or interpretation of data:* Walach, Weikl, Diemer, Traindl, Kappes, Hockertz.
*Drafting of the manuscript:* Walach, Traindl.
*Critical revision of the manuscript for important intellectual content:* Walach, Weikl, Prentice, Diemer, Kappes, Hockertz.
*Statistical analysis:* Walach.
*Administrative, technical, or material support:* Weikl, Prentice, Diemer, Traindl, Kappes, Hockertz.
*Supervision:* Weikl, Diemer, Traindl, Kappes, Hockertz.
*Other-liaising with all other authors:* Walach.

**Conflict of Interest Disclosures:** None reported.

**Funding/Support:** Mediziner und Wissenschaftler für Gesundheit, Freiheit und Demokratie eV, a public charity, has organized this study and covered only essential expenses, such as travel.

**Role of the Funder/Sponsor:** The funder had no role in the design and conduct of the study; collection, management, analysis, and interpretation of the data; preparation, review, or approval of the manuscript; and decision to submit the manuscript for publication.

**Data Sharing Statement:** See Supplement 3.

1.  Xiao J, Shiu EYC, Gao H, et al. Nonpharmaceutical measures for pandemic influenza in nonhealthcare settings —personal protective and environmental measures. *Emerg Infect Dis.* 2020;26(5):967-975. doi:10.3201/eid2605.190994

2.  Matuschek C, Moll F, Fangerau H, et al. Face masks: benefits and risks during the COVID-19 crisis. *Eur J Med Res.* 2020;25(1):32. doi:10.1186/s40001-020-00430-5

3.  Schwarz S, Jenetzky E, Krafft H, Maurer T, Martin D. Corona children studies "Co-Ki": first results of a Germany-wide registry on mouth and nose covering (mask) in children. Published 2021. Accessed June 15, 2021. https://www.researchsquare.com/article/rs-124394/v1

4.  Mitteilungen der Ad-hoc-Arbeitsgruppe Innenraumrichtwerte der Innenraumlufthygiene-Kommission des Umweltbundesamtes und der Obersten Landesgesundheitsbehörden. [Health evaluation of carbon dioxide in indoor air]. *Bundesgesundheitsblatt Gesundheitsforschung Gesundheitsschutz.* 2008; 51(11):1358-1369. doi:10.1007/s00103-008-0707-2

5.  Walach H, Weikl R, Traindl H, et al. Is carbon dioxide content under nose-mouth covering in children without potential risks? a measurement study in healthy children. Published April 14, 2021. Accessed June 15, 2021. https://osf.io/yh97a/?view_only=df003592db5c4bd1ab183dad8a71834f

6.  Kisielinski K, Giboni P, Prescher A, et al. Is a mask that covers the mouth and nose free from undesirable side effects in everyday use and free of potential hazards? *Int J Environ Res Public Health.* 2021;18(8):4344. doi:10.3390/ijerph18084344

© 2021 American Medical Association. All rights reserved.

Downloaded From: https://jamanetwork.com/ on 07/01/2021

Plaintiff's Exhibit 272

brusselstimes.com

# Fabric masks the Belgian government gave pharmacists may be toxic

3 minutes

---

Wednesday, 24 February 2021

The 15 million fabric masks given to pharmacists by the Belgian government last summer may be toxic, according to a confidential report from Sciensano, the Belgian Institute for Public Health.

The face masks were manufactured in Asia by the Luxembourg-based company Avrox, and may contain nanoparticles of silver and titanium dioxide that when inhaled could damage the respiratory tract.

Two toxicologists warn that people who wear the masks are at risk of developing pneumonia, especially if they already have underlying respiratory problems, according to HLN.

**Related News**

- 

- 

"Sooner or later you can ingest these nanoparticles, especially if the mask is washed and worn regularly. They can easily end up in the lungs and blood," toxicologist Alfred Bernard said.

Nanoparticles of silver and titanium dioxide are used to whiten the fabric of the mask, not to be confused with nanoparticles of just silver, which have an antibacterial effect.

Sciensano has responded to the leaking of the report with a press release saying that it's too early to draw conclusions.

"These are the first results of the first phase of a study and it is important to interpret them with caution," the press release says. "Based on the current data, it cannot be determined whether these nanoparticles actually come out of the masks and to what extent the users are exposed to them."

But this isn't the first time the Luxembourg company has come under fire.

There were concerns about the safety of the masks last June when the Belgian government was distributing them for free to pharmacists, but Avrox insisted the face masks met all international standards.

The purchase of the masks themselves, which involved a €40 million agreement, is also being investigated for potential fraud because two of the people involved are said to personally know each other very well.

Avrox is run by two French persons: a former football agent and an ex-restaurateur. HLN reports that the main shareholder is a Jordanian millionaire with an address in Malta, a holding company in the Cayman Islands, and a firm that finances film projects in the US.

*Helen Lyons*
*The Brussels Times*

Plaintiffs' Exhibit 273

[dailyexpose.co.uk](dailyexpose.co.uk)

# FACT CHECK – Face Coverings are unsafe and ineffective – Here's all the evidence…

*Daily Expose*

9-11 minutes

---

**In the middle of Summer in 2020 the UK Government thought it would be a great idea to enforce the wearing of face masks in all indoor public settings. Why did they think it was a great idea? Because all respiratory viruses such as influenza and the common cold causing viruses such as rhinovirus and coronavirus are seasonal.**

**So therefore the authorities no longer had the numbers to justify the reign of terror that they had subjected the British public to for the last five months. So they needed to find a way to reinforce the illusion of "a problem". And what better way to do that than to enforce a policy that would serve as a constant illusion of there being "a problem" every time a member of the British public ventured out of their front door and found themselves surrounded by swarms of face nappy clad alarmists.**

---



Like what we do?

**Buy us a coffee!**

---

Fast forward 7 months and the deputy chief medical officer for England, Professor Jonathan Van Tam said the wearing of face masks "may persist for many years and that may be a good thing".

