Plaintiff's Exhibit 276

dailysceptic.org

# Face Masks Cause Children to Inhale Dangerous Levels of Carbon Dioxide at SIX TIMES the Safe Limit, Study Finds – The Daily Sceptic

*()x*

2-3 minutes

---

New research published in *JAMA* (*Journal of the American Medical Association*) has found that wearing a face mask causes children to inhale dangerous levels of carbon dioxide that becomes trapped behind the mask.

The peer-reviewed research letter from Dr Harald Walach and colleagues found that the air masked children inhaled contained more than six times the legal safe limit for closed rooms as set down by the German Federal Environmental Office. The safe limit is 0.2%, whereas the air the masked children inhaled contained over 1.3% carbon dioxide.

The effect was worse for younger children, with one seven year-old child inhaling air with 2.5% carbon dioxide, over 12 times the safe limit.

The study looked at two types of mask, FFP2 masks and surgical masks, and found no significant difference between the two.

The authors explained that this alarming result likely explains the complaints from children who wear face masks for long periods.

Most of the complaints reported by children can be understood as consequences of elevated carbon dioxide levels in inhaled air. This is because of the dead-space volume of the masks, which collects exhaled carbon dioxide quickly after a short time. This carbon dioxide mixes with fresh air and elevates the carbon dioxide content of inhaled air under the mask, and this was more pronounced in this study for younger children.

This leads in turn to impairments attributable to hypercapnia. A recent review concluded that there was ample evidence for adverse effects of wearing such masks. We suggest that decision-makers weigh the hard evidence produced by these experimental measurements accordingly, which suggest that children should not be forced to wear face masks.

With face masks shown to have little to no impact in reducing infection or transmission, this suggests the policy is all pain and no gain and should be abandoned without delay.

Read the study in full here.



Plaintiff's Exhibit 277

independent.co.uk

# Face masks could increase risk of getting coronavirus, medical chief warns

2-3 minutes

---

Members of the public could be putting themselves more at risk from contracting coronavirus by wearing face masks, one of England's most senior doctors has warned.

Jenny Harries, deputy chief medical officer, said the masks could "actually trap the virus" and cause the person wearing it to breathe it in.

"For the average member of the public walking down a street, it is not a good idea" to wear a face mask in the hope of preventing infection, she added.

Sales of the masks have sky-rocketed since the Covid-19 outbreak began, with retailers including Boots and Amazon selling out of the products before the virus had even taken hold in the UK.

Asked about their effectiveness, Dr Harries told BBC News: "What tends to happen is people will have one mask. They won't wear it all the time, they will take it off when they get home, they will put it down on a surface they haven't cleaned.

"Or they will be out and they haven't washed their hands, they will have a cup of coffee somewhere, they half hook it off, they wipe something over it.

"In fact, you can actually trap the virus in the mask and start breathing it in."

Asked if people are putting themselves more at risk by wearing masks, Dr Harries added: "Because of these behavioural issues, people can adversely put themselves at more risk than less."

However, she said those who are advised to wear one by healthcare workers

should follow their guidance.

Demand for face masks in China, where the coronavirus outbreak began, exceeded 200 million a day in January, prompting manufacturers to cancel staff leave and increase wages to ramp up production.

But Jake Dunning, head of emerging infections and zoonoses [infectious disease spread between humans and animals] at Public Health England, told *The Independent* there was "very little evidence of a widespread benefit" from wearing them.

**Most watched**

"Face masks must be worn correctly, changed frequently, removed properly, disposed of safely and used in combination with good universal hygiene behaviour in order for them to be effective," he added.

Plaintiffs' Exhibit 278

theconversation.com

# Face masks cut disease spread in the lab, but have less impact in the community. We need to know why

*Paul Glasziou*

7-9 minutes

In controlled laboratory situations, face masks appear to do a good job of reducing the spread of coronavirus (at least in hamsters) and other respiratory viruses. However, evidence shows mask-wearing *policies* seem to have had much less impact on the community spread of COVID-19.

Why this gap between the effectiveness in the lab and the effectiveness seen in the community? The real world is more complex than a controlled laboratory situation. The right people need to wear the right mask, in the right way, at the right times and places.

The real-world impact of face masks on the transmission of viruses depends not just on the behaviour of the virus but also on the behaviour of aerosol droplets in diverse settings, and on the behaviour of people themselves.

We carried out a comprehensive review of the evidence about how face masks and other physical interventions affect the spread of respiratory viruses. Based on the current evidence, we believe the community impact is modest and it may be better to focus on mask-wearing in high-risk situations.

***Read more:*** *How a 150-year-old experiment with a beam of light showed germs exist -- and that a face mask can help filter them out*

## The evidence

Simply comparing infection rates in people who wear masks with those who don't can be misleading. One problem is people who don't wear masks are more likely go to crowded spaces, and less likely to socially distance. People who are more concerned often adhere to several protective behaviours — they are likely to avoid crowds and socially distance as well as wearing masks.

That correlation between mask wearing and other protective behaviours might explain why studies comparing mask-wearers with non-mask-wearers (known as "observational studies") show larger effects than seen in trials. Part of the effect is due to those other behaviours.

The most rigorous, but difficult, way to evaluate the effectiveness of masks is to take a large group of people and ask some to wear masks and others not to, in a so-called controlled trial. We found nine such trials have been carried out for influenza-like illness. Surprisingly, when combined, these trials found only a 1% reduction in influenza-like illness among mask-wearers compared with non-mask-wearers, and a 9% reduction in laboratory-confirmed influenza. These small reductions are not statistically significant, and are most likely due to chance.

***Read more:*** *13 insider tips on how to wear a mask without your glasses fogging up, getting short of breath or your ears hurting*

None of these trials studied COVID-19, so we can't be sure how relevant they are to the pandemic. The SARS-CoV-2 coronavirus is a similar size to influenza, but has a different capacity to infect people, so it is possible masks might be more or less effective for COVID-19. A recently published trial in Denmark of 4,862 adults found infection with SARS-CoV-2 occurred in 42 participants randomised to masks (1.8%) compared to 53 control participants (2.1%), a (non-significant) reduction of 18%.

The most comprehensive between-country study of masks for COVID-19 infection is a comparison of policy changes, such as social distancing, travel restrictions, and mask wearing, across 41 countries. It found introducing a mask-wearing policy had little impact, but mask policies were mostly introduced after social distancing and other measures were already in place.



The Conversation, Author provided

## What might diminish the effect of masks?

Why might masks not protect the person wearing them? There are several possibilities. Standard masks only protect your nose and mouth incompletely, for one thing. For another, masks don't protect your eyes.

The importance of eye protection is illustrated by a study of community health workers in India. Despite protection by three-layer surgical masks, alcohol hand rub, gloves, and shoe covers, 12 of 60 workers developed COVID-19. The workers were then supplied with face shields (which provide eye protection) — in addition to the personal protective equipment (PPE) described above — and none of the 50 workers became infected despite higher case load.

Why masks might fail to clearly protect others is more complex. Good masks reduce the spread of droplets and aerosols, and so should protect others.



*Things that might make masks less effective.* Paul Glasziou, Author provided

However, in our systematic review we found three trials that assessed how well mask wearing protects others, but none of them found an obvious effect. The two trials in households where a person with influenza wore a mask to protect others in fact found a slight increase in flu infections; and the third trial, in college dormitories, found a non-significant 10% relative reduction.

We don't know if the failure was the masks or participants' adherence. In most studies adherence was poor. In the trials very few people wear them all day (an average of about four hours by self-report, and even less when directly observed). And this adherence declined with time.

But we also have little research on how long a single mask is effective. Most guidelines suggest around four hours, but studies on bacteria show masks provide good protection for the first hour and by two hours are doing little. Unfortunately, we could not identify similar research examining viruses.





*Making masks mandatory only in crowded places, close-contact settings, and confined and enclosed spaces may be more effective.* Dan Himbrechts / AAP

### Is it better to focus masks on the 3 Cs: covered, crowded and close contact?

In addition to the completed Danish trial, another ongoing trial in Guinea-Bissau with 66,000 participants randomised as whole villages may shed more light as it tests the idea of source control. But given the millions of cases and billions of potential masks and mask wearers, more such trials are warranted.

We know masks are effective in laboratory studies, and we know they are effective as part of personal protective equipment for health care workers. But that effect appears diminished in community usage. So in addition to the trials, new research is urgently needed to unravel each of the reasons why laboratory effectiveness does not seem to have translated into community effectiveness. We must also develop ways to overcome the discrepancy.

Until we have the needed research, we should be wary about relying on masks as the mainstay for preventing community transmission. And if we want people to wear masks regularly, we might do better to target higher-risk circumstances for shorter periods. These are generally places described by "the three Cs": crowded places, close-contact settings, and confined and enclosed spaces. These would include some workplaces and on public transport.

We are likely to be better off if we get high usage of fresh masks in the most risky settings, rather than moderate usage everywhere.

***Read more:*** *How should I clean my cloth mask?*

frontiers
in Public Health

Plaintiffs' Exhibit 279

ORIGINAL RESEARCH
published: 13 January 2021
doi: 10.3389/fpubh.2020.606635



# Face Masks During the COVID-19 Pandemic: A Simple Protection Tool With Many Meanings

*Lucia Martinelli[1], Vanja Kopilaš[2,3], Matjaž Vidmar[4], Ciara Heavin[5], Helena Machado[6], Zoran Todorović[7], Norbert Buzas[8], Mirjam Pot[9], Barbara Prainsack[9,10] and Srećko Gajović[3]\**

[1] MUSE – Science Museum, Trento, Italy, [2] Faculty of Croatian Studies, University of Zagreb, Zagreb, Croatia, [3] Croatian Institute for Brain Research, University of Zagreb School of Medicine, Zagreb, Croatia, [4] Institute for the Study of Science, Technology and Innovation, The University of Edinburgh, Edinburgh, United Kingdom, [5] Business Information Systems, Cork University Business School, University College Cork, Cork, Ireland, [6] Communication and Society Research Centre, University of Minho, Braga, Portugal, [7] University Hospital Medical Center "Bežanijska kosa", and University of Belgrade Faculty of Medicine, Belgrade, Serbia, [8] Department of Health Economics, Faculty of Medicine, University of Szeged, Szeged, Hungary, [9] Department of Political Science, Centre for the Study of Contemporary Solidarity (CeSCoS), University of Vienna, Vienna, Austria, [10] Department of Global Health & Social Medicine, King's College London, London, United Kingdom

**OPEN ACCESS**

*Edited by:*
Linda Lombi,
Catholic University of the Sacred
Heart, Italy

*Reviewed by:*
Thang Van Vo,
Hue University, Vietnam
Vijay Sharma,
National University of
Singapore, Singapore

*\*Correspondence:*
Srećko Gajović
srecko.gajovic@hiim.hr

*Specialty section:*
This article was submitted to
Public Health Policy,
a section of the journal
Frontiers in Public Health

**Received:** 15 September 2020
**Accepted:** 27 November 2020
**Published:** 13 January 2021

*Citation:*
Martinelli L, Kopilaš V, Vidmar M,
Heavin C, Machado H, Todorović Z,
Buzas N, Pot M, Prainsack B and
Gajović S (2021) Face Masks During
the COVID-19 Pandemic: A Simple
Protection Tool With Many Meanings.
Front. Public Health 8:606635.
doi: 10.3389/fpubh.2020.606635

Wearing face masks is recommended as part of personal protective equipment and as a public health measure to prevent the spread of coronavirus disease 2019 (COVID-19) pandemic. Their use, however, is deeply connected to social and cultural practices and has acquired a variety of personal and social meanings. This article aims to identify the diversity of sociocultural, ethical, and political meanings attributed to face masks, how they might impact public health policies, and how they should be considered in health communication. In May 2020, we involved 29 experts of an interdisciplinary research network on health and society to provide their testimonies on the use of face masks in 20 European and 2 Asian countries (China and South Korea). They reflected on regulations in the corresponding jurisdictions as well as the personal and social aspects of face mask wearing. We analyzed those testimonies thematically, employing the method of qualitative descriptive analysis. The analysis framed the four dimensions of the societal and personal practices of wearing (or not wearing) face masks: individual perceptions of infection risk, personal interpretations of responsibility and solidarity, cultural traditions and religious imprinting, and the need of expressing self-identity. Our study points to the importance for an in-depth understanding of the cultural and sociopolitical considerations around the personal and social meaning of mask wearing in different contexts as a necessary prerequisite for the assessment of the effectiveness of face masks as a public health measure. Improving the personal and collective understanding of citizens' behaviors and attitudes appears essential for designing more effective health communications about COVID-19 pandemic or other global crises in the future.

Case 6:21-cv-01008-PGB-DCI   Document 62-5   Filed 09/14/21   Page 10 of 592 PageID 2550

Martinelli et al.                                                                                          Face Masks During the Pandemic

*To wear a face mask or not to wear a face mask?*
*Nowadays, this question has been analogous*
*to the famous line from Shakespeare's Hamlet:*
*"To be or not to be, that is the question."*
*This is a bit allegorical,*
*but certainly not far from the current circumstances*
*where a deadly virus is spreading amongst us...* Vanja Kopilaš, Croatia.

**Keywords: COVID-19, face mask, physical distancing, health communication, personal protecting equipment**

## INTRODUCTION

The coronavirus disease 2019 (COVID-19) pandemic is currently perceived as one of the greatest global threats, not only to public health and well-being, but also to global economic and social stability. While the first two decades of the third millennium were characterized by crisis—most notably the economic downturn of 2008 and the looming climate change—the spread of the severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) virus originating from China has given rise to most drastic societal and political responses. These included measures as severe as states forbidding citizens from leaving their homes and effectively shutting down all social and economic activities (1). In Europe, Italy was the first country to officially detect the presence of COVID-19 in its territory, and it swiftly adopted measures to contain its spread (2–4). Within a few weeks, the epidemic progressively spread across Europe. Because of the novel situation and the contradictory opinions of experts, including representatives of the scientific community and World Health Organization (WHO), the level of threat caused by the disease appeared unclear (5). The assessment of the perceived risks of the disease varied in the public discourse—some considered it just as "a stronger influenza"; others drew parallels with the very deadly Spanish Flu outbreak in the 1918–1920, and many were simply not sure what to believe. Nevertheless, most felt the novel and unpleasant feeling of being vulnerable to the invisible threat of the infection (i.e., to be the ones in danger) or to be contagious themselves (i.e., to be the danger).

A variety of public health and hygiene measures have been initiated; the most visually noticeable perhaps is the wearing of face masks. The medical research on the use of face masks as personal protective equipment (PPE) against SARS-CoV-2 transmission was interpreted very cautiously, and the initial guidance from health officials was conflicting (6). The WHO advice was conceived to avoid unnecessary paternalism and at the same time to be comprehensive in discussing different medical aspects of mask use. However, it was updated several times, shifting from initial statements that face masks are not to be worn by healthy individuals toward gradual adoption of face masks as useful in slowing community transmission. In particular, "…WHO has updated its guidance to advise that to prevent COVID-19 transmission effectively in areas of community transmission, governments should encourage the general public to wear masks in specific situations and settings

as part of a comprehensive approach to suppress SARS-CoV-2 transmission" (7). Gradually, face mask use has been recognized as a suitable measure within the scientific community (8–12), if nothing else due to the application of the "precautionary principle" in the face of an acute crisis (13, 14). This has since been backed up by empirical observations (15, 16).

Different, mandatory or voluntary, practices, and contradictory indications about the utility of face mask wearing were introduced across affected countries. Generally speaking, face masks have been adopted as one of the measures to reduce the COVID-19 spread across Europe, despite the fact that wearing masks in Europe is not common or familiar, and it is often associated with Asian countries (17). The social conventions and personal meanings of face mask use have received relatively little attention. Its use is deeply connected to social and cultural practices, as well as political, ethical, and health-related concerns, personal, and social meanings (18, 19).

In this study, our aim was to address three aspects of face mask wearing—public policies, individual behaviors and attitudes, and the collective experiences of the affected communities. In order to develop insights into the wider meanings of face mask wearing beyond (just) preventing the spread of infection, we tapped into the expertise of a scholarly interdisciplinary network, the Navigating Knowledge Landscapes—NKL (http://knowledge-landscapes.hiim.hr/), predominantly consisting of Europe-based scholars. The network is dedicated to furthering research on topics related to medicine, health, and society and comprises academics working across the disciplinary spectrum. We invited NKL members in May 2020 to provide their observations on the topic, also based on their professional experience. They were asked to describe the face mask usage in their countries and provide their subjective standpoints and/or those from their social environment. Subsequently, these testimonies within the specific time window (May 2020) containing narratives on face masks from the contributing experts were thematically analyzed using the method of qualitative descriptive analysis (20, 21).

## MATERIALS AND METHODS

The invitation to write their views about face mask wearing was sent by e-mail to 97 experts, all members of the interdisciplinary research network Navigating Knowledge Landscapes (NKL; http://knowledge-landscapes.hiim.hr/). The invitation was sent on May 11, 2020, and the responses were collected until May 26,

**TABLE 1 |** Continued



| | Obligatory | Recommended ← No recommendations → Not recommended | | Total cases/million people | New cases/million people |
|---|---|---|---|---|---|
| Svalastog (Norway) | | Do not recommend a general use of masks | | 1,494 | 47 |
| Olofsson (Sweden) | | | People are not obliged to wear face masks in public places | 2,658 | 794 |

*The official policies (in May 2020) on face mask wearing expressed by the participants in this study in their respective countries. They were distributed across the wide spectrum from mandatory connected with fines, to no recommendations to do so.*

*The experts' perceptions in the first two columns were associated to the numbers in the last two columns representing total cases per million people at the start of the study (May 11, 2020) and new cases per million people during the narrative collection period (May 11–26, 2020) in the corresponding countries (28). The numbers clustered as (green) <1,000 total or <100 new cases per million people, (yellow) between 1,000 and 2,000 total or 100 and 200 new cases per million people, and (red) more than 2,000 total and 200 new cases per million people.*

*It should be noted that the Table concentrated on the time period of the study as official advices, legislation, and numbers of cases subsequently changed during the course of pandemic.*

that none of my family members are considered a vulnerable population. If my grandmother would live with us, I might think differently." [Kadri Simm, Estonia]

What was exemplified in many narratives is that individual usage is not meant predominantly for an individual's self-protection, but the decision was based on people's relationship to others. The citizens' question "should I protect myself" evolved into "can I protect the others?"

"I wear disposable masks, understanding they protect others from me, more than me from others. I wear them to demonstrate responsible behavior and attitude to benefit of society." [Predrag Pale, Croatia]

The experiences of interaction with others in relation to face mask wearing were mentioned frequently, indicating the importance of the social context of individual behavior.

"I experienced cases when my request to keep distance or to take on a mask properly was treated offensively or as a sign of mistrust…" [Christina Nasadyuk, Ukraine]

"I put it on when I go to the grocery store because at the early stage of the pandemic, I was warned by the lady working at the counter that I am putting her life 'in danger by not wearing a mask.' Obviously, I did not want to take chances with her life again, so I purchased one of those cloth masks." [Vanja Kopilaš, Croatia]

However, many testimonies pointed out that masks have not been used properly. The health risks of incorrectly wearing a face mask represent an important argument against the use of face masks as a public health measure (32).

"…25% wore masks improperly, on their necks, or covering only their mouths, but not noses. …They do not know how to put the mask on, and when they remove their masks, they touch the outside of the mask, which is inappropriate and wrong." [Izet Mašić, Bosnia and Herzegovina]

"Also, one can observe many cases of half-compliance or sham compliance. For instance, people do wear masks, but slide them

down onto their chins or take them off completely while talking to someone on the street or speaking on the phone. And this is all a performance, keeping their masks somewhere within reach in case of the sudden emergence of police officers, who are indeed issuing fines for not wearing a mask." [Aleksandra Glos, Poland]

This is even more complicated in situations when face masks were scarce (the stocks gradually improved through time in all examined locales).

"During the early stages of disease progression, mask wearing was not a common practice, mainly due to the complete absence and highly inflated prices in stores." [Rostyslav Bilyy, Ukraine]

"I do not use face mask. In the early stage of the COVID-19 epidemic in Norway, my understanding was that available masks should be reserved for people in the health and caring sector." [Anna Lydia Svalastog, Norway]

"I think the biggest concern is that the mask has been in short supply for a long time, and that its trade has not been subject to official pricing, so prices have been uncontrolled… The mask was in short supply when emergency was announced, but it is now available in many places and can be obtained at the checkout of almost every grocery store if someone started shopping without it." [Norbert Buzas, Hungary]

The shortage of masks ignited a burst of creativity in producing homemade masks, with a proliferation of tutorials for their production on the Internet and social media.

"Nowhere was possible to come to the face masks. Typical situation: the government did announce decree, but it did not provide the means for its implementation. We as ordinary citizens need to improvise with needlework of masks at home as well. Taking in regard that immediately rapacious war profiteers did appear by selling masks the needlework of masks at home was even not the worst solution." [Franc Mali, Slovenia]

"Although during the first weeks there was lack of masks and respirators, it was great how many people proved their creativity. It concerned not only the textile reusable masks, but also design and development of respirators with higher level of protection. They

Case 6:21-cv-01008-PGB-DCI   Document 62-5   Filed 09/14/21   Page 12 of 592 PageID 2552

Martinelli et al.                                                                                                                           Face Masks During the Pandemic

*were mostly printed on 3D printers. Later on, some of the approved types were taken by larger producers, and mass production started."* [Lenka Lhotska, Czechia]

## Mask Wearing at the Interface of Personal and Social Responsibility

Besides being shaped by public discourse and social norms, risk perception also has a strong personal element. Some people seem like they do not care; others are quite relaxed, and some are more cautious. As for COVID-19, conflicting perspectives and emotions and even the psychological entrapment syndrome known as "cabin fever" (i.e., referencing long winter isolation in a small cabin) have been reported (33). Here, restricted microenvironments and quarantine are felt as secure places. The additional challenges were noticeable during the shift from the lockdown phase and the beginning of the so-called "phase 2" or "reopening" when people were allowed to leave their home again.

*"'Convivere,' i.e., 'live together with' the virus is the expression used by experts and media, to describe the phase 2, but this narrative could result quite distressing: how glad would someone be when living with a submicroscopic entity, that is such dangerous?"* [Lucia Martinelli, Italy]

During this second phase, going back to living with "the others" demands new social behavior/etiquette combined with increased safety measures. The face masks start to be part of the new everyday rituals of saying hello, having a coffee together, and protecting each other. The role of peers in shaping the behavior of others is significant. People not committed to wearing mask can feel peers' pressure to comply. Moreover, "a collapse between the status of *being at risk* and *being a risk*" was noted (34–36).

*"The face mask, I realize, signals both positions, at the same time as it doesn't provide a definite answer: are you the risk object or the object at risk? Saying this, my individual attitude toward face masks cannot be pried apart from the social acceptance and use of the same. As long as the nonuse of face masks constitutes the norm, I will most likely interpret the usage as deviant and worrying. On the other hand, if the vast majority of the Swedish population would wear face masks, I would most likely start wearing a face mask as well. Here, the mass effect kicks in."* [Jennie Olofsson, Sweden]

*"The massive use of the masks among Albanian citizens… has become a normal well-adopted ritual of surviving, implemented as of a social significance for 'not letting the virus in.' This social cohesion on the intrapersonal view as 'to scare the virus" and 'fear of an enemy' comes close to a group approach of 'control and stability.' This ritual of social cohesion vis-à-vis the 'fear of death' or 'fear of the unknowing' is a similar to a psychological regression, when the individual survival depended largely from the herd."* [Gentian Vyshka, Albania]

*"For me, unlike other measures to contain the spread of the virus, the wearing of masks is predominantly a symbol of social cohesion and complying with the rules and not so much a measure to effectively protect myself and others from infection. The few times I saw someone without a mask entering a supermarket or the metro, my first thoughts were about social deviance and the arrogance of ignoring a commonly agreed-upon practice, and not about the risk of infection."* [Mirjam Pot & Barbara Prainsack, Austria]

Individual and collective responsibility and trust in the institutions and in the official assessment of risks and recommendations as to the adopted measures are crucial to build up a degree of epistemic agreement (37). However, this is perhaps more challenging in a contested environment of "recommendation trust" (38), which likely depends on communicating certainty (39), of which very little has been seen during COVID-19 pandemic. Hence, the acceptance of official advice varied among countries, cultures, and political contexts, with some degree of contradiction.

*"In general, there seems to be a relatively wide acceptance of government recommendations, but a very patchy uptake. Though the Scottish Government advice is trusted more than that from the UK Government, significant generational and cultural differences can be seen as to its implementation… in a multicultural society such as Scotland, there are some subtle differences between people from different cultural backgrounds and traditions who are either more accustomed to follow stricter government instructions, or from cultures where face mask wearing is more commonplace."* [Matjaž Vidmar, Scotland, UK]

*"Finally, as an anecdote, I would mention the recent case of expelling an opposition MP from the Assembly because he did not have a mask on his face, although the Prime Minister who warned the MP did not have a mask either."* [Zoran Todorović, Serbia]

The pandemic also seems to have reminded many people about the responsibility of humanity toward the preservation of all the living organisms and, as recognized by the Centers for Disease Control and Prevention (40), that our health is closely connected to the health of whole environment.

*"We should see ourselves as the most important participants and the biggest beneficiaries of public health, so we should take expert advice—wear mask. In other word, under this special situation, we need to work with medical experts, government to co-build a safe, harmonious and orderly living world with 'One Health' concept, rather to resist or despise it."* [Bie Ying Yong, China]

## The Face Mask: A New Barrier Affecting Social Relations?

If we assume that in the near future we will be used to living with the pandemic, or even a series of pandemics, we are currently developing new norms for social interaction. Being with other people and enjoying their company are essential for our mental and physical well-being. How do these interactions include face mask usage? What will socializing look like in the era of physical distancing (i.e., "keeping a safe space between yourself and other people who are not from your household") (41)? These issues are being recognized as particularly challenging.

*"We must reinforce the message that face masks do not remove (or even reduce) the need for social distancing as well as excellent hand and respiratory hygiene. We need to avoid a situation where face masks become a weapon that could negatively impact our fight against this invisible enemy."* [Ciara Heavin, Ireland]

*"I believe the benefits of face masks may be overestimated and lead us into a false sense of security in which we take unwarranted*

*risks—such as touching more objects and neglecting handwashing or going outside when suffering from a cough or cold. Therefore, my preference would be to give greater attention to other steps such as providing screens and visors for workers in public facing roles and reinforcing protective mechanisms around social distancing." [Helena Webb & Sue Ziebland, England, UK]*

*"Since the use of a mask started to become widespread, people seem to feel safer and unfortunately are more at risk, for example, not maintaining physical distance, making appointments with extended family and friends, etc." [Helena Machado, Portugal]*

Not all evidence is in support of above assessments that face masks bring about a (false) sense of security. In a recent study conducted in the Italian Venice metropolitan area, wearing a mask has proven to be a visual factor strengthening physical distancing as a public health measure (3). Between February 24 and April 29, 2020, distances have been measured by an operator wearing an exclusive sensor-based "social distancing belt." They were interchangeably "unmasked," "masked," "do it yourself (DIY)-masked," "goggles masked," and "goggles DIY-masked." Results show that people tended to stay closer to an unmasked person, while mask wearing tended to increase the physical distance. This paradox is explained by considering humans' intrinsic social nature that favors social vs. antisocial behaviors (3). Wearing a mask thus can turn unconscious social behavior into conscious antisocial behavior.

*"I believe that due to the extraordinarity of wearing face coverings in public spaces in Scotland, these do not encourage an undue feeling of 'safety' by their use, rather the reverse. Hence, with full awareness that the evidence for being protected by this measure is not there, rather, I hope that by wearing a face covering, I may remind (or even deter) others from breaking social distancing rules." [Matjaž Vidmar, Scotland, UK]*

Marchiori's study (3) also suggests that distance increases with face mask wearing, thus supporting the importance of visual stimuli as a signal of danger. This fact recalled in the mind of our colleague, Bie Ying Long, the ancient Chinese tale of "The Blind Man Who Lights a Lantern While He Walks in the Night," which proposes a "wise" interpretation of action as interplay of altruism and self-interest (42). When people asked a blind man for the reason why was he carrying a large lantern when he traveled at night, he replied that while day and night were not different to him, carrying a lantern while walking in the night was for the sake of everyone. For him, the lantern provided protection from other people, allowing him to avoid bumping into him. For others, carrying a lantern shone a light on them and let them walk more securely.

*"In the present, we should learn the kind of survival wisdom of the blind man in the story. To wear a mask proactively does not mean 'I'm infected with the virus,' rather to protect my own health. At the same time, it is a reminder to others that we are still in a time of crisis; we need to pay highly attention to our health and life safety very seriously." [Bie Ying Long, China]*

However, face mask use may have adverse systemic effects, as well:

*"The use of a mask is seen as an act of responsibility and altruism. However, I notice that people with masks tend to avoid personal interaction and to decrease the time they talk to each other. They avoid looking at others." [Helena Machado, Portugal]*

*"The syntagm social distancing is problematic because it symbolically transforms the rule of physical distance into the subversion or deconstruing of social ties. Face masks are strongly related to this implicated meaning. The human estrangement as a part of the 'COVID-19 regime' is the reason I have been more annoyed by some people strongly emphasizing the need for masks and physical distance than by those exhibiting the lack of interest for the personal protection against the infection." [Renata Šribar, Slovenia]*

In this framework, institutional health communication plays a crucial role in motivating citizens to wear face masks and use them properly (i.e., how to handle it and how to cover one's mouth and nose), as well as to respect physical distancing and hygiene procedures. Here, the choices of narratives by public health system officials play a crucial role. Accordingly, the expression "social distance" tends to be avoided nowadays. "Physical distancing" has been adopted by the WHO, which they define as keeping a distance and avoiding spending time in crowded places or in groups (43). More distressing expressions such as "avoiding all unnecessary contacts" and "unnecessary contacts with the others" are used in some official advices (44). These messages may appear authoritarian, by intruding in the personal space of what is "unnecessary" and about who are "the others" when considering social contacts and human relations.

Conversely, an interesting example for motivating the correct use of face masks is the communication campaign "Per tornare tutti insieme a sorridere" [To get back to smiling together] by the Italian Health Ministry (45). This message designed to stimulate feelings of mutual protection and solidarity among relatives, as well as among strangers. Motivation is crucial because, as we have demonstrated, a face mask can be perceived as both a physical and psychological barrier, particularly in countries where covering one's face is not a common habit.

==Wearing a face mask, in fact, makes it hard to recognize if someone is smiling at you and to acknowledge non-verbal communication and emotions shared with facial expressions. This limitation has been noticed in the interactions with older, fragile, and cognitively impaired persons/patients, communication with whom strongly relies on body language== (46). Not only in these contexts, but also in relation to day-to-day activities, especially with strangers, new communication skills are necessary, such as direct eye contact (47) and body gestures. Moreover, to communicate with those with hearing loss, special transparent masks have been proposed (48). As the fear of infection makes us more distrustful of strangers and even of friends and family members, to achieve the social interaction we were used to before the pandemic, a new demonstration of care and affection should be conceived.

Plaintiff's Exhibit 280

telegraph.co.uk

# Face masks for children are damaging more than just their mental health

*Molly Kingsley 18 March 2021 • 11:30am*

5-6 minutes

---

There's a startling two minutes at the very end of this week's Education Select Committee hearing. The preceding 115 minutes comprise a deeply concerning but otherwise uneventful discussion on the deteriorating state of children's mental health. A 161 per cent increase in sleep issues; loneliness up 63 per cent; self-harm up by 27 per cent, since 2017.

Then, a full one hour and 55 minutes in, there's this from Chair of the ESC, Robert Halfon MP: "Just before we finish, I've had emails from parents saying that some children have found wearing masks in the classroom distressing, that it's made pupils subdued and downcast and some have even been in tears or very self-conscious to answer questions."

My ears prick up. As for many parents, this is a subject close to my heart. Halfon continues, innocently enough: "Has enough been done to study the impact on children's wellbeing and mental health?"

I sit up, wide eyed.

"Alex?", Halfon asks, indicating none other than Dr Alex George of Love Island fame. Dr Alex, the Department for Education's recently appointed Youth Mental Health Ambassador, explains he is not aware of any studies.

"And should there be a study to see the impact"? Halfon presses.

"If we believe that there is an impact, we should look into that," Dr Alex replies.

Others chime in, each looking distinctly uncomfortable. Emma Thomas, CEO of the charity Young Minds, says: "We as a society are now going to be accepting masks on an ongoing basis, this isn't just going to be for this year."

Bernadka Dubicka, Chair of the Child and Adolescent Faculty, Royal College of Psychiatrists, adds: "There is a balance of risks. For every child who doesn't want to wear a mask there will be another one who will be terrified because they are sitting next to

somebody without a mask."

Catherine Roche, chief executive of the charity Place2Be, says: "If it's something that will continue for the long term we should understand what its impact is - but I think there are probably more pressing priorities."

These two minutes are significant.

They show an apparent assumption that masks for children as well as adults are here to stay. They show we are dangerously close to discarding a long-standing principle of medical ethics: the precautionary principle.

They show we're still focused exclusively on mental health risks when the potential range of harms is much wider.  And they show we've let the issue of masks become a sacred cow - something we cannot comfortably question or challenge.

The implications are chilling.

What we are now asking secondary school children to do constitutes an exceptionally serious public health intervention. Five days a week, eight hours a day, "breathing breaks" now part of the new, soon to be normalised, school day.

As experts have said "many seemingly benign public health interventions have the potential to cause harm, and that harm is often socially differentiated." Think through the implications for a moment of this for deaf children, say. A mask's intervention completely blocks their ability to communicate with peers.

Dr Alex George is absolutely correct to say we need to assess the impact. Far from being not 'pressing', this is now flashing-red urgent.

The precautionary principle advocates we must take reasonable measures to avoid threats that are serious and plausible and encourages the careful weighing and balancing of different values, including benefit against harm.  We already know masks have negative implications for learning.  There are a number of papers, peer-reviewed, which link mask wearing to negative impacts on emotional and mental wellbeing.

This Education Select Committee session was a discussion on children's mental health and the issues raised must be seen in that context. But the language used by the attendees reveals that to the extent negative implications of mask wearing are being considered at all, it is apparently only in terms of potential mental health harms. The equation being weighed appears to be 'adult's physical health versus children's mental health.'

This is wrong.

Ten days in and symptoms now being reported by parents include breathing difficulties,

headaches, dizziness. Many of these, and others - respiratory issues, heart issues, eye problems, skin problems, gum problems - are flagged in peer reviewed studies. Surely I can't be the only parent to think that this would have been a clear, screaming 'NO' until a year ago?

Even before the roll-out of the vaccine, a more honest equation would have been Covid risk versus other physical and mental health risks.

However, with so many now vaccinated, the equation has materially changed. It is now 'possible incremental prevention of physical harm to an increasingly small number of adults' versus 'possible cause of mental and physical harm to a large portion of our children and young people'.

Perhaps Ministers are satisfied they've seen sufficient evidence to know they are doing no harm.

If so, they must share it. If they do not, discomfort aside, we must challenge them.

Plaintiff's Exhibit 281

[citizensforfreespeech.org](citizensforfreespeech.org)

# Blaylock: Face Masks Pose Serious Risks To The Healthy

*Posted by Patrick Wood May 11, 2020 11:59 AM*

11-14 minutes

---

With the advent of the so-called COVID-19 pandemic, we have seen a number of medical practices that have little or no scientific support as regards reducing the spread of this infection. One of these measures is the wearing of facial masks, either a surgical-type mask, bandana or N95 respirator mask.

When this pandemic began and we knew little about the virus itself or its epidemiologic behavior, it was assumed that it would behave, in terms of spread among communities, like other respiratory viruses. Little has presented itself after intense study of this virus and its behavior to change this perception.

This is somewhat of an unusual virus in that for the vast majority of people infected by the virus, one experiences either no illness (asymptomatic) or very little sickness. Only a very small number of people are at risk of a potentially serious outcome from the infection —mainly those with underlying serious medical conditions in conjunction with advanced age and frailty, those with immune compromising conditions and nursing home patients near the end of their lives. There is growing evidence that the treatment protocol issued to treating doctors by the Center for Disease Control and Prevention (CDC), mainly intubation and use of a ventilator (respirator), may have contributed significantly to the high death rate in these select individuals.

*By wearing a mask, the exhaled viruses will not be able to escape and will concentrate in the nasal passages, enter the olfactory nerves and travel into the brain.*

*Russell Blaylock, MD*

As for the scientific support for the use of face mask, a recent careful examination of the literature, in which 17 of the best studies were analyzed, concluded that, " None of the studies established a conclusive relationship between mask/respirator use and protection against influenza infection."[1]  Keep in mind, no studies have been done to demonstrate

that either a cloth mask or the N95 mask has any effect on transmission of the COVID-19 virus. Any recommendations, therefore, have to be based on studies of influenza virus transmission. And, as you have seen, there is no conclusive evidence of their efficiency in controlling flu virus transmission.

It is also instructive to know that until recently, the CDC did not recommend wearing a face mask or covering of any kind, unless a person was known to be infected, that is, until recently. Non-infected people need not wear a mask. When a person has TB we have them wear a mask, not the entire community of non-infected. The recommendations by the CDC and the WHO are not based on any studies of this virus and have never been used to contain any other virus pandemic or epidemic in history.

Now that we have established that there is no scientific evidence necessitating the wearing of a face mask for prevention, are there dangers to wearing a face mask, especially for long periods? Several studies have indeed found significant problems with wearing such a mask. This can vary from headaches, to increased airway resistance, carbon dioxide accumulation, to hypoxia, all the way to serious life-threatening complications.

There is a difference between the N95 respirator mask and the surgical mask (cloth or paper mask) in terms of side effects. The N95 mask, which filters out 95% of particles with a median diameter >0.3 μm[2] , because it impairs respiratory exchange (breathing) to a greater degree than a soft mask, and is more often associated with headaches. In one such study, researchers surveyed 212 healthcare workers (47 males and 165 females) asking about presence of headaches with N95 mask use, duration of the headaches, type of headaches and if the person had preexisting headaches.[2]

They found that about a third of the workers developed headaches with use of the mask, most had preexisting headaches that were worsened by the mask wearing, and 60% required pain medications for relief. As to the cause of the headaches, while straps and pressure from the mask could be causative, the bulk of the evidence points toward hypoxia and/or hypercapnia as the cause. That is, a reduction in blood oxygenation (hypoxia) or an elevation in blood C02 (hypercapnia). It is known that the N95 mask, if worn for hours, can reduce blood oxygenation as much as 20%, which can lead to a loss of consciousness, as happened to the hapless fellow driving around alone in his car wearing an N95 mask, causing him to pass out, and to crash his car and sustain injuries. I am sure that we have several cases of elderly individuals or any person with poor lung function passing out, hitting their head. This, of course, can lead to death.

A more recent study involving 159 healthcare workers aged 21 to 35 years of age found that 81% developed headaches from wearing a face mask.[3]  Some had pre-existing

headaches that were precipitated by the masks. All felt like the headaches affected their work performance.

Unfortunately, no one is telling the frail elderly and those with lung diseases, such as COPD, emphysema or pulmonary fibrosis, of these dangers when wearing a facial mask of any kind—which can cause a severe worsening of lung function. This also includes lung cancer patients and people having had lung surgery, especially with partial resection or even the removal of a whole lung.

While most agree that the N95 mask can cause significant hypoxia and hypercapnia, another study of surgical masks found significant reductions in blood oxygen as well. In this study, researchers examined the blood oxygen levels in 53 surgeons using an oximeter. They measured blood oxygenation before surgery as well as at the end of surgeries.[4] The researchers found that the mask reduced the blood oxygen levels ($paO_2$) significantly. The longer the duration of wearing the mask, the greater the fall in blood oxygen levels.

The importance of these findings is that a drop in oxygen levels (hypoxia) is associated with an impairment in immunity. Studies have shown that hypoxia can inhibit the type of main immune cells used to fight viral infections called the CD4+ T-lymphocyte. This occurs because the hypoxia increases the level of a compound called hypoxia inducible factor-1 (HIF-1), which inhibits T-lymphocytes and stimulates a powerful immune inhibitor cell called the Tregs. . This sets the stage for contracting any infection, including COVID-19 and making the consequences of that infection much graver. In essence, your mask may very well put you at an increased risk of infections and if so, having a much worse outcome.[5,6,7]

People with cancer, especially if the cancer has spread, will be at a further risk from prolonged hypoxia as the cancer grows best in a microenvironment that is low in oxygen. Low oxygen also promotes inflammation which can promote the growth, invasion and spread of cancers.[8,9]  Repeated episodes of hypoxia has been proposed as a significant factor in atherosclerosis and hence increases all cardiovascular (heart attacks) and cerebrovascular (strokes) diseases.[10]

There is another danger to wearing these masks on a daily basis, especially if worn for several hours. When a person is infected with a respiratory virus, they will expel some of the virus with each breath. If they are wearing a mask, especially an N95 mask or other tightly fitting mask, they will be constantly rebreathing the viruses, raising the concentration of the virus in the lungs and the nasal passages. We know that people who have the worst reactions to the coronavirus have the highest concentrations of the virus early on. And this leads to the deadly cytokine storm in a selected number.

It gets even more frightening. Newer evidence suggests that in some cases the virus can enter the brain.[11,12] In most instances it enters the brain by way of the olfactory nerves (smell nerves), which connect directly with the area of the brain dealing with recent memory and memory consolidation. By wearing a mask, the exhaled viruses will not be able to escape and will concentrate in the nasal passages, enter the olfactory nerves and travel into the brain.[13]

It is evident from this review that there is insufficient evidence that wearing a mask of any kind can have a significant impact in preventing the spread of this virus. The fact that this virus is a relatively benign infection for the vast majority of the population and that most of the at-risk group also survive, from an infectious disease and epidemiological standpoint, by letting the virus spread through the healthier population we will reach a herd immunity level rather quickly that will end this pandemic quickly and prevent a return next winter. During this time, we need to protect the at-risk population by avoiding close contact, boosting their immunity with compounds that boost cellular immunity and in general, care for them.

One should not attack and insult those who have chosen not to wear a mask, as these studies suggest that is the wise choice to make.

References

1. bin-Reza F et al. The use of mask and respirators to prevent transmission of influenza: A systematic review of the scientific evidence. Resp Viruses 2012;6(4):257-67.

2. Zhu JH et al. Effects of long-duration wearing of N95 respirator and surgical facemask: a pilot study. J Lung Pulm Resp Res 2014:4:97-100.

3. Ong JJY et al. Headaches associated with personal protective equipment- A cross-sectional study among frontline healthcare workers during COVID-19. Headache 2020;60(5):864-877.

4. Bader A et al. Preliminary report on surgical mask induced deoxygenation during major surgery. Neurocirugia 2008;19:12-126.

5. Shehade H et al. Cutting edge: Hypoxia-Inducible Factor-1 negatively regulates Th1 function. J Immunol 2015;195:1372-1376.

6. Westendorf AM et al. Hypoxia enhances immunosuppression by inhibiting CD4+ effector T cell function and promoting Treg activity. Cell Physiol Biochem 2017;41:1271-84.

7. Sceneay J et al. Hypoxia-driven immunosuppression contributes to the pre-metastatic niche. Oncoimmunology 2013;2:1 e22355.

8. Blaylock RL. Immunoexcitatory mechanisms in glioma proliferation, invasion and

occasional metastasis. Surg Neurol Inter 2013;4:15.

9. Aggarwal BB. Nucler factor-kappaB: The enemy within. Cancer Cell 2004;6:203-208.

10. Savransky V et al. Chronic intermittent hypoxia induces atherosclerosis. Am J Resp Crit Care Med 2007;175:1290-1297.

11. Baig AM et al. Evidence of the COVID-19 virus targeting the CNS: Tissue distribution, host-virus interaction, and proposed neurotropic mechanisms. ACS Chem Neurosci 2020;11:7:995-998.

12. Wu Y et al. Nervous system involvement after infection with COVID-19 and other coronaviruses. Brain Behavior, and Immunity, In press.

13. Perlman S et al. Spread of a neurotropic murine coronavirus into the CNS via the trigeminal and olfactory nerves. Virology 1989;170:556-560.

---



**Dr. Russell Blaylock,** author of *[The Blaylock Wellness Report](#)* newsletter, is a nationally recognized board-certified neurosurgeon, health practitioner, author, and lecturer. He attended the Louisiana State University School of Medicine and completed his internship and neurological residency at the Medical University of South Carolina. For 26 years, practiced neurosurgery in addition to having a nutritional practice. He recently retired from his neurosurgical duties to devote his full attention to nutritional research. Dr. Blaylock has authored four books, *Excitotoxins: The Taste That Kills*, *Health and Nutrition Secrets That Can Save Your Life*, *Natural Strategies for Cancer Patients*, and his most recent work, *Cellular and Molecular Biology of Autism Spectrum Disorders*.

Plaintiff's Exhibit 282

# Face masks to prevent transmission of influenza virus: a systematic review

B. J. COWLING [a1], Y. ZHOU [a1], D. K. M. IP [a1], G. M. LEUNG [a1] ...

Published online by Cambridge University Press: 22 January 2010

https://www.cambridge.org/core/journals/epidemiology-and-infection/article/face-masks-to-prevent-transmission-of-influenza-virus-a-systematic-review/64D368496EBDE0AFCC6639CCC9D8BC05

## SUMMARY

Influenza viruses circulate around the world every year. From time to time new strains emerge and cause global pandemics. Many national and international health agencies recommended the use of face masks during the 2009 influenza A (H1N1) pandemic. We reviewed the English-language literature on this subject to inform public health preparedness. There is some evidence to support the wearing of masks or respirators during illness to protect others, and public health emphasis on mask wearing during illness may help to reduce influenza virus transmission. There are fewer data to support the use of masks or respirators to prevent becoming infected. Further studies in controlled settings and studies of natural infections in healthcare and community settings are required to better define the effectiveness of face masks and respirators in preventing influenza virus transmission.

## INTRODUCTION

Pandemic influenza A (H1N1) virus emerged in Mexico in early 2009 and rapidly spread worldwide. Severity of illness now appears to be more moderate than initially feared [1, 2], although high population attack rates would be associated with significant numbers of severe infections, hospitalizations and deaths. While some governments, particularly in the developed world, have large antiviral stockpiles on hand and contracts for vaccines that are now in production, the primary interventions currently available in both developed and less-developed settings are nonpharmaceutical [3, 4]. At the population level, these can include border controls to delay cross-border transmission, and social distancing

measures such as school or workplace closures. At the individual level, interventions to reduce transmission include improved hygiene and the use of face masks, respirators, and other physical barriers [5]. We conducted a systematic review [6] to investigate the evidence supporting the effectiveness of face masks in reducing influenza virus infection under controlled and natural conditions.

**METHODS**

**Search strategy**

On 18 August 2009 we searched the following databases for articles published in English from January 1960 to August 2009: PubMed (1960–2009), Science Citation Index (Web of Science) (1970–2009), and the Cochrane Library (1988–2009). We searched for articles using the following search strategy: #1: ' facemask' OR ' facemasks' OR 'mask' OR 'masks' OR ' respirator' OR ' respirators' OR 'N100' OR 'N99' OR 'N95' OR 'P2' OR 'FFP2' #2: 'influenza' OR 'flu' OR ' respiratory virus' OR ' respiratory infection' OR ' respiratory tract infection' #3: #1 AND #2. The search results were surveyed for methodological articles. Review articles were excluded, but the reference lists in all retrieved review papers were searched for additional related articles. In addition, a manual search was performed with the corresponding authors' reference database.

**Selection**

Two authors (B.J.C. and Y.Z.) independently evaluated the titles and abstracts of all studies for potential inclusion in this review. The same authors then reviewed full-length versions of selected articles to determine inclusion. When consensus was not reached, discussion and further study evaluation with other authors was used to resolve data extraction discrepancies. Articles were included in the review if they (1) described controlled volunteer studies of influenza virus filtration of face masks or respirators, (2) described observational or intervention studies of face masks or respirators to prevent influenza or influenza-like illness (ILI) in healthcare settings, (3) described observational or intervention studies of face masks or respirators to prevent influenza or ILI in community settings. Studies focused on specific non-influenza respiratory infections, such as SARS, were excluded. The initial search resulted in 279 citations. Fifty-six articles were

8

accepted at the abstract stage and finally 12 articles were considered relevant for inclusion in this review (Fig. 1).

**RESULTS**

Experimental volunteer studies

We identified one study that examined the efficacy of face masks in filtering influenza virus in volunteer subjects. Johnson and colleagues tested the performance of surgical and N95 masks to filter virus in nine volunteers with confirmed influenza A or B virus infection [7]. Participants coughed five times onto a Petri dish containing viral transport medium held 20 cm in front of their mouth. The experiment was repeated with subjects wearing a surgical mask, and wearing an N95 respirator. While influenza virus could be detected by RT–PCR in all nine volunteers without a mask, no influenza virus could be detected on the Petri dish specimens when participants wore either type of face mask. A limitation was that the study did not consider the role of leakage around the sides of the mask.

Studies in healthcare settings We identified six studies of face mask use in healthcare settings (Table 1) [8–13]. Because the study designs, participants, interventions and reported outcome measures varied markedly, we focused on describing the studies, their results, their applicability and their limitations and on qualitative synthesis rather than meta-analysis. A randomized controlled trial in Canada found no significant differences in protection against laboratory confirmed influenza infection associated with the use of surgical masks or N95 masks among nurses [absolute risk difference x0. 73%, 95% confidence interval (CI) x8. 8 to 7. 3] with 24% of nurses in the surgical mask arm having laboratory-confirmed infection during an influenza season [8]. A randomized controlled trial in Japan allocated 32 healthcare personnel to wearing surgical face masks or not, but was underpowered to detect significant differences between arms with one observed acute respiratory illness in each arm of the study during the follow-up period [9].

A survey of 133 nurses in Hong Kong found that suboptimal adherence to wearing a face shield during high-risk procedures [adjusted odds ratio (OR) 3. 56, 95% CI 1. 18–10. 69] was associated with higher risk of ILI, while suboptimal adherence to use of gloves and gowns were also associated with higher adjusted risk of ILI

9

although not statistically significant [10]. Two other cross-sectional studies found no evidence for a protective effect of face masks against infection [11, 12]. Finally, Hobday & Cason [13] speculated that natural ventilation, hand hygiene and gauze face masks were associated with fewer observed deaths in open-air hospitals in Boston during the 1918–1919 influenza A (H1N1) 'Spanish flu' pandemic, although there were many potential confounders. Studies in community settings We identified four randomized controlled trials that examined the effectiveness of face masks to prevent respiratory virus transmission in community settings [14–16] (Table 2). In a household-based study in Hong Kong, index cases and household members were randomized to three arms, including control, hand hygiene and hand hygiene plus surgical masks (to be worn by the index case and household members) [14]. In the primary intention-to-treat analysis there was no statistically significant difference in laboratory-confirmed influenza in household contacts across intervention groups. However when a prespecified analysis restricted attention to 154 households in which the intervention was applied within 36 hours of symptom onset in the index case, statistically significant reductions in laboratory-confirmed influenza virus infections in household contacts were observed in the face mask and hand hygiene arm (adjusted OR 0. 33, 95% CI 0. 13–0. 87). Adherence to the face mask intervention in index cases was moderate, but poorer in household contacts. The pilot study with a similar design was underpowered to identify significant differences between study arms [15]. Another recent study randomized 145 symptomatic index cases aged 0–15 years from outpatient clinics and their household members to three arms: control, surgical masks (worn by household contacts only), or N95-type respirators (worn by household contacts only) without fit-testing [16]. There were no differences in ILI in household contacts across intervention arms. A secondary per-protocol analysis found that Table 2. adherent use of N95 or surgical masks significantly reduced the risk for ILI in household contacts (hazard ratio 0. 26, 95% CI 0. 09–0. 77) compared to nonadherent mask use or allocation to the control arm. Aiello and colleagues described a study in which 1437 university students were randomized by dormitory to three arms: control, surgical masks alone, and surgical masks plus hand hygiene [17]. Students were followed for 6 weeks during the influenza season and assessed for clinically diagnosed or survey-reported ILI. Compared with the control group, significant reductions in ILI were observed during weeks 4–6 in the mask and hand hygiene group ranging from 35% (95% CI

9–53) to 51% (95% CI 13–73), after adjusting for vaccination and other covariates; similar reductions, although not statistically significant, were observed in the mask-only group compared to the control group. Neither mask use and hand hygiene nor mask use alone was associated with significant reduction in ILI rate cumulatively; continued subject recruitment (larger sample size) after study start, increased participation in the intervention later in the study, a late, mild influenza season, and/or interruption of the intervention for 1 week by spring break may explain this finding. The study was underpowered to determine the relative contribution of the protective effects of masks compared to hand hygiene. Finally, Lo and colleagues [18] investigated respiratory virus isolations in specimens collected primarily from in-patients and compared virus isolations in Hong Kong in 2003 with the preceding years. Declines in the number and proportions of virus isolations were attributed to population increases in hygienic measures and widespread use of face masks, as well as social distancing during the SARS epidemic. However, the study could not distinguish the relative contributions of each intervention.

**DISCUSSION**

Our review highlights the limited evidence base supporting the efficacy or effectiveness of face masks to reduce influenza virus transmission. An important concern when determining which public health interventions could be useful in mitigating local influenza virus epidemics, and which infection control procedures are necessary to prevent nosocomial transmission, is the mode of influenza virus transmission between people and in the environment. Physical barriers would be most effective in limiting short distance transmission by direct or indirect contact and large droplet spread, while more comprehensive precautions would be required to prevent infection at longer distances via airborne spread of small (nuclei) droplet particles [19]. In healthcare settings, stringent precautions are recommended to protect against pathogens that are transmitted by the airborne route, including the use of N95-type respirators (which require fit testing), other personal protective equipment including gowns, gloves, head covers and face shields, and isolation of patients in negative pressure rooms [19]. There remains considerable controversy over the relative importance of the alternative modes of transmission for influenza virus. In a recent review, Brankston and colleagues concluded that natural influenza transmission in human beings occurs generally

11

over short distance rather than over long distance [20]. Based on the same evidence, Tellier had earlier concluded that aerosol transmission occurs at appreciable rates [21], and cited further evidence in an updated review [22]. Weber & Stilianakis [23] found that contact, large droplet and small droplet (aerosol) transmission are all potentially important modes of transmission for influenza virus. If airborne transmission were important, it would be less likely that surgical masks will lead to reductions in infectiousness or protection against infection, if worn by ill or uninfected people, respectively. The primary argument against airborne transmission is as much one of absence of evidence as evidence of absence. While there are documented examples of long-distance airborne transmission of other pathogens including varicella zoster virus and Mycobacterium tuberculosis, the literature contain few compelling examples of airborne transmission of influenza virus [20], and several reports of scenarios where airborne transmission did not occur [24–27]. Further indirect evidence such as the substantial benefit of hand hygiene to prevent influenza transmission [14] is suggestive of direct or indirect contact as one of the most important modes of transmission for influenza virus in some settings. Further observational or intervention studies conducted in different latitudes during different times of the year could help to elucidate the role of temperature and humidity in mediating modes of transmission [28]. We did not identify any experimental volunteer studies that investigated whether surgical masks or N95 respirators could protect against infection. We identified one experimental study of face mask performance which involved participants with confirmed influenza virus infection [7], and the results suggested that surgical masks may be able to reduce infectiousness. In future similar studies it would be important to consider the potential for leakage around the sides of the mask in addition to direct penetration of infectious viral particles through the mask, if the results are to have practical implications for reduction of transmission in community and other settings [29]. Further studies are needed to investigate how mask and respirator performance varies with temperature and humidity, or under working conditions when moisture in exhaled breath or sweat may build up in face masks and hinder filtration or fit [30]. Few studies have been conducted in healthcare settings, and there is limited evidence to support the effectiveness of either surgical masks or N95 respirators to protect healthcare personnel [8–13]. One recent large trial in nurses found no difference in effectiveness between surgical masks and N95 respirators, although

the confidence intervals were wide enough to include moderate effect sizes [8]. Further, larger studies are needed to confirm the noninferiority of surgical masks. Guidance provided by the World Health Organization for protection of healthcare workers against pandemic influenza A (H1N1) virus infection recommends the use of standard and droplet precautions (including surgical masks or a face shield) during most patient interactions, while N95 or equivalent respirators are recommended for aerosol-generating procedures [31]. One concern over the use of face masks or respirators in healthcare settings is the potential for negative psychosocial impacts on patients and children in particular, especially in regions outside Asia where masks are not routinely worn [32]. Long-term use of N95-type respirators is likely to lead to physical discomfort [33], and has been associated with headaches [34]. Considerable resources might be required to make available N95 respirators and other protective equipment to large numbers of healthcare personnel through the course of influenza epidemics or pandemics. Finally, there are likely to be difficulties in ensuring compliance in healthcare workers [35]. Nevertheless personal protective equipment has led to major improvements in general infection control procedures in the hospital setting [36–38] and should not be discounted due to the lack of available data examining influenza virus outcomes. Three controlled studies of face mask effectiveness in the community setting used case-ascertained designs, where ill index cases were recruited from outpatient clinics and households were followed up for 7–10 days to observe secondary transmission [14–16].

The Hong Kong study applied surgical face masks to index cases and their household contacts [14, 15], while the Australian study applied surgical masks or N95-type respirators to household contacts only [16]. Neither study provides conclusive evidence that face masks are effective in primary intention-to-treat analyses, although statistical power was limited. Adherence was moderate in both studies, and a per protocol analysis of the Australian study suggests that masks could be effective in reducing risk of infection [16]. In the Hong Kong study, index cases not allocated to the face mask intervention reported use of face masks, indicating some degree of contamination of the intervention, while adherence was lower in household contacts and the results may primarily support the use of masks in ill members to reduce infectiousness [14, 15]. The effectiveness of face masks is probably impacted by compliance issues in both the healthcare and

13

community setting [14, 15, 35]. Various studies show a lower level of compliance with face masks [14, 15] or find lower reported acceptability of face masks [39] compared to hand hygiene behaviours and other non-pharmaceutical interventions. However, these studies do not seek to explain the reduced compliance, nor do they measure levels of compliance in the midst of an outbreak of pandemic influenza. Future research endeavours should investigate the influence of cultural and socio-behavioural factors (e.g. fear, stigma, altruism) on levels of compliance during a pandemic. Use of face masks in the community was very common during the SARS epidemic in Hong Kong, but not in Singapore [40], and cultural differences could also affect compliance. Pandemic guidance provided by the World Health Organization for community settings advises that masks may be worn although effectiveness is uncertain particularly in open spaces [41]. Other health agencies, such as the US Centers for Disease Control and Prevention, are not recommending masks in the community setting, with the exception of high-risk individuals who care for the sick or spend time in large crowds in areas affected by the pandemic [42]. Wearing masks incorrectly may increase the risk of transmission [41]. Further studies of face mask use are now underway, including some with prospective designs that follow cohorts of initially uninfected people. These studies will be particularly important in addressing compliance to and effectiveness associated with sustained use of face masks beyond the acute scenarios of existing studies [14–16]. While fewer resources are required to conduct studies with outcomes based on self-reported signs and symptoms of acute respiratory infection, future studies could include acute and convalescent serology or repeated collection of clinical specimens to provide results specific to influenza virus infection. In conclusion there remains a substantial gap in the scientific literature on the effectiveness of face masks to reduce transmission of influenza virus infection. While there is some experimental evidence that masks should be able to reduce infectiousness under controlled conditions [7], there is less evidence on whether this translates to effectiveness in natural settings. There is little evidence to support the effectiveness of face masks to reduce the risk of infection. Current research has several limitations including underpowered samples, limited generalizability, narrow intervention targeting and inconsistent testing protocols, different laboratory methods, and case definitions. Further in-vivo studies of face masks in infectious individuals are warranted to determine the proportion of exhaled virus that is trapped by the

14

==mask.== More detailed volunteer challenge and volunteer transmission studies could be designed to include both infectious and susceptible participants, to evaluate the efficacy of face masks both in reducing infectiousness and reducing susceptibility. However, such studies would require substantial resources, and contrived experiments may have limited generalizability to the natural setting. Large intervention studies in healthcare and community settings are likely to provide the best evidence of the effectiveness of face masks in reducing transmission in pandemic and inter-pandemic periods and are an urgent priority to guide pandemic preparedness for second and subsequent waves of pandemic influenza A (H1N1) and future pandemics.

ResearchGate

Plaintiff's Exhibit 283

See discussions, stats, and author profiles for this publication at: https://www.researchgate.net/publication/343399832

# Face masks, lies, damn lies, and public health officials: "A growing body of evidence"

**Technical Report** · August 2020

DOI: 10.13140/RG.2.2.25042.58569

CITATIONS

0

**1 author:**

D. G. Rancourt

Ontario Civil Liberties Association

**144** PUBLICATIONS    **4,280** CITATIONS

SEE PROFILE

**Some of the authors of this publication are also working on these related projects:**

Project    Free Mössbauer Spectroscopy Software: Recoil for Windows   View project

Project    Ab Initio Mossbauer Parameter Calculations (MSc & PhD)   View project

All content following this page was uploaded by D. G. Rancourt on 03 August 2020.

The user has requested enhancement of the downloaded file.

# Face masks, lies, damn lies, and public health officials: "A growing body of evidence"

Denis G. Rancourt, PhD

Researcher, Ontario Civil Liberties Association (ocla.ca)

Working report (not submitted for journal publication), published at Research Gate (https://www.researchgate.net/profile/D_Rancourt)

3 August 2020

## Summary

A vile new mantra is on the lips of every public health official and politician in the global campaign to force universal masking on the general public: "there is a growing body of evidence".

This propagandistic phrase is a vector designed to achieve five main goals:

➢ Give the false impression that a balance of evidence now proves that masks reduce the transmission of COVID-19

➢ Falsely assimilate commentary made in scientific venues with "evidence"

➢ Hide the fact that a decade's worth of policy-grade evidence proves the opposite: that masks are ineffective with viral respiratory diseases

➢ Hide the fact that there is now direct observational proof that cloth masks do not prevent exhalation of clouds of suspended aerosol particles; above, below and through the masks

➢ Deter attention away from the considerable known harms and risks due to face masks, applied to entire populations

The said harms and risks include that a cloth mask becomes a culture medium for a large variety of bacterial pathogens, and a collector of viral pathogens; given the hot and humid environment and the constant source, where home fabrics are hydrophilic whereas medical masks are hydrophobic.

In short, I argue: op-eds are not "evidence", irrelevance does not help, and more bias does not remove bias.  Their mantra of "a growing body of evidence" is a self-serving contrivance that impedes good science and threatens public safety.

I prove that there is no policy-grade evidence to support forced masking on the general population, and that all the latest-decade's policy-grade evidence points to the opposite: NOT recommending forced masking of the general population.  Therefore, the politicians and health authorities are acting without legitimacy and recklessly.

The article is organized into the following sections:

❖ Summary

❖ Introduction

❖ Competence to talk about face masks and COVID-19

❖ Government responses have been a public-health and safety catastrophe

❖ The "growing body of evidence" mantra needs to stop

❖ So, what actually is the "growing body of evidence"?

## Introduction

On 5 June 2020, the World Health Organization (WHO) reversed more than a decade of public health bodies around the world expressly not recommending face masks for the general population. [1]

The WHO made its recommendation of the preventative medical intervention of face masks for the entire global population while stating: [2]

> "At the present time, the widespread use of masks by healthy people in the community setting is <u>not yet</u> supported by high quality or direct scientific evidence and there are potential benefits and harms to consider (see below)." (p. 6)

The pretext used by the WHO was:

> "a growing compendium of observational evidence on the use of masks by the general public in several countries". (p. 6)

Therefore, in its recommendation that could have devastating civil, social and medical consequences, when enforced on the scale of the world population, the WHO violated the Golden Rule of medical ethics: "You don't recommend an intervention without policy-grade evidence for both harms and benefits".

Regarding the said Golden Rule of medical ethics, allow me to quote the most authoritative voices of Califf, Hernandez and Landray, discussing medical-treatment-protocol assessment during COVID-19, and writing in the prestigious *Journal of the American Medical Association* (*JAMA*) on 31 July 2020: [3]

> […] However, there is growing concern about whether attempts to infer causation about the benefits and risks of potential therapeutics from nonrandomized studies are providing insights that improve clinical knowledge and accelerate the search for needed answers, or whether these reports just add noise, confusion, and false confidence. Most of these studies include a caveat indicating that "randomized clinical trials are needed." But disclaimers aside, does this approach help make the case for well-designed randomized clinical trials (RCTs) and accelerate their delivery? Or do observational studies reduce the likelihood of a properly designed trial being performed, thereby delaying the discovery of reliable truth?
> […]
> Anxious, frightened patients, as well as clinicians and health systems with a strong desire to prevent morbidity and mortality, are all susceptible to cognitive biases. Furthermore, profit motives in the medical products industry, academic hubris, interests related to increasing the valuation of data platforms, and revenue generated by billing for these products in care delivery can all tempt investigators to make claims their methods cannot fully support, and these claims often are taken up by traditional media and further amplified on social media. Politicians have been directly involved in discourse about treatments they assert are effective. The natural desire of all elements of society to find effective therapies can obscure the difference between a proven fact and an exaggerated guess. Nefarious motives are not necessary for these problems to occur.

[…]  But if leaders, commentators, academics, and clinicians cannot restrain the rush to judgment in the absence of reliable evidence, the proliferation of observational treatment comparisons will hinder the goal of finding effective treatments for COVID-19—and a great many other diseases.

Thus, we see that the WHO and local public health officials are hindering advancement, by promoting non-RCT "observational studies", rather than protecting public health.

It should be of great concern to all that the WHO pretext of "a growing compendium of observational evidence on the use of masks by the general public in several countries" has morphed into the mantra "a growing body of evidence", which finds itself on the lips of virtually all public health officers and city mayors in the country.

This mantra of "a growing body of evidence" is advanced as the false silver bullet justification for draconian masking laws, in actual circumstances in which:

➢ There have been NO new RCT studies that support masking

➢ All the many past RCT studies conclusively do not support masking

➢ None of the known harms of masking have been studied

    (re: enforcement on the entire general population)

This is the opposite of science-based policy.  The politicians and public health officers are actuating the worst decisional model that can be applied in a rational and democratic society:  forced preventative measures without a scientific basis, while recklessly ignoring consequences.

In this article, I prove that there is no policy-grade evidence to support forced masking on the general population, and that all the latest decade's policy-grade evidence points to the opposite: NOT recommending forced masking of the general population.

Therefore, the politicians and health authorities are acting without legitimacy and recklessly.

## Competence to talk about face masks and COVID-19

I am retired and a former tenured Full Professor of Physics, University of Ottawa. Full Professor is the highest academic rank. During my 23-year career as a university professor, I developed new courses and taught over 2000 university students, at all levels, and in three different faculties (Science, Engineering, Arts).  I supervised more than 80 junior research terms or degrees at all levels from post-doctoral fellow to graduate students to NSERC undergraduate researchers.  I headed an internationally recognized interdisciplinary research laboratory, and attracted significant research funding for two decades.

I have been an invited plenary, keynote, or special session speaker at major scientific conferences some 40 times. I have published over 100 research papers in leading peer-reviewed scientific journals, in the areas of physics, chemistry, geology, materials

science, soil science, and environmental science. I have made fundamental scientific

discoveries in the areas of environmental science, measurement science, soil science,

bio-geochemistry, theoretical physics, alloy physics, magnetism, and planetary science.

My scientific h-index impact factor is 39 (84% of Nobel Prize winners in physics had h-

indexes of at least 30), and my articles have been cited more than 5,000 times in peer-

reviewed scientific journals. My publication record, citations statistics, and impact

factors are publicly available at Google Scholar, at the URL

https://scholar.google.ca/citations?user=1ChsRsQAAAAJ .

My recent non-committee-reviewed articles about the science of the COVID-19

epidemic and the science of masks for preventing viral respiratory diseases have been

read more than 0.5 million times on *ResearchGate*, and more times on other venues.

My recent video interviews and reporting videos about the science of COVID-19 and

face masks have been viewed more than 1 million times.

My personal knowledge and ability to evaluate the facts in this article are grounded in

my education, research, training and experience, as follows:

i.   *Regarding environmental nanoparticles.*  Viral respiratory diseases are transmitted

by the smallest size-fraction of virion-laden aerosol particles, which are reactive

environmental nanoparticles. Therefore, the chemical and physical stabilities and

transport properties of these aerosol particles are the foundation of the dominant

contagion mechanism through air.  My extensive work on reactive environmental nanoparticles is internationally recognized, and includes: precipitation and growth, surface reactivity, agglomeration, surface charging, phase transformation, settling and sedimentation, and reactive dissolution.  In addition, I have taught the relevant fluid dynamics (air is a compressible fluid), and gravitational settling at the university level, and I have done industrial-application research on the technology of filtration (face masks are filters).

ii.   *Regarding molecular science, molecular dynamics, and surface complexation.*  I am an expert in molecular structures, reactions, and dynamics, including molecular complexation to biotic and abiotic surfaces. These processes are the basis of viral attachment, antigen attachment, molecular replication, attachment to mask fibers, particle charging, loss and growth in aerosol particles, and all such phenomena involved in viral transmission and infection, and in protection measures. I taught quantum mechanics at the advanced university level for many years, which is the fundamental theory of atoms, molecules and substances; and in my published research I developed X-ray diffraction theory and methodology for characterizing small material particles.

iii.   *Regarding statistical analysis methods.* Statistical analysis of scientific studies, including robust error propagation analysis and robust estimates of bias, sets the limit of what reliably can be inferred from any observational study, including randomized controlled trials in medicine, and including field measurements during

epidemics.  I am an expert in error analysis and statistical analysis of complex data, at the research level in many areas of science. Statistical analysis methods are the basis of medical research.

iv.  *Regarding mathematical modelling.*  Much of epidemiology is based on mathematical models of disease transmission and evolution in the population. I have research-level knowledge and experience with predictive and exploratory mathematical models and simulation methods. I have expert knowledge related to parameter uncertainties and parameter dependencies in such models.  Recently, in collaboration, I have examined the instantaneous reproductive rate of COVID-19 infections in response to government masking impositions, in U.S. States.

v.  *Regarding measurement methods.*  In science there are five main categories of measurement methods: (1) spectroscopy (including nuclear, electronic and vibrational spectroscopies), (2) imaging (including optical and electron microscopies, and resonance imaging), (3) diffraction (including X-ray and neutron diffractions, used to elaborate molecular, defect and magnetic structures), (4) transport measurements (including reaction rates, energy transfers, and conductivities), and (5) physical property measurements (including specific density, thermal capacities, stress response, material fatigue…).  I have taught these measurement methods in an interdisciplinary graduate course that I developed and gave to graduate (M.Sc. and Ph.D.) students of physics, biology, chemistry, geology, and engineering for many years. I have made fundamental discoveries and advances in areas of

spectroscopy, diffraction, magnetometry, and microscopy, which have been published in leading scientific journals and presented at international conferences.  I know measurement science, the basis of all sciences, at the highest level.

It would be insufficient for me to be a simple medical doctor (MD) or public health officer.  My relevant knowledge and ability stems from my broad multi-disciplinary knowledge, in light of the recognized difficulty of the question.  For example, recently, 239 scientists put it this way:

> Understanding the transmission of respiratory infections indoors requires expertise in many distinctly different areas of science and engineering, including virology, aerosol physics, flow dynamics, exposure and epidemiology, medicine, and building engineering, to name the most significant. No one person has expertise in all these areas. However, collectively, the community of the signatories to the Comment understands the characteristics and mechanisms behind the generation of respiratory microdroplets, survival of viruses in the microdroplets, transport of the microdroplets and human exposure to them, and the airflow patterns that carry microdroplets in buildings. We have dedicated our careers working in this multidisciplinary field, and our statement stems from our collective expertise spanning the entire field.
>
> (First paragraph on page 1 of the Supplementary data, for: Morawska and Milton et al. (239 signatories) (6 July 2020) "**It is Time to Address Airborne Transmission of COVID-19**", in *Clinical Infectious Diseases*. [4])

**Government responses have been a public-health and safety catastrophe**

The forced masking laws are being recommended and enacted in a declared-pandemic context in which government responses to COVID have been disastrous, both in terms of response-induced deaths and permanent societal damage:

a. In my 2 June 2020 article "**All-cause mortality during COVID-19: No plague and a likely signature of mass homicide by government response**", I showed that an unnatural sharp "COVID-peak" in the all-cause mortality by week occurred across the world synchronously initiated by the 11 March 2020 WHO declaration of the pandemic and recommendation for States to empty their critical care units in preparation, which corresponded to a large acceleration of deaths of immunevulnerable elderly. [5]

b. Since my article, at least two published scientific papers have arrived at the same conclusion regarding accelerated or excess non-COVID-19 deaths occurring within the said "COVID-peak", as follows.

c. The 1 July 2020 article "**Excess Deaths From COVID-19 and Other Causes, March-April 2020**", by Woolf SH et al. in *JAMA* reports large numbers of said "COVID-peak" coincidence excess deaths actually caused by ●heart disease, ●diabetes, ●cerebrovascular disease, and ●Alzheimer disease, reported in their

Figure. [6]  This means that the government responses caused these large numbers of non-COVID-19 excess deaths, unless one believes in supernatural coincidences.

d.  The 2 July 2020 (date posted) article "**An Improved Measure of Deaths Due to COVID-19 in England and Wales**", by Williams, S et al., available at *SSRN* reports that more than half of the deaths in the said "COVID-peak" are non-COVID-19 deaths, and concludes: [7]

> Three key findings from our empirical analysis are as follows. First, although it has been widely reported that COVID-19 has been highly concentrated in the elderly, we find that it has been particularly concentrated in the very elderly (75-84 and 85+ years), and less so in the 65-74 age category.  Second, using two sets of COVID identifiers, we find from the beginning of the two periods when we assume the lockdown was having an impact, through to the end of our study period (week ending 17th or 24th April 2020 - week ending 8th May 2020), that our weekly estimates of COVID deaths for five cases (the total; the 75-84 and 85+ age categories; males; and females) diverge from the corresponding 5 year average excess deaths measure. Over these periods, we find that, on average per week, our estimates of COVID deaths for these five cases were (in absolute 6 terms) considerably below the corresponding 5 year average excess deaths measure. For example,on average per week, our estimate of total COVID deaths over these periods was lower than the corresponding 5 year average excess deaths measure by 4670-4727 deaths (54%-63%). For the above five cases, and in line with our hypothesis, we posit that the 5 year average excess deaths contains a large number of non-COVID deaths. Third, and relatedly, our analysis suggests that the UK's lockdown has had a net positive impact on mortalities. That is to say, it resulted in more, not less, deaths.

e.  This means that government responses in many jurisdictions caused more deaths than the virus itself.

f.  The mechanism for the deaths caused by government response are manifold, and from my reading of the scientific and policy literature include:

- reduced access to care for chronic conditions,

- the direct impact of psychological stress,

- the practice of exporting ill patients from chronic care facilities to long-term care facilities, and

- the practice of locking in and isolating long-term care facility residents.

g.  The direct impacts of fear and psychological stress on immunevulnerable elderly persons have most certainly been underestimated.  Psychological stress is proven to be a factor that can measurably depress the immune system and induce diseases, including: immune response dysfunction, depression, cardiovascular disease and cancer: "**Psychological Stress and Disease**", by Cohen, S et al., in *JAMA*. [8]

h.  Furthermore, it is established since 1991 that psychological stress dramatically increases susceptibility to viral respiratory diseases, even in young healthy college-age subjects: "**Psychological Stress and Susceptibility to the Common Cold**", by Cohen, S et al., in *The New England Journal of Medicine*. [9]

i.  Additionally, it is known that social isolation increases susceptibility to viral respiratory diseases:  "**Social ties and susceptibility to the common cold**", by Cohen, S et al. in *JAMA*. [10]

j.  Thus, government responses that induced fear, psychological stress, and isolation, including face masking impositions, were diametrically opposite to known science and had the predictable effect, given their scale, of directly in themselves causing large numbers of deaths.

k.  This does not count the harm from restructuring the economy, corporate activity, and institutional networks.  In a letter dated 19 May 2020, more than 500 USA physicians wrote to President Trump that "**In medical terms, the shutdown was a mass casualty incident.**" [11]  In their letter, they concluded:

> The millions of casualties of a continued shutdown will be hiding in plain sight, but they will be called alcoholism, homelessness, suicide, heart attack, stroke, or kidney failure. In youths it will be called financial instability, unemployment, despair, drug addiction, unplanned pregnancies, poverty, and abuse.

l.  There can be little doubt that governments have made fatal errors in responding to COVID-19, causing widespread harm and death.

m.  Imposing face masks on the healthy general population is another such disastrous blunder:

➢ Repeated large randomized controlled trials (RCT) with verified outcome (lab-confirmed infection) and several systematic reviews of RCTs have proven that face masks have no detectable benefit for reducing the risk of person to person transmission of a viral respiratory disease.

➢ Recent laser visualization of simulated coughs has proven that cloth masks do not prevent exhalation of clouds of suspended aerosol particles, above, below and through the masks. [12]

➢ The known significant potential harms of face masks, and cloth face masks in particular, have neither  been studied nor ruled out nor been the subject of harm mitigation trials.

➢ For example, home fabrics are hydrophilic, whereas medical masks are hydrophobic, the many harmful consequences of which have not been studied, and are virtually never mentioned.

➢ All-population face mask impositions increase fear and psychological stress.

➢ All-population face mask impositions cause:

  • widespread discomfort,

  • impaired breathing,

  • impaired vision (e.g., fogging of glasses),

  • impaired communication,

  • psychological social distancing,

  • skin irritation and infections,

- impaired self-expression,

- prolonged exposure to bacterial cultures near the eyes, nose and mouth,

- possible collection and delivery of viral pathogens that would otherwise not be inhaled, and

- possible amplification of the exhaled aerosol size-fraction of infectious particles.

## The "growing body of evidence" mantra needs to stop

I gave my review of the scientific literature regarding the measured (in)efficacy of masks to reduce the risk of transmission of viral respiratory diseases in my article published on 11 April 2020 at *ResearchGate*, entitled "**Masks Don't Work: a Review of Science Relevant to Covid-19 Social Policy**". [13]

The said article [13] was read some 400 K times on *ResearchGate*, was published in several venues, and has been the subject of many commentary articles and interviews. It was critiqued by an incompetent academic and columnist at *Phycology Today,* who was spectacularly exposed in a live debate with me: "**Digi-Debates. The Face Mask Debate**", Digi Debates YouTube Channel, 25 July 2020, https://youtu.be/AQyLFdoeUNk , and see: https://www.digi-debates.com/ .

My conclusion in the said article [13] is that the policy-grade science of the recent decade conclusively shows that any benefit from masks is too small to be detected in trials designed to detect a benefit in this application.

My conclusions in the said article [13] regarding the RCT-with-verified-outcome studies are robust, and have again been corroborated by the very latest systematic reviews of RCTs, and by the most recently published expert assessments [14] [15] [16] [17] [18], as shown below.

In contrast, politicians of all jurisdictions, city mayors and local public health officers claim by mantra that this decade's worth of policy-grade research is being overturned by "emerging" evidence.  Well, if it is "emerging", then it has not yet arrived.

Dr. Eileen de Villa, Medical Officer of Health, Toronto Public Health (TPH), announced her recommendation to the Toronto City Council on twitter as:  Dr. Eileen de Villa @epdevilla "Since the beginning of this pandemic I've asked residents to take care of each other. Today I'm asking for this again & this is why I'm asking City Council to require masks or face covering in all public settings to help stop the spread of #COVID19: bit.ly/38cYlu8"  10:46 AM · June 30, 2020 · Twitter for iPhone.

The link provided in this tweet is to a TPH document (the "Recommendation") dated "June 30, 2020 at 9 a.m." entitled "**Update on COVID-19, Dr. Eileen de Villa, Medical Officer of Health**". [19]

The Recommendation contains ten (10) paragraphs as "bullets".  At the 2nd bullet, Dr. de Villa has "**there is a growing body of emerging evidence that shows that non-medical masks can help prevent the spread of COVID-19**".  ==This is squarely false. There is not a single published scientific study "that shows that non-medical masks can help prevent the spread of COVID-19", let alone "a growing body".==  In order to measure "the spread of COVID-19", one has to actually measure "the spread of COVID-19".  In fact, there is a growing body solely of spin and of false statements about the scientific research literature.  For comparison, see the sober recent Public Health Ontario (PHO) synopsis. [20]

As another of a multitude of such examples of the use of the said mantra, mayor Jim Watson of the City of Ottawa, Canada, in a well-crafted statement put it this way, in answering a recent demand by the Ontario Civil Liberties Association, while ignoring all the points raised by OCLA: [21] [22]

> "Increasing evidence supports wearing a mask when in enclosed public spaces as an important measure in reducingCOVID-19 transmission, while the risk of rising rates of infection continues. The scientific community and public health organizations around the world have concluded that the cumulative weight of evidence supports that face masks lessen the rates of transmission of COVID-19 from wearers. Most agree that face masks work best by reducing the amount of virus that is projected into the air in respiratory micro-droplets from someone who is infected with the virus. Additionally, other community level measures such as physical distancing and hand hygiene should continue to be employed to decrease transmission of COVID-19.
>
> While we respect that you may not necessarily agree with this public health initiative, we trust that you will understand the basis that prompted OPH to recommend that Council enact a by-law."

Basically, the mayor is relying on "we are all saying it".

Here is why "what they are all saying" is simply worthless. The new mantra is pure propaganda that is diametrically contrary to all the authoritative science reports, as follows:

a.  In medical research, the only scientifically valid way to test a medical intervention, such as wearing a face mask or prescribing any preventative treatment, is to use the universally accepted comparative study (e.g., face mask versus no face mask) specifically designed to remove selection and observational bias from the study. This is called a "randomized controlled trial" (RCT).

b.  Arguably the world's leading medical standards and medical statistician expert, **Dr. Janus Christian Jakobsen**, author of the highly cited "Thresholds for statistical and clinical significance in systematic reviews with meta-analytic methods" (Jakobsen, JC et al., in *BMC Med Res Methodol* [23], has emphatically stated: [24]

> Clinical experience or observational studies should never be used as the sole basis for assessment of intervention effects — randomized clinical trials are always needed. Therefore, always randomize the first patient as Thomas C Chalmers suggested in 1977. Observational studies should primarily be used for quality control after treatments are included in clinical practice.

Abstracted Conclusion (p. 1) in:  "**The Necessity of Randomized Clinical Trials**", by Jakobsen and Gluud, in the *British Journal of Medicine & Medical Research.* [24]

c.  Meldrum in her "**A Brief History of the Randomized Controlled Trial: From Oranges and Lemons to the Gold Standard**" (Meldrum, Marcia L., in Hematology/Oncology Clinics of North America) [25], puts it this way (p. 746):

> Nevertheless, the RCT remains the "gold standard."  Its power as a model for good practice rests on its imposition of experimental order on the clinical setting and its production of numerical results that may not be absolutely accurate but that are unquestionably precise.  As Theodore Porter has argued, the value of the precise quantitative result is that it is readily translated outside its original experimental setting, for replication, comparison, and adaptation elsewhere.[ref]

> The inferential authority of the RCT has been such that it is accepted as a standard for "rational therapeutics" by physicians and regulatory authorities and also by patients and populations at risk.

d.  It appears that "regulatory authorities" in Ontario, Canada, are not up to speed on modern medical-practice standards.

e.  Recent medical history has shown that non-RCT comparative or observational studies can be egregiously wrong, with devastating negative public health consequences.  Two examples are particularly well known, among many more:

(i)     Non-RCT studies of the antiarrhythmic agents flecainide and encainide were glowing when the drugs were put onto the market in the late 1980s, then a RCT showed that these drugs increased mortality rather than had any benefit.

(ii)    Decades of non-RCT "observational studies" were the basis for widespread hormone replacement therapy for post-menopausal women, until 2002 and later when published RCTs showed that these treatments actually increased myocardial infarctions (heart attacks) rather than decreased them as intended.  The RCTs also found that the treatment increased the risk of incident breast cancer, which had not previously been detected in the decades of use.  See:  "**Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial**" (Writing Group for the Women's Health Initiative Investigators, in *JAMA*.) [26]

f.   In my article "**Masks Don't Work: a Review of Science Relevant to Covid-19 Social Policy**" [13], I concluded (p. 4):

> No RCT study with verified outcome shows a benefit for HCW or community members in households to wearing a mask or respirator. There is no such study. There are no exceptions.

> Likewise, no study exists that shows a benefit from a broad policy to wear masks in public (more on this below).

> Furthermore, if there were any benefit to wearing a mask, because of the blocking power against droplets and aerosol particles, then there should be more benefit from wearing a respirator (N95) compared to a surgical mask, yet several large meta-analyses, and all the RCT, prove that there is no such relative benefit.

g.  In my co-signed  **21 June 2020 letter to the Executive Director of the WHO** [1],

we (the Ontario Civil Liberties Association) put it this way:

> Second, more importantly, you fail to mention that several randomized controlled trials with verified outcomes (infections) were specifically designed to detect a benefit, and did not find any measurable benefit, for any viral respiratory disease. This includes the many randomized controlled trials that find no difference between open-sided surgical masks and respirators. [Footnote-2: citing and quoting from ten (10) scientific studies.]

> You failed to mention that such results set a probabilistic upper limit on mask effectiveness, and you failed to calculate this upper limit. Instead, you repeat the misleading notion that reliable evidence has "not yet" been found to confirm your adopted
> bias.

> In other words, if masks were even moderately effective at reducing the risk of infection, then a benefit would have been statistically detected in one or more of the many reliable trials that have already been made.

> More fundamentally, a major problem with your document is that you wrongly rely on substandard scientific reports as constituting usable "evidence". With public policy, especially health policy having draconian consequences, there must be a standards threshold below which a given report cannot be used as an indicator of reality. The reason that science requires randomized controlled trials with verified outcomes is precisely because other study designs are susceptible to bias.

> The context of a new disease and of a publicized pandemic is one in which all reporting (media, political, and scientific) is susceptible to large bias. The mechanisms of the biases are well known and anticipated, such as: political posturing, partisan conflicts, career advancement, publication-record padding, "discovery" recognition, public-interest and public-support mining, institutional and personal reputational enhancement, funding opportunities, corporate interests, and so on.

> Group bias is not an uncommon phenomenon. Large numbers of bias-susceptible studies that agree are of little value. Any study that does not apply the established scientific tools for avoiding observational bias should be presumed to be biased, in any draconian policy context.

That is why the WHO cannot collect and rely on potentially biased studies to make recommendations that can have devastating effects (see below) on the lives of literally billions. Rather, the WHO must apply a stringent standards threshold, and accept only randomized controlled trials with verified outcomes. In this application, the mere fact that several such quality studies have not ever confirmed the positive effects reported in bias-susceptible reports should be a red flag.

For example, two amply promoted recent studies that do not satisfy the standards threshold, and that, in our opinion, have a palpable risk of large bias are the following. […]

h.  My statements about the scientific evidence regarding masks are corroborated by all the concurrent and subsequent publications of leading experts on this question of reliable bias-free studies, as follows.

i.  **>>> "*Rapid Expert Consultation on the Effectiveness of Fabric Masks for the COVID-19 Pandemic*"** (National Academies of Sciences, Engineering, and Medicine, 8 April 2020): [17]

(p.2)   In considering the evidence about the potential effectiveness of homemade fabric masks, it is important to bear in mind how a respiratory virus such as SARS-CoV-2 spreads from person to person. Current research supports the possibility that, in addition to being spread by respiratory droplets that one can see and feel, SARS-CoV-2 can also be spread by invisible droplets, as small as 5 microns (or micrometers), and by even smaller bioaerosol particles.[ref]  Such tiny bioaerosol particles may be found in an infected person's normal exhalation.[ref]   The relative contribution of each particle size in disease transmission is unknown.

There is limited research on the efficacy of fabric masks for influenza and specifically for SARSCoV-2.  As we describe below, the few available experimental studies have important limitations in their relevance and methods. Any type of mask will have its own capacity to arrest particles of different sizes. Even if the filtering capacity of a mask were well understood,

however, the degree to which it could in practice reduce disease spread depends on the unknown role of each particle size in transmission.

Asymptomatic but infected individuals are of special concern, and the particles they would emit from breathing are predominantly bioaerosols. […]

(p. 3)  An additional consideration in the effectiveness of any mask is how well it fits the user.[ref]  Even with the best material, if a mask does not fit, virus-containing particles can escape through creases and gaps between the mask and face. Leakage can also occur if the holding mechanism (e.g., straps, Velcro®) is weak. We found no studies of non-expert individuals' ability to produce properly fitting masks. Nor did we find any studies of the effectiveness of masks produced by professionals, when following instructions available to the general public (e.g., online). […]

(p. 6)  **CONCLUSIONS**  […]  <u>The current level of benefit, if any, is not possible to assess</u>.

j.  **>>>** "**Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings—Personal Protective and Environmental Measures**" (Xiao, J et al., in *Emerging Infectious Diseases*, 5 May 2020): [14]

(p. 967: Abstract)  Although mechanistic studies support the potential effect of hand hygiene or face masks, <u>evidence from 14 randomized controlled trials of these measures did not support a substantial effect on transmission of laboratory-confirmed influenza</u>. We similarly found limited evidence on the effectiveness of improved hygiene and environmental cleaning.  We identified several major knowledge gaps requiring further research, most fundamentally an improved characterization of the modes of person-to-person transmission.

k.  **>>>** "**Masks for prevention of viral respiratory infections among health care workers and the public: PEER umbrella systematic review**" (Dugré et al., in *Canadian Family Physician*, July 2020): [15]

(p. 509, Abstract)  **Synthesis**  In total, <u>11 systematic reviews were included</u> <u>and 18 RCTs of 26 444 participants were found, 12 in the community and 6</u> <u>in health care workers</u>.  Included studies had limitations and were deemed at high risk of bias.  <u>Overall, the use of masks in the community did not</u> <u>reduce the risk of influenza, confirmed viral respiratory infection,</u> <u>influenzalike illness, or any clinical respiratory infection</u>.  […]

**Conclusion**  <u>This systematic review found limited evidence that the use of</u> <u>masks might reduce the risk of viral respiratory infections</u>.  […]

l. **>>>** Moe et al. summarized the detailed study of Dugré et al. [15] in their praxis article for medical practitioners:  "**PEER simplified tool: mask use by the general public and by health care workers**" (Moe et al., in *Canadian Family Physician*, July 2020) [16].  Their Figure 1 (p. 506) has:

MASKS FOR THE GENERAL PUBLIC
Based on evidence from randomized controlled trials
If I wear a surgical mask while out in public, will it protect me from flu-like illness?
- 2 trials 1683 people
- The reduction in flu-like illness may be 4% (range: 0-8%) over 6 weeks.
- <mark>But no difference in lab-confirmed influenza</mark>

What about wearing a surgical mask at home after a household member becomes sick?
- Sick person wears mask: 2 trials, 903 people
- Healthy household members wear masks: 1 trial, 290 people
- Healthy and sick people wear masks: 4 trials, 2750 people
- <mark>In all three scenarios, wearing a mask did NOT reduce the risk of getting flu-like illness or confirmed influenza</mark>.

m. Here, note that, as always, "flu-like illness" or "influenza-like illness" (ILI) means non-laboratory-confirmed infection, based on reported symptoms or clinical observation. Such determinations are not "verified outcomes" and are thus more susceptible to bias.

n. **>>>** "**Masking lack of evidence with politics**" (Jefferson and Heneghan, in *Centre for Evidence Based Medicine (CEBM)*, Oxford University, 23 July 2020): [18]

> (p. 1)   The increasing polarised and politicised views [ref] on whether to wear masks in public during the current COVID-19 crisis <u>hides a bitter truth on the state of contemporary research and the value we pose on clinical evidence to guide our decisions</u>.

> In 2010, at the end of the last influenza pandemic, there were six published randomised controlled trials with 4,147 participants focusing on the benefits of different types of masks.[ref] Two were done in healthcare workers and four in family or student clusters.   The face mask trials for influenza-like illness (ILI) reported poor compliance, <u>rarely reported harms</u> and revealed the pressing need for future trials.

> Despite the clear requirement to carry out further large, pragmatic trials a decade later, only six had been published: five in healthcare workers and one in pilgrims.[ref] <u>This recent crop of trials added 9,112 participants to the total randomised denominator of 13,259 and showed that masks alone have no significant effect in interrupting the spread of ILI or influenza in the general population, nor in healthcare workers</u>.

> (p. 2)  What do scientists do in the face of uncertainty on the value of global interventions? Usually, they seek an answer with adequately designed and swiftly implemented clinical studies as has been partly achieved with pharmaceuticals.  <u>We consider it is unwise to infer causation based on regional geographical observations as several proponents of masks have done. Spikes in cases can easily refute correlations, compliance with masks and other measures is often variable, and confounders cannot be accounted for in such observational research</u>.   […]

> The small number of trials and lateness in the pandemic cycle is unlikely to give us reasonably clear answers and guide decision-makers. <u>This abandonment of the scientific modus operandi and lack of foresight has left the field wide open for the play of opinions, radical views and political influence</u>.

## So, what actually is the "growing body of evidence"?

Given the above-documented contradiction between the claimed "growing body of evidence" and the actual "all RCTs say the opposite of what is claimed", one can reasonably ask: What are Ontario public health officers thinking of when they assert "there is a growing body of emerging evidence that shows that non-medical masks can help prevent the spread of COVID-19"?

One answer comes from the Simcoe-Muskoka District Health Unit (Ontario, Canada) webpage entitled "FAQ's- Wearing a Face Covering in Indoor Public Spaces", updated 24 July 2020. The latter webpage has the section: [27]

**What is the evidence that supports the use of masks?**

There is a growing body of scientific evidence that indicates the widespread use of face coverings by all persons decreases the spread of respiratory droplets. Public health experts also support the widespread use of face coverings to decrease transmission of COVID-19.

At this link you will find a collection of expert opinions and studies on face coverings. This list is for informational purposes only and is not representative of all articles and studies available on the subject, nor does this list cover all articles and studies that are reviewed by our staff and our Medical Officer of Health.

The said "link" is to a webpage of the Wellington-Dufferin-Guelph public health unit, entitled "Your Health / COVID-19 Information for the Public / Reliable Information Sources", accessed on 28 July 2020. [28]  The latter webpage has a section entitled

"EXPERT OPINIONS", having eight (8) entries, and a section entitled "EVIDENCE AND STUDIES ON FACE COVERINGS (UPDATED ON JULY 23)", having thirty (30) entries.

The eight (8) so-called "expert opinions" are merely "op-ed" type commentaries not providing any new data, evidence, or perspectives. These do not constitute "a growing body of emerging evidence", nor do they add any evidence whatsoever.

The thirty (30) so-called "evidence and studies" (ES) can be described as follows, numbering them ES-1 through ES-30 in the order given (alphabetical order of first-author):

ES-1 through ES-30:    None of these studies are RCTs, irrespective of whether any outcomes (infections) are "verified" (lab-confirmed) or not.  Some are actually "op-ed" style opinions.  Some are tentative modelling studies.  Some are population studies. Some are physical mask-filtering studies.  A few are overview reports.  A few purport to be "meta-analyses" or "systematic reviews" of old RCT and non-RCT studies (see below).  None can be considered additions to "a growing body of emerging evidence", at least not usable policy-grade evidence.  All are susceptible to large bias.

ES-1:    "Alberta Health Services COVID-19 Scientific Advisory Group. **Rapid Response Report: What is the effectiveness of wearing medical masks, including home-made masks, to reduce the spread of COVID-19 in the community?** Updated 2020 June." [29]  $\longrightarrow$

The first two bullets in the section entitled "Key Messages from the Evidence Summary"

are (page 1):

> • As medical masks are often bundled with other IPC interventions and have variable compliance, clinical trials on the effectiveness of medical masks have been challenging. <mark>Systematic reviews of randomized controlled trials in health care settings have not demonstrated a significant reduction in acute respiratory infections, (ARIs), ILIs or laboratory confirmed viral infections with medical mask use</mark> although it is acknowledged there were methodological flaws and smaller underpowered studies in the data analyzed.
> • <mark>There is a paucity of clinical evidence in favor of using medical masks in the community, with multiple randomized trials demonstrating mixed results which when pooled demonstrate no significant reduction in acute respiratory infections (ARIs), ILIs or laboratory confirmed viral infections.</mark> There are some lower quality studies showing a reduction in viral infection rates in households, in transmission of viral respiratory infections in the context of mass gatherings, and in university residences when combined with hand hygiene interventions.

The third-last bullet is:

> • <mark>There is limited evidence of harms related to community mask wearing with no studies identified that have systematically looked at potential harms. Such harms could include behavioral modifications such as risk compensation/non-adherence to social distancing or optimal hand hygiene practices, self-contamination, induction of facial rashes, and increasing real or perceived breathing difficulties. There are also concerns about poor compliance or tolerance of masks in children or those with cognitive challenges and communication difficulties.</mark>

The last bullet is:

> • Pre-symptomatic transmission and asymptomatic transmission of SARS-CoV-2 have been described but the degree to which they contribute to community spread is unclear, <mark>At this point, there is no direct evidence that the use of a medical or homemade cloth mask or the wider use of masks in the community significantly reduces this risk.</mark> For more information, refer to the Asymptomatic Transmission of SARS-CoV-2 rapid review.

ES-7:    "Chu DK, Akl EA, Duda S et al. **Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis**. *Lancet*. 2020 [30]  ⟶

The DK Chu article has many problems.  It was described in our letter to the WHO [1] as (pp. 5-6):

> The Chu study was funded by the WHO. It contains no randomized controlled trials, but rather uses a hodgepodge of data about associations of ill-defined factors. DK Chu et al.'s own appraisal of "certainty" regarding their conclusion about masks is "LOW" meaning "our confidence in the effect estimate is limited; the true effect could be substantially different from the estimate of the effect" (their Table 2), yet such a result is a basis for your recommendation to governments.

ES-18:    "Liang M, Gao L, Cheng C, et al. **Efficacy of face mask in preventing respiratory virus transmission: a systematic review and meta-analysis**. *Travel Med Infect Dis.* 2020 May 28." [31]  ⟶

The Liang study purports to be a systematic review and meta-analysis yet it does not apply **PRISMA-P [Preferred reporting items for systematic review and meta-analysis protocols]** [32], nor does it perform **GRADE [Grading of Recommendations, Assessment, Development and Evaluations] reliability analysis]** [33], which are the established standard in such medical research intended to be used for policy guidance.  If Liang did apply GRADE, it would fail, because its included studies are mostly non-RCT "case-control studies", and because its confidence intervals encompass outcomes leading to the oppose recommendation of masks:

"**GRADE guidelines 6. Rating the quality of evidence—imprecision**, by Guyatta et al., in *Journal of Clinical Epidemiology.* [34]

ES-21:    "MacIntyre CR, Chughtai AA.  **A rapid systematic review of the efficacy of face masks and respirators against coronaviruses and other respiratory transmissible viruses for the community, healthcare workers and sick patients**. *Int J Nurs Stud.* 2020. [35]  ⟶

The co-authors, MacIntyre and Chughtai, have both worked for or with 3M (a major proprietary mask and respirator manufacturer) and now work together; as they admit in the required "Conflict of Interest" statement.  MacIntyre has made an industry or writing spin-laden articles about masks in scientific journals, which repeatedly have recast old RCT studies. This is one more in that pattern.

The authors MacIntyre and Chughtai claim "Results were reported according to the Preferred Reporting Items for Systematic Reviews and Meta-Analyses (PRISMA) criteria (Moher et al., 2015)." (their "2. Methods" section, last sentence).  In fact, this is false.  The following numbered directives of PRISMA were not followed by MacIntyre and Chughtai (Table 3, [32]):

> #13 List and define all outcomes for which data will be sought, including prioritization of main and additional outcomes, with rationale
> #14 Describe anticipated methods for assessing risk of bias of individual studies, including whether this will be done at the outcome or study level, or both; state how this information will be used in data synthesis
> #15a Describe criteria under which study data will be quantitatively synthesized
> #15b If data are appropriate for quantitative synthesis, describe planned summary measures, methods of handling data, and methods of combining data from studies, including any planned exploration of consistency (e.g., I2, Kendall's tau)

#15c Describe any proposed additional analyses (e.g., sensitivity or subgroup analyses, meta-regression)
#15d If quantitative synthesis is not appropriate, describe the type of summary planned
#16 Specify any planned assessment of meta-bias(es) (e.g., publication bias across studies, selective reporting within studies)
#17 Describe how the strength of the body of evidence will be assessed (e.g., GRADE)

Not having introduced one iota of new evidence, MacIntyre and Chughtai conclude

(p. 5):

> In summary, there is a growing body of evidence supporting all three indications for respiratory protection – community, healthcare workers and sick patients (source control).

The work of MacIntyre and Chughtai is not science that can be used to guide public policy. It is substandard and misleading.

## Endnotes / References

[1]  21 June 2020 letter to the Executive Director of the WHO. "**RE:  WHO advising the use of masks in the general population to prevent COVID-19 transmission**", Hickey, J and Rancourt DG, Ontario Civil Liberties Association. http://ocla.ca/ocla-letter-who/

[2]  5 June 2020 "**Advice on the use of masks in the context of COVID-19: Interim guidance**", WHO Reference Number: WHO/2019-nCov/IPC_Masks/2020.4 https://apps.who.int/iris/bitstream/handle/10665/332293/WHO-2019-nCov-IPC_Masks-2020.4-eng.pdf

[3]  Califf RM, Hernandez AF, Landray M. "**Weighing the Benefits and Risks of Proliferating Observational Treatment Assessments: Observational Cacophony, Randomized Harmony**". *JAMA*. Published online July 31, 2020. doi:10.1001/jama.2020.13319 https://jamanetwork.com/journals/jama/fullarticle/2769139

[4]  Morawska and Milton et al. (239 signatories) (6 July 2020) "**It is Time to Address Airborne Transmission of COVID-19**", in *Clinical Infectious Diseases*, ciaa939 and supplementary data, https://doi.org/10.1093/cid/ciaa939

[5] "**All-cause mortality during COVID-19: No plague and a likely signature of mass homicide by government response**", by Rancourt, DG (2 June 2020) *ResearchGate*.   DOI: 10.13140/RG.2.2.24350.77125
https://www.researchgate.net/publication/341832637_All-cause_mortality_during_COVID-19_No_plague_and_a_likely_signature_of_mass_homicide_by_government_response

[6]  Woolf SH, Chapman DA, Sabo RT, Weinberger DM, Hill L. "**Excess Deaths From COVID-19 and Other Causes**", March-April 2020. *JAMA*. Published online July 01, 2020. doi:10.1001/jama.2020.11787 https://jamanetwork.com/journals/jama/fullarticle/2768086

[7]  2 July 2020 (date posted) "**An Improved Measure of Deaths Due to COVID-19 in England and Wales**", 25 June 2020, by Williams, S et al., available at *SSRN*:
https://ssrn.com/abstract=3635548 or http://dx.doi.org/10.2139/ssrn.3635548

[8]  Cohen S, Janicki-Deverts D, Miller GE. "**Psychological Stress and Disease**". *JAMA*. 2007;298(14):1685–1687. doi:10.1001/jama.298.14.1685
https://jamanetwork.com/journals/jama/article-abstract/209083

[9]  "**Psychological Stress and Susceptibility to the Common Cold**", by Cohen, S et al., *The New England Journal of Medicine*. 1991; 325:606-612. DOI: 10.1056/NEJM199108293250903
https://www.nejm.org/doi/full/10.1056/NEJM199108293250903

[10]  Cohen S, Doyle WJ, Skoner DP, Rabin BS, Gwaltney JM. "**Social Ties and Susceptibility to the Common Cold**". *JAMA*. 1997;277(24):1940–1944. doi:10.1001/jama.1997.03540480040036 https://jamanetwork.com/journals/jama/article-abstract/417085 . And at : http://people.stat.sc.edu/hansont/stat770/CohenEtAl.pdf

[11]  Letter dated 19 May 2020: more than 500 USA physicians wrote to President Trump that "**In medical terms, the shutdown was a mass casualty incident.**" "A letter signed by hundreds of doctors warning of adverse health consequences stemming from the coronavirus shutdowns." *Scribd* (uploaded by *Fox News* as "A Doctor a Day Letter - Signed")
https://www.scribd.com/document/462319362/A-Doctor-a-Day-Letter-Signed

[12]  Verma S, Dhanak M, and Frankenfield J "**Visualizing the effectiveness of face masks in obstructing respiratory jets**" *Physics of Fluids* 32, 061708 (2020);
https://doi.org/10.1063/5.0016018

[13]  "**Masks Don't Work: a Review of Science Relevant to Covid-19 Social Policy**". Rancourt, DG (11 April 2020) *ResearchGate*, obtained 400 K reads, then was deplatformed, as per this report: https://archive.org/details/covid-censorship-at-research-gate-2/ .  Now at: https://vixra.org/abs/2006.0044 , and at: https://www.rcreader.com/commentary/masks-dont-work-covid-a-review-of-science-relevant-to-covide-19-social-policy

[14]  "**Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings— Personal Protective and Environmental Measures**", by Xiao, J et al. *Emerging Infectious Diseases.* (5 May 2020) 26(5): 967-975. https://dx.doi.org/10.3201/eid2605.190994 . Plus appendix.

[15]  "**Masks for prevention of viral respiratory infections among health care workers and the public: PEER umbrella systematic review**", by Dugré et al., *Canadian Family Physician* (July 2020) 66: 509-517. https://www.cfp.ca/content/66/7/509

[16]  "**PEER simplified tool: mask use by the general public and by health care workers**", by Moe et al., *Canadian Family Physician* (July 2020) 66: 505-507. https://www.cfp.ca/content/66/7/505

[17]  "***Rapid Expert Consultation on the Effectiveness of Fabric Masks for the COVID-19 Pandemic***" (8 April, 2020). By National Academies of Sciences, Engineering, and Medicine. Washington, DC: The National Academies Press. https://doi.org/10.17226/25776 .

[18]  "**Masking lack of evidence with politics**", by Jefferson and Heneghan, *Centre for Evidence Based Medicine (CEBM)*, Oxford University (23 July 2020) https://www.cebm.net/covid-19/masking-lack-of-evidence-with-politics/

[19]  Toronto Public Health (TPH), dated "June 30, 2020 at 9 a.m.", "**Update on COVID-19, Dr. Eileen de Villa, Medical Officer of Health**". https://www.toronto.ca/wp-content/uploads/2020/07/9615-MOH-Statement_8July2020.pdf

[20]  "**SYNOPSIS  06/17/2020  COVID-19 — What We Know So Far About...Wearing Masks in Public**", Public Health Ontario (PHO), 17 June 2020. https://www.publichealthontario.ca/-/media/documents/ncov/covid-wwksf/what-we-know-public-masks-apr-7-2020.pdf

[21]  OCLA's 29 June 2020 letter to Mayor and City Council of Ottawa, Canada. "**RE: Mandatory face mask policies have no scientific basis, violate civil liberties, and must be rejected**". http://ocla.ca/wp-content/uploads/2020/06/2020-06-29-Letter-OCLA-to-Ottawa-MOH-and-Mayor.pdf . And see all the demand letters at: http://ocla.ca/opposing-mandatory-face-masks-in-ontario-municipalities/

[22]  City of Ottawa mayor's 27 July 2020 answer to OCLA. "**RE:  Mandatory face mask policies have no scientific basis, violate civil liberties, and must be rejected**". http://ocla.ca/wp-content/uploads/2020/07/2020-07-27-responses-from-Ottawa-Mayor-JWatson.pdf . And see all the response letters at: http://ocla.ca/opposing-mandatory-face-masks-in-ontario-municipalities/

[23]  "**Thresholds for statistical and clinical significance in systematic reviews with meta-analytic methods**" (Jakobsen, JC et al., *BMC Medical Research Methodology* 14, Article number: 120 (2014). https://doi.org/10.1186/1471-2288-14-120

[24]  "**The Necessity of Randomized Clinical Trials**", by Jakobsen and Gluud, in the *British Journal of Medicine & Medical Research.* 3(4): 1453-1468, 2013.
http://www.sciencedomain.org/abstract/1313

[25]  "**A Brief History of the Randomized Controlled Trial: From Oranges and Lemons to the Gold Standard**", Meldrum, Marcia L., *Hematology/Oncology Clinics of North America*), 2000, 14(4): 745-760.
https://www.sciencedirect.com/science/article/abs/pii/S0889858805703099

[26]  "**Risks and benefits of estrogen plus progestin in healthy postmenopausal women: principal results From the Women's Health Initiative randomized controlled trial**", by Writing Group for the Women's Health Initiative Investigators. *JAMA.* 2002; 288(3): 321–333. doi:10.1001/jama.288.3.321. https://jamanetwork.com/journals/jama/fullarticle/195120

[27]  Simcoe-Muskoka District Health Unit (Ontario, Canada) webpage entitled "**FAQ's-Wearing a Face Covering in Indoor Public Spaces**", updated 24 July 2020. Downloaded from http://www.simcoemuskokahealth.org/docs/default-source/COVID-/20200707-face-covering-indoor-spaces-faq-public.pdf on 28 July 2020

[28]  Webpage of the Wellington-Dufferin-Guelph public health unit, entitled "**Your Health / COVID-19 Information for the Public / Reliable Information Sources**", accessed on 28 July 2020 from https://wdgpublichealth.ca/your-health/covid-19-information-public/reliable-information-sources

[29]  Alberta Health Services COVID-19 Scientific Advisory Group. "**Rapid Response Report: What is the effectiveness of wearing medical masks, including home-made masks, to reduce the spread of COVID-19 in the community?**" Updated 2020 June.
https://www.albertahealthservices.ca/assets/info/ppih/if-ppih-covid-19-sag-mask-use-in-community-rapid-review.pdf

[30]  Chu DK, Akl EA, Duda S et al. "**Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis**". *Lancet.* 2020; 395(10242): 973-1987.
https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(20)31142-9/

[31]  Liang M, Gao L, Cheng C, et al. "**Efficacy of face mask in preventing respiratory virus transmission: a systematic review and meta-analysis**". *Travel Med Infect Dis.* 2020 May 28."
https://doi.org/10.1016/j.tmaid.2020.101751

[32]  Moher D, Shamseer L, Clarke M, et al. "**Preferred reporting items for systematic review and meta-analysis protocols (PRISMA-P) 2015 statement**". *Systematic Reviews.* 2015; 4(1):1. Published 2015 Jan 1. doi:10.1186/2046-4053-4-1
https://systematicreviewsjournal.biomedcentral.com/articles/10.1186/2046-4053-4-1

[33]  **GRADE [Grading of Recommendations, Assessment, Development and Evaluations]** from the webpage "Evidence based medicine (EBM) toolkit » Learn EBM » What is GRADE?", at the website "BMJ Best Practice".  https://bestpractice.bmj.com/info/toolkit/learn-ebm-what-is-grade/ , accessed on 28 July 2020.

[34]  "**GRADE guidelines 6. Rating the quality of evidence—imprecision**", by Guyatta et al., *Journal of Clinical Epidemiology* 64 (2011) 1283e1293 https://www.jclinepi.com/article/S0895-4356(11)00206-X/

[35]  MacIntyre CR, Chughtai AA.  "**A rapid systematic review of the efficacy of face masks and respirators against coronaviruses and other respiratory transmissible viruses for the community, healthcare workers and sick patients**".  *Int J Nurs Stud.* 2020; 108(103629). https://www.sciencedirect.com/science/article/pii/S0020748920301139

View publication stats

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-ND 4.0 International license.

Plaintiff's Exhibit 284

# Facemasks and similar barriers to prevent respiratory illness such as COVID-19: A rapid systematic review

Julii Brainard[1], Natalia Jones[2], Iain Lake[2], Lee Hooper[1], Paul R Hunter[1*]

1. The Norwich School of Medicine, University of East Anglia, Norwich

2. School of Environmental Sciences, University of East Anglia, Norwich, Norfolk, United Kingdom

**Number of FIGURES**: 5

**FUNDING**
This research was not supported by any funder.


**ACKNOWLEDGEMENTS**
Thanks to Dalal Ardan for explaining what it's like to be a Hajj pilgrim. Alison Aiello kindly and swiftly sent supplemental information for her research. A mature adult member of the public with chronic health conditions (including sarcoidosis) provided helpful comments on how to make the article meaningful to lay persons.

NOTE: This preprint reports new research that has not been certified by peer review and should not be used to guide clinical practice.

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-ND 4.0 International license.

## ABSTRACT

The current pandemic of COVID-19 has lead to conflicting opinions on whether wearing facemasks outside of health care facilities protects against the infection. To better understand the value of wearing facemasks we undertook a rapid systematic review of existing scientific evidence about development of respiratory illness, linked to use of facemasks in community settings.

Methods: We included all study designs. There were 31 eligible studies (including 12 RCTs). Narrative synthesis and random-effects meta-analysis of attack rates for primary and secondary prevention in 28 studies were performed. Results were reported by design, setting and type of face barrier in primary prevention, and by who wore the facemask (index patient or well contacts) in secondary prevention trials. The preferred outcome was influenza-like illness (ILI) but similar outcomes were pooled with ILI when ILI was unavailable. GRADE quality assessment was based on RCTs with support from observational studies.

Results: Where specific information was available, most studies reported about use of medical grade (surgical paper masks). In 3 RCTs, wearing a facemask may very slightly reduce the odds of developing ILI/respiratory symptoms, by around 6% (OR 0.94, 95% CI 0.75 to 1.19, $I^2$ 29%, low-certainty evidence). Greater effectiveness was suggested by observational studies. When both house-mates and an infected household member wore facemasks the odds of further household members becoming ill may be modestly reduced by around 19% (OR 0.81, 95%CI 0.48 to 1.37, $I^2$ 45%, 5 RCTs, low certainty evidence). The protective effect was very small if only the well person (OR 0.93, 95% CI 0.68 to 1.28, $I^2$ 11%, 2 RCTs, low uncertainty evidence) or the infected person wore the facemask (very low certainty evidence).

Discussion: Based on the RCTs we would conclude that wearing facemasks can be very slightly protective against primary infection from casual community contact, and modestly protective against household infections when both infected and uninfected members wear facemasks. However, the RCTs often suffered from poor compliance and controls using facemasks. Across observational studies the evidence in favour of wearing facemasks was stronger. We expect RCTs to under-estimate the protective effect and observational studies to exaggerate it. The evidence is not sufficiently strong to support widespread use of facemasks as a protective measure against COVID-19. However, there is enough evidence to support the use of facemasks for short periods of time by particularly vulnerable individuals when in transient higher risk situations. Further high quality trials are needed to assess when wearing a facemask in the community is most likely to be protective.

Keywords: Coronavirus, facemask, influenza-like-illness, Hajj, respiratory infection

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-ND 4.0 International license.

## INTRODUCTION

On 30 January 2020 the World Health Organisation (WHO) declared a Public Health Emergency of International Concern (PHEIC) in response to the emergence of a novel coronavirus in Wuhan, China (World Health Organization, 2020a). In the declaration, the WHO stated there had been 170 deaths so far linked to the viral disease, later formally designated COVID-19. At the time of writing, more than 4600 deaths have been linked to COVID-19 (John Hopkins University Coronavirus Resource Centre, 2020) (accessed 12th March 2020, 9:46am). On the 11th March 2020 the WHO started referring to the COVID-19 epidemic as a pandemic (World Health Organization, 2020b). It is not clear when this outbreak will abate.

Amongst other advice widely sought by the public in response to this outbreak, was whether wearing face coverings, especially medical-grade coverings (e.g. masks, goggles or similar) might reduce the risk of catching or transmitting disease (Gajanan, 2020), particularly in domestic and public places. Despite no support by WHO encouraging wearing facemasks in the community, sales of inexpensive facemask products soared following the PHEIC declaration, leading to potential shortages for health care workers (Asgari and Wells, 2020; Carter, 2020; O'Connor, 2020; Taylor, 2020; Wu *et al.*, 2020; US Surgeon General, 2020). Most previous similar systematic reviews investigating the effect of facemask use either focused solely on facemask use in health care settings or restricted study design to randomized controlled trials (RCTs), many of which were of low quality (MacIntyre and Chughtai, 2015).

We responded to this information demand by undertaking a rapid systematic review of the existing scientific evidence with regard to transmission of either respiratory disease or development of respiratory symptoms, especially influenza-like illness (ILI), linked to use of face barriers by non-health professionals and non-inpatients.

## METHODS
### Review question
Can wearing a face barrier (mask, goggles, shield, veil) in community settings prevent transmission of respiratory illness, such as from coronaviruses, rhinoviruses, influenza viruses or tuberculosis? We use the word 'facemask' as an umbrella term for diverse facial coverings that may cover any combination of mouth, nose and/or eyes.

### Search Strategy
Two recent literature reviews (MacIntyre and Chughtai, 2015; Jefferson *et al.*, 2008) were consulted, to find eleven exemplar studies (Aiello *et al.*, 2010; Aiello *et al.*, 2012; Canini *et al.*, 2010; Cowling *et al.*, 2009; Cowling *et al.*, 2008; Larson *et al.*, 2010; Lau *et al.*, 2004a; Lau *et al.*, 2004b; MacIntyre *et al.*, 2009; Simmerman *et al.*, 2011; Suess *et al.*, 2012) that met our eligibility criteria. We designed search strategies that were sensitive enough to find these exemplar studies and similar research, yet specific enough exclude most irrelevant research. The bibliographic databases Scopus, Embase and Medline were searched with the phrases in Box 1 on 31 Jan 2020. We also recent systematic reviews (Barasheed *et al.*, 2016; Benkouiten *et al.*, 2014; Cowling *et al.*, 2010; MacIntyre and Chughtai, 2015; bin-Reza *et al.*, 2012; Saunders-Hastings *et al.*, 2017; Jefferson *et al.*, 2008) on similar non-pharmaceutical practices for any missing primary studies.

### Assessment of inclusion
Two authors (JB and NJ) independently screened the retrieved titles and abstracts. Disagreements were resolved by discussion with other authors. The inclusion criteria were:

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC 4.0 International license.

- Original research (not a review, guidelines, discussion, regulations, debate or commentary) published in English since January 1980
- The research needed to describe facemask use that might prevent disease transmission or symptom development among people in the community (rather than prevent transmission to or from clinically trained persons)
- The study described an observed relationship between facemask use and respiratory symptoms or infection by respiratory pathogens: (e.g. influenza, coronavirus, TB).
- There was a comparator or control group (non-barrier users, other barrier users or non-cases)
- Any study design in any country

The full text of each article that passed screening was retrieved and eligibility verified as part of data extraction.

---

**BOX 1 Bibliographic database search phrases**

**SCOPUS**
TITLE-ABS-KEY (
(facemask? OR "facemasks?" OR mask? OR goggle? OR faceshield? OR respirator OR respirators)
AND
(influenza OR flu OR sars OR tuberculosis or mers OR coronav* OR "cov" OR respiratory-syndrome OR wuhan or "ncov")
)
AND
( LIMIT-TO ( SUBAREA , "MEDI" ) OR LIMIT-TO ( SUBAREA , "NURS" ) OR LIMIT-TO ( SUBAREA , "IMMU" ) )

**EMBASE & Medline via the OVID portal**
((facemask? or "face-masks?" or mask? or goggle? or face-shield? or respirator or respirators).ti.
or (facemask? or "face-masks?" or mask? or goggle? or face-shield? or respirator or respirators).ab.
or (facemask? or "face-masks?" or mask? or goggle? or face-shield? or respirator or respirators).kw.)
and
((influenza or flu or sars or tuberculosis or mers or coronav* or "cov" or respiratory-syndrome or "ncov" or wuhan).kw.
or
(influenza or flu or sars or tuberculosis or mers or coronav* or "cov" or respiratory-syndrome or "ncov" or wuhan).ti.
or
(influenza or flu or sars or tuberculosis or mers or coronav* or "cov" or respiratory-syndrome or "ncov" or wuhan).ab.)

---

**Data Extraction & risk of bias assessment**
Qualitative data and numbers of participants who developed respiratory outcomes in relevant study arms were extracted. The preferred specific outcome was ILI, defined as fever ≥ 38 C° with cough and onset ≤ 10 days previous (World Health Organization, 2014). Where a WHO-definition was unavailable, we accepted other similar case definitions (e.g. cold symptoms, acute respiratory infections, clinical cases of influenza or SARS). Where studies reported three arms we extracted data for arms where the only difference was whether a facemask was worn (e.g. hand hygiene vs. hand hygiene + facemasks). Risk of bias in included RCTs was assessed (by LH) using the Cochrane risk of

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-ND 4.0 International license.

bias tool (Atkins *et al.*, 2004), and biases and limitations identified by primary study authors of observational studies were noted. We assessed the quality of evidence using the GRADE framework, based on the RCT data and supported or contradicted by observational data (Atkins *et al.*, 2004).

### Synthesis
All characteristics of included studies were tabulated. Numbers of infections and numbers of people at risk in each study arm were input to Review Manager 5.3 (The Cochrane Collaboration, 2014) for meta-analysis by JB, verified by NJ or LH. We calculated pooled odds ratios using Mantel-Haenszel random effects meta-analysis (due to expected high heterogeneity) separately for primary prevention (when no cases were yet been identified) and prevention of secondary cases (when an individual was diagnosed with an infection and the aim was to prevent contacts from getting disease). We subgrouped by study design (RCT, pre/post, cohort, case-control or cross-sectional), and presented these subgroups in forest plots without global pooling to understand consistency of evidence across study designs. We also showed the trend of evidence within settings (subgrouping by setting). For secondary transmission (in RCTs) we subgrouped by who wore the facemask: index case, well contacts of the index case, or both. Outcomes after wearing faceveils were also presented where evidence was available.

A prospective patient (a mature adult living with many chronic health conditions including reduced lung function) commented on the draft manuscript and how the results could be made meaningful to laypeople.

### RESULTS
Altogether, 979 titles and abstracts were retrieved from Scopus, and 1443 from Embase and Medline combined. Our search located all 11 exemplar articles. Combining and deduplicating left 1725 articles. Of these 233 were not written in English and 81 were published before 1980, so were removed. This left 1458 titles and abstracts to screen, of which 46 were selected to be collected in full text. Full text review identified 26 eligible studies. Checking previous systematic reviews on protective effects of facemask use in the community identified a further five studies (all in the Hajj setting). Of the 31 included studies, 12 were cluster-RCTs, three were cohort studies, five were case-control and ten were cross-sectional, of which 28 reported data suitable for meta-analysis. Settings included schools, university residences, visits to health care providers, family households, the Hajj mass gathering, and non-specific community settings. Most studies reported on influenza-like illness (ILI) as an outcome (n=19), but fever with respiratory symptoms, upper respiratory tract infection, lab-confirmed or clinical influenza, toxic pneumonitis, common colds and other respiratory symptoms were used when ILI was unavailable. All mass gathering studies were associated with the Hajj pilgrimage. Table S1 lists the characteristics of the included studies.

### Prevention of primary infection
GRADE assessment suggested that wearing a facemask may very slightly reduce the odds of developing ILI/respiratory symptoms, by around 6% (OR 0.94, 95% CI 0.75 to 1.19, $I^2$ 29%, low-certainty evidence, downgraded once each for risk of bias and imprecision). Figure 1 shows grouping of results by study design. Pooled data are presented to calculate a single odds ratio to compare and contrast study designs. Risk of biases for RCTs are also presented.

### Prevention of primary infection, subgrouping by study design
The three RCTs which measured the prevention of primary infection, indicated a slight, non-significant, reduction in the odds of primary infection with ILI (OR 0.94, 95%CI 0.75-1.19) (Figure 1, Comparison 1.1; Table 1). Heterogeneity was low ($I^2$ 29%). Protection appeared greater in observational studies. Pre/post facemask wearing by visitors to hospital (Sung et al 2012) suggested

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC-ND 4.0 International license.

a strong, significant reduction in infections among inpatient stem cell recipients (OR 0.30, 95%CI 0.17-0.52) (Figure 1, Comparison 1.2), but this finding is interpreted with caution because of likely changes in hygiene practices in the pre/post periods.

Evidence from the six cohort studies suggested facemasks provided some protection (OR 0.71, 95%CI 0.24-2.05), although, these findings were not significant (Figure 1, Comparison 1.3). Heterogeneity was very high ($I^2$ = 96%) and the men-only cohort from Choudhry *et al.* (2006) was a noticeable outlier. This set of studies included observational data based on actual facemask wearing habits from one RCT (Alfelali *et al.* (2019)).

Among case-control (OR 0.39, 95%CI 0.18-0.84, $I^2$ 77%) (Figure 1, Comparison 1.4) and cross-sectional studies (OR 0.61, 95%CI 0.45-0.85, $I^2$ 95%) (Figure 1, Comparison 1.5), pooled data suggested that facemask wearing was protective, but effects were highly heterogeneous. Of the cross-sectional studies, Tahir *et al.* (2019) and Zein (2002) were noticeable outliers. Removal of these outliers still indicates facemask wearing as protective, although no longer significant, and heterogeneity falls slightly (OR 0.89, 95%CI 0.78-1.01, $I^2$ = 64%) (data not shown).

Two further studies did not provide suitable data for pooling but reported that they had done analysis supporting their conclusions to comment narratively that facemasks were not protective (Hashim *et al.*, 2016; Gautret *et al.*, 2011). A third study without estimable data, Hashim *et al.* 2016 concluded that respirators were not effective protection against ILI.

### Prevention of primary infection by exposure setting
Figure 2 groups results by exposure setting. Pooling of data from different study designs is not appropriate to calculate a single odds ratio statistic. Most results favoured facemask wearing.

Facemask wearing was consistently protective (the point-estimates of all included studies favoured facemask wearing) in the general community (2 cohort and 1 case-control; 1 significant protective finding) (Figure 2, Comparison 2.1), schools and universities (2 cluster-randomised RCTs and 2 cross-sectional; 1 significant protective finding) (Figure 2, Comparison 2.2), and for visits to health care clinics (1 pre/post and 2 case-control; 3 significant protective findings) (Figure 2, Comparison 2.3).

The results were less consistent (the point-estimates showed both protective and non-protective relationships) for animal contact (2 cross-sectional studies; 1 significant protective finding) (Figure 2, Comparison 2.4) and mass gatherings (all Hajj pilgrims; 1 cluster-randomised RCT, 2 cohort, 1 case-control and 3 cross-sectional; 3 significant protective findings) (Figure 2, Comparison 2.5).

One case-control study on air travel suggested a protective but non-significant relationship (Figure 2, Comparison 2.6).

### Prevention of primary infection among face veil wearers
Figure 3 shows data from two studies (cross-sectional and cohort) examining case incidence among women who wore face veils often/always while on Hajj pilgrimage. Both studies indicate a protective but non-significant relationship.

### Secondary transmission
GRADE assessment suggested that when both house-mates and an infected household member wore facemasks the odds of further household members becoming ill may be modestly reduced by around 19% (OR 0.81, 95%CI 0.48 to 1.37, $I^2$ 45%, 5 RCTs, low certainty evidence, downgraded twice overall for risk of bias, imprecision and inconsistency). The protective effect was very small if only the well people wore facemasks (OR 0.93, 95% CI 0.68 to 1.28, $I^2$ 11%, 2 RCTs, low uncertainty

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC 4.0 International license.

evidence, downgraded twice overall for risk of bias, imprecision and inconsistency) and unclear due to very low certainty evidence when only the infected person wore a facemask (downgraded once for risk of bias, twice for imprecision).

Figure 4 shows results for secondary transmission subdivided by study design and who wore the facemask (index patient, well contacts or both). Presented are pooled data to calculate a single odds ratio and risk of biases for RCTs. Findings from the two RCTs when only infected persons wore a facemask, suggested a very small, non-significant protective effect (OR 0.95, 95%CI 0.53 to 1.72, $I^2$ 0%) (Figure 4, Comparison 4.1; Table 1). The evidence of a very small protective effect was stronger in the 2 RCTs where only well people wore facemasks (OR 0.93, 95%CI 0.68 to 1.28, $I^2$ 11%) (Figure 4, Comparison 4.2; Table 1).

Pooled data from five RCTs where both infected and non-infected household members wore facemasks showed the odds of infection fell modestly and not significantly (OR 0.81, 95%CI 0.48 to 1.37, $I^2$ 45%) (Figure 4, Comparison 4.3, Table 1). Findings from the one case-control study where both infected and non-infected household members wore facemasks indicated a similar relationship (OR 0.45, 95%CI 0.18 to 1.10) (Figure 4, Comparison 4.4).

**Secondary transmission and commencement of facemask wearing**
Figure 5 shows results for the four secondary transmission RCT studies providing data for attack rates when facemask wearing started < 36 hours after index patient became symptomatic. A single odds ratio statistic and risk of biases for RCTs are presented.

Facemask wearing was not protective in this subgroup analysis OR 1.36, 0.66-2.79, $I^2$ 0%). Some of the original investigators in these studies undertook logistic regression to adjust their findings for other confounders and found evidence that early facemask wearing (< 36 hours after symptom onset) could be protective, but acknowledged that their models were underpowered.


**DISCUSSION**
In this study we have undertaken a rapid review to examine whether the use of facemasks impacts on the transmission of respiratory symptoms. Evidence based on RCTs suggests that wearing a facemask may very slightly reduce the odds of primary infection with ILI by around 6% (low-certainty evidence). Observational studies suggested greater effectiveness. In households where infected people were grouped with uninfected people, if both house-mates and the infected household member wore facemasks the odds of further household members becoming ill were reduced by around 19% (low certainty evidence). Where only the uninfected people wore facemasks the effect was very small (reducing the odds of infection by 7%, low certainty evidence). The evidence is similar where only the infected household members wore facemasks (reducing the odds of infection by 5%, very low certainty evidence). However, due to controls wearing facemasks when they shouldn't and poor compliance (intervention participants not wearing facemasks when they should) we expect that RCT evidence under-estimated efficacy. In contrast, we expect observational studies, especially those based on self-reported symptoms, have over-estimated how protective facemask wearing can be because of confounding. Therefore, specific accurate estimates of the degree of protectiveness of facemasks are not feasible from the currently available evidence base.

Facemasks appear be most effective when worn to prevent primary respiratory illness in relatively low risk situations: community settings where contact may be casual and relatively brief, such as on public transport, in shops, in workplaces and perhaps in university residences or schools with limited shared public spaces. Facemask wearing is probably not protective during mass gatherings, but evidence on use during mass gatherings is inconsistent. All studies focussed on Hajj pilgrimage

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC 4.0 International license.

which may not be a typical mass gathering event (especially large and prolonged). Facemask wearing within households where infection was already present was modestly effective in the included studies, and this evidence was fairly consistent (low-medium heterogeneity, $I^2$ from 0% to 45%). Limited effectiveness of primary prevention at Hajj or secondary prevention within households may be because of the multiplicity of transmission pathways within these settings and high level of recurring contact. It may also be due to the late use of facemasks, usually > 24 hours after a household or group member became symptomatic which could be 48 hours after they became infectious (Centers for Disease Control, 2018).

That facemasks might protect wearers has been cast in doubt during the COVID-19 outbreak (eg., Abramson, 2020; Geggel, 2020; Harris, 2020), often supported by the observation that surgical facemasks were designed (originally) to protect patients from the wearers, and that facemasks soon become very moist with condensation from wearer's breath (facilitating microbial ingress and growth). Nevertheless, worn correctly for brief periods, wearing surgical masks have been shown to provide an average 6-fold reduction in exposure to aerosolized influenza virus (Booth *et al.*, 2013), so it is unsurprising that facemask wearing was linked to fewer cases in our synthesis, especially primary observational studies in community settings. With regard to secondary attack rates, whether the ill or the initially well people in a household wore facemasks (or both, or neither wore facemasks) did not seem to matter: attack rates were similar in household-setting RCTs. These details suggest that other factors (not who wore the facemask, but rather duration and type of contact) also matter greatly to disease transmission. Many barriers exist that can make it difficult for individuals to wear facemasks correctly for hours over a multi-day period, including perceived breathing impairment and other discomforts (Sim *et al.*, 2014; Suess *et al.*, 2011). Facemasks are perceived to or genuinely do interfere with ordinary physical activities such as heavy exertion, sleep, oral hygiene and eating. Facemasks can be uncomfortable, hot, cause skin rashes or simply feel anti-social (Al Badri, 2017; Donovan *et al.*, 2007).

Previous systematic literature reviews on the efficacy of using facemasks in community settings are often combined with other personal protection measures (Saunders-Hastings *et al.*, 2017; Jefferson *et al.*, 2008; Wong *et al.*, 2014) or mixed health care workers with non-health care workers (Jefferson *et al.*, 2008; bin-Reza *et al.*, 2012; Wang *et al.*, 2015). Those that have looked specifically at community use have focused only on RCTs (Cowling *et al.*, 2010; MacIntyre and Chughtai, 2015). Overall, the reviews had mixed conclusions about community settings: that facemasks were highly effective (Jefferson *et al.*, 2008), definitely effective (Barasheed *et al.*, 2016; bin-Reza *et al.*, 2012), may be effective for protection (Benkouiten *et al.*, 2014; Cowling *et al.*, 2010; MacIntyre and Chughtai, 2015) or had a not statistically significant protective effect (Saunders-Hastings *et al.*, 2017). There was near consensus that the evidence base was inadequate (Cowling *et al.*, 2010; bin-Reza *et al.*, 2012; Barasheed *et al.*, 2016; MacIntyre and Chughtai, 2015; Saunders-Hastings *et al.*, 2017; Benkouiten *et al.*, 2014).

RCTs may not be the best quality evidence to evaluate a population behaviour like facemask use that is likely to be imperfectly implemented. Many of the included RCTs reported that participants did not follow instructions (Alfelali *et al.*, 2019; Barasheed *et al.*, 2016; Cowling *et al.*, 2009; Cowling *et al.*, 2008; MacIntyre *et al.*, 2009; MacIntyre *et al.*, 2016). In these RCTs, large proportions of controls wore facemasks during the monitoring period (Simmerman *et al.*, 2011; MacIntyre *et al.*, 2016; Cowling *et al.*, 2008), while intervention participants did not wear facemasks the majority of the time (MacIntyre *et al.*, 2009; MacIntyre *et al.*, 2016; Larson *et al.*, 2010; Cowling *et al.*, 2009; Cowling *et al.*, 2008). Compared to RCTs, observational data (cohort and case-control studies) may give superior quality evidence for efficacy of facemask wearing to avoid ILI, given they are trying to relate actual behaviour to outcomes. Of course, observational data are subject to recall bias and other confounding factors that RCTs may obviate. For expediency, we have not undertaken formal quality

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-NC 4.0 International license.

assessment on the diverse observational studies included in this review: we expect that the observational evidence would be found to have many potential sources of bias that RCT designs are intended to avoid. We found original study authors gave many informative comments on their own study limitations (Supplemental Table 1). We argue that there is merit in combining study types to generate a full view of existing evidence.

A difficulty with previous reviews and also in our own review, is the mix of facial barrier used. All of the RCTs included in our review provided specific facemasks (usually surgical grade, rarely P2 or equivalent grade respirator) with instructions how to wear the facemask, as well as told users the frequency facemasks should be changed and how to hygienically dispose of used facemasks. Information was not reported about the types of facemasks that (contrary to protocol) some controls in RCTs used. Only a few of the observational studies collected specific information about what type of face covering was used.

We assume that where not explicitly stated, most facemasks worn were surgical grade in the included observational studies. This view concords with survey of facemasks visible in recent street scene photography of Hong Kong, Korean, Chinese and Japanese cities where facemask wearing is common: most of the evident facemasks resemble surgical styles and is somewhat supported by surveys and discussions of habitual facemask users, usually in Far East countries (Wada *et al.*, 2012; Shirai, 2019; Hung, 2018; Burgess and Horii, 2012).

Future investigations should collect information about what facemasks people had, how the facemasks were worn, whether they were reused and how they were prepared for reuse, as well as duration of facemask wear. The impact of the timing of intervention is worth analysing further especially if studies can be fully powered to produce more definitive results, or if evidence should emerge about facemask use within homes before symptom onset or within a very short period (perhaps 4-12 hours) after symptom onset.

**Limitations**
The search strategy tried to include all 'respiratory' illnesses. However, actual transmission risks vary with the type of pathogen: adequate protection for one germ may be unsafe against others. All of the articles we found related to viruses, most typically influenza but also SARS coronavirus. The lack of tuberculosis studies included in this review may relate to the date cut off we imposed (we omitted studies published before 1980 for expediency). If the evidence base were larger then we could meaningfully subset the studies by the types of pathogen studied: e.g. coronaviruses vs. influenza. Similarly, although we preferred clinical case definitions of ILI or respiratory illness (based on symptoms), where only lab-confirmed case definitions were available, we grouped these with clinical cases. The case definitions were also based mostly on self-report. These pathogens, outcomes and reporting origins could be meaningfully separated with a larger evidence base.

Due to the rapidity of this review we did not consider other article archives or databases such as Google Scholar, CINAHL and MedRXiv. We did not undertake quality assessment of observational studies, although we have provided the authors own assessments of their study limitations which highlight many potential issues. We did not classify outcomes by severity of symptoms or other clinical outcomes (Paulo *et al.*, 2010). It is possible that facemask wearing reduced duration or severity of symptoms experienced due to reducing infectious dose received, although not actual disease. Severity or duration of symptoms and other specific clinical outcomes are important to patients and this is an area which requires further research. We also didn't separate results by duration that facemasks were worn; some studies did subgroup analysis that found this influenced attack rates.

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-ND 4.0 International license.

The only mass-gathering setting where facemask wearing evidence has been gathered and published is the Hajj. This event may not be comparable to many smaller mass-gatherings and the Hajj is exceptional for high contact levels (Zein, 2002; Deris *et al.*, 2010; Shirah *et al.*, 2017; Hashim *et al.*, 2016; Gautret *et al.*, 2011).

We have not undertaken a full cost-benefit analysis. The sudden emergence of COVID-19 led to high community demand for face barriers and raised valid concerns that insufficient supplies of facemasks were available for health care workers (Wu *et al.*, 2020; US Surgeon General, 2020). The environmental and economic costs of regularly using facemasks are notable, and only partly abated by reuse. Wearing facemasks consistently and correctly for long periods may not be easy for many people. There is a need to calculate where the balance of benefits and costs lie in facemask wearing for disease prevention (Baracco *et al.*, 2015; Rivera *et al.*, 1997; McGain *et al.*, 2017; Coulter, 2017).

We make no comment on the relative utility of other proposed protective measures compared to facemask wearing, such as self-isolation or frequent handwashing: we have not undertaken research on those measures for comparison. We did not formally assess likelihood of publication bias in the primary research evidence base, due to this being a rapid review.

## CONCLUSIONS

Our study was a rapid review of the literature on the impact of the use of facemasks on the transmission of respiratory symptoms. Based on randomized trial data, wearing a facemask may very slightly reduce the odds of primary infection with influenza-like illness (ILI). However, included trials generally had very low compliance and comparisons undermined by some controls also wearing facemasks. Considering both experimental and observational studies, we consider that the balance of evidence is that facemasks may offer some protection against primary respiratory virus infection when used in community settings outside the home. We surmise that this relates to relatively short exposure windows, brief duration of wear and casual contact, while noting that existing evidence is prone to recall bias and lack of information about what kind of facemasks were worn or if they were worn correctly. Facemasks appear to be slightly effective for preventing secondary infection within household settings, but the certainty of this evidence is low. Facemasks used in the Hajj-related multi-day mass gatherings (which typically involve 2-6 weeks of inter-related activities) have not consistently prevented respiratory symptoms from developing. We do not consider that the balance of evidence across all available studies supports routine and widespread use of facemasks in the community. However, using a mask for short periods of time by particularly vulnerable individuals during transient exposure events may be justified.

**SUPPLEMENTAL** See Table S1 for full list of included studies.

## REFERENCES

Abramson, A. 2020. Surgical Masks Won't Protect You Against the Coronavirus. *Allure*.

Aiello, A. E., Murray, G. F., Perez, V., Coulborn, R. M., Davis, B. M., Uddin, M., Shay, D. K., Waterman, S. H. & Monto, A. S. 2010. Mask use, hand hygiene, and seasonal influenza-like illness among young adults: A randomized intervention trial. *Journal of Infectious Diseases*, 201**,** 491-498.

Aiello, A. E., Perez, V., Coulborn, R. M., Davis, B. M., Uddin, M. & Monto, A. S. 2012. Facemasks, hand hygiene, and influenza among young adults: A randomized intervention trial. *PLoS ONE*, 7**,** e29744.

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-ND 4.0 International license.

Al Badri, F. M. 2017. Surgical mask contact dermatitis and epidemiology of contact dermatitis in healthcare workers. *Current Allergy & Clinical Immunology,* 30**,** 183-188.

Alfelali, M., Haworth, E. A., Barasheed, O., Badahdah, A.-M., Bokhary, H., Tashani, M., Azeem, M. I., Kok, J., Taylor, J. & Barnes, E. H. 2019. Facemask versus No Facemask in Preventing Viral Respiratory Infections During Hajj: A Cluster Randomised Open Label Trial. *SSRN (Lancet preprints).*

Asgari, N. & Wells, P. 2020. Face mask shortage hits Europe and US as coronavirus spreads. *Financial Times,* 30 Jan.

Atkins, D., Best, D., Briss, P. & Et Al 2004. GRADE Working Group. Grading quality of evidence and strength of recommendations. *BMJ,* 328.

Baracco, G., Eisert, S., Eagan, A. & Radonovich, L. 2015. Comparative cost of stockpiling various types of respiratory protective devices to protect the health care workforce during an influenza pandemic. *Disaster Medicine and Public Health Preparedness,* 9**,** 313-318.

Barasheed, O., Alfelali, M., Mushta, S., Bokhary, H., Alshehri, J., Attar, A. A., Booy, R. & Rashid, H. 2016. Uptake and effectiveness of facemask against respiratory infections at mass gatherings: A systematic review. *International Journal of Infectious Diseases,* 47**,** 105-111.

Benkouiten, S., Brouqui, P. & Gautret, P. 2014. Non-pharmaceutical interventions for the prevention of respiratory tract infections during Hajj pilgrimage. *Travel Medicine and Infectious Disease,* 12**,** 429-442.

Bin-Reza, F., Lopez Chavarrias, V., Nicoll, A. & Chamberland, M. E. 2012. The use of masks and respirators to prevent transmission of influenza: A systematic review of the scientific evidence. *Influenza and other Respiratory Viruses,* 6**,** 257-267.

Booth, C. M., Clayton, M., Crook, B. & Gawn, J. M. 2013. Effectiveness of surgical masks against influenza bioaerosols. *Journal of Hospital Infection,* 84**,** 22-26.

Burgess, A. & Horii, M. 2012. Risk, ritual and health responsibilisation: Japan's 'safety blanket' of surgical face mask-wearing. *Sociology of Health & Illness,* 34**,** 1184-1198.

Canini, L., Andreoletti, L., Ferrari, P., Angelo, D. R., Blanchon, T., Lemaitre, M., Filleul, L., Ferry, J. P., Desmaizieres, M., Smadja, S., Valleron, A. J. & Carrat, F. 2010. Surgical mask to prevent influenza transmission in households: A cluster randomized trial. *PLoS One,* 5.

Carter, S. L. 2020. Sold-Out Coronavirus N95 Face Masks Offer a Lesson in Price Gouging. *Bloomberg.com,* 31 Jan.

Centers for Disease Control. 2018. *How Flu Spreads* [Online]. Available: https://www.cdc.gov/flu/about/disease/spread.htm [Accessed 17 Feb 2020].

Choudhry, A., Al Mudaimegh, K., Turkistani, A. & Al Hamdan, N. 2006. Hajj-associated acute respiratory infection among hajjis from Riyadh. *Eastern Mediterranean Health Journal,* 12**,** 300-309.

Coulter, J. 2017. Air pollution masks symptom of throwaway society. *China Daily,* 18 Jan.

Cowling, B. J., Chan, K. H., Fang, V. J., Cheng, C. K. Y., Fung, R. O. P., Wai, W., Sin, J., Seto, W. H., Yung, R., Chu, D. W. S., Chiu, B. C. F., Lee, P. W. Y., Chiu, M. C., Lee, H. C., Uyeki, T. M., Houck, P. M., Peiris, J. S. M. & Leung, G. M. 2009. Facemasks and hand hygiene to prevent influenza transmission in households: A cluster randomized trial. *Annals of Internal Medicine,* 151**,** 437-446.

Cowling, B. J., Fung, R. O. P., Cheng, C. K. Y., Fang, V. J., Chan, K. H., Seto, W. H., Yung, R., Chiu, B., Lee, P., Uyeki, T. M., Houck, P. M., Peiris, J. S. M. & Leung, G. M. 2008. Preliminary findings of a randomized trial of non-pharmaceutical interventions to prevent influenza transmission in households. *PLoS ONE,* 3, e2101.

Cowling, B. J., Zhou, Y., Ip, D. K. M., Leung, G. M. & Aiello, A. E. 2010. Face masks to prevent transmission of influenza virus: a systematic review. *Epidemiology and Infection,* 138**,** 449-456.

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-ND 4.0 International license.

Deris, Z. Z., Hasan, H., Sulaiman, S. A., Wahab, M. S. A., Naing, N. N. & Othman, N. H. 2010. The prevalence of acute respiratory symptoms and role of protective measures among Malaysian Hajj pilgrims. *Journal of Travel Medicine,* 17**,** 82-88.

Donovan, J., Kudla, I., Holness, L. D., Skotnicki-Grant, S. & Nethercott, J. R. 2007. Skin reactions following use of N95 facial masks. *Dermatitis,* 18**,** 104.

Gajanan, M. 2020. Can Face Masks Prevent Coronavirus? Experts Say That Depends. *Time.*

Gautret, P., Vu Hai, V., Sani, S., Doutchi, M., Parola, P. & Brouqui, P. 2011. Protective measures against acute respiratory symptoms in French pilgrims participating in the Hajj of 2009. *Journal of Travel Medicine,* 18**,** 53-55.

Geggel, L. 2020. Can wearing a face mask protect you from the new coronavirus? *Live Science.*

Harris, D. M. 2020. Spokesperson for World Health Organisation. *In:* Ferrari, N. (ed.) *Breakfast is Leading Britain's Conversation.* LBC Radio.

Hashim, S., Ayub, Z. N., Mohamed, Z., Hasan, H., Harun, A., Ismail, N., Rahman, Z. A., Suraiya, S., Naing, N. N. & Aziz, A. A. 2016. The prevalence and preventive measures of the respiratory illness among malaysian pilgrims in 2013 hajj season. *Journal of Travel Medicine,* 23.

Hung, Y.-W. 2018. *A Study of Barriers to the Wearing of Face Masks by Adults in the US to Prevent the Spread of Influenza.* Masters of Science in Design, Arizona State University.

Jefferson, T., Foxlee, R., Del Mar, C., Dooley, L., Ferroni, E., Hewak, B., Prabhala, A., Nair, S. & Rivetti, A. 2008. Physical interventions to interrupt or reduce the spread of respiratory viruses: Systematic review. *BMJ,* 336**,** 77-80.

John Hopkins University Coronavirus Resource Centre. 2020. *Coronavirus COVID-19 Global Cases by the Center for Systems Science and Engineering (CSSE) at Johns Hopkins University (JHU)* [Online]. JHU. Available: https://coronavirus.jhu.edu/map.html [Accessed 12th March, 9:46am 2020].

Larson, E. L., Ferng, Y. H., Wong-Mcloughlin, J., Wang, S., Haber, M. & Morse, S. S. 2010. Impact of non-pharmaceutical interventions on URIs and influenza in crowded, urban households. *Public Health Reports,* 125**,** 178-191.

Lau, J. T. F., Lau, M., Kim, J. H., Wong, E., Tsui, H. Y., Tsang, T. & Wong, T. W. 2004a. *Probable Secondary Infections in Households of SARS Patients in Hong Kong,* Emerging Infectious Diseases. 10 (2) (pp 235-243), 2004. Date of Publication: February 2004.

Lau, J. T. F., Tsui, H., Lau, M. & Yang, X. 2004b. *SARS Transmission, Risk Factors, and Prevention in Hong Kong,* Emerging Infectious Diseases. 10 (4) (pp 587-592), 2004. Date of Publication: April 2004.

Macintyre, C. R. & Chughtai, A. A. 2015. Facemasks for the prevention of infection in healthcare and community settings. *BMJ (Online),* 350.

Macintyre, C. R., Zhang, Y., Chughtai, A. A., Seale, H., Zhang, D., Chu, Y., Zhang, H., Rahman, B. & Wang, Q. 2016. Cluster randomised controlled trial to examine medical mask use as source control for people with respiratory illness. *BMJ Open,* 6.

Maclntyre, C. R., Cauchemez, S., Dwyer, D. E., Seale, H., Cheung, P., Browne, G., Fasher, M., Wood, J., Gao, Z., Booy, R. & Ferguson, N. 2009. Face mask use and control of respiratory virus transmission in households. *Emerging Infectious Diseases,* 15**,** 233-241.

Mcgain, F., Story, D., Lim, T. & Mcalister, S. 2017. Financial and environmental costs of reusable and single-use anaesthetic equipment. *British Journal of Anaesthesia,* 118**,** 862-869.

O'connor, K. 2020. Coronavirus: face masks sell out but are unlikely to stop germs. *The Times,* 1 Feb.

Paulo, A. C., Correia-Neves, M., Domingos, T., Murta, A. G. & Pedrosa, J. 2010. Influenza infectious dose may explain the high mortality of the second and third wave of 1918–1919 influenza pandemic. *PLoS One,* 5.

Rivera, P., Louther, J., Mohr, J., Campbell, A., Dehovitz, J. & Sepkowitz, K. A. 1997. Does a cheaper mask save money? The cost of implementing a respiratory personal protective equipment program. *Infection Control and Hospital Epidemiology,* 18**,** 24-27.

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-ND 4.0 International license.

Saunders-Hastings, P., Crispo, J. a. G., Sikora, L. & Krewski, D. 2017. Effectiveness of personal protective measures in reducing pandemic influenza transmission: A systematic review and meta-analysis. *Epidemics,* 20**,** 1-20.

Shirah, B. H., Zafar, S. H., Alferaidi, O. A. & Sabir, A. M. 2017. Mass gathering medicine (Hajj Pilgrimage in Saudi Arabia): The clinical pattern of pneumonia among pilgrims during Hajj. *Journal of Infection and Public Health,* 10**,** 277-286.

Shirai, N. 2019. *Japanese Citizens Becoming Masked Heroes to Serve Society.* BA, Princeton.

Sim, S. W., Moey, K. S. P. & Tan, N. C. 2014. The use of facemasks to prevent respiratory infection: A literature review in the context of the Health Belief Model. *Singapore Medical Journal,* 55**,** 160-167.

Simmerman, J. M., Suntarattiwong, P., Levy, J., Jarman, R. G., Kaewchana, S., Gibbons, R. V., Cowling, B. J., Sanasuttipun, W., Maloney, S. A., Uyeki, T. M., Kamimoto, L. & Chotipitayasunondh, T. 2011. Findings from a household randomized controlled trial of hand washing and face masks to reduce influenza transmission in Bangkok, Thailand. *Influenza and other Respiratory Viruses,* 5**,** 256-267.

Suess, T., Remschmidt, C., Schink, S., Luchtenberg, M., Haas, W., Krause, G. & Buchholz, U. 2011. Facemasks and intensified hand hygiene in a German household trial during the 2009/2010 influenza A(H1N1) pandemic: Adherence and tolerability in children and adults. *Epidemiology and Infection,* 139**,** 1895-1901.

Suess, T., Remschmidt, C., Schink, S. B., Schweiger, B., Nitsche, A., Schroeder, K., Doellinger, J., Milde, J., Haas, W., Koehler, I., Krause, G. & Buchholz, U. 2012. The role of facemasks and hand hygiene in the prevention of influenza transmission in households: Results from a cluster randomised trial; Berlin, Germany, 2009-2011. *BMC Infectious Diseases,* 12.

Tahir, M. F., Abbas, M. A., Ghafoor, T., Dil, S., Shahid, M. A., Bullo, M. M. H., Ain, Q. U., Ranjha, M. A., Khan, M. A. & Naseem, M. T. 2019. Seroprevalence and risk factors of avian influenza H9 virus among poultry professionals in Rawalpindi, Pakistan. *Journal of Infection and Public Health,* 12**,** 482-485.

Taylor, K. 2020. Costco is selling out of surgical masks in South Korea, as the country battles the spread of the coronavirus. *Business Insider,* 3 Feb.

The Cochrane Collaboration 2014. Review Manager (RevMan). 5.3 ed. Copenhagen: The Nordic Cochrane Centre.

Us Surgeon General 2020. Seriously people - STOP BUYING MASKS! *Coronavirus Disease 19 (COVID-19).* Twitter.

Wada, K., Oka-Ezoe, K. & Smith, D. R. 2012. Wearing face masks in public during the influenza season may reflect other positive hygiene practices in Japan. *BMC Public Health,* 12.

Wang, M., Barasheed, O., Rashid, H., Booy, R., El Bashir, H., Haworth, E., Ridda, I., Holmes, E. C., Dwyer, D. E., Nguyen-Van-Tam, J., Memish, Z. A. & Heron, L. 2015. A cluster-randomised controlled trial to test the efficacy of facemasks in preventing respiratory viral infection among Hajj pilgrims. *Journal of Epidemiology and Global Health,* 5**,** 181-189.

Wong, V. W. Y., Cowling, B. J. & Aiello, A. E. 2014. Hand hygiene and risk of influenza virus infections in the community: A systematic review and meta-analysis. *Epidemiology and Infection,* 142**,** 922-932.

World Health Organization. 2014. *WHO surveillance case definitions for ILI and SARI* [Online]. Available: https://www.who.int/influenza/surveillance_monitoring/ili_sari_surveillance_case_definitio n/en/ [Accessed 14 Feb 2020].

World Health Organization. 2020a. *Statement on the second meeting of the International Health Regulations (2005) Emergency Committee regarding the outbreak of novel coronavirus (2019-nCoV)* [Online]. WHO. Available: https://www.who.int/news-room/detail/30-01-2020-statement-on-the-second-meeting-of-the-international-health-regulations-(2005)-

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY-NC 4.0 International license.

emergency-committee-regarding-the-outbreak-of-novel-coronavirus-(2019-ncov) [Accessed 7 Feb 2020].

World Health Organization. 2020b. *WHO Director-General's opening remarks at the media briefing on COVID-19 - 11 March 2020* [Online]. WHO. Available: https://www.who.int/dg/speeches/detail/who-director-general-s-opening-remarks-at-the-media-briefing-on-covid-19---11-march-2020 [Accessed 12th March 2020].

Wu, H., Huang, J., Zhang, C. J., He, Z. & Ming, W.-K. 2020. Facemask shortage and the novel coronavirus (2019-nCoV) outbreak: Reflection on public health measures. medRxiv.

Zein, U. The role of using masks to reduce acute upper respiratory tract infections in pilgrims. 4th Asia Pacific travel health conference, Oct 20 2002 Shanghai, PR China.

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-NC 4.0 International license.

## Figure 1. Mask wearing to prevent primary infection, by study design



Footnotes
(1) Setting University residences, Design cluster RCT, Outcome 'fever' symptoms
(2) Setting University residences, Design cluster RCT, Outcome ILI symptoms
(3) Setting Hajj pilgrims, Design cluster RCT, Outcome respiratory illness
(4) Setting stem-cell recipients in hospital, Design pre-post study, Outcome respiratory...
(5) Setting Hajj pilgrims, Design cohort (was cluster RCT but badly contaminated), Outcome...
(6) Setting Hajj pilgrims, Design retrospective cohort, Outcome respiratory illness
(7) Setting male Hajj pilgrims, Design prospective cohort, Outcome respiratory illness, Details of...
(8) Setting female Hajj pilgrims, Design prospective cohort, Outcome respiratory illness,...
(9) Setting community, Design cohort, Outcome common cold symptoms
(10) Setting community, Design cohort, Outcome common cold symptoms
(11) Setting Hajj pilgrims, Design nested case control, Outcome respiratory illness (not colds)
(12) Setting visiting index patients, Design case control, Outcome SARS (WHO definition),...
(13) Setting community, Design case control, Outcome SARS (WHO definition)
(14) Setting long-haul flights, Design case-control, Outcome ILI linked to H1N1 (WHO definition)
(15) Setting Hajj pilgrims, Design cross sectional, Outcome respiratory illness, Details Most of...
(16) Setting Hajj pilgrims, Design cross-sectional, Outcome ILI
(17) Setting students on pig farm, Design cross-sectional, Outcome respiratory symptoms
(18) Setting schools, Design cross-sectional, Outcome rt-PCR tested, Continuous or irregular'...
(19) Setting poultry workers, Design cross-sectional, Outcome serological tests for A(H9N2)...
(20) Setting schools, Design cross-sectional, Outcome rapid diagnostic kit, Issues...
(21) Setting hospital visitors, Design cross sectional, Outcome ILI
(22) Setting Hajj pilgrims (masks supplied), Design cross-sectional, Outcome URTI symptoms

Risk of bias legend
(A) Random sequence generation (selection bias)
(B) Allocation concealment (selection bias)
(C) Blinding of participants and personnel (performance bias)
(D) Blinding of outcome assessment (detection bias)
(E) Incomplete outcome data (attrition bias)
(F) Selective reporting (reporting bias)
(G) Other bias

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-ND 4.0 International license.

## Figure 2. Mask wearing to prevent primary infection, by exposure setting



Footnotes
(1) Setting community, Design cohort, Outcome common cold symptoms
(2) Setting community, Design cohort, Outcome common cold symptoms
(3) Setting community, Design case control, Outcome SARS (WHO definition)
(4) Setting University residences, Design cluster RCT, Outcome 'fever' symptoms
(5) Setting University residences, Design cluster RCT, Outcome ILI symptoms
(6) Setting schools, Design cross-sectional, Outcome rt-PCR tested, Continuous or irregular' vs. non-users; school pupils.
(7) Setting schools, Design cross-sectional, Outcome rapid diagnostic kit, Issues denominators add up to > total respondents
(8) Setting visiting index patients, Design case control, Outcome SARS (WHO definition), Comparison 'frequently vs. seldom/no
(9) Setting stem-cell recipients in hospital, Design pre-post design, Outcome respiratory infections (various), lab-confirmed
(10) Setting hospital visitors, Design case control, Outcome ILI
(11) Setting students on pig farm, Design cross-sectional, Outcome respiratory symptoms
(12) Setting poultry workers, Design cross-sectional, Outcome serological tests for A(H9N2) influenza, Comparison Always vs....
(13) Setting Hajj pilgrims, Design cross sectional, Outcome respiratory illness, Details Most of the time vs. sometimes/never
(14) Setting Hajj pilgrims, Design cluster RCT, Outcome respiratory illness
(15) Setting Hajj pilgrims, Design retrospective cohort, Outcome respiratory illness
(16) Setting male Hajj pilgrims, Design prospective cohort, Outcome respiratory illness, Details most of time vs. sometimes/never
(17) Setting female Hajj pilgrims, Design prospective cohort, Outcome respiratory illness, Details most of time vs. sometimes/never
(18) Setting Hajj pilgrims, Design cross-sectional, Outcome ILI
(19) Setting Hajj pilgrims, Design nested case control, Outcome respiratory illness (not colds)
(20) Setting Hajj pilgrims (masks supplied), Design cross-sectional, Outcome URTI symptoms
(21) Setting long-haul flights, Design case-control, Outcome ILI linked to H1N1 (WHO definition)

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-ND 4.0 International license.

**Figure 3. Faceveil wearing to prevent primary infection**



| Study or Subgroup | wore veils Events | Total | no veils Events | Total | Weight | Odds Ratio M-H, Random, 95% CI |
|---|---|---|---|---|---|---|
| **1.3.7 Hajj setting: Women wearing faceveils or not, cohort respTls** | | | | | | |
| Al-Jasser 2012 (1) | 164 | 300 | 153 | 277 | 72.2% | 0.98 [0.70, 1.36] |
| Choudhry 2006 (2) | 71 | 197 | 35 | 80 | 27.8% | 0.72 [0.43, 1.23] |
| **Subtotal (95% CI)** | | 497 | | 357 | 100.0% | 0.90 [0.68, 1.19] |
| Total events | 235 | | 188 | | | |

Heterogeneity: Tau² = 0.00; Chi² = 0.89, df = 1 (P = 0.35); I² = 0%
Test for overall effect: Z = 0.75 (P = 0.46)

Test for subgroup differences: Not applicable

Footnotes
(1) Setting Hajj pilgrims, Design cross sectional, Outcome respiratory illness, Most of the time vs. sometimes/never Table 5
(2) Setting female Hajj pilgrims, Design prospective cohort, Outcome respiratory illness, Most of the time vs. sometimes/never, Table 3

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-ND 4.0 International license.

Case 6:21-cv-01008-PGB-DCI Document 84-13 Filed 06/15/23 Page 85 of 592 PageID 2625

**Figure 4. Mask wearing to prevent secondary infection, households**



Footnotes
(1) Setting household with index case wearing mask when symptomatic <48 hrs, Design...
(2) Setting household with index case wearing mask when symptomatic <24 hrs, Design...
(3) Setting carers, Design cluster RCT, Outcome ILI
(4) Setting household - adults wear mask caring for sick child, Design cluster RCT,...
(5) Setting Hajj pilgrims sleeping near index cases, Design cluster RCT, Outcome...
(6) Setting household wearing mask <36 hours after flu test, Design cluster RCT, Outcome...
(7) Setting household with mask wearing soon after flu test, Design cluster RCT, Outcome...
(8) Setting household, Design cluster RCT, Outcome ILI
(9) Setting household wearing masks when index case symptomatic <48 hrs, Design...
(10) Setting visitors to index cases (SARS), Design case control, Outcome ILI, mask worn...

Risk of bias legend
(A) Random sequence generation (selection bias)
(B) Allocation concealment (selection bias)
(C) Blinding of participants and personnel (performance bias)
(D) Blinding of outcome assessment (detection bias)
(E) Incomplete outcome data (attrition bias)
(F) Selective reporting (reporting bias)
(G) Other bias

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-ND 4.0 International license.

**Figure 5. Mask wearing to prevent secondary infection starting <36 hours after onset in index patient, households**



Test for subgroup differences: Not applicable

Footnotes
(1) Setting household wearing mask soon after flu test, Design cluster RCT, Outcome
(2) Setting household with mask wearing soon after flu test, Design cluster RCT,...
(3) Setting household with index case wearing mask when symptomatic <24 hrs,...
(4) Setting household, Design cluster RCT, Outcome clinical ILI Table 2

Risk of bias legend
(A) Random sequence generation (selection bias)
(B) Allocation concealment (selection bias)
(C) Blinding of participants and personnel (performance bias)
(D) Blinding of outcome assessment (detection bias)
(E) Incomplete outcome data (attrition bias)
(F) Selective reporting (reporting bias)
(G) Other bias

**Table 1 Summary of GRADE findings**

---

**Masks compared to no masks for influenza-like-illness (ILI)**

**Patient or population**: people without ILI, either in contact with a person with ILI (secondary transmission) or not (primary prevention)
**Setting**: Any
**Intervention**: Advice to wear a mask and/or provision of masks
**Comparison**: No advice to wear a mask

| Outcomes | Anticipated absolute effects* (95% CI) | | Relative effect (95% CI) | № of participants (studies) | Certainty of the evidence (GRADE) | Comments |
|---|---|---|---|---|---|---|
| | **Risk without masks** | **Risk with masks** | | | | |
| Primary prevention, well wear masks - RCT data - outcome ILI | 108 per 1,000 | **102 per 1,000** (83 to 125) | OR 0.94 (0.75 to 1.19) | 5183 (3 RCTs) | ⊕⊕◯◯ LOW a b c d e | Wearing a mask may very slightly reduce the odds of primary infection with influenza-like illness (ILI) by around 6%. Low-certainty evidence, downgraded once each for risk of bias and imprecision. |
| Secondary transmission, use of masks in homes, only ill person wears mask – RCT data – outcome ILI | 68 per 1,000 | **65 per 1,000** (38 to 108) | OR 0.95 (0.53 to 1.72) | 903 (2 RCTs) | ⊕◯◯◯ VERY LOW f g | When one household member becomes ill with an ILI the effect of their wearing a mask on the odds of house-mates developing ILI is unclear, as the evidence is of very low certainty (downgraded once for risk of bias, twice for imprecision). |
| Secondary transmission, use of masks in homes, only well person(s) wears mask – RCT data – outcome ILI | 121 per 1,000 | **114 per 1,000** (86 to 150) | OR 0.93 (0.68 to 1.28) | 2078 (2 RCTs) | ⊕⊕◯◯ LOW f h | Both house-mates and the infected household member wearing masks once one household member has contracted an infectious disease may modestly reduce the odds of further household members becoming ill by around 19%. Low certainty evidence (downgraded twice overall for risk of bias, imprecision and inconsistency). |
| Secondary transmission, use of masks in homes, both well and ill person(s) wear mask – RCT data – outcome ILI | 192 per 1,000 | **173 per 1,000** (121 to 242) | OR 0.81 (0.48 to 1.37) | 1605 (5 RCTs) | ⊕⊕◯◯ LOW h,i,j | Both house-mates and the infected household member wearing masks once one household member has contracted an infectious disease may modestly reduce the odds of further household members becoming ill by around 19%. Low certainty evidence (downgraded twice overall for risk of bias, imprecision and inconsistency). |

***The risk in the intervention group** (and its 95% confidence interval) is based on the assumed risk in the comparison group and the **relative effect** of the intervention (and its 95% CI). **CI**: Confidence interval; **OR**: Odds ratio

**GRADE Working Group grades of evidence**
**High certainty**: We are very confident that the true effect lies close to that of the estimate of the effect
**Moderate certainty**: We are moderately confident in the effect estimate: The true effect is likely to be close to the estimate of the effect, but there is a possibility that it is substantially different
**Low certainty**: Our confidence in the effect estimate is limited: The true effect may be substantially different from the estimate of the effect
**Very low certainty**: We have very little confidence in the effect estimate: The true effect is likely to be substantially different from the estimate of effect

**Explanations**
a. Risk of bias: Outcome assessors were not blinded for ILI (as outcomes are self-reported and participants could not be blinded), but were for lab-based diagnoses (not shown). Allocation concealment often unclear. Downgraded once.
b. Inconsistency: I2 was 19%. Evidence from other study designs were roughly confirmatory of a small beneficial effect. Not downgraded.
c. Indirectness: measured exactly what we wanted to know re primary prevention. Not downgraded.

medRxiv preprint doi: https://doi.org/10.1101/2020.04.01.20049528; this version posted April 6, 2020. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY-ND 4.0 International license.

Plaintiffs' Exhibit 285

ncbi.nlm.nih.gov

# Facemasks in the COVID-19 era: A health hypothesis

*Baruch Vainshelboim*

37-47 minutes

## Abstract

Many countries across the globe utilized medical and non-medical facemasks as non-pharmaceutical intervention for reducing the transmission and infectivity of coronavirus disease-2019 (COVID-19). Although, scientific evidence supporting facemasks' efficacy is lacking, adverse physiological, psychological and health effects are established. Is has been hypothesized that facemasks have compromised safety and efficacy profile and should be avoided from use. The current article comprehensively summarizes scientific evidences with respect to wearing facemasks in the COVID-19 era, providing prosper information for public health and decisions making.

**Keywords:** Physiology, Psychology, Health, SARS-CoV-2, Safety, Efficacy

## Introduction

Facemasks are part of non-pharmaceutical interventions providing some breathing barrier to the mouth and nose that have been utilized for reducing the transmission of respiratory pathogens [1]. Facemasks can be medical and non-medical, where two types of the medical masks primarily used by healthcare workers [1], [2]. The first type is National Institute for Occupational Safety and Health (NIOSH)-certified N95 mask, a filtering face-piece respirator, and the second type is a surgical mask [1]. The designed and intended uses of N95 and surgical masks are different in the type of protection they potentially provide. The N95s are typically composed of electret filter media and seal tightly to the face of the wearer, whereas surgical masks are generally loose fitting and may or may not contain electret-filtering media. The N95s are designed to reduce the wearer's inhalation exposure to infectious and harmful particles from the environment such as during extermination of insects. In contrast, surgical masks are designed to provide a barrier protection against splash, spittle and other body fluids to spray from the wearer (such as surgeon) to the sterile environment (patient during operation) for reducing the risk of contamination [1].

The third type of facemasks are the non-medical cloth or fabric masks. The non-medical facemasks are made from a variety of woven and non-woven materials such as Polypropylene, Cotton, Polyester, Cellulose, Gauze and Silk. Although non-medical cloth or fabric facemasks are neither a medical device nor personal protective equipment, some standards have been developed by the French Standardization Association (AFNOR Group) to define a minimum performance for filtration and breathability capacity [2]. The current article reviews the scientific evidences with respect to safety and efficacy of wearing facemasks, describing the physiological and psychological effects and the potential long-term consequences on health.

## Hypothesis

On January 30, 2020, the World Health Organization (WHO) announced a global public health emergency of severe acute respiratory syndrome-coronavirus-2 (SARS-CoV-2) causing illness of coronavirus disease-2019 (COVID-19) [3]. As of October 1, 2020, worldwide 34,166,633 cases were reported and 1,018,876 have died with virus diagnosis. Interestingly, 99% of the detected cases with SARS-CoV-2 are asymptomatic or have mild condition, which contradicts with the virus name (*severe* acute respiratory syndrome-coronavirus-2) [4]. Although infection fatality rate (number of death cases divided by number of reported cases) initially seems quite high 0.029 (2.9%) [4], this overestimation related to limited number of COVID-19 tests performed which biases towards higher rates. Given the fact that asymptomatic or minimally symptomatic cases is several times higher than the number of reported cases, the case fatality rate is considerably less than 1% [5]. This was confirmed by the head of National Institute of Allergy and Infectious Diseases from US stating, "the overall clinical consequences of COVID-19 are similar to those of severe seasonal influenza" [5], having a case fatality rate of approximately 0.1% [5], [6], [7], [8]. In addition, data from hospitalized patients with COVID-19 and general public indicate that the majority of deaths were among older and chronically ill individuals, supporting the possibility that the virus may exacerbates existing conditions but rarely causes death by itself [9], [10]. SARS-CoV-2 primarily affects respiratory system and can cause complications such as acute respiratory distress syndrome (ARDS), respiratory failure and death [3], [9]. It is not clear however, what the scientific and clinical basis for wearing facemasks as protective strategy, given the fact that facemasks restrict breathing, causing hypoxemia and hypercapnia and increase the risk for respiratory complications, self-contamination and exacerbation of existing chronic conditions [2], [11], [12], [13], [14].

Of note, hyperoxia or oxygen supplementation (breathing air with high partial $O_2$ pressures that above the sea levels) has been well established as therapeutic and curative practice for variety acute and chronic conditions including respiratory complications [11], [15]. It fact, the current standard of care practice for treating hospitalized patients with COVID-19 is breathing 100% oxygen [16], [17], [18]. Although several countries mandated wearing facemask in health care settings and public areas, scientific evidences are lacking supporting their efficacy for reducing morbidity or mortality associated with infectious or viral diseases [2], [14], [19]. Therefore, it has been hypothesized: 1) the practice of wearing facemasks has compromised safety and efficacy profile, 2) Both medical and non-medical facemasks are ineffective to reduce human-to-human transmission and infectivity of SARS-CoV-2 and COVID-19, 3) Wearing facemasks has adverse physiological and psychological effects, 4) Long-term consequences of wearing facemasks on health are detrimental.

## Evolution of hypothesis

### Breathing Physiology

Breathing is one of the most important physiological functions to sustain life and health. Human body requires a continuous and adequate oxygen ($O_2$) supply to all organs and cells for normal function and survival. Breathing is also an essential process for removing metabolic byproducts [carbon dioxide ($CO_2$)] occurring during cell respiration [12], [13]. It is well established that acute significant deficit in $O_2$ (hypoxemia) and increased levels of $CO_2$ (hypercapnia) even for few minutes can be

severely harmful and lethal, while chronic hypoxemia and hypercapnia cause health deterioration, exacerbation of existing conditions, morbidity and ultimately mortality [11], [20], [21], [22]. Emergency medicine demonstrates that 5–6 min of severe hypoxia during cardiac arrest will cause brain death with extremely poor survival rates [20], [21], [22], [23]. On the other hand, ==chronic mild or moderate hypoxemia and hypercapnia such as from wearing facemasks resulting in shifting to higher contribution of anaerobic energy metabolism, decrease in pH levels and increase in cells and blood acidity, toxicity, oxidative stress, chronic inflammation, immunosuppression and health deterioration== [24], [11], [12], [13].

**Efficacy of facemasks**

==The physical properties of medical and non-medical facemasks suggest that facemasks are ineffective to block viral particles due to their difference in scales== [16], [17], [25]. According to the current knowledge, the virus SARS-CoV-2 has a diameter of 60 nm to 140 nm [nanometers (billionth of a meter)] [16], [17], while medical and non-medical facemasks' thread diameter ranges from 55 μm to 440 μm [micrometers (one millionth of a meter), which is more than 1000 times larger [25]. ==Due to the difference in sizes between SARS-CoV-2 diameter and facemasks thread diameter (the virus is 1000 times smaller), SARS-CoV-2 can easily pass through any facemask== [25]. ==In addition, the efficiency filtration rate of facemasks is poor,== ranging from 0.7% in non-surgical, cotton-gauze woven mask to 26% in cotton sweeter material [2]. With respect to surgical and N95 medical facemasks, the efficiency filtration rate falls to 15% and 58%, respectively when even small gap between the mask and the face exists [25].

==Clinical scientific evidence challenges further the efficacy of facemasks to block human-to-human transmission or infectivity.== A randomized controlled trial (RCT) of 246 participants [123 (50%) symptomatic)] who were allocated to either wearing or not wearing surgical facemask, assessing viruses transmission including coronavirus [26]. The results of this study showed that among symptomatic individuals (those with fever, cough, sore throat, runny nose ect…) there was no difference between wearing and not wearing facemask for coronavirus droplets transmission of particles of >5 μm. Among asymptomatic individuals, there was no droplets or aerosols coronavirus detected from any participant with or without the mask, suggesting that asymptomatic individuals do not transmit or infect other people [26]. This was further supported by a study on infectivity where 445 asymptomatic individuals were exposed to asymptomatic SARS-CoV-2 carrier (been positive for SARS-CoV-2) using close contact (shared quarantine space) for a median of 4 to 5 days. The study found that none of the 445 individuals was infected with SARS-CoV-2 confirmed by real-time reverse transcription polymerase [27].

A *meta*-analysis among health care workers found that compared to no masks, surgical mask and N95 respirators were not effective against transmission of viral infections or influenza-like illness based on six RCTs [28]. Using separate analysis of 23 observational studies, this *meta*-analysis found no protective effect of medical mask or N95 respirators against SARS virus [28]. A recent systematic review of 39 studies including 33,867 participants in community settings (self-report illness), found no difference between N95 respirators versus surgical masks and surgical mask versus no masks in the risk for developing influenza or influenza-like illness, suggesting their ineffectiveness of blocking viral transmissions in community settings [29].

Another *meta*-analysis of 44 non-RCT studies (n = 25,697 participants) examining the potential risk reduction of facemasks against SARS, middle east respiratory syndrome (MERS) and COVID-19 transmissions [30]. The *meta*-analysis included four specific studies on COVID-19 transmission (5,929 participants, primarily health-care workers used N95 masks). Although the overall findings showed reduced risk of virus transmission with facemasks, the analysis had severe limitations to draw conclusions. One of the four COVID-19 studies had zero infected cases in both arms, and was excluded from *meta*-analytic calculation. Other two COVID-19 studies had unadjusted models, and were also excluded from the overall analysis. The *meta*-analytic results were based on only one COVID-19, one MERS and 8 SARS studies, resulting in high selection bias of the studies and contamination of the results between different viruses. Based on four COVID-19 studies, the *meta*-analysis failed to demonstrate risk reduction of facemasks for COVID-19 transmission, where the authors reported that the results of *meta*-analysis have low certainty and are inconclusive [30].

In early publication the WHO stated that "facemasks are not required, as no evidence is available on its usefulness to protect non-sick persons" [14]. In the same publication, the WHO declared that "cloth (e.g. cotton or gauze) masks are not recommended under any circumstance" [14]. Conversely, in later publication the WHO stated that the usage of fabric-made facemasks (Polypropylene, Cotton, Polyester, Cellulose, Gauze and Silk) is a general community practice for "preventing the infected wearer transmitting the virus to others and/or to offer protection to the healthy wearer against infection (prevention)" [2]. The same publication further conflicted itself by stating that due to the lower filtration, breathability and overall performance of fabric facemasks, the usage of woven fabric mask such as cloth, and/or non-woven fabrics, should only be considered for infected persons and not for prevention practice in asymptomatic individuals [2]. The Central for Disease Control and Prevention (CDC) made similar recommendation, stating that only symptomatic persons should consider wearing facemask, while for asymptomatic individuals this practice is not recommended [31]. Consistent with the CDC, clinical scientists from Departments of Infectious Diseases and Microbiology in Australia counsel against facemasks usage for health-care workers, arguing that there is no justification for such practice while normal caring relationship between patients and medical staff could be compromised [32]. Moreover, the WHO repeatedly announced that "at present, there is no direct evidence (from studies on COVID-19) on the effectiveness face masking of healthy people in the community to prevent infection of respiratory viruses, including COVID-19"[2]. Despite these controversies, the potential harms and risks of wearing facemasks were clearly acknowledged. These including self-contamination due to hand practice or non-replaced when the mask is wet, soiled or damaged, development of facial skin lesions, irritant dermatitis or worsening acne and psychological discomfort. Vulnerable populations such as people with mental health disorders, developmental disabilities, hearing problems, those living in hot and humid environments, children and patients with respiratory conditions are at significant health risk for complications and harm [2].

**Physiological effects of wearing facemasks**

Wearing facemask mechanically restricts breathing by increasing the resistance of air movement during both inhalation and exhalation process [12], [13]. Although, intermittent (several times a week) and repetitive (10–15 breaths for 2–4 sets) increase in respiration resistance may be adaptive for strengthening respiratory muscles [33], [34], prolonged and continues effect of wearing facemask is maladaptive and could be detrimental for health [11], [12], [13]. In normal conditions at the sea level, air

contains 20.93% $O_2$ and 0.03% $CO_2$, providing partial pressures of 100 mmHg and 40 mmHg for these gases in the arterial blood, respectively. These gas concentrations significantly altered when breathing occurs through facemask. A trapped air remaining between the mouth, nose and the facemask is rebreathed repeatedly in and out of the body, containing low $O_2$ and high $CO_2$ concentrations, causing hypoxemia and hypercapnia [35], [36], [11], [12], [13]. Severe hypoxemia may also provoke cardiopulmonary and neurological complications and is considered an important clinical sign in cardiopulmonary medicine [37], [38], [39], [40], [41], [42] Low oxygen content in the arterial blood can cause myocardial ischemia, serious arrhythmias, right or left ventricular dysfunction, dizziness, hypotension, syncope and pulmonary hypertension [43]. Chronic low-grade hypoxemia and hypercapnia as result of using facemask can cause exacerbation of existing cardiopulmonary, metabolic, vascular and neurological conditions [37], [38], [39], [40], [41], [42] Table 1 summarizes the physiological, psychological effects of wearing facemask and their potential long-term consequences for health.

**Table 1**

Physiological and Psychological Effects of Wearing Facemask and Their Potential Health Consequences.

| Physiological Effects | Psychological Effect | Health Consequences |
|---|---|---|
| • Hypoxemia | • Activation of "fight or flight" stress response | • Increased predisposition for viral and infection illnesses |
| • Hypercapnia | • Chronic stress condition | • Headaches |
| • Shortness of breath | • Fear | • Anxiety |
| • Increase lactate concentration | • Mood disturbances | • Depression |
| • Decline in pH levels | • Insomnia | • Hypertension |
| • Acidosis | • Fatigue | • Cardiovascular disease |
| • Toxicity | • Compromised cognitive performance | • Cancer |
| • Inflammation | | • Diabetes |
| • Self-contamination | | • Alzheimer disease |
| • Increase in stress hormones level (adrenaline, noradrenaline and cortisol) | | • Exacerbation of existing conditions and diseases |
| • Increased muscle tension | | • Accelerated aging process |
| • Immunosuppression | | • Health deterioration |
| | | • Premature mortality |

In addition to hypoxia and hypercapnia, breathing through facemask residues bacterial and germs components on the inner and outside layer of the facemask. These toxic components are repeatedly rebreathed back into the body, causing self-contamination. Breathing through facemasks also increases temperature and humidity in the space between the mouth and the mask, resulting a release of toxic particles from the mask's materials [1], [2], [19], [26], [35], [36]. A systematic literature

review estimated that aerosol contamination levels of facemasks including 13 to 202,549 different viruses [1]. Rebreathing contaminated air with high bacterial and toxic particle concentrations along with low $O_2$ and high $CO_2$ levels continuously challenge the body homeostasis, causing self-toxicity and immunosuppression [1], [2], [19], [26], [35], [36].

A study on 39 patients with renal disease found that wearing N95 facemask during hemodialysis significantly reduced arterial partial oxygen pressure (from $PaO_2$ 101.7 to 92.7 mm Hg), increased respiratory rate (from 16.8 to 18.8 breaths/min), and increased the occurrence of chest discomfort and respiratory distress [35]. Respiratory Protection Standards from Occupational Safety and Health Administration, US Department of Labor states that breathing air with $O_2$ concentration below 19.5% is considered oxygen-deficiency, causing physiological and health adverse effects. These include increased breathing frequency, accelerated heartrate and cognitive impairments related to thinking and coordination [36]. A chronic state of mild hypoxia and hypercapnia has been shown as primarily mechanism for developing cognitive dysfunction based on animal studies and studies in patients with chronic obstructive pulmonary disease [44].

The adverse physiological effects were confirmed in a study of 53 surgeons where surgical facemask were used during a major operation. After 60 min of facemask wearing the oxygen saturation dropped by more than 1% and heart rate increased by approximately five beats/min [45]. Another study among 158 health-care workers using protective personal equipment primarily N95 facemasks reported that 81% (128 workers) developed new headaches during their work shifts as these become mandatory due to COVID-19 outbreak. For those who used the N95 facemask greater than 4 h per day, the likelihood for developing a headache during the work shift was approximately four times higher [Odds ratio = 3.91, 95% CI (1.35–11.31) p = 0.012], while 82.2% of the N95 wearers developed the headache already within ≤10 to 50 min [46].

With respect to cloth facemask, a RCT using four weeks follow up compared the effect of cloth facemask to medical masks and to no masks on the incidence of clinical respiratory illness, influenza-like illness and laboratory-confirmed respiratory virus infections among 1607 participants from 14 hospitals [19]. The results showed that there were no difference between wearing cloth masks, medical masks and no masks for incidence of clinical respiratory illness and laboratory-confirmed respiratory virus infections. However, a large harmful effect with more than 13 times higher risk [Relative Risk = 13.25 95% CI (1.74 to 100.97) was observed for influenza-like illness among those who were wearing cloth masks [19]. The study concluded that cloth masks have significant health and safety issues including moisture retention, reuse, poor filtration and increased risk for infection, providing recommendation against the use of cloth masks [19].

**Psychological effects of wearing facemasks**

Psychologically, wearing facemask fundamentally has negative effects on the wearer and the nearby person. Basic human-to-human connectivity through face expression is compromised and self-identity is somewhat eliminated [47], [48], [49]. These dehumanizing movements partially delete the uniqueness and individuality of person who wearing the facemask as well as the connected person [49]. Social connections and relationships are basic human needs, which innately inherited in all people, whereas reduced human-to-human connections are associated with poor mental and physical health [50], [51]. Despite escalation in technology and globalization that would presumably foster social connections,

scientific findings show that people are becoming increasingly more socially isolated, and the prevalence of loneliness is increasing in last few decades [50], [52]. Poor social connections are closely related to isolation and loneliness, considered significant health related risk factors [50], [51], [52], [53].

A *meta*-analysis of 91 studies of about 400,000 people showed a 13% increased morality risk among people with low compare to high contact frequency [53]. Another *meta*-analysis of 148 prospective studies (308,849 participants) found that poor social relationships was associated with 50% increased mortality risk. People who were socially isolated or fell lonely had 45% and 40% increased mortality risk, respectively. These findings were consistent across ages, sex, initial health status, cause of death and follow-up periods [52]. Importantly, the increased risk for mortality was found comparable to smoking and exceeding well-established risk factors such as obesity and physical inactivity [52]. An umbrella review of 40 systematic reviews including 10 *meta*-analyses demonstrated that compromised social relationships were associated with increased risk of all-cause mortality, depression, anxiety suicide, cancer and overall physical illness [51].

As described earlier, wearing facemasks causing hypoxic and hypercapnic state that constantly challenges the normal homeostasis, and activates "fight or flight" stress response, an important survival mechanism in the human body [11], [12], [13]. The acute stress response includes activation of nervous, endocrine, cardiovascular, and the immune systems [47], [54], [55], [56]. These include activation of the limbic part of the brain, release stress hormones (adrenalin, neuro-adrenalin and cortisol), changes in blood flow distribution (vasodilation of peripheral blood vessels and vasoconstriction of visceral blood vessels) and activation of the immune system response (secretion of macrophages and natural killer cells) [47], [48]. ==Encountering people who wearing facemasks activates innate stress-fear emotion, which is fundamental to all humans in danger or life threating situations, such as death or unknown, unpredictable outcome. While acute stress response (seconds to minutes) is adaptive reaction to challenges and part of the survival mechanism, chronic and prolonged state of stress-fear is maladaptive and has detrimental effects on physical and mental health.== The repeatedly or continuously activated stress-fear response causes the body to operate on survival mode, having sustain increase in blood pressure, pro-inflammatory state and immunosuppression [47], [48].

**Long-Term health consequences of wearing facemasks**

==Long-term practice of wearing facemasks has strong potential for devastating health consequences.== Prolonged hypoxic-hypercapnic state compromises normal physiological and psychological balance, deteriorating health and promotes the developing and progression of existing chronic diseases [23], [38], [39], [43], [47], [48], [57], [11], [12], [13]. For instance, ischemic heart disease caused by hypoxic damage to the myocardium is the most common form of cardiovascular disease and is a number one cause of death worldwide (44% of all non-communicable diseases) with 17.9 million deaths occurred in 2016 [57]. Hypoxia also playing an important role in cancer burden [58]. Cellular hypoxia has strong mechanistic feature in promoting cancer initiation, progression, metastasis, predicting clinical outcomes and usually presents a poorer survival in patients with cancer. Most solid tumors present some degree of hypoxia, which is independent predictor of more aggressive disease, resistance to cancer therapies and poorer clinical outcomes [59], [60]. Worth note, cancer is one of the leading causes of death worldwide, with an estimate of more than 18 million new diagnosed cases and 9.6

million cancer-related deaths occurred in 2018 [61].

With respect to mental health, global estimates showing that COVID-19 will cause a catastrophe due to collateral psychological damage such as quarantine, lockdowns, unemployment, economic collapse, social isolation, violence and suicides [62], [63], [64]. Chronic stress along with hypoxic and hypercapnic conditions knocks the body out of balance, and can cause headaches, fatigue, stomach issues, muscle tension, mood disturbances, insomnia and accelerated aging [47], [48], [65], [66], [67]. This state suppressing the immune system to protect the body from viruses and bacteria, decreasing cognitive function, promoting the developing and exacerbating the major health issues including hypertension, cardiovascular disease, diabetes, cancer, Alzheimer disease, rising anxiety and depression states, causes social isolation and loneliness and increasing the risk for prematurely mortality [47], [48], [51], [56], [66].

## Conclusion

The existing scientific evidences challenge the safety and efficacy of wearing facemask as preventive intervention for COVID-19. The data suggest that both medical and non-medical facemasks are ineffective to block human-to-human transmission of viral and infectious disease such SARS-CoV-2 and COVID-19, supporting against the usage of facemasks. Wearing facemasks has been demonstrated to have substantial adverse physiological and psychological effects. These include hypoxia, hypercapnia, shortness of breath, increased acidity and toxicity, activation of fear and stress response, rise in stress hormones, immunosuppression, fatigue, headaches, decline in cognitive performance, predisposition for viral and infectious illnesses, chronic stress, anxiety and depression. Long-term consequences of wearing facemask can cause health deterioration, developing and progression of chronic diseases and premature death. Governments, policy makers and health organizations should utilize prosper and scientific evidence-based approach with respect to wearing facemasks, when the latter is considered as preventive intervention for public health.

## CRediT authorship contribution statement

**Baruch Vainshelboim:** Conceptualization, Data curation, Writing - original draft.

## Declaration of Competing Interest

The authors declare that they have no known competing financial interests or personal relationships that could have appeared to influence the work reported in this paper.

## References

1. Fisher E.M., Noti J.D., Lindsley W.G., Blachere F.M., Shaffer R.E. Validation and application of models to predict facemask influenza contamination in healthcare settings. Risk Anal. 2014;34:1423–1434. [PMC free article] [PubMed] [Google Scholar]

2. World Health Organization. Advice on the use of masks in the context of COVID-19. Geneva, Switzerland; 2020.

3. Sohrabi C., Alsafi Z., O'Neill N., Khan M., Kerwan A., Al-Jabir A. World Health Organization declares global emergency: A review of the 2019 novel coronavirus (COVID-19) Int J Surg. 2020;76:71–76. [PMC free article] [PubMed] [Google Scholar]

4. Worldometer. COVID-19 CORONAVIRUS PANDEMIC. 2020.

5. Fauci A.S., Lane H.C., Redfield R.R. Covid-19 - Navigating the Uncharted. N Engl J Med. 2020;382:1268–1269. [PMC free article] [PubMed] [Google Scholar]

6. Shrestha S.S., Swerdlow D.L., Borse R.H., Prabhu V.S., Finelli L., Atkins C.Y. Estimating the burden of 2009 pandemic influenza A (H1N1) in the United States (April 2009-April 2010) Clin Infect Dis. 2011;52(Suppl 1):S75–S82. [PubMed] [Google Scholar]

7. Thompson W.W., Weintraub E., Dhankhar P., Cheng P.Y., Brammer L., Meltzer M.I. Estimates of US influenza-associated deaths made using four different methods. Influenza Other Respir Viruses. 2009;3:37–49. [PMC free article] [PubMed] [Google Scholar]

8. Centers for Disease, C., Prevention. Estimates of deaths associated with seasonal influenza --- United States, 1976-2007. MMWR Morb Mortal Wkly Rep. 2010,59:1057-62. [PubMed]

9. Richardson S., Hirsch J.S., Narasimhan M., Crawford J.M., McGinn T., Davidson K.W. Presenting Characteristics, Comorbidities, and Outcomes Among 5700 Patients Hospitalized With COVID-19 in the New York City Area. JAMA. 2020 [PMC free article] [PubMed] [Google Scholar]

10. Ioannidis J.P.A., Axfors C., Contopoulos-Ioannidis D.G. Population-level COVID-19 mortality risk for non-elderly individuals overall and for non-elderly individuals without underlying diseases in pandemic epicenters. Environ Res. 2020;188 [PMC free article] [PubMed] [Google Scholar]

11. American College of Sports Medicine . Sixth ed. Lippincott Wiliams & Wilkins; Baltimore: 2010. ACSM's Resource Manual for Guidelines for Exercise Testing and Priscription. [Google Scholar]

12. Farrell P.A., Joyner M.J., Caiozzo V.J. second edition. Lippncott Williams & Wilkins; Baltimore: 2012. ACSM's Advanced Exercise Physiology. [Google Scholar]

13. Kenney W.L., Wilmore J.H., Costill D.L. 5th ed. Human Kinetics; Champaign, IL: 2012. Physiology of sport and exercise. [Google Scholar]

14. World Health Organization. Advice on the use of masks in the community, during home care and in health care settings in the context of the novel coronavirus (2019-nCoV) outbreak. Geneva, Switzerland; 2020.

15. Sperlich B., Zinner C., Hauser A., Holmberg H.C., Wegrzyk J. The Impact of Hyperoxia on Human Performance and Recovery. Sports Med. 2017;47:429–438. [PubMed] [Google Scholar]

16. Wiersinga W.J., Rhodes A., Cheng A.C., Peacock S.J., Prescott H.C. Pathophysiology, Transmission, Diagnosis, and Treatment of Coronavirus Disease 2019 (COVID-19): A Review. JAMA. 2020 [PubMed] [Google Scholar]

17. Zhu N., Zhang D., Wang W., Li X., Yang B., Song J. A Novel Coronavirus from Patients with Pneumonia in China, 2019. N Engl J Med. 2020;382:727–733. [PMC free article] [PubMed] [Google Scholar]

18. Poston J.T., Patel B.K., Davis A.M. Management of Critically Ill Adults With COVID-19. JAMA. 2020 [PubMed] [Google Scholar]

19. MacIntyre C.R., Seale H., Dung T.C., Hien N.T., Nga P.T., Chughtai A.A. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. BMJ open. 2015;5 [PMC free article] [PubMed] [Google Scholar]

20. Patil K.D., Halperin H.R., Becker L.B. Cardiac arrest: resuscitation and reperfusion. Circ Res. 2015;116:2041–2049. [PMC free article] [PubMed] [Google Scholar]

21. Hazinski M.F., Nolan J.P., Billi J.E., Bottiger B.W., Bossaert L., de Caen A.R. Part 1: Executive summary: 2010 International Consensus on Cardiopulmonary Resuscitation and Emergency Cardiovascular Care Science With Treatment Recommendations. Circulation. 2010;122:S250–S275. [PubMed] [Google Scholar]

22. Kleinman M.E., Goldberger Z.D., Rea T., Swor R.A., Bobrow B.J., Brennan E.E. American Heart Association Focused Update on Adult Basic Life Support and Cardiopulmonary Resuscitation Quality: An Update to the American Heart Association Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. Circulation. 2018;137:e7–e13. [PubMed] [Google Scholar]

23. Lurie K.G., Nemergut E.C., Yannopoulos D., Sweeney M. The Physiology of Cardiopulmonary Resuscitation. Anesth Analg. 2016;122:767–783. [PubMed] [Google Scholar]

24. Chandrasekaran B., Fernandes S. "Exercise with facemask; Are we handling a devil's sword?" - A physiological hypothesis. Med Hypotheses. 2020;144 [PMC free article] [PubMed] [Google Scholar]

25. Konda A., Prakash A., Moss G.A., Schmoldt M., Grant G.D., Guha S. Aerosol Filtration Efficiency of Common Fabrics Used in Respiratory Cloth Masks. ACS Nano. 2020;14:6339–6347. [PMC free article] [PubMed] [Google Scholar]

26. Leung N.H.L., Chu D.K.W., Shiu E.Y.C., Chan K.H., McDevitt J.J., Hau B.J.P. Respiratory virus shedding in exhaled breath and efficacy of face masks. Nat Med. 2020;26:676–680. [PubMed] [Google Scholar]

27. Gao M., Yang L., Chen X., Deng Y., Yang S., Xu H. A study on infectivity of asymptomatic SARS-CoV-2 carriers. Respir Med. 2020;169 [PMC free article] [PubMed] [Google Scholar]

28. Smith J.D., MacDougall C.C., Johnstone J., Copes R.A., Schwartz B., Garber G.E. Effectiveness of N95 respirators versus surgical masks in protecting health care workers from acute respiratory infection: a systematic review and meta-analysis. CMAJ. 2016;188:567–574. [PMC free article] [PubMed] [Google Scholar]

29. Chou R., Dana T., Jungbauer R., Weeks C., McDonagh M.S. Masks for Prevention of Respiratory Virus Infections, Including SARS-CoV-2, in Health Care and Community Settings: A Living Rapid Review. Ann Intern Med. 2020 [PMC free article] [PubMed] [Google Scholar]

30. Chu D.K., Akl E.A., Duda S., Solo K., Yaacoub S., Schunemann H.J. Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis. Lancet. 2020;395:1973–1987. [PMC free article] [PubMed] [Google Scholar]

31. Center for Disease Control and Prevention. Implementation of Mitigation Strategies for Communities with Local COVID-19 Transmission. Atlanta, Georgia; 2020.

32. Isaacs D., Britton P., Howard-Jones A., Kesson A., Khatami A., Marais B. Do facemasks protect against COVID-19? J Paediatr Child Health. 2020;56:976–977. [PMC free article] [PubMed] [Google Scholar]

33. Laveneziana P., Albuquerque A., Aliverti A., Babb T., Barreiro E., Dres M. ERS statement on respiratory muscle testing at rest and during exercise. Eur Respir J. 2019;53 [PubMed] [Google Scholar]

34. American Thoracic Society/European Respiratory, S ATS/ERS Statement on respiratory muscle testing. Am J Respir Crit Care Med. 2002;166:518–624. [PubMed] [Google Scholar]

35. Kao T.W., Huang K.C., Huang Y.L., Tsai T.J., Hsieh B.S., Wu M.S. The physiological impact of wearing an N95 mask during hemodialysis as a precaution against SARS in patients with end-stage renal disease. J Formos Med Assoc. 2004;103:624–628. [PubMed] [Google Scholar]

36. United States Department of Labor. Occupational Safety and Health Administration. Respiratory Protection Standard, 29 CFR 1910.134; 2007.

37. ATS/ACCP Statement on cardiopulmonary exercise testing Am J Respir Crit Care Med. 2003;167:211–277. [PubMed] [Google Scholar]

38. American College of Sports Medicine . 9th ed. Wolters Kluwer/Lippincott Williams & Wilkins Health; Philadelphia: 2014. ACSM's guidelines for exercise testing and prescription. [Google Scholar]

39. Balady G.J., Arena R., Sietsema K., Myers J., Coke L., Fletcher G.F. Clinician's Guide to cardiopulmonary exercise testing in adults: a scientific statement from the American Heart Association. Circulation. 2010;122:191–225. [PubMed] [Google Scholar]

40. Ferrazza A.M., Martolini D., Valli G., Palange P. Cardiopulmonary exercise testing in the functional and prognostic evaluation of patients with pulmonary diseases. Respiration. 2009;77:3–17. [PubMed] [Google Scholar]

41. Fletcher G.F., Ades P.A., Kligfield P., Arena R., Balady G.J., Bittner V.A. Exercise standards for testing and training: a scientific statement from the American Heart Association. Circulation. 2013;128:873–934. [PubMed] [Google Scholar]

42. Guazzi M., Adams V., Conraads V., Halle M., Mezzani A., Vanhees L. EACPR/AHA Scientific Statement. Clinical recommendations for cardiopulmonary exercise testing data assessment in specific patient populations. Circulation. 2012;126:2261–2274. [PMC free article] [PubMed] [Google Scholar]

43. Naeije R., Dedobbeleer C. Pulmonary hypertension and the right ventricle in hypoxia. Exp Physiol. 2013;98:1247–1256. [PubMed] [Google Scholar]

44. Zheng G.Q., Wang Y., Wang X.T. Chronic hypoxia-hypercapnia influences cognitive function: a possible new model of cognitive dysfunction in chronic obstructive pulmonary disease. Med Hypotheses. 2008;71:111–113. [PubMed] [Google Scholar]

45. Beder A., Buyukkocak U., Sabuncuoglu H., Keskil Z.A., Keskil S. Preliminary report on surgical mask induced deoxygenation during major surgery. Neurocirugia (Astur) 2008;19:121–126. [PubMed] [Google Scholar]

46. Ong J.J.Y., Bharatendu C., Goh Y., Tang J.Z.Y., Sooi K.W.X., Tan Y.L. Headaches Associated With Personal Protective Equipment - A Cross-Sectional Study Among Frontline Healthcare Workers During COVID-19. Headache. 2020;60:864–877. [PubMed] [Google Scholar]

47. Schneiderman N., Ironson G., Siegel S.D. Stress and health: psychological, behavioral, and biological determinants. Annu Rev Clin Psychol. 2005;1:607–628. [PMC free article] [PubMed] [Google Scholar]

48. Thoits P.A. Stress and health: major findings and policy implications. J Health Soc Behav. 2010;51(Suppl):S41–S53. [PubMed] [Google Scholar]

49. Haslam N. Dehumanization: an integrative review. Pers Soc Psychol Rev. 2006;10:252–264. [PubMed] [Google Scholar]

50. Cohen S. Social relationships and health. Am Psychol. 2004;59:676–684. [PubMed] [Google

Scholar]

51. Leigh-Hunt N., Bagguley D., Bash K., Turner V., Turnbull S., Valtorta N. An overview of systematic reviews on the public health consequences of social isolation and loneliness. Public Health. 2017;152:157–171. [PubMed] [Google Scholar]

52. Holt-Lunstad J., Smith T.B., Layton J.B. Social relationships and mortality risk: a meta-analytic review. PLoS Med. 2010;7 [PMC free article] [PubMed] [Google Scholar]

53. Shor E., Roelfs D.J. Social contact frequency and all-cause mortality: a meta-analysis and meta-regression. Soc Sci Med. 2015;128:76–86. [PubMed] [Google Scholar]

54. McEwen B.S. Protective and damaging effects of stress mediators. N Engl J Med. 1998;338:171–179. [PubMed] [Google Scholar]

55. McEwen B.S. Physiology and neurobiology of stress and adaptation: central role of the brain. Physiol Rev. 2007;87:873–904. [PubMed] [Google Scholar]

56. Everly G.S., Lating J.M. 4th ed. NY Springer Nature; New York: 2019. A Clinical Guide to the Treatment of the Human Stress Response. [Google Scholar]

57. World Health Organization. World health statistics 2018: monitoring health for the SDGs, sustainable development goals Geneva, Switzerland; 2018.

58. World Health Organization. World Cancer Report 2014. Lyon; 2014.

59. Wiggins J.M., Opoku-Acheampong A.B., Baumfalk D.R., Siemann D.W., Behnke B.J. Exercise and the Tumor Microenvironment: Potential Therapeutic Implications. Exerc Sport Sci Rev. 2018;46:56–64. [PubMed] [Google Scholar]

60. Ashcraft K.A., Warner A.B., Jones L.W., Dewhirst M.W. Exercise as Adjunct Therapy in Cancer. Semin Radiat Oncol. 2019;29:16–24. [PMC free article] [PubMed] [Google Scholar]

61. Bray F., Ferlay J., Soerjomataram I., Siegel R.L., Torre L.A., Jemal A. Global Cancer Statistics 2018: GLOBOCAN Estimates of Incidence and Mortality Worldwide for 36 Cancers in 185 Countries. CA Cancer J Clin. 2018 [PubMed] [Google Scholar]

62. Brooks S.K., Webster R.K., Smith L.E., Woodland L., Wessely S., Greenberg N. The psychological impact of quarantine and how to reduce it: rapid review of the evidence. Lancet. 2020;395:912–920. [PMC free article] [PubMed] [Google Scholar]

63. Galea S., Merchant R.M., Lurie N. The Mental Health Consequences of COVID-19 and Physical Distancing: The Need for Prevention and Early Intervention. JAMA Intern Med. 2020;180:817–818. [PubMed] [Google Scholar]

64. Izaguirre-Torres D., Siche R. Covid-19 disease will cause a global catastrophe in terms of mental health: A hypothesis. Med Hypotheses. 2020;143 [PMC free article] [PubMed] [Google Scholar]

65. Kudielka B.M., Wust S. Human models in acute and chronic stress: assessing determinants of individual hypothalamus-pituitary-adrenal axis activity and reactivity. Stress. 2010;13:1–14. [PubMed] [Google Scholar]

66. Morey J.N., Boggero I.A., Scott A.B., Segerstrom S.C. Current Directions in Stress and Human Immune Function. Curr Opin Psychol. 2015;5:13–17. [PMC free article] [PubMed] [Google Scholar]

67. Sapolsky R.M., Romero L.M., Munck A.U. How do glucocorticoids influence stress responses? Integrating permissive, suppressive, stimulatory, and preparative actions. Endocr Rev.

Plaintiff's Exhibit 286

smh.com.au

# Farce mask: it's safe for only 20 minutes

2-3 minutes

---

"Penalties can range from fines of up to $22,000 for an individual or $110,000 for a corporation," she said.

Health authorities have warned that surgical masks may not be an effective protection against the virus.

"Those masks are only effective so long as they are dry," said Professor Yvonne Cossart of the Department of Infectious Diseases at the University of Sydney.

"As soon as they become saturated with the moisture in your breath they stop doing their job and pass on the droplets."

Professor Cossart said that could take as little as 15 or 20 minutes, after which the mask would need to be changed. But those warnings haven't stopped people snapping up the masks, with retailers reporting they are having trouble keeping up with demand.

John Bell from the Pharmaceutical Society of Australia, who owns a pharmacy in Woollahra, Sydney, said mask supplies were running low.

"At the moment we don't have any because we haven't been able to get any in the last few days," MrBell said. "In the early stages it was unbelievable; we'd get people coming in all the time."

Mr Bell agreed with Professor Cossart's assessment regarding the effectiveness of the masks.

"I think they're of marginal benefit," he said. "In a way they give some comfort to people who think they're doing as much as they can do to prevent the infection."

That seems to be the mentality of travellers to Asian destinations, who are buying and wearing the masks while overseas.

Rosemary Taylor, of Kirribilli, arrived in Sydney from Shanghai last week after a two-week holiday in China. Ms Taylor and travelling companion Joan Switzer had worn the masks during the trip home, even though they had been warned they were of little value.

"We were told you need 16 layers on your mask for it to offer 95per cent protection," Ms Taylor said.

Plaintiffs' Exhibit 287

[washingtonexaminer.com](washingtonexaminer.com)

# Fauci admits he wore mask for optics: 'Didn't want to look like I was giving mixed signals'

*by Michael Lee, Social Media Writer | | May 18, 2021 11:07 AM*

3-4 minutes

---

Dr. Anthony Fauci admitted his use of a mask indoors despite being fully vaccinated was for optics purposes.

"I didn't want to look like I was giving mixed signals. But being a fully vaccinated person, the chances of my getting infected, in an indoor setting, is extremely low," Fauci said during an appearance on ABC Tuesday. "And that's the reason why in indoor settings now, I feel comfortable about not wearing a mask, because I'm fully vaccinated."

Dr. Fauci says he's much more "comfortable" being seen indoors without a mask.

"I didn't want to look like I was giving mixed signals. But being a fully vaccinated person, the chances of my getting infected in an indoor setting is extremely low." [pic.twitter.com/4oy2WithHk](pic.twitter.com/4oy2WithHk)

— Washington Examiner (@dcexaminer) [May 18, 2021](May 18, 2021)

Fauci's comments come after the Centers for Disease Control and Prevention [updated its mask guidance](updated its mask guidance), saying fully vaccinated individuals no longer have to wear a mask in most settings. The guidance also allows for unvaccinated people to ditch their masks outdoors, though it still recommends that unvaccinated individuals continue to wear masks indoors.

Fauci's admission also seemingly [contradicts testimony](contradicts testimony) he made in a heated exchange with Sen. Rand Paul, who accused Fauci of performing theater by wearing a mask despite being fully vaccinated.

[RAND PAUL AND ANTHONY FAUCI SPAR AGAIN, THIS TIME OVER MASKS: 'ISN'T IT JUST THEATER?'](#)

"If we're not spreading the infection, isn't it just theater?" the Kentucky Republican said to Fauci during a Senate hearing. "If you've had the vaccine and you're wearing two masks, isn't that theater?"

"No, it's not — here we go again with the theater," Fauci responded.

"The other thing is, that when you talk about reinfection, and you don't keep in the concept of variants, that's an entirely different ballgame. That's a good reason for a mask," Fauci added.

But Paul wasn't buying Fauci's explanation, again accusing him of wearing two masks "for show."

"You've been vaccinated, and you parade around in two masks for show," Paul said.

[CLICK HERE TO READ MORE FROM THE WASHINGTON EXAMINER](#)

"Let me just state for the record that masks are not theater. Masks are protective," Fauci responded.

"What proof is there that there are significant reinfections with hospitalizations and death from the variants?

None in our country. Zero...

You're making a policy based on conjecture!"[@RandPaul](#) accuses Fauci of "defying" the science on immunity. [pic.twitter.com/3bWaKJyZDh](#)

— Washington Examiner (@dcexaminer) [March 18, 2021](#)

Plaintiff's Exhibit 288

foxnews.com

# 'Fox News Sunday' on September 5, 2021

*Fox News*

42-54 minutes

---

*This is a rush transcript of "Fox News Sunday" on September 5, 2021. This copy may not be in its final form and may be updated.*

CHRIS WALLACE, FOX NEWS ANCHOR:  I'm Chris Wallace.

From New Orleans to the Northeast, the death toll from Hurricane Ida rises as the recovery continues.

(BEGIN VIDEOTAPE)

WALLACE (voice-over): The devastation stretches from the Gulf Coast to the nation's biggest city. But it's far from the only disaster striking the U.S. as the West battles drought, heat, and fire.

We'll talk with FEMA Administrator Deanne Criswell about the federal response and the forecast for the future.

Then --

JEN PSAKI, WHITE HOUSE PRESS SECRETARY:  No one is saying from the federal government -- no one -- that the Taliban are good actors.

WALLACE:  What happens to those Americans and Afghan allies left behind a week after the final pull out from Kabul?

We're joined by Congressman Michael McCaul, the top Republican on the House Foreign Affairs Committee.

Plus, the FDA scrambles to study the benefits of COVID boosters as the Biden administration pushes a deadline to start rolling them out.

We'll ask Dr. Ashish Jha, one of the nation's public health experts about criticism the White House is getting ahead of the science.

And President Biden blisters the Supreme Court for refusing to block a new Texas ban on most abortions after six weeks.

(END VIDEO CLIP)

WALLACE:  We'll ask public health expert, Dr. Ashish Jha, about warnings to rethink the rollout.

(COMMERCIAL BREAK)

WALLACE:  With the rise of the delta variant, more people are getting vaccinated. Some 14 million Americans received their first COVID-19 shot in August. But a White House plan to start offering a third booster shot to vaccinated Americans faces pushback from top health officials.

Joining us now, the dean of Brown University's School of Public Health, Dr. Ashish Jha.

Doctor, welcome back.

DR. ASHISH JHA, DEAN, BROWN UNIVERSITY SCHOOL OF PUBLIC HEALTH: Good morning, Chris. Thanks for having me here.

WALLACE: So let's start with where we are in this last -- this most recent delta wave of the COVID pandemic. We are no averaging more than 160,000 new cases a day in this country, more than 1,500 deaths a day, and more than

100,000 people in this country are in hospitals.

But, Doctor, the -- the upward curve, the sharp upward curve has flattened out a little bit of new cases, new infections, deaths. Has -- the curve has flattened a little bit.

So where are we right now with COVID and the delta wave?

JHA: Yes, so, Chris, as you said, I mean we have an enormous amount of infections across the country, people getting sick, 1,500 Americans dying.

This is all a vaccine preventable disease now, right? So none of this should be happening.

That said, I do think we are peaking, particularly across the American south where I see cases in Florida and Louisiana, Arkansas, starting to turn down. Infection numbers are still rising in the Midwest and Great Plains and the Northeast, but at much slower rates, particularly in states that have high vaccination numbers.

WALLACE: Now having said that, some experts are saying that with all of the Labor Day weekend travel, with kids going back to school, with more and more people resuming their pre-pandemic lives, I was watching college football yesterday and there were stadiums filled with 80,000 people, no masks to be seen, some people say that the delta spike

hasn't even really begun yet.

How likely is that?

JHA: I -- I'm more optimistic than that. I don't think we're going to see a doubling or tripling of cases from where we are today. Look, we might see a bump in the next week, ten days. We have after every major holiday over the last year and a half, so I would not be surprised. But we have so many more tools now then we've ever had before. Certainly vaccines are one of them.

More testing, mask wearing in key places. There's a lot we can do to prevent that kind of horrible surge that would have happened maybe last year given that when we didn't have all these tools.

WALLACE: There is quite a debate now -- I mentioned it at the beginning of the segment -- about whether or not the country needs another full program to give people a third booster shot of vaccine.

Here was President Biden this week on that.

(BEGIN VIDEO CLIP)

JOE BIDEN, PRESIDENT OF THE UNITED STATES: Earlier today, our medical experts announced a plan for booster shots to every fully vaccinated American, adult American. You know, this will boost your immune response.

It will increase your protection from COVID-19.

(END VIDEO CLIP)

WALLACE: But -- and the president was talking -- we are sitting here on September 5th -- about starting this program on September 20th.

Doctor, the FDA and the CDC still haven't approved a full booster program.

It's become clear that even if they do, that we're not going to start seeing Moderna boosters on September 20th. And, this week, two top vaccine regulators at the FDA resigned. And according to some sources, part of it was because they felt that we're getting ahead of ourselves.

President Biden promised that he wasn't going to let politics, he wasn't going to get -- let the White House get ahead of the science. Is he doing that right now with these boosters?

JHA: Yes, so let's talk about where the sciences is. And we can -- we get science from a lot of places, certainly from the company's running the trials. We can also look at Israel and their experience. And where the data and the science is, I think pretty clear on a

couple of things. One is, it is clear to me that this is probably going to end up being a three shot vaccine package and so the idea of a third shot as part of how you get fully vaccinated is something we're learning and it's probably right particularly for vulnerable people.

So there's no doubt in my mind that people who are in nursing homes, people who are frail elders, people with chronic diseases, people with immunocompromised states, they need to be getting that third shot probably about six month after their second child. That's where the science and data is.

No doubt we want the FDA to fully approve that. We want the CDC to approve it. We don't want to get ahead of the process. But the evidence for vulnerable people needing a third shot I think is coming into focus at this point.

WALLACE: Yes, but --

JHA: Whether a young, healthy person needs a third shot, that I'm much less clear about.

Sorry, go ahead.

WALLACE: Yes, I was going to say, the president -- well, young, healthy people aren't coming up on their eight months yet, but a lot of people in their 70s and 60s who didn't have those problems are coming up and here's the president basically announcing a program on September 20th, before the FDA or the CDC have approved it, not just for that smaller group you're talking about.

Does that trouble you at all?

JHA: Yes, I would like the process to be a bit cleaner. I -- you know, the way we've always done this in American medicine is we have FDA and CDC lead and then the White House follows. I think -- what I suspect is happening is the White House is looking at the data from Israel. They've got their experts like Dr. Fauci. And basically saying this is where we need to head and beginning to communicate that.

I agree with your point though that it's absolutely essential that the FDA and CDC also approve any such thing.

WALLACE: Another subject.

As you know, there is a battle in a -- in several states about mandates that there -- or -- or bans on mandates for masking in schools.

==How strong is the science that for kids, let's say up through 18, that masks in schools are important and make a difference?==

JHA: Yes, this is unnecessarily political and I don't really understand why it has become so. What I say about kids and masking is that the evidence clearly leans towards the

masking being helpful in preventing infections, precenting spread.

It's not bomb (ph) proof. The evidence is -- is strong but not, I would say, overwhelming. But the bottom line is that it should be part of a broader package. If you just do masking, probably not enough. But if we have testing in schools, if we improve ventilation, we get adults vaccinated, it is absolutely possible to get every child back to school full time safely this fall. We shouldn't be turning these things into political battles. We should be looking at the data and then driving policy based on that.

WALLACE: I've got two question I want to squeeze in, in the last two minutes.

I read a report, actually several reports this week, that cloth masks, which, frankly, are the kinds of masks I usually wear, are not really effective. Is that true?

JHA: Yes, cloth masks, unto themselves, generally not effective. That's why I think surgical masks are better. There are, of course, higher quality masks. Cloth masks may be ten or 20 percent effective, not great against the delta variant.

WALLACE: So you're saying this mask I've been wearing for a year isn't really protecting me very much?

JHA: I'm saying that given the delta variant that's out there, you probably need to upgrade your mask, Chris.

WALLACE: Well, thank you for that and I think a lot of people thank you.

Finally, you know, there is increasing talk about new variants. One of them is the Mu variant that comes from Columbia. How concerned are you about that specifically and how concerned are you just generally that as this continues, we could end up with a variant that defeats the vaccines we're now getting?

JHA: Yes, what I think people need to know is we're going to see more variants. And the reason we're going to see more variances is a global pandemic. And when large outbreaks are happening around the world, we're going to see more variants. And, of course, the best way to suppress it is to get the world vaccinated.

I am not particularly worried about Mu or Lambda, any of these yet. We've got to follow the data. The data so far doesn't say they're going to escape our vaccines. Obviously something we are concerned about.

I think our vaccines are going to hold up but we're going to have to pay attention to the data.

WALLACE: Dr. Jha, thank you. Thanks for joining us. Please come back.

JHA: Thank you.

Plaintiffs' Exhibit 289

**Frequently Asked Questions**

https://followthemaskscience.com/faq
July 23, 2021

But surgeons wear masks!

Surgeons wear masks during surgery to protect themselves from splashes and sprays, as well as to prevent their bodily fluids from dropping into the wound. They do not wear them to stop respiratory viruses. If they are sick, they do not operate. Interestingly, there have been over 20 studies over the years that determined that surgeons wearing masks do not even reduce post operative wound infections, and if anything, they may increase the rate of wound infections. One study put tracer particles inside the surgeons mask. Guess where the particles ended up? In the wound! As one researcher pointed out, it is probably because masks only serve to redirect airflow. This research has called into question the practice of wearing masks during surgery. I discuss these in more detail in the Research Summary.
But I read a study that said masks work!

From 1921-2020, the science was almost unanimous that masks do not prevent the spread of respiratory viruses. In 2020, this understanding was confirmed by six systematic reviews that evaluated hundreds of studies, performed meta analyses  of the highest quality ones, involving thousands of subjects [see references 1 13 46 47 82 88 on the Research Summary page]. Systematic reviews and meta analyses are the highest quality of scientific evidence because their conclusions take into account all of the studies on a given subject. This is what makes them so reliable. The science showing that masks do not prevent transmission of respiratory viruses was settled. Yet, starting in early 2020, a flurry of lower quality studies (models, observational, experimental) starkly contrasted with the existing body of evidence. These lower quality studies strangely appeared to conclude that masks would in fact help prevent the spread of respiratory viruses. When this happens, we must evaluate the new research with a critical eye because the physics certainly didn't change, but the politics may have. Most people don't understand that science does not function in a vacuum. It is highly influenced by politics and industry, through funding. Conclusions, more often than not, are favorable to the funder. Oddly, the lower quality, new studies are being emphasized, while the numerous gold standard studies are being largely ignored. A closer look at the newer studies reveals extensive evidence of spin, misrepresentations, inaccuracies, conclusions that don't match the data, and experimental designs that do not reflect reality. The evidence for masks is often rated as "weak", "low certainty", or "not statistically significant." One was retracted already, and another has thousands of calls for retraction for egregious errors. So yes, you will be able to find some studies and media reports that make it appear masks work, but you cannot trust their conclusions without carefully reading the details and checking their references. After seeing very clearly how the efficacy of masks is being misrepresented, I've been motivated to examine all of the information being presented by researchers, government, and media. I discuss my findings more in depth in the Research Summary.
If masks don't work, then why would the government mandate them?

That's a very good question, and one we should all be asking our governors. Initially the World Health Organization and all the experts said masks wouldn't help. Suddenly, the WHO changed its stance and

recommended masks for all healthy people as source control. When they were asked why they switched their recommendation without any new science, Dr Andreas Voss (member of the World Health Organization expert team) told I Am Expat on July 24, 2020 that ==masks were made mandatory "not because of scientific evidence, but because of political pressure and public opinion."== Not really the high quality response we were hoping for, and definitely not good enough to justify mask mandates.
Are masks COMPLETELY useless?

No. There are certain situations that call for masks. 1) If you are sick, coughing, or sneezing, please stay home. But if you must go out, wearing a mask will help you not spittle all over everyone. Everyone will appreciate that, as always. 2) If you are going to be with someone who is particularly vulnerable to covid19 (such as elderly people and/or anyone in poor health and co-morbidities), you would want to protect them in every way possible. ==Cloth and surgical masks are useless because they just redirect the airflow.== In this case, wear a new, clean N95 mask properly. It won't be comfortable for you, but if you keep your visit short, then you will be able to spend precious time with your loved one and reduce the risk of passing any illness on to them. Remember that the mask is only part of this focused protection. Ensure that you're not sick when visiting, wash your hands well and frequently, and stay more than 6 feet apart. We do not want to take any chances with anyone who is at high risk. 3) If you're going to be with anyone in close quarters indoors for any extended period of time, wear an N95 mask. ==Infectious aerosols leak out the edges of cloth and surgical masks, so they won't protect anyone from getting sick or spreading the virus.== 4) If you're around anyone that is currently infectious, you may want to wear a properly fitted N95 mask, maintain your distance, and practice hand hygiene to avoid infection. 5) And don't forget, experts of questionable sanity recommend masks when having intimate relations with anyone that is not part of your household.
Who are you to be telling us about masks?

I've devoted my life to health and wellness, and have advanced degrees and certifications in the health sciences. If I thought masks helped in any way, I would be all for them because I care deeply about people's wellbeing. ==I find it offensive how the science is being misrepresented, and how we are being manipulated and harmed in the process.== I prefer not to provide my identity because I've found that people who want to propagate the myth that masks help go to great lengths attempting to discredit anyone who says otherwise, no matter how well qualified or how sound the research is. I can take the heat, but it's just a distraction. In reality, it doesn't matter who I am, because the research speaks for itself. Take a look "under the hood" and you be the judge. I think you'll agree with numerous doctors and researchers that the science does not support the use of masks for preventing the spread of any respiratory virus in the community, including SARS-CoV2. Furthermore, I can assure you that the data presented here is not politically motivated. I'm a life-long liberal Democrat.

ISSN 0017-8748
doi: 10.1111/head.13811
Published by Wiley Periodicals, Inc.

Headache
© 2020 American Headache Society

Plaintiffs' Exhibit 290

# Research Submissions

# Headaches Associated With Personal Protective Equipment – A Cross-Sectional Study Among Frontline Healthcare Workers During COVID-19

Jonathan J.Y. Ong, FRCP; Chandra Bharatendu, MRCP; Yihui Goh, MRCP; Jonathan Z.Y. Tang, MRCEM; Kenneth W.X. Sooi, MRCP; Yi Lin Tan, MBBS; Benjamin Y.Q. Tan, MRCP; Hock-Luen Teoh, MRCP; Shi T. Ong, BSc; David M. Allen, FAMS; Vijay K. Sharma, MRCP

Printed by [American Headache Society - 098.244.255.046 - /doi/epdf/10.1111/head.13811] at [09/08/2021].

**Background.**—Coronavirus disease 2019 (COVID-19) is an emerging infectious disease of pandemic proportions. Healthcare workers in Singapore working in high-risk areas were mandated to wear personal protective equipment (PPE) such as N95 face mask and protective eyewear while attending to patients.

**Objectives.**—We sought to determine the risk factors associated with the development of de novo PPE-associated headaches as well as the perceived impact of these headaches on their personal health and work performance. The impact of COVID-19 on pre-existing headache disorders was also investigated.

**Methods.**—This is a cross-sectional study among healthcare workers at our tertiary institution who were working in high-risk hospital areas during COVID-19. All respondents completed a self-administered questionnaire.

**Results.**—A total of 158 healthcare workers participated in the study. Majority [126/158 (77.8%)] were aged 21-35 years. Participants included nurses [102/158 (64.6%)], doctors [51/158 (32.3%)], and paramedical staff [5/158 (3.2%)]. Pre-existing primary headache diagnosis was present in about a third [46/158 (29.1%)] of respondents. Those based at the emergency department had higher average daily duration of combined PPE exposure compared to those working in isolation wards [7.0 (SD 2.2) vs 5.2 (SD 2.4) hours, $P < .0001$] or medical ICU [7.0 (SD 2.2) vs 2.2 (SD 0.41) hours, $P < .0001$]. Out of 158 respondents, 128 (81.0%) respondents developed de novo PPE-associated headaches. A pre-existing primary headache diagnosis (OR = 4.20, 95% CI 1.48-15.40; $P = .030$) and combined PPE usage for >4 hours per day (OR 3.91, 95% CI 1.35-11.31; $P = .012$) were independently associated with de novo PPE-associated headaches. Since COVID-19 outbreak, 42/46 (91.3%) of respondents with pre-existing headache diagnosis either "agreed" or "strongly agreed" that the increased PPE usage had affected the control of their background headaches, which affected their level of work performance.

**Conclusion.**—<mark>Most healthcare workers develop de novo PPE-associated headaches or exacerbation of their pre-existing headache disorders.</mark>

Key words: personal protection equipment (PPE), headache, healthcare workers, face mask, N95, eyewear, goggles, coronavirus disease, coronavirus disease 2019

(*Headache* 2020;60:864-877)

From the Division of Neurology, Department of Medicine, National University Hospital, Singapore, Singapore (J.J. Ong, C. Bharatendu, Y. Goh, K.W. Sooi, Y.L. Tan, B.Y. Tan, H.-L. Teoh, and V.K. Sharma); Yong Loo Lin School of Medicine, National University of Singapore, Singapore, Singapore (J.J. Ong, C. Bharatendu, J.Z. Tang, B.Y. Tan, H.-L. Teoh, D.M. Allen, and V.K. Sharma); Department of Emergency Medicine, National University Hospital, Singapore, Singapore (J.Z. Tang and S.T. Ong); Division of Infectious Diseases, Department of Medicine, National University Hospital, Singapore, Singapore (D.M. Allen).

Address all correspondence to J.J.Y. Ong, Headache Disorders Service, Division of Neurology, Department of Medicine, University Medicine Cluster, National University Hospital, 1E Kent Ridge Road, NUHS Tower Block, Level 10, Singapore 119228, Singapore, email: jonathan_ong@nuhs.edu.sg

Accepted for publication March 29, 2020.

## INTRODUCTION

In late December 2019, reports emerged from the city of Wuhan, in Hubei Province, China, of a cluster of severe acute respiratory illness.[1,2] By January 2020, the condition now known as coronavirus disease 2019 (COVID-19), attributed to the severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), had rapidly spread from Wuhan to other regions.[3] As of March 11, 2020, China has reported a total of 80,955 COVID-19 confirmed cases.[4] Outside of China, more than 37,300 cases have been identified across 113 countries or territories.[4] The Ministry of Health (MOH), Singapore, shifted its public health response level to enhanced preparedness on January 23, 2020 when it detected the first imported case of COVID-19.[5] It was subsequently followed by new cases among other visitors and returnees as well as community transmission.[5,6] On January 7, 2020, the level of Disease Outbreak Response System Condition (DORSCON), a color-coded framework that assesses the severity of a pandemic in Singapore, was changed from yellow to orange, with an escalation of measures instituted to contain the disease.[4] As of March 11, 2020, Singapore has reported a total of 178 COVID-19 cases, with 11 cases seen at our institution thus far.[4] During the escalation of the COVID-19 outbreak in Singapore, frontline healthcare workers in all major hospitals were mandated to wear personal protective equipment (PPE), while caring for suspected or confirmed COVID-19 patients, which involved the donning of close-fitting N95 face masks, protective eyewear (mainly goggles), gowns, surgical gloves, and the use of powered air-purifying respirators (PAPR). In real world practice, donning of the PPE is often felt cumbersome and uncomfortable by the frontline healthcare workers,[5] especially if a long period of exposure to such equipment is necessary during the outbreaks of emerging infectious diseases.[7]

Headaches arising from the sustained compression of pericranial soft tissues by donning of objects with tight bands or straps around the head (eg, hat, helmet, googles worn during swimming or diving, or frontal lux devices) have been previously reported in the literature.[8-14] Apart from the mechanical effects, adverse effects such as difficulty breathing has also been reported.[15] However, the scientific literature related to the PPE-associated headaches, specifically the combined usage of the N95 face mask and protective eyewear (specifically googles) is scarce. A previous study among healthcare providers wearing the N95 face mask during the 2003 severe acute respiratory distress syndrome (SARS) epidemic in Singapore reported new onset face mask-associated headaches with a prevalence rate of 37.3%.[16] Another study among nurses working in a medical intensive care unit reported headache as one of the main factors accounting for sub-optimal N95 face mask compliance.[17] Previous reports highlighted that pain or discomfort (headache, facial pain, and/or ear lobe discomfort) arising from tight-fitting face masks as well as elastic head straps resulted in limited tolerability when the N95 face mask was used for a prolonged period.[18-20]

The current COVID-19 outbreak in Singapore provided us a unique opportunity to study the association of PPE exposure and headaches (HAPPE study) – either with the use of N95 face mask alone or in combination with protective eyewear (mainly goggles). We hypothesized that the increased duration of PPE exposure predisposed to the development of de novo PPE-related headaches as well as leading to the exacerbation of pre-existing primary headache diagnosis. We evaluated the prevalence and characteristics of de novo headaches associates with PPE exposure (specifically N95 face mask and/or protective eyewear) among healthcare workers in our institution. In addition, we evaluated the impact of PPE usage on pre-existing headache disorders, identified risk factors for the development of PPE-associated headaches and evaluated the overall impact of headaches during COVID-19 on the work performance of healthcare workers.

*Conflict of Interest:* VKS is the current recipient of Senior Clinician Scientist Award from National Medical Research Council, Ministry of Health, Singapore. Other authors have no financial disclosures.
*Funding:* None

Printed by [American Headache Society - 098.244.255.046 - /doi/epdf/10.1111/head.13811] at [09/08/2021].

*May 2020*

## METHODS

This study was performed at the National University Hospital (NUH), a tertiary referral center located in the western region of Singapore. During COVID-19, the usage of PPE was mandated in front-line healthcare workers based in high-risk hospital areas in our institution such as the isolation wards (designated as "pandemic wards"), emergency rooms (equipped with a fever facility), and the medical intensive care unit (MICU). This was a cross-sectional study, which was conducted from February 26 to March 8, 2020, shortly after the surge in COVID-19 cases in Singapore, with a level of uncertainty about the duration of this outbreak. Participants were included if they were aged 21 years or more, able to understand English, and were healthcare workers based primarily in the aforementioned high-risk hospital areas. Written informed consent was taken and the study was approved by the local institutional review board. As there were no previous studies in similar populations available before study initiation, no formal sample size calculation was performed. Taking into consideration institutional infection control policies, a target sample size of 150 participants was deemed reasonable for recruitment. The authors involved in this study were themselves rostered to these high-risk areas during the period of the study and recruited participants in their respective areas. The number of potential participants in each high-risk hospital area at any point of time was known to the authors, given that healthcare workers were segregated by wards without inter-ward movement, in accordance with the infection control policy that was enforced during COVID-19 outbreak. This facilitated the recruitment of participants in the respective high-risk hospital areas and ensured that the sample was representative of all individuals working in this setting.

All participants completed a self-administered questionnaire written in English. The questionnaire comprised of 6 main sections which acquired the following information: (1) demographics (gender, age, ethnicity, occupation, and department), (2) past medical history, (3) PPE usage patterns since the start of COVID-19 in Singapore (N95 face mask and protective eyewear type, primary location where PPE was worn, average number of hours of each equipment used in isolation and together per day and during previous 30 days period, personal views on the change in usage frequency since COVID-19 outbreak), (4) phenotype and characteristics of any pre-existing primary headache disorder (changes in headache frequency, attack duration and frequency of acute medication usage), (5) personal views regarding the changes in characteristics of any pre-existing primary headache disorder since COVID-19, and (6) the phenotype, characteristics and personal views on de novo PPE-associated headaches. In addition, we also assessed the perceived impact of PPE-associated headaches on overall work performance (Supporting Appendix S1).

At our institution, 2 types of National Institute for Occupational Safety and Health (NIOSH) certified 3M® N95 face masks are widely used, with the specification to filter out 95% of particles with a size greater than 0.3 microns. By definition, the donning of full PPE necessitates the use of a pre-fitted size-appropriate N95 face mask rather than a surgical mask.[7] All healthcare workers at our institution underwent mandatory annual fit tests to select the right size of the N95 face mask. When properly fitted, the N95 face mask forms a tight seal against the wearer's face to provide respiratory protection. Protective goggles that provide splash protection against biological materials are also widely available and are used by the vast majority of healthcare workers instead of face-shields/visors, while working in high-risk areas (Fig. 1).

**Statistical Analyses.**—Descriptive analyses were used to study baseline characteristics. Variables that were measured on the ordinal scale were compared using a Mann-Whitney U test and summarized using median (IQR). Interval level data were compared using a t test and described using mean (SD). Chi-square analyses were used to compare nominal demographic data and PPE usage patterns across 2 groups (respondents with and without de novo PPE-associated headaches). To maximize sensitivity, variables with a univariable association of $P < .2$ were included as candidates into a multivariable logistic regression model. Predictor variables that were significant at $P < .05$ were retained in the

Printed by [American Headache Society - 098.244.255.046 - /doi/epdf/10.1111/head.13811] at [09/08/2021].



Fig. 1.—Frontal and side profiles of a healthcare working wearing N95 face mask and protective googles in combination (a–d). Alternatively, a face-shield or visor may be worn in combination with a N95 face mask (e,f). Posterior profile (g). Note where the edges of the N95 face mask and googles contact the head (including face). The figure also illustrates the positioning of the various elastic straps from the PPE upon the head (including face) and upper cervical region. [Color figure can be viewed at wileyonlinelibrary.com]

multivariable model. Multivariable logistic regression analyses were performed to identify the independent variables associated with the development of de novo PPE-associated headaches. A 2-way ANOVA test was conducted to test for differences in the mean hours per day of PPE exposure at various high-risk areas (isolation/pandemic wards, ED, and MICU) and further post hoc comparisons were performed using the Tukey test to adjust for multiple comparisons. When parametric tests were employed, assumptions of normality were verified using Q-Q plots and histograms. Statistical significance was set at $P < .05$. All analyses were 2-tailed. All statistical analyses were performed using the SPSS statistical package program version 25.0 for Windows (SPSS Inc, 2003, Chicago, IL, USA).

## RESULTS

A total of 160 frontline workers were invited to participate in the study, with 158 agreeing, giving an overall response rate of 98.7%. The majority of study respondents were female [111/158 (70.3%)], aged 21-35 years [126/158 (77.8%)], and of Chinese ethnicity [92/158 (58.2%)]. Nurses contributed most [102/158 (64.6%)] followed by doctors [51/158 (32.3%)] and paramedical personnel [5/158 (3.2%)]. (Table 1). Out of 158 subjects, a pre-existing primary headache diagnosis was present in 46 respondents (29.1%). Other non-headache related concomitant co-morbidities were present in 27 (17.1%) participants (Table 2). There were no missing data.

**PPE Usage Patterns.**—All 158 healthcare workers reported that there was an increased frequency of PPE exposure since the COVID-19 outbreak in Singapore. On average, respondents donned the N95 face mask for 18.3 days over the 30-day period, with a mean of 5.9 hours per day. Goggles were used as protective eyewear in the majority [153/158 (96.8%)]. Protective eyewear was worn on an average of 18.2 days over the 30-day period, with a mean of 5.7 hours per day. The combined use of N95 face mask and protective eyewear was worn for an average of 18.0 days over 30 days, with

Printed by [American Headache Society - 098.244.255.046 - /doi/epdf/10.1111/head.13811] at [09/08/2021].

Printed by [American Headache Society – 098.244.255.046 – /doi/epdf/10.1111/head.13811] at [09/08/2021].

**Table 1.—Baseline Characteristics of Healthcare Workers in High-Risk Areas Who Donned PPE During COVID-19 (n = 158)**

| Characteristics | Healthcare Workers N (%) |
|---|---|
| Female Gender | 111 (70.3) |
| Age (years) | |
| 21-40 | 138 (87.3) |
| >40 | 20 (12.7) |
| Ethnicity | |
| Chinese | 92 (58.2) |
| Indian | 18 (11.4) |
| Filipino | 23 (14.6) |
| Malay | 15 (9.5) |
| Others | 10 (6.3) |
| Occupation | |
| Doctor | 51 (32.3) |
| Nurse | 102 (64.6) |
| Paramedical personnel | 5 (3.2) |
| Department | |
| Internal medicine | 33 (20.9) |
| Emergency department | 56 (35.4) |
| Nursing | 63 (39.9) |
| Medical intensive care unit | 6 (3.8) |

**Table 2.—Pre-Existing Primary Headache Diagnosis and Other Co-Morbidities Among Healthcare Workers (n = 158)**

| Condition | Healthcare Workers N (%) |
|---|---|
| Pre-existing primary headache diagnosis | 46 (29.1) |
| Migraine | 30 (19.0) |
| Without aura | 26 (16.5) |
| With aura | 4 (2.5) |
| Tension-type headache | 16 (10.1) |
| Cluster headache | 0 (0.0) |
| Other background medical conditions | 27 (17.1) |
| Asthma | 8 (5.1%) |
| Ankylosis spondylitis | 1 (0.6) |
| Cigarette smoking | 2 (1.3) |
| Depression | 1 (0.6) |
| Anxiety | 1 (0.6) |
| Diabetes mellitus | 1 (0.6) |
| Eczema | 2 (1.3) |
| Fatty liver | 1 (0.6) |
| Hypertension | 2 (1.3) |
| Hypothyroidism | 1 (0.6) |
| Hyperthyroidism | 2 (1.3) |
| Hyperlipidemia | 1 (0.6) |
| Ischemic heart disease | 1 (0.6) |
| Stroke | 1 (0.6) |
| Ventricular septal defect | 2 (1.3) |

**Table 3.—PPE Usage Patterns Among Healthcare Workers During COVID-19 Outbreak (n = 158)**

| Characteristics | Healthcare Workers N (%) |
|---|---|
| N95 face mask | |
| Type 1 (3M® NIOSH 1860S) | 144 (91.1) |
| Type 2 (3M® NIOSH 1870 + Aura) | 14 (8.9) |
| Number of days worn over last 30 days (days) (mean ± SD) | 18.3 ± 5.1 |
| Number of hours worn per day (hours) (mean ± SD) | 5.9 ± 2.4 |
| Protective eyewear | |
| Goggles | 154 (97.5) |
| Face shield/visor | 4 (2.5) |
| Number of days worn over last 30 days (days) (mean ± SD) | 18.2 ± 5.3 |
| Number of hours worn per day (hours) (mean ± SD) | 5.7 ± 2.5 |
| Combination N95 face mask and eyewear usage | |
| Number of days worn in combination over last 30 days (days) (mean ± SD) | 18.0 ± 5.2 |
| Number of hours worn in combination per day (hours) (mean ± SD) | 5.7 ± 2.5 |
| Primary location where PPE was used by healthcare workers | |
| Isolation wards (designated "pandemic wards") | 96 (60.8) |
| Emergency department | 56 (35.4) |
| Medical intensive care unit | 6 (3.8) |
| Change in the frequency of PPE usage since the COVID-19 outbreak | |
| Significant increase in frequency | 137 (86.7) |
| Slight increase in frequency | 21 (13.3) |
| No change in frequency | 0 (0.0) |

a mean of 5.7 hours per day (Table 3). Two-way ANO-VA test with post hoc Tukey's test revealed that across departments, healthcare workers based at the ED had higher average daily duration of PPE exposure compared to those working in isolation wards [7.0 (SD 2.2) vs 5.2 (SD 2.4) hours, $P < .0001$)] or MICU [7.0 (SD 2.2) vs 2.2 (SD 0.41) hours, $P < .0001$)] (Fig. 2). However, there was no statistically significant difference when PPE exposure over a 30 days period was compared between high-risk areas (Fig. 2).

**De Novo PPE-Associated Headaches.—**Of the 158 respondents, 128 (81.0%) reported de novo PPE-associated headaches when they wore either the N95 face mask, with or without the protective eyewear. All respondents described the headaches as bilateral in location. Figure 3 illustrates the summated anatomical



Fig. 2.—Two-way ANOVA analysis of PPE exposure per day (mean hours per day) across the various high-risk areas during COVID-19. ED: emergency department, MICU: medical intensive care unit.



Fig. 3.—Anatomical localization and frequency distribution among 128 respondents who reported de novo PPE-related headaches. All respondents (n = 158) completing the questionnaire were asked to shade the areas where pain, pressure or compression from the respective PPE was experienced if this was present. [Color figure can be viewed at wileyonlinelibrary.com]

Printed by [American Headache Society - 098.244.255.046 - /doi/epdf/10.1111/head.13811] at [09/08/2021].

localization of headaches (marked by the study participants) and the corresponding frequencies of occurrence according to PPE subtype. Interestingly, the location of the discomfort experienced by the participants corresponded to the areas of contact from the face mask or goggles and their corresponding head straps. The majority [112/128 (87.5%)] reported a sensation of pressure or heaviness at the affected sites, with some [15/128 (11.7%)] characterizing it as a throbbing or pulling pain [1/128 (0.8%)].

The time interval between donning of N95 face mask or protective eyewear to the onset of headache was less than 60 minutes for the majority of respondents [104/128 (81.3%)] and [113/128 (88.3%)], respectively. After removal of PPE, the attributed headache resolved spontaneously within 30 minutes in the majority for both N95 face mask [113/128 (88.3%)] and protective eyewear [114/128 (89.1%)] (Table 4).

Majority of the respondents reported an attack frequency of 1-4 days [49/128 (38.3%)] over a 30-day period. Headache intensity was graded as mild by 92 out of 128 (71.9%) respondents. Associated symptoms were experienced by 30 out of 128 (23.4%) respondents, and comprised of nausea and/or vomiting, photophobia, phonophobia, neck discomfort, and movement sensitivity.

During an attack, the majority [88/128 (68.8%)] did not need acute analgesic treatment. Among the remaining participants, paracetamol was most frequently used drug, followed by non-steroidal anti-inflammatory drugs (NSAIDS). Triptans and opioids were used rarely.

Among those who took analgesics, the majority [38/40 (95.0%)] used them with a frequency of 1 to 9 days per month. Over a 30-day period, between 1 and 4 days of sick leave attributed to de novo PPE-associated headaches were taken only by 9 [9/128 (7.0%)] respondents.

Headaches were attributed as "likely" by 68 out of 128 (53.1%) respondents due to the N95 face mask, while protective eyewear was reported as the "likely" cause of headache in 66 out of 128 (51.6%) respondents. Donning of both the N95 face mask and protective eyewear was deemed the "likely" cause of the headache in 67 out of 128 (52.3%) participants. The majority [106/128 (82.8%)] opined that PPE-associated headaches resulted in a "slight decrease" in work performance.

Table 4.—Time Interval Between Wearing or Removal of PPE and the Onset or Resolution of De Novo PPE-Associated Headaches (n = 128)

| Variable | Value |
|---|---|
| Time interval between wearing N95 face mask to onset of headache (minutes), N (%) | |
| ≤10 | 27 (21.1) |
| 11-20 | 28 (21.9) |
| 21-30 | 19 (14.8) |
| 31-40 | 19 (14.8) |
| 41-50 | 11 (8.6) |
| 51-60 | 0 (0.0) |
| 61-120 | 24 (18.8) |
| Time interval between wearing protective eyewear to onset of headache (minutes), N (%) | |
| ≤10 | 29 (22.7) |
| 11-20 | 30 (23.4) |
| 21-30 | 24 (18.8) |
| 31-40 | 22 (17.2) |
| 41-50 | 8 (6.3) |
| 51-60 | 0 (0.0) |
| 61-120 | 15 (11.7) |
| Time interval from removal of N95 face mask to resolution of headache (minutes), N (%) | |
| ≤10 | 77 (60.2) |
| 11-20 | 22 (17.2) |
| 21-30 | 14 (10.9) |
| 31-40 | 4 (3.1) |
| 41-50 | 5 (3.9) |
| 51-60 | 0 (0.0) |
| 61-120 | 6 (4.7) |
| Time interval from removal of protective eyewear to resolution of headache (minutes), N (%) | |
| ≤10 | 81 (63.3) |
| 11-20 | 16 (12.5) |
| 21-30 | 17 (13.3) |
| 31-40 | 5 (3.9) |
| 41-50 | 6 (4.7) |
| 51-60 | 0 (0.0) |
| 61-120 | 3 (2.3) |

Study participants with a pre-existing primary headache diagnosis (OR = 3.44, 95%; CI 1.14-10.32; $P = .013$) and those working in the emergency department (OR = 2.39, 95% CI 1.05-5.47; $P = .019$) were more likely to develop de novo PPE-associated headaches. None of the pre-existing headache subtype was found to predispose to de novo PPE-associated headaches. When PPE usage patterns were evaluated, N95 face mask (OR = 1.59, 95% CI 1.15-2.18; $P < .001$), protective eyewear (OR 1.60, CI 1.13-2.25; $P < .001$) or using them together (OR = 1.50, 95% CI 1.09-2.07; $P = .002$) for >4 hours per day had a higher chance of developing

Printed by [American Headache Society - 098.244.255.046 - /doi/epdf/10.1111/head.13811] at [09/08/2021].

such headaches. Similar patterns were observed with the headache frequency of >15 days per month with the use of N95 face mask (OR = 1.34, 95% CI 0.96-1.86; $P$ = .043), protective eyewear (OR = 1.50, 95% CI 1.03-2.18; $P$ = .013), or both together (OR = 1.47, 95% CI 1.01-2.13; $P$ = .016) (Table 5).

Post hoc multivariable logistic regression analysis revealed that a pre-existing primary headache diagnosis (OR = 4.20, 95% CI 1.48-15.40; $P$ = .030), as well as the combined use of N95 face mask and eyewear for >4 hours per day (OR 3.91, 95% CI 1.35-11.31; $P$ = .012) was independently associated with developing de novo PPE-associated headaches. Due to multi-collinearity, the effect of only N95 face mask use and its use in combination with protective eyewear was analyzed in 2 separate models for evaluating their role in the development of de novo PPE-related headaches (Table 6 and Supporting Appendix S2).

**PPE-Associated Headaches Fulfilling ICHD-3 (2018) Diagnosis of 4.6.1 External Compression Headache.**—The time interval between donning the N95 face mask to headache commencement was observed to be <60 minutes in majority [104/128 (81.3%)] of the respondents. Similar time interval of <60 minutes was reported by 122 out of 128 (95.3%) respondents for spontaneous headache resolution after removing the N95 face mask. High proportion of respondents developed headache within 60 minutes of donning the protective eyewear [113/128 (88.0%)] and had headache resolution within the same period after its removal [124/128 (97.7%)].

The ICHD-3 criteria for ECH were satisfied in majority of respondents who developed de novo PPE-associated headaches attributed to the N95 face mask [96/128 (75.0%)] and to protective eyewear usage [106/128 (82.8%)] (Table 7).

**Pre-Existing Headache Diagnosis and Concomitant De Novo PPE-Related Headaches.**—Of the 46 participants with pre-existing primary headache disorder (migraine with or without aura and tension-type headache), 43 (93.5%) experienced concomitant de novo PPE-associated headaches since the start of COVID-19. Majority of these respondents [37/43 (86.0%)] developed episodic headaches (<15 days per month). The mean duration of each attack was 3.5 ± 4.1 hours.

None of these participants were on regular preventive treatment and acute analgesic treatment was used by 31 out of 43 (72.1%) respondents.

**Course of Pre-Existing Headaches During COVID-19.**—Majority of respondents [42/46 (91.3%)] with an underlying pre-existing headache diagnosis either "agreed" or "strongly agreed" that the increased PPE usage aggravated their background headaches in terms of frequency and attack duration (Figs. 4 and 5). Other important factors that could have potentially worsened their pre-existing headaches included sleep deprivation [28/46 (60.9%)], physical stress [13/46 (29.3%)], emotional stress [6/46 (13.0%)], irregular meal times [7/46 (15.2%)] and inadequate hydration [18/46 (39.1%)]. Nearly half of the respondents indicated that there was a "slight" or "significant increase" [25/46 (53.4%)] in acute medication usage and majority of them [41/46 (90.7%)] opined that their work performance was adversely affected "slightly" or "significantly."

## DISCUSSION

Our study describes de novo PPE-associated headaches among frontline healthcare workers in Singapore during the current COVID-19 outbreak. Nearly 82% of respondents developed de novo PPE-associated headaches. The combined exposure to N95 face mask and protective eyewear use for >4 hours per day and those who had a pre-existing headache diagnosis had a greater likelihood of developing such headaches.

Our findings are in agreement with the report by Lim et al, albeit for N95 face mask exposure only.[16] Not surprisingly, doctors and nurses working in high-risk hospital areas, especially at the emergency department, had a greater risk for the development of such headaches. Nearly 70% of our cohort did not require any acute analgesic treatment for their de novo PPE-associated headaches, which is contrary to the previously reported use of up to 60%.[16] This could have occurred due to the infrequent episodic headaches in our cohort, which were mild in intensity. However, a large proportion of our participants experienced at least a "slight" decreased work performance, underscoring the potential impact on occupational health

Printed by [American Headache Society - 098.244.255.046 - /doi/epdf/10.1111/head.13811] at [09/08/2021].

Table 5.—Univariate Logistic Regression Analysis of Factors (Demographic Variables, Primary Location of PPE Usage, Pre-Existing Primary Headache Diagnosis, and PPE Usage) in Respondents With and Without De Novo PPE-Associated Headaches (n = 158)

| Demographic Variables | With De Novo PPE-Related Headaches N = 128 (%) | Without De Novo PPE-Related Headaches N = 30 (%) | OR (95% CI) | P-Value† |
|---|---|---|---|---|
| Gender, female | 92 (71.9) | 19 (63.3) | 1.14 (0.85-1.52) | .380 |
| Age (years) | | | | |
| 21-40 | 111 (86.7) | 27 (90.0) | 0.96 (0.84-1.11) | .770 |
| >40 | 17 (13.3) | 3 (10.0) | | |
| Ethnicity | | | | |
| Chinese | 72 (56.3) | 20 (66.7) | 0.84 (0.63-1.13) | .410 |
| Non-Chinese | 56 (43.8) | 10 (33.3) | | |
| Occupation | | | | |
| Doctors and nurses | 125 (97.7) | 28 (93.3) | 1.05 (0.95-1.16) | .241 |
| Paramedical staff | 3 (2.3) | 2 (6.7) | | |
| Underlying co-morbidities | 23 (18.0) | 3 (10.0) | 1.80 (0.57-5.60) | .414 |
| Originating department of healthcare workers | | | | |
| Emergency department | 51 (39.8) | 5 (16.7) | 2.39 (1.05-5.47) | .019* |
| Others: medicine, nursing, ICU | 77 (60.2) | 25 (83.3) | | |
| Pre-existing primary headache diagnosis | 43 (33.6) | 3 (10.0) | 3.44 (1.14-10.32) | .013* |
| Duration of N95 face mask wear per day | | | | |
| >4 hours | 115 (89.8) | 17 (56.7) | 1.59 (1.15-2.18) | <.001* |
| 1-4 hours | 13 (10.2) | 13 (43.3) | | |
| Frequency of N95 face mask wear per month | | | | |
| >15 days | 97 (75.8) | 17 (56.7) | 1.34 (0.96-1.86) | .043* |
| 3-15 days | 31 (24.2) | 13 (43.3) | | |
| Duration of protective eyewear use per day | | | | |
| >4 hours | 109 (85.2) | 16 (53.3) | 1.60 (1.13-2.25) | <.001* |
| 1-4 hours | 19 (14.8) | 14 (46.7) | | |
| Frequency of protective eyewear use per month | | | | |
| >15 days | 96 (75.0) | 15 (50.0) | 1.50 (1.03-2.18) | .013* |
| 3-15 days | 32 (25.0) | 15 (50.0) | | |
| Duration of combined N95 face mask and eyewear use per day | | | | |
| >4 hours | 109 (85.2) | 17 (56.7) | 1.50 (1.09-2.07) | .002* |
| 1-4 hours | 19 (14.8) | 13 (43.3) | | |
| Frequency of combined N95 face mask and eyewear use per month | | | | |
| >15 days | 94 (73.4) | 15 (50.0) | 1.47 (1.01-2.13) | .016* |
| 3-15 days | 34 (26.6) | 15 (50.0) | | |

*Statistically significant results.
†Chi-square analyses (statistically significant if $P < .05$).

Printed by [American Headache Society - 098.244.255.046 - /doi/epdf/10.1111/head.13811] at [09/08/2021].

**Table 6.—Multivariable Logistic Regression Analysis of Independent Factors and PPE Usage Patterns Associated With the Development of De Novo PPE-Associated Headaches (N = 158)†**

| Demographic Variables | Odds Ratio (95% Confidence Interval) | *P*-Value |
|---|---|---|
| Female gender | 0.88 (0.33-2.34) | .790 |
| Age (years) | | |
|   21-40 | 0.49 (0.11-2.12) | .337 |
|   >41 | | |
| Ethnicity | | |
|   Chinese | 0.69 (0.27-1.79) | .454 |
|   Others: Indian, Malay, Filipino, Caucasian, etc | | |
| Originating department of healthcare workers | | |
|   Emergency department | 2.60 (0.84-8.03) | .087 |
|   Others: medicine, nursing, ICU | | |
| Pre-existing primary headache diagnosis | 4.20 (1.48-15.40) | .030* |
| Duration of combined N95 face mask and eyewear use per day | | |
|   >4 hours | 3.91 (1.35-11.31) | .012* |
|   1-4 hours | | |

*Statistically significant results.

†Due to multi-collinearity of variables ("duration of combined N95 face-mask & eyewear use per day" and "duration of N95 face-mask use per day), they were analyzed in 2 separate models, including only one of these variables in each model.

**Table 7.—International Classification of Headache Disorders, 3rd Edition (ICHD-3) (2018) Criteria for External Compression Headache**

1. At least 2 episodes of headache fulfilling criteria 2-4
2. Brought on by and occurring within 1 hour during sustained external compression of the forehead or scalp
3. Maximal at the site of external compression
4. Resolving within 1 hour after external compression is relieved
5. Not better accounted for by another ICHD-3 diagnosis

and productivity. We hypothesize that the headache frequency, severity, use of analgesics, and work performance may worsen if the current COVID-19 outbreak is sustained for a longer time. Perhaps, shorter duty shifts and the resultant shorter duration of PPE use might be a better strategy to avoid the adverse impacts of PPE usage.

The pathogenesis of de novo PPE-associated headaches could possibly have several etiological considerations, which include mechanical factors, hypoxemia,



**Fig. 4.—Extent of change in the average number of headache days per month in those with a pre-existing headache diagnosis (a), and the perceived relationship of this change attributable to PPE use (b).**

Printed by [American Headache Society - 098.244.255.046 - /doi/epdf/10.1111/head.13811] at [09/08/2021].



Fig. 5.—Extent of change in average attack duration in those with a pre-existing headache disorder (a), and the perceived relationship of this change attributable to PPE use (b).

Printed by [American Headache Society - 098.244.255.046 - /doi/epdf/10.1111/head.13811] at [09/08/2021].

hypercarbia, or the associated stress.[17-21] The phenotypic findings from our study suggest an anatomic basis for the headache or facial pain from PPE usage (Figs. 1 and 3). Pressure or tractional forces from the mask and/or goggles together with the accompanying straps may lead to local tissue damage and exert an irritative effect on the underlying superficial sensory nerves (in particular trigeminal or occipital nerve branches) innervating the face, head, and cervical region (Fig. 6).[9] The cervical neck strain from donning the equipment could have led to the development of cervicogenic headache or tension-type headache (TTH)[22-24] The peripheral sensitisation may activate the trigeminocervical complex through nociceptive information transmitted via different branches of the trigeminal nerve through the trigeminal ganglia and brainstem to the higher cortical areas thereby triggering the headache attacks coronavirus disease 2019[25,26] Alternatively, a neuralgia with transient effects on the underlying superficial sensory nerves could have occurred, although other reasons were more likely as most respondents did not report characteristics suggestive of a neuropathic process.[27] These etiological reasons could perhaps explain why a large proportion of those with pre-existing primary headache disorders and concomitant de novo PPE-associated headaches reported an increase in the average number of headache days over a 30 day period,



Fig. 6.—Sensory innervation of the head. Auriculotemporal nerve (AT); deep branch of the supraorbital nerve (SON-D); greater occipital nerve (GON); infratrochlear nerve (ITN); lesser occipital nerve (LON); mandibular branch of the trigeminal nerve (V3); maxillary branch of the trigeminal nerve (V2); nasal nerve (NN); ophthalmic branch of the trigeminal nerve (V1); superficial branch of the supraorbital nerve (SON-S); supratrochlear nerve (STN); third occipital nerve (TON); zygomaticotemporal nerve (ZTN). [Color figure can be viewed at wileyonlinelibrary.com]

with the perception that this change was probably attributable to the PPE.

Depending on the subtype of PPE exposure, the majority of respondents with de novo PPE-associated headaches fulfilled the ICHD-3 criteria for external compression headache (ECH) (Table 7) coronavirus

disease 2019 [8] A lower proportion of participants in our study had a pre-existing primary headache disorder, and thus the fulfillment of the ICHD-3 criteria for ECH was predictable in those who developed de novo PPE-associated headaches. We observed that in some participants the "on-gear-to-start-of-headache" and "off-gear-to-end-of-headache" intervals exceeded the 60-minutes limit as stipulated in the criteria. Our study found that responders with a combined exposure to N95 face mask and protective eyewear use for >4 hours per day were predisposed to the development of such de novo headaches. The increased duration of PPE exposure among frontline healthcare workers during COVID-19 is brought about by necessity as mandated by infectious diseases protocols, which is a clear departure from prior usage patterns before the start of the pandemic. Despite any discomfort, our subjects may have had to endure varying degrees of pain during their working hours, without the option of frequent adjustments or removal. In contrast, prior reports of ECH attributed to exposure to swimming googles or head gear were often short-lived, limited to approximately an hour, with the duration perhaps dictated by when the gear was removed due to any discomfort experienced by the wearer.[9,11,13] Additionally, up to a quarter of subjects had associated migrainous symptomatology such as nausea/vomiting, photophobia, phonophobia and movement sensitivity. We propose that in predisposed patients, if the stimulus is prolonged, external compression may lead to a more severe migraine headache or even a full-blown migraine attack.[28] From a purely anatomic standpoint, the report locations where pain is experienced may be consistent with migraine or TTH (Figure 3). Perhaps, larger field studies are necessary to clarify the phenotypic variance of ECH.

Since the start of COVID-19 in Singapore, most respondents with a pre-existing primary headache disorder experienced an increase in headache frequency, mostly attributed to PPE exposure. Other factors such as sleep deprivation, physical and emotional stress, irregular meal times and inadequate hydration contributed to this phenomenon. Our findings are in keeping with multiple studies demonstrating that the triggers in migraine or TTH were often related to a change in internal and external homeostasis, underscoring the importance of addressing these factors in optimizing headache control.[26,29-31]

We recognize that conventional N95 face mask and protective eyewear fit tests consider only the overall fit factor and do not take into account the level of comfort or tolerability especially when used for prolonged periods of time.[32,33] Pain or discomfort is often experienced from tight-fitting PPE, especially after prolonged use. The current mask and protective eyewear designs rely on elastic head straps to ensure a tight-fit, often causing headache, facial pain, and/or ear lobe discomfort due to tractional and tensional forces to the head. In addition, the PPE leads to thermal discomfort, causing a build-up of moist warm air inside the mask and googles.[34] These factors may cause de novo PPE-associated headache as well as affect compliance, with important ramifications for occupation health, workplace safety and productivity, and ultimately job satisfaction among healthcare workers. Through novel engineering solutions, we envisage that the next generation protective face mask and eyewear will have an improved design with an emphasis on tolerability, and consequently less propensity for headaches.[35]

We acknowledge some limitations of our study. First, the sample size may be considered small. However, the restrictions imposed by infection control protocols during COVID-19 outbreak and barriers in approaching healthcare personnel working in the high-risk areas made it difficult to recruit a larger number of participants. Second, since the study was performed among frontline healthcare providers based in high-risk hospital areas, we could have missed on more predisposed personnel who had avoided or been excused from working in such areas. Third, other predisposing factors such as psychological stress and sleep disturbances that could have contributed to the development of de novo PPE-associated headaches were not assessed in this study. Similarly, other non-PPE-related factors such as ambient room temperature and humidity were not assessed and may have influenced the appeal and use of PPE. For example, healthcare workers based at the outdoor ED fever facility tentages in a tropical country like Singapore are often subject to hot and humid conditions and these unaccustomed environmental changes may trigger new onset headaches or exacerbate pre-existing headaches. Fourth, we used

Printed by [American Headache Society - 098.244.255.046 - /doi/epdf/10.1111/head.13811] at [09/08/2021].

a self-administered questionnaire, which could have been affected by the recall bias. However, as this study was conducted during the zenith of the COVID-19 outbreak in Singapore, the ongoing exposure to PPE would have reduced the effect of this bias. Fifth, our study did not assess the efficacy of the analgesics used for the treatment of de novo PPE-associated headaches. Lastly, the anthropometric factors (such as body mass index (BMI), facial morphology, contours, presence of facial hair) and the head and neck muscle tension due to the weight of mask and eyewear were not assessed.

## CONCLUSIONS

We present the prevalence and characteristics of de novo headaches and aggravated pre-existing headaches among frontline healthcare personnel working in high-risk areas of a tertiary institution during the current COVID-19 outbreak in Singapore. The magnitude of this condition is clinically significant and might worsen if the current outbreak spreads widely and stays for a longer time, affecting the work performance of healthcare workers. Perhaps, better strategies are needed for designing various personal protection equipment and reducing their exposure time by healthcare workers.

## STATEMENT OF AUTHORSHIP

### Category 1

#### (a) Conception and Design
Jonathan J.Y. Ong, Chandra Bharatendu, Vijay K. Sharma

#### (b) Acquisition of Data
Jonathan J.Y. Ong, Chandra Bharatendu, Jonathan Z.Y. Tang, Shi T. Ong, Kenneth W.X. Sooi, Yi Lin Tan, Yihui Goh, Benjamin Y.Q. Tan, Vijay K. Sharma

#### (c) Analysis and Interpretation of Data
Jonathan J.Y. Ong, Chandra Bharatendu, Jonathan Z.Y. Tang, Shi T. Ong, Yihui Goh, Benjamin Y.Q. Tan, Vijay K. Sharma

### Category 2

#### (a) Drafting the Manuscript
Jonathan J.Y. Ong, Chandra Bharatendu, Yihui Goh, Benjamin Y.Q. Tan, Vijay K. Sharma

#### (b) Revising It for Intellectual Content
Jonathan J.Y. Ong, Chandra Bharatendu, Yihui Goh, Jonathan Z.Y. Tang, Shi T. Ong, Kenneth W.X. Sooi, Yi Lin Tan, David M. Allen, Hock-Luen Teoh, Vijay K. Sharma

### Category 3

#### (a) Final Approval of the Completed Manuscript
Jonathan J.Y. Ong, Chandra Bharatendu, Yihui Goh, Jonathan Z.Y. Tang, Shi T. Ong, Kenneth W.X. Sooi, Yi Lin Tan, David M. Allen, Hock-Luen Teoh, Vijay K. Sharma

## REFERENCES

1. Huang C, Wang Y, Li X, et al. Clinical features of patients infected with 2019 novel coronavirus in Wuhan, China. *Lancet*. 2020;395:497-506.
2. Wu Z, McGoogan JM. Characteristics of and important lessons from the coronavirus disease 2019 (COVID-19) outbreak in China: Summary of a report of 72314 cases from the Chinese center for disease control and prevention. *JAMA*. 2020 [Epub ahead of print]. doi: 10.1001/jama.2020.2648.
3. Zhu N, Zhang D, Wang W, et al. A novel coronavirus from patients with pneumonia in China, 2019. *N Engl J Med*. 2020;382:727-733.
4. Ministry of Health Singapore. *Updates on COVID-19 (Coronavirus Disease 2019) Local Situation*; 2020. Available at: https://www.moh.gov.sg/covid-19. Accessed March 12, 2020.
5. Wong JEL, Leo YS, Tan CC. COVID-19 in Singapore-current experience: Critical global issues that require attention and action. *JAMA*. 2020. doi:10.1001/jama.2020.2467.
6. Young BE, Ong SWX, Kalimuddin S, et al. Epidemiologic features and clinical course of patients infected with SARS-CoV-2 in Singapore. *JAMA*. 2020. doi:10.1001/jama.2020.3204.
7. Rebmann TAS, Cain T, Citarella B, et al. *APIC Position Paper: Extending the Use and/or Reusing Respiratory Protection in Health Care Settings During Disasters*; 2009. Available at: http://www.apic.org/Resource_/TinyMceFileManager/Advocacy-PDFs/APIC_Position_Ext_the_Use_and_or_Reus_Resp_Prot_in_Hlthcare_Settings1209l.pdf. Accessed March 5, 2020.

Printed by [American Headache Society - 098.244.255.046 - /doi/epdf/10.1111/head.13811] at [09/08/2021].

8. Headache Classification Committee of the International Headache Society (IHS). The International Classification of Headache Disorders, 3rd edition. *Cephalalgia* 2018;38:1-211.

9. Krymchantowski AV. Headaches due to external compression. *Curr Pain Headache Rep*. 2010;14:321-324.

10. Rahmani Z, Kochanek A, Astrup JJ, et al. Helmet-induced headache among Danish military personnel. *Scand J Public Health*. 2017;45:818-823.

11. Jacobson RI. More "goggle headache": Supraorbital neuralgia. *N Engl J Med*. 1983;308:1363.

12. Pestronk A, Pestronk S. Goggle migraine. *N Engl J Med*. 1983;308:226-227.

13. O'Brien JC Jr. Swimmer's headache, or supraorbital neuralgia. *Proc (Bayl Univ Med Cent)*. 2004;17: 418-419.

14. Krymchantowski A, Barbosa JS, Cvaigman M, et al. Helmet-related, external compression headache among police officers in Rio de Janeiro. *MedGenMed*. 2004;6:45.

15. Khoo KL, Leng PH, Ibrahim IB, et al. The changing face of healthcare worker perceptions on powered air-purifying respirators during the SARS outbreak. *Respirology*. 2005;10:107-110.

16. Lim EC, Seet RC, Lee KH, et al. Headaches and the N95 face-mask amongst healthcare providers. *Acta Neurol Scand*. 2006;113:199-202.

17. Rebmann T, Carrico R, Wang J. Physiologic and other effects and compliance with long-term respirator use among medical intensive care unit nurses. *Am J Infect Control*. 2013;41:1218-1223.

18. Szeinuk J, Beckett WS, Clark N, Hailoo WL. Medical evaluation for respirator use. *Am J Ind Med*. 2000;37:142-157.

19. Radonovich LJ Jr, Cheng J, Shenal BV, et al. Respirator tolerance in health care workers. *JAMA*. 2009;301:36-38.

20. Shenal BV, Radonovich LJ Jr, Cheng J, et al. Discomfort and exertion associated with prolonged wear of respiratory protection in a health care setting. *J Occup Environ Hyg*. 2012;9:59-64.

21. Lance J, Goadsby PJ. Miscellaneous headaches unassociated with a structural lesion. In: Olesen J, Tfelt-Hansen P, Welch KM, eds. *The Headaches*. 2nd ed. Philadelphia, PA: Lippincott Williams & Wilkins; 2000:752-753.

22. Liang Z, Galea O, Thomas L, et al. Cervical musculoskeletal impairments in migraine and tension type headache: A systematic review and meta-analysis. *Musculoskelet Sci Pract*. 2019;42:67-83.

23. Fredriksen TA, Antonaci F, Sjaastad O. Cervicogenic headache: Too important to be left un-diagnosed. *J Headache Pain*. 2015;16:6.

24. Barmherzig R, Kingston W. Occipital neuralgia and cervicogenic headache: Diagnosis and management. *Curr Neurol Neurosci Rep*. 2019;19:20.

25. Goadsby PJ, Lipton RB, Ferrari MD. Migraine – Current understanding and treatment. *N Engl J Med*. 2002;346:257-270.

26. Goadsby PJ, Holland PR, Martins-Oliveira M, et al. Pathophysiology of migraine: A disorder of sensory processing. *Physiol Rev*. 2017;97:553-622.

27. Blake P, Burstein R. Emerging evidence of occipital nerve compression in unremitting head and neck pain. *J Headache Pain*. 2019;20:76.

28. Rasmussen BK, Olesen J. Symptomatic and nonsymptomatic headaches in a general population. *Neurology*. 1992;42:1225-1231.

29. Pellegrino ABW, Davis-Martin RE, Houle TT, et al. Perceived triggers of primary headache disorders: A meta-analysis. *Cephalalgia*. 2018;38:1188-1198.

30. Martin PR. Stress and primary headache: Review of the research and clinical management. *Curr Pain Headache Rep*. 2016;20:45.

31. Marmura MJ. Triggers, protectors, and predictors in episodic migraine. *Curr Pain Headache Rep*. 2018;22:81.

32. Or PP, Chung JW, Wong TK. A study of environmental factors affecting nurses' comfort and protection in wearing N95 respirators during bedside procedures. *J Clin Nurs*. 2018;27:e1477-e1484.

33. Li Y, Tokura H, Guo YP, et al. Effects of wearing N95 and surgical facemasks on heart rate, thermal stress and subjective sensations. *Int Arch Occup Environ Health*. 2005;78:501-509.

34. Locatelli SM, LaVela SL, Gosch M. Health care workers' reported discomfort while wearing filtering face-piece respirators. *Workplace Health Saf*. 2014;62:362-368.

35. Baig AS, Knapp C, Eagan AE, et al. Health care workers' views about respirator use and features that should be included in the next generation of respirators. *Am J Infect Control*. 2010;38:18-25.

## SUPPORTING INFORMATION

Additional supporting information may be found in the online version of this article at the publisher's web site.

Plaintiff's Exhibit 291

coronanews123.wordpress.com

# Health Authorities Silent on Damage to Lungs Caused by Graphene in Masks

15-18 minutes

---

**[Breaking Urgent Interview with Former Chief Science Officer and VP at Pfizer, on mRNA Injections: "Governments "Lying" Because "They're going to kill you and your family.""]**

As the US divides into two camps, those who trust that perhaps despite some normal corruption in government and business – when has been any different? – health authorities are looking out for the public's interests; and those who trust the hasty mRNA injections and Dr. Fauci about as far as they can throw them.

But on the side of those who have concluded that the government COVID response is more about breaking in populations to a future of total control, than health, the Quebec health authority has brought attention to severe lung damage which may be caused by the long-term use of some of the masks many Americans are wearing. No shrill health announcements to identify them and take them off your face and off the market immediately. As if Dr. Fauci and the health authorities just don't care.

The Quebec health department issued a ban on masks, sold widely around the world, which contain a material called graphene. Studies have shown these nano-materials can cause cellular lung damage, perhaps the most important organ to have healthy to do well against a bout of COVID. The brand withdrawn in Canada is from China, but the material they are made from is ubiquitous, and used by many different makers.

Hey wait, I thought this was all about our health.

The Canadian national news agency the CBC reported on March 26, 2021 in *"Potentially toxic masks distributed in schools and daycares in Quebec":*

**"One model of mask distributed to Quebec schools and daycares may be dangerous for the lungs as they could contain a potentially toxic material, according to a directive sent out by the provincial government on Friday…"**

**"Health Canada conducted a preliminary risk assessment which revealed a**

**potential for early lung damage associated with inhalation of microscopic graphene particles. Graphene…can be harmful to lungs when inhaled and can cause long-term health problems."**

Now, also in purported concern for health, they are giving experimental mRNA shots to children as young as six months. Fortunately, some doctors left on the planet who are still capable of moral outrage are filing a lawsuit demanding this crime against humanity be brought to a screeching halt.

COVID has about the same recovery rate as flu, 99.8%, versus 99.9% for flu. For children, there is essentially no chance of dying of COVID, according to the CDC, the same as with flu.



Above Source: KUSI San Diego

If an of-consenting-age adult wants to play Russian Roulette, you may disagree, but it is ultimately their business. But babies who can't talk?

A Moderna press release says coldly, clinically:

**"in children ages 6 months to less than 12 years… this pediatric study will *help us assess the potential safety* and immunogenicity of our COVID-19 vaccine candidate in this important younger age population."**

"Help us to **assess….the safety?**" You mean they don't know before they give the kid the shot?

Anyone with a shred of humanity left after this COVID fear-fest might be forgiven for a slight impulse to run for a restroom to vomit at the world we have arrived in, ushered in gently by Dr. Fauci and Vaccine King Bill Gates. But hey, anyone who hung out with Jeffrey Epstein many times, as Gates did, after Epstein was convicted of being a pedophile, doesn't really worry much over kids.

The NIH, Dr. Fauci's agency charged with protecting the public health, owns half of the

Moderna "vaccine" patent.

***Below: Lawyer Thomas Renz discusses why he and a group of lawyers have filed a temporary restraining order against experimental "vaccinations" of children. (*View on Bitchute*)***

It is not known how many of the graphene masks are already in circulation, storage, or use in the US and around the world. The US government, ever concerned for your and your children's health, is not bothering to find out either.

In fact, earlier this year Dr. Anthony Fauci famously doubled down on masks by recommending people wear double masks. *Never mind that graphene! Put on two!*

COVID is a disease which, in frail elderly and other vulnerable people, attacks the lungs. Lung health is a key factor to survival.

Fauci recently urged that 130,000 lives could be saved by everyone wearing masks. The study came out of the UW's Institute for Health Metrics and Evaluation, which is funded by the Bill and Melinda Gates Foundation. Are we starting to see a right hand and a left hand working together here?

**Below: Widely Available Models of Masks Containing Graphene, Screenshots from Amazon**



Vanecia Disposable 3-PLY
TopMasks with Biomass
Graphene (50 pcs)


*Screenshot, mask with graphene at Amazon*





V1 Graphene Face Mask –
Reusable and Washable. Includes
Replaceable Filter (1, Black)

★★☆☆☆ ⌄ 2

$24⁹⁸

FREE Shipping

*Screen shot, mask at Amazon*



Source

In a 2016 paper *"Toxicology of Graphene-Based Nanomaterials,"* researchers found:

**"…studies indicate that the toxicity of graphene is dependent on the complex interplay of several physiochemical properties such as shape, size, oxidative state, functional groups, dispersion state, synthesis methods, route and *dose of administration, and exposure times (emphasis added.)"***

In a 2013 Brown University reported in the article *"Jagged graphene can slice into cell membranes"*:

**"Researchers from Brown University have shown how tiny graphene microsheets — ultra-thin materials with a number of commercial applications — could be big trouble for human cells"**

In that study, the researchers said:

**"Schinwald et al. reported that graphene nanoplatelets induced granuloma formation and lung inflammation following pharyngeal aspiration in mice. .. Schinwald et al. provide evidence that graphene nanoplatelets are not readily cleared from the lungs and induce release of proinflammatory mediators from macrophages."**

In "Dose, time, and morphology dependent cytotoxicity," the authors described the effects of exposures measured in days, not months or years:

**"Vallabani et. al. investigated the toxicity of graphene oxide using normal human lung cells (BEAS-2B) after 24 and 48 hours of exposure at concentrations between 10–100 μg/ml."**



*From paper "Toxicology of Graphene-Based Nanomaterials," mouse lung, graphene "induces patchy fibrosis."* | Source

**Scientists Questioning Motives Behind Mass Experimental Injections Over 99.8% Survival Rate Virus**

COVID is now known have a recovery rate of 99.98% for under age 50, and 99.4% to 99.8% overall, similar to flu. Although it is frequently compared in the media to the Spanish Flu of 1918, in global deaths per capita it is nowhere near, and more similar to the 1957 and 1968 flu pandemics, which few in the general population even knew about and never prompted talk of masks or lockkdowns.

*Below click for larger image*

World Pandemic Deaths, per 100,000 in Population

3000                                          Data: Spanish Flu 50M, Asian

Plaintiff's Exhibit 292

cbc.ca

# Health Canada issues advisory for disposable masks with graphene | CBC News

*CBC News · Posted: Apr 03, 2021 12:46 PM AT | Last Updated: April 5*

2 minutes

New Brunswick

Health Canada is advising Canadians not to use disposable face masks that contain graphene.

**Masks with potentially toxic particles have been used in some schools, daycares**



Health Canada has issued an advisory for masks containing graphene. (Radio-Canada)

Health Canada is advising Canadians not to use disposable face masks

that contain graphene.

Health Canada issued the notice on Friday and said wearers could inhale graphene, a single layer of carbon atoms.

Masks containing the toxic particles may have been distributed in some health-care facilities.

The recall comes after the Quebec government warned against wearing those masks last week. They had previously been distributed in schools and daycares in that province.

- Potentially toxic masks distributed in schools and daycares in Quebec

CBC News has asked the New Brunswick government if the masks have been used in schools and is waiting to hear back.

Preliminary research with animals shows graphene has potential to cause lung toxicity, according to Health Canada. The potential risk with masks is unknown. The department has requested data from mask manufacturers and is investigating.

Manufacturers, distributors and sellers have been directed to stop selling the recalled masks.

People who have masks containing graphene should not wear them. Those who have used one should consult with a health care professional if issues develop, such as shortness of breath.

Plaintiffs' Exhibit 293

thehill.com

# There's one kind of mask that won't protect you from the delta variant

*By Christian Spencer | Aug. 6, 2021*

4-5 minutes

---

When it comes to wearing masks, cloth face coverings may not be the most effective tool in reducing the spread of the coronavirus and preventing infection, one expert says.

Michael Osterholm, director for the Center for Infectious Disease Research and Policy at the University of Minnesota, spoke to CNN on Monday and said that people should upgrade from cloth masks, bandanas and gators to more-effective N95 respirators.

Media regular Dr. Osterholm (@mtosterholm): "We need to talk about better masking. We need to talk about N-95 respirators, which would do a lot for both people who are not yet vaccinated or not previously infected" pic.twitter.com/xqgArTOGrt

— Tom Elliott (@tomselliott) August 2, 2021

**America is changing faster than ever! Add Changing America to your Facebook or Twitter feed to stay on top of the news.**

---

Face masks do not prevent the spreading as effectively as some like to believe, Osterhold said.

The Centers for Disease Control and Prevention (CDC) says cloth masks still offer some protection and their effectiveness depends on the type of fabric, number of layers and the fit of the mask. The CDC is continually studying these factors.

Studies have shown that multiple layers of cloth with higher thread counts are more effective than single layer cloths, in some cases filtering 50 percent of fine particles, according to the CDC. Overall, analysis has demonstrated that universal masking has led to a significant drop in new infections.

"We need to talk about better masking," Osterholm said. "We need to talk about N95 respirators, which would do a lot for both people who are not yet vaccinated or are not previously infected. Protecting them as well as keeping others who might become infected having been vaccinated from breathing out the virus."

The CDC classifies KN95 and N95 masks as those that are "designed and tested to ensure they perform at a consistent level to prevent the spread of COVID-19."

"You know I wish we could get rid of the term masking because, in fact, it implies that anything you put in front of your face works, and if I could just add a nuance to that which hopefully doesn't add more confusion is we know today that many of the face cloth coverings that people wear are not very effective in reducing any of the virus movement in or out," Osterholm said.

He then pointed out that people who wear cloth masks in the Northwest can still smell the wildfires.

"Either you're breathing out or you're breathing in and in fact if you're in the upper Midwest right now anybody who's wearing their face cloth covering can tell you they can smell all the smoke that we're still getting," he added.

Similarly, Scott Gottlieb, former Food & Drug Administration (FDA) commissioner, said in July that the right quality mask was necessary to protect against a strain as contagious as the delta variant.

"It's not more airborne, and it's not more likely to be permeable to a mask. So a mask can still be helpful," Gottlieb told host John Dickerson. "I think, though, if you're going to consider wearing a mask, the quality of the mask does matter. So if you can get your hands on a KN95 mask or an N95 mask, that's going to afford you a lot more protection."

---

**READ MORE STORIES FROM CHANGING AMERICA**

**THE SIGNS YOU HAVE THE DELTA VARIANT ARE DIFFERENT THAN ORIGINAL COVID-19**

**EVIDENCE MOUNTS THAT DELTA VARIANT IS DANGEROUS FOR KIDS**

**NEW POLL DISCOVERS WHO AMERICANS BLAME FOR CURRENT COVID-19 SURGE**

**TRUMP SLAMMED BY HIS OWN FORMER HHS SECRETARY OVER PRIVATE VACCINATION**

**'THE WAR HAS CHANGED': CDC DOCUMENT WARNS DELTA VARIANT MORE SEVERE THAN PREVIOUSLY THOUGHT**

**WHAT YOU NEED TO KNOW ABOUT THE LAMBDA CORONAVIRUS VARIANT**

**SOME AMERICANS ARE GETTING VACCINATED SECRETLY BECAUSE THEY FEAR BACKLASH**

Plaintiffs' Exhibit 294

maciverinstitute.com

# How Effective Are Masks In Stopping The Spread Of COVID-19?

*MacIverNews View More Posts*

22-28 minutes



**The MacIver Institute examines the data and studies on the effectiveness of a mask stopping the spread of COVID-19**

**Review finds clear flaws and limitations in studies that are propped up by mainstream media to support mask mandates**

**Mixed conclusions on asymptomatic spread**

Aug. 14, 2020

The push to require the wearing of masks to fight the spread of COVID-19 has taken on a greater urgency lately, with many state and local governments passing emergency orders to mandate the public wear a mask while in an enclosed space or Orwellianly defined indoor-outdoors in some municipalities.

Proponents of mask mandates, including major media outlets like PolitiFact, say the science is settled. They point to supposedly ironclad research that shows masks are incredibly effective in stopping the spread of germs from person to person and are necessary to win the battle against COVID-19. Many in the mainstream media have refused to ask basic questions about and challenge

whether the research actually *proves* masks are an effective tool in the fight against COVID-19.

Where others say the science is settled, our analysis shows that is not the case. We break down the most widely referenced studies on masking policies so you can see for yourself what the data really says. We should also point out that it is unscientific to claim that the science is settled. Science is always a work-in-progress and we should never make the false claim that a scientific theory is settled as fact.

In reality, coronavirus studies have yet to mature to a point of giving prevailing evidence in favor of universal masking policies.

## Studies Often Referenced On Masks And Mask Mandates

### 1. University of California – San Francisco: A Literature Review

A study out of the University of California-San Francisco(UCSF) made the case that wearing a mask will reduce severe cases of the coronavirus because masks will only let a little bit of the virus into the body and only cause a mild infection. They support their hypothesis by postulating that masks do not prevent all virus particles from entering or escaping the mask.

This study did not include any original research. It was a literature review that examined various anecdotes, including virus mitigation practices used by people on cruise ships, in a pediatric dialysis wing in an Indiana hospital, at food processing plants, and among Swiss soldiers. We should point out that anecdotal investigations are not evidence bearing. They indicate a possible direction for drawing conclusions, but they are by no means factual.

The Swiss example held the most promise. One group of soldiers instituted virus mitigation policies while another group acted as normal. The group that employed these mitigation policies saw no infections, while the group without the policies saw a 30% COVID-19 infection rate. The UCSF study used these anecdotes to conclude that universal masking absolutely causes future infections to be less severe.

The UCSF study ignored the impact of other mitigation practices that were implemented concurrently with facemasks, such as hand washing, social distancing, properly covering coughs and sneezes, and others. We are curious why researchers would disregard the impact of those other measures and not factor in the possibility that the other measures could have had an impact on the results. It is a stretch for the authors to conclude that mask wearing was the single most important factor that mitigated against more severe cases of COVID-19.

### 2. Health Affairs: Public Policy Assumptions

Another study from Health Affairs, referenced by the Journal Sentinel, suggests that mask mandates alone curbed the spread of the coronavirus in 15 states and Washington DC. The authors say that they measured how fast the virus spread in each state and how the spread declined up to 21 days after each state instituted their own mask mandates.

The authors report that the daily rate of the spread declined by up to 2% 21+ days after the mandates were in effect. They don't say what the rate of spread was *before* the mandates were passed.

The study also does not consider other variables at play, like continuously changing social patterns

during the study period. All that is clear from this study is that "the suggested benefits from mandating face mask use are not substitutes for other social distancing measures; the effects are conditional on the other enacted social distancing measures and how communities are complying with them."

Even that last statement is problematic. In a dynamic social system like one would find in any city or community, it is impossible to state that a single factor is the cause for a given outcome. In order to suggest that, you would have to use a control group comparison and none of that was done in the study.

### 3. CDC: According To My Hairdresser…



A study by the CDC points to a case in a Missouri hair salon as more proof for the effectiveness of mask mandates.

Back in May, two hairdressers had COVID-19 and kept seeing customers for over a week after their symptoms began. They wore masks while they worked, the majority of their clients wore masks during their haircuts, and none of the clients became sick after exposure.

There were at least 4 other factors that could have mitigated the spread of the disease. For example: customer's hand washing and general hygiene habits and the stylists working behind the client (not in front of them) could have mitigated spread.

The study says that "no studies have examined SARS-CoV-2 transmission directly." But, "in countries that did not recommend face masks and respirators, the per-capita coronavirus-related mortality increased each week by 54.3% after the index case, compared with 8.0% in those countries with masking policies." Here is another place where the study does not acknowledge the effect of additional protective measures, like distancing, on the spread of the virus.

### 4. CDC: Singling Out Masks At A Massachusetts' Hospital

At the Mass General Brigham hospital system in Massachusetts, another study was conducted before and after a system-wide mask policy was issued. Before requiring masks, the rate of infection among the hospital system's employees reached 21%. Two weeks later, the rate of positive tests among employees dropped from 13.65% to 11.46%.

It is curious that the rate of infection dropped from 21% to 13.65% *before* the effect of a mask mandate could be seen. Despite the preemptive decline, the study authors concluded that "these results support universal masking as part of a multipronged infection reduction strategy in health care settings." The study only recommends this for healthcare settings, and their investigation does not take the effects of the other parts of their mitigation strategy, like testing and quarantine, into account.

### 5. New England Journal of Medicine: False Comparisons

PolitiFact referenced a study from the New England Journal of Medicine that did an experiment on droplets when speaking. Using a green laser to measure droplets spat out by a speaker, the study showed a lot of droplets released when someone speaks, especially at louder volumes and when they make certain sounds with their mouths. The study showed almost no visible droplets when the speaking person covered their face with a damp washcloth. The problem with this study is obvious: a damp washcloth is not the same as the kind of face masks people are wearing now. There's no comparison. Furthermore, unless the viral load of the droplets is measured, there is no way to conclude that droplets from the mouth were causing the spread of a virus.

### 6. Gov. Evers: N95 Respirators And Cloth Masks Are The Same Thing, Right?

Gov. Evers directly referenced statistics from two studies in his emergency mask mandate order. One part of the order reads that, "Published scientific research has shown that the probability of transmission during exposure between a person infected with COVID-19 to an uninfected person is 17.4 percent if face coverings are not worn, and 3.1 percent if face coverings are worn."

This statistic comes from a review published in The Lancet journal in May 2020. The review analyzed 164 studies on the spread of respiratory viruses, including COVID-19, and how the spread is impacted by masks, eye coverings, and social distancing. It concluded that at least 3 feet of social distancing, and up to 6.5 feet, is the most important factor to stopping the spread, not masks. Their data suggests that masks do help mitigate spread. However, the mitigation was more closely associated with N95 respirators than with typical cloth masks. "Nevertheless, given the limitations of the data, we did not rate the certainty of effect modification as high." This is supposition, not confirmation.

### 7. WHO: There Is No Direct Evidence

Finally, the World Health Organization (WHO) reviewed multiple studies on the effectiveness of masking in their June 5, 2020 guidance document. Their review noted that "There are currently no studies that have evaluated the effectiveness and potential adverse effects of universal or targeted continuous mask use by health workers in preventing transmission of SARS-CoV-2." The report also mentioned some previous studies on how masks may have slowed the spread of the flu in college settings, but those studies "showed no impact on risk of laboratory-confirmed influenza."

The WHO review says "At present, there is no direct evidence (from studies on COVID- 19 and in healthy people in the community) on the effectiveness of universal masking of healthy people in the community to prevent infection with respiratory viruses, including COVID-19."

The WHO does, however, have information in their document on how well non-medical masks work to filter out virus particles. The WHO writes that most homemade cloth face masks, depending on the material, can filter out between 0.7% and 60% of particles. A single layer of a cotton handkerchief

filters out only 1.1 percent of particles, according to the document. If the handkerchief is layered 4 times, it can filter out only 13% of particles. A single layer of a knit cotton sweater can filter out 26% of particles.

Homemade masks filter out more particles the more layers of fabric are used in the mask. However, the guidance document says with each layer it gets harder to breathe with a homemade mask.

Because non-medical masks filter out less particles and are less breathable than a medical-grade mask, the WHO says only people who are infected should be recommended to wear a non-medical mask to keep the virus to themselves. Homemade masks could be used by the general public, the WHO says, in crowded public places, but "should always be accompanied by frequent hand hygiene and physical distancing."

**Table 3. Non-medical mask filtration efficiency, pressure drop and filter quality factor\***

| Material | Source | Structure | Initial Filtration Efficiency (%) | Initial Pressure drop (Pa) | Filter quality factor, Q ** (kPa⁻¹) |
|---|---|---|---|---|---|
| Polypropylene | Interfacing material, purchased as-is | Spunbond (Nonwoven) | 6 | 1.6 | 16.9 |
| Cotton 1 | Clothing (T-shirt) | Woven | 5 | 4.5 | 5.4 |
| Cotton 2 | Clothing (T-shirt) | Knit | 21 | 14.5 | 7.4 |
| Cotton 3 | Clothing (Sweater) | Knit | 26 | 17 | 7.6 |
| Polyester | Clothing (Toddler wrap) | Knit | 17 | 12.3 | 6.8 |
| Cellulose | Tissue paper | Bonded | 20 | 19 | 5.1 |
| Cellulose | Paper towel | Bonded | 10 | 11 | 4.3 |
| Silk | Napkin | Woven | 4 | 7.3 | 2.8 |
| Cotton, gauze | N/A | Woven | 0.7 | 6.5 | 0.47 |
| Cotton, handkerchief | N/A | Woven | 1.1 | 9.8 | 0.48 |
| Nylon | Clothing (Exercise pants) | Woven | 23 | 244 | 0.4 |

\* This table refers only to materials reported in experimental peer-reviewed studies. The filtration efficiency, pressure drop and Q factor are dependent on flow rate. ** According to expert consensus, three (3) is the minimum Q factor recommended.

The authors give a table for when mandatory masking policies should be issued. They say the choice to mask an entire population is dependent on "the local context, culture, availability of masks, resources required, and preferences of the population," but not dependent on the effectiveness of masks.

### Studies On Asymptomatic Spread – Do Masks Stop The Spread Of The Virus By Asymptomatic People?

Where the science on masking healthy people is uncertain, scientists and public officials say mask mandates must be issued, regardless of the fact that there is no scientific study that definitively proves the effectiveness, in order to stop the spread of the coronavirus by asymptomatic and pre-symptomatic people.

Asymptomatic people are those who are infected with the virus without ever showing symptoms of the virus. Pre-symptomatic people are infected with the virus and have not shown symptoms yet, but do show symptoms of the virus later.

Some scientists are urging mask mandates, while at the same time admitting that the jury is out on how many people are asymptomatic, or infected without symptoms, and how much COVID-19 is spread by asymptomatic people. But that begs the question: How can we say that masks will stop the

spread by asymptomatic people if we do not know how many people are asymptomatic in the first place? It also does not answer the question of: can masks do harm to the people who are wearing them? The statements supporting mask mandates all assume no negative side-effects *from* mask wearing. The logic here is inescapable: if wearing a mask can mitigate harm, it can also cause harm. Can we quantize the level of harm that wearing masks will cause? Where are the studies researching this?

### 1. CDC: Best Guesstimate

A popularly referenced CDC piece analyzes multiple studies on asymptomatic spread and concludes that 40% of COVID-19 infections are asymptomatic. The CDC calls this their "best estimate" because there are more ways to estimate asymptomatic spread than that.

According to the review, anywhere from 10% to 70% of COVID-19 cases could be asymptomatic. The CDC's best guess is that asymptomatic COVID-19 cases spread the virus at 75% the rate that symptomatic infected people do. Estimates on rate of asymptomatic spread range from 25% to 100% the same rate as symptomatic infections. The authors also estimate that, among all infected people, 50% were infected by somebody who did not have symptoms at the time. That estimate ranges from 35% to 70%. If the brakes on your car worked 35 to 70% of the time, would you trust their reliability?

Ultimately, the CDC analysis concludes that:

- "The percent of cases that are asymptomatic, i.e. never experience symptoms, remains uncertain."

- "The relative infectiousness of asymptomatic cases to symptomatic cases remains **highly** uncertain as asymptomatic cases are difficult to identify and transmission is difficult to observe and quantify. The estimates for relative infectiousness are assumptions"

- "The current best estimate is an **assumption**."

### 2. WHO: Best Guesstimate

We referenced a study review earlier <u>by the WHO</u> from June 5, 2020. That review also gave a wide range of estimates for how common asymptomatic infection and spread is. The authors found one review where asymptomatic cases accounted for 6-41% of all COVID-19 cases analyzed. The WHO review mentions another study that found, out of 63 people with asymptomatic cases of COVID-19, 14% of them passed the virus to someone else.

WHO's analysis says that studies and data are very limited on COVID-19, and the studies that do exist suffer from flaws like limited sample sizes of patients and poor reporting of symptoms monitored during the studies.

The authors conclude that, out of the limited studies and evidence worldwide, the data "suggests that asymptomatically-infected individuals are much less likely to transmit the virus than those who develop symptoms."

That throws a wrench in the argument that asymptomatic spread is so dangerous, everybody in a population needs to wear a mask to stop the spread.

### 3. Heritage Foundation: Mixed Case Study Messages

Peter Brookes of the Heritage Foundation comes to a <u>similar conclusion on the effectiveness of</u>

masks for asymptomatic spread. He mentions three case studies, one of them taking place on the Diamond Princess cruise ship. Among cruise ship passengers who tested positive for the coronavirus, 18% had no symptoms. Brookes mentions another case among Japanese evacuees from Wuhan, China at the beginning of the COVID-19 outbreak. 31% of those evacuees who tested positive for the virus had no symptoms of infection. The author then talks about a third instance in Iceland, where the country had tested 5% of their population at the time. Iceland then had reported 50% of their positive diagnoses showed no COVID-19 symptoms.

### Things To Think About When Determining If A Study Is Accurate And Definitive

Studies like the ones above have been highlighted as sound guidance for penning public policy on community masking. However, each of these publications suffer from flaws, assumptions, and limitations. Below are a few of the most common issues we observed in our review. Issues like the ones below should be considered to decide for yourself if a masking or COVID-19 study is accurate and complete:

- COVID-19 is a new virus and, unsurprisingly, there are few studies that have been completed on the virus at this time.

- Many new studies make hypotheses about how to treat COVID-19 based on existing data on SARS, MERS, and the flu. Applying data on SARS, MERS, and the flu to COVID-19 may not be effective or relevant.

- None of the studies here investigate how age may determine the effectiveness of masks or the prevalence of asymptomatic infection. MacIver has found that the age question is crucial to understanding the spread of the virus. It is, therefore, irresponsible to exclude questions about age from these studies. It is also clear from mask mandates around the US that the age at which masks are required range from 3 to 11. It is clear from this that there is no evidence to support which age would be the *right age*.

- Many studies conclude that masks are the X-factor for reducing virus transmission. Authors reach this conclusion, however, by ignoring the effects of other mitigation strategies – hand washing, sanitizing surfaces, physical distancing, properly coughing and sneezing into your elbow, etc. These measures reduce COVID-19 transmission and may very well be more important and effective in the stopping of the spread of the virus. They also completely ignore the fact that regardless of mask wearing, a certain percentage of people within a population will still get the virus. There have been no credible studies nor claims that pretend a given number of people will contract COVID-19.

- Many studies are very limited by the number of people in their study group. If a study looks at COVID-19 infections in 100 people, it is impossibly hard to take conclusions from the study and apply them to a population of millions of people. This is the antithesis of proper scientific research.

- The evidence that studies presented does not support the authors' premises that mask mandates will and must protect an entire population. Their studies also don't prove definitively how often COVID-19 is spread asymptomatically, which defeats the argument that masks should be required to stop the asymptomatic spread of COVID-19.

- Many studies assume that asymptomatic cases are just as dangerous as symptomatic cases, so masks need to be used to prevent both. The limited data does not support this idea.

**They Said At First No Need To Wear A Mask, Now Everyone Must**

In addition to the non-conclusive studies on the effectiveness of masks and asymptomatic spread, early health experts actually discouraged the public from wearing masks.

The US Surgeon General, the CDC, and Dr. Anthony Faucci advised from the beginning that the sick and the medical community will benefit from wearing masks, not the general public.

At the end of February, Surgeon General Jerome Adams was tweeting that masks "are NOT effective in preventing general public from catching #Coronavirus, but if healthcare providers can't get them to care for sick patients, it puts them and our communities at risk!"

Seriously people- STOP BUYING MASKS!

They are NOT effective in preventing general public from catching #Coronavirus, but if healthcare providers can't get them to care for sick patients, it puts them and our communities at risk! https://t.co/UxZRwxxKL9

— U.S. Surgeon General (@Surgeon_General) February 29, 2020

In a 60 Minutes interview in March, Dr. Faucci said wearing a face mask should be reserved for "healthcare providers needing them, and people who are ill."

"There's no reason to be walking around with a mask. When you're in the middle of an outbreak, wearing a mask might make people feel a little bit better, and it might even block a droplet, but it's not providing the perfect protection that people think that it is," Faucci said.



## Wear a facemask if you are sick

- **If you are sick:** You should wear a facemask when you are around other people (e.g., sharing a room or vehicle) and before you enter a healthcare provider's office. If you are not able to wear a facemask (for example, because it causes trouble breathing), then you should do your best to cover your coughs and sneezes, and people who are caring for you should wear a facemask if they enter your room. Learn what to do if you are sick.

- **If you are NOT sick:** You do not need to wear a facemask unless you are caring for someone who is sick (and they are not able to wear a facemask). Facemasks may be in short supply and they should be saved for caregivers.

CDC guidance from late March

Their guidance rapidly changed in early April to recommending masks for the general public.

"The CDC, the World Health Organization, my office, and most public health and health organizations and professionals originally recommended against the general public wearing masks, because based on the best evidence available at the time, it was not deemed that that would have a significant impact on whether or not a healthy person wearing a mask would contract COVID-19," said Surgeon

General Adams at a White House press conference on April 3.

Adams explained that new evidence about asymptomatic spread of the virus had led the COVID-19 task force and the CDC to recommend "wearing cloth face coverings in public settings where other social distancing measures are difficult to maintain. These include places like grocery stores and pharmacies.  We especially recommend this in areas of significant community-based transmission.  It is critical."

Dr. Faucci talked about his changed position with Bloomberg News' David Westin on August 5. Along with hand washing, social distancing, and staying away from crowded places like bars, Faucci says it's fundamentally important to control the spread of COVID-19 by "wearing masks universally, indoor and outdoor."

"For me as a public health official, obviously I would like the consideration that everybody wears a mask," he said to David Westin. But he also acknowledged the pushback by people at the state level against mask mandates. So instead, Faucci says, "If we uniformly and consistently give the message that it is extremely important to wear a mask, that could be as good as a mandate."

The CDC has since changed their message as well. Their website now says that "Everyone should wear a cloth face cover in public settings" because "You could spread COVID-19 to others even if you don't feel sick."

 ## Cover your mouth and nose with a cloth face cover when around others

- You could spread COVID-19 to others even if you do not feel sick.
- The cloth face cover is meant to protect other people in case you are infected.
- Everyone should wear a cloth face cover in public settings and when around people who don't live in your household, especially when other social distancing measures are difficult to maintain.
  - Cloth face coverings should not be placed on young children under age 2, anyone who has trouble breathing, or is unconscious, incapacitated or otherwise unable to remove the mask without assistance.
- Do NOT use a facemask meant for a healthcare worker. Currently, surgical masks and N95 respirators are critical supplies that should be reserved for healthcare workers and other first responders.
- Continue to keep about 6 feet between yourself and others. The cloth face cover is not a substitute for social distancing.

Current CDC guidance on face masks

National guidance continues to recommend face masks for the sick.

"We have always recommended that symptomatic people wear a mask, because if you're coughing, if you have a fever, if you're symptomatic, you could transmit disease to other people," the Surgeon General said in April.

All sources stressed that masks are not meant to substitute physical distancing and other hygienic practices.

**Media Narrative Does Not Match The Data**

These studies show that masks, social distancing, and eye protection do have some effect on the spread of COVID-19. N95 masks and social distancing appear to be the biggest deterrents to virus transmission.

The studies here also make clear that the science is not clear at all, but you would not know that from reading the media description of the studies. The research hasn't figured out yet how much virus transmission is stopped by wearing a mask, and still hasn't determined how many COVID-19 infections come from the asymptomatic cases that mask proponents say they're targeting.

The current body of research is flawed, vague, and incomplete at best.

Still, scientists, public officials, and pundits recommend or strongly urge mask mandates on a massive scale.

A July 14 editorial by three CDC physicians in the Journal of the American Medical Association (JAMA) sums up this logic nicely: "In the absence of such data, it has been persuasively argued the precautionary principle be applied to promote community masking because there is little to lose and potentially much to be gained."

What mainstream media and well-known medical officials seem to miss is that a "precautionary principle" is not the same as science. In fact, the science we see here gives us no concrete answers yet. Lacking evidence cannot be an excuse for leadership to lie and compel private citizens to all wear masks.

The media narrative continues on saying masks do work, mandating masks will work, and mask orders are the *only* way to stop the further spread of the coronavirus. Based on the studies reviewed here, that conclusion doesn't follow the science.

**Not Seeing Your Favorite Mask Study Here?**

If there's another study being cited in the face mask public policy debate you'd like us to investigate, email us at info@maciverinstitute.com

Plaintiffs' Exhibit 295

health.clevelandclinic.org

# How to Overcome Mask Anxiety

*fenneld*

9-2-20

4-5 minutes

So far, face mask conversations seem to go one of two ways — a debate about why people will wear one or a debate about why they won't wear one. But in the middle of the polarization, there's another stance that we might not be taking into consideration. Some people might want to wear masks to help stop the spread of COVID-19, however, the thought of actually doing it can cause a great deal of stress or even panic. This is known as mask anxiety.

Cleveland Clinic is a non-profit academic medical center. Advertising on our site helps support our mission. We do not endorse non-Cleveland Clinic products or services. Policy

Mask anxiety is a very real thing for people who have anxiety disorders or a history of claustrophobia. Psychiatrist Brian Barnett, MD, says the symptoms can manifest psychologically or physically.

"While some people with mask anxiety may experience only psychological manifestations, others may have symptoms such as rapid heart rate, shortness of breath, chest tightness, sweats and dizziness," says Dr. Barnett. But for those who've never felt these sensations before, he adds that it can be overwhelming and difficult to understand that the symptoms they're experiencing are actually related to anxiety.

**Can you work through your mask anxiety?**

While it might take help from a professional, Dr. Barnett says that it is possible to overcome mask anxiety. It can be done with the assistance of medication, therapy or a mindset change.

"Mask anxiety, like most forms of anxiety, can be overcome either through self-directed interventions or by seeking professional help through cognitive behavioral therapy or anti-anxiety medications," says Dr. Barnett.

Here, he shares a few things that you can do at home to help make the process less stressful.

Plaintiffs' Exhibit 296

aa.com.tr

# Improper use of medical masks can cause infections

4-5 minutes          3-15-20

**ANKARA**

As mask consumption around the globe grows amid the coronavirus outbreak, ==doctors in Turkey are warning against their misuse as the devices can cause infections.==

Gulay Kilic, an infectious disease doctor, said despite warnings, the N95 masks are used incorrectly, supplies are low and there are not enough masks for health care personnel who need them.



==It is very difficult to use the masks because once they become sweaty, in a short time it can cause infections, Kilic said,== and noted only patients with weakness and fatigue should wear masks.

Dr. Alpay Azap, a member of the Health Ministry's Coronavirus Scientific Advisory Board,

said doctors suggest the use of the masks if one's immune system is low or is in an at-risk group for the outbreak, that is, if one is elderly or has heart and lung diseases.



Azap said people use the N95 masks because they think it "protects better," however, the masks are used in very special cases by the health personnel.

"We use it only in intensive care while caring for these patients; it is unnecessary for the citizen to use it under any circumstances.

"In order to use those special masks the medical staff are trained and educated, so it is important that the masks are worn properly," Azap said. "I see people wearing the N95 in planes and airports and I have never seen a single person wearing it right!"

Azap said due to the lack of masks, they are often reused for a few days and in some cases washed and worn again, which is the biggest invitation for infections.

**'It is not certain that virus will end with warmer weather'**

Kilic said there was a perception that the virus will end when the weather gets warmer but that is not completely true.

"Previously we had also seen influenza, MERS and SARS and in the era of easy transportation, we always expect such diseases.

"In every three-to-five years it will make a peak, the viruses will mutate and infection in the remotest part of the world will surely reach us," she said.

She added that mobile phones should also be kept very clean because viruses can stick

to them from six hours up to two days and once touched with dirty hands it could turn into a vicious circle.

Azap points out that cleaning phones a couple of times daily would be enough and to avoid contact with the face, headphones could be used.

"The amount of the virus is also important in this case because there is a really less possibility of getting ill by just one virus the amount of virus that needs to make somebody infected has to be more than that.

"There is no such data that shows us that cell phones are one of the sources of this epidemic, so there is no need to worry about it," he said.

**The recovery process of COVID-19**

Recovery from the virus is not that easy, Kilic said. 80% of young people improve from the virus easily; 10 - 15% feel like it is the flu and 5% have to be taken to intensive care units.

Azap says smokers are among the highest risk group.

He said 15% of patients recover with oxygen support, but there is still no cure and emphasized people recover from viruses on their own just like with a cold or the flu.

After emerging in Wuhan, China last December, the virus known as COVID-19, has spread to at least 141 countries and territories.

The global death toll from the virus has surpassed 5,700, with more than 152,000 cases confirmed worldwide, according to the World Health Organization.

Anadolu Agency website contains only a portion of the news stories offered to subscribers in the AA News Broadcasting System (HAS), and in summarized form. **Please contact us for subscription options.**

Plaintiffs' Exhibit 297

# IPBES WORKSHOP ON BIODIVERSITY AND PANDEMICS

## WORKSHOP REPORT

Intergovernmental Science-Policy Platform
on Biodiversity and Ecosystem Services



# PREAMBLE

The IPBES Bureau and Multidisciplinary Expert Panel, in the context of the extraordinary situation caused by the COVID-19 pandemic, and considering the role that IPBES can play in strengthening the knowledge base on biodiversity, decided that IPBES would organize a "Platform workshop" on biodiversity and pandemics, in accordance with the procedures for the preparation of IPBES deliverables, in particular decision IPBES-3/3, annex I, section 6.1. on the organization of Platform workshops.

This workshop, held virtually on 27-31 July 2020, provided an opportunity to review the scientific evidence on the origin, emergence and impact of COVID-19 and other pandemics, as well as on options for controlling and preventing pandemics, with the goal to provide immediate information, as well as enhance the information IPBES can provide to its users and stakeholders in its ongoing and future assessments.

This workshop report supports IPBES Plenary-approved activities, and is considered supporting material to authors in the preparation of ongoing or future IPBES assessments, and, in particular, in the preparation of the scoping report for a future thematic assessment of the interlinkages among biodiversity, water, food and health (decision IPBES-7/1, II).

The workshop brought together 22 experts from all regions of the world, to discuss 1) how pandemics emerge from the microbial diversity found in nature; 2) the role of land-use change and climate change in driving pandemics; 3) the role of wildlife trade in driving pandemics; 4) learning from nature to better control pandemics; and 5) preventing pandemics based on a "One Health" approach.

The workshop participants selected by the IPBES Multidisciplinary Expert Panel included 17 experts nominated by Governments and organizations following a call for nominations and 5 experts from the ongoing IPBES assessment of the sustainable use of wild species, the assessment on values and the assessment of invasive alien species, as well as experts assisting with the scoping of the IPBES nexus assessment and transformative change assessments. In addition, resource persons from the Intergovernmental Panel on Climate Change (IPCC), the Secretariat of the Convention on Biological Diversity (CBD), the Secretariat of the Convention on International Trade in Endangered Species of Wild Fauna and Flora (CITES), the United Nations Convention to Combat Desertification (UNCCD) and the World Health Organization (WHO) attended the workshop.

This workshop report has been prepared by all workshop participants and been subjected to several rounds of internal review and revisions and one external peer review process.

Technical support to the workshop has been provided by the IPBES secretariat.

IPBES thanks the Government of Germany for the provision of financial support for the organization of the workshop and production of the report.

# EXECUTIVE SUMMARY

Pandemics represent an existential threat to the health and welfare of people across our planet. The scientific evidence reviewed in this report demonstrates that pandemics are becoming more frequent, driven by a continued rise in the underlying emerging disease events that spark them. Without preventative strategies, pandemics will emerge more often, spread more rapidly, kill more people, and affect the global economy with more devastating impact than ever before. Current pandemic strategies rely on responding to diseases after their emergence with public health measures and technological solutions, in particular the rapid design and distribution of new vaccines and therapeutics. However, COVID-19 demonstrates that this is a slow and uncertain path, and as the global population waits for vaccines to become available, the human costs are mounting, in lives lost, sickness endured, economic collapse, and lost livelihoods.

Pandemics have their origins in diverse microbes carried by animal reservoirs, but their emergence is entirely driven by human activities. The underlying causes of pandemics are the same global environmental changes that drive biodiversity loss and climate change. These include land-use change, agricultural expansion and intensification, and wildlife trade and consumption. These drivers of change bring wildlife, livestock, and people into closer contact, allowing animal microbes to move into people and lead to infections, sometimes outbreaks, and more rarely into true pandemics that spread through road networks, urban centres and global travel and trade routes. The recent exponential rise in consumption and trade, driven by demand in developed countries and emerging economies, as well as by demographic pressure, has led to a series of emerging diseases that originate mainly in biodiverse developing countries, driven by global consumption patterns.

Pandemics such as COVID-19 underscore both the interconnectedness of the world community and the rising threat posed by global inequality to the health, wellbeing and security of all people. Mortality and morbidity due to COVID-19 may ultimately be higher in developing countries, due to economic constraints affecting healthcare access. However, large-scale pandemics can also drastically affect developed countries that depend on globalized economies, as COVID-19's impact on the United States of America and many European countries is currently demonstrating.

## Pandemics emerge from the microbial diversity found in nature

- The majority (70%) of emerging diseases (e.g. Ebola, Zika, Nipah encephalitis), and almost all known pandemics (e.g. influenza, HIV/AIDS, COVID-19), are zoonoses – i.e. are caused by microbes of animal origin. These microbes 'spill over' due to contact among wildlife, livestock, and people.

- An estimated 1.7 million currently undiscovered viruses are thought to exist in mammal and avian hosts. Of these, 631,000–827,000 could have the ability to infect humans.

- The most important reservoirs of pathogens with pandemic potential are mammals (in particular bats, rodents, primates) and some birds (in particular water birds), as well as livestock (e.g. pigs, camels, poultry).

## Human ecological disruption and unsustainable consumption drive pandemic risk

- The risk of pandemics is increasing rapidly, with more than five new diseases emerging in people every year, any one of which has the potential to spread and become pandemic. The risk of a pandemic is driven by exponentially increasing anthropogenic changes. Blaming wildlife for the emergence of diseases is thus erroneous, because emergence is caused by human activities and the impacts of these activities on the environment.

- Unsustainable exploitation of the environment due to land-use change, agricultural expansion and intensification, wildlife trade and consumption, and other drivers, disrupts natural interactions among wildlife and their microbes, increases contact among wildlife, livestock, people, and their pathogens and has led to almost all pandemics.

- Climate change has been implicated in disease emergence (e.g. tick-borne encephalitis in Scandinavia) and will likely cause substantial future pandemic risk by driving movement of people, wildlife, reservoirs, and vectors, and spread of their pathogens, in ways that lead to new contact among species, increased contact among species or otherwise disrupts natural host-pathogen dynamics.

- Biodiversity loss associated with transformation of landscapes can lead to increased emerging disease risk in some cases, where species that adapt well to human-dominated landscapes are also able to harbour pathogens that pose a high risk of zoonotic transmission.

- Pathogens of wildlife, livestock and people can also directly threaten biodiversity, and emerge via the same activities that drive disease risk in people (e.g. the emergence of chytridiomycosis in amphibians worldwide due to the wildlife trade).

## Reducing anthropogenic global environmental change may reduce pandemic risk

- Pandemics and other emerging zoonoses cause widespread human suffering, and likely more than a trillion dollars in economic damages annually. This is in addition to the zoonotic diseases that have emerged historically and create a continued burden on human health. Global strategies to prevent pandemics based on reducing the wildlife trade and land-use change and increasing One Health[1] surveillance are estimated to cost between US$22 and 31.2 billion, decreased even further (US$17.7 – 26.9 billion) if benefits of reduced deforestation on carbon sequestration are calculated – two orders of magnitude less than the damages pandemics produce. This provides a strong economic incentive for transformative change to reduce the risk of pandemics.

- The true impact of COVID-19 on the global economy can only be accurately assessed once vaccines are fully deployed and transmission among populations is contained. However, its cost has been estimated at US$8-16 trillion globally by July 2020 and may be US$16 trillion in the US alone by the 4th quarter of 2021 (assuming vaccines are effective at controlling it by then).

- Pandemic risk could be significantly lowered by promoting responsible consumption and reducing unsustainable consumption of commodities from emerging disease hotspots, and of wildlife and wildlife-derived products, as well as by reducing excessive consumption of meat from livestock production.

- Conservation of protected areas, and measures that reduce unsustainable exploitation of high biodiversity regions will reduce the wildlife-livestock-human contact interface and help prevent the spillover of novel pathogens.

## Land-use change, agricultural expansion and urbanization cause more than 30% of emerging disease events

- Land-use change is a globally significant driver of pandemics and caused the emergence of more than 30% of new diseases reported since 1960.

- Land-use change includes deforestation, human settlement in primarily wildlife habitat, the growth of crop and livestock production and urbanization.

- Land-use change creates synergistic effects with climate change (forest loss, heat island effects, burning of forest to clear land) and biodiversity loss that in turn has led to important emerging diseases.

- Destruction of habitat and encroachment of humans and livestock into biodiverse habitats provide new pathways for pathogens to spill over and increase transmission rates.

- Human health considerations are largely unaccounted for in land-use planning decisions.

- Ecological restoration, which is critical for conservation, climate adaptation and provision of ecosystem services, should integrate health considerations to avoid potential increased disease risk resulting from increased human-livestock-wildlife contact.

## The trade and consumption of wildlife is a globally important risk for future pandemics

- Wildlife trade has occurred throughout human history and provides nutrition and welfare for peoples, especially the Indigenous Peoples and Local Communities in many countries.

- About 24% of all wild terrestrial vertebrate species are traded globally. International, legal wildlife trade has increased more than five-fold in value in the last 14 years and was estimated to be worth US$107 billion in 2019. The illegal wildlife trade is estimated to be worth US$7-23 billion annually.

---

[1]  One Health is an approach that integrates human health, animal health and environmental sectors.

- Wildlife consumption patterns vary markedly among countries, with North America, Europe and some parts of Asia being net importers, and the European Union and the United States of America being leading consumers of legally traded wildlife for pets.

- Wildlife farming has expanded substantially in the last few decades, with international legal wildlife trade having increased 500% in value since 2015.

- The farming, trade and consumption of wildlife and wildlife-derived products (for food, medicine, fur and other products) have led to biodiversity loss, and emerging diseases, including SARS and COVID-19.

- Illegal and unregulated trade and unsustainable consumption of wildlife as well as the legal, regulated trade in wildlife have been linked to disease emergence.

- The trade in mammals and birds is likely a higher risk for disease emergence than other taxa because they are important reservoirs of zoonotic pathogens.

- Regulations that mandate disease surveillance in the wildlife trade are limited in scope, disaggregated among numerous authorities, and inconsistently enforced or applied.

### Current pandemic preparedness strategies aim to control diseases *after* they emerge. These strategies often rely on, and can affect, biodiversity

- Our business-as-usual approach to pandemics is based on containment and *control after a disease has emerged* and relies primarily on reductionist approaches to vaccine and therapeutic development rather than on reducing the drivers of pandemic risk to *prevent them before they emerge*.

- Vaccine and therapeutic development rely on access to the diversity of organisms, molecules and genes found in nature.

- Many important therapeutics are derived from indigenous knowledge and traditional medicine.

- Fair and equitable access and benefit sharing derived from genetic resources, including pathogens, have led to more equitable access to vaccines and therapeutics, and broader engagement in research, but some access and benefit sharing procedures may impede rapid sharing of microbial samples.

- Intellectual property is an incentive for innovation, but some have argued it may limit rapid access to vaccines, therapeutics and therapies, as well as to diagnostic and research tools.

- Pandemic control programmes often act under emergency measures and can have significant negative implications for biodiversity, e.g. culling of wildlife reservoirs, release of insecticides.

- Introduction of travel restrictions to reduce COVID-19 spread has severely reduced ecotourism and other income.

- Reduced environmental impacts from economic slowdown during the 'global COVID-19 pause' (e.g. reduced oil consumption) are likely temporary and insignificant in the long term.

- Diseases that emerge from wildlife and spread widely in people may then threaten biodiversity outside the pathogen's original host range.

- Pandemics often have unequal impacts on different countries and sectors of society (e.g. the elderly and minorities for COVID-19). The economic impacts (and disease outcomes) are often more severe on women, people in poverty and Indigenous Peoples. To be transformative, pandemic control policies and recovery programmes should be more gender responsive and inclusive.

### Escape from the Pandemic Era requires policy options that foster transformative change towards preventing pandemics

The current pandemic preparedness strategy involves responding to a pandemic after it has emerged. Yet, the research reviewed in this report identifies substantial knowledge that provides a pathway to predicting and preventing pandemics. This includes work that predicts geographic origins of future pandemics, identifies key reservoir hosts and the pathogens most likely to emerge, and demonstrates how environmental and socioeconomic changes correlate with disease emergence. Pilot projects, often at large scale, have demonstrated that this knowledge can be used to effectively target viral discovery, surveillance and outbreak investigation. The major impact on public health of COVID-19, of HIV/AIDS, Ebola, Zika, influenza, SARS and of many other emerging diseases underlines the critical need for policies that will promote pandemic prevention, based on this growing knowledge. To achieve this, the following policy options have been identified:

**Enabling mechanisms:**

- <u>Launching a high-level intergovernmental council on pandemic prevention</u>, that would provide for cooperation among governments and work at the crossroads of the three Rio conventions to: 1) provide policy-relevant scientific information on the emergence of diseases, predict high-risk areas, evaluate economic impact of potential pandemics, highlight research gaps; and 2) coordinate the design of a monitoring framework, and possibly lay the groundwork for an agreement on goals and targets to be met by all partners for implementing the One Health approach (i.e. one that links human health, animal health and environmental sectors). Ultimately the work of the high-level council may lead to countries setting mutually agreed goals or targets within the framework of an accord or agreement. A broad international governmental agreement on pandemic prevention would represent a landmark achievement with clear benefits for humans, animals and ecosystems.

- Institutionalizing One Health in national governments to build pandemic preparedness, enhance pandemic prevention programmes, and to investigate and control outbreaks across sectors.

- Integrating ("mainstreaming") the economic cost of pandemics into consumption, production, and government policies and budgets.

- Generating new green corporate or sovereign bonds to mobilize resources for biodiversity conservation and pandemic risk reduction.

- Designing a green economic recovery from COVID-19 as an insurance against future outbreaks.

**Policies to reduce the role of land-use change in pandemic emergence:**

- Developing and incorporating pandemic and emerging disease risk health impact assessments in major development and land-use projects.

- Reforming financial aid for land-use so that benefits and risks to biodiversity and health are recognized and explicitly targeted.

- Assessing how, effective habitat conservation measures including protected areas and habitat restoration programmes can reduce pandemics, and trade-offs where disease spillover risk may increase. Developing programmes based on these assessments.

- Enabling transformative change to reduce the types of consumption, globalized agricultural expansion and trade that have led to pandemics (e.g. consumption of palm oil, exotic wood, products requiring mine extraction, transport infrastructures, meat and other products of globalized livestock production). This could include modifying previous calls for taxes, or levies on meat consumption, livestock production or other forms of high pandemic risk consumption.

**Policies to reduce pandemic emergence related to the wildlife trade:**

- <u>Building a new intergovernmental health and trade partnership</u> to reduce zoonotic disease risks in the international wildlife trade, building on collaborations among OIE, CITES, CBD, WHO, FAO, IUCN and others.

- Educating communities from all sectors in emerging infectious diseases hotspots regarding the health risks associated with wildlife use and trade that are known to pose a pandemic risk.

- Reducing or removing species in wildlife trade that are identified by expert review as high-risk of disease emergence, testing the efficacy of establishing market clean-out days, increased cold chain capacity, biosafety, biosecurity and sanitation in markets. Conducting disease surveillance of wildlife in the trade, and of wildlife hunters, farmers, and traders.

- Enhancing law enforcement collaboration on all aspects of the illegal wildlife trade.

**Closing critical knowledge gaps on:**

- Supporting One Health scientific research to design and test better strategies to prevent pandemics.

- Improving understanding of the relationship between ecosystem degradation and restoration and landscape structure, and the risk of emergence of disease.

- Economic analyses of return-on-investment for programmes that reduce the environmental changes that lead to pandemics.

- Key risk behaviours – in global consumption, in rural communities on the frontline of disease emergence, in the private sector, in national governments – that lead to pandemics.

- Valuing Indigenous Peoples and Local Communities' engagement and knowledge in pandemic prevention programmes.

- Undiscovered microbial diversity in wildlife that has potential to emerge in future, or to be used to develop therapeutics or vaccines.

- Analysing the evolutionary underpinnings of host shifts that are involved in zoonotic disease spillover and the adaptation of emerging pathogens to new host species.

- Climate change impacts and related extreme weather events (e.g. flooding and droughts) on disease emergence, to anticipate future threats.

- Obtaining data on the relative importance of illegal, unregulated, and the legal and regulated wildlife trade in disease risk.

**Foster a role for all sectors of society to engage in reducing risk of pandemics:**

- Educating and communicating with all sectors of society, and especially the younger generations, about the origins of pandemics.

- Identifying, ranking, and labelling high pandemic risk consumption patterns (e.g. use of fur from farmed wildlife) to provide incentives for alternatives.

- Increasing sustainability in agriculture to meet food requirements from currently available land, and subsequently reduced land areas.

- Promoting a transition to healthier and more sustainable and diverse diets, including responsible meat consumption.

- Promoting sustainable mechanisms to achieve greater food security and reduce consumption of wildlife.

- Where there is a clear link to high pandemic risk, consideration of taxes or levies on meat consumption, production, livestock production or other forms of consumption, as proposed previously by a range of scientific organizations and reports.

- Sustainability incentives for companies to avoid high pandemic-risk land-use change, agriculture, and use of products derived from unsustainable trade or wildlife farming identified as a particular zoonotic disease risk.

## Conclusion

This report is published at a critical juncture in the course of the COVID-19 pandemic, at which its long-term societal and economic impacts are being recognized. People in all sectors of society are beginning to look for solutions that move beyond business-as-usual. To do this will require transformative change, using the evidence from science to re-assess the relationship between people and nature, and to reduce global environmental changes that are caused by unsustainable consumption, and which drive biodiversity loss, climate change and pandemic emergence. The policy options laid out in this report represent such a change. They lay out a movement towards preventing pandemics that is transformative: our current approach is to try to detect new diseases early, contain them, and then develop vaccines and therapeutics to control them. Clearly, in the face of COVID-19, with more than one million human deaths, and huge economic impacts, this reactive approach is inadequate.

This report embraces the need for transformative change and uses scientific evidence to identify policy options to prevent pandemics. Many of these may seem costly, difficult to execute, and their impact uncertain. However, economic analysis suggests their costs will be trivial in comparison to the trillions of dollars of impact due to COVID-19, let alone the rising tide of future diseases. The scientific evidence reviewed here, and the societal and economic impacts of COVID-19 provide a powerful incentive to adopt these policy options and create the transformative change needed to prevent future pandemics. This will provide benefits to health, biodiversity conservation, our economies, and sustainable development. Above all, it will provide a vision of our future in which we have escaped the current 'Pandemic Era'.



reduced oil demand[573]. Limitations to social and economic activities[574] improved air quality noticeably in China[575], and by 30-60% in India[576], Malaysia[577], Italy[578] and Brazil[579], although these are likely temporary effects. Continued restrictions in power demand from industry, aviation, transport and residential activities may lead to measurable reduction in global $CO_2$ emissions trends[580]. However, these changes are likely temporary, with the advent of a vaccine likely to allow relatively full employment and industrial production[575]. They are also likely to lead to a negligible decrease in global climate change, albeit that an economic recovery tilted towards green stimulus and reductions in fossil fuel investments could avoid future warming of 0.3 °C by 2050[581]. The restrictions also highlight the human value of green space in cities, essential for physical and mental health and wellbeing of people[582,583] and that rapid behaviour change are possible if people are convinced of its value to their health and wellbeing.

On the other hand, movement and work restrictions, as well as illness-related work absences, have reduced conservation work and enforcement against illegal resource extraction[584,585], severely reduced incomes and employment, leading to increased hunting and poaching of wildlife, including of endangered species like tigers and leopards[586]. The global economic impact of H1N1 on tourism was around US$55 billion[587]. The Ebola virus disease epidemic reduced tourism to East Africa for over two years after the epidemic ended[588]. Tourism fees are the principal source of funding for national parks worldwide[589]. They are also particularly important for low-income countries where, for example, US$142 million of park fees were paid in Africa alone in 2013[589]. Indeed, low-income countries with high biodiversity tourism and hotspots are particularly vulnerable.

Nature-based tourism represents more than 10% of the economies of Kenya, Tanzania, South Africa and Namibia[569], while nineteen small island nations source more than 20% of their GDP directly from tourism[590]. The sudden loss of income has forced the loss of employment of rangers in Zimbabwe and other countries[585,591]. Loss of tourism has been linked to increased illegal logging in Tunisia 592, and poaching in India[593] and Africa, including rhinoceros and elephant poaching[594,595]. The use of dried bear bile for COVID-19 as having potential health benefits is untested by appropriate clinical trials and, even if farmed, has ethical and conservation implications[596].

Preventive measures to control the spread of infectious diseases include the use of disposable masks and gloves and other equipment. During the COVID-19 pandemic, global surges in the use of disposable plastic equipment has led to a rise in medical waste[597]. This represents a significant source of microplastic fibres in the environment[598] that threatens wildlife and contaminates the human food chain[599]. The increase in plastic waste with the temporary relaxation on use of single-use plastic may also alter consumer behaviour on recycling and banning single-use plastics[600]. Proper medical and plastic waste treatment during and after COVID-19 crisis, along with social responsibility and corporate action will be critical[601].

### Strategies to recover economically from COVID-19 could have significant effects on biodiversity

Efforts to stimulate national and global economies and trade after COVID-19 shutdowns[569] may reinforce the activities that drive pandemic emergence and spread, such as air travel, construction and road building[602-604]. Governments have so far deployed US$9 trillion globally

*Annals of the Royal College of Surgeons of England* (1981) vol. 63

Plaintiff's Exhibit 298

# Is a mask necessary in the operating theatre?

Neil W M Orr MD MChir FRCS
*Consultant Surgeon, Severalls Surgical Unit, Colchester.*

**Key words:** MASKS; WOUND INFECTION

## Summary

*No masks were worn in one operating theatre for 6 months. There was no increase in the incidence of wound infection.*

## Introduction

It has been standard practice since the beginning of the century to wear a mask in the operating theatre. At that time nasal carriers were found to be important in the spread of contagious disease (1,2) and haemolytic streptococci isolated from wounds and puerperal fever were found to be identical with those carried in the throats of the surgical and obstetric teams (3,4).

Since then the prevention of wound infection has become something of an obsession and it is now obligatory to reduce the bacterial count in the theatre to an absolute minimum. Diverse and ingenious have been the manoeuvres to achieve this (5,6); among the simplest is the wearing of masks. The efficacy of masks in reducing wound infection has not been established, but their efficiency in reducing bacterial contamination has been studied in the greatest detail (7–10). From experimental evidence the hypothesis has been developed that contamination of strategically placed, inanimate, agar plates can be correlated directly with the infection of viable tissues. A simple trial has been designed to put this hypothesis to the test.

## Materials and methods

The trial was carried out on patients in a 40-bedded surgical ward under the care of 2 consultants, a registrar, and a senior house officer. The ward is served by a single theatre which has few of the niceties of modern design and has open access to the main corridor. It is staffed largely by part-time nurses, shuts daily at 5 p.m., and does not function during the weekend. During the week there is a brisk turnover of general surgery : cholecystectomies, gastrectomies, thyroidectomies, bowel resections, prostatectomies, and herniorrhaphies as well as cystoscopies, bronchoscopies, and gastroscopies. Emergencies are treated elsewhere.

Since the appointment of a control of infection sister in 1975 wound infections have been carefully monitored both from the ward and from the community. Swabs from discharging wounds are sent to the microbiologist for culture and antibiotic sensitivity testing. Wound infection in this series refers to wounds with a positive culture.

With the agreement of the microbiologist and the control of infection sister it was arranged that no masks should be worn in theatre for one month during 1980. If there was a dramatic rise in wound infection the trial would be discontinued. There was no initial rise in infection so the trial was continued and results are presented for the 6 months March–August. Nose and throat swabs were taken from all theatre personnel monthly or when they had a cold.

Wound infection rates have been compared with those of the corresponding 6 months in the previous 4 years. The whole period was monitored by the same control of infection sister, whose criteria for infection did not vary.

No restrictions in theatre were imposed on talking, movement, beards, or colds. In fact the theatre routine remained unchanged except that no one wore a mask.

## Results

The throughput of the theatre remained remarkably constant over the 5 years except in 1976,

when the theatre was closed for 6 weeks for redecoration. The total throughput contained a high proportion of gastroscopies, cystoscopies, and transurethral resections. These have been excluded and only operations involving incisions have been considered (Table I).

TABLE I *Throughput, wounds, and infection rates during a 6-month period (March–August) over 5 years.*

|            | 1976 | 1977 | 1978 | 1979 | 1980 |
|------------|------|------|------|------|------|
| Throughput | 955  | 1054 | 1046 | 1078 | 1049 |
| Wounds     | 333  | 447  | 419  | 435  | 432  |
| Infections | 18   | 19   | 19   | 16   | 8    |
| Rate %     | 5.4  | 4.2  | 4.5  | 3.7  | 1.8  |

There was no increase in wound infections when masks were discarded in 1980; in fact there was a significant ($p<0.05$) decrease. The 8 infections which did occur (Table II) bore no relation to the throat or nose cultures from the the theatre team, which from time to time yielded *Staphylococcus albus* or *Staph. aureus.*

TABLE II *Wound infections in the 6 months when masks were not worn.*

| Operations | No | Infecting organism(s) |
|------------|-----|-----------------------|
| Abdominoperineal resection | 2 | *Escherichia coli*<br>*Proteus*<br>*Enterococcus* |
| Bowel resection | 2 | *Pseudomonas pyocyanea*<br>*E. coli* |
| Colostomy | 1 | *E. coli* |
| Gastrectomy | 1 | *E. coli* |
| Prostatectomy | 1 | *E. coli* |
| Incisional hernia | 1 | *Proteus* |

(In 74 inguinal hernia repairs with monofilament nylon darns no infections were reported).

## Discussion

A review of the very considerable literature on prevention of infection in theatre shows a heavy bias in favour of history and hypothesis. Most of the facts relate to contamination, not infection.

The effectiveness of a mask in reducing contamination varies with the mask's shape, the materials of which it is made, and the way it is worn *(10–11)*. While it has been shown that facial movements behind a mask can increase wound contamination *(12)*, it has not been shown that wearing a mask makes very much difference to the contamination of the theatre environment *(13)* or that the number of airborne bacteria can in any way be correlated with wound infection *(14,15)*. It would appear that minimum contamination can best be achieved by not wearing a mask at all but operating in silence. Whatever its relation to contamination, bacterial counts, or the dissemination of squames, there is no direct evidence that the wearing of masks reduces wound infection.

Recommendations on theatre design and standard procedures have been drawn up by a series of distinguished committees and in this litigious age it ill behoves the surgeon to ignore them. But from time to time it is salutary to see history in perspective, put hypothesis to the test, and confirm that experimental evidence is in fact appropriate.

The results of the relatively simple trial reported here could easily be repeated and it would be interesting to see whether comparable results are obtained in emergency, orthopaedic, or other general surgical theatres. The finding that there was an appreciable fall in the wound infection rate when masks were not worn certainly warrants further investigation. This trial was designed only to see whether wound infection increased, as had been predicted, when masks were not worn. It did not. The conclusion is that the wearing of a mask has very little relevance to the wellbeing of patients undergoing routine general surgery and it is a standard practice that could be abandoned.

## References

1 Hamilton A. Dissemination of streptococci through invisible sputum in relation to scarlet fever and sepsis. JAMA 1905;44:1108–11.

2 Teague O. Some experiments bearing upon droplet infection in diphtheria. J Infect Dis 1913;12:398–414.

3 Meleney FL, Stevens FA. Postoperative haemolytic streptococcus wound infections and their relation to haemolytic streptococcus carriers among operating personnel. Surg Gynecol Obstet 1926;43:338–42.

4 Paine CG. The aetiology of puerperal infection, with special reference to droplet infection. Br Med J 1935;i:24–6.

5 National Research Council (Ad Hoc Committee). Postoperative wound infections. Ann Surg 1964;160(Suppl):1–132.

6 Charnley J, Eftekhar NS: Postoperative infection in total prosthetic replacement arthroplasty of the hip joint, with special reference to the bacterial content of the air of the operating room. Br J Surg 1969;56:641–9.

7 Hirshfield JW, Laube PJ. Surgical masks, an experimental study. Surgery 1941;9:720–30.

392  *Neil W M Orr*

8  Greene VW, Vesley D.  Method for evaluating effectiveness of surgical masks. J Bacteriol 1962; 83:663–7.

9  Ford CR, Peterson DE.  The efficiency of surgical face masks. Am J Surg Pathol 1963;106:954–7.

10  Quesnal LB.  The efficiency of surgical masks of varying design and composition. Br J Surg 1975; 65:936–40.

11  Hambraeus A, Laurell G. Protection of the patient in the operating suite. Journal of Hospital Infection 1980;1:15–30.

12  Schweizer RT. Mask wiggling as a potential cause of wound contamination. Lancet 1976;2:1129–30.

13  Ritter MA, Eitzen H, French V, Hart JB. The operating room environment as affected by people and the surgical face mask.  Clin Orthop 1975;(111):147–50.

14  Shaw D, Doig CM, Douglas D.  Is airborne infection in operating theatres an important cause of wound infection in general surgery? Lancet 1973;1:17–20.

15  Bengtsson S, Hambraeus A, Laurell G.  Wound infections after surgery in a modern operating suite: clinical, bacteriological and epidemiological findings. J Hyg (Camb) 1979;83:41–56.

# LETTERS FROM THE PAST

## JOHN HUNTER TO EDWARD JENNER

FACSIMILES AND FULL TEXTS OF THE COLLEGE'S HISTORIC COLLECTION OF LETTERS FROM JOHN HUNTER TO EDWARD JENNER, MANY OF WHICH APPEARED IN THE *ANNALS* DURING 1974 AND 1975, ARE COLLECTED TOGETHER WITH AN INTRODUCTION, PORTRAITS, AND EXPLANATORY NOTES IN THIS HANDSOME CARD-BOUND BOOKLET.

**PRICE £1.50 INCLUDING POSTAGE.**

Orders to the *Annals* Office,

**Royal College of Surgeons of England**

**Lincoln's Inn Fields,**

**London WC2A 3PN**

Plaintiffs' Exhibit 299





*Review*

# Is a Mask That Covers the Mouth and Nose Free from Undesirable Side Effects in Everyday Use and Free of Potential Hazards?

Kai Kisielinski [1], Paul Giboni [2], Andreas Prescher [3], Bernd Klosterhalfen [4], David Graessel [5], Stefan Funken [6], Oliver Kempski [7] and Oliver Hirsch [8,*]

1   Private Practice, 40212 Düsseldorf, Germany; kaikisielinski@yahoo.de
2   Private Practice, 22763 Hamburg, Germany; pgiboni@gmx.de
3   Institute of Molecular and Cellular Anatomy (MOCA), Wendlingweg 2, 52074 Aachen, Germany; aprescher@ukaachen.de
4   Institute of Pathology, Dueren Hospital, Roonstrasse 30, 52351 Dueren, Germany; bernd.klosterhalfen@web.de
5   Institute of Neuroscience and Medicine, Forschungszentrum Jülich, 52425 Jülich, Germany; d.graessel@fz-juelich.de
6   Private Practice, 47803 Krefeld, Germany; dr_funken@colita.net
7   Institute of Neurosurgical Pathophysiology, University Medical Centre of the Johannes Gutenberg University of Mainz Langenbeckstr. 1, 55131 Mainz, Germany; oliver.kempski@unimedizin-mainz.de
8   Department of Psychology, FOM University of Applied Sciences, 57078 Siegen, Germany
*   Correspondence: oliver.hirsch@fom.de



**Citation:** Kisielinski, K.; Giboni, P.; Prescher, A.; Klosterhalfen, B.; Graessel, D.; Funken, S.; Kempski, O.; Hirsch, O. Is a Mask That Covers the Mouth and Nose Free from Undesirable Side Effects in Everyday Use and Free of Potential Hazards?. *Int. J. Environ. Res. Public Health* **2021**, *18*, 4344. https://doi.org/10.3390/ijerph18084344

Academic Editor: Paul B. Tchounwou

Received: 20 March 2021
Accepted: 16 April 2021
Published: 20 April 2021

**Publisher's Note:** MDPI stays neutral with regard to jurisdictional claims in published maps and institutional affiliations.

**Abstract:** Many countries introduced the requirement to wear masks in public spaces for containing SARS-CoV-2 making it commonplace in 2020. Up until now, there has been no comprehensive investigation as to the adverse health effects masks can cause. The aim was to find, test, evaluate and compile scientifically proven related side effects of wearing masks. For a quantitative evaluation, 44 mostly experimental studies were referenced, and for a substantive evaluation, 65 publications were found. The literature revealed relevant adverse effects of masks in numerous disciplines. In this paper, we refer to the psychological and physical deterioration as well as multiple symptoms described because of their consistent, recurrent and uniform presentation from different disciplines as a Mask-Induced Exhaustion Syndrome (MIES). We objectified evaluation evidenced changes in respiratory physiology of mask wearers with significant correlation of $O_2$ drop and fatigue ($p < 0.05$), a clustered co-occurrence of respiratory impairment and $O_2$ drop (67%), N95 mask and $CO_2$ rise (82%), N95 mask and $O_2$ drop (72%), N95 mask and headache (60%), respiratory impairment and temperature rise (88%), but also temperature rise and moisture (100%) under the masks. Extended mask-wearing by the general population could lead to relevant effects and consequences in many medical fields.

**Keywords:** personal protective equipment; masks; N95 face mask; surgical mask; risk; adverse effects; long-term adverse effects; contraindications; health risk assessment; hypercapnia; hypoxia; headache; dyspnea; physical exertion; MIES syndrome



**Copyright:** © 2021 by the authors. Licensee MDPI, Basel, Switzerland. This article is an open access article distributed under the terms and conditions of the Creative Commons Attribution (CC BY) license (https://creativecommons.org/licenses/by/4.0/).

## 1. Introduction

At the beginning of the spread of the novel pathogen SARS-CoV-2, it was necessary to make far-reaching decisions even without available explicit scientific data. The initial assumption was that the pandemic emergency measures were set in place to reduce the acute threat of the public health system effectively and swiftly.

In April 2020, the World Health Organization (WHO) recommended the use of masks only for symptomatic, ill individuals and health care workers and did not recommend its widespread use.

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

In June 2020, they changed this recommendation to endorse the general use of masks in, e.g., crowded places [1,2]. In a meta-analysis study commissioned by the WHO (evidence level Ia), no clear, scientifically graspable benefit of moderate or strong evidence was derived from wearing masks [3].

While maintaining a distance of at least one meter showed moderate evidence with regard to the spreading of SARS-CoV-2, only weak evidence at best could be found for masks alone in everyday use (non-medical setting) [3]. Another meta-analysis conducted in the same year confirmed the weak scientific evidence for masks [4].

Accordingly, the WHO did not recommend general or uncritical use of masks for the general population and expanded its risk and hazard list within just two months. While the April 2020 guideline highlighted the dangers of self-contamination, possible breathing difficulties and false sense of security, the June 2020 guideline found additional potential adverse effects such as headache, development of facial skin lesions, irritant dermatitis, acne or increased risk of contamination in public spaces due to improper mask disposal [1,2].

However, under pressure from increasing absolute numbers of positive SARS-CoV-2 tests, many prescribers further extended mask-wearing according to certain times and situations, always justified by the desire to limit the spread of the virus [5]. The media, numerous institutions and most of the population supported this approach.

Among the medical profession and scientists, the users and observers of medical devices, there have been simultaneous calls for a more nuanced approach [6–8]. While there has been a controversial scientific discussion worldwide about the benefits and risks of masks in public spaces, they became the new social appearance in everyday life in many countries at the same time.

Although there seems to be a consensus among the decision makers who have introduced mandatory masks that medical exemptions are warranted, it is ultimately the responsibility of individual clinicians to weigh up when to recommend exemption from mandatory masks. Physicians are in a conflict of interest concerning this matter. On the one hand, doctors have a leading role in supporting the authorities in the fight against a pandemic. On the other hand, doctors must, in accordance with the medical ethos, protect the interests, welfare and rights of their patient's third parties with the necessary care and in accordance with the recognized state of medical knowledge [9–11].

A careful risk–benefit analysis is becoming increasingly relevant for patients and their practitioners regarding the potential long-term effects of masks. The lack of knowledge of legal legitimacy on the one hand and of the medical scientific facts on the other is a reason for uncertainty among clinically active colleagues.

The aim of this paper is to provide a first, rapid, scientific presentation of the risks of general mandatory mask use by focusing on the possible adverse medical effects of masks, especially in certain diagnostic, patient and user groups.

## 2. Materials and Methods

The objective was to search for documented adverse effects and risks of different types of mouth–nose-covering masks. Of interest here were, on the one hand, readymade and self-manufactured fabric masks, including so-called community masks and, on the other hand medical, surgical and N95 masks (FFP2 masks).

Our approach of limiting the focus to negative effects seems surprising at first glance. However, such an approach helps toprovide us with more information. This methodology is in line with the strategy of Villalonga-Olives and Kawachi, who also conducted a review exclusively on the negative effects [12].

For an analysis of the literature, we defined the risk of mouth–nose protection as the description of symptoms or the negative effects of masks. Reviews and expert presentations from which no measurable values could be extracted, but which clearly present the research situation and describe negative effects, also fulfill this criterion.

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

Additionally, we defined the quantifiable, negative effect of masks as the presentation of a measured, statistically significant change in a physiological parameter in a pathological direction ($p < 0.05$), a statistically significant detection of symptoms ($p < 0.05$) or the occurrence of symptoms in at least 50% of those examined in a sample ($n \geq 50\%$).

Up to and including 31 October 2020, we conducted a database search in PubMed/MEDLINE on scientific studies and publications on adverse effects and risks of different types of mouth–nose-covering masks according to the criteria mentioned above (see Figure 1: Review flowchart). Terms searched were "face masks", "surgical mask" and "N95" in combination with the terms "risk" and "adverse effects" as well as "side effects". The selection criteria of the papers were based on our above definition of risk and adverse effect of masks. Mainly English- and German-language publications of evidence levels I to III according to the recommendations of the Agency for Healthcare Research and Quality (AHQR) that were not older than 20 years at the time of the review were considered. The evaluation also excluded level IV evidence, such as case reports and irrelevant letters to the editor that exclusively reflect opinions without scientific evidence.



**Figure 1.** Scoping review flow diagram according to the PRISMA scheme.

After excluding 1113 papers that were irrelevant to the research question and did not meet the criteria mentioned (quantifiable, negative effects of masks, description of symptoms or the negative effects of masks), a total of 109 relevant publications were found for evaluation in the context of our scoping review (see Figure 1: Flow chart).

Sixty-five relevant publications concerning masks were considered being within the scope of the content-related evaluation. These included 14 reviews and 2 meta-analyses from the primary research. For the quantitative evaluation, 44 presentations of nega-

Case 6:21-cv-01008-PGB-DCI   Document 62-5   Filed 09/14/21   Page 161 of 592 PageID 2701

tive effects from the years 2004 to 2020 were eligible. Thirty-one of these studies were experimental (70%), and 13 studies were data collection studies in the sense of simple observational studies, especially in the dermatological field (30%). The observed study parameters and significant results from these 44 publications ($p < 0.05$ or $n \geq 50\%$) were compiled in an overall display (Figure 2). Based on this data, a correlation analysis of the observed mask effects was performed. This included a correlation calculation of the recorded symptoms and physiological changes (for nominally scaled, dichotomous variables according to Fisher using R, R Foundation for Statistical Computing, Vienna, Austria, version 4.0.2).

| significantly measured mask-induced changes in scientific studies 2004-2020: • = p<0.05 ■ = n≥50 % | Fabric Mask | Surgical Mask | N95-Mask | O₂↓ | CO₂↑ | Humidity↑ | Temperature↑ | Breathing Resistance↑ | Respiratory Rate↑ | Blood Pressure↑ | Cerebral Vasodilation | Heart Rate↑ | Respiratory impairment | Exhaustion & Fatigue | Drowsiness | Dizziness | Headache | Psycho-vegetative Effect | Decrease in Empathy | Itch | Skin Irritation | Acne | Rhinitis | Voice Disorder | False Sense of Security | Bacterial Contamination | Fungal Contamination | Viral Contamination |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beder 2008 | | X | | • | | | | | | | | | • | | | | | | | | | | | | | | | |
| Bharatendu 2020 | | | X | | • | | | | | | | | | | | | • | | | | | | | | | | | |
| Butz 2005 | | X | | • | | | | | | | | | | | | | | | | | | | | | | | | |
| Chughtai 2019 | | X | | | | | | | | | | | | | | | | | | | | | | | | | | • |
| Epstein 2020 | | X | X | | • | | | | | | | | | | | | | | | | | | | | | | | |
| Fikenzer 2020 | | X | X | • | • | • | • | | | | | • | | • | | | | | | | • | | | | | | | |
| Foo 2006 | | X | | | | | | | | | | | | | | | | | | • | ■ | • | • | | | | | |
| Georgi 2020 | X | X | X | • | • | | | | | | | | • | • | | | | | | | | | | | | | | |
| Goh 2019 | | X | X | | ■ | | | | | | | | | | | | | | | | | | | | | | | |
| Heider 2020 | | X | X | | | | | | | | | | | | | | | | | | | | | | | • | | |
| Hua 2020 | | X | X | | | • | | | | | | | | | | | | | | • | • | | | | | | | |
| Jacobs 2009 | | X | | | | | | | | | | | | | | | • | | | | | | | | | | | |
| Jagim 2018 | X | | | | • | | | | | | | | | • | | • | | | | | | | | | | | | |
| Kao 2004 | | X | | • | | | | | • | | | | | • | | • | | | | | | | | | | | | |
| Klimek 2020 | | | | | | | | | | | | | | | | | | | | | | | • | | | | | |
| Kyung 2020 | | X | | • | • | | | | • | | | | | • | | • | | | | | | | | • | | | | |
| Lan 2020 | | X | | | | | | | | | | | | | | | | | | | • | | | | | | | |
| Lee 2011 | | X | | | | | | • | | | | | | | | | | | | | | | | | | | | |
| Li 2005 | | X | X | | | • | • | • | | | | • | | • | | | | | | | • | | | | | | | |
| Lim 2006 | | X | | | | | | | | | | | | | | | • | | | | | | | | | | | |
| Liu 2020 | X | X | X | • | | • | • | | | | | | • | • | • | • | | | | | | | | • | | | | |
| Luckman 2020 | X | X | X | | | | | | | | | | | | | | | | | | | | | | | | • | |
| Luksamijarulkul 2014 | X | | | | | | | | | | | | | | | | | | | | | | | | | • | • | |
| Matusiak 2020 | X | X | X | | | • | • | | | | | | | • | | | | | | | • | • | | | | | | |
| Mo 2020 | | X | | | • | | | | • | | | | | | | | | | | | | | | | | | • | |
| Monalisa 2017 | | X | | | | | | | | | | | | | | | | | | | | | | | | • | • | |
| Ong 2020 | | | X | | | | | | | | | | | | | | • | | | | | | | | | | | |
| Person 2018 | | X | | | | | | | | | | | | • | | | | | | | | | | | | | | |
| Pifarre 2020 | | X | X | • | • | | | | | | | • | | | | | | | | | | | | | | | | |
| Porcari 2016 | X | | | • | | | | | | | | | | | | | | | | | | | | | | | | |
| Prousa 2020 | X | X | X | | | | | | | | | | | | | | | • | | | | | | | | | | |
| Ramirez 2020 | | X | X | | | | | | | | | | | | | | • | | | | | | | | | | | |
| Rebmann 2013 | | X | X | • | • | | | | | | | | | • | | | • | | | | | | | | | | | |
| Roberge 2012 | | X | | | | • | • | | • | | | • | | | | | | | | | | | | | | | | |
| Roberge 2014 | | | X | | | • | • | | | | | | | | | | | | | | | | | | | | | |
| Rosner 2020 | | X | X | | | | | | | | | | | | | | • | | | | | • | | | | • | | |
| Scarano 2020 | | X | | | | • | • | | | | | | | • | | | | | | | | | | | | | | |
| Shenal 2012 | X | X | X | | | | | | | | | | | • | | | | | | | | | | | | | | |
| Smart 2020 | | X | X | | | | | • | | | | | | • | | | | | | | | | | | | | | |
| Szepietkowski 2020 | X | X | X | | | | | | | | | | | | | | | | | | • | | | | | | | |
| Techasatian 2020 | X | X | X | | | | | | | | | | | | | | | | | | • | | | | | | | |
| Tong 2015 | | | X | • | • | | | | | | | | | | | | | | | | | | | | | | | |
| Wong 2013 | | X | | | | | | | | | | | | | | | | | | | | | | • | | | | |
| Zhiqing 2018 | | X | | | | | | | | | | | | | | | | | | | | | | | | | • | |

**Figure 2.** Overview including all 44 considered studies with quantified, significant adverse effects of masks (black dots and black rectangles). Not all studies examined each mentioned parameter, as focused or subject-related questions were often in the foreground. Gray fields correspond to a lack of coverage in the primary studies, white fields represent measured effects. We found an often combination of significant chemical, physical, physiological parameters and complaints. Drowsiness summarizes the symptom for any qualitative neurological deficits described in the scientific literature examined.

In addition, another 64 publications with a neighboring range of topics were consulted in connection with the mask effects we found. These included declarations, guidelines

and legal principles. In order to expand the amount of data for the discussion, we proceeded according to the "snowball principle" by locating citations of selected papers in the bibliographies and including them where appropriate.

Since the findings from the topics presented for discussion were to an unexpected degree subject-related, we decided to divide the results according to the fields of medicine. Of course, there are overlaps between the respective fields, which we point out in detail.

## 3. Results

A total of 65 scientific papers on masks qualified for a purely content-based evaluation. These included 14 reviews and two meta-analyses.

Of the mathematically evaluable, groundbreaking 44 papers with significant negative mask effects ($p < 0.05$ or $n \geq 50\%$), 22 were published in 2020 (50%), and 22 were published before the COVID-19 pandemic. Of these 44 publications, 31 (70%) were of experimental nature, and the remainder were observational studies (30%). Most of the publications in question were English (98%). Thirty papers referred to surgical masks (68%), 30 publications related to N95 masks (68%), and only 10 studies pertained to fabric masks (23%).

Despite the differences between the primary studies, we were able to demonstrate a statistically significant correlation in the quantitative analysis between the negative side effects of blood-oxygen depletion and fatigue in mask wearers with $p = 0.0454$.

In addition, we found a mathematically grouped common appearance of statistically significant confirmed effects of masks in the primary studies ($p < 0.05$ and $n \geq 50\%$) as shown in Figure 2. In nine of the 11 scientific papers (82%), we found a combined onset of N95 respiratory protection and carbon dioxide rise when wearing a mask. We found a similar result for the decrease in oxygen saturation and respiratory impairment with synchronous evidence in six of the nine relevant studies (67%). N95 masks were associated with headaches in six of the 10 studies (60%). For oxygen deprivation under N95 respiratory protectors, we found a common occurrence in eight of 11 primary studies (72%). Skin temperature rise under masks was associated with fatigue in 50% (three out of six primary studies). The dual occurrence of the physical parameter temperature rise and respiratory impairment was found in seven of the eight studies (88%). A combined occurrence of the physical parameters temperature rise and humidity/moisture under the mask was found in 100% within six of six studies, with significant readings of these parameters (Figure 2).

The literature review confirms that relevant, undesired medical, organ and organ system-related phenomena accompanied by wearing masks occur in the fields of internal medicine (at least 11 publications, Section 3.2). The list covers neurology (seven publications, Section 3.3), psychology (more than 10 publications, Section 3.4), psychiatry (three publications, Section 3.5), gynecology (three publications, Section 3.6), dermatology (at least 10 publications, Section 3.7), ENT medicine (four publications, Section 3.8), dentistry (one publication, Section 3.8), sports medicine (four publications, Section 3.9), sociology (more than five publications, Section 3.10), occupational medicine (more than 14 publications, Section 3.11), microbiology (at least four publications, Section 3.12), epidemiology (more than 16 publications, Section 3.13), and pediatrics (four publications, Section 3.14) as well as environmental medicine (four publications, Section 3.15).

We will present the general physiological effects as a basis for all disciplines. This will be followed by a description of the results from the different medical fields of expertise and closing off with pediatrics the final paragraph.

### 3.1. General Physiological and Pathophysiological Effects for the Wearer

As early as 2005, an experimental dissertation (randomized crossover study) demonstrated that wearing surgical masks in healthy medical personnel (15 subjects, 18–40 years old) leads to measurable physical effects with elevated transcutaneous carbon dioxide values after 30 min [13]. The role of dead space volume and $CO_2$ retention as a cause of the significant change ($p < 0.05$) in blood gases on the way to hypercapnia, which was still

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

within the limits, was discussed in this article. Masks expand the natural dead space (nose, throat, trachea, bronchi) outwards and beyond the mouth and nose.

An experimental increase in the dead space volume during breathing increases carbon dioxide ($CO_2$) retention at rest and under exertion and correspondingly the carbon dioxide partial pressure $pCO_2$ in the blood ($p < 0.05$) [14].

As well as addressing the increased rebreathing of carbon dioxide ($CO_2$) due to the dead space, scientists also debate the influence of the increased breathing resistance when using masks [15–17].

According to the scientific data, mask wearers as a whole show a striking frequency of typical, measurable, physiological changes associated with masks.

In a recent intervention study conducted on eight subjects, measurements of the gas content for oxygen (measured in $O_2$ Vol%) and carbon dioxide (measured in $CO_2$ ppm) in the air under a mask showed a lower oxygen availability even at rest than without a mask. A Multi-Rae gas analyzer was used for the measurements (RaeSystems®) (Sunnyvale, California CA, United States). At the time of the study, the device was the most advanced portable multivariant real-time gas analyzer. It is also used in rescue medicine and operational emergencies. The absolute concentration of oxygen ($O_2$ Vol%) in the air under the masks was significantly lower (minus 12.4 Vol% $O_2$ in absolute terms, statistically significant with $p < 0.001$) at 18.3% compared to 20.9% room air concentration. Simultaneously, a health-critical value of carbon dioxide concentration ($CO_2$ Vol%) increased by a factor of 30 compared to normal room air was measured (ppm with mask versus 464 ppm without mask, statistically significant with $p < 0.001$) [18].

These phenomena are responsible for a statistically significant increase in carbon dioxide ($CO_2$) blood content in mask wearers [19,20], on the one hand, measured transcutaneously via an increased $PtcCO_2$ value [15,17,19,21,22], on the other hand, via end-expiratory partial pressure of carbon dioxide ($PETCO_2$) [23,24] or, respectively, the arterial partial pressure of carbon dioxide ($PaCO_2$) [25].

In addition to the increase in the wearer's blood carbon dioxide ($CO_2$) levels ($p < 0.05$) [13,15,17,19,21–28], another consequence of masks that has often been experimentally proven is a statistically significant drop in blood oxygen saturation ($SpO_2$) ($p < 0.05$) [18,19,21,23,29–34]. A drop in blood oxygen partial pressure ($PaO_2$) with the effect of an accompanying increase in heart rate ($p < 0.05$) [15,23,29,30,34] as well as an increase in respiratory rate ($p < 0.05$) [15,21,23,35,36] have been proven.

A statistically significant measurable increase in pulse rate ($p < 0.05$) and decrease in oxygen saturation $SpO_2$ after the first ($p < 0.01$) and second hour ($p < 0.0001$) under a disposable mask (surgical mask) were reported by researchers in a mask intervention study they conducted on 53 employed neurosurgeons [30].

In another experimental study (comparative study), surgical and N95 masks caused a significant increase in heart rate ($p < 0.01$) as well as a corresponding feeling of exhaustion ($p < 0.05$). These symptoms were accompanied by a sensation of heat ($p < 0.0001$) and itching ($p < 0.01$) due to moisture penetration of the masks ($p < 0.0001$) in 10 healthy volunteers of both sexes after only 90 min of physical activity [35]. Moisture penetration was determined via sensors by evaluating logs (SCXI-1461, National Instruments, Austin, TX, USA).

These phenomena were reproduced in another experiment on 20 healthy subjects wearing surgical masks. The masked subjects showed statistically significant increases in heart rate ($p < 0.001$) and respiratory rate ($p < 0.02$) accompanied by a significant measurable increase in transcutaneous carbon dioxide $PtcCO_2$ ($p < 0.0006$). They also complained of breathing difficulties during the exercise [15].

The increased rebreathing of carbon dioxide ($CO_2$) from the enlarged dead space volume in mask wearers can reflectively trigger increased respiratory activity with increased muscular work as well as the resulting additional oxygen demand and oxygen consumption [17]. This is a reaction to pathological changes in the sense of an adaptation effect. A mask-induced drop in blood oxygen saturation value ($SpO_2$) [30] or the blood

Case 6:21-cv-01008-PGB-DCI   Document 62-5   Filed 09/14/21   Page 164 of 592 PageID 2704

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344
7 of 42

oxygen partial pressure (PaO$_2$) [34] can in turn additionally intensify subjective chest complaints [25,34].

The documented mask-induced changes in blood gases towards hypercapnia (increased carbon dioxide/CO$_2$ blood levels) and hypoxia (decreased oxygen/O$_2$ blood levels) may result in additional nonphysical effects such as confusion, decreased thinking ability and disorientation [23,36–39], including overall impaired cognitive abilities and decrease in psychomotoric abilities [19,32,38–41]. This highlights the importance of changes in blood gas parameters (O$_2$ and CO$_2$) as a cause of clinically relevant psychological and neurological effects. The above parameters and effects (oxygen saturation, carbon dioxide content, cognitive abilities) were measured in a study on saturation sensors (Semi-Tec AG, Therwil, Switzerland), using a Borg Rating Scale, Frank Scale, Roberge Respirator Comfort Scale and Roberge Subjective Symptoms-during-Work Scale, as well as with a Likert scale [19]. In the other main study, conventional ECG, capnography and symptom questionnaires were used in measuring carbon dioxide levels, pulse and cognitive abilities [23]. Other physiological data collection was done with pulse oximeters (Allegiance, MCGaw, USA), subjective complaints were assessed with a 5-point Likert scale and motoric speed was recorded with linear-position transducers (Tendo-Fitrodyne, Sport Machins, Trencin, Slovakia) [32]. Some researchers used standardized, anonymized questionnaires to collect data on subjective complaints associated with masks [37].

In an experimental setting with different mask types (community, surgical, N95) a significant increase in heart rate ($p < 0.04$), a decrease in oxygen saturation SpO$_2$ ($p < 0.05$) with an increase in skin temperature under the mask (face) and difficulty of breathing ($p < 0.002$) were recorded in 12 healthy young subjects (students). In addition, the investigators observed dizziness ($p < 0.03$), listlessness ($p < 0.05$), impaired thinking ($p < 0.03$) and concentration problems ($p < 0.02$), which were also statistically significant when wearing masks [29].

According to other researchers and their publications, masks also interfere with temperature regulation, impair the field of vision and of non-verbal and verbal communication [15,17,19,36,37,42–45].

The above-mentioned measurable and qualitative physiological effects of masks can have implications in various areas of expertise in medicine.

It is known from pathology that not only supra-threshold stimuli exceeding normal limits have disease-relevant consequences. Subthreshold stimuli are also capable of causing pathological changes if the exposure time is long enough. Examples occur from the slightest air pollution by hydrogen sulfide resulting in respiratory problems (throat irritation, coughing, reduced absorption of oxygen) and neurological diseases (headaches, dizziness) [46]. Furthermore, subthreshold but prolonged exposure to nitrogen oxides and particulate matter is associated with an increased risk of asthma, hospitalization and higher overall mortality [47,48]. Low concentrations of pesticides are also associated with disease-relevant consequences for humans such as mutations, development of cancer and neurological disorders [49]. Likewise, the chronic subthreshold intake of arsenic is associated with an increased risk of cancer [50], subthreshold intake of cadmium with the promotion of heart failure [51], subthreshold intake of lead is associated with hypertension, renal metabolic disorders and cognitive impairment [52] or subthreshold intake of mercury with immune deficiency and neurological disorders [53]. Subliminal UV radiation exposure over long periods is also known to cause mutation-promoting carcinogenic effects (especially white skin cancer) [54].

The mask-induced adverse changes are relatively minor at first glance, but repeated exposure over longer periods in accordance with the above-mentioned pathogenetic principle is relevant. Long-term disease-relevant consequences of masks are to be expected. Insofar, the statistically significant results found in the studies with mathematically tangible differences between mask wearers and people without masks are clinically relevant. They give an indication that with correspondingly repeated and prolonged exposure to physical, chemical, biological, physiological and psychological conditions, some of which are

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

subliminal, but which are significantly shifted towards pathological areas, health-reducing changes and clinical pictures can develop such as high blood pressure and arteriosclerosis, including coronary heart disease (metabolic syndrome) as well as neurological diseases. For small increases in carbon dioxide in the inhaled air, this disease-promoting effect has been proven with the creation of headaches, irritation of the respiratory tract up to asthma as well as an increase in blood pressure and heart rate with vascular damage and, finally, neuropathological and cardiovascular consequences [38]. Even slightly but persistently increased heart rates encourage oxidative stress with endothelial dysfunction, via increased inflammatory messengers, and finally, the stimulation of arteriosclerosis of the blood vessels has been proven [55]. A similar effect with the stimulation of high blood pressure, cardiac dysfunction and damage to blood vessels supplying the brain is suggested for slightly increased breathing rates over long periods [56,57]. Masks are responsible for the aforementioned physiological changes with rises in inhaled carbon dioxide [18–28], small sustained increases in heart rate [15,23,29,30,35] and mild but sustained increases in respiratory rates [15,21,23,34,36].

For a better understanding of the side effects and dangers of masks presented in this literature review, it is possible to refer to well-known principles of respiratory physiology (Figure 3).

The average dead space volume during breathing in adults is approximately 150–180 mL and is significantly increased when wearing a mask covering the mouth and nose [58]. With an N95 mask, for example, the dead space volume of approximately 98–168 mL was determined in an experimental study [59]. This corresponds to a mask-related dead space increase of approximately 65 to 112% for adults and, thus, almost a doubling. At a respiratory rate of 12 per minute, the pendulum volume respiration with such a mask would, thus, be at least 2.9–3.8 L per minute. Therefore, the dead space amassed by the mask causes a relative reduction in the gas exchange volume available to the lungs per breath by 37% [60]. This largely explains the impairment of respiratory physiology reported in our work and the resulting side effects of all types of masks in everyday use in healthy and sick people (increase in respiratory rate, increase in heart rate, decrease in oxygen saturation, increase in carbon dioxide partial pressure, fatigue, headaches, dizziness, impaired thinking, etc.) [36,58].

In addition to the effect of increased dead space volume breathing, however, mask-related breathing resistance is also of exceptional importance (Figure 3) [23,36].

Experiments show an increase in airway resistance by a remarkable 126% on inhalation and 122% on exhalation with an N95 mask [60]. Experimental studies have also shown that moisturization of the mask (N95) increases the breathing resistance by a further 3% [61] and can, thus, increase the airway resistance up to 2.3 times the normal value.

This clearly shows the importance of the airway resistance of a mask. Here, the mask acts as a disturbance factor in breathing and makes the observed compensatory reactions with an increase in breathing frequency and simultaneous feeling of breathlessness plausible (increased work of the respiratory muscles). This extra strain due to the amplified work of breathing against bigger resistance caused by the masks also leads to intensified exhaustion with a rise in heart rate and increased $CO_2$ production. Fittingly, in our review of the studies on side effects of masks (Figure 2), we also found a percentage clustering of significant respiratory impairment and a significant drop in oxygen saturation (in about 75% of all study results).

In the evaluation of the primary papers, we also determined a statically significant correlation of the drop in oxygen saturation ($SpO_2$) and fatigue with a common occurrence in 58% of the mask use studies with significant results (Figure 2, $p < 0.05$).

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344



**Figure 3.** Pathophysiology of the mask (important physical and chemical effects): Illustration of the breathing resistance* and of the dead space volume of an N95 mask in an adult. When breathing, there is an overall significantly reduced possible gas exchange volume of the lungs of minus 37% caused by the mask (Lee 2011) [60] according to a decrease in breathing depth and volume due to the greater breathing resistance of plus128%* (exertion when inhaling greater than when exhaling) and due to the increased dead space volume of plus80%**, which does not participate directly in the gas exchange and is being only partially mixed with the environment. (* = averaged inspiration and expiration according to Lee 2011 [60] including moisture penetration according to Roberge 2010 [61], ** = averaged values according to Xu 2015 [59]).

### 3.2. Internistic Side Effects and Dangers

As early as 2012, an experiment showed that walking in the 20 masked subjects compared to the identical activity without masks significantly increased heart rates (average +9.4 beats per minute, $p < 0.001$) and breathing rates ($p < 0.02$). These physiological changes were accompanied by transcutaneous significantly measurable increased transcutaneous carbon dioxide ($PtcCO_2$) levels ($p < 0.0006$) as well as respiratory difficulties in the mask wearers compared to the control group [15].

In a recent experimental comparative study from 2020, 12 healthy volunteers under surgical masks as well as under N95 masks experienced measurable impairments in the measured lung function parameters as well as cardiopulmonary capacity (lower maximum blood lactate response) during moderate to heavy physical exertion compared to exertion without masks ($p < 0.001$) [31]. The mask-induced increased airway resistance led to increased respiratory work with increased oxygen consumption and demand, both of the respiratory muscles and the heart. Breathing was significantly impeded ($p < 0.001$) and participants reported mild pain. The scientists concluded from their results that the cardiac compensation of the pulmonary, mask-induced restrictions, which still functioned in healthy people, was probably no longer possible in patients with reduced cardiac output [31].

In another recent study, researchers tested fabric masks (community masks), surgical masks and FFP2/N95 masks in 26 healthy people during exercise on a cycle ergometer. All

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

masks also showed a measurable carbon dioxide ($CO_2$) retention (PtcCO$_2$) (statistically significant with $p < 0.001$) and, for N95 masks, a decrease in the oxygen saturation value SpO$_2$ (statistically significant at 75 and 100 W with $p < 0.02$ and $p < 0.005$, respectively). The clinical relevance of these changes was shown in an increase in breathing frequency with fabric masks ($p < 0.04$) as well as in the occurrence of the previously described mask-specific complaints such as a feeling of heat, shortness of breath and headaches. The stress perception was recorded on a Borg scale from 1 to 20. During physical exertion under an N95 mask, the group with masks showed a significant increase in the feeling of exhaustion compared to the group without with 14.6 versus 11.9 on the scale of 20. During the exposure, 14 of the 24 subjects wearing masks complained of shortness of breath (58%), four of headaches and two of a feeling of heat. Most of the complaints concerned FFP2 masks (72%) [21].

The aforementioned physiological and subjective physical effects of masks on healthy people at rest and under exertion [21,31] give an indication of the effect of masks on sick and elderly people even without exertion.

In an observational study of ten 20 to 50 year-old nurses wearing N95 masks during their shift work, side effects such as breathing difficulties ("I can't breathe"), feelings of exhaustion, headache ($p < 0.001$), drowsiness ($p < 0.001$) and a decrease in oxygen saturation SpO$_2$ ($p < 0.05$) as well as an increase in heart rate ($p < 0.001$) were statistically significant in association with an increase in obesity (BMI) [19]. The occurrence of symptoms under masks was also associated with older age (statistically significant correlation of fatigue and drowsiness with $p < 0.01$ each, nausea with $p < 0.05$, an increase in blood pressure with $p < 0.01$, headache with $p < 0.05$, breathing difficulties with $p < 0.001$) [19].

In an intervention study involving 97 patients with advanced chronic obstructive pulmonary disease (COPD) the respiratory rate, oxygen saturation and exhaled carbon dioxide equivalents (capnometry) changed unfavorably and significantly after the use of N95 masks (FFP2 equivalent) with an initial 10-minute rest and subsequent 6-minute walking. Seven patients discontinued the experiment due to serious complaints with a decrease in the oxygen saturation value SpO$_2$ and a pathological carbon dioxide ($CO_2$) retention as well as increased end-expiratory partial pressure of carbon dioxide (PETCO$_2$) [23]. In two patients, the PETCO$_2$ exceeded the normal limits and reached values of >50 mmHg. An FEV1 < 30% and a modified Medical Research Council (mMRC) Dyspnea Scale Score of ≥3, both indicators of advanced COPD, correlated with mask intolerance overall in this study. The most common symptom under mask was breathlessness at 86%. In the dropouts of the study, dizziness (57%) and headaches were also often recorded. In the mask-tolerant COPD patients, significant increases in heart rate, respiratory rate and end-expiratory carbon dioxide partial pressure PETCO$_2$ could be objectified even at rest, after only 10 min of mask-wearing ($p < 0.001$), accompanied by a decrease in oxygen saturation SpO$_2$ ($p < 0.001$) [23]. The results of this study with an evidence level IIa are indicative for COPD mask wearers.

In another retrospective comparative study on COPD and surgical masks, examiners were able to demonstrate statistically an increase in arterial partial pressure of carbon dioxide (PaCO$_2$) of approximately +8 mmHg ($p < 0.005$) and a concomitant mask-related increase in systolic blood pressure of +11 mmHg ($p < 0.02$) [25]. This increase is relevant in hypertensive patients, but also in healthy people with borderline blood pressure values as pathological value range triggered by mask-wearing can be induced.

In 39 hemodialysis patients with end-stage renal disease, a type N95 mask (FFP2 equivalent) caused a significant drop in blood oxygen partial pressure (PaO$_2$) in 70% of patients at rest (on hemodialysis) within only 4 h ($p = 0.006$). Despite a compensatory increased respiratory rate ($p < 0.001$), malaise with chest pain occurred ($p < 0.001$) and even resulted in hypoxemia (drop in oxygen below the normal limit) in 19% of the subjects [34]. The researchers concluded from their findings that elderly or patients with reduced cardiopulmonary function have a higher risk of developing a severe respiratory failure while wearing a mask [34].

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

11 of 42

In a review paper on the risks and benefits of masks worn during the COVID-19 crisis, other authors provide an equally critical assessment of mandatory mask use for patients with pneumonia, both with and without COVID-19 pneumonia disease [16].

### 3.3. Neurological Side Effects and Dangers

In a scientific evaluation of syncope in the operating theatre, 36 of 77 affected persons (47%) were associated with wearing a mask [62]. However, other factors could not be ruled out as contributory causes.

In their level III evidence review, neurologists from Israel, the UK and the USA state that a mask is unsuitable for epileptics because it can trigger hyperventilation [63]. The use of a mask significantly increases the respiratory rate by about plus 15 to 20% [15,21,23,34,64]. However, an increase in breathing frequency leading to hyperventilation is known to be used for provocation in the diagnosis of epilepsy and causes seizure-equivalent EEG changes in 80% of patients with generalized epilepsy and in up to 28% of focal epileptics [65].

Physicians from New York studied the effects of wearing masks of the surgical-type mask and N95 among medical personnel in a sample of 343 participants (surveyed using standardized, anonymized questionnaires). Wearing the masks caused detectable physical adverse effects such as impaired cognition (24% of wearers) and headaches in 71.4% of the participants. Of these, 28% persisted and required medication. Headache occurred in 15.2% under 1 h of wear, in 30.6% after 1 h of wear and in 29.7% after 3 h of wear. Thus, the effect intensified with increasing wearing time [37].

Confusion, disorientation and even drowsiness (Likert scale questionnaire) and reduced motoric abilities (measured with a linear position transducer) with reduced reactivity and overall impaired performance (measured with the Roberge Subjective Symptoms-during-Work Scale) as a result of mask use have also been documented in other studies [19,23,29,32,36,37].

The scientists explain these neurological impairments with a mask-induced latent drop in blood gas oxygen levels $O_2$ (towards hypoxia) or a latent increase in blood gas carbon dioxide levels $CO_2$ (towards hypercapnia) [36]. In view of the scientific data, this connection also appears to be indisputable [38–41].

In a mask experiment from 2020, significant impaired thinking ($p < 0.03$) and impaired concentration ($p < 0.02$) were found for all mask types used (fabric, surgical and N95 masks) after only 100 min of wearing the mask [29]. The thought disorders correlated significantly with a drop in oxygen saturation ($p < 0.001$) during mask use.

Initial headaches ($p < 0.05$) were experienced by up to 82% of 158, 21–35 year-old mask wearers in another study of N95 respiratory protection with one third (34%) experiencing headaches up to four times daily. Participants wore the mask for 18.3 days over a 30-day period with a mean of 5.9 h per day [66].

Significantly increased headache ($p < 0.05$) could be observed not only for N95 but also for surgical masks in participants of another observational study of health care workers [67].

In another study, the researchers classified 306 users with an average age of 43 years and wearing different types of masks, of whom 51% had an initial headache as a specific symptom related exclusively to increased surgical and N95 mask use (1 to 4 h, $p = 0.008$) [68].

Researchers from Singapore were able to demonstrate in a trial involving 154 healthy N95 health service mask wearers that a significant increase in mask-induced blood carbon dioxide levels (measured by end-expiratory partial pressure of carbon dioxide $PETCO_2$) and a measurably greater vasodilatation with an increase in cerebral artery flow in the cerebri media resulted. This was associated with headaches in the trial group ($p < 0.001$) [27].

According to the researchers, the aforementioned changes also contribute to headaches during the prolonged use of masks with a shift towards hypoxia and hypercapnia. Furthermore, stress and mechanical factors such as the irritation of cervical nerves in the neck and head area caused by the tight mask straps pressuring the nerve strands also contribute to headaches [66].

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

In the analysis of the primary studies, we were able to detect an association between the N95 mask and headaches. In six out of 10 studies, the significant headache appeared in conjunction with the N95 mask (60% of all studies, Figure 2).

### 3.4. Psychological Side Effects and Dangers

According to an experimental study, wearing surgical masks and N95 masks can also lead to a reduced quality of life owing to reduced cardiopulmonary capacity [31]. Masks, along with causing physiological changes and discomfort with progressive length of use, can also lead to significant discomfort ($p < 0.03$ to $p < 0.0001$) and a feeling of exhaustion ($p < 0.05$ to 0.0001) [69].

Besides the shift in blood gases towards hypercapnia (increase in $CO_2$) and hypoxia (decrease in $O_2$), detailed under general physiological effects (Section 3.1), masks also restrict the cognitive abilities of the individual (measured using a Likert scale survey) accompanied by a decline in psycho-motoric abilities and consequently a reduced responsiveness (measured using a linear position transducer) as well as an overall reduced performance capability (measured with the Roberge Subjective Symptoms-during-Work Scale) [29,32,38,39,41].

The mask also causes an impaired field of vision (especially affecting the ground and obstacles on the ground) and also presents an inhibition to habitual actions such as eating, drinking, touching, scratching and cleaning the otherwise uncovered part of the face, which is consciously and subconsciously perceived as a permanent disturbance, obstruction and restriction [36]. Wearing masks, thus, entails a feeling of deprivation of freedom and loss of autonomy and self-determination, which can lead to suppressed anger and subconscious constant distraction, especially as the wearing of masks is mostly dictated and ordered by others [70,71]. These perceived interferences of integrity, self-determination and autonomy, coupled with discomfort, often contribute to substantial distraction and may ultimately be combined with the physiologically mask-related decline in psycho-motoric abilities, reduced responsiveness and an overall impaired cognitive performance. It leads to misjudging situations as well as delayed, incorrect and inappropriate behavior and a decline in the effectiveness of the mask wearer [36,37,39–41].

The use of masks for several hours often causes further detectable adverse effects such as headaches, local acne, mask-associated skin irritation, itching, sensations of heat and dampness, impairments and discomfort predominantly affecting the head and face [19,29,35–37,71–73]. However, the head and face are significant for well-being due to their large representation in the sensitive cerebral cortex (homunculus) [36].

According to a questionnaire survey, masks also frequently cause anxiety and psycho-vegetative stress reactions in children—as well as in adults—with an increase in psycho-somatic and stress-related illnesses and depressive self-experience, reduced participation, social withdrawal and lowered health-related self-care [74]. Over 50% of the mask wearers studied had at least mild depressive feelings [74]. Additional fear-inducing and often exaggerated media coverage can further intensify this. A recent retrospective analysis of the general media in the context of the 2014 Ebola epidemic showed a scientific truth content of only 38% of all publicly published information [75]. Researchers classified a total of 28% of the information as provocative and polarizing and 42% as exaggerating risks. In addition, 72% of the media content aimed to stir up health-related negative feelings. The feeling of fear, combined with insecurity and the primal human need to belong [76], causes a social dynamic that seems partly unfounded from a medical and scientific point of view.

The mask, which originally served purely hygienic purpose, has been transformed into a symbol of conformity and pseudo-solidarity. The WHO, for example, lists the advantages of the use of masks by healthy people in public to include a potentially reduced stigmatization of mask wearers, a sense of contribution to preventing the spread of the virus and a reminder to comply with other measures [2].

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

### 3.5. Psychiatric Side Effects and Dangers

As explained earlier, masks can cause increased rebreathing with an accumulation of carbon dioxide in the wearer due to increased dead space volume [16–18,20] (Figure 3), with often statistically significant measurable elevated blood carbon dioxide (CO2) levels in sufferers [13,15,17,19–28] (Figure 2). However, changes that lead to hypercapnia are known to trigger panic attacks [77,78]. This makes the significantly measurable increase in $CO_2$ caused by wearing a mask clinically relevant.

Interestingly, breath provocation tests by inhaling $CO_2$ are used to differentiate anxiety states in panic disorders and premenstrual dysphoria from other psychiatric clinical pictures. Here, absolute concentrations of 5% $CO_2$ already suffice to trigger panic reactions within 15–16 min [77]. The normal exhaled air content of $CO_2$ is about 4%.

It is obvious from experimental studies on masked subjects that concentration changes in the respiratory gases in the above-mentioned range with values above 4% could occur during rebreathing with prolonged mask use [18,23].

The activation of the locus coeruleus by $CO_2$ is used to generate panic reactions via respiratory gases [78,79]. This is because the locus coeruleus is an important part of the system of vegetative noradrenergic neurons, a control center in the brainstem, which reacts to an appropriate stimulus and changes in the gas concentrations in the blood by releasing the stress hormone noradrenaline [78].

From the physiological, neurological and psychological side effects and dangers described above (Sections 3.1, 3.3 and 3.4), additional problems can be derived for the use of masks in psychiatric cases. People undergoing treatment for dementia, paranoid schizophrenia, personality disorders with anxiety and panic attacks, but also panic disorders with claustrophobic components, are difficult to reconcile with a mask requirement, because even small increases in $CO_2$ can cause and intensify panic attacks [44,77–79].

According to a psychiatric study, patients with moderate to severe dementia have no understanding of COVID-19 protection measures and have to be persuaded to wear masks constantly [80].

According to a comparative study, patients with schizophrenia have a lower acceptance of mask-wearing (54.9% agreement) than ordinary practice patients (61.6%) [81]. The extent to which mask-wearing can lead to an exacerbation of schizophrenia symptoms has not yet been researched in detail.

When wearing masks, confusion, impaired thinking, disorientation (standardized recording via special rating and Likert scales, $p < 0.05$) and in some cases a decrease in maximum speed and reaction time (measured with the linear-position transducer, $p < 0.05$) were observed [19,32,36,38–41]. Psychotropic drugs reduce psycho-motoric functions in psychiatric patients. This can become clinically relevant especially with regard to the further reduced ability to react and the additional increased susceptibility to accidents of such patients when wearing masks.

In order to avoid an unintentional $CO_2$-triggered anesthesia [39], fixed and medically sedated patients, without the possibility of continuous monitoring, should not be masked according to the criteria of the Centers for Disease Control and Prevention, USA (CDC). This is because of the possible $CO_2$ retention described above, as there is a risk of unconsciousness, aspiration and asphyxia [16,17,20,38,82,83].

### 3.6. Gynaecological Side Effects and Dangers

As a critical variable, a low blood carbon dioxide level in pregnant women is maintained via an increased respiratory minute volume, stimulated by progesterone [22]. For a pregnant woman and her unborn child, there is a metabolic need for a fetal–maternal carbon dioxide (CO2) gradient. The mother's blood carbon dioxide level should always be lower than that of the unborn child in order to ensure the diffusion of $CO_2$ from the fetal blood into the maternal circulation via the placenta.

Therefore, mask-related phenomena described above (Sections 3.1 and 3.2), such as the measurable changes in respiratory physiology with increased breathing resistance,

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

increased dead space volume (Figure 3) and the retention of exhaled carbon dioxide ($CO_2$) are of importance. If $CO_2$ is increasingly rebreathed under masks, this manifestation could, even with subliminal carbon dioxide increases, act as a disturbing variable of the fetal–maternal $CO_2$ gradient increasing over time of exposure and, thus, develop clinical relevance, also with regard to a reduced compensation reserve of the expectant mothers [20,22,28].

In a comparative study, 22 pregnant women wearing N95 masks during 20 min of exercise showed significantly higher percutaneous $CO_2$ values, with average $PtcCO_2$ values of 33.3 mmHg compared to 31.3 mmHg than in 22 pregnant women without masks ($p = 0.04$) [22]. The heat sensation of the expectant mothers was also significantly increased with masks, with $p < 0.001$ [22].

Accordingly, in another intervention study, researchers demonstrated that breathing through an N95 mask (FFP2 equivalent) impeded gas exchange in 20 pregnant women at rest and during exercise, causing additional stress on their metabolic system [28]. Thus, under an N95 mask, 20 pregnant women showed a decrease in oxygen uptake capacity $VO_2$ of about 14% (statistically significant, $p = 0.013$) and a decrease in carbon dioxide output capacity $VCO_2$ of about 18% (statistically significant, $p = 0.001$). Corresponding significant changes in exhaled oxygen and carbon dioxide equivalents were also documented with increases in exhaled carbon dioxide ($FeCO_2$) ($p < 0.001$) and decreases in exhaled oxygen ($FeO_2$) ($p < 0.001$), which were explained by an altered metabolism due to respiratory mask obstruction [28].

In experiments with predominantly short mask application times, neither the mothers nor the fetuses showed statistically significant increases in heart rates or changes in respiratory rates and oxygen saturation values. However, the exact effects of prolonged mask use in pregnant women remain unclear overall. Therefore, in pregnant women, extended use of surgical and N95 masks is viewed critically [20].

In addition, it is unclear whether the substances contained in industrially manufactured masks that can be inhaled over longer periods of time (e.g., formaldehyde as an ingredient of the textile and thiram as an ingredient of the ear bands) are teratogenic [20,84].

### 3.7. Dermatological Side Effects and Dangers

Unlike garments worn over closed skin, masks cover body areas close to the mouth and nose, i.e., body parts that are involved in respiration.

Inevitably, this leads not only to a measurable temperature rise [15,44,85], but also to a severe increase in humidity due to condensation of the exhaled air, which in turn changes the natural skin milieu considerably of perioral and perinasal areas [36,61,82]. It also increases the redness, pH-value, fluid loss through the skin epithelium, increased hydration and sebum production measurably [73]. Preexisting skin diseases are not only perpetuated by these changes, but also exacerbated. In general, the skin becomes more susceptible to infections and acne.

The authors of an experimental study were able to prove a disturbed barrier function of the skin after only 4 h of wearing a mask in 20 healthy volunteers, both for surgical masks and for N95 masks [73]. In addition, germs (bacteria, fungi and viruses) accumulate on the outside and inside of the masks due to the warm and moist environment [86–89]. They can cause clinically relevant fungal, bacterial or viral infections. The unusual increase in the detection of rhinoviruses in the sentinel studies of the German Robert Koch Institute (RKI) from 2020 [90] could be another indication of this phenomenon.

In addition, a region of the skin that is not evolutionarily adapted to such stimuli is subjected to increased mechanical stress. All in all, the above-mentioned facts cause the unfavorable dermatological effects with mask related adverse skin reactions like acne, rashes on the face and itch symptoms [91].

A Chinese research group reported skin irritation and itching when using N95 masks among 542 test participants and also a correlation between the skin damage that occurred and the time of exposure (68.9% at $\leq 6$ h/day and 81.7% at >6 h/day) [92].

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

A New York study evaluated in a random sample of 343 participants the effects of frequent wearing of surgical mask type and N95 masks among healthcare workers during the COVID-19 pandemic. Wearing the masks caused headache in 71.4% of participants, in addition to drowsiness in 23.6%, detectable skin damage in 51% and acne in 53% of mask users [37].

On the one hand, direct mechanical skin lesions occur on the nose and cheekbones due to shear force, especially when masks are frequently put on and taken off [37,92].

On the other hand, masks create an unnaturally moist and warm local skin environment [29,36,82]. In fact, scientists were able to demonstrate a significant increase in humidity and temperature in the covered facial area in another study in which the test individuals wore masks for one hour [85]. The relative humidity under the masks was measured with a sensor (Atmo-Tube, San Francisco, CA, USA). The sensation of humidity and temperature in the facial area is more crucial for well-being than other body regions [36,44]. This can increase discomfort under the masks. In addition, the increase in temperature favors bacterial optimization.

The pressure of the masks also causes an obstruction of the flow physiology of lymph and blood vessels in the face, with the consequence of increased disturbance of skin function [73] and ultimately also contributing to acne in up to 53% of all wearers and other skin irritations in up to 51% of all wearers [36,37,82].

Other researchers examined 322 participants with N95 masks in an observational study and detected acne in up to 59.6% of them, itching in 51.4% and redness in 35.8% as side effects [72].

In up to 19.6% (273) of the 1393 wearers of different masks (community masks, surgical, N95 masks), itching could be objectified in one study, in 9% even severely. An atopic predisposition (allergy tendency) correlated with the risk of itching. The length of use was significantly related to the risk of itching ($p < 0.0001$) [93].

In another dermatological study from 2020, 96.9% of 876 users of all mask types (community masks, surgical masks, N95 masks) confirmed adverse problems with a significant increase in itching (7.7%), accompanied by fogging-up of glasses (21.3%), flushing (21.3%), slurred speech (12.3%) and difficulty breathing (35.9%) ($p < 0.01$) [71].

Apart from an increased incidence of acne [37,72,91] under masks, contact eczema and urticaria [94] are generally described in connection with hypersensitivities to ingredients of the industrially manufactured masks (surgical mask and N95) such as formaldehyde (ingredient of the textile) and thiram (ingredient of the ear bands) [73,84]. The hazardous substance thiram, originally a pesticide and corrosive, is used in the rubber industry as a optimization accelerator. Formaldehyde is a biocide and carcinogen and is used as a disinfectant in the industry.

Even isolated permanent hyperpigmentation as a result of post-inflammatory or pigmented contact dermatitis has been described by dermatologists after prolonged mask use [72,91].

### 3.8. ENT and Dental Side Effects and Dangers

There are reports from dental communities about negative effects of masks and are accordingly titled "mask mouth" [95]. Provocation of gingivitis (inflammation of the gums), halitosis (bad breath), candidiasis (fungal infestation of the mucous membranes with Candida albicans) and cheilitis (inflammation of the lips), especially of the corners of the mouth, and even plaque and caries are attributed to the excessive and improper use of masks. The main trigger of the oral diseases mentioned is an increased dry mouth due to a reduced saliva flow and increased breathing through the open mouth under the mask. Mouth breathing causes surface dehydration and reduced salivary flow rate (SFR) [95]. Dry mouth is scientifically proven due to mask wear [29]. The bad habit of breathing through the open mouth while wearing a mask seems plausible because such breathing pattern compensates for the increased breathing resistance, especially when inhaling through the masks [60,61]. In turn, the outer skin moisture [71,73,85] with altered

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

skin flora, which has already been described under dermatological side effects (Section 3.7), is held responsible as an explanation for the inflammation of the lips and corners of the mouth (cheilitis) [95]. This clearly shows the disease-promoting reversal of the natural conditions caused by masks. The physiological internal moisture with external dryness in the oral cavity converts into internal dryness with external moisture.

ENT physicians recently discovered a new form of irritant rhinitis due to N95 mask use in 46 patients. They performed endoscopies and nasal irrigations on mask wearers, which were subsequently assessed pathologically. Clinical problems were recorded with standardized questionnaires. They found statistically significant evidence of mask-induced rhinitis and itching and swelling of the mucous membranes as well as increased sneezing ($p < 0.01$). Endoscopically, it showed an increased secretion and evidence of inhaled mask polypropylene fibers as the trigger of mucosal irritation [96].

In a study of 221 health care workers, ENT physicians objectified a voice disorder in 33% of mask users. The VHI-10 score of 1 to 10, which measures voice disorders, was on average 5.72 higher in these mask users (statistically significant with $p < 0.001$). The mask not only acted as an acoustic filter, provoking excessively loud speech, it also seems to trigger impaired vocal cord coordination because the mask compromises the pressure gradients required for undisturbed speech [43]. The researchers concluded from their findings that masks could pose a potential risk of triggering new voice disorders as well as exacerbating existing ones.

### 3.9. Sports Medicine Side Effects and Dangers

According to the literature, performance-enhancing effects of masks regarding cardiovascular optimization and improvement of oxygen uptake capacity cannot be proven.

For example, in an experimental reference study (12 subjects per group), the training mask that supposedly mimics altitude training (ETM: elevation training mask) only had training effects on the respiratory muscles. However, mask wearers showed significantly lower oxygen saturation values ($SpO_2$%) during exercise ($SpO_2$ of 94% for mask wearers versus 96% for mask-less, $p < 0.05$) [33], which can be explained by an increased dead space volume and increased resistance during breathing. The measured oxygen saturation values were significantly lower than the normal values in the group of mask wearers, which indicates a clinical relevance.

The proven adaptation effect of the respiratory muscles in healthy athletes [33] clearly suggests that masks have a disruptive effect on respiratory physiology. In another intervention study on mask use in weightlifters, researchers documented statistically significant effects of reduced attention (questionnaire recording, Likert scale) and a slowed maximum speed of movement detectable by means of sensors (both significant at $p < 0.001$), leading the researchers to conclude that mask use in sport is not without risks. As a secondary finding, they also detected a significant decrease in oxygen saturation $SpO_2$ when performing special weight-lifting exercises ("back squats") in the mask group after only 1 min of exercise compared to the mask-free group ($p < 0.001$) [32]. The proven tendency of the masks to shift the chemical parameter oxygen saturation $SpO_2$ in a pathological direction (lower limit value 95%) may well have clinical relevance in untrained or sick individuals.

Sports medicine confirmed an increase in carbon dioxide ($CO_2$) retention, with an elevation in $CO_2$ partial pressure in the blood with larger respiratory dead space volumes [14].

In fact, dead space-induced $CO_2$ retention while wearing a mask during exercise was also experimentally proven. The effects of a short aerobic exercise under N95 masks were tested on 16 healthy volunteers. A significantly increased end-expiratory partial pressure of carbon dioxide ($PETCO_2$) with plus 8 mmHg ($p < 0.001$) was found [24]. The increase in blood carbon dioxide ($CO_2$) in the mask wearers under maximum load was plus 14% $CO_2$ for surgical masks and plus 23% $CO_2$ for N95 masks, an effect that may well have clinical relevance in the pre-diseased, elderly and children, as these values strongly approached the pathological range [24].

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

In an interesting endurance study with eight middle-aged subjects (19–66), the gas content for $O_2$ and $CO_2$ under the masks was determined before and after exercise. Even at rest, the oxygen availability under the masks was 13% lower than without the masks and the carbon dioxide ($CO_2$) concentration was 30 times higher. Under stress (Ruffier test), the oxygen concentration (% $O_2$) below the mask dropped significantly by a further 3.7%, while the carbon dioxide concentration (% $CO_2$) increased significantly by a further 20% (statistically significant with $p < 0.001$). Correspondingly, the oxygen saturation of the blood ($SpO_2$) of the test persons also decreased significantly from 97.6 to 92.1% ($p < 0.02$) [18]. The drop in the oxygen saturation value ($SpO_2$) to 92%, clearly below the normal limit of 95%, is to be classified as clinically relevant and detrimental to health.

These facts are an indication that the use of masks also triggers the effects described above leading to hypoxia and hypercapnia in sports. Accordingly, the WHO and Centers for Disease Control and Prevention, GA, USA (CDC) advise against wearing masks during physical exercise [82,97].

### 3.10. Social and Sociological Side Effects and Dangers

The results of a Chilean study with health care workers show that masks act like an acoustic filter and provoke excessively loud speech. This causes a voice disorder [43]. The increased volume of speech also contributes to increased aerosol production by the mask wearer [98]. These experimental data measured with the Aerodynamic Particle Sizer (APS, TSI, model 332, TSI Incorporated, Minnesota, MI, USA) are highly relevant.

Moreover, mask wearers are prevented from interacting normally in everyday life due to impaired clarity of speech [45], which tempts them to get closer to each other.

This results in a distorted prioritization in the general public, which counteracts the recommended measures associated with the COVID-19 pandemic. The WHO prioritizes social distancing and hand hygiene with moderate evidence and recommends wearing a mask with weak evidence, especially in situations where individuals are unable to maintain a physical distance of at least 1 m [3].

The disruption of non-verbal communication due to the loss of facial expression recognition under the mask can increase feelings of insecurity, discouragement and numbness as well as isolation, which can be extremely stressful for the mentally and hearing-impaired [16].

Experts point out that masks disrupt the basics of human communication (verbal and nonverbal). The limited facial recognition caused by masks leads to a suppression of emotional signals. Masks, therefore, disrupt social interaction, erasing the positive effect of smiles and laughter but at the same time greatly increasing the likelihood of misunderstandings because negative emotions are also less evident under masks [42].

A decrease in empathy perception through mask use with disruption of the doctor–patient relationship has already been scientifically proven on the basis of a randomized study (statistically significant, with $p = 0.04$) [99]. In this study, the Consultation Empathy Care Measury, the Patient Enablement Instrument (PEI) Score and a Satisfaction Rating Scale were assessed in 1030 patients. The 516 doctors, who wore masks throughout, conveyed reduced empathy towards the patients and, thus, nullified the positive health-promoting effects of a dynamic relationship. These results demonstrate a disruption of interpersonal interaction and relationship dynamics caused by masks.

The WHO guidance on the use of masks in children in the community, published in August 2020, points out that the benefits of mask use in children must be weighed up against the potential harms, including social and communicational concerns [100].

Fears that widespread pandemic measures will lead to dysfunctional social life with degraded social, cultural and psychological interactions have also been expressed by other experts [6–8,42].

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

### 3.11. Social and Occupational Medicine Side Effects and Hazards

In addition to mask-specific complaints such as a feeling of heat, dampness, shortness of breath and headache, various physiological phenomena were documented, such as the significant increase in heart and respiratory rate, the impairment of lung function parameters, the decrease in cardiopulmonary capacity (e.g., lower maximum blood lactate response) [15,19,21,23,29–31], as well as the changes in oxygen and carbon dioxide both in the end-expiratory and the air under the mask that was measured in the blood of the individuals [13,15,18,19,21–25,27–34]. The significant changes were measurable after only a few minutes of wearing a mask and in some cases reached magnitudes of minus 13% reduced $O_2$ concentration and 30-fold increased $CO_2$ concentration of the inhaled air under masks ($p < 0.001$) [18]. The changes observed were not only statistically significant, but also clinically relevant; the subjects also showed pathological oxygen saturation after exposure to masks ($p < 0.02$) [18].

Shortness of breath during light exertion (6 min walking) under surgical masks has been recorded with statistical significance in 44 healthy subjects in a prospective experimental intervention study ($p < 0.001$) [101]. Here, the complaints were assessed using a subjective, visual analogue scale.

In another study from 2011, all tested masks caused a significantly measurable increase in discomfort and a feeling of exhaustion in the 27 subjects during prolonged usage ($p < 0.0001$) [69].

These symptoms lead to additional stress for the occupational mask wearer and, thus, in relation to the feeling of exhaustion, contribute to the self-perpetuating vicious circle caused by the vegetative sympathetic activation, which further increases the respiratory and heart rate, blood pressure and increased sense of exhaustion [16,20,35,83].

Other studies showed that the psychological and physical effects of the masks can lead to an additional reduction in work performance (measured with the Roberge Subjective Symptoms-during-Work Scale, a Likert scale of 1–5) via increased feelings of fatigue, dissatisfaction and anxiety [58,102,103].

Wearing masks over a longer period of time also led to physiological and psychological impairments in other studies and, thus, reduced work performance [19,36,58,69]. In experiments on respiratory-protective equipment, an increase in the dead space volume by 350 mL leads to a reduction in the possible performance time by approx. −19%, furthermore to a decrease in breathing comfort by −18% (measured via a subjective rating scale) [58]. In addition, the time spent working and the flow of work is interrupted and reduced by putting on and taking off the masks and changing them. The reduced work performance has been recorded in the literature found as described above (especially in Sections 3.1 and 3.2) but has not been quantified further in detail [36,58].

Surgical mask type and N95 protective equipment frequently caused adverse effects in medical personnel such as headaches, breathing difficulties, acne, skin irritation, itching, decreased alertness, decreased mental performance and feelings of dampness and heat [19,29,37,71,85]. Subjective, work performance-reducing, mask-related impairments in users, measured with special survey scores and Likert scales, have also been described in other studies [15,21,27,32,35,43,66–68,72,96,99].

In Section 3.7 on dermatology, we already mentioned a paper that demonstrated a significant temperature increase of 1.9 °C on average (to over 34.5 °C) in the mask-covered facial area ($p < 0.05$) [85]. Due to the relatively larger representation in the sensitive cerebral cortex (homunculus), the temperature sensation in the face is more decisive for the feeling of well-being than other body regions [36,44]. The perception of discomfort when wearing a mask can, thus, be intensified. Interestingly, in our analysis, we found a combined occurrence of the physical variable temperature rise under the mask and the symptom respiratory impairment in seven of eight studies concerned, with a mutual significantly measured occurrence in 88%. We also detected a combined occurrence of significantly measured temperature rise under the mask and significantly measured fatigue in 50% of the relevant primary studies (three of six papers, Figure 2). These clustered associations of

Case 6:21-cv-01008-PGB-DCI   Document 62-5   Filed 09/14/21   Page 176 of 592 PageID 2716

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344    19 of 42

temperature rise with symptoms of respiratory impairment and fatigue suggest a clinical relevance of the detected temperature rise under masks. In the worst case scenario, the effects mentioned can reinforce each other and lead to decompensation, especially in the presence of COPD, heart failure and respiratory insufficiency.

The sum of the disturbances and discomforts that can be caused by a mask also contributes to distraction (see also psychological impairment). These, in conjunction with a decrease in psycho-motoric skills, reduced responsiveness and overall impaired cognitive performance (all of which are pathophysiological effects of wearing a mask) [19,29,32,39–41] can lead to a failure to recognize hazards and, thus, to accidents or avoidable errors at work [19,36,37]. Of particular note here are mask-induced listlessness ($p < 0.05$), impaired thinking ($p < 0.05$) and concentration problems ($p < 0.02$) as measured by a Likert scale (1–5) [29]. Accordingly, occupational health regulations take action against such scenarios. The German Industrial Accident Insurance (DGUV) has precise and extensive regulations for respiratory protective equipment where they document the limitation of wearing time, levels of work intensity and defined instruction obligation [104].

The standards and norms prescribed in many countries regarding different types of masks to protect their workers are also significant from an occupational health point of view [105]. In Germany, for example, there are very strict safety specifications for masks from other international countries. These specify the requirements for the protection of the wearer [106]. All these standards and the accompanying certification procedures were increasingly relaxed with the introduction of mandatory masks for the general public. This meant that non-certified masks such as community masks were also used on a large scale in the work and school sectors for longer periods during the pandemic measures [107]. Most recently, in October 2020, the German Social Accident Insurance (DGUV) recommended the same usage time limits for community masks as for filtering half masks, namely, a maximum of three shifts of 120 min per day with recovery breaks of 30 min in between. In Germany, FFP2 (N95) masks must be worn for 75 min, followed by a 30-minute break. An additional suitability examination by specialized physicians is also obligatory and stipulated for occupationally used respirators [104].

### 3.12. Microbiological Consequences for Wearer and Environment: Foreign/Self-Contamination

Masks cause retention of moisture [61]. Poor filtration performance and incorrect use of surgical masks and community masks, as well as their frequent reuse, imply an increased risk of infection [108–110]. The warm and humid environment created by and in masks without the presence of protective mechanisms such as antibodies, the complement system, defense cells and pathogen-inhibiting and on a mucous membrane paves the way for unimpeded growth and, thus, an ideal growth and breeding ground for various pathogens such as bacteria and fungi [88] and also allows viruses to accumulate [87]. The warm and humid mask microclimate favors the accumulation of various germs on and underneath the masks [86], and the germ density is measurably proportional to the length of time the mask is worn. After only 2 h of wearing the mask, the pathogen density increases almost tenfold in experimental observation studies [87,89].

From a microbiological and epidemiological point of view, masks in everyday use pose a risk of contamination. This can occur as foreign contamination but also as self-contamination. On the one hand, germs are sucked in or attach themselves to the masks through convection currents. On the other hand, potential infectious agents from the nasopharynx accumulate excessively on both the outside and inside of the mask during breathing [5,88]. This is compounded by contact with contaminated hands. Since masks are constantly penetrated by germ-containing breath and the pathogen reproduction rate is higher outside mucous membranes, potential infectious pathogens accumulate excessively on the outside and inside of masks. On and in the masks, there are quite serious, potentially disease-causing bacteria and fungi such as *E. coli* (54% of all germs detected), Staphylococcus aureus (25% of all germs detected), Candida (6%), Klebsiella (5%), Enterococci (4%),

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

Pseudomonads (3%), Enterobacter (2%) and Micrococcus (1%) even detectable in large quantities [88].

In another microbiological study, the bacterium Staphylococcus aureus (57% of all bacteria detected) and the fungus Aspergillus (31% of all fungi detected) were found to be the dominant germs on 230 surgical masks examined [86].

After more than six hours of use, the following viruses were found in descending order on 148 masks worn by medical personnel: adenovirus, bocavirus, respiratory syncytial virus and influenza viruses [87].

From this aspect, it is also problematic that moisture distributes these potential pathogens in the form of tiny droplets via capillary action on and in the mask, whereby further proliferation in the sense of self- and foreign contamination by the aerosols can then occur internally and externally with every breath [35]. In this regard, it is also known from the literature that masks are responsible for a proportionally disproportionate production of fine particles in the environment and, surprisingly, much more so than in people without masks [98].

It was shown that all mask-wearing subjects released significantly more smaller particles of size 0.3–0.5 µm into the air than mask-less people, both when breathing, speaking and coughing (fabric, surgical, N95 masks, measured with the Aerodynamic Particle Sizer, APS, TS, model 3329) [98]. The increase in the detection of rhinoviruses in the sentinel studies of the German RKI from 2020 [90] could be a further indication of this phenomenon, as masks were consistently used by the general population in public spaces in that year.

### 3.13. Epidemiological Consequences

The possible side effects and dangers of masks described in this paper are based on studies of different types of masks. These include the professional masks of the surgical mask type and N95/KN95 (FFP2 equivalent) that are commonly used in everyday life, but also the community fabric masks that were initially used. In the case of N95, the N stands for National Institute for Occupational Safety and Health of the United States (NIOSH), and 95 indicates the 95 per cent filtering capacity for fine particles up to at least 0.3 µm [82].

A major risk of mask use in the general public is the creation of a false sense of security with regard to protection against viral infections, especially in the sense of a falsely assumed strong self-protection. Disregarding infection risks may not only neglect aspects of source control, but also result in other disadvantages. Although there are quite a few professional positive accounts of the widespread use of masks in the general populace [111], most of the serious and evident scientific reports conclude that the general obligation to wear masks conveys a false sense of security [4,5]. However, this leads to a neglect of those measures that, according to the WHO, have a higher level of effectiveness than mask-wearing: social distancing and hand hygiene [2,112]. Researchers were able to provide statistically significant evidence of a false sense of security and more risky behavior when wearing masks in an experimental setting [112].

Decision makers in many countries informed their citizens early on in the pandemic in March 2020 that people without symptoms should not use a medical mask, as this created a false sense of security [113]. The recommendation was ultimately changed in many countries. At least Germany pointed out that wearers of certain types of masks such as the common fabric masks (community masks) cannot rely on them to protect them or others from transmission of SARS-CoV-2 [114].

However, scientists not only complain about the lack of evidence for fabric masks in the scope of a pandemic [16,110], but also about the high permeability of fabric masks with particles and the potential risk of infection they pose [108,109]. Ordinary fabric masks with a 97% penetration for particle dimensions of $\geq 0.3$ µm are in stark contrast to medical-type surgical masks with a 44% penetration. In contrast, the N95 mask has a penetration rate of less than 0.01% for particles $\geq 0.3$ µm in the laboratory experiment [108,115].

Case 6:21-cv-01008-PGB-DCI   Document 62-5   Filed 09/14/21   Page 178 of 592 PageID 2718

Int. J. Environ. Res. Public Health **2021**, 18, 4344
21 of 42

For the clinical setting in hospitals and outpatient clinics, the WHO guidelines recommend only surgical masks for influenza viruses for the entire patient treatment except for the strongly aerosol-generating measures, for which finer filtering masks of the type N95 are suggested. However, the WHO's endorsement of specific mask types is not entirely evidence-based due to the lack of high-quality studies in the health sector [108,109,116,117].

In a laboratory experiment (evidence level IIa study), it was demonstrated that both surgical masks and N95 masks have deficits in protection against SARS-CoV-2 and influenza viruses using virus-free aerosols [118]. In this study, the FFP2-equivalent N95 mask performed significantly better in protection (8–12 times more effective) than the surgical mask, but neither mask type established reliable, hypothesis-generated protection against corona and influenza viruses. Both mask types could be penetrated unhindered by aerosol particles with a diameter of 0.08 to 0.2 μm. Both the SARS-CoV-2 pathogens with a size of 0.06 to 0.14 μm [119] and the influenza viruses with 0.08 to 0.12 μm are unfortunately well below the mask pore sizes [118].

The filtering capacity of the N95 mask up to 0.3 μm [82] is usually not achieved by surgical masks and community masks. However, aerosol droplets, which have a diameter of 0.09 to 3 μm in size, are supposed to serve as a transport medium for viruses. These also penetrate the medical masks by 40%. Often, there is also a poor fit between the face and the mask, which further impairs their function and safety [120]. The accumulation of aerosol droplets on the mask is problematic. Not only do they absorb nanoparticles such as viruses [6], but they also follow the airflow when inhaling and exhaling, causing them to be carried further. In addition, a physical decay process has been described for aerosol droplets at increasing temperatures, as also occurs under a mask [15,44,85]. This process can lead to a decrease in size of the fine water droplets up to the diameter of a virus [121,122]. The masks filter larger aerosol droplets but cannot retain viruses themselves and such smaller, potentially virus-containing aerosol droplets of less than 0.2 μm and hence cannot stop the spread of virus [123].

Similarly, in an in vivo comparative studies of N95 and surgical masks, there were no significant differences in influenza virus infection rates [124,125]. Although this contrasts with encouraging in vitro laboratory results with virus-free aerosols under non-natural conditions, even with fabric masks [126], it should be noted that under natural in-vivo conditions, the promising filtration functions of fabric masks based on electrostatic effects also rapidly diminish under increasing humidity [127]. A Swiss textile lab test of various masks available on the market to the general public recently confirmed that most mask types filter aerosols insufficiently. For all but one of the eight reusable fabric mask types tested, the filtration efficacy according to EN149 was always less than 70% for particles of 1 μm in size. For disposable masks, only half of all eight mask types tested were efficient enough at filtering to retain 70% of particles 1 μm in size [128].

A recent experimental study even demonstrated that all mask-wearing people (surgical, N95, fabric masks) release significantly and proportionately smaller particles of size 0.3 to 0.5 μm into the air than mask-less people, both when breathing, speaking and coughing [98]. According to this, the masks act like nebulizers and contribute to the production of very fine aerosols. Smaller particles, however, spread faster and further than large ones for physical reasons. Of particular interest in this experimental reference study was the finding that a test subject wearing a single-layer fabric mask was also able to release a total of 384% more particles (of various sizes) when breathing than a person without [98].

It is not only the aforementioned functional weaknesses of the masks themselves that lead to problems, but also their use. This increases the risk of a false sense of security. According to the literature, mistakes are made by both healthcare workers and lay people when using masks as hygienically correct mask use is by no means intuitive. Overall, 65% of healthcare professionals and as many as 78% of the general population, use masks incorrectly [116]. With both surgical masks and N95 masks, adherence to the rules of use is impaired and not adequately followed due to reduced wearability with heat discomfort and skin irritation [29,35,116,129]. This is exacerbated by the accumulation of carbon dioxide

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

due to the dead space (especially under the N95 masks) with the resulting headaches described [19,27,37,66–68,83]. Increased heart rate, itching and feelings of dampness [15,29,30,35,71] also lead to reduced safety and quality during use (see also social and occupational health side effects and hazards). For this reason, (everyday) masks are even considered a general risk for infection in the general population, which does not come close to imitating the strict hygiene rules of hospitals and doctors' offices: the supposed safety, thus, becomes a safety risk itself [5].

In a meta-analysis of evidence level Ia commissioned by the WHO, no effect of masks in the context of influenza virus pandemic prevention could be demonstrated [130]. In 14 randomized controlled trials, no reduction in the transmission of laboratory-confirmed influenza infections was shown. Due to the similar size and distribution pathways of the virus species (influenza and Corona, see above), the data can also be transferred to SARS-CoV-2 [118]. Nevertheless, a combination of occasional mask-wearing with adequate hand-washing caused a slight reduction in infections for influenza in one study [131]. However, since no separation of hand hygiene and masks was achieved in this study, the protective effect can rather be attributed to hand hygiene in view of the aforementioned data [131].

A recently published large prospective Danish comparative study comparing mask wearers and non-mask wearers in terms of their infection rates with SARS-CoV2 could not demonstrate any statistically significant differences between the groups [132].

### 3.14. Paediatric Side Effects and Hazards

Children are particularly vulnerable and may be more likely to receive inappropriate treatment or additional harm. It can be assumed that the potential adverse mask effects described for adults are all the more valid for children (see Section 3.1 to Section 3.13: physiological internal, neurological, psychological, psychiatric, dermatological, ENT, dental, sociological, occupational and social medical, microbiological and epidemiological impairments and also Figures 2 and 3).

Special attention must be paid to the respiration of children, which represents a critical and vulnerable physiological variable due to higher oxygen demand, increased hypoxia susceptibility of the CNS, lower respiratory reserve, smaller airways with a stronger increase in resistance when the lumen is narrowed. The diving reflex caused by stimulating the nose and upper lip can cause respiratory arrest to bradycardia in the event of oxygen deficiency.

The masks currently used for children are exclusively adult masks manufactured in smaller geometric dimensions and had neither been specially tested nor approved for this purpose [133].

In an experimental British research study, the masks frequently led to feelings of heat ($p < 0.0001$) and breathing problems ($p < 0.03$) in 100 school children between 8 and 11 years of age especially during physical exertion, which is why the protective equipment was taken off by 24% of the children during physical activity [133]. The exclusion criteria for this mask experiment were lung disease, cardiovascular impairment and claustrophobia [133].

Scientists from Singapore were able to demonstrate in their level Ib study published in the renowned journal "nature" that 106 children aged between 7 and 14 years who wore FFP2 masks for only 5 min showed an increase in the inspiratory and expiratory $CO_2$ levels, indicating disturbed respiratory physiology [26].

However, a disturbed respiratory physiology in children can have long-term disease-relevant consequences. Slightly elevated $CO_2$ levels are known to increase heart rate, blood pressure, headache, fatigue and concentration disorders [38].

Accordingly, the following conditions were listed as exclusion criteria for mask use [26]: any cardiopulmonary disease including but not limited to: asthma, bronchitis, cystic fibrosis, congenital heart disease, emphysema; any condition that may be aggravated by physical exertion, including but not limited to: exercise-induced asthma; lower respiratory tract infections (pneumonia, bronchitis within the last 2 weeks), anxiety disorders,

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

diabetes, hypertension or epilepsy/attack disorder; any physical disability due to medical, orthopedic or neuromuscular disease; any acute upper respiratory illness or symptomatic rhinitis (nasal obstruction, runny nose or sneezing); any condition with deformity that affects the fit of the mask (e.g., increased facial hair, craniofacial deformities, etc.).

It is also important to emphasize the possible effects of masks in neurological diseases, as described earlier (Section 3.3).

Both masks and face shields caused fear in 46% of children (37 out of 80) in a scientific study. If children are given the choice of whether the doctor examining them should wear a mask they reject this in 49% of the cases. Along with their parents, the children prefer the practitioner to wear a face visor (statistically significant with $p < 0.0001$) [134].

A recent observational study of tens of thousands of mask-wearing children in Germany helped the investigators objectify complaints of headaches (53%), difficulty concentrating (50%), joylessness (49%), learning difficulties (38%) and fatigue in 37% of the 25,930 children evaluated. Of the children observed, 25% had new onset anxiety and even nightmares [135]. In children, the threat scenarios generated by the environment are further maintained via masks, in some cases, even further intensified, and in this way, existing stress is intensified (presence of subconscious fears) [16,35,136,137].

This can in turn lead to an increase in psychosomatic and stress-related illnesses [74,75]. For example, according to an evaluation, 60% of mask wearers showed stress levels of the highest grade 10 on a scale of 1 to a maximum of 10. Less than 10% of the mask wearers surveyed had a stress level lower than 8 out of a possible 10 [74].

As children are considered a special group, the WHO also issued a separate guideline on the use of masks in children in the community in August 2020, explicitly advising policy makers and national authorities, given the limited evidence, that the benefits of mask use in children must be weighed up against the potential harms associated with mask use. This includes feasibility and discomfort, as well as social and communication concerns [100].

According to experts, masks block the foundation of human communication and the exchange of emotions and not only hinder learning but deprive children of the positive effects of smiling, laughing and emotional mimicry [42]. The effectiveness of masks in children as a viral protection is controversial, and there is a lack of evidence for their widespread use in children; this is also addressed in more detail by the scientists of the German University of Bremen in their thesis paper 2.0 and 3.0 [138].

### 3.15. Effects on the Environment

According to WHO estimates of a demand of 89 million masks per month, their global production will continue to increase under the Corona pandemic [139]. Due to the composition of, e.g., disposable surgical masks with polymers such as polypropylene, polyurethane, polyacrylonitrile, polystyrene, polycarbonate, polyethylene and polyester [140], an increasing global challenge, also from an environmental point of view, can be expected, especially outside Europe, in the absence of recycling and disposal strategies [139]. The aforementioned single use polymers have been identified as a significant source of plastic and plastic particles for the pollution of all water cycles up to the marine environment [141].

A significant health hazard factor is contributed by mask waste in the form of microplastics after decomposition into the food chain. Likewise, contaminated macroscopic disposable mask waste—especially before microscopic decay—represents a widespread medium for microbes (protozoa, bacteria, viruses, fungi) in terms of invasive pathogens [86–89,142]. Proper disposal of bio-contaminated everyday mask material is insufficiently regulated even in western countries.

## 4. Discussion

The potential drastic and undesirable effects found in multidisciplinary areas illustrate the general scope of global decisions on masks in general public in the light of combating the pandemic. According to the literature found, there are clear, scientifically recorded adverse effects for the mask wearer, both on a psychological and on a social and physical level.

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

Neither higher level institutions such as the WHO or the European Centre for Disease Prevention and Control (ECDC) nor national ones, such as the Centers for Disease Control and Prevention, GA, USA (CDC) or the German RKI, substantiate with sound scientific data a positive effect of masks in the public (in terms of a reduced rate of spread of COVID-19 in the population) [2,4,5].

Contrary to the scientifically established standard of evidence-based medicine, national and international health authorities have issued their theoretical assessments on the masks in public places, even though the compulsory wearing of masks gives a deceptive feeling of safety [5,112,143].

From an infection epidemiological point of view, masks in everyday use offer the risk of self-contamination by the wearer from both inside and outside, including via contaminated hands [5,16,88]. In addition, masks are soaked by exhaled air, which potentially accumulates infectious agents from the nasopharynx and also from the ambient air on the outside and inside of the mask. In particular, serious infection-causing bacteria and fungi should be mentioned here [86,88,89], but also viruses [87]. The unusual increase in the detection of rhinoviruses in the sentinel studies of the German RKI from 2020 [90] could be an indication of this phenomenon. Clarification through further investigations would therefore be desirable.

Masks, when used by the general public, are considered by scientists to pose a risk of infection because the standardized hygiene rules of hospitals cannot be followed by the general public [5]. On top of that, mask wearers (surgical, N95, fabric masks) exhale relatively smaller particles (size 0.3 to 0.5 μm) than mask-less people and the louder speech under masks further amplifies this increased fine aerosol production by the mask wearer (nebulizer effect) [98].

The history of modern times shows that already in the influenza pandemics of 1918–1919, 1957–58, 1968, 2002, in SARS 2004–2005 as well as with the influenza in 2009, masks in everyday use could not achieve the hoped-for success in the fight against viral infection scenarios [67,144]. The experiences led to scientific studies describing as early as 2009 that masks do not show any significant effect with regard to viruses in an everyday scenario [129,145]. Even later, scientists and institutions rated the masks as unsuitable to protect the user safely from viral respiratory infections [137,146,147]. Even in hospital use, surgical masks lack strong evidence of protection against viruses [67].

Originally born out of the useful knowledge of protecting wounds from surgeons' breath and predominantly bacterial droplet contamination [144,148,149], the mask has been visibly misused with largely incorrect popular everyday use, particularly in Asia in recent years [150]. Significantly, the sociologist Beck described the mask as a cosmetic of risk as early as 1992 [151]. Unfortunately, the mask is inherent in a vicious circle: strictly speaking, it only protects symbolically and at the same time represents the fear of infection. This phenomenon is reinforced by the collective fear mongering, which is constantly nurtured by main stream media [137].

Nowadays, the mask represents a kind of psychological support for the general population during the virus pandemic, promising them additional anxiety-reduced freedom of movement. The recommendation to use masks in the sense of "source control" not out of self-protection but out of "altruism" [152] is also very popular with the regulators as well as the population of many countries. The WHO's recommendation of the mask in the current pandemic is not only a purely infectiological approach, but is also clear on the possible advantages for healthy people in the general public. In particular, a reduced potential stigmatization of mask wearers, the feeling of a contribution made to preventing the spread of the virus, as well as the reminder to adhere to other measures are mentioned [2].

It should not go unmentioned that very recent data suggest that the detection of SARS-CoV-2 infection does not seem to be directly related to popular mask use. The groups examined in a retrospective comparative study (infected with SARS-CoV-2 and not infected) did not differ in their habit of using masks: approximately 70% of the subjects in both groups always wore masks and another 14.4% of them frequently [143].

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

In a Danish prospective study on mask-wearing carried out on about 6000 participants and published in 2020, scientists found no statistically significant difference in the rates of SARS-CoV-2 infection when comparing the group of 3030 mask wearers with the 2994 mask-less participants in the study ($p = 0.38$) [132].

Indeed, in the case of viral infections, masks appear to be not only less effective than expected, but also not free of undesirable biological, chemical, physical and psychological side effects [67]. Accordingly, some experts claim that well-intentioned unprofessionalism can be quite dangerous [6].

The dermatological colleagues were the first to describe common adverse effects of mask-wearing in larger collectives. Simple, direct physical, chemical and biological effects of the masks with increases in temperature, humidity and mechanical irritation caused acne in up to 60% of wearers [37,71–73,85]. Other significantly documented consequences were eczema, skin damage and overall impaired skin barrier function [37,72,73].

These direct effects of mask use are an important pointer to further detrimental effects affecting other organ systems.

In our work, we have identified scientifically validated and numerous statistically significant adverse effects of masks in various fields of medicine, especially with regard to a disruptive influence on the highly complex process of breathing and negative effects on the respiratory physiology and gas metabolism of the body (see Figures 2 and 3). The respiratory physiology and gas exchange play a key role in maintaining a health-sustaining balance in the human body [136,153]. According to the studies we found, a dead space volume that is almost doubled by wearing a mask and a more than doubled breathing resistance (Figure 3) [59–61] lead to a rebreathing of carbon dioxide with every breathing cycle [16–18,39,83] with—in healthy people mostly—a subthreshold but, in sick people, a partly pathological increase in the carbon dioxide partial pressure ($PaCO_2$) in the blood [25,34,58]. According to the primary studies found, these changes contribute reflexively to an increase in respiratory frequency and depth [21,23,34,36] with a corresponding increase in the work of the respiratory muscles via physiological feedback mechanisms [31,36]. Thus, it is not, as initially assumed, purely positive training through mask use. This often increases the subliminal drop in oxygen saturation $SpO_2$ in the blood [23,28–30,32], which is already reduced by increased dead space volume and increased breathing resistance [18,31].

The overall possible resulting measurable drop in oxygen saturation $O_2$ of the blood on the one hand [18,23,28–30,32] and the increase in carbon dioxide ($CO_2$) on the other [13,15,19,21–28] contribute to an increased noradrenergic stress response, with heart rate increase [29,30,35] and respiratory rate increase [15,21,23,34], in some cases also to a significant blood pressure increase [25,35].

In panic-prone individuals, stress-inducing noradrenergic sympathetic activation can be partly directly mediated via the carbon dioxide ($CO_2$) mechanism at the locus coeruleus in the brainstem [39,78,79,153], but also in the usual way via chemo-sensitive neurons of the nucleus solitarius in the medulla [136,154]. The nucleus solitarius [136] is located in the deepest part of the brainstem, a gateway to neuronal respiratory and circulatory control [154]. A decreased oxygen ($O_2$) blood level there causes the activation of the sympathetic axis via chemoreceptors in the carotids [155,156].

Even subthreshold changes in blood gases such as those provoked when wearing a mask cause reactions in these control centers in the central nervous system. Masks, therefore, trigger direct reactions in important control centers of the affected brain via the slightest changes in oxygen and carbon dioxide in the blood of the wearer [136,154,155].

A link between disturbed breathing and cardiorespiratory diseases such as hypertension, sleep apnea and metabolic syndrome has been scientifically proven [56,57]. Interestingly, decreased oxygen/$O_2$ blood levels and also increased carbon dioxide/$CO_2$ blood levels are considered the main triggers for the sympathetic stress response [38,136]. The aforementioned chemo-sensitive neurons of the nucleus solitarius in the medulla are considered to be the main responsible control centers [136,154,155]. Clinical effects of prolonged mask-wearing would, thus, be a conceivable intensification of chronic stress re-

actions and negative influences on the metabolism leading towards a metabolic syndrome. The mask studies we found show that such disease-relevant respiratory gas changes ($O_2$ and $CO_2$) [38,136] are already achieved by wearing a mask [13,15,18,19,21–34].

A connection between hypoxia, sympathetic reactions and leptin release is scientifically known [136].

Additionally important is the connection of breathing with the influence on other bodily functions [56,57], including the psyche with the generation of positive emotions and drive [153]. The latest findings from neuro-psychobiological research indicate that respiration is not only a function regulated by physical variables to control them (feedback mechanism), but rather independently influences higher-level brain centers and, thus, also helps to shape psychological and other bodily functions and reactions [153,157,158]. Since masks impede the wearer's breathing and accelerate it, they work completely against the principles of health-promoting breathing [56,57] used in holistic medicine and yoga. According to recent research, undisturbed breathing is essential for happiness and healthy drive [157,159], but masks work against this.

The result of significant changes in blood gases in the direction of hypoxia (drop in oxygen saturation) and hypercapnia (increase in carbon dioxide concentration) through masks, thus, has the potential to have a clinically relevant influence on the human organism even without exceeding normal limits.

According to the latest scientific findings, blood-gas shifts towards hypoxia and hypercapnia not only have an influence on the described immediate, psychological and physiological reactions on a macroscopic and microscopic level, but additionally on gene expression and metabolism on a molecular cellular level in many different body cells. Through this, the drastic disruptive intervention of masks in the physiology of the body also becomes clear down to the cellular level, e.g., in the activation of hypoxia-induced factor (HIF) through both hypercapnia and hypoxia-like effects [160]. HIF is a transcription factor that regulates cellular oxygen supply and activates signaling pathways relevant to adaptive responses. e.g., HIF inhibits stem cells, promotes tumor cell growth and inflammatory processes [160]. Based on the hypoxia- and hypercapnia-promoting effects of masks, which have been comprehensively described for the first time in our study, potential disruptive influences down to the intracellular level (HIF-a) can be assumed, especially through the prolonged and excessive use of masks. Thus, in addition to the vegetative chronic stress reaction in mask wearers, which is channeled via brain centers, there is also likely to be an adverse influence on metabolism at the cellular level. With the prospect of continued mask use in everyday life, this also opens up an interesting field of research for the future.

The fact that prolonged exposure to latently elevated $CO_2$ levels and unfavorable breathing air compositions has disease-promoting effects was recognized early on. As early as 1983, the WHO described "Sick Building Syndrome" (SBS) as a condition in which people living indoors experienced acute disease-relevant effects that increased with time of their stay, without specific causes or diseases [161,162]. The syndrome affects people who spend most of their time indoors, often with subliminally elevated $CO_2$ levels, and are prone to symptoms such as increased heart rate, rise in blood pressure, headaches, fatigue and difficulty concentrating [38,162]. Some of the complaints described in the mask studies we found (Figure 2) are surprisingly similar to those of Sick Building Syndrome [161]. Temperature, carbon dioxide content of the air, headaches, dizziness, drowsiness and itching also play a role in Sick Building Syndrome. On the one hand, masks could themselves be responsible for effects such as those described for Sick Building Syndrome when used for a longer period of time. On the other hand, they could additionally intensify these effects when worn in air-conditioned buildings, especially when masks are mandatory indoors. Nevertheless, there was a tendency towards higher systolic blood pressure values in mask wearers in some studies [21,31,34], but statistical significance was only found in two studies [25,35]. However, we found more relevant and significant evidence of heart

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

rate increase, headache, fatigue and concentration problems associated with mask wearers (Figure 2) indicating the clinical relevance of wearing masks.

According to the scientific results and findings, masks have measurably harmful effects not only on healthy people, but also on sick people and their relevance is likely to increase with the duration of use [69]. Further research is needed here to shed light on the long-term consequences of widespread mask use with subthreshold hypoxia and hypercapnia in the general population, also regarding possible exacerbating effects on cardiorespiratory lifestyle diseases such as hypertension, sleep apnea and metabolic syndrome. The already often elevated blood carbon dioxide ($CO_2$) levels in overweight people, sleep apnea patients and patients with overlap-COPD could possibly increase even further with everyday masks. Not only a high body mass index (BMI) but also sleep apnea are associated with hypercapnia during the day in these patients (even without masks) [19,163]. For such patients, hypercapnia means an increase in the risk of serious diseases with increased morbidity, which could then be further increased by excessive mask use [18,38].

The hypercapnia-induced effects of sympathetic stress activation are even cycle phase-dependent in women. Controlled by a progesterone mechanism, the sympathetic reaction, measured by increased blood pressure in the luteal phase, is considerably stronger [164]. This may also result in different sensitivities for healthy and sick women to undesirable effects masks have, which are related to an increase in carbon dioxide ($CO_2$).

In our review, negative physical and psychological changes caused by masks could be objectified even in younger and healthy individuals.

The physical and chemical parameters did not exceed the normal values in most cases but were statistically significantly measurable ($p < 0.05$) tending towards pathological ranges. They were accompanied by physical impairments (see Figure 2). It is well known that subthreshold stimuli are capable of causing pathological changes when exposed to them for a long time: not only a single high dose of a disturbance, but also a chronically persistent, subthreshold exposure to it often leads to illness [38,46–48,50–54]. The scientifically repeatedly measurable physical and chemical mask effects were often accompanied by typical subjective complaints and pathophysiological phenomena. The fact that these frequently occur simultaneously and together indicates a syndrome under masks.

Figure 2 sums up the significant mask-dependent physiological, psychological, somatic and general pathological changes and their frequent occurrence together is striking. Within the framework of the quantitative evaluation of the experimental studies, we were actually able to prove a statistically significant correlation of the observed side effects of fatigue and oxygen depletion under mask use with $p < 0.05$. In addition, we found a frequent, simultaneous and joint occurrence of further undesirable effects in the scientific studies (Figure 2). Statistically significant associations of such co-occurring, adverse effects have already been described in primary studies [21,29]. We detected a combined occurrence of the physical parameter temperature rise under the mask with the symptom respiratory impairment in seven of the nine studies concerned (88%). We found a similar result for the decrease in oxygen saturation under mask and the symptom respiratory impairment with a simultaneous detection in six of the eight studies concerned (67%). We detected a combined occurrence of carbon dioxide rise under N95 mask use in nine of the 11 scientific papers (82%). We found a similar result for oxygen drop under N95 mask use with simultaneous co-occurrence in eight of 11 primary papers (72%). The use of N95 masks was also associated with headache in six of the 10 primary studies concerned (60%). A combined occurrence of the physical parameters temperature rise and humidity under masks was even found 100% within six of the six studies with significant measurements of these parameters (Figure 2).

Since the symptoms were described in combination in mask wearers and were not observed in isolation in the majority of cases, we refer to them as general Mask-Induced Exhaustion Syndrome (MIES) because of the consistent presentation in numerous papers from different disciplines. These include the following, predominantly statistically significantly

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

($p < 0.05$) proven pathophysiological changes and subjective complaints, which often occur in combination as described above (see also Section 3.1 to Section 3.11, Figures 2–4):

-   Increase in dead space volume [22,24,58,59] (Figure 3, Sections 3.1 and 3.2).
-   Increase in breathing resistance [31,35,61,118] (Figure 3, Figure 2: Column 8).
-   Increase in blood carbon dioxide [13,15,19,21–28] (Figure 2: Column 5).
-   Decrease in blood oxygen saturation [18,19,21,23,28–34] (Figure 2: Column 4).
-   Increase in heart rate [15,19,23,29,30,35] (Figure 2: Column 12).
-   Decrease in cardiopulmonary capacity [31] (Section 3.2).
-   Feeling of exhaustion [15,19,21,29,31–35,69] (Figure 2: Column 14).
-   Increase in respiratory rate [15,21,23,34] (Figure 2: Column 9).
-   Difficulty breathing and shortness of breath [15,19,21,23,25,29,31,34,35,71,85,101,133] (Figure 2: Column 13).
-   Headache [19,27,37,66–68,83] (Figure 2: Column 17).
-   Dizziness [23,29] (Figure 2: Column 16).
-   Feeling of dampness and heat [15,16,22,29,31,35,85,133] (Figure 2: Column 7).
-   Drowsiness (qualitative neurological deficits) [19,29,32,36,37] (Figure 2: Column 15).
-   Decrease in empathy perception [99] (Figure 2: Column 19).
-   Impaired skin barrier function with acne, itching and skin lesions [37,72,73] (Figure 2: Column 20–22).

It can be deduced from the results that the effects described in healthy people are all more pronounced in sick people, since their compensatory mechanisms, depending on the severity of the illness, are reduced or even exhausted. Some existing studies on and with patients with measurable pathological effects of the masks support this assumption [19,23,25,34]. In most scientific studies, the exposure time to masks in the context of the measurements/investigations was significantly less (in relation to the total wearing and duration of use) than is expected of the general public under the current pandemic regulations and ordinances.

The exposure time limits are little observed or knowingly disregarded in many areas today as already mentioned in Section 3.11 on occupational medicine. The above facts allow the conclusion that the described negative effects of masks, especially in some of our patients and the very elderly, may well be more severe and adverse with prolonged use than presented in some mask studies.

==From a doctor's viewpoint, it may also be difficult to advise children and adults who, due to social pressure (to wear a mask) and the desire to feel they belong, suppress their own needs and concerns until the effects of masks have a noticeable negative impact on their health== [76]. Nevertheless, the use of masks should be stopped immediately at the latest when shortness of breath, dizziness or vertigo occur [23,25]. From this aspect, it seems sensible for decision makers and authorities to provide information, to define instruction obligations and offer appropriate training for employers, teachers and other persons who have a supervisory or caregiving duty. Knowledge about first aid measures could also be refreshed and expanded accordingly in this regard.

Elderly, high-risk patients with lung disease, cardiac patients, pregnant women or stroke patients are advised to consult a physician to discuss the safety of an N95 mask as their lung volume or cardiopulmonary performance may be reduced [23]. A correlation between age and the occurrence of the aforementioned symptoms while wearing a mask has been statistically proven [19]. Patients with reduced cardiopulmonary function are at increased risk of developing serious respiratory failure with mask use according to the referenced literature [34]. Without the possibility of continuous medical monitoring, it can be concluded that they should not wear masks without close monitoring. The American Asthma and Allergy Society has already advised caution in the use of masks with regard to the COVID-19 pandemic for people with moderate and severe lung disease [165]. Since the severely overweight, sleep apnea patients and overlap-COPD sufferers are known to be prone to hypercapnia, they also represent a risk group for serious adverse health effects under extensive mask use [163]. This is because the potential of masks to produce additional

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

29 of 42

$CO_2$ retention may not only have a disruptive effect on the blood gases and respiratory physiology of sufferers, but may also lead to further serious adverse health effects in the long term. Interestingly, in an animal experiment an increase in $CO_2$ with hypercapnia leads to contraction of smooth airway muscles with constriction of bronchi [166]. This effect could explain the observed pulmonary decompensations of patients with lung disease under masks (Section 3.2) [23,34].



**Figure 4.** Unfavorable mask effects as components of Mask-Induced Exhaustion Syndrome (MIES). The chemical, physical and biological effects, as well as the organ system consequences mentioned, are all documented with statistically significant results in the scientific literature found (Figure 2). The term drowsiness is used here to summarize any qualitative neurological deficits described in the examined scientific literature.

Patients with renal insufficiency requiring dialysis are, according to the literature available, further candidates for a possible exemption from the mask requirement [34].

According to the criteria of the Centers for Disease Control and Prevention, GA, USA (CDC), sick and helpless people who cannot remove a mask on their own should be exempted from the mask requirement [82].

Since it can be assumed that children react even more sensitively to masks, the literature suggests that masks are a contraindication for children with epilepsies (hyperventilation as a trigger for seizures) [63]. In the field of pediatrics, special attention should also be paid to the mask symptoms described under psychological, psychiatric and sociological effects with possible triggering of panic attacks by $CO_2$ rebreathing in the case of predisposition and also reinforcement of claustrophobic fears [77–79,167]. The mask-related disturbance of verbal [43,45,71] and non-verbal communication and, thus, of social interaction is particularly serious for children. Masks restrict social interaction and block positive perceptions (smiling and laughing) and emotional mimicry [42]. The proven mask-induced mild to moderate cognitive impairment with impaired thinking, decreased attention and dizziness [19,23,29,32,36,37,39–41,69], as well as the psychological and neurological effects [135], should be additionally taken into account when masks are compulsory at school and in the vicinity of both public and non-public transport, also regarding the possibility of an increased risk of accidents (see also occupational health side effects and hazards) [19,29,32,36,37]. The exclusion criteria mentioned in pediatric studies on masks (see pediatric impairments, Section 3.14) [26,133] should also apply to an exclusion of these children from the general mask obligation in accordance with the scientific findings for the protection of the sick children concerned. The long-term sociological, psychological and educational consequences of a comprehensive masking requirement extended to schools are also unpredictable with regard to the psychological and physical development of healthy children [42,135]. Interestingly, according to the Corona Thesis Paper of the University of Bremen children "are infected less often, they become ill less often, the lethality is close to zero, and they also pass on the infection less often", according to the Thesis Paper 2.0 of the German University of Bremen on page 6 [138]. Studies conducted under real-life conditions with outcome endpoints showing hardly any infections, hardly any morbidity, hardly any mortality and only low contagiousness in children are clearly in the majority, according to Thesis Paper 3.0 of the German University of Bremen [138]. A recent German observational study (5600 reporting pediatricians) also showed a surprisingly low incidence of COVID-19 disease in children [168]. The infection of adults with SARS-CoV-2 by children has been considered in only one suspected case, but could not be proven with certainty, since the parents also had numerous contacts and exposure factors for viral infections due to their occupation. In this case, the circulating headlines in the public media that children contribute more to the incidence of infection are to be regarded as anecdotal.

In pregnant women, the use of masks during exertion or at rest over long periods of time is to be regarded as critical as little research has been done on this [20]. If there is clear scientific evidence of increased dead space ventilation with possible accumulation of $CO_2$ in the mother's blood, the use of masks by pregnant women for more than 1 h, as well as under physical stress, should be avoided in order to protect the unborn child [20,22]. The hypercapnia-promoting masks could act as a confounder of the fetal/maternal $CO_2$ gradient in this case (Section 3.6) [20,22,28].

According to the literature cited in the Section 3.5 on psychiatric side effects (personality disorders with anxiety and panic attacks, claustrophobia, dementia and schizophrenia), masking should only be done, if at all, with careful consideration of the advantages and disadvantages. Attention should be paid to possible provocation of the number and severity of panic attacks [77–79].

In patients with headaches, a worsening of symptoms can be expected with prolonged mask use (see also Section 3.3., neurological side effects) [27,66–68]. As a result of the increase in blood carbon dioxide ($CO_2$) when the mask is used, vasodilatation occurs in the central nervous system and the pulsation of the blood vessels decreases [27]. In this connection, it is also interesting to note radiological experiments that demonstrate an increase in brain volume under subthreshold, but still within normal limits of $CO_2$ increase

in the blood by means of structural MRI. The blood carbon dioxide increase was produced in seven subjects via rebreathing with resulting median carbon dioxide concentration of 42 mmHg and an interquartile range of 39.44 mmHg, corresponding to only a subthreshold increase given the normal values of 32–45 mmHg. In the experiment, there was a significant increase in brain parenchymal volume measurable under increased arterial $CO_2$ levels ($p < 0.02$), with a concomitant decrease in CSF spaces ($p < 0.04$), entirely in accordance with the Monroe–Kelly doctrine, according to which the total volume within the skull always remains the same. The authors interpreted the increase in brain volume as an expression of an increase in blood volume due to a $CO_2$ increase-induced dilation of the cerebral vessels [169]. The consequences of such equally subthreshold carbon dioxide ($CO_2$) increases even under masks [13,15,18,19,22,23,25] are unclear for people with pathological changes inside the skull (aneurysms, tumors, etc.) with associated vascular changes [27] and brain volume shifts [169] especially due to longer exposure while wearing a mask, but could be of great relevance due to the blood gas-related volume shifts that take place.

In view of the increased dead space volume, the long-term and increased accumulation and rebreathing of other respiratory air components apart from $CO_2$ is also unexplained, both in children and in old and sick people. Exhaled air contains over 250 substances, including irritant or toxic gases such as nitrogen oxides (NO), hydrogen sulfide (H2S), isoprene and acetone [170]. For nitrogen oxides [47] and hydrogen sulfide [46], pathological effects relevant to disease have been described in environmental medicine even at a low but chronic exposure [46–48]. Among the volatile organic compounds in exhaled air, acetone and isoprene dominate in terms of quantity, but allyl methyl sulfide, propionic acid and ethanol (some of bacterial origin) should also be mentioned [171]. Whether such substances also react chemically with each other underneath masks and in the dead space volume created by masks (Figure 3), and with the mask tissue itself, and in what quantities these and possible reaction products are rebreathed, has not yet been clarified. In addition to the blood gas changes described above ($O_2$ drop and $CO_2$ rise), these effects could also play a role with regard to undesirable mask effects. Further research is needed here and is of particular interest in the case of prolonged and ubiquitous use of masks.

The WHO sees the integration of individual companies and communities that produce their own fabric masks as a potential social and economic benefit. Due to the global shortage of surgical masks and personal protective equipment, it sees this as a source of income and points out that the reuse of fabric masks can reduce costs and waste and contribute to sustainability [2]. In addition to the question of certification procedures for such fabric masks, it should also be mentioned that due to the extensive mask obligation, textile (artificial) substances in the form of micro- and nanoparticles, some of which cannot be degraded in the body, are chronically absorbed into the body through inhalation to an unusual extent. In the case of medical masks, disposable polymers such as polypropylene, polyurethane, polyacrylonitrile, polystyrene, polycarbonate, polyethylene and polyester should be mentioned [140]. ENT physicians have already been able to detect such particles in the nasal mucosa of mask wearers with mucosal reactions in the sense of a foreign body reaction with rhinitis [96]. In the case of community masks, other substances from the textile industry are likely to be added to those mentioned above. The body will try to absorb these substances through macrophages and scavenger cells in the respiratory tract and alveoli as part of a foreign body reaction, whereby toxin release and corresponding local and generalized reactions may occur in an unsuccessful attempt to break them down [172]. Extensive respiratory protection in permanent long-term use (24/7), at least from a theoretical point of view, also potentially carries the risk of leading to a mask-related pulmonary [47] or even generalized disorder, as is already known from textile workers chronically exposed to organic dusts in the Third World (byssinosis) [172].

For the general public, from a scientific angle, it is necessary to draw on the long-standing knowledge of respiratory protection in occupational medicine in order to protect children in particular from harm caused by uncertified masks and improper use.

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

The universal undefined and extended mask requirement—without taking into account multiple predispositions and susceptibilities—contradicts the claim of an increasingly important individualized medicine with a focus on the unique characteristics of each individual [173].

A systematic review on the topic of masks is necessary according to the results of our scoping review. The primary studies often showed weaknesses in operationalization, especially in the evaluation of cognitive and neuropsychological parameters. Computerized test procedures will be useful here in the future. Mask research should also set itself the future goal of investigating and defining subgroups for whom respiratory protection use is particularly risky.

## 5. Limitations

Our approach with a focus on negative effects is in line with Villalonga-Olives and Kawachi [12]. With the help of such selective questioning in the sense of dialectics, new insights can be gained that might otherwise have remained hidden. Our literature search focused on adverse negative effects of masks, in particular to point out risks especially for certain patient groups. Therefore, publications presenting only positive effects of masks were not considered in this review.

For a compilation of studies with harmless results when using masks, reference must, therefore, be made to reviews with a different research objective, whereby attention must be paid to possible conflicts of interest there. Some of the studies excluded by us lacking negative effects have shown methodological weaknesses (small, non-uniform experimental groups, missing control group even without masks due to corona constraints, etc.) [174]. In other words, if no negative concomitant effects were described in publications, it does not necessarily mean that masks have exclusively positive effects. It is quite possible that negative effects were simply not mentioned in the literature and the number of negative effects may well be higher than our review suggests.

We only searched one database, so the number of papers on negative mask effects may be higher than we reported.

In order to be able to describe characteristic effects for each mask type even more extensively, we did not have enough scientific data on the respective special designs of the masks. There is still a great need for research in this area due to the current pandemic situation with extensive mandatory masking.

In addition, the experiments evaluated in this paper do not always have uniform measurement parameters and study variables and, depending on the study, take into account the effect of masks at rest or under stress with subjects having different health conditions. Figure 2, therefore, represents a compromise. The results of the primary studies on mask use partially showed no natural variation in parameters, but often showed such clear correlations between symptoms and physiological changes, so that a statistical correlation analysis was not always necessary. We found a statistically significant correlation of oxygen deprivation and fatigue in 58% of the studies ($p < 0.05$). A statistically significant correlation evidence for other parameters has been previously demonstrated in primary studies [21,29].

The most commonly used personal particulate matter protective equipment in the COVID-19 pandemic is the N95 mask [23]. Due to its characteristics (better filtering function, but greater airway resistance and more dead space volume than other masks), the N95 mask is able to highlight negative effects of such protective equipment more clearly than others (Figure 3). Therefore, a relatively frequent consideration and evaluation of N95 masks within the studies found (30 of the 44 quantitatively evaluated studies, 68%) is even advantageous within the framework of our research question. Nevertheless, it remains to be noted that the community masks sold on the market are increasingly similar to the protective equipment that has been better investigated in scientific studies, such as surgical masks and N95 masks, since numerous manufacturers and users of community masks are striving to approximate the professional standard (surgical mask, N95/FFP2). Recent

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

33 of 42

study results on community masks indicate similar effects for respiratory physiology as described for medical masks: in a recent publication, fabric masks (community masks) also provoked a measurable increase in carbon dioxide PtcCO$_2$ in wearers during exertion and came very close to surgical masks in this effect [21].

Most of the studies cited in our paper included only short observation and application periods (mask-wearing durations investigated ranged from 5 min [26] to 12 h [19]. In only one study, a maximum observation period of an estimated 2-month period was chosen [37]. Therefore, the actual negative effects of masks over a longer application period might be more pronounced than presented in our work.

## 6. Conclusions

On the one hand, the advocacy of an extended mask requirement remains predominantly theoretical and can only be sustained with individual case reports, plausibility arguments based on model calculations and promising in vitro laboratory tests. Moreover, recent studies on SARS-CoV-2 show both a significantly lower infectivity [175] and a significantly lower case mortality than previously assumed, as it could be calculated that the median corrected infection fatality rate (IFR) was 0.10% in locations with a lower than average global COVID-19 population mortality rate [176]. In early October 2020, the WHO also publicly announced that projections show COVID-19 to be fatal for approximately 0.14% of those who become ill—compared to 0.10% for endemic influenza—again a figure far lower than expected [177].

On the other hand, the side effects of masks are clinically relevant.

In our work, we focused exclusively on the undesirable and negative side effects that can be produced by masks. Valid significant evidence of combined mask-related changes were objectified ($p < 0.05$, $n \geq 50\%$), and we found a clustered and common occurrence of the different adverse effects within the respective studies with significantly measured effects (Figure 2). We were able to demonstrate a statistically significant correlation of the observed adverse effect of hypoxia and the symptom of fatigue with $p < 0.05$ in the quantitative evaluation of the primary studies. Our review of the literature shows that both healthy and sick people can experience Mask-Induced Exhaustion Syndrome (MIES), with typical changes and symptoms that are often observed in combination, such as an increase in breathing dead space volume [22,24,58,59], increase in breathing resistance [31,35,60,61], increase in blood carbon dioxide [13,15,17,19,21–30,35], decrease in blood oxygen saturation [18,19,21,23,28–34], increase in heart rate [23,29,30,35], increase in blood pressure [25,35], decrease in cardiopulmonary capacity [31], increase in respiratory rate [15,21,23,34,36], shortness of breath and difficulty breathing [15,17,19,21,23,25,29,31,34,35,60,71,85,101,133], headache [19,27,29,37,66–68,71,83], dizziness [23,29], feeling hot and clammy [17,22,29,31,35,44,71,85,133], decreased ability to concentrate [29], decreased ability to think [36,37], drowsiness [19,29,32,36,37], decrease in empathy perception [99], impaired skin barrier function [37,72,73] with itching [31,35,67,71–73,91–93], acne, skin lesions and irritation [37,72,73], overall perceived fatigue and exhaustion [15,19,21,29,31,32,34,35,69] (Figures 2–4).

Wearing masks does not consistently cause clinical deviations from the norm of physiological parameters, but according to the scientific literature, a long-term pathological consequence with clinical relevance is to be expected owing to a longer-lasting effect with a subliminal impact and significant shift in the pathological direction. For changes that do not exceed normal values, but are persistently recurring, such as an increase in blood carbon dioxide [38,160], an increase in heart rate [55] or an increase in respiratory rate [56,57], which have been documented while wearing a mask [13,15,17,19,21–30,34,35] (Figure 2), a long-term generation of high blood pressure [25,35], arteriosclerosis and coronary heart disease and of neurological diseases is scientifically obvious [38,55–57,160]. This pathogenetic damage principle with a chronic low-dose exposure with long-term effect, which leads to disease or disease-relevant conditions, has already been extensively studied and described in many areas of environmental medicine [38,46–54]. Extended

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

mask-wearing would have the potential, according to the facts and correlations we have found, to cause a chronic sympathetic stress response induced by blood gas modifications and controlled by brain centers. This in turn induces and triggers immune suppression and metabolic syndrome with cardiovascular and neurological diseases.

We not only found evidence in the reviewed mask literature of potential long-term effects, but also evidence of an increase in direct short-term effects with increased mask-wearing time in terms of cumulative effects for: carbon dioxide retention, drowsiness, headache, feeling of exhaustion, skin irritation (redness, itching) and microbiological contamination (germ colonization) [19,22,37,66,68,69,89,91,92].

Overall, the exact frequency of the described symptom constellation MIES in the mask-using populace remains unclear and cannot be estimated due to insufficient data.

Theoretically, the mask-induced effects of the drop in blood gas oxygen and increase in carbon dioxide extend to the cellular level with induction of the transcription factor HIF (hypoxia-induced factor) and increased inflammatory and cancer-promoting effects [160] and can, thus, also have a negative influence on pre-existing clinical pictures.

In any case, the MIES potentially triggered by masks (Figures 3 and 4) contrasts with the WHO definition of health: "health is a state of complete physical, mental and social well-being and not merely the absence of disease or infirmity." [178].

All the scientific facts found in our work expand the knowledge base for a differentiated view of the mask debate. This gain can be relevant for decision makers who have to deal with the issue of mandatory mask use during the pandemic under constant review of proportionality as well as for physicians who can advise their patients more appropriately on this basis. For certain diseases, taking into account the literature found in this study, it is also necessary for the attending physician to weigh up the benefits and risks with regard to a mask obligation. With an overall strictly scientific consideration, a recommendation for mask exemption can become justifiable within the framework of a medical appraisal (Figure 5).



**Figure 5.** Diseases/predispositions with significant risks, according to the literature found, when using masks. Indications for weighing up medical mask exemption certificates.

In addition to protecting the health of their patients, doctors should also base their actions on the guiding principle of the 1948 Geneva Declaration, as revised in 2017. According to this, every doctor vows to put the health and dignity of his patient first and, even under threat, not to use his medical knowledge to violate human rights and civil liberties [9]. Within the framework of these findings, we, therefore, propagate an explicitly medically judicious, legally compliant action in consideration of scientific factual reality [2,4,5,16,130,132,143,175–177] against a predominantly assumption-led claim to a general effectiveness of masks, always taking into account possible unwanted individual ef-

fects for the patient and mask wearer concerned, entirely in accordance with the principles of evidence-based medicine and the ethical guidelines of a physician.

The results of the present literature review could help to include mask-wearing in the differential diagnostic pathophysiological cause consideration of every physician when corresponding symptoms are present (MIES, Figure 4). In this way, the physician can draw on an initial complaints catalogue that may be associated with mask-wearing (Figure 2) and also exclude certain diseases from the general mask requirement (Figure 5).

For scientists, the prospect of continued mask use in everyday life suggests areas for further research. In our view, further research is particularly desirable in the gynecological (fetal and embryonic) and pediatric fields, as children are a vulnerable group that would face the longest and, thus, most profound consequences of a potentially risky mask use. Basic research at the cellular level regarding mask-induced triggering of the transcription factor HIF with potential promotion of immunosuppression and carcinogenicity also appears to be useful under this circumstance. Our scoping review shows the need for a systematic review.

The described mask-related changes in respiratory physiology can have an adverse effect on the wearer's blood gases sub-clinically and in some cases also clinically manifest and, therefore, have a negative effect on the basis of all aerobic life, external and internal respiration, with an influence on a wide variety of organ systems and metabolic processes with physical, psychological and social consequences for the individual human being.

**Author Contributions:** Conceptualization, K.K. and O.H.; methodology, K.K. and O.H.; software, O.H.; formal analysis, K.K., O.H., P.G., A.P., B.K., D.G., S.F. and O.K.; investigation, K.K., O.H., P.G., A.P., B.K., D.G., S.F. and O.K.; writing—original draft preparation, K.K., O.H., P.G., A.P., B.K., D.G., S.F. and O.K.; writing—review and editing K.K., O.H., P.G., A.P., B.K., D.G., S.F. and O.K. All authors have read and agreed to the published version of the manuscript.

**Funding:** This research received no external funding.

**Institutional Review Board Statement:** Not applicable.

**Informed Consent Statement:** Not applicable.

**Data Availability Statement:** Not applicable.

**Acknowledgments:** We thank Bonita Blankart, for translation of the manuscript. For support in their special field we wish to thank: Tanja Boehnke (Psychology), Nicola Fels (Pediatrics), Michael Grönke (Anesthesiology), Basile Marcos (Psychiatry), Bartholomeus Maris (Gynecology) and Markus Veit (Pharmacist).

**Conflicts of Interest:** The authors declare no conflict of interest.

## References

1. World Health Organization. *WHO-Advice on the Use of Masks in the Context of COVID-19: Interim Guidance, 6 April 2020*; World Health Organization: Geneva, Switzerland, 2020; Available online: https://apps.who.int/iris/handle/10665/331693 (accessed on 7 November 2020).
2. World Health Organization. *WHO-Advice on the Use of Masks in the Context of COVID-19: Interim Guidance, 5 June 2020*; World Health Organization: Geneva, Switzerland, 2020; Available online: https://apps.who.int/iris/handle/10665/332293 (accessed on 7 November 2020).
3. Chu, D.K.; Akl, E.A.; Duda, S.; Solo, K.; Yaacoub, S.; Schünemann, H.J.; Chu, D.K.; Akl, E.A.; El-harakeh, A.; Bognanni, A.; et al. Physical Distancing, Face Masks, and Eye Protection to Prevent Person-to-Person Transmission of SARS-CoV-2 and COVID-19: A Systematic Review and Meta-Analysis. *Lancet* **2020**, *395*, 1973–1987. [CrossRef]
4. Jefferson, T.; Jones, M.; Ansari, L.A.A.; Bawazeer, G.; Beller, E.; Clark, J.; Conly, J.; Mar, C.D.; Dooley, E.; Ferroni, E.; et al. Physical Interventions to Interrupt or Reduce the Spread of Respiratory Viruses. Part 1-Face Masks, Eye Protection and Person Distancing: Systematic Review and Meta-Analysis. *medRxiv* **2020**. [CrossRef]
5. Kappstein, I. Mund-Nasen-Schutz in der Öffentlichkeit: Keine Hinweise für eine Wirksamkeit. *Krankenh. Up2date* **2020**, *15*, 279–295. [CrossRef]
6. De Brouwer, C. Wearing a Mask, a Universal Solution against COVID-19 or an Additional Health Risk? 2020. Available online: https://papers.ssrn.com/sol3/papers.cfm?abstract_id=3676885 (accessed on 12 November 2020). [CrossRef]
7. Ewig, S.; Gatermann, S.; Lemmen, S. Die Maskierte Gesellschaft. *Pneumologie* **2020**, *74*, 405–408. [CrossRef] [PubMed]

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

36 of 42

8. Great Barrington Declaration Great Barrington Declaration and Petition. Available online: https://gbdeclaration.org/ (accessed on 9 November 2020).
9. WMA-The World Medical Association-WMA Declaration of Geneva. Available online: https://www.wma.net/policies-post/wma-declaration-of-geneva/ (accessed on 7 November 2020).
10. WMA-The World Medical Association-WMA Declaration of Helsinki–Ethical Principles for Medical Research Involving Human Subjects. Available online: https://www.wma.net/policies-post/wma-declaration-of-geneva/ (accessed on 7 November 2020).
11. WMA-The World Medical Association-WMA Declaration of Lisbon on the Rights of the Patient. Available online: https://www.wma.net/policies-post/wma-declaration-of-lisbon-on-the-rights-of-the-patient/ (accessed on 7 November 2020).
12. Villalonga-Olives, E.; Kawachi, I. The Dark Side of Social Capital: A Systematic Review of the Negative Health Effects of Social Capital. *Soc. Sci. Med.* **2017**, *194*, 105–127. [CrossRef]
13. Butz, U. Rückatmung von Kohlendioxid bei Verwendung von Operationsmasken als hygienischer Mundschutz an medizinischem Fachpersonal. Ph.D. Thesis, Fakultät für Medizin der Technischen Universität München, Munich, Germany, 2005.
14. Smolka, L.; Borkowski, J.; Zaton, M. The Effect of Additional Dead Space on Respiratory Exchange Ratio and Carbon Dioxide Production Due to Training. *J. Sports Sci. Med.* **2014**, *13*, 36–43. [PubMed]
15. Roberge, R.J.; Kim, J.-H.; Benson, S.M. Absence of Consequential Changes in Physiological, Thermal and Subjective Responses from Wearing a Surgical Mask. *Respir. Physiol. Neurobiol.* **2012**, *181*, 29–35. [CrossRef] [PubMed]
16. Matuschek, C.; Moll, F.; Fangerau, H.; Fischer, J.C.; Zänker, K.; van Griensven, M.; Schneider, M.; Kindgen-Milles, D.; Knoefel, W.T.; Lichtenberg, A.; et al. Face Masks: Benefits and Risks during the COVID-19 Crisis. *Eur. J. Med. Res.* **2020**, *25*, 32. [CrossRef]
17. Roberge, R.J.; Coca, A.; Williams, W.J.; Powell, J.B.; Palmiero, A.J. Physiological Impact of the N95 Filtering Facepiece Respirator on Healthcare Workers. *Respir. Care* **2010**, *55*, 569–577.
18. Pifarré, F.; Zabala, D.D.; Grazioli, G.; de Yzaguirre i Maura, I. COVID 19 and Mask in Sports. *Apunt. Sports Med.* **2020**. [CrossRef]
19. Rebmann, T.; Carrico, R.; Wang, J. Physiologic and Other Effects and Compliance with Long-Term Respirator Use among Medical Intensive Care Unit Nurses. *Am. J. Infect. Control* **2013**, *41*, 1218–1223. [CrossRef]
20. Roeckner, J.T.; Krstić, N.; Sipe, B.H.; Običan, S.G. N95 Filtering Facepiece Respirator Use during Pregnancy: A Systematic Review. *Am. J. Perinatol.* **2020**, *37*, 995–1001. [CrossRef]
21. Georgi, C.; Haase-Fielitz, A.; Meretz, D.; Gäsert, L.; Butter, C. Einfluss gängiger Gesichtsmasken auf physiologische Parameter und Belastungsempfinden unter arbeitstypischer körperlicher Anstrengung. *Deutsches Ärzteblatt* **2020**, 674–675. [CrossRef]
22. Roberge, R.J.; Kim, J.-H.; Powell, J.B. N95 Respirator Use during Advanced Pregnancy. *Am. J. Infect. Control* **2014**, *42*, 1097–1100. [CrossRef]
23. Kyung, S.Y.; Kim, Y.; Hwang, H.; Park, J.-W.; Jeong, S.H. Risks of N95 Face Mask Use in Subjects with COPD. *Respir. Care* **2020**, *65*, 658–664. [CrossRef]
24. Epstein, D.; Korytny, A.; Isenberg, Y.; Marcusohn, E.; Zukermann, R.; Bishop, B.; Minha, S.; Raz, A.; Miller, A. Return to Training in the COVID-19 Era: The Physiological Effects of Face Masks during Exercise. *Scand. J. Med. Sci. Sports* **2020**. [CrossRef]
25. Mo, Y.; Wei, D.; Mai, Q.; Chen, C.; Yu, H.; Jiang, C.; Tan, X. Risk and Impact of Using Mask on COPD Patients with Acute Exacerbation during the COVID-19 Outbreak: A Retrospective Study. *Res. Sq.* **2020**. [CrossRef]
26. Goh, D.Y.T.; Mun, M.W.; Lee, W.L.J.; Teoh, O.H.; Rajgor, D.D. A Randomised Clinical Trial to Evaluate the Safety, Fit, Comfort of a Novel N95 Mask in Children. *Sci. Rep.* **2019**, *9*, 18952. [CrossRef]
27. Bharatendu, C.; Ong, J.J.Y.; Goh, Y.; Tan, B.Y.Q.; Chan, A.C.Y.; Tang, J.Z.Y.; Leow, A.S.; Chin, A.; Sooi, K.W.X.; Tan, Y.L.; et al. Powered Air Purifying Respirator (PAPR) Restores the N95 Face Mask Induced Cerebral Hemodynamic Alterations among Healthcare Workers during COVID-19 Outbreak. *J. Neurol. Sci.* **2020**, *417*, 117078. [CrossRef]
28. Tong, P.S.Y.; Kale, A.S.; Ng, K.; Loke, A.P.; Choolani, M.A.; Lim, C.L.; Chan, Y.H.; Chong, Y.S.; Tambyah, P.A.; Yong, E.-L. Respiratory Consequences of N95-Type Mask Usage in Pregnant Healthcare Workers—A Controlled Clinical Study. *Antimicrob. Resist. Infect. Control* **2015**, *4*, 48. [CrossRef]
29. Liu, C.; Li, G.; He, Y.; Zhang, Z.; Ding, Y. Effects of Wearing Masks on Human Health and Comfort during the COVID-19 Pandemic. *IOP Conf. Ser. Earth Environ. Sci.* **2020**, *531*, 012034. [CrossRef]
30. Beder, A.; Büyükkoçak, U.; Sabuncuoğlu, H.; Keskil, Z.A.; Keskil, S. Preliminary Report on Surgical Mask Induced Deoxygenation during Major Surgery. *Neurocirugía* **2008**, *19*, 121–126. [CrossRef]
31. Fikenzer, S.; Uhe, T.; Lavall, D.; Rudolph, U.; Falz, R.; Busse, M.; Hepp, P.; Laufs, U. Effects of Surgical and FFP2/N95 Face Masks on Cardiopulmonary Exercise Capacity. *Clin. Res. Cardiol.* **2020**, *109*, 1522–1530. [CrossRef] [PubMed]
32. Jagim, A.R.; Dominy, T.A.; Camic, C.L.; Wright, G.; Doberstein, S.; Jones, M.T.; Oliver, J.M. Acute Effects of the Elevation Training Mask on Strength Performance in Recreational Weight Lifters. *J. Strength Cond. Res.* **2018**, *32*, 482–489. [CrossRef]
33. Porcari, J.P.; Probst, L.; Forrester, K.; Doberstein, S.; Foster, C.; Cress, M.L.; Schmidt, K. Effect of Wearing the Elevation Training Mask on Aerobic Capacity, Lung Function, and Hematological Variables. *J. Sports Sci. Med.* **2016**, *15*, 379–386.
34. Kao, T.-W.; Huang, K.-C.; Huang, Y.-L.; Tsai, T.-J.; Hsieh, B.-S.; Wu, M.-S. The Physiological Impact of Wearing an N95 Mask during Hemodialysis as a Precaution against SARS in Patients with End-Stage Renal Disease. *J. Formos. Med. Assoc.* **2004**, *103*, 624–628.
35. Li, Y.; Tokura, H.; Guo, Y.P.; Wong, A.S.W.; Wong, T.; Chung, J.; Newton, E. Effects of Wearing N95 and Surgical Facemasks on Heart Rate, Thermal Stress and Subjective Sensations. *Int. Arch. Occup. Environ. Health* **2005**, *78*, 501–509. [CrossRef]
36. Johnson, A.T. Respirator Masks Protect Health but Impact Performance: A Review. *J. Biol. Eng.* **2016**, *10*, 4. [CrossRef]

Case 6:21-cv-01008-PGB-DCI   Document 62-5   Filed 09/14/21   Page 193 of 592 PageID 2733

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

37. Rosner, E. Adverse Effects of Prolonged Mask Use among Healthcare Professionals during COVID-19. *J. Infect. Dis. Epidemiol.* **2020**. [CrossRef]

38. Azuma, K.; Kagi, N.; Yanagi, U.; Osawa, H. Effects of Low-Level Inhalation Exposure to Carbon Dioxide in Indoor Environments: A Short Review on Human Health and Psychomotor Performance. *Environ. Int.* **2018**, *121*, 51–56. [CrossRef]

39. Drechsler, M.; Morris, J. Carbon Dioxide Narcosis. In *StatPearls*; StatPearls Publishing: Treasure Island, FL, USA, 2020.

40. Noble, J.; Jones, J.G.; Davis, E.J. Cognitive Function during Moderate Hypoxaemia. *Anaesth. Intensive Care* **1993**, *21*, 180–184. [CrossRef]

41. Fothergill, D.M.; Hedges, D.; Morrison, J.B. Effects of $CO_2$ and $N_2$ Partial Pressures on Cognitive and Psychomotor Performance. *Undersea Biomed. Res.* **1991**, *18*, 1–19.

42. Spitzer, M. Masked Education? The Benefits and Burdens of Wearing Face Masks in Schools during the Current Corona Pandemic. *Trends Neurosci. Educ.* **2020**, *20*, 100138. [CrossRef]

43. Heider, C.A.; Álvarez, M.L.; Fuentes-López, E.; González, C.A.; León, N.I.; Verástegui, D.C.; Badía, P.I.; Napolitano, C.A. Prevalence of Voice Disorders in Healthcare Workers in the Universal Masking COVID-19 Era. *Laryngoscope* **2020**. [CrossRef]

44. Roberge, R.J.; Kim, J.-H.; Coca, A. Protective Facemask Impact on Human Thermoregulation: An Overview. *Ann. Occup. Hyg.* **2012**, *56*, 102–112. [CrossRef]

45. Palmiero, A.J.; Symons, D.; Morgan, J.W.; Shaffer, R.E. Speech Intelligibility Assessment of Protective Facemasks and Air-Purifying Respirators. *J. Occup. Environ. Hyg.* **2016**, *13*, 960–968. [CrossRef]

46. Simonton, D.; Spears, M. Human Health Effects from Exposure to Low-Level Concentrations of Hydrogen Sulfide. *Occup. Health Saf. (Waco Tex.)* **2007**, *76*, 102–104.

47. Salimi, F.; Morgan, G.; Rolfe, M.; Samoli, E.; Cowie, C.T.; Hanigan, I.; Knibbs, L.; Cope, M.; Johnston, F.H.; Guo, Y.; et al. Long-Term Exposure to Low Concentrations of Air Pollutants and Hospitalisation for Respiratory Diseases: A Prospective Cohort Study in Australia. *Environ. Int.* **2018**, *121*, 415–420. [CrossRef]

48. Dominici, F.; Schwartz, J.; Di, Q.; Braun, D.; Choirat, C.; Zanobetti, A. *Assessing Adverse Health Effects of Long-Term Exposure to Low Levels of Ambient Air Pollution: Phase 1 Research Report*; Health Effects Institute: Boston, MA, USA, 2019; pp. 1–51.

49. Alleva, R.; Manzella, N.; Gaetani, S.; Bacchetti, T.; Bracci, M.; Ciarapica, V.; Monaco, F.; Borghi, B.; Amati, M.; Ferretti, G.; et al. Mechanism Underlying the Effect of Long-Term Exposure to Low Dose of Pesticides on DNA Integrity. *Environ. Toxicol.* **2018**, *33*, 476–487. [CrossRef]

50. Roh, T.; Lynch, C.F.; Weyer, P.; Wang, K.; Kelly, K.M.; Ludewig, G. Low-Level Arsenic Exposure from Drinking Water Is Associated with Prostate Cancer in Iowa. *Environ. Res.* **2017**, *159*, 338–343. [CrossRef]

51. Deering, K.E.; Callan, A.C.; Prince, R.L.; Lim, W.H.; Thompson, P.L.; Lewis, J.R.; Hinwood, A.L.; Devine, A. Low-Level Cadmium Exposure and Cardiovascular Outcomes in Elderly Australian Women: A Cohort Study. *Int. J. Hyg. Environ. Health* **2018**, *221*, 347–354. [CrossRef] [PubMed]

52. Kosnett, M. Health Effects of Low Dose Lead Exposure in Adults and Children, and Preventable Risk Posed by the Consumption of Game Meat Harvested with Lead Ammunition. In *Ingestion of Lead from Spent Ammunition: Implications for Wildlife and Humans*; The Peregrine Fund: Boise, ID, USA, 2009. [CrossRef]

53. Crinnion, W.J. Environmental Medicine, Part Three: Long-Term Effects of Chronic Low-Dose Mercury Exposure. *Altern. Med. Rev.* **2000**, *5*, 209–223. [PubMed]

54. Wu, S.; Han, J.; Vleugels, R.A.; Puett, R.; Laden, F.; Hunter, D.J.; Qureshi, A.A. Cumulative Ultraviolet Radiation Flux in Adulthood and Risk of Incident Skin Cancers in Women. *Br. J. Cancer* **2014**, *110*, 1855–1861. [CrossRef] [PubMed]

55. Custodis, F.; Schirmer, S.H.; Baumhäkel, M.; Heusch, G.; Böhm, M.; Laufs, U. Vascular Pathophysiology in Response to Increased Heart Rate. *J. Am. Coll. Cardiol.* **2010**, *56*, 1973–1983. [CrossRef]

56. Russo, M.A.; Santarelli, D.M.; O'Rourke, D. The Physiological Effects of Slow Breathing in the Healthy Human. *Breathe* **2017**, *13*, 298–309. [CrossRef]

57. Nuckowska, M.K.; Gruszecki, M.; Kot, J.; Wolf, J.; Guminski, W.; Frydrychowski, A.F.; Wtorek, J.; Narkiewicz, K.; Winklewski, P.J. Impact of Slow Breathing on the Blood Pressure and Subarachnoid Space Width Oscillations in Humans. *Sci. Rep.* **2019**, *9*, 6232. [CrossRef]

58. Johnson, A.T.; Scott, W.H.; Lausted, C.G.; Coyne, K.M.; Sahota, M.S.; Johnson, M.M. Effect of External Dead Volume on Performance While Wearing a Respirator. *AIHAJ-Am. Ind. Hyg. Assoc.* **2000**, *61*, 678–684. [CrossRef]

59. Xu, M.; Lei, Z.; Yang, J. Estimating the Dead Space Volume between a Headform and N95 Filtering Facepiece Respirator Using Microsoft Kinect. *J. Occup. Environ. Hyg.* **2015**, *12*, 538–546. [CrossRef]

60. Lee, H.P.; Wang, D.Y. Objective Assessment of Increase in Breathing Resistance of N95 Respirators on Human Subjects. *Ann. Occup. Hyg.* **2011**, *55*, 917–921. [CrossRef]

61. Roberge, R.; Bayer, E.; Powell, J.; Coca, A.; Roberge, M.; Benson, S. Effect of Exhaled Moisture on Breathing Resistance of N95 Filtering Facepiece Respirators. *Ann. Occup. Hyg.* **2010**, *54*, 671–677. [CrossRef]

62. Jamjoom, A.; Nikkar-Esfahani, A.; Fitzgerald, J. Operating Theatre Related Syncope in Medical Students: A Cross Sectional Study. *BMC Med. Educ.* **2009**, *9*, 14. [CrossRef]

63. Asadi-Pooya, A.A.; Cross, J.H. Is Wearing a Face Mask Safe for People with Epilepsy? *Acta Neurol. Scand.* **2020**, *142*, 314–316. [CrossRef]

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

38 of 42

64. Lazzarino, A.I.; Steptoe, A.; Hamer, M.; Michie, S. Covid-19: Important Potential Side Effects of Wearing Face Masks That We Should Bear in Mind. *BMJ* **2020**, *369*, m2003. [CrossRef]

65. Guaranha, M.S.B.; Garzon, E.; Buchpiguel, C.A.; Tazima, S.; Yacubian, E.M.T.; Sakamoto, A.C. Hyperventilation Revisited: Physiological Effects and Efficacy on Focal Seizure Activation in the Era of Video-EEG Monitoring. *Epilepsia* **2005**, *46*, 69–75. [CrossRef]

66. Ong, J.J.Y.; Bharatendu, C.; Goh, Y.; Tang, J.Z.Y.; Sooi, K.W.X.; Tan, Y.L.; Tan, B.Y.Q.; Teoh, H.-L.; Ong, S.T.; Allen, D.M.; et al. Headaches Associated With Personal Protective Equipment-A Cross-Sectional Study among Frontline Healthcare Workers During COVID-19. *Headache* **2020**, *60*, 864–877. [CrossRef]

67. Jacobs, J.L.; Ohde, S.; Takahashi, O.; Tokuda, Y.; Omata, F.; Fukui, T. Use of Surgical Face Masks to Reduce the Incidence of the Common Cold among Health Care Workers in Japan: A Randomized Controlled Trial. *Am. J. Infect. Control* **2009**, *37*, 417–419. [CrossRef]

68. Ramirez-Moreno, J.M. Mask-Associated de Novo Headache in Healthcare Workers during the Covid-19 Pandemic. *medRxiv* **2020**. [CrossRef]

69. Shenal, B.V.; Radonovich, L.J.; Cheng, J.; Hodgson, M.; Bender, B.S. Discomfort and Exertion Associated with Prolonged Wear of Respiratory Protection in a Health Care Setting. *J. Occup. Environ. Hyg.* **2011**, *9*, 59–64. [CrossRef]

70. Rains, S.A. The Nature of Psychological Reactance Revisited: A Meta-Analytic Review. *Hum. Commun. Res.* **2013**, *39*, 47–73. [CrossRef]

71. Matusiak, Ł.; Szepietowska, M.; Krajewski, P.; Białynicki-Birula, R.; Szepietowski, J.C. Inconveniences Due to the Use of Face Masks during the COVID-19 Pandemic: A Survey Study of 876 Young People. *Dermatol. Ther.* **2020**, *33*, e13567. [CrossRef]

72. Foo, C.C.I.; Goon, A.T.J.; Leow, Y.; Goh, C. Adverse Skin Reactions to Personal Protective Equipment against Severe Acute Respiratory Syndrome–a Descriptive Study in Singapore. *Contact Dermat.* **2006**, *55*, 291–294. [CrossRef]

73. Hua, W.; Zuo, Y.; Wan, R.; Xiong, L.; Tang, J.; Zou, L.; Shu, X.; Li, L. Short-Term Skin Reactions Following Use of N95 Respirators and Medical Masks. *Contact Dermat.* **2020**, *83*, 115–121. [CrossRef]

74. Prousa, D. Studie zu psychischen und psychovegetativen Beschwerden mit den aktuellen Mund-Nasenschutz-Verordnungen. *PsychArchives* **2020**. [CrossRef]

75. Sell, T.K.; Hosangadi, D.; Trotochaud, M. Misinformation and the US Ebola Communication Crisis: Analyzing the Veracity and Content of Social Media Messages Related to a Fear-Inducing Infectious Disease Outbreak. *BMC Public Health* **2020**, *20*, 550. [CrossRef]

76. Ryan, R.M.; Deci, E.L. Self-determination theory and the role of basic psychological needs in personality and the organization of behavior. In *Handbook of Personality: Theory and Research*, 3rd ed.; The Guilford Press: New York, NY, USA, 2008; pp. 654–678. ISBN 978-1-59385-836-0.

77. Kent, J.M.; Papp, L.A.; Martinez, J.M.; Browne, S.T.; Coplan, J.D.; Klein, D.F.; Gorman, J.M. Specificity of Panic Response to CO(2) Inhalation in Panic Disorder: A Comparison with Major Depression and Premenstrual Dysphoric Disorder. *Am. J. Psychiatry* **2001**, *158*, 58–67. [CrossRef] [PubMed]

78. Morris, L.S.; McCall, J.G.; Charney, D.S.; Murrough, J.W. The Role of the Locus Coeruleus in the Generation of Pathological Anxiety. *Brain Neurosci. Adv.* **2020**, *4*. [CrossRef] [PubMed]

79. Gorman, J.M.; Askanazi, J.; Liebowitz, M.R.; Fyer, A.J.; Stein, J.; Kinney, J.M.; Klein, D.F. Response to Hyperventilation in a Group of Patients with Panic Disorder. *Am. J. Psychiatry* **1984**, *141*, 857–861. [CrossRef] [PubMed]

80. Tsugawa, A.; Sakurai, S.; Inagawa, Y.; Hirose, D.; Kaneko, Y.; Ogawa, Y.; Serisawa, S.; Takenoshita, N.; Sakurai, H.; Kanetaka, H.; et al. Awareness of the COVID-19 Outbreak and Resultant Depressive Tendencies in Patients with Severe Alzheimer's Disease. *JAD* **2020**, *77*, 539–541. [CrossRef]

81. Maguire, P.A.; Reay, R.E.; Looi, J.C. Nothing to Sneeze at-Uptake of Protective Measures against an Influenza Pandemic by People with Schizophrenia: Willingness and Perceived Barriers. *Australas. Psychiatry* **2019**, *27*, 171–178. [CrossRef]

82. COVID-19: Considerations for Wearing Masks|CDC. Available online: https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover-guidance.html (accessed on 12 November 2020).

83. Lim, E.C.H.; Seet, R.C.S.; Lee, K.-H.; Wilder-Smith, E.P.V.; Chuah, B.Y.S.; Ong, B.K.C. Headaches and the N95 Face-mask amongst Healthcare Providers. *Acta Neurol. Scand.* **2006**, *113*, 199–202. [CrossRef]

84. Badri, F.M.A. Surgical Mask Contact Dermatitis and Epidemiology of Contact Dermatitis in Healthcare Workers. *Curr. Allergy Clin. Immunol.* **2017**, *30*, 183–188.

85. Scarano, A.; Inchingolo, F.; Lorusso, F. Facial Skin Temperature and Discomfort When Wearing Protective Face Masks: Thermal Infrared Imaging Evaluation and Hands Moving the Mask. *Int. J. Environ. Res. Public Health* **2020**, *17*, 4624. [CrossRef]

86. Luksamijarulkul, P.; Aiempradit, N.; Vatanasomboon, P. Microbial Contamination on Used Surgical Masks among Hospital Personnel and Microbial Air Quality in Their Working Wards: A Hospital in Bangkok. *Oman Med. J.* **2014**, *29*, 346–350. [CrossRef]

87. Chughtai, A.A.; Stelzer-Braid, S.; Rawlinson, W.; Pontivivo, G.; Wang, Q.; Pan, Y.; Zhang, D.; Zhang, Y.; Li, L.; MacIntyre, C.R. Contamination by Respiratory Viruses on Outer Surface of Medical Masks Used by Hospital Healthcare Workers. *BMC Infect. Dis.* **2019**, *19*, 491. [CrossRef]

88. Monalisa, A.C.; Padma, K.B.; Manjunath, K.; Hemavathy, E.; Varsha, D. Microbial Contamination of the Mouth Masks Used by Post-Graduate Students in a Private Dental Institution: An In-Vitro Study. *IOSR J. Dent. Med. Sci.* **2017**, *16*, 61–67.

89. Liu, Z.; Chang, Y.; Chu, W.; Yan, M.; Mao, Y.; Zhu, Z.; Wu, H.; Zhao, J.; Dai, K.; Li, H.; et al. Surgical Masks as Source of Bacterial Contamination during Operative Procedures. *J. Orthop. Transl.* **2018**, *14*, 57–62. [CrossRef]

90. Robert Koch-Institut. *Influenza-Monatsbericht*; Robert Koch-Institut: Berlin, Germany, 2020.
91. Techasatian, L.; Lebsing, S.; Uppala, R.; Thaowandee, W.; Chaiyarit, J.; Supakunpinyo, C.; Panombualert, S.; Mairiang, D.; Saengnipanthkul, S.; Wichajarn, K.; et al. The Effects of the Face Mask on the Skin Underneath: A Prospective Survey During the COVID-19 Pandemic. *J. Prim. Care Community Health* **2020**, *11*, 2150132720966167. [CrossRef]
92. Lan, J.; Song, Z.; Miao, X.; Li, H.; Li, Y.; Dong, L.; Yang, J.; An, X.; Zhang, Y.; Yang, L.; et al. Skin Damage among Health Care Workers Managing Coronavirus Disease-2019. *J. Am. Acad. Dermatol.* **2020**, *82*, 1215–1216. [CrossRef]
93. Szepietowski, J.C.; Matusiak, Ł.; Szepietowska, M.; Krajewski, P.K.; Białynicki-Birula, R. Face Mask-Induced Itch: A Self-Questionnaire Study of 2,315 Responders during the COVID-19 Pandemic. *Acta Derm.-Venereol.* **2020**, *100*, adv00152. [CrossRef]
94. Darlenski, R.; Tsankov, N. COVID-19 Pandemic and the Skin: What Should Dermatologists Know? *Clin. Dermatol.* **2020**. [CrossRef]
95. Muley, P.; 'Mask Mouth'-a Novel Threat to Oral Health in the COVID Era—Dr Pooja Muley. Dental Tribune South Asia 2020. Available online: https://in.dental-tribune.com/news/mask-mouth-a-novel-threat-to-oral-health-in-the-covid-era/ (accessed on 12 November 2020).
96. Klimek, L.; Huppertz, T.; Alali, A.; Spielhaupter, M.; Hörmann, K.; Matthias, C.; Hagemann, J. A New Form of Irritant Rhinitis to Filtering Facepiece Particle (FFP) Masks (FFP2/N95/KN95 Respirators) during COVID-19 Pandemic. *World Allergy Organ. J.* **2020**, *13*, 100474. [CrossRef]
97. COVID-19 Mythbusters—World Health Organization. Available online: https://www.who.int/emergencies/diseases/novel-coronavirus-2019/advice-for-public/myth-busters (accessed on 28 January 2021).
98. Asadi, S.; Cappa, C.D.; Barreda, S.; Wexler, A.S.; Bouvier, N.M.; Ristenpart, W.D. Efficacy of Masks and Face Coverings in Controlling Outward Aerosol Particle Emission from Expiratory Activities. *Sci. Rep.* **2020**, *10*, 15665. [CrossRef]
99. Wong, C.K.M.; Yip, B.H.K.; Mercer, S.; Griffiths, S.; Kung, K.; Wong, M.C.; Chor, J.; Wong, S.Y. Effect of Facemasks on Empathy and Relational Continuity: A Randomised Controlled Trial in Primary Care. *BMC Fam. Pract.* **2013**, *14*, 200. [CrossRef]
100. World Health Organization; United Nations Children's Fund. *WHO-Advice on the Use of Masks for Children in the Community in the Context of COVID-19: Annex to the Advice on the Use of Masks in the Context of COVID-19, 21 August 2020*; World Health Organization: Geneva, Switzerland, 2020.
101. Person, E.; Lemercier, C.; Royer, A.; Reychler, G. Effet du port d'un masque de soins lors d'un test de marche de six minutes chez des sujets sains. *Rev. Mal. Respir.* **2018**, *35*, 264–268. [CrossRef]
102. Johnson, A.T.; Scott, W.H.; Phelps, S.J.; Caretti, D.M.; Koh, F.C. How Is Respirator Comfort Affected by Respiratory Resistance? *J. Int. Soc. Respir. Prot.* **2005**, *22*, 38.
103. Koh, F.C.; Johnson, A.T.; Scott, W.H.; Phelps, S.J.; Francis, E.B.; Cattungal, S. The Correlation between Personality Type and Performance Time While Wearing a Respirator. *J. Occup. Environ. Hyg.* **2006**, *3*, 317–322. [CrossRef]
104. Deutsche Gesetzliche Unfallversicherung. *DGUV Grundsätze für Arbeitsmedizinische Vorsorgeuntersuchungen*; Alfons, W., Ed.; Gentner Verlag: Stuttgart, Germany, 2010; ISBN 978-3-87247-733-0.
105. Browse by Country-NATLEX. Available online: https://www.ilo.org/dyn/natlex/natlex4.byCountry?p_lang=en (accessed on 28 January 2021).
106. BAuA-SARS-CoV-2 FAQ Und Weitere Informationen-Kennzeichnung von Masken Aus USA, Kanada, Australien/Neuseeland, Japan, China Und Korea-Bundesanstalt Für Arbeitsschutz Und Arbeitsmedizin. Available online: https://www.baua.de/DE/Themen/Arbeitsgestaltung-im-Betrieb/Coronavirus/pdf/Kennzeichnung-Masken.html (accessed on 28 January 2021).
107. Veit, M. Hauptsache Maske!? *DAZ.Online*. 2020, p. S26. Available online: https://www.deutsche-apotheker-zeitung.de/daz-az/2020/daz-33-2020/hauptsache-maske (accessed on 12 November 2020).
108. MacIntyre, C.R.; Seale, H.; Dung, T.C.; Hien, N.T.; Nga, P.T.; Chughtai, A.A.; Rahman, B.; Dwyer, D.E.; Wang, Q. A Cluster Randomised Trial of Cloth Masks Compared with Medical Masks in Healthcare Workers. *BMJ Open* **2015**, *5*, e006577. [CrossRef]
109. MacIntyre, C.R.; Chughtai, A.A. Facemasks for the Prevention of Infection in Healthcare and Community Settings. *BMJ* **2015**, *350*, h694. [CrossRef]
110. MacIntyre, C.R.; Wang, Q.; Seale, H.; Yang, P.; Shi, W.; Gao, Z.; Rahman, B.; Zhang, Y.; Wang, X.; Newall, A.T.; et al. A Randomized Clinical Trial of Three Options for N95 Respirators and Medical Masks in Health Workers. *Am. J. Respir. Crit. Care Med.* **2013**, *187*, 960–966. [CrossRef]
111. Dellweg, D.; Lepper, P.M.; Nowak, D.; Köhnlein, T.; Olgemöller, U.; Pfeifer, M. Position Paper of the German Respiratory Society (DGP) on the Impact of Community Masks on Self-Protection and Protection of Others in Regard to Aerogen Transmitted Diseases. *Pneumologie* **2020**, *74*, 331–336. [CrossRef]
112. Luckman, A.; Zeitoun, H.; Isoni, A.; Loomes, G.; Vlaev, I.; Powdthavee, N.; Read, D. Risk Compensation during COVID-19: The Impact of Face Mask Usage on Social Distancing. *OSF Preprints*. 2020. Available online: https://osf.io/rb8he/ (accessed on 25 October 2020).
113. Sharma, I.; Vashnav, M.; Sharma, R. COVID-19 Pandemic Hype: Losers and Gainers. *Indian J. Psychiatry* **2020**, *62*, S420–S430. [CrossRef] [PubMed]
114. BfArM-Empfehlungen Des BfArM-Hinweise Des BfArM Zur Verwendung von Mund–Nasen-Bedeckungen (z.B. Selbst Hergestellten Masken, "Community-Oder DIY-Masken"), Medizinischen Gesichtsmasken Sowie Partikelfiltrierenden Halbmasken (FFP1, FFP2 Und FFP3) Im Zusammenhang Mit Dem Coronavirus (SARS-CoV-2/Covid-19). Available online: https://www.bfarm.de/SharedDocs/Risikoinformationen/Medizinprodukte/DE/schutzmasken.html (accessed on 12 November 2020).

Case 6:21-cv-01008-PGB-DCI   Document 62-5   Filed 09/14/21   Page 197 of 592 PageID 2737

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344                                                                              40 of 42

115. MacIntyre, C.R.; Wang, Q.; Cauchemez, S.; Seale, H.; Dwyer, D.E.; Yang, P.; Shi, W.; Gao, Z.; Pang, X.; Zhang, Y.; et al. A Cluster Randomized Clinical Trial Comparing Fit-Tested and Non-Fit-Tested N95 Respirators to Medical Masks to Prevent Respiratory Virus Infection in Health Care Workers. *Influenza Other Respir. Viruses* **2011**, *5*, 170–179. [CrossRef] [PubMed]

116. Gralton, J.; McLaws, M.-L. Protecting Healthcare Workers from Pandemic Influenza: N95 or Surgical Masks? *Crit. Care Med.* **2010**, *38*, 657–667. [CrossRef] [PubMed]

117. Smith, J.D.; MacDougall, C.C.; Johnstone, J.; Copes, R.A.; Schwartz, B.; Garber, G.E. Effectiveness of N95 Respirators versus Surgical Masks in Protecting Health Care Workers from Acute Respiratory Infection: A Systematic Review and Meta-Analysis. *CMAJ* **2016**, *188*, 567–574. [CrossRef] [PubMed]

118. Lee, S.-A.; Grinshpun, S.A.; Reponen, T. Respiratory Performance Offered by N95 Respirators and Surgical Masks: Human Subject Evaluation with NaCl Aerosol Representing Bacterial and Viral Particle Size Range. *Ann. Occup. Hyg.* **2008**, *52*, 177–185. [CrossRef] [PubMed]

119. Zhu, N.; Zhang, D.; Wang, W.; Li, X.; Yang, B.; Song, J.; Zhao, X.; Huang, B.; Shi, W.; Lu, R.; et al. A Novel Coronavirus from Patients with Pneumonia in China, 2019. *N. Engl. J. Med.* **2020**. [CrossRef]

120. Oberg, T.; Brosseau, L.M. Surgical Mask Filter and Fit Performance. *Am. J. Infect. Control* **2008**, *36*, 276–282. [CrossRef]

121. Eninger, R.M.; Honda, T.; Adhikari, A.; Heinonen-Tanski, H.; Reponen, T.; Grinshpun, S.A. Filter Performance of N99 and N95 Facepiece Respirators Against Viruses and Ultrafine Particles. *Ann. Occup. Hyg.* **2008**, *52*, 385–396. [CrossRef]

122. Morawska, L. Droplet Fate in Indoor Environments, or Can We Prevent the Spread of Infection? *Indoor Air* **2006**, *16*, 335–347. [CrossRef]

123. Ueki, H.; Furusawa, Y.; Iwatsuki-Horimoto, K.; Imai, M.; Kabata, H.; Nishimura, H.; Kawaoka, Y. Effectiveness of Face Masks in Preventing Airborne Transmission of SARS-CoV-2. *mSphere* **2020**, *5*, e00637-20. [CrossRef]

124. Radonovich, L.J.; Simberkoff, M.S.; Bessesen, M.T.; Brown, A.C.; Cummings, D.A.T.; Gaydos, C.A.; Los, J.G.; Krosche, A.E.; Gibert, C.L.; Gorse, G.J.; et al. N95 Respirators vs Medical Masks for Preventing Influenza Among Health Care Personnel: A Randomized Clinical Trial. *JAMA* **2019**, *322*, 824–833. [CrossRef]

125. Loeb, M.; Dafoe, N.; Mahony, J.; John, M.; Sarabia, A.; Glavin, V.; Webby, R.; Smieja, M.; Earn, D.J.D.; Chong, S.; et al. Surgical Mask vs N95 Respirator for Preventing Influenza Among Health Care Workers: A Randomized Trial. *JAMA* **2009**, *302*, 1865–1871. [CrossRef]

126. Konda, A.; Prakash, A.; Moss, G.A.; Schmoldt, M.; Grant, G.D.; Guha, S. Aerosol Filtration Efficiency of Common Fabrics Used in Respiratory Cloth Masks. *ACS Nano* **2020**, *14*, 6339–6347. [CrossRef]

127. Chughtai, A. Use of Cloth Masks in the Practice of Infection Control–Evidence and Policy Gaps. *Int. J. Infect. Control* **2013**, *9*. [CrossRef]

128. Labortest-Schutzmasken im Härtetest: Die Meisten Filtern Ungenügend. Available online: https://www.srf.ch/news/panorama/labortest-schutzmasken-im-haertetest-die-meisten-filtern-ungenuegend (accessed on 12 November 2020).

129. MacIntyre, C.R.; Cauchemez, S.; Dwyer, D.E.; Seale, H.; Cheung, P.; Browne, G.; Fasher, M.; Wood, J.; Gao, Z.; Booy, R.; et al. Face Mask Use and Control of Respiratory Virus Transmission in Households. *Emerg. Infect. Dis.* **2009**, *15*, 233–241. [CrossRef]

130. Xiao, J.; Shiu, E.Y.C.; Gao, H.; Wong, J.Y.; Fong, M.W.; Ryu, S.; Cowling, B.J. Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings—Personal Protective and Environmental Measures. *Emerg. Infect. Dis.* **2020**, *26*, 967–975. [CrossRef]

131. Aiello, A.E.; Murray, G.F.; Perez, V.; Coulborn, R.M.; Davis, B.M.; Uddin, M.; Shay, D.K.; Waterman, S.H.; Monto, A.S. Mask Use, Hand Hygiene, and Seasonal Influenza-like Illness among Young Adults: A Randomized Intervention Trial. *J. Infect. Dis.* **2010**, *201*, 491–498. [CrossRef]

132. Bundgaard, H.; Bundgaard, J.S.; Raaschou-Pedersen, D.E.T.; von Buchwald, C.; Todsen, T.; Norsk, J.B.; Pries-Heje, M.M.; Vissing, C.R.; Nielsen, P.B.; Winsløw, U.C.; et al. Effectiveness of Adding a Mask Recommendation to Other Public Health Measures to Prevent SARS-CoV-2 Infection in Danish Mask Wearers. *Ann. Intern. Med.* **2020**. [CrossRef]

133. Smart, N.R.; Horwell, C.J.; Smart, T.S.; Galea, K.S. Assessment of the Wearability of Facemasks against Air Pollution in Primary School-Aged Children in London. *Int. J. Environ. Res. Public Health* **2020**, *17*, 3935. [CrossRef]

134. Forgie, S.E.; Reitsma, J.; Spady, D.; Wright, B.; Stobart, K. The "Fear Factor" for Surgical Masks and Face Shields, as Perceived by Children and Their Parents. *Pediatrics* **2009**, *124*, e777–e781. [CrossRef]

135. Schwarz, S.; Jenetzky, E.; Krafft, H.; Maurer, T.; Martin, D. Corona Children Studies "Co-Ki": First Results of a Germany-Wide Registry on Mouth and Nose Covering (Mask) in Children. *Monatsschrift Kinderheilkde* **2021**, 1–10. [CrossRef]

136. Zoccal, D.B.; Furuya, W.I.; Bassi, M.; Colombari, D.S.A.; Colombari, E. The Nucleus of the Solitary Tract and the Coordination of Respiratory and Sympathetic Activities. *Front. Physiol.* **2014**, *5*, 238. [CrossRef]

137. Neilson, S. The Surgical Mask Is a Bad Fit for Risk Reduction. *CMAJ* **2016**, *188*, 606–607. [CrossRef]

138. SOCIUM Research Center on Inequality and Social Policy, Universität Bremen. Available online: https://www.socium.uni-bremen.de/ueber-das-socium/aktuelles/archiv/ (accessed on 28 January 2021).

139. Fadare, O.O.; Okoffo, E.D. Covid-19 Face Masks: A Potential Source of Microplastic Fibers in the Environment. *Sci. Total Environ.* **2020**, *737*, 140279. [CrossRef]

140. Potluri, P.; Needham, P. *Technical Textiles for Protection (Manchester EScholar-The University of Manchester)*; Woodhead Publishing: Cambridge, UK, 2005.

141. Schnurr, R.E.J.; Alboiu, V.; Chaudhary, M.; Corbett, R.A.; Quanz, M.E.; Sankar, K.; Srain, H.S.; Thavarajah, V.; Xanthos, D.; Walker, T.R. Reducing Marine Pollution from Single-Use Plastics (SUPs): A Review. *Mar. Pollut. Bull.* **2018**, *137*, 157–171. [CrossRef]

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

41 of 42

142. Reid, A.J.; Carlson, A.K.; Creed, I.F.; Eliason, E.J.; Gell, P.A.; Johnson, P.T.J.; Kidd, K.A.; MacCormack, T.J.; Olden, J.D.; Ormerod, S.J.; et al. Emerging Threats and Persistent Conservation Challenges for Freshwater Biodiversity. *Biol. Rev. Camb. Philos. Soc.* **2019**, *94*, 849–873. [CrossRef]

143. Fisher, K.A.; Tenforde, M.W.; Feldstein, L.R.; Lindsell, C.J.; Shapiro, N.I.; Files, D.C.; Gibbs, K.W.; Erickson, H.L.; Prekker, M.E.; Steingrub, J.S.; et al. Community and Close Contact Exposures Associated with COVID-19 among Symptomatic Adults ≥18 Years in 11 Outpatient Health Care Facilities-United States, July 2020. *MMWR Morb. Mortal. Wkly. Rep.* **2020**, *69*, 1258–1264. [CrossRef]

144. Belkin, N. The Evolution of the Surgical Mask: Filtering Efficiency versus Effectiveness. *Infect. Control Hosp. Epidemiol.* **1997**, *18*, 49–57. [CrossRef]

145. Cowling, B.J.; Chan, K.-H.; Fang, V.J.; Cheng, C.K.Y.; Fung, R.O.P.; Wai, W.; Sin, J.; Seto, W.H.; Yung, R.; Chu, D.W.S.; et al. Facemasks and Hand Hygiene to Prevent Influenza Transmission in Households: A Cluster Randomized Trial. *Ann. Intern. Med.* **2009**, *151*, 437–446. [CrossRef]

146. Cowling, B.J.; Zhou, Y.; Ip, D.K.M.; Leung, G.M.; Aiello, A.E. Face Masks to Prevent Transmission of Influenza Virus: A Systematic Review. *Epidemiol. Infect.* **2010**, *138*, 449–456. [CrossRef]

147. Institute of Medicine (US). Committee on Personal Protective Equipment for Healthcare Personnel to Prevent Transmission of Pandemic Influenza and Other Viral Respiratory Infections: Current Research Issues. In *Preventing Transmission of Pandemic Influenza and Other Viral Respiratory Diseases: Personal Protective Equipment for Healthcare Personnel: Update 2010*; Larson, E.L., Liverman, C.T., Eds.; National Academies Press (US): Washington, DC, USA, 2011; ISBN 978-0-309-16254-8.

148. Matuschek, C.; Moll, F.; Fangerau, H.; Fischer, J.C.; Zänker, K.; van Griensven, M.; Schneider, M.; Kindgen-Milles, D.; Knoefel, W.T.; Lichtenberg, A.; et al. The History and Value of Face Masks. *Eur. J. Med. Res.* **2020**, *25*, 23. [CrossRef] [PubMed]

149. Spooner, J.L. History of Surgical Face Masks. *AORN J.* **1967**, *5*, 76–80. [CrossRef]

150. Burgess, A.; Horii, M. Risk, Ritual and Health Responsibilisation: Japan's "safety Blanket" of Surgical Face Mask-Wearing. *Sociol. Health Illn.* **2012**, *34*, 1184–1198. [CrossRef] [PubMed]

151. Beck, U. *Risk Society, towards a New Modernity*; SAGE Publications Ltd: Thousand Oaks, CA, USA, 1992.

152. Cheng, K.K.; Lam, T.H.; Leung, C.C. Wearing Face Masks in the Community during the COVID-19 Pandemic: Altruism and Solidarity. *Lancet* **2020**. [CrossRef]

153. Melnychuk, M.C.; Dockree, P.M.; O'Connell, R.G.; Murphy, P.R.; Balsters, J.H.; Robertson, I.H. Coupling of Respiration and Attention via the Locus Coeruleus: Effects of Meditation and Pranayama. *Psychophysiology* **2018**, *55*, e13091. [CrossRef] [PubMed]

154. Andresen, M.C.; Kunze, D.L. Nucleus Tractus Solitarius–Gateway to Neural Circulatory Control. *Annu. Rev. Physiol.* **1994**, *56*, 93–116. [CrossRef] [PubMed]

155. Kline, D.D.; Ramirez-Navarro, A.; Kunze, D.L. Adaptive Depression in Synaptic Transmission in the Nucleus of the Solitary Tract after In Vivo Chronic Intermittent Hypoxia: Evidence for Homeostatic Plasticity. *J. Neurosci.* **2007**, *27*, 4663–4673. [CrossRef]

156. King, T.L.; Heesch, C.M.; Clark, C.G.; Kline, D.D.; Hasser, E.M. Hypoxia Activates Nucleus Tractus Solitarii Neurons Projecting to the Paraventricular Nucleus of the Hypothalamus. *Am. J. Physiol. Regul. Integr. Comp. Physiol.* **2012**, *302*, R1219–R1232. [CrossRef]

157. Yackle, K.; Schwarz, L.A.; Kam, K.; Sorokin, J.M.; Huguenard, J.R.; Feldman, J.L.; Luo, L.; Krasnow, M.A. Breathing Control Center Neurons That Promote Arousal in Mice. *Science* **2017**, *355*, 1411–1415. [CrossRef]

158. Menuet, C.; Connelly, A.A.; Bassi, J.K.; Melo, M.R.; Le, S.; Kamar, J.; Kumar, N.N.; McDougall, S.J.; McMullan, S.; Allen, A.M. PreBötzinger Complex Neurons Drive Respiratory Modulation of Blood Pressure and Heart Rate. *eLife* **2020**, *9*, e57288. [CrossRef]

159. Zope, S.A.; Zope, R.A. Sudarshan Kriya Yoga: Breathing for Health. *Int. J. Yoga* **2013**, *6*, 4–10. [CrossRef]

160. Cummins, E.P.; Strowitzki, M.J.; Taylor, C.T. Mechanisms and Consequences of Oxygen and Carbon Dioxide Sensing in Mammals. *Physiol. Rev.* **2020**, *100*, 463–488. [CrossRef]

161. Jafari, M.J.; Khajevandi, A.A.; Mousavi Najarkola, S.A.; Yekaninejad, M.S.; Pourhoseingholi, M.A.; Omidi, L.; Kalantary, S. Association of Sick Building Syndrome with Indoor Air Parameters. *Tanaffos* **2015**, *14*, 55–62.

162. Redlich, C.A.; Sparer, J.; Cullen, M.R. Sick-Building Syndrome. *Lancet* **1997**, *349*, 1013–1016. [CrossRef]

163. Kaw, R.; Hernandez, A.V.; Walker, E.; Aboussouan, L.; Mokhlesi, B. Determinants of Hypercapnia in Obese Patients with Obstructive Sleep Apnea: A Systematic Review and Metaanalysis of Cohort Studies. *Chest* **2009**, *136*, 787–796. [CrossRef]

164. Edwards, N.; Wilcox, I.; Polo, O.J.; Sullivan, C.E. Hypercapnic Blood Pressure Response Is Greater during the Luteal Phase of the Menstrual Cycle. *J. Appl. Physiol.* **1996**, *81*, 2142–2146. [CrossRef]

165. AAFA Community Services. What People with Asthma Need to Know about Face Masks and Coverings during the COVID-19 Pandemic. Available online: https://community.aafa.org/blog/what-people-with-asthma-need-to-know-about-face-masks-and-coverings-during-the-covid-19-pandemic (accessed on 29 January 2021).

166. Shigemura, M.; Lecuona, E.; Angulo, M.; Homma, T.; Rodríguez, D.A.; Gonzalez-Gonzalez, F.J.; Welch, L.C.; Amarelle, L.; Kim, S.-J.; Kaminski, N.; et al. Hypercapnia Increases Airway Smooth Muscle Contractility via Caspase-7-Mediated MiR-133a-RhoA Signaling. *Sci. Transl. Med.* **2018**, *10*, eaat1662. [CrossRef]

167. Roberge, R. Facemask Use by Children during Infectious Disease Outbreaks. *Biosecur. Bioterror.* **2011**, *9*, 225–231. [CrossRef]

168. Schwarz, S.; Jenetzky, E.; Krafft, H.; Maurer, T.; Steuber, C.; Reckert, T.; Fischbach, T.; Martin, D. Corona bei Kindern: Die Co-Ki Studie. *Mon. Kinderheilkde* **2020**. [CrossRef]

169. van der Kleij, L.A.; De Vis, J.B.; de Bresser, J.; Hendrikse, J.; Siero, J.C.W. Arterial CO₂ Pressure Changes during Hypercapnia Are Associated with Changes in Brain Parenchymal Volume. *Eur. Radiol. Exp.* **2020**, *4*, 17. [CrossRef]

Case 6:21-cv-01008-PGB-DCI   Document 62-5   Filed 09/14/21   Page 199 of 592 PageID 2739

*Int. J. Environ. Res. Public Health* **2021**, *18*, 4344

42 of 42

170. Geer Wallace, M.A.; Pleil, J.D. Evolution of Clinical and Environmental Health Applications of Exhaled Breath Research: Review of Methods: Instrumentation for Gas-Phase, Condensate, and Aerosols. *Anal. Chim. Acta* **2018**, *1024*, 18–38. [CrossRef] [PubMed]

171. Sukul, P.; Schubert, J.K.; Zanaty, K.; Trefz, P.; Sinha, A.; Kamysek, S.; Miekisch, W. Exhaled Breath Compositions under Varying Respiratory Rhythms Reflects Ventilatory Variations: Translating Breathomics towards Respiratory Medicine. *Sci. Rep.* **2020**, *10*, 14109. [CrossRef] [PubMed]

172. Lai, P.S.; Christiani, D.C. Long-Term Respiratory Health Effects in Textile Workers. *Curr. Opin. Pulm. Med.* **2013**, *19*, 152–157. [CrossRef] [PubMed]

173. Goetz, L.H.; Schork, N.J. Personalized Medicine: Motivation, Challenges and Progress. *Fertil. Steril.* **2018**, *109*, 952–963. [CrossRef]

174. Samannan, R.; Holt, G.; Calderon-Candelario, R.; Mirsaeidi, M.; Campos, M. Effect of Face Masks on Gas Exchange in Healthy Persons and Patients with COPD. *Ann. ATS* **2020**. [CrossRef]

175. Streeck, H.; Schulte, B.; Kuemmerer, B.; Richter, E.; Hoeller, T.; Fuhrmann, C.; Bartok, E.; Dolscheid, R.; Berger, M.; Wessendorf, L.; et al. Infection Fatality Rate of SARS-CoV-2 Infection in a German Community with a Super-Spreading Event. *medRxiv* **2020**. [CrossRef]

176. Ioannidis, J. The Infection Fatality Rate of COVID-19 Inferred from Seroprevalence Data. *medRxiv* **2020**. [CrossRef]

177. Executive Board: Special Session on the COVID-19 Response. Available online: https://www.who.int/news-room/events/detail/2020/10/05/default-calendar/executive-board-special-session-on-the-covid19-response (accessed on 13 November 2020).

178. International Health Conference. WHO-Constitution of the World Health Organization. 1946. *Bull. World Health Organ.* **2002**, *80*, 983–984.



Plaintiff's Exhibit 300

Plaintiffs' Exhibit 301

spectator.co.uk

# Landmark Danish study finds no significant effect for facemask wearers | The Spectator

*Carl Heneghan & Tom Jefferson*

5-6 minutes

---

Masks might stop people passing on a virus. But how much measurable protection do they offer to the wearer?

A Text settings

⬜ Comments

Do face masks work? Earlier this year, the UK government decided that masks could play a significant role in stopping Covid-19 and made masks mandatory in a number of public places. But are these policies backed by the scientific evidence?

Yesterday marked the publication of a long-delayed trial in Denmark which hopes to answer that very question. The 'Danmask-19 trial' was conducted in the spring with over 6,000 participants, when the public were not being told to wear masks but other public health measures were in place. Unlike other studies looking at masks, the Danmask study was a randomised controlled trial – making it the highest quality scientific evidence.

Around half of those in the trial received 50 disposable surgical face masks, which they were told to change after eight hours of use. After one month, the trial participants were tested using both PCR, antibody and lateral flow tests and compared with the trial participants who did not wear a mask.

In the end, there was no statistically significant difference between those who wore masks and those who did not when it came to being infected by Covid-19. 1.8 per cent of those wearing masks caught Covid, compared to 2.1 per cent of the control group. As a result, it seems that any effect masks have on preventing the spread of the disease in the community is small.

Some people, of course, did not wear their masks properly. Only 46 per cent of those wearing masks in the trial said they had completely adhered to the rules. But even if you only look at people who wore masks 'exactly as instructed', this did not make any difference to the results: 2 per cent of this group were also infected.

When it comes to masks, it appears there is still little good evidence they prevent the spread of airborne diseases. The results of the Danmask-19 trial mirror other reviews into influenza-like illnesses. Nine other trials looking at the efficacy of masks (two looking at healthcare workers and

seven at community transmission) have found that masks make little or no difference to whether you get influenza or not.

But overall, there is a troubling lack of robust evidence on face masks and Covid-19. There have only been three community trials during the current pandemic comparing the use of masks with various alternatives – one in Guinea-Bissau, one in India and this latest trial in Denmark. The low number of studies into the effect different interventions have on the spread of Covid-19 – a subject of global importance – suggests there is a total lack of interest from governments in pursuing evidence-based medicine. And this starkly contrasts with the huge sums they have spent on 'boutique relations' consultants advising the government.

The only studies which *have* shown masks to be effective at stopping airborne diseases have been 'observational' – which observe the people who ordinarily use masks, rather than attempting to create a randomised control group. These trials include six studies carried out in the Far East during the SARS CoV-1 outbreak of 2003, which showed that masks can work, especially when they are used by healthcare workers and patients alongside hand-washing.

But observational studies are prone to recall bias: in the heat of a pandemic, not very many people will recall if and when they used masks and at what distance they kept from others. The lack of random allocation of masks can also 'confound' the results and might not account for seasonal effects. A recent observational study paper had to be withdrawn because the reported fall in infection rates over the summer was reverted when the seasonal effect took hold and rates went back up.

This is why large, randomised trials like this most recent Danish study are so important if we want to understand the impact of measures like face masks. Many people have argued that it is too difficult to wait for randomised trials – but Danmask-19 has shown that these kind of studies are more than feasible.

And now that we have properly rigorous scientific research we can rely on, the evidence shows that wearing masks in the community does not significantly reduce the rates of infection.

*Due to the large number of people passing comment on the article on social media without reading it, we have updated the headline to emphasise that the study is about facemask wearers. Covid data can be found on our data hub: data.spectator.co.uk*

**Read next**

Latest

0

Plaintiff's Exhibit 302

aier.org

# Lockdowns and Mask Mandates Do Not Lead to Reduced COVID...

*Stephen Miller*

5-7 minutes

---

1. [AIER](#)

   >>

2. [Daily Economy](#)



A new [National Bureau of Economic Research (NBER) working paper](#) by Andrew Atkeson, Karen Kopecky, and Tao Zha focused on countries and U.S. states with more than 1,000 COVID deaths as of late July. In all, the study included 25 U.S. states and 23 countries.

Based on their analysis, the authors present four "Stylized Facts" about COVID-19, which are:

1. Once a region reaches 25 total COVID deaths, within a month the growth rate in deaths

per day falls to approximately zero. In other words, no matter the country or state and its policies, deaths per day stop increasing within 20-30 days of passing a threshold of 25 deaths.

2. Once that happens, deaths per day either begin to fall or the trend remains flat.

3. The variability in death trends across regions has fallen sharply since the beginning of the epidemic and remains low. All states studied, all countries studied, have become more similar in their trends and have remained so.

4. Observations 1-3 suggest that the effective reproduction number, *R*, has hovered around one worldwide after the first 30 days of the epidemic.

The paper's conclusion is that the data trends observed above likely indicate that nonpharmaceutical interventions (NPIs) – such as lockdowns, closures, travel restrictions, stay-home orders, event bans, quarantines, curfews, and mask mandates – do not seem to affect virus transmission rates overall.

Why? Because those policies have varied in their timing and implementation across countries and states, but the trends in outcomes do not.

From the study's authors:

Location and sampling uncertainty. The black solid line in both charts represents the median posterior estimate. The solid magenta line in the top chart represents the median growth rate of 7-day smoothed daily deaths for all 50 locations and corresponds only to the left scale. The two dash-dotted bands in both charts contain two thirds of the posterior probability at each point in time and the two dashed bands, 0.90 of the posterior probability. The growth rates of death is estimated according to the fitted Weibull function. Effective reproduction numbers and normalized transmission rates are based on the SIR model. Day 0 is the earliest date when the cumulative death toll reached 25 in each location.

This study runs counter to previous studies claiming that NPIs were effective in reducing transmission rates during the early stages of the epidemic. The authors explain:

Given the observation that transmission rates for COVID-19 fell virtually everywhere in the world during this early pandemic period, we are concerned that these studies may substantially overstate the role of government-mandated NPIs in reducing disease transmission due to an omitted variable bias.

One of the key candidates for the key "omitted variable," i.e. the true cause of the decline in transmission rates after the first month of an epidemic, is that human interaction does not conform to simple epidemiological models. In the real world human social networks overlap in such a way that a virus can spread rapidly for a short period of time, as some people contact more networks than others, but reaches natural dead-ends and roundabouts where potential new hosts in a "new" social network have already been exposed through other networks. The effect can resemble what some think of as "herd immunity," but at relatively low infection rates.

The authors reason that even if NPIs *were* effective early on, they do not appear to be anymore:

Moreover, given the observation that disease transmission rates have remained low with relatively low dispersion across locations worldwide for the past several months as NPIs have been lifted, we are concerned that estimates of the effectiveness of NPIs in reducing disease transmission from the earlier period may not be relevant for forecasting the impact of the relaxation of those NPIs in the current period, due to some unobserved switch in regime.

This study provides strong statistical support for what so many have been observing for six months. The epidemic has a natural tendency to spread quickly at first and slow down, seemingly on its own, a point made not only here but as early as April 14 by Isaac Ben-Israel. Meanwhile governors imagine that very specific rules for opening bars and restaurants are the key to containment.

Governments have conducted an unprecedented social, economic, and political experiment in controlling whole populations' behavior, with high economic and human cost. The authors ask the right question: has this experiment in government-managed virus control and suppression made a difference? The startling answer they found, after examining data from around the country and the world, is that the evidence simply is not there.

If we are concerned about the evidence on this global experiment, we must concede that most government authorities have likely acted in error.

[Stephen C. Miller](#)

Stephen C. Miller is the Adams Bibby Chair of Free Enterprise and an Associate Professor of Economics in the Manuel H. Johnson Center for Political Economy at Troy University. He is also an AIER Summer Fellow alumnus and Voting Member of AIER. The views and opinions expressed are those of the author and do not imply endorsement by Troy University.

Get notified of new articles from Stephen C. Miller and AIER.

Plaintiffs' Exhibit 303

science.news

# STUDY: Long term mask use breeds microbes that infiltrate the lungs and contribute to advanced stage lung cancer

*Lance D Johnson*

4-5 minutes   Jan. 15, 2021



A new study finds that cultivation and enrichment of microbes on the face can infiltrate the lungs through unconscious aspirations and cause inflammatory responses and advanced stage lung cancer. The nose and the mouth were designed to take in oxygen without strain, uninhibited. The oxygen travels down the trachea and splits off into two tubes called the bronchi. From there, the oxygen travels down a series of bronchioles until it reaches the alveoli, which are tiny air sacs covered with blood vessels. These air sacs take the oxygen directly to the heart, where it is dispersed throughout the body.

When a person exhales, the process is put in reverse and the lungs exhale carbon dioxide. This carbon dioxide gas is the vehicle that allows the organ systems to rid the body of wastes. When this process is obstructed or

restrained for prolonged periods of time, the lungs and the heart struggle to nourish the rest of the body. Long term mask wearing also hinders the body's natural ability to detoxify wastes, creates an acidic environment, and slowly strains the organ systems throughout the body.

## Masks are priming the lungs for inflammation and lung cancer pathology

A study published in the journal *Cancer Discovery* finds that lung cancer progresses when the lungs are forced to regurgitate microbes. Prolonged mask use creates a moist environment that cultivates microbes. This toxic environment not only forces the person to regurgitate their own wastes, but also inundates the lungs with microbes that cause a toxic environment that feeds lung cancer.

The researchers found that the lungs are not just a sterile environment. When microbes inundate the lungs, they can active an immune response. This causes inflammatory proteins such as the cytokine IL-17 to appear.

Microbes that are normally found in the mouth can make their way into the lungs. "Given the known impact of IL-17 and inflammation on lung cancer, we were interested in determining if the enrichment of oral commensals in the lungs could drive an IL-17-type inflammation and influence lung cancer progression and prognosis," said Leopoldo Segal, Director of the Lung Microbiome Program and Associate Professor of Medicine, New York University Grossman School of Medicine. (Related: Masked schoolchildren are harmed physically, psychologically, behaviorally and suffer from 24 distinct health issues.)

## Masks cultivate and enrich microbes that infiltrate the lungs and cause immune suppression

The research team used diagnostic clinical bronchoscopies to analyze the lung microbiomes of 83 untreated adult patients who were diagnosed with lung cancer. They identified the composition of each microbial environment and documented which genes were expressed as a result. They found that lung tissue from patients with advanced state lung cancer (stages 3b-4) was more

enriched with microbes than lung tissue of patients who had early stage disease. This increased enrichment of oral bacteria in the lungs was also associated with decreased chance of survival, no matter the stage of tumors. The bacteria colonies that caused the most damage was Veillonella, Prevotella, and Streptococcus bacteria, all of which are more readily cultivated in a mask. Tumor progression was associated with the enrichment of Veillonella, Prevotella, Streptococcus, and Rothia bacteria. The cultivated microbes infiltrate the lungs and affect genetic expression, namely the p53, PI3K/PTEN, ERK, and IL-6/IL-8 signaling pathways.

In further evaluation, the cultivation of Veillonella parvula in the lungs of mice led to expression of inflammatory proteins, increased expression of IL-17, and the presence of immune suppressing cells. "Given the results of our study, it is possible that changes to the lung microbiome could be used as a biomarker to predict prognosis or to stratify patients for treatment," said Segal. Prolonged mask wearing not only puts strain on the heart and lungs but also cultivates a microbial environment that is more likely to infiltrate the lungs and create an environment of cancer.

For more on cancer research, check out Cancer.news.

**Sources include:**

AzoLifeSciences.com

NaturalNews.com

HopkinsMedicine.org

Plaintiffs' Exhibit 304

blacklistednews.com

# Long-Term Mask Use May Contribute to Advanced Stage Lung Cancer, Study Finds

4-5 minutes



A recent study in the journal Cancer Discovery found that inhalation of harmful microbes can contribute to advanced stage lung cancer in adults. Long-term use of face masks may help breed these dangerous pathogens.

Microbiologists agree that frequent mask wearing creates a moist environment in which microbes are allowed to grow and proliferate before entering the lungs. Those foreign microbes then travel down the trachea and into two tubes called the bronchi until they reach small air sacks covered in blood vessels called alveoli.

*"The lungs were long thought to be sterile, but we now know that oral commensals–microbes normally found in the mouth–frequently enter the lungs due to unconscious aspirations." – Leopoldo Segal, Study Author and Director of the Lung Microbiome Program and Associate Professor of Medicine at New York University Grossman School of Medicine*

According to the study, after invading the lungs these microbes cause an inflammatory response in

proteins known as cytokine IL-17.

*"Given the known impact of IL-17 and inflammation on lung cancer, we were interested in determining if the enrichment of oral commensals in the lungs could drive an IL-17-type inflammation and influence lung cancer progression and prognosis,"* said Segal.

While analyzing lung microbes of 83 untreated adults with lung cancer, the research team discovered that colonies of Veillonella, Prevotella, and Streptococcus bacteria, which may be cultivated through prolonged mask wearing, are all found in larger quantities in patients with advanced stage lung cancer than in earlier stages. The presence of these bacterial cultures is also associated with a lower chance of survival and increased tumor growth regardless of the stage.

Additionally, research into the cultivation of Veillonella bacteria in the lungs of mice found that the presence of such bacteria leads to the emergence of immune suppressing cells as well as inflammatory ones such as cytokine IL-17.

*"Given the results of our study, it is possible that changes to the lung microbiome could be used as a biomarker to predict prognosis or to stratify patients for treatment."* – Leopoldo Segal

As more evidence emerges pertaining to the long-term effects of mask mandates and lock downs, doctors and scientists are beginning to reconsider whether these authoritarian measures really are doing more harm than good. One Canadian public health expert named Dr. Aji Joffe found in a related study that lock downs cause "at least ten times" more damage than benefit.

In a recent working paper by researchers at Harvard, Duke, and John Hopkins Universities, academics concluded that *"for the overall population, the increase in the death rate following the COVID-19 pandemic implies a staggering 0.89 and 1.37 million excess deaths over the next 15 and 20 years, respectively."*

Since forced mask wearing began, dermatologists have coined the term 'maskne' to describe an onset of pimples near the mouth caused by masks clogging up pores with oil and bacteria. This can be caused by either disposable or cloth masks.

Dentists have also been warning about a phenomenon known as 'mask mouth' in which patients are arriving back to the dental office with an increase in gingivitis and tooth decay as high as 50% in a period of just a few months since mask mandates began.

This discovery sheds light on the growing evidence of harm caused by long-term mask wearing.

**About the Author**

Phillip Schneider is a staff writer for Blacklisted News. To see more of his work, you can follow his Facebook Page, become a subscriber on the free speech social network Minds, or support his efforts by becoming a contributor via Patreon.

Plaintiff's Exhibit 305

reaction.life

# Making pupils wear masks is pointless and cruel

*Alex Starling*

4-5 minutes

---

*"Not in the classrooms because that is clearly nonsensical – you can't teach with face coverings; you can't expect people to learn with face coverings".*

Well quite. Very much in line with what I have previously said on the matter of mask wearing.

But this time it wasn't me. That was your Prime Minister, speaking back in August 2020. So, what more is there to say?

Well, plenty, actually. The pointless wearing of a face covering in a shop for a few tens of minutes is one thing, forcing a child to be muzzled for a full day of lessons is just barbaric. While this is screamingly obvious to anyone with just a smidgen of empathy left in their soul, those who need more 'evidence' might like to carefully digest this recent research from Germany that analysed data from over 25,000 children that had been forced to wear a mask for hours each day: "Impairments caused by wearing the mask were reported by 68 per cent of the parents. These included irritability (60 per cent), headache (53 per cent), difficulty concentrating (50 per cent), less happiness (49 per cent), reluctance to go to school/kindergarten (44 per cent), malaise (42 per cent) impaired learning (38 per cent) and drowsiness or fatigue (37 per cent)".

And what about the nation's 35,000 deaf pupils? Ian Noon, head of policy at the National Deaf Children's Society has said that "bringing face masks into classrooms will have a devastating effect on deaf children's studies, mental health and ability to take part in lessons."

Consider this recent paper in the Lancet (February 2021), a cohort study from Spain during the peak of the epidemic: over 280 clusters were analysed in detail. The findings: "no association of risk of transmission with reported mask usage by contacts". Last week, the European Centre for Disease Prevention and Control concluded that "evidence regarding the effectiveness of non-medical face masks for the prevention of Covid-19 is scarce". So scarce, in fact, that one might be tempted, in fact, to conclude the precise opposite: there seems to be little or no correlation between the introduction of mask

mandates and the spread of Covid-19. With cases of this seasonal disease collapsing all across the Northern Hemisphere – with scant regard for the severity of lockdowns, mask mandates or vaccine rollout – what is the point?

Could they even be spreading infections, rather than stopping them? Warm, moist environments are fantastic breeding grounds for bacteria – and it might not be wise to have these strapped to the front of our respiratory tracts. Furthermore, how about a helping of microfibres to further pollute our airways? And that is before we get into breathing difficulties, anxiety, impeding communications ("you can't expect people to learn with face coverings", etc.), removing facial expression and hiding identities… the list goes on.

But none of this is new. In case it had escaped everyone's notice, children benefit from training their immune systems, and we do too.

It is hard to argue against measures that demonstrably benefit society as a whole – but even then, there are limits on what can be imposed on an individual. It is why we have ethics committees in all walks of life. For want of spelling it out, we do not conduct experiments on poor, ill, vulnerable people, and especially not on minors.

Mask mandates imposed on children are such an experiment. A grand hocus pocus. The ultimate placebo.

One can possibly forgive our flapping, hapless leadership for flailing around in the dark back in March and April 2020. But the subsequent spineless surrender to hearsay, mathematical 'modelling' and quackery that would have been laughed out of court in Victorian times, has been, to put it mildly, a bit of a disappointment.

This is a Great Wrong, a plumbing of new depths. Those that dreamt this guidance up should be relieved of any 'duties' they may be performing at taxpayer's expense. Those that enforce this guidance should be eternally ashamed of themselves.

Suffer the children. We had Fears for Tiers, but it seems like a worse nightmare is upon us – a society turning on its young.

*Dr Alex Starling ( @alexstarling77) is an advisor to and non-executive director of various early-stage technology companies.*

Plaintiffs' Exhibit 306

standforhealthfreedom.com

# ACT NOW: Mandatory Masks Endanger Your Health and Your Liberties. Tell Your State and Local Officials To Make Mask-Wearing Voluntary. | Stand for Health Freedom

15-19 minutes

---

Do I have to wear a mask? Should I just wear a mask to avoid being heckled or harassed? What if wearing a mask makes me feel unwell? These are just a few of the questions that people are grappling with as a growing number of jurisdictions nationwide institute mandatory mask measures.

At present, all but a handful of states call for mandatory mask-wearing, and many cities have their own mask ordinances.[1],[2],[3] However, Stand for Health Freedom believes that wearing a mask should be an individual's choice. A growing contingent of individuals are concerned that mandatory mask policies jeopardize bodily, civil and constitutional rights.

**Mandatory Masks Can Cause Considerable Harm and Are Not Proven Effective**

Evidence that face masks reduce the transmission of viral respiratory infections within community settings is equivocal at best.[4],[5],[6] A recent meta-analysis of scientific literature, including 11 randomized, controlled trials and 10 observational studies, found that there was no clear clinical or laboratory-confirmed evidence that masks prevent infection.[7]

To the contrary, the study warned that facemasks "…may even increase transmission if they act as fomites [objects or materials that are likely to carry infection] or prompt other behaviours that transmit the virus such as face touching."

This echoes World Health Organization (WHO) guidance published on January 29, 2020 titled, "Advice on the use of masks in the community, during home care and in healthcare settings in the context of the novel coronavirus (2019-nCoV) outbreak."[8] In it, the WHO says, "Wearing medical masks when not indicated may cause unnecessary cost, procurement burden and create a false sense of security that can lead to neglecting other

essential measures such as hand hygiene practices." Furthermore, the January 2020 WHO guidance stated, "Cloth (e.g., cotton or gauze) masks are not recommended under any circumstance."

Cloth masks have been found to be particularly problematic,[9],[10],[11] and some masks have raised concerns because they've been treated with a registered pesticide.[12],[13] A British Medical Journal (BMJ) study published in April 2020 cautions against the use of cloth masks, citing "Moisture retention, reuse of cloth masks and poor filtration may result in increased risk of infection."[14] The WHO affirms increased infection risk with cloth masks in its latest June 5, 2020 guidance.[15] It based its guidance on an earlier BMJ study that found the penetration of particles to be 97% in the cloth mask group, with significantly higher rates of infection and influenza-like illness.[16]

A study on the CDC website that reviewed 10 different randomized clinical trials worldwide on highly infectious respiratory virus transmission found "no significant reduction" in "transmission with the use of face masks."[17]

Given the lack of evidence for their use,[18],[19],[20],[21],[22],[23] and flip-flopping advice both against[24][25] and for their use by authoritative health agencies like the WHO, the increasing pressure to wear masks in public — and to be able to access basic services required to maintain one's health, liberty and livelihood — constitutes an unnecessary power grab and means of controlling the population.

### Fear Is Driving Violence and Aggression

Nonstop media and social media coverage of coronavirus has generated unprecedented levels of fear, panic and anxiety.[26],[27],[28] On June 30, Dr. Anthony Fauci warned lawmakers that we could easily see 100,000 new cases of coronavirus each day.[29],[30] Fauci stated that he is unable to accurately predict the incidence and mortality that the US will eventually see, but he declared, "It's going to be very disturbing, I will guarantee you that."[31],[32]

Some individuals are now fraught with so much panic and worry[33] that they are becoming violent toward family members[34] and anyone they believe is a threat to their personal safety. Aggression toward those who don't wear masks is becoming is increasingly common and ranges from verbal threats, to assault and battery, to murder.

In March, an 86-year-old dementia patient was killed in a Brooklyn emergency room after she lost her bearings and grabbed onto another patient's IV pole to steady herself.[35] The patient, 32-year-old Cassandra Lundy, became irate that the elderly woman, Janie

Marshall, had broken social distancing guidelines and then knocked her to the floor.[36]

Ms. Marshall — who initially went to the ER for severe abdominal pains — struck her head on the floor, lost consciousness and died hours later. According to reports, Ms. Lundy, who has been charged with manslaughter, told detectives that she shoved Ms. Marshall because the elderly woman "got into the defendant's space."[37]

### The Great Mask Divide

Masks have become one of the most controversial issues of our time.[38],[39],[40] Those who are seen in public without a mask are often judged and discriminated against,[41],[42] even if they have a condition that precludes compliance. Harassment and discrimination have become rampant,[43],[44] and fellow citizens are policing each other with very little to no knowledge of why someone may or may not be wearing a mask.[45],[46]

Even in communities that have mask exceptions for certain members of the population, those individuals are no longer allowed to fully participate in society because businesses are barring them or won't provide services to them without a mask. **It's a breach of an individual's privacy and autonomy to not be able to go into public without being discriminated against, and banning people from entering or participating in society because they don't wear a mask violates their constitutional rights.**[47]

These types of breaches have sparked lawsuits nationwide from individuals claiming they have been personally or financially harmed from mandatory mask measures.[48],[49],[50] Some also contend that forcing people with medical conditions to wear masks violates Title III of the Americans with Disabilities Act,[51] which prohibits discrimination on the basis of disability of "enjoyment of services, facilities, privileges, advantages or accommodations by any person who … operates a place of public accommodation."[52]

### Individual Health Is the Responsibility of the Individual, Not the State

With unbridled governmental control throughout much of 2020 — under the guise of emergency orders needed to curb coronavirus — citizens from coast to coast have seen their civil, constitutional and religious rights trampled upon.[53],[54] An onslaught of executive orders have shaped nearly every aspect of our personal lives, from where we can go and what activities we're allowed to engage in, to how we educate our children, to how we earn a living, to how we worship. [55]

They have also dictated which medical philosophies we embrace and which medical treatments we can receive. In doing so, we've been extremely restricted in how we've been able to care for ourselves and support our immune systems — and we've been

asked to follow guidelines that are not evidence-based "for the greater good."

Although the government plays a role in controlling the spread of infectious illness, adults are responsible for their own health;[56] each person has the right to responsibly make choices about what precautions and perceived risks they take. It's not incumbent on government officials to direct individual health decisions, and granting them this power is dangerous. Individuals are much more qualified than public servants to weigh the risks and benefits of their own personal actions.

Public officials should not impose mandates to seek compliance. Mandates perpetuate the idea that individuals lack the moral or intellectual capacity to make sound decisions for themselves and their children, so the state needs to do it for them.[57] Individuals are capable of making responsible decisions,[58] and those decisions must take a person's whole health into account.

The health of the individual cannot be forsaken or sacrificed for the collective. We can only have a healthy society when that society is made up of healthy individuals.[59] Health is a personal right and responsibility. It is not something that we should look to the government to bestow on us or guarantee.

### Masks as "Submission Signaling"

There is no compelling scientific evidence to justify the widespread push to mandate universal mask-wearing.[60] The demonstrated risks [61],[62],[63] far outweigh the purported benefits. Whereas those who wear masks believe they are "virtue signaling" their concern for the weakest and most vulnerable among us, those who refuse to submit to authoritarian decrees do so because they believe that health is a personal responsibility — and that it is up to them to decide what precautionary measures they implement to avoid a virus with an estimated case fatality rate of .1% to .26%.[64]

At-risk populations and those who are sick can self-isolate, and society should take the best care of them possible. However, **healthy, law-abiding citizens should not be forced to take any precaution that can result in physical**[65] **and emotional harm**[66] **and that impinges on their constitutional rights**; this includes the right to bodily autonomy, the right to move about freely, the right to participate in society and connect with others, and the right to be free from unreasonable government intrusion.[67]

### It's Time to Stand – Urge Your Lawmakers to Make Face Coverings Voluntary

Never before has it been so important for you to stand up for your rights! Mandatory

medicine and mandated interventions such as social distancing and mask-wearing have no place in a free society;[68],[69] citizens have the right to make responsible decisions about what is best for themselves and their children based on their own unique circumstances.

**Please stand up against medical tyranny by sending your state and local officials a pre-drafted email and tweet urging them to protect everyone in the community by ensuring that masks are voluntary, not mandatory.** When you're finished, please share this vital campaign with your friends, family, neighbors and co-workers. Remind them that constitutional rights don't stop being important in times of emergency;[70],[71] they become more important.

**References**

[1] https://www.littler.com/publication-press/publication/facing-your-face-mask-duties-list-statewide-orders

2] https://www.businessinsider.com/coronavirus-the-17-states-requiring-people-to-wear-masks-public-2020-6

[3] https://www.usatoday.com/story/news/health/2020/07/03/covid-face-masks-states-require-public/5371503002/

4] Med Hypotheses. 2020 May 19;143:109855.doi: 10.1016/j.mehy.2020.109855. Online ahead of print.

[5] Ann Intern Med. 2020 Jun 24;M20-3213. doi: 10.7326/M20-3213. Online ahead of print.

[6] medRxiv – April 6, 2020

[7]  https://www.qeios.com/read/1SC5L4

[8] https://apps.who.int/iris/handle/10665/330987

[9] https://bmjopen.bmj.com/content/5/4/e006577

[10] Cardiol J. 2020;27(2):218-219. doi: 10.5603/CJ.a2020.0054. Epub 2020 Apr 14.

[11] The Epoch Times

[12] https://www.newschannel5.com/news/newschannel-5-investigates/tennessee-governors-free-sock-masks-treated-with-registered-pesticide

[13] https://beyondpesticides.org/dailynewsblog/2020/06/face-masks-that-contain-toxic-pesticide-distributed-in-tennessee-for-coronavirus-then-recalled/

[14] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4420971/#__ffn_sectitle

[15] https://www.who.int/publications/i/item/advice-on-the-use-of-masks-in-the-community-during-home-care-and-in-healthcare-settings-in-the-context-of-the-novel-coronavirus-(2019-ncov)-outbreak

[16] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4420971/#__ffn_sectitle

[17] https://wwwnc.cdc.gov/eid/article/26/5/19-0994_article

[18] BMJ April 7, 2020; 369:m1422 doi: 10.1136/bmj.m1422

[19] https://www.cidrap.umn.edu/news-perspective/2020/04/commentary-masks-all-covid-19-not-based-sound-data

[20] https://www.infectioncontroltoday.com/view/cloth-masks-are-useless-against-covid-19

[21] American Thinker

[22] https://www.rcreader.com/commentary/masks-dont-work-covid-a-review-of-science-relevant-to-covide-19-social-policy?fbclid=IwAR3XrEyWaRxO8qWOqsySq_wPutL4JGx00FKV5VwL8O8P9X5Z156n_goWSC8

[23] https://jennifermargulis.net/healthy-people-wearing-masks-during-covid19/

[24] https://www.novushealth.com/2020/04/face-masks-in-a-covid-19-world-to-wear-or-not-to-wear/

[25] Twitter, U.S. Surgeon General, February 29, 2020

[26] Cureus. 2020 May 2;12(5):e7923. doi: 10.7759/cureus.7923.

[27] J Med Internet Res. 2020 May 19;22(5):e19556. doi: 10.2196/19556.

[28] https://qz.com/1812664/the-psychology-of-coronavirus-fear-and-how-to-overcome-it/

[29] https://www.c-span.org/video/?473393-1/covid-19-response-reopening-schools

[30] https://www.nytimes.com/2020/06/30/us/politics/fauci-coronavirus.html

[31] https://www.cnn.com/2020/06/30/politics/fauci-redford-testimony-senate-coronavirus/index.html

[32] https://www.cnbc.com/2020/06/30/fauci-says-us-coronavirus-outbreak-is-going-to-be-very-disturbing-could-top-100000-cases-a-day.html

[33] Int J Soc Psychiatry. 2020 May 21;20764020925835. doi: 10.1177/0020764020925835.

[34] Psychiatry Res. 2020 Apr 30;289:113046. doi: 10.1016/j.psychres.2020.113046.

[35] https://www.nytimes.com/2020/04/08/nyregion/coronavirus-brooklyn-janie-marshall-cassandra-lundy.html

[36] https://bklyner.com/86-year-old-killed-coronavirus/

[37] https://patch.com/new-york/bed-stuy/social-distancing-death-suspect-held-coronavirus-packed-rikers

[38] BMJ 2020;369:m2005

[39] https://www.cidrap.umn.edu/news-perspective/2020/06/controversy-covid-19-mask-study-spotlights-messiness-science-during

[40] https://www.psychologytoday.com/us/blog/think-act-be/202005/why-are-masks-triggering-conflict-and-rage

[41] BMJ 2020;369:m2009

[42] Disability Rights UK June 18, 2020

[43] https://www.pewsocialtrends.org/2020/07/01/many-black-and-asian-americans-say-they-have-experienced-discrimination-amid-the-covid-19-outbreak/

[44] https://www.facebook.com/photo.php?fbid=1143163319383637&set=gm.4087336354647037&type=3&theater

[45] https://www.nytimes.com/2020/05/04/us/social-distancing-rules-coronavirus.html

[46] https://www.psychologytoday.com/us/blog/think-act-be/202005/why-are-masks-triggering-conflict-and-rage

[47] Cornell Law

[48] https://www.miamiherald.com/news/coronavirus/article243643797.html

[49] https://www.nytimes.com/2020/05/04/us/social-distancing-rules-coronavirus.html

[50] https://www.npr.org/sections/coronavirus-live-updates/2020/07/10/889691823/more-than-20-u-s-states-now-require-face-masks-in-public

[51] https://pittsburgh.cbslocal.com/2020/06/22/lawsuits-against-giant-eagle-mask-policy/

[52] ADA Gov

[53] https://www.aclu.org/news/civil-liberties/civil-liberties-never-sleep-the-aclu-in-the-pandemic/

[54] https://www.foxnews.com/opinion/judge-andrew-napolitano-coronavirus-crisis-constitution

[55] Ballotpedia

[56] https://jennifermargulis.net/science-shows-coronavirus-covid19-treatments-without-masks-lockdowns-isolation/

[57] https://standforhealthfreedom.com/blog/why-states-are-getting-it-wrong-with-medical-mandates/

[58] https://www.mercatus.org/bridge/commentary/beware-government-overreach-protect-our-health

[59] https://www.weforum.org/agenda/2020/01/5-ways-to-build-healthier-societies/

[60] https://www.nejm.org/doi/full/10.1056/NEJMp2006372

[61] Neurocirugia (Astur).2008 Apr;19(2):121-6.

[62] Ann Occup Hyg. 2012 Jan;56(1):102-12.doi: 10.1093/annhyg/mer069. Epub 2011 Sep13.

[63] Acta Neurologica Scandinavica February 28, 2006.

[64] https://www.nejm.org/doi/pdf/10.1056/NEJMe2002387?articleTools=true

[65] BMJ 2020;369:m2003

[66] BMC Family Practice, 2013; Published online Dec. 24, 2013.
DOI: 10.1186/1471-2296-14-200.

[67] DanPatrick.org – April 22, 2020.

[68] https://ahrp.org/beware-of-medicine-marching-in-lockstep-with-government-personal-reflections/

[69] https://freedomwire.com/masks-safety-or-control/

[70] https://www.heritage.org/the-constitution/commentary/constitution-isnt-suspended-covid-19-attorney-general-barr-warns-public

[71] https://www.mercurynews.com/2020/04/23/opinion-wheres-the-line-on-constitutional-rights-in-a-pandemic/

Plaintiff's Exhibit 307

dennisriches.wordpress.com

# Mandatory Masks in the Age of Climate Emergency & Planetary Biodiversity Crisis

*Author: Dennis Riches*

44-56 minutes

---

**Mandatory Masks in the Age of Climate Emergency & Planetary Biodiversity Crisis**

**Willful Blindness, Hypocrisy & Planetary Repercussions**

**by Cory Morningstar, October 18, 2020**

**Reprinted with permission. This article was disappeared by some social media platforms and search engines when it appeared on October 18, 2020. The author is allowing some sites to reprint it in the hope that it will evade censorship and be shared more widely. Some typographical and punctuation errors have been corrected.**

"It is of utmost importance to recognise that Human Health is connected and dependent on the health of our environment and ecosystems, and if humanity does not respect such connection… there will not exist a future."

— *August 17, 2020, Increased plastic pollution due to COVID-19 pandemic: Challenges and recommendations*

*"Victim" of plastic pollution, shot in Eleuthera, Bahamas – Shane Gross*

On December 5, 2017, the United Nations announced that ocean plastic had come to constitute a planetary crisis: "Global Director for Ocean United Nation Environment and Sweden's Ambassador for Oceans, Seas and Fresh Water, Dr Lisa Svensson said governments, firms and individual people must act far more quickly to halt plastic pollution: 'This is a planetary crisis,' she said. "In a few short decades since we discovered the convenience of plastics, we are ruining the ecosystem of the ocean. 'The scale of the challenge is absolutely enormous.'"

On September 20, 2019, the Daily Mail ran a story on the global climate strikes. The article "Millions of people including hundreds of thousands of children take to the streets in 150 countries as the largest climate protest in history gets underway" garnered a

whopping *64,000* shares.

On August 29, 2020, the Daily Mail would run another story, this one on "a new genre of industrial pollution:" Billions of face masks could end up in landfill if people don't stop using single-use coverings, experts have warned. Scientists estimate that more than 124,000 tons of unrecyclable masks – the equivalent weight of *10,000 London buses – could be dumped each year…There have already been reports of sea birds becoming tangled in the elastic cords that wrap around the ears. The single-use masks are also washing up on beaches or being dumped in the streets after becoming mandatory in certain enclosed spaces." As of October 18, 2020, this article had received a mere *261* shares. [*Equivalent to every person in the UK using one disposable surgical mask each day for one year. In addition to this catastrophe, is 57,000 tons of plastic packaging that cannot be reused or recycled.][Source]

"I went to my local supermarket this week and saw discarded face masks everywhere. In ten minutes, I had picked up 12. This has every opportunity to flow into water courses, into the rivers and oceans." [Source]

"For a month now, we're starting – since it's just the beginning – to see these masks. It's a new type of pollution… [Source] 'Soon there may be more masks than jellyfish' in the Mediterranean sea." [Source]

The paper "COVID-19 Pandemic Repercussions on the Use and Management of Plastics" published June 20, 2020 warns  that a "monthly estimated use of **129 billion face masks and 65 billion gloves globally, is resulting in widespread environmental contamination**." [Prata, Joana & Patricio Silva, A.L. & Walker, Tony & Duarte, Armando & Santos, Teresa. (2020). COVID-19 Pandemic Repercussions on the Use and Management of Plastics. Environmental Science & Technology.]

It seems like only yesterday that a massive campaign against single-use plastic straws was trending. The much forgotten anti-straw trend was based on astronomical numbers; a suggested **500 million straws used each day** in the US alone, with more than half a billion plastic straws being consumed and discarded, every day around the entire globe. [Source] An estimated 8.3 billion plastic straws had come to pollute the planet's beautiful beaches. The backlash against the straws appeared to be drive by the horrific impacts on the marine environment in particular.

194 billion face masks and gloves equates to well over *6 billion* face masks being consumed and discarded *each and every day.*

Based on the aforementioned paper, six months of face masks alone – equates to seven hundred seventy-four billion while 12 months of consumption, equates to a stunning **one trillion five hundred forty-eight billion** face masks.

What happened to all those who cared about our environmental crises? That of climate change, biodiversity and ocean pollution?

+++

Another layer of the mask pollution, making their way into our waterways and oceans is observed by many including Martin Dorey, founder of the 2 Minute Beach Clean project in England: "People are also less likely to pick them up because of the perceived risk, so it's getting left. This stuff is toxic – it will kill ocean life and end up in the food chain." [Source]

We are told that the purpose of wearing a face mask is to prevent people who may be infected with COVID-19, but may be asymptomatic, from transmitting the virus to others. Yet, with billions of dollars being doled out by governments to municipalities and institutions, to assist in dealing with the said COVID-19 crisis, one may wonder why there are no bio-hazard bins for the disposing of used masks, which, under strict handling procedures would be carefully collected and properly disposed of (if there even is a way to "properly" dispose of plastic). The laissez faire (non)dealing with used masks, is very much at odds with the fear of transmission from what we are told is a highly contagious virus (hammered into the collective psyche).

How is it that we believe our Western governments, in servitude to a corporatocracy, suddenly care about our health? The very governments that have no qualms whatsoever in killing millions of men, women and children, across the globe in their pursuits to control resource-rich countries, or those of geopolitical importance in regard to foreign policy.

The same governments that claim to care about our health, are rolling out 5G as quickly as possible despite an urgent appeal signed by 253 EMF scientists from  44 nations. The correspondence is addressed to names that most will recognize: Antonio Guterres, Secretary-General of the United Nations; Tedros Adhanom Ghebreyesus, Director-General of the World Health Organization; and Inger Andersen, Executive Director of the UNEP Environment Programme;U.N. Member Nations. The scientists warn: "5G will substantially increase exposure to radiofrequency electromagnetic fields RF-EMF, that has been proven to be harmful for humans and the environment… By not taking action, the WHO is failing to fulfill its role as the pre-eminent international public health agency." [1] In a separate appeal to the EU, over 406 scientists and doctors call for a moratorium on the roll-out of 5G. "Listen to the Science – all while any science that does not further capital or further the desires of our corporate overlords is ignored and buried. After all, the 5G networks underpin all fourth industrial revolution technologies going forward under the guise of "The Great Reset". Those that control the 5G networks will control all the fourth industrial revolution infrastructure upon which 5G technology is based (and absolutely dependent upon).  The 5G-Infrastructure-PPP (5G PPP) is a 1.4 billion Euro joint initiative between the European ICT industry and the European Commission, now in its third phase.

This is the largest 5G research program in the world.

"And our Digital Strategy, embedded within the wider Industrial Strategy, sets out the 7 pillars on which we can build our success. And inside that fits our 5G strategy, like a set of Russian Dolls."

– *Matt Hancock, UK Parliament, Fourth Industrial Revolution Autumn Reception, 2017 [Source]*

They say "march" – the people march. They say "applause" – the people applaud. They say "look" – the people look. They say "look away" – the people look away. After decades as subjects of social engineering, behavioural change economics, indoctrination, and intense pacification, have we lost the capacity to think for ourselves? Have we become completely domesticated subjects belonging to the ruling class.

**Shaming**

"Under a capitalist framework, social institutions can be manipulated to doctor "facts" in serving the ruling class.  An erroneous fact can unite the ruling class, while it can put people against each other, being divided, exploited and subjugated. Capitalist hierarchy curates a theater of crises in restructuring the capitalist hierarchy and its trajectory of exploitation and subjugation to overcome its inherent problem of cyclical economic downturns. In the process, capitalism continues to colonize humanity and nature."

— *Hiroyuki Hamada*

Those who will not comply with wearing a mask are shamed. Yet, ==where is our shame in producing this amount of waste that will further harm the natural world that we allege we wish to defend?==





The political correctness, the virtue signaling, in regard to wearing a mask, has successfully pitted person against person, group against group, while the criminals who have orchestrated yet *another* trillion dollar bail out, in addition to destroying our biosphere and ecosystems, are left unscathed. Their profits (from the theft of labour and the natural world) continue to soar in record numbers. As ruling class global power consolidates, we are subjected to dangerous discourse. A class war is averted, as factions grow between we the citizenry, who must unite against the ruling class. A ruling class hell-bent on destroying what traces of our humanity remain. Hell-bent on the capturing of, and the continued plunder of, an already devastated planet, that graciously sustains all life.

Some people and populations are genuinely anxious in response to those that do not wear a mask. This fear has been manufactured primarily by media. The media could flood us with global recovery rates – which are well over 99 per cent. Instead, we are flooded minute by minute with deaths from/with COVID-19. When there are no deaths, we are flooded with "an increase in positive cases", a term which is meaningless due to unreliable tests.

Those that identify as left attempt to frame all of those who do not wear a mask as far right. Others identifying as left, consider those who do not wear masks posturing as radical or "woke". Neither of the aforementioned are reasons to not wear a mask. The reason for not wearing one should be based not on political leanings, nor on fear, but a calm rationale.

**Microplastics**

"The use of PPE, especially of face masks, has been incentivised in some highly impacted areas (regions/municipalities), but quickly spread to the worldwide population driven by anxiety and the perceived feeling of safety."

— *August 17, 2020, Increased plastic pollution due to COVID-19 pandemic: Challenges and recommendations*

Personal protective equipment (PPE) in 2020, in particular ==face masks, have become a new genre of pollution. The majority of face masks being purchase and disposed of are single-use surgical masks made of melt-blown fabric manufactured from polypropylene, a type of thermoplastic. [2] The vast majority of all disposable face masks being consumed have two outer layers with a filter between them (polypropylene), made from nonwoven plastic fibres.==

*Microplastics* are tiny plastic fragments less than 5 millimeters in diameter, or about 0.2 inches. They are barely visible to the *human* eye. [Source]

A 2019 study showed that human microplastic consumption ranges from 39,000 to 52,000 particles per day. These estimates increase to 74,000 and 121,000 when inhalation is considered. This amounts to humans ingesting approx. 5 grams of plastic each and every week, 5 grams being the equivalent of a credit card or a US nickel. Earlier in 2019, the European commission's chief scientific advisers stated: "The evidence [on both environmental and health risks due to microplastics] provides grounds for genuine concern and for precaution to be exercised." [Source] More recently, on August 17, 2020, researchers analyzed 47 human tissue samples. Traces of microplastics were found in all 47 samples. [Source]

"We have detected these chemicals of plastics in every single organ that we have investigated."

— *senior researcher Rolf Halden, director of the Arizona State University (ASU) Biodesign Center for Environmental Health Engineering*

This begs the question, what will be the result from applying microplastic materials, that is, face masks, directly and securely over our air passages?

"Flock" is defined as inhaled microfibers of the plastic. Flock worker's lung is an occupational lung disease caused by exposure to flock in manufacturing processes. People who work in flocking manufacturing processes inhale small pieces of the flock fibers, placing them at risk of interstitial lung disease. Workers exposed to polypropylene flocking particles have developed flock worker's lung. [Source] The presence of microplastics in human lung tissue was outlined by in a 1998 science paper, following the research of lung tissue belonging to cancer patients who had prolonged exposure to plastic fibers.

In addition to particle pollution causing damage to lung tissue and reducing lung capacity, it worsens other respiratory health issues such as asthma. In 2013, the International Agency for Research on Cancer, an institution belonging to the World Health Organization, concluded that particle pollution causes lung cancer.[Source]

"An informal survey of a small group of health care workers by myself found that about 50% of workers noted that their masks began to fray at the end of their shift, noting fibers that itched their face and nose." — [Source]

In occupational flock, "the cutting process results in formation of airborne particles or fibers in the respirable range." [Source] As facemasks undergo a continuous friction with breathing, talking, and facial movements, it seems likely, if not probable, that  microscopic polypropylene microfibers, in some amount, are effectively being ingested into both the

body and lungs.  It is safe to assume that those wearing masks, for long periods of time, are most at risk. The vast majority of this group would be minimum wage workers, who have no choice but to comply, people of colour, who are told they are more susceptible to the virus than white populations, and children in schools, where masks have been made mandatory.

Particles that are not inhaled into the lungs (the vast majority) make their way into our waterways. To be more succinct, every single particle produced, that does not make its way into our bodies, will instead go in to our waterways.  The particles are then ingested into the body by humans and non-human life (marine animals and fish), some of which is too, ingested by humans. Of course, in addition, we drink the water, as does non-human life. Is this how we protect biodiversity? Is this what we mean by protecting health?

**Microfibers and Lungs**

Prior to COVID-19, in 2019, at the Plastic Health Summit, Fransien van Dijk, a postdoctoral researcher at the University of Groningen; Molecular Pharmacology Department, shared the initial results of her research on how exposure to plastic microfibers (from clothing) affects lung development. Here we can listen carefully to her findings, in the context of masks:

[Video running time: 11m:00s]

The risk of microfibers on lungs should be of paramount concern in relation to children, whose lungs take a long time to fully develop and mature. On June, 2020, the Toronto's Sick Kids Hospital, perhaps the most prestigious hospital in Canada, advised that children, by and large almost completely unaffected by the virus, should not wear masks and added that physical interaction and play was essential for their well-being. Despite these recommendations (largely ignored by media), the government and school boards made masks and social distancing mandatory for children. The hospital further reported that when 1500 asymptomatic children were tested, none tested positive. [Twitter thread] Meanwhile, "Canada alone has ordered more than 153 million N95 respirators, almost 400 million surgical masks and 18 million non-medical face masks. That doesn't include demand from the private sector." As a new emerging market, trees (biological communities invisible to the humancentric eye) cannot only be sacrificed on the altar of "green energy", we can also pulverize them into face "ecofriendly" masks. [Source]

"We have suggested that masks not be required when children return to school."

— *Michelle Science MD, MSc, FRCPC, Division of Infectious Diseases, The Hospital for Sick Children, Assistant Professor, Department of Paediatrics, University of Toronto*

"Close interaction such as playing and socializing is really central to child development and should not be discouraged…Overall we think it's not realistic or in children's best

interests to completely avoid all close interaction and play."

– Dr Daphne Korczak , Pediatrics, Psychiatry

"For children and adolescents, masks are an absolute no-no. Children and adolescents have an extremely active and adaptive immune system and they need a constant interaction with the microbiome of the Earth. Their brain is also incredibly active, as it is has so much to learn. The child's brain, or the youth's brain, is thirsting for oxygen. The more metabolically active the organ is, the more oxygen it requires. In children and adolescents every organ is metabolically active."

— *Dr. Margarite Griesz-Brisson MD, PhD , Consultant Neurologist and Neurophysiologist* [*Full transcript*]

**Cloth Masks**

To mitigate against this latest environmental and health nightmare, people have been encouraged to wear reusable fabric face coverings comprised of three layers of fabric.

On September 25, 2020, a University of California – Davis study found that the fabric of home-made cloth face coverings release a large amount of fibers into the air. The study underscored the importance of washing them. What is not discussed are the same fibres being inhaled and ingested.

Those in the West, and those who own or have access to a clothes dryer, will know what dryer lint is. Friction causes the fabric fibres to become loose and dislodge during the washing and drying process – resulting in sometimes little, and more often lots – of lint that must be removed after each cycle.

Consider this excerpt from the article, *How damaging is breathing in microplastics?:*

"Microplastics washed off from synthetic clothes contribute up to 35% of the plastic particles polluting our oceans. Every time we do our laundry, an average of **9 million microfibers** end up in the wastewater treatment plants that cannot filter them, and because of that, these fibers end up in the ocean. Also, **just by wearing synthetic clothes, plastic fibers are constantly being released in the air**."

Up until now, all research was focused on microfiber pollution through laundry washing. However, **a recent study** shows how wearing polyester clothes pollutes the environment to a similar extent—**wearing polyester clothes releases as many microplastic fibers in the air as through washing**. [Emphasis added] [Source]

If microfibers are shedding off clothing, they are shedding off masks. Even cotton ones. In fact, cotton textiles (clothing, towels, etc.) often produce far more lint than other fabrics. Add to this the inhalation of chemical laundry detergent and chemical fabric "softener" (liquid and sheet form) that many people continue to use in the process of washing and

drying the masks.

"Cloth masks appear to do little to slow viral transmission of viruses, allowing 97% viral penetration, and may increase transmission according to a study by MacIntyre et al (2015) in the health care setting. [3] This finding may or may not extrapolate to the community setting, but this author could find no prospective study that showed efficacy." [Source]

**More Chemicals**

In addition to yet another environmental crisis unleashed by masks, 99 per cent of alcohol gels/sanitizers contain microplastics (polymers, nanosilver/nanoparticles which are in effect pesticides), or similar chemicals. The moment they leave the bottle they end up in our environment; our waterways, seas and oceans – and our bodies. May 19, 2020:

"The London Health Sciences Centre was forced to pull its latest batch of hand sanitizer after the manufacturer moved to a type that uses technical-grade ethanol which, while approved by Health Canada, can cause cancer and be harmful to children and pregnant or lactating women."

Rather than providing children with real nutrition, such as bushels of fresh apples (from struggling farmers), complemented with vitamin C, governments and school boards continue to award corporations millions of dollars to keep these chemicals flowing. ["P&G to produce 45,000 litres of hand sanitizer weekly", March 23, 2020, World Economic Forum website]

Here, the real question must be asked: have we become certifiably, collectively insane?

**Grandstanding – The phase out of single-use plastics**

This brings us to government promises to reduce single-use plastic. Needless to say, with bricks & mortar restaurants being forced to close their doors, mandatory plexi-glass installations, the uptake in take-out food and drive-thrus (disposable packaging), etc. – in addition to mandatory mask legislations sweeping across whole countries, a plastics industry renaissance is fully underway. [Thread] While Governments provide false assurances, celebrating bans on single-use plastics, the single-use so-called "biodegradable" packaging industry accelerates.

As the Global South faces starvation, the Global North will grind the trees not used for biofuel, facemasks and toilet paper, into single use packaging for take-out food. Single-use disposable products – under the guise of green – will no doubt launch yet another billion dollar certification industry to accompany it – all while trees are our best defense against climate change. All eyes on the *Trillion Tree Campaign launched by **Salesforce and World Economic Forum – while the planet's existing trees continue to be cut down at lightning speed for corporate profits. This is storytelling that serves to insulate and expand

the capitalist economic system destroying the natural world. [*Directed by Nicole Schwab, daughter of World Economic Forum founder Klaus Schwab][**Founded by Marc Benioff, member of the World Economic Forum Board of Trustees, inaugural Chair of World Economic Forum's Center for the Fourth Industrial Revolution in the United States.]

The United Nations Conference on Trade and Development (UNCTD) has projected that annual mask sales will increase 200 fold to $166 billion in 2020, while demand for Global PET (polyethylene terephthalate) packaging is expected to reach $44.1 billion in 2020. [Source]

"Scientists calculated that 275 million tonnes of plastic waste were produced by 192 countries during  2010, that's the same as 250,000 Eiffel towers. Shockingly, 4.8 to 12.7 million tonnes of that is thought to have ended up in the ocean." [Source]

"A new analysis finds that without immediate and sustained action, the annual flow of plastic into the ocean could nearly triple by 2040." Undoubtedly true, this analysis (July 23, 2020) was prepared by the Pew Charitable Trusts and SYSTEMIQ. The stated expertise of  of SYSTEMIQ **is** to unleash "viable growth" and "transform markets". It plays a leading role in "Harnessing the Fourth Industrial Revolution for the Circular Economy". The New Plastics Economy initiative unveiled in January 2019 at Davos. The Coca-Cola Company, Danone, MARS, Novamont, L'Oréal, PepsiCo, Unilever, Amcor, and Veolia are the initiative's Core Partners. Other partners include Evian, Google, H&M, Intesa Sanpaolo, and Nike. Plastics Economy "Knowledge Partners" include Arup, IDEO, McKinsey, and SYSTEMIQ. "Thought Partners" include Pew Charitable Trusts. [Further reading]

Recycling superfluous plastics that harms all life is not the answer. The answer is to stop producing it.

"The reason this discussion is happening is not because of the numbers of people who are dying – but because who is dying. Because it is something that can also possibly affect white people…"

— *Omali Yeshitela,  Chairman of the African People's Socialist Party USA and the African Socialist International*

**The 180-degree Turn on Mandatory Mask Requirements**

Near the beginning of the pandemic hysteria, on March 1, 2020, the U.S. surgeon general chastised citizens for buying face masks, stating they were not effective. [Source] Similar positions were widely shared across the global board. ["The evidence for wearing masks is 'not very strong in either direction" — England's Deputy Chief Medical Officer]



Wear a facemask if you are sick
- **If you are sick:** You should wear a facemask when you are around other people (e.g., sharing a room or vehicle) and before you enter a healthcare provider's office. If you



are not able to wear a facemask (for example, because it causes trouble breathing), then you should do your best to cover your coughs and sneezes, and people who are caring for you should wear a facemask if they enter your room. Learn what to do if you are sick.

- **If you are NOT sick:** You do not need to wear a facemask unless you are caring for someone who is sick (and they are not able to wear a facemask). Facemasks may be in short supply and they should be saved for caregivers.

CDC Website, US, (Prior to April 4, 2020)

On March 2, 2020, U.S. Centers for Disease Control and Prevention assured the public that healthy people should not wear masks. [Source] CDC Director, Robert Redfield, was quoted as saying: "And it really does displease me to find people going out, there is no role for these masks in the community." US Surgeon General Dr. Jerome Adams warned that "face masks might actually increase your risk of infection if not worn properly", while Dr. William Schaffner, a professor of preventive medicine at the Vanderbilt University School of Medicine, described the hysteria as a psychological contagion. "The coronavirus is coming, and we feel rather helpless. By getting masks and wearing them, we move the locus of control somewhat to ourselves."

This changed on April 4, 2020 under the pretense that those showing no symptoms could unintentionally spread the virus to others. CDC would change its website: "Cover your mouth and nose with a cloth face cover when around others… Do NOT use a facemask meant for a healthcare worker". Stipulations that remain on the website today. [Source]



**Cover your mouth and nose with a cloth face cover when around others**
- You could spread COVID-19 to others even if you do not feel sick.
- Everyone should wear a cloth face cover when they have to go out in public, for example to the grocery store or to pick up other necessities.
    - Cloth face coverings should not be placed on young children under age 2, anyone who has trouble breathing, or is unconscious, incapacitated or otherwise unable to remove the mask without assistance.
- The cloth face cover is meant to protect other people in case you are infected.
- Do NOT use a facemask meant for a healthcare worker.
- Continue to keep about 6 feet between yourself and others. The cloth face cover is not a substitute for social distancing.

CDC Website, US, modified April 4, 2020

While in mainstream media face masks are made fashionable and politically correct, censored from mainstream media, across the world, are thousands of nurses and doctors with absolutely contrary views on the wearing of masks, the science itself, and the level of risk that the virus presents to society. Indeed, it is difficult to contest that the "cure" is far worse than the disease. Ignored ("look away") are all other deaths related to limited or

Plaintiff's Exhibit 308

thefederalist.com

# Many Studies Find That Cloth Masks Do Not Stop Viruses Like COVID

*Lisa Mair*

7-8 minutes

State governments are enthusiastically mandating that everyone, even those who aren't sick, wear masks when in public. While that might seem like a logical and even patriotic thing to do, what does the science actually say about mask efficacy and safety?

## Top Doctors Initially Acknowledged Masks Don't Work

In the early days of the COVID-19 outbreak, Dr. Anthony Fauci told us masks probably weren't going to help protect us from the Wuhan virus. Joe Biden's COVID-19 adviser Dr. Michael Osterholm similarly agreed that wearing masks is "largely" nonsense and that "trying to stop the flu [another respiratory virus] is like trying to stop the wind."

These expert opinions were based on a meta-analysis of multiple studies about masks on the Centers for Disease Control and Prevention's (CDC's) website. It concluded, "We did not find evidence that surgical-type face masks are effective in reducing laboratory-confirmed influenza transmission, either when worn by infected persons (source control) or by persons in the general community to reduce their susceptibility."

Fauci and Osterholm were also likely aware of numerous studies concluding that masks during surgery don't prevent wound infections from particles doctors emitted from their mouths and noses. One study found that tracer particles placed on the *inside* of a surgeon's mask ended up in the surgical wound.

Another study in Clinical Orthopedics blamed redirected airflow, saying, "The wearing of a surgical face mask had no effect upon the overall operating room environmental contamination and probably work only to redirect the projectile effect of talking and breathing." Most recently, a September 2020 meta-review concluded, "Surgical mask wearing among individuals in non-healthcare settings is not significantly associated with reduction in acute respiratory illness incidence in this meta-review."

## Much Recent Pro-Mask Research Is Deeply Flawed

The only statistically significant data on preventing viral spread is for N95 masks worn indoors when one can't socially distance, which is not the type of mask required nor typically worn by the general public.

In favor of a few new, poorly designed studies, government leaders are ignoring the previous solid research that clearly demonstrates the typical cloth masks don't work. The researchers in these new inferior studies somehow conclude that masks help, but you have to read the fine print: They have an unrealistic experimental design, confounding variables, and a "low certainty" of evidence.

Speaking of fine print, while the World Health Organization (WHO) recommends masks to the public, it acknowledges elsewhere, "At the present time, the widespread use of masks by healthy people in the community setting is not yet supported by high quality or direct scientific evidence."

One analysis published in the well-known medical journal The Lancet concluded masks help, but the study subjects wore masks along with *all* other protective health measures, meaning the contribution of masks to the study result can't be conclusive. To its credit, it rated its evidence on masks as "low certainty," yet this study is held up as "proof" that masks work.

Other studies, such as one from Nature, had participants blow into a tube or a box while wearing and not wearing various masks. If fewer particles were emitted from the front of the mask, researchers deemed that mask to be effective. That would be great, except measuring only the forward projection of particles completely misses the aerosols that escape from the edges of the mask. A person's fogged glasses are a clear demonstration that masks do little to contain aerosols. Masks simply "redirect airflow," as the Clinical Orthopedics study stated.

Another "definitive" study put rats in adjacent cages separated by a small hole completely covered by a new, dry mask. This experiment does not come close to approximating the effectiveness of the moist, bacteria-laden masks people wear in public, which leak aerosols out of the edges. Comparing masks covering rat air holes to those covering human faces is comparing apples and oranges.

All of these studies also used fresh masks only for a few minutes. The authors acknowledge that when masks get moistened by breath, they might allow for *increased* emission of viral particles. Indeed, it has been well demonstrated that masks accumulate microorganisms.

Finally, in one case study, a pair of COVID-19-infected hairdressers worked with masks, and their clients didn't become ill. While this case is also widely viewed as proof masks work, important details were ignored.

First, many of the hairdressers' clients declined to get tested, so we don't know if they contracted COVID after contact with the hairdressers. Second, the clients who were in contact with the stylists when their viral load would have been highest were not included in this case study. Third, the hairdressers obviously had mild cases, otherwise they wouldn't have been able to nor allowed to work.

When did the science bar get so low, especially for something forced on the entire population?

## Are Masks Actually Causing Harm?

"Maskne," face rashes, "mask mouth," and sore throats point to bacteria building up in masks due to the humid, stagnant air and changes in the oral microbiome, which can cause systemic inflammation and downstream disease. A 2015 study found that health-care workers who wore cotton face masks suffered from significantly more respiratory illness than those who wore surgical masks.

Previous research conducted by Fauci himself found that the main cause of death in the 1918 Spanish flu pandemic was from bacterial pneumonia. Inhaling higher bacterial counts with every breath sounds like an especially bad idea.

The WHO specifically recommends against wearing a mask while exercising because "masks may reduce the ability to breathe comfortably. Sweat can make the mask become wet more quickly which makes it difficult to breathe and promotes the growth of microorganisms."

Abundant research demonstrates masks cannot help prevent the spread of coronavirus, while much recent research claiming to support masks is weak and poorly designed. Frequent mask use by the general population increases bacteria and dust in our mouth and airways. A government mandating that everyone wear a mask based on such low-quality evidence is reckless and potentially harmful.

For now, let's stick with the measures that do help: social distancing, hand hygiene, and avoiding chronic disease. Only don a fresh, clean N95 mask for short periods of time when you're unavoidably close to others indoors.

Lisa Mair has a Master's of Science in Food Science and Nutrition and has been an advocate for natural health for decades. She works in private practice.

Copyright © 2021 The Federalist, a wholly independent division of FDRLST Media, All Rights Reserved.

Plaintiffs' Exhibit 309

mind.org.uk

# Coronavirus - mask anxiety, face coverings and mental health

13-16 minutes

---

Explains why masks or face coverings can cause difficult feelings, and gives practical tips on how to cope. Includes information on exemptions for mental health reasons.

On this page:

- What are the laws for masks in England and Wales?
- How might changes to the mask rules affect me?
- Why masks can cause difficult feelings
- Can I be exempt from wearing a mask?
- Tips for coping with masks and face coverings
- Being supportive to others

## How might changes to the mask rules affect me?

Changes to the rules for masks are going to mean different things for different people. For example, we know that:

- not everyone can wear a mask
- not everyone is fully vaccinated
- not everyone can have the vaccine. This includes some people who could become very unwell if they catch coronavirus.

When mask rules were first introduced last year, it took a while to get used to them. Even now that some of the rules have been relaxed, **wearing a mask is still likely to be the social norm**.

You might find that changes to the rules leave you feeling:

- **Pleased or relieved**, especially if you find wearing masks difficult. Or if you find other people wearing face masks distressing.

- **Anxious, uncomfortable or distressed**, especially if you are not vaccinated or you disagree with the changes. It might be harder to feel safe when you are out and about.

- **Social pressure** to continue wearing a mask. You might feel pressure to show you are 'doing the right thing'. We have some tips on what to do if you are challenged about not wearing a mask.

- **Unsure or conflicted**. You might feel a mixture of all these things. Or find that your feelings change from day to day.

- **Stressed or worried** about being in places where people aren't wearing masks.

  There is no typical way to feel about changes to the rules for masks. And it can feel hard to know what to do when the rules don't feel clear.

  **Minding your 'mask manners'**

  For many of us, the rules for wearing masks have been relaxed. But it is still important to do what we can to help stop the spread of coronavirus.

  For example, in Mind's English charity shops, we are asking customers to **consider wearing a mask if you comfortably can.** This is especially for when the shops are busy. But we are also asking our staff, volunteers and customers to **be kind and considerate, and not to judge others**.

  These are some questions you could ask to 'mind your mask manners' while you are out in public, and help others feel more comfortable:

- "Would you like me to wear a mask?"

- "Would you prefer it if I took my mask off?"

- "Is it ok if I take my mask off?"

- "Shall we spread out a bit? I could sit or stand over here."

- "Shall we open this window?"

- "Is it ok if I leave the door open?"

- "Would you like some of my hand sanitiser?"

  **It's also OK to state your own needs** and ask for the support of people around you so that you feel more comfortable. But if you are unsure whether others will observe social distancing, these requests might feel awkward. Here are some suggestions on ways to speak up about what you need:

- 'I find it difficult to be around people who aren't wearing masks. Is it OK if you step back, put on a mask or come outside with me?'

- 'When we meet, I'll be wearing my mask – could you do the same? It would help me to relax and focus on enjoying spending time with you.'

- 'I'm not yet ready to start socialising indoors just now. Can we find a more socially distanced alternative?'

### Why masks can cause difficult feelings

Many of us have been wearing masks to help stop the spread of coronavirus during the pandemic. But **masks are not easy for everyone**. Some of us may find covering our face very hard, or even impossible to cope with.

Others may find it hard to interact with people who are wearing masks, or not wearing them. And for those of us with mental health problems, masks may feel especially difficult.

**Some challenges of wearing masks**

- You might feel **anxious or panicky**, as covering your mouth and nose might affect the air you breathe. This can cause symptoms like feeling **dizzy or sick**, which you may then associate with your mask.

- You might feel **trapped or claustrophobic.**

- Covering your face changes the way you look, which may cause **negative feelings around your identity or body image.**

- Certain materials touching your skin might feel very hard to cope with, which may create **sensory overload**.

- If you wear glasses, they might steam up so **you can't see clearly.** This might add to feeling **overwhelmed**.

- Seeing people with covered faces might make you feel **uneasy or scared of others**. They might seem threatening, sinister, or dehumanised.

- Masks are a **visual reminder of the virus**, so seeing masks might make you feel **on edge or unable to relax**. It might seem like danger is everywhere.

- Wearing or seeing people wear masks might **trigger a memory of a traumatic event.** If this is the case for you, there is further guidance on the Victim Support website.

"I get very anxious about all the people who wear masks, they make me feel like I am full of dirt and germs."

**Some challenges of not wearing masks**

- You might feel very **anxious or upset around people who aren't wearing masks in**

**public**. This might make you want to avoid some places or situations, even those you would usually enjoy.

- Even if you are exempt from wearing a mask, you might still feel **anxious about being judged, shamed or stigmatised in public**. You might feel upset if people assume you are avoiding wearing a mask for the 'wrong' reasons.This may feel especially hard if the reason you can't wear a mask is also linked to your mental health.

- You may also feel **worried about being turned away from places where a mask is required**.

- Or you may worry about **the possibility of being asked to pay a fine**, in situations where masks are still required by law.

## Can I be exempt from wearing a mask?

Some people may be 'exempt' from wearing a mask, or have a 'mask exemption'. This means they have a reasonable excuse not to wear a mask, such as experiencing certain mental health problems.

These exemptions were previously recognised in law across both England and Wales. But the legal situation for mask exemptions is now different between England and Wales:

### Mask exemptions in Wales

It is still a legal requirement to wear masks in certain situations in Wales. This means you can still have a legal exemption from wearing a mask.

The Welsh Government website has information on who does not have to wear face coverings in Wales.

### Mask exemptions in England

The laws for mask wearing have been relaxed in England. This also means you no longer need to have a legal exemption from wearing a mask.

But some businesses and public services are likely to continue to ask you to wear masks. And they should understand that some people cannot wear one and should still be exempt.

### How do I prove I am exempt from wearing a mask?

**You do not need to prove that you are exempt from wearing a mask**. There is no legal document or proof that you need to carry on you.

If you are challenged about not wearing a mask, you could:

- **Tell the person why, if you feel able to.** Try saying "I am exempt for health reasons", or "I have a good reason that you can't see. Please be kind".

- **Write down your reason and show it to people**. This could be written on a piece of paper, or displayed digitally on your phone.

- **Consider printing or downloading an exemption card**. These are not required at all, but might make you feel more at ease when explaining to others.

Unfortunately, you might find that not everyone understands, or is supportive. This can be hard to cope with, but you're not alone. Consider trying some self-care tips and ideas to help look after yourself.

## Tips for coping with masks and face coverings

You may never feel totally comfortable with masks. But there are lots of ideas you could try to help make your experience easier.

### Anxiety, panic and breathing issues

If wearing a mask makes you feel panicky or like it's harder to breathe, you could:

- **Get some fresh air.** You can try breathing in air outside before and after you need to wear your mask.

- **Do something to relax before and after wearing your mask.** For example, you could do a short breathing exercise. We have some relaxation exercises you could try.

- **Choose a face covering that fits differently.** Try one that hangs down your neck, rather than fitting around your jaw. This type of covering is called a 'neck gaiter'. It might feel breezier.

- **Keep your body as cool as possible.** For example, by wearing loose-fitting clothes or sitting by an open window on the bus.

- **Add a comforting scent to your mask.** It might help to use a familiar fragrance, like your own perfume or aftershave. Or you could try a smell that reminds you of someone else. A few drops of lavender oil can also be soothing.

- **Reduce the time you spend having to wear your mask.** For example, try planning your shopping in advance before going out. This can help you cut down the time you spend browsing in shops.

"It's so hard to wear a mask and carry on all day when underneath I feel sheer panic."

### Physical discomfort

If wearing a particular material creates sensory overload, you could:

- **Experiment with various fabrics.** Try making your face covering from an old t-shirt that you don't mind the feel of. You can search for mask-making tutorials online. The UK Government also has instructions on [how to make your own mask](#).

- **Try securing your mask in a different way.** Some fit round the ears, some tie behind your head. You could try attaching buttons to a hat or hair band, so the mask doesn't irritate your skin.

- **Choose another type of face covering.** Try using one that doesn't touch your face in the same way, like a neck gaiter.

"I feel very claustrophobic and the masks make my face sore."

If wearing a mask steams up your glasses and makes it hard to see, you could:

- **Wash your glasses with soapy water.** You can polish them with a tissue after. A thin layer of soapy film may make it harder for the lenses to steam up.

- **Sit your glasses on top of the fabric.** Do this by raising the top of your mask up onto your nose. Then place your glasses on top of the material.

- **Line your mask with a tissue.** The tissue helps to absorb some of the moisture from your breath.

**Body and identity issues**

If covering part of your face makes you feel uncomfortable in your body image or identity, you could:

- **Think of your mask as a fashion accessory.** A mask or face covering with a design or pattern might better express who you are. You could use a scarf or bandana. Or try to find a selection of colours that you can match your outfits with.

- **Choose a transparent mask or see-through face covering.** This way, the fabric doesn't hide your face in the same way.

**Anxiety around other people wearing masks**

If seeing other people in masks makes you feel uneasy or afraid, you could:

- **Shift your focus away from someone's face.** While talking to someone, try switching the angle of your body. It might feel better if you're not directly opposite them. You can be side-by-side and both look ahead in the same direction.

- **Try to pay extra attention to non-human surroundings.** This might be trees, traffic, shop windows, or the sounds and smells you notice. It may not be possible to avoid

looking at people entirely. But by balancing it with other things that feel more familiar, you might feel calmer.

- **Distract yourself while you're out.** For example, listen to music or podcasts through headphones or call someone you enjoy chatting to. Or try something simpler like focusing on breathing, or picturing yourself elsewhere. See our page on tips for relaxation for more ideas.

- **Let the person wearing a mask know how you feel.** Someone you have to see often (like a friend or housemate) might wear a mask that you find scary. If so, you could try gently telling them how it makes you feel. They might be able to change it or cover it up in your presence, to help you.

### Being supportive to others

There are many ways we can be supportive to people who might be struggling with masks.

- **Don't judge people who aren't wearing masks.** Don't assume that by not wearing a mask, someone is 'just being selfish' or 'breaking the rules'. Many people are exempt from wearing masks, but their reasons might not be obvious.

- **Offer to put on a mask** in situations where it is unclear if it is required, or if some people are wearing masks but others aren't. Others might be wearing masks because they feel uncomfortable and prefer to be socially distant. If you notice this, it is kind to offer to put yours on too, or ask if you can do anything else to help them feel comfortable.

- **Acknowledge people in a friendly way.** You could say a friendly "hello" or "good morning" as you pass them, or wave your hand. Some people who can't wear masks might feel like others are avoiding or ignoring them.

- **Communicate with people in other ways.** Try using your voice, eyes, hand gestures and body language. This could help compensate for what you're unable to show through smiles or other facial expressions.

- **Ask people what would help.** If you see someone regularly who is uncomfortable with people wearing masks, ask how you can help. For example, you can maybe get a transparent mask to wear with them.

- **If someone tells you they're exempt, accept their word for it.** It might be difficult for some people to go into detail about their reasons. If you work in a place where masks are compulsory, make sure you understand the exemption rules of your workplace. See our page about going into work during coronavirus for more information.

The PIF TICK

Plaintiffs' Exhibit 310

aapsonline.org

# Mask Facts - AAPS | Association of American Physicians and Surgeons

43-54 minutes

curated by Marilyn M. Singleton, M.D., J.D. – http://marilynsingletonmdjd.com/

*Updated September 26, 2020*

**Introduction**

COVID-19 is as politically-charged as it is infectious. Early in the COVID-19 pandemic, the WHO, the CDC and NIH's Dr. Anthony Fauci discouraged wearing masks as not useful for non-health care workers. Now they recommend wearing cloth face coverings in public settings where other social distancing measures are hard to do (e.g., grocery stores and pharmacies). The recommendation was published without a single scientific paper or other information provided to support that cloth masks actually provide any respiratory protection. Let's look at the data.

The theory behind mask wearing:

- Source control: Cloth mask can trap droplets that come out of a person's mouth when they cough or sneeze.

- Protection: Personal Protective Equipment (PPE) – only N95 masks

**Transmission of SARS-CoV-2**

Note: A COVID-19 (SARS-CoV-2) particle is 0.125 micrometers/microns (μm); influenza virus size is 0.08 – 0.12 μm; a human hair is about 150 μm.

*1 nm = 0.001 micron; 1000 nm = 1 micron; Micrometer (μm) is the preferred name for micron*

*1 meter is = 1,000,000,000 [trillion] nm or 1,000,000 [million] microns*

*For a complete dissection and explanation of aerosols and airborne particles, please see *Understanding Particle Size and Aerosol-based Transmission* by Steve Probst. https://www.4cconference.com/wp-content/uploads/2020/07/Understanding-Particle-Size-and-Aerosol-Based-Transmission.pdf

Droplets

- Virus is transmitted through respiratory droplets produced when an infected person coughs, sneezes, or talks.
- Larger respiratory droplets (>5 μm) remain in the air for only a short time and travel only short distances, generally <1 meter. They fall to the ground quickly.*https://www.thelancet.com/journals/lanres/article/PIIS2213-2600(20)30245-9/fulltext*
- This idea guides the CDC's advice to maintain at least a 6-foot distance.
- <mark>Small (<5 μm) aerosolized droplets can remain in the air for at least 3 hours and travel long distances (up to 27 ft.).</mark>
- *https://www.nejm.org/doi/pdf/10.1056/NEJMc2004973?articleTools=true*;
- https://www.cidrap.umn.edu/covid-19/podcasts-webinars/special-ep-masks;
- https://www.nap.edu/catalog/25769/rapid-expert-consultation-on-the-possibility-of-bioaerosol-spread-of-sars-cov-2-for-the-covid-19-pandemic-april-1-2020

Air currents

- In an air conditioned environment these large droplets may travel farther.
- Ventilation.  Even the opening of an entrance door and a small window can dilute the number of small droplets to one half after 30 seconds. *(This study looked at droplets from uninfected persons).* This is clinically relevant because poorly ventilated and populated spaces, like public transport and nursing homes, have high SARS-CoV-2 disease transmission despite physical distancing.
- *https://www.thelancet.com/journals/lanres/article/PIIS2213-2600(20)30245-9/fulltext*

Humidity

- Since 1961, experiments showed that viral-pathogen-carrying droplets were inactivated within shorter and shorter times as ambient humidity was increased. Dryness drives the small aerosol particles. See e.g., review of studies, *https://aaqr.org/articles/aaqr-20-06-covid-0302*

Conclusions

<mark>The preponderance of scientific evidence supports that aerosols play a critical role in the transmission of SARS-CoV-2.</mark>  Years of dose response studies indicate that if anything gets through, you will become infected.

- <mark>Thus, any respiratory protection respirator or mask must provide a high level of filtration and fit to be highly effective in preventing the transmission of SARS-CoV-2.</mark>  (Works for Mycobacterium tuberculosis (3μm)
- Public health authorities define a significant exposure to COVID-19 as face-to-face contact

within 6 feet with a patient with symptomatic COVID-19 that is sustained for at least a few minutes (and some say more than 10 minutes or even 30 minutes).

- The chance of catching COVID-19 from a passing interaction in a public space is therefore minimal.

---

**MASKS**

**Filter Efficiency and Fit**

*Data from a University of Illinois at Chicago review* *https://www.cidrap.umn.edu/news-perspective/2020/04/commentary-masks-all-covid-19-not-based-sound-data*

- HEPA (high efficiency particulate air) filters are 99.97 to 100% efficient. HEPA filters are tested with particles that are 0.125 µm (the size of SARS-CoV-2).

- Masks and respirators work by collecting particles through several physical mechanisms, including diffusion (small particles) and interception and impaction (large particles).

- Surgical masks are loose-fitting devices that were designed to be worn by medical personnel to protect accidental contamination of patient wounds, and to protect the wearer against splashes or sprays of bodily fluids. They aren't effective at blocking particles smaller than 100 µm. *https://multimedia.3m.com/mws/media/957730O/respirators-and-surgical-masks-contrast-technical-bulletin.pdf*

- OSHA/CDC:  A surgical mask is not a respirator. It cannot be used to protect workers who perform or assist with aerosol-generating procedures, which may create very fine aerosol sprays. **A surgical mask can only be used to protect workers from contact with the large droplets made by patients when they cough, sneeze, talk or breathe**. *https://www.osha.gov/dts/guidance/flu/healthcare.html*

---

**Laboratory Studies**

- N95 filtering facepiece respirators (FFRs) are constructed from electret (a dielectric material that has a quasi-permanent electric charge.) *An electret generates internal and external electric fields so the filter material has electrostatic attraction for additional collection of all particle sizes. As flow increases, particles will be collected less efficiently.*

- A *properly fitted* N95 will block 95% of tiny air particles down to 0.3 µm from reaching the wearer's face.

- *https://www.honeywell.com/en-us/newsroom/news/2020/03/n95-masks-explained*.

- Problem: no source control. An N95 does not filter exhaled air passing through the exhaust/exhalation valve (for easier breathing and less moisture inside the mask).

- Study measuring filter efficiency (2010)

- *https://academic.oup.com/annweh/article/54/7/789/202744; https://www.cidrap.umn.edu*

*/news-perspective/2020/04/commentary-masks-all-covid-19-not-based-sound-data*;
*https://academic.oup.com/annweh/article/54/7/789/202744*

- Filter efficiency was measured across a wide range of small particle sizes (0.02 to 1 μm) at 33 and 99 L/min.

- All the cloth masks and materials had near zero efficiency at 0.3 μm, a particle size that easily penetrates into the lung (SARS-CoV-2 is 0.125 μm)

- Efficiency for the entire range of particles

- T-shirts — 10%

- Scarves — 10% to 20%

- Cloth masks — 10% to 30%

- Sweatshirts — 20% to 40%

- Towels — 40%

- Study measuring filter efficiency (2014, Korea)

- *https://aaqr.org/articles/aaqr-13-06-oa-0201*

- Evaluated 44 masks, respirators, and other materials with similar methods and small aerosols (0.08 and 0.22 μm)

- N95 FFR filter — >95% efficiency

- Medical masks — 55% efficiency

- General (cloth) masks — 38% efficiency

- Handkerchiefs — 2% (one layer) to 13% (four layers) efficiency.

- **Conclusion**: Wearing masks (other than N95) will not be effective at preventing SARS-CoV-2 transmission, whether worn as source control or as PPE.

- N95s protect health care workers, but are not recommended for source control transmission.

- Surgical masks are better than cloth but not very efficient at preventing emissions from infected patients. Cloth masks must be 3 layers, plus adding static electricity by rubbing with rubber glove.

- The cloth that serves as the filtration for the mask is meant to trap particles being breathed in and out. But it also serves as a barrier to air movement because it forces the air to take the path of least resistance, resulting in the aerosols going in and out at the sides of the mask.

- An August 2020 UCSF study suggested that the mask would decrease the absolute volume of the inoculum. (The concentrations of bacteria upstream and downstream of the test

devices were measured with an aerodynamic size spectrometer) *https://ucsf.app.box.com /s/blvolkp5z0mydzd82rjks4wyleagt036*

---

**Human Studies**

- Study of correct use of masks (2020, Singapore).
- *https://www.medpagetoday.com/infectiousdisease/publichealth/86601*
- Overall, data were collected from 714 men and women. Of all ages, only 90 participants (12.6%) passed the visual mask fit test. About 75% performed strap placement incorrectly, 61% left a "visible gap between the mask and skin," and about 60% didn't tighten the nose-clip.
- Study of surgical face mask use in health care workers (2009, Japan).
- *https://pubmed.ncbi.nlm.nih.gov/19216002/*
- Masks did not provide benefit in terms of cold symptoms or getting cold.
- Randomized clinical trial of standard medical/surgical masks in health care workers (2010, Australia).
- *https://onlinelibrary.wiley.com/doi/epdf/10.1111 /j.1750-2659.2011.00198.x?fbclid=IwAR3kRYVYDKb0aR-su9_me9_vY6a8KVR4HZ17J2A_80f_fXUABRQdhQlc8Wo.*
- Study was spurred by the H1N1 flu. While N95 masks offered protection against respiratory illness, medical mask wearers and control group numbers were similar.
- Review of influenza virus and face masks in health care workers (HCWs) (2010, Hong Kong).
- *https://www.cambridge.org/core/journals/epidemiology-and-infection/article/face-masks-to-prevent-transmission-of-influenza-virus-a-systematic-review /64D368496EBDE0AFCC6639CCC9D8BC05*
- 6 studies of face mask use, both surgical masks and N-95 respirators in HCWs and community settings. The effectiveness of face masks is probably impacted by compliance issues in both the healthcare and community setting. Various studies show a lower level of compliance with face masks or find lower reported acceptability of face masks compared to hand hygiene behaviors and other non-pharmaceutical interventions.
- Review of masks against influenza (2012, Europe).
- *https://onlinelibrary.wiley.com/doi/epdf/10.1111/j.1750-2659.2011.00307.x*
- 17 eligible studies. One study had improvement with mask plus hand sanitizer. None of the studies established a conclusive relationship between mask ⁄ respirator use and protection against influenza infection.

- *The first randomized controlled trial of cloth masks in health care workers (2015, Australia).
- *https://bmjopen.bmj.com/content/5/4/e006577; https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4420971/pdf/bmjopen-2014-006577.pdf
- Penetration of:
- Cloth masks by particles — 97%
- Medical masks — 44%,
- 3M Vflex 9105 N95 — 0.1%
- 3M 9320 N95 —  <0.01%
- Cloth masks resulted in significantly higher rates of infection than medical masks, and also performed worse than the control arm some of whom may have worn masks.
- The virus may survive on the surface of the face masks
- Self-contamination through repeated use and improper doffing is possible. A contaminated cloth mask may transfer pathogen from the mask to the bare hands of the wearer.
- Moisture retention, reuse of cloth masks, and poor filtration may result in increased risk of infection.
- Cloth masks should not be recommended for health care workers, particularly in high-risk situations.
- Review of N95 and surgical masks against respiratory infection (2016). https://www.cmaj.ca/content/cmaj/188/8/567.full.pdf
- From January 1990 to December 2014.  6 clinical studies:  3 randomized controlled trials (RCTs), 1 cohort study and 2 case–control studies, and 23 surrogate exposure studies.
- In the meta-analysis of the clinical studies, "no significant difference between N95 respirators and surgical masks in associated risk of (a) laboratory-confirmed respiratory infection, (b) influenza-like illness, or (c) reported work-place absenteeism."
- Review of masks and N95s against respiratory infection (2017, Singapore).
- https://doi.org/10.1093/cid/cix681
- Separate meta-analyses of 6 randomized controlled trials (RCTs) and 23 observational studies conducted during the 2003 SARS pandemic.
- Compared to medical masks, N95 respirators provided greater protection against clinical respiratory illness (CRI) and bacterial respiratory illness (BRI). These 2 outcomes were common in these trials (average risks of 8.7% and 7.3%, respectively).
- Compared to masks, N95 respirators conferred superior protection against clinical respiratory illness and laboratory-confirmed bacterial, but not viral infections or influenza life

illness (ILI).

- Self-reported assessment of clinical outcomes was prone to bias.

- <mark>Evidence of a protective effect of masks or respirators against verified respiratory infection was not statistically significant (compared to no mask)</mark>

- Randomized Controlled Trial: N95s vs medical masks in health care workers (HCWs) against influenza (2019).

- *https://jamanetwork.com/journals/jama/fullarticle/2749214*

- 2862 randomized participants, 2371 completed the study and accounted for 5180 HCW-seasons.

- Among outpatient health care personnel, <mark>N95 respirators (8.2%) vs medical masks (7.2%) resulted in no significant difference in the incidence of laboratory-confirmed influenza. 90% said they wore the mask all the time.</mark>

- Review of N95 respirators versus surgical masks against influenza (March 2020, China).

- *https://doi.org/10.1111/jebm.12381*

- 6 randomized controlled trials (RCTs) involving 9,171 participants were included (2015-2020). <mark>There were no statistically significant differences in preventing laboratory-confirmed influenza, laboratory-confirmed respiratory viral infections, laboratory-confirmed respiratory infection and influenza-like illness using N95 respirators and surgical masks.</mark>

- Meta-analysis indicated a protective effect of N95 respirators against laboratory-confirmed bacterial colonization.

- CDC Review since 1946 of masks and influenza (May 2020)

- Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings—Personal Protective and Environmental Measures." *https://wwwnc.cdc.gov/eid/article /26/5/19-0994_article*

- Systematic review. 10 RCTs that reported estimates of the effectiveness of face masks in reducing laboratory-confirmed influenza virus infections in the community from literature published during 1946–July 27, 2018.

- <mark>There is limited evidence for face masks' effectiveness in preventing laboratory-confirmed influenza virus transmission either when worn by the infected person for source control or when worn by uninfected persons to reduce exposure.</mark>

- "Proper use of face masks is essential because improper use might increase the risk for transmission."

- A study of 4 patients (July 2020, South Korea).

- *https://www.acpjournals.org/doi/10.7326/M20-1342*

- Known patients infected with SARS-CoV-2 wore masks and coughed into a Petrie dish. <mark>"Both surgical and cotton masks seem to be ineffective in preventing the dissemination of SARS–CoV-2 from the coughs of patients with COVID-19 to the environment and external mask surface."</mark>

- Studied different types of face coverings in non-clinical setting (August 2020).

- *https://advances.sciencemag.org/content/early/2020/08/07/sciadv.abd3083*

- *They used a black box, a laser, and a camera.* A person wears a face mask and speaks into the direction of an expanded laser beam inside a dark enclosure. Droplets that propagate through the laser beam scatter light, which is recorded with a camera. A simple computer algorithm then counts the droplets seen in the video.

- The N95 led to a droplet transmission of below 0.1%.

- Cotton and polypropylene masks, some of which were made from apron material showed a droplet transmission ranging from 10% to 40%.

- Knitted mask had up to 60% droplet transmission.

- Neck fleece had 110% droplet transmission (10% higher than not wearing a mask).

- <mark>Speaking through some masks (particularly the neck fleece, bandanas) seemed to disperse the largest droplets into a multitude of smaller droplets … which explains the apparent increase in droplet count relative to no mask in that case</mark>.

- See "Positive Effects of Masks" below. A recent study suggested that the mask would decrease the absolute volume of the inoculum. (The concentrations of bacteria upstream and downstream of the test devices were measured with an aerodynamic size spectrometer) *https://ucsf.app.box.com/s/blvolkp5z0mydzd82rjks4wyleagt036*

- <u>Austrian observation</u> (August 2020)

- *https://corona-transition.org/maskenpflicht-brachte-in-osterreich-keinerlei-messbaren-nutzen* (in German)

- <mark>The introduction, retraction and re-introduction of mandatory face masks in Austria had no influence at all on the infection rate.</mark>

- <u>News report</u> (August 13, 2020)

- *https://sentinelksmo.org/more-deception-kdhe-hid-data-to-justify-mask-mandate/*

- <mark>In Kansas, the 90 counties without mask mandates had lower coronavirus infection rates than the 15 counties with mask mandates. To hide this fact, the Kansas health department tried to manipulate the official statistics and data presentation.</mark>

Study from France:

Daily New Cases



<https://swprs.org/face-masks-evidence/> (Swiss Policy Research)

Johns Hopkins, 9/21/20



<https://twitter.com/Covid19Crusher/status/1308013900546428928>

### Negative Effects of Masks

Air inside the mask is definitely stale.  In filtering particles, the mask makes it harder to breathe.

### Decreased PaO2

- A 2004 observational study of end stage renal disease patients during dialysis for 4 hours (2004, Taiwan).

- *https://pubmed.ncbi.nlm.nih.gov/15340662/;*

- *https://www.researchgate.net/publication/8371248_The_physiological_impact_of_wearing_an_N95_mask_during_hemodialysis_as_a_precau stage_renal_disease*

- 39 patients, mean age, 57 years. 70% had decreased PaO2 (from 100 to 92); 19% had hypoxemia (PaO2 <70); all patients had increased respiratory rate 16 to 18; chest discomfort (3 baseline patients to 11 patients); respiratory distress (1 baseline patient to 17 patients)

- Stanford engineers estimated that N95 masks cause a 5% to 20% reduction in O2 intake. This can cause dizziness and lightheadedness. This can be life-threatening for someone with lung disease or with respiratory distress.

- *https://engineering.stanford.edu/magazine/article/covid-19-prompts-team-engineers-rethink-humble-face-mask*

- Study of surgeons in the OR (2008, Turkey).
- *http://scielo.isciii.es/pdf/neuro/v19n2/3.pdf*

- Scientists looked at O2 levels of surgeons wearing masks while performing surgery. Found a decrease in the oxygen saturation of arterial pulsations (peripheral capillary O2 saturation/SpO2) fell from 98% to 96% and a slight increase in pulse rates compared to preoperative values in all surgeon groups.

**Increased CO2**

- This may be merely theoretical. Carbon dioxide molecules freely diffuse through the masks, allowing normal gas exchange while breathing.

- CO2 is present in the atmosphere at a level of about 0.04% (400ppm). According to the U.S. Department of Agriculture / OSHA, carbon dioxide becomes toxic at concentrations above 4 percent (40,000ppm); symptoms at 5,000-10,000 ppm. 10,000 ppm has been measured behind mask.

- Experiment (July 2020).
- *https://www.wthr.com/article/news/health/coronavirus/verify-do-face-masks-reduce-oxygen-intake-carbon-dioxide-experiment-multiple-maskss/531-c00c96cb-9273-4947-949c-0807f94454a7*

- Pulse oximeter and exhaled CO2 (via tube in mask) No change with mask. (End-tidal capnography or end-tidal CO2 (EtCO2) monitoring is a non-invasive technique that measures the partial pressure or maximal concentration of carbon dioxide (CO2) at the end of an exhaled breath. The normal values are 5-6% CO2, which is equivalent to 35-45 mmHg.)

- Health care worker study (2005, Scandinavia)
- *https://pubmed.ncbi.nlm.nih.gov/16441251/*
- 37.3% reported face-mask-associated headaches, 32.9% reported headache frequency >6 times per month. 7.6% had taken sick leave from March 2003 to June 2004 (mean 2 days; range 1-4 days) and 59.5% required use of abortive analgesics because of headache.
- Health care worker study (2009, Japan) with similar headache results as Scandinavian study (above).
- *https://pubmed.ncbi.nlm.nih.gov/19216002/*
- While there are some articles reporting OSHA tests, it is not clear they were proper tests.
- Some people have mistakenly claimed that OSHA standards (e.g., the Respiratory Protection standard, 29 CFR 1910.134; the Permit-Required Confined Space standard 29 CFR 1910.146; and the Air Contaminants standard, 29 CFR 1910.1000) apply to the issue of oxygen or carbon dioxide levels resulting from the use of medical masks or cloth face coverings in work settings with normal ambient air (e.g. healthcare settings, offices, retail settings, construction). These standards do not apply to the wearing of medical masks or cloth face coverings in work settings with normal ambient air). These standards would only apply to work settings where there are known or suspected sources of chemicals (e.g., manufacturing facilities) or workers are required to enter a potentially dangerous location (e.g., a large tank or vessel). *https://www.osha.gov/SLTC/covid-19/covid-19-faq.html*
- It is hard to tell if the headaches experienced by HCWs with N95s is CO2 or having a strap around the head.
- But when asked should we be worried about CO2, mask proponents say, "No" because you can exhale around the sides of the mask. This defeats the purpose. (2006) *https://pubmed.ncbi.nlm.nih.gov/16441251/*

**Moisture retention**

- Reuse of cloth masks, frequency and effectiveness of cleaning, and poor filtration may result in increased risk of infection.
- Observations during SARS suggested double-masking and other practices increased the risk of infection because of moisture, liquid diffusion.
- *https://bmjopen.bmj.com/content/5/4/e006577; https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4420971/pdf/bmjopen-2014-006577.pdf*
- Recent study (in German) cultured 82 bacterial colonies & 4 mold (fungoid) colonies from a child's masks after 8 hours of wear.
- *https://twitter.com/MMaccruiskeen/status/1307266527662669825?s=20*

**Self-contamination**

- Contamination through repeated use and improper doffing is possible.  The virus may survive on the surface of the mask.  The pathogen goes from mask to bare hands.

  **"Mask mouth"**

- Reported by dentists.  *https://nypost.com/2020/08/05/mask-mouth-is-a-seriously-stinky-side-effect-of-wearing-masks/*

- Wearing masks increases dryness, which leads to decrease in saliva. It is the saliva that fights bacteria. Result is decaying teeth, receding gum lines and seriously sour breath. Gum disease — or periodontal disease — will eventually lead to strokes and an increased risk of heart attacks."

  World Health Organization (WHO), June 2020

- https://apps.who.int/iris/bitstream/handle/10665/332293/WHO-2019-nCov-IPC_Masks-2020.4-eng.pdf?sequence=1&isAllowed=y

- "The likely disadvantages of the use of mask by healthy people in the general public include:

- potential increased risk of self-contamination due to the manipulation of a face mask and subsequently touching eyes with contaminated hands;

- potential self-contamination that can occur if non- medical masks are not changed when wet or soiled. This can create favourable conditions for microorganism to amplify;

- potential headache and/or breathing difficulties, depending on type of mask used;

- potential development of facial skin lesions, irritant dermatitis or worsening acne, when used frequently for long hours;

- difficulty with communicating clearly;

- potential discomfort;

- a false sense of security, leading to potentially lower adherence to other critical preventive measures such as physical distancing and hand hygiene;

- poor compliance with mask wearing, in particular by young children;

- waste management issues; improper mask disposal leading to increased litter in public places, risk of contamination to street cleaners and environment hazard;

- difficulty communicating for deaf persons who rely on lip reading;

- disadvantages for or difficulty wearing them, especially for children, developmentally challenged persons, those with mental illness, elderly persons with cognitive impairment, those with asthma or chronic respiratory or breathing problems, those who have had facial trauma or recent oral maxillofacial surgery, and those living in hot and humid environments.

The Hamburg Environmental Institute (July 2020) warned of the inhalation of chlorine compounds in polyester masks as well as problems in connection with face mask disposal. https://swprs.org/face-masks-evidence/; https://corona-transition.org/maskentragen-noch-ungesunder-als-gedacht (in German)

Psychological Damage in Children (September 11, 2020). *https://www.world-today-news.com/70-doctors-in-open-letter-to-ben-weyts-abolish-mandatory-mouth-mask-at-school-belgium/*

- 70 Belgian doctors begged for cancellation of mask mandate at school. "In recent months, the general well-being of children and young people has come under severe pressure. We see in our practices an increasing number of children and young people with complaints due to the rules of conduct that have been imposed on them.  We diagnose anxiety and sleep problems, behavioral disorders and fear of contamination. We are seeing an increase in domestic violence, isolation and deprivation. Many lack physical and emotional contact; attachment problems and addiction are obvious.  **'The mandatory mouth mask in schools is a major threat to their development. It ignores the essential needs of the growing child. The well-being of children and young people is highly dependent on the emotional connection with others.** (…) The aim of education is to create an optimal context so that a maximum development of young people is possible. The school environment must be a safe practice field. **The mouth mask obligation, on the other hand, makes the school a threatening and unsafe environment, where emotional connection becomes difficult. 'In addition, there is no large-scale evidence that wearing face masks in a non-professional environment has any positive effect on the spread of viruses, let alone on general health.'**

**Unanswered questions**

- Can virions escape an evaporating droplet stuck to a mask fiber?

- What are long-term health effects on HCW, such as headaches, arising from impeded breathing?

- Are there negative social consequences to a masked society?

- Are there negative psychological consequences to wearing a mask, as a fear-based behavioral modification?

- What are the environmental consequences of mask manufacturing and disposal?

**Positive Mask Studies**

- Some cite a September 2019 study mentioned above (*https://jamanetwork.com/journals/jama/fullarticle/2749214*) comparing N95s and surgical masks in preventing flu. BUT there was no control wearing no mask. The point of the study found that both types had similar

incidence of flu. (N95-8.2% vs 7.2%).

- The main study used is the Missouri hairdressers who were SARS-CoV-2 infected but asymptomatic and wore a mask; clients did not get infected.(July 2020)
- *https://www.livescience.com/hair-stylists-infected-covid19-face-masks.html;*
- *https://www.cdc.gov/mmwr/volumes/69/wr/mm6928e2.htm*
- But there is a Chinese report (May [August] 2020) of a COVID infected asymptomatic person who did not infect 455 persons with whom he was in contact. *https://pubmed.ncbi.nlm.nih.gov/32513410/*
- Asymptomatic people do not cough and sneeze. But one study showed they shed just as many viruses as symptomatic. (August 2020, Korea)
- *https://jamanetwork.com/journals/jamainternalmedicine/fullarticle/2769235*
- Review of mask use (March 2020, multi-country)
- *https://www.sciencedirect.com/science/article/pii/S1477893920302301?via%3Dihub*
- 21 studies; 8,686 participants. Mask use by health care workers (HCWs) and non-HCWs. HCWs had 80% reduction of viral infections. Non-HCW had 56%. Asian better than Western. Study stressed that masks were an adjunct to other measures.
- Other factors:
- Older age of the population, urbanization, obesity, and longer duration of the outbreak in a country were independently associated with higher country-wide per-capita coronavirus mortality.
- International travel restrictions were associated with lower per-capita mortality.
- Other containment measures, testing and tracing polices, and the amount of viral testing were not statistically significant predictors of country-wide coronavirus mortality, after controlling for other predictors.
- Societal norms and government policies supporting mask-wearing by the public were independently associated with lower per-capita mortality from COVID-19.
- Review of 8 pre-COVID-19 studies (June 2020, Australia).
- *https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7323223/?fbclid=IwAR2Ukyt8GCrK-qoc-bgCJhHknW5pqytBFOfe6txHWl_7eUs9p8vsrQ26KlM*
- Surgical masks reduced influenza like illnesses (ILI) by 41% and N95 by 66% (difference was not statistically significant). Save N95 for aerosols.
- No good evidence face masks protect the public against viral respiratory illnesses
- "Australia and New Zealand currently, the questionable benefits arguably do not justify

health-care staff wearing surgical masks when treating low-risk patients and may impede the normal caring relationship between patients, parents and staff."

- Review of masks, physical distancing, eye protection (June 2020, WHO).
- *https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(20)31142-9/fulltext*

- 172 observational studies across 16 countries and six continents; MERS, SARS, betacorona, SARS-CoV-2 in health care and non-healthcare settings. N95s better than surgical or 12 layer cotton. Authors did not rate the certainty of effect as high. Findings were in accord with those of a cluster randomized trial showing a potential benefit of continuous N95 respirator use over medical masks against seasonal viral infections.

- Review of face mask efficacy (July 2020, China).
- *https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7253999;*

- *https://www.sciencedirect.com/science/article/pii/S1477893920302301?via%3Dihub*

- 21 studies, 8,686 participants: 13 case-control studies, 6 cluster randomized trials, and 2 cohort studies. 12 studies of health care workers (HCWs); 8 studies of non-healthcare professional populations; 1 study of HCWs and relatives of patients. SARS, H1N1, influenza lab confirmed.

- Masks (N95 and surgical) were generally effective in preventing the spread of respiratory viruses. After wearing a mask, the risk of contracting RVIs was significantly reduced. Use of masks by HCWs and non-HCWs can reduce the risk of respiratory virus infection by 80% and 47% respectively.

- The study they reference regarding "social" masks is footnoted to a model that assumes complete compliance and universality.

- CDC review of masks and antibody presence in health care workers (HCWs) (September 2020).
- *https://www.cdc.gov/mmwr/volumes/69/wr/mm6935e2.htm?s_cid=mm6935e2_w*

- 3,248 HCWs observed. 6% had antibodies to SARS-CoV-2; 29% were asymptomatic; 69% had not had a diagnosis of SARS-Co-V-2 infection. Prevalence of antibodies was lower (6%) in HCWs who wore masks that those who did not (9%).

- *Experiment (human) measuring surgical mask efficacy in reducing virus transmission (April 2020, Hong Kong).
- *https://www.nature.com/articles/s41591-020-0843-2*

- 246 participants. Infection measured by PCR. Bioaerosol collecting device, to capture exhaled breath particles. Two size fractions: < and >5 microns. Surgical masks can efficaciously reduce the emission of influenza virus particles into the environment in respiratory droplets, but not in aerosols. Surgical face masks could be used by ill people to

reduce onward transmission.

- Summer 2020 study with laboratory coughs (Summer 2020)
- *https://www.vumedi.com/video/airborne-transmission-face-masks-how-do-different-types-of-masks-protect-against-various-ranges-of-t/*

  Forward motion distance:
- Handkerchief — 4 feet

- 3 layer cloth –- 1 foot

- 2 layers sewn cloth –- 2-3 inches

- Problems:
- But drops go around the nose and sides of mask.

- Shields only work for large droplets.

- Exhalation ports reduce humidity but defeat the purpose of using the mask.

- A U.S. study of airborne transmission (May 2020)
- *https://www.pnas.org/content/117/26/14857*

- Study claimed that masks had led to a decrease in infections in three global hotspots (including New York City). This did not take into account the natural decrease in infections and other measures. The study was so flawed that over 40 scientists recommended that the study be withdrawn.

- A U.S. study comparing states with mask mandates (June 2020).
- *https://www.healthaffairs.org/doi/full/10.1377/hlthaff.2020.00818*

- Study concluded that mandatory masks had led to a decrease in infections in 15 states. The study did not take into account that the incidence of infection was already declining in most states at that time. A comparison with other states was not made.

- A U.S. study comparing masks, lockdowns in various countries (June 2020).
- *https://www.medrxiv.org/content/10.1101/2020.05.22.20109231v3.full.pdf*

- Study concluded that countries with mandatory masks had fewer deaths than countries without mandatory masks. But the study compared African, Latin American, Asian and Eastern European countries with very different infection rates and population structures.

- *July-August 2020– UCSF – Mask can be a crude "vaccine."
- *https://link.springer.com/article/10.1007/s11606-020-06067-8*;

- *https://ucsf.app.box.com/s/blvolkp5z0mydzd82rjks4wyleagt036*;

- *https://www.nejm.org/doi/full/10.1056/NEJMp2026913*;

- *https://epibiostat.ucsf.edu/news/new-theory-asks-could-mask-be-crude-'vaccine'*;

- *https://www.vumedi.com/video/covid-19-mortality-update-does-masking-reduce-viral-inoculum-to-which-wearer-is-exposed/*

- Universal masking reduces the "inoculum" or dose of the virus for the mask-wearer, leading to more mild and asymptomatic infection manifestations similar to variolation with small pox. CDC estimates 40% asymptomatic. But masked cruise ship folks had 81% asymptomatic, 95% masked prison folks, food processing plants.  (The concentrations of bacteria upstream and downstream of the test devices were measured with an aerodynamic size spectrometer.)

- Many studies ignore the effect of other measures, the natural development of infection numbers, changes in test activity, or they compare countries with very different conditions.

**Conclusions from Organizations**

- The World Health Organization (WHO): **(April 6, 2020)**

- https://apps.who.int/iris/bitstream/handle/10665/331693/WHO-2019-nCov-IPC_Masks-2020.3-eng.pdf?sequence=1&isAllowed=y

- **"Advice to decision makers on the use of masks for healthy people in community settings:**

- The wide use of masks by healthy people in the community setting is not supported by current evidence and carries uncertainties and critical risks."

- **"Medical masks should be reserved for health care workers.** The use of medical masks in the community may create a false sense of security, with neglect of other essential measures, such as hand hygiene practices and physical distancing, and may lead to touching the face under the masks and under the eyes, result in unnecessary costs, and take masks away from those in health care who need them most, especially when masks are in short supply."

- "**Masks are effective only when used in combination with frequent hand-cleaning with alcohol-based hand rub or soap and water."** **WHO acknowledges that most people do not use masks properly.**

- But in June 8, 2020

- *https://apps.who.int/iris/bitstream/handle/10665/332293/WHO-2019-nCov-IPC_Masks-2020.4-eng.pdf?sequence=1&isAllowed=y*

- The World Health Organization has changed its stance on wearing face masks during the COVID-19 pandemic. People over 60 and people with underlying medical conditions should wear a medical-grade mask when they're in public and cannot socially distance. The general public should wear a three-layer fabric mask in those situations. Admitting that this was despite evidence with randomized controlled trials. "The use of a mask alone is

insufficient to provide an adequate level of protection or source control, and other personal and community level measures should also be adopted to suppress transmission of respiratory viruses."

- The reasons for recommending masks has little to do with effectiveness. "The likely advantages of the use of masks by healthy people in the general public include:

- reduced potential exposure risk from infected persons before they develop symptoms;

- reduced potential stigmatization of individuals wearing masks to prevent infecting others (source control) or of people caring for COVID-19 patients in non-clinical settings;

- making people feel they can play a role in contributing to stopping spread of the virus;

- reminding people to be compliant with other measures (e.g., hand hygiene, not touching nose and mouth).

- potential social and economic benefits.

- Amidst the global shortage of surgical masks and PPE, encouraging the public to create their own fabric masks may promote individual enterprise and community integration.

- the production of non-medical masks may offer a source of income for those able to manufacture masks within their communities.

- Fabric masks can also be a form of cultural expression, encouraging public acceptance of protection measures in general.

- The safe re-use of fabric masks will also reduce costs and waste and contribute to sustainability."

- Dr. Nancy Messonnier, director of the Center for the National Center for Immunization and Respiratory Diseases (January 31, 2020):

- *https://www.cdc.gov/media/releases/2020/t0131-2019-novel-coronavirus.html*

- "We don't routinely recommend the use of face masks by the public to prevent respiratory illness…. And we certainly are not recommending that at this time for this new virus."

- The Centers for Disease Control and Prevention (CDC)

- *https://www.cdc.gov/flu/professionals/infectioncontrol/maskguidance.htm*

- In March 5, 2019 regarding the flu: "Masks are not usually recommended in non-healthcare settings; however, this guidance provides other strategies for limiting the spread of influenza viruses in the community":

- *Cover their nose and mouth when coughing or sneezing,

- *Use tissues to contain respiratory secretions and, after use, to dispose of them in the nearest waste receptacle, and

- *Perform hand hygiene (e.g., handwashing with non-antimicrobial soap and water, and alcohol-based hand rub if soap and water are not available) after having contact with respiratory secretions and contaminated objects/materials.

- On August 7, 2020

- Masks are recommended as a simple barrier to help prevent respiratory droplets from traveling into the air and onto other people when the person wearing the mask coughs, sneezes, talks, or raises their voice. This is called source control.

- CDC recommends that people wear masks in public settings and when around people who don't live in your household, especially when other social distancing measures are difficult to maintain.

- Masks may help prevent people who have COVID-19 from spreading the virus to others.

- Masks are most likely to reduce the spread of COVID-19 when they are widely used by people in public settings.

- Masks should NOT be worn by children under the age of 2 or anyone who has trouble breathing, is unconscious, incapacitated, or otherwise unable to remove the mask without assistance.

- Masks with exhalation valves or vents should NOT be worn to help prevent the person wearing the mask from spreading COVID-19 to others (source control).

- From the New England Journal of Medicine, Universal Masking in the Covid-19 Era, July 9, 2020;

- https://www.nejm.org/doi/full/10.1056/NEJMp2006372

- "We know that wearing a mask outside health care facilities offers little, if any, protection from infection. Public health authorities define a significant exposure to Covid-19 as face-to-face contact within 6 feet with a patient with symptomatic Covid-19 that is sustained for at least a few minutes (and some say more than 10 minutes or even 30 minutes). The chance of catching Covid-19 from a passing interaction in a public space is therefore minimal. In many cases, the desire for widespread masking is a reflexive reaction to anxiety over the pandemic." It is also clear that masks serve symbolic roles. **Masks are not only tools, they are also talismans that may help increase health care workers' perceived sense of safety**, well-being, and trust in their hospitals. Although such reactions may not be strictly logical, we are all subject to fear and anxiety, especially during times of crisis. One might argue that fear and anxiety are better countered with data and education than with a marginally beneficial mask.

- But later authors said, "A growing body of research shows that the risk of SARS-CoV-2 transmission is strongly correlated with the duration and intensity of contact: the risk of transmission among household members can be as high as 40%, whereas the risk of

transmission from less intense and less sustained encounters is below 5%. This finding is also borne out by recent research associating mask wearing with less transmission of SARS-CoV-2, particularly in closed settings." *https://www.nejm.org/doi/full/10.1056 /NEJMc2020836*

- Holland's Medical Care Minister Tamara van Ark
- https://www.thesun.co.uk/news/uknews/12292821/face-masks-not-necessary-say-holland-scientists/
- =="Despite a global stampede of mask-wearing, data show that 80-90 percent of people in Finland and Holland say they "never" wear masks when they go out, a sharp contrast to the 80-90 percent of people in Spain and Italy who say they "always" wear masks when they go out. "From a medical point of view, there is no evidence of a medical effect of wearing face masks, so we decided not to impose a national obligation."==
- Panel, Rational use of face masks in the COVID-19 pandemic (March 2020)
- https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7118603/

- Recommendations on face mask use in community settings
- WHO
- If you are healthy, you only need to wear a mask if you are taking care of a person with suspected SARS-CoV-2 infection.

- China
- People at moderate risk[*] of infection: surgical or disposable mask for medical use.

- People at low risk[†] of infection: disposable mask for medical use.

- People at very low risk[‡] of infection: do not have to wear a mask or can wear non-medical mask (such as cloth mask).

- Hong Kong
- Surgical masks can prevent transmission of respiratory viruses from people who are ill. It is essential for people who are symptomatic (even if they have mild symptoms) to wear a surgical mask.

- Wear a surgical mask when taking public transport or staying in crowded places. It is important to wear a mask properly and practice good hand hygiene before wearing and after removing a mask.

- Singapore
- Wear a mask if you have respiratory symptoms, such as a cough or runny nose.

- Japan
- ==The effectiveness of wearing a face mask to protect yourself from contracting viruses is thought to be limited.== If you wear a face mask in confined, badly ventilated spaces, it might

help avoid catching droplets emitted from others but if you are in an open-air environment, the use of face mask is not very efficient.

- <mark>USA</mark>
- <mark>Centers for Disease Control and Prevention does not recommend that people who are well wear a face mask (including respirators) to protect themselves from respiratory diseases, including COVID-19.</mark>

- US Surgeon General urged people on Twitter to stop buying face masks

- UK
- Face masks play a very important role in places such as hospitals, but <mark>there is very little evidence of widespread benefit for members of the public.</mark>

- Germany
- <mark>There is not enough evidence to prove that wearing a surgical mask significantly reduces a healthy person's risk of becoming infected while wearing it.</mark> According to WHO, wearing a mask in situations where it is not recommended to do so can create a false sense of security because it might lead to neglecting fundamental hygiene measures, such as proper hand hygiene.

**Final Thoughts**

- Surgical masks are loose fitting. They are designed to protect the patient from the doctors' respiratory droplets.  There wearer is not protected from others' airborne particles.

- People do not wear masks properly. Many people have the mask under the nose. The wearer does not have glasses on and the eyes are a portal of entry.  If the virus lands on the conjunctiva, tears will wash it into the nasopharynx.

- Most studies cannot separate out hand hygiene.

- The designer masks and scarves offer minimal protection. They give a false sense of security to both the wearer and those around the wearer.
  \*\*Not to mention they add a perverse lightheartedness to the situation.

- If you are walking alone, no need for a mask. Avoid other folks; use common sense.

- Remember: children under 2 years should not wear masks because of accidental suffocation and difficulty breathing in some.

- Even if a universal mask mandate were imposed, several studies noted that folks do not use the mask properly and over-report their wearing.  Additionally, how would the mandate be enforced??

- <mark>The positive studies are models that assume universality and full compliance.</mark>

- If wearing a mask makes people go out and get Vitamin D – go for it. In the 1918 flu

pandemic people who went outside did better.  Early reports are showing people with COVID-19 with low Vitamin D do worse than those with normal levels. Perhaps that is why shut-ins do so poorly. *https://www.medrxiv.org/content/10.1101/2020.04.08.20058578v4*

Wash your hands ———- If you are sick, stay home!

**Objects and surfaces**

- Person to person touching

- The CDC's most recent statement regarding contracting COVID-19 from touching surfaces: "Based on data from lab studies on Covid-19 and what we know about similar respiratory diseases, it may be possible that a person can get Covid-19 by touching a surface or object that has the virus on it and then touching their own mouth, nose or possibly their eyes," the agency wrote. "But this isn't thought to be the main way the virus spreads. *https://www.cdc.gov/media/releases/2020/s0522-cdc-updates-covid-transmission.html*.

- Chinese study with data taken from swabs on surfaces around the hospital (July 2020)

- *https://wwwnc.cdc.gov/eid/article/26/7/20-0885_article?deliveryName=USCDC_333-DM25707*

- The surfaces where tested with the PCR (polymerase chain reaction) test, which greatly amplifies the viral genetic material if it is present. That material is detectable when a person is actively infected. At the time of the study, it was thought to be the most reliable test. Because of the amplification of the viral material, there are many false positives. It is not clear that the mere presence of virus means it is infectious.

- Computer mouse (ICU 6/8, 75%; General ward (GW) 1/5, 20%)

- Trash cans (ICU 3/5, 60%; GW 0/8)

- Sickbed handrails (ICU 6/14, 42.9%; GW 0/12)

- Doorknobs (GW 1/12, 8.3%)

- 81.3% of the miscellaneous personal items were positive:
- Exercise equipment

- Medical equipment (spirometer, pulse oximeter, nasal cannula)

- PC and iPads

- Reading glasses

- Cellular phones (83.3% positive for viral RNA)

- Remote controls for in-room TVs (64.7% percent positive)

- Toilets (81.0% positive)

- Room surfaces (80.4% of all sampled)

- Bedside tables and bed rails (75.0%)

- Window ledges (81.8%)

- Plastic: up to 2-3 days

- Stainless Steel: up to 2-3 days

- Cardboard: up to 1 day

- Copper: up to 4 hours

- Floor – gravity causes droplets to fall to the floor. Half of ICU workers all had virus on the bottoms of their shoes

Plaintiff's Exhibit 311

 (/)         (/help-us-grow/) **81%**         **Login / Register (/accounts/register/)**

# MASK FACTS: THE SCIENCE AND HISTORY OF MASKS IN MEDICINE

### WATCH

Watch this video at https://www.bitchute.com/video/neAFlvhrSWRx



👁 1053    👍 2    👎 0

⭕ (https://www.facebook.com/sharer/sharer.php?u=https%3A//www.bitchute.com/video/neAFlvhrSWRx/)

First published at 01:57 UTC on August 9th, 2020.    🐦 (https://twitter.com/share?text=Mask%20Facts%3A%20The%20Science%20and%20History%20of%20Masks%20in%20Medicine&url=https://chute.rocks/neAFlvhrSWRx&via=BitChute)    ⊙ (https://reddit.com/submit?url=https://chute.rocks/neAFlvhrSWRx&title=Mask%20Facts%3A%20The%20Science%20and%20History%20of%20Masks%20in%20Medicine)

🐸 (https://gab.com/compose?url=https%3A//www.bitchute.com/video/neAFlvhrSWRx/)    📋

 (/)

 (/help-us-grow/)
**81%**

 Login / Register (/accounts/register/)

 Subscribe 

# cjp321 (/channel/cjp321/)

cjp321 (/profile/cqsciHN6Ebfh/)

👥 2 subscribers

You'll learn about how popular studies ignore real-world conditions and provide inadequate data, how to eliminate any self-serving biases when looking at the facts, and how to approach the COVID-19 pandemic with logic and reason.

https://themodelhealthshow.com/maskfacts/ (https://themodelhealthshow.com/maskfacts/)

⊟ LESS

| | |
|---|---|
| Category | None (/category/none/) |
| Sensitivity | Normal - Content that is suitable for ages 16 and over (https://support.bitchute.com/policy/guidelines/#content-sensitivity) |

Add a comment

Newest    Oldest    Popular



## No comments



Advertisement ⓘ

Plaintiff's Exhibit 312

### Mask Facts Companion Video

Learn how to evaluate studies and arm yourself against small-minded cognitive biases

Watch this video at https://themodelhealthshow.com/maskfacts



**WANT MORE CLINICALLY PROVEN DATA ON COVID-19?**

### These resources are packed with real world, clinically proven data to ensure you are informed and empowered

Plaintiffs' Exhibit 313

<u>greenmedinfo.com</u>

## Mask Harms in Kids: 68% of Parents Report Alarming Psychological and Physical Problems In First-of-its-kind Study

11-14 minutes



*A German study involving over 25,000 children reveals that major negative impacts on the physical, psychological, and behavioral health of children may be far more widespread than reported in the media and by government officials -- affecting approximately 68% and contributing to 24 distinct health complaints, according to parent submitted observations.*

*A concerning study conducted in Germany has been posted online as a preprint (not yet peer-reviewed) titled, "<u>Corona children studies "Co-Ki": First results of a Germany-wide registry on mouth and nose covering (mask) in children</u>," describing the results of 17,854 parent submitted reports on health complaints or impairments experienced as a result of wearing masks by their 25,930 children.*

The study was designed to both explore the accumulating narratives reported by parents, educators, and doctors about increasing problems and health complaints in children and adolescents wearinng

masks, as well as to provide the first known online registry where parents, doctors, teachers, and others can enter their first-hand observations. The registry and the questionnaire can be found online at www.co-ki-masken.de

The study authors stated:

"There are no manufacturer-independent studies on the use of masks for children and adolescents that are certified as medical products for occupational safety in professional applications. In addition, due to the unknown materials used, there are no findings on the potential protective effects or side effects of the often home-made "everyday masks" worn by the majority of children. In view of the ongoing measures to contain the COVID-19 pandemic, and in particular the varying obligations for children and adolescents to wear masks in school over a longer period of time, there is an urgent need for research."

On October 20th, 2020, 363 doctors were asked to make entries and inform parents and teachers of the existence of the registry.

The data recorded in the registry included information regarding the role of the registrant, demographic data, previous illnesses, situation and duration of mask wearing, type of mask, existence of complaints from the child about an impairment via the mask, symptoms, behavioral problems, and the respondent's personal attitude to corona protection measures of the government.

On average, children wore masks for 270 minutes a day, with impairments being reported at nearly the same rate by the children (67.7%) as the parents (66.1%).

The study results were summarized as follows:

"By 26.10.2020 the registry had been used by 20,353 people. In this publication we report the results from the parents, who entered data on a total of 25,930 children. The average wearing time of the mask was 270 minutes per day. Impairments caused by wearing the mask were reported by 68% of the parents. These included irritability (60%), headache (53%), difficulty concentrating (50%), less happiness (49%), reluctance to go to school/kindergarten (44%), malaise (42%) impaired learning (38%) and drowsiness or fatigue (37%)."

The childrens' complaints were reported across 24 distinct symptoms as follows:

| | Total age group | Age group 0-6 years | Age group 7-12 years | Age group 13-18 years | Test for difference |
|---|---|---|---|---|---|
| Headaches | 13.811 (53.3%) | 960 (24.0%) | 7.863 (54.6%) | 4.988 (66.4%) | p < 0.0001 |
| Concentration difficulties | 12.824 (49.5%) | 961 (24.0%) | 7.313 (50.8%) | 4.550 (60.5%) | p < 0.0001 |
| Discomfort | 10.907 (42.1%) | 1.040 (26.0%) | 6.369 (44.2%) | 3.498 (46.5%) | p < 0.0001 |

| Impairment in learning | 9.845 (38.0%) | 621 (15.5%) | 5.604 (38.9%) | 3.620 (48.2%) | p < 0.0001 |
|---|---|---|---|---|---|
| drowsiness / tiredness | 9.460 (36.5%) | 729 (18.2%) | 5.163 (35.8%) | 3.568 (47.5%) | p < 0.0001 |
| Tightness under the mask | 9.232 (35.6%) | 968 (24.2%) | 5.427 (37.7%) | 2.837 (37.7%) | p < 0.0001 |
| Feeling of shortness of breath | 7.700 (29.7%) | 677 (16.9%) | 4.440 (30.8%) | 2.583 (34.4%) | p < 0.0001 |
| Dizziness | 6.848 (26.4%) | 427 (10.7%) | 3.814 (26.5%) | 2.607 (34.7%) | p < 0.0001 |
| Dry neck | 5.883 (22.7%) | 516 (12.9%) | 3.313 (23.0%) | 2.054 (27.3%) | p < 0.0001 |
| Syncope | 5.365 (20.7%) | 410 (10.2%) | 2.881 (20.0%) | 2.074 (27.6%) | p < 0.0001 |
| Unwillingness to move, unwillingness to play | 4.629 (17.9%) | 456 (11.4%) | 2.824 (19.6%) | 1.349 (17.9%) | p < 0.0001 |
| Itching in the nose | 4.431 (17.1%) | 513 (12.8%) | 2550 (17.7%) | 1.368 (18.2%) | p < 0.0001 |
| Nausea | 4.292 (16.6%) | 310 (7.7%) | 2.544 (17.7%) | 1.438 (19.1%) | p < 0.0001 |
| Feeling of weakness | 3.820 (14.7%) | 300 (7.5%) | 2.020 (14.0%) | 1.500 (20.0%) | p < 0.0001 |
| Abdominal pain | 3.492 (13.5%) | 397 (9.9%) | 2.292 (15.9%) | 803 (10.7%) | p < 0.0001 |
| Accelerated respiration | 3.170 (12.2%) | 417 (10.4%) | 1.796 (12.5%) | 957 (12.7%) | p < 0.0001 |
| Disease feeling | 2.503 (9.7%) | 205 (5.1%) | 1.328 (9.2%) | 970 (12.9%) | p < 0.0001 |
| Tightness in the chest | 2.074 (8.0%) | 161 (4.0%) | 1.122 (7.8%) | 791 (10.5%) | p < 0.0001 |

| | | | | | |
|---|---|---|---|---|---|
| Flickering eyes | 2.027 (7.8%) | 149 (3.7%) | 1.047 (7.3%) | 831 (11.1%) | p < 0.0001 |
| Loss of appetite | 1.812 (%) | 182 (4.5%) | 1.099 (7.6%) | 531 (7.1%) | p < 0.0001 |
| tachycardia, stumbling heart stings | 1.459 (5.6%) | 118 (2.9%) | 766 (5.3%) | 575 (7.6%) | p < 0.0001 |
| Noise in the ears | 1.179 (4.5%) | 107 (2.7%) | 632 (4.4%) | 440 (5.9%) | p < 0.0001 |
| Short-term impairment of consciousness / fainting spells | 565 (2.2%) | 39 (1.0%) | 274 (1.9%) | 252 (3.4%) | p < 0.0001 |
| Vomiting | 480 (1.9%) | 40 (1.0%) | 296 (2.1%) | 144 (1.9%) | p < 0.0001 |

The table below shows the parents' point of view on behavior changes in their children as a result of wearing masks:

| | Total age group | Age group 0-6 years | Age group 7-12 years | Age group 13-18 years | Test for difference |
|---|---|---|---|---|---|
| The child is more often irritated than usual | 11 364 (60.4%) | 1 041 (40.0%) | 6 566 (62.1%) | 3 757 (66.5%) | p < 0.0001 |
| The child is less cheerful | 9 286 (49.3%) | 959 (36.9%) | 5 640 (53.3%) | 2 687 (47.6%) | p < 0.0001 |
| The child no longer wants to go to school/kindergarten | 8 280 (44.0%) | 824 (31.7%) | 5 168 (48.9%) | 2 288 (40.5%) | p < 0.0001 |
| The child is more restless than usual | 5 494 (29.2%) | 773 (29.7%) | 3 515 (33.2%) | 1 206 (21.4%) | p < 0.0001 |
| The child sleeps worse than usual | 5 849 (31.1%) | 633 (24.3%) | 3 507 (33.2%) | 1 709 (30.3%) | p < 0.0001 |
| No other abnormalities | 7 103 (27.4%) | 1 400 (35.0%) | 3 834 (26.6%) | 1 869 (24.9%) | p < 0.0001 |

| | | | | | |
|---|---|---|---|---|---|
| The child has developed new fears | 4 762 (25.3%) | 713 (27.4%) | 2 935 (27.8%) | 1 114 (19.7%) | p < 0.0001 |
| The child sleeps more than usual | 4 710 (25.0%) | 319 (12.3%) | 2 183 (20.6%) | 2 208 (39.1%) | p < 0.0001 |
| The child plays less | 2 912 (15.5%) | 400 (15.4%) | 1.998 (18.9%) | 514 (9.1%) | p < 0.0001 |
| The child has a greater urge to move than usual | 1 615 (8.6%) | 253 (9.7%) | 1.124 (10.6%) | 238 (4.2%) | p < 0.0001 |

The authors of the ended their report with the following concluding remarks:

"Many children are subject to great challenges and families try to master these as best they can. While the proportion of people tested positive for SARS-CoV-2 and also the number of intensive care patients in Germany is high in many places, we report here on a relatively small, unrepresentative problem: several thousand children who seem to suffer from wearing the mask or who may experience health problems from the mask. Our study provides the basis for a representative survey on which a precise benefit-risk analysis of mask wearing in children can be built."

## FURTHER READING AND A CRITICAL CALL TO ACTION

- To learn more about the underreported research on the lack of effectiveness and safety issues associated with mask wearing, view our database on the subject here.

- To stand up against mandatory mask wearing take action on the Stand For Health Freedom advocacy platform here: ACT NOW: Mandatory Masks Endanger Your Health and Your Liberties. Tell Your State and Local Officials To Make Mask-Wearing Voluntary.



**The GMI Research Group (GMIRG)** is dedicated to investigating the most important health and environmental issues of the day.  Special emphasis will be placed on environmental health.  Our focused and deep research will explore the many ways in which the present condition of the human body directly reflects the true state of the ambient environment.

**Disclaimer**: This article is not intended to provide medical advice, diagnosis or treatment. Views expressed here do not necessarily reflect those of GreenMedInfo or its staff.

Plaintiff's Exhibit 314

The Healthy American

Date: April, 12, 2021
To Whom It May Concern:

I am sending you this notice, related to Organization's mask policy. My findings raise significant concerns, both medically and legally, of the current mask policy in place. Masks are ineffective for the purpose claimed by the mandate, potentially harmful, and only authorized for use by an EUA.

**Masks are ineffective and in many ways they harm.**

It's a myth that masks prevent viruses from spreading. The overall evidence is clear: Standard cloth and surgical masks offer next to no protection against virus-sized particles or small aerosols.[1] The size of a virus particle is much too small to be stopped by a surgical mask, cloth or bandana. A single virion of SARS-CoV-2 is about 60-140 nanometers or 0.1 microns.[2] The pore size in a surgical mask is 200-1000x that size. Consider that the CDC website states, "surgical masks do not catch all harmful particles in smoke." And that the size of smoke particles in a wildfire are ~0.5 microns which is 5x the size of the SARS-CoV-2 virus! Wearing a mask to prevent catching SARS-CoV-2, or similarly sized influenza, is like throwing sand at a chain-link fence: it doesn't work. There has been one large randomized controlled trial that specifically examined whether masks protect their wearers from the coronavirus. This study found mask wearing "did not reduce, at conventional levels of statistical significance, the incidence of Sars-Cov-2-infection."[3]

Consider also, that the existence of more particles does not mean more virus. Research shows less virus does not mean less illness. Dr. Kevin Fennelly, a pulmonologist at the National Heart, Lung and Blood institute debunked the view that larger droplets are responsible for viral transmission. Fennelly wrote:

> "current infection control policies are based on the premise that most respiratory infections are transmitted by large respiratory droplets- i.e., larger than 5 [microns] – produced by coughing and sneezing, …Unfortunately, that premise is wrong."[4]

Fennelly referenced a 1953 paper on anthrax that showed a single bacterial spore of about one micron was significantly more lethal than larger clumps of spores.[5] Exposure to one virus particle is theoretically enough to cause infection and subsequent disease. This is not an alarming thought - it simply means what it has always meant, that our immune system protects us continually all our life.[6]

There have been hundreds of mask studies related to influenza transmission done over several decades. It is a well-established fact that masks do not stop viruses. "Part of that evidence shows that cloth facemasks actually increase influenza-linked illness."[7] Bacteria are 50x larger than virus particles.[8] As such, virus particles can enter through the mask pores, yet bacteria remain trapped inside of the mask, resulting in the mask-wearer continually exposed to the bacteria.

Related to the 1918-1919 influenza pandemic, there was almost universal agreement among experts, that deaths were virtually never caused by the influenza virus itself but resulted directly from severe secondary pneumonia caused by well-known bacterial "pneumopathogens" that colonized the upper respiratory tract.[9] Dr. Fauci and his National Institute of Health studied pandemics and epidemics and concluded, "the vast majority of influenza deaths resulted from secondary bacterial pneumonia."[10]

All parties mandating the use of facemasks are not only willfully ignoring established science but are engaging in what amounts to a clinical experimental trial. This conclusion is reached by the fact that facemask use and Covid-19 incidence are being reported in scientific *opinion* pieces promoted by the CDC and others.[11] The fact is **after reviewing ALL of the studies worldwide, the CDC found "no reduction in viral transmission with the use of face masks."[12]**

Any intervention, especially one that is prophylactic, must cause fewer harms to the recipient than the infection. The cost-benefit of mandating an investigational face-covering with emerging safety issues is especially difficult to justify. Anthony Fauci was very clear that asymptomatic transmission was not a threat. He stated, "in all the history of respiratory-borne viruses of any type, asymptomatic transmission has never been the driver of outbreaks. The driver of outbreaks is always a symptomatic person."[13]

Wearing respirators come(s) with a host of physiological and psychological burdens. These can interfere with task performances and reduce work efficiency. These burdens can even be severe enough to cause life-threatening conditions if not ameliorated.[14] Fifteen years ago, National Taiwan University Hospital concluded that the use of N-95 masks in healthcare workers caused them to experience hypoxemia, a low level of oxygen in the blood, and hypercapnia, an elevation in the blood's carbon dioxide levels.[15] Studies of simple surgical masks found significant reductions in blood oxygen as well. In one particular study, researchers measured blood oxygenation before and after surgeries in 53 surgeons. Researchers found the mask reduced the blood oxygen levels significantly, and the longer the duration of wearing the mask, the greater the drop in blood oxygen levels.[16]

Moreover, people with cancer will be at a further risk from hypoxia, as cancer cells grow best in a bodily environment that is low in oxygen. Low oxygen also promotes systemic inflammation which, in turn, promotes "the growth, invasion and spread of cancers."[17] Repeated episodes of low oxygen, known as intermittent hypoxia, also "causes atherosclerosis" and hence increases "all cardiovascular events" such as heart attacks, as well as adverse cerebral events like stroke.[18]

**Informed consent is required for investigational medical therapies.**

Regardless of the lack of safety and efficacy behind the decision to require employees to wear a mask, it is illegal to mandate EUA approved investigational medical therapies without informed consent. Mask use for viral transmission prevention is authorized for Emergency Use only.[19] Emergency Use Authorization by the FDA, means "the products are investigational and experimental" only.[20] The statute granting the FDA the power to authorize a medical product of

emergency use requires that the person being administered the unapproved product be advised of his or her right to refuse administration of the product.[21] This statute further recognizes the well-settled doctrine that medical experiments, or "clinical research," may not be performed on human subjects without the express, informed consent of the individual receiving treatment.[22]

The right to avoid the imposition of human experimentation is fundamental, rooted in the Nuremberg Code of 1947, has been ratified by the 1964 Declaration of Helsinki, and further codified in the United States Code of Federal Regulations. In addition to the Unites States regarding itself as bound by these provisions, these principles were adopted by the FDA in its regulations requiring the informed consent of human subjects for medical research.[23] Add State info here if possible. The law is very clear; It is unlawful to conduct medical research (even in the case of emergency), unless steps taken to … secure informed consent of all participants.[24]

Furthermore, by requiring employees to wear a mask, you are promoting the idea that the mask can prevent or treat a disease, which is an illegal deceptive practice.  It is unlawful to advertise that a product or service can prevent…disease unless you possess competent and reliable scientific evidence… substantiating that the claims are true.[25]

The FDA EUA for surgical and/or cloth masks explicitly states, "the labeling must not state or imply… that the [mask] is intended for antimicrobial or antiviral protection or related, or for use such as infection prevention or reduction."[26]  As you can see from the image below, masks do not claim to keep out viruses.



**Illegally mandating an investigational medical therapy generates liability.**

There are proven microbial challenges as well as breathing difficulties that are created and exacerbated by extended mask-wearing.

Requiring employees to wear a mask sets the stage for contracting any infection, including COVID-19, and making the consequences of that infection much graver. In essence, a mask may very well put us at an increased risk of infection, and if so, having a far worse outcome.[27]

The fact that mask wearing presents a severe risk of harm to the wearer should – standing alone – not be required for employees, particularly given that we are not ill and have done nothing wrong that would warrant an infringement of our constitutional rights and bodily autonomy. Promoting use of a non-FDA approved, Emergency Use Authorized mask, is unwarranted and illegal. This mandate is in direct conflict with Section 360bbb-3€(1)(A)(ii)(I-III), which requires the wearer to be informed of the option to refuse the wearing of such "device." Misrepresenting the use of a mask as being intended for antimicrobial or antiviral protection, and/or misrepresenting masks for use as infection prevention or reduction is a deceptive practice under the FTC. It is clear, there is no waiver of liability under deceptive practices, even under a state of emergency. As such, forcing employees to wear masks, or similarly forcing use any other non-FDA approved medical product without the wearer's consent, is illegal and immoral.

This letter serves as official notice that I do not consent to being forced to wear a mask. I will not fail to take the maximum action permissible under the law against your organization, and against you personally. Accordingly, I urge you to comply with Federal and State law, and advise employees they have a right to refuse or wear a mask as a measure to prevent or reduce infection from Covid-19. Any other course of action is contrary to the law. I am willing to testify as to the veracity of the contents in this document. Please confirm no further pressure will be exerted upon me to follow this illegal mask mandate, and that I will not face any retaliatory disciplinary action.


Sincerely,

Name

[1] https://www.jamanetwork.com/article.aspx?doi=10.1001/jamainternmed.2020.4221

[2] Berenson, A (November 24, 2020). *Unreported Truths about Covid-19 and Lockdowns: Part 3: Masks*

[3] https://www.acpjournals.org/doi/10.7326/M20-6817

[4] https://www.thelanced.com/journals.lanres/article/PIIS2213-2600(20)30323-4/fulltext

[5] https://www.thelanced.com/journals.lanres/article/PIIS2213-2600(20)30323-4/fulltext

[6] https://www.sciencedaily.com/releases/2009/03/090313150254.htm

[7] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4420971/

[8] https://www.merriam-webster.com/words-at-play/virus-vs-bacteria-difference

[9] The pathology and bacteriology of pneumonia following influenza. Chapter IV, Epidemic respiratory disease. The pneumonias and other infections of the respiratory tract accompanying influenza and measles, 1921 St, LouisCV Mosby (p. 107-281)

[10] https://academic.oup.com/jid/article/198/7/962/2192118

[11] https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover-guidance.html

[12] Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings—Personal Protective and Environmental Measures, Jingyi Xiao1, Eunice Y. C. Shiu1, Huizhi Gao, Jessica Y. Wong, Min W. Fong, Sukhyun Ryu, and Benjamin J. Cowling (Volume 26, Number 5, May of 2020).

[13] https://www.youtube.com/watch?v=X1orSO094uY

[14] Arthur Johnson, Journal of Biological Engineering (2016).

[15] The Physiological Impact of N95 Masks on Medical Staff, National Taiwan University Hospital (June 2005).

[16] Bader A et al. Preliminary report on surgical mask induced deoxygenation during major surgery. Neurocirugia 2008;19:12-126..

[17] Aggarwal BB. Nucler factor-kappaB: The enemy within. Cancer Cell 2004;6:203-208, and Blaylock RL. Immunoexcitatory mechanisms in glioma proliferation, invasion and occasional metastasis. Surg Neurol Inter 2013;4:15.

[18] Savransky V et al. Chronic intermittent hypoxia induces atherosclerosis. Am J Resp Crit Care Med 2007;175:1290-1297.

[19] https://www.fda.gov/media/137121/download

[20] https://ca.childrenshealthdefense.org/wp-content/uploads/CDE-Superintendent-Letter0from-Childrens-Health-Defense-California-Chapter.pdf

[21] 21 U.S.C.§ S360bbb-3 (The FD&C Act)

[22] 21 U.S.C. § 360bbb-3(e)(1)(A) ("Section 360bbb-3")

[23] C.F.R. § 50.20

[24] http://www.invertedalchemy.com/2020/12/belief-is-not-medical-counter-measure.html, 21 C.F.R. § 50.23, 21 C.F.R. §50.20 21 C.F.R. § 50.24

[25] FTC Act, 15 U.S. Code § 41

[26] https://www.fda.gov/media/137121/download

[27] Russell Blaylock, Id. (quoting Shehade H et al. Cutting edge: Hypoxia-Inducible Factor-1 negatively regulates Th1 function. J Immunol 2015;195:1372-1376.  See also:  Westendorf AM et al. Hypoxia enhances immunosuppression by inhibiting CD4+ effector T cell function and promoting Treg activity. Cell Physiol Biochem 2017;41:1271-84.  See further:  Sceneay J et al. Hypoxia-driven immunosuppression contributes to the pre-metastatic niche. Oncoimmunology 2013;2:1 e22355.

Plaintiffs' Exhibit 315

nomaskers.org

# NOMASKERS.ORG

*Copyright Benchmark Technologies, Incorporated*

17-21 minutes



Posted By: Dr. Sircus (drsircus) on 05/17/2021

The Science – Facemasks Worse than Useless

https://nomaskers.org/index.cfm?key=browse_news&PostDate=all

### Mask Madness – The Death of Science

Published on May 3, 2021

If you wanted to grow up to be a mass murderer, destroyer of health and happiness, if you wanted to inflict maximum harm on the entire human race, what profession would you choose? Besides being a CEO of a big pharmaceutical company like Pfizer or a maniac like Gates, the perfect job description with the ability to do the most harm would be a public health official.

A group of men and women executed a plan under development for decades to drive people's health into the toilet. Terrorists without equal, they have armed themselves with the tools to attack the very foundations of life and health. They have deprived people, en mass, of the life/health-giving rays of the sun (depressing vitamin D levels) with their lockdowns.

*Top German scientists: chemical cocktail found in some face masks.*

*Quebec: Potentially toxic masks distributed in schools and daycares.*

Through wearing masks, public health officials forced practically the entire human race into hypoxic breathing conditions. ==Wearing a mask reduces the oxygen we breathe in and increases the CO2 intake. Masks are muzzling suffocation devices that science says are causing great harm.== Public health officials and the politicians who ride on their coattails have not the slightest interest in science about masks or vitamin D., And they cannot admit they were wrong, dead wrong even when science tells them they are.

DAILY NEW DEATHS PER 1M

HUNGARY & SWEDEN



*Which party has imposed the most brutal, economy-eviscerating*
*lockdowns and the most punitive mask mandates, while*
*steadily ratcheting up the fearmongering at every opportunity?*
<u>Mike Whitney</u>

Special Offer: My 100 lesson course on cancer at eighty percent off the regular price of 500 dollars.
So your cost will be only 99 dollars. The course is part of a doctoral program at Da Vinci University
and, when taken for credit, costs 1,000 Euros for both parts. <u>I want!</u> »

Since the beginning of COVID, we were told to "listen to the public health experts." Dr. Fauci, Rachel
Levine, Tedros Adhanom, Bill Gates (who pretends to know something about medicine), and groups
like the CDC, WHO, Gates Foundation, Imperial College, etc. These people and organizations are
supposedly the best resources out there for dealing with pandemics and disease spread, **but it turns
out they are the worst**. They got it wrong on just about everything, and the price in terms of suffering
and even death is astonishing.



<u>The States Without Mask Mandates Have Lower COVID Rates</u>

==The number of new Texas COVID cases has dropped to record lows on the year in the weeks since
the state moved to scrap mask mandates, despite hysterical warnings from mainstream media and
the Biden regime that ditching the masks would result in mass casualties.== One has to wonder about
the scale of the harm done to the public with mask mandates. The science presented below begins to
answer, but when you read that some want to have two-year-olds wearing masks, we deal with
exceptional stupidity, cruelty, or both.

If you think my languaging is overstrong or that I am overblowing the case, read John Whitehead's

words, "I have studied enough of this country's history—and world history—to know that governments (the U.S. government is no exception) are at times indistinguishable from the evil they claim to be fighting, whether that evil takes the form of <u>terrorism</u>, torture, <u>drug trafficking</u>, <u>sex trafficking</u>, murder, violence, theft, <u>scientific experimentations</u> or some other <u>diabolical means of inflicting pain, suffering, and servitude on humanity</u>.

Don't think that everyone is passive about masks. <u>People all over are demonstrating against mask mandates</u>.

**The Science – Facemasks Worse than Useless**



A recent Stanford study showed that masks do absolutely nothing to help prevent the spread of COVID-19, and their use is harmful. The data suggest that both medical and non-medical facemasks are ineffective in blocking the human-to-human transmission of viral and infectious diseases such as SARS-CoV-2 and COVID-19. Wearing facemasks has been demonstrated to have <u>substantial adverse physiological and psychological effects</u>.

These include hypoxia, hypercapnia, shortness of breath, increased acidity and toxicity, activation of fear and stress response, rise in stress hormones, immunosuppression, fatigue, headaches, a decline in cognitive performance, predisposition for viral and infectious illnesses, chronic stress, anxiety, and depression. Long-term consequences of wearing a facemask can cause health deterioration, development and progression of chronic diseases, and premature death.

<mark>A peer-reviewed study</mark> published by the International Journal of Environmental Research and Public <mark>Health</mark> (IJERPH) in the Multidisciplinary Digital Publishing Institute (MDPI) last week and entitled *Is a Mask That Covers the Mouth and Nose Free from Undesirable Side Effects in Everyday Use and Free of Potential Hazards?* concludes that "extended mask-wearing by the general population could lead to relevant effects and consequences in many medical fields."

<mark>Effects of mask-wearing examined in the study include an increase in breathing resistance, increase in blood carbon, dioxide decrease in blood oxygen saturation, increase in heart rate, decrease in</mark>

<mark>cardiopulmonary capacity, feeling of exhaustion, increase in respiratory rate, difficulty breathing, and shortness of breath, headache, dizziness, feeling of dampness and heat, drowsiness (qualitative neurological deficits), decrease in empathy perception, impaired skin barrier function with acne, itching and skin lesions.</mark>

Gates, who pretends to be smarter than everyone, thinks there is no downside to wearing masks. He must be right, and science is wrong. Back to the dark ages is what COVID, Bill Gates, Fauci (I hate to call him a doctor), and the World Health Organization has brought us. Gates does not have the intelligence to understand why people resist wearing masks. Both he and his wife believe, "**Every single person should be wearing a mask without exception." Fauci and the CDC want us to wear two masks to double the trouble with mask side-effects, which can be quite severe.**



Who should we believe, medical scientists at Stanford or the Gates? Nick Dearden, executive director of Global Justice Now, characterized Gates' remarks — and the ideological framework behind them — as "disgusting." "Who appointed this billionaire head of global health?" asked Dearden. "Oh yeah, he did."

The pore size of cloth face coverings ranges from ~ 20-100 microns.  The COVID virus is 200-1000x smaller than that, at 0.1 microns. Putting up a chain-link fence will not keep out a mosquito. Even the most esteemed medical journals admit their purpose is to calm anxiety. <mark>"Expanded masking protocols' greatest contribution may be to reduce the transmission of anxiety," writes Dr. Simonie Gold.</mark>

The publication of a long-delayed trial in Denmark was one of the first current studies in the Age of COVID to pour cold water on masks. The 'Damask-19 trial' was conducted in the spring with over 6,000 participants when the public was not being told to wear masks, but other public health measures were in place. Unlike other studies looking at masks, the Danmask study was a randomized controlled trial – making it the highest quality scientific evidence.

In the end, there was no statistically significant difference between those who wore masks and those who did not when it came to being infected by Covid-19. 1.8 percent of those wearing masks caught Covid, compared to 2.1 percent of the control group. As a result, it seems that any effect masks have on preventing the spread of the disease in the community is small.





**Older Science Confirms Masks Are Worthless**

A May 2020 meta-study on pandemic influenza published by the US CDC found that face masks had no effect, neither as personal protective equipment nor as a source control.

A July 2020 review by the Oxford Centre for Evidence-Based Medicine found that there is no evidence for the effectiveness of cloth masks against virus infection or transmission.

A Covid-19 cross-country study by the University of East Anglia came to the conclusion that a mask requirement was of no benefit and could even increase the risk of infection.

An April 2020 review by two U.S. professors in respiratory and infectious disease from the University of Illinois concluded that face masks have no effect in everyday life, neither as self-protection nor to protect third parties (so-called source control).

An article in the *New England Journal of Medicine* from May 2020 came to the conclusion that cloth face masks offer little to no protection in everyday life.

A July 2020 study by Japanese researchers found that cloth masks "offer zero protection against coronavirus" due to their large pore size and generally poor fit.

A 2015 study in the British Medical Journal BMJ Open found that cloth masks were penetrated by 97% of particles and may increase infection risk by retaining moisture or repeated use.

**Oxygen Deprivation**



In Massachusetts, people are fined if they are not wearing masks outdoors – even children as young as five are forced to do so by law. In some places like Michigan the governor wants children as young as two. She should be brought up on charges of serial child abuse.

Eric Toner, a senior scholar at the Johns Hopkins Center for Health Security, one of the inside organizations for pandemic planning, said,  "I think that mask-wearing and some degree of social distancing, we will be living with — hopefully living with happily — for several years." The original title

of this essay was 'Psychotic Belief in Masks.' Toner certainly qualifies in terms of being psychotic about masks.

Requiring children to wear masks does more harm than good, Dr. Jay Bhattacharya, a professor of medicine at Stanford University, told The Epoch Times. Bhattacharya advised Florida Gov. Ron DeSantis not to make children don face coverings.

What will be the effect will be of depriving oxygen to billions of people for years? How happy will that make people? Or inhaling dangerous amounts of CO2, what is that going to do to peoples' health after several years or even after only a few weeks or months.

In one study, researchers examined the blood oxygen levels in 53 surgeons using an oximeter. They measured blood oxygenation before surgery as well as at the end of surgeries.4 The researchers found that the mask reduced the blood oxygen levels (pa02) significantly. **The longer the duration of wearing the mask, the greater the fall in blood oxygen levels.**[1]

A drop in oxygen levels (hypoxia) is associated with an impairment in immunity. Studies have shown that hypoxia can inhibit the type of primary immune cells used to fight viral infections called the CD4+ T-lymphocyte. This occurs because the hypoxia increases the level of a compound called hypoxia-inducible factor-1 (HIF-1), which inhibits T-lymphocytes and stimulates a powerful immune inhibitor cell called the Tregs.

Decreasing the amount of oxygen people breathe by forcing people to wear masks is cruel and medically stupid. Under the mask, O2 readings drop from a regular 21 to an unhealthy 17.5, ringing the alarm of the official OSHA devices that measure such things. No one has mentioned or measured what happens when two masks are simultaneously worn.

The usual amount of CO2 in the air is approximately 400 ppm. When measured around the nose or the mouth, it would be higher. But wear a mask, and concentrations shoot up into thousands of ppm. This is not healthy! Carbon dioxide in the air we breathe usually is at 0.0390 percent. When we breathe out, it is 4.0 percent.

The minimum oxygen concentration in the air required for human breathing is 19.5 percent. Approximately 78 percent of the air we breathe is nitrogen gas, while only about 20.9 percent is oxygen. The Occupational Safety and Health Administration, OSHA, determined the optimal range of oxygen in the air for humans runs between 19.5 and 23.5 percent.

**Not Enough Oxygen: Side Effects**



Serious side effects can occur if the oxygen levels drop outside the safe zone. When oxygen concentrations drop from 19.5 to 16 percent and engage in physical activity, your cells fail to receive the oxygen needed to function correctly. So wearing masks is not indicated for any reason because masks represent slow suffocation.  Not quite as bad as strangling a person or killing them outright by completely cutting off their breath, but across the board, health will be depressed, and death from all causes will increase.

In Oregon, a high school track coach, Dave Turnbull, called for an end to rules mandating mask-wearing during the competition after one of his student-athletes collapsed from "complete oxygen debt." Track star Maggie Williams was running the 800-meter race when *she collapsed to the ground* just meters short of the finish line.

**Psychotic Beliefs in Masks**



A vast swath of the populace has a borderline psychotic belief that a thin piece of cloth will save them from COVID flu, which will not kill 99.9% of Americans. One clear example of mask-induced mental illness is seen in a report that an extremely tolerant, mostly peaceful journalist named Kurt Eichenwald wanted to beat an anti-masker to death. He tweeted: "It's at a moment like this that I want to find an anti-masker and beat them to death. Since they believe they have the right to kill others, they have surrendered any right to object."

The CDC is on record about masks– "14 randomized controlled trials did not support a substantial effect on transmission. There is limited evidence for their effectiveness in preventing influenza virus transmission either when worn by the infected person for source control or when worn by uninfected persons to reduce exposure. Our systematic review found no significant effect of face masks on the transmission of laboratory-confirmed influenza."



**More Mask Madness – Governments and Police Loose It**

A judge at the Weimar District Court, Christian Dettmar, had his house searched today. His office, private premises, and car were searched. The judge's cell phone was confiscated by the police. The judge had made a sensational decision on April 8, 2021, which was very inconvenient for the government's anti Coronavirus measures policy.

*Masks could be delaying development among babies.*

At the suggestion of a mother, the judge had ruled in a child welfare proceeding pursuant to Section 1666 of the German Civil Code (BGB), Ref.: 9 F 148/21, that two Weimar schools were prohibited with immediate effect from requiring students to wear mouth-nose coverings of any kind.

Some places like Oregon seek to keep COVID mask mandates' indefinitely.'

American judges are removing children from parental custody for not wearing a mask.

Spain has passed a new law forcing people to wear face masks everywhere outside and even while swimming in the sea. Yes, really.

A New York City judge has removed a 6-year-old girl from her mother because she did not wear a mask while dropping her off outside of the school.

The CDC Thinks 2-Year-Olds Should Wear Masks in Schools, Even If Everyone Else Is Vaccinated

**Who Cares About the Planet? Not Health Officials**

Certainly not the FDA or Dr. Fauci. The planet may be facing a new plastic crisis, similar to the one brought on by bottled water, but this time involving discarded face masks. "Mass masking" continues to be recommended by most public health groups during the **COVID-19** pandemic, despite research showing masks do not significantly reduce the incidence of infection. As a result, it's estimated that 129 billion face masks are used worldwide each month, which works out to about 3 million masks a minute. Most of these are the disposable variety, made from plastic microfibers.

| | |
|---|---|
|  | Public Comment This guidance is being issued to address the Coronavirus Disease 2019 (COVID-19) public health emergency. This guidance is being implemented without prior public comment because the Food and Drug Administration (FDA or Agency) has determined that prior public participation for this guidance is not feasible or appropriate (see section 701(h)(1)(C) of the Federal Food, Drug, and Cosme...  READ MORE |
|  | - April 28, 2021Download the .PDF belowABSTRACTThe knowledge of biotechnology increases the risk of using biochemical weapons for mass destruction. Prions are unprecedented infectious pathogens that cause a group of fatal neurodegenerative diseases by a novel mechanism. They are transmissible particles that are devoid of nucleic acid. Due to their singular characteristics, Prions emerge as potenti...  READ MORE |
|  | - April 27, 2021(Download .PDF below)"Long-term Consequences of Wearing Facemask Can Cause Health Deterioration, Developing and Progression of Chronic Diseases, and Premature Death."Note: FactCheck.org has this to say about the study:Stanford Medicine says it "strongly supports the use of face masks to control the spread of COVID-19." Yet viral stories falsely claim a "...  READ MORE |

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

Plaintiffs' Exhibit 316

1    **Mask mandate and use efficacy in state-level COVID-19 containment**

2

3    Damian D. Guerra[1,*] and Daniel J. Guerra[2]

4

5    1.    Department of Biology, University of Louisville, Louisville, Kentucky, United States of America

6    2.    Authentic Biochemistry, VerEvMed, Clarkston, Washington, United States of America

7

8    * Corresponding author (damian.guerra@louisville.edu)

9

10    **Abstract**

11    *Background*: Containment of the COVID-19 pandemic requires evidence-based strategies to reduce transmission.

12    Because COVID-19 can spread via respired droplets, many states have mandated mask use in public settings.

13    Randomized control trials have not clearly demonstrated mask efficacy against respiratory viruses, and

14    observational studies conflict on whether mask use predicts lower infection rates. We hypothesized that statewide

15    mask mandates and mask use are associated with lower COVID-19 case growth rates in the United States.

16    *Methods*: We calculated total COVID-19 case growth and mask use for the continental United States with data from

17    the Centers for Disease Control and Prevention and Institute for Health Metrics and Evaluation. We estimated post-

18    mask mandate case growth in non-mandate states using median issuance dates of neighboring states with mandates.

19    *Results*: Case growth was not significantly different between mandate and non-mandate states at low or high

20    transmission rates, and surges were equivocal. Mask use predicted lower case growth at low, but not high

21    transmission rates. Growth rates were comparable between states in the first and last mask use quintiles adjusted for

22    normalized total cases early in the pandemic and unadjusted after peak Fall-Winter infections. Mask use did not

23    predict Summer 2020 case growth for non-Northeast states or Fall-Winter 2020 growth for all continental states.

24    *Conclusions*: Mask mandates and use are not associated with slower state-level COVID-19 spread during COVID-

25    19 growth surges. Containment requires future research and implementation of existing efficacious strategies.

26

27    **Keywords**: COVID-19, SARS-CoV-2, face covering, medical mask, mask mandate, nonpharmaceutical intervention

NOTE: This preprint reports new research that has not been certified by peer review and should not be used to guide clinical practice.

1

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

## Introduction

Since being linked to SARS-CoV-2 in early 2020, COVID-19 has increased mortality and induced socioeconomic upheaval worldwide [1]. Typical COVID-19 symptoms mirror influenza, with loss of taste and smell being differential indicators [2]. Age, obesity, cardiovascular disease, and diabetes are associated with severe COVID-19 symptoms (e.g., pneumonia, blood clots, cytokine storm) and hence higher risks of hospitalization and death [3, 4]. Given the incidence of comorbidities, evidence-based containment strategies are warranted. Respired droplets and aerosols containing SARS-CoV-2 are intuitively likely modes of community transmission [5]. To reduce COVID-19 spread, governments have issued mandates to wear medical masks or cloth face coverings (henceforth *masks*) in public settings. 40 of the United States have issued mask mandates since April 2020. Mask mandates have limited precedent, making efficacy unclear. Therefore, our first objective was to evaluate the efficacy of mask mandates in attenuating COVID-19 case growth at the state level.

Prior studies have conflicted on whether masks reduce SARS-CoV-2 transmission. For USS Theodore Roosevelt crew, reported mask use was lower among COVID-19 cases (56% vs. 81%) [2]. There were no infections for 47.9% of patrons of two hair stylists with COVID-19 with universal masking [6], but PCR tests were not obtained for the other 52.1% of patrons [6], and first wave COVID-19 hospitalizations were no higher in public schools (high density with minimal masking) than elsewhere in Sweden [7]. A randomized controlled trial (RCT) of Danish volunteers found no protective benefit of medical masks against COVID-19 infection [8]. In RCTs before COVID-19, viral infections were more common for Vietnamese clinicians with cloth masks than medical or no masks (which were indistinguishable from each other) [9], and N-95 respirators (but not medical masks) protected Beijing clinicians from bacterial and viral diseases compared to no masks [10]. To be sure, mask use compliance in RCTs is not always clear [11]. Mask use was 10% and 33% for Beijing households with and without intrahousehold COVID-19 transmission, respectively [12]. This suggests greater mask use may reduce COVID-19 spread. Hence,

2

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY 4.0 International license.

53    our second objective was to assess whether COVID-19 case growth is negatively associated with mask

54    use.

55

56    Earlier studies have not compared COVID-19 case growth rates in states with and without mandates, and

57    effects of compliance (proportion of people masked) are not clear. We assessed if statewide mask

58    mandates and compliance predict (and thus potentially decrease) statewide COVID-19 growth rates after

59    1 June 2020, when test capacity reached a threshold for minimal contact tracing [13]. We found little to

60    no association between COVID-19 case growth and mask mandates or mask use at the state level. These

61    findings suggest that statewide mandates and enhanced mask use did not detectably slow COVID-19

62    spread. We conclude by affirming the need for evidence-based strategies to minimize COVID-19 related

63    morbidity and mortality and briefly discussing mechanisms of spread.

64

## Materials and methods

65

*Data Sources and Terms*

66

67    We obtained total COVID-19 cases up to 6 March 2021 for the 50 United States from the Centers for

68    Disease Control and Prevention (CDC) [14]. Total cases include confirmed and probable cases as defined

69    by the Council of State and Territorial Epidemiologists. Briefly, confirmed cases require PCR

70    amplification of SARS-CoV-2 RNA from a patient specimen. Probable cases require one of the

71    following: clinical and epidemiologic evidence, clinical or epidemiologic evidence supported by COVID-

72    19 antigen detection in respiratory specimens, or vital records listing COVID-19 as contributing to death.

73    Statewide mask mandates were emergency executive public health orders that require nose and mouth

74    coverings in public settings (including but not limited to retail locations) in more than 50% of counties

75    within a state [15, 16]. Mandate issuance dates were obtained from state health departments and press

76    releases. Early and late mandates were issued before and after 2 August 2020, respectively. Non-mandate

77    states did not have statewide orders as of 6 March 2021.

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

78   Mask use is defined as the percentage of people who always wear masks in public settings. We assessed

79   mask use with the University of Washington Institute for Health Metrics and Evaluation (IHME) COVID-

80   19 model site [17], which estimates mask wearing from Premise, the Facebook Global Symptom Survey

81   (University of Maryland), the Kaiser Family Foundation, and the YouGov Behavior Tracker Survey.

82   To identify regional patterns of COVID-19 case growth, we grouped states into five categories: Northeast

83   (Connecticut, Delaware, Massachusetts, Maryland, Maine, New Hampshire, New Jersey, New York,

84   Pennsylvania, Rhode Island, and Vermont); Midwest (Illinois, Indiana, Iowa, Kentucky, Kansas,

85   Michigan, Minnesota, Missouri, Ohio, West Virginia, Wisconsin); Mountains-Plains (Colorado, Idaho,

86   Montana, Nebraska, New Mexico, North Dakota, Oklahoma, South Dakota, Utah, Wyoming); South

87   (Alabama, Arkansas, Florida, Georgia, Louisiana, Mississippi, North Carolina, South Carolina,

88   Tennessee, Texas, Virginia); and Pacific (Alaska, Arizona, California, Hawaii, Nevada, Oregon,

89   Washington).

90

91   *Parameter Derivation*

92   We calculated COVID-19 case parameters from total cases per 100,000 state residents (normalized total

93   cases; **Worksheet A in S1 Table**). As infectious diseases such as COVID-19 exhibit exponential growth,

94   we used logarithmic transformation to quantify daily case growth as shown elsewhere [15, 18]:

95   $$\frac{case\ growth}{day} = 100 * \left(\ln \frac{C_x}{C_{x-1}}\right)$$

96   Where $C_x$ is normalized cases on a particular day and $C_{x-1}$ is normalized cases on the prior day. To reduce

97   effects of reporting lags, we used a 7-day simple moving mean.

98   For each state, growth minima and maxima were the 20-day mean lowest and highest cases/day between

99   the end of the Summer infection wave and the height of the Fall-Winter infection wave. *Surge* refers to

100  the difference between maximal and minimal growth rates (the magnitude of growth rate increase) for

101  each state. *Surge rate* refers to the speed at which case growth increased from minimal to maximal levels

102  for each state (Surge/days between minima and maxima), normalized to the mean surge rate for all states.

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

103  Cases or masks at minima and maxima were the 20-day mean number of cases/100,000 state residents or

104  mask use for each state at its growth extrema. Change in masks refers to the percent increase in mask use

105  between extrema for each state.

106  To model post-mask mandate case growth in the 48 contiguous states (excluding Alaska and Hawaii), we

107  calculated the difference of natural logarithms of normalized total cases between 6 March 2021 ($C_{306}$) and

108  the date of mandate issuance ($C_M$) for each state with an early mandate:

109  $$Post\ Mandate\ Growth = \ln \frac{C_{306}}{C_M}$$

110  For states with late or no mandates, effective dates were modeled as medians of issuance dates among

111  bordering states with early mandates. For example, the effective mandate issuance date of Tennessee was

112  the median of issuance dates among the early mandate states Kentucky, Arkansas, Alabama, North

113  Carolina, and Virginia.

114  We reported mask use for Summer (1 June-1 Oct 2020) and Fall-Winter (1 Oct 2020-1 Mar 2021) as

115  mean mask use during these periods for each state. Cases on 1 June or 1 Oct were the 20-day mean

116  number of cases/100,000 on these two dates. Summer and Fall-Winter case growth were defined as

117  differences of natural logarithms of normalized total cases at the beginning and end of each period:

118  $$Summer\ Growth = \ln \frac{C_{1001}}{C_{601}} \qquad Fall/Winter\ Growth = \ln \frac{C_{301}}{C_{1001}}$$

119

120  *Statistics*

121  We used Prism 9.1 (GraphPad; San Diego, CA) to construct figures and perform null hypothesis

122  significance tests (**Worksheet D in S1 Table**). The significance threshold for all tests was $p < \alpha = 0.05$. All

123  datapoints are state-level values, and we performed D'Agostino-Pearson tests to assess normality of

124  residuals.

125  To evaluate mask mandate efficacy, we performed two-tailed, two-sample t-tests (early vs. no mandates)

126  or ordinary one-way ANOVA with Holm-Šídák posttests (early vs. late vs. no mandates) and used

127  Welch's correction for heteroscedastic data. For non-normal data, we performed Mann-Whitney U tests

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

128    (early vs. no mandates) or Kruskal-Wallis with Dunn posttests (early vs. late vs. no mandates). This

129    decision tree conforms with recommended practices for datasets with $N > 5$ [19]. Hawaii was excluded

130    because its dates of extrema deviated from those of continental US states. Alaska and Hawaii were

131    excluded from post-mandate case growth assessment because they lack contiguous US border states.

132    To determine top and bottom mask use quintiles, we ranked mean mask use among states (excluding

133    Hawaii) from 1 June 2020 to 1 March 2021. For t tests comparing top and bottom quintiles, we assessed

134    days between the indicated normalized case totals and mean mask use over this interval for each state.

135    To evaluate mask use efficacy at and between extrema, we performed simple linear regressions with null

136    hypotheses of zero slope. We similarly evaluated mask use efficacy during the Summer and Fall-Winter

137    infection waves. For the Summer wave, Northeast states were excluded because they deviated from other

138    states with respect to covariation between normalized cases and growth. For the Fall-Winter wave,

139    Hawaii was excluded because it deviated from other states with respect to covariation between

140    normalized cases and growth. Infectious disease research commonly uses OLS [20, 21], with simple

141    linear and simple ln-linear models reported in recent COVID-19 studies [22, 23]. We used ordinary least

142    squares (OLS) for homoscedastic data and weighted least squares (WLS) for heteroscedastic data, as

143    determined by the GraphPad Prism Test for Homoscedasticity. Regardless of statistical significance, $R^2$

144    values denote coefficients of determination for lines of best fit with unconstrained slopes.

145

## Results

147    *COVID-19 growth rates vary with time*

148    Normalized COVID-19 cases increased more than 1500-fold from March 2020 to March 2021 in the

149    United States [14]. To identify patterns of COVID-19 spread, we quantified case growth for each of the

150    50 US States (**Worksheet B in S1 Table**). Natural log (Ln)-linear plots revealed six phases of COVID-19

151    growth up to 6 March 2021: first wave (before May 2020), first minimum (May-June 2020), Summer

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

152    wave maximum (June-August 2020), second minimum (August-October 2020), Fall-Winter wave

153    maximum (October-January 2020), and third minimum (March 2021) (**S1-3 Figs**).

154

155    *Mandates are not associated with state COVID-19 case growth*

156    We next assessed associations between mask mandates and case growth. 33 US states issued statewide

157    mask mandates on or before 2 August 2020 (early), when case growth was low, while 7 other states

158    issued mandates after this date (late). We observed a six-phase pattern in states with early (**S1 Fig**), late

159    (**S2 Fig**), and no mask mandates (**S3 Fig**). This suggests qualitatively comparable courses of viral spread

160    among states regardless of mask mandates.

161

162    A recent study reported negative association between statewide mask mandates and subsequent COVID-

163    19 log growth rates [15]. We hypothesized that case growth would be lower in states with mandates. 64%

164    of early state mandates were issued during the Summer wave, which precluded determination of whether

165    mandates were associated with lower Summer wave case growth. We therefore examined case growth

166    after mandate issuance during the second minimum and the Fall-Winter wave maximum (henceforth

167    *minimum* and *maximum*) (**Fig 1A**). Hawaii was excluded because its minimum and maximum did not

168    chronologically align with continental states. Average Fall-Winter mask use was ~10% higher in early

169    mandate states than in late and no mandate states (Holm-Šídák $p \leq 0.001$; **Fig 1B**), confirming that

170    mandates promote greater mask use. Contrary to our hypothesis, early mandates were not associated with

171    lower minimum case growth (Mann-Whitney $p=0.087$; **Fig 1C**). Maximum case growth was the same

172    among states with early, late, and no mandates (ANOVA $p=0.29$; **Fig 1D**). This indicates that mask

173    mandates were not predictive of slower COVID-19 spread when community transmission rates were low

174    or high. We wondered if mask mandates were associated with smaller or slower surges in case growth.

175    Differences between minimum and maximum case growth were similar among early, late, and no

176    mandate states (ANOVA $p=0.12$; **Fig 1E**), and surges from minimum to maximum growth occurred at

7

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY 4.0 International license.

177   similar rates (ANOVA p=0.16; **Fig 1F**). These findings suggest that mask mandates are not predictive of

178   smaller or slower shifts from low to high case growth.

179

180   Normalized COVID-19 cases as of 6 March 2021 were 18.6% lower in states with early mandates than

181   states without mandates (Holm-Šídák p=0.036), but early mandates were issued over a range of dates (15

182   April to 2 August 2020). To assess how early mandates relate to cumulative cases, we calculated

183   normalized case growth for contiguous states between early mandate issuance and 6 March 2021. For

184   states with late and no mandates, we expressed effective dates (when states could have reasonably issued

185   mandates) as median dates of neighboring early mandate states. We expected to find lower case growth

186   among early mandate states. Surprisingly, normalized case growth after mandates (actual and effective)

187   were indistinguishable among state groups (ANOVA p=0.93; **Fig 2A**). Moreover, growth curves after

188   actual and effective mandates were not distinguishable among state groups at any date between mandate

189   issuance and 6 March 2021 (**Fig 2B**). Together, these data do not support an association between

190   statewide mandates and COVID-19 spread.

191

192   *Mask use is not associated with most state COVID-19 case growth*

193   We speculated that statewide mask use, rather than mask mandates per se, may predict COVID-19 case

194   growth. The University of Washington IHME provides robust estimates for mask use (defined as the

195   percentage of people who always wear masks in public settings) [17]. Mask use was associated with

196   lower minimum case growth (WLS p<0.0001; **Fig 3A**), but not normalized total cases at minima (OLS

197   p=0.54; **S4 Fig**). States with the highest first wave normalized cases and July 2020 seroprevalence were

198   primarily in the Northeast [14, 24], which could explain the lack of Summer growth in these states.

199   Excluding Northeast states, normalized cases predicted lower minimum case growth (WLS p=0.001; **S4**

200   **Fig**). Eight Northeast states were among the 10 states with highest mean mask use [17]. Intriguingly,

201   normalized cases grew from 400 to 1350 per 100,000 at similar rates between the first and last 10 states

202   for mask use (unpaired t test p=0.49), albeit ~50 days later for the last 10 states (**Fig 3B**). These findings

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

203    suggest the link between masks and minimum growth may be an artifact of the tendency for faster case

204    growth to occur at lower case prevalence. In support of this, we found no association between mask use

205    and case growth at maxima (OLS p=0.11; **Fig 3C**), when case prevalence differences were smaller among

206    states. There was also no association between mask use and normalized cases at maxima (OLS p=0.073;

207    **S5 Fig**), although residuals were slightly non-normal. The 10 states with highest and lowest mask use

208    exhibited indistinguishable growth rates from 0 to 80 days after maxima (Mann-Whitney p=0.85; **Fig**

209    **3D**), and higher normalized cases predicted lower maximum growth rates among continental states (OLS

210    p<0.0001; **S5 Fig**). While there was unexpected weak association between mask use and surge size (OLS

211    p=0.03; **Fig 3E**), mask use at minima did not predict surge rate (OLS p=0.69; **Fig 3F**). Together, these

212    data suggest that mask use is a poor predicter of COVID-19 growth at the state level.

213

214    *Mask use does not predict Summer and Fall-Winter statewide COVID-19 case totals.*

215    Greater statewide mask use could predict fewer cumulative cases during a growth wave. We tested this by

216    calculating COVID-19 case growth during Summer and Fall-Winter waves (**Fig 4A-B**). Summer wave

217    growth differed notably between Northeast and all other states; excluding the Northeast, greater

218    normalized cases on 1 Jun 2020 predicted lower Summer growth (OLS p<0.0001; **Fig 4C**). By contrast,

219    normalized cases on 1 October 2020 predicted Fall-Winter growth for Northeast and all other states (WLS

220    p<0.0001; **Fig 4D**). Excluding Northeast states, masks were not associated with lower Summer growth

221    between 1 June and 1 October 2020 (OLS p=0.27; **Fig 4E**). We likewise found no association between

222    mask use and Fall-Winter growth between 1 October 2020 and 1 March 2021 (OLS p=0.93; **Fig 4F**).

223    These data indicate that mask use does not predict Summer wave or Fall-Winter wave growth at the state

224    level and that low Summer growth in Northeast states did not predict low Fall-Winter growth. We

225    conclude that statewide SARS-CoV-2 transmission waves are independent of reported mask use [17].

226

227

9

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

## Discussion

Our main finding is that mask mandates and use are not associated with lower SARS-CoV-2 spread among US states. 80% of US states mandated masks during the COVID-19 pandemic. Mandates induced greater mask compliance but did not predict lower growth rates when community spread was low (minima) or high (maxima). We infer that mandates likely did not affect COVID-19 case growth [15], as growth rates were similar on all days between actual or modeled issuance dates and 6 March 2021. Higher mask use (rather than mandates per se) has been argued to decrease COVID-19 growth rates [11]. While compliance varies by location and time, IHME estimates are robust (derived from multiple sources [17]) and densely sampled (day-level precision). Higher mask use did not predict lower maximum growth rates, smaller surges, or less Fall-Winter growth among continental states. Mask-growth rate correlation was only evident at minima. This may be an artifact of faster growth at fewer normalized cases, as well as regional differences in case prevalence early in the pandemic. States in the high mask quintile grew at similar rates as states in the low mask quintile after maxima (when interstate total case differences were smaller than before minima). In addition, mask use did not predict normalized cases at minima, and low mask growth curves trailed those of high mask (particularly Northeast) states before minima. Growth maxima and Fall-Winter surges did not differ between Northeast and other states. Northeast states exhibited the highest seroprevalence up to at least July 2020 [24] and constituted 80% of the top quintile of mask use, which may explain their comparatively lower Summer growth. Overall, mask use appears to be an intra-state lagging indicator of case growth.

There is inferential but not demonstrable evidence that masks reduce SARS-CoV-2 transmission. Animal models [25], small case studies [6], and growth curves for mandate-only states [16] suggest that mask efficacy increases with mask use [11]. However, we did not observe lower growth rates over a range of compliance at maximum Fall-Winter growth (45-83% between South Dakota and Massachusetts during maxima) [17] when growth rates were high. This complements a Danish RCT from 3 April to 2 June

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

253    2020, when growth rates were low, which found no association between mask use and lower COVID-19

254    rates either for all participants in the masked arm (47% strong compliance) or for strongly compliant

255    participants only [8]. Masks have generally not protected against other respiratory viruses. Higher self-

256    reported mask use protected against SARS-CoV-1 in Beijing residents [26], but RCTs found no

257    differences in PCR confirmed influenza among Hong Kong households assigned to hand hygiene with or

258    without masks (mask use 31% and 49%, respectively) [27]. Medical and cloth masks did not reduce viral

259    respiratory infections among clinicians in Vietnam [9] or China [10], and rhinovirus transmission

260    increased among universally masked Hong Kong students and teachers in 2020 compared with prior years

261    [28]. These findings are consistent with a 2020 CDC meta-analysis [29] and a 2020 Cochrane review

262    update [30].

263

264    Our study has implications for respiratory virus mitigation. Public health measures should ethically

265    promote behaviors that prevent communicable diseases. The sudden onset of COVID-19 compelled

266    adoption of mask mandates before efficacy could be evaluated. Our findings do not support the

267    hypothesis that SARS-CoV-2 transmission rates decrease with greater public mask use. As masks are

268    required in public in many US states, it is prudent to weigh potential benefits with harms. Masks may

269    promote social cohesion as rallying symbols during a pandemic [31], but risk compensation can also

270    occur [32]. Prolonged mask use (>4 hours per day) promotes facial alkalinization and inadvertently

271    encourages dehydration, which in turn can enhance barrier breakdown and bacterial infection risk [33].

272    British clinicians have reported masks to increase headaches and sweating and decrease cognitive

273    precision [34]. Survey bias notwithstanding, these sequelae are associated with medical errors [35]. By

274    obscuring nonverbal communication, masks interfere with social learning in children [36]. Likewise,

275    masks can distort verbal speech and remove visual cues to the detriment of individuals with hearing loss;

276    clear face-shields improve visual integration, but there is a corresponding loss of sound quality [37, 38].

277    Future research is necessary to better understand the risks of long-term daily mask use [30]. Conversely, it

**medRxiv preprint doi:** https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint **(which was not certified by peer review)** is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

278    is appropriate to emphasize interventions with demonstrated or probable efficacy against COVID-19 such

279    as vaccination [39] and Vitamin D repletion [40].

280

281    In summary, mask mandates and use were poor predictors of COVID-19 spread in US states. Case growth

282    was independent of mandates at low and high rates of community spread, and mask use did not predict

283    case growth during the Summer or Fall-Winter waves. Strengths of our study include using two mask

284    metrics to evaluate association with COVID-19 growth rates; measuring normalized case growth in

285    mandate and non-mandate states at comparable times to quantify the likely effect of mandates; and

286    deconvolving the effect of mask use by examining case growth in states with variable mask use. Our

287    study also has key limitations. We did not assess counties or localities, which may trend independently of

288    state averages. While dense sampling promotes convergence, IHME masking estimates are subject to

289    survey bias. We only assessed one biological quantity (confirmed and probable COVID-19 infections),

290    but the ongoing pandemic warrants assessment of other factors such as hospitalizations and mortality.

291    Future work is necessary to elucidate better predictors of COVID-19 spread. A recent study found that at

292    typical respiratory fluence rates, medical masks decrease airway deposition of 10-20μm SARS-CoV-2

293    particles but not 1-5μm SARS-CoV-2 aerosols [41]. Aerosol expulsion increases with COVID-19 disease

294    severity in non-human primates, as well as with age and BMI in humans without COVID-19 [42].

295    Aerosol treatment by enhanced ventilation and air purification could help reduce the size of COVID-19

296    outbreaks.

297

## Acknowledgments

299    The authors thank Brandy Jesernik, Jay Bhattacharya, Scott Atlas, and Erik Fostvedt for manuscript input.

300

301

302

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

## References

1.      Zhu N, Zhang D, Wang W, Li X, Yang B, Song J, et al. A Novel Coronavirus from Patients with Pneumonia in China, 2019. N Engl J Med. 2020;382(8):727-33.

2.      Payne DC, Smith-Jeffcoat SE, Nowak G, Chukwuma U, Geibe JR, Hawkins RJ, et al. SARS-CoV-2 Infections and Serologic Responses from a Sample of U.S. Navy Service Members - USS Theodore Roosevelt, April 2020. MMWR Morb Mortal Wkly Rep. 2020;69(23):714-21.

3.      Hojyo S, Uchida M, Tanaka K, Hasebe R, Tanaka Y, Murakami M, et al. How COVID-19 induces cytokine storm with high mortality. Inflamm Regen. 2020;40:37.

4.      Chu Y, Yang J, Shi J, Zhang P, Wang X. Obesity is associated with increased severity of disease in COVID-19 pneumonia: a systematic review and meta-analysis. Eur J Med Res. 2020;25(1):64.

5.      Jayaweera M, Perera H, Gunawardana B, Manatunge J. Transmission of COVID-19 virus by droplets and aerosols: A critical review on the unresolved dichotomy. Environ Res. 2020;188:109819.

6.      Hendrix MJ, Walde C, Findley K, Trotman R. Absence of Apparent Transmission of SARS-CoV-2 from Two Stylists After Exposure at a Hair Salon with a Universal Face Covering Policy - Springfield, Missouri, May 2020. MMWR Morb Mortal Wkly Rep. 2020;69(28):930-2.

7.      Ludvigsson JF, Engerström L, Nordenhäll C, Larsson E. Open Schools, Covid-19, and Child and Teacher Morbidity in Sweden. N Engl J Med. 2021;384(7):669-71.

8.      Bundgaard H, Bundgaard JS, Raaschou-Pedersen DET, von Buchwald C, Todsen T, Norsk JB, et al. Effectiveness of Adding a Mask Recommendation to Other Public Health Measures to Prevent SARS-CoV-2 Infection in Danish Mask Wearers : A Randomized Controlled Trial. Ann Intern Med. 2021;174(3):335-43.

9.      MacIntyre CR, Seale H, Dung TC, Hien NT, Nga PT, Chughtai AA, et al. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. BMJ Open. 2015;5(4):e006577.

10.     MacIntyre CR, Wang Q, Rahman B, Seale H, Ridda I, Gao Z, et al. Efficacy of face masks and respirators in preventing upper respiratory tract bacterial colonization and co-infection in hospital healthcare workers. Prev Med. 2014;62:1-7.

11.     Howard J, Huang A, Li Z, Tufekci Z, Zdimal V, van der Westhuizen H-M, et al. An evidence review of face masks against COVID-19. Proceedings of the National Academy of Sciences. 2021;118(4):e2014564118.

12.     Wang Y, Tian H, Zhang L, Zhang M, Guo D, Wu W, et al. Reduction of secondary transmission of SARS-CoV-2 in households by face mask use, disinfection and social distancing: a cohort study in Beijing, China. BMJ Glob Health. 2020;5(5).

13.     Jha AK, Tsai T, Jacobson B. Why we need at least 500,000 tests per day to open the economy — and stay open: Brown School of Public Health; 2020 [Available from: https://globalepidemics.org/2020/04/18/why-we-need-500000-tests-per-day-to-open-the-economy-and-stay-open/.

14.     United States COVID-19 Cases and Deaths by State over Time. Centers for Disease Control and Prevention (CDC); 2021.

15.     Guy GP, Jr., Lee FC, Sunshine G, McCord R, Howard-Williams M, Kompaniyets L, et al. Association of State-Issued Mask Mandates and Allowing On-Premises Restaurant Dining with County-Level COVID-19 Case and Death Growth Rates - United States, March 1-December 31, 2020. MMWR Morb Mortal Wkly Rep. 2021;70(10):350-4.

16.     Lyu W, Wehby GL. Community Use Of Face Masks And COVID-19: Evidence From A Natural Experiment Of State Mandates In The US. Health Aff (Millwood). 2020;39(8):1419-25.

17.     Institute for Health Metrics and Evaluation COVID-19 model: University of Washington; 2021 [Available from: https://covid19.healthdata.org/.

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

18.     Liu Z, Fang CT. A modeling study of human infections with avian influenza A H7N9 virus in mainland China. Int J Infect Dis. 2015;41:73-8.

19.     Curtis MJ, Alexander S, Cirino G, Docherty JR, George CH, Giembycz MA, et al. Experimental design and analysis and their reporting II: updated and simplified guidance for authors and peer reviewers. British Journal of Pharmacology. 2018;175(7):987-93.

20.     Khan A, Waleed M, Imran M. Mathematical analysis of an influenza epidemic model, formulation of different controlling strategies using optimal control and estimation of basic reproduction number. Mathematical and Computer Modelling of Dynamical Systems. 2015;21(5):432-59.

21.     Samaras L, Sicilia M-A, García-Barriocanal E. Predicting epidemics using search engine data: a comparative study on measles in the largest countries of Europe. BMC Public Health. 2021;21(1):100.

22.     Ghosal S, Sengupta S, Majumder M, Sinha B. Linear Regression Analysis to predict the number of deaths in India due to SARS-CoV-2 at 6 weeks from day 0 (100 cases - March 14th 2020). Diabetes Metab Syndr. 2020;14(4):311-5.

23.     Chu J. A statistical analysis of the novel coronavirus (COVID-19) in Italy and Spain. PloS one. 2021;16(3):e0249037.

24.     Anand S, Montez-Rath M, Han J, Bozeman J, Kerschmann R, Beyer P, et al. Prevalence of SARS-CoV-2 antibodies in a large nationwide sample of patients on dialysis in the USA: a cross-sectional study. Lancet (London, England). 2020;396(10259):1335-44.

25.     Chan JF, Yuan S, Zhang AJ, Poon VK, Chan CC, Lee AC, et al. Surgical Mask Partition Reduces the Risk of Noncontact Transmission in a Golden Syrian Hamster Model for Coronavirus Disease 2019 (COVID-19). Clin Infect Dis. 2020;71(16):2139-49.

26.     Wu J, Xu F, Zhou W, Feikin DR, Lin CY, He X, et al. Risk factors for SARS among persons without known contact with SARS patients, Beijing, China. Emerg Infect Dis. 2004;10(2):210-6.

27.     Cowling BJ, Chan KH, Fang VJ, Cheng CK, Fung RO, Wai W, et al. Facemasks and hand hygiene to prevent influenza transmission in households: a cluster randomized trial. Ann Intern Med. 2009;151(7):437-46.

28.     Fong MW, Leung NHL, Cowling BJ, Wu P. Upper Respiratory Infections in Schools and Childcare Centers Reopening after COVID-19 Dismissals, Hong Kong. Emerg Infect Dis. 2021;27(5).

29.     Fong MW, Gao H, Wong JY, Xiao J, Shiu EYC, Ryu S, et al. Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings-Social Distancing Measures. Emerg Infect Dis. 2020;26(5):976-84.

30.     Jefferson T, Del Mar CB, Dooley L, Ferroni E, Al-Ansary LA, Bawazeer GA, et al. Physical interventions to interrupt or reduce the spread of respiratory viruses. Cochrane Database of Systematic Reviews. 2020(11).

31.     Goh Y, Tan BYQ, Bhartendu C, Ong JJY, Sharma VK. The face mask: How a real protection becomes a psychological symbol during Covid-19? Brain Behav Immun. 2020;88:1-5.

32.     Yan Y, Bayham J, Richter A, Fenichel EP. Risk compensation and face mask mandates during the COVID-19 pandemic. Scientific Reports. 2021;11(1):3174.

33.     Hua W, Zuo Y, Wan R, Xiong L, Tang J, Zou L, et al. Short-term skin reactions following use of N95 respirators and medical masks. Contact Dermatitis. 2020;83(2):115-21.

34.     Davey SL, Lee BJ, Robbins T, Randeva H, Thake CD. Heat stress and PPE during COVID-19: impact on healthcare workers' performance, safety and well-being in NHS settings. J Hosp Infect. 2021;108:185-8.

35.     Rosenberg K. The joint commission addresses health care worker fatigue. Am J Nurs. 2014;114(7):17.

36.     Spitzer M. Masked education? The benefits and burdens of wearing face masks in schools during the current Corona pandemic. Trends Neurosci Educ. 2020;20:100138.

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

397     37.     Corey RM, Jones U, Singer AC. Acoustic effects of medical, cloth, and transparent face masks on
398     speech signals. J Acoust Soc Am. 2020;148(4):2371.
399     38.     Atcherson SR, Finley ET, Renee McDowell BR, Watson C. More Speech Degradations and
400     Considerations in the Search for Transparent Face Coverings During the COVID-19 Pandemic. Audiology
401     Today. 2020;Nov/Dec.
402     39.     Polack FP, Thomas SJ, Kitchin N, Absalon J, Gurtman A, Lockhart S, et al. Safety and Efficacy of
403     the BNT162b2 mRNA Covid-19 Vaccine. N Engl J Med. 2020;383(27):2603-15.
404     40.     Radujkovic A, Hippchen T, Tiwari-Heckler S, Dreher S, Boxberger M, Merle U. Vitamin D
405     Deficiency and Outcome of COVID-19 Patients. Nutrients. 2020;12(9).
406     41.     Xi J, Si XA, Nagarajan R. Effects of mask-wearing on the inhalability and deposition of airborne
407     SARS-CoV-2 aerosols in human upper airway. Phys Fluids (1994). 2020;32(12):123312.
408     42.     Edwards DA, Ausiello D, Salzman J, Devlin T, Langer R, Beddingfield BJ, et al. Exhaled aerosol
409     increases with COVID-19 infection, age, and obesity. Proceedings of the National Academy of Sciences of
410     the United States of America. 2021;118(8).

411

412

413

414

415

416

417

418

419

420

421

422

423

424

425

426

427

428

429

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY 4.0 International license.

## Figure Legends

**Fig 1. Mask mandates are not associated with lower COVID-19 growth rates in continental US States**. A. Daily COVID-19 case growth rate for continental US states from 20 April 2020 to 6 March 2021. Red horizontal lines denote growth rate minima (Min) and maxima (Max) after the Summer wave. Surge: difference in case growth between min. and max. Thin black line and wide gray bars denote mean and 95% confidence intervals, respectively. B. Early mandate states (blue) exhibited greater mask use than late (green) and no (red) mandate states during the Fall-Winter wave. C. Minimum growth rates were indistinguishable between early (blue) and combined late and no mandate (orange) states. D. Maximum growth rates were indistinguishable among early, late, and no mandate states. E-F. Surge sizes (E) and surge rates (F) were indistinguishable among early, late, and no mandate states. *: $p < 0.05$ by Šídák post-test after one-way ANOVA. n.s.: not significant by Mann-Whitney U test (C) or one-way ANOVA (D-F). Error bars: 95% confidence intervals.

**Fig 2. Statewide mask mandates do not predict lower post-mandate case growth in contiguous US states**. A. Case growth was indistinguishable among states with early (blue), late (green), and no (red) mandates. n.s.: not significant by one-way ANOVA. Error bars: 95% confidence intervals. B. Growth curves were indistinguishable for states with early (blue), late (green), and no (red) mandates. Heavy lines and shaded regions denote means and 95% confidence intervals, respectively. Post-mandate case growth refers to cumulative cases between mandate issuance date and 6 March 2021 (A) or growth curves after mandate issuance up to 6 March 2021 (B). For states with late and no mandates, effective dates are medians of issuance dates among bordering states with early mandates.

**Fig 3. Mask use does not consistently predict COVID-19 case growth in continental US states**. A. Mask use was associated with lower minimum growth rates. B. First and last mask use quintiles grew from 400 to 1350 cases per 100,000 at indistinguishable rates before minima. C. Mask use was not

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

Case 6:21-cv-01008-PGB-DCI Document 52-1 Filed 07/09/21 Page 303 of 592 PageID 2843

455    associated with maximum growth rates. D. Growth rates and normalized cases were indistinguishable

456    after maxima between first and last mask use quintiles.  E. Mask use was associated with larger surge

457    sizes. F. Mask use was not associated with surge rates. A, C, E, F: Each SLR includes both Northeast

458    (solid light blue; ●) and non-Northeast (black; ●) state data. Equations are given when p<0.05 for the null

459    hypothesis of zero slope. $R^2$ values refer to unconstrained lines of best fit.

460

461    **Fig 4. Mask use does not predict lower COVID-19 growth during the Summer or Fall-Winter**

462    **waves**. A-B. Daily COVID-19 case growth rate (A) and total COVID-19 cases (B) for US states from 20

463    April 2020 to 6 March 2021. Red vertical lines denote Summer (Jun-Oct 2020) and Fall-Winter (Oct

464    2020-Mar 2021) waves. Thin black line and wide gray bars denote mean and 95% confidence intervals,

465    respectively. C. Higher normalized cases predicted lower Summer case growth in non-Northeast states

466    (black; ●). D. Higher normalized cases predicted lower Fall-Winter case growth in Northeast (solid light

467    blue; ●) and non-Northeast (●) continental states. E. Summer case growth was independent of mask use

468    in non-Northeast states (●). F. Fall-Winter case growth was independent of mask use in Northeast (●) and

469    non-Northeast (●) continental states. C, E: SLR models exclude Northeast states (○). D, F: SLR models

470    include both Northeast and non-Northeast continental states. Equations are given when p<0.05 for the

471    null hypothesis of zero slope. $R^2$ values refer to unconstrained lines of best fit.

472

473

474

475

476

477

478

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint
(which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity.
It is made available under a CC-BY 4.0 International license.

Case 6:21-cv-01008-PGB-DCI Document 80-20 Filed 12/02/24 Page 304 of 592 PageID 2844

## Supporting Information Legends

**S1 Fig. COVID-19 case growth rates in US states with statewide mask mandates issued on or before August 2nd 2020.** Top. COVID-19 growth phases. Y-axis values are differences between the natural logarithm of total cases on a day and the natural logarithm of total cases on the prior day. Thin black and wide gray denote mean and 95% confidence intervals, respectively. Bottom. Individual states. Red vertical lines denote dates of mask mandate issuance. Red horizontal lines indicate growth rate minima (phase 4) and maxima (phase 5) after Summer waves.

**S2 Fig**. **COVID-19 case growth rates in US states with statewide mask mandates issued after August 2nd 2020**. Top. COVID-19 growth phases. Y-axis values are differences between the natural logarithm of total cases on a day and the natural logarithm of total cases on the prior day. Thin black and wide gray denote mean and 95% confidence intervals, respectively. Bottom. Individual states. Red vertical lines denote dates of mask mandate issuance. Red horizontal lines indicate growth rate minima (phase 4) and maxima (phase 5) after Summer waves.

**S3 Fig**. **COVID-19 case growth rates in US states without statewide mask mandates**. Top. COVID-19 growth phases. Y-axis values are differences between the natural logarithm of total cases on a day and the natural logarithm of total cases on the prior day. Thin black and wide gray denote mean and 95% confidence intervals, respectively. Bottom. Individual states. Red horizontal lines indicate growth rate minima (phase 4) and maxima (phase 5) after Summer waves.

**S4 Fig**. **Total cases, growth rates, and mask use at minima in continental US states**. Left. Normalized cases do not predict mask use at minima. Right. More normalized cases predict lower growth rates in non-Northeast states at minima. Black circles (●): all states except Hawaii. Blue hollow circles (○): Excluded Northeast states. Red squares (■): Midwest states. Green triangles (▲): Mountain-Plains States. Grey

18

medRxiv preprint doi: https://doi.org/10.1101/2021.05.18.21257385; this version posted May 25, 2021. The copyright holder for this preprint (which was not certified by peer review) is the author/funder, who has granted medRxiv a license to display the preprint in perpetuity. It is made available under a CC-BY 4.0 International license.

504  triangles (▽): South states. Gold diamonds (♦): Pacific states except Hawaii. SLR models include all

505  states except Hawaii (left) or all states except Hawaii and Northeast states (right). $R^2$ values refer to

506  unconstrained lines of best fit.

507

508  **S5 Fig**. **Total cases, growth rates, and mask use at minima in continental US states**. Left. Normalized

509  cases do not predict mask use at maxima. Right. More normalized cases predict lower growth rates in all

510  continental states at maxima. Black circles (●): all states but Hawaii. Light blue circles (●): Northeast

511  states. Red squares (■): Midwest states. Green triangles (▲): Mountain-Plains States. Grey triangles (▽):

512  South states. Gold diamonds (♦): Pacific states but Hawaii. SLR models include all states but Hawaii. $R^2$

513  values refer to unconstrained lines of best fit. ε: Non-normal residuals (D'Agostino-Pearson p=0.008).

514

515  **S1 Table**. **Total normalized cases, daily case growth, mask use, and statistical tests**. Worksheet A.

516  Total normalized cases (cases per 100,000 residents of each US state) from 6 March 2020 to 6 March

517  2021. Total cases obtained from the CDC were divided by 2019 projected state populations and

518  multiplied by 100,000. Worksheet B. Daily case growth for each US state from 2 April 2020 to 1 March

519  2021. 7-day rolling averages are given. Red and gold text denote minima and maxima, respectively. Bold,

520  highlighted text indicate actual mandate issuance dates for early and late mandate states (yellow highlight,

521  bold red) and effective mandate issuance dates for late and no mandate states (blue highlight, bold

522  orange). Worksheet C. Mask use for each US state on specified dates or ranges of dates. Date range mask

523  use values are simple arithmetic means of daily mask use over the specified date range. Blue and red text

524  indicate states in the first and last mask use quintile, respectively (i.e., states with highest and lowest

525  mean mask use between 1 June 2020 and 1 March 2021). Mask use data are estimates provided by the

526  University of Washington Institute for Health Metrics and Evaluation. Worksheet D. Statistical test

527  summaries. Tests are reported in the order they appear in the Results. Red text specifies model

528  assumption violations, followed by alternative tests that fulfill assumptions. All reported statistics and

529  parameters were calculated with GraphPad Prism 9.1 (Prism files available upon request).



A Growth After Early Mandates

B Post-Mandate Growth Curves

**A**

## Masks vs. Growth Minima



$y = -0.033x + 2.59$
$R^2 = 0.57$
$p < 0.0001$

**C**

## Masks vs. Growth Maxima



$R^2 = 0.053$
$p = 0.11$

**B** ## Total Cases Before Minima



| | Mean ± 95% CI | | |
|---|---|---|---|
| **Total Cases** | **Top 10** | **Last 10** | **p-value** |
| **Case Growth** 400-1350 cases/100k | 57.7 ± 18.4 | 65.3 ± 16.1 | 0.49 (t-test) |
| **% Masks** 400-1350 cases/100k | 66.3 ± 3.5 | 43.1 ± 4.7 | <0.001 (t test) |

**D** ## Total Cases After Maxima



| **Total Cases** Median (95% CI) | **Top 10** | **Last 10** | **p-value** |
|---|---|---|---|
| **Case Growth** **0-80 days** Median (95% CI) | 0.88 0.82-0.95 | 0.87 0.66-1.2 | 0.85 (M-W) |
| **% Masks** **0-80 days** Mean ± 95% CI | 81.8 ± 1.8 | 63.1 ± 4.3 | <0.001 (Welch's t) |

● Northeast States  ● All Other States

**E**

## More Masks vs. Surge

$y = 0.045x + 0.86$
$R^2 = 0.097$
$p = 0.03$

**F**

## Masks vs. Surge Rate

$R^2 = 0.003$
$p = 0.69$



A — **Case Growth in US States**

B — **Total COVID-19 in US States**

● Northeast States  ○ Northeast (Excluded)  ● All Other States

C — **1 Jun Cases vs. 1 Jun-1 Oct Growth**

$y = -0.002x + 2.71$
$R^2 = 0.61$
$\boldsymbol{p < 0.0001}$

D — **1 Oct Cases vs. 1 Oct-1 Mar Growth**

$y = -0.00032x + 2.2$
$R^2 = 0.73$
$\boldsymbol{p < 0.0001}$

E — **Masks vs. Growth (Summer)**

$R^2 = 0.033$
$p = 0.27$

F — **Masks vs. Growth (Fall-Winter)**

$R^2 = 0.0002$
$p = 0.92$

Plaintiffs' Exhibit 317

theepochtimes.com

# Mask Mandates for Children Mostly Harmful: Professor of Medicine

*By Dennis Prager*

4-5 minutes

---

Requiring children wear masks does more harm than good, Dr. Jay Bhattacharya told The Epoch Times.

Bhattacharya advised Florida Gov. Ron DeSantis not to make children don face coverings.

Bhattacharya is a professor of medicine at Stanford University. He's a health economist by training.

"I think about things from a cost-benefit point of view, you have to think about what the costs and benefits are of any policy to set before you make a recommendation," Bhattacharya said on The Epoch Times' "American Thought Leaders."

"In the case of masks, the evidence [how] children spread the disease even without a mask is that they're much less efficient spreaders. It's not like the flu where children actually are efficient spreaders of the disease. In the case of coronavirus—for reasons we don't fully understand—children even unmasked are much less likely to spread the disease to adults, than an adult is to spread disease to an adult," he added.

Studies have found that young children transmit the CCP (Chinese Communist Party) virus less than older children and adults. Studies have shown children who do wear masks often undermine their effectiveness by touching them and repeatedly taking them on and off. Several studies determined that factors like irritation, difficulty breathing, and low peer acceptability were reported by children who wore masks.

Because children don't wear masks properly in many cases, the already-limited benefit is lowered even further, Bhattacharya said. On the other hand, there are serious repercussions to child development when they and others around them are wearing masks.

"Children have developmental needs that require them to see other people's faces. Learning to speak, for instance, requires seeing lips move. For slightly older children, they need to see people, the body, they learn body language, how to interact socially, by watching people. And when you ask them to wear a mask, you sort of cut that out. So you have harms on one side, and very little benefit on the other," he added.





A man adjusts a child's mask in New York City, N.Y., on April 5, 2020. (Cindy Ordt/Getty Images)

The World Health Organization (WHO) recommends no masks be required to be worn by children up to 5 years old and that policymakers weigh different facts when mulling whether to impose mask requirements on children between the ages of 6 and 11, such as the intensity of transmission of the CCP virus, which causes the COVID-19 disease, in the area where the child is and the latest data concerning spread from children.

Children should not wear a mask while doing sports or other physical activities, though they should maintain distancing of at least one meter from others, the international agency says, adding that masks can interfere with the learning process in schools and can have a negative impact on activities like physical education and meal times.

Some U.S. governors have mandated children wear masks. In Michigan, Gov. Gretchen Whitmer's administration last week ordered children as young as 2 to don the coverings.

Bhattacharya also responded to how YouTube recently removed a video of a roundtable held by DeSantis, the Florida governor, that featured him and others talking about COVID-19 policies. YouTube has not responded to requests for comment.

"It's absolutely shocking," the professor said, adding that engaging in science means weighing different evidence about various matters.

"I think a healthy discussion, if they, if YouTube thinks that that children should wear masks, make that argument. Show us the evidence, show us your reasoning, and we can have a discussion," he said about the video, which is still available on other sites.

"So they're not actually trying to protect the public from an ineffective way, what they're trying to do is they want to warn the public that this is a dangerous idea. Well, if they're going to do that, they have a moral obligation to actually make arguments. They just censored it. They want to create this aura of you shouldn't hear this idea, as if it's some banned book. Rather than arguing why the banned book is bad, they just say it should be banned. They're the moral inheritors of book burners."

Plaintiffs' Exhibit 318

[wishtv.com](wishtv.com)

# Mask mandates may affect a child's emotional, intellectual development

*by: Dr. Mary Gillis, D.Ed.*

6-7 minutes          7-23-20

INDIANAPOLIS (WISH) — Indiana's new mask mandate may affect how people interpret emotional cues. Young children especially rely on facial expressions to understand situations. With face coverings, this may become increasingly difficult for them to learn what's called "social attachment," making them more vulnerable to feelings of mistrust and concerns for their safety.

News 8 spoke with Dr. Brett Enneking, child psychologist at Riley Children's Health, to discuss the potential short and long-term effects face masks may have on children, which parts of the brain could be stunted as a result and what parents can do to prevent their child's emotional and intellectual development delays.

To read the interview transcript, see below.

**Gillis**: Governor Holcomb issued a mask mandate for Indiana that goes into effect on Monday. And you're saying there are potential negative side effects face coverings might have on child development. Are we talking socially, emotionally, intellectually? In what way might children be affected?

**Enneking**: The thing is we really don't know for sure what the effect may or may not be. But what we do know is that children, especially in early childhood, they use the mouth as part of the entire face to get a sense of what's going on around them in terms of adults and other people in their environment as far as their emotions. It also has a role in language

==highlight==development as well.==

AdChoices

Featured Content

If you think about an infant, when you interact with them you use part of your mouth. They are interested in your facial expressions. And if you think about that part of the face being covered up, there is that possibility that it could have an effect. But we don't know because this is really an unprecedented time. ==What we wonder about is if this could play a role and how can we stop it if it would affect child development.==

**Gillis**: Some new science to be explored…

**Enneking**: Yes, absolutely. I think part of it will be as time progresses and we look at the kids that are in early childhood–let's say under age five right now– what is this going to be like when they are 10? If anything. And I think what we know from existing research is that children really are going to do the best with these unfamiliar situations if adults around them are supporting them and helping them navigate this unfamiliar territory.

**Gillis**: We also talked about at one point a range of ages — as early as newborns to children aged 10 to 12. Can you explain which parts of the brain are impacted and what the short-term and long-term effects could possibly be?

**Enneking**: The area of the brain…and there are many involved in emotion regulation and our ability to process emotion…but the most common area associated with emotion–especially negative emotion–is the amygdala.

What I would expect in terms of short-term and long-term effects would be that children might just learn different cues for processing emotions. So I think about when you're interacting with your child and you're smiling, your mouth obviously plays a big role, but your eyes do as well. So children as they get used to masks might just use the eyes a bit more as a cue for what emotion is going on behind the mask.

However, this could be more difficult in situations where maybe the child is a little bit farther away from the person they are talking to. It's a lot harder to see

the eyes, for example, if you're looking at someone across the room whereas if they are close, you might be able to use the eyes a little bit more to determine if this person is happy or not.

In terms of short-term, children might be a little scared with new and unfamiliar people who are wearing masks. My daughter at day care is a great example. When I took her back — she's fifteen months — and when I took her back to day care she initially was more nervous than she would have been otherwise because obviously all of the adults there were wearing masks and I was wearing a mask too as I was dropping her off. So she couldn't look back and forth from my facial expression to their facial expressions to get a better sense of what was going on with us emotionally. What I did instead was verbally tell her "It's OK" and "I'm right here" so she would have that verbal expression to accompany my facial expression. So I think we can expect those toddlers to be a bit more nervous in those unfamiliar situations when masks are required.

In the long-term, I think we might expect more differences. I might use the eyes more and the rest of us might, too. But again, we don't really know what those long-term effects might be.

**Gillis**: Children over the age of two years old will also be wearing masks. That's young and they might not have language skills just yet. Does it work both ways? Could there be communication problems when these children who might not have the language they need to communicate?

**Enneking**: I think that's a great point. It's interesting because kids in general struggle with that quite a bit more than adults do…understanding and expressing their emotions and it might be a challenge if they are wearing a face mask to accurately assess emotions, especially negative emotions.

There's a pretty big difference in our eyes when we are smiling versus when we are angry, but there might be a little more nuance. In general what I recommend for parents is if they're seeing their child having an emotion and they are struggling to communicate, it's always OK to use the situational context to try to ascertain what's going on and then give them the language. An example might be: "I noticed Johnny just took the toy. I think you might be angry because he took the toy you were using." So providing that language is a way to facilitate that emotional development.

Plaintiffs' Exhibit 319

nypost.com

# 'Mask mouth' is a seriously stinky side effect of wearing masks

*Melkorka Licea*

3-4 minutes          8-5-20

---

Some bad breath just can't be covered up.

Now that dentists have reopened their doors, they're having patients show up with a nasty set of symptoms, which the doctors have dubbed "mask mouth."

The new oral hygiene issue — caused by, you guessed it, wearing a mask all the time to prevent the spread of the coronavirus — is leading to all kinds of dental disasters like decaying teeth, receding gum lines and seriously sour breath.

"We're seeing inflammation in people's gums that have been healthy forever, and cavities in people who have never had them before," says Dr. Rob Ramondi, a dentist and co-founder of One Manhattan Dental. "About 50% of our patients are being impacted by this, [so] we decided to name it 'mask mouth' — after 'meth mouth.'"

The term "meth mouth" is widely used by dentists to describe the dental problems that arise among methamphetamine users. Addicts often end up with cracked, black- and brown-stained teeth because the stimulant causes sugar cravings, teeth grinding and jaw clenching. They also often neglect their oral hygiene.

While mask mouth isn't quite as obvious, if left untreated, the results could be equally harmful.

"Gum disease — or periodontal disease — will eventually lead to strokes and an increased risk of heart attacks," says Dr. Marc Sclafani, another co-founder

of One Manhattan Dental.

He says the stinky syndrome is triggered by face coverings, since wearing a mask increases dryness of the mouth — and a buildup of bad bacteria.

"People tend to breathe through their mouth instead of through their nose while wearing a mask," says Sclafani. "The mouth breathing is causing the dry mouth, which leads to a decrease in saliva — and saliva is what fights the bacteria and cleanses your teeth."

He adds that "saliva is also what neutralizes acid in the mouth and helps prevent tooth decay and gum disease."

People's tendency to drink less water while masked up, as well as consume more coffee and alcohol during lockdown, have also added to the widespread dehydration he's seeing.

On the bright side, the dentists say that they're packing in breath-conscious patients who might otherwise neglect their dental health during the pandemic.

"Patients are coming into us like, 'Wow, my breath smells, I need a cleaning.' [But] when you smell the bad breath, you either already have periodontal disease or you have a lot of bacteria that's sitting on your tongue because of dry mouth," says Sclafani.

While masks are not negotiable given the times, Sclafani says there are things wearers can do to avoid their grossest side effect: drink more water, cut down on caffeine, snag a humidifier (to "help moisten the air"), use an alcohol-free mouthwash, scrape your tongue and don't smoke.

And If all else fails? "Just breathe through your nose!"

Plaintiffs' Exhibit 320

 

Watch this video at
https://www.youtube.com/watch?v=8gyO9TSlC0Q



This is a "factory" that produces alot of masks. Does this look a
sterile environment to you? This is what the majority of us are
getting when we purchase online or in stores that sell them in bulk.
Do you want that on your face?

## Mask 😊 Production 😮 🎥 Video

45,835 views • Oct 19, 2020          👍 3.4K    👎 26    ➤ SHARE    ☲₊ SAVE    • • •



**Alex Belfield - THE VOICE OF REASON**          [ JOIN ]   SUBSCRIBE
326K subscribers

This can't be real surely?...:

704 Comments      ☰ SORT BY

Add a public comment...

**T-Light** 9 months ago
It gets worse, they're making the vaccine in the next room.

👍 652  👎    REPLY

▾ View 45 replies

Plaintiff's Exhibit 321

[jennifermargulis.net](jennifermargulis.net)

# Mask Safety: Your Face Mask May Be Making You Sick

*About Jennifer Margulis, Ph.D.*

3-4 minutes



*Shut Your Mouth masks (Shut Your Mouth)*

*Shut Your Mouth masks (Shut Your Mouth)*

Mask safety is a growing concern. Screenshot of an advertisement from Shut Your Mouth Masks.

### Mask safety matters

That mask you are wearing to keep you safe from coronavirus may actually be making you sick.

Say what?

Disposable face masks contain potential carcinogens, according to Health Canada.

As reported by CBC News, blue and gray masks have graphene in them. Graphene is a lung irritant. It may cause "early pulmonary toxicity," health officials say.

Some daycare educators had been suspicious of these grey and blue masks for a while," Radio-Canada reports, "because they felt like they were swallowing cat hair while wearing them…"

Canadian health officials issued a warning about another disposable mask, the MC9501, after the government distributed 31.1 million masks to 15,000 daycares. They called MC9501 mask safety into question because the mask did not effectively filter pathogens.

### Questioning mask safety

When it comes to mask safety, there are two questions:

1. Can the mask be worn without causing harm to your lungs or disrupting your oxygen intact?

2. Is the mask you're wearing helping reduce your risk of exposure to Covid-19?

**Unfortunately, nearly all disposable face masks have safety issues.**

According to a study by researchers in China, "disposable" masks (except N95s) contain plastic fibers. And when you wear them for a long time and continually inhale plastic you risk harming your lungs.

A second mask safety study, published in October of 2020, found another cause for concern. Face masks aren't just harming humans, they're also polluting the planet.

The increase in production and consumption of face mask across the world has given rise to a new environmental challenge," these scientists explain, "adding to the vast plastic and plastic particle waste in the environment. Some of these materials are getting into waterways from where they reach the freshwater and marine environment adding to the

presence of plastics in the aquatic medium. For instance, OceansAsia, an organization committed to advocacy and research on marine pollution, reported in February 2020, the presence of face masks of different types and colours in an ocean in Hong Kong."

==So mask safety is not just a problem for humans. Littered face masks also have the potential to harm the environment, contaminate the oceans, and even threaten our food supply.==

Published in the international multi-disciplinary peer-reviewed journal *Science of the Total Environment*, this mask safety research concludes on a worrisome note.

"Who knows?" the scientists ask, "Plastic pollution may be the next world pandemic."

Some of us worry it already is.

**Related posts:**

Wearing a Mask Can Harm Your Health
Healthy People Wearing Masks: Should They or Shouldn't They?
CDC Mask-Wearing Mandate: What Does the Science Say?

Published: April 8, 2021
Last update: July 30, 2021



Jennifer Margulis, Ph.D., is an investigative journalist, book author, and Fulbright awardee. She is the author of Your Baby, Your Way: Taking Charge of Your Pregnancy, Childbirth, and Parenting Decisions for a Happier, Healthier Family, co-author (with Paul Thomas, M.D.) of The Vaccine-Friendly Plan, and The Addiction Spectrum: A Compassionate, Holistic Approach to Recovery. Follow her on Facebook, Twitter, and Pinterest.

Plaintiff's Exhibit 322



**MASK MANDATES DON'T REDUCE TRANSMISSION**

State comparisons on introduction/ non-introduction of mandates.

## Mask States vs No Masks States

Data from December 1, 2020 through March 2, 2021 (7-Day Moving Average)
Sources: CDC.gov, covidtracking.com, First Trust Advisors

Plaintiff's Exhibit 323



DONATE TO
ICAN

**WATCH**
**NEWS**
**EDITORIAL**
**RESOURCES**
**COMMUNITY**
**SHOP**
**CONTACT**

DONATE TO ICAN



<<< BACK TO PARENT EPISODE

## MASK WHISTLEBLOWERS TELL ALL



Watch this video at https://thehighwire.com/videos/mask-whistleblowers-tell-all

**Website**

☐ Save my name, email, and website in this browser for the next time I comment.

**POST COMMENT**

MASK WHISTLEBLOWERS TELL ALL

Government trained OSHA mask experts Tammy Clark & Kristen Meghan join Del in-studio to break down vital info on masks, PPE, and their role in #Covid19 prevention. Every adult on this planet wearing a mask needs to hear this riveting discussion.

#Masks #MaskUp #MaskOn #WearAMask #OSHA #COVID #StandUpMichigan

     

# EXPLORE



**Page 1 of 75**

Plaintiffs' Exhibit 324

newsbreak.com

# Mask-free Sweden is close to ZERO daily Covid deaths as country's chief epidemiologist plays down fears over Delta variant's infectiousness

*Ross Ibbetson For Mailonline*          8-3-21

4-6 minutes

Mask-free Sweden is approaching zero Covid deaths per day while the country's chief epidemiologist has swatted away fears over the Delta variant's infectiousness.

In the last two weeks, Sweden has recorded an average of 0.6 Covid deaths per day, this compares with 74 fatalities in the UK and 329 deaths in US per day over the same period.

Although it has the highest per capita death toll of its Scandinavian neighbours, Sweden has kept its economy afloat throughout the pandemic with its reluctance to enforce tough social distancing rules or lockdowns.

At the beginning of July it dropped its last remaining mask mandate - for public transport - while health chiefs in the US and the UK are arguing that face coverings must still to be worn to stop the spread of the rampant Delta (Indian) variant.

The US Centres for Disease Control and Prevention (CDC) on Friday warned the Delta variant was as infectious as chickenpox - but Anders Tegnell, the architect of Sweden's Covid strategy, cautioned against such sweeping analogies.





In the last two weeks, Sweden has recorded an average of less than one Covid death per day, this compares with 74 fatalities in the UK and 329 deaths in US per day over the same period

The epidemiologist said there is still 'a lot we do not know' about the Delta strain and that it was wrong to draw any 'far-reaching conclusions.'

Speaking to the Aftonbladet newspaper, Tegnell said that the Delta variant was the dominant strain in Sweden and had been circulating for 'for quite some time.'

He told the paper: 'It is difficult to say how contagious Delta is, [as] when it comes to chickenpox, we have been able to follow the disease for several years.

'The infectiousness [of Delta] seems to be very uneven – in some cases, one person infects a hundred people, then we have other occasions when an infected person does not infect anyone at all.'



Sweden's chief epidemiologist Anders Tegnell warned against sweeping analogies about the Delta variant such as that drawn by the CDC in comparing its infectiousness to chickenpox

He said that the spread of the Delta variant was highest among young people who are not adhering to social distancing guidelines as much as older citizens.

Tegnell by no means believes the pandemic is over, despite zero infections being recorded in many municipalities.

'There is a need for preparedness and attention everywhere. One should not draw any conclusions from the fact that no sick people have been found in a municipality this week. It can lead to serious consequences if you drop your guard,' he said.

On Monday, Tegnell announced plans for booster vaccine doses for the most vulnerable citizens from the start of September.

'The assessment is that it is not possible to eradicate the virus and therefore vaccination work should be long-term and focused on reducing serious illness and death,' the health chief said.

Sweden's department of health said it expected the entire adult population will have received two jabs by autumn, and that there will be a good supply of vaccine over the coming years.

The authority did not give an exact figure for how many people would get a third jab next year, but said that a large part of the population would be offered another jab.

This follows similar declarations in Britain, Germany and Israel.

Boris Johnson wants boosters to be offered to 32 million Britons from next month, The Telegraph reported on Monday.

Over 50s and immunosuppressed people, along with NHS and care home staff will be offered third doses from as soon as September 6.

The vaccines will be administered at up to 2,000 pharmacies, with the goal of 2.5m per week. And they will be dished out at the same time as flu jabs, ministers hope.

No10 is aiming to get the most vulnerable groups jabbed by mid-December, so the vaccine has at least fortnight to kick in before Christmas, the paper reported.

All eligible adults are expected to get a dose of Pfizer, regardless of which vaccine they received for their first two injections.

Latest data from Public Health England suggests the Pfizer injection is slightly more effective against the Indian 'Delta' stain, which could encourage the Government to adopt the mix-and-match strategy.

But Department of Health bosses have yet to confirm any official details of the UK's booster scheme, with ministers waiting on final advice from the Joint Committee on Vaccination and Immunisation (JCVI).

Plaintiffs' Exhibit 325

[thebolditalic.com](thebolditalic.com)

# Mask-Induced Anxiety Is Real - The Bold Italic

*daisy barringer*

5-14-20

11-14 minutes

---

### Lessons learned after a panic attack at Trader Joe's





Credit: Malte Mueller/Getty Images

When I recently opened my refrigerator to discover all that was left inside was a bottle of champagne, a couple of eggs, and a jar of mustard that predated the Trump administration, I knew I could no longer put off a trip to the grocery store. Sadly, a woman cannot live on bubbles alone. Believe me, I've tried.

The revelation came shortly after San Francisco Mayor London Breed announced that

face coverings are now mandatory when shopping, taking transit, or entering essential businesses. The order was based on updated guidelines from the Centers for Disease Control and Prevention to slow the spread of Covid-19.

**Sign up for _The Bold Italic_ newsletter to get the best of the Bay Area in your inbox every week.**

I'd been to Trader Joe's a few times since the shelter-in-place order started, so I knew the drill. The standing six feet apart in line. The sanitizing of the carts. To not forget the reusable bags. The only difference this time is that I'd be going in with a mask.

_No problem_, I thought. _Whatever I need to do to keep people safe._

After parking, I slipped the elastic bands of my black mask over my ears for the first time, checking in the rearview mirror that my nose and mouth were properly covered. I had a fleeting thought that, although the mask made my blue eyes stand out, I should probably get one in a color that would be more flattering. (Vanity never stops being a nuisance, not even during times of pandemic.) I joined the long line of people snaking around the parking lot standing on painter's tape intended to take the guesswork out of social distancing.

The wait in the line was fine. There were a few awkward moments. Like when people were too distracted by their phones to realize the line had moved. Or when the man in front of me tried to start up a conversation, but I couldn't make out a word he was saying, given the mask situation and the distance between us. Mostly, I just people-watched, enjoying the presence of other humans, even if they were strangers doing nothing. I barely noticed the mask on my face.

==But 10 minutes into shopping inside of the store, things took a turn.==

I quickly realized I had forgotten my list. Couldn't remember a single item on it. Out went the recipe for the Szechuan green beans and in came the ingredients for tacos from the box. I felt myself get frustrated and flustered.

I was doing my best to keep distance from people and my cart out of their way, but it was difficult as I maneuvered the aisles on alert. It was hard to stay focused on the task at hand, procuring food, when I was so worried about my proximity to others.

By the time I got to the wine aisle, the last (but most important) stop before the cash register, I felt uncomfortably warm. And ready to get out of there.

==While in line to pay, beads of sweat rapidly multiplied on my forehead. As I watched the checker (what felt to be) laboriously scanning every item (why hadn't I shopped for two weeks?!), I became so overwhelmed that I could barely breathe.==

==My chest became tight. My arms were completely numb. I was certain I was about to faint.==

Right there in front of the cashier and the bagger. Neither of whom, I realized, would be able to help me since they weren't allowed to come near me.

My mind raced. The paramedics would have to come. I'd have to go in the ambulance, which I couldn't afford. And when I finally got home, there wouldn't even be any wine to drink.

Somehow, I stayed upright. I tried to breathe my muffled breaths. I paid, then sanitized. My entire body was drenched in sweat, and I was so off-balance I was barely able to make it to my car. But I did. At which point, I ripped off the face mask. Tore off my jacket. And gulped in glorious breaths of fresh fog-filled San Francisco air.

Soon, I was able to load my groceries into the trunk and drive home. I was exhausted, overwhelmed, and ready for a nap. To be fair, I'm often all of those things, but despite countless late nights paired with looming deadlines, I've never almost keeled over. Not in the privacy of my own home and certainly not in a grocery store.

Later, I casually posted in my Instagram stories that mask claustrophobia was intense — both a true statement and a great excuse to post a photo of myself in a mask. (What? I said it made my eyes pop!) The DMs started coming in from others telling me they'd experienced the exact same thing: extreme anxiety when they had to put on their mask.

These weren't people who protest against mask requirements or feel like their civil liberties are being attacked. They're not going to turn to violence or protest. They are sane, rational folks who understood the importance of wearing a mask and were doing so when required, but who also experienced anxiety-inducing personal discomfort to unsettling degrees as a result.

People shared with me that they'd almost blacked out, that they can only go into a store long enough to grab a few things before becoming too physically and mentally uncomfortable. I started to feel a little better that it wasn't just me. But I also wondered why no one was sharing this phenomenon, especially considering that wearing masks indoors is the new normal for the foreseeable future.

I soon discovered that, for me, even putting on a mask for a quick trip to the corner store sparks an intense panic that leaves my clothing soaked with sweat. It's a terrible feeling.

I'm grateful that I'm not required to wear a mask outside all the time. My solo adventures outside where I'm able to breathe without a face covering are what keep all of the other anxiety at bay. Walking to Ocean Beach, discovering hidden staircases, climbing to the top of Twin Peaks — these are the things that make existing during these times of isolation tolerable for me. That helps me sleep at night. That gives me joy. And I wouldn't be able to do any of them if I had to wear a mask.

If you have a Facebook or NextDoor account — or just the ability to hear other people talking — you'll know there are people out there who are livid if anyone dares to go out in public without a mask covering their nose and mouth, even outside in uncrowded areas. All of the grievances people used to post about before — cars blocking driveways, people making too much noise, and how the breakfast burrito at the local market is not the same as it used to be — have been replaced with a brand-new obsession: mask-shaming.

Some recent posts from my NextDoor neighborhood include:

*"When I see people without masks outside, I say very loudly to my son, 'Stay away from that man. People without masks are super rude and inconsiderate."*

*"Sometimes I yell, 'Wear a mask!' to people without them on. It unsettles them."*

*"People should stop freaking out about wearing masks. Just do it."*

Even my favorite podcaster said she recently yelled at two power-walkers without masks, "Making my five-year-old wear one; you can too!"

On the other side, a woman recently wrote, "I'm not going outside anymore because comments like this make me feel anxious that someone will yell at me if my mask slips. The hyper-vigilance is exhausting."

Here's the thing: This anxiety some of us experience when we put on a mask — the sweating, the tight chest, the dizziness, the fear of fainting or death — that's not imagined. That's very, very real. I understand that if I'm in an essential business (or waiting in line to enter one) with other people, I should put on my mask, but if I'm farther than six feet from another human while outdoors, I can choose not to wear one.

I spoke to Katie Keech, an Oakland-based therapist with experience working with complex trauma and dissociative disorders, to get a professional's opinion. She says it's not surprising that so many people have a strong aversion to wearing face masks.

"It's really common for people who have to wear CPAP masks [which don't restrict breathing like many cloth masks] to have panic attacks, anxiety attacks, and feel like they're in a claustrophobic space," she said. "I'm sure the cloth masks cause a very similar reaction."

If wearing a mask causes you anxiety, she suggests a few things to try to alleviate that feeling. Start by trying out different types of masks to see which you're most comfortable in and then wear one in your home for brief periods of time to get the feel of it on your face with the freedom of being able to take it off whenever you want.

"Try it for one minute, and if that's too much, try it for 30 seconds," Keech says. "Just keep trying until it feels safe and is a normal sensation you can at least tolerate."

==While anyone could feel anxiety from a mask, it can be especially bad for those with asthma or personal trauma that involves not being able to breathe. Anything that simulates that feeling can cause a panic attack, she says, to a point where some people simply might not be able to endure wearing a mask at all.==

In addition to practicing wearing a mask in the house, Keech also suggests trying to be more aware of your breath.

"When you start to get anxious, your breathing starts to get restricted. That can cause you to start breathing high and tight in your chest, which can trigger even more anxiety and panic," she says. "If that happens, try to focus your breathing on your stomach because that will make your anxiety levels go down, something that will be easier to do if you've practiced it before you're in public and feel trapped because you have to keep your mask on."

If it does get to the point of a full-blown mask-induced panic attack, but you need to keep it on, Keech says it can help to try to accept that the panic attack is happening. Trying to push it away tends to accelerate the feeling.

"It's a really hard thing to do, but if you know a panic attack only lasts a short amount of time, tell yourself that if you're still breathing, you're not dying and it's probably a panic attack," she says. "Count to 10. If you can get past that initial moment, it's easier to roll with it and not fight against it."

As for those who bristle, become enraged, or suffer anxiety of their own when they see people outside without masks, Keech says that reaction also makes sense. She has a hunch that feeling comes from a lack of control in so many areas of life right now.

This reasoning helps me find patience for people who scoff at others for not wearing masks in areas where they're not required. I realize their anger likely comes from a well-intentioned place.

Ultimately, Keech said, we can't control what others do (especially if it's perfectly legal), so worrying about those without masks outside can turn into needless suffering.

"Somebody might not be wearing a mask for a selfish reason, but someone might also not be wearing a mask for a good reason," Keech says. "If instead of expending all of this energy trying to control the people not wearing masks, you can focus on figuring out your own safety, it's going to be a lot less stressful and exhausting for your life overall."

As for me, I'll continue to do my best. I'll practice wearing a mask at home, hope it becomes more bearable and wear one when required. I'll take care of my mental health by getting outside as often as possible with a mask readily available in my pocket or around my neck to put on if I get near people. I'll try to remember that we all handle stress and

fear differently, that we are lucky to be alive and breathing air, and that if I see an orange mask, I should buy it because if I'm going to be dripping with sweat every time I go into a building, maybe people won't notice if my blue eyes really pop.

*Editor's note: If you or someone you know is struggling with mental health, contact a trained mental health professional for help. For serious circumstances of life-threatening depression, please contact the National Suicide Prevention Lifeline (800–273–8255).*

Plaintiffs' Exhibit 326

aier.org

# Masking: A Careful Review of the Evidence

*Paul Alexander*

67-85 minutes

---

1. AIER

   >>

2. Daily Economy



<mark>The question on whether to wear a face mask or not during the Covid-19 pandemic remains emotional and contentious.</mark> Why? This question about the utility of face coverings (which has taken on a talisman-like life) is now overwrought with steep politicization regardless of political affiliation (e.g. republican or liberal/democrat).

<mark>Importantly, the evidence just is and was not there to support mask use for asymptomatic people to stop viral spread during a pandemic. While the evidence may seem conflicted, the evidence (including the peer-reviewed evidence) actually does not support its use and leans heavily toward masks having no significant impact in stopping spread of the Covid virus.</mark>

<mark>In fact, it is not unreasonable at this time to conclude that surgical and cloth masks, used as they currently are, have absolutely no impact on controlling the transmission of Covid-19 virus, and current evidence implies that face masks can be actually harmful.</mark> All this to say and as so comprehensively documented by Dr. Roger W. Koops in a recent American Institute of Economic Research (AIER) publication, <mark>there is no clear scientific evidence</mark> that masks (surgical or cloth) work to mitigate risk to

the wearer or to those coming into contact with the wearer, as they are currently worn in everyday life and specifically as we refer to Covid-19.

We present the evidence in full below. We also state that should adequate evidence emerge that supports the effectiveness of surgical and cloth masks in this Covid pandemic (or any similar type masks), then we will change our position and conclude otherwise. Our focus is on face masks for Covid but we will touch gently on the issue of school closures and lockdowns, as these three issues remain the key public health policy catastrophes we have faced as global societies.

Back in August 2020, a survey by Pew indicated that 85% of Americans wore masks when in public all or most of the time. So, the public has been using masks extensively. We thus set the table in this review on the effectiveness of masking for Covid by asking, if these surgical and cloth masks are effective, why did incidence of the virus (or actual disease; and they're not the same thing) escalate so rapidly despite widespread use? Why is there no evidence across US States and global nations showing that when use is mandated (or not mandated given the general uptake of masking by the public), this contributes to reduced viral transmission? Is there any such evidence?

**Orofecal transmission?**

Understanding the transmission of this respiratory SARS-CoV-2 pathogen is also evolving given evidence of orofecal spread as having a potentially larger contributor role in non-respiratory transmission of Covid. As an example, a recent open-evidence review brief by Oxford researchers (Jefferson, Brassey, Heneghan) and its publication in CEBM, reveals the growing recognition that SARS-CoV-2 can infect and be shed from the gastrointestinal (GI) tract of humans. Orofecal spread demands urgent study and if orofecal spread is shown to be definitive and more consequential in Covid transmission, then this could impact mitigation strategies beyond those for respiratory transmission.

**Where do we begin on masks? How about infection fatality rate/IFR?**

Moreover, we are addressing here highly irrational, punitive, capricious, and groundless societal restrictions for a virus with an infection fatality rate (IFR), based on Stanford University John Ioannidis's calculations, of 0.05% in persons under 70 years old (across different global nations). Ioannidis's research was followed up recently by a reported non-institutionalized IFR in the state of Indiana (persons aged > 12 years) of 0.12% (95% CI 0.09 to 0.19) when age 40-59/60 years (reported in the Annals of Internal Medicine), and an IFR when < 40 years old of 0.01% (95% CI 0.01 to 0.02). Persons 60 or older had an IFR of 1.71% (overall IFR was 0.26%).

So why would we continue this way with these unsound and very punitive restrictive policies and for so long once the factual characteristics of this virus became evident and as alluded to above, we finally realized that its infection fatality rate (IFR) which is a more accurate and realistic reflection of mortality than CFR, was really no worse than annual influenza?

**How did we get here?**

How did we arrive at the confusion and misinformation surrounding mask use which is our focus, yet by extension, the crushing societal lockdowns and harmful school closures? There are serious harms and downsides due to these crushing restrictive policies and we understand that one would think reflexively if there is a pathogen, we should just lock and shut everything down and away. We understand this initial instinct.

However, there are benefits and risks to any action and the harms of these lockdowns and school closures far outweighed the benefits based on what has transpired. We even knew this soon after implementing lockdowns yet we continued catastrophic policies and are still continuing. How did we get here societally? How have our government bureaucratic leaders failed so disastrously?

We lay heavy blame on our government leaders but argue that the so-called 'medical experts' who are part of Covid Task Forces and guidance panels have been largely unscientific, illogical, and irrational in their guidance and statements.

Untethered from the reality of things. In many instances just flat out misleading and wrong! The incessant campaign by the media that has worked to drive fear and hysteria in the public is also partly to blame. There appears to be an unholy alliance between the government bureaucrats, the aforementioned 'medical experts,' and a willing print and digital media. A vast lot of what these experts say on Covid makes no sense anymore, at times unhinged and lacking of any credibility.

In such incredibly important  Covid-related input and guidance, these television medical experts and many government leaders have failed in profound and often unimaginable ways and we are left asking how they got things so very wrong. Is it that these medical experts do not read the science? Or maybe cannot understand the data or science? Which? They talk about following the science but seem blinded to it. They clearly don't follow the science else we would not be here. They seem to not understand the devastation they have visited upon the lives of so many.

We argue that the messaging by the media and medical experts initially suggested that all persons are of equal risk of severe illness from Covid infection. This is where it all went wrong and where societies were greatly deceived by those who should not have done that. We were never 'all' at equal risk. This was deeply flawed and has crippled the US and global nations since day one of this pandemic. This was and remains a flat-out falsehood (untrue) and it has driven irrational fear by the public. This clearly erroneous intimation has stuck in the minds of the public and severely impacted the public's perception of their risk and how they would move forward.

**School closure policy mirrors face mask policy?**

What did we know? Let's address masks by first looking at school closures as it bears mentioning about the disaster the flawed school closure policies directed by our government leaders have caused in our children's lives. The school closure catastrophe mirrors the masking catastrophe and similar unsound policies. We knew early on in 2020 for example, that the key risk group was elderly persons with medical conditions (though Covid gave way to age due to serious medical conditions or obesity based on existing data). But just look at the complete disaster experts have created with our children in terms of school closures.

Look at what is now known in <u>Ontario, Canada with the union</u> and fees paid to 'conflicted' medical experts to drive a school closure message. This is reckless and scandalous! In spite of extremely low transmission rates and very low likelihood of spreading Covid virus among children (or of becoming severely ill from Covid), they have gone on and destroyed a year of the school lives of children due to these nonsensical medical experts and hysterical media and this will carry a huge long-term loss to our children. Who is going to pay for this?

**What did CDC and NIH know about risk to children and when did they know it?**

Did we have any data or science? Of course we did. <u>Quality research</u> "in the leading journal *Nature* estimated the Covid-19 survival rate to be approximately 99.995% in children and teens." We knew

this very early on but that did not stop public health agencies and experts from deceiving or failing to inform about the true risk. A recent publication by CDC reported that among in excess of 90,000 students and staff in 11 North Carolina school districts, they found that in-school virus transmission was "very rare." A similar finding emerged in 17 rural Wisconsin schools.

*The Atlantic's* Derek Thompson wrote in January 2021 that "We've known for months that young children are less susceptible to serious infection and less likely to transmit the coronavirus. Let's act like it." This piece by Thompson was driven by CDC 'coming' out in the last week for school reopenings when the data was clear for a very long time that the risk was very low, if at all. Then we are, as is Thompson in his piece, provoked to ask, why did the media, our bureaucratic government leaders, and the medical experts seemingly collude to damage our children with their baseless school closures? Why did they deceive the public for so long? Catastrophic long-term losses for our children's educational but importantly, their social and emotional/psychological development has accumulated. We know that suicides among children have been escalating. Parents are struggling with the pandemic and homeschooling and children are failing out. This type of unfounded fear has been driven by the media "despite a thousandfold difference in risk between old and young." They always knew this but continued a bold-faced lie! As a result, this has underpinned an atmosphere of gross distrust of our government officials and medical experts.

And the CDC is now in January/February 2021 racing to any open podium and microphone it can find to tell us it's time to reopen schools and it can be done safely. Yet this is not new data the CDC is stumbling upon for the first time. No, they have always known this. The CDC always knew it was safe to reopen schools for many many months now. They, like the rest of the globe, had the publicly available published pediatric-children data since mid-2020 which has been consistent and clear that there is very low risk to children and schools should not have been closed in the first place or kept closed. The data has been stable and clear just after the start of the pandemic that there is far less susceptibility for children, or severe illness for children, and very low risk of hospitalization or death for children when it comes to Covid.

Why this substantially reduced risk? We are not yet entirely sure but preliminary research points to less expression of ACE2 receptor proteins on the surface of the nasal epithelium in children (4-9 years old). This is well known globally for many, many months that children are at very low risk of spreading infection to their classmates, to their adults, teachers, or even taking it home. Secondary transmission evidence is nonexistent. Based on a high-quality McMaster University review, researchers found that "Transmission was traced back to community and home settings or adults, rather than among children within daycares or schools, even in jurisdictions where schools remained open or have since reopened."

International research had been clear that there was no consistent relationship between in-person schooling for children and virus transmission. Any medical expert or agency implying otherwise that this is new science and 'we now understand the data' or 'the data is now available' is flat out duplicitous. But why has this happened to our children yet did not happen for seasonal influenza each year which is far more deadly than Covid for children? Or for H1N1 when it struck in 2009? Were decisions made based on evidence or other factors?

Who is at fault here? What was the reason for this very flawed policy? It surely is not based on science. Why has the CDC and other US health agencies such as the NIH been so slow to react to the known science (strong evidence from Norway, Ireland, Singapore, North Carolina etc.) and thus guide the optimal policy decisions based on this clear prior accumulated science (*Washington Post*

piece September 2020, _The Atlantic_, October 2020)? These health agencies had the evidence but continued advocating devastatingly flawed school closure policies that have damaged our children. Just look at the repeated sparring between Senator Rand Paul and Dr. Anthony Fauci whereby the senator has been ongoingly pilloried by the media for calling out Dr. Fauci who has routinely changed statements and been confusing on a range of issues and particularly on the issue of school closures. Dr. Fauci replied: "We don't know everything about this virus, and we really ought to be very careful, particularly when it comes to children." Surely Dr. Fauci was aware of the global Covid data as it related to risk in children.

While children drive seasonal influenza and do take influenza home, this is not the case with Covid. We knew this very early on. We do recognize that there is risk of infection and transmission but it is very negligible when it comes to children and Covid. We cannot say zero risk but we are talking about extremely low likelihood and we knew this very early on. Yet if you turned on the daily news you will not know this because the message being sent out on practically a 24/7 basis is one of doom and gloom for our children! Surely the media and medical experts know that what they state is factually incorrect based on the science. Our governments and unions have closed schools with irrational knee-jerk nonsensical, unscientific policies similar to lockdowns, that results in known (i.e. not theoretical) immeasurable harms to our children given the losses that accrue. Again, who is going to pay for the unnecessary devastation these seemingly oblivious, arrogant, and nonsensical medical experts caused?

The truth also is that many children – and particularly those less advantaged, our minority, our African-American, Latino, and South Asian children – get their main needs met at school, including nutrition, eye tests and glasses, and hearing tests. Importantly, schools often function as a strong protective system or watchguard for children who are sexually or physically abused and the visibility of it declines with school closures.

Due to the lockdowns and the lost jobs, adult parents are very angry and bitter, and the stress and pressure in the home escalates due to lost jobs/income and loss of independence and control over their lives as well as the dysfunctional remote schooling that they often cannot optimally help with. Some are tragically reacting by lashing out at each other and their children. There are even reports that children are being taken to the ER with parents stating that they think they may have killed their child who is unresponsive.

In fact, since the Covid lockdowns were initiated in Great Britain as an example, it has been reported that incidence of abusive head trauma in children has risen by _almost 1,500%_! Similar catastrophic head trauma in babies that is linked to the Covid pandemic has been reported in Canada! There has been a devastating trend in Ottawa, Canada hospitals with a rise in the number of little children and babies being seen with catastrophic head injuries during the second wave of  Covid-19. Covid-19 has cost lives and our government leaders and health agencies with television medical experts are partly to blame for their nonsensical and seemingly politicized decision-making that had no scientific basis. Look at what they have done!

Sadly, our children will bear the catastrophic consequences and not just educationally, of the deeply flawed school closure policy for decades to come (particularly our minority children who were least able to afford this). They have done this, the CDC, NIH etc. have cost children lives and done immeasurable damage to our children by increasingly recognized deeply destructive, and nonsensical policies.

These experts and agencies have known for a long time, certainly many, many months now (since

summer of 2020 and before) that children are at little if any risk of spreading the infection or taking it home. They knew that schools offer a sort of vanguard safety net protection in our society for children and that children are often way better off within the school setting.

Yet despite what the available science showed, they continued their school closure positions and policies and urgings, that emboldened the unions and teachers to react and behave as they currently are despite the overwhelming science. Why wouldn't teachers and unions be petrified out of their minds based on the consistently illogical and nonsensical information emerging from our government agencies and medical experts? Yet this misguided policy continues and with mask-use and other mandates. Are we to believe that all aspects of the pandemic's response i.e. lockdowns, masking, vaccine etc., are fraught with these policy irregularities and aberrancies that are devastating to the public? As an example, we have doctors presently trying to mainstream early outpatient treatment for Covid in high-risk patients using established safe, cheap, effective, and available drugs but getting pilloried by the nihilistic medical experts and establishment. Such early ambulatory sequenced and combination treatment is a potential option that may reduce hospitalization and death.

**Questions on masking mirrors questions on social distancing?**

Specifically, from what sources did the CDC rely upon to designate that a distance of 6 feet between individuals is needed to mitigate Covid viral spread? And why, for example, do Europeans from various countries only have to stand about 1 meter apart (approximately 3 feet)? Do they know something that we don't? Or were both values arrived at arbitrarily? Were these recommendations based on evidence or were they set arbitrarily? If the latter, then why not 4 feet, 10 feet or 20 feet? Turns out "the World Health Organization recommends a distance of "at least one meter (3.3 feet)." China, France, Denmark and Hong Kong went with one meter. South Korea opted for 1.4 meters; Germany, Italy and Australia for 1.5 meters.

The CDC said 6 feet and we still don't know how they arrived at this distance and yet this pandemic has been active since at least February 2020. Unfortunately, then we can similarly at best only make unsound and disingenuous statements in favor of the use of masks but which are not backed with evidence or data. Yet the issues at hand are so serious given large societal implications and reorganization that it is difficult to reconcile with logic the absence of any such studies.

**Focusing on face masks**

With a focus on facial masks, where do we stand? Well, our position is based on the science. We contend that surgical and cloth masks are basically facial coverings that lack any scientific data to support their use. And that they are largely cosmetic and function more to give the user a sense of confidence and security as it pertains to the Covid pandemic. We are basing this on an examination of the totality of the evidence to date presented below. Except for the N95 masks (typically for hospital and high-risk settings and usually accompanied by gowns, gloves and other PPE) and only when properly fitted to allow for an optimal seal to the face, and only when changed often, is there effectiveness in mitigating respiratory virus spread.

And in relation to this, such protection is generally required only when clinicians treat highly infectious patients and under isolation conditions! Effectiveness also depends on a filter that could effectively deal with virus-sized particles. The Covid-19 virus is 120 nanometers in size while the filtration potential of a N95 mask is 150-300 nanometers. We also suggest that such fitting would actually be needed as a person places a fresh mask on their face, in order to retain functionality of the N95 respirator. Perhaps, it is important to note that the "N95" terminology means that the mask filters 95%

of the particulate material. Moreover, prolonged use of fitted N95 type masks (particulate filtering facepiece respirators) are uncomfortable, and can potentially cause harm.

In light of the above we hold that most of the populace would favor the use of the typical surgical 'blue' masks (or worse; cloth masks or home-made cloth masks) and even considering the fit issues discussed here regarding N95 masks, they cannot provide similar protection (from being infected or passing on infection) as might N95s.

There is simply no defensible rationale to treat this pandemic other than using an age and risk-targeted approach and fostering optimal hand washing hygiene. The vastly rational and sensible way is to target high-risk people (i.e. those at risk of developing severe disease and/or dying) and allow everyone else to get on with their lives. We ensure hospitals are well prepared (we hope) and we have had one year to do this as outlined by our governments when they asked us to help 'bend the curve,' and we simultaneously triple down on protecting the high-risk persons.

With this in place, we strive to safely and with sensible precautions, reopen society and schools in full. It is as simple as that, and on top of this, we have strong evidence of the use early on of repurposed existing, safe, cheap, and effective therapeutics in higher-risk Covid positive persons in private homes or nursing home settings who are showing initial symptoms. When used early in the outpatient setting, these drugs (sequenced combined antivirals, corticosteroids, and anti-thrombotic anti-clotting drugs) can help reduce isolation, mitigate transmission, and cut hospitalization and death significantly.

The implications of the policies like restrictions and masking are far-reaching and such policies must be based on evidence. The current policies cause crushing harms to our societies and cannot be based on the notion of stopping Covid at all costs. Stopping Covid at all costs without factoring in the implication societally is a completely illogical, irrational, damaging, and unattainable goal.

**Asymptomatic spread and masks?**

Before proceeding to the key evidence on the effectiveness (or not) of face coverings (masks), we wish to highlight research that is highly applicable. This surrounds recently emerging evidence that Covid-19 spread is so exceedingly rare in asymptomatic persons as to have virtually no impact in the grand scheme. Given that there are very strong data to support this contention, then we state at the outset that universal masking has no merit and cannot be supported by reliable data or research.

In an article published in _Nature Communications_ (November 2020) that studied 10 million eligible persons, it was demonstrated that asymptomatic spread was not merely rare but in fact, does not appear to happen at all! Not one instance was found in the study whereby researchers reported that there were positive tests emerging even amongst close contacts of asymptomatic cases in this sample of 10 million. Why would we even consider then the need for universal masking when there is evidence like this of limited asymptomatic spread?

We also point out (and we also recognize and appreciate that this argument is far from being one based on strong evidence _per_ se) that if ten's of studies or more are required to prove, one way or another, whether a procedure is effective or not (and to therefore lead to changes in standard of care), and there are still no reliable data, the effects are either minimal or nonexistent. Hence it can be reasoned that there is no meaningful effect in the first place; such an argument can be used for the masking dilemma.

All this is to say that there is and was no scientific justification to mandate or call for 'voluntary'

==masking of healthy people.== None! And we also suggest that this straightforward reasoning can be applied to most of the other 'mitigation' efforts being implemented to date; specifically societal lockdowns, and school closures. In fact, we can find no definitive research-based evidence to support masking, societal lockdowns, or school closures at the time of writing this piece. We continue to argue that ==most of this has been arbitrarily construed by the government leaders and their medical experts.==

These policies are not merely misguided, but they are also not without serious and adverse consequences; they have caused crushing harms and have been very injurious at a personal and societal level. Restrictive policies have not been thought through as to the implications at large! The benefits have not been assessed or considered alongside the potential (and documented) harms and this is a catastrophic omission from the perspective of sound public health policy and principles. In short, the bureaucracy has provided us with confused and often contradictory policy supported by a lack of clarity, sheer assumptions, and nonsense in general, and in this case, in relation to universal masking. Our leadership and 'experts' have failed to recognize the crushing harms that result from their arbitrary and even worse, capricious policies that lack any reliable evidentiary support!

It might also be expected that in light of the apparent groundbreaking seminal research to which we alluded above, this would not only be covered widely by the mainstream media and of course our experts but that this would clarify and help settle issues pertaining to asymptomatic spread, lockdowns in general, school closures, and of course in this case, masking. Amazingly though, there has been no acknowledgement of this work. And yet such findings that could bear on evidence-informed decision-making were ignored entirely.

**Double masking?**

Moreover, Dr. Anthony Fauci of the NIAID is now supporting (or at the least not discouraging) the call for the use of double masks! To paraphrase him, it makes 'common sense' to wear two masks instead of one. Yet this flies in the face of the extant data ==showing that the use of single masks has not provided any protection insofar as progress of the pandemic is concerned (in fact just the opposite… in virtually every jurisdiction in which mask wearing was mandated, there were very large increases in the rates of infection or at least PCR positivity to be more accurate).== Despite this Dr. Fauci has responded by raising the double-mask approach, stating that "it likely does" work in relation to offering more protection.

What happened to "following the science" and the need for randomized controlled trials on the use of double masks? It seems that we follow the science only when it supports preconceived notions or goals. What was stated on double masking was utter nonsense. Dr. Fauci likely did not read the marine recruit CHARM NEJM study whereby the recruits consistently wore double layered masks yet there was still spread in the most heavily, monitored for compliance, and restricted to military environments.

Did Dr. Fauci also consider the possibility that with double masks, wearers will likely experience more difficulty in simply breathing comfortably? And what would be the consequences for those with pulmonary diseases, upper respiratory infections, others with difficulty breathing without a mask, and most importantly for children? ==Wearing a mask, let alone two, potentially simulates COPD/chronic obstructive pulmonary disease, akin to what smokers commonly get. Masks can make it difficult for one to breathe out, especially during stressful situations.== We cannot say here because we don't know, absent scientific data, but neither does Dr. Fauci. At worst the advice regarding the use of double masking (why not triple or even four or five masks?) is arbitrary and has no scientific basis. Then why

put it out there? This reflects a dissonance to anything that disrupts the set narrative that at this stage of the pandemic happens to be more political in our view than scientific or evidence-based. To add to the confusion, Dr. Fauci followed this up by stating when questioned about this statement by the media, that there is no data to show that double masks work. So, what then is the public to believe? We cannot claim to think for Dr. Fauci and similar medical experts, but why do medical experts with a podium consistently in this Covid pandemic lend so much misinformation and confusion to the public? They consistently make statements with no data or evidence to back it up. They cause great confusion and distrust by this.

**Mask mandates?**

As noted above, the data show that Dr. Fauci's confusing about-faces concerning advice as to management of the pandemic issues, including on masking, was perhaps arbitrary at best. As regards to masking, it is simply impossible to understand ongoing recommendations for this when we know that there are multiple US States where it can be shown clearly that *after* implementing mask mandates (indoor and outdoor), the number of cases went up! We are not suggesting that the addition of mask mandates in any way caused case numbers to soar, but clearly they had no positive or beneficial effects either. There are 37 US states including but not limited to California, Texas, Hawaii, Maine, Delaware, Florida, Oregon, and Pennsylvania that currently mandate face coverings in public. Outside of the USA, there are also global data showing that when mask mandates were implemented in Austria, Germany, France, Spain, UK, Belgium, Italy, to name only a few, case numbers went up, not down.

Moreover, the EPOCH Times reported that "in states (US) with a mandate in effect, there were 9,605,256 confirmed Covid-19 cases, which works out to an average of 27 cases per 100,000 people per day. When states didn't have a statewide order—including states that never had mandates, coupled with the period of time masking states didn't have the mandate in place—there were 5,781,716 cases, averaging 17 cases per 100,000 people per day; a notable reduction as compared to the number of cases observed during mask mandates! States with mandates in place produced an average of 10 more reported infections per 100,000 people per day than states without mandates." The blind acceptance of the current unsupported dogma that has become so entrenched that if cases do go up, the experts wedded to the universal use of masks claim that this is good news such that the masking prevented even more cases from occurring; this is truly incredible.

The reality is that there is significant evidence that masks are not effective for controlling a pandemic. To reiterate we agree, though, that within the context of a clinician treating an obviously infected patient (with any communicable disease), the use of masks is important but even then this must also be augmented by the use of other PPE (goggles, and even hazmat clothing with isolated oxygen supplies for example) and this simply cannot be compared to population wide use of masks The effects on populations are catastrophic and masks, perhaps unintentionally have constrained our ability to return to a semblance of normal life!

**What is the actual Evidence on Masking?**

What does the best overall body of evidence show at this time as to the effectiveness of masks? To answer this, we refer to a recent tantalizing piece by Jenin Younes published in the American Institute for Economic Research (AIER) that sets the table for making a strong argument against the effectiveness of masks and also raises very troubling questions. Given what is available, we must also draw on data derived from the study of other respiratory viruses (e.g. influenza) in regard to the

use of masks to prevent spread of disease, and we also argue that this evidence is very pertinent to the virus (SARS CoV-2) associated with Covid-19 disease.

Overall, the available research on the use of masks to mitigate transmission of pathogens in a pandemic is of very poor methodological quality using largely indirect unadjusted evidence, and not the optimal clinical research that is needed. A major limitation is the use of the same evidence base by all reviews and thus arrival at similar findings. However, this low-quality evidence is what we have and is, we believe, still useful enough to guide and inform us.

At the same time, we do recognize the urgent need for well-designed clinical research in order to address as definitively as possible questions pertaining to the utility of face masks in curtailing or stopping spread of Covid-19 (and future similar respiratory 'pandemic' pathogens). In fact, we find it remarkable that researchers have not been commissioned to develop adequate studies on the use of face masks to prevent the spread of SARS CoV-2 by asymptomatic people. It's also noteworthy that there have also been no reliable studies that can demonstrate one way or the other whether social distancing truly can be used to impede viral spread, especially in asymptomatic people.

It appears that this issue is now fraught with politics and agendas promulgated by a wide array of medical experts on television and the media as opposed to being related to a reliable base of knowledge. We suggest that various populations are being hurt by this type of 'academic sloppiness,' which feeds into what we would call the reckless behavior of many experts and ill-informed media outlets who rely on these authorities. Conclusions around the use of masks during the Covid pandemic (and other actions that have been taken but are not addressed here in detail such as lockdowns and school closures) are often baseless and we submit that the research community has not studied the mask issue appropriately, principally because they are reticent and possibly even wary as to what the findings might reveal. After all, those who object to masking are often immediately labeled as 'deniers' and heretics.

The public remains confused by the messaging from senior medical experts across the US. This can be exemplified by comments made by Dr. Anthony Fauci early on in the pandemic (March 2020) as part of his Covid-19 Task Force role when he stated categorically that (para), "wearing a mask might make people feel a little bit better" but "it's not providing the perfect protection that people think it is." Then and now, he actually echoed the current scientific consensus and this was in line with the World Health Organization's guidance.

 However, as we know, the guidance coming from experts was still somewhat confusing at best and downright unscientific and flawed at worst.  Interestingly, this type of advice (also given by others including Canada's Chief Medical Officer, Dr. Theresa Tam), was changed (initially dismissive of mask use) under the notion that in fact the experts were intentionally saying these things so as to prevent runs on surgical masks that were in short supply at the time and needed by healthcare workers. We put forward the notion that this is not the case and that in fact at that time, the experts actually *were* relying on available data as alluded to above. All this is to say that such changes in advice provided by top medical experts only served to confuse a public desperately in need of honesty and optimal guidance.

In relation to the above we point out that the World Health Organization (WHO) stated that "the widespread use of masks by healthy people in the community setting is not yet supported by high quality or direct scientific evidence and there are potential benefits and harms to consider."

A strong argument against the use of masks in the current Covid-19 pandemic gained traction when a recent CDC case-control study reported that well over 80% of cases always or often wore masks.

This CDC study further called into question the utility of masks in the Covid-19 emergency.

A recent publication asserts that face masks become nonconsequential and do not work after 20 minutes due to saturation. "Those masks are only effective so long as they are dry," said Professor Yvonne Cossart the Department of Infectious Diseases at the University of Sydney." As soon as they become saturated with the moisture in your breath they stop doing their job and pass on the droplets." In a similar light, there are indications that wearing a mask that is already used is riskier that if one wore no mask.

Moreover, accumulating data and evidence *in toto* suggests a lack of evidence to support mask use (in adults or children) including any broad mask mandate. For example, the CDC in its examination of Nonpharmaceutical Measures (NPIs) for Pandemic Influenza in Nonhealthcare Settings, Oxford's CEBM, CIDRAP and policy questions unsound mask data, Klompas (NEJM) and universal masking, Jefferson et al., CDC 2, Brainard et al.'s research on preventing respiratory illness (Norwich School of Medicine), Marks's Covid-19 transmission clusters in Catalonia (*Lancet*), Spain, Jenin Younes's persuasive AIER piece on masking in the US, and research evidence by Hunter et al. regarding NPIs.

More specifically, research done by the CDC (May 2020) and published in *Emerging Infectious Diseases* (EID) examined personal protective measures and environmental hygiene measures for the effectiveness of such measures in reducing transmission of laboratory-confirmed influenza in the community. Researchers focused on disposable surgical or medical (typical blue coloured) face masks and identified 7 studies involving influenza and influenza-like illness (ILI) and reported that there was in fact no significant reduction in the transmission of influenza when face masks were used. Overall, the CDC reported that there is no significant effect of face masks in the transmission of laboratory-confirmed influenza and we hold that these findings could be extrapolated to SARS-CoV-2.

Researchers from the University of Oxford's Center for Evidence-Based Medicine (CEBM) examined the data regarding the effectiveness of the use of masks within the current highly charged backdrop of politics. They concluded that after nearly 20 years of preparedness for coming pandemics, the evidence on face mask use remains very conflicted. They examined evidence that revealed that "masks alone have no significant effect in interrupting the spread of ILI or influenza in the general population, nor in healthcare workers." They ask why had the correct applicable comparative effectiveness research not been conducted and we agree, that is, until the recent marine study (NEJM publication (CHARM study) and the Danish study published in the Annals of Internal Medicine which we describe. The Oxford researchers also speculate that there is likely and elevated rate of harm (infection) when using cloth face masks. They looked specifically at 6 RCTs in 2010 that examined face masks in respiratory viruses whereby 2 studies were in healthcare employees and 4 were in family and student groups. The trials for ILI showed very poor mask wearing compliance and seldom reported the harms that might be associated with the use of masks (harm evidence to be presented later in this discussion). Taken together though this fits with the premise outlined above where we state that if masking could be used to effectively prevent viral spread, there would have been clear evidence by now.

In 2013, the Canadian Agency for Drugs and Technologies in Health (an Agency specializing in Systematic Review/Meta-Analysis), stated: "No evidence was found on the effectiveness of wearing surgical face masks to protect staff from infectious material in the operating room, no evidence was found to support the use of surgical face masks to reduce the frequency of surgical site infections,

and guidelines recommend the use of surgical face masks by staff in the operating room to protect both operating room staff and patients (despite the lack of evidence)."

Similarly, Jefferson et al. studied physical interventions to interrupt or reduce the spread of respiratory viruses (updating a prior Cochrane review (2011) to include 15 RCTs (n=13,259 persons) exploring the impact of masks (14 trials) in healthcare workers, the general population and those in quarantine (1 trial)). When compared to non-masking, researchers found no significant reduction of ILI cases or influenza when masks were used in the general population and in healthcare workers. Somewhat surprisingly, there was also no difference between surgical masks and N95 respirators for ILI or for influenza.

However, this might comport with the fact that although N95 masks can be effective at filtering 95% of the particulate matter, the masks must be properly fitted. And in this regard, when an individual places a fresh mask on their face, there is no guarantee whatsoever that it will be placed in the precise location used when fit tests were done. This would mean therefore, that the filtering effectiveness of N95 masks can't really be predicted or guaranteed. The body of evidence was considered to be of 'low' quality based on included study limitation, even though these were RCTs, and they were plagued with serious methodological concerns.

Marks et al. reported on transmission clusters of Covid-19 in Catalonia, Spain (post-hoc analysis of data collected in the BCN PEP CoV-2 Study), looking at a cohort that was part of a RCT (314 patients with Covid-19, with 282 (90%) having at least one contact, 753 contacts in total, resulting in 282 clusters. Ninety (32%) of 282 clusters had at least one transmission event). Researchers reported no association of risk of transmission with mask usage by contacts.

The New England Journal of Medicine (NEJM) recently published an article on Covid-19 and masks which appeared to suggest that masks have become no more than a psychological crutch, and stated that "We know that wearing a mask outside health care facilities offers little, if any, protection from infection. Public health authorities define a significant exposure to Covid-19 as face-to-face contact within 6 feet with a patient with symptomatic Covid-19 that is sustained for at least a few minutes (and some say more than 10 minutes or even 30 minutes).

The chance of catching Covid-19 from a passing interaction in a public space is therefore minimal. In many cases, the desire for widespread masking is a reflexive reaction to anxiety over the pandemic." They also stated that "it is also clear that masks serve symbolic roles. Masks are not only tools, they are also talismans that may help increase health care workers' 'perceived' sense of safety, well-being, and trust in their hospitals. Although such reactions may not be strictly logical, we are all subject to fear and anxiety, especially during times of crisis. One might argue that fear and anxiety are better countered with data and education than with a marginally beneficial mask."

A recent WHO-sponsored systematic review and meta-analysis published in the *Lancet* included 39 nonrandomized observational studies (weaker study designs) that were not always adjusted fully for confounders and reported that face masks *could* be effective. These studies had small sample sizes with small event numbers, and were plagued with potential selection bias and residual confounding bias. The body of evidence was judged to be of low quality and was also open to the risk of recall, and measurement bias. The studies focused principally on mask use in households or contacts of cases that arose from investigations of the SARS and MERS epidemics (but with limited date for Covid-19 too). The researchers argued though that this indirect evidence can be regarded as the most direct information that would apply also to Covid-19.

Following publication in the *Lancet* of the WHO-sponsored review, researchers led by University of

Toronto epidemiology professor Peter Jueni, have now come forward asking *Lancet* to retract the study, citing numerous serious methodological flaws such as (but not limited to):

**i)** 7 studies being unpublished and non-peer-reviewed observational studies

**ii)** failure to consider the randomized evidence

**iii)** 25 included studies are about the SARS-1 virus or the MERS coronavirus, both of which have very different transmission characteristics than SARS-CoV-2: they were transmitted almost exclusively by severely ill hospitalized patients and there was no assessment of community transmission; a serious concern in regard to the issues being discussed in this document

**iv)** of the 4 studies relating to the SARS-CoV-2, 2 were misinterpreted by the authors of the *Lancet meta-study*, 1 is inconclusive, and 1 focused on the impact of using N95 (FFP2) respirators which is irrelevant insofar as community transmission, especially in regard to asymptomatic people and also did not address the use of medical grade or cloth masks

**v)** this review is being used to guide global face mask policy for the general population whereby one included study was judged to be misclassified (relating to masks in a hospital environment), one showed no benefit of face masks, and one is a poorly designed retrospective study about SARS-1 in Beijing based on telephone interviews. None of the studies refer to SARS-CoV-2.

Similarly, a recent study published in *PNAS* surrounding airborne transmission and face masks has also provoked substantial consternation and argued to be a politically motivated study more than a scientific one. It has led to over 40 leading scientists calling for its withdrawal due to it being very flawed because of the use of very suboptimal statistical analyses.

A review by the Norwich School of Medicine (preprint) studied the effectiveness of wearing face masks and examined 31 published studies of all research designs. They reported that ==“the evidence is not sufficiently strong to support widespread use of face masks as a protective measure against Covid-19.== However, there is enough evidence to support the use of face masks for short periods of time by particularly vulnerable individuals when in transient higher risk situations.”

A recent Danish Study published in the *Annals of Internal Medicine* sought to assess whether recommending surgical mask utilization outside of the home would help reduce the wearer's risks of acquiring SARS-CoV-2 infection in a setting where masks were uncommon and not among recommended public health measures. The sample included a total of 3,030 participants who were assigned randomly to wear masks, and 2,994 who were told to not wear masks (i.e. the control arm). The researchers reported that 4,862 persons completed the study. Infection with SARS-CoV-2 occurred in 42 participants who wore masks (1.8%) while 53 participants in the control group developed infection (2.1%). The between-group difference was −0.3 percentage point in favor of mask-use (95% CI, −1.2 to 0.4 percentage point; *p* = 0.38). Based on the analysis of the findings though, the authors concluded that there was no statistically or clinically significant impact of mask-use in regard to the rate of infection with SARS CoV-2.

Interestingly, these results emerged in a setting where social distancing and other public health measures were in effect, *except* for mask-wearing. In point of fact, the use of masks in this population was in general quite low. In any case, based on these findings it might be expected on the basis of this study alone that there would be serious doubt raised as to the need for the initiation and maintenance of mandatory use of masks in the public domain. Unfortunately, as of this date, this does not seem to be the case and is inexplicable quite frankly.

Additionally, with a focus on cloth face masks, recent reports suggest that they should never be used as a protective barrier as they offer no transmission protection (as PPE or as source control; see Tokyo report and BMJ study).

In the BMJ cluster randomized study, researchers sought to compare the efficacy of cloth masks to medical masks in hospital workers (in 14 Vietnamese hospitals utilizing 1,607 workers over 18 years of age). Wards were randomized so that in some, medical masks were worn while in other wards cloth masks were used. Another ward was assigned as a control group for 'usual practice' which included the use of masks on every shift for 4 consecutive weeks. The rates of all infection outcomes were highest in the cloth mask arm, with the rate of ILI significantly higher in the cloth mask arm (relative risk (RR)=13.00, 95% CI 1.69 to 100.07) compared with the medical mask arm. There were also significantly higher rates of ILI in the cloth mask group as compared with the control arm.

An analysis by mask use showed that ILI (RR=6.64, 95% CI 1.45 to 28.65) and laboratory-confirmed virus (RR=1.72, 95% CI 1.01 to 2.94) were significantly higher in the cloth mask group compared with the medical mask group. Researchers found that penetration of the cloth masks by particles was in the range of 97% (filtering out only 3% of viral particles) and for medical masks, it was still only 44%. This being the first RCT of cloth masks, the researchers cautioned against the use of cloth masks. There is extensive moisture retention and poor filtration with reuse which results in increased risk of infection, including by bacterial microorganisms. They concluded that cloth masks should not be recommended for healthcare workers, especially in high-risk settings.

The Norwegian Institute of Public Health (NIPH) conducted a recent rapid review to assess if individuals in the community without respiratory symptoms should wear face masks to reduce the spread of Covid-19. They proceeded on the assumption that 20% of 'infected' people are asymptomatic and that with a risk reduction of 40% when wearing masks, approximately 200,000 persons would need to wear a mask to prevent one new infection per week. Researchers concluded that based on the existing epidemic/pandemic in Norway, "wearing face masks to reduce the spread of Covid-19 is not recommended for individuals in the community without respiratory symptoms who are not in near contact with people who are known to be infected."

In a May 2020 communication report in Nature (Medicine), Leung et al. examined the importance of respiratory droplets as well as aerosol routes of spread with a specific focus on coronaviruses, influenza viruses, and rhinoviruses. They measured the quantity of respiratory virus in exhaled breath of participants with acute respiratory infections (ARIs) and determined the possible efficacy of surgical face masks to prevent respiratory virus transmission.

As part of the study, they screened 3,363 persons in two study phases, eventually enrolling 246 participants with ARI who provided exhaled breath samples, with 122 (50%) of the participants being randomized to either not wearing a face mask during the first exhaled breath collection or randomized to wearing a face mask (n=124 (50%)). Seasonal human coronaviruses, influenza viruses and rhinoviruses within exhaled breath and coughs of children as well as adults with ARI were identified. In this study, it was found that surgical face masks can significantly reduce detection of influenza virus RNA in respiratory droplets and coronavirus RNA in aerosols, and with a trend toward reduced detection of coronavirus RNA in respiratory droplets. Their results suggest that surgical masks can potentially reduce the release of influenza virus particles into the environment in respiratory droplets, but not in aerosols. And it must be emphasized that this study relied on people who had symptomatic disease, something vastly different from the issues under consideration here.

Perhaps one of the most seminal and rigorous studies (along with the Danish study published in the

<u>Annals of Internal Medicine</u>) emerged from a United States Marine Corps study performed in an isolated location; Parris Island. As reported in a recent <u>NEJM publication</u> (CHARM study), researchers studied SARS-CoV-2 transmission among Marine recruits during quarantine. Marine recruits at Parris Island (n=1,848 of 3,143 eligible recruits) who volunteered underwent a 2-week quarantine at home that was followed by a 2nd 2-week quarantine in a closed college campus setting.

As part of the study, participants wore masks and socially distanced while symptoms were monitored with daily checks of temperature. RT-PCR testing was used to assess the effectiveness of these strategies insofar as the presence or absence of SARS CoV-2 mRNA was concerned. Samples were obtained by the use of nasal swabs which were collected between arrival and the 2nd day of supervised quarantine and on days 7 and 14 (the 2nd quarantine used to mitigate infection among recruits). All recruits were required to have a negative RT-PCR result prior to entering Parris Island. It was found that within 2 days following arrival on the closed campus, 16 participants now tested positive for SARS-CoV-2 mRNA (15 being asymptomatic) and 35 more tested positive on day 7 or on day 14 (n=51 in total).

More specifically, of the 1,801 recruits who tested negative with PCR at study enrollment, 24 (1.3%) tested positive on day 7. On day 14, a total of 11 of 1,760 (0.6%) of the previously PCR-test negative participants tested positive; none of these participants were seropositive on day 0. As such, 35 participants who had had negative PCR test results within the first 2 days post arrival at the campus then became positive during the strict supervised quarantine. Of the 51 total participants who had at least one positive PCR test, 22 had positive tests on more than 1 day. Phylogenetic analysis was conducted whereby 6 independent monophyletic transmission clusters (independent viral strains) indicative of local transmission were uncovered during the supervised quarantine. The majority of clusters principally included members of the same platoon, and numerous infected recruits had an infected roommate.

The <u>authors reported</u> that about 2% who had earlier negative tests for SARS-CoV-2 at the beginning of strict supervised quarantine (we ask the reader to think; *military grade supervision*), and less than 2% of recruits who had unknown prior status, tested positive by day 14. Positive volunteers were mainly asymptomatic and transmission clusters occurred within platoons. The predominant finding was that despite the very strict and enforced quarantine (including 2 full weeks of supervised confinement and then forced social distancing and masking protocols), the rate of transmission was not reduced and in fact seemed to be higher than expected! Hence, ==we point out that not only was masking ineffective in preventing the spread of disease, but even *made things worse*. Despite quarantines, social distancing, and masking, in this cohort of mainly young male recruits, roughly 2% still went on to become infected and tested positive for SARS-CoV-2.== Sharing of rooms and platoon membership were reported risk factors for viral transmission.

As with the Danish investigation this study of Marine recruits who were kept under stringent military level supervision raises serious questions about the utility of quarantines, as it appears that not only do masks appear to be ineffective in preventing communal disease spread but also that quarantines do not work even when supervised for 2 weeks in a closed college. As we have <u>stated elsewhere</u>, it seems that quarantines are ineffective and that would also seem to include enforced social distancing! At the risk of repeating ourselves, all this is to say that in this study where compliance was monitored and enforced, and the conditions are favourable enough to support a rigorous study, so called 'mitigation' strategies just *do not work and cannot work amongst the general population.* ==This==

study stands as one of the higher-quality and more robust studies on the question of masking.

A 1981 British publication by Dr. Neil Orr reported on a trial in patients in a 40-bed surgical ward that focused on cholecystectomies, gastrectomies, thyroidectomies, bowel resections, prostatectomies, herniorrhaphies as well as cystoscopies, bronchoscopies, and gastroscopies. The analysis looked at throughput, wounds, and infection rates during a 6-month period (March-August) each year from 1976 to 1980. Remarkably it was concluded that the effectiveness of a mask in reducing contamination varied with the mask's shape, the materials of which the masks were made, and the way the masks were worn. Importantly, it was shown that wearing a mask did not reduce incidents of contamination in the theatre. In fact, results suggested the opposite in that wearing no mask correlated with the greatest reductions in contamination (also associated with performing the operations under conditions of silence... no speaking by the staff during any of the procedures).

A publication in Annals of Internal Medicine by Bae et al. "Effectiveness of Surgical and Cotton Masks in Blocking SARS-CoV-2" was retracted on a request by the ACP journal. We are thus unable to comment on the findings.

Based on the foregoing evidence cited above, we find no conclusive evidence to support the use of masks for Covid-19 (except N-95 type masks in a hospital setting and when appropriately fitted and utilized). In fact, masking appears to carry substantial risks to the user. And we reiterate that our conclusions are not based on the absence of evidence for ineffectiveness alone, *but actual evidence of ineffectiveness.*

And we reiterate that our conclusions are not based on the absence of evidence for ineffectiveness alone, *but actual evidence of ineffectiveness.*

Possibly the one study that could only be construed as pseudo-science, is based on a recent MMWR by the CDC on the use of double masks, this even after Dr. Anthony Fauci backtracked and said there is no evidence that this is effective. This is why this study was left for last in our review. Along comes the CDC with a study on maximizing fit for cloth and medical procedure masks by placing a cloth mask over a surgical mask and knotting the ear loops of a medical procedure mask and then tucking in and flattening the extra material close to the face. A pliable elastomeric head form was used to simulate a person under various conditions e.g. coughing etc. CDC reported that "the unknotted medical procedure mask alone blocked 42.0% of the particles from a simulated cough (standard deviation [SD] = 6.70), and the cloth mask alone blocked 44.3% (SD = 14.0). The combination of the cloth mask covering the medical procedure mask (double mask) blocked 92.5% of the cough particles (SD = 1.9)".

Incredulously, CDC then went on to declare that "the findings of these simulations should neither be generalized to the effectiveness of all medical procedure masks or cloths masks nor interpreted as being representative of the effectiveness of these masks when worn in real-world settings" and findings are not to be extrapolated to children "because of their smaller size or to men with beards and other facial hair, which interfere with fit". In addition, CDC stated "although use of double masking or knotting and tucking are two of many options that can optimize fit and enhance mask performance for source control and for wearer protection, double masking might impede breathing or obstruct peripheral vision for some wearers, and knotting and tucking can change the shape of the mask such that it no longer covers fully both the nose and the mouth of persons with larger faces". We are then left to ask, what was the purpose of this publication if it cannot be generalized to real-world settings and may impact breathing? Incidentally, in the SARS-CoV-2 Transmission among Marine Recruits during Quarantine (CHARM) study on Parris Island, the military recruits used double-layered masks

and findings were that masks and social distancing did not stop spread of COVID infection.

**What about possible harms from wearing masks?**

But what about harms from mask use? The information that is accumulating involves mask wearers within a Covid-19 environment and raises many concerns especially regarding psychological damage and especially to infants and children, with potential catastrophic impacts on the cognitive development of children. This is even more critical in relation to children with special needs or who are on the autism spectrum who need to be able to recognize facial expressions as part of their ongoing development. The accumulating evidence also suggests that prolonged mask use in children or adults can cause harms:

**i)** difficulty with breathing

**ii)** inhalation of toxic substances such as microplastics and chlorine compounds located in the masks (these are potentially serious risks)

**iii)** $CO_2$ intoxication

**iv)** sudden cardiac arrest seen in children

**v)** a reduction in blood oxygenation (hypoxia) or an elevation in blood CO2 (hypercapnia)

**vi)** psychological damage

**vii)** (N95 masks) a reduction in the PaO2 level, increases in respiratory rate, and increases the occurrence of chest discomfort and respiratory distress with prolonged use

**viii)** dizziness and light-headedness, headaches especially among healthcare workers

**ix)** bacterial and mould buildup in children's masks that can then be inhaled

**x)** anxiety and sleep problems, behavioral disorders and fear of contamination in children

**xi)** deoxygenation during surgery

**xii)** potentially life-threatening damage to the lungs (e.g. Stanford engineers report that masks can make it much more difficult to breathe, estimating that N95 masks as an example, reduce oxygen intake from 5% to 20% and if worn for a prolonged period)

**xiii)** as reported by Koops, facial skin infections, nose/throat and sinus infections, a change in breathing patterns.

**Predominant finding?**

The predominant conclusion is that face masks have a very important role in places such as hospitals, but there exists very little evidence of widespread benefit for members of the public (adults or children) as well as evidence that masking is truly an ineffectual way to manage pandemic-related spread of viral disease. As Kolstoe stated, it has become less about the science and more about politics and a symbol of solidarity.

Our view is that masks as they are worn now, and the masks that are in use, offer zero protection. They can be viewed as ineffective while others consider them as being better than nothing but without evidence to support that view. Masks are not sealed properly to the face and do not effectively stop *virion* penetration. We state emphatically that public health policy, or any policy for that matter, must be undergirded by sound data and evidence. As we have said, the reality is that widespread use of

==masks is *not* supported by science and in fact just the opposite.== This mask hysteria is driving unnecessary fear in the population and must end. Those who deliver statements relentlessly on the use of masks are doing so without the luxury of any credible evidence to support those views. They speak on assumption or speculation and this is *not* science! However, it is important to understand that as we await definitive research, given the situation and the desire to prevent spread to higher-risk persons (e.g. elderly), when consistent social distancing is not possible (our previous concerns about distancing notwithstanding), and out of an abundance of caution, face coverings among symptomatic individuals *might reduce the spread* of droplets with SARS-CoV-2 infection to others.

This must also be considered when a setting is experiencing elevated transmission rates. Moreover, this is sensible to the degree that it does not support generalized mask wearing by the entire population! We urge always common-sense reasonable precautions to be taken and on an individual basis, as the case may be, with an age and hazard targeted approach to reducing risk, always endeavoring to do our utmost in order to protect the high-risk persons among us.

It is very sensible that one would use a face mask when visiting an elderly person who is high-risk or even if the setting is controlled such as a healthcare setting in a nursing home. This makes complete sense (even though again, we know that evidence does not support this notion)! It is reasonable to be cautious, even in the light of limited or nonexistent evidence (especially strong peer-review evidence) of effectiveness and the increasing information suggesting that there's now evidence of harms related to mask (over)use. Situation-by-situation decisions can be made that depend on the risk at hand. The full context must be considered but if you are adequately socially distanced, there is no reason to wear a mask. There is no evidence for this. Though we would also contend that one should wear a mask if that is what is expected but adhere to meticulous hand hygiene and socially isolate if ill.

Danish reporting of a higher-quality mask study on Covid and masks that was actually rejected or sidelined by top journals including *Lancet, New England Journal of Medicine*, and the American Association's *JAMA* is alarming if true and suggests a pattern of politicization of research and of the medical community, journal editors and the peer-reviewers.  We look forward to its future publication.

**Conclusion**

In closing, perhaps Yinon Weiss, who is a U.S. military veteran, and who holds a degree in bioengineering from U.C. Berkeley, captures our current face mask calamity by reminding us how masks constrain our return to a more normal life. As outlandish as this might seem could this be the aim of those using the pandemic for the purpose of advancing various political ideologies? ==Masking drives fear in the population and a perennial sense of 'illness' that is crippling.== As stated eloquently by ==Weiss,== =="Our universal use of unscientific face coverings is therefore closer to medieval superstition than it is to science, but many powerful institutions have too much political capital invested in the mask narrative at this point, so the dogma is perpetuated."==

Our paper sought to examine the complete and most updated mask-related scientific evidence, along with anecdotal data and reports. Our current belief remains that asymptomatic individuals do not drive the pandemic and that the time-tested method of Ignaz Philipp Semmelweis of washing hands remains the best-established mechanism of limiting most microbial infections. People with symptomatic disease should not go into work! Unfortunately, since the economic downturn around 2008, the incidence of 'presenteeism' has increased due to the fear of losing one's job if one does not show up to work, even if ill. This behaviour has to be taken very seriously and must be stopped.

We also agree with the words of Klompas in the NEJM publication: "What is clear, however, is that

universal masking alone is not a panacea. A mask will not protect providers caring for a patient with active Covid-19 if it's not accompanied by meticulous hand hygiene, eye protection, gloves, and a gown. A mask alone will not prevent health care workers with early Covid-19 from contaminating their hands and spreading the virus to patients and colleagues. **Focusing on universal masking alone may, paradoxically, lead to more transmission of Covid-19 if it diverts attention from implementing more fundamental infection-control measures."**

In sum, when we look at the science, there is emerging and troubling evidence of harms from mask use in the absence of any benefits. This is also related to things as mundane as simple incorrect use of masking, as well as the development of complacency that emerges due to mask use and thus the relaxation of other mitigation steps, as well as mask contamination.

We also cannot discount the possible harms on our immune systems and general health from such constant and prolonged use of masks, given we have never done this before. We are in uncharted territory and especially so with the possible implications for our children. Their immune systems are still being developed and we are forcing lockdowns, school closures, and masking on a developing child and we have no prior experience on the subsequent outcomes pertaining to children's development, health, and well-being.

Most discomforting is that those government bureaucrats in charge and particularly the 'medical experts' continue to fail to admit they were exceptionally incorrect with regard to most of what they have stated in terms of pandemic policies and response related to the Covid pandemic. They have harmed the very societies they are supposed to help protect. They have failed to look at the evidence or follow it, and continue to operate in an arbitrary nonscientific, nonevidence informed manner. They 'attack,' with the assistance of the mass media, those of us who question their policies and actions despite the disastrous outcomes of those public health policies. Indeed, we are often blamed for the failures (called 'deniers' or 'heretics') and crushing harms of all of their policies when it has actually been their specious, illogical, and unsound actions and recommendations that deserve public outcry.

**Suggested points to consider**

In line with Koops and as published in the journal of the AIER, we embrace and suggest the following in terms of mask use for this Covid pandemic (based on individual decision-making):

i) Persons who have been infected and experienced Covid, are not required to wear any facial coverings

**ii)** No facial covering/masking is needed when in ventilated, open air surroundings; the risk for becoming infected with SARS CoV-2 is extremely small to non-existent

**iii.)** Facial coverings/masks are potentially of use when in close proximity to a high-risk person, e.g. elderly or if you are in a health care setting e.g. hospital or nursing home, long-term care facility, assisted-living facility, care home etc. This will also limit the spread of bacteria etc. to high-risk persons but again it must be stressed that this pertains most specifically to those visitors who have active symptomatic disease as opposed to those who are entirely asymptomatic

**iv.)** Children are at very low risk of acquiring SARS-CoVC-2 virus, or getting severely ill from infection; they are at also very low risk of spreading to other children, or to adults, and their teachers etc. Children should not be masked under any condition and only in instances when they are high-risk (immunocompromised), have contributory medical conditions.

**v)** Children must be allowed to interface with their natural environments (environments in general) so

that their immune systems remain constantly taxed and 'tuned up' and is   optimal for immune system development as well as their cognitive development, particularly in children with special needs such as autism

**vi)** People who are "post-convalescent" Covid should not wear masks. People with Covid-19, if they must be in the presence of others, should wear masks, although only minorly helpful at best.

**vii)** We implore that all government leaders and so-called medical experts include risk-benefit analyses each and any time they seek to advocate for or implement societal policies. We must have evidence of the benefits as well as harms and examine the trade-offs and most importantly, consider the implications to the public. If the policy is destructive, you end it!

**Contributing Authors**

- **Paul E Alexander MSc PhD**, McMaster University and GUIDE Research Methods Group, Hamilton, Ontario, Canada elias98_99@yahoo.com

- **Howard C. Tenenbaum DDS, Dip. Perio., PhD**, FRCD(C) Centre for Advanced Dental Research and Care, Mount Sinai Hospital, and Faculties of Medicine and Dentistry, University of Toronto, Toronto, ON, Canada

- **Ramin Oskoui, MD**, CEO, Foxhall Cardiology, PC, Washington, DC  oskouimd@gmail.com

- **Harvey A. Risch, MD, PhD**, Yale School of Public Health, New Haven, CT USA harvey.risch@yale.edu

- **Peter A. McCullough, MD, MPH**, Baylor University Medical Center, Baylor Heart and Vascular Institute, Baylor Jack and Jane Hamilton Heart and Vascular Hospital, Dallas, TX, USA peteramccullough@gmail.com

- **Nicholas E. Alexander**

Paul E. Alexander

Paul E. Alexander received his bachelor's degree in epidemiology from McMaster University in Hamilton, Ontario, a master's degree from Oxford University, and a PhD from McMaster University's Department of Health Research Methods, Evidence, and Impact.

Get notified of new articles from Paul E. Alexander and AIER.

Plaintiff's Exhibit 327

city-journal.org

# Masking Children Is Unnecessary—and Harmful | City Journal

*John Tierney*

10-13 minutes



eye on the news

## Much to Forgive

Adults have failed children in foisting unnecessary, harmful Covid-19 restrictions on them.

April 20, 2021

Covid-19

Education

The Social Order

"There can be no keener revelation of a society's soul," Nelson Mandela famously said, "than the way in which it treats its children." By that standard, ==our society now has the soul of an abusive parent.== The pandemic has turned American adults, or at least the ones who make the rules, into selfish neurotics who have been punishing innocent children for over

a year—and still can't restrain themselves.

When the pandemic began, the lack of knowledge about Covid-19 justified this behavior. That excuse has vanished. It became clear long ago that the virus is less dangerous to children than the flu, and that keeping schools open poses minimal risk of spreading infections. Yet despite this evidence—and despite the widespread availability of vaccines to teachers and other adults—many schools have yet to reopen full-time, and others are still making students as miserable as possible.

Schools have canceled many sports and other extracurricular activities, isolated students in Plexiglas cells, and forced them to wear masks in classrooms and on playgrounds. Social distancing and masks hinder learning while harming children emotionally, socially, and physically, all for no purpose other than providing false comfort to adults who ought to know better.

The rationale for forcing anyone to wear a mask is questionable, as my colleague Connor Harris has meticulously demonstrated. Wearing masks might provide some protection for some high-risk adults in crowded indoor settings, but the evidence is mixed, and masks can be not just uncomfortable but harmful. Some adults may judge the trade-offs worthwhile for themselves, but for children it's all pain and no gain.

The mask mandates are especially cruel to young children. Adults are supposed to ease their fears, to reassure them that monsters aren't hiding under the bed. Instead, we're frightening them into believing they're being stalked by invisible menaces lurking in the air. A year of mask-wearing will scar some of them psychologically—and maybe physically, too, according to a team of Italian professors of plastic surgery, who warn that the prolonged pressure from the elastic straps could leave young children with permanently protruding ears. By hiding teachers' lips and muffling their speech, mask-wearing makes it harder for young children to develop linguistic skills and prevents children with hearing impairments from lip reading. Unable to rely on facial cues, teachers and students of all ages are more likely to misinterpret one other, a particularly acute problem for children on the autism spectrum. How are children supposed to develop social skills when they can't see one another's faces, sit together, or play together?

Researchers from the University of Witten/Herdecke in Germany have catalogued other problems. They established an online registry for parents to report on the side effects of mask-wearing. Among the nearly 18,000 parents who chose to respond (not a random sample, obviously), more than half reported that the masks were giving their children headaches and making it difficult for them to concentrate. More than one-third cited other side effects: increased reluctance to go to school, unhappiness, malaise, impaired learning, drowsiness, and fatigue. After considering those reports as well as testimony from other researchers, a court in Weimar, Germany, recently ruled in favor of a parent

arguing that her children's basic rights were being violated by the mandates for masks and social distancing at her children's two schools. The court ordered the schools to end the mandates, declaring that they damaged the "mental, physical and spiritual well-being" of students while failing to offer "any discernible benefit for the children themselves or for third parties."

Masks can be breeding grounds for infections from bacteria, mold and fungi, which is why the Centers for Disease Control recommends that a cloth mask should be washed with soap and water "whenever it gets dirty or at least daily." The CDC also advises washing your hands any time you take off the mask, and then washing your hands again after you put it back on. Pretending that children (or adults, for that matter) are dutifully taking all these precautions is absurd, yet the CDC nonetheless recommends that everyone older than two should wear masks both indoors and outdoors.

The CDC's policy placates the leaders of teachers' unions but flouts the guidance issued jointly by UNICEF and the World Health Organization: "Children aged 5 years and under should not be required to wear masks. This is based on the safety and overall interest of the child and the capacity to appropriately use a mask with minimal assistance." The groups also advise against masks for older children when physically active: "Children should not wear a mask when playing sports or doing physical activities, such as running, jumping or playing on the playground, so that it doesn't compromise their breathing." For children aged six to 11, masks are recommended in classrooms only if the school is in a locality with "widespread transmission," and then only after consulting with parents and weighing the potential impact on "learning and psychosocial development."

Since UNICEF and WHO issued that guidance in August, the evidence emerging from schools shows that masks and most other restrictions are unnecessary for children of any age. Swedish economists at the universities of Stockholm and Uppsala conducted the most rigorous and comprehensive study. During last spring's outbreak, Sweden in effect undertook a nationwide controlled experiment by switching its senior high schools to online instruction while keeping younger students in classrooms with few Covid restrictions. Class sizes for the younger students were not reduced, and students who had been in contact with an infected person were allowed to stay in school (instead of being quarantined at home, as the CDC in the United States recommends). Neither teachers nor students were encouraged to wear masks—in fact, health authorities discouraged the wearing of masks, and few Swedes of any age wore them last year.

None of the children who kept going to school died of Covid, and there was little effect on the adults in their lives. The Swedish researchers, who had access to the health records of the entire population, analyzed the rates of Covid infections and medical treatments among hundreds of thousands of teachers and parents. To minimize confounding

==highlight== variables, the economists compared two groups of parents with similarly aged children: those with ninth-graders who kept going to school and those with tenth-graders who stayed home. There was no difference in their risk of serious Covid disease. The parents whose children kept going to school were slightly more likely to test positive for Covid, but no more likely to be treated or hospitalized for it, than were the parents whose children stayed home. ==highlight==

The unmasked teachers in classrooms at the junior high schools were more likely to be hospitalized for Covid than were the online teachers, but the difference was hardly catastrophic: 0.09 percent, meaning there was less than one additional severe case for every 1,000 classroom teachers. That extra risk might warrant some precautions, such as excusing older teachers from classroom duties if they haven't been vaccinated, but it doesn't justify closing schools or forcing children to wear masks.

Workers in less crucial professions have been taking greater risks throughout the pandemic. Another team of Swedish researchers, led by Jonas F. Ludvigsson of the Karolinksa Institute, put the danger in perspective by comparing the occupations of people with severe cases of Covid during the outbreak in Sweden last spring. Among the country's roughly 100,000 schoolteachers, 20 received intensive-care treatment for Covid. Even after the researchers excluded health-care workers from the comparison, they found that teachers' risk of winding up in the ICU last spring was less than half the risk for the rest of the workforce.

Now that the pandemic has eased and so many people have developed immunity either from vaccination or infection, the risk to teachers in America and most other places is even lower. For the teachers who clamored to reach the front of the line for vaccines, the risk of teaching in a room of unmasked students is essentially nil. It's clear from the Swedish economists' study that the risk to the students' parents is also essentially nil. There is no excuse for closing any school, particularly now that we know the effect on learning: researchers have found that children studying remotely make little or no academic progress, and that the "learning loss" is most pronounced among those from disadvantaged homes. Yet teachers, parents, public-health officials, and journalists persist in ignoring these facts—and the lasting damage that their irrational fears are doing to the most vulnerable members of society.

So far, adult fearmongering has probably fooled most children into believing that school closures, social distancing, and masks are necessary precautions. But eventually, when the hysteria abets and the facts emerge, they will realize that their year of studying miserably served no more rational purpose than our ancestors' child sacrifices to the gods. As Oscar Wilde said, "Children begin by loving their parents; as they grow older they judge them; sometimes they forgive them." This generation will have much to forgive.

*John Tierney is a contributing editor of* City Journal*, a contributing science columnist for the* New York Times*, and coauthor of* The Power of Bad: How the Negativity Effect Rules Us and How We Can Rule It*.

**Photo: Imgorthand/iStock**

*City Journal* is a publication of the Manhattan Institute for Policy Research (MI), a leading free-market think tank. Are you interested in supporting the magazine? As a 501(c)(3) nonprofit, donations in support of MI and *City Journal* are fully tax-deductible as provided by law (EIN #13-2912529). DONATE



Up Next

Plaintiffs' Exhibit 328

aier.org

# Masking Children: Tragic, Unscientific, and Damaging

*Paul Alexander*

14-18 minutes                           3-10-21

1. [AIER](#)

   >>

2. [Daily Economy](#)



**Summary**: **Children do not readily acquire SARS-CoV-2 (very low risk), spread it to other children or teachers, or endanger parents or others at home. This is the settled science. In the rare cases where a child contracts Covid virus it is very unusual for the child to get severely ill or die. <mark>Masking can do positive harm to children – as it can to some adults.</mark> But the cost benefit analysis is entirely different for adults and children – particularly younger children. Whatever arguments there may be for consenting adults – children should not be required to wear masks to**

**prevent the spread of Covid-19. Of course, zero risk is not attainable – with or without masks, vaccines, therapeutics, distancing or anything else medicine may develop or government agencies may impose.**

How did this blue surgical mask and white cloth mask come to dominate our daily lives? Well, indeed, the surgical masks and white cloth (often homemade) masks have become the most contentious and quarrelsome symbol and reminder of our battle with SARS-CoV-2 and the disease it causes, Covid-19. The mask has become so politicized that it prevents rational consideration of the evidence (even across political lines) and drives levels of acrimony, invidious actions, disdain, and villainy among wearers to each other who feel threatened by the individual who will not or cannot wear a mask.

But how dangerous is this virus? Based on studies done by Professor John PA Ioannidis of Stanford University, we know that we are dealing with a virus that has an infection fatality rate (IFR) of 0.05 in persons 70 years old and under (range: 0.00% to 0.57% with a median of 0.05% across the different global locations; with a corrected median of 0.04%). This compares quite well to the IFR of most influenza viruses (and even lower), and yet the draconian and massive reactions to SARS- CoV-2 have never been employed during influenza season.

Given this knowledge it is more than perplexing as to why our governments, at the behest of their public health advisors, have accepted as a fait accompli what we refer to as a 'great deception' or lie, convincing us of inevitable and severe consequences if anyone is infected with SARS-CoV-2.

Yes, the public was lied to and deceived from day one by governments and their medical advisors and the media medical cabal with its incessant messaging that we were all at equal risk of severe illness or death if infected, young and old. They subverted science. This caused irrational fear and hysteria and it has held on. This type of deception and the resulting unfounded fear has been driven by the media despite "a thousandfold difference in risk between old and young."

We suggest that this has always been known, and yet this disinformation and related falsehoods were spread seemingly both willfully and knowingly by our leaders and the media. Such conflation of the risks between the young and the elderly population with comorbidities and at risk is wrong-headed and creates unnecessary fear for all. It is well known that there is a distinct stratified risk (strongly associated with increasing age and comorbidities).

Additionally, data now suggests (even though still nascent) that children not only have extremely low risk as mentioned above but also that they naturally have the capability of evading the SARS-CoV-2 virus due to the lack of the ACE-2 receptors in their nostrils. It escapes us as to why this deceit continues to be served to the public and has not been

stopped forthwith.

What does the evidence show? Well, evidence is accumulating about the potential harms of mask use (references 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23). For example, the CDC's own February 2021 double-mask study reported that masking may impede breathing – which can trigger a variety of other problems including acute anxiety attacks in susceptible individuals. These harms are even more likely to occur to children, particularly smaller children.

The scientific evidence in total also suggests masks (surgical and cloth masks) as currently used are ineffective in reducing transmission (references 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 17, 18, 19, 20, 21, 22, 23, 24, 25). Even if we tried to tease out 'minimal help' and say 'they may help a little,' these Covid-19 masks are largely ineffective. In many reports, conclusively so. As an example, a very recent publication stated that face masks become nonconsequential and do not function after 20 minutes due to saturation. "Those masks are only effective so long as they are dry," said Professor Yvonne Cossart of the Department of Infectious Diseases at the University of Sydney." As soon as they become saturated with the moisture in your breath, they stop doing their job and pass on the droplets." In a similar light, there are indications that wearing a mask that has already been used, which is very common, is riskier than if one wore no mask at all. The evidence on mask mandates is also clear in that they are ineffective and do not work (references 1, 2, 3, 4, 5, 6) to prevent the spread of respiratory viruses like SARS-CoV-2.

We don't have a wealth of scientific evidence on exactly when it is safe or not safe for children to be masked, but here's a good rule of thumb. If you wouldn't put a child in the front seat of your Prius without disabling the airbag – think twice before requiring an otherwise healthy child to wear a mask – or even forcing them to social distance in school.

On the dangers of masks generally, a recent mini-review reported "There are insufficient data to quantify all of the adverse effects that might reduce the acceptability, adherence and effectiveness of face masks."  We agree that the adequate primary type comparative effectiveness research is still not available but we do have strong anecdotal, reported, and real-world information as indicated above, along with some primary evidence, which we have judged appropriate to inform the discussion sufficiently.

During April to October 2020 in the US, emergency room visits linked to mental health problems (e.g. anxiety) for children aged 5-11 increased by nearly 25% and increased by 31% for those aged 12-17 years old as compared to the same period in 2019. During the month of June 2020, 25% of persons aged 18 to 24 in the US reported suicidal ideation. While some of this may be related to the pandemic, we suspect that it is largely a function

of our response to the pandemic.

One of the most starkly revealing and troubling observations come from Dr. Margarite Griesz-Brisson MD, PhD, who is one of Europe's leading neurologists and neurophysiologists focused on neurotoxicology, environmental medicine, neuro-regeneration and neuroplasticity. She has gone on record stating: "The rebreathing of our exhaled air will without a doubt create oxygen deficiency and a flooding of carbon dioxide. We know that the human brain is very sensitive to oxygen deprivation." There are neurons, for example in the hippocampus that cannot survive more than 3 minutes without an adequate supply of oxygen. Given that such cells are so sensitive to oxygen deprivation, their functionality must be affected by low oxygen levels.

Oxygen deprivation can cause metabolic changes and the metabolic changes that happen in neuronal cells are vitally important for cognitive functioning and brain plasticity and it is known that when drastic metabolic shifts occur in the brain, there are consequent changes of oxidative stress (cellular oxidative state) and these have a significant role in managing neuron functioning (we do not claim that masking would produce complete absence of oxygen of course).

The acute warning symptoms are headaches, drowsiness, dizziness, reduced ability to concentrate and reductions in cognitive function. Given that the development of neurodegenerative diseases can take years to develop, then what are the potentially deleterious effects of the use of masks, especially in children, when masks are used over the majority of their day? We and particularly parents, must consider this and weigh the benefits versus the harms. Are there benefits enough to warrant use relative to the potential harms? If the harms outweigh the benefits, then we cannot in good conscience advocate for mask use. Moreover, the continual and stressful impacts of masking (and school closures) will also have a known and deleterious impact on the immune systems in children (and adults).

Other medical harms relate to the notion that children and adolescents have an extremely active and adaptive immune system, a system that must be challenged in order to retain functionality. Yet by severely restricting children's activities because of lockdowns and masking (physical activity/fitness exercises are almost impossible whilst wearing a mask), we are probably hobbling their immune systems. Evidence indicates that regular physical activity and frequent exercise enhance immune competency and regulation.

A child unexposed to nature has little defense against a minor illness, which can become overwhelming due to the lack of a primed 'tuned-up' and 'taxed' immune system. A robust immune system shortens an illness as a consequence of the presence of preprogrammed anamnestic immunity. Preventing children from such interactions with nature and germs can and does lead to overwhelming infections and serious consequences to the health

and life of a child. We might be setting up our children for future disaster when they emerge from societal restrictions fully and with no masks, to then be at the mercy of normally benign opportunistic infections with a now weakened immune system. This cannot be disregarded as we consider the consequences of our actions today in this pandemic and the questionable lockdowns, school closures, and mask policies.

A German-wide registry (not the optimal highest-quality study) used by 20,353 parents who reported on data from almost 26,000 children, found that the "average wearing time of the mask was 270 minutes per day. Impairments caused by wearing the mask were reported by 68% of the parents. These included irritability (60%), headache (53%), difficulty concentrating (50%), less happiness (49%), reluctance to go to school/kindergarten (44%), malaise (42%) impaired learning (38%) and drowsiness or fatigue (37%)."

Concerns are being raised regarding psychological damage and why a mask is not 'just a mask.' There is tremendous psychological damage to infants and children, with potential catastrophic impacts on the cognitive development of children. This is even more critical in relation to children with special needs or those within the autism spectrum who need to be able to recognize facial expressions as part of their ongoing development. The accumulating evidence also suggests that prolonged mask use in children or adults can cause harms, so much so that Dr. Blaylock states "the bottom line is that [if] you are not sick, you should not wear a mask." Furthermore, Dr. Blaylock writes, "By wearing a mask, the exhaled viruses will not be able to escape and will concentrate in the nasal passages, enter the olfactory nerves and travel into the brain."

In sum, as mentioned, the optimal comparative research on harms has not sufficiently accumulated but what has been reported is sufficient to inform and guide us in our debate on the potential harms of mask use (surgical and cloth), especially in children. But we do have real-world evidence. While additional evidence will help clarify the extent of risk, the existing details are sobering enough and of tremendous utility as we consider the benefits versus the harms of mask use. Even the potential of minimal harm is enough to prevent justification of such use.

Remember, even Dr. Fauci told us in 2020 that masks are not needed and not effective as you may think it is (March 2020 with Jon LaPook, *60 Minutes*). Para 'no need to walk around with one.' Dr. Fauci was indeed telling you the science then, and the science has not changed. His statement "it is not providing the perfect protection that people think…" may have changed, but the science remains crystal clear on effectiveness, or lack of.

We call on parents to consider this and to carefully weigh the benefits versus the downsides/harms of masks to their children. This really is not an issue of the 'science' as kids do not spread the virus readily to kids, to adults, to teachers, or to the home. They do

not get severely ill or die from this. Moreover, teachers are at very low risk of severe illness or death and the school setting remains one of the safest, lowest risk environments.

The science is clear and thus the question becomes, what is the benefit of masks for children? Is masking of children really more about seeming to be doing something even if it is ineffective or possibly harmful? If the possible harms outweigh the negligible and questionable benefit in such a low-risk group, then why must they wear masks indoors and outdoors at school? Masks in children with such near zero risk of transmission and illness from Covid is not necessary and illogical and irrational. This is similar to the need for vaccination of children, especially young children. Children were not part of the vaccine research and also the very low risk to children raises very troubling questions of why. A move to vaccinate children based on the existing risk evidence has no basis in science and there is no net benefit.

Why then did Dr. Fauci call for this? What is the benefit? Is this similar to when Dr. Fauci initially called for double masking, only to then retract the statement? An 'assumption' or 'speculation' or 'supposition' it may work is not science! Is a 'children vaccine' retraction coming from Dr. Fauci? Absolutely, children need vaccinations for measles, mumps, rubella etc. but not for Covid. Similar for masks, there is no benefit we can see.

To close, masking children is as absurd, illogical, nonsensical, and potentially dangerous as trying to stop 'every case of Covid' or 'stopping Covid at all costs.' Masks are not needed for children based on near zero risk in children. The risk of dying from Covid-19 is "almost zero" for young people. The issue of masks in children is really a risk management question for parents and any decision-maker. The science is settled.

**Contributing Authors**

- **Paul E Alexander MSc PhD**, McMaster University and GUIDE Research Methods Group, Hamilton, Ontario, Canada elias98_99@yahoo.com

- **Howard C. Tenenbaum DDS, Dip. Perio., PhD**, FRCD(C) Centre for Advanced Dental Research and Care, Mount Sinai Hospital, and Faculties of Medicine and Dentistry, University of Toronto, Toronto, ON, Canada

- **Dr. Parvez Dara, MD, MBA,** daraparvez@gmail.com

Paul E. Alexander

Plaintiffs' Exhibit 329

cebm.net

# Masking lack of evidence with politics - The Centre for Evidence-Based Medicine

9-11 minutes

---

## Masking lack of evidence with politics

July 23, 2020

**Tom Jefferson, Carl Heneghan**

---

The increasing polarised and politicised views [1] on whether to wear masks in public during the current COVID-19 crisis hides a bitter truth on the state of contemporary research and the value we pose on clinical evidence to guide our decisions.

In 2010, at the end of the last influenza pandemic, there were six published randomised controlled trials with 4,147 participants focusing on the benefits of different types of masks. [2] Two were done in healthcare workers and four in family or student clusters.  The face mask trials for influenza-like illness (ILI) reported poor compliance, rarely reported harms and revealed the pressing need for future trials.

Despite the clear requirement to carry out further large, pragmatic trials a decade later, only six had been published: five in healthcare workers and one in pilgrims. [3] This recent crop of trials added 9,112 participants to the total randomised denominator of 13,259 and showed that masks alone have no significant effect in interrupting the spread of ILI or influenza in the general population, nor in healthcare workers.

The design of these twelve trials differed: viral circulation was usually variable; none had been conducted during a pandemic. Outcomes were defined and reported in seven different ways, making comparison difficult. It is debatable whether any of these results could be applied to the transmission of SARs-CoV-2. Only one randomised trial (n=569) included cloth masks. This trial found ILI rates were 13 times higher in Vietnamese hospital workers allocated to cloth masks compared to medical/surgical masks, RR 13.25, (95%CI 1.74 to 100.97) and over three times higher when compared to no masks, RR 3.49 (95%CI 1.00 to 12.17). [4]

In the study, the control group was asked to continue with their normal practices, which may or may not have included mask-wearing. Mask wearing was measured and documented for all participants, including the control arm. 170/458 (37%) used medical masks in the control arm, 38/458 (8%) used cloth masks, and 245/458 (53%) used a combination of both medical and cloth

masks during the study period. *

After adjusting for other factors, ILI (RR=6.64, 95% CI 1.45 to 28.65) and laboratory-confirmed virus (RR=1.72, 95% CI 1.01 to 2.94) remained significantly higher in the cloth masks group compared with the medical masks group.

It would appear that despite two decades of pandemic preparedness, there is considerable uncertainty as to the value of wearing masks. For instance, high rates of infection with cloth masks could be due to harms caused by cloth masks, or benefits of medical masks.  The numerous systematic reviews that have been recently published all include the same evidence base so unsurprisingly broadly reach the same conclusions. 2 However, recent reviews using lower quality evidence found masks to be effective. Whilst also recommending robust randomised trials to inform the evidence for these interventions. 5

Many countries have gone onto mandate masks for the public in various settings. Several others  – Denmark, and Norway – generally do not.  Norway's Institute for Public Health reported that if masks did work then any difference in infection rates would be small when infection rates are low: assuming 20% asymptomatics and a risk reduction of 40% for wearing masks, 200 000 people would need to wear one to prevent one new infection per week. 6

What do scientists do in the face of uncertainty on the value of global interventions? Usually, they seek an answer with adequately designed and swiftly implemented clinical studies as has been partly achieved with pharmaceuticals. We consider it is unwise to infer causation based on regional geographical observations as several proponents of masks have done. Spikes in cases can easily refute correlations, compliance with masks and other measures is often variable, and confounders cannot be accounted for in such observational research.

A search of the COVID trials tracker reveals nine registered trials of which five are currently recruiting participants and one enrolling participants by invitation. 7 In Denmark, where masks are advised for those who break self-isolation to go out to take a test, a randomised trial including 6,000 participants is assessing reductions in COVID-19 Infection Using Surgical Facial Masks Outside the Healthcare System. In Guinea-Bissau in West Africa, the Bandim Health Project is leading a 66,000 person trial – although not yet recruiting – on cloth face masks.

The small number of trials and lateness in the pandemic cycle is unlikely to give us reasonably clear answers and guide decision-makers. This abandonment of the scientific *modus operandi* and lack of foresight has left the field wide open for the play of opinions, radical views and political influence.

**Ongoing trials on trials tracker**

| trial_id | sponsor | recruitment_status | countries | title | enrollment |
| --- | --- | --- | --- | --- | --- |
| NCT04296643 | McMaster University | Not Recruiting | No Country Given | Medical Masks vs N95 Respirators | 576 |

| | | | | for COVID-19 | |
|---|---|---|---|---|---|
| NCT04337541 | Rigshospitalet, Denmark | Recruiting | Denmark | Reduction in COVID-19 Infection Using Surgical Facial Masks Outside the Healthcare System | 6000 |
| ChiCTR2000032213 | The First Affiliated Hospital of Chongqing Medical University | Recruiting | China | A medical records based study for the impact of wearing medical masks on oxygen saturation in adult surgical patients after general anaesthesia during novel coronavirus pneumonia (COVID-19) pandemic | 151 |
| NCT04375774 | University Clinic, UCLouvain | Recruiting | Belgium | Verification of Alternative Do-it-yourself Equipment Respirators for the COVID-19 Personal Protective | 10 |

| | | | | Equipment (PPE) | |
|---|---|---|---|---|---|
| NCT04415879 | The Cleveland Clinic | Recruiting | United States | Effects of a N95 Respirator vs Cloth Mask on Exercise Capacity During Treadmill Exercise. | 20 |
| ACTRN12620000688987 | The Royal Melbourne Hospital | Not Recruiting | Australia | Comparing the user seal check and fit test between two types of N95 respirators – the Halyard N95 Particulate Filter Respirators and the ProShield¬Æ N-95 masks | 80 |
| NCT04416919 | University of Oklahoma | Recruiting | United States | Assessment of N-95 Facemask for Use in COVID-19 Pandemic in Case of Shortage of Personal Protective Equipment | 20 |
| NCT04427176 | CHU de Saint Etienne | Not Recruiting | France | Evaluation of ARFC Masks Equipped | 15 |

| | | | | With CF5 Filter in the Care Unit to Allow a Wider Distribution of FFP2 Masks (Covid-19). | |
| --- | --- | --- | --- | --- | --- |
| NCT04471766 | Bandim Health Project | Enrolling by invitation | Guinea-Bissau | Locally Produced Cloth Face Mask and COVID-19 Like Illness Prevention | 66000 |

* The remaining 1% either reported using a N95 respirator (n=3) or did not use any masks (n=2).

Disclosure:

**Tom Jefferson** is an Epidemiologist. Disclosure statement is here

Carl Heneghan is Professor of Evidence-Based Medicine, University of Oxford, Director of the Centre for Evidence-Based Medicine and Editor in Chief of BMJ EBM

(Full bio and disclosure statement here)

The views expressed in this viewpoint represent the views of the authors and not necessarily those of the host institution, the NHS, the NIHR, or the Department of Health.

**References**

1. The World Is Masking Up, Some Are Opting Out By Elaine He and Lionel Laurent https://www.bloomberg.com/graphics/2020-opinion-coronavirus-global-face-mask-adoption/?utm_medium=email&utm_source=newsletter&utm_term=200717&utm_campaign=shareview Accessed 19th July

2. Jefferson T, Del Mar CB, Dooley L, Ferroni E, Al-Ansary LA, Bawazeer GA, van Driel ML, Nair S, Jones MA, Thorning S, Conly JM. Physical interventions to interrupt or reduce the spread of respiratory viruses. Cochrane Database of Systematic Reviews 2011, Issue 7. Art. No.: CD006207. DOI: 10.1002/14651858.CD006207.pub4

3. Physical interventions to interrupt or reduce the spread of respiratory viruses. Part 1 – Face masks, eye protection and person distancing: systematic review and meta-analysis Tom Jefferson, Mark Jones, Lubna A Al Ansari, Ghada Bawazeer, Elaine Beller, Justin Clark, John Conly, Chris Del Mar, Elisabeth Dooley, Eliana Ferroni, Paul Glasziou, Tammy Hoffman, Sarah Thorning, Mieke Van Driel medRxiv 2020.03.30.20047217; doi: https://doi.org/10.1101/2020.03.30.20047217

4. . MacIntyre CR, Seale H, Dung TC, et al. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. BMJ Open 2015;5(4):e006577. doi: 10.1136/bmjopen2014-006577. [published Online First: 2015/04/24]

5. Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis Chu, Derek KChu, Derek K et al. The Lancet, Volume 395, Issue 10242, 1973 – 1987

6. Should individuals in the community without respiratory symptoms wear facemasks to reduce the spread of COVID-19? Norwegian Institute of Public Health https://www.fhi.no/globalassets /dokumenterfiler/rapporter/2020/should-individuals-in-the-community-without-respiratory-symptoms-wear-facemasks-to-reduce-the-spread-of-covid-19-report-2020.pdf Accessed 19th July

7. https://covid19.trialstracker.net/ Accessed 19th July

8. https://clinicaltrials.gov/ct2/show/NCT04471766?term=masks+and+COVID-19&draw=2&rank=1 Accessed 19th July

Plaintiffs' Exhibit 330

ophthalmologytimes.com

# Masking the issue of dry eye

*Lynda Charters*

3 minutes

---

*Wearing a face mask can help slow the spread of COVID-19, and may also lead to a spike in cases of dry eye. The Centre for Ocular Research and Education at the University of Waterloo, Ontario, Canada, is advising eye care professionals on how to recognize and mitigate mask-associated dry eye.*



Wearing a face mask effectively helps prevent the spread of coronavirus disease 2019 (COVID-19) and, ironically enough, also effectively creates more cases of dry eye.

The Centre for Ocular Research and Education (CORE) at the University of Waterloo, Ontario, Canada, is advising eye care professionals on how to recognize and mitigate mask-associated dry eye.

"Asking patients about their mask-wearing experiences and providing a few helpful tips takes little time and can make a substantial difference," noted Lyndon Jones,

FCOptom, PhD, director of CORE.

The mechanism of the development of dry eye is tied to the outward spread of air that the mask creates.

As the experts at CORE explained, exhaled air still needs to disperse; when a mask sits loosely against the face the likely route is upwards.

This forces a stream of air over the surface of the eye, creating conditions that accelerate tear film evaporation, leading to dry spots on the ocular surface and discomfort.

This scenario not only helps dry eye to develop, but also exacerbates pre-existing dry eye.

A large population of people can be affected, including elderly individuals who may already have poorer quality tear film. It also may affect contact lens wearers, and people who work for long periods in air-conditioning and use computers.

In addition, individual may rub their eyes to relieve the symptoms, which can help spread the virus to the face.

**Suggestions for clinicians, patients**

CORE advised clinicians to be aware of the connection between masks and dry eye and to talk with patients about how their eyes feel when a mask is worn.

An infographic was developed by CORE (available at COVIDEyeFacts.org) shows a few steps to provide relief of dry eye symptoms.

Some of the tips include appropriate mask wear with glasses, lubricating eye drops, less time in air-conditioning and taking breaks from the use of digital device, as well as consulting with eye care providers.

Jones emphasized the importance of responsibly wearing a mask despite to overcome the virus despite this newly recognized adverse effect.

He urges practitioners to communicate with patients and help them overcome the dry eye discomfort.

Plaintiffs' Exhibit 331

health.com

# 'Maskne' Is Now a Thing: Here's What to Do If Your Face Mask is Making You Break Out

*By Leah Groth Updated May 16, 2020*

5-6 minutes

---

## 'Maskne' Is a Real Thing—Here's How to Stop Face Mask Breakouts

Derms are seeing an uptick in acne mechanica—as if pandemic-related stress breakouts weren't bad enough.

Each product we feature has been independently selected and reviewed by our editorial team. If you make a purchase using the links included, we may earn commission.

Let's be real: For those of us currently working from home, a full face of makeup has been rendered totally unnecessary—but despite giving our skin a much-needed breather right now, acne can still be an issue (hello, stress breakouts!).

It's not *just* the added anxiety of coronavirus that might be making you break out a little more than usual right now, though. If you've been diligently wearing your face mask whenever you leave the house (only for essentials, we hope!) and you've noticed a few extra pimples in those specific areas (the bridge of your nose, your cheeks, and your chin) you may be experiencing what dermatologists are calling "maskne."

## What exactly is maskne and why does it happen?

As the name suggests, maskne is a type of breakout that results from wearing a face mask. "Maskne is acne formed in areas due to friction, pressure, stretching, rubbing or occlusion," Nazanin Saedi, MD, a board-certified dermatologist at Thomas Jefferson University, explains to *Health.* "You can see it in the areas covered by the mask and also the areas where the mask and face shields touch the skin."

Kathleen C. Suozzi, MD, director of Yale Medicine's Aesthetic Dermatology Program and an assistant professor of dermatology, explains that maskne is technically referred to as acne mechanica.

Prior to the pandemic, this form of facial irritation was primarily experienced by athletes,

"commonly due to the sweat, heat, and friction in their helmets and straps," Dr. Saedi explains. "We are seeing it more now with people wearing masks for an extended period of time." Dr Suozzi adds that you also get acne mechanica in your armpits from using crutches.

Overall, Dr. Saedi explains that maskne—and often, acne mechanica in general—is triggered by pores being blocked by sweat, oil, and makeup. For masks in particular, "while breathing for hours with the mask on, it creates humidity to [form] a breeding ground for acne," she explains. The friction of the mask can also block and clog pores, leading to the formation of comedones or blackheads, says Dr. Suozzi.

## How can you prevent and treat maskne?

Prevention is always your best bet. If you are wearing a cloth mask, wash it daily, urges Dr. Saedi. If you are wearing a disposable mask, try to replace it as often as possible or allow it to air out in between uses. And for tight-fitting N95 respirators—which should be reserved for essential workers right now—Dr. Suozzi suggests applying silicone gel strips to sit under the pressure points of the mask. "This will help prevent against skin irritation," she explains.

If you start developing maskne, first and foremost, be gentle—that means going easy on at-home spa days. "People might be overdoing it at home with face masks, scrubs, washes, and toners," says Dr. Suozzi, who adds overdoing skincare right now can compromise your skin's protective barrier. Instead, wash your face with a gentle cleanser, says Dr. Saedi. "I would avoid products that are too drying because they will cause the skin barrier to become more compromised." She suggests a face wash with salicylic acid, like Neutrogena Oil-Free Acne Wash Pink Grapefruit Facial Cleanser ($10; Ulta.com) to help unclog the pores.

For hydration after washing, look for a products with hyaluronic acid, like Neutrogena Hydro Boost Gel-Cream ($25; Ulta.com), says Dr. Saedi. You can also "help build a healthy barrier" between the mask and your skin by using a facial cleanser and cream with ceramides. Both Dr. Saedi and Dr. Suozzi recommend soothing emollients, like CeraVe Moisturizing Cream ($17; Dermstore.com), "to help calm the irritation caused by friction."

And while wearing your mask out in public right now is essential–especially in social settings where physical distancing is difficult to maintain—remember you can (and should!) take the mask off and give your face a necessary breather when you're away from other people, like in your own home (provided you're not caring for anyone ill) and while driving your car.

***To get our top stories delivered to your inbox, sign up for the* Healthy Living *newsletter.***

Plaintiffs' Exhibit 332

baltimore.cbslocal.com

# 'Maskne' Is Real, Local Dermatologist Says. Here's What You Can Do To Prevent It

*Rachael Cardin*

5-6 minutes          Feb. 9, 2021

**ABINGDON, Md. (WJZ) —** Masks are now a part of our everyday lives. For some people, what's underneath the mask is giving them issues they've never had before.

It's not what our skin is used to, having a piece of material covering a majority of our face, trapping moisture and bacteria against our skin.



**READ MORE:** [As Covid-19 Cases Continue To Increase Daily, Marylanders Begin To Wonder If Mask Mandates Will Be Reinstated](#)

"(There's) so much more irritation from the mask, whether it's causing friction, moisture, th heat," Dr. Sarah Cannon of Cannon Dermatology said.

**CORONAVIRUS COVERAGE:**

- **TIMELINE: Coronavirus In Maryland, Tracking The Spread**

- **Latest coronavirus stories from WJZ**

- **Latest CDC Guidelines**

Cannon said many patients who have battled acne in the past are having flare-ups.

"We're seeing a lot of new cases of patients coming in with new-onset acne who have nev had acne before," she said.

Cannon suggests proper hydration, keeping makeup off the skin that is covered and washing your mask after each use.

**READ MORE:** [FBI Identify Remains Found At Catoctin Mountain Park As 21-Year-Old Joanna Michelle Amaya](#)

"It's definitely something everybody is struggling with right now," Newtson said. "It's not something to really be embarrassed about, either, especially if you're looking to get help. That's why we're here."

She suggests a HydraFacial and a good skincare routine to help keep your skin clear.

Cannon said everyone is different and treatment is on a case by case basis. If over the counter washes and creams don't work, you're encouraged to call a doctor to get help.

**MORE NEWS:** Howard County Man Who Live-Streamed Himself Inside U.S. Capitol Late To Plead Guilty In Massive January 6 Riot Investigation

*For the latest information on coronavirus go to the Maryland Health Department's website call 211. You can find all of WJZ's coverage on coronavirus in Maryland here.*



**Rachael Cardin**

Plaintiff's Exhibit 333

caucus99percent.com

# MASKS

20-25 minutes

---

One of the biggest controversies of the coronavirus pandemic is about face masks. Should we use them, or not; do they work, or not? People's attitudes towards masks have become an intense political question, that in some instances have even led to violence.

My own opinion regarding masks is that certain face masks, properly used, may be of benefit to medical professionals and their patients in controlled environments, such as hospital wards. However, to have the general public adopt universal mask wearing is of no benefit, and can lead to various harms. Up until April of 2020, this was also the position of the medical establishment--the World Health Organization (WHO), the Centers for Disease Control (CDC), etc. Then, starting in April, there was a sudden shift, as the medical establishment changed their tune.

In the rest of this article, I will investigate the reasons for the original opinion of doctors and scientists regarding public mask wearing, and possible reasons for the shift we have seen. Let's start with some history:

**1918-1920: "Something was plainly wrong with our hypothesis."**

During the great influenza pandemic of 1918, face masks were widely used. They were typically made of several layers of medical gauze cloth. In 1920, a report upon the uses and limitations of those masks was published in The American Journal of Public Health by W.H. Kellogg, M.D., who was the Secretary and Executive Officer of the California State Board of Health. Here is an excerpt:

If we grant that influenza is a droplet-borne infection, it would appear that the wearing of masks was a procedure based on sound reasoning and that results should be expected from their application.

Studies made in the Department of Morbidity Statistics of the California State Board of Health did not show any influence of the mask on the spread of influenza in those cities where it was compulsorily applied, and the Board was, therefore, compelled to adopt a policy of mask encouragement, but not of mask compulsion. Masks were made compulsory only under circumstances of known contact with the disease and it was left to

individual communities to decide whether or not the masks should be universally worn.

The reason for this apparent failure of the mask was a subject for speculation among epidemiologists, for it had long been the belief of many of us that droplet-borne infections should be easily controlled in this manner. The failure of the mask was a source of disappointment, for the first experiment in San Francisco was watched with interest with the expectation that if it proved feasible to enforce the regulation, the desired result would be achieved. The reverse proved true. The masks, contrary to expectation, were worn cheerfully and universally, and also, contrary to expectation of what should follow under such circumstances, no effect on the epidemic curve was to be seen. Something was plainly wrong with our hypotheses.

Dr. Kellogg followed up this strikingly honest admission of failure with a detailed description of his subsequent investigations into the properties of masks, using instruments of his own invention. He made a serious attempt to find out if the cloth masks of the time could stop disease transmission. His conclusions:

1. Gauze masks exercise a certain amount of restraining influence on the number of bacteria-laden droplets possible of inhalation.

2. This influence is modified by the number of layers and fineness of mesh of the gauze.

3. When a sufficient degree of density in the mask is used to exercise a useful filtering influence, breathing is difficult and leakage takes place around the edge of the mask.

4. This leakage around the edges of the mask and the forcible aspiration of droplet laden air through the mask is sufficient to make the possible reduction in dosage of infection not more than 50 percent effective.

5. It remains for future controlled experiments in contagious disease hospitals to determine whether the wearing of masks of such texture as to be reasonably comfortable are effective in diminishing the incidence of infection.

6. Masks have not been demonstrated to have a degree of efficiency that would warrant their compulsory application for the checking of epidemics.

The original article: https://ajph.aphapublications.org/doi/pdfplus/10.2105/AJPH.10.1.34

I find it notable that Dr. Kellogg observes the results of various experiments and adjusts his recommendations accordingly. You may think it odd that I would find this remarkable. However, as we shall see later, to accept real world evidence and adjust policy in light of those facts is not so common these days.

**1946 - 2018: the CDC weighs in**
Dr. Kellogg was, of course, succeeded by other doctors and scientists over the years who continued to investigate the possible usefulness of face masks in combatting disease

transmission. An overview of that work was published by the CDC, in the journal Emerging Infectious Diseases, in May, 2020. Under the typically clunky title, **Non-pharmaceutical Measures for Pandemic Influenza in Non-healthcare Settings—Personal Protective and Environmental Measures**, the authors examined studies published from 1946 to 2018.

Some excerpts regarding medical masks:

Disposable medical masks (also known as surgical masks) are loose-fitting devices that were designed to be worn by medical personnel to protect accidental contamination of patient wounds, and to protect the wearer against splashes or sprays of bodily fluids (36). There is limited evidence for their effectiveness in preventing influenza virus transmission either when worn by the infected person for source control or when worn by uninfected persons to reduce exposure....In our systematic review, we identified 10 RCTs [Randomized Controlled Trials] that reported estimates of the effectiveness of face masks in reducing laboratory-confirmed influenza virus infections in the community from literature published during 1946–July 27, 2018. In pooled analysis, we found no significant reduction in influenza transmission with the use of face masks (RR 0.78, 95% CI 0.51–1.20; I2 = 30%, p = 0.25) (Figure 2).

The original paper can be found here:
https://wwwnc.cdc.gov/eid/article/26/5/19-0994_article

I will note two significant aspects of the studies examined by the CDC: first, they were randomized controlled trials, which are considered the gold standard of this kind of study. The way such a trial works, you might have a ward full of people sick with influenza, tended by some nurses who wear medical masks, and some nurses who do not wear medical masks. You then see which nurses get sick and which do not, and you run this experiment over a long enough time with enough nurses that you can see what patterns develop. Second, your standard of "getting sick" is a lab diagnosis of influenza in those nurses who get sick. And if you compare virus cultures from the sick nurses with those of the patients they have been tending, you can see if they were in fact infected by the same strain of influenza as those particular patients.

That is how you do a proper study of whether masks prevent transmission of viruses. It is not easy to marshal the resources to do such a study, which is why they tend to be done only in response to serious disease outbreaks. And it should be obvious that an awful lot of the stuff that you see on the internet about masks does not even begin to come up to this level of rigor. But if you want to seriously answer the question, do masks prevent virus transmission, studies like these are the best answer we have.

**Cloth masks versus regular medical masks (2015):**

For health care workers, medical masks are usually disposable surgical masks, or N95 type respirators. The latter, to be used effectively, must be fit tested, to ensure that they are worn with no gaps that could allow pathogens to enter. Nurses are trained how to fit test a respirator--you, most likely, are not. Most of the public, when required to use masks, will either use the disposable surgical type, or cloth face coverings of various kinds, ranging from rather fancy affairs to simple improvised scarves and the like.

Are cloth masks as effective as standard surgical masks? A study conducted in 14 hospitals in Hanoi, Vietnam, was published in the BMJ Open journal in 2015. It found the cloth masks used by the nurses wanting:

This study is the first RCT of cloth masks, and ==the results caution against the use of cloth masks.== This is an important finding to inform occupational health and safety. ==**Moisture retention, reuse of cloth masks and poor filtration may result in increased risk of infection.**== Further research is needed to inform the widespread use of cloth masks globally. However, as a precautionary measure, cloth masks should not be recommended for HCWs [Health Care Workers], particularly in high-risk situations, and guidelines need to be updated.

(My emphasis added.)

The original article: https://bmjopen.bmj.com/content/5/4/e006577.long

There are many other questions about mask use, and there are various sites on the internet that link to articles that can answer these questions. Some of the most useful that I have found:

**Masks are neither effective nor safe: A summary of the science**--Colleen Huber, NMD, July 6, 2020
Link: https://www.primarydoctor.org/masks-not-effect

While the title shows the bias of the author, this is still a good source for finding medical papers evaluating mask use, as she links to no less than 42 of them.

**COMMENTARY: Masks-for-all for COVID-19 not based on sound data**--Lisa M. Brosseau, ScD, and Margaret Sitesema, PHD - April 1, 2020

These two authors are highly qualified experts at the University of Illinois at Chicago. They give a thorough overview of mask use, the differences between types of masks, how to evaluate effectiveness, etc. Reading just this particular article will give you a good knowledge base about the issues involved. A short quote:

Following a recommendation that cloth masks be explored for use in healthcare settings during the next influenza pandemic, The National Institute for Occupational Safety and Health (NIOSH) conducted a study of the filter performance on clothing materials and

articles, including commercial cloth masks marketed for air pollution and allergens, sweatshirts, t-shirts, and scarfs.

Filter efficiency was measured across a wide range of small particle sizes....All of the cloth masks and materials had near zero efficiency at 0.3 μm, a particle size that easily penetrates into the lungs.

Link: https://www.cidrap.umn.edu/news-perspective/2020/04/commentary-masks-all...

Which brings us to the events of 2020:

**The Great Flip-flop**

In March of 2020, the World Health Organization, the CDC, and such luminaries as Dr. Anthony Fauci (head of the National Institute of Allergy and Infectious Diseases (NIAID) since 1984) were all in agreement; the general public did not need to walk around with masks on their faces. Dr. Fauci was very clear about this in an appearance on "60 Minutes":

https://www.realclearpolitics.com/video/2020/05/12/flashback_march_2020_...

Here is a transcript from the above video:

Dr. Jon LaPook: There's a lot of confusion among people and misinformation surrounding face masks, can you discuss that?

Dr. Anthony Fauci: The masks are important for someone who's infected to prevent them from infecting someone else. Now, when you see people and look at the films in China and South Korea whatever, everybody's wearing a mask. Right now in the United States people should not be walking around with masks.

LaPook: You're sure of it? Because people are listening really closely to this.

Fauci: Right now, people should not be worried. There's no reason to be walking around with a mask. When you're in the middle of an outbreak, wearing a mask might make people feel a little bit better and it might even block a droplet but it's not providing the perfect protection that people think that it is. And often there are unintended consequences. People keep fiddling with the mask and they keep touching their face.

LaPook: And can you get some schmutz sort of staying inside there?

Fauci: Of course, but when you think mask you should think of health care providers needing them and people who are ill. The people who when you look at the films of foreign countries and you see 85% of the people wearing masks that's fine, that's fine. I'm not against it if you want to do it that's fine.

LaPook: But it can lead to a shortage of masks?

Fauci: Exactly. That's the point. It could lead to a shortage of masks for the people who really need it.

This was the story on March 8th, 2020. But it was not long before the story changed completely. Here is Dr. Robert Redfield, head of the CDC, testifying before Congress on September 16, 2020

https://www.c-span.org/video/?c4907075/user-clip-dr-redfield-masks

Waving a disposable surgical mask in his hand, Redfield testified:

And I will continue to appeal for all americans...to embrace these face coverings....If we did it for six, eight, ten, twelve weeks, we would bring this pandemic under control. These actually, we have clear scientific evidence they work. They are our best defense. I might even go so far as to say that this face mask is more guaranteed to protect me than the vaccine because the immunogenicity might only be 70 percent and if I don't get an immune response, the vaccine is not going to protect me. This mask will."

Dr. Redfield's testimony is strikingly at odds with the position of the medical establishment mere months ago. What new information was he relying on to make such a statement?
One possibility was a review paper by the WHO, published in The Lancet, on June 1, 2020:

**Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis**

Link: https://www.thelancet.com/action/showPdf?pii=S0140-6736%2820%2931142-9

According to the study's summary of findings:

Our search identified 172 observational studies across 16 countries and six continents, with no randomised controlled trials and 44 relevant comparative studies in health-care and non-health-care settings (n=25 697 patients).... Face mask use could result in a large reduction in risk of infection (n=2647; aOR 0·15, 95% CI 0·07 to 0·34, RD −14·3%, −15·9 to −10·7; low certainty), with stronger associations with N95 or similar respirators compared with disposable surgical masks or similar (eg, reusable 12–16-layer cotton masks; pinteraction=0·090; posterior probability >95%, low certainty).

Note that after each set of figures we see two words: "low certainty". What does that mean? Further down in the text we find this statement:

Although direct evidence is limited, the optimum use of face masks, in particular N95 or similar respirators in health-care settings and 12–16-layer cotton or surgical masks in the community, could depend on contextual factors; action is needed at all levels to address the paucity of better evidence.

Now we know what they meant; the authors don't have enough evidence from the particular studies they examined to be certain of much of anything. Further, none of those studies is a randomized controlled trial. All of them are observational studies--that is, there are no control groups, and there may be other sources of bias. As I noted earlier, the CDC was able to find at least 10 RCT studies on face masks and their effectiveness, but this review ignores all of them.

If you really want to get down into the weeds of this rather remarkable document, published by The Lancet (one of the world's leading medical journals), on behalf of the WHO (the top international health body), you could do worse than to check out an article from the Swiss Policy Research web site:

**WHO Mask Study Seriously Flawed**

Link: https://swprs.org/who-mask-study-seriously-flawed/

A couple of excerpts:

The WHO-commissioned meta-study on the effectiveness of face masks, published in the medical journal The Lancet in June 2020, has been instrumental in shifting global face mask policies during the Covid-19 pandemic. However, the meta-study, which claimed a risk reduction of 80% with face masks, is seriously flawed on several levels and should be retracted....

...The Lancet meta-study is used to guide global face mask policy for the general population. However, of the 29 studies considered by the meta-study, only three are classified as relating to a non-health-care (i.e. community) setting. Of these three studies, one is misclassified (ref. 50, relating to masks in a hospital environment), one showed no benefit of face masks (ref. 69), and one is a poorly designed retrospective study about SARS-1 in Beijing based on telephone interviews (ref. 74). None of these studies refer to SARS-CoV-2.

It is safe to say that, at the top scientific level, there is no new evidence to change the previous consensus, that medical masks are of little or no value to the general public when it comes to preventing virus transmission. That we have a top government health official claiming that face mask use will end the pandemic is a sorry state of affairs. That we have a study of dubious value about masks, making it through peer review to be published in a prestigious medical journal, is equally lamentable.

**Personal observations**

I find Dr. Kellogg's conclusions back in 1920 to continue to be relevant. We cannot tolerate wearing a mask unless we can breathe through it. If so, the mask's ability to block pathogens will be limited--Dr. Kellogg says, by about 50 percent--that is, at least half the

pathogens will get through.

Further we have a pretty good idea by now of how Covid19 is transmitted. It is not so much by large droplets, such as those emitted when one sneezes or coughs, which tend to fall to the ground after traveling a short distance. You can't inhale something like that unless it hits you right in the face. Instead, the virus is carried into the air by much smaller aerosols, which can remain airborne for some time. The stuff that you can use to fog your glasses, or that you see drifting away from your mouth in cold weather--your breath made visible--that is what can build up in a room indoors, leading to the infection of someone else present. While a surgical or cloth mask may be able to block larger droplets, they are helpless against smaller aerosols, which leak in or out the edges of any mask that is not tightly fitted, and right through the porous material of typical cloth masks.

This fact of aerosol transmission of the virus is also why Covid19 is largely transmitted indoors. Outdoors, with the vast volume of air which is constantly in motion, the virus is dispersed and diluted within seconds at any reasonable distance. You have to be in the middle of a packed crowd for some time to be infected outdoors. People walking down the street are in virtually no danger of infection by passers by. And if the sun is out, the ultra-violet light does a fine job of killing the virus. Outdoors is one of the safest places you can be, which is why it is so illogical that the authorities have taken to closing parks and beaches and trying to shut people up in their homes. Mandates for everyone to wear masks outdoors are sheer idiocy, not supported by any science. (Again, this was noted by Dr. Kellogg in 1920.)

**Why are they doing this?**

The chart below shows the course of recorded infections during the pandemic in France. There is the sudden large peak of infections in March, followed by a slightly less precipitous decline in April. By mid-May, the pandemic is largely over, as infections settle to a low weekly rate, right up to mid-July. And it is right at that point that the authorities decide, "everyone should wear masks when indoors!" And not long after, up spiral the infections again (though not the deaths, which remained low). Something was plainly wrong with their hypothesis.

[Note: I'm having trouble getting these charts to show up. Click on the link below the chart position to see it.]

France Covid19 cases

https://swprs.org/covid19-facts/#jp-carousel-35210

So, we need to look at this chart, and the many others like it and ask, "why are they doing this?" Why did New York City introduce a mask mandate about the same time, when cases, hospitalizations and deaths from Covid19 were all at low levels?

NYC-Florida Covid deaths

https://swprs.org/covid19-facts/#jp-carousel-33031

In the middle of July, with the pandemic on the wane, why did the authorities decide, "we must have masks NOW"? And why do they continue to push their use, even though they don't appear to do a thing? "No effect on the epidemic curve was seen." (W.H. Kellogg, of course.) Have we really become so much stupider than we were in 1920? No, of course not. The insistence on masks cannot have anything to do with disease prevention. This is all about social control.

**What is to be done?**

We all have friends and family who are not ready to hear the kind of information I have given in this article. They are, understandably, scared and probably need hand holding and reassurance more than anything.

I can't tell anyone else what they, personally, should do. I don't blame anyone for putting on a mask because it will be trouble, even of a minor kind, if you don't. But the fact is, we are being lied to by authorities who should behave so as to deserve our trust. That is a very unpleasant thing to face up to.

Plaintiff's Exhibit 334

# Masks – Civil Liberties
## Simone Gold, MD, JD, FABEM

It is clear to me as a physician-lawyer that the disinformation about both Covid-19 and the Constitution has caused us to turn a medical issue into a legal crisis.

The scientific usefulness of a mask has been so aggressively overstated, and the foundational importance of the Constitution has been so aggressively understated, that we have normalized people screaming obscenities at each other while hiking.

The Covid virus was supposed to be contained in the kind of lab where people wear astronaut suits and go through triple sealed doors. It is a con of massive proportion to assert that now, having escaped those environs, a bandana will magically do the trick.

After all, size matters.
\
The pore size of cloth face coverings range from ~ 20-100 microns.  The Covid virus is 200-1000x smaller than that, at 0.1 microns. Putting up a chain link fence will not keep out a mosquito. Even the most esteemed medical journals admit their purpose is to calm anxiety. "Expanded masking protocols' greatest contribution may be to reduce the transmission of anxiety …"

Of course, by knowledge or common sense observation, most Americans already know that masking everyone is superstition. But unlike privately carrying a lucky charm, mandating facial coverings requires the consent of the governed.

Many cultures mandate clothing that appears totally irrational to outsiders. Never have those cultures pretended that there is a scientific basis for their clothing requirement. Their leaders rule, and their citizens accept, that their choice of clothing is due to religious or cultural preference.

Not wearing a mask is not mere "personal choice" like deciding between a head covering or a t-shirt. It is a flashpoint for being a free human being who has consented to be governed but has not consented to be ruled. We do not consent to a masked America, because that is a fundamental change in American society, culture, norms, and rights.
People who are apathetic toward their own liberty cannot eliminate Constitutional rights for those who are not. This is not the first (or last) time that people who believe in superstition are screaming the loudest. The Constitution exists precisely to protect all people during times of mass hysteria.

The mask has become the most visible symbol of #socialconditioning to Americans determined to preserve individual freedom. Thus far most Americans have continued to give their consent to be governed. But you are trying our patience.

Plaintiffs' Exhibit 335

theblaze.com

# Horowitz: Masks are experimental medical devices that must be optional, according to law

*Daniel Horowitz*

3-26-21

7-8 minutes

---

Just like the COVID vaccines, use of masks (instead of respirators) to block transmission of a virus was only authorized as experimental use. As such, according to law, it must be optional. If we are going to passively allow governors and governments to make this medical device mandatory, what is to stop them from making the vaccine mandatory?

As I've mentioned before, both the FDA and OSHA have made it clear over the years that only respirators, not masks, are considered valid PPE to block transmission of a respiratory virus. Which is why mask manufacturers must continue to place a disclaimer on their labels that the product does not work for airborne viruses. The CDC is lying to the public and giving them a false sense of security by suggesting masks are valid medical devices for COVID. That is why the FDA was forced to use an Emergency Use Authorization – the same process used for the vaccines – to approve masks as medical devices to be used as source control to reduce the spread of COVID on April 24, 2020.

This is also why in the EUA statement, the FDA discloses, "A face mask is a device, with or without a face shield, that covers the user's nose and mouth and **may or may not** meet fluid barrier or filtration efficiency levels." Well, indeed, any industrial hygienist or exposure expert will tell you that anything less than a fit-tested N-95 could not even be considered to meet the filtration efficiency levels. Even then, OSHA's Reparatory Protection Guidance under 29 CFR 1910.134 would require fit testing, training, proper breaks, and a medical exam in order for governments or businesses to demand that people use them in various settings.

All this is to say that with no evidence masks work, and with endless evidence that they failed to stop the spread in a single part of the world for 12 months, this is why masks, according to law, must remain optional.

**CDC violating FDA's experimental medical device policies**

Federal law governing the conditions of authorization of unapproved emergency medical

products (21 U.S.C. §360bbb–3(e)(1)(A)(ii)(III)) requires the secretary of HHS to "ensure that individuals to whom the product is administered are informed," among other things, "of the option to accept or refuse administration of the product."

There it is in plain English. This is the reason, among others, why the federal government or any other actor cannot mandate the COVID vaccines. For the CDC to make masks mandatory on all federal lands and places of travel, and possibly even for states to do it, violates the emergency authorization use of medical device statute that same way it would if they mandate vaccines.

This is especially true given the fact that they mandate it on almost everyone, even 2-year-olds, even people with disabilities, and even under harsh circumstances. The same statute requires that the secretary make it known to people that indeed the authorization was issued under emergency use and to inform the people "of the significant known and potential benefits and risks of the emergency use of the product, and of the extent to which such benefits and risks are unknown."

The government is violating this every day by refusing to even study the unknown effects on workers and children of wearing these things for hours and days on end. And not only are they not optional, but they are mandated without exception to the gates of hell. There are numerous examples, but here is a heartbreaking story from a listener of mine from eastern Pennsylvania.

I am writing you for the first time because I find myself in a difficult situation. My fiancé recently had a cat scan that revealed a cyst and tumor near her brian/spinal cord. Severe facial pain was what prompted us to get the scan.

She made an appointment with a neurologist for today. She explicitly stated over the phone that she is unable to wear a mask due to breathing difficulties and this severe pain in her face. They assured her it wouldn't be a problem.

After driving 90 minutes, being checked in at 2 different stations, and being told we would be seen, they ultimately refused to bring her to the doctor without a face covering. We were asked to leave even with a written medical exemption in hand from her primary care doctor.

Do you know of a network of doctors or individual health care facilities who don't belong to the cult of the mask? I am in disbelief that I cannot find care for her on a time-sensitive issue like this without her wearing something that will cause her pain/difficulty breathing.

Folks, our government has made the people in this country, including those trained to save lives, act demonically towards others over this failed experiential of mask-wearing. The cruel irony is that health care workers are usually wearing medical-grade PPE. Somehow we are to believe that masks are so effective that it justifies torturing a person

who has trouble breathing, but then again, they evidently are so worthless that the doctors' PPE is useless if the patient doesn't have a mask. But the minute that patient puts on a cheap cloth mask, then all is OK.

The FDA has failed to study the benefits of such a draconian experiment over an entire year. As the FDA says on its website until this very day, face masks do not work for airborne-transmitted viruses, only to "block large-particle droplets, splashes, sprays, or splatter," which is not the primary transmission method of the virus. Now that we know the virus spreads through aerosols, how can the FDA continue to obfuscate the degree of unknown (or downright ineffectiveness) of mask efficacy as an optional device, much less a mandatory one, and still operate within the confines of the law?

**Time to fight back**

Citizens who want to fight back need to take the following three actions:

- 1) File a flurry of lawsuits on constitutional grounds, utilizing the ADA, OSHA, and the FDA EUA law against medical institutions, school boards, and other government actors.

- 2) Pressure legislators to pass a version of Tennessee's proposed Medical Non-Discrimination Business and Consumer Act (SB 0320/ HB 0794). This bill, at a minimum, would bar institutions from discriminating against people who claim medical exemptions, making mask policy in line with every other law intersecting between health care, privacy, and discrimination.

- 3) File an adverse reaction report to the FDA's MedWatch System if you have experienced side effects from wearing a face mask. Since the EUA expires 4/24/21, it will be coming up for renewal. It would be great for people to flood MedWatch with their stories over the next few weeks.

Human beings are not guinea pigs. Human beings have rights. Human beings can say no to medical devices being used against their bodies.



Plaintiff's Exhibit 336

# Masks Are Neither Effective Nor Safe: A Summary Of The Science

Print this article and hand it to frightened mask wearers who have believed the alarmist media, politicians and Technocrats in white coats. Masks are proven ineffective against coronavirus and potentially harmful to healthy people and those with pre-existing conditions. My wife and I dined out last night in a very empty restaurant and the young waitress was required to wear a cloth mask. I asked her how she was doing with the mask and if there were any side effects. She related that was consistently short of breath (when away from the table, she lowered the mask below her nose) and that she had actually passed out because of it a few days earlier, taking her straight to the floor. Fortunately, she was not hurt. ⎯ TN Editor

At this writing, there is a recent surge in widespread use by the public of facemasks when in public places, including for extended periods of time, in the United States as well as in other countries.   The public has been instructed by media and their governments that one's use of masks, even if not sick, may prevent others from being infected with SARS-CoV-2, the

infectious agent of COVID-19.

A review of the peer-reviewed medical literature examines impacts on human health, both immunological, as well as physiological.  The purpose of this paper is to examine data regarding the effectiveness of facemasks, as well as safety data.  The reason that both are examined in one paper is that for the general public as a whole, as well as for every individual, a risk-benefit analysis is necessary to guide decisions on if and when to wear a mask.

## Are masks effective at preventing transmission of respiratory pathogens?

In this meta-analysis, face masks were found to have no detectable effect against transmission of viral infections. (1)  It found: "Compared to no masks, there was no reduction of influenza-like illness cases or influenza for masks in the general population, nor in healthcare workers."

This 2020 meta-analysis found that evidence from randomized controlled trials of face masks did not support a substantial effect on transmission of laboratory-confirmed influenza, either when worn by infected persons (source control) or by persons in the general community to reduce their susceptibility. (2)

Another recent review found that masks had no effect specifically against Covid-19, although facemask use seemed linked to, in 3 of 31 studies, "very slightly reduced" odds of developing influenza-like illness. (3)

This 2019 study of 2862 participants showed that both N95 respirators and surgical masks "resulted in no significant difference in the incidence of laboratory confirmed influenza." (4)

This 2016 meta-analysis found that both randomized controlled trials and observational studies of N95 respirators and surgical masks used by healthcare workers did not show benefit against transmission of acute respiratory infections.  It was also found that acute respiratory infection transmission "may have occurred via contamination of provided

respiratory protective equipment during storage and reuse of masks and respirators throughout the workday." (5)

A 2011 meta-analysis of 17 studies regarding masks and effect on transmission of influenza found that "none of the studies established a conclusive relationship between mask/respirator use and protection against influenza infection." (6)  However, authors speculated that effectiveness of masks may be linked to early, consistent and correct usage.

Face mask use was likewise found to be not protective against the common cold, compared to controls without face masks among healthcare workers. (7)

## Airflow around masks

Masks have been assumed to be effective in obstructing forward travel of viral particles.  Considering those positioned next to or behind a mask wearer, there have been farther transmission of virus-laden fluid particles from masked individuals than from unmasked individuals, by means of "several leakage jets, including intense backward and downwards jets that may present major hazards," and a "potentially dangerous leakage jet of up to several meters."  (8) All masks were thought to reduce forward airflow by 90% or more over wearing no mask.  However, Schlieren imaging showed that both surgical masks and cloth masks had farther brow jets (unfiltered upward airflow past eyebrows) than not wearing any mask at all, 182 mm and 203 mm respectively, vs none discernible with no mask.  Backward unfiltered airflow was found to be strong with all masks compared to not masking.

For both N95 and surgical masks, it was found that expelled particles from 0.03 to 1 micron were deflected around the edges of each mask, and that there was measurable penetration of particles through the filter of each mask. (9)

## Penetration through masks

A study of 44 mask brands found mean 35.6% penetration (+ 34.7%).  Most medical masks had over 20% penetration, while "general masks and handkerchiefs had no protective function in terms of the aerosol

filtration efficiency."  The study found that "Medical masks, general masks, and handkerchiefs were found to provide little protection against respiratory aerosols." (10)

It may be helpful to remember that an aerosol is a colloidal suspension of liquid or solid particles in a gas.  In respiration, the relevant aerosol is the suspension of bacterial or viral particles in inhaled or exhaled breath.

In another study, penetration of cloth masks by particles was almost 97% and medical masks 44%. (11)

## N95 respirators

Honeywell is a manufacturer of N95 respirators.  These are made with a 0.3 micron filter. (12)  N95 respirators are so named, because 95% of particles having a diameter of 0.3 microns are filtered by the mask forward of the wearer, by use of an electrostatic mechanism. Coronaviruses are approximately 0.125 microns in diameter.

This meta-analysis found that N95 respirators did not provide superior protection to facemasks against viral infections or influenza-like infections. (13)  This study did find superior protection by N95 respirators when they were fit-tested compared to surgical masks. (14)

This study found that 624 out of 714 people wearing N95 masks left visible gaps when putting on their own masks. (15)

## Surgical masks

This study found that surgical masks offered no protection at all against influenza. (16) Another study found that surgical masks had about 85% penetration ratio of aerosolized inactivated influenza particles and about 90% of Staphylococcus aureus bacteria, although S aureus particles were about 6x the diameter of influenza particles. (17)

Use of masks in surgery were found to slightly increase incidence of infection over not masking in a study of 3,088 surgeries. (18)  The surgeons' masks were found to give no protective effect to the patients.

Other studies found no difference in wound infection rates with and

without surgical masks. (19) (20)

This study found that "there is a lack of substantial evidence to support claims that facemasks protect either patient or surgeon from infectious contamination." (21)

This study found that medical masks have a wide range of filtration efficiency, with most showing a 30% to 50% efficiency. (22)

Specifically, are surgical masks effective in stopping human transmission of coronaviruses?  Both experimental and control groups, masked and unmasked respectively, were found to "not shed detectable virus in respiratory droplets or aerosols." (23) In that study, they "did not confirm the infectivity of coronavirus" as found in exhaled breath.

A study of aerosol penetration showed that two of the five surgical masks studied had 51% to 89% penetration of polydisperse aerosols.  (24)

In another study, that observed subjects while coughing, "neither surgical nor cotton masks effectively filtered SARS-CoV-2 during coughs by infected patients."  And more viral particles were found on the outside than on the inside of masks tested. (25)

## Cloth masks

Cloth masks were found to have low efficiency for blocking particles of 0.3 microns and smaller.  Aerosol penetration through the various cloth masks examined in this study were between 74 and 90%.  Likewise, the filtration efficiency of fabric materials was 3% to 33% (26)

Healthcare workers wearing cloth masks were found to have 13 times the risk of influenza-like illness than those wearing medical masks. (27)

This 1920 analysis of cloth mask use during the 1918 pandemic examines the failure of masks to impede or stop flu transmission at that time, and concluded that the number of layers of fabric required to prevent pathogen penetration would have required a suffocating number of layers, and could not be used for that reason, as well as the problem of leakage vents around the edges of cloth masks. (28)

## Masks against Covid-19

The New England Journal of Medicine editorial on the topic of mask use versus Covid-19 assesses the matter as follows:

"We know that wearing a mask outside health care facilities offers little, if any, protection from infection.  Public health authorities define a significant exposure to Covid-19 as face-to-face contact within 6 feet with a patient with symptomatic Covid-19 that is sustained for at least a few minutes (and some say more than 10 minutes or even 20 minutes). The chance of catching Covid-19 from a passing interaction in a public space is therefore minimal.  In many cases, the desire for widespread masking is a reflexive reaction to anxiety over the pandemic." (29)

# Are masks safe?

## During walking or other exercise

Surgical mask wearers had significantly increased dyspnea after a 6-minute walk than non-mask wearers. (30)

Researchers are concerned about possible burden of facemasks during physical activity on pulmonary, circulatory and immune systems, due to oxygen reduction and air trapping reducing substantial carbon dioxide exchange.  As a result of hypercapnia, there may be cardiac overload, renal overload, and a shift to metabolic acidosis. (31)

## Risks of N95 respirators

Pregnant healthcare workers were found to have a loss in volume of oxygen consumption by 13.8% compared to controls when wearing N95 respirators.  17.7% less carbon dioxide was exhaled. (32)  Patients with end-stage renal disease were studied during use of N95 respirators. Their partial pressure of oxygen (PaO2) decreased significantly compared to controls and increased respiratory adverse effects. (33) 19% of the patients developed various degrees of hypoxemia while wearing the masks.

Healthcare workers' N95 respirators were measured by personal bioaerosol samplers to harbor influenza virus. (34)  And 25% of

healthcare workers' facepiece respirators were found to contain influenza in an emergency department during the 2015 flu season. (35)

### Risks of surgical masks

Healthcare workers' surgical masks also were measured by personal bioaerosol samplers to harbor for influenza virus. (36)

Various respiratory pathogens were found on the outer surface of used medical masks, which could result in self-contamination. The risk was found to be higher with longer duration of mask use. (37)

Surgical masks were also found to be a repository of bacterial contamination. The source of the bacteria was determined to be the body surface of the surgeons, rather than the operating room environment. (38) Given that surgeons are gowned from head to foot for surgery, this finding should be especially concerning for laypeople who wear masks. Without the protective garb of surgeons, laypeople generally have even more exposed body surface to serve as a source for bacteria to collect on their masks.

### Risks of cloth masks

Healthcare workers wearing cloth masks had significantly higher rates of influenza-like illness after four weeks of continuous on-the-job use, when compared to controls. (39)

The increased rate of infection in mask-wearers may be due to a weakening of immune function during mask use. Surgeons have been found to have lower oxygen saturation after surgeries even as short as 30 minutes. (40) Low oxygen induces hypoxia-inducible factor 1 alpha (HIF-1). (41) This in turn down-regulates CD4+ T-cells. CD4+ T-cells, in turn, are necessary for viral immunity. (42)

# Weighing risks versus benefits of mask use

In the summer of 2020 the United States is experiencing a surge of popular mask use, which is frequently promoted by the media, political leaders and celebrities. Homemade and store-bought cloth masks and surgical masks or N95 masks are being used by the public especially

when entering stores and other publicly accessible buildings. Sometimes bandanas or scarves are used.  The use of face masks, whether cloth, surgical or N95, creates a poor obstacle to aerosolized pathogens as we can see from the meta-analyses and other studies in this paper, allowing both transmission of aerosolized pathogens to others in various directions, as well as self-contamination.

It must also be considered that masks impede the necessary volume of air intake required for adequate oxygen exchange, which results in observed physiological effects that may be undesirable.  Even 6- minute walks, let alone more strenuous activity, resulted in dyspnea.  The volume of unobstructed oxygen in a typical breath is about 100 ml, used for normal physiological processes.  100 ml O2 greatly exceeds the volume of a pathogen required for transmission.

The foregoing data show that masks serve more as instruments of obstruction of normal breathing, rather than as effective barriers to pathogens. Therefore, masks should not be used by the general public, either by adults or children, and their limitations as prophylaxis against pathogens should also be considered in medical settings.

# Endnotes

1  T Jefferson, M Jones, et al. Physical interventions to interrupt or reduce the spread of respiratory viruses. MedRxiv. 2020 Apr 7.

https://www.medrxiv.org/content/10.1101/2020.03.30.20047217v2

2  J Xiao, E Shiu, et al. Nonpharmaceutical measures for pandemic influenza in non-healthcare settings – personal protective and environmental measures.  Centers for Disease Control. 26(5); 2020 May.

https://wwwnc.cdc.gov/eid/article/26/5/19-0994_article

3  J Brainard, N Jones, et al. Facemasks and similar barriers to prevent respiratory illness such as COVID19: A rapid systematic review. MedRxiv. 2020 Apr 1.

https://www.medrxiv.org/content/10.1101/2020.04.01.20049528v1.full.p

df

4  L Radonovich M Simberkoff, et al. N95 respirators vs medical masks for preventing influenza among health care personnel: a randomized clinic trial.  JAMA. 2019 Sep 3. 322(9): 824-833.

https://jamanetwork.com/journals/jama/fullarticle/2749214

5  J Smith, C MacDougall. CMAJ. 2016 May 17. 188(8); 567-574.

https://www.cmaj.ca/content/188/8/567

6  F bin-Reza, V Lopez, et al. The use of masks and respirators to prevent transmission of influenza: a systematic review of the scientific evidence. 2012 Jul; 6(4): 257-267.

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5779801/

7  J Jacobs, S Ohde, et al.  Use of surgical face masks to reduce the incidence of the common cold among health care workers in Japan: a randomized controlled trial.  Am J Infect Control. 2009 Jun; 37(5): 417-419.

https://pubmed.ncbi.nlm.nih.gov/19216002/

8  M Viola, B Peterson, et al. Face coverings, aerosol dispersion and mitigation of virus transmission risk.

https://arxiv.org/abs/2005.10720, https://arxiv.org/ftp/arxiv/papers/2005/2005.10720.pdf

9  S Grinshpun, H Haruta, et al. Performance of an N95 filtering facepiece particular respirator and a surgical mask during human breathing: two pathways for particle penetration. J Occup Env Hygiene. 2009; 6(10):593-603.

https://www.tandfonline.com/doi/pdf/10.1080/15459620903120086

10 H Jung, J Kim, et al. Comparison of filtration efficiency and pressure drop in anti-yellow sand masks, quarantine masks, medical masks, general masks, and handkerchiefs. Aerosol Air Qual Res. 2013 Jun.

14:991-1002.

https://aaqr.org/articles/aaqr-13-06-oa-0201.pdf

11  C MacIntyre, H Seale, et al. A cluster randomized trial of cloth masks compared with medical masks in healthcare workers.  BMJ Open. 2015; 5(4)

https://bmjopen.bmj.com/content/5/4/e006577.long

12                                        N95                            masks explained. https://www.honeywell.com/en-us/newsroom/news/2020/03/n95-masks-explained

13  V Offeddu, C Yung, et al. Effectiveness of masks and respirators against infections in healthcare workers: A systematic review and meta-analysis.  Clin Inf Dis. 65(11), 2017 Dec 1; 1934-1942.

https://academic.oup.com/cid/article/65/11/1934/4068747

14  C MacIntyre, Q Wang, et al. A cluster randomized clinical trial comparing fit-tested and non-fit-tested N95 respirators to medical masks to prevent respiratory virus infection in health care workers. Influenza J. 2010 Dec 3.

https://onlinelibrary.wiley.com/doi/epdf/10.1111/j.1750-2659.2011.00198.x?fbclid=IwAR3kRYVYDKb0aR-su9_me9_vY6a8KVR4HZ17J2A_80f_fXUABRQdhQlc8Wo

15  M Walker. Study casts doubt on N95 masks for the public. MedPage Today. 2020 May 20.

https://www.medpagetoday.com/infectiousdisease/publichealth/86601

16  C MacIntyre, Q Wang, et al. A cluster randomized clinical trial comparing fit-tested and non-fit-tested N95 respirators to medical masks to prevent respiratory virus infection in health care workers. Influenza J. 2010 Dec 3.

https://onlinelibrary.wiley.com/doi/epdf/10.1111/j.1750-2659.2011.00198.x?fbclid=IwAR3kRYVYDKb0aR-

su9_me9_vY6a8KVR4HZ17J2A_80f_fXUABRQdhQlc8Wo

17  N Shimasaki, A Okaue, et al. Comparison of the filter efficiency of medical nonwoven fabrics against three different microbe aerosols. Biocontrol Sci.  2018; 23(2). 61-69.

https://www.jstage.jst.go.jp/article/bio/23/2/23_61/_pdf/-char/en

18  T Tunevall. Postoperative wound infections and surgical face masks: A controlled study. World J Surg. 1991 May; 15: 383-387.

https://link.springer.com/article/10.1007%2FBF01658736

19  N Orr. Is a mask necessary in the operating theatre? Ann Royal Coll Surg Eng 1981: 63: 390-392.

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2493952/pdf/annrcse01509-0009.pdf

20  N Mitchell, S Hunt. Surgical face masks in modern operating rooms – a costly and unnecessary ritual?  J Hosp Infection. 18(3); 1991 Jul 1. 239-242.

https://www.journalofhospitalinfection.com/article/0195-6701(91)90148-2/pdf

21   C DaZhou, P Sivathondan, et al. Unmasking the surgeons: the evidence base behind the use of facemasks in surgery.  JR Soc Med. 2015 Jun; 108(6): 223-228.

https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4480558/

22  L Brosseau, M Sietsema. Commentary: Masks for all for Covid-19 not based on sound data. U Minn Ctr Inf Dis Res Pol. 2020 Apr 1.

https://www.cidrap.umn.edu/news-perspective/2020/04/commentary-masks-all-covid-19-not-based-sound-data

23  N Leung, D Chu, et al. Respiratory virus shedding in exhaled breath and efficacy of face masks Nature Research.  2020 Mar 7. 26,676-680 (2020).

https://www.researchsquare.com/article/rs-16836/v1

24   S Rengasamy, B Eimer, et al. Simple respiratory protection – evaluation of the filtration performance of cloth masks and common fabric materials against 20-1000 nm size particles. Ann Occup Hyg. 2010 Oct; 54(7): 789-798.

https://academic.oup.com/annweh/article/54/7/789/202744

25   S Bae, M Kim, et al. Effectiveness of surgical and cotton masks in blocking SARS-CoV-2: A controlled comparison in 4 patients.  Ann Int Med. 2020 Apr 6.

https://www.acpjournals.org/doi/10.7326/M20-1342

26   S Rengasamy, B Eimer, et al. Simple respiratory protection – evaluation of the filtration performance of cloth masks and common fabric materials against 20-1000 nm size particles. Ann Occup Hyg. 2010 Oct; 54(7): 789-798.

https://academic.oup.com/annweh/article/54/7/789/202744

27   C MacIntyre, H Seale, et al. A cluster randomized trial of cloth masks compared with medical masks in healthcare workers.  BMJ Open. 2015; 5(4)

https://bmjopen.bmj.com/content/5/4/e006577.long

28   W Kellogg. An experimental study of the efficacy of gauze face masks. Am J Pub Health. 1920.  34-42.

https://ajph.aphapublications.org/doi/pdf/10.2105/AJPH.10.1.34

29   M Klompas, C Morris, et al. Universal masking in hospitals in the Covid-19 era. N Eng J Med. 2020; 382 e63.

https://www.nejm.org/doi/full/10.1056/NEJMp2006372

30   E Person, C Lemercier et al.  Effect of a surgical mask on six minute walking distance.  Rev Mal Respir. 2018 Mar; 35(3):264-268.

https://pubmed.ncbi.nlm.nih.gov/29395560/

31  B Chandrasekaran, S Fernandes.  Exercise with facemask; are we handling a devil's sword – a physiological hypothesis. Med Hypothese. 2020 Jun 22. 144:110002.

https://pubmed.ncbi.nlm.nih.gov/32590322/

32  P Shuang Ye Tong, A Sugam Kale, et al.  Respiratory consequences of N95-type mask usage in pregnant healthcare workers – A controlled clinical study.  Antimicrob Resist Infect Control. 2015 Nov 16; 4:48.

https://pubmed.ncbi.nlm.nih.gov/26579222/

33  T Kao, K Huang, et al. The physiological impact of wearing an N95 mask during hemodialysis as a precaution against SARS in patients with end-stage renal disease.  J Formos Med Assoc. 2004 Aug; 103(8):624-628.

https://pubmed.ncbi.nlm.nih.gov/15340662/

34  F Blachere, W Lindsley et al. Assessment of influenza virus exposure and recovery from contaminated surgical masks and N95 respirators. J Viro Methods.  2018 Oct; 260:98-106.

https://pubmed.ncbi.nlm.nih.gov/30029810/

35  A Rule, O Apau, et al. Healthcare personnel exposure in an emergency department during influenza season.  PLoS One. 2018 Aug 31; 13(8): e0203223.

https://pubmed.ncbi.nlm.nih.gov/30169507/

36  F Blachere, W Lindsley et al. Assessment of influenza virus exposure and recovery from contaminated surgical masks and N95 respirators. J Viro Methods.  2018 Oct; 260:98-106.

https://pubmed.ncbi.nlm.nih.gov/30029810/

37  A Chughtai, S Stelzer-Braid, et al.  Contamination by respiratory viruses on our surface of medical masks used by hospital healthcare

workers.  BMC Infect Dis. 2019 Jun 3; 19(1): 491.

https://pubmed.ncbi.nlm.nih.gov/31159777/

38   L Zhiqing, C Yongyun, et al. J Orthop Translat. 2018 Jun 27; 14:57-62.

https://pubmed.ncbi.nlm.nih.gov/30035033/

39  C MacIntyre, H Seale, et al. A cluster randomized trial of cloth masks compared with medical masks in healthcare workers.  BMJ Open. 2015; 5(4)

https://bmjopen.bmj.com/content/5/4/e006577

40  A Beder, U Buyukkocak, et al. Preliminary report on surgical mask induced deoxygenation during major surgery. Neurocirugia. 2008; 19: 121-126.

http://scielo.isciii.es/pdf/neuro/v19n2/3.pdf

41   D Lukashev, B Klebanov, et al. Cutting edge: Hypoxia-inducible factor 1-alpha and its activation-inducible short isoform negatively regulate functions of CD4+ and CD8+ T lymphocytes. J Immunol. 2006 Oct 15; 177(8) 4962-4965.

https://www.jimmunol.org/content/177/8/4962

42  A Sant, A McMichael. Revealing the role of CD4+ T-cells in viral immunity.  J Exper Med. 2012 Jun 30; 209(8):1391-1395.

https://europepmc.org/article/PMC/3420330

Read full story here...

Plaintiff's Exhibit 337

hennessysview.com

# 'Masks Are Symbolic,' say Dr Fauci and The New England Journal of Medicine

*Bill Hennessy*

3 minutes

---

In the past week, Dr. Anthony Fauci and the New England Journal of Medicine have admitted that masks are little more than symbols. Virtue signaling.

For those of you who shout "science" like it's a Tourette tick, this is from the New England Journal of Medicine on May 21, 2020:

We know that wearing **a mask outside health care facilities offers little, if any, protection from infection**. Public health authorities define a significant exposure to Covid-19 as face-to-face contact within 6 feet with a patient with symptomatic Covid-19 that is sustained for at least a few minutes (and some say more than 10 minutes or even 30 minutes). **The chance of catching Covid-19 from a passing interaction in a public space is therefore minimal.** In many cases, the desire for widespread masking is a reflexive reaction to anxiety over the pandemic.

So, why are we ordered to wear masks? Symbolism. From the same article in NEJM:

It is also clear that masks serve symbolic roles. Masks are not only tools, they are also talismans that may help increase health care workers' perceived sense of safety, well-being, and trust in their hospitals.

The Surgeon General was widely mocked and ridiculed for suggesting in March that masks might even increase the spread of the virus. Yet, here, the esteemed New England Journal of Medicine provides the same warning to mask-wearers:

What is clear, however, is that universal masking alone is not a panacea. A mask will not protect providers caring for a patient with active Covid-19 if it's not accompanied by meticulous hand hygiene, eye protection, gloves, and a gown. A mask alone will not prevent health care workers with early Covid-19 from contaminating their hands and spreading the virus to patients and colleagues. **Focusing on universal masking alone may, paradoxically, lead to more transmission of Covid-19 if it diverts attention from implementing more fundamental infection-control measures.**

Thus, the argument is over. Anyone who advocates universal masking is merely engaging in virtue signaling, not public health.

It's time to unmask. I, for one, don't have enough virtue to signal.

---

*Very happy to report that the great Jim Hoft has cross-posted [this story on The Gateway Pundit](). Thanks, Jim.*

Plaintiffs' Exhibit 338

benjaminfulford.net

# Masks DO NOT Protect Anyone – Even In Operating Rooms! – Weekly Geo-Political News and Analysis

*By Benjamin Fulford*

6-8 minutes

---

Dear Benjamin Fulford,

https://naturallyhealthynews.com/masking-the-truth/

"As a person who went to medical school, I was shocked when I read Neil Orr's study, published in 1981 in the Annals of the Royal College of Surgeons of England.

Dr. Orr was a surgeon in the Severalls Surgical Unit in Colchester. And for six months, from March through August 1980, the surgeons and staff in that unit decided to see what would happen if they did not wear masks during surgeries.

They wore no masks for six months and compared the rate of surgical wound infections from March through August 1980 with the rate of wound infections from March through August of the previous four years.

And they discovered, to their amazement, that when nobody wore masks during surgeries, the rate of wound infections was less than half what it was when everyone wore masks.

Their conclusion: 'It would appear that minimum contamination can best be achieved by not wearing a mask at all' and that wearing a mask during surgery 'is a standard procedure that could be abandoned.'

I was so amazed that I scoured the medical literature, sure that this was a fluke, and that newer studies must show the utility of masks in preventing the

spread of disease.

But to my surprise the medical literature for the past forty-five years has been consistent: masks are useless in preventing the spread of disease and, if anything, are unsanitary objects that themselves spread bacteria and viruses.

- Ritter et al., in 1975, found that 'the wearing of a surgical face mask had no effect upon the overall operating room environmental contamination.'

- Ha'eri and Wiley, in 1980, applied human albumin microspheres to the interior of surgical masks in 20 operations. At the end of each operation, wound washings were examined under the microscope. 'Particle contamination of the wound was demonstrated in all experiments.'

- Laslett and Sabin, in 1989, found that caps and masks were not necessary during cardiac catheterization. 'No infections were found in any patient, regardless of whether a cap or mask was used,' they wrote. Sjøl and Kelbaek came to the same conclusion in 2002.

- In Tunevall's 1991 study, a general surgical team wore no masks in half of their surgeries for two years. After 1,537 operations performed with masks, the wound infection rate was 4.7%, while after 1,551 operations performed without masks, the wound infection rate was only 3.5%.

- A review by Skinner and Sutton in 2001 concluded that 'The evidence for discontinuing the use of surgical face masks would appear to be stronger than the evidence available to support their continued use.'

- Lahme et al., in 2001, wrote that 'surgical face masks worn by patients during regional anesthesia, did not reduce the concentration of airborne bacteria over the operation field in our study. Thus they are dispensable.'

- Figueiredo et al., in 2001, reported that in five years of doing peritoneal dialysis without masks, rates of peritonitis in their unit were no different than rates in hospitals where masks were worn.

- Bahli did a systematic literature review in 2009 and found that 'no significant difference in the incidence of postoperative wound infection was observed between masks groups and groups operated with no masks.'

- Surgeons at the Karolinska Institute in Sweden, recognizing the lack of evidence supporting the use of masks, ceased requiring them in 2010 for anesthesiologists and other non-scrubbed personnel in the operating room. 'Our decision to no longer require routine surgical masks for personnel not scrubbed for surgery is a departure from common practice. But the evidence to support this practice does not exist,' wrote Dr. Eva Sellden.

- Webster et al., in 2010, reported on obstetric, gynecological, general, orthopedic, breast, and urological surgeries performed on 827 patients. All non-scrubbed staff wore masks in half the surgeries, and none of the non-scrubbed staff wore masks in half the surgeries.

- Lipp and Edwards reviewed the surgical literature in 2014 and found 'no statistically significant difference in infection rates between the masked and unmasked group in any of the trials.' Vincent and Edwards updated this review in 2016 and the conclusion was the same.

- Carøe, in a 2014 review based on four studies and 6,006 patients, wrote that 'none of the four studies found a difference in the number of post-operative infections whether you used a surgical mask or not.'

- Salassa and Swiontkowski, in 2014, investigated the necessity of scrubs, masks, and head coverings in the operating room and concluded that 'there is no evidence that these measures reduce the prevalence of surgical site infection.'

- Da Zhou et al., reviewing the literature in 2015, concluded that 'there is a lack of substantial evidence to support claims that face masks protect either patient or surgeon from infectious contamination.

'Schools in China are now prohibiting students from wearing masks while exercising. Why? Because it was killing them. It was depriving them of oxygen and it was killing them. At least three children died during Physical Education classes — two of them while running on their school's track while wearing a mask. And a 26-year-old man suffered a collapsed lung after running two and a half miles while wearing a mask. Mandating masks has not kept death rates down anywhere. The 20 U.S. states that have never ordered people to wear face masks indoors and out have dramatically lower COVID-19 death rates than the 30 states that have

mandated masks. Most of the no-mask states have COVID-19 death rates below 20 per 100,000 population, and none have a death rate higher than 55.

All 13 states that have death rates higher than 55 are states that have required the wearing of masks in all public places. It has not protected them.

'We are living in an atmosphere of permanent illness, of meaningless separation,' writes Benjamin Cherry in the Summer 2020 issue of New View magazine. A separation that is destroying lives, souls, and nature."

Plaintiff's Exhibit 339

thecivilrightslawyer.com

# Masks do nothing to stop the spread of COVID and are harming children

13-16 minutes

As we discussed in yesterday's episode of Freedom is Scary, the national's leading industrial hygiene expert, Stephen E. Petty, P.E. CIH., C.S.P. of EES Group, Inc., is an actual expert in the use of masks. The science shows the reason that the virus spread in total disregard for widespread mask usage: because masks do nothing to stop the spread of the virus.

The science shows that COVID-19 virus particles are less than 1 micron in size, which is 4,000 times smaller than the diameter of a single human hair. These particles, which infect people through inhalation into the lungs, are so small, that when exhaled into an indoor room, it will take hours, and most likely days, to drop the five feet from one's mouth to the floor. But there are actual solutions, which science provides to us, but which are being ignored by the the media and government officials.

Dr. Petty holds both a B.S. and an M.S. in Chemical Engineering, both with honors. He has an M.B.A. He was a Senior Research Scientist at Battelle. He was the Senior Research Engineer at Colombia Gas. He was the President of EES Group, an engineering company in Colombus, Ohio. He has a CIH national certification, as well as a C.S.P. certification and is a licensed Professional Engineer in Ohio, Florida, Pennsylvania, West Virginia, Kentucky and Texas. He served as a national exposure/PPE expert in more than 400 cases, including Monsanto Roundup and DuPont C-8. He's also an Adjunct Professor at Franklin University and holds 9 U.S. Patents. He holds membership in all the Industrial Hygiene professional associations, as well as the American Institute of Chemical Engineers.

"Industrial Hygiene" is "That science and art devoted to the anticipation, recognition, evaluation, and control of those environmental factors or stressors arising in or from the workplace, which may cause sickness, impaired health and well-being, or significant discomfort among workers or among the citizens of the community. So, it's the scientific field associated with exposure, PPE and warnings. It has nothing to do with dentistry. Unfortunately, this field has been mostly ignored by the media and the Government, who

has relied on medical doctors, who are not trained in exposure and PPE. That's beginning to change. But not quickly enough.

Exposure can occur in 4 ways: inhalation, dermal, ingestion and intravenous. Obviously, lower concentrations of exposure are better, and less time of exposure is better. Dr. Petty has **four main points to exposure**:

1. Personal Protective Equipment (PPE) is the least desirable way to protect people.

2. Masks are not PPE.

3. Scientific evidence suggests COVID-19 particles are mostly small aerosols – not droplets, which would mean respirators, rather than masks, are needed to protect the lungs (which makes the 6′ rule effectively meaningless).

4. Smaller particles are likely a greater cause of disease since they get past PPE and can reach deep into the lungs.

5. What DOES work are Engineering controls of dilution and destruction.

Thus, the least effective option of minimizing exposure is PPE. then minimizing exposure distance and time, and then engineering controls designed to dilute, destroy or contain the particles.



Masks, as we have been mandated to wear, are not "respirators."



Despite telling the public to wear masks, OSHA admits they are not protective:

## Masks vs PPE – What Does OSHA Say?

### OSHA Confuses the Public – Says Wear Masks on Pg. 1 but on Pg. 6 says they are not protective......

**Additional Considerations for PPE**

Interim guidance for specific types of workers and employers includes recommended PPE ensembles for various types of activities that workers may perform. In general:

➢ *PPE may be needed when engineering and administrative controls are insufficient to protect workers from exposure to SARS-CoV-2 or other workplace hazards and essential work operations must continue.*

➢ *If workers need respirators, they must* be used in the context of a comprehensive respiratory protection program that *meets the requirements of OSHA's Respiratory Protection standard (29 CFR 1910.134) and includes medical exams, fit testing, and training.*

  • ***Surgical masks are not respirators*** *and do not provide the same level of protection to workers as properly-fitted respirators*. **Cloth face coverings are also not acceptable substitutes for respirators.**

**Masks are not Respirators: - Terms often Conflated – Leak around edges and cannot be fit tested. CDC says the same!**

https://www.osha.gov/coronavirus/control-prevention - downloaded 2/19/2021        13

The CDC also tells the public to wear masks, but also admits they are not protective:

## Masks vs PPE – CDC Says the Same Thing
### CDC Also Confuses the Public – Says Wear Masks but says…



In other words, masks don't meet any of the OSHA respiratory protection standards that are used in the workplace. Yet we're being forcibly subjected to them, as are our children. The public has been told that COVID-19 particles fall to the ground within 6 feet, and therefore can safely "social distance." However, OSHA has admitted otherwise:



To the extent that COVID-19 is aerosol, masks do absolutely nothing. A study from the National Academy of Sciences Press establish that most of the COVID-19 particles emitted from those infected are aerosols, or consisting of 0.3 to 0.5 microns. "Droplets"

consist of particles much greater in size than aerosols. The science shows however, that most COVID-19 particles are aerosols, not droplets. As such, they are less than 1 micron in size.



The NASP paper concluded that "**the proportion of small respiratory droplets (i.e., aerosols) [were the majority of particles exhaled in all subjects]**…."

Exactly how tiny is a micron? **It's 4,000 times smaller than a single human hair**.





The National Academy of Sciences Press paper also concluded that ==there may be an elevated risk of the airborne transmission of COVID-19 by way of the very small droplets that transmit through conventional masks and traverse distances far exceeding the conventional social distancing standards== of 2 meters, or around 7 feet, and that exhaled aerosol numbers appear to be not only an indicator of disease progression, but a marker of disease risk in non-infected individuals.

These particles are so small, that the length of time they remain airborne effectively renders "social distancing" irrelevant to the indoor spread of COVID-19. **An aerosol COVID-19 particle**, the majority of which are less than 1 micron in size, **takes hours, and even days, to fall just from mouth-level to the ground**.

## SMALL PARTICLES TAKE A LONG TIME TO FALL FIVE FEET IN STILL AIR

Stokes Law (see Industrial Ventilation Workbook, D. Jeff Burton, 4th edition, 1997)

| Particle Size (μm) | Time to Fall 5' (minutes) | Time to Fall 5' (hours) | Time to Fall 5' (days) | Type of Particle |
|---|---|---|---|---|
| 0.09 | | 1,413 | 58.9 | |
| 0.12 | | 1,113 | 46.4 | |
| 0.2 | | 401 | 16.7 | Aerosol |
| 1 | | 16 | 0.67 | |
| 5 | 38.5 | 0.64 | 0.027 | |
| 10 | 9.6 | 0.16 | 0.007 | |
| 25 | 1.5 | 0.03 | 0.001 | Droplet |
| 100 | 0.1 | 0.00 | 0.000 | |

**In still air it takes days for aerosols to fall 5';**

**Moving air even longer.**

Settling velocity of a particle in still air (feet/minute) Vs = 0.0052 * (S.G.) * D²

Where:

S.G. is the specific gravity of the virus (1.42)

D is the diameter of the particle in microns (range from 0.09 to 0.2 with mean of 0.12)

For D < 100 um

See also: https://www.thelancet.com/pdfs/journals/lanres/PIIS2213-2600(20)30323-4.pdf – Fennelly - Particle sizes of infectious aerosols: implications for infection control – Lancet – Sept. 2020.

20

1. Aerosols (very small particles of less than 5 microns) **can stay suspended in air for hours to days**.

2. Since they stay suspended for so long, they can actually accumulate in concentration in indoor air, rather than dropping out to the ground as one would assume with "droplets."

3. **This effectively renders the 6 foot rule of social distancing useless; ==this also renders masks essentially useless==**, since they don't filter out aerosols and can't seal the gaps around the edges.

Imagine the virus as a gnat flying through a wall made out of chain link fence, which also has open windows and doors (which represents the gaps around the edges of the mask). There is literally nothing stopping or restricting the free and open travel of the gnat through the "wall."

On February 15, 2021, almost a year after the beginning of the pandemic and state of emergency mandates, 13 physicians and scientists with expertise in aerosol science, occupational health and infectious diseases wrote to the CDC, as well as to the COVID response team at the White House and Dr. Fauci, asking them to investigate the implications of aerosols. They advised that:

For many months **it has been clear that transmission through inhalation of small aerosol particles in an important and significant mode of COVID-19 virus transmission**. They additionally warned that **numerous studies have demonstrated that aerosols produced through breathing, talking and singing are concentrated close to the infected person and can remain in the air and viable for long periods of time and travel long distances within a room** – sometimes even farther.

They further noted that although the CDC recognized back in October that COVID-19 was spread through inhalation of aerosols as a route of infection, most CDC guidance and recommendations have not yet been updated or strengthened to address and limit inhalation exposure to small aerosol particles. They noted that the CDC continues to use the outdated and confusing term "respiratory droplets" to describe both larger propelled droplet sprays and smaller inhaleable aerosol particles.

To make a long letter short, they informed the nation's so-called health experts that CDC guidance and recommendations do not include the control measures necessary for protecting the public, and workers, from inhalation exposure to COVID-19.

So we know that with aerosols, masks do not protect you, or others. Masks have been ordered along with an emotional appeal to wear a mask to protect others, or so that you can go see your grandkids, or go in a store – or whatever. Instead of arguing over masks and trying to convince those who have been propagandized that they don't work, he proposes actual solutions which do work: dilution or destruction:

EXPOSURE – WHAT CAN BE DONE?

**Follow IH Hierarchy of Controls**

_**Use Engineering Controls 1st! – Not Masks**_

**The key available parameter is to limit potential concentrations in indoor spaces:**



So being outside when possible and increasing fresh air ventilation actually does work. But the other thing that works is destruction. Technology exists which can destroy viruses from indoor spaces, such as **needle point ionization technology**.

As a country, we've taken out more debt in the past 12 months than we did from the beginning of the pandemic, all the way to 1776. How many lives could have been saved, or still could be saved, if even some of the billions of dollars wasted could have gone to purchase ventilation systems and needle point ionization technology for our elderly population? Instead, <mark>we're convincing people to have a false senses of security in wearing a mostly-useless mask.</mark>

In recent days, the CDC has finally begun to admit that the virus is spread through aerosols of 5 microns and less, which may take days to settle, yet they nevertheless stick

to mask usage based solely on the existence of larger droplets, in addition to aerosols:

**Research shows that the particle size of SARS-CoV-2 is around 0.1 micrometer (µm)**. However, the virus generally does not travel through the air by itself. These viral particles are human-generated, so the virus is trapped in respiratory droplets and droplet nuclei (dried respiratory droplets) that are larger. **Most of the respiratory droplets and particles exhaled during talking, singing, breathing, and coughing are less than 5 µm in size…..**

**Collectively these particles are capable of remaining airborne for hours** and are most associated with deep lung penetration.

*https://www.cdc.gov/coronavirus/2019-ncov/community/ventilation.htmlhttps://www.cdc.gov/coronavirus/2019-ncov/community/ventilation.html*

In other words, masks aren't going to be able to stop the aerosol spread of the virus, but we want you to continue wearing masks, because they will stop "trapped" particles in larger droplets, i.e., close-range spitting in each other's mouths. But if your'e close enough to do that, and aerosol particles can get through the masks and linger in the air for hours, what difference does that make, since it's already deeply penetrated your lungs?

But this is much more dangerous than just a futile exercise in COVID theater and self-congratulations about caring for those around you. Take a look at the German study which was released showing that children are being harmed by the forced usage of masks. The first results of a German study of over 26,000 children and adolescents show 68% of parents reported impairments in their children as a result of mask-wearing, including the following side effects: irritability (60%), headache (53%), difficulty concentrating (50%), decreased happiness (49%), malaise (42%), impaired learning (38%), and fatigue (37%).

What are the benefits of this mandate, even if masks did work in stopping a spread, that could possibly justify this collateral damage? And what about the emotional damage? A 2010 paper from Harvard University observed the damage that can be caused by exposing them to endless fear and anxiety: "Ensuring that young children have safe, secure environments in which to grow, learn, and develop healthy brains and bodies is not only good for the children themselves but also builds a strong foundation for a thriving, prosperous society," wrote the National Scientific Council on the Developing Child for Harvard University. "Science shows that early exposure to circumstances that produce persistent fear and chronic anxiety can have lifelong consequences by disrupting the developing architecture of the brain."

Additionally, the World Health Organization (WHO) lists the potential harms and disadvantages of mask use by healthy people:

- potential increased risk of self-contamination due to the manipulation of a face mask and

subsequently touching eyes with contaminated hands;

- potential self-contamination that can occur if non- medical masks are not changed when wet or soiled. This can create favourable conditions for microorganism to amplify;

- potential headache and/or breathing difficulties, depending on type of mask used;

- potential development of facial skin lesions, irritant dermatitis or worsening acne, when used frequently for long hours;

- difficulty with communicating clearly;

- potential discomfort;

- a false sense of security, leading to potentially lower adherence to other critical preventive measures such as physical distancing and hand hygiene;

- poor compliance with mask wearing, in particular by young children;

- waste management issues; improper mask disposal leading to increased litter in public places, risk of contamination to street cleaners and environment hazard;

- difficulty communicating for deaf persons who rely on lip reading;

- disadvantages for or difficulty wearing them, especially for children, developmentally challenged persons, those with mental illness, elderly persons with cognitive impairment, those with asthma or chronic respiratory or breathing problems, those who have had facial trauma or recent oral maxillofacial surgery, and those living in hot and humid environments.

Why are we subjecting our children to forced mask usage in our schools when they do nothing to stop aerosol COVID-19 particles from being either exhaled or inhaled, and where if present, they could be floating around inside a classroom for hours, or even days? Given the evidence that children are being harmed, and even subjected to an increased possibility of infection through using them, such policies are truly irrational, misguided and dangerous.

Here's the live video from Freedom is Scary Ep. No. 54, where I discuss litigation strategy to save the children from masks with civil rights lawyers, Chris Wiest from Kentucky, and Andy Fox from Tennessee:

Plaintiff's Exhibit 340

lifesitenews.com

# Masks 'don't work,' are damaging health and are being used to control population: Doctors panel - LifeSite

*LifeSite*

14-17 minutes

---

Fri Feb 19, 2021 - 4:30 pm ESTFri Jun 18, 2021 - 4:53 pm EDT

***Click HERE to register for access to replays of LifeSite's Unmasking COVID-19 conference.***

February 19, 2021 (LifeSiteNews) – Masks "don't work," reveal a panel of doctors in LifeSiteNews' recent "Unmasking COVID-19," conference, who warned about how mask mandates are being used to bring about "Nazi-like" control of the populace.

As part of the LifeSiteNews unique event, Dr. Sheri Tenpenny, Dr. Eric Nepute and Dr. Pam Popper formed a panel discussion dealing with the issues of masks and vaccines, in which they highlighted the errors in the mainstream narrative, which promotes the wearing of masks almost everywhere.

**Masks 'don't work'**

"The only randomized control studies that have ever been done on masks show that they don't work," began Dr. Nepute. He referred to Dr. Anthony Fauci's "noble lie," in which Fauci "changed his tune," from his March 2020 comments, where he downplayed the need and efficacy of mask wearing, before urging Americans to use masks later in the year.

"Well, he lied to us. So if he lied about that, what else has he lied to you about?" questioned Nepute.

Masks have become commonplace in almost every setting, whether indoors or outdoors, but Dr. Popper mentioned how there have been "no studies" which actually examine the "effect of wearing a mask during all your waking hours."

"There's no science to back any of this and particularly no science to back the fact that

wearing a mask twenty four-seven or every waking minute, is health promoting," added Popper.

"There's no data, there's no research that supports that wearing a mask is beneficial. In fact, if you look at the data that's been coming out, it's quite the contrary," stated Nepute.

— Article continues below Petition —

115894 have signed the petition.

Let's get to 125000!

Thank you for signing this petition!

Add your signature:

  Show Petition Text

**PETITION UPDATE (8/27/2020)**

Thank you for continuing to **SIGN and SHARE** this petition, which asks policymakers at all levels of government to reverse mandatory mask orders within their borders.

**Facebook has restored the share link for this petition, saying that the decision to block it was a 'mistake...'**

Please share with your Facebook friends, but we should all take heed of this warning: when an organization or individuals have to beg, plead and cajole just to express objective truths, it may be time to start looking for other social networking platforms.

Facebook needs to treat its users with respect, no matter their political persuasion. Moreover, Facebook needs to treat objective reality and facts with more respect.

**One-size-fits-all oppressive government mask mandates must stop!**

Healthy adults and children should not be forced - by the state - to wear masks when the risk of infection is low and the benefit of wearing a mask is highly questionable.

_____

**PETITION UPDATE (8/25/2020)**

Facebook is actively censoring this petition, saying that some people find it 'abusive.'

How anyone could find alternate facts about oppressive mask mandates 'abusive' is incredible...that is, impossible to believe.

This is exactly the kind of censorship which Big Tech is getting a bad reputation for.

The fact that Facebook calls differing opinion and objective reality "abusive" says a lot about Facebook and their agenda to silence reason and logic, not just conservatives and

Christians.

But, people are more intelligent than Facebook give them credit for.

And, the more this continues, the more reasonable people will look alternate platforms to share their thoughts and connect with their friends and family. The more that happens, the less revenue Facebook will generate.

All of us have a decision to make, and the time is coming where we might have to tell our Facebook friends that we are moving to another platform.

We are encouraging people to continue SIGNING this petition and SHARING it via other platforms such as Parler and Gab, and to share the link below with your family and friends on Whatsapp, Telegram, Threema and Signal.

Thank you!

---

**One-size-fits-all oppressive government mask mandates must stop!**

Healthy adults and children should not be forced - by the state - to wear masks when the risk of infection is low and the benefit of wearing a mask is highly questionable.

**Please SIGN this petition which asks policymakers at all levels of government to reverse mandatory mask mandates within their borders**.

Public health policies should be based on science and logic, not on the type of political posturing and virtue-signaling which led Joe Biden to recently call for a national mask mandate.

And, public health policies certainly shouldn't lead to a situation where more people could become sick.

But, that is exactly what these mandatory mask mandates are doing.

**Here are four inconvenient facts about masks**:

**1)** Masks** are largely ineffective at stopping the transmission of viruses**.**

The vast majority of masks worn by the public are made from material which cannot filter-out viruses because virus particles are too small to catch or obstruct.  Wearing cloth masks to stop a virus is like putting a bee in a bird cage to keep it from flying away.

Wearing a mask for long periods of time ensures that the wearer has a warm and moist receptacle around his or her mouth, on which viruses and bacteria can land and accumulate.

Thus, masks are actually likely to have little effect in stopping the spread of

COVID-19 acting as a barrier, but could actually make things worse acting as a receptacle.

**2) Mandates which call for masks to be worn outdoors are both absurd and oppressive**.

**3)** There are clearly documented hazards of wearing masks for long periods of time.

**4) And, since school is on everyone's mind...**

Notwithstanding the above information on the ineffectiveness of most masks against viruses, we don't know if asymptomatic children can even transmit the virus.

But, it was a reported in an article in the July 21, 2020 *Uk Times* that: **"There has been no recorded case of a teacher catching the coronavirus from a pupil anywhere in the world, according to one of the UK government's leading scientific advisers."**

And, we also know that children are extremely unlikely to get seriously ill or die from COVID infections. In any case, children cannot possibly be expected to wear a mask properly in a way that would cut transmission.

There are still a lot of unknowns about COVID-19, but we have grown in our understanding of this disease since the beginning of the crisis.

**The knowledge we have gained should allow government and health authorities to make more nuanced policies than the current one-size-fits-all mask mandates**.

Where are the legislative hearings in county commissions, and state, provincial or federal legislatures before these drastic actions are mandated? Where are the open and transparent debates among experts that provide our representatives with the necessary information to make good policy decisions?

The real pandemic is the panic and the resulting tyranny that is being caused by dictatorial governors, corporate media and the monopolistic Big Tech.

The truth is that COVID-19 is like a bad cold for most people; this is not ebola or the plague.

**Of course, the very elderly and those with serious health conditions should take precautions or be quarantined, but the rest of society should begin the long process of returning to normality**.

The frenzy to force everyone to wear a mask, at all times, has gone beyond all comprehension, and goes against science and logic.

Please **SIGN** this petition which asks policymakers at all levels of government to reverse any mandatory mask order within the borders of their county, state, province, or country.

Thank you!

**FOR MORE INFORMATION**:

'Explosion in mandatory masking isn't driven by science, but fear', PART I
- https://www.lifesitenews.com/blogs/explosion-in-mandatory-masking-isnt-driven-by-science-but-fear

'Explosion in mandatory masking isn't driven by science, but fear', PART II
- https://www.lifesitenews.com/blogs/explosion-in-mandatory-masking-isnt-driven-by-science-but-fear-part-ii

OSHA Document on Surgical Masks and Respirators stating that surgical masks do NOT prevent airborne particles (e.g. viruses) from being inhaled - https://www.osha.gov/Publications/OSHA3219.pdf

'PETER HITCHENS: Face masks turn us into voiceless submissives - and it's not science forcing us to wear them, it's politics' - https://www.dailymail.co.uk/debate/article-8537489/PETER-HITCHENS-Face-masks-turn-voiceless-submissives.html

\*\*Here, we are referring to the masks worn by the vast majority of the public, not to specialist masks or respirator-type masks.

\*\*\*Photo Credit: Shutterstock.com

As mentioned by Nepute, a number of studies and demonstrations are now emerging, proving the inability of masks to prevent the passage of infection. In fact, Dr. Tenpenny commented how she had examined over one hundred peer reviewed articles, which all proved that "masks do nothing but make the wearer of the mask ill."

**Masks actually undermining physical health**

But more worrying than the failure of masks to perform their supposed purpose, the panel drew attention to the detrimental effects which masks can have on those who wear them. Referring to a recent study of 25,000 German students, Nepute mentioned that 68% of them had "some kind of impairment" from mask wearing.

Tenpenny weighed in, warning of the psychological effects which mask mandates will have on children. "We are training them to be fearful to breathe, that oxygen is horrible for them and that anybody that they see that doesn't wear a mask is dangerous to them," she said.

"And instead of thinking of people that had masks in the past where you would be afraid of the masked person, that they might be there to kidnap you or harm you or do something like that, instead, now we're seeing children who are like horrified that somebody doesn't

have a mask on."

Aside from the mental effect of mask wearing, the panel also highlighted the danger which masks posed to the respiratory system. Nepute commented on the unusually large number of people having respiratory bacterial infections.

"If you look at what's happening right now and if you look at death certificates and you look at correlative deaths with COVID-19, what we find above all things is bacterial respiratory infections."

In a similar vein to her comments on COVID-19 experimental vaccines, Popper described those who are "consenting" to the mask mandates, as taking part in "a clinical trial without their permission that they are not even aware of."

**Masks as a means of controlling the populace**

As mask mandates have spread, so too, to some extent, has resistance. Such resistance has led to numerous instances of people without masks being confronted by other members of the public, shop employees and the police.

"This just reminds me of Nazi Germany, where, I mean, next they're going to put a star on my arm right," noted Popper. "And because where does it stop? It's a sign of submission, it has nothing to do with health."

People have been "brainwashed," into thinking "it's unsafe not to wear a mask," she continued. "They are turning the population against each other…this is a very common tactic that's been used by criminals and despots throughout history."

The "efficacy" of masks, which politicians point to, is in reality efficacy in bringing about "encephalopathy," Tenpenny said. "It will more effectively make their brains work less, which is what their goal is."

So effective has the campaign been in promoting fear and mask wearing, that Tenpenny predicted it could take "years" for people to stop wearing masks, even if the mandates stopped. "There would be a huge sector of the population that's going to keep wearing it for a long time because the fear based anxiety that has gotten embedded into their brain, they're not going to give it up."

Nor did she think it likely that globalist politicians would even release the mask mandates, suggesting the mandates would continue "as long as it's convenient for them [politicians] and as long as it propagates their agenda."

Tenpenny referred to the World Economic Forum's Great Reset agenda, and how it is crucially linked to the unprecedented restrictions being imposed upon the world. "It's all a planned mechanism way to dehumanize us, to separate us, to not touch each other and

not shake hands, not do any of those things, to dehumanize us so that they can put us into an enslavement system of total control."

**Presenting hope**

However, the panel also urged people to have hope and courage. Nepute called for a "collective decision," where "millions of people" refused to comply, removed their masks and opened up their businesses again. Despite an initial period of "cognitive dissonance," Nepute expressed hope that many would soon reject the restrictions being imposed on them.

"There's no common sense to any of this. I am in control of my life. I'm going to do what my God given inalienable rights as an American and a human allow me to do," Nepute declared. "And I hope that more people realize that and stand up for that. Will we get some pushback? Yes. Who are we going to get pushback from? The very small amount of people that want to control everyone else."

"I'm telling you, now is the time to take action," he said.

Popper supported her colleague, presenting the example of many thousands of businesses in Italy which opened in defiance of lockdown laws: "at some point in time this will gather enough momentum where it will be unstoppable."

"The people who are behind all of this, the people who are controlling us and this whole situation, they are godless, soulless creatures. They are brains inside of functioning bodies, but they have no soul. And people like this, if you look at history, they have never prevailed," Popper reminded.

"They have never prevailed. They're evil enough to use their brains to construct something like this and carry you off. But they never, ever win in the end. And so I think we can take our lessons from that and have a lot of hope for the future."

Keep this news available to you and millions more

Your gift will spread truth, defeat lies, and save lives

Plaintiff's Exhibit 341

thehealthyamerican.org

# MASKS DON'T WORK — THE HEALTHY AMERICAN™

13-16 minutes

---

**Science Says Healthy People Should Not Wear Masks**

"How can a person be forced by any business or government entity to wear a mask (which affects the respiratory system) without having a physical exam by a licensed doctor who approves such an action?"

~ Peggy Hall

**Science Says Healthy People Should Not Wear Masks**

- Masks **reduce intake of oxygen**, leading to carbon dioxide toxicity

- Germs are trapped near your mouth and nose, **increasing risk of infection**

- Wearing a mask causes you to **touch your face more frequently**

- There is **no scientific evidence** that supports healthy people wearing masks

- Masks **obscure your facial features** and impede normal social interaction

- Masks make it **hard for hearing-impaired people** to understand you

- Masks **symbolize suppression of speech**

**MASKS DO NOT PREVENT SPREAD OF VIRUS**

**Links to other websites with mask info and data:**

20 Reasons Masks are unsafe click here

Much ado about Corona: click here

Face Masks do no prevent viruses click here

Face mask evidence **click here**

https://www.aier.org/article/masking-a-careful-review-of-the-evidence/

**NOTE: Many links are being scrubbed (removed) from the Internet. We are updating as possible.**

**KEY FINDINGS:**

A study on health effects of wearing masks. While the study does not show long term health effects they will eventually be unavoidable because physiological short term symptoms are still present.

"Wearing an N95 for an entire 12-hour shift had statistically significant negative effects on some physiologic measures and subjective symptoms. Over time, nurses' $CO_2$ levels became significantly elevated, from a statistical standpoint, compared with beginning-of-shift baseline measures; perceived exertion; perceived shortness of air; and complaints of headache, lightheadedness, and difficulty communicating also increased over time (Tables 3 and and4 ). $CO_2$ levels increased from a baseline average of 32.4 at the beginning of the shift to 41.0 at the end of each shift. There were no changes in nurses' blood pressure, $O_2$ levels, perceived comfort, perceived thermal comfort, or complaints of visual difficulties compared with baseline levels." Source: Physiologic and other effects and compliance with long-term respirator use among medical intensive care unit nurses - Study

When a person has negative physiological symptoms for a long period of time it can cause stress and anxiety. "Being stressed out for a long period of time might increase anxiety, a new study shows. The study, published in Behavioral Neuroscience, lays some of the blame on stress hormones. Those stress hormones -- such as cortisol and corticotropin-releasing hormone -- can help respond to an immediate threat. Source: WebMd

Stress is a major contributor to disease manifestation since it is known to lower the immune system. "When we're stressed, the immune system's ability to fight off antigens is reduced. That is why we are more susceptible to infections. The stress hormone corticosteroid can suppress the effectiveness of the immune system (e.g. lowers the number of lymphocytes)." Source: Stress, Illness and the Immune System | Simply Psychology Website Study pdf link: Physiologic and other effects and compliance with long-term respirator use among medical intensive care unit nurses
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7132714/

Face masks: "In our systematic review, we identified 10 RCTs that reported estimates of the effectiveness of face masks in reducing laboratory-confirmed influenza virus infections in the community from literature published during 1946–July 27, 2018. In pooled analysis, we found no significant reduction in influenza transmission with the use of face masks" Source: Article, Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings—Personal Protective and Environmental Measures | From the Center for Disease Control Website

"Disposable medical masks (also known as surgical masks) are loose-fitting devices that were designed to be worn by medical personnel to protect accidental contamination of patient wounds, and to protect the wearer against splashes or sprays of bodily fluids (36). There is limited evidence for their effectiveness in preventing influenza virus transmission either when worn by the infected person for source control or when worn by uninfected persons to reduce exposure. Our systematic review found no significant effect of face masks on transmission of laboratory-confirmed influenza." Source: Article, Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings —Personal Protective and Environmental Measures

From the Center for Disease Control Website Masks Don't Work: A Review of Science Relevant to Covid-19 Social Policy https://www.rcreader.com/commentary/masks-dont-work-covid-a-review-of-science-relevant-to-covide-19-social-policy

Dept of Labor OSHA guidlines... Human beings must breathe oxygen to survive, and begin to suffer adverse health effects when the oxygen level of their breathing air drops below [19.5 percent oxygen]. Below 19.5 percent oxygen air is considered oxygen-deficient. At concentrations of 16 to 19.5 percent, people engaged in any form of exertion can rapidly become symptomatic as their tissues fail to obtain the oxygen necessary to function properly (Rom, W., Environmental and Occupational Medicine, 2nd ed.; Little, Brown; Boston, 1992).

Wearing a mask can reduce oxygen intake by 20% or more causing the individuals oxygen inhalation to be well below the necessary 19.5 percent.

**(1) New England Journal of Medicine:**
"We know that wearing a mask outside health care facilities offers little, if any, protection from infection." **LINK HERE**

**(2) CAL-OSHA Regulations:**
"Cloth face coverings do not protect against COVD -19" **LINK HERE**

**(3) California Department of Health:**
**"Face coverings may increase risk** if users reduce their use of strong defenses." **"There is limited evidence** to suggest that use of cloth face coverings by the public during a pandemic could help reduce disease transmission." **LINK HERE**

**(4) FDA -** "Even a properly fitted N95 mask does not prevent illness or death" **LINK HERE**

**(5) CDC —** There is no scientific evidence for healthy people wearing masks. **: Watch "CDC Mask Deception"**

**(6) Neurosurgeon Dr. Russell Blaylock :**
"There is no scientific evidence that masks are effective. If you are not sick, you should

not wear a face mask." **LINK HERE**

**(7) Columbia University: Psychological Harms of Face Masks:**
"Many young children burst into tears or recoil when someone wearing a mask approaches. By putting on masks, we take away information that makes it especially difficult for children to recognize others and read emotional signals, which is unsettling and disconcerting." **LINK HERE**

**(8) US Surgeon General Jerome Adams:**
"Masks are not effective in preventing the general public from catching coronavirus."
**LINK HERE**

**(9) Dr. Anthony Fauci:**
"People should not be walking around wearing masks. Masks do not provide the protection people think they do." **LINK HERE**

**(10) WHO, Dr. Mike Ryan:**
"There is no specific evidence to suggest that the wearing of masks by the mass population has any potential benefit. In fact, there's some evidence to suggest the opposite in the misuse of wearing a mask properly or fitting it properly. **LINK HERE**

**(11) US Department of Labor — OSHA:**
"Oxygen deficient is any atmosphere that contains less than19.5%." This happens when the oxygen is displaced by inert gas such as **CARBON DIOXIDE** and is the **leading cause of FATALITIES." LINK HERE**

**Contact these agencies**
**State Board of Health**
**Local County Board of Health**
**Board of Supervisors (they have some authority the board of health)**
**City Officials**
**Sheriff and Police Departments**
**HOAs**
**Any other establishments that require patrons to wear masks**

It's best to speak calmly, and in a manner of requesting information. Use the bullet point examples below in the form of questions.

Be polite but firm and require specific answers and a timeframe that they must respond.

1. **Contact the businesses** you want to visit in advance. Tell them you are coming, and you won't be wearing a mask for medical reasons. Speak to the manager calmly and with conviction.

2. **Write to the corporate offices** with these questions (also good to ask in person at the store)

- "What are the **medical grounds** for your requesting your customers to wear a mask?"

- "Are you aware there is **no state regulation** requiring that customers wear masks?"

- "Would you provide me with the **peer-reviewed research** published in a reputable medical journal that conclusively demonstrates that healthy people wearing masks prevents the spread of disease?"

- "Are you aware that **a licensed medical doctor is the only person qualified to give me medical advice,** and wearing a mask is considered a health intervention because it affects the function of the respiratory system. **Are you providing a licensed medical doctor at the entrance to your store to provide physical exams** of the public to make this recommendation?"

- "Are you aware that my civil liberties protection (in CA, it is California Civic Code 51 (b) states that **I am a free and equal citizen and cannot be denied services** by any business establishment due to a medical condition?"

**Send this to COSTCO 1-425-313-8100 and ALL local businesses**

1. You enforce 6 feet distance between people.

2. You require your associates to wear masks.

3. There is often a plexiglass divider between customer and cashier.

Don't those things work? If YES --- then why do I need to wear a mask?

If NO --- then why do you enforce them?

There is zero logic behind a healthy person wearing a mask if those at risk are already wearing masks.

--- If I am standing 6 feet away from other people, how could I possibly infect them --- especially if they are already wearing a mask?

--- If I have to stand behind a plexiglass divider at the checkout counter, how could I possibly infect the cashier?

--- If the cashier is WEARING a mask, and standing BEHIND a plexiglass divider, why in the world would I need to wear a mask to protect her/him?

You might be saying, "Just wear a mask and get along."

-One reason I don't wear a mask and object to doing so is because I understand that the

UNIMPEDED flow of oxygen is essential to my health and immune system.

-When you DECREASE the flow of oxygen, your body produces cortisol, which harms your immune function.

-In other words, unless you are already sick or have a weakened immune system, wearing a mask is going to do more harm than good.

**Here are MEDICAL REFERENCES that show cloth or paper masks don't work to prevent infection, and actually put your health at risk:**

**Reference 1**: Mask guidance from the WHO **World Health Organization**

**Reference 2**: New findings, published in the **Annals of Internal Medicine,** suggest that neither surgical nor cloth masks are at all effective in stopping the spread of SARS-CoV-2.

**Reference 3**: A randomized-study with **cloth masks show they INCREASE risk of infection.**

**Reference 4**: **WHY FACE MASKS DON'T WORK**

**Reference 5**: **FACE MASKS POSE SERIOUS RISK TO HEALTHY**

**Here are LAWS that protect your right to enter your place of business without a mask:**

Reference 6: ADA Information and links: 42 U.S. Code § 12181.
Public entities, including grocery stores, cannot discriminate based on disability

**Definition of a disability from the ADA website**

When a public entity provides services, programs, or activities to the public, no qualified individual with a disability shall be excluded from participation in, be denied the benefits of the services, programs, or activities of a public entity, or be subjected to discrimination by any public entity on the basis of disability. 28 C.F.R. § 35.130.

Title II of the Americans with Disabilities Act ("ADA"), 42 U.S.C. §§ 12131-12165

The Attorney General is responsible for enforcing Title II of the ADA, 42 U.S.C. §§ 12131-12165 and the relevant regulations implementing Title II, 28 C.F.R. pt. 35 and 49 C.F.R. pt. 37.

**How to file an ADA complaint** Contact the ADA Information Line at 1-800-514-0301

**HIPAA Privacy Rule**

**From CA DEPT OF HEALTH Guidance:**

"FACE COVERINGS MAY INCREASE RISK if users reduce their use of strong defenses..."

Plaintiffs' Exhibit 342

rcreader.com

# Masks Don't Work: A Review of Science Relevant to COVID-19 Social Policy

*Author Todd McGreevy*

26-33 minutes

==Masks and respirators do not work.==

There have been extensive randomized controlled trial (RCT) studies, and meta-analysis reviews of RCT studies, which all show that masks and respirators do not work to prevent respiratory influenza-like illnesses, or respiratory illnesses believed to be transmitted by droplets and aerosol particles.

Furthermore, the relevant known physics and biology, which I review, are such that masks and respirators should not work. It would be a paradox if masks and respirators worked, given what we know about viral respiratory diseases: The main transmission path is long-residence-time aerosol particles (< 2.5 μm), which are too fine to be blocked, and the minimum-infective dose is smaller than one aerosol particle.

The present paper about masks illustrates the degree to which governments, the mainstream media, and institutional propagandists can decide to operate in a science vacuum, or select only incomplete science that serves their interests. Such recklessness is also certainly the case with the current global lockdown of over 1 billion people, an unprecedented experiment in medical and political history.

*(From Words from the Publisher: "We pledge to publish all letters, guest commentaries, or studies refuting [Rancourt's] general premise that this mask-wearing culture and shaming could be more harmful than helpful. Please send your feedback to info@rcreader.com.")* **[UPDATE: August 12, 2020 Still No Evidence Justifying Mandatory Masks]**

## Review of the Medical Literature

Here are key anchor points to the extensive scientific literature that establishes that wearing surgical masks and respirators (e.g., "N95") does not reduce the risk of contracting a verified illness:

**Jacobs, J. L. et al. (2009)** "Use of surgical face masks to reduce the incidence of the common cold among health care workers in Japan: A randomized controlled trial," *American Journal of Infection Control*, Volume 37, Issue 5, 417 – 419. https://www.ncbi.nlm.nih.gov/pubmed/19216002

N95-masked health-care workers (HCW) were significantly more likely to experience headaches. Face mask use in HCW was not demonstrated to provide benefit in terms of cold symptoms or getting colds.

**Cowling, B. et al. (2010)** "Face masks to prevent transmission of influenza virus: A systematic review," *Epidemiology and Infection*, 138(4), 449-456. https://www.cambridge.org/core/journals

/epidemiology-and-infection/article/face-masks-to-prevent-transmission-of-influenza-virus-a-systematic-review/64D368496EBDE0AFCC6639CCC9D8BC05

None of the studies reviewed showed a benefit from wearing a mask, in either HCW or community members in households (H). See summary Tables 1 and 2 therein.

**bin-Reza et al. (2012)** "The use of masks and respirators to prevent transmission of influenza: a systematic review of the scientific evidence," *Influenza and Other Respiratory Viruses* 6(4), 257–267. https://onlinelibrary.wiley.com/doi/epdf/10.1111/j.1750-2659.2011.00307.x

"There were 17 eligible studies. … None of the studies established a conclusive relationship between mask/respirator use and protection against influenza infection."

**Smith, J.D. et al. (2016)** "Effectiveness of N95 respirators versus surgical masks in protecting health care workers from acute respiratory infection: a systematic review and meta-analysis," *CMAJ* Mar 2016 https://www.cmaj.ca/content/188/8/567

"We identified six clinical studies … . In the meta-analysis of the clinical studies, we found no significant difference between N95 respirators and surgical masks in associated risk of (a) laboratory-confirmed respiratory infection, (b) influenza-like illness, or (c) reported work-place absenteeism."

**Offeddu, V. et al. (2017)** "Effectiveness of Masks and Respirators Against Respiratory Infections in Healthcare Workers: A Systematic Review and Meta-Analysis," *Clinical Infectious Diseases*, Volume 65, Issue 11, 1 December 2017, Pages 1934–1942, https://academic.oup.com/cid/article/65/11/1934/4068747

"Self-reported assessment of clinical outcomes was prone to bias. Evidence of a protective effect of masks or respirators against verified respiratory infection (VRI) was not statistically significant"; as per Fig. 2c therein:



**Radonovich, L.J. et al. (2019)** "N95 Respirators vs Medical Masks for Preventing Influenza Among Health Care Personnel: A Randomized Clinical Trial," *JAMA*. 2019; 322(9): 824–833. https://jamanetwork.com/journals/jama/fullarticle/2749214

"Among 2862 randomized participants, 2371 completed the study and accounted for 5180 HCW-seasons. ... Among outpatient health care personnel, N95 respirators vs medical masks as worn by participants in this trial resulted in no significant difference in the incidence of laboratory-confirmed influenza."

**Long, Y. et al. (2020)** "Effectiveness of N95 respirators versus surgical masks against influenza: A systematic review and meta-analysis," *J Evid Based Med.* 2020; 1- 9. https://onlinelibrary.wiley.com /doi/epdf/10.1111/jebm.12381

"A total of six RCTs involving 9,171 participants were included. There were no statistically significant differences in preventing laboratory-confirmed influenza, laboratory-confirmed respiratory viral infections, laboratory-confirmed respiratory infection, and influenza-like illness using N95 respirators and surgical masks. Meta-analysis indicated a protective effect of N95 respirators against laboratory-confirmed bacterial colonization (RR = 0.58, 95% CI 0.43-0.78). The use of N95 respirators compared with surgical masks is not associated with a lower risk of laboratory-confirmed influenza."

## Conclusion Regarding That Masks Do Not Work

No RCT study with verified outcome shows a benefit for HCW or community members in households to wearing a mask or respirator. There is no such study. There are no exceptions.

Likewise, no study exists that shows a benefit from a broad policy to wear masks in public (more on this below).

Furthermore, if there were any benefit to wearing a mask, because of the blocking power against droplets and aerosol particles, then there should be more benefit from wearing a respirator (N95) compared to a surgical mask, yet several large meta-analyses, and all the RCT, prove that there is no such relative benefit.

Masks and respirators do not work.

## Precautionary Principle Turned on Its Head with Masks

In light of the medical research, therefore, it is difficult to understand why public-health authorities are not consistently adamant about this established scientific result, since the distributed psychological, economic, and environmental harm from a broad recommendation to wear masks is significant, not to mention the unknown potential harm from concentration and distribution of pathogens on and from used masks. In this case, public authorities would be turning the precautionary principle on its head (see below).

## Physics and Biology of Viral Respiratory Disease and of Why Masks Do Not Work

In order to understand why masks cannot possibly work, we must review established knowledge about viral respiratory diseases, the mechanism of seasonal variation of excess deaths from pneumonia and influenza, the aerosol mechanism of infectious disease transmission, the physics and chemistry of aerosols, and the mechanism of the so-called minimum-infective-dose.

In addition to pandemics that can occur anytime, in the temperate latitudes there is an extra burden of respiratory-disease mortality that is seasonal, and that is caused by viruses. For example, see the review of influenza by Paules and Subbarao (2017). This has been known for a long time, and the seasonal pattern is exceedingly regular. *(Publisher's note: All links to source references to studies here forward are found at the end of this article.)*

For example, see Figure 1 of Viboud (2010), which has "Weekly time series of the ratio of deaths from pneumonia and influenza to all deaths, based on the 122 cities surveillance in the US (blue line). The red line represents the expected baseline ratio in the absence of influenza activity," here:



The seasonality of the phenomenon was largely not understood until a decade ago. Until recently, it was debated whether the pattern arose primarily because of seasonal change in virulence of the pathogens, or because of seasonal change in susceptibility of the host (such as from dry air causing tissue irritation, or diminished daylight causing vitamin deficiency or hormonal stress). For example, see Dowell (2001).

In a landmark study, Shaman et al. (2010) showed that the seasonal pattern of extra respiratory-disease mortality can be explained quantitatively on the sole basis of absolute humidity, and its direct controlling impact on transmission of airborne pathogens.

Lowen et al. (2007) demonstrated the phenomenon of humidity-dependent airborne-virus virulence in actual disease transmission between guinea pigs, and discussed potential underlying mechanisms for the measured controlling effect of humidity.

The underlying mechanism is that the pathogen-laden aerosol particles or droplets are neutralized within a half-life that monotonically and significantly decreases with increasing ambient humidity. This is based on the seminal work of Harper (1961). Harper experimentally showed that viral-pathogen-carrying droplets were inactivated within shorter and shorter times, as ambient humidity was increased.

Harper argued that the viruses themselves were made inoperative by the humidity ("viable decay"), however, he admitted that the effect could be from humidity-enhanced physical removal or sedimentation of the droplets ("physical loss"): "Aerosol viabilities reported in this paper are based on the ratio of virus titre to radioactive count in suspension and cloud samples, and can be criticized on the ground that test and tracer materials were not physically identical."

The latter ("physical loss") seems more plausible to me, since humidity would have a universal physical effect of causing particle/droplet growth and sedimentation, and all tested viral pathogens

have essentially the same humidity-driven "decay." Furthermore, it is difficult to understand how a virion (of all virus types) in a droplet would be molecularly or structurally attacked or damaged by an increase in ambient humidity. A "virion" is the complete, infective form of a virus outside a host cell, with a core of RNA or DNA and a capsid. The actual mechanism of such humidity-driven intra-droplet "viable decay" of a virion has not been explained or studied.

In any case, the explanation and model of Shaman et al. (2010) is not dependent on the particular mechanism of the humidity-driven decay of virions in aerosol/droplets. Shaman's quantitatively demonstrated model of seasonal regional viral epidemiology is valid for either mechanism (or combination of mechanisms), whether "viable decay" or "physical loss."

The breakthrough achieved by Shaman et al. is not merely some academic point. Rather, it has profound health-policy implications, which have been entirely ignored or overlooked in the current coronavirus pandemic.

In particular, Shaman's work necessarily implies that, rather than being a fixed number (dependent solely on the spatial-temporal structure of social interactions in a completely susceptible population, and on the viral strain), the epidemic's **basic reproduction number** (R0) is highly or predominantly dependent on ambient absolute humidity.

For a definition of R0, see HealthKnowlege-UK (2020): R0 is "the average number of secondary infections produced by a typical case of an infection in a population where everyone is susceptible." The average R0 for influenza is said to be 1.28 (1.19–1.37); see the comprehensive review by Biggerstaff et al. (2014).

In fact, Shaman et al. showed that R0 must be understood to seasonally vary between humid-summer values of just larger than "1" and dry-winter values typically as large as "4" (for example, see their Table 2). In other words, the seasonal infectious viral respiratory diseases that plague temperate latitudes every year go from being intrinsically mildly contagious to virulently contagious, due simply to the bio-physical mode of transmission controlled by atmospheric humidity, irrespective of any other consideration.

Therefore, all the epidemiological mathematical modeling of the benefits of mediating policies (such as social distancing), which assumes humidity-independent R0 values, has a large likelihood of being of little value, on this basis alone. For studies about modeling and regarding mediation effects on the effective reproduction number, see Coburn (2009) and Tracht (2010).

To put it simply, the "second wave" of an epidemic is not a consequence of human sin regarding mask wearing and hand shaking. Rather, the "second wave" is an inescapable consequence of an air-dryness-driven many-fold increase in disease contagiousness, in a population that has not yet attained immunity.

If my view of the mechanism is correct (i.e., "physical loss"), then Shaman's work further necessarily implies that the dryness-driven high transmissibility (large R0) arises from small aerosol particles fluidly suspended in the air; as opposed to large droplets that are quickly gravitationally removed from the air.

Such small aerosol particles fluidly suspended in air, of biological origin, are of every variety and are everywhere, including down to virion-sizes (Despres, 2012). It is not entirely unlikely that viruses can

thereby be physically transported over inter-continental distances (e.g., Hammond, 1989).

More to the point, indoor airborne virus concentrations have been shown to exist (in day-care facilities, health centers, and on-board airplanes) primarily as aerosol particles of diameters smaller than 2.5 μm, such as in the work of Yang et al. (2011):

"Half of the 16 samples were positive, and their total virus −3 concentrations ranged from 5800 to 37 000 genome copies m . On average, 64 per cent of the viral genome copies were associated with fine particles smaller than 2.5 μm, which can remain suspended for hours. Modeling of virus concentrations indoors suggested a source strength of 1.6 ± 1.2 × 105 genome copies m−3 air h−1 and a deposition flux onto surfaces of 13 ± 7 genome copies m−2 h−1 by Brownian motion. Over one hour, the inhalation dose was estimated to be 30 ± 18 median tissue culture infectious dose (TCID50), adequate to induce infection. These results provide quantitative support for the idea that the aerosol route could be an important mode of influenza transmission."

Such small particles (< 2.5 μm) are part of air fluidity, are not subject to gravitational sedimentation, and would not be stopped by long-range inertial impact. This means that the slightest (even momentary) facial misfit of a mask or respirator renders the design filtration norm of the mask or respirator entirely irrelevant. In any case, the filtration material itself of N95 (average pore size ~0.3−0.5 μm) does not block virion penetration, not to mention surgical masks. For example, see Balazy et al. (2006).

Mask stoppage efficiency and host inhalation are only half of the equation, however, because the minimal infective dose (MID) must also be considered. For example, if a large number of pathogen-laden particles must be delivered to the lung within a certain time for the illness to take hold, then partial blocking by any mask or cloth can be enough to make a significant difference.

On the other hand, if the MID is amply surpassed by the virions carried in a single aerosol particle able to evade mask-capture, then the mask is of no practical utility, which is the case.

Yezli and Otter (2011), in their review of the MID, point out relevant features:

1. Most respiratory viruses are as infective in humans as in tissue culture having optimal laboratory susceptibility

2. It is believed that a single virion can be enough to induce illness in the host

3. The 50-percent probability MID ("TCID50") has variably been found to be in the range 100−1000 virions

4. There are typically 10 to 3rd power − 10 7th power virions per aerolized influenza droplet with diameter 1 μm − 10 μm

5. The 50-percent probability MID easily fits into a single (one) aerolized droplet

6. For further background:

7. A classic description of dose-response assessment is provided by Haas (1993).

8. Zwart et al. (2009) provided the first laboratory proof, in a virus-insect system, that the action of a single virion can be sufficient to cause disease.

9. Baccam et al. (2006) calculated from empirical data that, with influenza A in humans, "we estimate

that after a delay of ~6 h, infected cells begin producing influenza virus and continue to do so for ~5 h. The average lifetime of infected cells is ~11 h, and the half-life of free infectious virus is ~3 h. We calculated the [in-body] basic reproductive number, R0, which indicated that a single infected cell could produce ~22 new productive infections."

10. Brooke et al. (2013) showed that, contrary to prior modeling assumptions, although not all influenza-A-infected cells in the human body produce infectious progeny (virions), nonetheless, 90 percent of infected cell are significantly impacted, rather than simply surviving unharmed.

All of this to say that: if anything gets through (and it always does, irrespective of the mask), then you are going to be infected. Masks cannot possibly work. It is not surprising, therefore, that no bias-free study has ever found a benefit from wearing a mask or respirator in this application.

Therefore, the studies that show partial stopping power of masks, or that show that masks can capture many large droplets produced by a sneezing or coughing mask-wearer, in light of the above-described features of the problem, are irrelevant. For example, such studies as these: Leung (2020), Davies (2013), Lai (2012), and Sande (2008).

## Why There Can Never Be an Empirical Test of a Nation-Wide Mask-Wearing Policy

As mentioned above, no study exists that shows a benefit from a broad policy to wear masks in public. There is good reason for this. It would be impossible to obtain unambiguous and bias-free results [because]:

1. Any benefit from mask-wearing would have to be a small effect, since undetected in controlled experiments, which would be swamped by the larger effects, notably the large effect from changing atmospheric humidity.

2. Mask compliance and mask adjustment habits would be unknown.

3. Mask-wearing is associated (correlated) with several other health behaviors; see Wada (2012).

4. The results would not be transferable, because of differing cultural habits.

5. Compliance is achieved by fear, and individuals can habituate to fear-based propaganda, and can have disparate basic responses.

6. Monitoring and compliance measurement are near-impossible, and subject to large errors.

7. Self-reporting (such as in surveys) is notoriously biased, because individuals have the self-interested belief that their efforts are useful.

8. Progression of the epidemic is not verified with reliable tests on large population samples, and generally relies on non-representative hospital visits or admissions.

9. Several different pathogens (viruses and strains of viruses) causing respiratory illness generally act together, in the same population and/or in individuals, and are not resolved, while having different epidemiological characteristics.

## Unknown Aspects of Mask Wearing

Many potential harms may arise from broad public policies to wear masks, and the following unanswered questions arise:

1. Do used and loaded masks become sources of enhanced transmission, for the wearer and others?

2. Do masks become collectors and retainers of pathogens that the mask wearer would otherwise avoid when breathing without a mask?

3. Are large droplets captured by a mask atomized or aerolized into breathable components? Can virions escape an evaporating droplet stuck to a mask fiber?

4. What are the dangers of bacterial growth on a used and loaded mask?

5. How do pathogen-laden droplets interact with environmental dust and aerosols captured on the mask?

6. What are long-term health effects on HCW, such as headaches, arising from impeded breathing?

7. Are there negative social consequences to a masked society?

8. Are there negative psychological consequences to wearing a mask, as a fear-based behavioral modification?

9. What are the environmental consequences of mask manufacturing and disposal?

10. Do the masks shed fibers or substances that are harmful when inhaled?

## Conclusion

By making mask-wearing recommendations and policies for the general public, or by expressly condoning the practice, governments have both ignored the scientific evidence and done the opposite of following the precautionary principle.

In an absence of knowledge, governments should not make policies that have a hypothetical potential to cause harm. The government has an onus barrier before it instigates a broad social-engineering intervention, or allows corporations to exploit fear-based sentiments.

Furthermore, individuals should know that there is no known benefit arising from wearing a mask in a viral respiratory illness epidemic, and that scientific studies have shown that any benefit must be residually small, compared to other and determinative factors.

Otherwise, what is the point of publicly funded science?

The present paper about masks illustrates the degree to which governments, the mainstream media, and institutional propagandists can decide to operate in a science vacuum, or select only incomplete science that serves their interests. Such recklessness is also certainly the case with the current global lockdown of over 1 billion people, an unprecedented experiment in medical and political history.

*Denis G. Rancourt is a researcher at the Ontario Civil Liberties Association (OCLA.ca) and is formerly a tenured professor at the University of Ottawa, Canada. This paper was originally published at Rancourt's account on ResearchGate.net. As of June 5, 2020, this paper was removed from his profile by its administrators at* Researchgate.net/profile/D_Rancourt. *At Rancourt's blog* ActivistTeacher.blogspot.com, *he recounts the notification and responses he received from ResearchGate.net and states, "This is censorship of my scientific work like I have never experienced before."*

*The original April 2020 white paper in .pdf format is available here, complete with charts that have not been reprinted in the Reader print or web versions.*

**RELATED COMMENTARY:** *An Unprecedented Experiment: Sometimes You Just Gotta Wear the Stupid*

## Endnotes:

Baccam, P. et al. (2006) "Kinetics of Influenza A Virus Infection in Humans", *Journal of Virology* Jul 2006, 80 (15) 7590-7599; DOI: 10.1128/JVI.01623-05 https://jvi.asm.org/content/80/15/7590

Balazy et al. (2006) "Do N95 respirators provide 95% protection level against airborne viruses, and how adequate are surgical masks?", *American Journal of Infection Control*, Volume 34, Issue 2, March 2006, Pages 51-57. doi:10.1016/j.ajic.2005.08.018 http://citeseerx.ist.psu.edu/viewdoc /download?doi=10.1.1.488.4644&rep=rep1&type=pdf

Biggerstaff, M. et al. (2014) "Estimates of the reproduction number for seasonal, pandemic, and zoonotic influenza: a systematic review of the literature", *BMC Infect Dis* 14, 480 (2014). https://doi.org/10.1186/1471-2334-14-480

Brooke, C. B. et al. (2013) "Most Influenza A Virions Fail To Express at Least One Essential Viral Protein", *Journal of Virology* Feb 2013, 87 (6) 3155-3162; DOI: 10.1128/JVI.02284-12 https://jvi.asm.org/content/87/6/3155

Coburn, B. J. et al. (2009) "Modeling influenza epidemics and pandemics: insights into the future of swine flu (H1N1)", *BMC Med* 7, 30. https://doi.org/10.1186/1741-7015-7-30

Davies, A. et al. (2013) "Testing the Efficacy of Homemade Masks: Would They Protect in an Influenza Pandemic?", *Disaster Medicine and Public Health Preparedness*, Available on CJO 2013 doi:10.1017/dmp.2013.43 http://journals.cambridge.org/abstract_S1935789313000438

Despres, V. R. et al. (2012) "Primary biological aerosol particles in the atmosphere: a review", *Tellus B: Chemical and Physical Meteorology*, 64:1, 15598, DOI: 10.3402/tellusb.v64i0.15598 https://doi.org /10.3402/tellusb.v64i0.15598

Dowell, S. F. (2001) "Seasonal variation in host susceptibility and cycles of certain infectious diseases", *Emerg Infect Dis.* 2001;7(3):369–374. doi:10.3201/eid0703.010301 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2631809/

Hammond, G. W. et al. (1989) "Impact of Atmospheric Dispersion and Transport of Viral Aerosols on the Epidemiology of Influenza", *Reviews of Infectious Diseases*, Volume 11, Issue 3, May 1989, Pages 494–497, https://doi.org/10.1093/clinids/11.3.494

Haas, C.N. et al. (1993) "Risk Assessment of Virus in Drinking Water", *Risk Analysis*, 13: 545-552. doi:10.1111/j.1539-6924.1993.tb00013.x https://doi.org/10.1111/j.1539-6924.1993.tb00013.x

HealthKnowlege-UK (2020) "Charter 1a - Epidemiology: Epidemic theory (effective & basic reproduction numbers, epidemic thresholds) & techniques for analysis of infectious disease data (construction & use of epidemic curves, generation numbers, exceptional reporting & identification of significant clusters)", *HealthKnowledge.org.uk*, accessed on 2020-04-10. https://www.healthknowledge.org.uk/public-health-textbook/research-methods/1a-epidemiology/epidemic-theory

Lai, A. C. K. et al. (2012) "Effectiveness of facemasks to reduce exposure hazards for airborne infections among general populations", *J. R. Soc. Interface*. 9938–948 http://doi.org/10.1098/rsif.2011.0537

Leung, N.H.L. et al. (2020) "Respiratory virus shedding in exhaled breath and efficacy of face masks", *Nature Medicine* (2020). https://doi.org/10.1038/s41591-020-0843-2

Lowen, A. C. et al. (2007) "Influenza Virus Transmission Is Dependent on Relative Humidity and Temperature", *PLoS Pathog* 3(10): e151. https://doi.org/10.1371/journal.ppat.0030151

Paules, C. and Subbarao, S. (2017) "Influenza", *Lancet*, Seminar| Volume 390, ISSUE 10095, P697-708, August 12, 2017. http://dx.doi.org/10.1016/S0140-6736(17)30129-0

Sande, van der, M. et al. (2008) "Professional and Home-Made Face Masks Reduce Exposure to Respiratory Infections among the General Population", *PLoS ONE* 3(7): e2618. doi:10.1371/journal.pone.0002618 https://doi.org/10.1371/journal.pone.0002618

Shaman, J. et al. (2010) "Absolute Humidity and the Seasonal Onset of Influenza in the Continental United States", *PLoS Biol* 8(2): e1000316. https://doi.org/10.1371/journal.pbio.1000316

Tracht, S. M. et al. (2010) "Mathematical Modeling of the Effectiveness of Facemasks in Reducing the Spread of Novel Influenza A (H1N1)", *PLoS ONE* 5(2): e9018. doi:10.1371/journal.pone.0009018 https://doi.org/10.1371/journal.pone.0009018

Viboud C. et al. (2010) "Preliminary Estimates of Mortality and Years of Life Lost Associated with the 2009 A/H1N1 Pandemic in the US and Comparison with Past Influenza Seasons", *PLoS Curr*. 2010; 2:RRN1153. Published 2010 Mar 20. doi:10.1371/currents.rrn1153 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2843747/

Wada, K. et al. (2012) "Wearing face masks in public during the influenza season may reflect other positive hygiene practices in Japan", *BMC Public Health* 12, 1065 (2012). https://doi.org/10.1186/1471-2458-12-1065

Yang, W. et al. (2011) "Concentrations and size distributions of airborne influenza A viruses measured indoors at a health centre, a day-care centre and on aeroplanes", *Journal of the Royal Society, Interface*. 2011 Aug;8(61):1176-1184. DOI: 10.1098/rsif.2010.0686. https://royalsocietypublishing.org/doi/10.1098/rsif.2010.0686

Yezli, S., Otter, J.A. (2011) "Minimum Infective Dose of the Major Human Respiratory and Enteric Viruses Transmitted Through Food and the Environment", *Food Environ Virol* 3, 1–30. https://doi.org/10.1007/s12560-011-9056-7

Zwart, M. P. et al. (2009) "An experimental test of the independent action hypothesis in virus– insect pathosystems", *Proc. R. Soc. B*. 2762233–2242 http://doi.org/10.1098/rspb.2009.0064

`Plaintiffs' Exhibit 343`

**RESEARCH**

# Masks for prevention of viral respiratory infections among health care workers and the public

## PEER umbrella systematic review

Nicolas Dugré PharmD MSc   Joey Ton PharmD   Danielle Perry RN
Scott Garrison MD PhD CCFP   Jamie Falk PharmD   James McCormack PharmD
Samantha Moe PharmD   Christina S. Korownyk MD CCFP
Adrienne J. Lindblad ACPR PharmD   Michael R. Kolber MD CCFP MSc
Betsy Thomas BScPharm   Anthony Train MB ChB MSc CCFP   G. Michael Allan MD CCFP

## Abstract

**Objective** To determine the effect of mask use on viral respiratory infection risk.

**Data sources** MEDLINE and the Cochrane Library.

**Study selection** Randomized controlled trials (RCTs) included in at least 1 published systematic review comparing the use of masks with a control group, either in community or health care settings, on the risk of viral respiratory infections.

**Synthesis** In total, 11 systematic reviews were included and 18 RCTs of 26 444 participants were found, 12 in the community and 6 in health care workers. Included studies had limitations and were deemed at high risk of bias. Overall, the use of masks in the community did not reduce the risk of influenza, confirmed viral respiratory infection, influenzalike illness, or any clinical respiratory infection. However, in the 2 trials that most closely aligned with mask use in real-life community settings, there was a significant risk reduction in influenzalike illness (risk ratio [RR] = 0.83; 95% CI 0.69 to 0.99). The use of masks in households with a sick contact was not associated with a significant infection risk reduction in any analysis, no matter if masks were used by the sick individual, the healthy family members, or both. In health care workers, surgical masks were superior to cloth masks for preventing influenzalike illness (RR = 0.12; 95% CI 0.02 to 0.98), and N95 masks were likely superior to surgical masks for preventing influenzalike illness (RR = 0.78; 95% CI 0.61 to 1.00) and any clinical respiratory infections (RR = 0.95; 95% CI 0.90 to 1.00).

**Conclusion** This systematic review found limited evidence that the use of masks might reduce the risk of viral respiratory infections. In the community setting, a possible reduced risk of influenzalike illness was found among mask users. In health care workers, the results show no difference between N95 masks and surgical masks on the risk of confirmed influenza or other confirmed viral respiratory infections, although possible benefits from N95 masks were found for preventing influenzalike illness or other clinical respiratory infections. Surgical masks might be superior to cloth masks but data are limited to 1 trial.

## Editor's key points

▸ There is growing advocacy for the use of masks in the community to prevent transmission of viral respiratory infections. This systematic review found limited evidence that the use of masks might prevent viral respiratory infections.

▸ The use of masks by a group in the community setting appears to reduce influenzalike illness in those wearing masks. The pooled analysis showed a significant risk reduction (number needed to treat [NNT] = 24). Using masks within a family 1 to 3 days after someone has developed symptoms of a viral respiratory infection does not appear to prevent transmission to family members, no matter if the masks are used by the sick individual, the healthy family members, or both.

▸ Surgical masks are likely superior to cloth masks for preventing influenzalike illness in health care workers (NNT = 50) but the results are drawn from a single trial. N95 masks are likely superior to surgical masks for preventing influenzalike illness (NNT = 100) and clinical respiratory infections (NNT = 40) in health care workers.

In the management of infectious disease, prevention is clearly preferred to treatment. For viral respiratory infections, the list of preventive options includes vaccines, physical distancing, isolation (of those who are sick), quarantine (of those who are exposed), hand hygiene, masks, and a host of other interventions. For health care workers, masks are one part of personal protective equipment (PPE), but the amount of PPE varies based on the clinical environment, current risk level, and local directives. As the coronavirus disease 2019 (COVID-19) pandemic continues to spread, so has advocacy for public mask use, with rationale based on simple precautionary principles and the potential for benefit over harm.[1,2]

In observational studies, wearing masks is associated with a lower risk of contracting viral respiratory infections.[3,4] For example, in a 2011 Cochrane systematic review published by Jefferson et al, the use of masks in case-control studies was associated with an important risk reduction (odds ratio = 0.32; 95% CI 0.26 to 0.39).[3] However, the observational design is at high risk of confounding and mask use might simply be a surrogate measure for comparing more careful versus less careful people. Experimental laboratory-based studies of masks and mask types seem to provide promising and important information, but translation into meaningful clinical differences is often lacking.[5] To reduce confounding and determine the true effects of masks on infection prevention, randomized controlled trial (RCT) data are required. While there are a number of recent systematic reviews of RCTs, some meta-analyzed studies had differing designs or settings, which led to increased heterogeneity, while others focused on a very specific question.[6-9] Some meta-analyses also did not appear to account for cluster-randomized designs.[4,6,8]

Trials are under way to determine if masks can reduce the spread of COVID-19 (ClinicalTrials.gov: NCT04296643 and NCT04337541); however, none were published at the time of writing.[10] This systematic review examines if masks can reduce the risk of viral respiratory infections in members of the public or in health care workers. In addition, this review will examine if the type of mask influences the risk of viral respiratory infections.

## —— Methods ——

We followed PRISMA (Preferred Reporting Items for Systematic Reviews and Meta-Analyses) guidelines for completion of this systematic review.[11] Our search was modified to improve efficiency, similar to our previous systematic reviews.[12,13]

### Search

Two team members (J.T. and D.P.) performed a search of MEDLINE via Ovid from inception to May 5, 2020. This search was limited to systematic reviews and used both key and MeSH terms related to masks and infectious disease transmission. In addition to MEDLINE, the search was carried out on the same date in the Cochrane Library, using the same terminology and limited to Cochrane systematic reviews. A search for RCTs published in MEDLINE or added to the MedRxiv preprint database from January 1, 2020, to May 5, 2020, was also performed to identify any new trials not captured by the included systematic reviews. Full details of the search strategy, including MeSH terms, are in Appendix 1, available from CFPlus.*

### Study selection

For added efficiency, our modified approach involved identifying systematic reviews of studies examining the use of masks for the prevention of viral respiratory infections. Systematic reviews were included if they were published in English and they reported at least 1 RCT comparing any mask use, either alone or in combination with other interventions, with a control group. Systematic reviews were reviewed by 2 team members and disagreements were resolved by consensus and consultation with a third author when necessary. Once all relevant systematic reviews were located, RCTs from each were reviewed and included if they studied mask use for the prevention of viral respiratory infections, either in health care workers or in people in the community. The same inclusion criteria were applied to individual RCTs found in the additional search for RCTs that were published in 2020. We excluded observational studies and laboratory or surrogate experimental studies.

### Data extraction

Data extraction was performed by a single reviewer, with a second author reviewing for accuracy. Extracted data included country, setting, population enrolled, population details (eg, age, sex), cluster details when appropriate (eg, universities, schools, tents), number of participants randomized, number of participants analyzed, duration of study, types of masks used, who was directed to wear masks, direction on when to wear masks (eg, all of the time, 5 hours per day), adherence to mask use, and data on 4 outcomes (confirmed influenza, any confirmed viral respiratory infection, influenzalike illness, and any clinical respiratory infection).

### Quality assessment

Risk of bias for each RCT was assessed by 2 reviewers (N.D. and G.M.A.) using the Cochrane Collaboration risk-of-bias assessment tool.[14]

---

*The full PRISMA flow diagram (Appendix 1); forest plots for all analyses (Appendix 2); all original trial data, cluster sizes, intracluster correlation coefficients, adjusted events, and sample sizes (Appendix 3); and Table 1 and Figure 2 are available at www.cfp.ca. Go to the full text of the article online and click on the CFPlus tab.

## Analysis

We focused on 4 primary end points: confirmed influenza, confirmed viral respiratory tract infection, influenzalike illness (defined by RCT authors), and any clinical respiratory tract infection. For all RCTs, we extracted the number of events for each outcome when available and the number of participants analyzed in both the intervention group and the control group. In studies where the participants were randomized individually, we applied those values directly into our analysis. For cluster RCTs, we adjusted those values to account for clustering by dividing the numbers by the design effect, with the design effect calculated using the following equation: design effect = 1 + ([cluster size - 1] × ICC), where ICC is the intracluster correlation coefficient.[15] Cluster size was calculated by dividing the number of patients by the number of clusters. The ICC was identified in the trials whenever possible: first, if the authors provided an ICC they calculated for a specific outcome; or second, if the authors provided an expected ICC when determining sample size. If the trial did not provide an ICC, we used the ICC estimate from a similar study. This approach allowed all results to be analyzed in a similar fashion.

Meta-analyses were performed to calculate risk ratios (RRs) by pooling adjusted events and numbers. When a study had multiple arms used in the same analysis, we divided the total number of participants in the control group by the number of intervention groups to avoid counting participants more than once. Subgroup analyses were performed based on setting (community or clinical setting), mask type, control group, and who wore masks (eg, only sick people, only healthy people). Because similar designs and settings were pooled, fixed-effects models were used. We also performed random-effects sensitivity analyses in the comparisons of N95 and surgical masks, as different approaches to wearing N95 masks were used (such as fit-tested versus non–fit-tested masks, or masks worn only for higher-risk clinical scenarios versus worn all day). Absolute risks of events and numbers needed to treat (NNTs) were calculated by pooling the unadjusted event rates in the control groups (baseline risk) and applying cluster-adjusted, meta-analyzed, relative-effects estimates to attain absolute benefits.

## ── Synthesis ──

The search found 544 publications, out of which 11 relevant systematic reviews were identified. Three of these systematic reviews were published in 2020. Six systematic reviews focused on the effect of masks on influenza incidence.

From these 11 systematic reviews, 18 unique RCTs were identified, including a total of 26 444 participants. No additional RCTs published in 2020 were found. The full PRISMA flow diagram is available in Appendix 1.* All 18 RCTs involved using masks to prevent the spread of viral respiratory infections and were broken into

2 primary groups: community use (n = 12) and use by health care workers (n = 6). Details of the RCTs conducted in community settings are found in **Table 1**,[16-27] available from **CFPlus**.* Details of the RCTs conducted in health care settings are found in **Table 2**.[28-33] All trials were deemed at high risk of bias. Risk-of-bias assessment for each RCT is available in Appendix 1.*

All primary results for both settings are available in **Table 3**. Forest plots for all analyses are available in Appendix 2 from **CFPlus**.* All original trial data, cluster sizes, intracluster correlation coefficients, adjusted events, and sample sizes are provided in Appendix 3 from **CFPlus**.*

## Community setting

All 12 community trials were cluster RCTS. Nine of these 12 community RCTS involved an index case. In 7 of those, the index case was identified after receiving a diagnosis of influenza or influenzalike illness by a health care professional.[19,21-25,27] The patient's family was then subsequently enrolled in the trial. In the intervention arms, mask use could be recommended for everyone, just the sick person, just the healthy family members at home, or both. In 1 RCT conducted during the Hajj in Saudi Arabia, index cases were pilgrims presenting with influenzalike illness and the enrolled contacts were the individuals sleeping within 2 metres of an index case in the accommodation tents.[26] In the intervention arm, both index cases and contacts had to wear masks. In 1 trial, masks were given to 509 households in New York, NY, and participants were told to start using masks if 1 household member developed influenzalike illness (masks for the ill person and the caretaker).[20] In the 3 remaining trials, masks were used in a prespecified healthy population group, either American university students randomized by residence hall or Australian Hajj pilgrims randomized by accommodation tent.[16-18] The use of masks in community settings in general did not reduce the risk of confirmed influenza (RR = 0.97; 95% CI 0.75 to 1.25; $I^2$ = 0%) or confirmed viral respiratory infection (RR = 1.28; 95% CI 0.87 to 1.89; $I^2$ = 0%). Results were not statistically significant in any subgroup analysis (masks worn by all, just the sick person, or just the healthy family members at home). The use of masks in community settings did not result in a significant risk reduction of influenzalike illness (RR = 0.91; 95% CI 0.80 to 1.03; $I^2$ = 0%) or any clinical respiratory infection (RR = 1.06; 95% CI 0.82 to 1.36; $I^2$ = 0%). However, for influenzalike illness, the use of masks by everyone for 6 weeks during influenza season in 2 RCTs conducted in an American university appeared to reduce risk (RR = 0.83; 95% CI 0.69 to 0.99; $I^2$ = 0%) (**Figure 1**).[16,17] From the unadjusted numbers in the trials, the pooled control event rate (risk of influenzalike illness) was 24.7% over 6 weeks. Applying the cluster-adjusted RR, mask use would reduce this to 20.5%, a 4.2% absolute risk reduction or an NNT of 24.

**Table 2.** Study characteristics of mask use in health care workers to prevent viral respiratory tract infections

| RCT (CLUSTER: YES OR NO) | COUNTRY, SETTING | POPULATION (AGE) | SAMPLE SIZE ENROLLED (ANALYZED) | CLUSTERS (RANDOM-IZED) | INTERVENTIONS | WHO WORE THE MASKS | MASK USE RECOMMENDATION | ADHERENCE |
|---|---|---|---|---|---|---|---|---|
| Jacobs et al,[28] 2009 (no) | Japan, tertiary care hospital | Health care workers (mean 35.5 y) | 33 (32) | NA | Mask (17), no mask (15) | Health care workers (not sick) | Health care workers wear masks while on hospital property and performing their roles | 84.3% of participants self-reported "full compliance," with the remaining complying 79% to 99% of the time (applies to both mask use and nonuse) |
| Loeb et al,[29] 2009 (no) | Canada, tertiary hospitals | Nurses (mean 36 y) | 446 (422) | NA | Surgical masks (212), N95 masks (210) | Nurses | When caring for patients with febrile respiratory illness | All 11 participants allocated to surgical masks wore them when caring for patients admitted to unit in droplet precautions for influenza |
| MacIntyre et al,[30] 2011 (yes) | China, hospital (ED and respiratory wards) | Nurses, doctors, ward clerks (mean 34 y) | 1441 (1441) | Cluster: unit of random-ization was hospital (15 hospitals involved, 5 per study arm) | Surgical masks (492), N95 fit-tested masks (461), N95 masks not fit-tested (488) | Health care workers | Every shift (given 3 surgical masks daily or 2 N95 masks daily) | Worn >80% on working days: surgical, 76% (5 h/day); N95 fit, 74% (5.2 h/day); N95 no fit, 68% (4.9 h/day) |
| MacIntyre et al,[31] 2013 (yes) | China, hospitals (ED and respiratory wards) | Nurses, doctors (mean 33.1 y) | Surgical mask = 572 (572), targeted use of N95 = 561 (516), N95 = 581 (581), total = 1669 (166) | 68 wards at 19 sites | Surgical masks (572), targeted use of N95 masks (516), N95 masks (581) | Nurses, doctors | All the time (surgical masks), as needed (targeted N95 masks), all the time (N95 masks) | 66% for surgical masks, 82% for N95 targeted masks, 57% for N95 masks |
| MacIntyre et al,[32] 2015 (yes) | Vietnam, hospitals (ED, ICU, ID or respiratory wards, pediatric ward) | Nurse or doctor (mean 36 y) | 1607 (1607) | 74 wards at 14 sites | Surgical masks (580), cloth masks (2-layer cotton) (569), control (458)—"standard practice" of mask use | Nurses or doctors | Surgical masks: all the time on shift; cloth masks: all the time on shift; control: standard practice | Surgical masks 56.6%, cloth masks 56.8%, standard practice 23.6% |
| Radonovich et al,[33] 2019 (yes) | US, outpatient sites (clinics, primary care clinics, EDs) | Health care personnel (mean 43 y) | 5180 health care personnel seasons = 4051 participants (5180 seasons) | 380 clusters at 137 sites | Surgical masks (2668 person-seasons), N95 masks (2512 person-seasons)—note that 1 person could be in different arms each of the 4 seasons | Those involved in direct patient care | Whenever positioned within 6 ft of a patient with suspected or confirmed respiratory illness | N95: 65.2% always, 24.2% sometimes; surgical: 65.1% always, 25.1% sometimes |

ED—emergency department, ICU—intensive care unit, ID—infectious disease, NA—not applicable, RCT—randomized controlled trial, US—United States.

**Table 3. Outcomes for mask use to prevent viral respiratory tract infections**

| MASK USERS | CONFIRMED INFLUENZA | | CONFIRMED VIRAL RESPIRATORY INFECTION | | INFLUENZALIKE ILLNESS | | ANY RESPIRATORY INFECTION | |
|---|---|---|---|---|---|---|---|---|
| | RCTS (N*) | RR† (95% CI) | RCTS (N*) | RR† (95% CI) | RCTS (N*) | RR† (95% CI) | RCTS (N*) | RR† (95% CI) |
| **Community** | | | | | | | | |
| • Community members | 2 (1683) | 0.93 (0.50-1.75) | 0 (0) | NA | 2 (1683) | 0.83 (0.69-0.99) | 0 (0) | NA |
| • Families—sick wearing masks | 0 (0) | NA | 1 (597) | 0.98 (0.06-15.54) | 2 (794) | 0.89 (0.48-1.66) | 1 (597) | 0.65 (0.19-2.28) |
| • Families—healthy wearing masks | 1‡ (220) | 2.18 (0.25-19.16) | 1‡ (220) | 2.96 (0.67-13.02) | 1‡ (220) | 1.17 (0.62-2.18) | 0 (0) | NA |
| • Families—healthy and sick wearing masks | 4 (1168) | 0.95 (0.71-1.26) | 0 (0) | NA | 4 (1377) | 1.09 (0.86-1.37) | 0 (0) | NA |
| • Communities staying in tents | 1 (2317) | 1.24 (0.33-4.59) | 2 (2386) | 1.18 (0.79-1.78) | 1 (69) | 0.56 (0.29-1.08) | 1 (1810) | 1.08 (0.83-1.40) |
| • Families—given masks before illness | 0 (0) | NA | 0 (0) | NA | 1 (789) | 0.90 (0.60-1.34) | 0 (0) | NA |
| **Health care workers** | | | | | | | | |
| • Masks vs nothing | 1 (431) | Not estimable | 1 (431) | 0.90 (0.33-2.44) | 1 (431) | 0.26 (0.01-6.42) | 2 (463) | 0.74 (0.36-1.54) |
| • N95 masks vs surgical masks | 4§ (6039) | 1.10 (0.91-1.32) | 4§ (6059) | 0.95 (0.83-1.07) | 4§ (6662) | 0.78 (0.61-1.00) | 3§ (5033) | 0.95 (0.90-1.00) |
| • Surgical masks vs cloth masks | 1 (717) | 0.98 (0.06-15.62) | 1 (717) | 0.62 (0.31-1.26) | 1 (717) | 0.12 (0.02-0.98) | 1 (717) | 0.62 (0.34-1.11) |

NA—not applicable, RCT—randomized controlled trial, RR—risk ratio.
*The number of patients is modified (reduced) to account for clustering.
†Results calculated using a fixed-effects model.
‡One RCT had 2 arms.
§Two of the included RCTs had 2 arms, so 4 RCTs would be 6 arms and 3 RCTs would be 5 arms.

Note that the definition of influenzalike illness in these trials was broad: cough and at least 1 constitutional symptom such as chills or fever.

## Health care setting

Of the 6 RCTs examining the use of masks by health care workers, only 2 had a control group assigned to "no mask."[28,32] In these trials, masks did not reduce influenzalike illness (RR=0.26; 95% CI 0.01 to 6.42; 1 trial), any clinical respiratory infection (RR=0.74; 95% CI 0.36 to 1.54; $I^2$=0%), confirmed influenza (RR=not estimable), or confirmed viral respiratory infection (RR=0.90; 95% CI 0.33 to 2.44; 1 trial), compared with no masks. However, 1 of the 2 trials was small (32 participants) and the overall number of events were low (only 62 cases of clinical respiratory infections in a total of 1160 individuals), leading to imprecision (see analysis 2 in Appendix 2 for forest plots*). Also, in the larger trial (n=1038 for the "masks" vs "no mask" comparison), there was a high contamination rate, with 99% of the participants assigned to the control group reporting use of some kind of mask at some point.[32]

In the only trial comparing surgical masks to cloth masks, results favoured surgical masks over cloth masks for reduction in clinical or laboratory-confirmed viral respiratory infections; however, results were not statistically significant (see analysis 3 in Appendix 2 for forest plots*).[32] Influenzalike illness risk was significantly reduced with surgical masks compared with cloth masks (RR=0.12; 95% CI 0.02 to 0.98) but again event rates were low, explaining the large CI and limiting the certainty of this result. The event rate in the cloth mask group (risk of influenzalike illness) was 2.3% over 4 weeks. Applying the cluster-adjusted RR, surgical mask use would reduce this risk to 0.3%, a 2% absolute risk reduction or an NNT of 50.

Four RCTs compared the use of surgical and N95 masks in health care workers.[29-31,33] In these trials, we



**Figure 1.** Daily mask use compared with no mask use in the community to prevent influenzalike illness

| STUDY OR SUBGROUP | MASKS | | CONTROL | | WEIGHT, % | RISK RATIO* (95% CI) | RISK RATIO* (95% CI) |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | EVENTS | TOTAL | EVENTS | TOTAL | | | |
| Aiello, 2010 | 99 | 378 | 177 | 552 | 73.7 | 0.82 (0.66-1.01) | |
| Aiello, 2012 | 45 | 387 | 50 | 366 | 26.3 | 0.85 (0.58-1.24) | |
| **Total (95% CI)** | | **765** | | **918** | **100.0** | **0.83 (0.69-0.99)** | |
| Total events | 144 | | 227 | | | | |
| Heterogeneity: $\chi_1^2 = 0.04$ ($P = .85$); $I^2 = 0\%$ | | | | | | | |
| Test for overall effect: $Z = 2.05$ ($P = .04$) | | | | | | | Favours masks   Favours control |

*Mantel-Haenszel fixed-effects method.

found no difference between surgical and N95 masks for confirmed influenza (RR = 1.10; 95% CI 0.91 to 1.32; $I^2 = 0\%$) or confirmed viral respiratory infections (RR = 0.95; 95% CI 0.83 to 1.07; $I^2 = 0\%$). N95 masks appeared to reduce influenzalike illness (RR = 0.78; 95% CI 0.61 to 1.00; $I^2 = 0\%$) and any clinical respiratory infection (RR = 0.95; 95% CI 0.90 to 1.00; $I^2 = 55\%$) (**Figure 2**, available from **CFPlus**\*). The pooled control event rate for influenzalike illness from the unadjusted numbers in the trials was 4.6% over 4 to 12 weeks (1 study looking at 12 weeks each year for 4 years for a total of 48 weeks, but using individual seasons as their unit of analysis) of wearing surgical masks. Applying the cluster-adjusted RR, N95 masks would reduce this risk to 3.6%, a 1% absolute risk reduction or an NNT of 100. The pooled control event rate for clinical respiratory infections from the unadjusted numbers in the trials was 49.4% over 4 to 12 weeks of wearing surgical masks. Applying the cluster-adjusted RR, N95 masks would reduce this risk to 46.9%, meaning a 2.5% absolute risk reduction or an NNT of 40. To account for differences in trials comparing N95 masks with surgical masks, the random-effects model demonstrated a more conservative estimate with wider CIs, reducing the certainty of a positive effect for both influenzalike illness (RR = 0.79, 95% CI 0.62 to 1.02; $I^2 = 0\%$) and for any clinical respiratory infections (RR = 0.69, 95% CI 0.47 to 1.03; $I^2 = 55\%$) (see analyses 4 and 5 in Appendix 2 for full details\*).

### —— Discussion ——

Overall, we found limited evidence regarding the effect of masks on viral respiratory infections both in the community and in health care settings, and most of our analyses showed no statistically significant differences. Particularly in the community setting, we wanted to see if there was any evidence of benefit from systematic use of masks by the general public outside the home, but we found no such evidence. Our review still identified 4 potentially important results. First, the use of masks by a group in the community setting appears to reduce influenzalike illness in those wearing masks. While community

trials that most closely aligned with mask use in real-life community settings[16,17] did not show significant effects individually, our pooled analysis showed a significant risk reduction (NNT = 24). Although the same analysis showed no significant risk reduction in confirmed influenza or confirmed viral infection, we believe influenzalike illness to be an important patient-oriented outcome. Second, using masks within a family 1 to 3 days after someone has developed symptoms of a viral respiratory infection does not appear to prevent transmission to family members, no matter if the masks are used by the sick individual, the healthy family members, or both. Third, surgical masks are likely superior to cloth masks for preventing influenzalike illness in health care workers (NNT = 50) but our results are drawn from a single study.[32] Finally, N95 masks are likely superior to surgical masks for preventing influenzalike illness (NNT = 100) and clinical respiratory infections (NNT = 40) in health care workers.

There are many potential reasons why RCTs of masks have historically struggled to find statistically significant differences. The first reason might simply be that masks do not prevent viral respiratory infection transmission. Some have postulated this is because people are not using them properly, are touching their face while wearing one, or are wearing it below their nose. Some also postulated that people using masks might feel protected and might be less likely to follow other recommendations such as hand hygiene. A host of other reasons are also mentioned; however, these reasons remain hypotheses and are unproven. Second, many studies use a cluster-randomized design, which reduces the power of these studies and the ability to achieve statistical significance if indeed there is a difference. Third, adherence to wearing masks is generally poor. For example, most community studies found that mask use averaged 5 hours or less per day or that 50% of participants or less reported regular use. And even if the rate of adherence was high, most studies had particular instructions about when to wear masks. For example, all studies in health care workers instructed participants in the mask group to wear a mask when at work. These individuals could therefore get infected outside work, while not wearing

a mask, influencing the overall results. In other studies, mask use in the control arm also occurred. For example, in the Alfelali et al study,[18] masks were used by 25% of the individuals in the mask arm and 14% of the individuals in the no-mask arm, making any separation of effect less likely. Fourth, in some studies, event rates (eg, influenza cases) were low, with only a few cases in either arm, reducing the ability of the studies to determine statistical significance if there is a difference. This might explain why we found significant risk reduction in more common outcomes such as influenzalike illness and any clinical respiratory infection, but not in confirmed influenza or confirmed viral infection. Fifth, many community studies were designed to start mask use after the index patient was seen by a health care provider. This means patients might have already been sick at home for 1 to 3 days, potentially transmitting infection to family members and making mask introduction potentially useless. Sixth, in health care workers, the comparison of N95 and surgical masks might not reach clear statistical significance simply because both interventions might be beneficial and differences between the 2 might be small. It might also be because in all but 1 study, N95 masks and surgical masks were used either all the time at work or when caring for patients with respiratory illness, not only in particularly high-risk situations (eg, intubation) where N95 masks might be more warranted.

## Strengths and limitations

This review has some limitations and notable remaining uncertainties. Our search strategy pertaining to articles published before January 1, 2020, was limited to systematic reviews and might have kept us from finding additional RCTs. Our review did not identify any study examining if wearing masks in a large community such as a city prevents the spread of infection to others. The studies of sick individuals wearing masks to prevent secondary infection of family members did not find benefit but had many limitations as mentioned above; therefore, we do not yet know if wearing masks will reduce transmission to others. Our review did not find any RCTs investigating the use of cloth masks in the community. Pertaining to the use of masks by health care workers, we found no studies conducted in primary care and almost no evidence comparing wearing a mask to not wearing a mask. The last is not surprising, as having a "no mask" group raises ethical issues. Regarding our analysis, the most correct way to perform these meta-analyses is debatable. We chose to pool event rates adjusted only for clustering rather than pooling adjusted effect estimates (eg, odds ratios). We did this to minimize other adjustments and to avoid selecting results with different levels of adjustment, thereby maintaining consistency in our analysis. Also, we tried to pool studies into similar clinical scenarios and believed fixed-effects models for analysis were the most appropriate.

We did, however, perform random-effects sensitivity analyses when some design heterogeneity remained (as in the comparison of N95 and surgical masks in health care workers). We looked at multiple outcomes and did numerous analyses, therefore increasing the probability that our positive results are owing to chance. Our review focused on masks and did not account for the benefits of other preventive interventions such as hand hygiene or additional PPE.

Our review also had a number of strengths including using only RCTs, adjustment for cluster design, and pooling based on clinical similarities.

None of the studies in this review included patients with COVID-19. Future research on masks for the prevention of COVID-19 in health care and community settings is very much needed. In addition, the effect of cloth masks on community prevention of any viral respiratory illness should be studied, as no RCTs exist to assess their benefit.

## Conclusion

Our systematic review found limited evidence that the use of masks might reduce the risk of viral respiratory infections. In the community setting, we found no evidence regarding the use of masks by the general public outside the home, but found a possible reduction on the risk of influenzalike illness when masks are used at least a few hours a day by a population in a specific area. In health care workers, the best available evidence shows no difference between N95 masks and surgical masks on the risk of confirmed influenza or other confirmed viral respiratory infections, although our results suggest a possible benefit from N95 masks for preventing influenzalike illness or other clinical respiratory infections. Surgical masks might be superior to cloth masks but data are limited to 1 trial.

Dr Dugré is a pharmacist at the CIUSSS du Nord-de-l'Île-de-Montréal in Quebec and Clinical Assistant Professor in the Faculty of Pharmacy at the University of Montreal. Dr Ton is a pharmacist and Clinical Evidence Expert at the College of Family Physicians of Canada in Edmonton. Ms Perry is Knowledge Translation Expert at the Alberta College of Family Physicians in Edmonton. Dr Garrison is Associate Professor in the Department of Family Medicine at the University of Alberta in Edmonton. Dr Falk is Associate Professor in the College of Pharmacy at the University of Manitoba in Winnipeg. Dr McCormack is Professor in the Faculty of Pharmaceutical Sciences at the University of British Columbia in Vancouver. Dr Moe is Clinical Evidence Expert at the College of Family Physicians of Canada in Mississauga, Ont. Dr Korownyk is Associate Professor in the Department of Family Medicine at the University of Alberta. Dr Lindblad is Knowledge Translation and Evidence Coordinator at the Alberta College of Family Physicians and Associate Clinical Professor in the Department of Family Medicine at the University of Alberta. Dr Kolber is Professor in the Department of Family Medicine at the University of Alberta. Ms Thomas is Knowledge Translation Expert at the Alberta College of Family Physicians. Dr Train is Assistant Professor in the Department of Family Medicine at Queen's University in Kingston, Ont. Dr Allan is Director of Programs and Practice Support at the College of Family Physicians of Canada and Professor in the Department of Family Medicine at the University of Alberta.

**Acknowledgment**
We thank our peer reviewers for their valuable feedback.

**Contributors**
All authors were part of the Evidence Review Team and contributed to preparing the manuscript for submission.

**Competing interests**
None declared

**Correspondence**
Dr Nicolas Dugré; e-mail nicolas.dugre@umontreal.ca

**References**
1. Greenhalgh T, Schmid MB, Czypionka T, Bassler D, Gruer L. Face masks for the public during the COVID-19 crisis. *BMJ* 2020;369:m1435.
2. Cheng KK, Lam TH, Leung CC. Wearing face masks in the community during the COVID-19 pandemic: altruism and solidarity. *Lancet* 2020 Apr 16. Epub ahead of print.
3. Jefferson T, Del Mar CB, Dooley L, Ferroni E, Al-Ansary LA, Bawazeer GA, et al. Physical interventions to interrupt or reduce the spread of respiratory viruses. *Cochrane Database Syst Rev* 2011;(7):CD006207.
4. Offeddu V, Yung CF, Low MSF, Tam CC. Effectiveness of masks and respirators against respiratory infections in healthcare workers: a systematic review and meta-analysis. *Clin Infect Dis* 2017;65(11):1934–42.
5. Smith JD, MacDougall CC, Johnstone J, Copes RA, Schwartz B, Garber GE. Effectiveness of N95 respirators versus surgical masks in protecting health care workers from acute respiratory infection: a systematic review and meta-analysis. *CMAJ* 2016;188(8):567–74. Epub 2016 Mar 7.
6. Long Y, Hu T, Liu L, Chen R, Guo Q, Yang L, et al. Effectiveness of N95 respirators versus surgical masks against influenza: a systematic review and meta-analysis. *J Evid Based Med* 2020;13(2):93-101. Epub 2020 Mar 13.
7. Xiao J, Shiu EYC, Gao H, Wong JY, Fong MW, Ryu S, et al. Nonpharmaceutical measures for pandemic influenza in nonhealthcare settings—personal protective and environmental measures. *Emerg Infect Dis* 2020;26(5):967–75. Epub 2020 May 17.
8. Brainard J, Jones N, Lake I, Hooper L, Hunter PR. Facemasks and similar barriers to prevent respiratory illness such as COVID-19: a rapid systematic review. *MedRxiv* 2020 Apr 6. Available from: https://www.medrxiv.org/content/10.1101/2020.04.01.20049528v1. Accessed 2020 May 18.
9. Bartoszko JJ, Farooqi MAM, Alhazzani W, Loeb M. Medical masks vs N95 respirators for preventing COVID-19 in healthcare workers: a systematic review and meta-analysis of randomized trials. *Influenza Other Respir Viruses* 2020 Apr 4. Epub ahead of print.
10. Marasinghe KM. A systematic review investigating the effectiveness of face mask use in limiting the spread of COVID-19 among medically not diagnosed individuals: shedding light on current recommendations provided to individuals not medically diagnosed with COVID-19. *ResearchSquare* 2020 Mar 7. Available from: https://www.researchsquare.com/article/rs-16701/v1. Accessed 2020 May 18.
11. Moher D, Liberati A, Tetzlaff J, Altman DG; PRISMA Group. Preferred reporting items for systematic reviews and meta-analyses: the PRISMA statement. *BMJ* 2009;339:b2535.
12. Ton J, Perry D, Thomas B, Allan GM, Lindblad AJ, McCormack J, et al. PEER umbrella systematic review of systematic reviews. Management of osteoarthritis in primary care. *Can Fam Physician* 2020;66:e89-98. Available from: https://www.cfp.ca/content/cfp/66/3/e89.full.pdf. Accessed 2020 Jun 8.
13. Allan GM, Finley CR, Ton J, Perry D, Ramji J, Crawford K, et al. Systematic review of systematic reviews for medical cannabinoids. Pain, nausea and vomiting, spasticity, and harms. *Can Fam Physician* 2018;64:e78-94. Available from: https://www.cfp.ca/content/cfp/64/2/e78.full.pdf. Accessed 2020 Jun 8.
14. Higgins JPT, Altman DG, Gøtzsche PC, Jüni P, Moher D, Oxman AD, et al. The Cochrane Collaboration's tool for assessing risk of bias in randomised trials. *BMJ* 2011;343:d5928.
15. Higgins JPT, Eldridge S, Li T. Chapter 23: including variants on randomized trials. In: Higgins JPT, Thomas J, Chandler J, Cumpston M, Li T, Page MJ, et al, editors. *Cochrane handbook for systematic reviews of interventions*. Version 6.0 (updated 2019 Jul). London, Engl: Cochrane; 2019. Available from: www.training.cochrane.org/handbook. Accessed 2020 Jun 8.
16. Aiello AE, Murray GF, Perez V, Coulborn RM, Davis BM, Uddin M, et al. Mask use, hand hygiene, and seasonal influenza-like illness among young adults: a randomized intervention trial. *J Infect Dis* 2010;201(4):491–8.
17. Aiello AE, Perez V, Coulborn RM, Davis BM, Uddin M, Monto AS. Facemasks, hand hygiene, and influenza among young adults: a randomized intervention trial. *PLoS One* 2012;7(1):e29744. Epub 2012 Jan 25.
18. Alfelali M, Haworth EA, Barasheed O, Badahdah AM, Bokhary H, Tashani M, et al. Facemask versus no facemask in preventing viral respiratory infections during Hajj: a cluster randomised open label trial. *SSRN* 2019 Mar 11. Available from: https://ssrn.com/abstract=3349234. Accessed 2020 May 18.
19. Canini L, Andréoletti L, Ferrari P, D'Angelo R, Blanchon T, Lemaître M, et al. Surgical mask to prevent influenza transmission in households: a cluster randomized trial. *PLoS One* 2010;5(11):e13998.
20. Larson EL, Ferng YH, Wong-McLoughlin J, Wang S, Haber M, Morse SS. Impact of non-pharmaceutical interventions on URIs and influenza in crowded, urban households. *Public Health Rep* 2010;125(2):178-91.
21. MacIntyre CR, Cauchemez S, Dwyer DE, Seale H, Cheung P, Browne G, et al. Face mask use and control of respiratory virus transmission in households. *Emerg Infect Dis* 2009;15(2):233–41.
22. MacIntyre CR, Zhang Y, Chughtai AA, Seale H, Zhang D, Chu Y, et al. Cluster randomised controlled trial to examine medical mask use as source control for people with respiratory illness. *BMJ Open* 2016;6(12):e012330.
23. Simmerman JM, Suntarattiwong P, Levy J, Jarman RG, Kaewchana S, Gibbons RV, et al. Findings from a household randomized controlled trial of hand washing and face masks to reduce influenza transmission in Bangkok, Thailand. *Influenza Other Respir Viruses* 2011;5(4):256-67. Epub 2011 Feb 17.
24. Cowling BJ, Chan KH, Fang VJ, Cheng CKY, Fung ROP, Wai W, et al. Facemasks and hand hygiene to prevent influenza transmission in households: a cluster randomized trial. *Ann Intern Med* 2009;151(7):437-46. Epub 2009 Aug 3.
25. Cowling BJ, Fung ROP, Cheng CKY, Fang VJ, Chan KH, Seto WH, et al. Preliminary findings of a randomized trial of non-pharmaceutical interventions to prevent influenza transmission in households. *PLoS One* 2008;3(5):e2101.
26. Barasheed O, Almasri N, Badahdah AM, Heron L, Taylor J, McPhee K, et al. Pilot randomised controlled trial to test effectiveness of facemasks in preventing influenza-like illness transmission among Australian Hajj pilgrims in 2011. *Infect Disord Drug Targets* 2014;14(2):110–6.
27. Suess T, Remschmidt C, Schink SB, Schweiger B, Nitsche A, Schroeder K, et al. The role of facemasks and hand hygiene in the prevention of influenza transmission in households: results from a cluster randomised trial; Berlin, Germany, 2009-2011. *BMC Infect Dis* 2012;12:26.
28. Jacobs JL, Ohde S, Takahashi O, Tokuda Y, Omata F, Fukui T. Use of surgical face masks to reduce the incidence of the common cold among health care workers in Japan: a randomized controlled trial. *Am J Infect Control* 2009;37(5):417-9. Epub 2009 Feb 12.
29. Loeb M, Dafoe N, Mahony J, John M, Sarabia A, Glavin V, et al. Surgical mask vs N95 respirator for preventing influenza among health care workers: a randomized trial. *JAMA* 2009;302(17):1865-71. Epub 2009 Oct 1.
30. MacIntyre CR, Wang Q, Cauchemez S, Seale H, Dwyer DE, Yang P, et al. A cluster randomized clinical trial comparing fit-tested and non-fit-tested N95 respirators to medical masks to prevent respiratory virus infection in health care workers. *Influenza Other Respir Viruses* 2011;5(3):170–9. Epub 2011 Jan 27.
31. MacIntyre CR, Wang Q, Seale H, Yang P, Shi W, Gao Z, et al. A randomized clinical trial of three options for N95 respirators and medical masks in health workers. *Am J Respir Crit Care Med* 2013;187(9):960-6.
32. MacIntyre CR, Seale H, Dung TC, Hien NT, Nga PT, Chughtai AA, et al. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. *BMJ Open* 2015;5(4):e006577.
33. Radonovich LJ Jr, Simberkoff MS, Bessesen MT, Brown AC, Cummings DAT, Gaydos CA, et al. N95 respirators vs medical masks for preventing influenza among health care personnel: a randomized clinical trial. *JAMA* 2019;322(9):824-33.

This article has been peer reviewed.
Cet article a fait l'objet d'une révision par des pairs.
*Can Fam Physician* 2020;66:509-17





Plaintiff's Exhibit 344













*From Yinon Weiss*

# MASKS
# ON THE BEACH

## The Impact of COVID-19 on Marine Plastic Pollution

Dr. Teale Phelps Bondaroff, Director of Research, OceansAsia
Sam Cooke, Research Associate, OceansAsia

DEC 2020

Plaintiffs' Exhibit 345



OCEANSASIA

# Masks on the Beach:
## The Impact of COVID-19 on Marine Plastic Pollution

**Authors:**
Dr. Teale Phelps Bondaroff, Director of Research, OceansAsia
Sam Cooke, Research Associate, OceansAsia

Edited and Design:
Gary Stokes

**About OceansAsia**

OceansAsia is a marine conservation organization dedicated to investigating and researching wildlife crimes, and exposing and bringing to justice those destroying and polluting marine ecosystems.

We use the latest technologies, creative ingenuity, and a wide range of investigative and research techniques to identify criminal activity in the fisheries supply chain, and to keep one step ahead of those under investigation.

**Recommended Citation**

**Phelps Bondaroff, Teale, and Cooke, Sam. (2020, December). "Masks on the Beach: The impact of COVID-19 on marine plastic pollution." *OceansAsia*.**

We would like to acknowledge our colleagues who helped review this report, including Dr. Oluniyi Olatunji Fadare, from the State Key Laboratory of Environmental Chemistry and Eco-toxicology, Research Centre for Eco-Environmental Sciences, Chinese Academy of Sciences, Aaron Thierry, Cardiff University, and Dr. Bryce Casavant. We are grateful for their insight and recommendations. We are grateful for the photography and support of Naomi Brannan. We are indebted to Stan Phelps for his support in editing this report.

# Executive Summary

This report provides an overview as to scale, sources, and negative impacts of marine plastic pollution, with a particular focus on marine plastic pollution resulting from the increased use of personal protective equipment (PPE) resulting from COVID-19. The number of masks entering the environment on a monthly basis as a result of the COVID-19 pandemic is staggering. From a global production projection of 52 billion masks for 2020, we estimate that 1.56 billion masks will enter our oceans in 2020, amounting to between 4,680 and 6,240 metric tonnes of plastic pollution. These masks will take as long as 450 years to break down and all the while serve as a source of micro plastic and negatively impact marine wildlife and ecosystems.

*Plastic Pollution*

Marine plastic pollution poses an existential threat to marine wildlife and ecosystems. Plastic production has been steadily increasing, such that in 2018, more than 359 million metric tonnes was produced. Estimates suggest that 3% of this plastic enters our oceans annually, amounting to between 8 to 12 million metric tonnes a year.

This plastic does not 'go away,' but rather accumulates, breaking up into smaller and smaller pieces. Annually, it is estimated that marine plastic pollution kills 100,000 marine mammals and turtles, over a million seabirds, and even greater numbers of fish, invertebrates, and other marine life. Plastic pollution also profoundly impacts coastal communities, fisheries, and economies. Conservative estimates suggest that it could cost the global economy $13 billion USD per year, and lead to a 1-5% decline in ecosystem services, at a value of between $500 to $2,500 billion USD.

*COVID-19 and Plastic Pollution*

Plastic pollution has been exacerbated as a result of the COVID-19 pandemic. Hygiene concerns and greater reliance on take-away food has led to increased use of plastics, particularly plastic packaging. At the same time, a number of measures designed to reduce plastic consumption, such as single-use plastic bag bans, have been delayed, paused, or rolled back. In some jurisdictions, reusable options have been banned.

The use of PPE, in particular face masks, and to a lesser extent gloves and face shields, has become widespread and a common tool used in preventing the spread of the pandemic, with many jurisdictions mandating the wearing of masks in public. The production of PPE has expanded in an attempt to meet skyrocketing demand, and PPE waste has also increased dramatically.

The value of the global face masks market was ~$0.79 billion USD in 2019, but expanded to an estimated ~$166 billion USD by the end of 2020. One report in June predicted that the volume of this market will peak at more than 52 billion units by the end of 2020. This rapid increase in production still falls short of demand – in June the World Health Organization (WHO) and others estimated that 129 billion face masks and 65 billion gloves would be needed on a monthly basis in order to protect people worldwide.

3

Single-use face masks are made from a variety of meltblown plastics and are difficult to recycle due to both composition and risk of contamination and infection. These masks enter our oceans when they are littered or otherwise improperly discarded, when waste management systems are inadequate or non-existent, or when these systems become overwhelmed due to increased volumes of waste.

**Calculating Mask Loss**

We develop a formula for estimating the number and weight of face masks entering our oceans. An overall loss rate of 3% can be applied to reliable mask consumption numbers to yield the overall number of face masks that enter the environment. Multiplying this number by 3 to 4 grams approximates the weight of these masks.

*"Using an annual global production estimate of 52 billion masks, we calculate that*

**1.56 billion masks** *will enter our oceans in 2020, amounting to between*

**4,680 and 6,240 tonnes** *of plastic pollution."*

**Solutions**

Action at every possible level is needed to address the serious threat posed by marine plastic pollution. When possible, individuals should choose to wear reusable masks and masks made from sustainable materials. Masks should always be disposed of responsibly. In general, individuals should strive to reduce their consumption of unnecessary single-use plastic, purchase from companies that offer these alternatives, and encourage other companies to reduce their use of plastic.

The transition away from single-use plastic can be facilitated by the development and use of non-plastic alternatives, which exist for most products. Alongside increased demand and production, an extensive range of innovative mask designs have emerged. These include self-cleaning masks, and disposable and reusable masks made from more sustainable materials. Efforts to improve and facilitate face mask disposal and recycling are being developed, as have processes for extending the life of single use masks.

Governments have a central role to play in efforts to reduce single-use plastic. There are a wide range of policy instruments that can be implemented, which include measures designed to change consumer behaviour, bans on unnecessary products, market-based instruments, legislation designed to hold producers accountable, and incentive and support programs.  With respect to masks, governments should implement policies designed to encourage the use of reusable masks, such as releasing guidelines regarding the proper manufacture and use of cloth masks.

Other policies include such measures as educating the public about, and removing barriers to, safe mask disposal, coupled with effective fines for littering. Governments should also support innovation and the development of reusable and sustainable alternatives to single-use plastics and accelerating efforts to reduce their use.

Policy innovation need not be limited to the domestic arena, and international cooperation has a critical role to play in efforts to reduce marine plastic pollution. Existing international treaties, agreements, plans of action, and campaigns should be adhered to and strengthened, and new agreements should be developed to address emerging issues and fill gaps left by existing measures.



# Introduction

Around the world, as a result of the COVID-19 pandemic, the production and use of personal protective equipment (PPE), such as masks and gloves, has skyrocketed. While PPE offers important protection from the virus, the improper disposal of single-use plastic PPE has led to a surge in plastic pollution, most notably in our oceans and waterways.

This increase was brought to world attention when we first reported finding face masks washing up on remote beaches in the Soko Islands, Hong Kong in late February 2020. Since then, with each visit, we have continued to find masks on beaches around Hong Kong.



Unfortunately, this problem is not limited to Hong Kong; divers with Opération mer propre found masks on the sea bed during a clean up near the Côte d'Azur, France,[1] photographer Dan Giannopoulos photographed over 300 discarded gloves and masks found around Southampton, United Kingdom (UK) over the course of 4 days.[2] The news is full of stories of PPE littering cities around the globe.[3]

The proliferation of masks in the environment reveals weaknesses in our waste management systems and irresponsible practices/habits on the part of individuals. It also serves to illuminate an issue that has been accumulating for decades – unchecked plastic pollution contaminating our environment. The accumulation of plastic in the environment is not a recent phenomenon, but it is one that is becoming increasingly problematic and unavoidable – encountering plastic debris on a visit to the beach is almost inescapable.

# *"Marine plastic pollution poses an existential threat to marine wildlife and to ecosystems."*

The unfortunate reality is that marine plastic pollution poses an existential threat to marine wildlife and to ecosystems. It is a problem that will not go away on its own. Without considerable effort on our part, oceans will continue to fill with plastic and do so at an accelerating pace.[4]

This report provides an overview as to scale, sources, and negative impacts of marine plastic pollution, with a particular focus on marine plastic pollution resulting from the increased use of PPE resulting from COVID-19. In addition to providing a review of recent research into the impact of plastic on wildlife and on marine ecosystems, the report seeks to assess the impact of COVID-19 on plastic entering our oceans. The principle focus of this report is on face masks as marine plastic pollution. Other PPE like gloves and face shields have also been employed to protect people during the pandemic. The use of these other forms of PPE has been less widespread outside of medical settings. In contrast, the use of masks has been mandated by states and sub-state authorities in numerous jurisdictions across the planet.[5]



# Background

In late February, 2020, OceansAsia visited a remote beach on Tai A Chau in the Soko Islands, south of Lantau, Hong Kong. On a typical visit, our team might expect to encounter one or two face masks along with piles of other plastic pollution; however on this occasion 70 masks were found spread along a 100 m stretch of beach. This occurred about six weeks after the widespread adoption of mask-wearing in Hong Kong due to COVID-19.



Our team had been visiting this beach every two weeks for five months as part of an ongoing survey and research project on marine plastic pollution. On a typical visit the team would collect data, including microplastic samples and aerial photos. A boat access only beach was selected in order to ensure that the plastic on the beach originated from the ocean, rather than being left there by visitors.

Images of Gary Stokes, OceansAsia Director of Operations, with some of the masks he collected were posted on OceansAsia's Facebook page.[6] We have continued our regular visits to the beach – the following week, there were 30 new masks, and with at least a dozen masks found on each subsequent visit. On November 27th, as this report was going to press, two OceansAsia volunteers collected 54 masks over the course of one hour from our original test beach.



The initial Facebook post received a lot of attention and quickly turned into a global news story, attracting thousands of follow-up stories in over a 100 countries. This was significant; as it served to bring critical awareness to the issue of marine plastic pollution, and specifically to the impact of protective measures being taken as a result of COVID-19 on marine pollution.



Over the course of conversations about the issue, the question often arises as to how many masks are entering the marine environment, and why? This report seeks to answer these questions, and to provide an overview of the issue of marine plastic pollution and the impact of face masks on our oceans.



# Methods and Data

Two principle methods for gathering the information and data were relied on in this report. For general information pertaining to the scale, sources, and negative impacts of marine plastic pollution, a literature review was conducted, concentrating primarily on peer reviewed research, and to a lesser extent grey literature,[*] with a focus on research from the previous five years. While it is recognizing that there is a wealth of research on marine plastic pollution extending back decades, our intent is to highlight recent research, particularly in light of the publication of a number of recent articles directly related to plastic pollution, PPE, and COVID-19.

With respect to these sources, readers will occasionally note a discrepancy between various statistics pertaining to marine plastic pollution. For example, considerable and significant variations were uncovered in estimates on the annual cost of marine plastic pollution, and on estimates as to the amount of plastic entering our oceans. These differences can be attributed to variations in parameters, variables, methodologies, and data employed in studies. For example, in the case of the cost of marine plastic pollution, some studies sought to determine direct economic costs, while others included the impact of marine plastic on ecosystem services and calculated the cost of replacing these services. Where such discrepancies exist, this report will endeavour to offer a range of values, and to provide details of the studies involved.

For information concerning face masks, evaluating their impact on marine environments, and determining mask production and consumption numbers, grey literature, industry reports, and news media stories were relied upon. This was necessary due to the ongoing nature of the pandemic and dramatic escalation in global PPE production.

Challenges with respect to the reliability of this data are recognized given the ongoing nature of the pandemic. Reports of dramatic increases in mask production abound. It is often difficult to determine the current number of masks that have been or that are currently being produced from reports concerning manufacturing projections.[7] Projected numbers, for example, are typically linked to discussions of increased production capacity, but production capacity, is not necessarily, or even typically, linear. Knowing projections provides scant insight into current outputs and these numbers are being constantly updated.

Furthermore, knowing historical and current production levels is not necessarily indicative of consumption levels, as not all masks that are manufactured are used immediately. There have been a number of news stories reporting potential cases of hoarding both on the part of individuals and states,[8] as well as reports of people in places facing PPE shortages sterilizing and reusing single-use masks multiple times.[9] Additionally, an accurate understanding of consumption levels does not indicate the manner in which these masks are disposed. Unlike masks worn by members of the general population, masks used in a professional medical setting, such as a hospital or clinic, are much more likely to be properly disposed of by wearers, and having entered the waste management system, to be incinerated.

---

[*] Non-academic research products like reports, policy papers, government documents, etc.

Throughout this report we endeavour to use the most reliable information available and instances where concerns regarding the reliability of data will highlighted. When it comes to estimating the number of masks entering marine environments, a number of assumptions will be required in order to arrive at workable numbers. Wherever such an assumption is made, it will be clearly identified.

**Scale of Plastic Pollution**

Plastic is incredibly versatile. It is a lightweight material, capable of being fashioned into thin transparent and seemingly ephemeral films, or shaped into highly durable building materials. Given this versatility, it is little wonder that plastic production and use has expanded dramatically since the first Bakelite.[10]

Humans produce a lot of plastic, with production increasing steadily since it became a consumer product – "from 1950 to 2012, plastics growth averaged 8.7 percent per year."[11] In 2018, annual global plastic production totalled ~359 million tonnes.[*][12]  One study estimated that as of 2017, humans had produced 8,300 million tonnes of virgin plastics.[13]

This dramatic increase in plastic production has been motivated by the versatility of plastic, and also by demand from an expanding 'throw-away' culture.[14] Throw-away culture not only pervaded general consumer behaviour and products, but the medical profession as well, as hospitals moved towards "a total disposable system," in the late 1960s.[15]

As is implied by the name, throw-away culture results in a considerable amount of plastic being discarded. The 359 million tonnes of plastic produced in 2018 generated an estimated 6.9 million tonnes of plastic waste.[16] Unfortunately, the vast majority of this plastic is not recycled, nor is it disposed of appropriately. A recent exposé by NPR and PBS Frontline found that "the vast majority of all plastic produced can't be or won't be recycled. In 40 years, less than 10% of plastic has ever been recycled."[17] This exposé explained that the plastic industry has spent millions promoting recycling while simultaneously believing that "recycling plastic on a large scale was unlikely to ever be economically viable," and that the industry did so in order to keep plastic bans at bay and because increased recycling would result in reduced profits to oil and gas companies.[18]

There is considerable variation when it comes to estimating what happens to plastic waste, due largely to differences between waste management systems and practices. The 10% number cited in the NPR/PBS exposé is consistent with reports on recycling in the United States of America (USA). Other studies have offered slightly varying numbers. Geyer *et al*. estimate that only 9% of plastic is recycled, the rest is incinerated (12%) or accumulates in landfills (79%).[19] Whereas Patrício Silva *et al*. suggest that "approximately 22% …incinerated, 25% recycled, and 42% inefficiently treated (i.e., either littered or inadequately disposed of in dumps or open landfills)."[20]

There are, of course, notable differences around the world. Gourmelon noted that in 2012, 26% (6.6 Mt) of post-consumer plastic produced in Europe was recycled, with 38% entering landfills and 36% being incinerated for energy recovery.[21] Whereas in the same year, only

---

[*] Please note that unless otherwise specified, the unit of measure provided is in metric tons (tonnes).

9% (2.8 Mt) of plastic was recycled in the USA, and that plastic recovery rates were even lower in other parts of the world, citing a United Nations Environment Programme (UNEP) estimate that "57 percent of plastic in Africa, 40 percent in Asia, and 32 percent in Latin America is not even collected, being instead littered or burned in the open."[22]

In addition to alarming low level of recycling, the waste management systems that handle this plastic are not closed systems, and not all plastic enters waste management systems. Waste management systems that are considered poorly managed or mismanaged include such features as open or uncontrolled landfills or open transport methods. Open landfills, for example, are prone to losing waste into the surrounding environment – wind can easily blow light items away, and rain can wash away larger items. Likewise, transport systems that include open barges or vehicles can be prone to loss.[23]

Waste may also enter the environment through littering; "Littered waste is distinct from 'inadequately disposed' waste in that it represents plastics that are dumped or disposed of without consent in an inappropriate location."[24] A study by Jambeck *et al*. assumed a littering rate of 2% of total plastic waste generation, across all countries.[25]



# Plastic in the Environment

A shocking amount of plastic enters the environment in the form of plastic pollution each year, with much of this plastic eventually reaching our oceans. While it is difficult to determine the exact amount, numerous studies have sought to estimate the amount of plastic pollution entering our oceans annually. The UNEP suggests the number to be around 8 million tonnes, which constitutes about 3% of global annual plastic waste.[26] Other studies have suggested higher numbers or a range of numbers: One study estimated as much as 11.8 million tonnes of plastic, or the equivalent to a full garbage truck every minute, was entering our oceans annually.[27] Yet another study calculated the number to be between 4.8 and 12.7 million tonnes.[28]



This plastic does not 'go away,' but rather accumulates, breaking up into smaller and smaller pieces, with a devastating effect on marine ecosystems and wildlife (explored in detail below).

So much plastic chokes our oceans that one study found a significant ocean cleanup would require "removing at least 135 million tons of plastics" and that the cost of such a cleanup effort could be as high as €708 billion, or 1% of the world gross domestic product (GDP).[29]

A yet more recent study calculated that if we were to implement all feasible interventions, we would succeed in reducing "plastic pollution by 40% from 2016 rates and 78% relative to 'business as usual' in 2040," and that by 2040, even with concerted action, "710 million metric tons of plastic waste [will have] cumulatively entered aquatic and terrestrial ecosystems."[30]



While the number of pieces of plastic floating on our oceans is difficult to calculate due to a number of factors, including such things as the constant inflow of pieces, the ongoing breakup of larger pieces into smaller ones, and variable levels of buoyancy for types of plastics and plastic products, the numbers of pieces suggested by scientists is alarming.

Due to marine currents, floating marine plastic pollution tends to accumulate in a number of large marine gyres. One such gyre is the so-called 'Great Pacific Garbage Patch' a section of the North Pacific Oceans of roughly 1.6 million $km^2$ that is estimated to contain over 1.8 trillion pieces of plastic.[31] To contextualize this enormous number, that is 231 pieces of plastic for every person on the planet.

The North Pacific Gyre is but one of five oceanic gyres on the planet, the others being the North Atlantic Gyre, the South Atlantic Gyre, the South Pacific Gyre, and the Indian Ocean Gyres, each of which also accumulates floating plastic pollution.[32] Estimates of the total number of pieces of plastic floating in our oceans are as hard to conceptualize as they are to calculate, owing to such factors as variable concentrations due to oceanographic factors and the size of plastic included in the calculus. Estimates in 2014, for example, suggested that 5.25 trillion pieces of plastic could be found floating in our oceans, weighing roughly 268,940 tonnes.[33]



Subsequent studies have argued that this number was too low, and suggest that between "15 to 51 trillion particles, weighing between 93 and 236 thousand metric tons" could be found floating in our oceans.[34] Van Sebille *et al*. noted that the weight of plastic found floating accounted for a mere ~1% of global plastic entering our oceans annually.[35] The discrepancy between the amount of plastic that enters our oceans and the amount found floating on the surface of the ocean is often referred to as the 'missing plastic problem.'[36] A number of researchers are working to resolve the issues highlighted by this problem.[37]



# Sources of Plastic Pollution

Where does all this plastic come from? Before exploring various studies on sources of plastic pollution, we recognize that there is some variation between the numbers calculated by one study or another. This is understandable, given differences in methodology and sources of data. New research that includes exported and illegally dumped waste has also challenged the findings of previous studies that identified Asia as the continent most responsible for marine plastic pollution.[38]

As our purpose is to estimate the impact of single-use plastic items resulting from the COVID-19 pandemic, the exact ranking of each country or river system, with respect to its overall contribution to marine plastic pollution, is less relevant. This information is presented in order to contextualize the issue of marine plastic pollution and to highlight the importance of broadly addressing plastic pollution. Furthermore, plastic waste does not remain in the area of the ocean where it was initially deposited, but tends travels long distances and spreads throughout our global oceans.

A 2017 study ranked major river systems based on the amount of plastic they deposit into the ocean. Of these rivers, the Yangtze River (Chang Jiang River) carries by far the most plastic waste, with a staggering 1.47 million tonnes of plastic each year, considerably higher than the 2nd ranked Indus River at 164 thousand tonnes.[39]

**Plastic Loads for Top Ten Ranked River Systems**[40]

| River | Receiving Sea | Tonnes of Plastic |
|---|---|---|
| Chang Jiang (Yangtze River) | East China Sea (Yellow Sea) | 1,469,481 |
| Indus | Arabian Sea | 164,332 |
| Huang He (Yellow River) | Yellow Sea | 124,249 |
| Hai He | Yellow Sea | 91,858 |
| Nile | Mediterranean Sea | 84,792 |
| Meghna, Brahmaputra, Ganges | Bay of Bengal | 72,845 |
| Zhujiang (Pearl River) | South China Sea | 52,958 |
| Amur | Sea of Okhotsk | 38,267 |
| Niger | Gulf of Guinea | 35,196 |
| Mekong | South China Sea | 33,431 |

In light of these numbers, it is unsurprising that many studies have identified Asian countries, and in particular China, as major sources of plastic pollution.[41] For example, Ritchie and Roser note that the "East Asia and Pacific region dominates global mismanaged plastic waste, accounting for 60 percent of the world total."[42] And they note that other regions produce considerably less: South Asia (11%), Sub-Saharan Africa (9%), the Middle East and North Africa (8.3%), Latin America (7.2%), Europe and Central Asia (3.6%); and North America (1%).[43] However, recent research has cast a new light on this issue.

A recent study in *Science Advances*, by Law *et al*. identified the USA as the largest contributor of marine plastic pollution when waste exports and illegal dumping within the country were taken into consideration.[44] Like most supply chains in today's globalized world, waste management systems extend beyond their borders. Countries like the USA and the

UK, with otherwise robust domestic waste management systems, export considerable amounts of their waste and recycling to other countries. In this way, "years of exporting had masked the US's enormous contribution to plastic pollution."[45]

While roughly 9.3% of plastic waste generated in the USA in 2016 was collected for recycling, as much as half of this plastic was shipped abroad, "mostly [89% of the time] to countries already struggling to manage plastic waste effectively."[46] This practice is not unique to the USA – developed countries like Canada, Australia, and the UK, have long shipped their waste abroad. This practice was severely disrupted in January 2018 when China launched its 'National Sword' policy, which "banned the import of most plastics and other materials headed for that nation's recycling processors."[47] This policy was implemented by China to protect its environment and allow it to develop its domestic recycling capacity.[48] A number of other countries like Malaysia, Thailand, and Vietnam have followed suit, challenging countries that previously used Asia as their dumping ground to more effectively manage their waste domestically.[49]

Despite the fact that Americans account for only 4% of the world's population, they produce 17% of plastic waste.[50] Law *et al*. found that the USA produced the most plastic waste globally, ~42 million tonnes in 2016. Their estimate included data that had not been considered in previous studies, namely waste that was dumped illegally inside the USA (0.14 to 0.41 million tonnes), and waste that was "inadequately managed in countries that imported materials collected in the United States for recycling" (0.15 to 0.99 million tonnes).[51]

As a result, Law *et al*. estimated that "in 2016, the United States contributed between 1.1 and 2.2 million metric tons of plastic waste to the oceans through a combination of littering, dumping and mismanaged exports."[52] As compared with estimated in 2010, this represented a fivefold increase in the amount of plastic waste generated in the USA that was estimated to enter our oceans, "rendering the United States' contribution among the highest in the world."[53] It is noteworthy that while India and China were ranked second and third behind the USA, given the large populations of these countries, the per capita plastic waste for their residents was less than 20% of that of Americans.[54]

**Plastic Waste Per Person, Per Year (kg)**[55]



Guardian graphic | Source: Law et al, Science Advances 2020

# Types of Plastic Entering Our Oceans

The type of plastic pollution entering waterways varies depending on location and country. Overall, the UNEP estimates that 80% of marine litter globally originates from land-based sources.[56] The remaining 20% comes from marine-based sources, of which roughly half originate from fishing fleets in the form of abandoned, lost, or otherwise discarded fishing gear (ghost gear), such as nets, lines, and traps.[57] Other sources suggest this number is slightly higher, and that 28% of plastic in our oceans originates from marine sources.[58]

The question then is what type of plastic is entering our oceans from terrestrial sources? This is difficult to accurately estimate owing to such issues as the aforementioned 'missing plastic problem' and also to the methods used for measuring and surveying marine plastic debris, which may more easily identify plastic that is likely to float and, as such, to wash up on beaches. With these limitations in mind, two sets of data, plastic waste generation by industry and beach surveys, can be examined.

With respect to industries, the packaging industry is by far the largest producer of plastic waste, followed by the textile sector.[59] Geyer, Jambeck, and Law calculated plastic waste generation by industrial sector for 2015:

**Plastic waste generation by industrial sector, 2015**[60]

| Industry | Waste Generation (million tonnes) |
|---|---|
| Packaging | 141 |
| Textiles | 42 |
| Other Sectors | 38 |
| Consumer and Institutional Products | 37 |
| Transportation | 17 |
| Electrical/Electronic | 13 |
| Building and Construction | 13 |
| Industrial Machinery | 1 |

The fact that packaging accounts for half of plastic waste is unsurprising as packaging is designed for short term use. For example, the 'in-use' lifetime of plastic packaging is 6 months or less, whereas the in-use lifetime of plastic in other industries is: "building and construction (35 years), industrial machinery (20 years), transportation (13 years), electrical/electronic (8 years), textiles (5 years) and consumer and institutional products (3 years)."[61]

While only representing a limited sample of a particular type of marine plastic pollution, beach surveys can also serve to indicate the types of plastic entering our oceans. The Ocean Conservancy has been coordinating and recording the data from annual International Coastal Cleanups since 1986.  They record the type of plastic recover by volunteers during their annual International Coastal Cleanup, which in 2018 involved over 1 million volunteers from 122 countries, and which recovered 10,584 tonnes (97.45 million items). The Ocean Conservancy noted that each of the ten most common items recovered in 2017 and 2018 were plastic. It is telling to note that non-plastic and reusable replacements exist for each of these items.

# "Non-plastic and reusable replacements exist for each of these items."

**2018 International Coastal Cleanup, Top Ten Items Collected**[62]

| Rank | Item type | Count |
|------|-----------|-------|
| 1 | Cigarette butts | 5,716,331 |
| 2 | Food wrappers | 3,728,712 |
| 3 | Straws, stirrers | 3,668,871 |
| 4 | Forks, knives, spoons | 1,968,065 |
| 5 | Plastic beverage bottles | 1,754,908 |
| 6 | Plastic bottle caps | 1,390,232 |
| 7 | Plastic grocery bags | 964,541 |
| 8 | Other plastic bags | 938,929 |
| 9 | Plastic lids | 728,929 |
| 10 | Plastic cups, plates | 656,276 |

**Impact of Marine Plastic Pollution**

Once it enters our oceans, plastic does not just disappear. It spreads everywhere and breaks up into smaller and smaller pieces, eventually becoming micro (<5mm) and nano (<1μm) particles.[63]  Marine plastic pollution wreaks havoc on marine wildlife and ecosystems, and the communities and people that depend on them.[64]

**Impact on Animals**

Plastic pollution recognizes no boundaries and plastic can be found throughout our oceans.[65] Studies consistently find plastic pollution on remote beaches, for example the Adaman and Nicobar Archipelago,[66] remote uninhabited coral reefs of Nansha Islands, South China Sea,[67] Cousine Island, Seychelles,[68] and in Antarctic sea ice.[69] Plastic has also been reported in food grade sea salt,[70] and even in sea spray and snow.[71]

Recent studies have reported the discovery of plastic inside deep sea creatures, in marine trenches, and in sediment.[72] One study in *Nature* found microplastic in every deep-sea filter feeder tested.[73] Such is the scale of marine plastic pollution and the concern of scientists that a crustacean species, newly discovered 20,000 feet down in the Mariana Trench was named *Eurythenes Plasticus* after the plastic found in its gut.[74]



*Eurythenes Plasticus*

A UN report found that over 800 species are negatively impacted by marine plastic pollution.[75] This number is likely very conservative and low, given that, for example over 7,000 species of echinoderms (sea lilies, feather stars, and sea cucumbers) have been described.[76]

*"Estimates suggest that more than 100,000 marine mammals and turtles, and over a million seabirds are killed by marine plastic annually, and these numbers do not include fish, invertebrates and other marine life.[77]"*

Marine plastic pollution impacts wildlife and ecosystems in a number of ways depending on, among other things, the type of plastic and its size.

Large agglomerates of ghost gear from the fishing industry can scour and smother benthic species, such as corals, destroying critical and threatened habitat on the sea floor.[78] Nets and larger pieces of marine plastic pollution can entangle marine animals, leading to impaired mobility, infection, limb amputation, starvation, suffocation, and death.[79] Recent research has found that plastic pollution can promote microbial colonization, and in so doing, spread disease to species such as corals.[80] Floating plastic of all sizes can serve as a vector for spreading invasive species, which can adversely impact distant ecosystems and species.[81]

Smaller pieces of plastic impact marine species and ecosystems in a number of ways. Marine plastic adsorbs toxins and organic pollutants, which means that particles of pollutants adhere to the surface of the plastic as a toxic film.[82] As a result, marine animals that ingest plastic can be poisoned. This can kill them outright, but is more likely to weaken them, making them more susceptible to other threats.[83] These toxins can also impair reproduction, growth and the development of young.[84] Ingested plastics interfere with the function of internal organs, and fill stomachs, thereby reducing food intake, leading to starvation.[85]

Unfortunately, plastic is actively and passively ingested in vast amounts by marine wildlife. Plastic may be intentionally eaten by marine animals mistaking it for food, or be accidentally consumed alongside prey by filter feeders, or by predators ingesting a prey animal with plastic inside its body. A recent study found that sea turtles are particularly susceptible to actively eat marine plastic due to the smell of algal growth on that plastic.[86] Other studies have examined plastic ingestion in various fish species,[87] sea birds,[88] sea turtles,[89] and incidental ingestion in large filter feeders such as humpback whales,[90] other baleen whales, sharks, and rays.[91]

The extent to which plastic is ingested by marine animals is considerable. One study found plastic in the gut of 60% of sea birds, calculated that "90% of all seabirds alive today have eaten plastic of some kind," and estimated that if current trends continue, plastic ingestion will affect 99% of the world's seabird species by 2050.[92] Another study found that every bird inspected on Lord Howe Island had plastic in its stomach.[93] For context, Lord Howe Island is located 600 km east of mainland Australia, and has a population of roughly 350 people. It has strict limits on the number of tourists who can visit, and markets itself as one of the 'cleanest places on earth.'[94]

Once ingested, plastic can bioaccumulate, concentrating plastic particles and toxicity in predators. These predators include humans.[95] Numerous studies have found plastic in fish destined for human consumption.[96] One study found plastic pellets in the stomachs of 22% of the fish it examines.[97] Another study, published in *Environmental Pollution*, calculated that "the annual dietary exposure for European shellfish consumers can amount to 11,000 microplastics per year."[98]



Plastic has become so ubiquitous that is found in tap water. A study by Orb Media found plastic fibres in 83% of all tap water samples tested.[99] Tiny plastic fibres have been found in beer,[100] honey and sugar,[101] in the air in urban environments,[102] and even in the air of people's homes.[103]  Such is the ubiquity of microplastic that it has even been found in snow and stream samples on Mount Everest in a recent study.[104]

**Tap water is widely contaminated by plastic**[105]



Guardian graphic | Source: Orb Media

There are hundreds of different types of plastic and many have been found to have harmful effects on people. Concerns over the potential human health impacts of micro- and nanoplastic particles are being increasingly raised by researchers.[106] Recent studies and reports note that these particles can cause physical damage, such as "inflammation in tissue, cellular proliferation, and necrosis and may compromise immune cells."[107] Plastics can also have other effects when they "release plastic additives and/or adsorb other environmental chemicals, many of which have been shown to exhibit endocrine disrupting and other toxic effects."[108]

These chemicals can cause considerable harm to the body; they can, among other things, serve as endocrine disruptors, interfering with the body's production of hormones. Estrogenic chemicals, found in high density polyethylene (HDPE) mimic the hormone estrogen, and have been linked to breast cancer, endometriosis, altered sex ratios, testicular cancer, poor semen quality, early puberty, and malformations of the reproductive tract.[109] The hormone-disrupting bisphenol A (BPA), found in many plastics, has been linked to hormonal changes, reproductive problems, asthma, and obesity.[110]

**Impact on Coastal Communities, Fisheries and Economies**

In addition to destroying ecosystems and killing marine animals, plastic pollution profoundly impacts coastal communities, fisheries, and economies. When marine ecosystems and wildlife are adversely impacted by marine plastic pollution, this has a concomitant impact on economies that depend on these animals and ecosystems, as a result, plastic pollution negatively impacts tourism, cultural heritage and fisheries.

Estimates as to the overall economic impact of marine plastic pollution vary considerably. The UNEP has suggested that marine plastic pollution costs about $13 billion USD per year, which its report notes is likely a significant underestimation.[111] A study funded by Deloitte calculated the economic impact of marine plastic pollution in 2018 to be between $6 and $19 billion USD for 87 coastal countries.[112]

And a recent article in *Marine Pollution Bulletin* estimated that marine plastic pollution could result in a 1 – 5% decline in marine ecosystem services, equating to "an annual loss of $500–$2,500 billion [USD] in the value of benefits derived from marine ecosystem services," with each tonne of plastic negatively impacting ecosystem services by up to $33,000 USD.[113]



Tourism, which is often a key source of revenue for coastal communities, can be acutely impacted by plastic pollution. Numerous studies have sought to measure the impact of marine plastic pollution on tourism.[114] One study found that tourists stay longer at sites which are cleaner.[115] When researchers measured the economic impact of marine debris that washed up on the beaches of Geoje Island, South Korea after a period of heavy rainfall in 2011, they found that visits from tourists declined by 63% with a loss of between $29-37 million USD in tourism revenue.[116] Such negative impacts can be particularly severe for small island nations for which tourism comprises a significant proportion of their economy. For example, the tourism sector in the Bahamas accounts for 50% of that country's GDP, with estimates suggesting annual losses in tourism revenue as a result of plastic pollution to be $8.5 million USD.[117]

Much of the beach pollution that directly impacts tourism revenue is left by tourists themselves. Studies have documented considerable seasonal variation in beach plastic; at popular beaches in Brazil, for example, an almost 50% increase in marine litter was recorded in the summer as compared with the winter.[118] A study of the Great Barrier Reef system similarly showed beach plastic accumulation variation linked with increased human activity in both the diversity and amount of waste found on beaches.[119]

Marine plastic pollution also adversely impacts fisheries and associated industries. All the previously recorded impacts of marine plastic on marine animals adversely impact fisheries that harvest those animals. Fish that are poisoned or killed by plastic cannot be caught by fishers. Marine ecosystems that are degraded by plastic will support fewer animals. Abandoned, lost, or otherwise discarded fishing gear (ALDFG or ghost gear), a very common form of marine plastic pollution, can have a devastating effect on marine wildlife.



Estimates suggest that ALDFG comprises roughly 10% of marine litter (by volume).[120] Fishing gear is designed to catch fish, and it does not cease doing so when it is lost or discarded. Though its capacity may be reduced over time, ALDFG can continue to kill marine animals for years after it enters the marine environment.[121] The scale of 'ghost fishing' by ALDFG is considerable. Some estimates suggest that more than 5% of the annual global commercial catch die in ghost nets, and in some fisheries this number may be as high as 30%.[122] ALDFG and other macro marine plastic are responsible for wide range of economic impacts, including compromised yields in fisheries, lost time spend disentangling vessels that become entangled in ghost gear, the cost of replacing lost gear, and retrieval programs, to name but a few.[123] A 2009 study estimated that ALDGF cost Asia-Pacific Economic Cooperation (APEC) countries $1.3 billion USD in 2008.[124]

Other negative physical impacts on humans resulting from marine plastic pollution include such things as increased chance of injury from cuts on debris, entanglements and exposure to unsanitary items.[125] Plastic pollution negatively impacts the aesthetics of beaches and serves as a breeding ground for disease vectors. Before it enters the marine environment, discarded plastic can cause blockages in drainage and wastewater systems leading to flooding and significant expense.[126]

# COVID-19 and Plastic Pollution

Plastic pollution has been exacerbated as a result of the COVID-19 pandemic for a number of reasons, including the increased consumption of plastic for general use, the pausing or even rolling back of efforts to reduce plastic consumption, and a dramatic increase in the use of PPE, including, in many jurisdictions, legislation mandating the wearing of masks in public. The focus of our report is on PPE, however, it is illuminating to briefly survey these other factors.

**Plastic use on the Rise**

Consumer habits have shifted as a result of the COVID-19 pandemic. Many of these changes have resulted in increased plastic consumption. Hygiene concerns have led many people to prefer fruit and vegetables individually packaged over unpackaged items. For example, in Italy, consumer spending on packaged mandarin oranges increased over 111% in the first week of March, 2020, as compared with the previous year.[127] In Lithuania, "the use of disposable plastics has increased by 250-300%, with people throwing away personal protective equipment, using reusable bags and containers for fear of the virus spreading."[128] This trend towards disposable plastic items in an attempt to be more hygienic is one that has been observed during previous outbreaks.[129]



In addition to concerns over hygiene, more people are turning to take-away food options as a result of lockdowns, quarantine, physical distancing and other regulations, invariably leading to increases in plastic waste. For example, in Hong Kong, the government implemented a ban on dinning in at restaurants from 6:00 pm to 5:00 am in July, 2020. More people turned to take-away food, resulting in a dramatic increase in waste. Greeners Action, an environmental group, estimated that Hong Kongers were discarding 101 million pieces of single-use cutlery and food containers per week in April, 2020, more than double that of the same month the previous year (46 million pieces).[130] This number increased after the dine-in ban.



**Single-use takeaway containers and cutlery (million pieces/week)**[131]



There have been similar reports of increased plastic waste resulting from home food deliveries around the world. For example, the Thailand Environment Institute reported that plastic waste "increased from 1,500 tons to 6,300 tons per day, owing to soaring home deliveries of food.[132]

McKinsey & Company, a management consulting firm, described three likely phases of plastic and packaging consumption resulting from the pandemic. The first phase features a sharp rise in demand for packaging of groceries, healthcare products, and e-commerce transportation, with a decline in demand for industrial, luxury and business-to-business packaging. The second phase features lower demand as a result of reductions in household disposable income, with the exception of healthcare and certain food categories. And the third 'rebound' phase features a gradual increase in demand for packaging, though with variable changes in demand depending on the sector.[133]

**Rollback and Pause of Plastic Reduction Efforts**

Despite some of the worrisome statistics concerning plastic production and pollution as outlined, a variety of initiatives have been undertaken to reduce plastic consumption and waste, particularly in the past few years. As consumers have been inclined to increasingly reach for single-use plastic items for hygiene considerations, concern over cross-contamination from the use of reusable bags and containers and for convenience, a number of efforts to ban or disincentivize single-use plastic have been withdrawn, postponed, or rolled back. Lobbyists for the plastic industry are often driving this effort.[134]

The European Plastics Converters (EuPC), which describes itself as a leading EU-level trade association for plastics converting companies that "represents more than 50,000 companies, producing over 50 million tons of plastic products a year" called on the EU to roll back years of single-use plastic legislation in the face of COVID-19.[135]  Fortunately, Brussels did not heed this call.[136]  In the USA, the Plastics Industry Association, a lobby organization for the plastics industry, sent a letter to the US Department of Health and Human Services, urging them to "make a public statement on the health and safety benefits seen in single-use plastics."[137] These lobbying efforts have had an impact.

27

As Patrício Silva *et al*. note, governments have delayed single-use plastic bans "amid COVID-19 concerns [in] the province of Newfoundland and Labrador in Canada, states of New York, Delaware, Maine, Oregon, Connecticut, Oregon, Hawaii, in the U.S., the United Kingdom and Portugal."[138] Elsewhere, single-use plastics have been reintroduced and the US states of Massachusetts and New Hampshire have gone so far as to ban reusable alternatives.[139]

Many companies are turning away from reusable options, and even banning them. For example, Starbucks temporarily banned the use of reusable mugs,[140] and the western Canadian grocery chain Save-On-Foods banned reusable bags,[141] as did the Midwestern US grocery chain Hy-Vee, among others.[142] Such measures were adopted despite the fact that "the contribution of reusable grocery bags in the transmission of SARS-CoV-2 remained questionable, especially in conjunction with proper hygiene practices, such as regular hand washing and frequent laundering of reusable bags."[143]

These rollbacks and general de-prioritization of single-use plastic reduction efforts are worrisome because invariably consumer habits that accompany legislative efforts can take time to develop.



**Countries with plastic bag bans**

| Full ban | Partial ban | No ban |
|---|---|---|
| 55 countries | 36 | 12 | 89 |

Ban under consideration*   No data

Bahamas
St Kitts and Nevis
Belize   St Vincent and
Costa Rica   Jamaica   the Grenadines
India
Thailand
Solomon
Islands
Samoa   Zambia
Argentina

*Countries which have proposed new legislation on plastic bags as of July 2018.
Note: Research conducted from March to August 2018 with a total of 192 countries reviewed; no data from Iran, Palestine and Greenland.
Source: United Nations Environment Programme.

L. Desrayaud, 04/03/2019                                      REUTERS

28

# PPE and the Response to COVID-19

The use of PPE, face masks, and to a lesser extent gloves, face shields and gowns, has become widespread and a common tool used in preventing the spread of the pandemic. In medical settings, where frontline staff face high risks of infection, extra precautions have been adopted. These measures are necessary in order to keep healthcare workers safe, but they have resulted in the increased generation of medical waste. For example, during the peak of the virus in Wuhan, China, authorities estimated that hospital waste had increased six times at the height of the outbreak – with 240 tonnes of waste produced daily, as compared with 40 tonnes during normal times.[144] In the United States, predictions suggest that a years' worth of medical waste may have been generated in only two months.[145]

The use of PPE on the part of frontline service workers and members of the public dramatically increased, often propelled by legislation mandating the wearing of masks in public settings. Researchers have identified more than 50 countries that require "the use of masks in public places and transports, including Venezuela, Portugal, Spain, Czech Republic, Bosnia and Herzegovina, Cuba, Ecuador, Austria, Morocco, Argentina, Luxembourg, and El Salvador," with this likely expand to as countries enter different stages of the pandemic.[146]



The production of PPE has expanded in an attempt to meet with demand (see 'Scale of Mask Production and Demand' below) with PPE waste increasing significantly. Before exploring these numbers in detail, it is valuable to have a greater understanding about masks, their composition, and their potential impacts on wildlife and on the environment.

**PPE Waste in Kenya**
A recent study of litter in Kenya found a significant amounts of PPE waste. In June 2020, 100 days after the first confirmed case of COVID-19 in Kenya, Okuku *et al*. surveyed 14 streets, 21 beaches, and conduced 157 transects for floating litter. They found that "COVID-19 related items contributed up to 16.5% of the total litter encountered along the streets." [147] While they found few PPE items on recreational beaches, they attributed this to beach closures. However, they did find high densities of PPE items (wipes and single-use plastic masks) on two urban beaches, Mkomani (55.1%) and Nyali (2.6%), which they attributed to illegal beach visitation and runoff from the streets. [148]

# All About Face Masks

**Types and Composition**

A wide range of face masks are available.[149] Masks vary in design, materials, and applications. N95 respirators will often be used in medical settings where maximum protection is required. These masks are designed to seal tightly against the face in order to prevent exposure to tiny droplets that can remain suspended in the air, and "health care workers who wear them undergo a fit-test to find the right make, model and size to ensure a tight seal."[150] They are designed to filter our 95% of particles.[151] Governments have discouraged members of the public from using these types of masks for everyday use, given shortages faced by healthcare providers.[152]



Other respirators used in medical settings include the N99 (which offers 99% filtration), N100 (99.97% filtration), the R95 offers 95% filtration and which is partially oil resistant, and a range of 'P' respirators that offer equivalent filtration and which are strongly oil resistant.[153]

Other commonly used type of masks are procedural or surgical masks. These are the typical light blue or white paper-like masks and are generally thin and flat. They are not close fitting, offering protection against larger respiratory droplets from coughs and sneezes. They do not provide the same level of protection as respirators, yet are never the less used by health care workers in numerous circumstances and they are commonly worn by members of the public.[154] Cone-style masks are similar to surgical masks but are moulded into a cup shape that covers the mouth and nose. They typically include a metal strip along the top so that the wearer can secure the mask to the bridge of their nose.[155]



These face masks are all designed for single use. In the face of shortages, a number of health care systems adapted methods to extend their use.[156] Research into the efficacy of various types of masks and reusable options, is ongoing, and a subject in need of further research.[157]

These masks are all generally made from nonwoven materials – spunbond and meltblown spunbond plastics such as polypropylene, polyurethane, polyacrylonitrile, polystyrene, polycarbonate, polyethylene, or polyester. [158] The most common material used is polypropylene.[159] A typical surgical mask will consist of three layers: "an inner layer (soft fibres), middle layer (melt-blown filter), and an outer layer (nonwoven fibres, which are water-resistant and usually coloured)."[160] As Fadare and Okoffo explain, "the melt-blown filter is the main filtering layer of the mask produced by the conventional fabrication of micro- and nanofibers, where melted polymer is extruded through tiny nozzles, with high speed blowing gas."[161] This method is used "in order to obtain fibres of a small diameter in a random pattern that can trap small particles."[162]



Masks will typically have a nose strip, which allows the mask to bend around the bridge of the nose. These are typically made from metal (aluminium, galvanized iron, or steel). Masks are held against the face using a variety of methods that include ties made from materials similar to the rest of the mask or elastic ear loops made from nylon spandex.[163]
Respirators are generally manufactured in a similar fashion, with a two significant differences: 1) "The prefiltration layer is … run through a hot calendaring process, in which plastic fibres are thermally bonded by running them through high pressure heated rolls. This makes the pre-filtration layer thicker and stiffer, so it can be moulded to form the desired shape," and maintain shape.[164] And 2) "the filtering is enhanced through high efficiency melt-blown electret non-woven material, involving higher tech machines and increasing production costs."[165]

# Threats to the Environment

As we have seen, plastic in the marine environment can have a devastating impact on wildlife and ecosystems. The following section explores the specific harms associated with face masks.

Face masks in the marine environment serve as a source of microplastic. Products of similar materials to face masks are estimated to take as long as 450 years to fully decompose,[166] and throughout this process of decomposition they become a source of microplastics. Meltblown polypropylene and polyethylene used in masks can easily break up into micro-plastics, contributing to the many concomitant negative impacts these have on species and ecosystems.[167] While studies examining the decomposition of face masks are limited,[168] a recent study of plastic pollution in the Magdalena River, Columbia, found that "the degradation of nonwoven synthetic textiles was the predominant origin of micro-plastic microfibres found in both water and sediment samples."[169] Other studies have described microplastic fibres as vectors for potentially harmful contaminants.[170]

The design of face masks, and particularly ear loops, makes them a possible entanglement risk for wildlife. In July, 2020, the Royal Society for the Prevention of Cruelty to Animals (RSPCA) in the UK reported encountering a gull near Chelmsford with its feet tangled in the straps of a face mask. They have since been promoting a campaign encouraging people to 'snip the straps' of their masks before disposal.[171] Steve Shipley, a photographer from the UK, shared pictures of a juvenile peregrine falcon with its talons ensnared in a face mask.[172] A group of volunteers conducting a beach cleanup in Miami, USA, found "a dead, bloated pufferfish tangled in the ear loops of a disposable blue facemask."[173] And Instituto Argonauta, a Brazilian marine conservation organization reported finding a Megellanic penguin with an N95 mask in its stomach on Juquehy Beach in Sao Paulo.[174]



The composition of masks may make them more prone to algal growth as compared with smoother surfaced marine plastics. As a result, this could increase the possibility that masks, or portions of masks, being mistaken as food and consumed by marine wildlife, most notably sea turtles, in light of recent studies into the impact of algal growth on sea turtle consumption of marine plastic.[175]



**Reasons for Loss**

There are numerous reasons why single-use plastic face masks may end up in the environment. Canvassing the literature identifies a number of causes. Face masks are difficult to recycle – they contain several types of plastics, which would need to be separated before being processed.[176] Given the decreasing costs of 'virgin plastic,' incentives to recycle plastics are low, as is the drive to innovate new methods of improving the efficiency of recycling processes and to increase resource recovery.[177] As one waste management company representative noted, "it costs more to collect, separate and recycle the PPE than the value of the resulting recycled material. If the economics do not work, authorities do not have the incentive to collect and recycle PPE."[178] Further confounding efforts to recycle PPE are concerns that PPE may be contaminated and infectious, thus putting waste and sanitation workers at risk.[179] These concerns are magnified with respect to those working in the informal waste economy, particularly in developing countries.[180]

Given the challenges of recycling face masks and PPE, much of it has been allowed to enter general waste systems. It should be noted that PPE used in a hospital is much less likely to enter the environment than PPE used by the general public. In a hospital setting and other medical environments, there are typically systems in place for the safe disposal of PPE, which often entails segregation and incineration.[181] Such systems are not impervious to being overwhelmed by increased volume, or to accidental loss, however, these systems have been set up specifically to treat potentially contaminated PPE.

34

Unlike medical settings, public waste systems tend not to have segregated systems for potentially contaminated PPE, as a result, this waste is typically mixed in with general household waste. Given significant increases in household waste production as a result of the pandemic, both in the form of PPE and in plastic waste, in many places, this waste is overwhelming and overloading existing waste management systems.[182] Overwhelmed systems inevitably result in waste entering the environment.[183]

The problem is further compounded by the fact that "many waste-management services have not been operating at full capacity, owing to social-distancing rules and stay-at-home orders."[184] As a result, in some jurisdictions in the USA, "curb side recycling pickup has been suspended in many places, including parts of Miami-Dade and Los Angeles counties."[185] Elsewhere, for example, in the UK, there has been a dramatic 300% increase in illegal waste disposal (fly-tipping) during the pandemic.[186] Similar stories have been reported in Canada, the USA, and Ireland.[187]

Not all jurisdictions are able to provide well-functioning waste management systems. The World Bank notes, "in low-income countries, over 90% of waste is often disposed [of] in unregulated dumps or openly burned. These practices create serious health, safety, and environmental consequences."[188] These systems are particularly prone to losses, leading to pollution. Face masks, other PPE, and other single-use plastic items are often "lightweight and if discarded in open dumps can be easily carried by wind and surface currents, quickly spreading to natural environments."[189] Informal, unregulated, and overwhelmed waste management systems serve as a source of marine plastic pollution.



Another source of face masks entering the environment is through littering. Refuse that has been disposed of incorrectly, is a significant source of plastic pollution.[190] There is an extensive literature exploring what drives people to litter, but generally speaking "people tend to litter because they feel no sense of personal ownership to the objects being discarded."[191] There is also an environmental/social effect: people are "susceptible to the littering behaviour of those around them… people tend to litter more when in an already littered environment."[192] A small amount of litter can lead to a positive littering feedback loop.[193]



A study by Jambeck *et al*. assumed a littering rate of 2% of total plastic waste generation, across all countries.[194] While lacking quantitative evidence to indicate how this value might have changed as a result of COVID-19, anecdotal evidence suggests that it has not diminished, and has most likely increased. In addition to the aforementioned news stories about illegal dumping in numerous jurisdictions, reports from around the world reveal apparent increases in littering of PPE.[195] It is possible that littering rates have remained constant and it is only that masks being relatively large and uniform pieces of litter are more noticeable.

While pre-COVID-19 rates of waste mismanagement vary considerably around globally, Jambeck *et al*. estimate that 3% of global annual plastics waste enters the ocean.[196] Given increased plastic consumption resulting from the response to the pandemic, and evidence that waste management systems have been overwhelmed by this increase, it is likely that this number has increased. However, because it is still too soon to measure how the global response to the pandemic may have altered this number, we employ the 3% loss in our calculations. It is also worth noting that this number is a conservative one, and averaged out across the world. Some researchers have suggested that the amount of plastic likely to escape into the environment in some jurisdictions could be considerably higher.[197]

## Scale of Mask Production and Demand

## *"Conservatively, it is estimated that 3% of single-use plastic face masks enter the marine environment where they pose a threat to wildlife and ecosystems…"*

Conservatively, it is estimated that 3% of single-use plastic face masks enter the marine environment where they pose a threat to wildlife and ecosystems.[198]  As such, in order to determine the number of masks entering the environment, it is necessary to know how many masks are being manufactured and put to use.  Answering this question is challenging, in so far as mask production and consumption has increased dramatically as the pandemic has unfolded. There are serious inconsistencies in reporting/trade data across jurisdictions, and pre-2020, there is scant disaggregated data on mask production. As a result, fluctuating and inconsistent estimates of national and global mask production were encountered.

For example, China, a major global manufacturer of PPE, increased daily production of face masks (of all types) in February, from a reported 20 million to 110 million units, a 450% increase.[199] Daily production reached a reported 200 million by the end of March, and 450 million in April, matching a steep increase in demand and use.[200]  It is worth noting that "before the pandemic, half the world's masks were manufactured in China; [by April 2020] with production there shifting into overdrive, that figure may be as high as 85%."[201]

As the pandemic progressed, many countries found that early estimates of their need for face masks were inadequate, orders for masks increased dramatically, as did production. For example, in February, US officials were estimating a need for 300 million face masks for healthcare workers.[202] In March, the Trump administration claimed to have ordered 500 million masks.[203] One month later, an order of 600 million masks was said to be insufficient to confront the virus at its peak.[204]

Elsewhere, some countries were ordering masks by the billions. In early May, the government of Hong Kong announced that it would be distributing reusable masks to the city's 7.5 million residents, and later in June, that it would distribute packs of 10 single-use plastic masks to every household (totally over 30 million masks).[205] In April, France ordered 2 billion masks from China, and Japan ordered 600 million.[206] Such was the demand for masks that China reported exporting 3.86 billion masks between March 1 and April 1, 2020.[207]

The need for masks has far outstripped production. In early May, the Organisation for Economic Co-operation and Development (OECD) noted that mask supply might be ten times lower than demand.[208] Estimates in Italy (population ~60 million), which was particularly hard hit by the pandemic and which ordered 22 million masks in March, calculated that 1 billion masks and half a billion gloves would be required on a monthly basis as the country moved out of lockdown.[209]

With respect to global demand, numbers originating in a study by Prata *et al*. published in mid-June and later adopted by the World Health Organization (WHO), suggested that 129 billion face masks and 65 billion gloves would be needed on a monthly basis in order to protect people worldwide.[210] Given that this number far outstrips current production capacity, but represents the number of masks necessary to ensure maximal protection globally, this will be used as our upper threshold.

Estimates of the need for PPE to protect only healthcare workers helps contextualize the sheers magnitude of global demand. According to the WHO, there are 43 million healthcare workers worldwide.[211] An OECD policy paper, published in May 2020, elaborates on the need for PPE for these healthcare workers, noting that:

> "masks are generally assumed to be effective for about four hours and need to be regularly changed, and "assuming that only around one third of healthcare workers need a mask (accounting for the fact that not all countries are affected at the same time, and not all health workers are in contact with COVID-19 patients), and that each health worker uses on average two masks per day, global demand for surgical masks would be around 28 million per day. Adding in care givers and suspected COVID-19 patients further increases this demand, possibly by another 12 million per day."[212]

With these numbers, the global monthly demand for healthcare workers alone (in a 30 day month) calculates to be 840 million masks, with an additional 360 million masks for care givers and suspected patients.

A global scramble to meet this demand resulted in factories being converted to PPE production.[213] New factories sprung up rapidly, and innovative production methods were developed. For example, one Turkish export company proposed setting up factories on idle ships, creating 'floating factories' that could manufacture masks while en-route to their final destination, significantly reducing on shipping time.[214]

This massive production led to an unprecedented expansion of the global medical face mask market. The scale of this market varies from report to report. One report in June predicted that the volume of this market will peak at more than 52 billion units by the end of 2020, and will likely stabilize in 2021, levelling out to 29 billion units by 2025.[215] The value of this market has also expanded dramatically. In 2019, the value of the global face mask market was ~$0.79 billion USD, it is estimated to be valued at over $166 billion USD by the end of 2020.[216] This is due to the massive rise in production, but also a significant increase in the cost of an individual mask.

> **The Price of a Mask**
> According to one report, a basic surgical mask that sold for a couple of cents prior to the pandemic was selling for as much as $1.25 USD, and a N95 mask that previously sold for $1.25 USD, was selling for $25 USD in May.[217] In March, Bloomberg reported that masks that had previously sold for $0.58 USD in New York, were being sold for $7.50 USD.[218] There were numerous reports of price gouging and of hoarding.[219]

# Calculating Mask Loss

Market estimates provide insight into the direction that PPE production may be going, but they remain estimates. There are numerous, and sometimes conflicting reports regarding national consumption levels, with most countries data deficient. As a result, given current available data, it is challenging to calculate or even estimate a single global number for monthly mask consumption, and by extension, the extent to which they escape into the environment.

In order to avoid multiplying inconsistencies, we have developed a formula that will provide reasonable estimates of the number of face masks entering the environment, given reliable mask consumption numbers. This formula can then be used to shed light on the current and potential number of masks entering the environment given various scenarios and contexts. This formula is followed by a discussion of its limitations, the assumptions we made, and justifications of our choices.

**Mask Loss Formula**

The formula assumes an overall loss rate of 3%, which is the number of masks one can expect to see entering the environment as a result of loss, including those masks which were properly disposed of, but which escaped from the waste management system. This number can be applied to the overall number of single-use face masks used in any given jurisdiction.

Depending on the available data and context, masks used in medical settings can be excluded, or the very conservative loss rate of 1%, proposed by the World Wide Fund for Nature (WWF), can be employed.[220] Those wishing to estimate the number of masks found littering the streets can use the 2% littering rate.

The weight of lost face masks can then be calculated by multiplying the number of lost masks by the approximate weight range for single-use plastic masks of 3 − 4 grams.

 

# Limitations, Assumptions and Justifications

It is important to note the limitations of this approach and to list some of the assumptions made. The focus of this report is face masks, but the formula is well suited to gloves. Given that they are more commonly used in medical settings where proper disposal would ensure lower levels of loss, the formula would likely over-estimate environmental escape of PPE such as gowns and face shields.

Increased use of PPE results in an increase in PPE waste, and also associated waste from packaging, with additional pollution from manufacturing and transportation. While packaging waste can be a serious source of plastic pollution, and greenhouse gases and other pollutants result from manufacturing and transportation, these have not been included in the formula.

A recent study from the University College London (UCL) by Allison *et al*. provides a detailed exploration of the other environmental impacts of PPE in general, and face masks specifically. Using detailed trade and waste disposal statistics, this team of researchers calculated that "if every person in the UK used one disposable surgical mask each day for a year, this would create over 124,000 tonnes of unrecyclable plastic waste (66,000 tonnes of contaminated waste and 57,000 tonnes of plastic packaging)."[221] The team calculated that this scenario would have ten times the climate change impact than if reusable masks were used, and that the quantity of expected waste would be reduced by 95% if every mask were a reusable mask.[222]

This level of analysis is laudable. However, it relies on accurate and detailed data, and while this data may be available in certain jurisdictions, such as the UK, this, unfortunately, is not the case in most jurisdictions. A number of confounding variables are encountered when attempting to expand this type of analysis beyond a given national context. For example, factors such as greater variability in supply chains, type and size of packaging (individually packaged masks, packets of two or more, boxes of 50 or more, etc.), reuse rates among members of the public, types of masks typically worn, etc. all confound analytical efforts.



Our formula cannot accurately account for discrepancies between disposal/improper disposal by healthcare workers operating in hospital and other medical facilities as compared with members of the general public. Most jurisdictions prioritize PPE use in medical settings. As a result, a greater percentage of mask consumption in a given jurisdiction may be used in medical settings. Masks disposed of in these settings are likely to have lower rates of environmental escape because medical facilities tend to have waste management systems in place to address PPE.  Depending on the available data and context, masks used in medical settings could be excluded from calculations, or the very conservative 1% loss rate can substituted.[223]

The 3% overall loss rate, as expressed by the literature, includes marine litter from land and marine-based sources. The UNEP estimates that 80% of marine litter globally came from land-based sources, with the remaining 20% from marine sources.[224]  This could suggest that using 3% as the overall number of masks entering the marine environment might be high, as the original loss number includes plastic pollution from maritime sources. Despite this, we have opted to use this number as the loss rate, recognizing that the increased use of PPE has resulted in increased disposal which has overwhelmed many waste management systems, and that loss rates are likely to be much higher in jurisdictions with non-existent to poor waste management systems.

We assumed the dry weight of an individual mask as between 3g – 4g. There is considerable variation in design, weight, and use of single-use plastic masks, hence this range has been selected as a rough median weight. At one end of the weight range we have the typical single-use plastic surgical mask which Allison *et al*. note weighs approximately 2.68g.[225] When we weighed a typical blue surgical masks, a 'PA 2 Layer Disposable Mask' widely sold in boxes of 50, we calculated its weight at 3.4g.[226] Weighing a second mask, this one a 3M model 1835 level 3 surgical mask, yielded a weight of 3.6g.[227] At the heavier end of the range, masks such as the N95 manufactured by 3M, weights approximately 9.92g (0.53oz).[228] Given that the use of these masks by members of the public appears to be less common than surgical masks, allowed this number to conservatively increase the upper threshold of our range to 4g. We recognize that the formula can be easily updated in light of more reliable data on the public use of various types of masks.



**Case Study: Hong Kong**

People in Hong Kong are well informed regarding pandemic prevention measures and are accustomed to wearing face masks when they are ill. In the early stages of the pandemic, the proportion of people in Hong Kong wearing masks in public, by some estimates, was close to 98%.[229]

The government also helped to supply people with masks. In early May 2020, the government of Hong Kong announced that it would be distributing reusable masks to the cities 7.5 million residents, and later in June, that it would distribute packs of 10 single-use plastic masks to every household (totalling over 30 million masks).[230]

Writing in June, 2020, Sun Yajing noted that conservative estimates from the Hong Kong Environmental Protection Agency suggested that people in Hong Kong were consuming 4 to 6 million masks daily, and that the number of masks that had been discarded in Hong Kong (since COVID-19 had reached the city in late January) was likely in excess of 500 million.[231]

Thus, if Hong Kongers are disposing of 150 million masks per month, this would equate to 450 to 600 metric tonnes of plastic waste, entering the waste supply chain, on a monthly basis. This volume of masks appears to have overwhelmed the waste management system; a significant number of these masks have been transported to landfills and have escaped into the environment, and many have been incorrectly disposed of (littered) and thereby also entered the environment. Using our formula, we can expect to see as many as 3 million of these masks littering Hong Kong streets (9-12 tonnes), and 4.5 million masks entering the environment (13.5-18 tonnes) per month.



**Samples from Around the World**

Here we have compiled a table using relatively reliable numbers of mask consumption, with when the data was reported, and the location it covers. Estimations as to actual need have been included in order to contextualize the potential scale of the issue.

**Lost masks by number and weight given monthly consumption levels.**

| Date | Location | Masks/ month (million) | Loss Rate (3%) (million) | Weight (tonnes) | Source |
|---|---|---|---|---|---|
| 18/04/20 | Thailand | 45 | 1.35 | 4.05 − 5.40 | TEI[232] |
| 11/07/20 | Switzerland | 105 | 3.15 | 9.45 − 12.60 | FOPH[233] |
| 26/06/20 | Hong Kong | 150 | 4.50 | 13.50 − 18.00 | Yajing[234] |
| 31/03/20 | France | 160 | 4.80 | 14.40 − 19.20 | France 24[235] |
| 29/05/20 | South Korea | 362 | 10.86 | 32.58 − 43.44 | MDPI[236] |
| 19/05/20 | Japan | 400 | 12.00 | 36.00 − 48.00 | METI Japan[237] |
| 23/09/20 | UK | 1,600 | 48.00 | 144.00 − 192.00 | EJ[238] |
| 00/06/20 | Est. Global Supply 2020 | 4,333 | 129.99 | 389.97 − 519.96 | AAI[239] |
| 11/09/20 | Est. Global Need 2020 | 129,000 | 3870.00 | 11,610 − 15,480 | AAAS[240] |

Two sets of data were not included in the above table but bear mentioning. First, we have masks used by healthcare workers, caregivers, and patients. In May, the OECD estimated that the global monthly demand for masks for healthcare workers was 840 million, and 360 million for caregivers and patients.[241] When the more conservative 1% loss rate was applied, a combined total of 12.0 million masks were calculated to be entering our oceans from this source, accounting for 36.00 − 48.00 tonnes of plastic.

In addition, it was difficult to identify reliable mask consumption numbers for many countries, particularly low- and middle-income countries (LICs and MICs). While there are no accurate consumption numbers, UNICEF estimated, in May, that the demand for PPE in LICs and MICs would reach "reach 2.2 billion surgical masks, 1.1 billion gloves, 13 million goggles, and 8.8 million face shields" through 2020.[242] Given these numbers and our formula, we could expect that if this demand were properly met, 5.50 million masks (16.50 − 22.00 tonnes) will enter our oceans from these countries. On one hand, many of these countries have less effective waste management systems, which would make this estimate low, on the other hand, this level of demand is not currently being met. In absence of reliable consumption numbers, this estimate has been included to provide additional context.

The number of masks entering the environment as a result of the COVID-19 pandemic is staggering. From the global production projection of 52 billion masks for 2020,[243] we estimate that 1.56 billion masks will enter our oceans in 2020, amounting to between 4,680 and 6,240 tonnes of plastic pollution. These masks will take as long as 450 years to break down, and all the while serve as a source of micro plastic, and negatively impact marine wildlife and ecosystems.

In a 2019 study *Marine Pollution Bulletin*, Beaumont *et al*. calculated that every tonne of plastic negatively impacts ecosystem services by as much as $33,000 USD.[244] As a result, the impact of these 1.56 billion face masks, in terms of reduced marine natural capital, could amount to between $154.4 and $205.9 million USD.

43

## Solutions

Given these staggering numbers and the serious and negative impact that plastic pollution has on our oceans, action is needed. Action is required at every level, from individual citizens changing their behaviours, to designers innovating reusable masks and those made from more sustainable materials, to changes in national laws and policies, to adherence to international laws and agreements. With regards to plastic pollution, and specifically plastic pollution resulting from COVID-19, there is no single solution, but rather a wide range of actions that need to be taken concurrently.[245]

**Individual Action**

## "Choose Re-usable!"



Face masks are a key tool for the prevention of the spread of the SARS-CoV-2 coronavirus and other viruses.[246] While they may not be appropriate in medical settings,[247] reusable cloth face masks have been found to be an effective means of preventing the spread of the virus.[248] As one study noted, "cloth masks may be used to prevent community spread of infections by sick or asymptomatically infected persons, and the public should be educated about their correct use."[249] Individuals should be encouraged to wear reusable masks whenever possible.

When choosing reusable cloth masks, people should follow government recommendations concerning the design, materials used, and the fit of their mask.[250] Not only will this help reduce plastic pollution, but such efforts will also allow more disposable masks for frontline healthcare workers, those in hospital settings, and those who need them. Given shortages, the Centers for Disease Control and Prevention (CDC) has been obligated to ask people not to use masks intended for healthcare workers, such as N95 respirators.[251]

A recent working paper from the Plastic Waste Innovation Hub at UCL estimated that the annual demand for face masks in the UK was 24.7 billion. This number could drop to 136 million if only reusable masks were used.[252]

**Discard Responsibly**

There are still some circumstances where using a single-use mask may be necessary or unavoidable. In these instances, people should consider biodegradable options that are starting to become available (see 'Technological Solutions' below). All masks – single-use or reusable – should be discarded responsibly. Even a reusable or biodegradable mask will become pollution if incorrectly discarded.

Individuals should check with local authorities for guidance on proper disposal in their jurisdiction, as various protocols exist, depending on the local waste management system. Proper disposal of single-use masks will not only help keep them from entering the environment, but will also protect others from potentially contaminated PPE.

**Take Action**

There is also room on the part of member of the public to be proactive. They can encourage others to wear reusable and sustainable masks, and can encourage their governments to press forward with efforts to reduce plastic pollution. In addition to reusable face masks, there are sustainable and reusable alternatives for most single-use plastic items. Individuals should strive to reduce their consumption of unnecessary single-use plastic, purchase from companies that offer these alternatives, and encourage other companies to reduce their use of plastic.

A recent study in *Nature*, noted that by 2040, "current government and corporate commitments will only reduce the amount of plastic flowing into the ocean by 7 percent," and the in order "to cut the flow of ocean plastic by 80%, paper or compostable alternatives to single-use plastic would be needed and packaging should be redesigned to more than double the share of recyclable material."[253]

Individuals can also participate in beach cleanups. It is encouraging to see people around the world getting involved in these efforts. For example, the Ocean Conservancy reported that since 1986, 16.5 million volunteers have collected 154,000 tonnes of trash from beaches worldwide.[254] These efforts will help remove plastic from our beaches, but to avoid this becoming a Sisyphean ordeal we must ultimately stop the flow of plastic entering our oceans.

As a recent study recommended, "the most straightforward way to reduce environmental inputs of plastic waste is to produce less, especially waste that is not practicably or economically recyclable, readily escapes to the environment, or is unnecessary. [255]

**Technological Solutions**

While many solutions require a change in individual behaviour and consumption practices, these changes can be facilitated by the increased availability of sustainable alternatives, with technological and design solutions helping to reduce plastic pollution.

As the pandemic has progressed and mask wearing become increasingly widespread (and in many jurisdictions mandated) an extensive range of innovative mask designs have emerged. Many of these new designs were developed to reduce the need to rely on single-use plastic masks, designed to ease effective disposal, are made with more sustainable materials, or are designed for reuse. Solutions include:

- **Self-cleaning mask**: Israeli researchers, led by Technion University Professor Yair Ein-Eli developed a mask that can disinfect itself. Plugging the mask into a USB outlet for 30 minutes heats up carbon fibres inside the mask to temperatures sufficient to kill viruses.[256] Air/R Health Devices, France, recently received EU funding to design a mask with a similar 'plug in and disinfect' design, this one relying on a "graphene substrate and other nanoparticules which capture biological and chemical pollutants." The company claims that "one simple charge decontaminates the filter in less than 10 minutes and allows for 12 hours of use."[257] US-based LIGC proposed a design operating on similar principles.[258]



The Czech company 'är' has incorporated a coating of ViralOff into its self-cleaning masks. ViralOff, a substance designed by Sweden-based Polygiene, which contains "a reaction mass of titanium dioxide ($TiO_2$) and silver chloride (AgCl)," makes masks "self-cleaning over two hours." [259] A number of companies and projects have proposed masks that similarly rely on chemical reactions for cleaning.[260]



- **Sustainable materials**: A number of designers have developed disposable and reusable masks using sustainable materials. In addition to a wide range of conventional fabrics such as cotton and linen, reusable masks have been made from bamboo fabric,[261] recovered marine plastic,[262] and recycled materials.[263] A number of compostable/biodegradable masks made from natural fibres have become available to members of the public, including masks made from hemp,[264] abaca tree fibre (a tree related to the banana),[265] wood fibre,[266] coffee yarn,[267] and sugar cane bagasse (waste plant fibre).[268]

  A research collaboration between the Swiss Federal Laboratories for Materials Testing and Research (EMPA) and École polytechnique fédérale de Lausanne (EPFL) are currently developing a transparent surgical mask made almost entirely of a 'biomass derivative.' The 'Hello Mask' is reported to be bio-degradable, and allow patients to see the mouths and expressions of doctors, a particular benefit to patients for whom a mask may be a major obstacle to communication, such as children, the elderly and the hearing impaired.[269]

- **Innovations for disposal**: While most single-use plastic masks discarded by members of the public end up in conventional household waste streams, a number of sources, including India's University of Petroleum and Energy Studies, have proposed that these items be converted into biofuel.[270] A French firm, Plaxtil, is developing methods to recycle used masks.[271] In addition to the potential for contamination, one factor frustrating possible recycling efforts is the fact that many masks are manufactured from "multiple layers of different materials or polymers."[272] As such, many experts are calling for the development of face masks from a single polymer, in order to facilitate recycling.[273]

NCD Corporation, a company that focuses on manufacturing biodegradable and compostable products, has developed a water-soluble mask. Made from polyvinyl alcohol (PVOH or PVA), NCD Corporation claims that this mask will dissolve instantly in hot water (60°C and 90°C depending on the product) and be converted into water and carbon dioxide.[274] In a landfill, the manufacturer claims that these masks "decompose within 180 days thanks to the liquids and microorganisms found in the garbage."[275] The manufacturer estimates that these masks would dissolve/degrade in 4 to 5 months if they were to enter sea water.[276] Research suggests that PVOH is "one of the very few vinyl polymers soluble in water also susceptible of ultimate biodegradation in the presence of suitably acclimated microorganisms.[277]



- **Extending use of single-use PPE**: Studies into the reuse and sterilization of single-use N95 respirators have been conducted,[278] and the CDC, in the face of shortages, has released guidelines for decontaminating N95 respirators.[279] Many jurisdictions with PPE shortages have resorted to these methods.

- **Developing recycling programs**: A number of companies have begun offering mask recycling services. For example, one company, TerraCycle offers targeted recycling services for items like coffee capsules, plastic packaging, and even action figures, corks, and eyewear. They have begun offering a 'ZeroWaste' box for facemasks. Customers order a box, fill it with the specific item, and ship it back to the company.[280] A small box for face masks (11" x 11" x 20") costs $86 USD, while a large box (15" x 15" x 37") costs $219 USD. The company notes that these boxes are not intended for medical waste – "materials contaminated with blood or bodily fluids that originate from health care facilities…"[281] The masks in returned boxes are sorted

at the company's headquarters in New Jersey, USA, metal nose strips are removed, and "then, the piles are melted down and shredded into a mulch-like material that can be molded into things like railroad ties and shipping pallets.[282] This process is not cheap and there are additional environmental impacts involved in the transportation of the masks. The French company Plaxtil has also launched a mask recycling program, which shreds and decontaminates masks before using the materials to manufacture a range of plastic products.[283]

If they become litter, or are incorrectly disposed of, reusable and biodegradable masks can become harmful pieces of marine plastic pollution, as such, technological fixes are only part of the solution. Individuals must adopt new technologies and change their behaviour.



**Government Policy**

Governments have a central role to play in efforts to reduce single-use plastic. There are a wide range of policy instruments that can be implemented, which include measures designed to change consumer behaviour, market-based instruments, legislation designed to hold producers accountable, and incentive and support programs.  There is much to be done and every possible type of policy intervention should be explored. Here we will briefly survey those measures which touch upon PPE specifically, but we encourage those in government to consider the wide range of measures proposed by other civil society actors.[284]

With respect to individual action, governments can implement policies designed to encourage the use of reusable masks and reduce the consumption of single-use plastic. Releasing guidelines regarding the proper manufacture and use of cloth masks is a good starting point.[285] Governments should work to make it as easy as possible to correctly dispose of PPE, such as by providing secure, visible, and easily accessible public trash bins with hygienic opening mechanisms.[286]

Members of the public can be further encouraged to properly dispose of PPE through instructional and motivational messaging, tailored to specific targeted audiences.[287] One editorial noted that an effective component of messaging is "emphasizing individual's obligation to guard frontline employees."[288] Furthermore, government officials, politicians, and public figures should model recommended prosocial behaviour.[289]

As an example, McKinsey, a management consultancy, recommends the use of the 'influence model,' which contains four general practices that are interrelated and designed to help change people's behaviour and mindsets: "offering clear and consistent messaging to foster better understanding of the coronavirus, using formal mechanisms to shape safe behavior, teaching practical skills to instill confidence, and leveraging role models who reinforce new norms"[290]

Removing barriers to safe disposal, and educational policies and messages can be paired with punitive measures, such as increasing fines for littering. Many jurisdictions, faced with extensive littering of PPE, have already adopted these measures.[291] For example, in France, fines for littering have been increased as a means of reducing PPE litter. Fines for littering were raised from €68 to €135, which can increase to as much as €375 for late payment, and higher in some circumstances.[292]




Despite setbacks, legislative efforts to reduce the use of single-use plastics must continue and be accelerated as countries develop their COVID-19 recovery plans. Recycling and reuse rates for plastic are worrying low, with studies concluding that only 9% of plastic is recycled.[293] Prior to the pandemic, efforts were being undertaken to reduce consumption of single-use plastic, but many of these efforts have been paused or rolled back.[294]

Policy-makers face a pivotal decision point in a post-COVID-19 world: press forward with efforts to reduce single-use plastic items, or allow plastic pollution to continue to pile up and fill our oceans. In May, "the global market for packaging was projected to grow by 5.5 per cent during the pandemic, led by plastic," and demand for products such as single-use cups and single-use plastic cutlery is in high demand.[295] Governments must curtail the resurgence of single-use plastic items resulting from the pandemic and revive efforts that have been derailed or paused. Governments must adopt further measures aimed at significantly reducing single-use plastics. They should aggressively pursue measures such as "special environmental taxes, waste disposal fees or charges, and extended producer responsibility measures (e.g., deposit-refund, take-back schemes)."[296]

For example, despite the pandemic, a number of countries have pressed forward on legislation to ban single-use plastics. In early October, 2020, the Canadian government announced a nation-wide ban on single-use plastic by the end of 2021 as part of this countries plans to achieve zero plastic waste by 2030.[297] After banning plastic bags in 2016, Mauritius recently announced plans to ban all single-use plastic products by January 15, 2021.[298]

By some estimates, "replacing inadequate regulation, changing business models and introducing incentives leading to the reduced production of plastics" could help reduce plastic pollution by as much as 80%, particularly when coupled with packaging and product design aimed at facilitating recycling, and improved waste collection.[299] Efforts to establish and improve household waste collection and waste supply chains, particularly in low income countries, will have a lasting positive effect. The loss of PPE from existing collection systems could also serve as a means to identify weaknesses in those systems, and such, help facilitate improvements.

Governments should also support and encourage innovation and the development of reusable and biodegradable alternatives (for examples see 'Technological Solutions' above). [300] Incentive programs, grants, and other instruments can help promote "non-toxic, biodegradable or easily recyclable alternatives, such as natural fibres, rice husk, and natural rubber."[301] In addition to helping reduce the environmental impact of PPE, supporting the development of industries specific to these products could benefit local economics, particularly those in lower income countries.

Implementing policies supporting, and investing in research and development into the conversion of plastics into energy also appears promising. One example of such a policy, albeit as part of an effort at tackling ghost gear, is Hawaii's 'Nets to Energy' program, where the authorities provide no-cost disposal of derelict fishing gear, which is then burned to generate electricity.[302] After the success of this program, the 'Fishing for Energy' project was set up across 12 US states, and has helped keep over 1,814 tonnes (4 million pounds) of fishing gear from becoming deadly marine debris.[303]

**Masks to Energy**

Race for Water, a marine conservation foundation, proposed a similar program "using decentralised energy recovery units to transform plastic waste into energy, through a high-temperature pyrolysis process."[304]  These compact units are ideal for remote communities, such as island communities, and help these communities to become self-sufficient in managing their waste and energy production. This program can use "income generated by the sale of electricity… to pay street collectors, or reduce waste management costs. [305]



 

 

While incineration for energy generation as a means of reducing plastic pollution has been criticized,[306] and does not address over production, consumption, and improper disposal, it may offer a short-term solution to the issue of increased plastic pollutions resulting from the COVID-19 pandemic. Likewise, it may serve as a solution in locations where recycling or disposal in a landfill may be impossible or unacceptable, such as remote islands.

Overall, the issue of plastic pollution is a serious one, and we strongly encourage all manner of policy innovation and experimentation.



### International Agreements

Policy innovation should not be limited to the domestic arena, with international cooperation playing a critical role in efforts to reduce marine plastic pollution. As noted by the United Nations Conference on Trade and Development (UNCTAD), "global trade policies also have an important role to play in reducing pollution."[307] While many countries have, or are in the process of developing domestic policies (COVID-19 notwithstanding), the global nature of marine plastic pollution demands international solutions.

In this arena, a number of instruments can be employed. Downstream countries may find it beneficial to enter into bilateral support and capacity building arrangements with upstream countries. Riparian countries may wish to foster regional cooperation agreements to reduce pollution flowing into a particular river. Intergovernmental trade organizations will benefit from amending and improving standards to reduce unnecessary plastic pollution, such as standards regulating packaging. Existing international agreements and treaties can be adhered to and strengthened and new agreements developed to address emerging issues.

The regulation of plastics through international agreements has historically been of a lower priority as compared to other global pollutants. The first significant international agreement including provisions relating to the dumping of plastic pollution at sea was MARPOL, which came into effect in 1988.[308] While MARPOL covers dumping from vessels, it does not address plastic pollution entering the oceans from land-based sources, which as we have seen, account for as much as 80% of marine plastic.[309]

In addition to MARPOL, a number of other existing treaties, conventions, agreements, and partnerships touch upon marine plastic pollution. These include:

- The *United Nations Convention on the Law of the Sea* (UNCLOS), which was adopted and signed in 1982, contains a number of articles touching on marine pollution. Article 192, for example, declares that "states have the obligation to protect and preserve the marine environment." The Convention generally calls on states to take all measures necessary "necessary to prevent, reduce and control pollution of the marine environment from any source."[310]
- The *Joint Group of Experts on the Scientific Aspects of Marine Environmental Protection* (GESAMP) was established in 1969 to advise the UN system on scientific issues relating the marine environment and its protection.[311]
- The *United Nations Global Partnership on Marine Litter* (GPLM) was launched at the UN Conference on Sustainable Development (Rio+20) in June 2012. It focuses on information sharing and creating connections between a wide range of actors with the goal of addressing the levels and impacts of litter, debris, and solid waste on the marine environment. It is principally an information, knowledge, and expertise sharing platform.[312]
- The *Convention on the Control of Transboundary Movement of Hazardous Wastes and Their Disposal* (Basel Convention) which seeks to protect the environment from a number of hazardous substances.[313] It was amended in May 2019 to include plastic waste under its provisions, with the goal of making "global trade in plastic waste more transparent and better regulated, whilst also ensuring that its management is safer for human health and the environment."[314] The amendments were supported by 187 countries (excluding the USA and Haiti which have not ratified the Basel Convention), and becomes effective on January 1, 2021.[315]
- The *Pacific Marine Litter Action Plan* (MLAP) is a regional plan of action for Pacific Island Countries and Territories, and focuses primarily on marine sourced litter, and to a lesser extent marine litter from terrestrial sources. At its core, this plan seeks to build on existing policy and regulatory frameworks for addressing marine litter, and to support the development of national legislation and cross-compliance codes in a region acutely impacted by marine plastic pollution.[316]

The gaps left by this patchwork of agreements fuelled calls for a binding international agreement dedicated to marine plastic pollution.[317] A number of recent efforts have attempted to answer this call. The United States National Oceanic and Atmospheric Administration (NOAA) and UNEP initiated the *Honolulu Strategy* in 2011. This framework document is intended to serve as a:

- Planning tool for developing or refining spatially or sector-specific marine debris programs and projects.
- Common frame of reference for collaboration and sharing of best practices and lessons learned.
- Monitoring tool to measure progress across multiple programs and projects.[318]



In February 2017, the UNEP launched Clean Seas, a campaign to serve as a catalyst for action, engaging a number of actors (governments, the public, and the private sector) in combating marine plastic pollution, with a focus on non-recoverable and single-use plastic.[319] Clean Seas contributes to the GPML, and has seen some success with individuals, governments, and companies in a number of countries pledging to eliminate various plastic products over the next few years.[320] This includes India pledging to eliminate all single-use plastic by 2022, and Kenya implementing what has been described as the world's strictest plastic bag ban, which includes steep fines (as high as ~$40,000 USD) or custodial sentences.[321] Clean Seas has also partnered with companies like Volvo, who have committed to reducing their use of single-use plastic and increasing the amount of recycled plastic in their products.[322]

The G20 has taken a number of steps in recent years to address marine plastic pollution. It drafted an action plan at its 2017 meeting.[323] The implementation plan adopted at the G20 meeting in 2019 included members committing to reducing marine plastic pollution in line with UNEP goals.[324]

Assuming the meeting is not impacted by COVID-19, the fifth session of the UNEP in February 2021 will include a discussion concerning the possibility of creating a global plastic treaty.[325] This meeting will mark a critical juncture in the path to a global plastic treaty – members will have to decide whether or not they wish to press forward with such a convention or treaty.



# Conclusion

The additional plastic pollution created by the COVID-19 pandemic is but part of a much larger problem. Our oceans are filling with plastic pollution, and they have been doing so since the first piece of Bakelite incorrectly discarded. While this problem is not new, the urgency of the call to action grows louder as the plastic piles up.

As many as 1.56 billion face masks that will enter our oceans in 2020. These plastic masks will entangle, poison, and kill marine wildlife, and damage and destroy marine ecosystems, and they will do so for centuries to come. While the 4,680 to 6,240 tonnes of plastic these masks will add to our oceans represents a fraction of the estimated 8 to 12 million tonnes of plastic that enter our oceans annually, their addition to the marine environment is significant.

When we find marine plastic pollution on the beach it is often difficult identify its origins and to determine how long it may have been in the water. Because a plastic bottle can take as long as 450 years to break down, a bottle you find on the beach could have been tossed out a car window in 1977, blown out of an open air landfill in 1995, or washed into the ocean in a storm in 2018.[326]

The facemasks we are finding on beaches today have almost certainly entered the ocean after the COVID-19 pandemic began. For example, we did not start finding significant numbers of masks washing up on Hong Kong beaches until about 6 weeks after the onset of the pandemic. In this way, face masks serve as an indicator, revealing that the plastic threat facing our oceans is only growing. Masks on the beach are evidence that there are still serious weaknesses in our waste management systems, and that people are continuing to dispose of their plastic waste irresponsibly. Masks on the beach demonstrate that we must redouble our efforts to end our addiction to single-use plastic.



## End Notes & Photo Credits

[1] BBC News. (2020, May 26). "Coronavirus: French alarm at COVID-linked Med pollution." Available at https://www.bbc.com/news/world-europe-52807526 (retrieved August 1, 2020).

[2] BBC News. (2020, April 8). "Coronavirus: Discarded disposable gloves on the street." Available at https://www.bbc.com/news/in-pictures-52188627 (retrieved August 1, 2020); and see Farzan, A.N. (2020, April 9). "Masks and gloves are used to help stop the spread of coronavirus. The way they're disposed of are putting people, animals at risk." *The Washington Post*. Available at https://www.washingtonpost.com/nation/2020/04/09/discarded-gloves-masks-coronavirus/ (retrieved August 1, 2020); and Giannopoulos, D. (2020). "Virus." Available at http://gianphotography.com/virus/13r1ayf5mbsh1fh9453docfoj87ehx (retrieved August 1, 2020).

[3] See for example Spencer, D. (2020, April 26). "Gloves and masks become problem litter as COVID-19 prompts people to cover up." *The National Post* (Canada). Available at https://nationalpost.com/news/canada/gloves-and-masks-become-problem-litter-as-covid-19-prompts-people-to-cover-up (retrieved August 1, 2020); Chaiyong, S. (2020, April 6). "Face masks are waste masks." *Bangkok Post*. Available at https://www.bangkokpost.com/opinion/opinion/1893950/face-masks-are-waste-masks (retrieved August 1, 2020); Turner, A. (2020, April 1). "Coronavirus: Used face masks, gloves litter Winnipeg store parking lots." *Global News* (Canada). Available at https://globalnews.ca/news/6755519/coronavirus-winnipeg-gloves-face-masks-litter/ (retrieved August 1, 2020); Martin, B. (2020, July 10). "'COVID waste' littering the planet." *The Star*. Available at https://www.thestar.com.my/opinion/columnists/on-your-side/2020/07/10/covid-waste-littering-the-planet (retrieved August 2, 2020); Thorne, K. (2020, April 18). "Coronavirus update: Used masks, gloves litter creating public health hazard." *Eyewitness News*, ABC 7, New York, USA. Available at https://abc7ny.com/ppe-litter-coronavirus-long-island-gloves-masks/6111244/ (retrieved August 2, 2020).

[4] Lau, W.W.Y., *et al.* (2020). "Evaluating scenarios towards zero plastic pollution." *Science*, *10*:1126, aba9475. Available at https://science.sciencemag.org/content/early/2020/07/22/science.aba9475/tab-pdf (retrieved July 25, 2020).

[5] Patrício Silva, A.L. *et al.* (2020). "Rethinking and optimizing plastic waste management under COVID-19 pandemic: Policy solutions based on redesign and reduction of single-use plastics and personal protective equipment." *Science of the Total Environment*, *742*, 140565. Available at https://www.sciencedirect.com/science/article/pii/S0048969720340870 (retrieved July 36, 2020), p. 3-4.

[6] OceansAsia. (2020, February 29). "Sadly no shortage of surgical masks on Hong Kong beaches." Facebook post. Available at https://www.facebook.com/oceansasia.org/posts/1806941892774644?__tn__=-R (retrieved August 1, 2020).

[7] See for example Xinhua Net. (2020, March 2). "China's daily mask output exceeds 110 million units." Available at http://www.xinhuanet.com/english/2020-03/02/c_138835152_2.htm (retrieved August 3, 2020); Gruley, B., & Clough, R. (2020, March 25). "How 3M plans to make more than a billion masks by end of year." *Bloomberg Businessweek*. Available at https://www.bloomberg.com/news/features/2020-03-25/3m-doubled-production-of-n95-face-masks-to-fight-coronavirus (retrieved August 3, 2020); Lopez, C.T. (2020, June 10). "Domestic N95 mask production expected to exceed 1 billion in 2021." *Department of Defense News*, United Stated Department of Defense. Available at https://www.defense.gov/Explore/News/Article/2215532/domestic-n95-mask-production-expected-to-exceed-1-billion-in-2021/ (retrieved August 3, 2020).

[8] See for example Hosenball, M. (2020, April 2). "U.S. officials redistribute protective gear seized from alleged hoarder." *Reuters*. Available at https://www.reuters.com/article/us-health-coronavirus-usa-gouging/u-s-officials-redistribute-protective-gear-seized-from-alleged-hoarder-idUSKBN21K34F (retrieved August 3, 2020); World Health Organization (WHO). (2020, March 3). "Shortage of personal protective equipment endangering health workers worldwide." Available at https://www.who.int/news-room/detail/03-03-2020-shortage-of-personal-protective-equipment-endangering-health-workers-worldwide (retrieved August 3, 2020); Katersky, A., & Doom, J. (2020, April 24). "New York man accused of hoarding COVID-19 materials for price gouging." *ABC News* (USA). Available at https://abcnews.go.com/US/york-man-accused-hoarding-covid-19-materials-price/story?id=70333494 (retrieved August 3, 2020); Bradsher, K., & Alderman, L. (2020, March 13). "The world needs masks. China makes them, but has been hoarding them." *The New York Times*. Available at https://www.nytimes.com/2020/03/13/business/masks-china-coronavirus.html (retrieved August 3, 2020); BBC News. (2020, April 3). "Coronavirus: US 'wants 3M to end mask exports to Canada and Latin America." Available at https://www.bbc.com/news/world-us-canada-52161032 (retrieved August 3, 2020).

[9] See for example Leung, W. (2020, April 10). "Hospitals consider methods to wash and reuse disposable respirator masks as supplies dwindle." *The Globe and Mail* (Canada). Available at https://www.theglobeandmail.com/canada/article-hospitals-consider-methods-to-wash-and-reuse-disposable-respirator/ (retrieved August 3, 2020); Mackenzie, D. (2020, June). "Reuse of N95 masks." *Engineering (Beijing)*, 6:6, 593-596. Available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7153525/ (retrieved August 3, 2020); Toomey, E., *et la*. (2020, June 5). "Extended use or re-use of single-use surgical masks and filtering facepiece respirators: A rapid evidence review." *Centre for Evidence-Based Medicine*. Available at https://www.cebm.net/covid-19/extended-use-or-re-use-of-single-use-surgical-masks-and-filtering-facepiece-respirators-a-rapid-evidence-review/ (retrieved August 3, 2020); Stradder, B.J., & Schlich, T. (2020, May 22). "The art of medicine: A history of the medical mask and the rise of throwaway culture." *The Lancet*, *396*, 19-20. Available at https://doi.org/10.1016/S0140-6736(20)31207-1 (retrieved August 4, 2020).

[10] See for example Freinkel, S. (2011). *Plastic: A toxic love story*. Boston, USA: Houghton Mifflin Harcourt; and Crespy, D., Bozonnet, M., & Meier, M. (2008). "100 years of Bakelite, the material of a 1000 uses." *Angewandte Chemie*, International Ed., *47*:18, 3322-3328. Available at https://onlinelibrary.wiley.com/doi/abs/10.1002/anie.200704281 (retrieved August 4, 2020).

[11] Our World in Data. (n.d.). "Cumulative global plastics production, 1950 to 2015." Available at https://ourworldindata.org/grapher/cumulative-global-plastics (retrieved July 12, 2020); citing Geyer, R., Jambeck, J. R., & Law, K. L. (2017). "Production, use, and fate of all plastics ever made." *Science Advances*, *3*:7, e1700782. Available at https://advances.sciencemag.org/content/3/7/e1700782 (retrieved July 12, 2020); and see Gourmelon, G. (2015, January 27). "Global plastic production rises, recycling lags." *Vital Signs and Worldwatch Institute*. Available at https://www.plastic-resource-center.com/wp-content/uploads/2018/11/Global-Plastic-Production-RisesRecycling-Lags.pdf (retrieved July 19, 2020), citing PlasticsEurope 2014; Li, W.C., Tse, H.F., & Fok, L. (2016, October 1). Plastic waste in the marine environment: A review of sources, occurrence and effects." *Science of the Total Environment*, *566-567*, 333-349. Available at https://www.sciencedirect.com/science/article/pii/S0048969716310154 (retrieved July 25, 2020).

[12] Garside, M. (2019, November 8). "Global plastic production statistics." *Statistica*. Available at https://www.statista.com/statistics/282732/global-production-of-plastics-since-1950/ (retrieved July 12, 2020); and see Law, K.L. (2017, January). "Plastics in the marine environment." *Annual Review of Marine Science*, *9*, 205-229. Available at https://www.annualreviews.org/doi/pdf/10.1146/annurev-marine-010816-060409 (retrieved July 12, 2020).

[13] Geyer, Jambeck, & Law 2017; Kunwar, B., Cheng, H.N., Chandrashekaran, S.R., & Sharma, B.K. (2016, February). "Plastics to fuel: A review." *Renewable and Sustainable Energy Reviews*, *54*, 421-428. Available at https://www.sciencedirect.com/science/article/abs/pii/S1364032115010941?via%3Dihub (retrieved July 24, 2020); and see Parker, L. (2018, December 20). "People of Plastic? A whopping 91% of plastic isn't recycled." *National Geographic*. Available at https://sustainability.ucsb.edu/sites/default/files/Planet-or-Plastic.pdf (retrieved July 24, 2020).

[14] See for example Williams, M., Bower, R., Green, J. (2019). "No time to waste: Tackling the plastic pollution crisis before it's too late." *Tearfun, Fauna & Flora International (FFI), WasteAid, and the Institute of Development Studies (IDS)*. Available at https://opendocs.ids.ac.uk/opendocs/bitstream/handle/20.500.12413/14490/J32121_No_time_to_waste_web.pdf?sequence=1 (retrieved August 4, 2020); Gibb, B.C. (2019). "Plastics are forever." *Nature Chemistry*, *11*, 394-395. Available at https://www.nature.com/articles/s41557-019-0260-7 (retrieved August 4, 2020); and Lau *et al*. 2020. And for throw-away culture in the medical profession see Stradder & Schlich 2020; Donyai, P., McCrindle, R., Hui, T., & Sherratt, S. (2020). "The COVID-19 pandemic has forced the government to allow medicines reuse: We must not waste this opportunity to counter our throwaway culture." *The Pharmaceutical Journal*. Available at https://doi.org/10.1211/PJ.2020.20208026 (retrieved August 4, 2020).

[15] See Stradder & Schlich 2020:20; Donyai, McCrindle, Hui, & Sherratt 2020.

[16] Patrício Silva *et al*. 2020:2; and see Hahladakis, J.N., Velis, C.A., Weber, R., Iacovidou, E., & Purnell, P. (2017). "An overview of chemical additives present in plastics: Migration, release, fate and environmental impact during their use, disposal and recycling." *Journal of Hazardous Materials*, *344*:15, 179-199. Available at https://www.sciencedirect.com/science/article/pii/S030438941730763X?via%3Dihub (retrieved August 4, 2020).

[17] Sullivan, L. (2020, March 31). "Plastic wars: Industry spent millions selling recycling – to sell more plastic." *NPR*. Available at https://www.npr.org/2020/03/31/822597631/plastic-wars-three-takeaways-from-the-fight-over-the-future-of-plastics#:~:text=In%20interviews%2C%20current%20plastics%20industry,of%20the%20plastic%20they%20make (retrieved September 20, 2020); and see United States Environmental Protection Agency. (n.d.). "Facts and figures about materials, waste and recycling – Plastics: Material – specific data." Available at https://www.epa.gov/facts-and-figures-about-materials-waste-and-recycling/plastics-material-specific-data (retrieved September 20, 2020).

[18] Sullivan 2020; and see for example Cassady, D. (2020, September 11). "Plastic industry pushed recycling on America knowing it would fall short, according to report." *Forbes*. Available at https://www.forbes.com/sites/danielcassady/2020/09/11/plastic-industry-pushed-recycling-on-america-knowing-it-would-fall-short-according-to-report/#258818f61a68 (retrieved September 20, 2020).

[19] Geyer, Jambeck, & Law 2017.

[20] Patrício Silva *et al.* 2020:2, citing Hahladakis *et al.*, 2018.

[21] Gourmelon 2015:3, citing United Nations Environment Programme (UNEP) (2014). "Valuing Plastics: The Business Case for Measuring, Managing and Disclosing Plastic Use in the Consumer Goods Industry."

[22] *Ibid*.

[23] *Ibid*.

[24] *Ibid*.

[25] Jambeck, J.R., *et al.* (2015, February 15). Plastic waste inputs from land into the ocean." *Science*, *347*:6223, 768-771. Available at https://science.sciencemag.org/content/347/6223/768 (retrieved July 12, 2020).

[26] Ritchie, H., & Roser, M. (2018, September). "Plastic pollution." *Our World in Data*. Available at https://ourworldindata.org/plastic-pollution (retrieved July 19, 2020); and see United Nations Environment. (n.d.). "Our planet is drowning in plastic pollution." *United Nations*. Available at https://www.unenvironment.org/interactive/beat-plastic-pollution/ (retrieved July 24, 2020).

[27] Jambeck *et al.* 2015; and see Reddy, S. (2018, September 24). "Plastic pollution affects sea life throughout the ocean: Photos document extent of the impact, which extends to the seafood people eat." *Pew Trusts*. Available at https://www.pewtrusts.org/en/research-and-analysis/articles/2018/09/24/plastic-pollution-affects-sea-lifethroughout-the-ocean (retrieved July 12, 2020).

[28] Jambeck *et al.* 2015.

[29] Cordier, M., & Uehara, T. (2019). "How much innovation is needed to protect the ocean from plastic contamination?" *Science of the Total Environment*, *670*, 789-799. Available at https://doi.org/10.1016/j.scitotenv.2019.03.258 (retrieved July 24, 2020).

[30] Lau *et al.* 2020.

[31] The Ocean Cleanup. (n.d.). "The Great Pacific Garbage Patch." Available at https://theoceancleanup.com/great-pacific-garbage-patch/ (retrieved July 24, 2020); Lebreton, L., *et al.* (2018). "Evidence that the Great Pacific Garbage Patch is rapidly accumulating plastic." *Scientific Reports*, *8*:4666. Available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5864935/ (retrieved July 24, 2020).

[32] National Oceanic and Atmospheric Administration (NOAA). (n.d.). "What is a gyre?" Available at https://oceanservice.noaa.gov/facts/gyre.html (retrieved July 24, 2020).

[33] Eriksen, M., *et al.* (2014). "Plastic pollution in the world's oceans: More than 5 trillion plastic pieces weighing over 250,000 tons afloat at sea." *PLOS ONE*, 9:12, e111913. Available at https://journals.plos.org/plosone/article?id=10.1371/journal.pone.0111913 (retrieved July 24, 2020).

[34] Van Sebille, E., *et al.* (2015). "A global inventory of small floating plastic debris." *Environmental Research Letters*, *10*:2, 124006. Available at https://iopscience.iop.org/article/10.1088/1748-9326/10/12/124006 (retrieved July 24, 2020).

[35] *Ibid*.

[36] Lebreton *et al.* 2018.

[37] Perkins, S. (2014, December 17). "Plastic waste taints the ocean floors." *Nature.* Available at https://www.nature.com/news/plastic-waste-taints-the-ocean-floors-1.16581 (retrieved July 24, 2020); Cressey, D. (2016, August 18). "The Plastic Ocean." *Nature*, 536, 263-265. Available at http://ycl.it/wp-content/uploads/2017/10/3_The-plastic-ocean-Editorial-Nature-2016-1.pdf (retrieved July 24, 2020); Lawrence, D. (2020, August 20). "Plastic particles permeate the Atlantic: Scientists find new clues about what happens to plastics in the ocean." *Oceanus Magazine*. Available at https://www.whoi.edu/oceanus/feature/plastic-particles-permeate-the-atlantic/ (retrieved July 20, 2020); and see Fazey, F.M.C., & Ryan, P.G. (2016, March). "Biofouling on buoyant marine plastics: An experimental study into the effect of size on surface longevity." *Environmental Pollution*, *210*, 354-360. Available at https://www.sciencedirect.com/science/article/abs/pii/S0269749116300264 (retrieved November 28, 2020).

[38] Carrington, D. (2020, October 30). "US and UK citizens are the world's biggest sources of plastic waste – study." *The Guardian*. Available at http://tiny.cc/15n5tz (retrieved November 28, 2020).

[39] Schmidt, C., Krauth, T., & Wagner, S. (2017a). "Export of plastic debris by rivers into the sea." *Environmental Science & Technology*, *51*:21, 12246-12253. Available at https://pubs.acs.org/doi/10.1021/acs.est.7b02368# (retrieved July 24, 2020).

[40] Schmidt, Krauth, & Wagner 2017a; and see Schmidt, C., Krauth, T., & Wagner, S. (2017b). "Export of plastic debris by rivers into the sea: Supporting information." Available at https://pubs.acs.org/doi/suppl/10.1021/acs.est.7b02368/suppl_file/es7b02368_si_001.pdf (retrieved July 24, 2020).

[41] *Ibid.*

[42] Ritchie & Roser 2018.

[43] *Ibid*.

[44] Carrington 2020.

[45] *Ibid*.; and see McCormick, E., *et al*. (2019, June 17). "Where does your plastic go? Global investigation reveals America's dirty secret." *The Guardian*. Available at https://www.theguardian.com/us-news/2019/jun/17/recycled-plastic-america-global-crisis (retrieved November 28, 2020).

[46] Carrington 2020; Law, K.L, *et al*. (2020, October 30). "The United States' contribution of plastic waste to land and ocean." *Science Advances*, *6*:44, eabd0288. Available at https://advances.sciencemag.org/content/6/44/eabd0288 (retrieved November 28, 2020); see also McCormick *et al*. 2019; Winters, J. (2020, November 2). "Which countries are responsible for all that ocean plastic?" *Grist*. Available at https://grist.org/climate/ocean-plastic-which-countries-are-responsible/ (retrieved November 28, 2020).

[47] Katz, C. (2019, March 7). "Piling up: How China's ban on importing waste has stalled global recycling." *Yale Environment 360*. Available at https://e360.yale.edu/features/piling-up-how-chinas-ban-on-importing-waste-has-stalled-global-recycling (retrieved November 30, 2020).

[48] Dell, J. (2019, March 6). "157,000 shipping containers of U.S. plastic waste exported to countries with poor waste management in 2018." *Plastic Pollution Coalition*. Available at https://www.plasticpollutioncoalition.org/blog/2019/3/6/157000-shipping-containers-of-us-plastic-waste-exported-to-countries-with-poor-waste-management-in-2018 (retrieved November 30, 2020).

[49] See *inter alia* O'Neill, K. (2019, June 5). "As more developing countries reject plastic waste exports, wealthy nations seek solutions at home." *The Conversation*. Available at https://theconversation.com/as-more-developing-countries-reject-plastic-waste-exports-wealthy-nations-seek-solutions-at-home-117163 (retrieved November 30, 2020); Gardner, S. (2020, June 29). "EU moves to ban certain plastic waste exports to poor nations." *International Pollutants Elimination Network* (IPEN). Available at https://ipen.org/news/eu-moves-ban-certain-plastic-waste-exports-poor-nations (retrieved November 30, 2020); Katz 2019; Varkkey, H. (2019, July 29). "By exporting trash, rich countries put their waste out of sight and out of mind." CNN. Available at https://www.cnn.com/2019/07/29/opinions/by-exporting-trash-rich-countries-put-their-waste-out-of-sight-and-out-of-mind-varkkey/index.html (retrieved November 30, 2020); and see Duchastel de Montrouge, P. (2019, January 10). "Media briefing: Canada's plastic waste export trends following China's import ban." *Greenpeace Canada*. Available at https://www.greenpeace.org/canada/en/qa/6971/media-briefing-canadas-plastic-waste-export-trends-following-chinas-import-ban/ (retrieved November 30, 2020).

[50] Nick Mallos, of the Ocean Conservancy, quoted in Carrington 2020.

[51] Law *et al*. 2020; and see Carrington 2020.

[52] Penney, V. (2020, October 30). "Americans may add five times more plastic to the oceans than thought." *New York Times*. Available at https://www.nytimes.com/2020/10/30/climate/plastic-pollution-oceans.html?smid=fb-share (retrieved November 28, 2020).

[53] Law *et al*. 2020.

[54] Carrington 2020.

[55] *Ibid*.

[56] Li, Tse, & Fok 2016; see also Rhodes, C.J. (2018). "Plastic pollution and potential solutions." *Science Progress*, 101:3, 207-260. Available at https://journals.sagepub.com/doi/pdf/10.3184/003685018X15294876706211 (retrieved July 25, 2020).

[57] Macfadyen, G., Huntington, T., & Cappell, R. (2009). "Abandoned, lost or otherwise discarded fishing gear." *FAO Fisheries and Aquaculture Technical Paper No. 523, UNEP Regional Sea Reports and Studies No. 185.* Rome, Italy: UNEP, Food and Agriculture Organization of the United Nations (FAO). Available at http://www.fao.org/3/i0620e/i0620e00.htm (retrieved July 25, 2020); and see Ritchie & Roser 2018.

[58] Lebreton *et al*. 2018.

[59] Geyer, Jambeck, & Law 2017.

[60] *Ibid*.; and see Ritchie & Roser; and see Rhodes 2018:216.

[61] Rhodes 2018:216.

[62] Ocean Conservancy and International Coastal Cleanup. (2019). "The beach and beyond: Fighting Ocean Plastics in all places, 2019 report." Available at https://oceanconservancy.org/wp-content/uploads/2019/09/Final-2019-ICC-Report.pdf (retrieved July 25, 2020), and from data available at Ocean Conservancy. (n.d.). "Reports." Available at https://www.coastalcleanupdata.org/reports (retrieved September 22, 2020).

[63] Nanopartikel. (n.d.). "Comparing nanomaterials with microplastics – what is the difference?" Available at https://www.nanopartikel.info/en/faq/2253-comparing-nanomaterials-with-microplastics-what-is-the-difference#:~:text=The%20main%20difference%20between%20nano,to%205%20%C2%B5m%20in%20size. (retrieved July 12, 2020); and see Gigault, J., Pedrono, B., Maxit, B., & Ter Halle, A. (2016). "Marine plastic litter: The unanalyzed nano-fraction." *Environmental Science: Nano*, *3*, 346-350. Available at https://pubs.rsc.org/en/content/articlelanding/2016/en/c6en00008h#!divAbstract (retrieved July 12, 2020); Besseling, E., Wang, B., Lürling, M., & Koelmans, A.A. (2014). "Nanoplastic affects growth of *S. obliquus* and reproduction of *D. magna*." *Environmental Science & Technology*, *48*, 12336-12343. Available at https://pubs.acs.org/doi/pdf/10.1021/es503001d (retrieved July 12, 2020); Gigault, J., *et al*. (2018). "Current opinion: What is a nanoplastic?" *Environmental Pollution*, *235*, 1030-1034. Available at http://calamar.univ-ag.fr/mangroveSAE/articles/2018/Gigault,%202018.pdf (retrieved July 12, 2020); Frias, J.P.G.L., & Nash, R. (2019, January). "Microplastics: Finding a consensus on the definition." *Marine Pollution Bulletin*, *138*, 145-147. Available at https://www.sciencedirect.com/science/article/abs/pii/S0025326X18307999 (retrieved July 26, 2020).

[64] Peng, L., *et al*. (2020). "Micro- and nano-plastics in marine environment: Source, distribution and threats – A review." *Science of the Total Environment*, *698*: 134254. Available at https://www.sciencedirect.com/science/article/pii/S0048969719342378?via%3Dihub (retrieved July 12, 2020).

[65] See for example Rochman, C.M., & Hoellein, T. (2020, June 12). "The global odyssey of plastic pollution." *Science*, *368*:6496, 1184-1185. Available https://science.sciencemag.org/content/368/6496/1184.summary (retrieved July 12, 2020); and see Horton, A.A., & Barnes, D.K.A. (2020). "Microplastic pollution in a rapidly changing world: Implications for remote and vulnerable marine ecosystems." *Science of the Total Environment*, *738*:140249. Available at https://www.sciencedirect.com/science/article/pii/S0048969720338717 (retrieved July 12, 2020); Leonard, E., & Lucas, M. (2020). "Identifying plastic accumulation zones in coastal seas: The Roatan Island case study." *Marine Pollution Bulletin*, *154*:111077. Available at https://www.sciencedirect.com/science/article/abs/pii/S0025326X20301958 (retrieved July 12, 2020).

[66] Krishnakumar, S., *et al*. (2020). "Assessment of plastic debris in remote islands of the Andaman and Nicobar Archipelago, India." *Marine Pollution Bulletin*, *151*:110841. Available at https://www.sciencedirect.com/science/article/abs/pii/S0025326X1930997X (retrieved July 12, 2020).

[67] Tan, F., *et al*. (2020). "Microplastic pollution around remote uninhabited coral reefs of Nansha Islands, South China Sea." *Science of the Total Environment*, *725*:138383. Available at https://www.sciencedirect.com/science/article/pii/S0048969720318969 (retrieved July 12, 2020).

[68] Dunlop, S.W., Dunlop, B.J., & Brown, M. (2020). "Plastic pollution in paradise: Daily accumulation rates of marine litter on Cousine Island, Seychelles." *Marine Pollution Bulletin*, *151*:110803. Available at https://www.sciencedirect.com/science/article/abs/pii/S0025326X19309592 (retrieved July 12, 2020).

[69] Kelly, A., Lannuzel, D., Rodemann, T., Meiners, K.M., & Auman, H.J. (2020). "Microplastic contamination in east Antarctic sea ice." *Marine Pollution Bulletin*, *154*:111130. Available at https://www.sciencedirect.com/science/article/abs/pii/S0025326X20302484 (retrieved July 12, 2020); and see generally Ajith, N., Arumugam, S., Parthasarathy, S., Manupoori, S., & Janakiraman, S. (2020). "Global distribution of microplastics and its impact on marine environment – a review." *Environmental Science and Pollution Research*, *27*, 25970-25986. Available at https://link.springer.com/article/10.1007/s11356-020-09015-5 (retrieved July 26, 2020).

[70] Kim, J.-S., Lee, H.-J., Kim, S.-K., & Kim, H.-J. (2018). "Global pattern of microplastics (MPs) in commercial food-grade salts: Sea salt as an indicator of seawater MP pollution." *Environmental Science & Technology*, *52*:21, 12819-12828. Available at https://pubs.acs.org/doi/pdf/10.1021/acs.est.8b04180 (retrieved July 12, 2020).

[71] Allen, S., *et al*. (2020). "Examination of the ocean as a source for atmospheric microplastics." *PLOS ONE*, *15*:5, e0232746. Available at https://doi.org/10.1371/journal.pone.0232746 (retrieved July 12, 2020); and Dybas 2020.

61

[72] See for example Taylor, M.L., Gwinnett, C., Robinson L.F., & Woodall, L.C. (2016). "Plastic microfiber ingestion by deep-sea organisms." *Scientific Reports*, *6*:33997. Available at https://www.nature.com/articles/srep33997 (retrieved July 13, 2020); Fischer, V., Elsner, N.O., Brenke, N., Schwabe, E., & Brandt, A. (2015). "Plastic pollution of the Kuril-Kamchatka Trench area (NW pacific)." *Deep Sea Research Part II: Topical Studies in Oceanography*, *111*, 399-405. Available at https://www.sciencedirect.com/science/article/abs/S0967064514002173 (retrieved July 13, 2020); Chiba, S., *et al*. (2018). "Human footprint in the abyss: 30 year records of deep-sea plastic debris." *Marine Policy*, *96*:1-2, 204-212. Available at https://www.sciencedirect.com/science/article/pii/S0308597X17305195 (retrieved July 13, 2020); Angiolillo, M., *et al*. (2015). "Distribution and assessment of marine debris in the deep Tyrrhenian Sea (NW Mediterranean Sea, Italy)." *Marine Pollution Bulletin*, *92*:1-2, 149-159. Available at https://www.sciencedirect.com/science/article/abs/S0025326X15000041 (retrieved July 13, 2020); Van Cauwenberghe, L., Vanreusel, A., Mees, J., & Janssen, C.R. (2013). "Microplastic pollution in deep-sea sediments." *Environmental Pollution*, *182*, 495-499. Available at https://e-tarjome.com/storage/btn_uploaded/2019-05-22/1558510569_9560-etarjome-English.pdf (retrieved July 13, 2020); Courtene-Jones, W., Quinn, B., Gary, S.F., Mogg, A.O.M, & Narayanaswamy, B.E. (2017). "Microplastic pollution identified in deep sea and ingested by benthic invertebrates in the Rockall Trough, North Atlantic Ocean." *Environmental Pollution*, *231*:1, 271-280. Available at https://www.sciencedirect.com/science/article/abs/S0269749117312885 (retrieved July 13, 2020).

[73] Choy, C.A., *et al*. (2019). "The vertical distribution and biological transport of marine microplastics across the epipelagic and mesopelagic water column." *Scientific Reports*, *9*:7843. Available at https://www.nature.com/articles/s41598-019-44117-2 (retrieved July 13, 2020).

[74] Weston, J.N.J., Carrillo-Barragan, P., Linley, T.D., Reid, W.D.K., & Jamieson, A.J. (2020). "New species of *Eurythenes* from hadal depths of the Mariana Trench, Pacific Ocean (Crustacea: Amphipoda)." *Zootaxa*, *4748*:1, 163-181. Available at https://www.biotaxa.org/Zootaxa/article/view/zootaxa.4748.1.9 (retrieved July 13, 2020).

[75] UN News. (2016, December 5). "New UN report finds marine debris harming more than 800 species, costing countries million." *United Nations*. Available at https://news.un.org/en/story/2016/12/547032-new-un-report-finds-marine-debris-harming-more-800-species-costing-countries (retrieved July 12, 2020).

[76] Brusca, R.C., & Brusca, G.J. (1990). *Invertebrates*. Sunderland, Mass. USA: Sinauer Associates Inc, p. 801.

[77] UN. (2017, June). "Factsheet: Marine pollution." Ocean Conference, United Nations, New York, USA, June 5-6. Available at https://sustainabledevelopment.un.org/content/documents/Ocean_Factsheet_Pollution.pdf (retrieved July 12, 2020).

[78] Richardson, K., *et al*. (2019, January). "Building evidence around ghost gear: Global trends and analysis for sustainable solutions at scale." *Marine Pollution Bulletin*, *138*, 222-229. Available at https://www.sciencedirect.com/science/article/pii/S0025326X18308087#bb0055 (retrieved July 12, 2020).

[79] World Animal Protection. (2014). "Fishing's phantom menace: How ghost fishing gear is endangering our sea life." Available at https://www.worldanimalprotection.org/sites/default/files/media/int_files/sea-change-campaign-tackling-ghost-fishing-gear_0.pdf (retrieved July 12, 2020).

[80] Lamb, J.B. *et al*. (2018, January 26). "Plastic waste associated with disease on coral reefs." *Science*, *359*:6374, 460-462. Available at https://science.sciencemag.org/content/359/6374/460#:~:text=Plastic%20waste%20can%20promote%20microbial,of%20disease%20in%20the%20ocean.&text=Structurally%20complex%20corals%20are%20eight,fisheries%20will%20be%20disproportionately%20affected. (retrieved July 12, 2020); Valderrama Ballesteros, L., Matthews, J.L., & Hoeksema, B.W. (2018). "Pollution and coral damage caused by derelict fishing gear on coral reefs around Koh Tak, Gulf of Thailand." *Marine Pollution Bulletin*, *135*, 1107-1116. Available at https://www.sciencedirect.com/science/article/pii/S0025326X18305976 (retrieved July 12, 2020).

[81] Miralles, L., Gomez-Agenjo, M., Rayon-Viña, F., Gyraitė G., & García-Vazquez, E. (2018). "Alert calling in port areas: Marine litter as possible secondary dispersal vector for hitchhiking invasive species." *Journal for Nature Conservation*, *42*, 12-18. Available at https://www.sciencedirect.com/science/article/abs/S161713811730198X (retrieved July 12, 2020); International Union for Conservation of Nature (IUCN). (n.d.). "Managing invasive species." Available at https://www.iucn.org/theme/marine-and-polar/our-work/international-ocean-governance/managing-invasive-species (retrieved July 12, 2020); Rech, S., Borrell, Y., & García-Vazquez, E. (2016, December). "Marine litter as a vector for no-native species: What we need to know." *Marine Pollution Bulletin*, *113*:1-2, 40-43. Available at https://pubmed.ncbi.nlm.nih.gov/27587232/ (retrieved July 12, 2020).

[82] Gallo, F., *et al*. (2018). "Marine litter plastics and microplastics and their toxic chemical components: The need for urgent preventive measures." *Environmental Sciences Europe*, *30*, 13. Available at https://enveurope.springeropen.com/articles/10.1186/s12302-018-0139-z#citeas (retrieved July 12, 2020); Holmes, L.A., Turner, A., & Thompson, R.C. (2012, January). "Adsorption of trace metals on plastic resin pellets in the marine environment." *Environmental Pollution*, *160*, 42-48. Available at https://www.sciencedirect.com/science/article/abs/pii/S0269749111005057 (retrieved July 12, 2020); Nerland, I.L., Halsband, C., Allan, I., & Thomas K.V. (2014). "Microplastics in marine environments: Occurrence, distribution and effects." *Norwegian Institute for Water Research*, Report No. 6754-2014, 1-71. Available at https://niva.brage.unit.no/niva-xmlui/bitstream/handle/11250/283879/6754-2014_72dpi.pdf?sequence=4 (retrieved July 12, 2020); Browne, M.A., Niven, S.J., Galloway, T.S., Rowland, S.J., & Thompson, R.C. (2014). "Microplastic moves pollutants and additives to worms, reducing functions linked to health and biodiversity." *Current Biology*, *23*:23, 2388-2392. Available at https://www.sciencedirect.com/science/article/pii/S0960982213012530 (retrieved July 12, 2020); Zarfl, C., & Matthies, M. (2010). "Are marine plastic particles transport vectors for organic pollutants to the Arctic?" *Marine Pollution Bulletin*, *60*:10, 1810-1814. Available at https://pubmed.ncbi.nlm.nih.gov/20579675/ (retrieved July 12, 2020).

[83] Gallo *et al*. 2018; see also Simmonds, M.P. (2017). "Of poison and plastics: An overview of the latest pollution issues affecting marine mammals." In *Marine mammal welfare: Human induced change in the marine environment and its impact on marine mammal welfare*, Ed. A. Butterworth. Cham, Switzerland: Springer, International, pp. 27-37. Available at https://link.springer.com/chapter/10.1007/978-3-319-46994-2_3#citeas (retrieved July 12, 2020).

[84] See for example Rochman, C.M., Kurobe, T., Flores, I., & Teh, S.J. (2014). "Early warning signs of endocrine disruption in adult fish from the ingestion of polyethylene with and without sorbed chemical pollutants from the marine environment." *Science of the Total Environment*, *493*, 656-661.Available at https://precollege.brown.edu/docs/Early%20warning%20signs%20of%20endocrine%20disruption.pdf (retrieved July 25, 2020); Sussarellu, R., *et al*. (2016, March 1). "Oyster reproduction is affected by exposure to polystyrene microplastics." *PNAS*, *113*:9, 2430-2435. Available at https://www.pnas.org/content/pnas/113/9/2430.full.pdf (retrieved July 25, 2020); and see McCormick, M.I., *et al*. (2020, October). "Microplastic exposure interacts with habitat degradation to affect behaviour and survival of juvenile fish in the field." *Proceedings of the Royal Society B*, *287*, 20201947. Available at https://royalsocietypublishing.org/doi/10.1098/rspb.2020.1947 (retrieved November 28, 2020).

[85] See Peng *et al*. 2020; Ahrendt, C., *et al*. (2020). "Microplastic ingestion cause intestinal lesions in the intertidal fish *Girella laevifrons*." *Marine Pollution Bulletin*, *151*:110795. Available at https://www.sciencedirect.com/science/article/abs/pii/S0025326X19309518 (retrieved July 12, 2020); Pannetier, P., *et al*. (2020). "Environmental samples of microplastics induce significant toxic effects in fish larvae." *Environment International*, *134*:105047. Available at https://www.sciencedirect.com/science/article/pii/S0160412019306026 (retrieved July 12, 2020); Gore, A.C., *et al*. (2015). "EDC-2: The Endocrine Society's second scientific statement on endocrine-disrupting chemicals." *Endocrine Review*, *36*:6, E1-E150. Available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4702494/ (retrieved July 12, 2020); and see Patrício Silva *et al*. 2020:2.

[86] Pfaller, J.B., Goforth, K.M., Gil, M.A., Savoca, M.S., & Lohmann, K.J. (2020). "Odors from marine plastic debris elicit foraging behavior in sea turtles." *Current Biology*, *30*:5, PR213-R214. Available at https://www.cell.com/current-biology/fulltext/S0960-9822(20)30115-9 (retrieved July 12, 2020).

[87] See for example Markic, A., Gaertner, J.-C., Gaertner-Mazouni, N., & Koelmans, A.A. (2019). "Plastic ingestion by marine fish in the wild." *Critical Reviews in Environmental Science and Technology*, *50*:7, 657-697. Available at https://www.tandfonline.com/doi/abs/10.1080/10643389.2019.1631990 (retrieved July 12, 2020); Nadal, M.A., Alomar, C., & Deudero, S. (2017). "High levels of microplastic ingestion by the semipelagic fish bogue *Boops boops* (L.) around the Balearic Islands." *Environmental Pollution*, *214*, 517-523. Available at https://www.sciencedirect.com/science/article/abs/pii/S0269749116303219 (retrieved July 12, 2020); Cannon, S.M.E., Lavers, J.L., & Figueiredo, B. (2016). "Plastic ingestion by fish in the Southern Hemisphere: A baseline study and review of methods." *Marine Pollution Bulletin*, *107*:1, 286-291. Available at https://www.sciencedirect.com/science/article/abs/pii/S0025326X16301850 (retrieved July 12, 2020); Jabeen, K., *et al*. (2017). "Microplastics and mesoplastics in fish from coastal and fresh waters of China." *Environmental Pollution*, *221*, 141-149. Available at https://www.sciencedirect.com/science/article/abs/pii/S0269749116311666 (retrieved July 12, 2020); Rummel, C.D., *et al*. (2016). "Plastic ingestion by pelagic and demersal fish from the North Sea and Baltic Sea." *Marine Pollution Bulletin*, *102*:1, 134-141. Available at https://www.sciencedirect.com/science/article/abs/pii/S0025326X15301922 (retrieved July 12, 2020).

[88] See for example Puskic, P.S., Lavers, J.L., Adams, L.R., & Bond, A.L. (2020). "Ingested plastic and trace element concentrations in Short-tailed Shearwaters (*Ardenna tenuirostris*)." *Marine Pollution Bulletin*, *155*:111143. Available at https://www.sciencedirect.com/science/article/abs/pii/S0025326X20302617 (retrieved July 12, 2020); Lavers, J.L., Hutton, I., & Bond, A.L. (2018, August). "Ingestion of marine debris by Wedge-tailed Shearwaters (*Ardenna pacifica*) on Lord Howe Island, Australia, during 2005-2018." *Marine Pollution Bulletin*, *133*, 616-621. Available at https://www.sciencedirect.com/science/article/abs/pii/S0025326X1830420X?via%3Dihub (retrieved July 25, 2020); Lavers, J.L., Bond, A.L., & Hutton, I. (2014, April). "Plastic ingestion by Flesh-footed Shearwaters (*Puffinus carneipes*): Implications for fledgling body conditions and the accumulation of plastic-derived chemicals." *Environmental Pollution*, *187*, 124-129. Available at https://www.sciencedirect.com/science/article/abs/pii/S0269749113006532 (retrieved December 5, 2020).

[89] See for example Pham, C.K., *et al*. (2017). "Plastic ingestion in oceanic-stage loggerhead sea turtles (*Caretta caretta*) off the North Atlantic subtropical gyre." *Marine Pollution Bulletin*, *121*, 222-229. Available at https://accstr.ufl.edu/files/Pham_et_al_MarPolBull_2017.pdf (retrieved July 12, 2020); Domènech. F., Aznar, F.J., Tomás, R.J. (2019). "Two decades of monitoring in marine debris ingestion in loggerhead sea turtle, *Carettta caretta*, from the western Mediterranean." *Environmental Pollution*, *244*, 367-378. Available at https://indicit-europa.eu/cms/wp-content/uploads/2018/10/1-s2.0-S0269749118325375-main.pdf (retrieved July 25, 2020); Andrades, R., Aguiar dos Santos, R., Silva Martins, A., Teles, D., & Guimarães Santos, R. (2019, May). "Scavenging as a pathway for plastic ingestion by marine animals." *Environmental Pollution*, *248*, 159-165. Available at https://www.sciencedirect.com/science/article/abs/pii/S026974911833344X (retrieved July 25, 2020); Arcangeli, A., *et al*. (2019). "Turtles on the trash track: Loggerhead turtles exposed to floating plastic in the Mediterranean Sea." *Engendered Species Research*, *40*, 107-121. Available at http://www.int-res.com/articles/esr2019/40/n040p107.pdf (retrieved July 25, 2020).

[90] Besseling *et al*. 2015.

[91] Germanov, E.S., Marshall, A.D., Bejder, L., Fossi, M.C., & Loneragan, N.R. (2018). "Microplastics: No small problem for filter-feeding megafauna." *Trends in Ecology & Evolution*, *33*:4, 227-232. Available at https://www.sciencedirect.com/science/article/abs/pii/S0169534718300090 (retrieved July 12, 2020); and see also De Sá, L.C., Oliveira, M., Ribeiro, F., Lopes Rocha, T., & Futter, M.N. (2018, December). "Studies of the effects of microplastics on aquatic organisms: What do we know and where should we focus our efforts in the future?" *Science of the Total Environment*, *645*, 1029-1039. Available at https://www.sciencedirect.com/science/article/pii/S0048969718326998 (retrieved July 26, 2020).

[92] Wilcox, C., Van Sebille, E., & Hardesty, B.D. (2015). "Threat of plastic pollution to seabirds is global, pervasive, and increasing." *Proceedings of the National Academy of Sciences of the United States of America* (PNAS), *112*:38, 11899-11904. Available at https://www.pnas.org/content/112/38/11899 (retrieved July 12, 2020).

[93] Lavers, Hutton, & Bond 2018; and see Matsangou, E. (2018, July 2). "Counting the cost of plastic pollution." *World Finance*. Available at https://www.worldfinance.com/markets/counting-the-cost-of-plastic-pollution (retrieved July 25, 2020).

[94] Lord Howe Island. (n.d.). "Sustainability." Available at https://www.lordhoweisland.info/sustainability/sustainability/ (retrieved September 21, 2020).

[95] For human health impacts, see Dybas, C.L. (2020). "Silent scourge: microplastics in water, food and air: Scientists focus on the human health effects of ubiquitous plastics." *BioScience*, biaa119. Available at https://doi.org/10.1093/biosci/biaa119 (retrieved October 20, 2020).

[96] Koelmans, A.A., Besseling, E., Shim, W.J. (2015). "Modeling the role of microplastics in bioaccumulation of organic chemicals to marine aquatic organisms: A critical review." In *Marine Anthropogenic Litter*, eds. M. Bergmann, L. Gutow, & M. Klages. Switzerland: Springer International, pp. 309-324. Available at https://library.oapen.org/bitstream/handle/20.500.12657/28030/1001966.pdf?sequence=1#page=319 (retrieved July 12, 2020); and see Smith, M., Love, D.C., Rochman, C.M., & Neff, R.A. (2018). "Microplastics in seafood and the implications for human health." *Current Environmental Health Reports*, *5*, 375-386. Available at https://link.springer.com/article/10.1007/s40572-018-0206-z (retrieved July 12, 2020); Mercogliano, R., *et al*. (2020). "Occurrence of microplastics in commercial seafood under the perspective of the human food chain. A review." *Journal of Agricultural and Food Chemistry*, *68*:19, 5296-5301. Available at https://pubs.acs.org/doi/abs/10.1021/acs.jafc.0c01209 (retrieved July 12, 2020).

[97] Miranda, D.de A., & Freire de Carvalho-Souza, G. (2016). "Are we eating plastic-ingesting fish?" *Marine Pollution Bulletin*, *103*:1-2, 109-114. Available at https://www.sciencedirect.com/science/article/abs/pii/S0025326X15302393 (retrieved July 12, 2020).

[98] Van Cauwenberghe, L., & Janssen, C. (2014). "Microplastics in bivalves cultures for human consumption." *Environmental Pollution*, *193*, 65-70. Available at https://www.sciencedirect.com/science/article/abs/pii/S0269749114002425 (retrieved July 12, 2020).

[99] Carrington, D. (2017, September 6). "Plastic fibres found in tap water around the world, study reveals." The Guardian. Available at https://www.theguardian.com/environment/2017/sep/06/plastic-fibres-found-tap-water-around-world-study-reveals (retrieved November 28, 2020); and see Tyree, C., & Morrison, D. (2017). "Invisibles: The plastic inside us." *Orb Media*. Available at https://orbmedia.org/stories/Invisibles_plastics/ (retrieved November 28, 2020).

[100] Liebezeit, G. & Liebezeit, E. (2014). "Synthetic particles as contaminants in German beers." *Food Additives & Contaminants: Part A*, *31*:9, 1574-1578. Available at https://www.tandfonline.com/doi/abs/10.1080/19440049.2014.945099?journalCode=tfac20 (retrieved November 28, 2020).

[101] Liebezeit, G. & Liebezeit, E. (2013). "Non-pollen particulates in honey and sugar." *Food Additives & Contaminants: Part A*, *30*:12, 2136-2140. Available at https://www.tandfonline.com/doi/full/10.1080/19440049.2013.843025 (retrieved November 28, 2020).

[102] Dris, R. *et al*. (2015, May). "Microplastic contamination in an urban area: Case of Greater Paris." *ETAC Europe 2015 (Society of Environmental Toxicology and Chemistry)*, Barcelona, Spain, hal-01150549. Available at https://hal-enpc.archives-ouvertes.fr/hal-01150549v1 (retrieved November 28, 2020).

[103] Gasperi, J. *et al*. (2015, September). "First overview of microplastics in indoor and outdoor air." *15th EuCheMS International Conference on Chemistry and the Environment*, Leipzig, Germany, hal-01195546. Available at https://hal-enpc.archives-ouvertes.fr/hal-01195546 (retrieved November 28, 2020).

[104] Napper, I.E. et al. (2020, November 20). "Reaching new heights in plastic pollution – preliminary findings of microplastics on Mount Everest." *One Earth*, *3*:4, 621-630. Available at https://www.sciencedirect.com/science/article/pii/S2590332220305509 (retrieved November 28, 2020).

[105] Carrington, D. (2017, September 6). "Plastic fibres found in tap water around the world, study reveals." The Guardian. Available at https://www.theguardian.com/environment/2017/sep/06/plastic-fibres-found-tap-water-around-world-study-reveals (retrieved November 28, 2020); citing Tyree, C., & Morrison, D. (2017). "Invisibles: The plastic inside us." *Orb Media*. Available at https://orbmedia.org/stories/Invisibles_plastics/ (retrieved November 28, 2020).

[106] See *inter alia* Antão Barboza, L.G., *et al*. (2018, August). "Marine microplastic debris: An emerging issue for food security, food safety and human health." *Marine Pollution Bulletin*, 133, 336-348. Available at https://www.sciencedirect.com/science/article/pii/S0025326X1830376X (retrieved November 28, 2020); Waring, R.H., Harris, R.M., & Mitchell, S.C. (2018, September). "Plastic contamination of the food chain: A threat to human health." *Maturitas*, *115*, 64-68. Available at https://www.sciencedirect.com/science/article/abs/pii/S0378512218303505 (retrieved November 28, 2020); Seltenrich, N. (2015, February). "New link in the food chain? Marine plastic pollution and seafood safety." *Environmental Health Perspectives*, *123*:2, A34-A41. Available at https://ehp.niehs.nih.gov/doi/pdf/10.1289/ehp.123-A34 (retrieved November 28, 2020); Jiang, B. *et al*. (2020). "Health impacts of environmental contamination of micro- and nanoplastics: A review." *Environmental Health and Preventative Medicine*, *25*:29. Available at https://link.springer.com/article/10.1186/s12199-020-00870-9 (retrieved November 28, 2020); and see Rodrigues, M.O. *et al*. (2019, November). "Impacts of plastic products used in daily life on the environment and human health: What is known?" *Environmental Toxicology and Pharmacology*, *72*, 103239. Available at https://www.sciencedirect.com/science/article/pii/S1382668919300079 (retrieved November 28, 2020).

[107] Smith, M., Love, D.C., Rochman, C.M., & Neff, R.A. (2018, August). "Microplastics in seafood and the implications for human health."*Current Environmental Health Reports*, *5*, 375-386. Available at https://link.springer.com/article/10.1007/s40572-018-0206-z (retrieved November 28, 2020); and see for example Wright, S.L., & Kelly, F.J. (2017). "Plastic and human health: A micro issue?" *Environmental Science & Technology*, *51*:12, 6634-6647. Available at https://pubs.acs.org/doi/10.1021/acs.est.7b00423 (retrieved November 28, 2020).

[108] Jiang *et al*. 2020); and see Revel, M., Châtel, A., & Mouneyrac, C. (2018). "Micro(nano)plastics: A threat to human health?" *Current Opinion in Environmental Science & Health*, *1*, 17-23. Available at https://doi.org/10.1016/j.coesh.2017.10.003 (retrieved November 28, 2020).

[109] Yang, C.Z. *et al*. (2011, July). "Most plastic products release estrogenic chemicals: A potential health problem that can be solved." *Environmental Health Perspectives*, *119*:7, 989-996. Available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3222987/ (retrieved November 30, 2020).

[110] See *inter alia* Bouwmeester, H., Hollman, P.C.H., & Peters, R.J.B. (2015). "Potential health impact of environmentally released micro- and nanoplastics in the human food production chain: Experiences from nanotoxicology." *Environmental Science & Technology*, *49*:15, 8932-8947. Available at https://pubs.acs.org/doi/abs/10.1021/acs.est.5b01090 (retrieved November 30, 2020); Bradney, L., *et al*. (2019, October). "Particulate plastics as a vector for toxic trace-element uptake by aquatic and terrestrial organisms and human health risk." *Environment International*, *131*, 104937. Available at https://www.sciencedirect.com/science/article/pii/S0160412018329349 (retrieved November 30, 2020); Buka, I., Osornio-Vargas, A., & Walker R. (2009, January). "Canada declares bisphenol A a 'dangerous substance': Questioning the safety of plastics." *Paediatrics & Child Health*, *14*:1, 11-13. Available at https://academic.oup.com/pch/article/14/1/11/2639112 (retrieved November 30, 2020); Le, H.H., Carlson E.M., Chua, J.P., & Belcher, S.M. (2008, January). "Bishpenol A is released from polycarbonate drinking bottles and mimics the neurotoxic actions of estrogen in developing cerebellar neurons." *Toxicology Letters*, *176*:2, 149,156. Available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2254523/ (retrieved November 30, 2020); Proshad, R., *et al*., (2018). "Toxic effects of plastic on human health and environment: A consequences of health risk assessment in Bangladesh." International Journal of Health, 6:1, 1-5. Available at https://www.pstu.ac.bd/files/publications/1550801158.pdf (retrieved November 30, 2020); Sharma S., & Chatterjee, S. (2017). "Microplastic pollution, a threat to marine ecosystem and human health: A short review." *Environmental Science and Pollution Research*, *24*, 21530-21547. Available at https://link.springer.com/article/10.1007/s11356-017-9910-8 (retrieved November 28, 2020); Smith, Love, Rochman & Neff 2018; Tyree & Morrison 2017; and Wright & Kelly 2017.

[111] UN News. (2014, June 23). "Plastic waste causes $13 billion in annual damage to marine ecosystem, says UN agency." *United Nations*. Available at https://news.un.org/en/story/2014/06/471492-plastic-waste-causes-13-billion-annual-damage-marine-ecosystems-says-un-agency (retrieved September 21, 2020); and see Matsangou 2018, citing J. Schäli.

[112] Viool, V., Gupta, A., Patten, L., & Schalekamp, J. (2019). "The price tag of plastic pollution: An economic assessment of river plastic." *Deloitte*. Available at https://www2.deloitte.com/content/dam/Deloitte/nl/Documents/strategy-analytics-and-ma/deloitte-nl-strategy-analytics-and-ma-the-price-tag-of-plastic-pollution.pdf (retrieved July 25, 2020).

[113] Beaumont, N.J., *et al*. (2019). "Global ecological, social and economic impacts of marine plastic." *Marine Pollution Bulletin*, *142*, 189-195. Available at https://www.sciencedirect.com/science/article/pii/S0025326X19302061 (retrieved July 13, 2020).

[114] See for example Schuyler, Q., Hardesty, B.D., Lawson, T.J., Opie, K., & Wilcox, C. (2018, October). "Economic incentives reduce plastic inputs to the ocean." *Marine Policy*, 96, 250-255. Available at https://www.sciencedirect.com/science/article/pii/S0308597X17305377 (retrieved July 25, 2020); Zambrano-Monserrate, M.A., & Ruano, M.A. (2020). "Estimating the damage cost of plastic waste in Galapagos Islands: A contingent valuation approach." *Marine Policy*, *117*:103933. Available at https://www.sciencedirect.com/science/article/pii/S0308597X19309820 (retrieved July 13, 2020).

[115] Qiang, M., Shen, M., & Xie, H. (2019). "Loss of tourism revenue induced by coastal environmental pollution: A length-of-stay perspective." *Journal of Sustainable Tourism*, *28*:4, 550-567. Available at https://www.tandfonline.com/doi/abs/10.1080/09669582.2019.1684931 (retrieved July 13, 2020).

[116] Jang, Y.C., Hong, S., Lee, J., Lee, M.J., & Shim, W.J. (2014). "Estimation of lost tourism revenue in Geoje Island from the 2011 marine debris pollution event in South Korea." *Marine Pollution Bulletin*, *81*:1, 49-54. Available at https://www.sciencedirect.com/science/article/abs/pii/S0025326X14001179 (retrieved July 13, 2020).

[117] Nair, V. (2019, December 3). "Plastic pollution in tourism destinations: Its impact and the way forward." *The Nassau Guardian*. Available at https://thenassauguardian.com/2019/12/03/plastic-pollution-in-tourism-destinations-its-impact-and-the-way-forward/ (retrieved July 25, 2020); and see Government of the Bahamas, Bahamas Investment Authority. (n.d.). "Economic environment." Available at http://tiny.cc/2hfksz (retrieved July 25, 2020).

[118] Lopes da Silva, M., Oliveira Castro, R., Souza Sales, A., & Vieira de Araújo, F. (2018). "Marine debris on beaches of Arraial do Cabo, RJ, Brazil: An important costal tourist destination." *Marine Pollution Bulletin*, *130*, 153-158.

[119] Wilson, S.P., & Verlis, K.M. (2017). "The ugly face of tourism: Marine debris pollution linked to visitation in the southern Great Barrier Reef, Australia." *Marine Pollution Bulletin*, *117*, 239-246.

[120] FAO. (2009, May 6). "Ghost nets hurting marine environment." Available at http://www.fao.org/news/story/en/item/19353/icode/ (accessed August 12, 2014), xv.

[121] *Ibid*., 30-32.

122 *Ibid*. citing Sancho *et al*. (2003); and see Laist, D.W. (1995). "Marine debris entanglement and ghost fishing: A cryptic and significant type of bycatch." *Solving Bycatch: Considerations for Today and Tomorrow*. Proceedings of the Solving Bycatch Workshop, September 25-27, 1995, Seattle Washington, 33-39. Available at http://www.mmc.gov/reports/publications/pdf/Laist_entanglement_marinedebris_1995.pdf (accessed August 8, 2014), 33; and see Pawson, M.G. (2003). "The catching capacity of lost static fishing gears: Introduction." Centre for Environment, Fisheries and Aquaculture Science (CEFAS), *Fisheries Research* 64, (2003), 101-105, 103.

123 World Animal Protection 2014:12.

124 *Ibid*., 36.

125 See for example Beaumont *et al*. 2019.

126 Lau *et al*. 2020.

127 IRI POS, cited by Morrison, O. (2020, April 1). "Plastic packaging: Hero or villain in the coronavirus era?" *Food Navigator*. Available at https://www.foodnavigator.com/Article/2020/04/01/Plastic-packaging-Hero-or-villain-in-the-coronavirus-era (retrieved October 6, 2020).

128 Česonienė, L. (2020, November 20). "Prof. Laima Česonienė. Ar COVID-19 kenkia aplinkai?" [Prof. Laima Česonienė. Is COVID-19 harmful to the environment?]. *Vytauto Didžiojo Universitetas*. Available at https://sc.bns.lt/view/item/362825 (retrieved November 28, 2020). [Translated using GoogleTranslate].

129 Shadi Moqbel quoted in Konyn, C. (2020, July 6). "Another side effect of COVID-19: The surge in plastic pollution." *Earth.org*. Available at https://earth.org/covid-19-surge-in-plastic-pollution/ (retrieved October 6, 2020); and see Ro, C. (2020, June 10). "Why litter is surging as lockdowns ease." *BBC*. Available at https://www.bbc.com/worklife/article/20200610-why-are-parks-full-of-litter-as-lockdown-eases (retrieved October 6, 2020).

130 See *inter alia* Tang, W. (2020, August 7). "Hong Kong third wave: Surge in plastic waste calls for green unity." *South China Morning Post*. Available at https://www.scmp.com/comment/letters/article/3096163/hong-kong-third-wave-surge-plastic-waste-calls-green-unity (retrieved November 30, 2020); Low, Z. (2020, July 20). "Hong Kong cleaners, green groups despair as pandemic trash piles up with disposable plastic, sanitiser bottles, masks everywhere." *South China Morning Post*. Available at https://www.scmp.com/news/hong-kong/health-environment/article/3093758/hong-kong-cleaners-green-groups-despair-pandemic (retrieved November 30, 2020); Greeners Action. (2020, April 9). "Hong Kong people consume over 100 million single-use takeaway plastics every week during theCOVID-19 pandemic." Available at http://www.greeners-action.org/load.php?id=458336&lang_id=1 (retrieved November 30, 2020); Reuters (2020, August 20). "After dining ban, takeaway waste clutters Hong Kong's pavements, parks and waterways." Available at https://www.reuters.com/article/us-health-coronavirus-hongkong-waste-idUSKBN25H0DX (retrieved November 30, 2020).

131 Low 2020.

132 Duer, J. (2020, July 1). "The plastic pandemic is only getting worse during COVID-19." *World Economic Forum*. Available at https://www.weforum.org/agenda/2020/07/plastic-waste-management-covid19-ppe/ (retrieved September 22, 2020); and see Praphornkul, P. (2020, April 18). "COVID-19 has positive impact on ecosystem." *National News Bureau of Thailand*. Available at https://thainews.prd.go.th/en/news/detail/TCATG200418155259223 (retrieved October 6, 2020); and see Ro 2020; Konyn 2020.

133 Feber, D., Lingqvist, O., & Nordigården. (2020, April 16). "How the packaging industry can navigate the coronavirus pandemic." *McKinsey & Company*. Available at https://www.mckinsey.com/industries/paper-forest-products-and-packaging/our-insights/how-the-packaging-industry-can-navigate-the-coronavirus-pandemic# (retrieved October 6, 2020).

134 Rethink Plastic Alliance. (2020, April 16). "The Rethink Plastic alliance and COVID-19." Available at https://rethinkplasticalliance.eu/news/the-rethink-plastic-alliance-and-covid-19/ (retrieved September 22, 2020); and see McCormick, E. (2020, July 9). "'It's all on hold': How COVID-19 derailed the fight against plastic waste." *The Guardian*. Available at https://www.theguardian.com/environment/2020/jul/09/covid-19-plastic-bans-california-new-york (retrieved October 30, 2020); and see Barrett, A. (2020, April 6). "Lobby groups taking advantage of corona crisis." *Bioplastics News*. Available at https://bioplasticsnews.com/2020/04/06/lobby-groups-corona-covid19/ (retrieved October 30, 2020).

135 Montalto Monella, L. (2020, May 13). "Will plastic pollution get worse after the COVID-19 pandemic?" *EuroNews*. Available at https://www.euronews.com/2020/05/12/will-plastic-pollution-get-worse-after-the-covid-19-pandemic (retrieved September 22, 2020); European Plastic Converters. (2020, April 8). "Open letter: To the kind attention to the European Commissioner and their Cabinets." Available at https://fd0ea2e2-fecf-4f82-8b1b-9e5e1ebec6a0.filesusr.com/ugd/2eb778_9d8ec284e39b4c7d84e774f0da14f2e8.pdf (retrieved September 22, 2020).

136 Simon, F. (2020, April 14). "EU dismissed industry calls to lift ban on single-use plastics." *Euractiv*. Available at https://www.euractiv.com/section/circular-economy/news/eu-dismisses-industry-calls-to-lift-ban-on-single-use-plastics/ (retrieved September 22, 2020); and see Montalto Monella 2020.

137 Schlegel, I. (2020, March 26). "How the plastic industry is exploiting anxiety about COVID-19." *Greenpeace USA*. Available at https://www.greenpeace.org/usa/how-the-plastic-industry-is-exploiting-anxiety-about-covid-19/ (retrieved November 28, 2020); and see Schlegel, I., with Gibson, C. (2020). "The making of an echo chamber: How the plastic industry exploited anxiety about COVID-19 to attack reusable bags." Research Brief, *Greenpeace USA*. Available at https://www.greenpeace.org/usa/wp-content/uploads/2020/03/The-Making-of-an-Echo-Chamber_-How-the-plastic-industry-exploited-anxiety-about-COVID-19-to-attack-reusable-bags-1.pdf (retrieved November 28, 2020).

138 Patrício Silva *et al*. 2020:3.

139 *Ibid*.

140 Evans, A. (2020, March 6). "Coronavirus: Starbucks bans reusable cups to help tackle spread." *BBC News*. Available at https://www.bbc.com/news/uk-51767092 (retrieved September 22, 2020); and see Montalto Monella 2020.

141 Cunningham, S. (2020, March 19). "Save-On-Foods temporarily bans reusable bags amid COVID-19 crisis." *CTV News*, Canada. Available at https://vancouverisland.ctvnews.ca/save-on-foods-temporarily-bans-reusable-bags-amid-covid-19-crisis-1.4860576 (retrieved September 22, 2020).

142 Nelson, T. (2020, March 18). "Retailers shift hours, limit number of customers in stores due to outbreak." *MPR News* (USA). Available at https://www.mprnews.org/story/2020/03/18/retailers-trim-hours-in-face-of-outbreak (retrieved September 22, 2020).

143 Patrício Silva *et al*. 2020:3.

144 Duer 2020.

145 *Ibid*.

146 Patrício Silva *et al*. 2020:3; and see Broom, D. (2020, May 22). "Coronavirus: Here's what you need to know about face masks." *World Economic Forum*. Available at https://www.weforum.org/agenda/2020/05/coronavirus-face-masks-rules-supply/ (reprieved September 22, 2020); Al Jazeera. (2020, August 17). "Which countries have made wearing face masks compulsory?" Available at https://www.aljazeera.com/news/2020/04/countries-wearing-face-masks-compulsory-200423094510867.html (retrieved September 22, 2020).

147 Okuku, E. *et al*. (2020, November 23). "The impacts of COVID-19 pandemic on marine litter pollution along the Kenyan Coast: A synthesis after 100 days following the first reported case in Kenya." *Marine Pollution Bulletin*, 111840. Available at https://www.sciencedirect.com/science/article/pii/S0025326X20309589 (retrieved November 28, 2020).

148 *Ibid*.

149 For a history of face masks in a medical setting, see Matuschek, C., *et al*. (2020). "The history and value of face masks." *European Journal of Medical Research*, *25*:1. Available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7309199/ (retrieved October 16, 2020). p. 23.

150 Lockerd Maragakis, L. (2020, August 20). "Coronavirus face masks & protection FAQ." *Johns Hopkins Medicine*. Available at https://www.hopkinsmedicine.org/health/conditions-and-diseases/coronavirus/coronavirus-face-masks-what-you-need-to-know (retrieved October 7, 2020).

151 Centers for Disease Control and Prevention (CDC). (2020, April 9). "NIOSH – Approved particulate filtering facepiece respirators." Available at https://www.cdc.gov/niosh/npptl/topics/respirators/disp_part/default.html (retrieved October 7, 2020).

152 Fink, J.L.W. (2020, September 3). "9 types of masks and how effective they are." *Health Grades*. Available at https://www.healthgrades.com/right-care/coronavirus/9-types-of-masks-and-how-effective-they-are (retrieved October 7, 2020).

153 Fink 2020; and see CDC 2020.

154 Lockerd Maragakis 2020.

155 Fink 2020.

156 Toomey *et al*. 2020; Letzter, R. (2020, March 24). "Doctors scramble for best practices on reusing medical masks during shortage." *Live Science*. Available at https://www.livescience.com/sanitizing-medical-masks-for-reuse-coronavirus.html (retrieved October 7, 2020).

[157] See for example Mueller, A.V., Eden, M.J., Oakes, J.M., Bellini, C., & Fernandez, L.A. (2020, September 2). "Quantitative method for comparative assessment of particle removal efficiency of fabric masks as alternatives to standard surgical masks for PPE." *Cell*, Matter 3, 950-962. Available at https://www.cell.com/matter/pdfExtended/S2590-2385(20)30364-7 (retrieved October 7, 2020); Forouzandeh, P., O'Dowd, K., & Pillai, S.C. (2021). "Face masks and respirators in the fight against the COVID-19 pandemic: An overview of the standards and testing methods." *Saf Sci*, *133*:104995. Available at https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7501836/ (retrieved October 7, 2020); and Verma, S., Dhanak, M., & Frankenfield, J. (2020). "Visualizing the effectiveness of face masks in obstructing respiratory jets." *Physics of Fluids*, *32*:6, 061708. Available at https://aip.scitation.org/doi/pdf/10.1063/5.0016018 (retrieved October 7, 2020).

[158] Fadare, O.O., & Okoffo, E.D. (2020). "Covid-19 face masks: A potential source of microplastic fibers in the environment." *Science of the Total Environment*, *737*, 140279. Available at https://doi.org/10.1016/j.scitotenv.2020.140279 (retrieved July 26, 2020).

[159] OECD. (2020, May 4). "The face masks global value chain in the COVID-19 outbreak: Evidence and policy lessons." Available at http://www.oecd.org/coronavirus/policy-responses/the-face-mask-global-value-chain-in-the-covid-19-outbreak-evidence-and-policy-lessons-a4df866d/#boxnote-d1e71 (retrieved October 7, 2020).

[160] Fadare & Okoffo 2020; and see OECD 2020.

[161] Fadare & Okoffo 2020.

[162] OECD 2020.

[163] *Ibid*.

[164] Henneberry, B. (n.d.). "How to make N95 masks." *Thomas Net*. Available at https://www.thomasnet.com/articles/plant-facility-equipment/how-to-make-n95-masks/ (retrieved October 7, 2020).

[165] OECD 2020; and see Henneberry.

[166] Konyn 2020; and see Waste Free Oceans. (May 18, 2020). "Plastic masks take 450 years to decompose in nature." Available at https://www.wastefreeoceans.org/post/plastic-masks-take-450-years-to-decompose-in-nature#:~:text=Over%20time%2C%20it%20will%20break,wild%2C%20nor%20in%20regular%20bins (retrieved October 7, 2020).

[167] Fadare & Okoffo 2020.

[168] *Ibid*.

[169] Silva & Nanny, 2020 cited by Patrício Silva *et al*. 2020:4.

[170] Okuku *et al*. 2020, citing Galafassi, S., Nizzetto, L. & Volta, P. (2019). "Plastic sources: a survey across scientific and grey literature for their inventory and relative contribution to microplastics pollution in natural environments, with an emphasis on surface water." *Science of the Total Environment*, *693*, 122499. Available at https://www.sciencedirect.com/science/article/abs/pii/S0048969719334199 (retrieved November 28, 2020); Zhao, S., Zhu, L., Gao, L., & Li, D. (2018). "Limitations for microplastic quantification in the ocean and recommendations for improvement and standardization." In *Microplastic contamination in aquatic environments: An emerging matter of environmental urgency*. Ed. E.Y. Zheng. Elsevier, 27-50; and Thompson R.C., *et al*. (2004, May). "Lost at sea: Where is all the plastic?" *Science*, *304*:5672, 838. Available at https://science.sciencemag.org/content/304/5672/838 (retrieved November 30, 2020).

[171] Spencer, H. (2020, September 14). "RSPCA urges people to cut straps on disposable masks to protect wildlife from getting caught." *The Independent*. Available at https://www.independent.co.uk/life-style/snip-straps-masks-warning-rspca-animals-wildlife-injured-b435640.html (retrieved October 7, 2020); BBC. (2020, July 20). "Coronavirus: Gull caught in PPE face mask in Chelmsford." Available at https://www.bbc.com/news/uk-england-essex-53474772 (retrieved October 7, 2020).

[172] BBC News. (2020, July 24). "Peregrine falcon talons tangled in discarded face mask." Available at https://www.bbc.com/news/uk-england-humber-53530961 (retrieved October 7, 2020).

[173] Cardona, A.C. (2020, August 4). "Miami beach environmental group finds dead fish tangled in facemask." *Miami New Times*. Available at https://www.miaminewtimes.com/news/environmental-group-finds-masks-gloves-and-ppe-littering-miami-beach-11677032 (retrieved October 7, 2020).

[174] Srikanth, A. (2020, September 23). "Penguin found dead on beach after swallowing face mask." *The Hill*. Available at https://thehill.com/changing-america/sustainability/environment/517857-penguin-found-dead-on-beach-after-swallowing-face (retrieved October 12, 2020).

[175] Pfaller *et al*. 2020.

[176] Hahn Chu Hon-keong, director of environmental advocacy at environmental NGO, The Green Earth quoted in Low 2020.

[177] See for example EUWID. (2020, June 5). "European plastic recycling in serious trouble amid COVID-19 shutdowns." Available at https://www.euwid-recycling.com/news/markets/single/Artikel/european-plastic-recycling-in-serious-trouble-amid-covid-19-shutdowns.html (retrieved October7, 2020).

[178] Stephen Clark of TerraCycle Europe quoted in Tan Poh Tin. (2020, August 3). "Face masks, gloves and PPE: A new breed of plastic pollution." *Code Blue*. Available at https://codeblue.galencentre.org/2020/08/03/face-masks-gloves-and-ppe-a-new-breed-of-plastic-pollution/ (retrieved October 7, 2020).

[179] See for example Minter, A. (2020, March 23). "Garbage workers are on the virus front lines, too." *Bloomberg*. Available at https://www.bloomberg.com/opinion/articles/2020-03-23/coronavirus-outbreak-is-challenge-to-garbage-worker-safety (retrieved October 7, 2020); Rosengren, C. (2020, March 18). "Coronavirus poses multiple safety risks for waste and recycling workers." *Waste Dive*. Available at https://www.wastedive.com/news/coronavirus-covid-waste-recycling-safety-collection-mrf/574359/ (retrieved October 7, 2020); Waste Aid. (2020, June). "Risk and vulnerability of sanitation and waste workers during COVID-19 pandemic in five major cities of Bangladesh." Available at https://reliefweb.int/report/bangladesh/risk-and-vulnerability-sanitation-and-waste-workers-during-covid-19-pandemic-five (retrieved October 7, 2020).

[180] See for example Waste Aid 2020; Women in Informal Employment: Globalizing and Organizing (WIEGO). (2020, March). "Coronavirus and waste pickers: Decreasing the risks." Available at https://www.wiego.org/safer-recycling (retrieved October 7, 2020).

[181] Allison, A.L., *et al*. (2020, May 1). "The environmental dangers of employing single-use face masks as part of a COVID-19 exit strategy." *UCL Open: Environment Preprint*. Available at https://ucl.scienceopen.com/document?vid=6290e0d8-ff01-4c3e-9397-536b76481c50 (retrieved July 13, 2020).

[182] Prata *et al*., 2020 cited by Patrício Silva *et al*. 2020:4.

[183] Lau *et al*. 2020; and see for example Trent Long, M., & Desrosiers, A. (2020, October 29). "Coronavirus: How Hong Kong's dramatic drop in recycling sets a dangerous new norm." *Sustainable Asia*. Available at https://sustainableasia-co.medium.com/coronavirus-how-hong-kongs-dramatic-drop-in-recycling-sets-a-dangerous-new-norm-1ae4816e409f (retrieved November 30, 2020).

[184] Duer 2020.

[185] *Ibid*.

[186] *Ibid*.; and see ITV News (UK). (2020, April 14). "Coronavirus lockdown sees huge rise in fly-tipping across UK." Available at https://www.itv.com/news/2020-04-14/coronavirus-lockdown-sees-huge-rise-in-fly-tipping-across-uk (retrieved October 7, 2020).

[187] See for example Dickson, C. (2020, April 27). "Increase in illegal dumping raising concerns in B.C. interior." *CBC News*. Available at https://www.cbc.ca/news/canada/british-columbia/illegal-dumping-okanagan-shuswap-1.5546935 (retrieved October 7, 2020); McClure, C., & Michaels, S. (2020, May 1). "COVID-19 side effect: More illegal dumping." *KRWG Public Media* (USA). Available at https://www.krwg.org/post/covid-19-side-effect-more-illegal-dumping (retrieved October 7, 2020); Kelly, O. (2020, May 7). "Illegal dumping in Dublin rises 25% during COVID-19 pandemic." *Irish Times* (Ireland). Available at https://www.irishtimes.com/news/environment/illegal-dumping-in-dublin-rises-25-during-covid-19-pandemic-1.4246676 (retrieved October 7, 2020).

[188] The World Bank. (2019, September 23). "Solid waste management." Available at https://www.worldbank.org/en/topic/urbandevelopment/brief/solid-waste-management (retrieved October 7, 2020); see also Ritchie & Roser 2018.

[189] Patrício Silva *et al*. 2020 :4-5.

[190] Konyn 2020.

[191] Luan Ong, I.B., & Sovacool, B.K. (2012). "A comparative study of littering and waste in Singapore and Japan." *Resources, Conservation and Recycling*, *61*, 35-42. Available at https://www.sciencedirect.com/science/article/abs/pii/S0921344911002552 (retrieved October 7, 2020); and see for example Rangoni, R., & Jager, W. (2017). "Social dynamics of littering and adaptive cleaning strategies explored using agent-based modeling." *Journal of Artificial Societies and Social Simulations*, *20*:2, 1. Available at http://jasss.soc.surrey.ac.uk/20/2/1.html (retrieved October 7, 2020).

[192] Konyn 2020.

[193] Luan Ong & Sovacool 2012.

[194] Jambeck *et al*. 2015.

[195] See for example OceansAsia. (n.d.). "PPE & the negative effects on the environment." Available at https://oceansasia.org/reusable-masks/ (retrieved October 7, 2020); BBC News 2020, April 8; and see Farzan 2020; Spencer 2020; Turner 2020; Martin 2020; Thorne 2020.

[196] Jambeck *et al*. 2015; see also Law *et al*. 2020.

[197] Siegler quoted by Penney, V. (2020, October 30). "Americans may add five times more plastic to the oceans than thought." *New York Times*. Available at https://www.nytimes.com/2020/10/30/climate/plastic-pollution-oceans.html?smid=fb-share (retrieved November 28, 2020).

[198] Jambeck *et al*. 2015.

[199] Patrício Silva *et al*. 2020:4.

[200] Statistica. (2020, April). "Daily production volume of medical face masks in China as of April 30, 2020, by type." Available at https://www.statista.com/statistics/1094428/china-medical-mask-daily-production-volume-by-type/ (retrieved October 7, 2020); MarketWatch. (2020, August 26). "Worldwide face masks market size to record notable gains through 206." Available at https://www.marketwatch.com/press-release/worldwide-face-mask-market-size-to-record-notable-gains-through-2026-2020-08-26 (retrieved October 8, 2020); Broom 2020; and see OECD 2020.

[201] Subramanian, S. (2020, April 28). "How the face masks became the world's most coveted commodity." *The Guardian* (UK). Available at https://www.theguardian.com/world/2020/apr/28/face-masks-coveted-commodity-coronavirus-pandemic (retrieved October 12, 2020); and see

[202] Frias, L. (2020, February 26). "A top US health official says the US needs 300 million face masks for healthcare workers." *Business Insider*. Available at https://www.businessinsider.com/us-needs-millions-face-masks-not-very-effective-preventing-coronavirus-2020-2?r=US&IR=T (retrieved October 8, 2020).

[203] Fabian, J., & Wingrove, J. (2020, March 18). "Trump says U.S. ordered 500 million N95 masks to combat virus." *Bloomberg*. Available at https://www.bloomberg.com/news/articles/2020-03-18/trump-says-u-s-ordered-500-million-n95-masks-to-combat-virus (retrieved October 8, 2020).

[204] Polantz, K. (2020, April 7). "600 million facemasks order won't help fight coronavirus epidemic at its peak." *CNN*. Available at https://www.cnn.com/2020/04/07/politics/masks-contract-n95/index.html (retrieved October 8, 2020).

[205] Parry, J. (2020, May 11). "COVID-19: Hong Kong government supplies reusable face masks to all residents." *The British Medical Journal*, *369*: m1880. Available at https://www.bmj.com/content/369/bmj.m1880 (retrieved September 22, 2020); and see Government of the Hong Kong Special Administrative Region. (2020, May 5). "Government to distribute free reusable masks to all citizens." Available at www.info.gov.hk/gia/general/202005/05/P2020050500692.htm (retrieved September 22, 2020).

[206] France24. (April 4, 2020). "La France a commandé près de 2 milliards de masques en Chine." Available at https://www.france24.com/fr/20200404-la-france-a-command%C3%A9-pr%C3%A8s-de-2-milliards-de-masques-en-chine (retrieved October 12, 2020); and see Kassam, A. (2020, June 8). "'More masks than jellyfish: coronavirus waste ends up in ocean." *The Guardian*. Available at https://www.theguardian.com/environment/2020/jun/08/more-masks-than-jellyfish-coronavirus-waste-ends-up-in-ocean (retrieved July 19, 2020); Japanese Ministry of Economy, Trade, and Industry (METI) quoted in Fadare & Okoffo 2020.

[207] Zhao Lijian, foreign ministry spokesman, quoted in Bradsher 2020.

[208] OECD 2020.

[209] The India Express. (2020, March 9). "Italy orders 22 million masks to combat coronavirus spread." Available at https://www.newindianexpress.com/world/2020/mar/09/italy-orders-22-million-masks-to-combat-coronavirus-spread-2114168.html (retrieved October 12, 2020); Montalto Monella 2020; Rigby, J. (2020, June 25). "From floating face masks to recycling cutbacks: How the pandemic has hit the war on plastic." *The Telegraph*. Available at https://www.telegraph.co.uk/global-health/climate-and-people/floating-face-masks-recycling-cutbacks-pandemic-has-hit-war/ (retrieved July 19, 2020).

[210] Prata, J.C., Silva, A.L.P., Walker, T.R., Duarte, A.C., & Rocha-Santos, T. (2020). "COVID-19 pandemic repercussions on the use and management of plastics." *Environmental Science & Technology*, *54*:13, 7760-7765. Available at https://pubs.acs.org/doi/abs/10.1021/acs.est.0c02178 (retrieved September 21, 2020).

[211] WHO, *Global Strategy on Human Resources for Health: Workforce 2030*, Geneva, cited by OECD 2020.

[212] OECD 2020.

[213] See *inter alia* Turra, A., Salibian, S., & Carrera, M. (2020, March 20). "Italian fashion, textile cos. convert production to fight coronavirus." *WWD.com*. Available at https://wwd.com/business-news/business-features/italian-textile-fashion-companies-fight-coronavirus-converting-production-1203543661/ (retrieved October 16, 2020); Nerad, J.R. (2020, March 24). "How car companies are producing medical personal protective equipment (PPE) due to coronavirus." *JD Power*. Available at https://www.jdpower.com/cars/shopping-guides/how-car-companies-are-helping-to-produce-medical-personal-protective-equipment-ppe (retrieved October 16, 2020); Outdoor Research. (2020, March 31). "OR Seattle factory converting to produce personal protective medical equipment." Available at https://www.outdoorresearch.com/blog/or-seattle-factory-converting-to-produce-personal-protective-medical-equipment (retrieved October 16, 2020); George-Parkin, H. (2020, April 6). "Factories that used to make perfume, T-shirts, and cars are now making supplies to fight the coronavirus." *Vox*. Available at https://www.vox.com/the-goods/2020/4/6/21207135/factories-face-masks-ventilators-hand-sanitizer-coronavirus-manufacturing (retrieved October 16, 2020); Camillo, J. (2020, June 17). "Manufacturers shift to PPE production to fight COVID-19 pandemic." *Assembly Magazine*. Available at https://www.assemblymag.com/articles/95741-manufacturers-shift-to-ppe-production-to-fight-covid-19-pandemic (retrieved October 16, 2020).

[214] Global Mask, a company founded by A&S Holding, described in Mehta, M. (2020, September 7). "Mask production in the age of corona – A global view." *Textile Network*. Available at https://textile-network.com/en/Fashion/Fertigung/Mask-production-in-the-age-of-Corona-a-global-view (retrieved October 16, 2020).

[215] Arizton Advisory and Intelligence. (2020, June). "Medical face mask market – Global outlook and forecast 2020-2025." *Market Research.com*. Available at https://www.marketresearch.com/Arizton-v4150/Medical-Face-Mask-Global-Outlook-13345767/ (retrieved October 16, 2020).

[216] Grand View Research. (2020, April). "Market Analysis Report: Disposable face masks market size, share & trends analysis report by product (protective, dust, non-woven), by application (industrial, personal), by distribution channel, and segment forecasts, 2020-2027." Available at https://www.grandviewresearch.com/industry-analysis/disposable-face-masks-market (retrieved October 16, 2020); and see UN News. (2020, July 30). "Five things you should know about disposable masks and plastic pollution." *United Nations*. Available at https://news.un.org/en/story/2020/07/1069151 (retrieved October 17, 2020).

[217] Broom 2020.

[218] Ivry, B., & Kochkodin, B. (2020, March 24). "For New York, 58-cent medical masks now prices as $7.50 each." *Bloomberg*. Available at https://www.bloomberg.com/news/articles/2020-03-24/for-new-york-58-cent-medical-masks-now-priced-at-7-50-each (retrieved October 16, 2020).

[219] See for example Tenbarge, K. (2020, March 26). "Face mask price-gougers set up a black market on Facebook and Instagram using anonymous profiles." *Business Insider*. Available at https://www.businessinsider.com/face-mask-sale-price-using-facebook-instagram-advertise-2020-3 (retrieved October 16, 2020); Tully, S. (2020, April 14). "Inside the surreal 'mask economy': Price-gouging, biddings wars, and armed guards." *Fortune*. Available at https://fortune.com/2020/04/14/coronavirus-face-masks-n95-respirators-price-gouging-ppe-medical-supplies-covid-19/ (retrieved October 16, 2020); Mone, J.L., & Wallace, T. (2020, March 26). "Price-gouging allegation leaves 750,000 face masks in limbo." *PBS News Hour*. Available at https://www.pbs.org/newshour/economy/price-gouging-allegation-leaves-750000-face-masks-in-limbo (retrieved October 16, 2020); Johnson, K. (2020, April 24). "NY man charged with hoarding tons of protective gear; jacking up price on masks and gowns." *USA Today*. Available at https://www.usatoday.com/story/news/politics/2020/04/24/ny-man-charged-hoarding-price-gouging-protective-medical-gear/3021617001/ (retrieved October 16, 2020); The Nation Thailand. (2020, April 9). "Chinese pair charged with hoarding face masks." Available at https://www.nationthailand.com/news/30385688 (retrieved October 16, 2020).

[220] WWF Italy. (2020, April 29). "Nello smaltimento di mascherine e guanti serve responsabilità." Available at https://www.wwf.it/scuole/?53500%2FNello-smaltimento-di-mascherine-e-guanti-serve-responsabilita (retrieved October 17, 2020).

[221] Allison *et al*. 2020.

[222] *Ibid*.

[223] WWF Italy 2020.

[224] Li, Tse, & Fok 2016; see also Rhodes 2018; and see Macfadyen, Huntington, & Cappell 2009; and see Ritchie & Roser 2018.

[225] Allison *et al*. 2020.

[226] See for example London Drugs. (n.d.). "PA 3 Layer-Disposable Face Mask – 50's." Available at https://www.londondrugs.com/pa-3-layer-disposable-face-mask---50s/L1017414.html (retrieved October 17, 2020).

[227] 3M. (n.d.). "3M High Fluid Resistant Surgical Mask 1835." Available at https://www.3m.com/3M/en_US/company-us/all-3m-products/~/3M-Surgical-and-Specialty-Masks/?N=5002385+4294958071&rt=d (retrieved October 17, 2020).

[228] 3M. (2018). "Technical specification sheet: 3M Particulate Respirator 8210, N95." Available at https://multimedia.3m.com/mws/media/1425070O/3m-particulate-respirator-8210-n95-technical-specifications.pdf (retrieved October 17, 2020).

[229] Ward, A. (2020, May 18). "How masks helped Hong Kong control the coronavirus." *Vox*. Available at https://www.vox.com/2020/5/18/21262273/coronavirus-hong-kong-masks-deaths-new-york (retrieved September 22, 2020).

[230] Parry 2020; and see Government of the Hong Kong Special Administrative Region 2020.

[231] Yajing, Sun. (2020, June 26). "超5億廢棄口罩需處理 香港吃不消了！" [More than 500 million discarded masks need to be disposed of in Hong Kong!]. *Super Media Hong Kong*. Available at http://www.supermedia.hk/45240/%E8%B6%855%E5%84%84%E5%BB%A2%E6%A3%84%E5%8F%A3%E7%BD%A9%E9%9C%80%E8%99%95%E7%90%86-%E9%A6%99%E6%B8%AF%E5%90%83%E4%B8%8D%E6%B6%88%E4%BA%86%EF%BC%81/ (retrieved September 22, 2020).

[232] Dr. Wijarn Simachaya, President of the Thailand Environment Institute (TEI), cited in National News Bureau of Thailand. (2020, April 18). "COVID-19 has positive impact on ecosystem." Available at https://thainews.prd.go.th/en/news/detail/TCATG200418155259223 (retrieved October 16, 2020).

[233] Swiss Federal Office of Public Health, quoted by The Local. (2020, July 11). "Coronavirus: Switzerland uses 3.5 million face masks per day." Available at https://www.thelocal.ch/20200711/coronavirus-switzerland-uses-35-million-face-masks-per-day (retrieved October 17, 2020). This source notes that 1.5 to 2 million of the 3.5 million masks used each day are likely used in the healthcare sector. And see Härri, F., Briner, M., & Schenkel, R. (2020, July 11). "Massenhaft Masken: In der Schweiz werden täglich bis zu 3,5 Millionen von ihnen verbraucht." *Tagblatt*. Available at https://www.tagblatt.ch/schweiz/massenhaft-masken-ld.1237449 (retrieved October 17, 2020).

[234] Yajing 2020.

[235] France 24. (2020, March 31). "France to rapidly ramp up production of face masks and respirators, Macron says." Available at https://www.france24.com/en/20200331-france-s-macron-visits-coronavirus-mask-factory-as-health-workers-complain-of-acute-shortage (retrieved October 17, 2020) notes that "consumption of face masks in France had soared from four million per week to more than 40 million."

[236] Prata, J.C., Patrício Silva, A.L., da Costa, J.P., Mouneyrac, C., Walker, T.R., Duarte, A.C., & Rocha-Santos, T. (2019). "Solutions and integrated strategies for the control and mitigation of plastic and microplastic pollution." *International Journal of Environmental Research and Public Health*, *16*:3, 2411. Available at https://www.mdpi.com/1660-4601/16/13/2411 (retrieved July 26, 2020).

[237] Fadare & Okoffo 2020.

[238] Neill, P. (2020, September 23). "UK sending 1.6 billion face masks to landfill every month." *Environment Journal*. Available at https://environmentjournal.online/articles/uk-sending-1-6-billion-face-masks-to-landfill-every-month/ (retrieved October 16, 2020).

[239] Based on 2020 annual global production of 52 billion, divided evenly over 12 months. Arizton Advisory and Intelligence 2020.

[240] Prata *et al*. 2020.

[241] OECD 2020.

[242] *Ibid*.

[243] Arizton Advisory and Intelligence 2020.

[244] Beaumont, N.J., *et al*. (2019). "Global ecological, social and economic impacts of marine plastic." *Marine Pollution Bulletin*, *142*, 189-195. Available at https://www.sciencedirect.com/science/article/pii/S0025326X19302061 (retrieved July 13, 2020).

[245] Vaughan, A. (2020, July 23). "Earth faces plastic pollution disaster unless we take drastic action." *New Scientist*. Available at https://www.newscientist.com/article/2249621-earth-faces-plastic-pollution-disaster-unless-we-take-drastic-action/ (retrieved July 25, 2020); and see Lau *et al*. 2020.

[246] CDC. (2020, August 7). "Considerations for wearing masks: Help slow the spread of COVID-19." Available at https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover-guidance.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fprevent-getting-sick%2Fcloth-face-cover.html (retrieved October 20, 2020).

[247] Viola, M. *et al*. (2020, May). "Face coverings, aerosol dispersion and mitigation of virus transmission risk." Research preprint paper. Available at https://www.dropbox.com/s/2ettgw29z06xvrp/BOS-paper-v15light.pdf?dl=0 (retrieved October 20, 2020).

[248] See for example University of Edinburgh, School of Engineering. (2020, May 22). "Face coverings can reduce COVID-19 transmission risk, study says." Available at https://www.eng.ed.ac.uk/about/news/20200522/face-coverings-can-reduce-covid-19-transmission-risk-study-says (retrieved October 20, 2020); Chughtai, A.A., Seale, H., & Macintyre, C.R. (2020, October). "Effectiveness of cloth masks for protection against severe acute respiratory syndrome coronavirus 2." *Emerging Infectious Diseases*, *26*:10. Available at https://wwwnc.cdc.gov/eid/article/26/10/20-0948_article (October 20, 2020); Government of Canada. (2020, July 24). "Non-medical masks and face coverings: About." Available at https://www.canada.ca/en/public-health/services/diseases/2019-novel-coronavirus-infection/prevention-risks/about-non-medical-masks-face-coverings.html (retrieved October 20, 2020); and see Konda, A., *et al*. (2020). "Aerosol filtration efficiency of common fabrics used in respiratory cloth masks." *ACS Nano*, *14*:5, 6339-6347. Available at https://pubs.acs.org/doi/10.1021/acsnano.0c03252 (retrieved October 20, 2020).

[249] Chughtai, Seale, & Macintyre 2020.

[250] See for example CDC. (2020, August 27). "How to select, wear, and clean your mask." Available at https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/about-face-coverings.html (retrieved October 20, 2020); Government of Canada 2020; Public Health England. (2020, July 15). "Guidance: How to make a cloth face covering." Available at https://www.gov.uk/government/publications/how-to-wear-and-make-a-cloth-face-covering/how-to-wear-and-make-a-cloth-face-covering (retrieved October 20, 2020); U.S. Food & Drug Administration (USFDA). (n.d.). "Use of respirators, facemasks, and cloth face coverings in the food and agricultural sector during coronavirus disease (COVID-19) pandemic." Available at https://www.fda.gov/food/food-safety-during-emergencies/use-respirators-facemasks-and-cloth-face-coverings-food-and-agriculture-sector-during-coronavirus (retrieved October 20, 2020); and see Agro, C., Grundig, T., & Szeto, E. (2020, November 13). "Marketplace tested over 20 different masks. Here's what will best protect you and others during the pandemic." *CBC*. Available at https://www.cbc.ca/news/canada/marketplace-masks-test-1.5795481 (retrieved November 30, 2020).

[251] CDC 2020.

[252] Allison, *et al.* 2020; and see Roberts, K.P., Bowyer, C., Kolstoe, S., & Fletcher, S. (2020, August 14). "Coronavirus face masks: An environmental disaster that might last generations." *The Conversation*. Available at https://theconversation.com/coronavirus-face-masks-an-environmental-disaster-that-might-last-generations-144328 (retrieved October 19, 2020).

[253] Brock, J. (2020, July 23). "Plastic pollution flowing into oceans to triple by 2040: Study." *Reuters*. Available at https://www.reuters.com/article/us-environment-plastic-ocean-pollution-idUSKCN24O2RK?utm_content=bufferd4ab9&utm_medium=social&utm_source=facebook.com&utm_campaign=buffer&fbclid=IwAR0bdcuF7vdiXR-AbgKMTYIeH-PEc4AjzteQbFT1eH0nBfROhmLhp0xVLKA (retrieved October 20, 2020); and see Lau *et al.* 2020.

[254] Ocean Conservancy. (2020). "Fighting for trash free seas: Ending the flow of trash at the source." Available at https://oceanconservancy.org/trash-free-seas/ (retrieved October 20, 2020).

[255] Law 2020.

[256] Economic Times (India). (2020, June 17). "New self-cleaning mask can kill virus by drawing power from phone chargers." Available at https://economictimes.indiatimes.com/magazines/panache/new-self-cleaning-mask-can-kill-virus-by-drawing-power-from-phone-chargers/articleshow/76421159.cms?from=mdr (retrieved October 19, 2020).

[257] European Union. (2020, July 9). "Investment project EIPP-20201549: The first self-cleaning filter mask." *European Commission*. Available at https://ec.europa.eu/eipp/desktop/en/projects/project-12104.html (retrieved October 19, 2020).

[258] Block, I. (2020, March 6). "Guardian G-Volt masks would use graphene and electrical charge to repel viruses and bacteria." *De Zeen*. Available at https://www.dezeen.com/2020/03/06/guardian-g-volt-face-mask-graphene-coronavirus-bacteria/ (retrieved October 19, 2020).

[259] Biswas, A. (2020, September 7). "The Self-Cleaning Face Mask with Nanofilters from är." *AZO Nano*. Available at https://www.azonano.com/article.aspx?ArticleID=5552 (retrieved October 19, 2020); and see Är. (2020). "är facemask with valve." Available at https://arfacemask.com/collections/ar-facemask (retrieved October 19, 2020).

[260] See for example Aubé, M. (2020). "Light reusable silver ion face mask." *Indiegogo*. Available at https://www.indiegogo.com/projects/light-reusable-silver-ion-face-mask#/ (retrieved October 19, 2020); Kim, Y.J. (2003). "Mask with purifying, sterilizing and self-cleaning functions." *Europe PMC*. Pat. Number KR20040074413. Available at https://europepmc.org/article/pat/kr20040074413 (retrieved October 19, 2020).

[261] Butan, C. (2020, July 16). "Shoppers say these face masks are so breathable, 'it's easy to forget' you're wearing one." *People*. Available at https://people.com/health/nxtstop-bamboo-cloth-face-masks/ (retrieved October 19, 2020).

[262] EcoInventos. (2020, August 8). "Mascarillas reutilizables fabricadas con basura recuperada del mar." Available at https://ecoinventos.com/mascarillas-reutilizables-padi/ (retrieved October 19, 2020).

[263] Staub, C. (2020, May 19). "Company shifts to produce recycled-content face masks." *Resource Recycling*. Available at https://resource-recycling.com/recycling/2020/05/19/company-shifts-to-produce-recycled-content-face-masks/ (retrieved October 20, 2020).

[264] Reuters. (2020, September 18). "This French firm is making biodegradable face masks using hemp." *World Economic Forum*. Available at https://www.weforum.org/agenda/2020/09/hemp-france-face-masks-coronavirus-covid-pandemic/ (retrieved October 19, 2020).

[265] Sousa, M. (2020, August 11). "Máscaras de "parente" da bananeira substituem descartáveis." *CicloVivo*. Available at https://ciclovivo.com.br/covid19/mascaras-de-bananeira-descartaveis/ (retrieved October 19, 2020); Kretchmer, H. (2020, August 7). "This member of the banana tree family could help us cut COVID-19 plastic waste." *World Economic Forum*. Available at https://www.weforum.org/agenda/2020/08/face-masks-abaca-tree-banana-fibres-covid-plastic-waste/ (retrieved October 19, 2020).

[266] Rabson, M. (2020, September 16). "Canadian forestry invents biodegradable mask filter, aims for full mask by Christmas." *CTV News* (Canada). Available at https://www.ctvnews.ca/health/coronavirus/canadian-forestry-invents-biodegradable-mask-filter-aims-for-full-mask-by-christmas-1.5107770 (retrieved October 19, 2020); and see Corpuz-Bosshart, L. (2020, May 21). "UBC researchers develop biodegradable medical masks for COVID-19." *University of British Columbia*. Available at https://news.ubc.ca/2020/05/21/ubc-researchers-develop-biodegradable-medical-mask-for-covid-19/ (retrieved October 19, 2020).

[267] Yip, M. (2020, September 4). "AirX: The entrepreneur who engineered the world's first biodegradable coffee face mask." *Hive Life*. Available at https://hivelife.com/airx-coffee-face-mask/ (retrieved October 19, 2020); and see Ho, S. (2020, June 9). "Vietnamese company creates world's first biodegradable coffee face mask." *Green Queen* (Hong Kong). Available at https://www.greenqueen.com.hk/vietnamese-company-creates-world-first-biodegradable-coffee-face-mask/ (retrieved October 19, 2020)

[268] Layt, S. (2020, April 14). "Queensland researchers hit sweet spot with new mask material." *Brisbane Times*. Available at https://www.brisbanetimes.com.au/national/queensland/queensland-researchers-hit-sweet-spot-with-new-mask-material-20200414-p54jr2.html (retrieved November 30, 2020); Saltmarsh, A. (2020, October 30). "Face masks: New solutions to reduce their negative impact on the environment." *Medical Expo E-Mag*. Available at http://emag.medicalexpo.com/face-masks-new-solutions-to-reduce-their-negative-impact-on-the-environment/ (retrieved November 30, 2020);

[269] Carron, C., & Six, A. (2020, June 9). "Hello Mask: First transparent surgical mask goes into production." *Swiss Federal Laboratories for Materials Testing and Research* (EMPA). Available at https://www.empa.ch/web/s604/hello-mask-hmcare (retrieved October 20, 2020).

[270] Linnenkoper, K. (2020, August 20). "Goodbye face masks, hello liquid fuel." *Recycling International*. Available at https://recyclinginternational.com/corona-virus/goodbye-face-masks-hello-liquid-fuel/31312/ (retrieved October 19, 2020); Delbert, C. (2020, August 5). "Your face mask in the garbage could make a great biofuel." *Popular Mechanics*. Available at https://www.popularmechanics.com/science/a33512499/face-mask-ppe-biofuel/ (retrieved October 19, 2020); and see Chandran, M., Tamikolundu, S., & Murugesan, C. (2020). "Conversion of plastic waste to fuel." In *Plastic waste and recycling: Environmental impact, societal issues, prevention, and solutions*, Ed. T.M. Letcher. Academic Press, 385-400.

[271] Ball, S. (2020, August 27). "Face masks recycling: French firm finds way to re-use COVID waste." *France 24*. Available at https://www.france24.com/en/20200827-face-mask-recycling-french-firm-finds-way-to-re-use-covid-waste (retrieved October 20, 2020).

[272] Montalto Monella 2020.

[273] *Ibid*.

[274] NCD Corporation. (2020a). "Water soluble." Available at https://ncdcorporation.com/water-soluble/ (retrieved November 30, 2020);

[275] NCD Corporation. (2020b). "Water soluble products catalog." https://secureservercdn.net/45.40.148.147/oba.435.myftpupload.com/wp-content/uploads/2020/11/EN-NCD-WATER-SOLUBLE-3.pdf (retrieved November 30, 2020); and correspondence with manufacturer, November 26, 2020; and see NCD Corporation 2020a.

[276] Correspondence with manufacturer, November 28, 2020.

[277] Chiellini, E., Corti, A., D'Antone, S., & Solaro, R. (2003, May). "Biodegradation of poly(vinyl alcohol) based materials." *Progress in Polymer Science*, *28*:6, 963-1014. Available at https://linkinghub.elsevier.com/retrieve/pii/S0079670002001491 (retrieved November 30, 2020); see also for example Abdullah, Z.W., & Dong, Y. (2019, April). "Biodegradable and water resistant poly(vinyl) alcohol (PVA)/starch (ST)/glycerol (GL)/halloysite nanotube (HNT) nanocomposite films for sustainable food packaging." *Frontiers in Materials*, *6*:58. Available at https://www.frontiersin.org/articles/10.3389/fmats.2019.00058/full (retrieved November 30, 2020).

[278] See *inter alia* Infection Prevention and Control Canada. (n.d.). "Conservation and decontamination N95 facemasks and PPE." *Government of Canada*. Available at https://ipac-canada.org/reprocessing-of-ppe.php (retrieved October 19, 2020); Lindsley, W.G., *et al*. (2015). "Effects of ultraviolet germicidal irradiation (UVGI) on N95 respirator filtration performance and structural integrity." *Journal of Occupational and Environmental Hygiene*, *12*:8, 509-517; ECRI. (2020, March). "Clinical evidence assessment: Safety of extended use and reuse of N95 respirators." Available at https://ipac-canada.org/photos/custom/Members/pdf/COVID-ECRI-N95-Respirators-updated-2.pdf (retrieved October 19, 2020); Fischer, R. *et al*. (2020, April 24). "Assessment of N95 respirator decontamination and re-use for SARS-CoV-2." *medRxiv*, 20062018. Available at https://doi.org/10.1101/2020.04.11.20062018 (retrieved October 19, 2020).

[279] CDC. (2020, April 4). "Implementing filtering face piece respirator (FFR) reuse, including reuse after decontamination, when there are known shortages of N95 respirators." Available at https://www.cdc.gov/coronavirus/2019-ncov/hcp/ppe-strategy/decontamination-reuse-respirators.html (retrieved October 19, 2020).

[280] Terracycle. (2020). "Disposable masks - zero waste box." Available at https://zerowasteboxes.terracycle.com/products/masks-zero-waste-boxes (retrieved November 30, 2020).

[281] *Ibid.*

[282] Hu, J.C. (2020, October 29). "Should you recycle your disposable mask?" *High Country News*. Available at http://tiny.cc/s5n5tz (retrieved November 28, 2020).

[283] See Berthold, M. (2020, November 3). "Plaxtil: A French firm finds a way to recycle single-use face masks." *Reset.org*. Available at https://en.reset.org/blog/plaxtil-french-firm-finds-way-recycle-single-use-face-masks-11032020 (retrieved November 30, 2020); and see Saltmarsh 2020; Plaxtil. (2020). "Plaxtil recycles les masques." Available at https://www.plaxtil.com/recyclagemasques?lang=en (retrieved November 30, 2020).

[284] See for example Pew Charitable Trusts and SYSTEMIQ. (2020, July 23). "Breaking the plastic wave: A comprehensive assessment of pathways towards stopping ocean plastic pollution." Available at https://www.pewtrusts.org/-/media/assets/2020/07/breakingtheplasticwave_report.pdf (retrieved October 20, 2020); Howard, B.C., Gibbens, S., Zachos, E., & Parker, L. (2019, June 10). "A running list of action on plastic pollution." *National Geographic*. Available at https://www.nationalgeographic.com/environment/2018/07/ocean-plastic-pollution-solutions/#close (retrieved October 21, 2020); Product Stewardship Institute. (2019). "Sample policies to prevent plastic pollution." Available at https://www.productstewardship.us/page/PlasticPolicies (retrieved October 21, 2020); Dell, J. (2019, May 22). "7 ways for cities to reduce plastic pollution." *Plastic Pollution Coalition*. Available at https://www.plasticpollutioncoalition.org/blog/2019/5/22/7-ways-for-cities-to-reduce-plastic-pollution (retrieved October 21, 2020).

[285] See for example CDC 2020; Government of Canada 2020; Public Health England 2020; USFDA n.d.

[286] Editorials 360. (2020, October 8). "PPE use protects us towards coronavirus, however it's harming the oceans." Available at https://www.editorials360.com/2020/10/08/ppe-use-protects-us-towards-coronavirus-however-its-harming-the-oceans/ (retrieved October 20, 2020).

[287] Romano, J.L. (2020, July 13). "Politics of prevention: Reflections from the COVID-19 pandemic." *Journal of Prevention and Health Promotion*, *1*:1. Available at https://journals.sagepub.com/doi/full/10.1177/2632077020938360 (retrieved October 20, 2020).

[288] Editorials 360 2020.

[289] Abel, M., & Brown, W. (2020, April). "Prosocial behavior in the time of COVID-19: The effect of private and public role models." *IZA Institute of Labor Economics*, Discussion Paper Series, IZA DP No. 13207. Available at http://ftp.iza.org/dp13207.pdf (retrieved October 20, 2020); Van Bavel, J.J., *et al.* (2020). "Using social and behavioural science to support COVID-19 pandemic response." *Nature Human Behaviour*, *4*, 460-471. Available at https://www.nature.com/articles/s41562-020-0884-z (retrieved October 20, 2020).

[290] Craven, M., Fong, A, Lauricella, T., Tan, T. (2020, July 28). "The long haul: How leaders can shift mindsets and behavior to reopen safely." *McKinsey & Company*. Available at https://www.mckinsey.com/business-functions/organization/our-insights/the-long-haul-how-leaders-can-shift-mindsets-and-behaviors-to-reopen-safely (retrieved October 20, 2020); and see Basford, T., & Schaninger, B. (2016, April 11). "The four key building blocks of change." *McKinsey & Company*. Available at https://www.mckinsey.com/business-functions/organization/our-insights/the-four-building-blocks--of-change (retrieved October 20, 2020).

[291] See for example Frisque, G. (2020, May 9). "Brampton exploring steeper fines for those littering protective gloves and masks." *Brampton Guardian* (Canada). Available at https://www.bramptonguardian.com/news-story/9984032-brampton-exploring-steeper-fines-for-those-littering-protective-gloves-and-masks/ (retrieved October 20, 2020); Fox 11 Los Angeles. (2020, May 26). "LA may increase penalties for littering COVID-19 protective equipment." Available at https://www.foxla.com/news/la-may-increase-penalties-for-littering-covid-19-protective-equipment (retrieved October 20, 2020); Samuel, H. (2020, June 7). "France to impose €135 fines on litter louts who discard potentially infectious gloves and face masks." *The Telegraph* (UK). Available at https://www.telegraph.co.uk/news/2020/06/07/france-impose-135-fines-litter-louts-discard-potentially-infectious/ (retrieved October 20, 2020); and see Editorials 360 2020.

[292] Samuel 2020; and see Tidman, Z. (2020, June 7). "France 'looks to increase fines for littering' amid coronavirus waste." *The Independent*. Available at https://www.independent.co.uk/news/world/europe/france-coronavirus-fines-waste-increase-littering-face-masks-gloves-a9552946.html (retrieved October 20, 2020).

[293] Geyer, Jambeck, & Law 2017; and see for example Bishop, G., Styles, D., & Lens, P.N.L. (2020, September). "Recycling of European plastic is a pathway for plastic debris in the ocean." *Environment International*, *142*: 105893. Available at https://www.sciencedirect.com/science/article/pii/S0160412020318481#s0125 (retrieved October 20, 2020).

[294] See for example Patrício Silva *et al.* 2020:3.

[295] UK Foodservice Packaging Association, quoted by Perry, F. (2020, June 30). "The coronavirus pandemic has totally detailed the war on plastic." *Wired*. Available at https://www.wired.co.uk/article/coronavirus-plastic-pollution-environment (retrieved October 20, 2020).

[296] Diggle & Walker, 2020; Xanthos & Walker, 2017 cited by Patrício Silva *et al*. 2020:2.

[297] Government of Canada. (2020, October 7). "Canada one-step closer to zero plastic waste by 2030." Available at https://www.canada.ca/en/environment-climate-change/news/2020/10/canada-one-step-closer-to-zero-plastic-waste-by-2030.html (retrieved October 30, 2020); and see Aiello, R. (2020, October 7). "Canada banning plastic bags, straws, cutlery and other single-use items by the end of 2021." *CTV News*. Available at https://www.ctvnews.ca/climate-and-environment/canada-banning-plastic-bags-straws-cutlery-and-other-single-use-items-by-the-end-of-2021-1.5135968 (retrieved October 30, 2020).

[298] Ministry of Foreign Affairs, Regional Integration and International Trade of Mauritius. (2015). "Environment Protection (Banning of Plastic Bags) Regulations 2015." Available at http://www.mauritiustrade.mu/en/import-procedures/select-your-product/customs-and-compliances/regulation?id=1181&code_produit=&pays_procedure=&mode=&keyword=&code_client= (retrieved October 30, 2020); Government of Mauritius. (2016, December 9). "Banning of plastics bags regulations: Aggressive enforcement action taken by Environment Ministry." Available at http://www.govmu.org/English/News/Pages/Banning-of-Plastics-Bags-Regulations-Aggressive-enforcement-action-taken-by-Environment-Ministry-.aspx (retrieved October 30, 2020); and see Association for the Protection of the Environment and Consumers. (2020, July 23). "Single-use plastic products banned, Jan. 15, 2021." Available at http://apec.mu/2020/07/23/single-use-plastic-products-banned-jan-15-2021/ (retrieved October 30, 2020).

[299] CGTN Africa. (2020 July 31). "UN: The fight against COVID-19 pandemic is leading to an increase in plastic pollution." *CGTN*. Available at https://africa.cgtn.com/2020/07/31/un-the-fight-against-covid-19-pandemic-is-leading-to-an-increase-in-plastic-pollution/ (retrieved October 20, 2020), citing Pew Charitable Trusts and SYSTEMIQ. (2020, July 23). "Breaking the plastic wave: A comprehensive assessment of pathways towards stopping ocean plastic pollution." Available at https://www.pewtrusts.org/-/media/assets/2020/07/breakingtheplasticwave_report.pdf (retrieved October 20, 2020).

[300] UN News 2020.

[301] UN Conference on Trade and Development (UNCTAD), quoted in *Ibid*.

[302] NOAA. (2020). "Hawaiʻi Nets to Energy Program." Available at https://marinedebris.noaa.gov/prevention/hawaii-nets-energy-program (retrieved October 21, 2020).

[303] NOAA. (2020). "Fishing for Energy." Available at https://marinedebris.noaa.gov/prevention/fishing-energy#:~:text=Fishing%20for%20Energy%20is%20a,gear%20in%20the%20marine%20environment (retrieved October 21, 2020).

[304] Race for Water Foundation. (n.d.). "Transforming plastic waste into electricity." Available at https://www.raceforwater.org/en/#programs (retrieved October 30, 2020);

[305] *Ibid*., and Race for Water Foundation. (2018, October 12). "Transforming plastic waste into energy." Available at https://www.raceforwater.org/en/news/plastic-is-a-problem-but-it-can-be-part-of-the-solution/ (retrieved October 30, 2020).

[306] See for example Farrelly, T. (2019, March 18). "We need a legally binding treaty to make plastic pollution history." *The Conversation*. United Nations Sustainable Development Goals – Partnership Platform. (2016, July 18). "Global Partnership on Marine Litter (GMPL)." Available at https://sustainabledevelopment.un.org/partnership/?p=7471 (retrieved December 5, 2020).

[307] UN News 2020.

[308] IMO. (1998). *Protocol of 1997 to amend MARPOL 73/78: Annex VI of MARPOL 73/78, regulations for the prevention of air pollution from ships, and final act of the 1997 MARPOL Conference, including the resolutions of the conference and the technical code on control of emission of nitrogen oxides from marine diesel engines*. Available at https://treaties.un.org/pages/showDetails.aspx?objid=0800000280291139 (retrieved October 22, 2020); and see Borelle, S.B., *et al*. (2017, September). "Opinion: Why we need an international agreement on marine plastic pollution." *Proceedings of the National Academy of Science*, *114*:38, 9994-9997. Available at https://www.pnas.org/content/114/38/9994.short (retrieved October 22, 2020).

[309] Li, Tse, & Fok 2016; see also Rhodes 2018.

[310] UN. (1982, December 10). *Convention on the Law of the Sea*, 1833 U.N.T.S. 397. Available at https://www.un.org/depts/los/convention_agreements/texts/unclos/unclos_e.pdf (retrieved October 22, 2020), Article 194.

[311] IMO/FAO/UNESCO/WMO/WHO/IAEA/UN/UNEP Joint Group of Experts on the Scientific Aspects of Marine Pollution, & UN. (1988). *GESAMP: Arsenic, mercury and selenium in the marine environment ; prepared in co-operation with United Nations ... [et. al.]*. Available at http://www.gesamp.org/ (retrieved October 22, 2020).

[312] See UNEP. (n.d.). "Global Partnership on Marine Litter." *United Nations*. Available at https://www.unenvironment.org/explore-topics/oceans-seas/what-we-do/addressing-land-based-pollution/global-partnership-marine (retrieved October 22, 2020); Global Partnership on Marine Litter. Available at https://www.gpmarinelitter.org/ (retrieved October 22, 2020); and see Patrício Silva *et al.* 2020:2; and https://sustainabledevelopment.un.org/partnership/?p=7471

[313] UN. (1989, March 22). *Convention on the Control of Transboundary Movement of Hazardous Wastes and Their Disposal, 1673 U.N.T.S. 126*. Available at https://treaties.un.org/pages/ViewDetails.aspx?src=IND&mtdsg_no=XXVII-3&chapter=27&clang=_en (retrieved October 22, 2020).

[314] UNEP. (2019, May 12). "Governments agree landmark decisions to protect people and planet from hazardous chemicals and waste including plastic waste." Available at https://www.unenvironment.org/news-and-stories/press-release/governments-agree-landmark-decisions-protect-people-and-planet (retrieved October 22, 2020).

[315] UNEP, Basel Convention. (n.d.). "Basel Convention plastic waste amendments." Available at http://www.basel.int/Implementation/Plasticwaste/PlasticWasteAmendments/Overview/tabid/8426/Default.aspx (retrieved October 22, 2020); and for more details on the specific amendments themselves, see UNEP, Basel Convention. (n.d.). "Questions and answers related to the Basel Convention plastic waste amendments." Available at http://www.basel.int/Implementation/Plasticwaste/PlasticWasteAmendments/FAQs/tabid/8427/Default.aspx (retrieved October 22, 2020); and see Frazin, R. (2019, November 5). "187 countries sign plastic waste agreement." *The Hill*. Available at https://thehill.com/policy/energy-environment/443251-187-countries-not-us-sign-plastic-waste-agreement (retrieved October 22, 2020).

[316] Secretariat of the Pacific Regional Environment Programme. (2018). "Pacific Regional Action Plan – Marine Litter, 2018-2025." *Pacific Regional Environment Programme*. Available at https://www.sprep.org/sites/default/files/documents/publications/MAP-Digital-small.pdf (retrieved October 30, 2020).

[317] Borelle *et al.* 2017; Environmental Investigation Agency. (n.d.). "A legally binding agreement on plastic pollution – FAQs." Available at https://eia-international.org/ocean/plastic-pollution/legally-binding-agreement-on-plastic-pollution-faqs/#q01 (retrieved October 22, 2020); Farrelly 2019; Tessnow-von Wysocki, I., & Le Billon, P. (2019, October). "Plastics at sea: Treaty design for a global solution to marine plastic pollution." *Environmental Science & Policy*, *100*, 94-104.

[318] UNEP & NOAA. (2011, March 25). "The Honolulu Strategy: A global framework for prevention and management of marine debris." Available at https://marinedebris.noaa.gov/sites/default/files/publications-files/Honolulu_Strategy.pdf (retrieved October 22, 2020).

[319] Clean Seas. (n.d.). "About." Available at https://www.cleanseas.org/about#:~:text=UN%20Environment%20launched%20Clean%20Seas,fight%20against%20marine%20plastic%20pollution (retrieved October 22, 2020).

[320] Clean Seas. (n.d.). "Impact." Available at https://www.cleanseas.org/impact/surfing-wave-change-clean-seas-campaign-celebrates-two-years-action (retrieved October 22, 2020).

[321] Reuters. (2017, August 28). "Kenya brings in world's toughest plastic bag ban: Four years jail or $40,000 fine." *The Guardian*. Available at https://www.theguardian.com/environment/2017/aug/28/kenya-brings-in-worlds-toughest-plastic-bag-ban-four-years-jail-or-40000-fine (retrieved October 22, 2020).

[322] Clean Seas. (n.d.). "Tide turners: Volvo Cars." Available at https://www.cleanseas.org/tide-turners/companies/volvo-cars (retrieved from October 22, 2020).

[323] G20. (2017). "G20 action plan on marine litter." *G20 Germany 2017*, Hamburg. Available at http://www.g20.utoronto.ca/2017/2017-g20-marine-litter-en.pdf (retrieved October 22, 2020).

[324] G20. (2019, June 16). "G20 implementation framework for actions on marine plastic litter." *G20 Japan 2019*, Karuizawa Town, Japan. Available at http://www.g20.utoronto.ca/2019/2019-G20-Implementation-Framework-for-Actions-on-Marine-Plastic-Litter.html (retrieved October 22, 2020).

[325] Environmental Investigation Agency n.d.).

[326] Whiting, K. (2018, November 2). "This is how long everyday plastic items last in the ocean." *World Economic Forum*. Available at https://www.weforum.org/agenda/2018/11/chart-of-the-day-this-is-how-long-everyday-plastic-items-last-in-the-ocean/#:~:text=But%20it%20takes%20the%20ocean,to%20biodegrade%20in%20the%20sea. (retrieved October 30, 2020); and see Parker, L. (2019, August 23). "How the plastic bottle went from miracle container to hated garbage." *National Geographic*. Available at https://www.nationalgeographic.com/environment/2019/08/plastic-bottles/#:~:text=Engineer%20Nathaniel%20Wyeth%20patented%20polyethylene,cheaper%20alternative%20to%20glass%20bottles (retrieved October 31, 2020).

| LATEST | | | Covid and the transition from Democracy to Authoritarianism 5 days ago |



Plaintiff's Exhibit 346

Home   Covid-19   Covid Exposed   Politics   Climate   Vault   The Drug Economy   Podcasts   Contact



Covid-19 and the inhumanity of government

**Covid-19, Politics, The Vault**   March 31, 2021



Paul Dimattina says lockdowns are killing business in Victoria

**Covid-19, The Vault**   February 15, 2021



The pandemic & climate alarmism playbook link

**Covid-19, The Vault**   April 16, 2021

# Masks Simply Don't Work. The Truth about Covid-19 and Masks.

In **Covid-19, The Vault**   July 21, 2021   **Mike Ryan**   5308 Views   **7 comments**

There is scientific evidence that masks don't protect from Covid-19. Yet health officers, lobby groups and conflicted media perpetuate the Government lie.

Watch this video at www.asiapacifictoday.tv/unmasked-government-and-the-great-covid-lie

## Most Read



### 26 869

Covid is a global propaganda operation

August 4, 2021

### 5 308

Masks Simply Don't Work. The Truth about Covid-19 and Masks.

July 21, 2021

### 3 454

The truth about the Delta variant with Dr Peter McCullough

July 17, 2021

### 2 204

Sydney's top lawyer calls for urgent overhaul of covid-19 policies

July 17, 2021



34:51 / 34:51

21st July 2021 | 34:51

Recent Episodes



Science has evolved from SCIENCE to SCIENCE FICTION

**Covid Exposed, The Vault**
August 24, 2021



Covid and the transition from Democracy to Authoritarianism

**Covid-19, The Vault**  August 21, 2021



Whistleblower says at least 45,000 deaths from vaccines in USA

**Covid-19, The Vault**  August 6, 2021

Masks are being shamelessly used by our Governments as a Political prop. Masks are being used as a reminder of a frightening scourge enveloping us and Mandates are a tool of subjugation. There is ample scientific evidence that masks don't protect wearers from Covid19; and yet learned Public Health Officers, professional lobby groups and conflicted media perpetuate the Government lie.

From Sheep Station Creek in Queensland to Los Angeles County, mask hysteria rules.

It is simply cruel to force the elderly and young children to wear masks. Individuals should be free to choose, but Public Health officials should focus instead on the real risks of extended and unhygienic use of face masks and how to properly treat Covid-19.

Dr Babak Amin is a Consultant Anaesthetist with experience in the fields of Onco-Anaesthesia, major plastics, ENT, colorectal and robotic urological surgery. He has expertise in Peri-Operative Medicine and Cardio-Pulmonary Exercise Testing, as well as in optimising complex and frail patients prior to major surgery. He has completed many specialist courses such as the Difficult, Fibre-Optic and Surgical Airway courses.

Dr Amin has an ardent passion for health care innovation and is involved in developing and investigating Artificial Intelligence monitoring systems in critical care medicine. He is also passionate about medical education, and routinely teaches anaesthesia registrars, medical students and nurses.

Asia Pacific Today believes that your opinion is legitimate. And we believe that our guests have something to say and that their opinion is also legitimate. Throughout the week, Mike Ryan has discussions about politics, polarising issues, current events, and more. We really are connecting with people all over the world that simply speak their mind. There's new videos throughout the week, every week. And we also need our audience to grow. It would really help us grow if you could subscribe to our Channel.

7 comments

Share:



Plaintiff's Exhibit 347

**Masks, false safety and real dangers, Part 1:**
**Friable mask particulate and lung vulnerability**

Boris Borovoy, Colleen Huber, Q Makeeta

### Abstract

There is no biological history of mass masking until the current era.  It is important to consider possible outcomes of this society-wide experiment.  The consequences to the health of individuals is as yet unknown.

Masked individuals have measurably higher inspiratory flow than non-masked individuals.  This study is of new masks removed from manufacturer packaging, as well as a laundered cloth mask, examined microscopically.  Loose particulate was seen on each type of mask.  Also, tight and loose fibers were seen on each type of mask.  If every foreign particle and every fiber in every facemask is always secure and not detachable by airflow, then there should be no risk of inhalation of such particles and fibers.  However, if even a small portion of mask fibers is detachable by inspiratory airflow, or if there is debris in mask manufacture or packaging or handling, then there is the possibility of not only entry of foreign material to the airways, but also entry to deep lung tissue, and potential pathological consequences of foreign bodies in the lungs.

### Introduction

The nose and mouth are the gateways to the lungs for land vertebrates.  There is no known history of a species that has begun to voluntarily or involuntarily obstruct, partially obstruct or filter the orifices to their airways and lungs.   We have no biological history of such a species or how they would have adapted to or possibly survived such a novel practice.

However, recently, in mid-2020, throughout the world, in some countries far more than others, human self-masking has become commonplace, whether due to insistence by governments, requirement of employers, educational institutions and business-owners, or social pressures in one's immediate social circles.  The proximal reason behind these reasons is abundant fear and desire for protection from COVID-19 throughout the world in 2020.  People have been either coerced or otherwise pressured to wear "face coverings," allegedly for the purpose of "slowing the spread of COVID-19."  The general public's response is to use disposable surgical masks, and a wide variety of cloth masks and other cloth face coverings.  In the western hemisphere at least these facemasks had not been worn outside of certain hospital facilities, not outside of surgical settings and intensive care units of hospitals.

Prior research has overwhelmingly shown that there is no significant evidence of benefits of masks, particularly regarding transmission of viral infections, and that there are well-established risks.  Evidence from peer-reviewed clinical studies and meta-analyses on problems concerning the effectiveness and safety of masks are summarized in this article.[1]

Optimal oxygen intake in humans has been calculated in the absence of any obstruction to the airways.  The US Occupational Safety and Health Administration (OSHA) has determined that the optimal range of oxygen in the air for humans is between 19.5 and 23.5%.   In previous times, before the COVID-19 era,

OSHA required that any human-occupied airspace where oxygen measured less than 19.5% to be labelled as "not safe for workers."[2]  The percentage of oxygen inside a masked airspace generally measures 17.4% within several seconds of wearing.  It has been observed that maximal voluntary ventilation and maximal inspiratory pressure increase during lower availability of oxygen at ascent in altitude, [3] as well as for those who live at high altitude.[4]  Because oxygen is so essential to life, and in adequate amounts, humans and animals have developed the ability to sense changes in oxygen concentration, and to adapt to such challenges quickly.  The medulla oblongata and carotid bodies are sensitive to such changes.  Both lower ambient oxygen and increased ambient carbon dioxide stimulates ventilation, as the body quickly and steadfastly attempts to acquire more oxygen.[5]  As a compensatory mechanism, inspiratory flow is measurably higher in mask-wearers than in controls.[6]

The question then arises:  If inspiratory flow is increased over normal while wearing a mask, is every fiber attached to one's facemask secure enough not to be inhaled into the lungs of the mask-wearer?  Is it good enough for a majority of these fibers to be secure?  Or must every part of every mask fiber of every mask be secure at all times?


**Materials Used in Masks**

Inhaled cotton fibers have been shown to cause subpleural ground glass opacities at the surface of the visceral pleura, as well as centrilobular and peribronchovascular interstitial thickening, as well as fibrous thickening of peribronchiolar interstitium.  It was found by spectral analysis by infrared spectrophotometry that the foreign bodies in the lungs had an identical pattern to that of cellulose, which must have come from the inhaled cotton fibers.[7]  Cotton and even silk may contribute to COPD in textile workers.  Byssinosis is a pulmonary syndrome related to textile work.  When textile workers were exposed to organic dusts from textiles in the workplace, both reversible and irreversible pulmonary conditions, such as asthma and COPD developed.[8]  It should be remembered that unmasked textile workers would not have such high inspiratory flow as masked individuals.

Therefore, there is even more need that the fibers, debris and other particulate attached to cloth masks would stay entirely intact; every fiber, and every part of every fiber, and throughout every breath, at all times, even down to the size of nanometers.

Disposable surgical face masks are made of synthetic fibers, including polymers such as polypropylene, polyurethane, polyacrylonitrile, polystyrene, polycarbonate, polyethylene or polyester.  There is an inner layer of soft fibers and a middle layer, which is a melt-blown filter, as well as a water-resistant outer layer of nonwoven fibers.[9]  This study shows FT-IR spectra of the degrading fibers of disposable masks. It found that disposable face masks "could be emerging as a new source of microplastic fibers, as they can degrade/fragment or break down into smaller size/pieces . . . .  [10]


Research on synthetic fibers has shown a correlation between the inhalation of synthetic fibers and various bronchopulmonary diseases, such as asthma, alveolitis, chronic bronchitis, bronchiectasis, fibrosis, spontaneous pneumothorax and chronic pneumonia.  Cellular proliferation made up of histiocytes and fibroblasts were found in the lungs of those exposed to synthetic fibers in ambient air. Focal lesions in the lungs showed granulomas and collagen fibers containing both fine dust and long fibers.  Some of the lung illnesses from this exposure could be reversed, while others had already proceeded to pulmonary fibrosis.[11]

Bioburden of masks has also been established.  This study found bioburden on each type of mask studied, even after first use in a surgical environment.  Speaking while wearing masks resulted in a significantly higher bioburden cultured from the face side of a mask.[12]


**Possible Risk of Pulmonary Fibrosis**

Pulmonary fibrosis is among the worst diseases that can be suffered or witnessed.  It kills exceedingly slowly, by ever-thickening matrix formation, a kind of scar tissue, obstructing the alveoli and reducing their air exchange.  The illness worsens slowly over time, and suffocates the victim very gradually. Nothing is available to the sufferer from conventional medicine.  Neither medication nor radiation can undo the damage of the fibrous matrix laid down in the lungs' tissue.  Similarly, surgery is not available to eliminate the insidious, suffocating mesh that painstakingly takes the life of the unfortunate patient. Neither is any known cure available in the realm of natural or alternative medicine.  Neither nutrient, herb, nor any other known treatment can even reduce the fibrogenesis, let alone eliminate it.  The 5-year survival rate is only 20%.[13]  The only remedy against this scourge is diligent prevention of small and microscopic inhaled foreign bodies.

Inhaled particles, particularly nanoparticles, can begin the process of pulmonary fibrosis by forming free radicals such as superoxide anions.  The resulting oxidative stress promotes inflammatory responses and surface reactivity.[14]  The pathogenesis of idiopathic pulmonary fibrosis begins when Type 2 alveoli are injured and epithelia is not fully healed.  Interstitial fibroblasts differentiate into myofibroblasts, which gather in fibrotic foci and form fibers with contractile properties.[15]  This is followed by synthesis and deposit of extracellular matrix, which seems to be key in suffocating the air exchange of alveoli.

Particles of nanometer to micrometer size have been implicated as causative agents in pulmonary fibrosis.[16]  Airborne inhaled nano-size particles are especially dangerous for the lungs, but are small enough to undergo transcytosis across epithelial and endothelial cells to enter blood and lymph, reaching the cardiovascular system, spleen, bone marrow, and have been observed to travel along axons and dendrites of the central nervous system and ganglia, a phenomenon that has been known for decades.[17]

Inhaled particles of 20 nm have deposited, more than other sizes of nano-particles, in the alveolar region, during nose-breathing of a person at rest.[18]


**Methods**

We examined microscopically the concave face side of a variety of new masks, taken directly out of their packaging from the manufacturer, not yet worn.  However, the cloth mask below was worn for one day, and then laundered, and never worn again.

The following are the types of masks and the macroscopic view of the face side of each:

3



| Cup mask | | Cloth mask, worn one day, then laundered, and not used again | |
| N-95 mask #1 | | N-95 mask #2 | |
| Surgical mask | | | |

The following photos were taken of the same masks at 40x to 100 x magnification.
Higher resolution photos from other sources are in Appendix A.

On the other hand, when masks are used, particulate and fibers may become further loosened.  The following photo shows a lightly used hospital face mask illuminated by a consumer LED flashlight.



**Results**

A variety of face masks were examined macroscopically and microscopically. Each type of new, just unpackaged mask showed particulate matter and/or unidentified fibers.  The first N-95 showed the fewest loose particles.  All of the masks showed partially loose fibers in nearly every visual field.  The cloth mask had been used previously but was laundered and then not used again.  This also showed loose fibers dangling from the woven fabric of the mask, as well as particulate debris.  The cloth mask had more loose fibers than the others, typically 4 or 5 partially loose or dangling fibers that were compressible toward the weave in each visual field.

The unclean appearance surrounding the oval shapes of the surgical mask may be due to an artifact of the thermal processing of mask textile.  This may be some drops of melted polyethylene or other polymer plastic.

**Conclusion**

Surgical personnel are trained to never touch any part of a mask, except the loops and the nose bridge.  Otherwise, the mask is considered useless and is to be replaced.  Surgical personnel are strictly trained not to touch their masks otherwise.  However, the general public may be seen touching various parts of their masks.  Even the masks just removed from manufacturer packaging have been shown in the above photos to contain particulate and fiber that would not be optimal to inhale.

Both cotton and polymer clothing have been well-tolerated without pathology when covering any other part of the body, except over the only entry points/gateway to the respiratory system.  Inhalation risks,

such as the constant ventilation of the respiratory process, increased by the greater effort to attempt to fulfill bodily oxygen needs, with mostly and closely covered orifices are of great concern for those who would want to protect pulmonary health, without inhalation of unwanted particulate.  When partial airway obstruction, i.e. masking, is added, deeper and more forceful breathing occurs.  When this phenomenon is combined with the particles found herein on microscopic examination of the face side of newly unpackaged, never worn masks, there can arise the risk of a dangerous level of foreign material entering lung tissue. Furthermore, worn masks can only either lose these particles to lodge in the lungs of the wearer, or they would accumulate during use, to the burden (both biological and debris) of non-mask material carried on the inside of the mask.

Further concerns of macrophage response and other immune and inflammatory and fibroblast response to such inhaled particles specifically from facemasks should be the subject of more research.

If widespread masking continues, then the potential for inhaling mask fibers and environmental and biological debris continues on a daily basis for hundreds of millions of people.  This should be alarming for physicians and epidemiologists knowledgeable in occupational hazards.

**About the authors:**

Boris A Borovoy, MPH has a Master in Public Health from Moscow Medical Academy.

Colleen Huber, NMD is a Naturopathic Medical Doctor, and has been writing articles regarding COVID-19 topics for Primary Doctor, on https://www.primarydoctor.org/public-health.

Q Makeeta, DC graduated from Pennsylvania College of Chiropractic.

**Appendix A**

The following are higher resolution microscopic photos of masks, with links to the sources of the photos.

Disposable surgical masks, with scanning electron microscope views.



http://atm.amegroups.com/article/view/32465/html
http://cdn.amegroups.cn/journals/amepc/files/journals/16/articles/32465/public/32465-PB4-7346-R1.png

12

Cotton cloth photo at 40x magnification



https://i.pinimg.com/originals/8e/cf/29/8ecf29ee6e2062ed0d92313042e58dd3.jpg

N-95 Respirator, at 20 micron resolution, scanning electron microscope



https://groups.oist.jp/sites/default/files/imce/u92/fmask/SEM200mu.png

---

[1] C Huber. Masks are neither effective nor safe: A summary of the science. Jul 6 2020. Primary Doctor.
https://www.primarydoctor.org/masks-not-effect

[2] Occupational Safety and Health Administration (OSHA), US Department of Labor.  Confined or enclosed spaces
and other dangerous atmospheres.
https://www.osha.gov/SLTC/etools/shipyard/shiprepair/confinedspace/oxygendeficient.html

13

[3] S Sharma, B. Brown.  Spirometry and respiratory muscle function during ascent to higher altitudes.  Lung.  Mar-Apr 2007.  185 (2): 113-21.  doi: 10.1007/s00408-006-0108-y  https://pubmed.ncbi.nlm.nih.gov/17393241/

[4] S Malik, I Singh.  Ventilatory capacity among highland Bods: a possible adaptive mechanism at high altitude.  Ann Hum Biol. Sep-Oct 1979.  6 (5) 471-6.  doi: 10.1080/03014467900003851  https://pubmed.ncbi.nlm.nih.gov/533244/

[5] W Williams.  Physiological response to alterations in [O2] and [CO2]: relevance to respiratory protective devices.  J Int Soc Resp Protection.  National Institute for Occupational Safety and Health (NIOSH). 27 (1): 27-51. 2010.  https://www.isrp.com/the-isrp-journal/journal-public-abstracts/1154-vol-27-no-1-2010-pp-27-51-wiliams-open-access/file

[6] I Holmer, K Kuklane et al.  Minute volumes and inspiratory flow rates during exhaustive treadmill walking using respirators.  Ann Occup Hygiene. 51 (3): 327-335. Apr 2007.  https://doi.org/10.1093/annhyg/mem004  https://academic.oup.com/annweh/article/51/3/327/139423

[7] H Kobayashi, S Kanoh, et al.  Diffuse lung disease caused by cotton fibre inhalation but distinct from byssinosis.  Thorax. Nov 2004.  59 (12).  https://thorax.bmj.com/content/59/12/1095

[8] P Lai, D Christiani.  Long-term respiratory health effects in textile workers.  Curr Opin Pulm Med.  Mar 2013.  19 (2): 152-157.   doi: 10.1097/MCP.0b013e32835cee9a  https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3725301/

[9] O Fadare, E Okoffo. Covid-19 face masks: A potential source of microplastic fibers in the environment.  Sci Total Environ.  Oct 1 2020. 737:140279.  doi: 10.1016/j.scitotenv.2020.140279  https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7297173/

[10] Ibid O Fadare, E Okoffo.

[11] J Cortez Pimentel, R Avila et al.  Respiratory disease caused by synthetic fibers: a new occupational disease.  Thorax.  1975. 30 (204): 205-19.  https://www.ncbi.nlm.nih.gov/pmc/articles/PMC470268/pdf/thorax00140-0084.pdf

[12] Z Liu, D Yu, et al.  Understanding the factors involved in determining the bioburdens of surgical masks.  Ann Trans Med. Dec 2019.  7 (23).   http://atm.amegroups.com/article/view/32465/html

[13] W Wuyts, C Agostini, et al.  The pathogenesis of pulmonary fibrosis: a moving target.  Eur Rep J. 2013 (41): 1207-1218.  DOI: 10.1183/09031936.00073012   https://erj.ersjournals.com/content/41/5/1207

[14] G Oberdorster, E Oberdorster, et al.  Nanotoxicology: An emerging discipline evolving from studies of ultrafine particles.  Environ Health Perspect. Jul 2005.  113(7): 823-839.  doi: 10.1289/ehp.7339  https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1257642/

[15] C Scotton, R Chambers.  Molecular targets in pulmonary fibrosis: the myofibroblast in focus.  Chest. Oct 2007.  132 (4) 1311-21.  doi: 10.1378/chest.06-2568.  https://pubmed.ncbi.nlm.nih.gov/17934117/

[16] J Byrne, J Baugh.  The significance of nanoparticles in particle-induced pulmonary fibrosis.  McGill J Med.  Jan 2008.  11 (1): 43-50.   https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2322933/

[17] D Bodian, H Howe.  Experimental studies on intraneural spread of poliomyelitis virus.  Bull Johns Hopkins Hops.  1941a; 69:248-267.   https://www.cabdirect.org/cabdirect/abstract/19422700792

Plaintiff's Exhibit 348

**PDMJ**

**Primary Doctor**
Medical Journal

**Masks, false safety and real dangers, Part 2:**

## Microbial challenges from masks

Winter 2020

October 9, 2020.
Completed peer-review and revised, October 15, 2020

https://pdmj.org/papers/masks_false_safety_and_
real_dangers_part2/

Boris Borovoy,[i] Colleen Huber,[ii] Maria Crisler[iii]

Copyright to each article published by
PDMJ.org is retained by the author(s).

**Abstract**

Face masks have come into common use in many countries since mid-2020, for all age groups. Some aspect of this may be voluntary, but certainly much of this use is either accompanied by force, threats, subtle coercion, or a continuum of subtle to fierce societal pressures on the individual to conform to mask-wearing. From widespread fear of COVID-19, associated with the virus named SARS-CoV2, mask-wearing is recently assumed by many to be a prudent measure against contagion. In this paper, the second in our series, we continue our examination of the potential hazards of masks, in which we now turn attention to microbial contamination from masks and mask use, changes in oral and nasal microbiota, and potential risks to the lungs and other organ systems from microbial factors. Because widespread masking is a very new society-wide experiment, the impact of this experiment, the obstruction of airways from free breathing and a typical air exchange interplay with oral microbiota is not yet known. Furthermore, the effects of such changes in the lungs and beyond are not yet known. This paper will explore some considerations of these changes, by examining mask effectiveness against transmission, historical evidence of epidemiology from the 1918-1919 pandemic, microbial contamination, respiratory disease and the role of oral bacteria in systemic disease; and infections involving fungi, yeast, and molds. Compiling statistical and scientific evidence from these subjects alone should help equip any individual with adequate information on risks and benefits when choosing whether to wear a mask.

[i] Boris A Borovoy, MPH has a Master in Public Health from Moscow Medical Academy.
[ii] Colleen Huber, NMD is a Naturopathic Medical Doctor and Naturopathic Oncologist (FNORI), writing on topics of masks, COVID-19, cancer and nutrition.
[iii] Maria Crisler is a microbiologist.

1

**Are masks effective in preventing transmission of infection and are there unintended consequences when wearing them?**

Face masks have been adopted by the public of several countries in 2020, with astonishing speed. Conflicting instructions from public health authorities left individual citizens unsure of whether to wear a mask, such that relying on gathered commentary from media and acquaintances in order to make such a decision has become standard. When an individual's preferences are not well formed, merely observing another person makes the option chosen by the other person a social default, that is more likely to be chosen by the observer also.[1]

Concerns regarding use of masks among the public have been voiced by many medical professionals. Over 2,000 Belgian medical professionals, including hundreds of medical doctors, have urged prevention of COVID-19 by means of strengthening natural immunity. Their recommendations, among other measures, include specifically to exercise in fresh air *without a mask.* [2] A number of reasons for this concern have been raised. In this paper, we will examine specifically microbial concerns with regard to mask-wearing.

Masks have been shown through overwhelming clinical evidence to have no effect against transmission of viral pathogens.[3] Penetration of cloth masks by viral particles was almost 97% and of surgical masks was 44%.[4] Even bacteria, approximately ten times the volume of coronaviruses, have been poorly impeded by both cloth masks and disposable surgical masks. Face masks became almost ineffective after two hours of use, and after 150 minutes of use, more bacteria was emitted through the disposable mask than from the same subject unmasked.[5] One must wonder, if new masks worn by healthcare workers, that are soiled by wear during a work shift, transmit more bacteria to patients than from an unmasked healthcare worker, then what is happening to the lungs of the mask-wearer?

Use of personal protective equipment (PPE) has long been debated for healthcare workers regarding their interactions with patients who are carrying highly pathogenic organisms, and this study found about half of even trained healthcare workers in clinical settings make at least one protocol deviation in donning and doffing PPE.[6] Certainly the general public without such training is likely to have a higher rate of similar or more egregious errors in PPE protocol. Masks have been determined to be unnecessary even in surgical settings, and of no benefit in preventing infections.[7] In fact, "The rate of wound infections [while unmasked] was less than half what it was when everyone wore masks." Oral microbial flora dispersed by unmasked healthcare workers standing one meter from the workspace failed to contaminate exposed plates on that surface.[8]

Let us also examine the entire surface area of the masked person when considering that person's potential for transmitting pathogens. Facemasks generally only cover the lower half of the face, which we know from studying burn victims is less than 2% of the entire body surface area.[9] We know that numbers of airborne bacteria expelled from the upper airway are insignificantly small compared with the volume of bacteria shed from the skin.[10] The bacteria

2

shed from the skin of mask wearers was found to create more contamination than from non-mask wearers, presumably due to shifting, wiggling and increased rubbing and exfoliation.[11] [12]

The challenge to the masked person is that the lungs normally expel bacteria with freely exhaled breath, a necessary exhaust system not previously challenged throughout human or even vertebrate history with deliberate obstruction. In this paper we also explore both the effect of masks on microbial transmission as well as the risks and demonstrated problems of re-directed and re-inhaled bacteria and other microbes into the airways.

### Are masks effective in preventing transmission of COVID-19 in particular?

COVID-19 is a remarkably low transmissibility disease. This paper shows patterns of transmission to close contacts from those who tested positive for SARS CoV2 in New South Wales high schools and primary schools. From 18 initial positive tests, only 2 out of 863 close contacts tested positive as a secondary case.[13]

In July 2020, the Council of Foreign Relations conducted a survey of 25 countries, with the following question to their citizens:

"Have you always worn a face mask outside the home in the last seven days?" The "Yes" responses ranged from 1% in Finland and Denmark, to 93% in Singapore.[14]

We then examined each of the same 25 countries for prevalence of mask use versus Covid-19 deaths per 1 million population. This data was gathered from Worldometers statistics.[15] That data is shown in Table 1, also represented in Graph 1.

### Table 1

|  | % mask use over<br>Jul 6-12, 2020<br>from CFR survey | Covid deaths<br>per 1M pop, at 10/7/2020<br>from Worldometers |
|---|---|---|
| Singapore | 93 | 5 |
| Philippines | 92 | 54 |
| Brazil | 90 | 694 |
| UAE | 89 | 44 |
| India | 88 | 76 |
| Spain | 87 | 696 |
| Mexico | 86 | 637 |
| Hong Kong | 85 | 14 |
| Thailand | 82 | 0.8 |
| Indonesia | 80 | 42 |
| Italy | 79 | 597 |
| Saudi Arabia | 79 | 142 |

3

| Malaysia | 76 | 4 |
|---|---|---|
| Vietnam | 68 | 0.4 |
| China | 67 | 3 |
| United States | 65 | 653 |
| Germany | 63 | 115 |
| Taiwan | 59 | 0.3 |
| France | 52 | 497 |
| United Kingdom | 22 | 625 |
| Australia | 12 | 35 |
| Norway | 3 | 51 |
| Sweden | 3 | 582 |
| Denmark | 1 | 114 |
| Finland | 1 | 62 |

**Graph 1**



Covid deaths per 1M pop, at 10/7/2020 from Worldometers



As we see from the above data, ==there was no significant correlation with mask use and either increase or reduction of deaths from COVID-19; thus masking could not have caused a significant reduction in deaths.  In fact, two of the countries with the highest COVID-19 deaths also had high rates of mask use: Spain at 87% mask use and Brazil at 90% mask use.==  Again, masking could not have caused a significant reduction in deaths.

4

Another table presented from Worldometers data also demonstrates the rate of positive COVID-19 PCR tests per one million population in the same 25 countries surveyed. This data is reported in Table 2 and Graph 2.

**Table 2**

|  | % mask use over Jul 6-12, 2020 from CFR survey | Total + PCR tests per 1M pop, at 10/7/2020 from Worldometers |
|---|---|---|
| Singapore | 93 | 9866 |
| Philippines | 92 | 2998 |
| Brazil | 90 | 23378 |
| UAE | 89 | 10264 |
| India | 88 | 4938 |
| Spain | 87 | 18654 |
| Mexico | 86 | 6146 |
| Hong Kong | 85 | 385 |
| Thailand | 82 | 52 |
| Indonesia | 80 | 1151 |
| Italy | 79 | 5525 |
| Saudi Arabia | 79 | 9661 |
| Malaysia | 76 | 431 |
| Vietnam | 68 | 11 |
| China | 67 | 59 |
| United States | 65 | 23385 |
| Germany | 63 | 3708 |
| Taiwan | 59 | 22 |
| France | 52 | 10006 |
| United Kingdom | 22 | 8006 |
| Australia | 12 | 1063 |
| Norway | 3 | 2742 |
| Sweden | 3 | 9557 |
| Denmark | 1 | 5297 |
| Finland | 1 | 1993 |

5

**Graph 2**



Total + PCR tests per 1M pop, at 10/7/2020 from Worldometers

Contrary to data in table 1, we do see a significant trend in table 2. Curve-fitting a trend line, we see a positive slope for this line of 37.536. That is, for every increased percentage point of mask use in a country, there were an average of 37.536 additional positive PCR tests per one million population. This shows that masking has not accomplished the advertised function of reducing the number of positive PCR tests, but rather seems to be correlated with an increased number of positive PCR tests for COVID-19.

### The historical role of bacteria in a viral pandemic

It is not at all an anomaly for fatal pneumonia to follow coronavirus infections.[16] Indeed, historical data support a correlation between pandemic and bacterial pneumonia. It is thought that the majority of deaths in the 1918-1919 pandemic "likely resulted directly from secondary bacterial pneumonia caused by common upper respiratory-tract bacteria." [17] Histopathology of lung tissue sections from that time reveal, "in virtually all cases, compelling histologic evidence of severe acute bacterial pneumonia, either as the predominant pathology or in conjunction [with influenza]." Histological evidence revealed presence of bacterial pneumonia, including bronchopneumonia. Lobar consolidation characteristic of pneumococcal pneumonia, as well as pathognomonic characteristics of streptococcal and staphylococcal pneumoniae were found. In fact, there were no negative lung culture results in any of the specimens. "Bacteria were commonly observed in the sections, often in massive numbers." In fact the bacterial damage was extensive. Vasculitis, capillary thrombosis and necrosis surrounding areas of bronchiolar damage were found. And "without this secondary bacterial pneumonia, experts generally believed that most patients would have recovered."[18]

Interestingly the above-cited paper that found a majority of 1918-1919 pandemic deaths to be from bacterial pneumonia was co-authored by Anthony Fauci, MD who has been tasked with advising the US on proper response to the 2020 COVID-19 pandemic, yet he has not publicly discussed this precedented risk of bacterial pneumonia in 2020, even having performed extensive research himself.  It is also known that the 1918-1919 pandemic was the last time that human societies experimented with widespread long-term masking.  As now, healthy people were made to wear masks, and it is thought by some that there would have been no pandemic in 1918 without masking.  Are we repeating known mistakes from our history and what are the consequences?

The cities of Stockton CA and Boston MA were compared as follows during that pandemic.[19]

''**Masks**:   The wearing of proper masks in a proper manner should be made compulsory in hospitals and for all who are directly exposed to infection.   It should be made compulsory for barbers, dentists, etc. The evidence before the committee as to beneficial results consequent upon the enforced wearing of masks by the entire population at all times was contradictory, and it has not encouraged the committee to suggest the general adoption of the practice.   Persons who desire to wear masks, however, in their own interests, should be instructed as to how to make and wear proper masks, and encouraged to do so.



WEEKS ENDING SATURDAY NIGHT

FIG. 17.   Stockton, California, and Boston, Massachusetts.   Comparative death rates per 100,000 population, by weeks.   The use of masks was made compulsory in Stockton, but not in Boston.

One historian writes, "The quarantine, isolation and mask-wearing failed to diminish the spread of the influenza.  Instead the practices likely increased fatality and had disastrous economic consequences.  The medical policy of 1918 was contrary to the medical science of 1918, and the destructive practices of quarantine, isolation and mask-wearing were largely abandoned."[20]

The harm extended to the next generation.  Subsequent health outcomes included increased prevalence of heart disease in infants born in 1919. [21]

8

**Microbial contamination of and from masks**

Bacteria are on average ten times the size of viruses, particularly coronaviruses, and have less penetration through masks.[22] Therefore, at least part of the re-circulated flow of bacteria in aerosolized and droplet exhalation does not escape the vicinity of the oral and nasal environment. Bacteria and other microbes are not only retained in this space, but masks themselves are warm, moist repositories of these microbes.

Laboratory testing of used masks from 20 train commuters revealed that 11 of the 20 masks tested contained over 100,000 bacterial colonies. Molds and yeasts were also found. Three of the masks contained more than one million bacterial colonies.[23] Because such particles have been cultured from masks, they are expected to remain fully available to the airways while a mask is worn.

The outside surfaces of surgical masks were found to have high levels of the following microbes, even in hospitals, more concentrated on the outside of masks than in the environment.[24] Staphylococcus species (57%) and Pseudomonas spp (38%) were predominant among bacteria, and Penicillium spp (39%) and Aspergillus spp. (31%) were the predominant fungi. These correlated with the same bacteria and fungi found in samples of the ambient air where the masks were worn.[25]

Evidence is still not abundant of injury from mask-carried microbes due to the experimental and newly adopted practice of widespread masking. Even in Asia, where public use of masks had been more common than in the west, masks were generally only worn by those who had to travel in public while suffering a respiratory illness or those suffering from seasonal pollen allergies. Without regard to the 1918-1919 epidemic, widespread masking is new again in 2020.

We further demonstrate absence of evidence is not evidence of absence. Decades of clinical evidence have attributed a variety of moderate and severe pathologies to microbes that originate in the mouth and nose, as we discuss in this paper.

The mechanism of pathology originating from masks is likely as follows: Microbe-carrying droplets, trapped in masks, stay damp while the mask is worn, whereas without a mask, exhaled droplets and aerosol are known to dry quickly. In the continually damp environment of the mask, bacteria start to proliferate, are re-inhaled and then transferred throughout the body, as discussed below.

Bacteria are exhaled through masks at an increasing rate over the time of use.[26] Outward penetration of masks by bacteria is made worse by the plosive force of coughing, sneezing and talking loudly. Scatter mechanics from the mesh of the mask and resulting chaotic collisions of aerosolized droplets in turn produce a wider contaminated airspace outside the masked mouth than outside the unmasked mouth, in the same way that a screen placed under a faucet disperses the water falling through it.

9

Cloth mask wearers had significantly higher influenza-like illness when compared to unmasked.[27]  This meta-analysis found no benefit of masks against transmission of laboratory-confirmed influenza, in analysis of 14 randomized controlled trials.[28]

James Meehan MD reports seeing patients clinically that have facial rashes, fungal infections, bacterial infections.  "Reports coming from my colleagues from all over the world, are suggesting that the bacterial pneumonias are on the rise."  Dr. Meehan reports that this is "because untrained members of the public are wearing medical masks repeatedly . . . in a non-sterile fashion."[29]

Recently, a group A strep throat outbreak of unusual size in Michigan public schools where masks are mandatory was reported during the week before this writing.[30]  A number of factors may be involved in this outbreak. Not only are students being forced to wear masks, but also schools were closed during lockdown long enough to possibly allow buildup of microbes in their ventilation systems. The problem may be compounded by masks damaging immunity, not being properly washed, poor training of PPE use, or even trapping Streptococcus while forcibly trying to inhale and exhale. After all, deeper inhalation, as we know happens with mask wearing, could have produced a concerning health hazard.

What may be an even more intractable health hazard is the vast range of possibilities where normally colonized strains of oral and nasal bacteria interact with newer virulent strains in the favorable incubating environment of face masks.  The possibility of superstrains and their consequences in the population will likely eclipse the effects and the incidence of the relatively mild COVID-19 virus (estimated IFR 0.015[31]),, as we have seen from the autopsies discussed above of the 1918-1919 pandemic victims.


### Respiratory diseases from oral bacteria

CPAP has been used for decades, but universal masking is very new.  We know that wearing the CPAP mask has led to life-threatening Legionella pneumonia as well as Streptococcus infections.[32]  This disproves the hypothesis that microbial growth on masks is always benign.

Aspiration pneumonia is a consequence of oral bacteria aspirated into the lungs.  The teeth and gums are reservoirs for respiratory pathogens.[33] [34] Oral dysbiosis is a disordered ecosystem of commensal as well as pathogenic bacteria in the mouth.  Dental caries and periodontal disease are common results of such dysbiosis.  One dental practice estimates that 50% of their patients are suffering from mask-induced dental problems, including decaying teeth, receding gum lines and "seriously sour breath."[35]  The dentists theorize that these new oral infections are mostly caused by the tendency for people to mouth-breathe while wearing a mask, which is not consistent with the evolution of the form and functionality of the airways of humans or any other species.

10

https://pdmj.org/papers/masks_false_safety_and_real_dangers_part2/

The oral flora is known to comprise over 700 bacterial species, inhabiting the epithelial debris, nutrients and oral secretions in the oral environment. Streptococci, lactobacilli and staphylococci are among the most common of these bacteria. Together, they comprise the biofilm that coats the surfaces of the oral cavity. Clearly, the bacteria benefit from the host, but the host may also benefit from the bacteria and contribute to our immunity by the production of secretory antibodies against new pathogens. The commensal relationship of oral flora with the host is generally benign and stable, unless the same bacteria achieve access to deeper tissues and blood. A number of serious and life-threatening diseases result when this happens.

Bacteria that live in the mouth and upper respiratory tract may be aspirated and cause infection in the lungs. We know that mask-wearers have greater inspiratory flow than non-mask wearers.[36] This is presumably due to the hypoxic condition of mask obstruction to the airways. As a result, microbes may be more likely to be aspirated while wearing a mask than not wearing one.

Damage to the airways results from bacterial colonization. When bacteria localize to the site(s) of infections in the respiratory tract and induce local airway inflammation, epithelial damage results. Such damage only requires bacterial colonization of the airways to begin this process, and to progress to bacterial-induced chronic airway inflammation.[37] This process begins with resident bacteria in oral secretions being aspirated and then adhering to the respiratory epithelium. These stimulate cytokine production and inflammation.[38]

In fact, the very same periodontopathic bacteria are involved in the pathogenesis of respiratory diseases. These may be some of the diseases implicated in COVID-19.[39] Conversely, oral hygiene measures have correlated with improved outcomes in pneumonia patients[40] and those generally with respiratory tract infections, [41] as well as other lung diseases, such as COPD.[42]

Infections don't only take hold from one species of pathogenic microbes. A pathogenic synergy can result in the flourishing of a particular pathogen. This was found to be the case with Aggregatibacter actinomycetemcomitans together with Streptococcus gordonii, both of which are commonly found in the mouth and in its abscesses.[43] With the concentration and culturing of microbes on the surface of a mask, is this pathogenic synergy made more likely while wearing a mask?

### Systemic diseases from oral and nasal bacteria

When oral bacteria gain access to blood and deep tissues, they may cause pneumonia, abscesses in lung tissue, subacute bacterial endocarditis, sepsis and meningitis. [44] It is important to consider that endocarditis can be a lifelong infection. Strep pyogenes bacteria has been observed for decades to cause irreversible fibrosis in heart tissue long after the bacteria were no longer found.[45] This bacteria is known by many as "flesh eating strep". Former Streptococcus infections that had seemingly resolved a long time ago may still be positive in an

11

Antistreptolysin O test. For years afterward, flares of toxins can be released in the body at times of stress or secondary infection and cause debilitating symptoms.

Additionally Type 2 diabetes, hypertension, and cardiovascular diseases have been the result of oral bacteria gaining access to deeper tissue.[46] These are among the diseases reported as co-morbidities associated with an increased risk of death attributed to COVID-19. COPD[47] and in this enormous study, cancer can also result simply from the access of oral bacteria to deeper tissue.[48]

Immune-mediated inflammatory disorders, commonly known as auto-immune diseases are correlated with oral dysbiosis. We know that transient bacteria from an oral infection or a dental procedure can gain access to the blood for systemic circulation. Those bacteria can produce toxins that trigger tissue damage or other pathological changes. These molecules may react with antibodies that produce large complexes, which are associated with acute and chronic inflammatory changes.[49] [50] Such auto-immune diseases as rheumatoid arthritis, systemic lupus erythematosus and Sjogren's syndrome all have features of oral dysbiosis.[51]

Autoimmune encephalitis occurs when microbes access brain tissue, triggering neurological or psychiatric symptoms. This complex of diseases include basal ganglia encephalitis, and can be triggered by bacterial, viral and fungal infections. Some of the most pernicious of this group of diseases is pediatric autoimmune neuropsychiatric disorders associated with streptococcal infections (PANDAS). Group A Streptococcus (GAS) is a very common illness, and the most common bacterial infectious agent of sore throat, "strep throat," and is one of the microbial agents involved in PANDAS. GAS causes one million to 2.6 million cases of strep throat each year.[52]

Repeated infections in the nasal cavity can lead to Th1 and Th17 lymphocytes in the surrounding nasal tissue. These are pro-inflammatory and target host cells in a misdirected immune response. The Th17 cells travel into the brain along the olfactory nerves, through the cribriform plate from the nose or throat or palate and into the brain. These in turn stimulate cytokines, which then stimulate microglia. The endothelial cells in the blood brain barrier are broken down by damaging both the tight junctions in the endothelium, and by increasing transcytosis of auto-antibodies that are circulating in the blood to access the brain. This mechanism has been shown to lead to the abrupt onset of neurological and psychiatric symptoms associated with the PANDAS diagnosis.[53]

Our nasal passages are colonized by Staphylococcus bacteria, among other organisms. Under typical circumstances, these pose no threat to the individual; however, Mayo Clinic has warned, (although this statement has now been erased from their site):

> *"A growing number of otherwise healthy people are developing life-threatening staph infections because of mask wearing."[54]*

12

One of the risks of mask wearing is that masks maintain bacteria in greater numbers and for a longer period of time. This increases the risk of those bacteria entering the respiratory system and/or blood stream through micro wounds.

The following are some of the diseases and conditions that may result. Bacteremia is a condition in which bacteria can travel to internal organs, muscle, bone and prosthetic devices. Toxic shock syndrome is a condition in which some strains of Staphylococcus produce toxins that create high fever, nausea, vomiting and other symptoms. Septic arthritis occurs when staph bacteria infect the joints, which may result in pain, swelling and fever.

The risk of pericarditis caused by staphylococcus has been known since at least 1945.[55] This life-threatening disease has been treated with prolonged antibiotic therapy and aggressive drainage of the pericardium,[56] and, in severe cases, surgical resection of the pericardium.[57] Purulent pericarditis is the most serious consequence of bacterial pericarditis, and is always fatal if untreated. Even in treated patients the mortality rate is 40%.[58]

Streptococcus is a commensal organism of the oral mucosa, and is the most common infective agent causing endocarditis.[59] It is not so unusual for oral Streptococci to gain access to the bloodstream, and oral Streptococci comprise more than half of colonies cultured from blood following dental procedures. "Oral streptococcal bacteremia is frequently associated with the development of septic shock and death."[60]

Cardiovascular and rheumatological outcomes from mask-wearing are unlikely to be realized in the United States for at least several months due to the recentness of mask wearing; although we can learn from the history of prevalence of cardiovascular disease many years after the 1918-1919 forced masking pandemic described previously. These are enormous concerns on the horizon for future public health considerations.

Oral bacteria, with added color, under scanning electron microscope.
https://www.dailymail.co.uk/sciencetech/article-3549713

13



**Infections involving fungi, yeast and molds**

Aspergillosis is an infection of the lungs by the spores of the Aspergillus fumigatus fungus. These spores are ubiquitous in the environment, indoors and outdoors, and are usually harmless. There are many environmental sources of Aspergillus. Decaying leaves and compost in the outdoors around trees and plants, as well as indoors in bathrooms are common locations of Aspergillus. These spores may be inhaled by those with weakened immune systems and can be a cause or a result of bronchiectasis.[61] This is a chronic airway infection syndrome, and as indicated above, a risk from inhaled fibers. Fungal fibers may be inhaled and accumulate as fungal balls known as aspergillomas. At its worst, Aspergillosis can proceed to systemic infection, with consequences to the brain, heart and kidneys. Invasive aspergillosis spreads rapidly and may be fatal.

Aspergillus as well as candida also produce gliotoxins, which are immunosuppressive toxins that in turn enable proliferation of candida. The mechanism of immunosuppression appears to be by alteration of the structure and function of PMN neutrophils.[62]

It is possible that a warm moist environment, such as a mask worn outdoors or in bathrooms may pick up and harbor fungal spores as well as particulate and/or loose fibers. This is normally not a concern for a healthy person or an unmasked person. When mold spores are inhaled by a healthy person, immune system cells surround and destroy them. Masks provide an alternative environment whereby mold and fungi are held and trapped beyond typical airborne levels. When maintained over the airways, this can create a risk for the mask-wearer. Simply, if the masks retain fungal spores, these may be dislodged with inhalation.

14

### Conclusion

Masks have been shown consistently over time and throughout the world to have no significant preventative impact against any known pathogenic microbes. Specifically, regarding COVID-19, we have shown in this paper that mask use is not correlated with lower death rates nor with lower positive PCR tests.

Masks have also been demonstrated historically to contribute to increased infections within the respiratory tract. We have examined the common occurrence of oral and nasal pathogens accessing deeper tissues and blood, and potential consequences of such events. We have demonstrated from the clinical and historical data cited herein, we conclude the use of face masks will contribute to far more morbidity and mortality than has occurred due to COVID-19.

---

### References

[1] Y Huh, J Vosgerau, et al. Social defaults: Observed choices become choice defaults. J Consumer Research, Inc Chicago Journals. Aug 28 2014. 11:55 746-760. http://www.jstor.org/stable/10.1086/673315?origin=JSTOR-pdf

[2] Docs 4 Open Debate. Letter from medical doctors and health professionals to all Belgian authorities and all Belgian media. Sept 5 2020.
https://docs4opendebate.be/en/open-letter/

[3] C Huber. Masks are neither effective nor safe. Primary Doctor. Jul 6 2020.
https://www.primarydoctor.org/masks-not-effect

[4] C MacIntyre, H Seale, et al. A cluster randomized trial of cloth masks compared with medical masks in healthcare workers. BMJ Open. 2015; 5(4)
https://bmjopen.bmj.com/content/5/4/e006577

[5] U Kelkar, B Gogate, et al. How effective are face masks in operation theatre? A time frame analysis and recommendations. Int J Inf Control. 2013. 9 (1). https://doi.org/10.3396/ijic.v9i1.10788
https://www.ijic.info/article/view/10788

[6] J Kwon, C Burnham, et al. Assessment of healthcare worker protocol deviations and self-contamination during personal protective equipment donning and doffing. Inf Control Hosp Epidemiol. Sep 2017. 38 (9): 1077-1083.
https://dx.doi.org/10.1017%2Fice.2017.121. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6263164/

[7] N Orr. Is a mask necessary in the operating theatre? Ann Royal Coll Surg Eng. 1981. 63. 390-392.
https://muchadoaboutcorona.ca/wp-content/uploads/2020/08/annrcse01509-0009.pdf

[8] N Mitchell, S Hunt. Surgical face masks in modern operating rooms – a costly and unnecessary ritual? J Hosp Inf. Jul 1991. 18 (3): 239-242. https://doi.org/10.1016/0195-6701(91)90148-2
https://www.sciencedirect.com/science/article/abs/pii/0195670191901482

[9] Michigan Medicine, University of Michigan. Estimating the size of a burn. https://www.uofmhealth.org/health-library/sig254759

[10] N Mitchell, S Hunt. Surgical face masks in modern operating rooms – a costly and unnecessary ritual? J Hosp Inf. Jul 1991. 18 (3): 239-242. https://doi.org/10.1016/0195-6701(91)90148-2 https://www.sciencedirect.com/science/article/abs/pii/0195670191901482

[11] H McClure, C Talboys, et al. Surgical face masks and downward dispersal of bacteria. Anaesthesia. 53 (7). Apr 6 2002. https://doi.org/10.1046/j.1365-2044.1998.435-az0528.x. https://associationofanaesthetists-publications.onlinelibrary.wiley.com/doi/full/10.1046/j.1365-2044.1998.435-az0528.x

[12] R Schweizer. Mask wiggling as a potential cause of wound contamination. Lancet. Nov 20 1976. 2 (7995). 1129-1130. doi: 10.1016/s0140-6736(76)91101-6 https://pubmed.ncbi.nlm.nih.gov/62960/

[13] New South Wales Government, National Centre for Immunisation Research and Surveillance. COVID-19 in schools – the experience in NSW. http://ncirs.org.au/sites/default/files/2020-04/NCIRS%20NSW%20Schools%20COVID_Summary_FINAL%20public_26%20April%202020.pdf

[14] C Felter, N Bussemaker. Which countries are requiring face masks? Council on Foreign Relations. Aug 4, 2020. https://www.cfr.org/in-brief/which-countries-are-requiring-face-masks

[15] Worldometers. https://www.worldometers.info/coronavirus/?%3D%3D

[16] R Channappanavar, S Perlman. Pathogenic human coronavirus infections: causes and consequences of cytokine storm and immunopathology. Semin Immunopathol. Jul 2017. 39 (5): 529-539. doi: 10.1007/s00281-017-0629-x. https://pubmed.ncbi.nlm.nih.gov/28466096/

[17] D Morens, J Taubenberger, et al. Predominant role of bacterial pneumonia as a cause of death in pandemic influenza: implications for pandemic influenza preparedness. J Inf Dis. Octo 1 2008. 198 (7). 962-970. https://doi.org/10.1086/591708. https://academic.oup.com/jid/article/198/7/962/2192118

[18] E Opie, F Blake, et al. The pathology and bacteriology of pneumonia following influenza. Chapter IV, Epidemic respiratory disease. The pneumonias and other infections of the respiratory tract accompanying influenza and measles. 1921, St. Louis. CV Mosby. 107-281.

[19] W Vaughan. Influenza: An epidemiologic study. Baltimore MD: Am J Hygiene. Monographic series. 1921. 1. 241.

[20] A Ciani. A pandemic of socialism. American Thinker. Aug 24, 2020. https://www.americanthinker.com/articles/2020/08/a_pandemic_of_socialism.html#ixzz6ZkgXX16k

[21] D Almond, B Mazumder. The 1918 influenza pandemic and subsequent health outcomes: An analysis of SIPP data. Am Econ Rev. May 2005. 95 (2): 258-262. doi: 10.1257/000282805774669943. https://pubmed.ncbi.nlm.nih.gov/29125265/

[22] A Prussin, E Garcia, et al. Total virus and bacteria concentrations in indoor and outdoor air. Environ Sci Technol Lett. 2015. 2 (4). 84-88. https://dx.doi.org/10.1021%2Facs.estlett.5b00050 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4515362/

[23] Blick. Your corona mask really is that gruesome. [article in German]. Sep 16, 2020. https://amp.blick.ch/wirtschaft/gebrauchte-exemplare-getestet-so-gruusig-ist-ihre-corona-maske-wirklich-id16096358.html?utm_source=twitter&utm_medium=social_user&utm_campaign=blick_amp

[24] L Zhiqing, C Yongyun. Surgical masks as source of bacterial contamination during operative procedures. J Ortho Translation. July 2018. 14. 57-62. https://doi.org/10.1016/j.jot.2018.06.002
https://www.sciencedirect.com/science/article/pii/S2214031X18300809

[25] P Luksamijarulkul, N Ajempradit, et al. Microbial contamination on used surgical masks among hospital personnel and microbial air quality in their working wards: A hospital in Bangkok. Oman Med J. Sept 2014. 29 (5). 346-350. https://dx.doi.org/10.5001%2Fomj.2014.92. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4202234/

[26] U Kelkar, B Gogate, et al. How effective are face masks in operation theatre? A time frame analysis and recommendations. Int J Inf Control. 2013. 9 (1). https://doi.org/10.3396/ijic.v9i1.10788
https://www.ijic.info/article/view/10788

[27] C Macintyre, H Seale, et al. A cluster randomized trial of cloth masks compared with medical masks in healthcare workers. BMJ Open. 2015; 5(4)
https://bmjopen.bmj.com/content/5/4/e006577

[28] J Xiao, E Shiu, et al. Nonpharmaceutical measures for pandemic influenza in non-healthcare settings – personal protective and environmental measures. Centers for Disease Control. 26(5); 2020 May.
https://wwwnc.cdc.gov/eid/article/26/5/19-0994_article

[29] J Manley. Medical Doctor warns that "bacterial pneumonias are on the rise" from mask wearing. Oct 6 2020. https://www.globalresearch.ca/medical-doctor-warns-bacterial-pneumonias-rise-mask-wearing/5725848

[30] C Cichoracki. Health department investigating after high number of strep throat cases reported at Shepherd schools. ABC News. Oct 2 2020. https://www.abc12.com/app/2020/10/02/health-department-investigating-after-high-number-of-strep-throat-cases-at-shepherd-schools/?fbclid=IwAR2ECNvuIrMVGX_1adk_btUieta6sUPfCTu532-2UC2inKv6m9Hmb8Ey3W4

[31] US Centers for Disease Control. Coronavirus disease 2019 (COVID-19). Sep 10 2020 update.
https://www.cdc.gov/coronavirus/2019-ncov/hcp/planning-scenarios.html#table-1

[32] R Schnirman, N Nur et al. A case of legionella pneumonia caused by home use of continuous positive airway pressure. SAGE Open Med Case Rep. 2017; 5: 2050313X17744981. doi:10.1177/2050313X1774498
https://journals.sagepub.com/doi/10.1177/2050313X17744981

[33] F Scannapieco. Role of oral bacteria in respiratory infection. J Periodontol. Jul 1999. 70 (7): 793-802. doi: 10.1902/jop.1999.70.7.793. https://pubmed.ncbi.nlm.nih.gov/10440642/

[34] O Ortega, P Clave. Oral hygiene, aspiration and aspiration pneumonia: From pathophysiology to therapeutic strategies. Curr Phys Med Rehabil Rep. Oct 2013. 1:292-295. DOI 10.1007/s40141-013-0032-z.

[35] R Ramondi. Interview with FOX News. 'Mask mouth': Dentists coin new term for smelly side effect of wearing a mask. Aug 7 2020.
https://www.foxnews.com/health/mask-mouth-dentists-new-term

[36] I Holmer, K Kuklane et al. Minute volumes and inspiratory flow rates during exhaustive treadmill walking using respirators. Ann Occup Hygiene. 51 (3): 327-335. Apr 2007. https://doi.org/10.1093/annhyg/mem004
https://academic.oup.com/annweh/article/51/3/327/139423

[37] OA Khair, RJ Davies, et al. Bacterial-induced release of inflammatory mediators by bronchial epithelial cells. Eur Resp J. 1996(9): 1913-1922.
https://erj.ersjournals.com/content/9/9/1913

17

[38] F Scannapieco, B Wang, et al. Oral bacteria and respiratory infection: Effects on respiratory pathogen adhesion and epithelial cell proinflammatory cytokine production. Ann Periodontol. Dec 1, 2001.
https://doi.org/10.1902/annals.2001.6.1.78
https://aap.onlinelibrary.wiley.com/doi/abs/10.1902/annals.2001.6.1.78

[39] J Patel, V Sampson. The role of oral bacteria in COVID-19. Lancet. https://doi.org/10.1016/S2666-5247(20)30057-4.
https://www.thelancet.com/journals/lanmic/article/PIIS2666-5247(20)30057-4/fulltext

[40] A Azarpazhooh, JL Leake. Systematic review of the association between respiratory diseases and oral health. J Periodontol. 2006 (77): 1465-1482.
https://pubmed.ncbi.nlm.nih.gov/16945022/

[41] P Sjogren, E Nilsson, et al. A systematic review of the preventive effect of oral hygiene on pneumonia and respiratory tract infection in elderly people in hospitals and nursing homes: effect estimates and methodological quality of randomized controlled trials. J Am Geriatr Soc. 2008 (56): 2124-2130.
https://pubmed.ncbi.nlm.nih.gov/18795989/

[42] D Manger, M Walshaw, et al. Evidence summary: The relationship between oral health and pulmonary disease. Br Dent J. Apr 7 2017. 222 (7): 527-533. doi: 10.1038/sj.bdj.2017.315
https://pubmed.ncbi.nlm.nih.gov/28387268/

[43] A Stacy, D Fleming et al. A commensal bacterium promotes virulence of an opportunistic pathogen via cross-respiration. Am Soc for Microbiol. 7 (3) e00782-16. doi:10.1128/mBio.00782-16
https://mbio.asm.org/content/7/3/e00782-16/article-info

[44] K Todar. The Normal Bacterial Flora of Humans. Online Textbook of Bacteriology. 2020.
http://www.textbookofbacteriology.net/normalflora_3.html

[45] R Glaser, W Thomas, et al. The incidence and pathogenesis of myocarditis in rabbits after group A streptococcal pharyngeal infections. J Exp Med. Jan 1 1956.. 103 (1): 173-188. doi: 10.1084/jem.103.1.173.
https://pubmed.ncbi.nlm.nih.gov/13278463/

[46] J Patel, V Sampson. The role of oral bacteria in COVID-19. Lancet. https://doi.org/10.1016/S2666-5247(20)30057-4.
https://www.thelancet.com/journals/lanmic/article/PIIS2666-5247(20)30057-4/fulltext

[47] A Ramesh, S Varghese, et al. Chronic obstructive pulmonary disease and periodontitis – Unwinding their linking mechanisms. Sept 2015. J Oral Biosci. 58 (1).
https://www.researchgate.net/publication/283116707_Chronic_obstructive_pulmonary_disease_and_periodontit is_-_Unwinding_their_linking_mechanisms

[48] P Heikkila, A But, et al. Periodontitis and cancer mortality: Register-based cohort study of 68,273 adults in 10-year follow-up. Cancer Epidem. Int J Cancer. 142 (11). Jan 11 2018. https://doi.org/10.1002/ijc.31254
https://onlinelibrary.wiley.com/doi/full/10.1002/ijc.31254

[49] N Babu, A Gomes. Systemic manifestations of oral diseases. J Oral Maxillofac Pathol. 15 (2); May-Aug 2011.
https://dx.doi.org/10.4103%2F0973-029X.84477
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3329699/

[50] C Bingham, M Moni. Periodontal disease and rheumatoid arthritis: the evidence accumulates for complex pathobiologic interactions. Curr Opin Rheumatol. Jul 8 2015.
https://dx.doi.org/10.1097%2FBOR.0b013e32835fb8ec
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC4495574/

[51] B Feldman. The oral microbiome and its links to autoimmunity. The Doctor Weighs In. Aug 26, 2018.
https://thedoctorweighsin.com/oral-microbiome-links-autoimmunity/

[52] US Centers for Diseases Control. Erythromycin-resistant Group A Streptococcus.
https://www.cdc.gov/drugresistance/pdf/threats-report/gas-508.pdf

[53] T Dileepan, E Smith, et al. Group A Streptococcus intranasal infection promotes CNS infiltration by streptococcal-specific Th17 cells. J Clin Invest. Jan 2016. 126 (1): 303-317. doi: 10.1172/JCI80792
https://pubmed.ncbi.nlm.nih.gov/26657857/

[54] Mayo Clinic. Staph Infections. [Article is now partially censored.]
https://www.mayoclinic.org/diseases-conditions/staph-infections/symptoms-causes/syc-20356221

[55] J Terrasse, J Lere, et al. Septicèmie, ostéomyelite, percardite suppurée a staphylocoques; guerison par la péniciline intraveineuse, intramusculaire, intrapéricardique. [Article in French]. Bull Mem So Med Hop Paris, 1945. 61 (26-31): 400-402.
https://pubmed.ncbi.nlm.nih.gov/21021328/

[56] R Rubin, R Moellering. Clinical, microbiologic and therapeutic aspects of purulent pericarditis. Am J Med. Jul 1975. 59 (1): 68-78. doi: 10.1016/0002-9343(75)90323-x.
https://pubmed.ncbi.nlm.nih.gov/1138554/

[57] A Majid, A Omar. Diagnosis and management of purulent pericarditis. Experience with pericardiectomy. J Thorac Cardiovasc Surg. Sept 1991. 102 (3): 413-417.
https://pubmed.ncbi.nlm.nih.gov/1881180/

[58] S Pankuweit, A Ristic, et al. Bacterial pericarditis: diagnosis and management. Am J Cardiovasc Drugs. 2005. 5 (2): 103-112. doi: 10.2165/00129784-200505020-00004.
https://pubmed.ncbi.nlm.nih.gov/15725041/

[59] R Taib, D Penny. Infective Endocarditis. In Paediatric Cardiology. (Third Edition). 2010.
https://www.sciencedirect.com/book/9780702030642/paediatric-cardiology

[60] G Chhatwal, R Graham. Streptococcal diseases. In International Encyclopedia of Public Health (Second Edition). 2017. https://www.sciencedirect.com/referencework/9780128037089/international-encyclopedia-of-public-health

[61] A DeSoyza, S Alberti. Bronchiectasis and aspergillosis: How are they linked? Med Mycol Jan 1 2017. 55 (1): 69-81. doi: 10.1093/mmy/myw109. https://pubmed.ncbi.nlm.nih.gov/27794529/

[62] D Shah, S Jackman, et al. Effect of gliotoxin on human polymorphonuclear neutrophils. Infect Dis Obstet Gynecol. 1998. 6 (4). 168-175. https://dx.doi.org/10.1002%2F(SICI)1098-0997(1998)6%3A4%3C168%3A%3AAID-IDOG6%3E3.0.CO%3B2-Z
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1784797/

# PDMJ

Plaintiff's Exhibit 349

# Primary Doctor
## Medical Journal

Winter 2020

**Masks, false safety and real dangers, Part 3:**

# Hypoxia, hypercapnia and physiological effects

November 2, 2020.
Completed peer-review and revised, November 9, 2020

https://pdmj.org/papers/masks_false_safety_and
_real_dangers_part3/

Boris Borovoy,[I] Colleen Huber,[II] Maria Crisler[III]

Copyright to each article published by
PDMJ.org is retained by the author(s).

## Abstract

Wearing a mask causes physiological changes to multiple organ systems, including the brain, the heart, the lungs, the kidneys and the immune system. We examine changes in oxygen and carbon dioxide concentrations in masked airspace that is available to the airways over the first 45 seconds of wear. Our findings of reduced oxygen and increased carbon dioxide in a masked airspace are not inconsistent with previously reported data. We also consider the range of injuries known to occur to the above-named organ systems in a state of hypoxia and hypercapnia. As an excretory pathway, carbon dioxide release by cells throughout the body, and then past the alveoli and then the airways and orifices, has not been previously challenged by deliberate obstruction in the history of the animal kingdom, except for relatively rare human experiments. Self-deprivation of oxygen is also unknown in the animal kingdom, and rarely attempted by humans. We examine the physiological consequences of this experiment.

## MASKS and HYPERCAPNIA

### Do masks cause systemic hypercapnia?

Airway obstruction is a long recognized cause of retention of carbon dioxide and respiratory acidosis. A sustained level of increased carbon dioxide stays inside of masked air, compared to room air, which in turn sustains a low level of hypercapnia. Rebreathing of exhaled air has been

---

[I] Boris A Borovoy, MPH has a Master in Public Health from Moscow Medical Academy.

[II] Colleen Huber, NMD is a Naturopathic Medical Doctor and Naturopathic Oncologist (FNORI), writing on topics of masks, COVID-19, cancer and nutrition.

[III] Maria Crisler is a microbiologist.

found to quickly elevate [CO2] in available air above 5000 ppm, and to increase arterial CO2 concentration and to increase acidosis.[1] The mechanism of mask-induced hypercapnia may also include the moisture on a mask trapping carbon dioxide from exhalation. Some carbon dioxide diffuses in the air, more so if dry, but some portion of it, trapped by water vapor and mask moisture, would form a weak, unstable acid with water, for re-circulation to the airways and lungs. The mechanism is that retention of CO2 causes an increase in PCO2. This is the primary disturbance in respiratory acidosis. It results in an increased concentration of both HCO3- and H+, which is measured as a lower pH.

Masks increase respiratory drive and bronchodilation in mild hypercapnia, from sensitive chemoreceptors picking up changes in pH of cerebrospinal fluid. Ultimately in severe hypercapnia, respiratory drive is actually depressed.

Hypercapnia is widely recognized to be an independent risk factor for death. [2][3][4][5] A number of organ systems are negatively impacted, including the brain, heart, lungs, immune system and musculoskeletal system. [6][7]

### How quickly do masks increase carbon dioxide in the masked airspace?

We used a new calibrated carbon dioxide meter to measure ambient carbon dioxide in room air, and then inside the masked airspace of three different masks after donning each in turn. This experiment involved a disposable surgical mask, a N-95 mask and a cloth mask. We recorded carbon dioxide parts per million inside the masked airspace. The meter refreshed its readings at 5-second intervals, and we used those same intervals in recording CO2 parts per million. The maximum CO2 reading on the meter is 10,000 parts per million.

The table of those values are shown in Table 1, with the mean values shown for each 5-second interval in the first 45 seconds. After 45 seconds, the readings passed the maximum meter reading of 10,000 ppm [CO2], and were thereafter indeterminate from the meter.

2

## Table 1:  Measured [CO2] in masked airspace

|  | Room air | 5 sec | 10 sec | 15 sec | 20 sec | 25 sec | 30 sec | 45 sec | 60 sec | 75 sec | 90 sec |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Surgical mask | 1072 | 1298 | 1757 | 2256 | 2995 | 3215 | 3306 | 3074 | 3378 | 5483 | 7472 |
|  | 1022 | 1086 | 1317 | 1667 | 2221 | 2792 | 3526 | 6479 | 7755 | 9964 | >10000 |
|  | 1074 | 1202 | 1502 | 2400 | 2619 | 2746 | 2948 | 4794 | 5994 | 8095 | >10000 |
|  | 1089 | 1211 | 1357 | 3090 | 5520 | 8230 | 9381 | >10000 |  |  |  |
|  | 989 | 1265 | 1700 | 3257 | 4221 | 5412 | 6764 | 9465 | >10000 |  |  |
|  | 1026 | 1363 | 2590 | 3392 | 4384 | 5377 | 6263 | >10000 |  |  |  |
| **Mean** | 1045.3 | 1237.5 | 1703.8 | 2677.0 | 3660.0 | 4628.7 | 5364.7 | 7302.0 |  |  |  |
| N-95 | 1050 | 1323 | 1834 | 2518 | 3184 | 4281 | 4689 | 7042 | 9684 | >10000 |  |
|  | 1037 | 1517 | 3360 | 4133 | 4708 | 5315 | 5394 | 9082 | >10000 |  |  |
|  | 1049 | 1475 | 1599 | 1800 | 1911 | 2773 | 6346 | 6563 | >10000 |  |  |
|  | 1083 | 1292 | 1834 | 3312 | 3730 | 3901 | 4140 | 5692 | 7855 | >10000 |  |
|  | 1073 | 1450 | 1975 | 2621 | 3820 | 4407 | 5629 | 7279 | 9240 | >10000 |  |
|  | 1033 | 1266 | 1583 | 1926 | 2874 | 3392 | 4371 | 8921 | >10000 |  |  |
| **Mean** | 1054.2 | 1387.2 | 2030.8 | 2718.3 | 3371.2 | 4011.5 | 5094.8 | 7429.8 |  |  |  |
| Cloth mask | 1084 | 1115 | 1718 | 2218 | 2725 | 3300 | 4914 | 6494 | 8410 | >10000 |  |
|  | 1066 | 1057 | 1558 | 2467 | 3644 | 6369 | 8480 | >10000 |  |  |  |
|  | 1050 | 1189 | 1686 | 3573 | 4400 | 5080 | 5768 | 8966 | >10000 |  |  |
|  | 1062 | 1200 | 1685 | 4129 | 5848 | 7863 | >10000 |  |  |  |  |
|  | 1051 | 1078 | 1430 | 2301 | 3580 | 5087 | 8555 | >10000 |  |  |  |
|  | 1044 | 1115 | 1569 | 2772 | 3503 | 4321 | 5149 | 7385 | 9260 | >10000 |  |
| **Mean** | 1059.5 | 1125.7 | 1607.7 | 2910.0 | 3950.0 | 5336.7 | 7144.3 | 8807.5 |  |  |  |

If we look at the time in which our readings did not yet exceed the maximum of the meter, then we have the following graph, Graph 1, of the average rise in carbon dioxide concentration inside the masked air for each mask, as [CO2] rose over the first 45 seconds of wear.

3

**Graph 1**



The blue horizontal line in Graph 1 represents the maximum allowable average CO2 concentration in workspace air during an 8-hour work shift, by the Occupational Safety and Health Administration (OSHA) of the US Department of Labor.[8]  The green horizontal line represents typical [CO2] in room air, which is 400 parts per million.

After donning each mask, we see that [CO2] in the masked airspace rose above acceptable OSHA limits within the first 30 seconds.

The concentration of carbon dioxide rises similarly during the time of wearing each kind of mask.  These findings are consistent with known data on the carbon dioxide concentration of available airspace inside of a mask.[9]

Industrial workspace standards established by OSHA for carbon dioxide concentration in the workspace are for ambient room air, and these have been established since 1979.  It is not the case that OSHA has mandated specific CO2 concentrations for masked airspace.  However, we examine these standards for available room air, and compare masked airspace to them, because in both cases we may consider [CO2] concentration in the air that is available to the airways and the lungs.

4

The Food Safety and Inspection Service of the United States Department of Agriculture notes that carbon dioxide gas is used to euthanize both poultry and swine.[10] Concentration of this gas is therefore of concern regarding the use of masks by human beings. That government agency publishes the following warnings:

5,000 ppm = 0.5% is the OSHA Permissible Exposure Limit (PEL) for 8-hour exposure,[11] averaged over the workday. Each of our masks surpassed that level within the masked airspace in the first 25 to 30 seconds of wear.

At 10,000 ppm of short exposure, OSHA says there are typically no effects, possible drowsiness.

At 20,000 ppm, the Food Safety and Inspection Service advises: "Do not enter areas where CO2 levels exceed 20,000 ppm until ventilation has been provided to bring the concentration down to safe levels." We should remember here that each of the masks we studied rose to half of this concentration within the first minute alone.

At 30,000 ppm = 3% [CO2], there is "moderate respiratory stimulation and increased heart rate and blood pressure."

At 40,000 ppm = 4%, OSHA finds [CO2] to be "immediately dangerous to life or health." [12]

Hypercapnia is known to rapidly cause intracellular acidosis in all cells in the body. There is no way to wall off the damage to only affect the lungs, due to constant gas exchange. That is, there is no known way to restrict hypercapnic effects to only the lungs.

The effects of hypercapnia progress in this order: Compensatory attempt at respiratory ventilation, labored breathing, hyperpnea; nervous system changes with changes in motor skills, visual acuity, judgment and cognition, cerebral vasodilation with increasing pressure inside the skull and headache, stimulation of the sympathetic nervous system, resulting in tachycardia, and finally, in case of extreme hypercapnia, central depression.[13] [14]

### Hypercapnia effects on the lungs and immune system

Exhaled breath contains about 5% = 50,000 ppm carbon dioxide. This is more than 100 times the average of room air which is about 0.04% [CO2]. Exhaled [CO2] is 10 times the upper limit permitted by OSHA in ambient air. Yet each of us exhales this concentration with every breath. Should we re-breathe our own exhaled breath?

A study of healthy healthcare workers found increased [CO2] and decreased [O2] in the respiratory dead space inside a N95 filtering respirator while walking on a treadmill. Within one hour of use, these were "significantly above and below, respectively, the ambient workplace standards."[15] The exhalation valve of the N95 masks did not significantly change its impact on P(CO2).

5

Hypercapnia has a number of damaging effects on the lungs. Those effects seem to begin with disruption of Na+-K+-ATPase, which leads to impaired alveolar fluid reabsorption. This results in alveolar edema, which in turn obstructs optimal gas exchange.[16] Hypercapnia also inhibits repair of alveoli by impairing proliferation of alveolar epithelial cells via inhibition of the citric acid cycle and resulting mitochondrial dysfunction.[17]

Cilia are made immotile by hypercapnia, along with mask changes in humidity and temperature in the upper airway. This leads to predisposing mask wearers to lower respiratory tract infections by allowing deep seeding of oropharyngeal flora.[18] The lower respiratory system is usually sterile because of the action of the cilia that escalate debris and microorganisms up toward the orifices. Impairment of this process, such as in hypercapnia, may partly explain a correlation of hypercapnia with increased mortality from pulmonary infections.

Hypercapnia correlates with increased mortality in hospitalized patients with community-acquired pneumonia.[19] This seems to be due to a number of factors, including that hypercapnia inhibits IL-6 and TNF as well as inhibiting immune cell function generally,[20] including alveolar macrophages.[21]

Hypercapnia was found to downregulate genes related to immune response. The researchers that had studied this in depth found that "hypercapnia would suppress airway epithelial innate immune response to microbial pathogens and other inflammatory stimuli."[22] They also found suppressive effects of hypercapnia on macrophage, neutrophil and alveolar epithelial cell functions. Hypercapnia was found to decrease bacterial clearance in rats.[23]

In our previous paper in this series, we found a historical correlation with a hypercapnic practice, specifically mask-wearing, and a severe surge of bacterial pneumonia deaths.[24] This time period was mis-named the Spanish Flu, due to a number of reasons, too extensive for this paper. Dr. Anthony Fauci's research team found that every cadaver exhumed from that time in 1918 – 1919 showed the cause of death was bacterial pneumonia, secondary to typical upper respiratory bacteria.[25]

Common and life-threatening diseases of impeded air flow include both obstructive disorders such as asthma, COPD, bronchiectasis and emphysema, as well as restrictive disorders, such as pneumothorax, atelectasis, respiratory distress syndrome and pulmonary fibrosis.

## Hypercapnia effects on the blood

Excess carbon dioxide is buffered exclusively in the intracellular fluid, especially in red blood cells. CO2 crosses cell membranes by diffusion, and combines with water to convert to H+ and HCO3-. The hydrogen is then buffered by intracellular proteins such as hemoglobin and organic phosphates. The price paid by the red blood cells for this buffering is seen in the comparison of normal red blood cells on the left versus the damaged and depleted red blood cells on the right.



Photo from
https://www.flinnsci.com/globalassets/flinn-
scientific/all-product-images-rgb-
jpegs/ml1297.jpg?v=1bea1f7f72da41ea935dff0a0
597f889



Photo from
http://img.medscapestatic.com/pi/meds/ckb/61
/36661tn.jpg

The above photo on the right demonstrates secondary polycythemia.. This is a known consequence of hypoxia. This abnormal blood finding may also correlate with dehydration from wearing a mask. The US National Institute of Occupational Safety and Health (NIOSH) says that "particular features of PPE can impose a physiological . . . burden on the healthcare worker." And "dehydration can be a significant problem while wearing PPE."[26] Individuals suffering from dehydration are at risk for relative erythrocytosis, which can manifest as polycythemia vera.[27] Polycythemia vera is an independent risk factor for other cancers, commonly treated with lifelong blood thinning medication. Polycythemia develops slowly over years. Are today's mask wearers at future risk of developing this blood cancer?

## Hypercapnia effects on the kidneys

The kidneys are tasked with compensating for the damage inflicted on the blood stream by respiratory acidosis. They must excrete hydrogen ions and reabsorb the newly made HCO3-. The Henderson-Hasselbalch equation indicates the extent to which increased HCO3- compensates for the acidic condition.

pH=pK+log[HCO3-]/(Pco2)

7

The [HCO3-] is a reflection of renal or metabolic compensation, whereas the PCO2 reflects the primary disturbance, where airway obstruction created an acidemia.[28]

The kidneys show decreased GFR and decreased urine output, as well as increased renal vascular resistance, as a result of hypercapnia.[29]  Aciduria increases as a compensatory mechanism to excrete acid.  This in turn damages tubules and has been shown to worsen kidney function in those with established chronic diseases.[30]

### Hypercapnia effects on the cardiovascular system

A hypercapnic patient may be warm, flushed and tachycardic.  A bounding pulse and sweating may also be present.  Arrhythmias may be present if there is significant hypoxemia.  Arterial pCO2 above 90 mmHg is not compatible with life, because hypercapnia is necessarily accompanied by hypoxemia, in this case by pO2 = 37.[31]  It has been noted that masked patients are often found to be tachycardic, to be discussed more further on in this paper.

### Hypercapnia effects on the central nervous system

Central nervous system effects, such as headache, fatigue, dizziness and drowsiness are common effects of chronic obstructive pulmonary disease (COPD),[32]  In this patient cohort we also see defects in proprioception, instability of posture and gait, as well as falls, with strong evidence that these result from hypercapnia.[33] There is a progressively increasing sedation from mask use and increased intracranial pressure.  Headaches are a common complaint of mask wearers, and are found to be attributable to hypercapnia.[34]  Increases in PCO2 lead to increases in cerebral flood flow and cerebral blood volume, as well as a resulting intracranial pressure.[35] These are consistent with findings through the rest of the body.

Slowed performance of reasoning tasks was observed at 20 minutes of inhaling 4.5% to 7.5% [CO2]. [36]  When subjects were exposed to 2,500 parts per million carbon dioxide in room air, it was found that their decision-making ability declined by 93%, which was comparable to being drunk or having a head injury.[37]  At this same level of [CO2], it was also found that visual performance suffered.[38]  We measured this same level of [CO2] inside masked airspace at 15 seconds.

Even smaller CO2 concentrations had deleterious effects.  CO2 exposure beginning at 1000 ppm affected cognitive performance, such as problem resolution and decision-making.[39]  We measured 1000 ppm [CO2] in masked airspace within the first few seconds of wear.

8

## MASKS and HYPOXIA

### Masks create hypoxia in the wearers

A study of 53 surgeons who were non-smokers and without chronic lung disease were shown to have a decrease in saturation of arterial pulsations (SpO2) when performing surgery while masked.  Oxygen saturation decreased significantly after the operations in both age groups, with a greater decrease in surgeons over the age of 35.[40]

A study of 39 end-stage renal disease patients wearing N-95 masks for 4 hours during hemodialysis were found to have significantly reduced PaO2 over that time.  The average drop in PaO2 was from a baseline PaO2 of 101.7 to 15.8, p = 0.006.  Respiratory rate increased from 16.8 to 18.8 respirations per minute, p <0.001.  Chest discomfort and respiratory distress were also reported by the subjects.[41]

### Hypoxia is a health hazard

Hypoxia is deadly.  Each year, many workers are injured or die due to oxygen deficiency.[42] "There have been reports of workers who have opened a hatch to an O2-deficient atmosphere and died with only their head inside the hazard.  The low level of O2 resulted in a feeling of euphoria and the workers could not comprehend that they only needed to lean back out of the hatch to save their lives."[43]

The issue of mask wearing is especially critical for children.  In children, any hypoxic condition is even more of an emergency than it is for an adult.  This is partly due to their more horizontal ribs and barrel-shaped chest, resulting in children relying primarily on diaphragm muscles for breathing, not nearly so much intercostal muscles, as in adults.  These diaphragm muscles have proportionately fewer type I muscle fibers, resulting in earlier fatigue.[44] Also, a child's tongue is relatively large in proportion to the size of the pharynx, and the epiglottis is floppy.[45]  These anatomical differences make a child potentially more vulnerable than an adult to injury from hypoxic assault.

We consider it urgent for children to be released from mask "mandates," based on this information.

### Hypoxia in masked airspace

In order to determine the percent of oxygen in masked airspace, we ran 6 trials each for 45 seconds of 3 types of masks: a disposable surgical mask, a N-95 mask and a laundered cloth mask.

9

We charted the results as follows, showing the average for each type of mask, compared to OSHA workspace requirements for air available to the airways.

**Table 2 Measured [O2] in masked airspace**

|  | Room air | 5 sec | 10 sec | 15 sec | 20 sec | 25 sec | 30 sec | 45 sec | 60 sec |
|---|---|---|---|---|---|---|---|---|---|
| Surgical mask | 20.9 | 20.2 | 19.2 | 19.1 | 18.5 | 19.1 | 18.4 | 18.1 | 17.7 |
|  | 20.9 | 20.1 | 18.9 | 18.7 | 18.1 | 17.7 | 18.1 | 17.9 | 17.4 |
|  | 20.9 | 20.3 | 18.7 | 18.1 | 18.1 | 18.2 | 17.9 | 17.6 | 17.7 |
|  | 20.9 | 19.6 | 19.1 | 18.7 | 17.7 | 17.1 | 18.5 | 17.1 | 17.5 |
|  | 20.9 | 19.8 | 19.1 | 18.9 | 18.2 | 17.4 | 18.7 | 18.6 | 16.7 |
|  | 20.9 | 20.9 | 19.0 | 18.4 | 18.2 | 17.9 | 18.4 | 18.2 | 18.6 |
| **Average** | **20.9** | **20.2** | **19.0** | **18.7** | **18.1** | **17.9** | **18.3** | **17.9** | **17.6** |
| N-95 | 20.9 | 20.0 | 19.1 | 18.1 | 17.7 | 18.2 | 18.4 | 17.2 | 17.4 |
|  | 20.9 | 19.7 | 19.3 | 18.5 | 17.3 | 18.0 | 18.3 | 18.2 | 16.7 |
|  | 20.9 | 19.6 | 18.1 | 18.6 | 18.4 | 18.2 | 17.8 | 17.5 | 17.1 |
|  | 20.9 | 20.1 | 19.4 | 19.1 | 18.0 | 17.6 | 18.3 | 17.2 | 17.8 |
|  | 20.9 | 19.8 | 19.3 | 19.0 | 17.8 | 16.9 | 18.1 | 18.2 | 17.4 |
|  | 20.9 | 20.9 | 19.8 | 18.7 | 18.0 | 17.2 | 18.1 | 17.9 | 17.7 |
| **Average** | **20.9** | **20.0** | **19.2** | **18.7** | **17.9** | **17.7** | **18.2** | **17.7** | **17.4** |
| Cloth mask | 20.9 | 19.6 | 19.5 | 17.7 | 16.7 | 17.5 | 17.5 | 16.7 | 17.5 |
|  | 20.9 | 20.1 | 19.2 | 17.2 | 17.1 | 16.9 | 17.1 | 17.0 | 17.4 |
|  | 20.9 | 20.2 | 19.3 | 18.4 | 18.4 | 18.2 | 19.0 | 17.9 | 17.1 |
|  | 20.9 | 20.0 | 18.9 | 18.6 | 19.0 | 19.8 | 19.3 | 18.8 | 18.7 |
|  | 20.9 | 20.1 | 18.4 | 18.3 | 17.7 | 17.3 | 17.9 | 18.1 | 17.7 |
|  | 20.9 | 19.9 | 18.6 | 17.8 | 17.7 | 17.0 | 18.5 | 19.5 | 17.1 |
| **Average** | **20.9** | **20.0** | **19.0** | **18.0** | **17.8** | **17.8** | **18.2** | **18.0** | **17.6** |

**Graph 2**



It can be seen from Graph 2 that all of the masks showed similar results, and that in each type of mask, available oxygen as a percentage of available air volume decreased to less than the OSHA required minimum of 19.5%[46] in less than 10 seconds of wear, and stayed below that threshold. Breathing seemed to be shallow until 30 seconds of wear. Then the wearer's responsive drawing of air through pores and side gaps and top gaps around the mask appeared to occur mostly at 30 seconds, but did not compensate adequately to return [O2] in the masked airspace back above the OSHA minimum requirement of 19.5% [O2] in available air.

The above findings are consistent with known decrease of oxygen concentration in the airspace inside of masks.[47] The standards for oxygen concentration in airspace available to workers has been so strictly enforced by OSHA that in a low-oxygen workspace, employee access must be restricted by using locks or barriers. Oxygen-level monitoring is required before entry, and the space must meet OSHA oxygen-level standards during the entire time that it is in use.[48] Is the

11

space of available airflow to the human airways any less important to protect from low ambient O2, simply because it is the very small space between the mask and the respiratory orifices?

The United States Code of Federal Regulations in paragraph (d) of 29 CFR 1910.134 "requires the employer to evaluate respiratory hazard(s) in the workplace, identify relevant workplace and user factors, and base respirator selection on these factors." This "shall include a reasonable estimate of employee exposures to respiratory hazard(s) . . ." Exceptions are permitted "if the employer can meet the difficult evidentiary burden of showing that the oxygen content can be controlled reliably enough to remain within the ranges specified . . ."[49] Does this leave employers liable for injuries to workers who wear masks?

### Hypoxia accompanies hypercapnia

Retention of carbon dioxide reduces oxygen availability, as in COPD. As CO2 builds up in alveoli, the available volume for oxygen in the airspace is reduced. "For each increment in the PaCO2, there will be a more than one-to-one decrease in the PaO2, which will result in severe oxygen deficits, as illustrated in the following graph."[50]



$$\text{Pio}_2 = P_A O_2 + P_a O_2 \qquad (4\text{-}16)$$

**Figure 4–3.** The effect of increased $\text{Pco}_2$ on the $\text{Po}_2$ in the alveolus and in arterial blood. This figure demonstrates that as the $\text{Pco}_2$ increases, there is a greater than a one-to-one decrease of $\text{Po}_2$.

From  J Henry. Clinical Diagnosis and Management by Laboratory Methods. 19th ed.   WB Saunders Co. © 1996.

12

**Hypoxia effects on the brain**

Hypoxia, which is the lack of oxygen available to the respiratory system and to the tissues generally, stimulates mitochondria to generate reactive oxygen species (ROS). All body tissues are vulnerable to ROS, but the brain is especially vulnerable. ROS damage lipids, protein and DNA. The brain is 60-70% lipids and low in antioxidants, and is therefore especially vulnerable to ROS damage.[51] For the immature brain, the problem is even worse. Poorly developed scavenging systems and the high availability of free iron leave the child's brain, especially neurons and oligodendrocytes, vulnerable to the oxidative damage of free radicals.[52]

A biochemical mechanism of hypoxia damage to the brain is that hypoxia stimulates a kallikrein – bradykinin – nitric oxide pathway.[53] As a result, the blood-brain barrier can become more permeable. Extravasation of plasma proteins and brain edema may result.[54]

Neurologist and neurophysiologist Dr. Margarite Friesz-Brisson says this about forcing masks on children: "The child needs the brain to learn, and the brain needs oxygen to function. We don't need a clinical study for that. This is simple, indisputable physiology." She warns of a "tsunami of dementia" in the future, because of oxygen deprivation from wearing masks today. She points out long-recognized physiology that re-inhaling our exhaled air creates a state of oxygen deficiency and an excess of carbon dioxide.

Normalization is a phenomenon observed in medicine in which the individual adapts to disadvantageous conditions. Mask wearers may believe that they have become accustomed to wearing a mask. However, the effects of degenerative processes in the brain accumulate during a state of oxygen deprivation. [55]

**Cardiovascular effects of hypoxia**

It is established that mask wearers work harder at breathing and have greater inspiratory flow than unmasked individuals. This in turn increases sympathetic vasoconstrictor outflow to limb skeletal muscle. After donning a mask, even at rest, mean arterial blood pressure increased by 12 mmHg, and heart rate increased by 27 BPM.[56] Cardiac output is increased and so is prolongation of the QT interval. Vasoactive effects include systemic arterial vasodilation and pulmonary arterial vasoconstriction. It has been found that even at low workloads, in a hypoxic environment, there is not only increased heart rate and blood pressure, but also aortic pressure and left ventricular pressures increase, which in turn promote cardiac overload and coronary demand.[57]

Let us now look at the mechanisms of how this happens. When there is hypoxic assault on the body, hemoglobin is the first sensor. The red blood cells are stimulated to produce nitric oxide, which causes vasodilation and increased blood flow. Hypoxia decreases the threshold needed

13

for this to happen.[58] This vasodilation is a protective effect on the tissues from hypoxic assault, and as a result, the individual becomes tachycardic and agitated.

### Hypoxia effects on erythropoiesis

Mask wearing results in loss of available oxygen transport to the tissues. This in turn results in increased erythrocyte production. If hypoxia persists, then free 2,3-DPG is depleted. This leads to increased glycolysis. This leads to production of more 2,3-DPG, which reduces oxygen affinity for hemoglobin. As a result, oxygen is released to the tissues away from vital organs, such as the brain, liver, kidneys and heart. Low oxygenation stimulates production of erythropoietin, which results in more red blood cell production.[59]

Why would we deliberately expose ourselves to persistent hypoxia, which leads to tissue hypoxia in vital organs and increased red blood cell production? Conditions featuring erythroid hyperplasia include but are not limited to: acute myeloid leukemia, congenital dyserythropoietic anemia, microangiopathic hemolytic anemia and sideroblastic anemia.[60] In turn, these can increase risk of polycythemia vera, a disease of thick blood from overproduction of red blood cells. In fact, loss of oxygen is the most common cause of polycythemia vera.[61]

### Hypoxia and the gastrointestinal tract

Hypoxia and hypoxia-dependent signaling pathways are becoming better-appreciated in their role in intestinal disease. Tissue hypoxia is recognized as a feature of inflammatory bowel disease.[62] Although intestinal tissue averages 7% [O2], hypoxic stress occurs in infection and inflammation, states which are characterized by oxygen demand being higher than supply. [63] As a result of induced hypoxia, the delicate balance of commensal bacteria on the one hand and limitation of pathogenic bacterial access to tissues on the other is vulnerable to new disruption.

### Hypoxia and cancer risk

When there is resistance to inspiratory and expiratory flow, respiratory acidosis and increased lactate levels have been found.[64] At the [O2] levels we measured in the masked airspace, at 17%, higher levels of lactic acid accumulated.[65] This is no surprise given the understanding we have of the metabolic initiation of cancer from Nobel Prize biochemist Otto Warburg. He found that the removal of oxygen initiates the destruction of respiration in cells, and that this process leads to formation of cancer.[66] As tissue oxygenation drops, cells resort to anaerobic glycolysis, which ends the glycolytic pathway with conversion of pyruvate to lactic acid. A marked increase in tissue lactic acidosis results. When oxygen saturation lowers to 30%, blood pH drops to 7.2, which shifts the oxygen-hemoglobin dissociation curve to the right, and sets a vicious cycle in motion, as seen here.

**14**



**Figure 4-4.** The effects of decreasing $Po_2$ in the allosteric zone of the oxygen-hemoglobin dissociation curve. On the pH 7.4 curve, if the $Po_2$ drops from 80 to 60, there is little effect on the oxygen saturation. However, a drop from 40 to 20 mm Hg results in a large drop in oxygen saturation from about 80 to 30% (arrow 1 in the figure). With this low oxygen saturation, there is a marked tissue lactic acidosis from anaerobic metabolism. The increased acidosis results in a drop in blood pH to 7.2, shifting the oxygen-hemoglobin dissociation to the right (pH 7.2 curve). Now, for a $Po_2$ of 30, the oxygen saturation drops even further (arrow 2 in the figure) to about 20%, setting a vicious cycle in motion.

From J Henry. Clinical Diagnosis and Management by Laboratory Methods. 19th ed.   WB Saunders Co.  © 1996.

15

Warburg showed that cancer cells live in hypoxic conditions, and that an initial assault on normal cells leads to hypoxia that in turn damages mitochondria, which is the first step in the cancerous process. He found "the root cause of cancer is oxygen deficiency. . . . Cancer cannot survive in the presence of high levels of oxygen."[67]

Hypoxia also negatively impacts the mobility of natural killer cells,[68] which are one of the strongest defenses of the immune system against cancer.

For over a quarter century, Guy Crittenden was editor of HazMat Management, an award-winning occupational health and safety journal. That journal routinely published articles regarding masks and compliance with health and safety laws. He has several major concerns with mask use by the public.[69] One of them is that the disposable surgical masks are sterilized with ethylene oxide, a known carcinogen.[70] Another is that the disposable surgical masks and N-95 respirators are woven with polytetrafluoroethylene (PTFE),[71 72] PTFE is made using perfluorooctanoic acid (PFOA), a known carcinogen. PFOA has been associated with cancer of the breast,[73] testicles, liver and pancreas.[74] As noted above, inspiratory flow is greater in mask wearers, which brings these compounds deep into the lungs.

### Hypoxia and immune function

During a state of hypoxia, the body produces hypoxia-inducible factor-1 (HIF-1). HIF-1 is known to lower T-cell function.[75] CD-4 T-cells have been observed to decline in this process, and they are known to fight viral infections.[76] This raises concerns about whether masks can function as desired during the COVID-19 era. The sudden increase of widespread masking throughout much of the world in 2020 has been motivated by a desire to limit or control the spread of the SARS-CoV-2 virus that is associated with COVID-19. As we have demonstrated, the hypoxia caused by mask-wearing defeats the objective of anti-viral strategy. As we showed in our previous paper in this series, mask use is correlated with higher, not lower, incidence of COVID-19.[77]

### Other effects of masks

Masks have been observed to create skin damage in 526 of 542 = 97% of healthcare workers studied. The affected sites were especially the nasal bridge, but also hands, cheeks and forehead. Longer exposure worsened outcome.[78]

**US FDA definition of a "medical device"**

According to the United States Food and Drug Administration (FDA), a medical device has a specific definition, and it is defined as follows:

*"An instrument, apparatus, implement, machine, contrivance, implant, in vitro reagent, or other similar or related article, including a component part or accessory which is: recognized in the official National Formulary, or the United States Pharmacopeia, or any supplement to them,*

*-Intended for use in the diagnosis of disease or other conditions, or in the cure, mitigation, treatment, or prevention of disease in man or other animals, or*

*- intended to affect the structure or any function of the body of man or other animals, and which does not achieve its primary intended purposes through chemical action within or on the body of man or other animals and which is not dependent upon being metabolized for the achievement of its primary intended purposes."* [79] [80]

According to the FDA, a prescription for use of a medical device falls to state laws and regulations that determine who can write a prescription for a medical device in each state.[81] The FDA defers to the states regarding who can write a valid prescription. At this time in the United States at least, there are no known prescription rights granted to anyone who does not already hold a license to practice medicine.

However, also in the United States at this time, there are prominent politicians, as well as elected and appointed government leaders, who are "mandating" that citizens in their jurisdictions wear masks when in public.

We submit that a face mask is an apparatus ostensibly intended for prevention of disease, and therefore that it fits within the FDA definition of a medical device, although it is commonly sold over the counter, with no prescription. Therefore, is there now a situation in the United States, and throughout the world, of political leaders prescribing medical devices, including for complete strangers, without so much as a medical consult? Are these same political leaders practicing medicine without a license? If so, are they liable for injuries through these actions, and will they be prosecuted for their actions?

And if these political leaders are prescribing a medical device, without informed consent, then is it also the case that the same politicians and government officials are violating US federal laws regarding informed consent? The US Code of Federal Regulations (CFR) Title 21, Subchapter A, Part 50, Subpart B discusses the requirements of informed consent. Certainly, the same officials are in violation of the Universal Declaration of Human Rights and the Nuremberg Code, which are internationally honored guiding documents on citizens' freedom from medical coercion and medical experimentation.

17

We therefore urge that people everywhere consider this definition of medical device, and to consider if they want their political leaders and / or their news media to practice medicine on them, without prior medical training, a license to practice medicine, or even so much as an individualized clinical consult.

**Conclusion**

Our first paper in this series on the false safety and real dangers of masks examined the loose particulate and loose fibers that we found on new masks of various kinds at 40 times and greater magnification, along with the consideration of possible consequences of inhalation of such debris.

Our second paper in this series examined microbial challenges from masks, the dysregulation and imbalance of microbiota in the respiratory tract, and the consequences of such imbalances throughout the body. We showed that face masks are more likely to trap and re-circulate respiratory droplets and microbes, with incubation and proliferation of the same, inside the masked airspace and airways, which increases – not decreases – the risk of infections for major respiratory pathogens, bacterial, fungal and viral.

This paper, the third in our series, focuses on physiological changes induced by hypoxia and hypercapnia. Our findings of reduced oxygen and increased carbon dioxide in a masked airspace are not inconsistent with previously reported data.[82][83] Evidence of damage to multiple organ systems from the documented levels of [O2] and [CO2] in available airspace between a facemask and the airways are cited above and are abundant in the medical literature.

The pathological triad of micro-particles as long-term hazards, and bacterial and fungal infections as mid-term hazards, as well as injury from hypoxia and hypercapnia in the short-term, are expected to have synergistic results in endangering the health of masked people. Because of the extensive risk to mask wearers documented in these three papers, we urgently recommend that no adult or child be coerced to wear a mask under any circumstances. We further recommend that facemask hazards be published prominently and that masks only be worn by adults who choose to do so, and only with freely given informed consent, with full knowledge of their hazards, and that their use be prohibited for children, adult students and workers.

If on the other hand, widespread use of masks and mandating the same continue, then the question arises, from the data shown herein, whether morbidity and mortality from mask-wearing will exceed those of COVID-19 or other known infectious diseases. What will be the long-term effects of mask wearing if it continues? And will we be able to distinguish mask injury from COVID-19 or other pathologies? The evidence presented here, in summary of clinical data from around the world, show that masks can accelerate morbidity and mortality in those who are already ill, and that masks can sicken healthy people. Before masks are forced

18

onto school children and workers, why are animal studies not being done with all-day masking, to investigate safety issues? How much of an increase in mask-related illnesses will we have to observe before mask "mandates" end?

---

## References

[1] T Jacobson, J Kler, et al. Direct human health risks of increased atmospheric carbon dioxide. Nat Sustain. 2019. 2 (8). 691-701. https://www.nature.com/articles/s41893-019-0323-1

[2] D Sin, S Man, et al. Arterial carbon dioxide tension on admission as a marker of in-hospital mortality in community-acquired pneumonia. Am J Med. Feb 1 2005. 118 (2). 145-150.
https://doi.org/10.1016/j.amjmed.2004.10.014
https://www.amjmed.com/article/S0002-9343(04)00680-1/fulltext

[3] P Murtagh, V Giubergia, et al. Lower respiratory infections by adenovirus in children. Clinical features and risk factors for bronchiolitis obliterans and mortality. Ped Pulm. 44. 450-456. https://doi.org/10.1002/ppul.20984
https://www.nature.com/articles/s41598-018-32008-x#ref-CR10

[4] N Nin, A Muriel et al. Severe hypercapnia and outcome of mechanically ventilated patients with moderate or severe acute respiratory distress syndrome. Int Care Med 43. 200-208.
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5630225/

[5] K Moser, E Shibel, et al. Acute respiratory failure in obstructive lung disease. JAMA. Aug 13 1973. 225. 705-707.
https://jamanetwork.com/journals/jama/article-abstract/349944

[6] B Chandrasekaran, S Fernandes. Exercise with facemask; Are we handling a devil's sword? – A physiological hypothesis. Nov 2020. 144 (110002). doi: 10.1016/j.mehy.2020.110002
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7306735/#b0135

[7] M Joyner, D Casey. Regulation of increased blood flow (hyperemia) to muscles during exercise: a hierarchy of competing physiological needs. Physiol Rev. Apr 2015. 95 (2). 549-601. doi: 10.1152/physrev.00035.2013.
https://pubmed.ncbi.nlm.nih.gov/25834232/

[8] Carbon Dioxide Health Hazard Information Sheet. Food Safety Inspection Service, US Department of Agriculture.
https://www.fsis.usda.gov/wps/wcm/connect/bf97edac-77be-4442-aea4-9d2615f376e0/Carbon-Dioxide.pdf?MOD=AJPERES

[9] Z Zhaoshi. Potential risks when some special people wear masks. No. 1 Dept of Neurology, The Third Hospital of Jilin University. Apr 18 2020. https://jamanetwork.com/journals/jama/fullarticle/2764955

[10] Carbon Dioxide Health Hazard Information Sheet. Food Safety Inspection Service, US Department of Agriculture.
https://www.fsis.usda.gov/wps/wcm/connect/bf97edac-77be-4442-aea4-9d2615f376e0/Carbon-Dioxide.pdf?MOD=AJPERES

[11] Occupational Chemical Database: Carbon Dioxide. US Department of Labor, Occupational Safety and Health Administration. https://www.osha.gov/chemicaldata/chemResult.html?RecNo=183

[12] Carbon Dioxide Health Hazard Information Sheet. Food Safety Inspection Service, US Department of Agriculture. https://www.fsis.usda.gov/wps/wcm/connect/bf97edac-77be-4442-aea4-9d2615f376e0/Carbon-Dioxide.pdf?MOD=AJPERES

[13] Acid-base physiology, 4.4 Respiratory acidosis-Metabolic effects. https://www.anaesthesiamcq.com/AcidBaseBook/ab4_4.php

[14] J Williams, J Krah, et al. The physiological burden of prolonged PPE use on healthcare workers during long shifts. US Centers for Disease Control and Prevention. Jun 10 2020. https://blogs.cdc.gov/niosh-science-blog/2020/06/10/ppe-burden/

[15] R Roberge, A Coca, et al. Physiological impact of the N95 filtering facepiece respirator on healthcare workers. Respir Care. May 2010. 55 (5). 569-577. https://pubmed.ncbi.nlm.nih.gov/20420727/

[16] M Shigemura, e Lecuona et al. Effects of hypercapnia on the lung. J Physiol. Jan3 2017. 595 (8). https://doi.org/10.1113/JP273781   https://physoc.onlinelibrary.wiley.com/doi/full/10.1113/JP273781

[17] C Vohwinkel, E Lecuona et al. Elevated $CO_2$ levels cause mitochondrial dysfunction and impair cell proliferation. J Biol Chem. Oct 28 2011. 286 (43). 37067-76. doi: 10.1074/jbc.M111.290056. https://pubmed.ncbi.nlm.nih.gov/21903582/

[18] C Kempeneers, C Seaton, et al. Ciliary functional analysis: beating a path towards standardization. Pediatr Pulmonol. Oct 2019. 54 (10). 1627-1638. https://doi.org/10.1002/ppul.24439 https://pubmed.ncbi.nlm.nih.gov/31313529/

[19] E Laserna, O Sibila, et al. Hypocapnia and hypercapnia are predictors for ICU admission and mortality in hospitalized patients with community-acquired pneumonia. Chest. Nove 2012. 142 (5): 1193-1199. doi: 10.1378/chest.12-0576 https://pubmed.ncbi.nlm.nih.gov/22677348/

[20] A Lardner. The effects of extracellular pH on immune function. J Leukoc Biol. Apr 2001. 69 (4). 522-30 https://pubmed.ncbi.nlm.nih.gov/11310837/

[21] C Lang, P Dong, et al. Effect of CO2 on LPS-induced cytokine responses in rats alveolar macrophages. Am J Physiol Lung Cell Mol Physiol. Jul 2005. 289 (1). L96-L103. doi: 10.1152/ajplung.00394.2004 https://pubmed.ncbi.nlm.nih.gov/15778246/

[22] S Casalino-Matsuda, N Wang, et al. Hypercapnia alters expression of immune response, nucleosome assembly and lipid metabolism genes in differentiated human bronchial epithelial cells. Sep 10 2018. Sci Rep. 13508. https://www.nature.com/articles/s41598-018-32008-x

[23] D O'Croinin, et al. Sustained hypercapnic acidosis during pulmonary infection increases bacterial load and worsens lung injury. Crit Care Med. 36. 2128-2135. https://doi.org/10.1097/CCM.0b013e31817d1b59 https://pubmed.ncbi.nlm.nih.gov/18552698/

[24] B Borovoy, C Huber, Maria Crisler. Masks, false safety and real dangers, Part 2: Microbial challenges from masks. Oct 2020. https://PDMJ.org

[25] D Morens, J Taubenberger, et al. Predominant role of bacterial pneumonia as a cause of death in pandemic influenza: implications for pandemic influenza preparedness. J Inf Dis. Octo 1 2008. 198 (7). 962-970. https://doi.org/10.1086/591708.  https://academic.oup.com/jid/article/198/7/962/2192118

20

[26] J Williams, J Cichowitz, et al. The physiological burden of prolonged PPE use on healthcare workers during long shifts. US Centers for Disease Control (CDC) National Institute of Occupational Safety and Health (NIOSH) Science Blog. Jun 10 2020. https://blogs.cdc.gov/niosh-science-blog/2020/06/10/ppe-burden/

[27] D Harmening. Clinical Hematology and Fundamentals of Hemostasis, 4th ed. Davis Company. 2002. 349.

[28] L Costanzo. Physiology. W B Saunders Company. 1998. 286-287.

[29] A Yartsev. Pharmacology of carbon dioxide. Deranged Physiology. https://derangedphysiology.com/main/cicm-primary-exam/required-reading/respiratory-system/Chapter%20311/pharmacology-carbon-dioxide

[30] A Voulgaris, O Marrone, et al. Chronic kidney disease in patients with obstructive sleep apnea. A narrative review. Sleep Med Rev. 2019. 10 (47). 74-89. https://pubmed.ncbi.nlm.nih.gov/31376590/

[31] Medicine Libre Texts. 6.4: Metabolic effects. Aug 13 2020. https://med.libretexts.org/Bookshelves/Anatomy_and_Physiology/Book%3A_Acid-base_Physiology_(Brandis)/06%3A_Respiratory_Acidosis/6.04%3A_Metabolic_Effects

[32] C Smith, J Whitelaw, et al. Carbon dioxide regreathing in respiratory protective devices: influence of speech and wor rate in full-face masks. Ergonomics. 2013. 56 (5): 781-790. https://pubmed.ncbi.nlm.nih.gov/23514282/

[33] D Stevens, B Jackson, et al. The impact of obstructive sleep apnoea on balance, gait and falls risk: a narrative review of the literature. J Gerontol A Biol Sci Med Sci. Feb 2020. 10glaa014. Online ahead of print. https://pubmed.ncbi.nlm.nih.gov/32039438/

[34] E Lim, R Seet, etal. Headaches and the N-95 face-mask amongst healthcare providers. Acta Neurol Scand Mar 2006. 113 (3). 199-202. doi: 10.1111/j.1600-0404.2005.00560.x https://pubmed.ncbi.nlm.nih.gov/16441251/

[35] N Fabregas, J Fernández-Candil. Hypercapnia. Dec 2016. In book Complications in Neuroanesthesia. 157-168. https://doi.org/10.1016/B978-0-12-804075-1.00020-1 https://www.sciencedirect.com/science/article/pii/B9780128040751000201?via%3Dihub

[36] J Sayers, R Smith, et al. Effects of carbon dioxide on mental performance. J Appl Physiol. Jul 1985. 63 (1). 25-30. doi: 10.1152/jappl.1987.63.1.25 https://pubmed.ncbi.nlm.nih.gov/3114218/

[37] U Satish, M Mendell, et al. Is CO2 an indoor pollutant? Direct effects of low-to-moderate CO2 concentrations on human decision-making performance. Environ Health Perspect. Dec 2012. 120 (12). 1671-1677. https://dx.doi.org/10.1289%2Fehp.1104789 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3548274/

[38] Y Yang, C Sun, et al. The effect of moderately increased CO2 concentration on perception of coherent motion. Aviat Space Environ Med. Mar 1997. 68 (3). 187-191. https://pubmed.ncbi.nlm.nih.gov/9056025/

[39] K Azuma, N Kagi, et al. Effects of low-level inhalation exposure to carbon dioxide in indoor environments: A short review on human health and psychomotor performance. Environ Int. Dec 2018. 121 (Pt1). 51-56. doi: 10.1016/j.envint.2018.08.059 https://pubmed.ncbi.nlm.nih.gov/30172928/

[40] A Beder, U Buyukkocak, et al. Preliminary report on surgical mask induced deoxygenation during major surgery. Neurocirugia 2008. 19. 121-126. http://scielo.isciii.es/pdf/neuro/v19n2/3.pdf

[41] T Kao, K Huang, et al. The physiological impact of wearing an N95 mask during hemodialysis as a precaution against SARS in patients with end-stage renal disease. J Formos Med Assoc. Aug 2004. 103 (8). 624-628. https://pubmed.ncbi.nlm.nih.gov/15340662/

[42] Bureau of Labor Statistics. News Release. USDL-11-1247. National Census of Fatal Occupational Injuries in 2010. Preliminary Results. Aug 25 2011.
https://scholar.google.com/scholar?cluster=5019350129886890079&hl=en&as_sdt=805&sciodt=0,3

[43] D Spelce, R McKay, et al. Respiratory protection for oxygen deficient atmospheres. J Int Soc Respir Prot. 2016. 33 (2). https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7183576/

[44] K Fedor. Noninvasive respiratory support in infants and children. Respiratory Care. Jun 2017. Vol 62 (6). 699-717. doi: 10.4187/respcare.05244 https://pubmed.ncbi.nlm.nih.gov/28546373/

[45] J Weinstein, J Smith. Pediatric BIPAP. J Emer Med Svcs. Sep 19 2019.
https://www.jems.com/2019/09/19/pediatric-bipap/

[46] US Department of Labor, Occupational Safety & Health Administration. Confined or enclosed spaces and other dangerous atmospheres >> Oxygen deficient or oxygen enriched atmospheres.
https://www.osha.gov/SLTC/etools/shipyard/shiprepair/confinedspace/oxygendeficient.html

[47] Z Zhaoshi. Potential risks when some special people wear masks. No. 1 Dept of Neurology, The Third Hospital of Jilin University. Apr 18 2020. https://jamanetwork.com/journals/jama/fullarticle/2764955

[48] C Luther. OSHA oxygen concentration standards. Sep 15 2020. https://work.chron.com/osha-oxygen-concentration-standards-15047.html

[49] D Spelce, R McKay, et al. Respiratory protection for oxygen deficient atmospheres. J Int Soc Respir Prot. 2016. 33 (2). https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7183576/

[50] J Henry. Clinical Diagnosis and Management by Laboratory Methods. 19th ed. WB Saunders Co. © 1996. P. 86.

[51] T Carbonell, R Rama. Respiratory hypoxia and oxidative stress in the brain.Is the endogenous erythropoietin an antioxidant? Current Chem Biol. 2009. 3 (3). https://doi.org/10.2174/2212796810903030238
https://www.eurekaselect.com/93407/article/respiratory-hypoxia-and-oxidative-stress-brain-endogenous-erythropoietin-antioxidant

[52] K Blomgren, H Hagberg. Free radicals, mitochondria and hypoxia-ischemia in the developing brain. Free radic Biol Med. Feb 1 2006. 40 (3). 388-397. https://pubmed.ncbi.nlm.nih.gov/16443153/

[53] G Padhy, A Gangwar, et al. Plasma kallikrein-bradykinin pathway promotes circulatory nitric oxide metabolite availability during hypoxia. Nitric Oxide. Vol 55-56. May-June 2016. 36-44.
https://www.sciencedirect.com/science/article/abs/pii/S1089860316300155

[54] J Greenwod. Mechanisms of blood-brain barrier breakdown. Neuroradiology. 1991. 33 (2): 95-100. doi: 10.1007/BF00588242. https://pubmed.ncbi.nlm.nih.gov/2046916/

[55] M Griesz-Brisson. Interview. Technocracy News. https://www.technocracy.news/german-neurologist-on-face-masks-oxygen-deprivation-causes-permanent-neurological-damage/

[56] C St. Croix, B Morgan, et al. Fatiguing inspiratory muscle work causes reflex sympathetic activation in humans. J Physiol. Dec 1 2000. 529 Pt 2 (Pt 2). 493-504. doi: 10.1111/j.1469-7793.2000.00493.x.
https://pubmed.ncbi.nlm.nih.gov/11101657/

[57] V Melnikov, V Divert, et al. Baseline values of cardiovascular and respiratory parameters predict response to acute hypoxia in young healthy men. Physiol Res. 2017. 66 (3). 467-479. https://pubmed.ncbi.nlm.nih.gov/28248531/

[58] J Crawford, T Isbell, et al. Hypoxia, red blood cells, and nitrite regulate NO-dependent hypoxic vasodilation. Blood. Jan 15 2006. 107 (2). 566-574. https://dx.doi.org/10.1182%2Fblood-2005-07-2668 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC1895612/

[59] J Henry. Clinical Diagnosis and Management by Laboratory Methods. 19th ed. WB Saunders Co. © 1996. P. 599.

[60] MedGen. Erythroid hyperplasia. https://www.ncbi.nlm.nih.gov/medgen/4536#rdis_1634824

[61] D Harmening. Clinical Hematology and Fundamentals of Hemostasis., 4th ed. Davis Company. 2002. 348-349.

[62] E Cummins, D Crean. Hypoxia and inflammatory bowel disease. Microbes and Infection. 19 (3). March 2017. 210-221. https://www.sciencedirect.com/science/article/abs/pii/S1286457916301319?via%3Dihub

[63] N Zeitouni, S Chotikatum, et al. The impact of hypoxia on intestinal epithelial cell functions: consequences for invasion by bacterial pathogens. Mol Cell Ped. 2016. 14. https://doi.org/10.1186/s40348-016-0041-y https://molcellped.springeropen.com/articles/10.1186/s40348-016-0041-y

[64] W Zhu. Should, and how can, exercise be done during a coronavirus outbreak? An interview with Dr. Jeffrey A Woods. J Sport Health Sci. Mar 2020. 9 (2). 105-107. doi: 10.1016/j.jshs.2020.01.005. https://pubmed.ncbi.nlm.nih.gov/32099717/

[65] M Hogan, R Cox, et al. Lactate accumulation during incremental exercise with varied inspired oxygen fractions. J Appl Physiol Respir Environ Exerc Physiol. Oct 1983. 55 (4). 1134-1140. doi: 10.1152/jappl.1983.55.4.1134 https://pubmed.ncbi.nlm.nih.gov/6629944/

[66] O Warburg. On the origin of cancer cells. Science. Feb 24 1956. 123 (3191). DOI:10.1126/science.123.3191.309. https://science.sciencemag.org/content/123/3191/309

[67] O Warburg. On the origin of cancer cells. Science. Feb 24 1956. 123 (3191). https://www.jstor.org/stable/1750066?seq=1

[68] A Chambers, S Matosevic. Immunometabolic dysfunction of natural killer cells mediated by the hypoxia-CD73 axis in solid tumors. Front Mol Biosci. 2019. 6 (60). Jul 24 2019. https://dx.doi.org/10.3389%2Ffmolb.2019.00060 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC6668567/

[69] G Crittenden. Is your mask giving you lung cancer? Oct 21 2020. https://neverb4.net/is-your-mask-giving-you-lung-cancer/

[70] M Chua, W Cheng, et al. Face masks in the new COVID-19 normal: materials, testing and perspectives. Research (Wash DC) Aug 7 2020. https://dx.doi.org/10.34133%2F2020%2F7286735 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7429109/

[71] Solvay. Material for Covid-19 PPE and medical equipment: N-95 masks. https://www.solvay.com/en/chemical-categories/specialty-polymers/healthcare/medical-equipment-emergency-production/n95-masks

[72] M Chua, W Cheng, et al. Face masks in the new COVID-19 normal: materials, testing and perspectives. Research (Wash DC) Aug 7 2020. https://dx.doi.org/10.34133%2F2020%2F7286735 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7429109/

[73] P Pierozan, F Jemeren, et al. Perfluorooctanoic acid (PFOA) exposure promotes proliferation, migration and invasion potential in human breast epithelial cells. Arch Toxicol. 2018. (92 (5). 1729-1739. Mar 3 2018. https://dx.doi.org/10.1007%2Fs00204-018-2181-4   https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5962621/

[74] K Steenland, T Fletcher, et al. Epidemiologic evidence on the health effects of perfluorooctanoic acid (PFOA). Environ Health Perspect. Aug 2010. 118 (8): 1100-1108. https://dx.doi.org/10.1289%2Fehp.0901827 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2920088/

[75] D Lukashev, B Klebanov. Cutting edge: Hypoxia-inducible factor 1alpha and its activation- inducible short isoform I.1 negatively regulate functions of CD4+ and CD8+ T lymphocytes. J Immun. Oct 15 2006. 177 (8). 4962 – 4965. DOI: https://doi.org/10.4049/jimmunol.177.8.4962 https://www.jimmunol.org/content/177/8/4962

[76] A Sant, A McMichael. Revealing the role of CD-4+ T cells in viral immunity. J Exp Med. Jul 30 2012. 209 (8). https://dx.doi.org/10.1084%2Fjem.20121517  https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3420330/

[77] B Borovoy, C Huber, Maria Crisler. Masks, false safety and real dangers, Part 2: Microbial challenges from masks. Oct 2020. https://PDMJ.org

[78] J Lan, Z Song, et al. Research letter: Skin damage among health care workers managing coronavirus disease-2019. Mar 9 2020. J Am Acad Dermatol. 82 (5). 1215-1216. https://www.jaad.org/article/S0190-9622(20)30392-3/pdf

[79] US Food and Drug Administration. Definition of a medical device. Section 201(h). https://www.fda.gov/media/131268/download

[80] US Food and Drug Administration. Medical device overview. https://www.fda.gov/industry/regulated-products/medical-device-overview#What%20is%20a%20medical%20device

[81] Us Food and Drug Administration. "Who can write a prescription for a medical device?" https://www.fda.gov/medical-devices/home-use-devices/frequently-asked-questions-about-home-use-devices#5

[82] E Sinkule, J Powell, et al. Evaluation of N95 respirator use with a surgical mask cover: effects on breathing resistance and inhaled carbon dioxide. [Table 4] Ann Occup Hygiene. Oct 29 2012. 57 (3). 384-398. https://doi.org/10.1093/annhyg/mes068   https://academic.oup.com/annweh/article/57/3/384/230992

[83] Z Zhaoshi. Potential risks when some special people wear masks. No. 1 Dept of Neurology, The Third Hospital of Jilin University. Apr 18 2020. https://jamanetwork.com/journals/jama/fullarticle/2764955

24

Plaintiff's Exhibit 350

# PDMJ

**Primary Doctor**
Medical Journal

**Masks, false safety and real dangers, Part 4:**

## Proposed mechanisms by which masks increase risk of COVID-19

Winter 2020

December 7, 2020.
Completed peer-review and revised, January 8, 2021

https://pdmj.org/papers/masks_false_safety_and
_real_dangers_part4/

https://doi.org/10.6084/m9.figshare.14021057

Colleen Huber, NMD [*]

Copyright to each article published by
PDMJ.org is retained by the author(s).

## Abstract

Mask "mandates" in 2020 have resulted in no reductions in incidence of COVID-19, as detected by positive polymerase chain reaction (PCR) tests among nations or US states. Increased rates or insignificant change in incidence of SARS-CoV-2 infections, as detected by PCR tests, have followed mask mandates throughout the world and in US states. Masks are therefore a possible risk factor for infection with SARS-CoV-2 and higher incidence of COVID-19 disease. This paper examines the known physical and chemical attributes of respiration through and involving the periphery of and inside of masks that may lead to a better understanding of the reasons for this phenomenon of increased COVID-19 incidence following mask use.

### COVID-19 incidence in masked and unmasked populations

The Council of Foreign Relations surveyed the citizens of 25 countries in mid-July, 2020. Their question was: "Have you always worn a face mask outside the home in the last seven days?" [1] Yes responses ranged from the highest of 93% in Singapore to the lowest of 1% in Finland and Denmark. In our team's research, we examined those same countries 3 months later, in early October 2020, regarding COVID-19 deaths and COVID-19 cases. There seemed to be no clear, identifiable pattern with regard to deaths. However, there was a trend of the countries with the least mask use in July 2020 showing generally fewer COVID-19 cases three months later.[2]

---

[*] Colleen Huber, NMD is a Naturopathic Medical Doctor and Naturopathic Oncologist (FNORI), writing on topics of masks, COVID-19, cancer and nutrition.





Total + PCR tests per 1M pop, at 10/7/2020 from Worldometers

$y = 37.536x + 4086.7$

Population data for countries and US states have shown that declared numbers of COVID-19 cases have more often increased than decreased after government "mandates" to their citizens to wear masks in those jurisdictions. Timelines of seven countries, Israel, Peru, Philippines, Spain, France, Hungary and Argentina, all showed no prompt impact of mask mandates on change in number of cases or hospitalizations from COVID-19.[3][4] But all seven of those countries showed increases in SARS-CoV-2 cases within 12 weeks following mask mandates. Five US metropolitan areas and six US states were also examined and showed similar patterns of increased reported SARS-CoV-2 cases. The Czech Republic showed sharply increased COVID-19 incidence immediately following that country's second mask mandate. The graphs discussed were prepared using data from the COVID Tracking Project Data Download [5] and from Our World In Data.[6] None except the Czech Republic showed a distinct inflection point from decrease to increase or vice versa of positive PCR tests at the time of, or shortly after, a mask mandate. The trend line of cases and hospitalizations in each jurisdiction generally increased after some weeks following the mandate. All areas showed increases in COVID-19 cases following mask mandates, except for New York City and Mississippi, both of which had already begun a sharp descent in COVID-19 cases for at least two weeks prior to mask mandates and then continued without appreciable change.

The foregoing data from The Covid Tracking Project Data Download, Our World in Data, The Council of Foreign Relations and our research team show higher rates of positive COVID-19 PCR tests in regions that had previous higher mask use.

The largest population-based study of facemasks and COVID-19 outcomes to date, known as the DANMASK-19 or Danish Mask Study, was conducted in April and May, 2020, and was released in mid-November 2020.[7] It enrolled 3030 participants to wear masks, and 2994 to remain unmasked, and for one month followed 4,862 of them who were able to complete the study. For that month, approximately one half of the participants wore masks, and the other half did not, while they went about their daily activities, in a non-lockdown environment. The average amount of time spent outside the home was 4.5 hours per day.

2

At the end of that month, data was collected on PCR values, IgM and IgG antibodies and / or hospital admission. Missing data and inconclusive results, patient-reported findings on home tests and other variables limited accurate assessment of results. It was found that approximately 2% of each group, 1.8% masked and 2.1% unmasked, were determined to have become infected with SARS-CoV-2. The DANMASK-19 study authors confessed a prior bias in favor of mask use, despite lack of any medical research prior to March 2020 confirming a preventive effect of masks against any viral illnesses. According to the existing research and meta-analyses prior to March 2020, facemasks have never been shown to be effective against transmission of viral infections.[8] [9] [10] Nor have masks been shown to be effective specifically against SARS-CoV-2.[11] The conclusion of the DANMASK-19 study was that masks did not significantly reduce COVID-19 infection rates, and about 0.5% of each group tested positive for other viruses. The DANMASK-19 study found, "A recommendation to wear a surgical mask when outside the home among others did not reduce, at conventional levels of statistical significance, incident SARS-CoV-2 infection compared with no mask recommendation."

The data above show that regions with higher mask use either had higher rates or insignificant change in positive COVID-19 PCR tests. It is the goal of this paper to examine the mechanisms of mask use that may be most likely to give rise to these findings.

## Proposed physical mechanisms for increased COVID-19 transmission due to mask use

A 2020 Duke University study included an examination of a cloth masks containment failure. The mesh of certain masks served as a dispersing tool for expired respiratory droplets.[12] Larger exhaled droplets from an unmasked person are known to fall to the ground quickly and at a short distance forward from the mouth.[13] The Duke University study found, however, that the mesh of the mask dispersed larger exhaled respiratory droplets "into a multitude of smaller droplets, . . . which explains the apparent increase in droplet count relative to no mask in that case." Smaller particles were also found to be more likely to stay airborne longer than larger droplets. As a result those particular cloth masks examined in the Duke University study were considered to be "counterproductive."

Aerosolized breath contain particles that can remain airborne for hours. "These time scales vary from many seconds to a few hours in typical indoor settings." [14]

A seldom considered aspect of masking is the nozzle effect. Gaps are present around the edges of all masks except for the most tightly fitted, and therefore possibly most suffocating, respirators. Side gaps and brow gaps around the periphery of a mask are openings by which exhaled and unfiltered aerosol is released into the air. As a stream of fluid (liquid or gas) is forced by exhalation against a constricted opening, both its speed and kinetic energy increase. Bernoulli's equation explains the conservation of energy as a fluid is forced through a narrowed opening:

3

$$\frac{1}{2}\rho v^2 = \frac{\frac{1}{2}mv^2}{V} = \frac{\text{KE}}{V}.$$

Where $\rho$ is the fluid density, and the kinetic energy per unit volume KE/V is ½ of mass times the square of velocity per total Volume (V). Compression of exhaled gas inside a mask raises fluid density compared to unmasked airspace. According to Bernoulli's equation above, velocity and kinetic energy as air is expelled would therefore be higher in masked than in unmasked airspace.

Pressure inside masked airspace is also higher, because there is obstruction to release of exhaled air by the mask mesh. Pressure and volume remain inversely proportional in a closed system with no other variables. This is explained by Boyle's Law, which is as follows: $P = k/V$, where $P$ = pressure, $k$ is a constant and $V$ = volume.

The formula for gas pressure, $PV = nRT$, where $n$ = the number of moles of gas, R is the universal gas constant and T is Kelvin temperature, also shows why pressure increases inside masked airspace on exhalation. R and T and V all stay fairly constant, but the number of moles of gas increase as the exhaled air, and its principal components (79% nitrogen, 16% oxygen and 4% carbon dioxide) emerge from the lungs. With all other variables held constant in $PV = nRT$, pressure can be expected to increase inside masked airspace on exhalation as $n$ increases.

These mechanical considerations are applicable to masks in that a mask wraps around the sides of the face, back toward the ears, where only small gaps remain for the unimpeded release of exhaled breath. Similarly, gaps at the contours of the sides of the nose and under the chin leave only narrowed gaps for unfiltered, unobstructed exhalation above and below the mask respectively.

As a result, there are side jets, back jets, a crown jet, brow jets and a downward jet that emerge from the mask in each of those directions. Farther transmission of virus-laden fluid particles have been found from masked individuals than from unmasked individuals, by means of "several leakage jets, including intense backward and downwards jets that may present major hazards," and a "potentially dangerous leakage jet of up to several meters." These masks "have the potential to disperse virus-laden fluid particles by several meters." [15] Backward airflow was found to be strong with all masks and faceshields studied, compared to not masking. Schlieren imaging revealed farther brow jets (upward flow) in surgical masks and cloth masks, 182 mm and 203 mm respectively versus none discernible at all with no mask. With regard to side jets and back jets, the authors found:

"It is important to be aware of this jet, to avoid a false sense of security that may arise when standing to the side of, or behind, a person wearing a surgical, or handmade mask or shield."

4

These jets were shown to contain viral particles measuring from 0.03 to 1 microns when expelled through the side gaps of both N-95 and surgical masks.[16]

Unmasked individuals on the other hand are unlikely to transmit viral particles anywhere near the distance that a masked individual can unwittingly contaminate. Oral microbial flora dispersed by unmasked healthcare workers standing one meter from the workspace failed to contaminate exposed plates on that surface.[17]

A concern arises then regarding the exposure of people who are positioned next to or behind or standing over a masked individual. Whereas unmasked individuals have been shown to have no or short-distance viral transmission, a leakage jet of up to several meters is a condition that makes a masked person a considerably greater risk for aerosol dispersion toward those in the vicinity who may be concerned about their own exposure to SARS-CoV-2 or other respiratory pathogens.

**Proposed chemical mechanisms for increased COVID-19 susceptibility due to mask use**

Low oxygen has been measured in the airspace inside a variety of masks. Available oxygen as a percentage of available air volume decreased to less than the US Occupational Safety and Health Administration (OSHA) required minimum of 19.5% [18] in less than 10 seconds of wear, and stayed below that threshold.[19] A study of 53 surgeons found a decrease in saturation of arterial pulsations (SpO2) when performing surgery while masked. Oxygen saturation decreased significantly after the operations.[20]

During a state of hypoxia, the body produces hypoxia-inducible factor-1 (HIF-1). HIF-1 is known to lower T-cell function.[21] CD-4 T-cells have been observed to decline in this process. However, it is essential to understand that CD-4 T-cells are known to fight viral infections.[22] This raises concerns that masked persons might more easily acquire, incubate and subsequently transmit a virus that has been the focus of intense attention, fear and concern throughout the world in 2020.

Another effect of HIF-1 is that it reduces angiotensin converting enzyme 2 (ACE2).[23] This enzyme plays key roles in maintaining blood pressure and electrolytes and controlling inflammation. Cells throughout the body carry receptors for ACE2, and they are especially concentrated in lung and bronchial epithelial cells, and also present in oral and nasal mucosa. ACE2 receptors are also the initial portal by which SARS-CoV-2 enter cells of the upper respiratory tract. An effect of SARS-CoV-2 is that it down-regulates ACE2 receptors.[24] A masked person with a new SARS-CoV-2 infection then would lose both ACE2 and ACE2 receptors. ACE2 is helpful to counteract damaging effects of Angiotensin II, such as inflammation and vasoconstriction. But as ACE2 effects on the body plummet from both loss of ACE2 and loss of receptors, the masked person with a new SARS-CoV-2 infection is especially at risk of marked inflammation and accompanying disease severity. So pathogenic effects of SARS-CoV-2 would be augmented by a hypoxic influence, such as masking, and therefore,

5

would be contraindicated in one who could become infected with this coronavirus.  Therefore, mask-induced hypoxia may make the difference between an asymptomatic or lightly symptomatic interaction with SARS-CoV-2 in a normoxic individual, compared with a severe case of COVID-19 in a hypoxic individual.

Carbon dioxide has also been found to rise within 30 seconds of donning a mask and remains at high levels in masked airspace, above OSHA requirements.[25]  Masked individuals have been found to manifest evidence of hypercapnia,[26] which affects multiple body systems. [27] [28]

Hypercapnia immobilizes cilia, the hair-like structures we rely on to clear pathogens from the upper airways.  This leads to predisposing mask wearers to respiratory tract infections and vulnerability to deep entry of pathogens.[29]  The lower respiratory system is usually sterile because of the action of the cilia that escalate debris and microorganisms up toward the mouth and nose.  Impairment of this process, such as in hypercapnia, is a risk factor for pathogenesis and severity of respiratory infections.

Hypercapnia was found to downregulate genes related to immune response.  It was found that "hypercapnia would suppress airway epithelial innate immune response to microbial pathogens and other inflammatory stimuli."[30]  Suppressive effects of hypercapnia were found on macrophage, neutrophil and alveolar epithelial cell functions.

Another effect of masks that may have direct impact on vulnerability to COVID-19 infection is that a mask covers some of the small portion of body surface area that would otherwise be exposed to sunlight in winter, when seasonal coronaviruses are most prevalent.  Skin exposure to the sun is the initial mechanism for bodily production of vitamin D.  Vitamin D is known to interfere with viral replication,[31] [32] and has been particularly essential as prophylaxis against COVID-19 severity.[33]

**Conclusion**

Population studies show that the use of masks either resulted in an increased incidence of COVID-19 or had no impact.  None of the examined jurisdictions experienced decreased incidence of COVID-19 after the introduction of mask mandates, except two that had already begun a sharp descent in COVID-19 cases weeks earlier.  Two physical mechanisms are proposed to directly contribute to this finding, based on current available research.  The first is scatter mechanics of dispersed respiratory droplets becoming aerosolized on collision with the mesh of a mask on outward exhalation and then lingering in air.  The second is the pressurized and distant peripheral jets of unfiltered exhaled aerosol from the nozzled edges of a mask.  These phenomena result in viral particles lingering longer and traveling farther in airspace from a masked person than exhaled respiratory droplets falling close to the body from the orifices of an unmasked person.  There are also chemical mechanisms for increased COVID-19 cases in masked populations.  This is likely due to immune suppression caused by hypoxic and hypercapnic conditions, as well as acidotic, immobilized cilia in the lungs, and reduced skin

6

surface available to sunlight for Vitamin D production. <mark>Caution is therefore urged against use of masks among those who wish to reduce the risk, either for themselves or others, of infection with SARS-CoV-2 or COVID-19 disease.</mark>

---

## References

[1] C Felter, N Bussemaker. Which countries are requiring face masks? Council on Foreign Relations. Aug 4, 2020. https://www.cfr.org/in-brief/which-countries-are-requiring-face-masks

[2] B Borovoy, C Huber, M Crisler. Masks, false safety and real dangers, Part 2: Microbial challenges from masks. Primary Doctor Med J. Nov 2020. https://pdmj.org/Mask_Risks_Part2.pdf

[3] I Miller. Mask charts. Rational Ground. https://rationalground.com/mask-charts/

[4] I Miller. More mask charts. Rational Ground. https://rationalground.com/more-mask-charts/

[5] The COVID Tracking Project. Data download. The Atlantic. https://covidtracking.com/data/download

[6] https://github.com/owid/covid-19-data/tree/master/public/data

[7] H Bundgaard, J Bundgaard, et al. Effectiveness of adding a mask recommendation to other public health measures to prevent SARS-CoV-2 infection in Danish mask wearers: A randomized controlled trial. Ann Int Med. Nov 18 2020. https://doi.org/10.7326/M20-6817. https://www.acpjournals.org/doi/10.7326/M20-6817

[8] J Xiao, E Shiu, et al. Nonpharmaceutical measures for pandemic influenza in non-healthcare settings – personal protective and environmental measures. Centers for Disease Control. 26(5); 2020 May. https://wwwnc.cdc.gov/eid/article/26/5/19-0994_article

[9] T Jefferson, M Jones, et al. Physical interventions to interrupt or reduce the spread of respiratory viruses. MedRxiv. 2020 Apr 7. https://www.medrxiv.org/content/10.1101/2020.03.30.20047217v2

[10] C Huber. Masks are neither effective nor safe: A summary of the science. PDMJ.org. Dec 2020. https://pdmj.org/Mask_Risks_Part4.pdf

[11] J Brainard, N Jones, et al. Facemasks and similar barriers to prevent respiratory illness such as COVID19: A rapid systematic review. MedRxiv. 2020 Apr 1. https://www.medrxiv.org/content/10.1101/2020.04.01.20049528v1.full.pdf

[12] E Fischer, M Fischer, et al. Low-cost measurement of face mask efficacy for filtering expelled droplets during speech. Science Advances. Sep 2 2020. 6 (36). https://advances.sciencemag.org/content/6/36/eabd3083?fbclid=IwAR0TPVlflF_sUEiSdad6oM1NVQGO5w2S7Wfs tClKaiJ15JJaKaDMzBkD5YY

[13] N Mitchell, S Hunt. Surgical face masks in modern operating rooms – a costly and unnecessary ritual? J Hosp Inf. Jul 1991. 18 (3): 239-242. https://doi.org/10.1016/0195-6701(91)90148-2 https://www.sciencedirect.com/science/article/abs/pii/0195670191901482

[14] M Nicas, W Nazaroff, et al. Toward understanding the risk of secondary airborne infection: Emission of respirable pathogens. J Occup and Env Hygiene. Aug 2010. 143-154.

https://doi.org/10.1080/15459620590918466
https://www.tandfonline.com/doi/full/10.1080/15459620590918466

[15] M Viola, B Peterson, et al. Face coverings, aerosol dispersion and mitigation of virus transmission risk.
https://arxiv.org/abs/2005.10720, https://arxiv.org/ftp/arxiv/papers/2005/2005.10720.pdf

[16] S Grinshpun, H Haruta, et al. Performance of an N95 filtering facepiece particular respirator and a surgical mask during human breathing: two pathways for particle penetration. J Occup Env Hygiene. 2009; 6(10):593-603.
https://www.tandfonline.com/doi/pdf/10.1080/15459620903120086

[17] N Mitchell, S Hunt. Surgical face masks in modern operating rooms – a costly and unnecessary ritual? J Hosp Inf. Jul 1991. 18 (3): 239-242. https://doi.org/10.1016/0195-6701(91)90148-2
https://www.sciencedirect.com/science/article/abs/pii/0195670191901482

[18] US Department of Labor, Occupational Safety & Health Administration. Confined or enclosed spaces and other dangerous atmospheres >> Oxygen deficient or oxygen enriched atmospheres.
https://www.osha.gov/SLTC/etools/shipyard/shiprepair/confinedspace/oxygendeficient.html

[19] B Borovoy, C Huber, M Crisler. Masks, false safety and real dangers, Part 3: Hypoxia, hypercapnia and physiological effects. PDMJ. Nov 2020. https://pdmj.org/Mask_Risks_Part3.pdf

[20] A Beder, U Buyukkocak, et al. Preliminary report on surgical mask induced deoxygenation during major surgery. Neurocirugia 2008. 19. 121-126. http://scielo.isciii.es/pdf/neuro/v19n2/3.pdf

[21] D Lukashev, B Klebanov. Cutting edge: Hypoxia-inducible factor 1alpha and its activation- inducible short isoform I.1 negatively regulate functions of CD4+ and CD8+ T lymphocytes. J Immun. Oct 15 2006. 177 (8). 4962 – 4965. DOI: https://doi.org/10.4049/jimmunol.177.8.4962
https://www.jimmunol.org/content/177/8/4962

[22] A Sant, A McMichael. Revealing the role of CD-4+ T cells in viral immunity. J Exp Med. Jul 30 2012. 209 (8).
https://dx.doi.org/10.1084%2Fjem.20121517 https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3420330/

[23] R Zhang, H Su, et al. MiRNA let-7b promotes the development of hypoxic pulmonary hypertension by targeting ACE2. Am J Physiol Lung Cell Mol Physiol. Mar 2019. 1; 316 (3): L547-L557. doi: 10.1152/ajplung.00387.2018
https://pubmed.ncbi.nlm.nih.gov/30628484/

[24] P Verdecchia, C Cavallini et al. The pivotal link between ACE2 deficiency and SARS-CoV-2 infection. Eur J Intern Med. Jun 2020. 76: 14-20. doi: 10.1016/j.ejim.2020.04.037
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7167588/

[25] B Borovoy, C Huber, M Crisler. Masks, false safety and real dangers, Part 3: Hypoxia, hypercapnia and physiological effects. PDMJ. Nov 2020. https://pdmj.org/Mask_Risks_Part3.pdf

[26] T Jacobson, J Kler, et al. Direct human health risks of increased atmospheric carbon dioxide. Nat Sustain. 2019. 2 (8). 691-701. https://www.nature.com/articles/s41893-019-0323-1

[27] B Chandrasekaran, S Fernandes. Exercise with facemask; Are we handling a devil's sword? – A physiological hypothesis. Nov 2020. 144 (110002). doi: 10.1016/j.mehy.2020.110002
https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7306735/#b0135

[28] M Joyner, D Casey. Regulation of increased blood flow (hyperemia) to muscles during exercise: a hierarchy of competing physiological needs. Physiol Rev. Apr 2015. 95 (2). 549-601. doi: 10.1152/physrev.00035.2013.
https://pubmed.ncbi.nlm.nih.gov/25834232/

8

[29] C Kempeneers, C Seaton, et al. Ciliary functional analysis: beating a path towards standardization. Pediatr Pulmonol. Oct 2019. 54 (10). 1627-1638. https://doi.org/10.1002/ppul.24439 https://pubmed.ncbi.nlm.nih.gov/31313529/

[30] S Casalino-Matsuda, N Wang, et al. Hypercapnia alters expression of immune response, nucleosome assembly and lipid metabolism genes in differentiated human bronchial epithelial cells. Sep 10 2018. Sci Rep. 13508. https://www.nature.com/articles/s41598-018-32008-x

[31] A Schogler, R Muster, et al. Vitamin D represses rhinovirus replication in cystic fibrosis cells by inducing LL-37. Eur Resp J 2016. 47: 520-530. DOI: 10.1183/13993003.00665-2015 https://erj.ersjournals.com/content/47/2/520

[32] C Gunville, P Mourani, et al. The role of vitamin D in the prevention and treatment of infection. Inflamm Allergy Drug Targets. Jul 2013. 12 (4): 239-245. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC3756814/

[33] P Ilie et al. The role of vitamin D in the prevention of coronavirus disease2019 infection and mortality. Aging Clin Exper Res. https://www.ncbi.nlm.nih.gov/pmc/articles/PMC7202265/pdf/40520_2020_Article_1570.pdf