But if we rewind just a few months before the heinous policy came into force you may or may not remember Professor Van Tam saying the following –

Van Tam told the British public that he had spoke with a colleague in Hong Kong who had

carried out an evidence review for the World Health Organisation and stated they "were of the same mind that ==there is no evidence that the general wearing of face masks by the public affects the spread of a disease in our society, what matters right now is social distancing. In terms of the hard evidence, we do not recommend face masks for general wearing by the public."==



The contradictions throughout this alleged pandemic are never ending, as is the UK Governments line that they are being "guided by the science", a line which they have used throughout the past year to justify dictatorial, authoritarian tyranny.

==The problem with their claim as that when we actually look at the science it becomes pretty clear that they are lying. Because here's what the science on mask wearing actually shows us…==

This 2020 meta-analysis published on the CDC website in the USA found that evidence from randomized controlled trials of face masks did not support a substantial effect on transmission of laboratory-confirmed influenza, either when worn by infected persons or by persons in the general community to reduce their susceptibility.

This review carried out by the Norwich School of Medicine and the School of Environmental Sciences found that ==masks had no effect specifically against Covid-19,== although face mask use seemed linked to, in 3 of 31 studies, "very slightly reduced" odds of developing influenza-like illness.

This 2019 study of 2862 participants showed that ==both N95 respirators and surgical masks "resulted in no significant difference in the incidence of laboratory confirmed influenza."==

This 2016 meta-analysis published on the Canadian Medical Association site found that both randomized controlled trials and observational studies of N95 respirators and surgical masks used by healthcare workers did not show benefit against transmission of acute respiratory infections.  It was also found that acute respiratory infection transmission "may have occurred via contamination of provided respiratory protective equipment during storage and reuse of masks and respirators throughout the workday."

This review carried out health workers in Japan found face mask use was likewise found to be not protective against the common cold, compared to controls without face masks among healthcare workers.



A study of 44 mask brands found mean 35.6% penetration (+ 34.7%).  Most medical masks had over 20% penetration, while "general masks and handkerchiefs had no protective function in terms of the aerosol filtration efficiency."  The study found that "Medical masks, general masks, and handkerchiefs were found to provide little protection against respiratory aerosols."

In another study published on the BMJ, penetration of cloth masks by particles was almost 97% and medical masks 44%.

Honeywell is a manufacturer of N95 respirators.  These are made with a 0.3 micron filter.

N95 respirators are so named, because 95% of particles having a diameter of 0.3 microns are filtered by the mask forward of the wearer, by use of an electrostatic mechanism. The coronavirus is approximately 0.125 microns in diameter.

This meta-analysis found that N95 respirators did not provide superior protection to face masks against viral infections or influenza-like infections. (13)

This study found that surgical masks offered no protection at all against influenza. Another study carried out in 2018 found that surgical masks had about 85% penetration ratio of inactivated influenza particles and about 90% of Staphylococcus aureus bacteria, although S aureus particles were about 6 x the diameter of influenza particles.



**Like what we do?**

**Buy us a coffee!**

A controlled study carried out in 1991 found that the use of masks in surgery were found to **increase** incidence of infection over not masking in a study of 3,088 surgeries. The surgeons' masks were found to give no protective effect to the patients.

This study found that "there is a lack of substantial evidence to support claims that face masks protect either patient or surgeon from infectious contamination."

In another study, that observed subjects while coughing, "neither surgical nor cotton masks effectively filtered SARS-CoV-2 during coughs by infected patients." And more viral particles were found on the outside than on the inside of masks tested.

Cloth masks were found to have low efficiency for blocking particles of 0.3 microns and smaller. Aerosol penetration through the various cloth masks examined in this study were between 74 and 90%. Likewise, the filtration efficiency of fabric materials was 3% to 33%.

This study published on the BMJ in 2017 found that healthcare workers wearing cloth masks were found to have 13 times the risk of influenza-like illness than those wearing medical masks.

This 1920 analysis of cloth mask use during the 1918 pandemic examines the failure of masks to impede or stop flu transmission at that time, and concluded that the number of layers of fabric required to prevent pathogen penetration would have required a suffocating number of layers, and could not be used for that reason, as well as the

problem of leakage vents around the edges of cloth masks.

The New England Journal of Medicine editorial on the topic of mask use versus Covid-19 assesses the matter as follows –

"We know that wearing a mask outside health care facilities offers little, if any, protection from infection. Public health authorities define a significant exposure to Covid-19 as face-to-face contact within 6 feet with a patient with symptomatic Covid-19 that is sustained for at least a few minutes (and some say more than 10 minutes or even 20 minutes). The chance of catching Covid-19 from a passing interaction in a public space is therefore minimal. In many cases, the desire for widespread masking is a reflexive reaction to anxiety over the pandemic."



Researchers are concerned about possible burden of face masks during physical activity on pulmonary, circulatory and immune systems, due to oxygen reduction and air trapping reducing substantial carbon dioxide exchange. As a result of hypercapnia, there may be cardiac overload, renal overload, and a shift to metabolic acidosis.

Various respiratory pathogens were found on the outer surface of used medical masks, which could result in self-contamination. The risk was found to be higher with longer duration of mask use.

Surgical masks were also found to be a repository of bacterial contamination. The source of the bacteria was determined to be the body surface of the surgeons, rather than the operating room environment. Given that surgeons are gowned from head to foot for surgery, this finding should be especially concerning for laypeople who wear masks.

Without the protective garb of surgeons, laypeople generally have even more exposed body surface to serve as a source for bacteria to collect on their masks.

This BMJ study found healthcare workers wearing cloth masks had significantly higher rates of influenza-like illness after four weeks of continuous on-the-job use, when compared to controls.

The increased rate of infection in mask-wearers may be due to a weakening of immune function during mask use.  Surgeons have been found to have lower oxygen saturation after surgeries even as short as 30 minutes.

As you can see the science actually shows face masks to serve as instruments of obstruction of normal breathing, rather than as effective barriers to pathogens. Therefore the UK Government is not being guided by the science, and if they are they need to be asking to see the qualifications of these scientists.

**Stop worrying what the neighbours will think and take off the mask.**

Plaintiffs' Exhibit 274

dailymail.co.uk

# Face masks are a 'ticking plastic bomb' for the environment

*Joe Pinkstone*

6-8 minutes

---

Three million face masks are discarded every minute as a result of mass adoption during the coronavirus pandemic, and experts warn it could soon lead to environmental catastrophe.

Face coverings are being worn by the majority of individuals around the world in order to curb the spread of SARS-CoV-2, the coronavirus which causes Covid-19.

However, they pose a greater risk to the environment than carrier bags because of their ubiquity and the fact there is no way to safely decontaminate and recycle them.

In an article published by the University of Southern Denmark, experts call the huge amount of face masks being worn and thrown away a 'ticking time bomb'.

They add that littering is causing masks to break down into dangerous microfibres and they may also be carrying harmful chemicals into the environment.

Scroll down for video

- 
- 
- 
- 
- Copy link to paste in your message
- 

Three million face masks are discarded every minute as a result of mass adoption during the coronavirus pandemic, and experts warn it could soon lead to environmental catastrophe

- 
- 
- 
- 
- Copy link to paste in your message

- 

Face coverings are being worn by the majority of individuals around the world in order to curb the spread of SARS-CoV-2, the coronavirus which causes Covid-19

**Four ways to reduce mask pollution**

1. Set up mask-only trash cans for collection and disposal

2. Consider standardisation, guidelines, and strict implementation of waste management for mask wastes

3. Replace disposable masks with reusable face masks like cotton masks

4. Consider development of biodegradable disposal masks.

Environmental Toxicologist Elvis Genbo Xu from the University of Southern Denmark and Professor of Civil and Environmental Engineering Zhiyong Jason Ren from Princeton University penned an article on the topic in the journal Frontiers of Environmental Science & Engineering.

And the conundrum of what to do with the recent deluge of masks truly is a new frontier for scientists, who have never before been faced with such a rapid explosion of a product for which there is no established responsible disposal method.

'With increasing reports on inappropriate disposal of masks, it is urgent to recognise this potential environmental threat and prevent it from becoming the next plastic problem,' the researchers warn.

Disposable face masks, although excellent at reducing viral transmission, are tricky when it comes to recycling as they are made from many different materials.

'The common disposable surgical masks are made of three layers,' the researchers explain.

'The outer layer is made up of nonabsorbent material (e.g., polyester) that protects against liquid splashes.

'The middle layer is non-woven fabrics (e. g., polypropylene and polystyrene) created using a meltblowing process, which prevents droplets and aerosols via an electrostatic effect.

'The inner layer is made of absorbent material like cotton to absorb vapour.'

- 
- 
- 
- 
- Copy link to paste in your message
- 

This graphic shows the potential environmental impact of face masks and what they can do to

nature if not properly disposed of

-
-
-
-
- Copy link to paste in your message
-

In an article published by the University of Southern Denmark, experts call the huge amount of face masks being worn and thrown away a 'ticking time bomb'

This all ensures adequate filtration, comfort and durability to protect the wearer and others from infectious droplets which may contain a pathogen.

==Production of face masks is now on par with plastic bottles, at around 43 billion items a month.==

But due to dogged efforts from green campaigners to improve recycling over many years, one in four bottles are now fully recycled. In contrast, no masks are.

==If recklessly thrown away into nature, masks break down into micro and nanoplastic fibres in a matter of weeks.==

==These tiny fibres, less than 5mm and 1mm in size, respectively, pose a huge risk to animal and human health.==

Humid cotton masks are better coronavirus filters, study shows



0:00 / 0:00

Loaded: 0%

Progress: 0%

0:00

LIVE

Microplastics have been found to travel on air currents and have been spotted in the most desolate parts of the world, including the Alps, Antarctica and the 'death zone' of Mt Everest.

The researchers put forward a variety of ways in which the environmental fallout of face masks can be minimised.

'The environmental research community needs to move fast to understand and mitigate [the risks

masks pose to the environment],' they write.

'Critical thinking of the three 'Rs' can be valuable: regulate (life-cycle evaluation on production, disposal and decontamination), reuse (disposable masks), and replace (biodegradable materials) single-use masks.'

They also recommend people switch, wherever possible, to cotton face masks opposed to disposable alternatives.

**Face masks and plastic gloves are found on a THIRD of British beaches**

Protective items such as gloves and face masks are found on almost a third of all British beaches following a spike in use due to the coronavirus pandemic.

The Marine Conservation Society's annual beach clean-up in September discovered the shocking increase in PPE litter.

This year, volunteers were asked to adopt a 100-metre stretch of beach themselves, and organise their own, smaller beach-cleans with family friends and 'bubbles', in line with Government guidance.

For the first time volunteers were asked to record the number of face masks and plastic gloves they found.

Those items were found on almost 30 per cent of beaches cleaned by Marine Conservation Society volunteers during the week-long event.

The results were supported by inland data collected by volunteers embarking on the charity's Source To Sea Litter Quest, which revealed that more than two-thirds (69%) of litter-picks found PPE.

Pieces of plastic and polystyrene were the most common items recovered, followed by plastic and polystyrene caps and lids, wet wipes, cigarette stubs and plastic string.

Great British Beach Clean co-ordinator Lizzie Prior said: 'The amount of PPE our volunteers found on beaches and inland this year is certainly of concern.

'Considering mask-wearing was only made mandatory in shops in England in late July, little more than three months before the Great British Beach Clean, the sharp increase in PPE litter should be a word of warning for what could be a new form of litter polluting our beaches in the future.'

Matuschek et al. Eur J Med Res     (2020) 25:32
https://doi.org/10.1186/s40001-020-00430-5

Plaintiffs' Exhibit 275

European Journal
of Medical Research

**REVIEW**                                                                 **Open Access**

# Face masks: benefits and risks during the COVID-19 crisis

Christiane Matuschek[1†], Friedrich Moll[2†], Heiner Fangerau[2], Johannes C. Fischer[3], Kurt Zänker[4], Martijn van Griensven[5], Marion Schneider[6], Detlef Kindgen-Milles[7], Wolfram Trudo Knoefel[8], Artur Lichtenberg[9], Balint Tamaskovics[1], Freddy Joel Djiepmo-Njanang[1], Wilfried Budach[1], Stefanie Corradini[10], Dieter Häussinger[11], Torsten Feldt[11], Björn Jensen[11], Rainer Pelka[12], Klaus Orth[13], Matthias Peiper[14], Olaf Grebe[15], Kitti Maas[1], Peter Arne Gerber[14], Alessia Pedoto[16], Edwin Bölke[1*] and Jan Haussmann[1]

**Abstract**

**Background:** The German government has made it mandatory to wear respiratory masks covering mouth and nose (MNC) as an effective strategy to fight SARS-CoV-2 infections. In many countries, this directive has been extended on shopping malls or public transportation. The aim of this paper is to critically analyze the statutory regulation to wear protective masks during the COVID-19 crisis from a medical standpoint.

**Methods:** We performed an extensive query of the most recent publications addressing the prevention of viral infections including the use of face masks in the community as a method to prevent the spread of the infection. We addressed the issues of practicability, professional use, and acceptability based on the community and the environment where the user resided.

**Results:** Upon our critical review of the available literature, we found only weak evidence for wearing a face mask as an efficient hygienic tool to prevent the spread of a viral infection. However, the use of MNC seems to be linked to relevant protection during close contact scenarios by limiting pathogen-containing aerosol and liquid droplet dissemination. Importantly, we found evidence for significant respiratory compromise in patients with severe obstructive pulmonary disease, secondary to the development of hypercapnia. This could also happen in patients with lung infections, with or without SARS-CoV-2.

**Conclusion:** Epidemiologists currently emphasize that wearing MNC will effectively interrupt airborne infections in the community. The government and the politicians have followed these recommendations and used them to both advise and, in some cases, mandate the general population to wear MNC in public locations. Overall, the results seem to suggest that there are some clinically relevant scenarios where the use of MNC necessitates more defined recommendations. Our critical evaluation of the literature both highlights the protective effects of certain types of face masks in defined risk groups, and emphasizes their potential risks.

*Correspondence: boelke@med.uni-duesseldorf.de
†Christiane Matuschek and Friedrich Moll are both considered as first authors
¹ Department of Radiation Oncology, Heinrich Heine University, Dusseldorf, Germany
Full list of author information is available at the end of the article
Dedicated to Prof. Dr. Hans-Jürgen Peiper, Göttingen, on the occasion of his 95th birthday

## Introduction

The knowledge that the use of face masks delays the SARS-CoV-2 transmission is rapidly gaining popularity in the general population. Politicians need guidance on how masks should be used by the public to fight the



© The Author(s) 2020. This article is licensed under a Creative Commons Attribution 4.0 International License, which permits use, sharing, adaptation, distribution and reproduction in any medium or format, as long as you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons licence, and indicate if changes were made. The images or other third party material in this article are included in the article's Creative Commons licence, unless indicated otherwise in a credit line to the material. If material is not included in the article's Creative Commons licence and your intended use is not permitted by statutory regulation or exceeds the permitted use, you will need to obtain permission directly from the copyright holder. To view a copy of this licence, visit http://creativecommons.org/licenses/by/4.0/. The Creative Commons Public Domain Dedication waiver (http://creativecommons.org/publicdomain/zero/1.0/) applies to the data made available in this article, unless otherwise stated in a credit line to the data.

Matuschek *et al. Eur J Med Res*     *(2020) 25:32*



**Fig. 1** FFP (*filtering face piece*) mask without valve



**Fig. 2** FFP (*filtering face piece*) mask with valve

COVID-19 pandemic crisis. In this review, we summarize the relevant literature on this topic.

> "*The surgical face mask has become a symbol of our times.*"

On March 17th, 2020, this was the headline of an article in the New York Times on the role of face masks during the COVID-19 outbreak. Face masks have become a clothing accessory that is worn every day and everywhere. A variety of shapes, forms, and materials are being used and advertised to the point that in 2020 the business of producing and selling face masks was born.

In Germany, the government has ruled that wearing a face mask is obligatory to protect the population from any risks of airborne illness, according to the constitutional law [1] stating that "Protection must be easily provided to every citizen in the country."

The aim of this paper is to analyze and critically discuss the regulations of some Federal States in Germany, which require protective masks in public to conform to similar regulations already in place in other countries. Most masks covering the mouth are named mouth nose covering (MNC) according to the Robert Koch Institute (RKI; the German federal government agency and research institute responsible for disease control and prevention) and do not protect against respiratory and airborne infections. In the following review, the term "protective masks" will be used to describe any type of face mask.



**Fig. 3** Homemade face mask for everyday use

## Face masks protecting from infections

Respiratory masks (RM) are protective devices covering a part of the face. They are designed to protect both the person who wears them and the immediate environment from breathable pollutants (respiratory poisons or



**Fig. 4** Surgical mask (MNP)

Matuschek *et al. Eur J Med Res*      (2020) 25:32

bacterial/viral pathogenic organisms). Different masks can be classified as I) *full masks* (normed following EN 136) and II) *half and quarter masks* (EN 140) (Figs. 1, 2, 3 and 4). While a *full mask* covers the whole face, a *half-mask* fits from under the chin to above the nose, a *quarter mask* fits from the top of the nose to the top of the chin. The breathing resistance varies proportionally to the density of the mask material.

**FFP masks** (*filtering face piece)* are classified as *half masks*. Their use is required to prevent the entry of pathogens through the airway and have the role of protecting both the wearer and the surrounding people. They are different from medical MNC, (often referred to as "surgical masks"), and from "self-made" masks for everyday use. MNCs and self-made masks are not "leak-proof" and do not provide complete respiratory protection since air can escape through them. FFP masks come without (Fig. 1) or with (Fig. 2) a valve. FFP (filtering face piece) masks with valves provide an air flow from the inside to the outside of the mask. FFP 1 masks are dust masks and mainly used for this purpose. They do not prevent COVID-19 infections. FFP1 masks are suitable for work environments in which only non-toxic dusts are found. FFP2 masks are suitable for work environments where there are pathogens and mutagens in the air composition.

In the context of SARS-CoV-2 the following types of masks are available (WHO, 2020):

1. Masks for everyday use (temporary masks made from fabric, etc.; Fig. 3): These masks grant no protection for the user from being infected. However, it is safe to assume there is a small risk reduction for droplet transmission, especially during exhalation, resulting in a reduction of potential viral spread. These masks should not be used in the health care system, but are commonly recommended for the general population for walking, shopping, or using public transportation.

2. MNP (=medical mouth–nose protection; Fig. 4): often referred to as a "surgical mask". The industrial production of MNP abides to strict rules to provide protections against infection. The filtering capability is like the one for everyday use masks and they are intended to protect patients. They are approved for medical staff use, warrantying only patient-protection, specifically aimed against aerosols.

3. FFP2-mask (=face filtering piece)/N95-mask: FFP2-masks fulfil a set of stricter protective norms. They protect the person wearing them, as >95% of particles and droplets are held back when inhaling. FFP2-masks also effectively protect the environment as long as there is no exhaling valve. In contrast, masks with an exhaling valve let exhaled air pass out unfil-

tered, with contamination of the immediate environment.

4. FFP3-mask: FFP3-masks protect the user even more effectively than FFP2, as >99% of droplets and particles are filtered when inhaling. FFP3-masks also protect the environment in the absence of an exhaling valve.

A full face mask in a level-3 biosafety lab is shown in Fig. 5. The WHO states that the declared protective effect of these masks recommended during the SARS-CoV-2 pandemic can be severely reduced by their inappropriate use, such as improper donning or doffing, insufficient maintenance, long or repeated use of disposable masks, no dry cleaning of fabric masks, or using masks made of non-protective material [2].

During an epidemic/pandemic crisis every possible risk reduction strategy is useful. It is likely that the risk of infection and its severity depends on the viral load entering the body. This was the rationale for the Robert Koch Institute (RKI) to recommend the use of masks starting



**Fig. 5** Full face mask in a level-3 biosafety lab (source: Wikipedia https://en.wikipedia.org/wiki/Face_masks_during_the_COVID-19_pandemic)

Matuschek *et al. Eur J Med Res*   (2020) 25:32

from March 2020. Specifically, they looked at the availability of the resources and tailored the supply to the risk of infection. Healthcare workers were considered essential workers at high risk of infection, therefore prioritized to the use of FFP2/3 masks, while MNC or masks for everyday use were to be made available for the general population.

### Current decree on wearing a mouth and nose covering

Due to the German Federalism, the Federal Minister of Health can only make health recommendations, which are then reinforced by the Infection Protection Act of the different Federal States. In the current situation of a pandemic crisis, nearly all measures are taken to prevent an exponential increase of new SARS-CoV-2 infections.

As of June 1st, 2020, the Netherlands considers the public use of protective masks unnecessary. This is based on the assumption that SARS-CoV-2 is only transmitted as a droplet infection via the nasopharynx pathway, which mostly occurs during coughing or sneezing. These droplets do not stay in the air, but rather drop to the ground within a 1.5 m radius if larger than 5 μm [3]. It has been postulated that for SARS-CoV-2—in contrast to other respiratory-driven infections—the droplets in the aerosols are of little relevance for a COVID-19 outbreak. Therefore, securing a 1.5-m social distance is assumed to be an essential and sufficient preventive measure. However, recent data published in 2020 using high-speed cameras show that small droplets of saliva and mucus can fly up to 8 m [4], requiring critical reconsideration of the above-mentioned assumption.

We conducted a Medline survey to scientifically justify this approach with the key words SARS-CoV-2, face masks, COVID-19, pandemic.

Leung and colleagues [5] screened more than 3000 individuals and identified 123 patients suffering from a viral respiratory infection. The viral load in the exhaled aerosol and droplets were different depending on the etiology of the infection, but was exponentially reduced by wearing surgical masks (cat. no. 62356, Kimberly-Clark). More viral particles were released through coughing. Generally, the authors reported a notably higher viral load in nose swabs compared to throat swabs. This data applied to influenza, corona, and rhino virus. No data are available for SARS-CoV-2 yet.

In general, droplets, and hence SARS-CoV-2, can be transferred via direct contact or smear transfection modality when the hands are contaminated from touching the nose or the face and then come in direct contact with others, e.g. by handshaking. For this reason, not only the "*cough etiquette*", but regular and thorough

handwashing are a significant and mandatory hygienic rule (6).

As a result of scientific data combined with daily routine, the RIVM (Rijksinstituut voor Volksgezondheid en Milieu, the Dutch equivalent of the RKI) has mandated to wear masks while using public transportation, due to the inability of maintaining enough protective distance, especially when riding during rush hour. This rule does not apply to other public spaces yet.

### Summarizing the arguments in favour of wearing a mask

- Wearing a mask in areas where sufficient distance is not feasible, such as public transportation, most likely reduces the spread of virus-loaded droplets and therefore the risk of transferring SARS-CoV-2.
- It is indisputable that infected patients can transfer SARS-CoV-2 to other people, starting few days before manifesting clinical symptoms or during the incubation period. However, there is no reliable data concerning the amount of virus particles that can be spread by an asymptomatic person, when keeping a minimum safe distance.

### Main arguments against wearing a mask

- If there is a limited supply of protective masks, they should be reserved for health care workers in hospitals and care facilities. This applies for surgical masks and for FFP2 and FFP3 masks.
- Masks give a false sense of security. The main role of MNC is the protection of people standing nearby. MNC do not protect the wearer.
- It is essential to wear the mask correctly. It must fit airtight to the skin, otherwise its effect is lost. Doffing of the mask needs to be properly done as well. The outside of the mask should not be touched. When supply is not an issue, surgical masks should be used only once.
- The lack of nonverbal communication when wearing a mask may make people feel insecure, disheartened or even psychologically troubled. This may be particularly true for people suffering from mental illness or hearing impairment.
- Breathing dampens the mask. If there is excessive moisture, the masks become airtight. Therefore, air is inhaled and exhaled unfiltered around the edges, losing the protective effect for both the wearer and the environment.

Matuschek *et al.* Eur J Med Res    (2020) 25:32

- If masks are not exchanged regularly (or washed properly when made of cloth), pathogens can accumulate in the mask. When improperly used, the risk of spreading the pathogen—including SARS-CoV-2—might be critically increased.

## Protective masks in context of rivalling concerns

In Germany, the COVID-19 pandemic has been more contained than in other European countries or even worldwide. However, we are not immune to this infection. It is imperative to implement any measure to control the spread of the infection, or at least the speed of diffusion to the population. It is important to make sure that the German health care system does not deplete its resources. Theoretically, we are affected by the scarcity of mask supply like other nations or countries. People who risk their health and even their lives need to be protected. There should be a fine balance when suggesting preventive measures, since reinforcing them indiscriminately may contribute to psychological discomfort, acts of violence, and financial strain.

## Available data

The summarized studies examine different types of masks focussing on FFP/N-95 masks. As expected, there are no scientific studies on economic and social consequences of wearing masks (Table 1).

In the following, the most important results are summarized.

### Study 1—PPE

Chia et al. (2005) [6] used a questionnaire to analyze the perception of doctors, nurses and other personnel on the role of PPE (= personal protective equipment) during the SARS-outbreak in Singapore over a period of 2 months in 2003. In summary, 32.5% of doctors, 48.7% of nurses and 77% of the administrative personnel thought that a simple MNP would be sufficient to prevent the SARS-infection. It was evident that even qualified staff did not have sufficient knowledge on the protective properties of face masks during a pandemic. This study highlights the

importance of adequate communication, education and exchange of information in a timely fashion.

### Study 2—MNP masks

Lipp et al. (2005) [7] investigated the pattern of use and the protective effects of masks on wound infections using a questionnaire in two randomized studies. While the use of MNP was statistically beneficial in a smaller study (n = 200), the same recommendations were not valid when a larger cohort (n = 1250) was studied.

### Study 3—MNP vs. N95 valve masks

Li (2008) [8]: this study compared the protective effects of simple MNP with two different N95 masks with different valve systems. In contrast to the commonly available masks, this model had valves placed on the sides and was studied in an experimental setting with artificial droplets. All masks blocked the inside transmission of droplets from the front. The effectiveness of the regular MNP mask was only 95–97% when compared to the N95, which had a protective effect of 99%. Thus, N95 masks offer considerably better protection from influenza and SARS virus infections when compared to other mask types.

### Study 4—masks for everyday use

Rengasamy (2010) [9]: the protective effect of masks for everyday use made from different materials was tested against 20–1.000 nm particles with different velocities and compared to N95 masks. This study found marginal protective effects against exhaled particles. Specifically, depending on the material and dampness, 40–90% of aerosols were able to penetrate through these masks.

### Study 5—N95 vs. MNP

Smith et al. (2016) [10] analyzed all the available literature from 1990 to 2014, including 3 randomized controlled studies, one cohort study and 2 case–control studies comparing MNP vs N95 masks. Their meta-analyzis assessed: (a) the laboratory-proven infection rate,

**Table 1** Most important publications

| First author | Year | Recommendation |
| --- | --- | --- |
| Li [8] | 2008 | N95 masks offer considerably better protection from influenza and SARS virus |
| Zhou [11] | 2018 | Protective effect for N95 masks for influenza and rhinovirus |
| Verbeek [13] | 2020 | Protecting the whole body is not superior to protecting different parts separately |
| Konda [12] | 2020 | Cotton masks have a high protective effect |

Matuschek *et al. Eur J Med Res*     (2020) 25:32

(b) influenza-related infections, and (c) work absence secondary to illness in employees. Their results indicated that the overall calculated risk assessment is not considerably improved using more sophisticated N95 masks.

### Study 6—N95

Zhou and colleagues (2018) [11] examined the role of various features on N95 masks, including valves for a more comfortable breathing, on the rate of infection. The endpoint was the retention of small particles of around 2.5 μm. The results revealed that the protective effect was sufficient against the examined viruses including influenza and rhinovirus.

### Study 7—masks for everyday use

Konda et al. (2020) [12] investigated the use of different materials on the effective filtration capabilities of masks for everyday use. They demonstrated that a combination of different materials such as cotton and silk, can be more effective than one material alone. Moreover, they revealed that densely woven cotton provides significantly more protection than cotton with looser weaves. A proper fit is particularly important to avoid leakage. The authors recommended the use of cotton masks that have a high protective effect and only little restriction when breathing.

### Study 8—meta-analysis comparing PPE partial vs. complete protection

Verbeek (2020) [13]: a recent meta-analysis investigating PPE (personal protection equipment) masks looked at 24 studies with a total of 2.278 participants. Fourteen studies were randomized, one was quasi-randomized and nine had no study design with randomization. Eight studies compared different PPE even though personal protective equipment included more than the mask. Six studies evaluated the quality of the protective equipment. 75% of these studies used a simulated exposure with fluorescent markers tagged on harmless microbes. They concluded that protecting the whole body is not superior to protecting different parts separately. Furthermore, proper donning and doffing protocols were more beneficial in preventing the spread of the disease. Both steps require proper training to be effective.

### Conclusion of the studies

Currently, most of the literature available on this topic is from experimental investigations. As expected, all the studies demonstrated an increase in protective effects in the following order: masks for everyday use–MNP–N95/FFP–PPE. Masks for everyday use can have a small protective effect for the wearer. MNP offers a greater protective effect since it was originally designed to decrease

droplet elimination, therefore protecting the user's surroundings. Unfortunately, due to ethical reasons, there is a lack of randomized controlled studies on the protective role of masks in the prevention of SARS-CoV-2 infections when compared to a control group with no masks. Since the Netherlands lack of a law to wear protection masks in public except for public transport since May 2020, it could serve as the control in future studies that compare the infection rates of different countries with different approaches to tackling the pandemic.

In 2016, Smith et al. [10] concluded that possible advantages of wearing a mask were difficult to apply to the social "day-to-day" situation. Konda et al. (12) highlighted the inability to discriminate between the protective effects of the mask on the environment, when worn by an infected person, versus the general protective effect within a given population. This would not have a significant health benefit if only a small percentage of individuals were infected. Only a study done in infected people with and without masks would allow a clear conclusion on the role of masks on the spread of the infection. Finally, a lesson learnt from the COVID pandemic shows significant educational gaps and lack of basic training that need to be addressed. The state should guarantee mask supply for everyone and educate on the proper use. Mass means of communication could be used for this purpose. A commercial broadcast before the daily news about the correct donning and doffing of the mouth and nose protection and its disinfection could reach a vast audience. In addition to public law, private and digital media, as well as healthcare providers such as doctors, pharmacists and nursing staff could also play an important role in education.

### Consequences of the use of protective masks on the wearer—pathophysiologic considerations

Wearing a mask has its own advantages and indisputable protective effects against infections. However, there are also potential risks and side effects that require attention. This specifically applies to the use in the general population.

From a medical standpoint, there is a theoretical possibility of an airflow obstruction when wearing a mask. A subjective feeling of strained breathing rarely occurs when wearing surgical masks. When wearing very dense masks without valves (N95/FFP2-3), breathing occurs against an air flow resistance. Theoretically, an increase in work of breathing can occur, especially during physical exertion.

Depending on the design, masks can increase the lung's dead space. In extreme cases, carbon dioxide retention (hypercapnia) can occur with side effects. Only few investigations are available and addressing this medical

Matuschek *et al. Eur J Med Res*     (2020) 25:32

problem. The available literature examined different types of N95 masks in the industrial setting in detail [14–16], and found relevant effects on the wearer. In this context, Kim et al. [17] studied the role of N95 masks on lung function and heart rate during low-to-moderate exercise/physical work load. Only healthy subjects seem to tolerate wearing such a mask. Studies conducted on employees in advanced stages of pregnancy showed a good tolerance for masks. The results of this study, even though specific to this population, are valuable for the daily use of MNP as a general mean of protection [18]. Finally, the role of N95/FFP-2 masks was tested in 97 patients with advanced COPD while undergoing a 6-min walk test. Seven patients did not tolerate the test and stopped prematurely. The respiratory rate, oxygen saturation and $CO_2$ levels changed significantly while wearing N95/FFP2 masks. These results demonstrated the potential risks of wearing this type of mask in the presence of advanced COPD [19]. Their use should be recommended with caution in this patient population, a questionably relevant recommendation, since the use of these masks is limited to health care workers in direct contact with COVID patients. Finally, people with hearing impairment rely on lip reading to understand others. This is not possible when wearing a mask.

## Conclusion

Measures to prevent infections are necessary in the current pandemic. Face masks have been considered a first step to prevent and contain the spread of the disease. Different types of masks are available on the market for this purpose.

Simple masks covering mouth and nose are primarily used to prevent transmission by holding back droplets. This is useful when the recommended minimum distance of 1.5 m is not feasible. The masks provide only limited self-protection for its wearer and this is only when they are used properly.

High-quality FFP2/3 masks are a more reliable protection from infections. They should always be available for medical staff and people at risk. When used by the general population, specific groups at risk for complications related to the mask use should be educated on what to expect. For example, patients with severe COPD can experience a deterioration of their respiratory parameters. Therefore, patients must be individually educated by their general practitioner about the risk of wearing MNC.

Finally, it is imperative that the user is educated on the different types of masks available, how and when to wear them and, above all, how to handle them correctly, similar to the safety instructions given before take off in an aircraft.

Our results are consistent with the ones recently reported by Chu et al. in Lancet [20]. These publications will help guide the decisions of politicians and caregivers on when and where to use the available tools to fight a viral pandemic.

### Abbreviations
COPD: Chronic obstructive pulmonary disease; COVID-19: Coronavirus disease 2019; EN: European normalization; FFP: Filtering face piece; MNC: Masks covering mouth and nose; MNP: Medical mouth–nose protection; N95: Masks filtering > 95% of particles and droplets; PPE: Personal protective equipment; RIVM: Rijksinstituut voor Volksgezondheid en Milieu the Dutch federal government agency and research institute responsible for disease control and prevention; RKI: Robert Koch Institute the German federal government agency and research institute responsible for disease control and prevention; RM: Respiratory masks; SARS: Severe acute respiratory syndrome; SARS-CoV-2: Severe acute respiratory syndrome coronavirus 2; WHO: World Health Organization.

### Acknowledgements
The authors would like to thank Miriam Barnett and Harsha Swamy (Department of Pharmacology and Physiology, University of Rochester Medical Center, Rochester, NY, USA) for their critical examination of the manuscript.
    This work is dedicated to Hans Jürgen Peiper, former president of the German Society of Surgery (1987).



Source: https://de.wikipedia.org/wiki/Hans-Jürgen_Peiper

### Authors' contributions
CM, FM, HF, JCF, KZ, MvG, MS, DKM, WTK, AL, BT, FDN, WB, SC, DH, TF, BJ, RP, KO, MP, OG, KM, EB, AP and JH wrote parts of the manuscript. FM and HF did the literature research and prepared the data for analysis. CM, FM, EB and JH contributed significantly to the discussion on the interpretation of the results. All authors read and approved the final manuscript.

### Funding
There was no funding for this investigation.

### Availability of data and materials
All data and materials can be accessed via CM and FM.

### Ethics approval and consent to participate
There was no ethics approval necessary because this is a review of the literature.

Matuschek *et al. Eur J Med Res* (2020) 25:32

**Consent for publication**
All authors gave consent for the publication.

**Competing interests**
The authors declare that they have no competing interests.

**Author details**
[1] Department of Radiation Oncology, Heinrich Heine University, Dusseldorf, Germany. [2] Department of the History, Philosophy and Ethics of Medicine, Heinrich Heine University, Medical Faculty, Dusseldorf, Germany. [3] Institute for Transplant Diagnostics and Cell Therapeutics, Heinrich Heine University, Dusseldorf, Germany. [4] Center for Biomedical Education and Research (ZBAF), University Witten/Herdecke, Witten, Germany. [5] Department cBITE, MERLN Institute for Technology-Inspired Regenerative Medicine, Maastricht University, Maastricht, The Netherlands. [6] Department of Experimental Anesthesiology, University of Ulm, Ulm, Germany. [7] Department of Anesthesiology and Intensive Care Medicine, Heinrich Heine University, Dusseldorf, Germany. [8] Department for General Visceral and Pediatric Surgery, Heinrich Heine University, Dusseldorf, Germany. [9] Department for Cardiac Surgery, Heinrich Heine University, Dusseldorf, Germany. [10] Department of Radiation Oncology, University Hospital, LMU Munich, Germany. [11] Department of Gastroenterology, Hepatology and Infectious Diseases, Heinrich Heine University, Dusseldorf, Germany. [12] Institute for Applied Statistics, Munich, Germany. [13] University of Hannover, Hannover, Germany. [14] Heinrich-Heine-University, Dusseldorf, Germany. [15] Department for Cardiology, Rhythmology and Intensive Care Medicine, Evangelic Hospital, Dusseldorf, Germany. [16] Department of Anesthesiology, Memorial Sloan Kettering Cancer Center, New York, NY, USA.

Received: 18 May 2020   Accepted: 21 July 2020
Published online: 12 August 2020

**References**
1. BVerfG, Urteil des Ersten Senats vom 10. Juni 2009 - 1 BvR 706/08 -, Abs. 171. http://www.bverfg.de/e/rs20090610_1bvr070608.html.
2. Sonntag Grundriß. der gesamten Chirurgie Allgemeine Chirurgie 1. Abschnitt Aseptik Springer: Berlin Heidelberg; 1937.
3. Wells WF, Wells MW. Air-Borne Iinfection. J Am Med Assoc. 1936;107(21):1698–703.
4. Bourouiba, L., Turbulent Gas Clouds and Respiratory Pathogen Emissions: Potential Implications for Reducing Transmission of COVID-19. Jama, 2020.
5. Leung NHL, et al. Respiratory virus shedding in exhaled breath and efficacy of face masks. Nat Med. 2020;26(5):676–80.
6. Chia SE, et al. Appropriate use of personal protective equipment among healthcare workers in public sector hospitals and primary healthcare polyclinics during the SARS outbreak in Singapore. Occup Environ Med. 2005;62(7):473–7.
7. Lipp, A. and P. Edwards, Disposable surgical face masks: a systematic review. Can Oper Room Nurs J, 2005. **23**(3): p. 20-21, 24-25, 33-38.
8. Li Y, et al. Transmission of communicable respiratory infections and face-masks. J Multidiscip Healthc. 2008;1:17–27.
9. Rengasamy S, Eimer B, Shaffer RE. Simple respiratory protection–evaluation of the filtration performance of cloth masks and common fabric materials against 20–1000 nm size particles. Ann Occup Hyg. 2010;54(7):789–98.
10. Smith JD, et al. Effectiveness of N95 respirators versus surgical masks in protecting health care workers from acute respiratory infection: a systematic review and meta-analysis. CMAJ. 2016;188(8):567–74.
11. Zhou SS, et al. Assessment of a respiratory face mask for capturing air pollutants and pathogens including human influenza and rhinoviruses. J Thorac Dis. 2018;10(3):2059–69.
12. Konda, A., et al., Aerosol Filtration Efficiency of Common Fabrics Used in Respiratory Cloth Masks. ACS Nano, 2020.
13. Verbeek, J.H., et al., Personal protective equipment for preventing highly infectious diseases due to exposure to contaminated body fluids in healthcare staff. Cochrane Database Syst Rev, 2020. **4**: p. CD011621.
14. Sinkule EJ, Powell JB, Goss FL. Evaluation of N95 respirator use with a surgical mask cover: effects on breathing resistance and inhaled carbon dioxide. Ann Occup Hyg. 2013;57(3):384–98.
15. Roberge RJ. Are exhalation valves on N95 filtering facepiece respirators beneficial at low-moderate work rates: an overview. J Occup Environ Hyg. 2012;9(11):617–23.
16. Roberge RJ, et al. Surgical mask placement over N95 filtering facepiece respirators: physiological effects on healthcare workers. Respirology. 2010;15(3):516–21.
17. Kim JH, Benson SM, Roberge RJ. Pulmonary and heart rate responses to wearing N95 filtering facepiece respirators. Am J Infect Control. 2013;41(1):24–7.
18. Roberge RJ, Kim JH, Powell JB. N95 respirator use during advanced pregnancy. Am J Infect Control. 2014;42(10):1097–100.
19. Kyung SY, et al. Risks of N95 Face Mask Use in Subjects With COPD. Respir Care. 2020;65(5):658–64.
20. Chu DK, Akl EA, Duda S, et al. Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis. Lancet. 2020. https://doi.org/10.1016/S0140-6736(20)31142-9 **[published online ahead of print, 2020 Jun 1]**.

**Publisher's Note**
Springer Nature remains neutral with regard to jurisdictional claims in published maps and institutional affiliations.

Ready to submit your research? Choose BMC and benefit from:

• fast, convenient online submission
• thorough peer review by experienced researchers in your field
• rapid publication on acceptance
• support for research data, including large and complex data types
• gold Open Access which fosters wider collaboration and increased citations
• maximum visibility for your research: over 100M website views per year

**At BMC, research is always in progress.**

**Learn more** biomedcentral.com/submissions

