Plaintiff's Exhibit 351

# COMMENTARY: Masks-for-all for COVID-19 not based on sound data

---

M **cidrap.umn.edu**/news-perspective/2020/04/commentary-masks-all-covid-19-not-based-sound-data

Lisa M Brosseau, ScD, and Margaret Sietsema, PhD  | Apr 01, 2020



_Dr. Brosseau_ is a national expert on respiratory protection and infectious diseases and professor (retired), University of Illinois at Chicago.
_Dr. Sietsema_ is also an expert on respiratory protection and an assistant professor at the University of Illinois at Chicago.

---

**Editor's Note:** _The authors added the following statement on Jul 16._

The authors and CIDRAP have received requests in recent weeks to remove this article from the CIDRAP website. Reasons have included: (1) we don't truly know that cloth masks (face coverings) are not effective, since the data are so limited, (2) wearing a cloth mask or face covering is better than doing nothing, (3) the article is being used by individuals and groups

to support non-mask wearing where mandated and (4) there are now many modeling studies suggesting that cloth masks or face coverings could be effective at flattening the curve and preventing many cases of infection.

## If the data are limited, how can we say face coverings are likely not effective?

We agree that the data supporting the effectiveness of a cloth mask or face covering are very limited. We do, however, have data from laboratory studies that indicate cloth masks or face coverings offer very low filter collection efficiency for the smaller inhalable particles we believe are largely responsible for transmission, particularly from pre- or asymptomatic individuals who are not coughing or sneezing. At the time we wrote this article, we were unable to locate any well-performed studies of cloth mask leakage when worn on the face—either inward or outward leakage. As far as we know, these data are still lacking.

The guidelines from the Centers for Disease Control and Prevention (CDC) for face coverings initially did not have any citations for studies of cloth material efficiency or fit, but some references have been added since the guidelines were first posted. We reviewed these and found that many employ very crude, non-standardized methods (Anfinrud 2020, Davies 2013, Konda 2020, Aydin 2020, Ma 2020) or are not relevant to cloth face coverings because they evaluate respirators or surgical masks (Leung 2020, Johnson 2009, Green 2012).

The CDC failed to reference the National Academies of Sciences Rapid Expert Consultation on the Effectiveness of Fabric Masks for the COVID-19 Pandemic (NAS 2020), which concludes, "The evidence from…laboratory filtration studies suggests that such fabric masks may reduce the transmission of larger respiratory droplets. There is little evidence regarding the transmission of small aerosolized particulates of the size potentially exhaled by asymptomatic or presymptomatic individuals with COVID-19." As well, the CDC neglected to mention a well-done study of cloth material filter performance by Rengasamy et al (2014), which we reviewed in our article.

## Is wearing a face covering better than nothing?

Wearing a cloth mask or face covering could be better than doing nothing, but we simply don't know at this point. We have observed an evolution in the messaging around cloth masks, from an initial understanding that they should not be seen as a replacement for physical distancing to more recent messaging that suggests cloth masks are equivalent to physical distancing. And while everyone appears to understand that this messaging suggests that a cloth mask is appropriate only for source control (ie, to protect others from infection), recent CDC and other guidance recommending their use by workers seems to imply that they offer some type of personal protection.

We know of workplaces in which employees are told they cannot wear respirators for the hazardous environments they work in, but instead need to wear a cloth mask or face covering. These are dangerous and inappropriate applications that greatly exceed the initial purpose of a cloth mask. We are concerned that many people do not understand the very limited degree of protection a cloth mask or face covering likely offers as source control for people located nearby.

## Do we support cloth mask wearing where mandated?

Despite the current limited scientific data detailing their effectiveness, we support the wearing of face coverings by the public when mandated and when in close contact with people whose infection status they don't know. However, we also encourage everyone to continue to limit their time spent indoors near potentially infectious people and to not count on or expect a cloth mask or face covering to protect them or the people around them. The pandemic is not over and will not likely be over for some time. As states and local jurisdictions reopen, we encourage people to continue to assess and limit their risks. Cloth masks and face coverings likely do *not* offer the same degree of protection as physical distancing, isolation, or limiting personal contact time.

## Will face coverings 'flatten the curve' and stop the pandemic?

We have reviewed the many modeling studies that purport to demonstrate that cloth masks or face coverings have the potential for flattening the curve or significantly decrease the number of cases. These studies fail to recognize several important facts:

- The filter performance of a cloth material does not directly translate or represent its performance on an individual, because it neglects the understanding of fit.
- Cloth masks or coverings come in a variety of shapes, sizes, and materials and are not made according to any standards.
- Transmission is not simply a function of short random interactions between individuals, but rather a function of particle concentration in the air and the time exposed to that concentration.
- A cloth mask or face covering does very little to prevent the emission or inhalation of small particles. As discussed in an earlier CIDRAP commentary and more recently by Morawska and Milton (2020) in an open letter to WHO signed by 239 scientists, inhalation of small infectious particles is not only biologically plausible, but the epidemiology supports it as an important mode of transmission for SARS-CoV-2, the virus that causes COVID-19.

In summary, though we support mask wearing by the general public, we continue to conclude that cloth masks and face coverings are likely to have limited impact on lowering COVID-19 transmission, because they have minimal ability to prevent the emission of small particles, offer limited personal protection with respect to small particle inhalation, and should not be recommended as a replacement for physical distancing or reducing time in enclosed

spaces with many potentially infectious people. We are very concerned about messaging that suggests cloth masks or face coverings can replace physical distancing. We also worry that the public doesn't understand the limitations of cloth masks and face coverings when we observe how many people wear their mask under their nose or even under their mouth, remove their masks when talking to someone nearby, or fail to practice physical distancing when wearing a mask.

## References

**Anfinrud P, Stadnytskyi V, Bax CE, et al.** Visualizing speech-generated oral fluid droplets with laser light scattering. N Engl J Med 2020 (published online Apr 15)

**Davies A, Thompson KA, Giri K, et al.** Testing the efficacy of homemade masks: would they protect in an influenza pandemic? Disaster Med Public Health Prep 2013 Aug;7(4):413-8

**Green CF, Davidson CS, Panlilio AL, et al.** Effectiveness of selected surgical masks in arresting vegetative cells and endospores when worn by simulated contagious patients. Infect Control Hosp Epidemiol 2012 May;33(5):487‑94

**Johnson DF, Druce JD, Birch C, et al.** A quantitative assessment of the efficacy of surgical and N95 masks to filter influenza virus in patients with acute influenza infection. Clin Infect Dis 2009 Jul 15;49(2):275-7

**Konda A, Prakash A, Moss GA, et al.** Aerosol filtration efficiency of common fabrics used in respiratory cloth masks. ACS Nano. 2020 (published online Apr 24)

**Leung NHL, Chu DKW, Shiu EYC, et al.** Respiratory virus shedding in exhaled breath and efficacy of face masks. *Nat Med* 2020 (published online Apr 3)

**Ma QX, Shan H, Zhang HL, et al.** Potential utilities of mask-wearing and instant hand hygiene for fighting SARS-CoV-2. J Med Virol 2020 (published online Mar 31)

**Morawska L, Milton DK.** It is time to address airborne transmission of COVID-19. Clin Infect Dis 2020 (published online Jul 6)

**National Academies of Sciences, Engineering, and Medicine.** 2020. Rapid expert consultation on the effectiveness of fabric masks for the COVID-19 pandemic. Washington, DC, National Academies Press. Apr 8, 2020

**Rengasamy S, Eimer B, Szalajda J.** A quantitative assessment of the total inward leakage of NaCl aerosol representing submicron-size bioaerosol through N95 filtering facepiece respirators and surgical masks. J Occup Environ Hyg 2014 May 9;11(6):388-96

***Editor's Note:*** *Also on Jul 16, The following text was changed directly after the "Surgical masks as source control" subhead in the original commentary:*

Original: *Household studies find very limited effectiveness of surgical masks at reducing respiratory illness in other household members.[22-25]*

Updated: *We were able to identify only two household studies in which surgical masks were worn by the index patient only, as source control.[24,25] Neither of these found a significant impact on secondary disease transmission, although both studies had important limitations.*

*The original reference 24 (bin-Reza 2011) was changed to Canini 2010. In an unrelated correction on Jul 16, reference 45 was incorrect and now correctly cites bin-Reza 2012.*

---

In response to the stream of misinformation and misunderstanding about the nature and role of masks and respirators as source control or personal protective equipment (PPE), we critically review the topic to inform ongoing COVID-19 decision-making that relies on science-based data and professional expertise.

As noted in a previous commentary, the limited data we have for COVID-19 strongly support the possibility that SARS-CoV-2—the virus that causes COVID-19—is transmitted by inhalation of both droplets and aerosols near the source. It is also likely that people who are pre-symptomatic or asymptomatic throughout the duration of their infection are spreading the disease in this way.

## Data lacking to recommend broad mask use

We do not recommend requiring the general public who do not have symptoms of COVID-19-like illness to routinely wear cloth or surgical masks because:

- There is no scientific evidence they are effective in reducing the risk of SARS-CoV-2 transmission
- Their use may result in those wearing the masks to relax other distancing efforts because they have a sense of protection
- We need to preserve the supply of surgical masks for at-risk healthcare workers.

Sweeping mask recommendations—as many have proposed—will not reduce SARS-CoV-2 transmission, as evidenced by the widespread practice of wearing such masks in Hubei province, China, before and during its mass COVID-19 transmission experience earlier this year. Our review of relevant studies indicates that cloth masks will be ineffective at preventing SARS-CoV-2 transmission, whether worn as source control or as PPE.

Surgical masks likely have some utility as source control (meaning the wearer limits virus dispersal to another person) from a symptomatic patient in a healthcare setting to stop the spread of large cough particles and limit the lateral dispersion of cough particles. They may also have very limited utility as source control or PPE in households.

Respirators, though, are the only option that can ensure protection for frontline workers dealing with COVID-19 cases, once all of the strategies for optimizing respirator supply have been implemented.

We do not know whether respirators are an effective intervention as source control for the public. A non-fit-tested respirator may not offer any better protection than a surgical mask. Respirators work as PPE only when they are the right size and have been fit-tested to demonstrate they achieve an adequate protection factor. In a time when respirator supplies are limited, we should be saving them for frontline workers to prevent infection and remain in their jobs.

These recommendations are based on a review of available literature and informed by professional expertise and consultation. We outline our review criteria, summarize the literature that best addresses these criteria, and describe some activities the public can do to help "flatten the curve" and to protect frontline workers and the general public.

We realize that the public yearns to help protect medical professionals by contributing homemade masks, but there are better ways to help.

## Filter efficiency and fit are key for masks, respirators

The best evidence of mask and respirator performance starts with testing filter efficiency and then evaluating fit (facepiece leakage). Filter efficiency must be measured first. If the filter is inefficient, then fit will be a measure of filter efficiency only and not what is being leaked around the facepiece.

### Filter efficiency

Masks and respirators work by collecting particles through several physical mechanisms, including diffusion (small particles) and interception and impaction (large particles).[1] N95 filtering facepiece respirators (FFRs) are constructed from electret filter material, with electrostatic attraction for additional collection of all particle sizes.[2]

Every filter has a particle size range that it collects inefficiently. *Above and below this range, particles will be collected with greater efficiency*. For fibrous non-electret filters, this size is about 0.3 micrometers (μm); for electret filters, it ranges from 0.06 to 0.1 μm. When testing, we care most about the point of inefficiency. As flow increases, particles in this range will be collected less efficiently.

The best filter tests use worst-case conditions: high flow rates (80 to 90 liters per minute [L/min]) with particle sizes in the least efficiency range. This guarantees that filter efficiency will be high at typical, lower flow rates for all particle sizes. Respirator filter certification tests use 84 L/min, well above the typical 10 to 30 L/min breathing rates. The N95 designation means the filter exhibits at least 95% efficiency in the least efficient particle size range.

Studies should also use well-characterized inert particles (not biological, anthropogenic, or naturogenic ones) and instruments that quantify concentrations in narrow size categories, and they should include an N95 FFR or similar respirator as a positive control.

**Fit**

Fit should be a measure of how well the mask or respirator prevents leakage around the facepiece, as noted earlier. Panels of representative human subjects reveal more about fit than tests on a few individuals or mannequins.

Quantitative fit tests that measure concentrations inside and outside of the facepiece are more discriminating than qualitative ones that rely on taste or odor.

## Mask, N95 respirator filtering performance

Following a recommendation that cloth masks be explored for use in healthcare settings during the next influenza pandemic,[3] The National Institute for Occupational Safety and Health (NIOSH) conducted a study of the filter performance on clothing materials and articles, including commercial cloth masks marketed for air pollution and allergens, sweatshirts, t-shirts, and scarfs.[4]

Filter efficiency was measured across a wide range of small particle sizes (0.02 to 1 µm) at 33 and 99 L/min. N95 respirators had efficiencies greater than 95% (as expected). For the entire range of particles tested, t-shirts had 10% efficiency, scarves 10% to 20%, cloth masks 10% to 30%, sweatshirts 20% to 40%, and towels 40%. All of the cloth masks and materials had near zero efficiency at 0.3 µm, a particle size that easily penetrates into the lungs.[4]

Another study evaluated 44 masks, respirators, and other materials with similar methods and small aerosols (0.08 and 0.22 µm).[5] N95 FFR filter efficiency was greater than 95%. Medical masks exhibited 55% efficiency, general masks 38% and handkerchiefs 2% (one layer) to 13% (four layers).

These studies demonstrate that cloth or homemade masks will have very low filter efficiency (2% to 38%). Medical masks are made from a wide range of materials, and studies have found a wide range of filter efficiency (2% to 98%), with most exhibiting 30% to 50% efficiency.[6-12]

We reviewed other filter efficiency studies of makeshift cloth masks made with various materials. Limitations included challenge aerosols that were poorly characterized[13] or too large[14-16] or flow rates that were too low.[17]

## Mask and respirator fit

Regulators have not developed guidelines for cloth or surgical mask fit. N95 FFRs must achieve a fit factor (outside divided by inside concentration) of at least 100, which means that the facepiece must lower the outside concentration by 99%, according to the OSHA respiratory protection standard. When fit is measured on a mask with inefficient filters, it is really a measure of the collection of particles by the filter plus how well the mask prevents particles from leaking around the facepiece.

Several studies have measured the fit of masks made of cloth and other homemade materials.[13,18,19] We have not used their results to evaluate mask performance, because none measured filter efficiency or included respirators as positive controls.

One study of surgical masks showing relatively high efficiencies of 70% to 95% using NIOSH test methods measured total mask efficiencies (filter plus facepiece) of 67% to 90%.[7] These results illustrate that surgical masks, even with relatively efficient filters, do not fit well against the face.

In sum, cloth masks exhibit very low filter efficiency. Thus, even masks that fit well against the face will not prevent inhalation of small particles by the wearer or emission of small particles from the wearer.

One study of surgical mask fit described above suggests that poor fit can be somewhat offset by good filter collection, but will not approach the level of protection offered by a respirator. The problem is, however, that many surgical masks have very poor filter performance. Surgical masks are not evaluated using worst-case filter tests, so there is no way to know which ones offer better filter efficiency.

## Studies of performance in real-world settings

Before recommending them, it's important to understand how masks and respirators perform in households, healthcare, and other settings.

### Cloth masks as source control

A historical overview of cloth masks notes their use in US healthcare settings starting in the late 1800s, first as source control on patients and nurses and later as PPE by nurses.[20]

Kellogg,[21] seeking a reason for the failure of cloth masks required for the public in stopping the 1918 influenza pandemic, found that the number of cloth layers needed to achieve acceptable efficiency made them difficult to breathe through and caused leakage around the

mask. We found no well-designed studies of cloth masks as source control in household or healthcare settings.

In sum, given the paucity of information about their performance as source control in real-world settings, along with the extremely low efficiency of cloth masks as filters and their poor fit, there is no evidence to support their use by the public or healthcare workers to control the emission of particles from the wearer.

## Surgical masks as source control

We were able to identify only two household studies in which surgical masks were worn by the index patient only, as source control.[24,25] Neither of these found a significant impact on secondary disease transmission, although both studies had important limitations.

Clinical trials in the surgery theater have found no difference in wound infection rates with and without surgical masks.[26-29] Despite these findings, it has been difficult for surgeons to give up a long-standing practice.[30]

There is evidence from laboratory studies with coughing infectious subjects that surgical masks are effective at preventing emission of large particles[31-34] and minimizing lateral dispersion of cough particles, but with simultaneous displacement of aerosol emission upward and downward from the mask.[35]

There is some evidence that surgical masks can be effective at reducing overall particle emission from patients who have multidrug-resistant tuberculosis,[36] cystic fibrosis,[34] and influenza.[33] The latter found surgical masks decreased emission of large particles (larger than 5 µm) by 25-fold and small particles by threefold from flu-infected patients.[33] Sung[37] found a 43% reduction in respiratory viral infections in stem-cell patients when everyone, including patients, visitors, and healthcare workers, wore surgical masks.

In sum, wearing surgical masks in households appears to have very little impact on transmission of respiratory disease. One possible reason may be that masks are not likely worn continuously in households. These data suggest that surgical masks worn by the public will have no or very low impact on disease transmission during a pandemic.

There is no evidence that surgical masks worn by healthcare workers are effective at limiting the emission of small particles or in preventing contamination of wounds during surgery.

There is moderate evidence that surgical masks worn by patients in healthcare settings can lower the emission of large particles generated during coughing and limited evidence that small particle emission may also be reduced.

## N95 FFRs as source control

Respirator use by the public was reviewed by <u>NIOSH</u>: (1) untrained users will not wear respirators correctly, (2) non-fit tested respirators are not likely to fit, and (3) improvised cloth masks do not provide the level of protection of a fit-tested respirator.

There are few studies examining the effectiveness of respirators on patients. An N95 FFR on coughing human subjects showed greater effectiveness at limiting lateral particle dispersion than surgical masks (15 cm and 30 cm dispersion, respectively) in comparison to no mask (68 cm). [35] Cystic fibrosis patients reported that surgical masks were tolerable for short periods, but N95 FFRs were not.[34]

In summary, N95 FFRs on patients will not be effective and may not be appropriate, particularly if they have respiratory illness or other underlying health conditions. Given the current extreme shortages of respirators needed in healthcare, we do not recommend the use of N95 FFRs in public or household settings.

## Cloth masks as PPE

A randomized trial comparing the effect of medical and cloth masks on healthcare worker illness found that those wearing cloth masks were 13 times more likely to experience influenza-like illness than those wearing medical masks.[38]

In sum, very poor filter and fit performance of cloth masks described earlier and very low effectiveness for cloth masks in healthcare settings lead us conclude that cloth masks offer no protection for healthcare workers inhaling infectious particles near an infected or confirmed patient.

## Surgical masks as PPE

Several randomized trials have not found any statistical difference in the efficacy of surgical masks versus N95 FFRs at lowering infectious respiratory disease outcomes for healthcare workers.[39-43]

Most reviews have failed to find any advantage of one intervention over the other.[23,44-48] Recent meta-analyses found that N95 FFRs offered higher protection against clinical respiratory illness[49,50] and lab-confirmed bacterial infections,[49] but not viral infections or influenza-like illness.[49]

A recent pooled analysis of two earlier trials comparing medical masks and N95 filtering facepiece respirators **with controls** (no protection) found that healthcare workers continuously wearing N95 FFRs were 54% less likely to experience respiratory viral infections than controls ($P = 0.03$), while those wearing medical masks were only 12% less likely than controls ($P = 0.48$; result is not significantly different from zero).[51]

While the data supporting the use of surgical masks as PPE in real-world settings are limited, the two meta-analyses and the most recent randomized controlled study[51] combined with evidence of moderate filter efficiency and complete lack of facepiece fit lead us to conclude that surgical masks offer very low levels of protection for the wearer from aerosol inhalation. There may be some protection from droplets and liquids propelled directly onto the mask, but a faceshield would be a better choice if this is a concern.

## N95 FFRs as PPE

A retrospective cohort study found that nurses' risk of SARS (severe acute respiratory syndrome, also caused by a coronavirus) was lower with consistent use of N95 FFRs than with consistent use of a surgical mask.[52]

In sum, this study, the meta-analyses, randomized controlled trial described above,[49,51] and laboratory data showing high filter efficiency and high achievable fit factors lead us to conclude that N95 FFRs offer superior protection from inhalable infectious aerosols likely to be encountered when caring for suspected or confirmed COVID-19 patients.

The precautionary principle supports higher levels of respiratory protection, such as powered air-purifying respirators, for aerosol-generating procedures such as intubation, bronchoscopy, and acquiring respiratory specimens.

# Conclusions

While this is not an exhaustive review of masks and respirators as source control and PPE, we made our best effort to locate and review the most relevant studies of laboratory and real-world performance to inform our recommendations. Results from laboratory studies of filter and fit performance inform and support the findings in real-world settings.

Cloth masks are ineffective as source control and PPE, surgical masks have some role to play in preventing emissions from infected patients, and respirators are the best choice for protecting healthcare and other frontline workers, but not recommended for source control. These recommendations apply to pandemic and non-pandemic situations.

Leaving aside the fact that they are ineffective, telling the public to wear cloth or surgical masks could be interpreted by some to mean that people are safe to stop isolating at home. It's too late now for anything but stopping as much person-to-person interaction as possible.

Masks may confuse that message and give people a false sense of security. If masks had been the solution in Asia, shouldn't they have stopped the pandemic before it spread elsewhere?

# Ways to best protect health workers

We recommend that healthcare organizations follow US Centers for Disease Control and Prevention (CDC) guidance by moving first through conventional, then contingency, and finally crisis scenarios to optimize the supply of respirators. We recommend using the CDC's burn rate calculator to help identify areas to reduce N95 consumption and working down the CDC checklist for a strategic approach to extend N95 supply.

For readers who are disappointed in our recommendations to stop making cloth masks for themselves or healthcare workers, we recommend instead pitching in to locate N95 FFRs and other types of respirators for healthcare organizations. Encourage your local or state government to organize and reach out to industries to locate respirators not currently being used in the non-healthcare sector and coordinate donation efforts to frontline health workers.

## References

1. **Lee KW, Liu BYH.** On the minimum efficiency and the most penetrating particle size for fibrous filters. J Air Pollut Control Assoc 1980 Mar 13;30(4):377-81
2. **Martin SB Jr, Moyer ES.** Electrostatic respirator filter media: filter efficiency and most penetrating particle size effects. Appl Occup Environ Hyg 2000 Nov 30;15(8):609-17
3. Reusability of facemasks during an influenza pandemic.News conference, Apr 27, 2006
4. **Rengasamy S, Eimer B, Shaffer RE.** Simple respiratory protection—evaluation of the filtration performance of cloth masks and common fabric materials against 20-1000 nm size particles.Ann Occup Hyg 2010 Jun 28;54(7):789-98
5. **Jung H, Kim J, Lee S, et al.** Comparison of filtration efficiency and pressure drop in anti-yellow sand masks, quarantine masks, medical masks, general masks, and handkerchiefs.Aerosol Air Qual Res 2014;14(14):991-1002.
6. **Grinshpun SA, Haruta H, Eninger RM, et al.** Performance of an N95 filtering facepiece particulate respirator and a surgical mask during human breathing: two pathways for particle penetration. J Occup Environ Hyg 2009 Jul 22;6(10):593-603
7. **Oberg T, Brosseau LM.** Surgical mask filter and fit performance. Am J Infect Control 2008 May;36(4):276-82
8. **Willeke K, Qian Y, Donnelly J, et al.** Penetration of airborne microorganisms through a surgical mask and a dust/mist respirator. Am Ind Hyg Assoc J 1996;57(4):348-55
9. **Brosseau LM, McCullough NV, Vesley D.** Mycobacterial aerosol collection efficiency of respirator and surgical mask filters under varying conditions of flow and humidity. Appl Occup Environ Hyg 1997;12(6):435-45
10. **Chen CC, Willeke K.** Aerosol penetration through surgical masks. Am J Infect Control 1992 Aug;20(4):177-84
11. **McCullough NV, Brosseau LM, Vesley D.** Collection of three bacterial aerosols by respirator and surgical mask filters under varying conditions of flow and relative humidity. Ann Occup Hyg 1997 Dec;41(6):677-90

12. **Rengasamy S, Eimer B, Szalajda J.** A quantitative assessment of the total inward leakage of NaCl aerosol representing submicron-size bioaerosol through N95 filtering facepiece respirators and surgical masks. J Occup Environ Hyg 2014 11(6):388-96

13. **Davies A, Thompson KA, Giri K, et al.** Testing the efficacy of homemade masks: would they protect in an influenza pandemic?Disaster Med Public Health Prep 2013 Aug;7(4):413-8

14. Cherrie JW, Apsley A, Cowie H, et al. Effectiveness of face masks used to protect Beijing residents against particulate air pollution.Occup Environ Med 2018 Jun;75(6):446-52

15. **Mueller W, Horwell CJ, Apsley A, et al.** The effectiveness of respiratory protection worn by communities to protect from volcanic ash inhalation. Part I: filtration efficiency tests.Int J Hyg Environ Health 2018 July;221(6):967-76

16. **Bowen LE.** Does that face mask really protect you?Appl Biosaf 2010 Jun 1;15(2):67-71

17. **Shakya KM, Noyes A, Kallin R, et al.** Evaluating the efficacy of cloth facemasks in reducing particulate matter exposure.J Expo Sci Environ Epidemiol 2017 May;27(3):352-7

18. **van der Sande M., Teunis P, Sabel R.** Professional and home-made face masks reduce exposure to respiratory infections among the general population. PLOS One 2008 Jul 9;3(7):0002618

19. **Derrick JL, Gomersall CD.** Protecting healthcare staff from severe acute respiratory syndrome: filtration capacity of multiple surgical masks. J Hosp Infect 2005 Apr;59(4):365-8

20. **Chughtai AA, Seale H, MacIntyre CR.** Use of cloth masks in the practice of infection control—evidence and policy gaps. Int J Infect Control 2013 Jun;9(3)

21. **Kellogg WH, MacMillan G.** An experimental study of the efficacy of gauze face masks.Am J Public Health 1920;10(1):34-42

22. **Saunders-Hastings P, Crispo JA, Sikora L, et al.** Effectiveness of personal protective measures in reducing pandemic influenza transmission: A systematic review and meta-analysis.Epidemics 2017 Sep;20:1-20

23. **Cowling B J, Zhou Y, Ip DKM, et al.** Face masks to prevent transmission of influenza virus: a systematic review. Epidemiol Infect 2010 Jan 22;138(4):449-56

24. **Canini L, Andreoletti L, Ferrari P, et al.** Surgical mask to prevent influenza transmission in households: a cluster randomized trial. PLOS One 2010 Nov 17;5(11):e13998

25. **MacIntyre CR, Zhang Y, Chughtai AA, et al.** Cluster randomised controlled trial to examine medical mask use as source control for people with respiratory illness.BMJ Open 2016 Dec 30;6(12):e012330

26. **Meleny FL.** Infection in clean operative wounds: a nine year study. Surg Gynecol Obstet 1935;60:264-75

27. **Orr NWM.** Is a mask necessary in the operating theater? Ann R Coll Surg Engl 1981;63:390-2

28. **Mitchell NJ, Hunt S.** Surgical face masks in modern operating rooms—a costly and unnecessary ritual? J Hosp Infect 1991;18(3):239-42

29. **Tunevall TG.** Postoperative wound infections and surgical face masks: a controlled study. World J Surg 1991 May-Jun;15(3):383-7

30. **Belkin NL.** Masks, barriers, laundering, and gloving: Where is the evidence?AORN J 2006 Oct 25;84(4):655-63

31. **Johnson DF, Druce JD, Birch C, et al.** A quantitative assessment of the efficacy of surgical and N95 masks to filter influenza virus in patients with acute influenza infection.Clin Infect Dis 2009 Jul 15;49(2):275-7

32. **Driessche KV, Hens N, Tilley P, et al.** Surgical masks reduce airborne spread of Pseudomonas aeruginosa in colonized patients with cystic fibrosis.Am J Respir Crit Care Med 2015 Oct 1;192(7):897-9

33. **Milton DK, Fabian MP, Cowling BJ, et al.** Influenza virus aerosols in human exhaled breath: particle size, culturability, and effect of surgical masks.PLoS Pathog 2013 Mar;9(3):e1003205

34. **Stockwell RE, Wood ME, He C, et al.** Face masks reduce the release of Pseudomonas aeruginosa cough aerosols when worn for clinically relevant periods.Am J Respir Crit Care Med 2018 Nov 15;198(10):1339-42

35. **Hui DS, Chow BK, Chu L, et al.** Exhaled air dispersion during coughing with and without wearing a surgical or N95 mask.PLoS One 2012;7(12)e50845

36. **Dharmadhikari AS, Mphahlele M, Stoltz A, et al.** Surgical face masks worn by patients with multidrug-resistant tuberculosis: impact on infectivity of air on a hospital ward.Am J Respir Crit Care Med 2012 May 15;185(10):1104-9

37. **Sung AD, Sung JA, Thomas S, et al.** Universal mask usage for reduction of respiratory viral infections after stem cell transplant: a prospective trial.Clin Infect Dis 2016 Oct 15;63(8):999-1006

38. **MacIntyre CR, Seale H, Dung TC, et al.** A cluster randomised trial of cloth masks compared with medical masks in healthcare workers.BMJ Open 2015 Apr 22;5(4):e006577

39. **Loeb M, Dafoe N, Mahony J, et al.** Surgical mask vs N95 respirator for preventing influenza among healthcare workers: a randomized trial. JAMA 2009 Nov 4;302(17):1865-71

40. **MacIntyre CR, Wang Q, Cauchemez S, et al.** A cluster randomized clinical trial comparing fit-tested and non-fit-tested N95 respirators to medical masks to prevent respiratory virus infection in health care workers. Influenza Other Respir Viruses 2011;5(3):170-9

41. **MacIntyre CR, Wang Q, Rahman B, et al.** Efficacy of face masks and respirators in preventing upper respiratory tract bacterial colonization and co-infection in hospital healthcare workers—authors' reply. Prev Med 2014 Aug;65:154

42. **MacIntyre CR, Wang Q, Seale H, et al.** A randomized clinical trial of three options for N95 respirators and medical masks in health workers. Am J Resp Crit Care Med 2013;187(9):960-6

43. **Radonovich LJ, Simberkoff MS, Bessesen MT, et al.** <u>N95 respirators vs medical masks for preventing influenza among health care personnel: a randomized clinical trial.</u> JAMA 2019 Sep 3;322(9):824-33

44. **Gralton J, and McLaws ML.** <u>Protecting healthcare workers from pandemic influenza: N95 or surgical masks?.</u> Crit Care Med 2010 Feb;38(2):657-67

45. **bin-Reza F, Chavarrias VL, Nicoll A, et al.** <u>The use of masks and respirators to prevent transmission of influenza: a systematic review of the scientific evidence</u>. Influenza Other Respi Virus 2012 Jul;6(4):257-67

46. **Bunyan D, Ritchie L, Jenkins D, et al.** <u>Respiratory and facial protection: a critical review of recent literature.</u> J Hosp Infect 2013 Nov;85(3):165-9

47. **Smith JD, MacDougall CC, Johnstone J, et al.** <u>Effectiveness of N95 respirators versus surgical masks in protecting health care workers from acute respiratory infection: a systematic review and meta-analysis.</u> CMAJ 2016 May 17;188(8):567-74

48. **Jefferson T, Jones M, Ansari LAA, et al.** <u>Physical interventions to interrupt or reduce the spread of respiratory viruses. Part 1 - Face masks, eye protection and person distancing: systematic review and meta-analysis.</u> medRxiv 2020 Mar 30

49. **Offeddu V, Yung CF, Low MSF, et al.** <u>Effectiveness of masks and respirators against respiratory infections in healthcare workers: a systematic review and meta-analysis.</u> Clin Infect Dis 2017 Aug 7;65(11):1934-42

50. **Long Y, Hu T, Liu L, et al.** <u>Effectiveness of N95 respirators versus surgical masks against influenza: A systematic review and meta-analysis.</u> J Evid Based Med 2020 (published online Mar 13)

51. **MacIntyre CR, Chughtai AA, Rahman B, et al.** <u>The efficacy of medical masks and respirators against respiratory infection in healthcare workers</u>. Influenza Other Respir Viruses 2017;11(6):511-7

52. **Loeb M, McGeer A, Henry B, et al.** <u>SARS among critical care nurses, Toronto.</u>Emerg Infect Dis 2004 Feb;10(2):251-5

**GlobalResearch**
Center for Research on Globalization

`Plaintiff's Exhibit 352`

# Medical Doctor Warns that "Bacterial Pneumonias Are on the Rise" from Mask Wearing

By John C. A. Manley

Global Research, August 15, 2021
Global Research 6 October 2020

Region: USA
Theme: Science and Medicine

Important article by John C. A Manley. First published in October 2020

*"A group is suing Tulsa Mayor G.T. Bynum and Tulsa Health Department Executive Director Bruce Dart, saying the city's mask mandate is harmful to healthy people," reports Activist Post. [October 2020] The group includes business owners and two doctors who "are asking the city to immediately repeal the mask mandate which was passed by city council last month."*

At a press conference, optometrist Robert Zoellner said:

> "…the fear factor has got to step back. This idea that I don't want to give you something that I don't even know that I have is almost at the point of ridiculous. Let's use some common sense."

Dr. James Meehan, MD followed by warning that mask wearing has "well-known risks that have been well-studied and they're not being discussed in the risk analysis.

> "I'm seeing patients that have facial rashes, fungal infections, bacterial infections. Reports coming from my colleagues, all over the world, are suggesting that the bacterial pneumonias are on the rise.

> "Why might that be? Because untrained members of the public are wearing medical masks, repeatedly… in a non-sterile fashion… They're becoming contaminated. They're pulling them off of their car seat, off the rearview mirror, out of their pocket, from their countertop, and they're reapplying a mask that should be worn fresh and sterile every single time."

Dr. Meehan adds:

> "New research is showing that cloth masks may be increasing the aerosolization of the SARS-COV-2 virus into the environment causing an increased transmission of the disease…"

In conclusion, Dr. Meehan states:

> "In February and March we were told not to wear masks. What changed? The science didn't change. The politics did. This is about compliance. It's not about

science… Our opposition is using low-level retrospective observational studies that should not be the basis for making a medical decision of this nature."

*

Note to readers: please click the share buttons above or below. Forward this article to your email lists. Crosspost on your blog site, internet forums. etc.

*John C. A. Manley has spent over a decade ghostwriting for medical doctors, as well as naturopaths, chiropractors and Ayurvedic physicians. He publishes the COVID-19(84) Red Pill Briefs – an email-based newsletter dedicated to preventing the governments of the world from using an exaggerated pandemic as an excuse to violate our freedom, health, privacy, livelihood and humanity. He is also writing a novel, Brave New Normal: A Dystopian Love Story. Visit his website at: MuchAdoAboutCorona.ca. He is a frequent contributor to Global Research.*

*Featured image is by Engin Akyurt from Pixabay*

The original source of this article is Global Research
Copyright © John C. A. Manley, Global Research, 2021

**Comment on Global Research Articles on our Facebook page**

**Become a Member of Global Research**

*Articles by:* John C. A. Manley

**Disclaimer:** The contents of this article are of sole responsibility of the author(s). The Centre for Research on Globalization will not be responsible for any inaccurate or incorrect statement in this article. The Centre of Research on Globalization grants permission to cross-post Global Research articles on community internet sites as long the source and copyright are acknowledged together with a hyperlink to the original Global Research article. For publication of Global Research articles in print or other forms including commercial internet sites, contact: publications@globalresearch.ca

www.globalresearch.ca contains copyrighted material the use of which has not always been specifically authorized by the copyright owner. We are making such material available to our readers under the provisions of "fair use" in an effort to advance a better understanding of political, economic and social issues. The material on this site is distributed without profit to those who have expressed a prior interest in receiving it for research and educational purposes. If you wish to use copyrighted material for purposes other than "fair use" you must request permission from the copyright owner.

For media inquiries: publications@globalresearch.ca

Plaintiff's Exhibit 353



# Medical Mask Exemptions

The Americans with Disabilities Act (ADA) is a civil rights law that prohibits discrimination in places of public accommodation based on disability. It was intended to ensure that people living with disabilities have access to all of the same opportunities as those without disabilities.

The ADA defines disability as "a physical or mental impairment that substantially limits one or more of the major life activities of such individual; a record of such an impairment; or being regarded as having such an impairment."

The ADA is broken into four sections:

      **Title I:**     Employment;
      **Title II:**    State and Local Government Activities & Transportation (Airlines);
      **Title III:**   Public Accommodations (Private & non-profit business); and,
      **Title IV:**   Telecommunications Relay Services.

This article focuses on Title III, Public Accommodations, which are classified into one of twelve categories listed in ADA:

1. Places of lodging (e.g., inns, hotels, motels) (except for owner-occupied establishments renting fewer than six rooms);
2. Establishments serving food or drink (e.g., restaurants and bars);
3. Places of exhibition or entertainment (e.g., motion picture houses, theaters, concert halls, stadiums);
4. Places of public gathering (e.g., auditoriums, convention centers, lecture halls);
5. Sales or rental establishments (e.g., bakeries, grocery stores, hardware stores, shopping centers);
6. Service establishments (e.g., laundromats, dry-cleaners, banks, barber shops, beauty shops,

travel services, shoe repair services, funeral parlors, gas stations, offices of accountants or lawyers, pharmacies, insurance offices, professional offices of health care providers, hospitals);

7.  Public transportation terminals, depots, or stations (not including facilities relating to air transportation);

8.  Places of public display or collection (e.g., museums, libraries, galleries);

9.  Places of recreation (e.g., parks, zoos, amusement parks);

10.  Places of education (e.g., nursery schools, elementary, secondary, undergraduate, or postgraduate private schools);

11.  Social service center establishments (e.g., day care centers, senior citizen centers, homeless shelters, food banks, adoption agencies); and

12.  Places of exercise or recreation (e.g., gymnasiums, health spas, bowling alleys, golf courses).

The Centers for Disease Control has issued guidance stating that face coverings should not be worn by "anyone who has trouble breathing" or "anyone who is unconscious, incapacitated, or otherwise unable to remove the cloth face covering without assistance."

The Southeast ADA Center, together with Syracuse University, released a disability issues brief titled, The ADA and Face Mask Policies, which contains the following examples of persons who might not be able to wear a face mask:

• Individuals with asthma, chronic obstructive pulmonary disease (COPD), or other respiratory disabilities may not be able to wear a face mask because of difficulty in or impaired breathing. The CDC also states that anyone who has trouble breathing should not wear a face mask.

• People with post-traumatic stress disorder (PTSD), severe anxiety, or claustrophobia (an abnormal fear of being in enclosed or narrow places), may feel afraid or terrified when wearing a face mask. These individuals may not be able to stay calm or function when wearing a face mask.

• Some people with autism are sensitive to touch and texture. Covering the nose and mouth with fabric can cause sensory overload, feelings of panic, and extreme anxiety.

• A person who has cerebral palsy may have difficulty moving the small muscles in the hands, wrists, or fingers. Due to their limited mobility,  they may not be able to tie the strings or put the elastic loops of a face mask over the ears. This means that the individual may not be able to put on or remove a face mask without assistance.

• A person who uses mouth control devices such as a sip and puff to operate a wheelchair or assistive technology, or uses their mouth or tongue to use assistive ventilators will be unable to wear a mask.

Prolonged wearing of a mouth covering may be considered harmful in certain situations. Your doctor may recommend not wearing mouth coverings for many reasons.

If you have a medical or psychological concern that makes wearing a facial covering problematic, it may be appropriate to consult your physician. If you believe that you may have a condition that qualifies, a medical exemption for wearing a mask can be obtained by your local doctor, or through the doctors AFLDS has approved to provide telemedicine care.

Plaintiff's Exhibit 354

[jamanetwork.com](jamanetwork.com)

# Medical Masks

*Angel N. Desai, MD, MPH1; Preeti Mehrotra, MD, MPH2*

5-6 minutes



**Medical masks** can be used to prevent the spread of respiratory infections.

There are 2 main types of medical masks: **face masks** and **N95 respirators**.

**Face masks** fit more loosely and prevent the wearer from spreading large sprays and droplets when coughing or sneezing.

**N95 respirators** fit more tightly and prevent the wearer from inhaling smaller, airborne infectious particles.

N95 respirators are not recommended for use by the general public.

**Face mask**

**N95 respirator**

## Face masks should only be used by

- ☑ Individuals with symptoms of respiratory infection such as coughing, sneezing, and sometimes fever
- ☑ Health care workers
- ☑ Persons taking care of or in close contact with someone with a respiratory infection

## How do I use a face mask?

1. Wash hands for at least 20 seconds prior to putting on a face mask.

2. Place face mask over nose and mouth. Ensure a tight seal with no gaps and secure elastics or straps.

3. Avoid touching the front of the face mask. If you do, wash hands for at least 20 seconds.



> If you do, wash hands for at least 20 seconds.
>
> (4) Remove the face mask without touching the front. Discard in a closed bin.
>
> (5) Wash hands again for at least 20 seconds.

Medical masks are a tool that can be used to prevent the spread of respiratory infection.

Medical masks are a type of personal protective equipment used to prevent the spread of respiratory infections. These masks cover the mouth and nose of the wearer and, if worn properly, may be effective at helping prevent transmission of respiratory viruses and bacteria.

There are 2 main types of masks used to prevent respiratory infection: surgical masks, sometimes referred to as face masks, and respirators. These masks differ by the type and size of infectious particles they are able to filter. Face masks are used more commonly for respiratory viruses that spread via droplets, which travel short distances and are transmitted by cough or sneeze. Face masks often fit loosely, and prevent the wearer from spreading large sprays and droplets, as well as preventing hand-to-face contact. N95 respirators block 95% of airborne particles. They are tight fitting and prevent inhalation of smaller infectious particles that can spread through the air over long distances after an infected person coughs or sneezes. Diseases that require use of an N95 respirator include tuberculosis, chickenpox, and measles. N95 respirators cannot be used by individuals with facial hair or by children because it is difficult to achieve a proper fit. In those cases, a special respirator called a powered air-purifying respirator may be used instead.

When Should a Mask Be Used?

Face masks should be used only by individuals who have symptoms of respiratory infection such as coughing, sneezing, or, in some cases, fever. Face masks should also be worn by health care workers, by individuals who are taking care of or are in close contact with people who have respiratory infections, or otherwise as directed by a doctor. Face masks should not be worn by healthy individuals to protect themselves from acquiring respiratory infection because there is no evidence to suggest that face masks worn by healthy individuals are effective in preventing people from becoming ill. Face masks should be reserved for those who need them because masks can be in short supply during periods of widespread respiratory infection. Because N95 respirators require special fit testing, they are not recommended for use by the general public.

If wearing a face mask is indicated, it is important to wash your hands with soap and water for at least 20 seconds prior to putting on the face mask. An alcohol-based sanitizer that contains at least 60% alcohol can also be used if soap and water are unavailable.

After cleaning your hands, place the face mask over your nose and mouth. Make sure there are no gaps between the face mask and your face, and ensure a tight seal. Try to avoid touching the face mask when wearing it. If you do touch the face mask, wash your hands or use hand sanitizer again. When you are done using the face mask, remove it without touching the front of the face mask, and discard it into a closed bin. Wash your hands again after discarding the face mask.

Preventing Infection Acquisition

Hand hygiene is one of the most important ways to prevent acquiring and spreading respiratory infections. Wash your hands often. Try not to touch your nose, eyes, or mouth prior to washing your hands. Avoid close contact with others who are sick. Clean household surfaces and objects with wipes or cleaning spray when available. If you become ill, stay home to avoid making other people sick.

Back to top

Article Information

**Published Online:** March 4, 2020. doi:10.1001/jama.2020.2331

**Conflict of Interest Disclosures:** None reported.

**Sources:** World Health Organization. When and how to use masks. http://www.who.int/emergencies/diseases/novel-coronavirus-2019/advice-for-public/when-and-how-to-use-masks

Centers for Disease Control and Prevention. Coronavirus disease 2019 (COVID-19): prevention and treatment. https://www.cdc.gov/coronavirus/2019-ncov/about/prevention-treatment.html

Radonovich LJ, Simberkoff MS, Bessesen MT, et al. N95 respirators vs medical masks for preventing influenza among health care personnel. *JAMA*. 2019;322(9):824-833.

**Research Report: Biological**

# Modeling of the Transmission of Coronaviruses, Measles Virus, Influenza Virus, *Mycobacterium tuberculosis*, and *Legionella pneumophila* in Dental Clinics

Journal of Dental Research
2020, Vol. 99(10) 1192–1198
© The Author(s) 2020

Article reuse guidelines:
sagepub.com/journals-permissions
DOI: 10.1177/0022034520940288
journals.sagepub.com/home/jdr

C. Zemouri[1], S.F. Awad[2], C.M.C. Volgenant[1] ⓘD, W. Crielaard[1], A.M.G.A. Laheij[1], and J.J. de Soet[1]

## Abstract

Dental health care workers are in close contact to their patients and are therefore at higher risk for contracting airborne infectious diseases. The transmission rates of airborne pathogens from patient to dental health care workers are unknown. With the outbreaks of infectious diseases, such as seasonal influenza, occasional outbreaks of measles and tuberculosis, and the current pandemic of the coronavirus disease COVID-19, it is important to estimate the risks for dental health care workers. Therefore, the transmission probability of these airborne infectious diseases was estimated via mathematical modeling. The transmission probability was modeled for *Mycobacterium tuberculosis, Legionella pneumophila*, measles virus, influenza virus, and coronaviruses per a modified version of the Wells-Riley equation. This equation incorporated the indoor air quality by using carbon dioxide as a proxy and added the respiratory protection rate from medical face masks and N95 respirators. Scenario-specific analyses, uncertainty analyses, and sensitivity analyses were run to produce probability rates. A high transmission probability was characterized by high patient infectiousness, the absence of respiratory protection, and poor indoor air quality. The highest transmission probabilities were estimated for measles virus (100%), coronaviruses (99.4%), influenza virus (89.4%), and *M. tuberculosis* (84.0%). The low-risk scenario leads to transmission probabilities of 4.5% for measles virus and 0% for the other pathogens. From the sensitivity analysis, it shows that the transmission probability is strongly driven by indoor air quality, followed by patient infectiousness, and the least by respiratory protection from medical face mask use. Airborne infection transmission of pathogens such as measles virus and coronaviruses is likely to occur in the dental practice. The risk magnitude, however, is highly dependent on specific conditions in each dental clinic. Improved indoor air quality by ventilation, which reduces carbon dioxide, is the most important factor that will either strongly increase or decrease the probability of the transmission of a pathogen.

**Keywords:** theoretical model, infectious disease transmission, respiratory protective devices, infection control, cross infection, COVID-19

## Introduction

The epidemic of the coronavirus disease (COVID-19) caused by the severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) has a global impact on public health and health care workers (Wang et al. 2020). Pandemics are unique, but seasonal regional outbreaks of highly contagious airborne pathogens have occurred in previous years. Most frequently reported infectious agents causing airborne infections are influenza virus, *Mycobacterium tuberculosis*, and measles virus.

Dental health care workers (DHWs) are frequently in close contact with a large number of patients. These patients may unknowingly carry airborne transmitted infectious diseases, so they may infect DHWs during dental treatment. This may lead to the transmission of infectious diseases to the DHWs during dental treatment (Feller et al. 2009; Petti 2016). Sneezing, coughing, talking, and breathing induce the production of spatters and aerosols. Especially during seasonal epidemics or

disease outbreaks, airborne pathogens are likely to reach the dental practice and contaminate DHWs. In addition to exposure to potentially infected patients, DHWs are at risk of acquiring infections from dental unit waterlines, which can harbor pathogens such as nontuberculous *Mycobacterium* spp.,

[1]Department of Preventive Dentistry, Academic Centre for Dentistry Amsterdam, University of Amsterdam and Vrije Universiteit Amsterdam, Amsterdam, the Netherlands
[2]Infectious Disease Epidemiology Group, Weill Cornell Medicine–Qatar, Cornell University, Qatar Foundation, Doha, Qatar

A supplemental appendix to this article is available online.

**Corresponding Author:**
A.M.G.A. Laheij, Department of Preventive Dentistry, Academic Centre for Dentistry Amsterdam, University of Amsterdam and Vrije Universiteit Amsterdam, Gustav Mahlerlaan 3004, 1081 LA, Amsterdam, the Netherlands.
Email: a.laheij@acta.nl

*Pseudomonas aeruginosa*, and *Legionella pneumophila* (Dutil et al. 2007). These pathogens can be transmitted through aerosols and splatters produced by dental instruments (Leggat and Kedjarune 2001).

The transmission of airborne pathogens to DHWs can be prevented by applying infection control strategies. A face mask, for instance, functions as a physical barrier against splatters arising from dental unit water and blood and saliva from patients (Coia et al. 2013). A face mask prevents the inhalation of part of the aerosols. The proportion of filtered pathogens, however, depends on the filter efficiency of the face mask and its face fit. Additionally, the microbial contamination of air can be reduced by improving ventilation or by removing the infectious source, meaning to postpone the treatment of patients with respiratory symptoms that may be associated with an infectious disease. The transmission probability of airborne pathogens in health care and non–health care settings was the subject of previous studies (Aliabadi et al. 2011).

One way of estimating this probability is to build a mathematical model with the use of relevant parameters and available data that provide an estimation of the probability for transmitting specific pathogens under different scenarios. The latter is currently of relevance concerning the COVID-19 outbreak. Airborne infection transmission can be modeled with the aid of the Wells-Riley equation as proposed by Rudnick and Milton (2003). This equation has been used to understand the dynamics of the transmission of airborne pathogens and to estimate the probability of the transmission of these airborne pathogens in a confined setting (Rudnick and Milton 2003; Sze To and Chao 2010). The equation allows one to estimate the probability based on differences in indoor $CO_2$ values, number of infectious particles, and different levels of respiratory protection, among others. DHWs are exposed to air- and waterborne pathogens. Even though the risk of catching an infectious disease for DHWs seems to be low, the risk of transmission of airborne or waterborne pathogens in the dental practice is unknown. Therefore, the aim of this study was to model the probability of the transmission of coronaviruses, measles virus, *M. tuberculosis*, influenza virus, and *L. pneumophila* with a modified version of the Wells-Riley equation.

## Methods

### Model

We adopted the Wells-Riley equation (see equation 1; Rudnick and Milton 2003). We extended the model by adding a respiratory protection factor (Sze To and Chao 2010):

$$P = 1 - \exp\left(-\frac{Itqf}{n}\right)R.$$

(1)

Here, $P$ represents the transmission probability of a specific microorganism for 1 person per hour; $I$ is the number of infectious sources in 1 space; $t$ is the time of exposure to a certain microorganism in hours; $q$ is the quanta generated per hour; $f$ is

the equivalent of the fraction of indoor air that is exhaled breath, which is also called the rebreathed fraction; and $n$ is the number of people exposed to the infectious source. $R$ represents the filtration capacity (i.e., the fraction of airborne particles that do not penetrate a device for respiratory protection). Parameter $f$ is calculated with equation 2:

$$f = \frac{C - C_o}{C_a}.$$

(1)

Here, $C$ is the carbon dioxide ($CO_2$) concentration in indoor air; $C_o$ is the $CO_2$ concentration in outdoor air; and $C_a$ is the $CO_2$ concentration in exhaled breath—all in parts per million.

The adopted Wells-Riley equation is based on several assumptions:

- Well-mixed airspace: meaning that once the infectious particle is generated, it can be anywhere within the room's airspace.
- Steady state condition: meaning that the quantum concentration and the $CO_2$ concentration in outdoor air remain constant within the observed time.
- The elimination of infectious particles caused by loss of viability, filtration, or other mechanisms is small when compared with removal by ventilation (Rudnick and Milton 2003).

### Parameterization

*Selected Pathogens.* The risk of transmission was assessed for 4 person-to-person transmitted airborne pathogens: *M. tuberculosis*, SARS virus, influenza virus, and measles virus. The choice for these pathogens was based on the severity of the associated infectious disease and the plausibility of exposure of DHWs to a patient who is positive for any of the aforementioned pathogens. From environmentally acquired airborne pathogens, we chose *L. pneumophila*, based on clinical relevance.

*Quanta Estimation.* The input values for $q$ were extracted from studies that estimated quanta from outbreaks (Appendix Box 1). In the model, it is assumed that a quantum (infectious dose) is randomly distributed throughout the air of confined spaces and that each quantum has an equal chance of being anywhere within the space (Wells 1955; Chen et al. 2006). It is also assumed that the quantum concentration remains constant over time (Chen and Liao 2008).

Currently, quanta for SARS-CoV-2 cannot be estimated. Although definite evidence has yet to be established, the current causative agent of COVID-19 is expected to be transmitted in a similar way as other coronaviruses (van Doremalen et al. 2020). Moreover, epidemiologic data of SARS-CoV-1 and SARS-CoV-2 are similar (see Appendix), so with the best available evidence, we used the quanta data from the SARS-CoV-1 virus as a proxy for the current SARS-CoV-2. The quanta for *L. pneumophila* are unavailable and were calculated

*Journal of Dental Research 99(10)*

**Table I.** Overview of the Parameter Values.

| Parameter | Description | Input Parameter Values | | | Sensitivity Analysis Values | | Sources |
|---|---|---|---|---|---|---|---|
| | | Low Risk | Intermediate Risk | High Risk | Lower Limit (−75%) | Upper Limit (+75%) | |
| $R$ | Mask protection factor, % | 85 | 24 | 0 | 6 | 42 | Skaria and Smaldone 2014 |
| $t$ | Time in hour | 1 | 1 | 1 | 0.25 | 1.75 | |
| $C$ | Indoor $CO_2$, ppm | 774 | 1,135 | 2,375 | 283.75 | 1,986 | Helmis et al. 2007 |
| $C_o$ | Outdoor $CO_2$, ppm | 400 | 400 | 400 | | | ASHRAE 2016 |
| $C_a$ | Fraction of $CO_2$ in exhaled breath, ppm | 37,500 | 37,500 | 37,500 | | | Rudnick and Milton 2003 |
| $f$ | Fraction of indoor air that is exhaled breath | 0.009973 | 0.0196 | 0.05264 | | | Rudnick and Milton 2003 |
| $q_m$ | Quanta for measles virus | 106 | 124 | 480 | 31 | 217 | Riley et al. 1978; Chen et al. 2006; Liao et al. 2008 |
| $q_s$ | Quanta for SARS coronavirus | 11.4 | 28.94 | 295.5 | 7.23 | 50.65 | Liao et al. 2008; Qian et al. 2009 |
| $q_i$ | Quanta for influenza virus | 15 | 76.18 | 128 | 19 | 133.32 | Rudnick and Milton 2003; Chen and Liao 2008; Liao et al. 2008 |
| $q_t$ | Quanta for *Mycobacterium tuberculosis* | 1.27 | 8.2 | 12.7 | 2.05 | 14.35 | Escombe et al. 2007; Nardell 2015 |
| $q_l$ | Quanta for *Legionella pneumophila* | 5.45 | 8.39 | 11.32 | 2.1 | 14.68 | Armstrong and Haas 2007; Dutil et al. 2007 |

$CO_2$, carbon dioxide; ppm, parts per million; SARS, severe acute respiratory syndrome.

per the assumed $ID_{50}$ and the number of *Legionella* colonies sampled in the air of dental clinics (Appendix Box 1).

*Rebreathed Fraction of Air That Is Exhaled Breath.* The equation assumes a non–steady state condition of airborne pathogens (Sze To and Chao 2010). Rudnick and Milton (2003) incorporated the concentration of $CO_2$ in the room that is exhaled breath as parameter $f$ in the equation to estimate the probability of transmission, in which all subparameters are steady over time (Sze To and Chao 2010). The input values of $f$ are adapted from literature. The outdoor $CO_2$ concentration ($C_o$) is set at 400 ppm (ASHRAE 2016). The fraction of $CO_2$ in exhaled breath ($C_a$) is adapted from Rudnick and Milton (see Table 1). The measured range and average indoor $CO_2$ ($C$) values were adapted from a study conducted in a dental clinic and categorized according to the ASHRAE standard (Helmis et al. 2007).

*Respiratory Protection.* We modeled the transmission prevention effect of a face mask by incorporating the respiratory efficiency from different masks. In case of no respiratory protection (no mask or a mask not perfectly fitting the face), $R = 0$. From literature, it is known that a regular surgical medical face mask has an efficacy of 24%—meaning that 24% of the airborne particles <2.0 μm are prevented from inhalation by the user of the mask (Skaria and Smaldone 2014). For an FFP2 mask, it was reported that 85% of the airborne particles are prevented from inhalation (Skaria and Smaldone 2014). In the model, it is assumed that the face mask respiratory efficiency remains stable over time (i.e., is replaced before its efficacy decreases).

*Number of Susceptible Persons and Infectious Sources.* We based the number of infectors and susceptible persons on an average

general dental clinic in the Netherlands, in which on average between 20 and 30 patient visits occur every day. We assumed that the number of susceptible persons in a closed single-chair room would be the dentist and dental nurse. We added 1 infectious source that was either the patient, for the human-transmitted pathogens, or the dental unit, for the transmission of environmental pathogens.

The parameter $t$ (time) was set to 1 h and kept constant to calculate the risk per hour.

## Plan of Analyses

*Modeled Scenarios.* We created 3 scenarios to assess the probability of pathogen transmission. The input values per scenario are presented in Table 1, and the description of the scenarios is found in Box 2 (Appendix).

*Uncertainty and Sensitivity Analyses.* The mean transmission probability and its 95% uncertainty interval were estimated by conducting a multivariate uncertainty analysis. The analysis was performed with the Monte Carlo simulation, which calculates possible probabilities of transmission within the range of input parameter values (see Table 1). The simulation uses different random combinations of input parameter values, a total of 5,000 combinations, from a triangular distribution. The triangular distribution was chosen because it allows for the definition of the minimum, the maximum, and the most likely values. A triangular distribution ensures that the most likely values have the highest frequency in the simulation.

A sensitivity analysis was conducted to reveal which parameter mainly drove variations in the estimated transmission probability. The sensitivity analysis was conducted by

**Table 2.** Pathogen Transmission Probability for Each Modeled Pathogen Presented in Mean (95% UI) and for Each Scenario.

| Pathogen | Infection Transmission Probability, % | | | |
|---|---|---|---|---|
| | Mean (95% UI)[a] | Low Risk | Intermediate Risk | High Risk |
| Measles virus | 41 (5.9 to 46.6) | 4.5 | 42.2 | 99.98 |
| SARS coronavirus | 28.6 (1.3 to 45.2) | 0.0 | 13.1 | 99.44 |
| Influenza virus | 27.8 (1.8 to 36.0) | 0.0 | 29.8 | 89.4 |
| *Mycobacterium tuberculosis* | 3.8 (0 to 6.7) | 0.0 | 4.0 | 84.0 |
| *Legionella pneumophila* | 4.1 (0 to 6.8) | 0.1 | 4.08 | 18.0 |

SARS, severe acute respiratory syndrome; UI, uncertainty interval.
[a]Estimated from uncertainty analysis.

individually varying 1 of the parameters from the model over the sensitivity interval. The sensitivity interval was calculated as ±75% for each scenario value input.

## Results

The transmission probability for each scenario and the estimated mean transmission rates with the corresponding 95% uncertainty interval are reported in Table 2. The highest transmission probability was found in the high-risk scenarios for measles virus (100%), SARS-CoV (99.4%), influenza virus (89.4%), and *M. tuberculosis* (84.0%). The probability of the transmission of all modeled pathogens was low in the low-risk scenario; there was only a small risk for transmitting measles virus (4.5%). The transmission probabilities were higher for viral airborne pathogens as compared with the bacterial pathogens. The transmission probabilities were higher in the intermediate- and high-risk scenarios (Figure).

There is an increased risk of acquiring measles virus as soon as the patient infectivity and indoor $CO_2$ value increased. The transmission probability remained >20% once the indoor $CO_2$ reached intermediate values, regardless of respiratory protection and patient infectivity. In certain situations, the transmission risk was as high as 90% (Figure). When a DHW was exposed to a patient who generates low influenza virus quanta, the transmission risk remained 0% when the room had low indoor $CO_2$ concentration, regardless of respiratory protection. A high transmission probability of 89.4% at most for influenza virus occurred in case of intermediate to high quanta generation and high indoor $CO_2$ concentration. The transmission of coronaviruses remained <20% when the DHW was exposed to a patient with low infectivity, regardless of the mask protection and indoor air $CO_2$. However, once the infectivity of a pathogen and the indoor $CO_2$ concentration increased, the transmission risk increased to 52.6% and 99.4%, respectively.

The transmission probability for *M. tuberculosis* was as high as 84.0% when DHWs were exposed to a patient with high quanta production ($q = 12.7$) in a space with high indoor $CO_2$. However, in case of exposure to a patient with low quanta generation, the transmission risk remained <3.0% regardless of respiratory protection. Moreover, if the indoor $CO_2$ concentration remained low, the probability of *M. tuberculosis* transmission would be <3.5% regardless of the quanta and respiratory

protection used. The highest infection transmission probability of *L. pneumophila* was 18.0% in a high-risk scenario. As long as the indoor air quality was good, the risk remained <3% regardless of quanta and respiratory protection.

The sensitivity analysis estimated that changes in indoor air quality had the strongest influence on the probability of pathogen transmission. Improved indoor air quality resulted in 0% probability of transmission if all other parameters remained fixed at intermediate-risk values. A decrease of the indoor air quality led to the highest probability of transmission for all pathogens (Table 3).

## Discussion

In the dental clinic, spatters and aerosols are generated by patients when coughing, sneezing, and talking and with high-speed dental equipment. About 20 to 30 patients visit a dental room every day, making the transmission of pathogens plausible. However, the relative risk of the transmission of several airborne pathogens in the dental clinic is not known. Our study shows that the probability of transmission was low for *M. tuberculosis* and *L. pneumophila*, while the probability was high for the measles virus. The $CO_2$ concentration of the air in the dental practice had the highest influence on the transmission risk.

The $CO_2$ concentration of indoor air acts as an indicator for poor air quality and ventilation. Improved ventilation, leading to a decreased concentration of $CO_2$, will therefore reduce the transmission probability. The importance of the indoor air quality in the prevention of airborne pathogen transmission is supported by a previous study that associated a low ventilation rate to an increased transmission rate of *M. tuberculosis* (Menzies et al. 2000). The importance of continuous air changes was stressed in health care and non–health care settings (Nardell et al. 1991; Li et al. 2007; Hobday and Dancer 2013; Escombe et al. 2019). Nevertheless, the transmission of the measles virus is very likely to occur in case of high quanta, even when the indoor air quality is good.

The level of respiratory protection had a minor influence on the probability of transmission because the protection level is fairly low. Regular medical face masks filter about 24% of particles <2.0 μm. This protection rate is applicable only for closely fitting masks, while face seal leakage leads to reduced

1196



**Figure 1.** The probability of infection transmission of measles virus (**A**), severe acute respiratory syndrome (SARS) coronavirus (**B**), influenza virus (**C**), *Mycobacterium tuberculosis* (**D**), and *Legionella pneumophila* (**E**). The bars represent the indoor carbon dioxide concentrations, indicative for the level of ventilation. The values for *q* represent the 3 levels of patient infectivity, while the *R* values stand for the 3 levels of personal protection.

respiratory protection (Pankhurst et al. 2005; Grinshpun et al. 2009). A mask that is saturated with moist, what occurs usually after 20 to 30 min of use, provides no protection against bacteria or viruses. If the transmission probability was modeled with an FFP2 mask (N95 mask), a decrease of transmission probability was visible. However, using FFP2 masks in the dental clinic is not regularly practiced because of the low average risk for pathogen transmission and the difficulty breathing while wearing such a mask. Virus particles <2.0 μm are able to penetrate different types of mask and be inhaled by the wearer, although an FFP2/N95 mask reduces the risk for viral transmission to a factor of 1.5 to 2. However, a proportion of released viruses can be trapped in large aerosol particles and be prevented for inhalation through a medical face mask (Makison Booth et al. 2013).

The transmission probability is reported per hour, although the sensitivity analysis includes different exposure times. In dental practice, not every patient is in the treatment room for a whole hour. Regular check-ups may last about 10 to 15 min, and regular treatment may take about 30 to 40 min. So, the transmission probability is substantially lower if the contact time is less. However, if the treatment time is extended, for instance in the case of endodontic treatment, extended restorative treatment, or surgical treatment, the transmission probability becomes higher. A similar argument can be used for the number of patients per day in the clinic: the more patients are treated, the higher the risk.

The transmission probability was modeled on the basis of direct available or estimated quanta. These quanta were derived from disease transmission rates from studies in different environments, such as hospitals, public markets, and aircrafts. The specific circumstances in these environments had an influence on the derived quanta and are the best currently available. The same applies to quanta estimation of SARS-CoV-1, which was used as a proxy for SARS-CoV-2. Although the latter is similar in many ways, there are differences. The transmissibility, the infectious period, and the fatality rate seem to differ slightly; however, exact data are not available yet (Chen 2020; van Doremalen et al. 2020; Wilder-Smith et al. 2020). Extrapolation of the data generated for the SARS-CoV-1 into assumption for

**Table 3.** Sensitivity Analysis for the Transmission Probability If Only 1 Parameter Was Changed at the Time.

| Pathogen | Mean Probability, P | Mask Protection Factor, R | | Quanta, q | | Indoor CO₂, f | | Time, t | |
|---|---|---|---|---|---|---|---|---|---|
| | | Lower Limit | Upper Limit | Lower Limit | Upper Limit | Lower Limit | Upper Limit | Lower Limit | Upper Limit |
| | | | | Low-risk scenario | | | | | |
| Measles virus | 4.5 | 0.0 | 0.0 | 1.3 | 6.9 | 0.0 | 8.9 | 1.3 | 6.9 |
| SARS coronavirus | 0.6 | 9.9 | 16.2 | 0.1 | 1.0 | 0.0 | 1.4 | 0.0 | 1.0 |
| Influenza virus | 0.7 | 0.0 | 0.0 | 0.2 | 1.3 | 0.0 | 1.8 | 0.0 | 1.3 |
| *M. tuberculosis* | 0.0 | 3.0 | 4.9 | 0.0 | 0.0 | 0.0 | 0.2 | 0.0 | 0.1 |
| *L. pneumophila* | 0.2 | 0.0 | 0.0 | 0.0 | 0.4 | 0.0 | 0.5 | 0.0 | 0.4 |
| | | | | Intermediate-risk scenario | | | | | |
| Measles virus | 41.0 | 32.2 | 52.2 | 13.9 | 57.6 | 0.0 | 62.8 | 13.9 | 57.6 |
| SARS coronavirus | 13.1 | 9.9 | 16.2 | 3.5 | 21.4 | 0.0 | 25.4 | 3.5 | 21.4 |
| Influenza virus | 27.8 | 17.3 | 31.4 | 8.9 | 44.2 | 0.0 | 50.0 | 22.7 | 44.2 |
| *M. tuberculosis* | 3.8 | 3.1 | 4.1 | 0.96 | 6.6 | 0.0 | 8.0 | 1.0 | 6.7 |
| *L. pneumophila* | 4.1 | 1.1 | 1.5 | 0.4 | 2.6 | 0.0 | 3.2 | 0.4 | 2.6 |
| | | | | High-risk scenario | | | | | |
| Measles virus | 99.99 | 32.2 | 52.20 | 87.8 | 100 | 0.0 | 100 | 87.8 | 100 |
| SARS coronavirus | 99.4 | 9.9 | 16.2 | 72.7 | 100 | 0.0 | 100 | 72.7 | 100 |
| Influenza virus | 89.43 | 22.7 | 36.7 | 43.0 | 98.0 | 0.0 | 98.9 | 43.0 | 98.8 |
| *M. tuberculosis* | 19.98 | 3.0 | 4.9 | 5.4 | 32.3 | 0.0 | 34.6 | 5.4 | 32.3 |
| *L. pneumophila* | 13.85 | 1.1 | 13.9 | 3.7 | 23.0 | 0.0 | 24.7 | 4.0 | 23.0 |

Based on lower and upper limits (±75%). Values are presented as percentages.

CO₂, carbon dioxide; *L. pneumophila, Legionella pneumophila*; *M. tuberculosis, Mycobacterium tuberculosis*; SARS, severe acute respiratory syndrome.

SARS-CoV-2 should thus be performed with caution. The results regarding *L. pneumophila* must also be interpreted with caution because the $ID_{50}$ in humans is still unknown. *L. pneumophila* is a clinically relevant pathogen; as such, we decided to use the best available data for our study.

We assessed the transmission probability in case that a DHW is exposed to an infectious patient, regardless of the local disease prevalence rates. However, the risk of meeting an infected person is higher in disease-endemic areas. So, the actual risk of contracting an infectious disease for DHWs is higher in disease-endemic areas. Moreover, the virulence of each pathogen varies among strains, influencing the infection risk for DHWs. Asymptomatic or presymptomatic carriers may still excrete viral particles or bacteria via aerosolized saliva. They may be contagious, but the microbial load is usually lower; consequently, the risk of transmission is possibly also lower.

Besides the transmission risk, virulence differences, and number of contagious persons in the direct environment, the risk of acquiring an infectious disease depends on the individual immune status. Immune-compromised people, such as people with HIV or cancer, are more susceptible to acquiring an infectious disease. There is currently not sufficient data available to include these confounders in the calculation of transmission probabilities.

The applied Wells-Riley equation comes with some limitations (Sze To and Chao 2010). The equation assumes that the infectious dose (quanta) is constant over time and has a homogenous spatial distribution. Yet, the number of infectious particles is higher in close proximity to the patient and dilutes in time and farther away from the source. Additionally, each pathogen has its own survival time depending on the indoor humidity and temperature (Phin et al. 2014). This influences the average produced quanta over time and results in an under- or overestimation of the transmission probability. Another assumption of the model is that not only droplets but also exhaled breath is infectious. The latter is not the case for patients carrying SARS-CoV-2 or influenza virus (Leung et al. 2020). Only patients who sneeze or cough may be infectious and contribute to the risk of transmission. However, during a treatment, aerosol will be produced that may contain a similar number of pathogens as compared with coughing or sneezing, so it is assumed that this transmission route is included in the equation. Although exact numbers of viral pathogens in aerosols from infectious patients are not known yet, we assume that this model applies to the situation of SARS-CoV-2- or influenza-infectious patients in the dental clinic. Other pathogens, such as nontuberculous *Mycobacterium* and *P. aeruginosa*, may be transmitted in the dental clinic. Unfortunately, quanta values are not available for these airborne pathogens.

We conclude that the risk for the transmission of the bacteria *M. tuberculosis* and *L. pneumophila* in the dental clinic was low, while the risk for the measles virus was high. Risk for transmission of coronaviruses was comparable to that of influenza. The CO₂ in the dental clinic had the strongest influence on the transmission probability.

## Author Contributions

C. Zemouri, contributed to conception, design, data analysis, and interpretation, drafted the manuscript; S.F. Awad, contributed to conception, design, data analysis, and interpretation, critically revised the manuscript; C.M.C. Volgenant, W. Crielaard,

A.M.G.A. Laheij, contributed to conception and design, critically revised the manuscript; J.J. de Soet, contributed to conception, design, and data analysis, drafted and critically revised the manuscript. All authors gave final approval and agree to be accountable for all aspects of the work.

## Acknowledgments

The authors are grateful for the infrastructure support provided by the Biostatistics, Epidemiology and Biomathematics Research Core at Weill Cornell Medicine–Qatar. This study was funded by the research institute of the Academic Centre for Dentistry Amsterdam. The statements made herein are solely the responsibility of the authors. The authors declare no potential conflicts of interest with respect to the authorship and/or publication of this article.

## ORCID iD

C.M.C. Volgenant ![ORCID] https://orcid.org/0000-0002-4049-2914

## References

Aliabadi AA, Rogak SN, Bartlett KH, Green SI. 2011. Preventing airborne disease transmission: review of methods for ventilation design in health care facilities. Adv Prev Med. 2011:124064.

Armstrong TW, Haas CN. 2007. A quantitative microbial risk assessment model for legionnaires' disease: animal model selection and dose-response modeling. Risk Anal. 27(6):1581–1596.

ASHRAE. 2016. Standard 62.1-2016: ventilation for acceptable indoor air quality [accessed 2020 Jun 17]. https://www.ashrae.org/technical-resources/bookstore/standards-62-1-62-2#:~:text=Standard%2062.1%20outlines%20minimum%20ventilation,that%20minimize%20adverse%20health%20effects.

Chen J. 2020. Pathogenicity and transmissibility of 2019-nCoV—a quick overview and comparison with other emerging viruses. Microbes Infect. 22(2):69–71.

Chen SC, Chang CF, Liao CM. 2006. Predictive models of control strategies involved in containing indoor airborne infections. Indoor Air. 16(6):469–481.

Chen SC, Liao CM. 2008. Modelling control measures to reduce the impact of pandemic influenza among schoolchildren. Epidemiol Infect. 136(8):1035–1045.

Coia JE, Ritchie L, Adisesh A, Makison Booth C, Bradley C, Bunyan D, Carson G, Fry C, Hoffman P, Jenkins D, et al. 2013. Guidance on the use of respiratory and facial protection equipment. J Hosp Infect. 85(3):170–182.

Dutil S, Veillette M, Meriaux A, Lazure L, Barbeau J, Duchaine C. 2007. Aerosolization of mycobacteria and legionellae during dental treatment: low exposure despite dental unit contamination. Environ Microbiol. 9(11):2836–2843.

Escombe AR, Oeser C, Gilman RH, Navincopa M, Ticona E, Martinez C, Caviedes L, Sheen P, Gonzalez A, Noakes C, et al. 2007. The detection of airborne transmission of tuberculosis from HIV-infected patients, using an in vivo air sampling model. Clin Infect Dis. 44(10):1349–1357.

Escombe AR, Ticona E, Chávez-Pérez V, Espinoza M, Moore DAJ. 2019. Improving natural ventilation in hospital waiting and consulting rooms to reduce nosocomial tuberculosis transmission risk in a low resource setting. BMC Infect Dis. 19(1):88.

Feller L, Wood NH, Chikte UM, Khammissa RA, Meyerov R, Lemmer J. 2009. Tuberculosis part 4: control of mycobacterium tuberculosis transmission in dental care facilities. SADJ. 64(9):408–410.

Fennelly KP, Davidow AL, Miller SL, Connell N, Ellner JJ. 2004. Airborne infection with *Bacillus anthracis*—from mills to mail. Emerg Infect Dis. 10(6):996–002.

Grinshpun SA, Haruta H, Eninger RM, Reponen T, McKay RT, Lee SA. 2009. Performance of an n95 filtering facepiece particulate respirator and a surgical mask during human breathing: two pathways for particle penetration. J Occup Environ Hyg. 6(10):593–603.

Helmis CG, Tzoutzas J, Flocas HA, Halios CH, Stathopoulou OI, Assimakopoulos VD, Panis V, Apostolatou M, Sgouros G, Adam E. 2007. Indoor air quality in a dentistry clinic. Sci Total Environ. 377(2–3):349–365.

Hobday RA, Dancer SJ. 2013. Roles of sunlight and natural ventilation for controlling infection: historical and current perspectives. J Hosp Infect. 84(4):271–282.

Leggat PA, Kedjarune U. 2001. Bacterial aerosols in the dental clinic: a review. Int Dent J. 51(1):39–44.

Leung NHL, Chu DKW, Shiu EYC, Chan K-H, McDevitt JJ, Hau BJP, Yen H-L, Li Y, Ip DKM, Peiris JSM, et al. 2020. Respiratory virus shedding in exhaled breath and efficacy of face masks. Nat Med. 26(5):676–680.

Li Y, Leung GM, Tang JW, Yang X, Chao CY, Lin JZ, Lu JW, Nielsen PV, Niu J, Qian H, et al. 2007. Role of ventilation in airborne transmission of infectious agents in the built environment—a multidisciplinary systematic review. Indoor Air. 17(1):2–18.

Liao CM, Chen SC, Chang CF. 2008. Modelling respiratory infection control measure effects. Epidemiol Infect. 136(3):299–308.

Makison Booth C, Clayton M, Crook B, Gawn JM. 2013. Effectiveness of surgical masks against influenza bioaerosols. J Hosp Infect. 84(1):22–26.

Menzies D, Fanning A, Yuan L, FitzGerald JM. 2000. Hospital ventilation and risk for tuberculous infection in Canadian health care workers: Canadian Collaborative Group in Nosocomial Transmission of TB. Ann Intern Med. 133(10):779–789.

Nardell EA. 2015. Transmission and institutional infection control of tuberculosis. Cold Spring Harb Perspect Med. 6(2):a018192.

Nardell EA, Keegan J, Cheney SA, Etkind SC. 1991. Airborne infection: theoretical limits of protection achievable by building ventilation. Am Rev Respir Dis. 144(2):302–306.

Pankhurst CL, Coulter W, Philpott-Howard JN, Surman-Lee S, Warburton F, Challacombe S. 2005. Evaluation of the potential risk of occupational asthma in dentists exposed to contaminated dental unit waterlines. Prim Dent Care. 12(2):53–59.

Petti S. 2016. Tuberculosis: occupational risk among dental healthcare workers and risk for infection among dental patients. A meta-narrative review. J Dent. 49:1–8.

Phin N, Parry-Ford F, Harrison T, Stagg HR, Zhang N, Kumar K, Lortholary O, Zumla A, Abubakar I. 2014. Epidemiology and clinical management of legionnaires' disease. Lancet Infect Dis. 14(10):1011–1021.

Qian H, Li YG, Nielsen PV, Huang XH. 2009. Spatial distribution of infection risk of SARS transmission in a hospital ward. Build Environ. 44(8):1651–1658.

Riley EC, Murphy G, Riley RL. 1978. Airborne spread of measles in a suburban elementary school. Am J Epidemiol. 107(5):421–432.

Rudnick SN, Milton DK. 2003. Risk of indoor airborne infection transmission estimated from carbon dioxide concentration. Indoor Air. 13(3):237–245.

Skaria SD, Smaldone GC. 2014. Respiratory source control using surgical masks with nanofiber media. Ann Occup Hyg. 58(6):771–781.

Sze To GN, Chao CY. 2010. Review and comparison between the Wells-Riley and dose-response approaches to risk assessment of infectious diseases. Indoor Air. 20(1):2–16.

van Doremalen N, Bushmaker T, Morris DH, Holbrook MG, Gamble A, Williamson BN, Tamin A, Harcourt JL, Thornburg NJ, Gerber SI, et al. 2020. Aerosol and surface stability of SARS-CoV-2 as compared with SARS-CoV-1. N Engl J Med. 382(16):1564–1567.

Wang Y, Wang Y, Chen Y, Qin Q. 2020. Unique epidemiological and clinical features of the emerging 2019 novel coronavirus pneumonia (COVID-19) implicate special control measures. J Med Virol. 92(6):568–576.

Wells WF. 1955. Airborne contagion and air hygiene. Cambridge (MA): Harvard University Press.

Wilder-Smith A, Chiew CJ, Lee VJ. 2020. Can we contain the COVID-19 outbreak with the same measures as for SARS? Lancet Infect Dis. 20(5):e102–e107.

Plaintiff's Exhibit 356

masksickness.com

# More Evidence Masks Don't Work to Prevent COVID-19

*By Dr Joseph Mercola DO, 11 September, 2020*

17-22 minutes

---

### STORY AT-A-GLANCE

- According to British deputy chief medical officer Dr. Jenny Harries, the evidence for face masks is "not very strong in either direction." Sweden's coronavirus pandemic response leader, Dr. Anders Tegnell, dismisses the scientific evidence for mask-wearing, calling it "astonishingly weak"

- White House coronavirus task force coordinator Dr. Deborah Birx is urging Americans to wear their mask whenever they're around others, including other household members, while admitting that "when people start to realize that 99% of us are going to be fine," compliance becomes "more and more difficult"

- A 2015 study found health care workers wearing cloth masks had a 72% higher rate of laboratory-confirmed respiratory virus infections, when compared to those wearing medical masks or controls (who used standard practices that included occasional medical mask wearing)

- A working paper by the National Bureau of Economic Research (NBER) suggests draconian lockdown measures implemented in many countries, including the U.S., have achieved little in terms of stemming the death toll; regardless of policy, deaths per day stop increasing within 20 to 30 days of passing a threshold of 25 deaths

- According to the NBER, lockdowns, closures, travel restrictions, stay-home orders, event bans, quarantines, curfews and mask mandates do not seem to affect virus transmission rates overall, and governments have likely acted in error

According to an August 28, 2020, article[1,2] in The Telegraph, British Prime Minister Boris Johnson now "insists he does not want to see face coverings in schools." During a question and answer session posted on Facebook, Johnson said:[3,4]

- "There's no need for it. Indeed, there's a need not to have it because obviously it's very, very difficult to teach or to learn with a face mask on."

  British deputy chief medical officer Dr. Jenny Harries stated the evidence for face masks is "not very strong in either direction," but that advice may change in the future should scientific evidence emerge. For now, head teachers will be allowed to make their own decisions about mask adherence in school hallways and communal areas.

  "Dr. Harries said that the wearing of masks in hallways and communal areas 'can be very reassuring in those enclosed environments' despite the lack of definitive science," The Telegraph reports, adding:[5,6]

- "She also urged people to be 'very kind' to those with disabilities who were 'struggling' with coronavirus measures such as the wearing of face coverings. 'Many of the actions that we have quite rightly taken to control the pandemic can be quite difficult for people with all sorts of sensory disabilities,' she admitted."

**Sweden's Pandemic Response to Masking**

Sweden is one of the few countries where draconian pandemic responses have not been widely implemented. Throughout the pandemic, most of the country's businesses have remained open, and people have to a large degree been allowed to go about their lives as usual, albeit with the general recommendation to social distance whenever possible.

According to an August 10, 2020, article[7,8] in The Times, the epidemiologist in charge of Sweden's coronavirus pandemic response, Dr. Anders Tegnell, "has dismissed the scientific evidence for mask-wearing as 'astonishingly weak' and suggested that making face coverings mandatory could backfire."

Tegnell insists the only viable solution in the long run is to trust people and give them the responsibility to make sensible decisions for themselves.

"It is a Swedish tradition that we give a lot of responsibility to individuals and influence them. So, we never saw any reason to take more drastic measures … I'm surprised that we don't have more or better studies showing what effect masks actually have.

Countries such as Spain and Belgium have made their populations wear masks but their infection numbers have still risen. The belief that masks can solve our problem is in any case very dangerous," Tegnell said in a recent interview with a German newspaper.[9,10]

Interestingly, despite the country's lack of lockdowns and mandatory mask requirements, infections have now "dwindled away to a negligible level" on their own.

According to The Times, as of August 10, 2020, Sweden's total death toll for COVID-19 stood at 5,763. At the peak of the pandemic in mid-April, just under 100 daily COVID-19

related deaths were recorded. By early August, the average death toll was down to one or two per day. Positive test results are also trending downward.

### Birx Ridiculously Urges Mask Wearing at Home

Meanwhile, in the U.S., the fact that the curve has been flattened and the total COVID-19 death rate has been dramatically reduced[11] doesn't seem to make a difference. At the end of August, White House coronavirus task force coordinator Dr. Deborah Birx urged Americans to stay vigilant, and to wear their mask whenever they're around others, including other household members. According to CNN:[12]

- "Birx urged Americans to take personal responsibility, especially if they want to help keep economies open. 'Right now, we gain freedom through wearing our masks and socially distancing,' she said."

Ironically, in mid-August, during a visit to Little Rock, Arkansas, Birx gave the following statements, reported by Eldorado News-Times:[13]

- "'I've been so struck by the number of Americans across the country that have just had it,' she said. 'Mortality decreases' have also complicated matters … 'When people start to realize that 99 percent of us are going to be fine, it becomes more and more dificult' to get people to comply, she said."

### What Is the Real Risk of COVID-19 at This Point?

Indeed, it now appears the mortality rate of COVID-19 may be right around or lower than that of influenza. During an August 16, 2020, lecture at The Doctors for Disaster Preparedness[14] convention, Dr. Lee Merritt[15] pointed out that, based on deaths per capita — which is the only way to get a true sense of the lethality of this disease — the death rate for COVID-19 is around 0.009%.

That number is based on a global total death toll of 709,000, and a global population of 7.8 billion. This also means the average person's chance of surviving an encounter with SARS-CoV-2 is 99.991%. The U.S. area with the highest death rate, New York, has a death per capita rate of 0.17%. Merritt's lecture with this information is featured in "How Medical Technocracy Made the Plandemic Possible."

So, while mainstream media still claims a mortality rate below 1% is a complete hoax, Birx verified — whether on purpose or by accident — that at least 99% of the population has nothing to fear from this virus.

And remember, the total death toll is enormously falsely inflated with those that died WITH, rather than FROM, SARS-CoV-2. The reason the U.S. Centers for Disease Control

hasn't ended COVID-19's epidemic status also appears to be because they include deaths from pneumonia and influenza in the statistics. Combined, pneumonia, influenza and COVID-19 deaths were still above the epidemic threshold, based on data through August 22.[16]

Meanwhile, deaths in which COVID-19 is listed on the death certificate as the sole cause of death are only 6% of the total COVID-19 death toll, according to CDC data released August 26.[17] On that day, the total death toll listed was 161,392, 6% of which would be 9,683.

The remaining 94% had an average of 2.6 "additional conditions or causes" contributing to those deaths. That even includes 5,133 deaths from intentional or unintentional injuries (according to the data listed on August 26; exact numbers may have changed since then).

**Evidence Shows Masks Do Not Protect Against Viral Infection**

I have already written several articles detailing studies showing that masks cannot protect against viral infections. The reason is simple. SARS-CoV-2 has a diameter of 0.06 to 0.14 microns.[18] Medical N95 masks — which are considered the most effective — can filter particles as small as 0.3 microns.[19] Surgical masks, homemade masks, T-shirts and bandanas are even more porous.

Strangely, mask mandates continue to flourish despite health agencies own research showing it's a futile measure that only provides a false sense of security:

The World Health Organization's June 5, 2020, guidance memo[20] on face mask use states "there is no direct evidence (from studies on COVID-19 and in healthy people in the community) on the effectiveness of universal masking of healthy people in the community to prevent infection with respiratory viruses, including COVID-19."

According to a policy review paper[21] published in the CDC's own journal, Emerging Infectious Diseases, in May 2020: "Our systematic review found no significant effect of face masks on transmission of laboratory-confirmed influenza."

The National Academies of Sciences in its Rapid Expert Consultation on the Effectiveness of Fabric Masks for the COVID-19 Pandemic report,[22] published April 8, 2020, concluded "The evidence from … laboratory filtration studies suggest that … fabric masks may reduce the transmission of larger respiratory droplets," but that "There is little evidence regarding the transmission of small aerosolized particulates of the size potentially exhaled by asymptomatic or presymptomatic individuals with COVID-19."

**Researchers Warn Against Cloth Masks**

A study published in 2015 recently received additional commentary from the authors in light of the COVID-19 pandemic. The original study[23] was titled "A Cluster Randomized Trial of Cloth Masks Compared with Medical Masks in Healthcare Workers."

They found that health care workers wearing cloth masks had the highest rates of influenza-like illness and laboratory-confirmed respiratory virus infections, when compared to those wearing medical masks or controls (who used standard practices that included occasional medical mask wearing). Compared to controls and the medical mask group, those wearing cloth masks had a 72% higher rate of lab-confirmed viral infections. According to the authors:

"Penetration of cloth masks by particles was almost 97% and medical masks 44%. This study is the first RCT of cloth masks, and the results caution against the use of cloth masks. This is an important finding to inform occupational health and safety.

Moisture retention, reuse of cloth masks and poor filtration may result in increased risk of infection. Further research is needed to inform the widespread use of cloth masks globally. However, as a precautionary measure, cloth masks should not be recommended for HCWs [health care workers], particularly in high-risk situations …"

In a follow-up commentary dated March 30, 2020, the authors of this study address questions received during the pandemic from health care workers concerned about instructions to use cloth masks if or when medical-grade masks are unavailable. Their comment reads, in part:[24]

- "The study found that cloth mask wearers had higher rates of infection than even the standard practice control group of health workers, and the filtration provided by cloth masks was poor compared to surgical masks …
  Health workers are asking us if they should wear no mask at all if cloth masks are the only option. Our research does not condone health workers working unprotected. We recommend that health workers should not work during the COVID-19 pandemic without respiratory protection as a matter of work health and safety …
  There have been a number of laboratory studies looking at the effectiveness of different types of cloth materials, single versus multiple layers and about the role that filters can play. However, none have been tested in a clinical trial for efficacy.
  If health workers choose to work using cloth masks, we suggest that they have at least two and cycle them, so that each one can be washed and dried after daily use. Sanitizer spray or UV disinfection boxes can be used to clean them during breaks in a single day. These are pragmatic, rather than evidence-based suggestions, given the situation.
  Finally for COVID-19, wearing a mask is not enough to protect healthcare workers — use of gloves and goggles are also required as a minimum, as SARS-CoV-2 may infect not only through the respiratory route, but also through contact with contaminated surfaces

and self-contamination."

**Pandemic Policies Have Achieved Little**

Last but not least, a working paper[25] by the National Bureau of Economic Research (NBER), written by Andrew Atkeson, Karen Kopecky and Tao Zha, suggests the draconian lockdown measures implemented in many countries, including the U.S., have achieved little in terms of stemming the death toll.

If we are concerned about the evidence on this global experiment, we must concede that most government authorities have likely acted in error. ~ National Bureau of Economic Research

In an August 26, 2020, article, the American Institute for Economic Research presented the following four "stylized facts" from the paper:[26]

1. "Once a region reaches 25 total COVID deaths, within a month the growth rate in deaths per day falls to approximately zero. In other words, no matter the country or state and its policies, deaths per day stop increasing within 20-30 days of passing a threshold of 25 deaths.

2. Once that happens, deaths per day either begin to fall or the trend remains flat.

3. The variability in death trends across regions has fallen sharply since the beginning of the epidemic and remains low. All states studied, all countries studied, have become more similar in their trends and have remained so.

4. Observations 1-3 suggest that the effective reproduction number, R, has hovered around one worldwide after the first 30 days of the epidemic.

The paper's conclusion is that the data trends observed above likely indicate that nonpharmaceutical interventions (NPIs) — *such as lockdowns, closures, travel restrictions, stay-home orders, event bans, quarantines, curfews, and* ==*mask mandates* —== ==*do not seem to affect virus transmission rates overall.*==

Why? Because those policies have varied in their timing and implementation across countries and states, but the trends in outcomes do not."

**Lockdown Measures Should End Now**

Put plainly, the measures we've endured these past six months were largely unnecessary. One key reason for why lockdown and social distancing measures had no impact, according to the researchers, is because "human interaction does not conform to simple epidemiological models."

In a nutshell, human social networks overlap, allowing a virus to rapidly spread for a time.

Then, the virus quickly loses momentum, as people have already been exposed via other social networks and are no longer susceptible. The end result is that a form of herd immunity develops, but at a lower rate of infection than typically assumed would be necessary.

What's more, the authors argue that even if nonpharmaceutical interventions were at one point having some positive effect, that effect no longer applies. Therefore, it would be a mistake to include estimates of NPI effectiveness when trying to forecast the potential outcomes of relaxed measures. As reported by the American Institute for Economic Research:[27]

- "This study provides strong statistical support for what so many have been observing for six months. The epidemic has a natural tendency to spread quickly at first and slow down, seemingly on its own, a point made not only here but as early as April 14 by Isaac Ben-Israel.[28]

  Meanwhile governors imagine that very specific rules for opening bars and restaurants are the key to containment. Governments have conducted an unprecedented social, economic, and political experiment in controlling whole populations' behavior, with high economic and human cost.

  The authors ask the right question: has this experiment in government-managed virus control and suppression made a difference? The startling answer they found, after examining data from around the country and the world, is that the evidence simply is not there. If we are concerned about the evidence on this global experiment, we must concede that most government authorities have likely acted in error."

**Why Are They so Persistent With Mask Recommendations?**

Considering the strong scientific evidence against it, why are governments so persistent in their recommendation of mask wearing? Clearly, for many, wearing a bandana or cloth mask provides a form of psychological defense, a way to feel less fearful because it feels like you're doing something to protect yourself and others. But it's a false sense of security.

Masks will not prevent you from exhaling or inhaling the aerosolized virus. Cloth masks are clearly also the least preferable option if you want to reduce the spread of infection, as their ability to block larger respiratory droplets is also limited.

In particular, N95 masks with airflow valves on the front should be avoided, as the valve lets out unfiltered air, thus negating the small benefit — the reduction in respiratory droplet emissions — you might get from a mask.[29]

But with mortality rates as low as they are, why would governments be pushing for a false

sense of security? It seems completely unnecessary at this point. Remember back in March 2020 when they said we just need to slow down the rate of infection to avoid overcrowding hospitals?

How did we go from that to now having to wear masks everywhere until every trace of the virus has been eliminated, even though a vast majority remain asymptomatic and don't even know they have the virus unless they get tested?

Overall, it's starting to look as though ==mask mandates are being used as a psychological manipulation tool== to encourage compliance with vaccination once a vaccine becomes available. At that point, I predict a tradeoff will be offered: Mask mandates will be dropped provided everyone gets vaccinated.

By then, many may be willing to take just about anything as long as they don't have to wear a mask anymore. I would encourage you to read up on the many open questions relating to fast-tracked COVID-19 vaccines before making that decision. Overall, it seems the best way to avoid having to make such a devious trade is to ==engage in civil disobedience now, and go unmasked.==

Plaintiff's Exhibit 357

# N95 Respirators vs Medical Masks for Preventing Influenza Among Health Care Personnel A Randomized Clinical Trial

Lewis J. Radonovich Jr, MD; Michael S. Simberkoff, MD; Mary T. Bessesen, MD; Alexandria C. Brown, PhD; Derek A. T. Cummings, PhD; Charlotte A. Gaydos, MD; Jenna G. Los, MLA; Amanda E. Krosche, BS; Cynthia L. Gibert, MD; Geoffrey J. Gorse, MD; Ann-Christine Nyquist, MD; Nicholas G. Reich, PhD; Maria C. Rodriguez-Barradas, MD; Connie Savor Price, MD; Trish M. Perl, MD; for the ResPECT investigators

https://jamanetwork.com/journals/jama/fullarticle/2749214

**IMPORTANCE** Clinical studies have been inconclusive about the effectiveness of N95 respirators and medical masks in preventing health care personnel (HCP) from acquiring workplace viral respiratory infections. OBJECTIVE To compare the effect of N95 respirators vs medical masks for prevention of influenza and other viral respiratory infections among HCP.

**DESIGN, SETTING, AND PARTICIPANTS** A cluster randomized pragmatic effectiveness study conducted at 137 outpatient study sites at 7 US medical centers between September 2011 and May 2015, with final follow-up in June 2016. Each year for 4 years, during the 12-week period of peak viral respiratory illness, pairs of outpatient sites (clusters) within each center were matched and randomly assigned to the N95 respirator or medical mask groups.

**INTERVENTIONS** Overall, 1993 participants in 189 clusters were randomly assigned to wear N95 respirators (2512 HCP-seasons of observation) and 2058 in 191 clusters were randomly assigned to wear medical masks (2668 HCP-seasons) when near patients with respiratory illness.

**MAIN OUTCOMES AND MEASURES** The primary outcome was the incidence of laboratory-confirmed influenza. Secondary outcomes included incidence of acute respiratory illness, laboratory-detected respiratory infections, laboratory-confirmed respiratory illness, and influenzalike illness. Adherence to interventions was assessed. RESULTS Among 2862 randomized participants (mean [SD] age, 43 [11.5] years; 2369 [82.8%]) women), 2371 completed the study and accounted for 5180 HCP-seasons. There were 207 laboratory-confirmed influenza infection events (8.2% of HCP-seasons) in the N95 respirator group and 193 (7.2% of HCP-seasons) in the medical mask group (difference, 1.0%, [95% CI, −0.5% to 2.5%]; P = .18) (adjusted odds ratio [OR], 1.18 [95% CI, 0.95-1.45]). There were 1556 acute respiratory illness events in the respirator group vs 1711 in the mask group (difference, −21.9 per 1000 HCP-seasons [95% CI, −48.2 to 4.4]; P = .10); 679 laboratory-detected respiratory infections in the respirator group vs 745 in the mask group (difference, −8.9 per 1000 HCP-seasons, [95% CI, −33.3 to 15.4]; P = .47); 371 laboratory-confirmed respiratory illness events in the respirator group vs 417 in the mask group (difference, −8.6 per 1000 HCP-seasons [95% CI, −28.2 to 10.9]; P = .39); and 128 influenza like illness events in the respirator group vs 166 in the mask group (difference, −11.3 per 1000 HCP-seasons [95% CI, −23.8 to 1.3]; P = .08). In the respirator group,

89.4% of participants reported "always" or "sometimes" wearing their assigned devices vs 90.2% in the mask group.

**CONCLUSIONS AND RELEVANCE** Among outpatient health care personnel, N95 respirators vs medical masks as worn by participants in this trial resulted in no significant difference in the incidence of laboratory-confirmed influenza.

Health care personnel (HCP) who are routinely exposed to viral respiratory infections in the workplace1 may transmit infection to others. It is widely recognized that HCP, as a group, incompletely adhere to infection prevention recommendations and practice standards. Inpatient respiratory protection studies suggest adherence rates vary from 10% to 84%.2-4 While laboratory studies designed to achieve 100% intervention adherence have shown that N95 filtering facepiece respirators are more efficacious than medical masks at reducing exposure to aerosols,5 comparative clinical effectiveness studies have been inconclusive.3,4,6 Some experts argue that N95 respirators and medical masks are equivalent in clinical settings.2,7Pragmatic effectiveness trials are increasingly recognized as an essential component ofmedical evidence, in part because efficacy studies may overestimate effectiveness and true adherence.8 Disposable N95 respirators and medical masks are both worn by HCP for self-protection; however, these masks have different intended uses. N95 respirators are designed to prevent the wearer from inhaling small airborne particles,9 must meet filtration requirements,10 and fit tightly to the wearer's face, limiting facial seal leakage. Medical masks, frequently called surgical masks, are intended to prevent microorganism transmission from the wearer to the patient. Medical masks fit the face loosely and do not reliably prevent inhalation of small airborne particles. However, medical masks prevent hand-to-face contact and facial contact with large droplets and sprays.11 Clinical evidence is inconclusive regarding whether N95 respirators are more effective than medical masks for preventing v iral respiratory infection among HCP, including influenza,3,4,6,12 accounting for differing practices2 and positions held by clinical,7 public health,13,14 and regulatory organizations.15 The objective of this study was to compare13 the effectiveness of N95 respirators vs medical masks worn by HCP in clinical practice for prevention of workplace-acquired influenza and other viral respiratory infections in geographically diverse, high-exposure, outpatient settings.

METHODS

Study Sites and Institutional Review Boards The Respiratory Protection Effectiveness Clinical Trial (RePECT) was approved by the human subjects research board at the National Institute for Occupational Safety and Health (protocol #10-NPPTL-O5XP) and the institutional review boards (IRBs) at the 7 participating health systems, as previously described,16 and approved or exempted by IRBs at the analysis and sample storage sites. All participants were permitted to participate for 1 or more years and gave written consent for each year of participation. Study intervention sites included outpatient settings at the Children's Hospital Colorado (Aurora),

36

Denver Health Medical Center (Denver, Colorado), Johns Hopkins Health System (Baltimore, Maryland), Michael E. DeBakey Veterans Affairs (VA) Medical Center (Houston, Texas), VA Eastern Colorado Healthcare System (Denver), Washington DC VA Medical Center, and VA New York Harbor Healthcare System (New York). Sample storage and data analysis sites were the VA St Louis Healthcare System and St Louis University (St Louis, Missouri), University of Florida (Gainesville), University of Massachusetts (Amherst), and University of Texas Southwestern Medical Center (Dallas).

Design and Oversight

This cluster randomized, multicenter, pragmatic effectiveness trial16 conducted between September 2011 and May 2015, with final follow-up on June 28, 2016, compared the effect of N95 respirators, used as recommended during the 2009 H1N1 pandemic,13 and medical masks, used as recommended to prevent seasonal influenza17,18 and other viral respiratory infections and illnesses, among HCP.17 The investigators were blinded to the randomization until completion of the study and analysis. An independent data and safety monitoring board assessed the data. Additional details are included in Supplement 1, including the statistical analysis plan and the full protocol that was previously published in an abridged format.16

Participants and Setting

This trial was conducted in diverse outpatient settings serving adult and pediatric patients with a high prevalence of acute respiratory illness, including primary care facilities, dental clinics, adult and pediatric clinics, dialysis units, urgent care facilities and emergency departments, and emergency transport services. All participants in a cluster worked in the same outpatient clinic or outpatient setting. A cluster randomized design was used to improve adherence and increase indirect effects associated with participants in a cluster using the same intervention. Participants were aged at least 18 years, employed at one of the 7 participating health systems, and self-identified as routinely positioned within 6 feet (1.83 m) of patients. Participants were full-time employees (defined as direct patient care for approximately ≥24 hours weekly) and worked primarily at the study site (defined as ≥75% of working hours). Exclusion criteria were medical conditions precluding safe participation or anatomic features that could interfere with respirator fit, such as facial hair or third-trimester pregnancy. Participants self-identified race and sex using fixed categories; these variables were collected because facial anthropometrics related to race and sex may influence N95 respirator fit. Participants kept diaries that included signs and symptoms of respiratory illness, annual influenza vaccination status, and exposure to household and community members with respiratory illness. Participants also recorded their participation in aerosol-generating procedures and exposure to patients, coworkers, or both with respiratory illness daily. Participants were categorized for exposure risk by occupational roles.

Procedures, Interventions, and Group Allocation

Each year, participating sites were cluster randomized to have participants wear N95 respirators13 or medical masks,17,18 as previously described.16 N95 respirator models studied were the 3M Corporation 1860, 1860S, and 1870 (St Paul, Minnesota) and the Kimberly Clark Technol Fluidshield PFR95-270, PFR95-274 (Dallas, Texas); medical mask models were the Precept 15320 (Arden, North Carolina) and Kimberly Clark Technol Fluidshield 47107 (Dallas, Texas). Within each medical center, for each study year, pairs of clusters (clinics and other settings) were matched by the number of participants, health services delivered, patient population served, and additional personal protective equipment. One cluster was randomly assigned to the medical mask group and one to the N95 respirator group. Random allocation of clusters required using constrained randomization, a process that maintains random assignment and balance between groups.19 Computer-generated random sequences of group assignments were generated by an individual not involved in the study implementation and data analyses. Random sequences of assignment assured that every participant in each season had an equal probability of being assigned to the N95 respirator and medical mask groups and allowed participants to switch groups between seasons. Occupational Safety and Health Administration– accepted fit testing15 of N95 respirators was conducted annually for all study participants. Participants were instructed to wear their assigned protective devices (ie, N95 respirators or medical masks) during the 12-week period (the intervention period) during which the incidence of viral respiratory illness and infections was expected to be highest that year, as predicted by the ALERT algorithm20 developed for this trial. Participants were instructed to put on a new device whenever they were positioned within 6 feet (1.83 m) of patients with suspected or confirmed respiratory illness. Hand hygiene was recommended to all participants in accordance with Centers for Disease Control and Prevention guidelines.13,17,18 Infection prevention policies were followed at each study site. Participants volunteered to participate for up to 12 weeks each intervention period, for a total of 48 weeks of intervention spanning 4 consecutive viral respiratory seasons.

Surveillance, Outcomes, and Measures of Effectiveness

Study personnel obtained swabs of the anterior nares and oropharynx21 (FLOQSwabs UTM, Diagnostic Hybrids) from participants who self-reported symptoms of respiratory illness (Box 1). Symptomatic swabs were collected within 24 hours of self-report, and again if signs or symptoms persisted beyond 7 days. If symptomatic participants were not at work, samples were self-obtained using a structured process and shipped to the study laboratory. During each 12-week intervention period, 2 random swabs were obtained from all participants, typically while asymptomatic. Additionally, each year, paired serum samples obtained from all participants were assayed for influenza hemagglutinin levels before and after peak viral respiratory season. The prespecified primary outcome was the incidence of laboratory-confirmed influenza, defined as detection of influenza A or B virus by reverse-transcription polymerase chain reaction22 in an upper respiratory specimen collected within 7 days of

38

symptom onset; detection of influenza from a randomly obtained swab from an asymptomatic participant; or influenza seroconversion (symptomatic or asymptomatic), defined as at least a 4-fold rise in hemagglutination inhibition antibody titers to influenza A or B virus between preseason and postseason serological samples deemed not attributable to vaccination. Individuals experiencing seroconversion were not required to have a detected symptomatic illness to meet the defined outcome. Influenza reagents used in the hemagglutination inhibition antibody assays were obtained from the International Reagent Resource Program, established by the Centers for Disease Control and Prevention.

Secondary outcome measures were the incidence of 4measures of viral respiratory illness and infection: (1) acute respiratory illness (Box 1) with or without laboratory confirmation; (2) laboratory-detected respiratory infection, defined as detection of a respiratory pathogen by polymerase chain reaction or serological evidence of infection with a respiratory pathogen during the study surveillance period(s), which was added to the protocol prior to data analysis; (3) laboratory confirmed respiratory illness, identified as previously described,23 defined as self-reported acute respiratory illness plus the presence of at least 1 polymerase chain reaction– confirmed viral pathogen (Box 2) in a specimen collected from the upper respiratory tract within 7 days of the reported symptoms and/or at least a 4-fold rise from preintervention to postintervention serum antibody titers to influenza A or B virus; and (4) influenzalike illness, defined as temperature of at least 100°F (37.8°C) plus cough and/or a sore throat, with or without laboratory confirmation.

Adherence to Group Assignment and Infection Prevention and Control Practices

Participants were reminded to adhere to protective device and hand hygiene instructions by signage posted at study sites, email, and by study personnel in person. Adherence to assigned devices were reported daily by participants as "always," "sometimes," "never," or "did not recall." In addition, study personnel observed participants' device-wearing behaviors as they entered and exited patient care rooms by conducting unannounced, inconspicuous visits to randomly selected study sites throughout the intervention period. However, to preserve patient confidentiality, monitors were not permitted to enter patient care rooms.

Statistical Analyses

Although we identified no standard definition of a "clinically significant difference," this study16 was designed to detect a 25% relative reduction in the incidence of laboratoryconfirmed influenza or respiratory illness, based on expert opinion, rather than an absolute reduction, which has been described in a previous study.6The total sample size required to provide 80% power to show a 25% reduction in the incidence of laboratory-confirmed influenza in the N95 respirator group compared with themedicalmask group, with a type I error rate of .05, was 10 024 participant-sessions, and the sample size needed to provide 80% power to show a 25% reduction in the incidence of laboratory-confirmed respiratory illness was 5104 participant-seasons. Comparative effects of the interventions were estimated for the

39

primary and secondary outcomes by calculating odds ratios (ORs; for binary outcomes) and incidence rate ratios (IRRs; for count outcomes) between participant clusters randomly assigned to wear N95 respirators or medical masks. Laboratory-confirmed influenza was modeled using logistic regression and viral respiratory infection and illness outcomes were modeled using Poisson regression. Unadjusted and adjusted analyses (both prespecified) were conducted according to the statistical analysis plan (Supplement 2). The primary outcome was an adjusted analysis, as specified in the statistical analysis plan. Prespecified covariates used in adjusted analyses included age, sex, race, number of household members younger than 5 years, occupation risk level (defined as low, medium, or high), binary season-specific influenza vaccination status, the proportion of daily exposures to others with respiratory illness, categorical self-reported adherence to hand hygiene, and intervention group assignment. Prespecified adherence rates were calculated as the proportion of reports of adherence in each group reporting "always," "sometimes," "never," or "did not recall." Comparison of proportions between groups were done using χ2 statistics and comparisons of binomial proportions. Analyses included random effects to account for correlation of outcomes at site-level and individual-level random effects to account for correlation of outcomes at the individual level for participants who participated for multiple seasons. The primary analysis used available data on all randomized participants for the primary comparison of the intervention. A per-protocol analysis, conducted at the same time as the primary analysis, included only individuals who completed at least 8 weeks of study participation. A sensitivity analysis was conducted using imputation to assign outcomes to participants who did not complete the study. Missing outcomes were imputed using standard multiple imputation techniques, creating multiple imputed data sets with no missing values for each analysis.23 Details of this analysis are described in Supplement 2. Intervention group withdrawal rates and time to withdrawal were compared to assess for potential bias. In an additional sensitivity analysis, observed and self-reported exposures and adherence were compared using Pearson χ2 tests. Mean workplace and household rates of exposure to respiratory illness were compared using mixed-effects logistic regression. For all calculations, a 2-sided type I error probability of .05 was used. Because of the potential for type I error due to multiple comparisons, findings for analyses of secondary end points should be interpreted as exploratory. All statistical analyses were performed in R version 3.3.3 (R Foundation).



Figure 1. Study Site Enrollment, Randomization, Follow-up, and Analysis in a Study of the Effect of N95 Respirators vs Medical Masks for Preventing Laboratory-Confirmed Influenza Among Health Care Personnel

## Results

### Participants

The study sites were randomized to provide 380 clusterseasons of observation over 4 consecutive intervention periods. Of the 2862 participants, 1416 participated for more than 1 year or intervention period. Among 2862 unique randomized participants (mean [SD] age, 43 [11.5] years; 2369 [82.8%] women), 2371 completed the ResPECT protocol over the course of 48 weeks of intervention spanning 4 years. Among these individuals, 1446 participated in one 12-week intervention period, 723 participated in two 12-week intervention periods, and 693 participated in 3 or more 12-week intervention periods, accounting for 5180 HCP-seasons enrolled and randomized from 137 medical centers. Following randomization, 491 participants

withdrew or were excluded because the cluster size was below a preestablished threshold of 2. Overall, 4689 HCP-seasons were included in the per-protocol analysis (2243 in the N95 respirator group and 2446 in the medical mask group; Figure 1). Some members of the primary analytic cohort did not complete all weeks of the study and were missing serological outcomes. Data were missing because of early withdrawal in 189 of 2512 participants (7.5%) in the N95 respirator group and 145 of 2668 participants (5.4%) in the medical mask group. In the per-protocol analysis, data were missing from 16 of 2243 participants (0.7%) in the N95 respirator group and 28 of 2446 (1.1%) in the medical mask group. Baseline characteristics of the participants in the N95 respirator and medical mask groups were similar (Table 1). Daily workplace exposure to respiratory illness was reported 22.5% of the time in the N95 group and 21.6% of the time in the medical mask group, while weekly household exposure to respiratory illness was reported 3.6% of the time in the N95 respirator group and 3.4% of the time in the medical mask group (Table 1).

Illness Surveillance and Effectiveness

In the primary analysis, the incidence of laboratory confirmed influenza infection events occurred in 207 of 2512 HCP-seasons (8.2%) in the N95 respirator group and 193 of 2668 HCP-seasons (7.2%) in the medical mask group, (difference, 1.0% [95% CI, −0.5% to 2.5%]; P = .18) (adjusted OR, 1.18 [95% CI, 0.95-1.45]). Regarding secondary outcomes, there were 1556 acute respiratory illness events in the N95 respirator group (incidence rate [IR], 619.4 per 1000 HCP-seasons) vs 1711 in the medical mask group (IR, 641.3 per 1000 HCP-seasons) (difference, −21.9 per 1000 HCP-seasons [95% CI, −48.2 to 4.4]; P = .10; adjusted IRR, 0.99 [95% CI, 0.92-1.06]). There were 679 laboratory-detected respiratory infection events in the N95 respirator group (IR, 270.3 per 1000 HCP-seasons) vs 745 in the medical mask group (IR, 279.2 per 1000 HCP seasons) (difference, −8.9 per 1000 HCP-seasons [95% CI, −33.3 to 15.4]; P = .47; adjusted IRR, 0.99 [95% CI, 0.89- 1.09]) (Table 2 and Figure 2). Overall, 371 laboratory confirmed respiratory illness events occurred in the N95 respirator group (IR, 147.7 per 1000 HCP-seasons) vs 417 in the medical mask group (IR, 156.3 per 1000 HCP-seasons) (difference, −8.6 per 1000 HCP-seasons [95% CI, −28.2 to 10.9]; P = .39; adjusted IRR, 0.96 [95% CI, 0.83-1.11]). There were 128 influenza like illness events in the N95 respirator group (IR, 51.0 per 1000 HCP-seasons) vs 166 in the medical mask group (IR, 62.2 per 1000 HCP-seasons) (difference, −11.3 per 1000 HCP-seasons [95% CI, −23.8 to 1.3]; P = .08; adjusted IRR, 0.86 [95% CI, 0.68-1.10]). Results were similar in the adjusted primary analysis and per-protocol analyses (Figure 2).

Intervention, Adherence, and Adverse Events

Adherence was reported on daily surveys 22 330 times in the N95 respirator group and 23 315 times in the medical mask group. "Always" was reported 14 566 (65.2%) times in the N95 respirator group and 15 186 (65.1%) times in the medical mask group; "sometimes," 5407 (24.2%) times in the N95 respirator group and 5853 (25.1%) times in the medical mask group; "never," 2272 (10.2%) times in the N95 respirator group and 2207 (9.5%) times in the medical mask group; and "did not recall," 85 (0.4%) times in the N95 respirator group and 69 (0.3%)

times in the medical mask group. Participant-reported adherence could not be assessed in 784 participants (31.2%) in the N95 respirator group and 822 (30.8%) in the medical mask group (P = .84)

because of lack of response to surveys or lack of adherence opportunities (ie, participants did not encounter an individual with respiratory signs or symptoms). Analyzed post hoc, participant adherence was reported as always or sometimes 89.4% of the time in the N95 respirator group and 90.2% of the time in the medical mask group. Additional details about adherence are included in Supplement 1. No serious study-related adverse events were reported. Nineteen participants reported skin irritation or worsening acne during years 3 and 4 at one study site in the N95 respirator group.

Per-Protocol Analysis and Sensitivity Analysis

Results of the per-protocol analysis can be seen in Figure 2. A sensitivity analysis assessed whether there was evidence for bias in self-reported outcomes based on group assignment. In a prespecified multiple-imputation analysis, the rates of laboratory-confirmed influenza infection events were 204 of 2243 HCP seasons (9.1%) in the N95 respirator group and 190 of 2446 HCP-seasons (7.8%) in the medical mask group. Quantitative data are available in Supplement 3.

**Table 1. Health Care Personnel (HCP) Demographic Characteristics, Risk Factors, and Site Enrollment in a Study of the Effect of N95 Respirators vs Medical Masks for Preventing Laboratory-Confirmed Influenza**

| | No. (%) | |
|---|---|---|
| Characteristic | N95 Respirator (n = 2512 HCP-Seasons)[a] | Medical Mask (n = 2668 HCP-Seasons)[a] |
| Age, mean (SD), y | 43 (11.5) | 43 (11.6) |
| Sex | | |
| Men | 378 (15.0) | 420 (15.7) |
| Women | 2134 (85.0) | 2248 (84.3) |
| Ethnicity | | |
| Hispanic or Latino | 397 (15.8) | 427 (16) |
| Race | (n = 2447) | (n = 2600) |
| White | 1282 (52.4) | 1334 (51.3) |
| Black | 720 (29.4) | 782 (30.1) |
| Other | 232 (9.5) | 252 (9.7) |
| Asian | 195 (8.0) | 210 (8.1) |
| American Indian or Alaska Native | 14 (0.6) | 13 (0.5) |
| Native Hawaiian or other Pacific Islander | 4 (0.2) | 9 (0.3) |
| Occupation | | |
| Nurse/nursing trainee | 1049 (41.8) | 1085 (40.7) |
| Clinical care support staff[b] | 574 (22.9) | 627 (23.5) |
| Administrative/clerical | 332 (13.2) | 337 (12.6) |
| Other occupation | 213 (8.5) | 224 (8.4) |
| Physician/advanced practitioner/ physician trainee | 207 (8.2) | 240 (9.0) |
| Registration/clerical reception | 94 (3.7) | 106 (4.0) |
| Social worker/pastoral care | 35 (1.4) | 29 (1.1) |
| Environmental services/ housekeeping | 8 (0.3) | 19 (0.7) |
| Occupational risk[c] | | |
| High | 1492 (59.4) | 1594 (59.7) |
| Medium | 295 (11.7) | 318 (11.9) |
| Low | 724 (28.8) | 755 (28.3) |
| Patient population | | |
| Adult | 1409 (56.1) | 1486 (55.7) |
| Pediatric | 573 (22.8) | 557 (20.9) |
| Adult and pediatric | 530 (21.1) | 625 (23.4) |
| Clinic type | | |
| Primary care | 1734 (69.0) | 1881 (70.5) |
| Emergent/urgent care | 665 (26.5) | 700 (26.2) |
| Emergency transport | 42 (1.7) | 33 (1.2) |
| Specialty care | 40 (1.6) | 29 (1.1) |
| Dental/dialysis | 31 (1.2) | 25 (0.9) |
| Site | | |
| Johns Hopkins Health System | 882 (35.1) | 859 (32.2) |
| Denver Health | 534 (21.3) | 521 (19.5) |
| VA New York Harbor Healthcare System | 375 (14.9) | 433 (16.2) |
| The Michael E. DeBakey VA Medical Center | 233 (9.3) | 287 (10.8) |
| Washington DC VA Medical Center | 183 (7.3) | 204 (7.6) |
| VA Eastern Colorado Healthcare System | 177 (7.0) | 211 (7.9) |
| Children's Hospital Colorado | 128 (5.1) | 153 (5.7) |

(continued)

**Table 1. Health Care Personnel (HCP) Demographic Characteristics, Risk Factors, and Site Enrollment in a Study of the Effect of N95 Respirators vs Medical Masks for Preventing Laboratory-Confirmed Influenza (continued)**

| Characteristic | No. (%) | |
| --- | --- | --- |
| | N95 Respirator (n = 2512 HCP-Seasons)[a] | Medical Mask (n = 2668 HCP-Seasons)[a] |
| Comorbid conditions | | |
| Asthma | 255 (10.2) | 284 (10.6) |
| Other systemic disease | 104 (4.1) | 118 (4.4) |
| Other respiratory disease | 49 (2.0) | 37 (1.4) |
| Cardiac disease | 41 (1.6) | 34 (1.3) |
| Chronic obstructive pulmonary disease | 6 (0.2) | 6 (0.2) |
| Influenza vaccination status | (n = 2444) | (n = 2598) |
| Vaccinated | 1993 (79.3) | 2048 (76.8) |
| Not vaccinated | 451 (18.0) | 550 (20.6) |
| Other risk factors | | |
| Eyeglasses wearer | 960 (38.2) | 999 (37.4) |
| Household members aged <5 y | 606 (24.1) | 630 (23.6) |
| Contact lens wearer | 371 (14.8) | 349 (13.1) |
| Tobacco smoker | 210 (8.4) | 234 (8.8) |
| Exposure to respiratory illness, % | | |
| Daily workplace | 22.5 | 21.6 |
| Weekly household | 3.6 | 3.4 |

Abbreviation: VA, veterans affairs.

[a] Unless otherwise specified.

[b] Staff who have direct patient contact, such as clinical medical assistants and clinical technicians.

[c] Occupational risk based on direct patient contact, such as physical examination and/or performance of high-risk procedures (intubation, airway suctioning, nebulizer treatments, nasopharyngeal aspiration) for high risk, direct patient contact for medium risk, and no or minimal direct patient contact for low risk.

Table 2. Primary and Secondary Outcomes in a Study of the Effect of N95 Respirators vs Medical Masks for Preventing Laboratory-Confirmed Influenza Among Health Care Personnel

| Primary and Secondary Outcome Events | No. | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | 2011-2012 | | 2012-2013 | | 2013-2014 | | 2014-2015 | | Totals | |
| | N95 Respirator | Medical Mask | N95 Respirator | Medical Mask | N95 Respirator | Medical Mask | N95 Respirator | Medical Mask | N95 Respirator | Medical Mask |
| **Influenza (primary outcome)** | | | | | | | | | | |
| Polymerase chain reaction-detected | | | | | | | | | | |
| Influenza A | 2 | 3 | 19 | 19 | 8 | 12 | 37 | 28 | 66 | 62 |
| Influenza B | 0 | 3 | 8 | 11 | 2 | 1 | 1 | 4 | 11 | 19 |
| Hemagglutination inhibition assay-detected | | | | | | | | | | |
| Influenza A | 5 | 9 | 30 | 23 | 38 | 38 | 55 | 47 | 128 | 117 |
| Influenza B | 0 | 2 | 10 | 11 | 12 | 13 | 14 | 10 | 36 | 36 |
| All events[a] | | | | | | | | | | |
| Influenza A | 6 | 10 | 43 | 37 | 46 | 42 | 85 | 65 | 180 | 154 |
| Influenza B | 0 | 5 | 15 | 18 | 12 | 14 | 15 | 13 | 42 | 50 |
| All influenza | 6 | 15 | 58 | 55 | 58 | 56 | 100 | 78 | 222 | 204 |
| Laboratory-confirmed influenza | 6 | 13 | 52 | 52 | 55 | 51 | 94 | 77 | 207 | 193 |
| **Secondary Outcomes** | | | | | | | | | | |
| Acute respiratory illness | 235 | 234 | 354 | 446 | 398 | 519 | 569 | 512 | 1556 | 1711 |
| Laboratory-detected respiratory infection[b] | 47 | 71 | 165 | 201 | 217 | 260 | 250 | 213 | 679 | 745 |
| Laboratory-confirmed respiratory illness[b] | 26 | 31 | 91 | 116 | 111 | 150 | 143 | 120 | 371 | 417 |
| Influenzalike illness | 13 | 10 | 30 | 45 | 22 | 50 | 63 | 61 | 128 | 166 |

[a] Influenza events were defined as the number of influenza infections attributed to the combination of polymerase chain reaction detection and hemagglutination inhibition assay serologies. Instances in which polymerase chain reaction and hemagglutination inhibition assay were both positive counted as 1 event.

[b] All respiratory viruses assayed, including influenza.

## DISCUSSION

In this pragmatic, cluster randomized trial that involved multiple outpatient sites at 7 health care delivery systems across a wide geographic area over 4 seasons of peak viral respiratory illness, there was no significant difference between the effectiveness of N95 respirators and medical masks in preventing laboratory-confirmed influenza among participants routinely exposed to respiratory illnesses in the workplace. In addition, there were no significant differences between N95 respirators and medical masks in the rates of acute respiratory illness, laboratory-detected respiratory infections, laboratory-confirmed respiratory illness, and influenzalike illness among participants. A sensitivity analysis suggested that the primary analysis reported was fairly robust to the missing outcome data with quantitative outcomes varying by less than 5%. This supports the finding that neither N95 respirators nor medical masks were more effective in preventing laboratory confirmed influenza or other viral

46

respiratory infection or illness among participants when worn in a fashion consistent with current US clinical practice. Respiratory viruses are primarily transmitted by large droplets. Because a fraction of respiratory viruses may be transmitted by aerosol, N95 respirators have been presumed to provide better protection than medical masks against viral respiratory infections in health care settings.[2] However, definitive evidence of greater clinical effectiveness of N95 respirators is lacking. A well-designed trial[6] found the effectiveness of medical masks to be noninferior to N95 respirators, but the trial was stopped prematurely and was limited by small sample size. Two additional studies[3,4] (and a pooled analysis[12]) concluded that N95 respirators may be more effective than medical masks; however, these studies were limited by uncertain clinical significance of end points.[24] The current study was undertaken because of remaining uncertainty based on previous studies, which made it challenging for infection control clinicians to effectively implement respiratory protection programs in health care settings.[2,7,13,18,24,25] This trial was designed to assess clinical effectiveness, taking into account many challenges of working in out patient health care settings. This study had several strengths, including the pragmatic design; wide US geographic and climatic distribution; varied adult and pediatric outpatient settings, including emergency departments; and enrollment spanning 4 seasons of peak viral respiratory illness. Respiratory samples were obtained from symptomatic and asymptomatic participants to determine the incidence of viral respiratory infection, including individuals that were subclinical but still potentially transmissible. Influenza vaccination status information was collected. This trial was cluster randomized to avoid mixing of interventions in each clinic and clinical setting and to minimize cross-contamination from different HCP behaviors, conducted at 7 medical centers among frontline HCP in varied clinical settings with high exposure risk, and sufficiently powered to detect the predefined difference in laboratory-confirmed respiratory illness. Previous effectiveness studies[3,4,6,12,26-28] have met some, but not all, of these characteristics and have been inconclusive, contributing to the uncertainty and controversy among experts determining public health guidance, regulatory requirements, and health care delivery practices.[2,7,14,17,29] In the current study, findings were consistent across all laboratory-based outcomes and clinical syndromes. Results for the primary and secondary outcomes were in opposite directions (ie, one IRR was associated with increased risk and the other with decreased risk), although the differences were nonsignificant, further supporting a finding of no significant difference in the effectiveness of N95 respirators vs medical masks for prevention of influenza or other respiratory illness.

Limitations

This study has several limitations. First, the criteria for viral polymerase chain reaction testing may have missed participants who were infected but asymptomatic. Unrecognized infections may have increased the probability of finding no difference between interventions, even if a difference existed. Second, self-reporting of symptoms in daily diaries likely underestimated illness among HCP who often work while ill.[30] Third, despite being intentionally conducted as a pragmatic effectiveness trial,[8] incomplete participant adherence to as signed protective devices could have contributed to more unprotected exposures, increasing the probability of finding no

difference between interventions even if a difference existed. However, participant-reported data indicates this did not differ by study group. Fourth, participants were not instructed to wear protective devices outside the workplace, which may have biased the results toward finding no difference between groups, although the rates of adherence did not differ by study group and household exposure was reported as much lower than workplace exposure. Fifth, only 2 N95 respirator and medical mask models were studied, limiting the ability to generalize about the protectiveness of other models. Sixth, the sample size required to definitively determine whether N95 respirators or medical masks are more effective for protection from laboratory-confirmed influenza in the health care setting required approximately 10 000 participant seasons, which was not feasible with the available funding or resources. However, the morbidity and mortality associated with a wide range of viral respiratory infections, including novel and emerging pathogens, renders a secondary outcome in this study, laboratory-confirmed respiratory illness, important.

CONCLUSIONS

Among outpatient HCP, N95 respirators vs medical masks as worn by participants in this trial resulted in no significant difference in the incidence of laboratory-confirmed influenza.



Figure 2. Primary and Secondary Outcomes of Influenza and Respiratory Illnesses and Adjusted Risk Estimates Among Health Care Personnel in the N95 Respirator Group vs the Medical Mask Group

**A** Primary outcome

| Laboratory-confirmed influenza | N95 Respirator Events/Seasons | Medical Mask Events/Seasons | Incidence Rate Ratio (95% CI) |
|---|---|---|---|
| ITT cohort | 207/2512 | 193/2668 | 1.18 (0.95-1.45) |
| PP cohort | 204/2243 | 190/2446 | 1.20 (0.97-1.48) |

Odds Ratio (95% CI)

**B** All secondary outcomes

| | N95 Respirator Events/Seasons | Medical Mask Events/Seasons | Incidence Rate Ratio (95% CI) |
|---|---|---|---|
| Acute respiratory illness | | | |
| ITT cohort | 1556/2512 | 1711/2668 | 0.99 (0.92-1.06) |
| PP cohort | 1512/2243 | 1656/2446 | 1.00 (0.93-1.08) |
| Laboratory-detected respiratory infection | | | |
| ITT cohort | 679/2512 | 745/2668 | 0.99 (0.89-1.09) |
| PP cohort | 664/2243 | 733/2446 | 0.99 (0.89-1.10) |
| Laboratory-confirmed respiratory illness | | | |
| ITT cohort | 371/2512 | 417/2668 | 0.96 (0.83-1.11) |
| PP cohort | 361/2243 | 406/2446 | 0.96 (0.83-1.11) |
| Influenzalike illness | | | |
| ITT cohort | 128/2512 | 166/2668 | 0.86 (0.68-1.10) |
| PP cohort | 121/2243 | 161/2446 | 0.83 (0.64-1.06) |

Incidence Rate Ratio (95% CI)

The adjusted relative risks for the N95 respirator and medical mask groups for both the intention-to-treat (ITT) and per-protocol (PP) groups for the primary outcome and the other predetermined secondary outcomes. Values above 1 indicate higher relative odds or risk in the N95 respirator group compared with the medical mask group.

Plaintiff's Exhibit 358

## MASK REFERENCES

**Natural Disasters and Severe Weather | Wildfire Smoke and COVID-19**

https://www.cdc.gov/disasters/covid-19/wildfire_smoke_covid-19.html



Wildfire smoke can irritate your lungs, cause inflammation, affect your immune system, and make you more prone to lung infections, including SARS-CoV-2, the virus that cause COVID-19. Because of the COVID-19 pandemic, preparing for wildfires might be a little different this year. Know how wildfire smoke can affect you and your loved ones during the COVID-19 pandemic and what you can do to protect yourselves.

**Prepare for wildfires.**

Prepare for the wildfire smoke season [PDF-205 KB] as you would in any other summer.

Give yourself more time than usual to prepare for wildfire events. Home delivery is the safest choice for buying disaster supplies; however, that may not be an option for everyone. If in-person shopping is your only option, take steps to protect your and others' health when running essential errands.

Talk with a healthcare provider. Plan how you will protect yourself against wildfire smoke.

Stock up on medicines routinely taken. Store a 7 to 10-day supply of prescription medicines in a waterproof, childproof container to take with you if you evacuate.

1

As part of your planning for a potential evacuation, consider developing a family disaster plan.

**Cloth masks will not protect you from wildfire smoke.**

Cloth masks that are used to slow the spread of COVID-19 by blocking respiratory droplets offer little protection against wildfire smoke. They do not catch small, harmful particles in smoke that can harm your health.

Although N95 respirators do provide protection from wildfire smoke, they might be in short supply as frontline healthcare workers use them during the pandemic.

**Take actions to protect yourself from wildfire smoke during the COVID-19 pandemic.**

The best way to protect against the potentially harmful effects of wildfire smoke is to reduce your exposure to wildfire smoke, for example, by seeking cleaner air shelters and cleaner air spaces.

Limit your outdoor exercise when it is smoky outside or choose lower-intensity activities to reduce your smoke exposure.

Keep in mind that while social distancing guidelines are in place, finding cleaner air might be harder if public facilities such as libraries, community centers, and shopping malls are closed or have limited their capacity.

**Create a cleaner air space at home to protect yourself from wildfire smoke during the COVID-19 pandemic.**

Use a portable air cleaner in one or more rooms. Portable air cleaners work best when run continuously with doors and windows closed.

If you use a do-it-yourself box fan filtration unit, never leave it unattended.

During periods of extreme heat, pay attention to temperature forecasts and know how to stay safe in the heat.

Whenever you can, use air conditioners, heat pumps, fans, and window shades to keep your cleaner air space comfortably cool on hot days.

If you have a forced air system in your home, you may need to speak with a qualified heating, ventilation, and air conditioning (HVAC) professional about different filters (HEPA or MERV-13 or higher) and settings ("Recirculate" and "On" rather than "Auto") you can use to reduce indoor smoke.

Avoid activities that create more indoor and outdoor air pollution, such as frying foods, sweeping, vacuuming, and " using gas-powered appliances.

**Know the difference between symptoms from smoke exposure and COVID-19.**

Some symptoms, like dry cough, sore throat, and difficulty breathing can be caused by both wildfire smoke exposure and COVID-19.

Learn about symptoms of COVID-19. Symptoms like fever or chills, muscle or body aches, and diarrhea are not related to smoke exposure.

If you have any of these symptoms, the CDC COVID-19 Self-Checker can help you determine whether you need further assessment or testing for COVID-19. If you have questions after using the CDC COVID-19 Self-Checker, contact a healthcare provider.

If you have severe symptoms, like difficulty breathing or chest pain, immediately call 911 or the nearest emergency facility.

**People with COVID-19 are at increased risk from wildfire smoke during the pandemic.**

People who currently have or who are recovering from COVID-19 may be at increased risk of health effects from exposure to wildfire smoke due to compromised heart and/or lung function related to COVID-19.

**Know whether you are at risk from wildfire smoke during the COVID-19 pandemic.**

Some people are more at risk of harmful health effects from wildfire smoke than others.

3

Those most at risk include:

Children less than 18 years old

Adults aged 65 years or older

Pregnant women

People with chronic health conditions such as heart or lung disease, asthma, and diabetes

Outdoor workers People who have lower socioeconomic status, including individuals experiencing homelessness or those who have limited access to medical care

People who are immunocompromised or taking drugs that suppress the immune system

**Know what to do if you must evacuate.**

- Pay attention to local guidance about updated plans for evacuations and shelters, including potential shelters for your pets.

- Whether you decide to evacuate or are asked to evacuate by state or local authorities, evacuate safely.

- When you check on neighbors and friends before evacuating, be sure to follow social distancing recommendations (staying at least 6 feet from others) and other CDC recommendations to protect yourself and others.

- If you need to go to a disaster shelter, follow CDC recommendations for staying safe and healthy in a public disaster shelter during the COVID-19 pandemic.

**Stay informed. Know where to find information about air quality and COVID-19 in your area.**

- Use the Air Quality Indexexternal icon (AQI) to check the air quality in your area.

- Visit airnow.govexternal icon to find reliable information about wildfire smoke and air quality.

4

- If there is a large wildfire in your area, then there is likely an Air Resource Advisorexternal icon assigned to provide wildfire smoke outlooksexternal icon.

- For further information about wildfire smoke and your health, visit, https://www.cdc.gov/air/wildfire-smoke/default.htm.

- Visit the CDC COVID Data Tracker for more information about COVID-19.

- Check resources from state, local, tribal, and territorial health departments for more information on COVID-19 cases and deaths in a given area.

**For more information about COVID-19,  go to** https://www.cdc.gov/coronavirus/2019-ncov/index.html

**For more information about the health effects of wildfire smoke and reducing exposure to it:**

- Create a Clean Room to Protect Indoor Air Quality During a Wildfireexternal icon

- DIY Box Fan Filterexternal icon

- Natural Disasters and Severe Weather: Wildfires

- Protect Yourself from Wildfire Smoke

- Wildfire Guide Factsheet: Indoor Air Filtration pdf icon[PDF-122 KB]external icon

- Wildfires and Indoor Air Qualityexternal icon

**For more information on air quality, wildfire information, smoke forecasts, and vulnerable populations:**

- airnow.govexternal icon

- https://airquality.weather.gov/external icon

- https://inciweb.nwcg.gov/external icon

- https://www.cdc.gov/disasters/wildfires/links.html

Plaintiff's Exhibit 359

healthimpactnews.com

# New WHO Guidelines for Face Masks Admit No Known Medical Benefits – Psychological Brain Washing

4-5 minutes



by **Brian Shilhavy**

**Editor, Health Impact News**

The World Health Organization released new guidelines for using masks this past week.

The document is called:

Advice on the use of masks in the context of COVID-19

Some highlights:

"The widespread use of masks by healthy people in the community setting is not yet supported by high quality or direct scientific evidence and there are potential benefits and harms to consider…the use of a mask alone is insufficient to provide an adequate level of protection."

But you should still keep wearing one for these non-medical reasons:

The likely advantages of the use of masks by healthy people in the general public include:

- Reduced potential stigmatization of individuals wearing masks to prevent infecting others (source control) or of people caring for COVID-19 patients in non-clinical settings.

- Making people feel they can play a role in contributing to stopping spread of the virus.

- Reminding people to be compliant with other measures (e.g., hand hygiene, not touching nose and mouth). However, this can also have the reverse effect.

- Potential social and economic benefits. Amidst the global shortage of surgical masks and PPE, encouraging the public to create their own fabric masks may promote individual enterprise and community integration.

- Moreover, the production of non-medical masks may offer a source of income for those able to manufacture masks within their communities.

- Fabric masks can also be a form of cultural expression, encouraging public acceptance of protection measures in general.

- Evaluate the impact (positive, neutral or negative) of using masks in the general population (including behavioral and social sciences).

So there you go. It is all a big "social experiment" to see if they can get you to voluntarily comply, and has nothing to do with health. They actually admit this now, and do not even deny it.

But wait, it gets even better!

Doctors now encourage people to wear a mask when having sex! (You can't make this stuff up!!)

[Wearing a face mask during sex can reduce COVID-19 transmission, say doctors](#)

**See Also**:

[Are There Enough Free-Thinking Americans Left to Resist the New World Order Take](#)

Plaintiff's Exhibit 360

# Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings— Personal Protective and Environmental Measures

Jingyi Xiao,[1] Eunice Y. C. Shiu,[1] Huizhi Gao, Jessica Y. Wong, Min W. Fong, Sukhyun Ryu, Benjamin J. Cowling

There were 3 influenza pandemics in the 20th century, and there has been 1 so far in the 21st century. Local, national, and international health authorities regularly update their plans for mitigating the next influenza pandemic in light of the latest available evidence on the effectiveness of various control measures in reducing transmission. Here, we review the evidence base on the effectiveness of nonpharmaceutical personal protective measures and environmental hygiene measures in nonhealthcare settings and discuss their potential inclusion in pandemic plans. Although mechanistic studies support the potential effect of hand hygiene or face masks, evidence from 14 randomized controlled trials of these measures did not support a substantial effect on transmission of laboratory-confirmed influenza. We similarly found limited evidence on the effectiveness of improved hygiene and environmental cleaning. We identified several major knowledge gaps requiring further research, most fundamentally an improved characterization of the modes of person-to-person transmission.

Influenza pandemics occur at irregular intervals when new strains of influenza A virus spread in humans (1). Influenza pandemics cause considerable health and social impact that exceeds that of typical seasonal (interpandemic) influenza epidemics. One of the characteristics of influenza pandemics is the high incidence of infections in all age groups because of the lack of population immunity. Although influenza vaccines are the cornerstone of seasonal influenza control, specific vaccines for a novel pandemic strain are not expected to be available for the first 5–6 months of the next pandemic. Antiviral drugs will be available in some locations to treat more severe infections but are unlikely to be available in the

quantities that might be required to control transmission in the general community. Thus, efforts to control the next pandemic will rely largely on nonpharmaceutical interventions.

Most influenza virus infections cause mild and self-limiting disease; only a small fraction of case-patients require hospitalization. Therefore, influenza virus infections spread mainly in the community. Influenza virus is believed to be transmitted predominantly by respiratory droplets, but the size distribution of particles responsible for transmission remains unclear, and in particular, there is a lack of consensus on the role of fine particle aerosols in transmission (2,3). In healthcare settings, droplet precautions are recommended in addition to standard precautions for healthcare personnel when interacting with influenza patients and for all visitors during influenza seasons (4). Outside healthcare settings, hand hygiene is recommended in most national pandemic plans (5), and medical face masks were a common sight during the influenza pandemic in 2009. Hand hygiene has been proven to prevent many infectious diseases and might be considered a major component in influenza pandemic plans, whether or not it has proven effectiveness against influenza virus transmission, specifically because of its potential to reduce other infections and thereby reduce pressure on healthcare services.

In this article, we review the evidence base for personal protective measures and environmental hygiene measures, and specifically the evidence for the effectiveness of these measures in reducing transmission of laboratory-confirmed influenza in the community. We also discuss the implications of the evidence base for inclusion of these measures in pandemic plans.

Author affiliation: University of Hong Kong, Hong Kong, China

DOI: https://doi.org/10.3201/eid2605.190994

[1]These first authors contributed equally to this article.

POLICY REVIEW

## Methods and Results

We conducted systematic reviews to evaluate the effectiveness of personal protective measures on influenza virus transmission, including hand hygiene, respiratory etiquette, and face masks, and a systematic review of surface and object cleaning as an environmental measure (Table 1). We searched 4 databases (Medline, PubMed, EMBASE, and CENTRAL) for literature in all languages. We aimed to identify randomized controlled trials (RCTs) of each measure for laboratory-confirmed influenza outcomes for each of the measures because RCTs provide the highest quality of evidence. For respiratory etiquette and surface and object cleaning, because of a lack of RCTs for laboratory-confirmed influenza, we also searched for RCTs reporting effects of these interventions on influenza-like illness (ILI) and respiratory illness outcomes and then for observational studies on laboratory-confirmed influenza, ILI, and respiratory illness outcomes. For each review, 2 authors (E.Y.C.S. and J.X.) screened titles and abstracts and reviewed full texts independently.

We performed meta-analysis for hand hygiene and face mask interventions and estimated the effect of these measures on laboratory-confirmed influenza prevention by risk ratios (RRs). We used a fixed-effects model to estimate the overall effect in a pooled analysis or subgroup analysis. No overall effect would be generated if there was considerable heterogeneity on the basis of $I^2$ statistic $\geq$75% (6). We performed quality assessment of evidence on hand hygiene and face mask interventions by using the GRADE (Grading of Recommendations Assessment, Development and Evaluation) approach (7). We provide additional details of the search strategies, selection of articles, summaries of the selected articles, and quality assessment (Appendix, https://wwwnc.cdc.gov/EID/article/26/5/19-0994-App1.pdf).

### Personal Protective Measures

#### Hand Hygiene

We identified a recent systematic review by Wong et al. on RCTs designed to assess the efficacy of hand hygiene interventions against transmission of laboratory-confirmed influenza (8). We used this review as a starting point and then searched for additional literature published after 2013; we found 3 additional eligible articles published during the search period of January 1, 2013–August 13, 2018. In total, we identified 12 articles (9–20), of which 3 articles were from the updated search and 9 articles from Wong et al. (8). Two articles relied on the same underlying dataset (16,19); therefore, we counted these 2 articles as 1 study, which resulted in 11 RCTs. We further selected 10 studies with >10,000 participants for inclusion in the meta-analysis (Figure 1). We excluded 1 study from the meta-analysis because it provided estimates of infection risks only at the household level, not the individual level (20). We did not generate an overall pooled effect of hand hygiene only or of hand hygiene with or without face mask because of high heterogeneity in individual estimates ($I^2$ 87 and 82%, respectively). The effect of hand hygiene combined with face masks on laboratory-confirmed influenza was not statistically significant (RR 0.91, 95% CI 0.73–1.13; $I^2 = 35\%$, p = 0.39). Some studies reported being underpowered because of limited sample size, and low adherence to hand hygiene interventions was observed in some studies.

We further analyzed the effect of hand hygiene by setting because transmission routes might vary

**Table 1.** Summary of literature searches for systematic review on personal and environmental nonpharmaceutical interventions for pandemic influenza*

| Types of interventions | No. studies identified | Study designs included† | Main findings |
|---|---|---|---|
| Hand hygiene | 12 | RCT | The evidence from RCTs suggested that hand hygiene interventions do not have a substantial effect on influenza transmission. |
| Respiratory etiquette | 0 | NA | We did not identify research evaluating the effectiveness of respiratory etiquette on influenza transmission. |
| Face masks | 10 | RCT | The evidence from RCTs suggested that the use of face masks either by infected persons or by uninfected persons does not have a substantial effect on influenza transmission. |
| Surface and object cleaning | 3 | RCT, observational studies | There was a limited amount of evidence suggesting that surface and object cleaning does not have a substantial effect on influenza transmission. |

*NA, not available; RCT randomized controlled trial.
†In these systematic reviews, we prioritized RCTs, and only considered observational studies if there were a small number of RCTs. Our rationale was that with evidence from a larger number of RCTs, additional evidence from observational studies would be unlikely to change overall conclusions.



**A**

| Author (reference) | Hand hygiene Events | Total | Control Events | Total | Weight | Risk ratio (95% CI) |
|---|---|---|---|---|---|---|
| Cowling et al. 2008 (12) | 5 | 84 | 12 | 205 | 1.5% | 1.02 (0.37–2.80) |
| Cowling et al. 2009 (11) | 14 | 257 | 28 | 279 | 5.9% | 0.54 (0.29–1.01) |
| Larson et al. 2010 (13) | 29 | 946 | 24 | 904 | 5.4% | 1.15 (0.68–1.97) |
| Ram et al. 2015 (14) | 17 | 177 | 10 | 250 | 1.8% | 2.40 (1.13–5.12) |
| Simmerman et al. 2011 (15) | 66 | 292 | 58 | 302 | 12.6% | 1.18 (0.86–1.61) |
| Stebbins et al. 2011 (16) | 51 | 1,695 | 53 | 1,665 | 11.8% | 0.95 (0.65–1.38) |
| Talaat et al. 2011 (18) | 125 | 808 | 281 | 848 | 60.8% | 0.47 (0.39–0.56) |

Heterogeneity: $I^2 = 87\%$, $\tau^2 = 0.2837$, $p < 0.01$

**B**

| Author (reference) | Hand hygiene Events | Total | Control Events | Total | Weight | Risk ratio (95% CI) |
|---|---|---|---|---|---|---|
| Aiello et al. 2010 (9) | 2 | 316 | 3 | 487 | 1.6% | 1.03 (0.17–6.11) |
| Aiello et al. 2012 (10) | 6 | 349 | 16 | 370 | 10.8% | 0.40 (0.16–1.00) |
| Cowling et al. 2009 (11) | 18 | 258 | 28 | 279 | 18.8% | 0.70 (0.39–1.23) |
| Larson et al. 2010 (13) | 25 | 938 | 24 | 904 | 17.1% | 1.00 (0.58–1.74) |
| Simmerman et al. 2011 (15) | 66 | 291 | 58 | 302 | 39.7% | 1.18 (0.86–1.62) |
| Suess et al. 2012 (17) | 10 | 67 | 19 | 82 | 11.9% | 0.64 (0.32–1.29) |
| Fixed effect model | | 2,219 | | 2,424 | 100.0% | 0.91 (0.73–1.13) |

Heterogeneity: $I^2 = 35\%$, $\tau^2 = 0.0511$, $p = 0.17$
Test for overall effect: $z = -0.85$ ($p = 0.39$)

**C**

| Author (reference) | Hand hygiene Events | Total | Control Events | Total | Weight | Risk ratio (95% CI) |
|---|---|---|---|---|---|---|
| Aiello et al. 2010 (9) | 2 | 316 | 3 | 487 | 0.5% | 1.03 (0.17–6.11) |
| Aiello et al. 2012 (10) | 6 | 349 | 16 | 370 | 3.0% | 0.40 (0.16–1.00) |
| Cowling et al. 2008 (12) | 5 | 84 | 12 | 205 | 1.3% | 1.02 (0.37–2.80) |
| Cowling et al. 2009 (11) | 32 | 515 | 28 | 279 | 6.9% | 0.62 (0.38–1.01) |
| Larson et al. 2010 (13) | 54 | 1,884 | 24 | 904 | 6.2% | 1.08 (0.67–1.73) |
| Ram et al. 2015 (14) | 17 | 177 | 10 | 250 | 1.6% | 2.40 (1.13–5.12) |
| Simmerman et al. 2011 (15) | 132 | 583 | 58 | 302 | 14.6% | 1.18 (0.89–1.55) |
| Stebbins et al. 2011 (16) | 51 | 1,695 | 53 | 1,665 | 10.2% | 0.95 (0.65–1.38) |
| Suess et al. 2012 (17) | 10 | 67 | 19 | 82 | 3.3% | 0.64 (0.32–1.29) |
| Talaat et al. 2011 (18) | 125 | 808 | 281 | 848 | 52.4% | 0.47 (0.39–0.56) |

Heterogeneity: $I^2 = 82\%$, $\tau^2 = 0.2286$, $p < 0.01$

**Figure 1.** Meta-analysis of risk ratios for the effect of hand hygiene with or without face mask use on laboratory-confirmed influenza from 10 randomized controlled trials with >11,000 participants. A) Hand hygiene alone; B) hand hygiene and face mask; C) hand hygiene with or without face mask. Pooled estimates were not made if there was high heterogeneity ($I^2 \geq 75\%$). Squares indicate risk ratio for each of the included studies, horizontal line indicates 95% CIs, dashed vertical line indicates pooled estimation of risk ratio, and diamond indicates pooled estimation of risk ratio. Diamond width corresponds to the 95% CI.

in different settings. We found 6 studies in household settings examining the effect of hand hygiene with or without face masks, but the overall pooled effect was not statistically significant (RR 1.05, 95% CI 0.86–1.27; $I^2$ 57%, p = 0.65) (Appendix Figure 4) (11–15,17). The findings of 2 studies in school settings were different (Appendix Figure 5). A study conducted in the United States (16) showed no major effect of hand hygiene, whereas a study in Egypt (18) reported that hand hygiene reduced the risk for influenza by >50%. A pooled analysis of 2 studies in university residential halls reported a marginally significant protective effect of a combination of hand hygiene plus face masks worn by all residents (RR 0.48, 95% CI 0.21–1.08; $I^2$ 0%, p = 0.08) (Appendix Figure 6) (9,10).

In support of hand hygiene as an effective measure, experimental studies have reported that influenza virus could survive on human hands for a short time and could transmit between hands and contaminated surfaces (2,21). Some field studies reported that influenza A(H1N1)pdm09 and influenza A(H3N2) virus RNA and viable influenza virus could be detected on the hands of persons with laboratory-confirmed influenza (22,23), supporting the potential of direct and indirect contact transmission to play a role in the spread of influenza. Other experimental studies also demonstrated that hand hygiene could reduce or remove infectious influenza virus from human hands (24,25). However, results from our meta-analysis on RCTs did not provide evidence to support a protective effect of hand hygiene against transmission of laboratory-confirmed influenza. One study did report a major effect, but in this trial of hand hygiene in schools in Egypt, running water had to be installed and soap and hand-drying

material had to be introduced into the intervention schools as part of the project (*18*). Therefore, the impact of hand hygiene might also be a reflection of the introduction of soap and running water into primary schools in a lower-income setting. If one considers all of the evidence from RCTs together, it is useful to note that some studies might have underestimated the true effect of hand hygiene because of the complexity of implementing these intervention studies. For instance, the control group would not typically have zero knowledge or use of hand hygiene, and the intervention group might not adhere to optimal hand hygiene practices (*11,13,15*).

Hand hygiene is also effective in preventing other infectious diseases, including diarrheal diseases and some respiratory diseases (*8,26*). The need for hand hygiene in disease prevention is well recognized among most communities. Hand hygiene has been accepted as a personal protective measure in >50% of national preparedness plans for pandemic influenza (*5*). Hand hygiene practice is commonly performed with soap and water, alcohol-based hand rub, or other waterless hand disinfectants, all of which are easily accessible, available, affordable, and well accepted in most communities. However, resource limitations in some areas are a concern when clean running water or alcohol-based hand rub are not available. There are few adverse effects of hand hygiene except for skin irritation caused by some hand hygiene products (*27*). However, because of certain social or religious practices, alcohol-based hand sanitizers might not be permitted in some locations (*28*). Compliance with proper hand hygiene practice tends to be low because habitual behaviors are difficult to change (*29*). Therefore, hand hygiene promotion programs are needed to advocate and encourage proper and effective hand hygiene.

### Respiratory Etiquette

Respiratory etiquette is defined as covering the nose and mouth with a tissue or a mask (but not a hand) when coughing or sneezing, followed by proper disposal of used tissues, and proper hand hygiene after contact with respiratory secretions (*30*). Other descriptions of this measure have included turning the head and covering the mouth when coughing and coughing or sneezing into a sleeve or elbow, rather than a hand. The rationale for not coughing into hands is to prevent subsequent contamination of other surfaces or objects (*31*). We conducted a search on November 6, 2018, and identified literature that was available in the databases during 1946–November 5, 2018. We did not identify any published research on

the effectiveness of respiratory etiquette in reducing the risk for laboratory-confirmed influenza or ILI. One observational study reported a similar incidence rate of self-reported respiratory illness (defined by >1 symptoms: cough, congestion, sore throat, sneezing, or breathing problems) among US pilgrims with or without practicing respiratory etiquette during the Hajj (*32*). The authors did not specify the type of respiratory etiquette used by participants in the study. A laboratory-based study reported that common respiratory etiquette, including covering the mouth by hands, tissue, or sleeve/arm, was fairly ineffective in blocking the release and dispersion of droplets into the surrounding environment on the basis of measurement of emitted droplets with a laser diffraction system (*31*).

Respiratory etiquette is often listed as a preventive measure for respiratory infections. However, there is a lack of scientific evidence to support this measure. Whether respiratory etiquette is an effective nonpharmaceutical intervention in preventing influenza virus transmission remains questionable, and worthy of further research.

### Face Masks

In our systematic review, we identified 10 RCTs that reported estimates of the effectiveness of face masks in reducing laboratory-confirmed influenza virus infections in the community from literature published during 1946–July 27, 2018. In pooled analysis, we found no significant reduction in influenza transmission with the use of face masks (RR 0.78, 95% CI 0.51–1.20; $I^2$ = 30%, p = 0.25) (Figure 2). One study evaluated the use of masks among pilgrims from Australia during the Hajj pilgrimage and reported no major difference in the risk for laboratory-confirmed influenza virus infection in the control or mask group (*33*). Two studies in university settings assessed the effectiveness of face masks for primary protection by monitoring the incidence of laboratory-confirmed influenza among student hall residents for 5 months (*9,10*). The overall reduction in ILI or laboratory-confirmed influenza cases in the face mask group was not significant in either studies (*9,10*). Study designs in the 7 household studies were slightly different: 1 study provided face masks and P2 respirators for household contacts only (*34*), another study evaluated face mask use as a source control for infected persons only (*35*), and the remaining studies provided masks for the infected persons as well as their close contacts (*11–13,15,17*). None of the household studies reported a significant reduction in secondary laboratory-confirmed influenza virus infections in the face





**Figure 2.** Meta-analysis of risk ratios for the effect of face mask use with or without enhanced hand hygiene on laboratory-confirmed influenza from 10 randomized controlled trials with >6,500 participants. A) Face mask use alone; B) face mask and hand hygiene; C) face mask with or without hand hygiene. Pooled estimates were not made if there was high heterogeneity ($I^2 \geq 75\%$). Squares indicate risk ratio for each of the included studies, horizontal lines indicate 95% CIs, dashed vertical lines indicate pooled estimation of risk ratio, and diamonds indicate pooled estimation of risk ratio. Diamond width corresponds to the 95% CI.

==mask group== (11–13,15,17,34,35). Most studies were underpowered because of limited sample size, and some studies also reported suboptimal adherence in the face mask group.

Disposable medical masks (also known as surgical masks) are loose-fitting devices that were designed to be worn by medical personnel to protect accidental contamination of patient wounds, and to protect the wearer against splashes or sprays of bodily fluids (36). ==There is limited evidence for their effectiveness in preventing influenza virus transmission either when worn by the infected person for source control or when worn by uninfected persons to reduce exposure. Our systematic review found no significant effect of face masks on transmission of laboratory-confirmed influenza.==

We did not consider the use of respirators in the community. Respirators are tight-fitting masks that can protect the wearer from fine particles (37) and should provide better protection against influenza virus exposures when properly worn because of higher filtration efficiency. However, respirators, such as N95 or P2 masks, work best when they are fit-tested, and these masks will be in limited supply during the next pandemic. These specialist devices should be reserved for use in healthcare settings or in special subpopulations such as immunocompromised persons in the community, first responders, and those performing other critical community functions, as supplies permit.

In lower-income settings, it is more likely that reusable cloth masks will be used rather than

disposable medical masks because of cost and availability (38). There are still few uncertainties in the practice of face mask use, such as who should wear the mask and how long it should be used for. In theory, transmission should be reduced the most if both infected members and other contacts wear masks, but compliance in uninfected close contacts could be a problem (12,34). Proper use of face masks is essential because improper use might increase the risk for transmission (39). Thus, education on the proper use and disposal of used face masks, including hand hygiene, is also needed.

### Environmental Measures

#### Surface and Object Cleaning

For the search period from 1946 through October 14, 2018, we identified 2 RCTs and 1 observational study about surface and object cleaning measures for inclusion in our systematic review (40–42). One RCT conducted in day care nurseries found that biweekly cleaning and disinfection of toys and linen reduced the detection of multiple viruses, including adenovirus, rhinovirus, and respiratory syncytial virus in the environment, but this intervention was not significant in reducing detection of influenza virus, and it had no major protective effect on acute respiratory illness (41). Another RCT found that hand hygiene with hand sanitizer together with surface disinfection reduced absenteeism related to gastrointestinal illness in elementary schools, but there was no major reduction in absenteeism related to respiratory illness (42). A cross-sectional study found that passive contact with bleach was associated with a major increase in self-reported influenza (40).

Given that influenza virus can survive on some surfaces for prolonged periods (43), and that cleaning or disinfection procedures can effectively reduce or inactivate influenza virus from surfaces and objects in experimental studies (44), there is a theoretical basis to believe that environmental cleaning could reduce influenza transmission. As an illustration of this proposal, a modeling study estimated that cleaning of extensively touched surfaces could reduce influenza A infection by 2% (45). However, most studies of influenza virus in the environment are based on detection of virus RNA by PCR, and few studies reported detection of viable virus.

Although we found no evidence that surface and object cleaning could reduce influenza transmission, this measure does have an established impact on prevention of other infectious diseases (42).

It should be feasible to implement this measure in most settings, subject to the availability of water and cleaning products. Although irritation caused by cleaning products is limited, safety remains a concern because some cleaning products can be toxic or cause allergies (40).

### Discussion

In this review, we did not find evidence to support a protective effect of personal protective measures or environmental measures in reducing influenza transmission. Although these measures have mechanistic support based on our knowledge of how influenza is transmitted from person to person, randomized trials of hand hygiene and face masks have not demonstrated protection against laboratory-confirmed influenza, with 1 exception (18). We identified only 2 RCTs on environmental cleaning and no RCTs on cough etiquette.

Hand hygiene is a widely used intervention and has been shown to effectively reduce the transmission of gastrointestinal infections and respiratory infections (26). However, in our systematic review, updating the findings of Wong et al. (8), we did not find evidence of a major effect of hand hygiene on laboratory-confirmed influenza virus transmission (Figure 1). Nevertheless, hand hygiene might be included in influenza pandemic plans as part of general hygiene and infection prevention.

We did not find evidence that surgical-type face masks are effective in reducing laboratory-confirmed influenza transmission, either when worn by infected persons (source control) or by persons in the general community to reduce their susceptibility (Figure 2). However, as with hand hygiene, face masks might be able to reduce the transmission of other infections and therefore have value in an influenza pandemic when healthcare resources are stretched.

It is essential to note that the mechanisms of person-to-person transmission in the community have not been fully determined. Controversy remains over the role of transmission through fine-particle aerosols (3,46). Transmission by indirect contact requires transfer of viable virus from respiratory mucosa onto hands and other surfaces, survival on those surfaces, and successful inoculation into the respiratory mucosa of another person. All of these components of the transmission route have not been studied extensively. The impact of environmental factors, such as temperature and humidity, on influenza transmission is also uncertain (47). These uncertainties over basic transmission modes and mechanisms hinder the optimization of control measures.

**Table 2.** Knowledge gaps for personal protective and environmental nonpharmaceutical interventions for pandemic influenza*

| Intervention | Knowledge gaps | Suggested studies |
|---|---|---|
| Hand hygiene | There are major gaps in our knowledge of the mechanisms of person-to-person transmission of influenza, including the role of direct and indirect contact, the degree of viral contamination on hands and various types of surfaces in different settings, and the potential for contact transmission to occur in different locations and under different environmental conditions. There is little information on whether greater reductions in transmission could be possible with combinations of personal intervention (e.g., isolation away from family members as much as possible, plus using face masks and enhancing hand hygiene). | Additional high-quality RCTs of efficacy of hand hygiene against laboratory-confirmed influenza in other nonhealthcare settings, except households and university residential halls, would be valuable. In particular, studies in school settings are needed to solve the discrepancy between the two studies from the United States and Egypt. |
| Respiratory etiquette | There is no evidence about the quantitative effectiveness of respiratory etiquette against influenza virus. | RCTs of interventions to demonstrate the effectiveness of respiratory etiquette in reducing influenza transmission would be valuable. |
| Face mask | There are major gaps in our knowledge of the mechanisms of person-to-person transmission of influenza, including the importance of transmission through droplets of different sizes including small particle aerosols, and the potential for droplet and aerosol transmission to occur in different locations and with environmental conditions. | Additional high-quality RCTs of efficacy of face masks against laboratory-confirmed influenza would be valuable. Effectiveness of face masks or respirator use to prevent influenza prevention in special subpopulation, such as immunocompromised persons, would be valuable. |
| Surface and object cleaning | The effectiveness of different cleaning products in preventing influenza transmission–in terms of cleaning frequency, cleaning dosage, cleaning time point, and cleaning targeted surface and object material–remains unknown. | RCTs of interventions to demonstrate the effectiveness of surface and object cleaning in reducing influenza transmission would be valuable. Studies that can demonstrate the reduction of environmental detection of influenza virus through cleaning of surfaces and objects would also be valuable. |

*RCT, randomized control trial.

In this review, we focused on 3 personal protective measures and 1 environmental measure. Other potential environmental measures include humidification in dry environments (48), increasing ventilation (49), and use of upper-room UV light (50), but there is limited evidence to support these measures. Further investigations on the effectiveness of respiratory etiquette and surface cleaning through conducting RCTs would be helpful to provide evidence with higher quality; evaluation of the effectiveness of these measures targeting specific population groups, such as immunocompromised persons, would also be beneficial (Table 2). Future cost-effectiveness evaluations could provide more support for the potential use of these measures. Further research on transmission modes and alternative interventions to reduce influenza transmission would be valuable in improving pandemic preparedness. Finally, although our review focused on nonpharmaceutical measures to be taken during influenza pandemics, the findings could also apply to severe seasonal influenza epidemics. Evidence from RCTs of hand hygiene or face masks did not support a substantial effect on transmission of laboratory-confirmed influenza, and limited evidence was available on other environmental measures.

This study was conducted in preparation for the development of guidelines by the World Health Organization on the use of nonpharmaceutical interventions for pandemic influenza in nonmedical settings.

This study was supported by the World Health Organization. J.X. and M.W.F. were supported by the Collaborative Research Fund from the University Grants Committee of Hong Kong (project no. C7025-16G).

## About the Author

Ms. Xiao is a postgraduate student at the School of Public Health, University of Hong Kong, Hong Kong, China. Her primary research interests are influenza epidemiology and the dynamics of person-to-person transmission.

## References

1. Uyeki TM, Katz JM, Jernigan DB. Novel influenza A viruses and pandemic threats. Lancet. 2017;389:2172–4. https://doi.org/10.1016/S0140-6736(17)31274-6
2. Bean B, Moore BM, Sterner B, Peterson LR, Gerding DN, Balfour HH Jr. Survival of influenza viruses on environmental surfaces. J Infect Dis. 1982;146:47–51. https://doi.org/10.1093/infdis/146.1.47
3. Tellier R. Aerosol transmission of influenza A virus: a review of new studies. J R Soc Interface. 2009;6(Suppl 6):S783–90. https://doi.org/10.1098/rsif.2009.0302.focus

POLICY REVIEW

4. Siegel JD, Rhinehart E, Jackson M, Chiarello L; Health Care Infection Control Practices Advisory Committee. 2007 guideline for isolation precautions: preventing transmission of infectious agents in health care settings: Atlanta: Centers for Disease Control and Prevention; 2007.

5. World Health Organization. Comparative analysis of national pandemic influenza preparedness plans, 2011 [cited 2019 Jun 25]. https://www.who.int/influenza/resources/documents/comparative_analysis_php_2011_en.pdf

6. Guyatt GH, Oxman AD, Kunz R, Woodcock J, Brozek J, Helfand M, et al.; GRADE Working Group. GRADE guidelines: 7. Rating the quality of evidence—inconsistency. J Clin Epidemiol. 2011;64:1294–302. https://doi.org/10.1016/j.jclinepi.2011.03.017

7. Guyatt G, Oxman AD, Akl EA, Kunz R, Vist G, Brozek J, et al. GRADE guidelines: 1. Introduction-GRADE evidence profiles and summary of findings tables. J Clin Epidemiol. 2011;64:383–94. https://doi.org/10.1016/j.jclinepi.2010.04.026

8. Wong VW, Cowling BJ, Aiello AE. Hand hygiene and risk of influenza virus infections in the community: a systematic review and meta-analysis. Epidemiol Infect. 2014;142:922–32. https://doi.org/10.1017/S095026881400003X

9. Aiello AE, Murray GF, Perez V, Coulborn RM, Davis BM, Uddin M, et al. Mask use, hand hygiene, and seasonal influenza-like illness among young adults: a randomized intervention trial. J Infect Dis. 2010;201:491–8. https://doi.org/10.1086/650396

10. Aiello AE, Perez V, Coulborn RM, Davis BM, Uddin M, Monto AS. Facemasks, hand hygiene, and influenza among young adults: a randomized intervention trial. PLoS One. 2012;7:e29744. https://doi.org/10.1371/journal.pone.0029744

11. Cowling BJ, Chan KH, Fang VJ, Cheng CK, Fung RO, Wai W, et al. Facemasks and hand hygiene to prevent influenza transmission in households: a cluster randomized trial. Ann Intern Med. 2009;151:437–46. https://doi.org/10.7326/0003-4819-151-7-200910060-00142

12. Cowling BJ, Fung RO, Cheng CK, Fang VJ, Chan KH, Seto WH, et al. Preliminary findings of a randomized trial of non-pharmaceutical interventions to prevent influenza transmission in households. PLoS One. 2008;3:e2101. https://doi.org/10.1371/journal.pone.0002101

13. Larson EL, Ferng YH, Wong-McLoughlin J, Wang S, Haber M, Morse SS. Impact of non-pharmaceutical interventions on URIs and influenza in crowded, urban households. Public Health Rep. 2010;125:178–91. https://doi.org/10.1177/003335491012500206

14. Ram PK, DiVita MA, Khatun-e-Jannat K, Islam M, Krytus K, Cercone E, et al. Impact of intensive handwashing promotion on secondary household influenza-like illness in rural bangladesh: findings from a randomized controlled trial. PLoS One. 2015;10:e0125200. https://doi.org/10.1371/journal.pone.0125200

15. Simmerman JM, Suntarattiwong P, Levy J, Jarman RG, Kaewchana S, Gibbons RV, et al. Findings from a household randomized controlled trial of hand washing and face masks to reduce influenza transmission in Bangkok, Thailand. Influenza Other Respir Viruses. 2011;5:256–67. https://doi.org/10.1111/j.1750-2659.2011.00205.x

16. Stebbins S, Cummings DA, Stark JH, Vukotich C, Mitruka K, Thompson W, et al. Reduction in the incidence of influenza A but not influenza B associated with use of hand sanitizer and cough hygiene in schools: a randomized controlled trial. Pediatr Infect Dis J. 2011;30:921–6. https://doi.org/10.1097/INF.0b013e3182218656

17. Suess T, Remschmidt C, Schink SB, Schweiger B, Nitsche A, Schroeder K, et al. The role of facemasks and hand hygiene in the prevention of influenza transmission in households: results from a cluster randomised trial; Berlin, Germany, 2009–2011. BMC Infect Dis. 2012;12:26. https://doi.org/10.1186/1471-2334-12-26

18. Talaat M, Afifi S, Dueger E, El-Ashry N, Marfin A, Kandeel A, et al. Effects of hand hygiene campaigns on incidence of laboratory-confirmed influenza and absenteeism in schoolchildren, Cairo, Egypt. Emerg Infect Dis. 2011;17:619–25. https://doi.org/10.3201/eid1704.101353

19. Azman AS, Stark JH, Althouse BM, Vukotich CJ Jr, Stebbins S, Burke DS, et al. Household transmission of influenza A and B in a school-based study of non-pharmaceutical interventions. Epidemics. 2013;5:181–6. https://doi.org/10.1016/j.epidem.2013.09.001

20. Levy JW, Suntarattiwong P, Simmerman JM, Jarman RG, Johnson K, Olsen SJ, et al. Increased hand washing reduces influenza virus surface contamination in Bangkok households, 2009–2010. Influenza Other Respir Viruses. 2014;8:13–6. https://doi.org/10.1111/irv.12204

21. Mukherjee DV, Cohen B, Bovino ME, Desai S, Whittier S, Larson EL. Survival of influenza virus on hands and fomites in community and laboratory settings. Am J Infect Control. 2012;40:590–4. https://doi.org/10.1016/j.ajic.2011.09.006

22. Macias AE, de la Torre A, Moreno-Espinosa S, Leal PE, Bourlon MT, Ruiz-Palacios GM. Controlling the novel A (H1N1) influenza virus: don't touch your face! J Hosp Infect. 2009;73:280–1. https://doi.org/10.1016/j.jhin.2009.06.017

23. Simmerman JM, Suntarattiwong P, Levy J, Gibbons RV, Cruz C, Shaman J, et al. Influenza virus contamination of common household surfaces during the 2009 influenza A (H1N1) pandemic in Bangkok, Thailand: implications for contact transmission. Clin Infect Dis. 2010;51:1053–61. https://doi.org/10.1086/656581

24. Grayson ML, Melvani S, Druce J, Barr IG, Ballard SA, Johnson PD, et al. Efficacy of soap and water and alcohol-based hand-rub preparations against live H1N1 influenza virus on the hands of human volunteers. Clin Infect Dis. 2009;48:285–91. https://doi.org/10.1086/595845

25. Larson EL, Cohen B, Baxter KA. Analysis of alcohol-based hand sanitizer delivery systems: efficacy of foam, gel, and wipes against influenza A (H1N1) virus on hands. Am J Infect Control. 2012;40:806–9. https://doi.org/10.1016/j.ajic.2011.10.016

26. Aiello AE, Coulborn RM, Perez V, Larson EL. Effect of hand hygiene on infectious disease risk in the community setting: a meta-analysis. Am J Public Health. 2008;98:1372–81. https://doi.org/10.2105/AJPH.2007.124610

27. Löffler H, Kampf G. Hand disinfection: how irritant are alcohols? J Hosp Infect. 2008;70(Suppl 1):44–8. https://doi.org/10.1016/S0195-6701(08)60010-9

28. Ahmed QA, Memish ZA, Allegranzi B, Pittet D; WHO Global Patient Safety Challenge. Muslim health-care workers and alcohol-based handrubs. Lancet. 2006;367:1025–7. https://doi.org/10.1016/S0140-6736(06)68431-6

29. Pittet D. Improving adherence to hand hygiene practice: a multidisciplinary approach. Emerg Infect Dis. 2001;7:234–40. https://doi.org/10.3201/eid0702.010217

30. Centers for Disease Control and Prevention. Respiratory hygiene/cough etiquette in healthcare settings, 2009 [cited 2019 Jul 8]. https://www.cdc.gov/flu/professionals/infectioncontrol/resphygiene.htm

31. Zayas G, Chiang MC, Wong E, MacDonald F, Lange CF, Senthilselvan A, et al. Effectiveness of cough etiquette maneuvers in disrupting the chain of transmission of

infectious respiratory diseases. BMC Public Health. 2013;13:811. https://doi.org/10.1186/1471-2458-13-811

32. Balaban V, Stauffer WM, Hammad A, Afgarshe M, Abd-Alla M, Ahmed Q, et al. Protective practices and respiratory illness among US travelers to the 2009 Hajj. J Travel Med. 2012;19:163–8. https://doi.org/10.1111/j.1708-8305.2012.00602.x

33. Barasheed O, Almasri N, Badahdah AM, Heron L, Taylor J, McPhee K, et al.; Hajj Research Team. Pilot randomised controlled trial to test effectiveness of facemasks in preventing influenza-like illness transmission among Australian Hajj pilgrims in 2011. Infect Disord Drug Targets. 2014;14:110–6. https://doi.org/10.2174/1871526514666141021112855

34. MacIntyre CR, Cauchemez S, Dwyer DE, Seale H, Cheung P, Browne G, et al. Face mask use and control of respiratory virus transmission in households. Emerg Infect Dis. 2009;15:233–41. https://doi.org/10.3201/eid1502.081166

35. MacIntyre CR, Zhang Y, Chughtai AA, Seale H, Zhang D, Chu Y, et al. Cluster randomised controlled trial to examine medical mask use as source control for people with respiratory illness. BMJ Open. 2016;6:e012330. https://doi.org/10.1136/bmjopen-2016-012330

36. US Food and Drug Administration. Masks and N95 respirators, 2018 [cited 2019 Jul 10]. https://www.fda.gov/medicaldevices/productsandmedicalprocedures/general-hospitaldevicesandsupplies/personalprotectiveequipment/ucm055977.htm

37. Centers for Disease Control and Prevention. Respirator fact sheet, 2012 [cited 2019 Jul 10]. https://www.cdc.gov/niosh/npptl/topics/respirators/factsheets/respsars.html

38. Chughtai AA, Seale H, MacIntyre CR. Use of cloth masks in the practice of infection control—evidence and policy gaps. Int J Infect Control. 2013;9:1–12. https://doi.org/10.3396/IJIC.v9i3.020.13

39. World Health Organization. Advice on the use of masks in the community setting in Influenza A (H1N1) outbreaks, 2009 [cited 2019 Jul 10]. http://www.who.int/csr/resources/publications/Adviceusemaskscommunityrevised.pdf

40. Casas L, Espinosa A, Borràs-Santos A, Jacobs J, Krop E, Heederik D, et al. Domestic use of bleach and infections in children: a multicentre cross-sectional study. Occup Environ Med. 2015;72:602–4. https://doi.org/10.1136/oemed-2014-102701

41. Ibfelt T, Engelund EH, Schultz AC, Andersen LP. Effect of cleaning and disinfection of toys on infectious diseases and micro-organisms in daycare nurseries. J Hosp Infect. 2015;89:109–15. https://doi.org/10.1016/j.jhin.2014.10.007

42. Sandora TJ, Shih MC, Goldmann DA. Reducing absenteeism from gastrointestinal and respiratory illness in elementary school students: a randomized, controlled trial of an infection-control intervention. Pediatrics. 2008;121:e1555–62. https://doi.org/10.1542/peds.2007-2597

43. Oxford J, Berezin EN, Courvalin P, Dwyer DE, Exner M, Jana LA, et al. The survival of influenza A(H1N1)pdm09 virus on 4 household surfaces. Am J Infect Control. 2014;42:423–5. https://doi.org/10.1016/j.ajic.2013.10.016

44. Tuladhar E, Hazeleger WC, Koopmans M, Zwietering MH, Beumer RR, Duizer E. Residual viral and bacterial contamination of surfaces after cleaning and disinfection. Appl Environ Microbiol. 2012;78:7769–75. https://doi.org/10.1128/AEM.02144-12

45. Zhang N, Li Y. Transmission of influenza A in a student office based on realistic person-to-person contact and surface touch behaviour. Int J Environ Res Public Health. 2018;15:E1699. https://doi.org/10.3390/ijerph15081699

46. Shiu EY, Leung NHL, Cowling BJ. Controversy around airborne versus droplet transmission of respiratory viruses: implication for infection prevention. Curr Opin Infect Dis. 2019;32:372–9. https://doi.org/10.1097/QCO.0000000000000563

47. Marr LC, Tang JW, Van Mullekom J, Lakdawala SS. Mechanistic insights into the effect of humidity on airborne influenza virus survival, transmission and incidence. J R Soc Interface. 2019;16:20180298. https://doi.org/10.1098/rsif.2018.0298

48. Reiman JM, Das B, Sindberg GM, Urban MD, Hammerlund ME, Lee HB, et al. Humidity as a non-pharmaceutical intervention for influenza A. PLoS One. 2018;13:e0204337. https://doi.org/10.1371/journal.pone.0204337

49. Gao X, Wei J, Cowling BJ, Li Y. Potential impact of a ventilation intervention for influenza in the context of a dense indoor contact network in Hong Kong. Sci Total Environ. 2016;569-570:373–81. https://doi.org/10.1016/j.scitotenv.2016.06.179

50. McDevitt JJ, Rudnick SN, Radonovich LJ. Aerosol susceptibility of influenza virus to UV-C light. Appl Environ Microbiol. 2012;78:1666–9. https://doi.org/10.1128/AEM.06960-11

Address for correspondence: Benjamin J. Cowling, World Health Organization Collaborating Centre for Infectious Disease Epidemiology and Control, School of Public Health, Li Ka Shing Faculty of Medicine, University of Hong Kong, 1/F Patrick Manson Bldg (North Wing), 7 Sassoon Rd, Hong Kong, China; email: bcowling@hku.hk

# BMC Public Health



Plaintiff's Exhibit 361

Research article

**Open Access**

# Non-pharmaceutical public health interventions for pandemic influenza: an evaluation of the evidence base

## Julia E Aledort*[1], Nicole Lurie[1], Jeffrey Wasserman[1] and Samuel A Bozzette[1,2]

Address: [1]RAND Center for Domestic and International Health Security, 1776 Main Street, Santa Monica, California, USA and [2]University of California San Diego, San Diego, California, USA

Email: Julia E Aledort* - Julia_Aledort@rand.org; Nicole Lurie - Nicole_Lurie@rand.org; Jeffrey Wasserman - Jeffrey_Wasserman@rand.org; Samuel A Bozzette - Samuel_Bozzette@rand.org

* Corresponding author

Published: 15 August 2007

*BMC Public Health* 2007, **7**:208   doi:10.1186/1471-2458-7-208

This article is available from: http://www.biomedcentral.com/1471-2458/7/208

Received: 4 January 2007
Accepted: 15 August 2007

© 2007 Aledort et al; licensee BioMed Central Ltd.

This is an Open Access article distributed under the terms of the Creative Commons Attribution License (http://creativecommons.org/licenses/by/2.0), which permits unrestricted use, distribution, and reproduction in any medium, provided the original work is properly cited.

## Abstract

**Background:** In an influenza pandemic, the benefit of vaccines and antiviral medications will be constrained by limitations on supplies and effectiveness. Non-pharmaceutical public health interventions will therefore be vital in curtailing disease spread. However, the most comprehensive assessments of the literature to date recognize the generally poor quality of evidence on which to base non-pharmaceutical pandemic planning decisions. In light of the need to prepare for a possible pandemic despite concerns about the poor quality of the literature, combining available evidence with expert opinion about the relative merits of non-pharmaceutical interventions for pandemic influenza may lead to a more informed and widely accepted set of recommendations. We evaluated the evidence base for non-pharmaceutical public health interventions. Then, based on the collective evidence, we identified a set of recommendations for and against interventions that are specific to both the setting in which an intervention may be used and the pandemic phase, and which can be used by policymakers to prepare for a pandemic until scientific evidence can definitively respond to planners' needs.

**Methods:** Building on reviews of past pandemics and recent historical inquiries, we evaluated the relative merits of non-pharmaceutical interventions by combining available evidence from the literature with qualitative and quantitative expert opinion. Specifically, we reviewed the recent scientific literature regarding the prevention of human-to-human transmission of pandemic influenza, convened a meeting of experts from multiple disciplines, and elicited expert recommendation about the use of non-pharmaceutical public health interventions in a variety of settings (healthcare facilities; community-based institutions; private households) and pandemic phases (no pandemic; no US pandemic; early localized US pandemic; advanced US pandemic).

**Results:** The literature contained a dearth of evidence on the efficacy or effectiveness of most non-pharmaceutical interventions for influenza. In an effort to inform decision-making in the absence of strong scientific evidence, the experts ultimately endorsed hand hygiene and respiratory etiquette, surveillance and case reporting, and rapid viral diagnosis in all settings and during all pandemic phases. They also encouraged patient and provider use of masks and other personal protective equipment as well as voluntary self-isolation of patients during all pandemic phases. Other non-pharmaceutical interventions including mask-use and other personal protective equipment for the general public, school and workplace closures early in an epidemic, and mandatory travel restrictions were rejected as likely to be ineffective, infeasible, or unacceptable to the public.

**Conclusion:** The demand for scientific evidence on non-pharmaceutical public health interventions for influenza is pervasive, and present policy recommendations must rely heavily on expert judgment. In the absence of a definitive science base, our assessment of the evidence identified areas for further investigation as well as non-pharmaceutical public health interventions that experts believe are likely to be beneficial, feasible and widely acceptable in an influenza pandemic.

*BMC Public Health* 2007, **7**:208
http://www.biomedcentral.com/1471-2458/7/208

## Background

Ongoing concerns about the emergence of an influenza pandemic continue as the number of avian and human infections with the H5N1 virus mount [1,2]. Adequate amounts of vaccine or antivirals are unlikely to be available early on in a pandemic, and the latter could become ineffective because of resistance [3]. These factors have focused attention on the use of non-pharmaceutical public health interventions to inhibit human-to-human transmission and fueled interest in answering important questions about influenza epidemiology and transmission [4-9]. However, the most comprehensive assessments of the literature to date recognize the generally poor quality of evidence on which to base pandemic planning decisions [8-10]. In light of the need to prepare for a possible pandemic despite concerns about the poor quality of the literature, combining available evidence with expert opinion about the relative merits of non-pharmaceutical interventions for pandemic influenza may lead to a more informed and widely accepted set of recommendations.

At the request of the US. Department of Health and Human Services, we evaluated the evidence base for non-pharmaceutical public health interventions by reviewing recent published literature, including historical reviews, convening a meeting of experts, and formally eliciting and quantifying expert opinion about the relative efficacy and effectiveness of specific non-pharmaceutical interventions for pandemic influenza. Based on this collective evidence, we identified a set of recommendations for and against interventions that are specific to both the setting in which an intervention may be used and the pandemic phase, and which can be used by policymakers to prepare for a pandemic until scientific evidence can definitively respond to planners' needs. We also identified important areas of uncertainty that warrant further research.

## Methods

### Literature review

We identified scientific articles through a MEDLINE search that combined communicable and infectious disease with non-vaccine and non-pharmaceutical intervention search terms. We searched various combinations of the Medical Subject Headings (MeSH) headings in biomedical and infections control journals back to 1966 [see Additional file 1]. We also performed additional searches

for review articles in the following journals from 2000 to 2005: *Nature*, *Journal of the American Medical Association*, *New England Journal of Medicine*, *Annals of Internal Medicine*, *British Medical Journal*, *Science*, *Lancet*, *Emerging Infectious Diseases*, *Journal of Infectious Disease*, and *Clinical Infectious Disease*. Finally, we included additional literature identified by manual review of references lists of selected articles. The search identified 2,552 titles, of which 168 were eventually selected based on general relevance. Exclusion criteria are presented in Table 1. Using a modified rating scale derived from West et al., we then formally rated the strength of the scientific evidence presented in each of the relevant articles [11]. Table 2 presents the modified rating scheme and reports the number of individual articles that fell into each rating category. We have presented a list of the final articles selected for full review and classification [see Additional file 2].

### Elicitation of expert knowledge and opinion

While completing the literature review, we convened a meeting of experts on January 17 and 18, 2006, in Arlington, VA. Attendees represented a broad range of disciplines, including biomedical research, virology, clinical practice, infection control, epidemiology, public health, ethics, law, history, and health policy. All panelists excepting one were based in North America. Participants identified a set of non-pharmaceutical public health interventions that could potentially mitigate an influenza pandemic and grouped them into four categories: (1) infection control and prevention to reduce transmission when contact occurs between infected and uninfected individuals; (2) patient management to reduce contact between infected and uninfected individuals; (3) contact management to reduce contact between possibly infected and uninfected individuals; and (4) voluntary and mandatory community restrictions to reduce contact between groups that may contain infected persons (Table 3).

Participants qualitatively evaluated each intervention considering a broad range of factors, including efficacy (effects under ideal conditions) and various aspects of effectiveness (effects under real-world constraints). The latter included feasibility, cost, logistics, operational and infrastructure constraints, and acceptability in terms of concerns surrounding legality and ethics, equity, public confidence, and potential unintended consequences. In their deliberations, the experts also considered the different settings in which these interventions might be applied (healthcare facilities, community-based institutions, and private households). They also considered the epidemic phases in which the use of these interventions should be evaluated (no pandemic, no US pandemic, early localized US pandemic, and advanced US pandemic).

**Table 1: Results of literature search**

| | |
|---|---|
| Titles identified | 2,556 |
| Remaining after exclusion of case reports and articles pertaining to vaccines, antiviral medications other medical countermeasures | 506 |
| Remaining after title and abstract review | 319 |
| Remaining after screen for relevance | 168 |

*BMC Public Health* 2007, **7**:208

http://www.biomedcentral.com/1471-2458/7/208

**Table 2: Modified rating scheme and results for N = 168 articles**

| Classification | Definition | Grade | Results |
|---|---|---|---|
| Systematic Review | Documented extensive literature search; quantitative or qualitative summary | A | 9 |
| Narrative Review | Summary of field or problem by an expert citing references obtained in a non-systematic manner | B | 49 |
| RCT | Prospectively randomized at individual or group level | C | 3 |
| Observational Studies | Formal design, almost always a control group whether prospective or retrospective, and whether cross-section, panel, or case-control. Includes analysis of large dataset analysis. | D | 29 |
| Mathematical Models | Uses mathematical language to describe and predict biomedical and epidemiologic outcomes. | E | 12 |
| Case Reports or Series | Report of a (hopefully pertinent) case or series of cases, often with a perspective on the current state of affairs or the current literature | F | 30 |
| Diagnostic Test Studies | Studies of the laboratory or filed performance of a diagnostic test. Generally compare sensitivity and specificity to some gold standard | G | 0 |
| Evidence Based guidelines | Guidelines developed by bodies after review of the literature | H | 9 |
| Expert Opinion, Editorials & Commentaries | Opinion or "newsy" narratives | I | 27 |
| **TOTAL** | | | **168** |

Following the meeting, we asked each expert to rate 200 unique intervention-setting-phase triads identified during the meeting based on the totality of their knowledge. Thirteen of seventeen responded. Ratings were on a scale of 1 to 5, with 1 being 'not recommended' and 5 being 'strongly recommended'. We scored the ratings using an adaptation of the RAND/UCLA Appropriateness Method [12,13]. We first discarded the two extreme high and low ratings for each item. We then defined agreement as all ratings falling within a single 2-point range and all other outcomes as disagreement. Among those items for which there was agreement, items with ratings of 4 or 5 were classified as a recommendation for use, and items with ratings of 1 or 2 were classified as a recommendation against use [12].

## Results

Our formal ratings of the articles revealed few high quality studies to inform the evidence base for non-pharmaceutical interventions for influenza. The majority of topically relevant articles we identified were narrative reviews, case reports, observational studies or expert opinion, editorials and commentaries (Table 2). We found only 9 systematic reviews of relevant material and 3 randomized clinical trials. Additionally, few of the topically relevant articles were directly on-point.

In light of the evident lack of scientific evidence about specific non-pharmaceutical interventions in the context of seasonal or pandemic influenza, there was limited directly useable information from the majority of the studies identified in the formal Medline search. For this reason, we turned to expert opinion to inform and categorize the findings [14]. Expert panels are often used to develop guidelines and recommendations when compelling evidence is lacking. Drawing on both qualitative discussion at the expert panel and quantitative results from the follow-up survey discussed above, we classified the non-pharmaceutical interventions into two broad categories, those whose use was recommended by the panel and

**Table 3: Non-pharmaceutical public health interventions**

**Human surveillance**
    Case reporting
    Early rapid viral diagnosis
    Disinfection
    Hand hygiene
    Respiratory etiquette
    Surgical and N95 Masks
    Other personal protective equipment*
**Patient Management**
    Isolation of sick individuals
    Provision of social support services to the isolated
**Contact Management**
    Quarantine†
    Voluntary sheltering‡
    Contact tracing
**Community Restrictions**
    School closures
    Workplace closures
    Cancellation of group events
    International and domestic travel restrictions

* Gowns, gloves and protective eye covers
† Separating exposed individuals from others
‡ Voluntary sequestration of healthy persons to avoid exposure
§Exit and entry screening, travel advisories

*BMC Public Health* 2007, **7**:208   http://www.biomedcentral.com/1471-2458/7/208

those whose use was not recommended. Table 4 (see Figure 1) summarizes the results from the survey questionnaire, providing the complete list of non-pharmaceutical intervention-setting-phase combinations that were queried and the number and proportion of items for which there was agreement (41.5%) or disagreement (58.5%). We included relevant findings from the literature, where available, in our discussion of the specific interventions, and we cited some of the selected studies from the formal Medline search, as well as others that supplemented the search, to provide necessary background information when appropriate and to support some commonly held views about infection control activities. We also note below interventions about which there was disagreement or no recommendation by the panel.

### Interventions recommended for use

#### Hand hygiene and respiratory etiquette

Hospital-based infection control measures such as hand hygiene and respiratory etiquette to prevent the spread of infection are widely supported in the literature and broadly accepted [15-20]. Many controlled studies have shown a protective effect of hand hygiene in reducing upper respiratory infections, although few of the infections studied were due to influenza [9,21-27]. Some studies suggest that use of an alcohol-based hand sanitizer is more effective in preventing carriage of non-spore forming bacteria and direct spread of most infections than antimicrobial soap or no hand washing, but antimicrobial handwashing products have not been shown to offer an advantage over soap and water [9,23,28-34].

The experts recommended rigorous and routine hand hygiene as an important strategy for healthcare workers and the general public in all settings and at all phases of a pandemic, including prior to a pandemic (Table 4 - see figure 1). However, important barriers to the effective use of hand hygiene were noted, including adherence, the supply and cost of commercially available disinfectant soaps and alcohol-based rubs, and the pervasive practice of hand-shaking.

Experts also recommended respiratory etiquette as an important means of preventing transmission for all patients and providers in all pandemic phases, and in the community and/or home when the US pandemic is early and localized. Respiratory hygiene and cough etiquette is generally held to include covering the mouth and nose with a tissue or into the upper sleeve when coughing or sneezing, and refraining from spitting [35]. However, they urged that the promotion of respiratory etiquette be coupled with a compelling public education campaign that includes information regarding the signs and symptoms of influenza.

#### Human surveillance and case reporting

We found little direct empirical evidence on the efficacy or effectiveness of surveillance and case reporting in the context of influenza. Nevertheless, in light of experience with SARS, the experts recommended both as important to containing the spread of a pandemic [36]. Influenza surveillance supports a range of necessary preparedness activities, including: 1) providing information regarding the presence and epidemiology of influenza viruses in the community, 2) determining appropriate interventions, 3) targeting interventions, and 4) generating current accurate information for public health officials, providers and the public. While the experts agreed that human surveillance and case reporting are efficacious and likely to be effective during any pandemic phase, broad endorsement was qualified by concerns about resource constraints, especially in a large outbreak, potential difficulties in cooperation between providers and governmental and non-governmental entities, the cost of scaling up capacity to report and investigate influenza-like illness, privacy rights and the right to informed consent [5].

#### Rapid viral diagnosis

The key limitation of currently available rapid tests for influenza is suboptimal sensitivity, especially in adults [37-40]. New and more sensitive technologies for rapid diagnosis of influenza that can reliably identify influenza among patients with respiratory syndromes would greatly aid in the efficient allocation of limited resources such as isolation facilities. The experts agreed on the need for increased investment in the development and deployment of improved rapid diagnostic tests for influenza, arguing that such testing will be invaluable for effective surveillance and in managing all but the most advanced phases of a US pandemic. Moreover, since viral diagnosis of influenza is currently not routine practice, the experts reasoned that education regarding the importance of improved tests will be necessary to increase the adoption of such tests in the US health system. If new tests can be packaged in a way that facilitates use in non-clinical settings, their potential to facilitate disease containment efforts will be even greater. However, the lack of incentives for routine use of costly tests could limit development and production of new technologies, creating shortages in a pandemic emergency.

#### Provider and patient use of masks and other personal protective equipment

Uncertainty about the mode of influenza transmission has influenced debate about when and whether to use masks or N95 respirators for pandemic influenza. Droplet transmission is thought to be the primary mode of transmission, and provides the basis for CDC guidelines that health-care personnel wear masks for close patient contact (i.e., within 3 feet) to control influenza transmission dur-

*BMC Public Health* 2007, **7**:208                               http://www.biomedcentral.com/1471-2458/7/208

**Figure 1** – Survey questionnaire results

| Non-Pharmaceutical Intervention* | Pandemic Stage† | | | |
|---|---|---|---|---|
| | None | Elsewhere | Early Localized | Advanced |
| Hand Hygiene - Hospital | 🟢 | 🟢 | 🟢 | 🟢 |
| Hand Hygiene - Ambulatory | 🟢 | 🟢 | 🟢 | 🟢 |
| Hand Hygiene - Community and/or Home | 🟢 | 🟢 | 🟢 | 🟢 |
| Respiratory Etiquette - Hospital | 🟢 | 🟢 | 🟢 | 🟢 |
| Respiratory Etiquette - Ambulatory | 🟢 | 🟢 | 🟢 | 🟢 |
| Human surveillance | 🟢 | 🟢 | 🟢 | ○ |
| Care Reporting | 🟢 | 🟢 | 🟢 | ○ |
| Rapid Viral Diagnosis and Triage§ | 🟢 | 🟢 | 🟢 | ○ |
| Advisories (voluntary restrictions) on departures from affected international regions | 🟢 | ○ | ○ | ○ |
| Voluntary Self-Isolation of the Sick in the Home§ | — | 🟢 | 🟢 | 🟢 |
| Provision of Social Support Services (to isolated or quarantined persons) - Hospital§ | — | ○ | 🟢 | 🟢 |
| Provision of Social Support Services (to isolated or quarantined persons) - Ambulatory§ | — | ○ | 🟢 | 🟢 |
| Other PPE - Hospital§ | ○ | ○ | 🟢 | 🟢 |
| N95 Respirators - Hospital§ | ○ | ○ | 🟢 | 🟢 |
| Respiratory Etiquette - Community and/or Home | ○ | ○ | 🟢 | 🟢 |
| Surgical masks - Hospital§ | ○ | ○ | ○ | 🟢 |
| Surgical masks - Ambulatory§ | ○ | ○ | ○ | 🟢 |
| Provision of Social Support Services (to isolated or quarantined persons) - Home§ | — | ○ | ○ | 🟢 |
| N95 Respirators - Ambulatory§ | 🔴 | ○ | ○ | 🟢 |
| Surface Disinfection Beyond Usual Practice - Home | ○ | ○ | ○ | ○ |
| Surface Disinfection Beyond Usual Practice - Hospital§ | ○ | ○ | ○ | ○ |
| Surface Disinfection Beyond Usual Practice - Ambulatory§ | ○ | ○ | ○ | ○ |
| Surface Disinfection Beyond Usual Practice - Community | ○ | ○ | ○ | ○ |
| Limited Case-by-Case Home-Based Mandatory Quarantine (of exposed) - Hospital§ | — | ○ | ○ | ○ |
| Limited Case-by-Case Home-Based Mandatory Quarantine (of exposed) - Ambulatory§ | — | ○ | ○ | ○ |
| Limited Case-by-Case Home-Based Mandatory Quarantine (of exposed) - Community§ | — | ○ | ○ | ○ |
| Provision of Social Support Services (to isolated or quarantined persons) - Community§ | — | ○ | ○ | ○ |
| Advisories (voluntary restrictions) on arrivals from affected U.S. regions | — | ○ | ○ | ○ |
| Advisories (voluntary restrictions) on departures from affected U.S. regions | — | ○ | ○ | ○ |
| Advisories (voluntary restrictions) on arrivals from affected international regions | ○ | ○ | ○ | ○ |
| Voluntary quarantine of exposed§ | — | ○ | ○ | ○ |
| Voluntary sheltering§ | — | ○ | ○ | ○ |
| Mandatory self-isolation of the sick - Hospital§ | — | ○ | ○ | ○ |
| Mandatory self-isolation of the sick - Ambulatory§ | — | ○ | ○ | ○ |
| Mandatory self-isolation of the sick - Community§ | — | ○ | ○ | ○ |
| Mandatory self-isolation of the sick - Home§ | — | ○ | ○ | ○ |
| Other PPE - Ambulatory§ | ○ | ○ | ○ | ○ |
| Limited Case-by-Case Home-Based Mandatory Quarantine (of exposed) - Home§ | — | ○ | ○ | 🔴 |
| Contact Tracing§ | ○ | ○ | ○ | 🔴 |
| Mandatory restrictions on arrivals from affected international regions | ○ | ○ | ○ | 🔴 |
| Exit screening of travelers from affected international region to unaffected U.S. region§ | ○ | ○ | ○ | 🔴 |
| Entry screening of travelers from affected international region to unaffected U.S. region§ | ○ | ○ | ○ | 🔴 |
| Exit screening of travelers from affected U.S. region to unaffected U.S. region§ | — | ○ | ○ | 🔴 |
| School Closures§ | — | 🔴 | ○ | ○ |
| Work Closures§ | — | 🔴 | ○ | ○ |
| Case-by-Case Cancellation of Public Events§ | — | 🔴 | ○ | ○ |
| Mandatory restrictions on arrivals from affected U.S. regions | — | 🔴 | ○ | ○ |
| Entry screening of travelers from affected U.S. region to unaffected U.S. region§ | — | ○ | 🔴 | ○ |
| Mandatory restrictions on departures from affected international regions | ○ | ○ | 🔴 | 🔴 |
| Surgical Masks - Community§ | 🔴 | 🔴 | ○ | ○ |
| Surgical Masks - Home | 🔴 | 🔴 | ○ | ○ |
| N95 Respirators - Community§ | 🔴 | 🔴 | ○ | ○ |
| N95 Respirators - Home§ | 🔴 | 🔴 | ○ | ○ |
| Mandatory restrictions on departures from affected U.S. regions | — | 🔴 | 🔴 | 🔴 |
| Other PPE - Community§ | 🔴 | 🔴 | 🔴 | 🔴 |
| Other PPE - Home§ | 🔴 | 🔴 | 🔴 | 🔴 |

**Figure 1**
Survey questionnaire results. *Hospital = inpatient acute care hospital, inpatient long-term care facility or any inpatient setting; 'Ambulatory' = emergency departments, ambulatory hospital care, urgent care centers, providers' offices, clinics or other community-based healthcare settings and includes care delivered in the community by first responders; 'Community' = schools workplaces, churches, malls, stadiums, etc,; 'Home' = care delivered in private residences. †None = overseas cases only; Elsewhere = no cases in your state/locality/jurisdiction; Early Localized = cases your state/locality/jurisdiction; Advanced = widespread human-to-human transmission in the US §Since some items were left blank, the indicated results were based on 9, 10, 11 or 12 responses (out of a possible 13). All remaining results are based on all 13 responses. Green Circle = Recommendation for use (46/200 items (23%)) Red Circle = Recommendation against use (37/200 items (18.5%)) Clear Circle = Disagreement (117/200 items (59%) Dash = Not Applicable (respondents were instructed to leave blank)

*BMC Public Health* 2007, **7**:208                                      http://www.biomedcentral.com/1471-2458/7/208

ing the influenza season [41]. But experience from seasonal influenza also provides evidence of contact, droplet and aerosol transmission of influenza that lend support for N95 respirators, which are designed to stop up to 95% of small airborne particles [42]. A recent Institute of Medicine (IOM) study found that empirical evidence about the efficacy or effectiveness of inexpensive, disposable masks and respirators against influenza is limited [43-46]. Our experts recognized this as an area of significant controversy and complexity, but they generally recommended reserving surgical masks, N95 respirators and other personal protective equipment for hospital and ambulatory patients and providers when a community outbreak begins or when the pandemic was widespread. Moreover, surgical masks and N95 respirators were recognized as a non-invasive technology that would induce no antiviral drug resistance. The experts qualified their recommendation, noting that poor training, improper use and, for N95 respirators, the need for fit-testing may compromise the overall effectiveness of these measures.

### Isolation of the sick

The amount of influenza virus shed by symptomatic individuals is greater than in the asymptomatic phase, but viral shedding typically begins shortly after infection and before the onset of symptoms. This limits the efficacy of isolation except for individuals completely quarantined almost immediately after contact with an infected person [47]. However, more recent studies report that when numbers are small, isolation in hospitals using appropriate infection control measures may be effective[47]. While discussions were uniformly supportive of routine infection control measures, the experts did not agree on recommendations for *mandatory* isolation in any specific setting. This was because of the inconclusive nature of the evidence, the concern that healthcare facilities are likely to be rapidly overwhelmed, and that overflow into difficult to manage public settings such as arenas would be less effective. Moreover, mandatory isolation outside of healthcare settings, even if effective and enforceable, raises a range of legal, political and ethical issues that can, at a minimum, erode public acceptance of these policies. Despite the skepticism about mandatory isolation strategies, *voluntary* self-isolation in the home was recommended for all phases of a US pandemic.

### Interventions whose use is not recommended
### Masks and other personal protective equipment for the general public

With the exception of some evidence from SARS, we did not find any published data that directly support the use of masks, respirators, or other personal protective equipment by the public, or other steps such as disinfecting surfaces beyond usual practices. The expert's views were mixed. There was uncertainty regarding requirements for

masks or respirators because of uncertainty about the relative roles of droplet versus aerosol transmission. Concerns about supply, competency in mask and especially respirator fitting and use, adherence by the public, and social impact of mask-wearing all served to undermine the panel's confidence in the feasibility and acceptability of widespread use. On the survey, experts recommended against the use of masks or respirators by the public prior to the arrival of pandemic influenza and in the early localized phase. For similar reasons, experts recommended against the public use of other protective equipment such as gowns, gloves and protective eye wear.

### Mandatory social distancing measures

Although social distancing measures such as workplace closures, limitations on location-based gatherings and events, and mandated travel restrictions have been a recent focus of investigation, and some of these measures were implemented in Asia and North America during SARS, their effectiveness in an influenza outbreak has not yet been established [5,8,48]. Despite the propensity of influenza epidemics to be amplified in primary schools, data on the effectiveness of school closures for reducing community transmission are contradictory. Most empirical studies suggest a decline in community transmission rates of respiratory infections with school closures[49,50], but the WHO Writing Group also noted older studies showing increases in the spread of disease and subsequent illness after a school holiday, and protective effects when schools remained open [9]. Recent modeling studies generally support school closure and confinement in the home as an effective means of reducing overall attack rates within communities when coupled with antiviral prophylaxis, but predicting the effect of closing schools and workplaces is difficult, since infectious individuals may be displaced into other settings[47,51,52]. Models suggest that cancellation of non-essential public gatherings and restrictions on long-distance travel might help to decrease rates of transmission and overall morbidity, but the effectiveness of these interventions has not been quantified.

The experts generally thought that community restrictions could be considered on a case-by-case basis, for example, cancellation of an event to which thousands would travel. However, efforts to forcibly limit public assembly or movement were seen as legally and ethically problematic, especially when there is limited scientific evidence supporting such restrictions. There are also important practical and logistical limitations to mandatory long-term community restrictions and compulsory quarantine, in addition to the problem of likely public opposition to such measures [5,53,54]. The experts recommended against these restrictions when outbreaks were elsewhere, and they did not agree otherwise. The same is true for school closures.

*BMC Public Health* 2007, **7**:208                                http://www.biomedcentral.com/1471-2458/7/208

Consistent with the literature, the experts contended that widespread and sustained screening of travelers would ultimately be impractical and inefficient as long as detecting asymptomatic shedding is not feasible. Difficulties with the rapid diagnosis of influenza means that travel bans and screening programs risk detaining a large number of symptomatic persons who do not have influenza. There is also the possibility of such measures leading to an international backlash, decreasing cooperation at a time when increased is needed. However, voluntary measures and guidelines would likely be more acceptable and thus more effective. The experts recommended against any mandatory travel restrictions in the advanced phases of a pandemic and did not recommend restrictions on domestic or international departures or entry screening when a pandemic is in the early localized phase.

## Discussion

We evaluated the evidence-base for non-pharmaceutical public health interventions in an influenza pandemic by reviewing the recent scientific literature, convening a multidisciplinary meeting of experts, and eliciting expert knowledge qualitatively and quantitatively. Despite the poor quality of the evidence, the use of expert opinion has enabled us to identify strategies that are likely to help slow influenza transmission in a pandemic setting and also do no harm. Our findings highlight the importance of specifying the setting in which a non-pharmaceutical public health intervention will be used, as well as when its use should be considered. Although the interplay of these factors and deep uncertainty about the relative efficacy or effectiveness of specific non-pharmaceutical public health interventions prevents us from conclusively pinpointing an optimal set of non-pharmaceutical public health interventions for every circumstance, our study provides some important insights about pandemic planning.

Consistent with others, we found that the published literature revealed scant confirmatory evidence on efficacy and overall effectiveness of non-pharmaceutical public health interventions in an influenza pandemic, effectively forcing policymakers to turn to expert opinion[8,9]. Some infection control studies classified as systematic reviews, observational studies or evidence-based guidelines constituted stronger evidence, at least for spread of respiratory disease[14]. The remaining scientific evidence is of low strength (further research is very likely to change estimates of effect) or very low strength (effects are quite uncertain), specifically with respect to seasonal and pandemic influenza [14]. The published literature consisted mainly of narrative reviews of past pandemics, contemporary observations, editorials, commentaries and case reports or series.  It also included articles drawing inferences from biology and pathophysiology, clinical epidemiology and mathematical modeling studies, rather than from randomized controlled trials evaluating interventions.

First, policymakers should actively promote personal responsibility for slowing spread of infection through good hand hygiene and respiratory etiquette in all settings and at all times. Use of disinfectant hand soaps and alcohol-based rubs should also be encouraged. Second, developing the capability and capacity for early rapid viral diagnosis should be a high priority. Third, healthcare providers need to be better trained to maximize the effectiveness of infection control measures, including use of masks, respirators, and other personal protective equipment. It may be reasonable to recommend limited use of personal protective measures in certain other settings such as mask-wearing by the ill or perhaps surface disinfection of very heavily trafficked public areas. However, other use of personal protective equipment by the general public is not recommended at this time. Fourth, and also consistent with other studies, we founds that widespread government mandates to segregate individuals, including isolation, quarantine, sheltering, location-based community restrictions, and travel restrictions, are less likely than voluntary measures to be recommended, especially over the longer-term[55]. Instead, less invasive voluntary efforts to reduce social contact, especially self-isolation of the sick at home, self-quarantine of the exposed, and, when feasible, sheltering by the well ought to be widely supported. This will require education, persuasion, and social support to ensure that medical and non-medical needs are met, with the latter being central to the success of sequestration measures in all settings. Fifth, information needs are pervasive. Very little of the literature is on point, and the experts disagreed 60 percent of the time. Well-controlled observational and especially interventional studies are needed, especially in the context of seasonal influenza.

## Conclusion

The demand for scientific evidence on non-pharmaceutical public health interventions for influenza is pervasive, and policy recommendations must rely heavily on expert judgment. In the absence of a definitive science base, our assessment of the evidence identified areas for further investigation as well as non-pharmaceutical public health interventions that experts believe are likely to be beneficial, feasible, and socially and politically acceptable in an influenza pandemic. Taken together, the literature and expert opinion reveal the kinds of explicit judgments required to translate existing knowledge into policy-relevant terms. These findings should be considered in forming national, state, local, and facility pandemic plans.

*BMC Public Health* 2007, **7**:208

## Competing interests

The author(s) declare that they have no competing interests.

## Authors' contributions

JEA designed and carried out the literature review, designed and conducted the expert panel and drafted the manuscript. NL conceived of the study, and participated in its design and coordination, conducted the expert panel, and helped to draft the manuscript. JW conceived of the study, and participated in its design and coordination, and helped to draft the manuscript. SAB designed the literature review, designed and conducted the expert panel, designed the follow-up expert survey and analysis plan, and helped to draft the manuscript. All authors read and approved the final manuscript.

## Additional material

> ### Additional file 1
>
> *Search terms. The file contains a brief paragraph of the Medline search terms.*
>
> Click here for file
> [http://www.biomedcentral.com/content/supplementary/1471-2458-7-208-S1.pdf]
>
> ### Additional file 2
>
> *Complete list of final articles reviewed and classified (N = 168). This file contains a complete list of the final set of articles from our search that were reviewed and classified.*
>
> Click here for file
> [http://www.biomedcentral.com/content/supplementary/1471-2458-7-208-S2.pdf]

## Acknowledgements

Supported by the US Department of Health and Human Services, Office of Emergency Public Health Emergency Preparedness. We would like to thank the conference participants: John M. Barry, Georges C. Benjamin, Wändi Bruine de Bruin, Jim Curran, Walter Dowdle, David Fidler, Harvey V. Fineberg, Baruch Fischhoff, Barbara Goldrick, Lawrence Gostin, David Heyman, James M. Hughes, Howard Markel, Allison McGeer, Thomas Murray, Michael T. Osterholm, Wing Hong Seto, and Isaac Weisfuse. In addition, we are indebted to Karen Ricci, Roberta Shanman, Stefanie Stern and Alice Taylor for technical assistance.

## References

1.  **Avian influenza (bird flu)** [http://www.cdc.gov/flu/avian/outbreaks/current.htm]
2.  World Health Organization: **Avian influenze: assessing the pandemic threat.** Geneva , World Health Organization; 2005:Report No. WHO/CDS/2005.29.
3.  Moscona A: **Oseltamivir resistance- disabling our influenza defenses.** *N Engl J Med* 2005, **353(25)**:2633-2636.
4.  **National strategy for pandemic influenza: Implementation plan.** Washington, DC , Homeland Security Council; 2006.
5.  Gostin L: **Public health strategies for pandemic influenza: ethics and the law.** *Jama* 2006, **295(14)**:1700-1704.
6.  Inglesby TV, Nuzzo JB, O'Toole T, Henderson DA: **Disease mitigation measures in the control of pandemic influenza.** *Biosecurity and Bioterrorism: Biodefense Strategy, Practice and Science* 2006, **4(4)**:366-375.
7.  Morse SS, Garwin RL, Olsiewski PJ: **Public health. Next flu pandemic: what to do until the vaccine arrives?** *Science* 2006, **314(5801)**:929.
8.  World Health Organization Writing Group: **Nonpharmaceutical interventions for pandemic flu.** *Emerg Infect Dis* 2006, **12(1)**:81-87.
9.  World Health Organization Writing Group: **Pandemic influenza, national and community measures.** *Emerg Infect Dis* 2006, **12(1)**:88-94.
10. Markel H, Stern AM, Navarro JA, Michalsen JR, Monto AS, DiGiovanni Jr. C: **Nonpharmaceutical influenza mitigation strategies, U.S. communities, 1918-1920 pandemic.** *Emerg Infect Dis* 2006, **12**:1961-1964.
11. West SL, King V, Carey TS: **Systems to rate the strength of scientific evidence.** Rockville, MD , Agency for Healthcare Research and Quality; 2002.
12. Fitch K, Bernstein SJ, Aguilar MS, *et al.*: **The RAND/UCLA Appropriateness Method User's Manual.** Santa Monica , RAND Corporation. 2001, MR-1269-DG-XII/RE.
13. Shekelle P: **The appropriateness method.** *Med Decis Making* 2004, **24(2)**:228-231.
14. Atkins D, Best D, Briss PA, Eccles M, Falck-Ytter Y, Flottorp S, Guyatt GH, Harbour RT, Haugh MC, Henry D, Hill S, Jaeschke R, Leng G, Liberati A, Magrini N, Mason J, Middleton P, Mrukowicz J, O'Connell D, Oxman AD, Phillips B, Schunemann HJ, Edejer TT, Varonen H, Vist GE, Williams JW Jr., Zaza S: **Grading quality of evidence and strength of recommendations.** *Bmj* 2004, **328(7454)**:1490.
15. Jeffries DJ: **Viral hazards to and from health care workers.** *J Hosp Infect* 1995, **30 Suppl**:140-155.
16. Larson E: **Handwashing: it's essential--even when you use gloves.** *Am J Nurs* 1989, **89(7)**:934-939.
17. Pittet D: **Improving adherence to hand hygiene practice: a multidisciplinary approach.** *Emerg Infect Dis* 2001, **7(2)**:234-240.
18. Rotter ML: **150 years of hand disinfection--Semmelweis' heritage.** *Hyg Med* 1997, **22**:332-339.
19. Rotter ML: **Hand washing and hand disinfection.** In *Hospital epidemiology and infection control* 2nd ed. edition. Philadelphia , Lippincott, Williams & Wilkins, 2nd ed.; 1999:1339-1355.
20. U.S. Centers for Disease Control and Prevention: **Respiratory hygiene/cough etiquette in healthcare settings.** .
21. Carabin H, Gyorkos TW, Soto JC, Joseph L, Payment P, Collet JP: **Effectiveness of a training program in reducing infections in toddlers attending day care centers.** *Epidemiology* 1999, **10(3)**:219-227.
22. Doebbeling BN, Stanley GL, Sheetz CT, Pfaller MA, Houston AK, Annis L, Li N, Wenzel RP: **Comparative efficacy of alternative hand-washing agents in reducing nosocomial infections in intensive care units.** *N Engl J Med* 1992, **327(2)**:88-93.
23. Falsey AR, Criddle MM, Kolassa JE, McCann RM, Brower CA, Hall WJ: **Evaluation of a handwashing intervention to reduce respiratory illness rates in senior day-care centers.** *Infect Control Hosp Epidemiol* 1999, **20(3)**:200-202.
24. Luby SP, Agboatwalla M, Feikin DR, Painter J, Billhimer W, Altaf A, Hoekstra RM: **Effect of handwashing on child health: a randomised controlled trial.** *Lancet* 2005, **366(9481)**:225-233.
25. Niffenegger JP: **Proper handwashing promotes wellness in child care.** *J Pediatr Health Care* 1997, **11(1)**:26-31.
26. Sickbert-Bennett EE, Weber DJ, Gergen-Teague MF, Sobsey MD, Samsa GP, Rutala WA: **Comparative efficacy of hand hygiene agents in the reduction of bacteria and viruses.** *Am J Infect Control* 2005, **33(2)**:67-77.
27. White C, Kolbe R, Carlson R, Lipson N, Dolan M, Ali Y, Cline M: **The effect of hand hygiene on illness rate among students in university residence halls.** *Am J Infect Control* 2003, **31(6)**:364-370.
28. Bloomfield SF: **Preventing infectious disease in the domestic setting: a risk-based approach.** *Am J Infect Control* 2001, **29(4)**:207-210.
29. Ferson MJ: **Infection control in child care settings.** *Commun Dis Intell* 1997, **21(22)**:333-337.
30. Kotch JB, Weigle KA, Weber DJ, Clifford RM, Harms TO, Loda FA, Gallagher PN Jr., Edwards RW, LaBorde D, McMurray MP, *et al.*: **Evaluation of an hygienic intervention in child day-care centers.** *Pediatrics* 1994, **94(6 Pt 2)**:991-994.

BMC Public Health 2007, **7**:208

http://www.biomedcentral.com/1471-2458/7/208

31. Larson EL, Eke PI, Laughon BE: **Efficacy of alcohol-based hand rinses under frequent-use conditions.** *Antimicrob Agents Chemother* 1986, **30(4)**:542-544.
32. Picheansathian W: **A systematic review on the effectiveness of alcohol-based solutions for hand hygiene.** *Int J Nurs Pract* 2004, **10(1)**:3-9.
33. Sandora TJ, Taveras EM, Shih MC, Resnick EA, Lee GM, Ross-Degnan D, Goldmann DA: **A randomized, controlled trial of a multifaceted intervention including alcohol-based hand sanitizer and hand-hygiene education to reduce illness transmission in the home.** *Pediatrics* 2005, **116(3)**:587-594.
34. Zaragoza M, Salles M, Gomez J, Bayas JM, Trilla A: **Handwashing with soap or alcoholic solutions? A randomized clinical trial of its effectiveness.** *Am J Infect Control* 1999, **27(3)**:258-261.
35. Centers for Disease Control and Prevention (CDC): **Respiratory Hygiene/Cough Etiquette in Healthcare Settings.** [http://www.cdc.gov/flu/professionals/infectioncontrol/resphygiene.htm].
36. Greaves F: **What are the most appropriate methods of surveillance for monitoring an emerging respiratory infection such as SARS?** *J Public Health (Oxf)* 2004, **26(3)**:288-292.
37. Ng EK, Cheng PK, Ng AY, Hoang TL, Lim WW: **Influenza A H5N1 detection.** *Emerg Infect Dis* 2005, **11(8)**:1303-1305.
38. Centers for Disease Control and Prevention (CDC): **Lab Diagnosis of Influenza.** [http://www.cdc.gov/flu/professionals/labdiagnosis.htm].
39. World Health Organization: **WHO recommendations on the use of rapid testing for influenza diagnosis.** 2005.
40. Yuen KY, Chan PK, Peiris M, Tsang DN, Que TL, Shortridge KF, Cheung PT, To WK, Ho ET, Sung R, Cheng AF: **Clinical features and rapid viral diagnosis of human disease associated with avian influenza A H5N1 virus.** *Lancet* 1998, **351(9101)**:467-471.
41. Centers for Disease Control and Prevention (CDC): **Interim Guidance for the Use of Masks to Control Influenza Transmission.** [http://www.cdc.gov/flu/professionals/infectioncontrol/maskguidance.htm].
42. Bridges CB, Kuehnert MJ, Hall CB: **Transmission of influenza: implications for control in health care settings.** *Clin Infect Dis* 2003, **37(8)**:1094-1101.
43. Abdullah AS, Tomlinson B, Cockram CS, Thomas GN: **Lessons from the severe acute respiratory syndrome outbreak in Hong Kong.** *Emerg Infect Dis* 2003, **9(9)**:1042-1045.
44. Pang X, Zhu Z, Xu F, Guo J, Gong X, Liu D, Liu Z, Chin DP, Feikin DR: **Evaluation of control measures implemented in the severe acute respiratory syndrome outbreak in Beijing, 2003.** *Jama* 2003, **290(24)**:3215-3221.
45. Seto WH, Tsang D, Yung RW, Ching TY, Ng TK, Ho M, Ho LM, Peiris JS: **Effectiveness of precautions against droplets and contact in prevention of nosocomial transmission of severe acute respiratory syndrome (SARS).** *Lancet* 2003, **361(9368)**:1519-1520.
46. Institute of Medicine (IOM): **Reusability of facemasks during an influenza pandemic.** Committee on the development of reusable facemasks for use during an influenza pandemic; 2006.
47. Beigel JH, Farrar J, Han AM, Hayden FG, Hyer R, de Jong MD, Lochindarat S, Nguyen TK, Nguyen TH, Tran TH, Nicoll A, Touch S, Yuen KY: **Avian influenza A (H5N1) infection in humans.** *N Engl J Med* 2005, **353(13)**:1374-1385.
48. Ferguson NM, Cummings DA, Cauchemez S, Fraser C, Riley S, Meeyai A, Iamsirithaworn S, Burke DS: **Strategies for containing an emerging influenza pandemic in Southeast Asia.** *Nature* 2005, **437(7056)**:209-214.
49. Heymann A, Chodick G, Reichman B, Kokia E, Laufer J: **Influence of school closure on the incidence of viral respiratory diseases among children and on health care utilization.** *Pediatr Infect Dis J* 2004, **23(7)**:675-677.
50. Valleron AJ, Flahault A: **Do school holidays have an impact on influenza epidemics, low mortality.** In *Proceedings of the International Conference on Options for the Control of Influenza V, Okinawa, Japan, International Congress Series 1263* Edited by: Yawaoka Y. Amsterdam , Elesevier; 2004.
51. Germann TC, Kadau K, Longini IM Jr., Macken CA: **Mitigation strategies for pandemic influenza in the United States.** *Proc Natl Acad Sci U S A* 2006, **103(15)**:5935-5940.
52. Glass RJ, Glass LM, Beveler WE: **Local mitigation strategies for pandemic influenza.** Albuquerque , National Infrastructure Simulation and Analysis Center; 2005.
53. Barbera J, Macintyre A, Gostin L, Inglesby T, O'Toole T, DeAtley C, Tonat K, Layton M: **Large-scale quarantine following biological terrorism in the United States: scientific examination, logistic and legal limits, and possible consequences.** *Jama* 2001, **286(21)**:2711-2717.
54. Blendon RJ, Benson JM, DesRoches CM, Raleigh E, Taylor-Clark K: **The public's response to severe acute respiratory syndrome in Toronto and the United States.** *Clin Infect Dis* 2004, **38(7)**:925-931.
55. Bruine de Bruin W, Fischhoff B, Brilliant L, Caruso D: **Expert judgments of pandemic risks.** *Global Public Health* 2006, **1(2)**:1-16.

## Pre-publication history

The pre-publication history for this paper can be accessed here:

http://www.biomedcentral.com/1471-2458/7/208/prepub

Publish with **BioMed Central** and every scientist can read your work free of charge

*"BioMed Central will be the most significant development for disseminating the results of biomedical research in our lifetime."*

Sir Paul Nurse, Cancer Research UK

Your research papers will be:

• available free of charge to the entire biomedical community

• peer reviewed and published immediately upon acceptance

• cited in PubMed and archived on PubMed Central

• yours — you keep the copyright

Submit your manuscript here:
http://www.biomedcentral.com/info/publishing_adv.asp



Plaintiff's Exhibit 362

coronanews123.wordpress.com

# Oh Those Masks? They've Been Poisoning You Too. Canada Recalls Masks Over Lung Damage Concerns

14-18 minutes



As scientists of the stature of a former Chief Science Officer at Pfizer, and a former Bill and Melinda Gates Foundation senior vaccine scientist plead for governments to halt mass vaccinations, and official reversals of what we have been told for a year come fast and furious, now it is official.

Those masks we have been wearing hours every day? They've been poisoning us all along. The Quebec health authority has issued a recall of masks of a type now used by millions around the world from schools, where they are worn all day by children who have a higher risk of dying of flu than they do of COVID. In other words, virtually zero. Chances of dying in a car accident are higher.

CBC reported last week in "Potentially toxic masks distributed in schools and daycares in Quebec":

**"One model of mask distributed to Quebec schools and daycares may be dangerous for the lungs as they could contain a potentially toxic material, according to a directive sent out by the provincial government on Friday…"If you have this type of mask in stock, we ask that you stop distributing them** and keep them in a safe place now," the provincial government says in the directive that was sent by three ministries: education, families and higher education."

The material in question is graphene. Although the particular make of mask ordered withdrawn by the provincial government is  the SNN200642 mask, made in China and sold and distributed by Métallifer, a Quebec-based manufacturer, the issue is their containment of graphene. Graphene is nanotechnology material.

So if CNN and the rest are not telling us this about these masks, what else are they not telling us? All this is about our health. Right.

==Graphene is present in many makes and models of masks, and is ubiquitous in the materials they are made from due to its strength and resilience== (images below.)

*Widely sold masks containing graphene at Amazon*



V1 Graphene Face Mask –
Reusable and Washable. Includes
Replaceable Filter (1, Black)



$24⁹⁸

FREE Shipping



Vanecia Disposable 3-PLY
TopMasks with Biomass
Graphene (50 pcs)



Before last year, face masks of the type seen everywhere night and day were intended to be worn for relatively short durations at a time, not constantly.

The CBC writes:

**"Health Canada conducted a preliminary risk assessment which revealed a potential for early lung damage associated with inhalation of microscopic**

**graphene particles. Graphene is a strong, very thin material that is used in fabrication, but it can be harmful to lungs when inhaled and can cause long-term health problems."**

Studies warning of toxicity to humans given certain types of exposures, such as inhalation, have been available at least since 2013. In a 2016 paper "Toxicology of Graphene-Based Nanomaterials," researchers wrote:

**"…studies indicate that the toxicity of graphene is dependent on the complex interplay of several physiochemical properties such as shape, size, oxidative state, functional groups, dispersion state, synthesis methods, route and _dose of administration, and exposure times (emphasis added.)"_**

In the section of the paper entitled "Dose, time, and morphology dependent cytotoxicity," the authors noted previous studies examined exposures in the range of days, not months and years for hours daily:

**"Vallabani et. al. investigated the toxicity of graphene oxide using normal human lung cells (BEAS-2B) after 24 and 48 hours of exposure at concentrations between 10–100 µg/ml."**

In a 2013 Brown University study, the University reported in the article "Jagged graphene can slice into cell membranes":

**"Researchers from Brown University have shown how tiny graphene microsheets — ultra-thin materials with a number of commercial applications — could be big trouble for human cells"**

**"These materials can be inhaled unintentionally, or they may be intentionally injected or implanted as components of new biomedical technologies," said Robert Hurt, professor of engineering and one of the study's authors. "So we want to understand how they interact with cells once inside the body."**

In that study, the researchers wrote:

**"Schinwald et al. reported that graphene nanoplatelets induced granuloma formation and lung inflammation following pharyngeal aspiration in mice. .. Schinwald et al. provide evidence that graphene nanoplatelets are not readily cleared from the lungs and induce release of proinflammatory mediators from macrophages."**

Earlier this year Dr. Anthony Fauci who, along with his long-time supporter and cohort in the vaccine arena, Bill Gates, has been relentlessly pushing masks as a social imperative for anyone the least interested in protecting their fellow humans, literally doubled down on

mask exposure by recommending double masks.

As a disease which, in its deadlier manifestations in vulnerable people, attacks the lungs, lung health and resistance to disease are a key factor to survival.

Gates, Fauci and others have been reciting that if only everyone in the nation wore masks consistently, 130,000 lives could be saved.   The study which made this conclusion came out of the University of Washington's Institute for Health Metrics and Evaluation, which is heavily funded by Bill Gates.

Studies and metrics which were not possible a year ago are now emerging to give different perspectives on many aspects of last years' pandemic, including the efficacy of hydrochloroquine, which Yale's Dr. Harvey Risch consistently said could save even hundreds of thousands of lives. Former Fox newscaster and now independent journalist Ben Swann reports that Nicaragua, which never had mask or lockdown laws, fared better in deaths and cases than most of the rest of the world.

There have been major reversals from governments on may fronts. This week the Mexican president said he would decline a COVID injection after all, setting a course for his country. Like dominoes, many European countries have suspended Astrazeneca shots over bloodclots.

Opponents of mass vaccinations in the scientific community point out that, firstly, no "vaccine" is neccessary for a 99.8% survival rate virus, and secondly, they may be doing far more harm than good, up to and including what may resemble a coming genocide.



*Source: KUSI San Diego*

Dr. Mike Yeadon, a Chief Science Officer and VP at Pfizer for treatments for respiratory

Plaintiff's Exhibit 363



# Optical microscopic study of surface morphology and filtering efficiency of face masks

Bhanu Bhakta Neupane[1], Sangita Mainali[2], Amita Sharma[3] and Basant Giri[3]

[1] Central Department of Chemistry, Tribhuvan University, Kathmandu, Nepal
[2] Department of Chemistry, Amrit Campus, Tribhuvan University, Kathmandu, Nepal
[3] Center for Analytical Sciences, Kathmandu Institute of Applied Sciences, Kathmandu, Nepal

## ABSTRACT

**Background:** Low-cost face masks made from different cloth materials are very common in developing countries. The cloth masks (CM) are usually double layered with stretchable ear loops. It is common practice to use such masks for months after multiple washing and drying cycles. If a CM is used for long time, the ear loops become stretched. The loop needs to be knotted to make the mask loop fit better on the face. It is not clear how washing and drying and stretching practices change the quality of a CM. The particulate matter (PM) filtering efficiency of a mask depends on multiple parameters, such as pore size, shape, clearance, and pore number density. It is important to understand the effect of these parameters on the filtering efficiency.
**Methods:** We characterized the surface of twenty different types of CMs using optical image analysis method. The filtering efficiency of selected cloth face masks was measured using the particle counting method. We also studied the effects of washing and drying and stretching on the quality of a mask.
**Results:** The pore size of masks ranged from 80 to 500 $\mu$m, which was much bigger than particular matter having diameter of 2.5 $\mu$m or less ($PM_{2.5}$) and 10 $\mu$m or less ($PM_{10}$) size. The $PM_{10}$ filtering efficiency of four of the selected masks ranged from 63% to 84%. The poor filtering efficiency may have arisen from larger and open pores present in the masks. Interestingly, we found that efficiency dropped by 20% after the 4th washing and drying cycle. We observed a change in pore size and shape and a decrease in microfibers within the pores after washing. Stretching of CM surface also altered the pore size and potentially decreased the filtering efficiency. As compared to CMs, the less frequently used surgical/paper masks had complicated networks of fibers and much smaller pores in multiple layers in comparison to CMs, and therefore had better filtering efficiency. This study showed that the filtering efficiency of cloth face masks were relatively lower, and washing and drying practices deteriorated the efficiency. We believe that the findings of this study will be very helpful for increasing public awareness and help governmental agencies to make proper guidelines and policies for use of face mask.

Submitted 21 March 2019
Accepted 17 May 2019
Published 26 June 2019

Corresponding author
Bhanu Bhakta Neupane,
bbneupane@cdctu.edu.np

Academic editor
Todd Anderson

Additional Information and Declarations can be found on page 12

DOI 10.7717/peerj.7142

© Copyright
2019 Neupane et al.

Distributed under
Creative Commons CC-BY 4.0

OPEN ACCESS

**Subjects** Public Health, Environmental Contamination and Remediation, Environmental Impacts
**Keywords** Face mask, Particulate matter, Filtering efficiency, Pore morphology

How to cite this article Neupane BB, Mainali S, Sharma A, Giri B. 2019. Optical microscopic study of surface morphology and filtering efficiency of face masks. PeerJ 7:e7142 DOI 10.7717/peerj.7142

# INTRODUCTION

Particulate matter (PM) contributes significantly to overall ambient air pollution. Microscopic particles having a diameter of 2.5 μm or less ($PM_{2.5}$) can become deposited in the conducting zone of the respiratory system including the alveoli, and penetrate to the cardiovascular system. These fine particles are believed to be responsible for various health problems such as lung inflammation and lung cancer, vascular dysfunction, myocardial infarction, and exacerbation of existing conditions like asthma, diabetes mellitus (*Reche et al., 2012*; *Kim, Kabir & Kabir, 2015*; *World Health Organization, 2016*). The World Health Organization (WHO) estimates that ambient air pollution caused around 4.2 million deaths in 2016, with Asia alone contributing around 60% of total global burden (*World Health Organization, 2016*).

The PM pollution in many cities globally is higher than the WHO recommended safe limit (*Wang et al., 2008*; *Colbeck, Nasir & Ali, 2010*; *Sharma et al., 2014*; *World Health Organization, 2016*; *Maleki et al., 2016*). For example, in Kathmandu Valley, one of the most densely populated and the fastest-growing cities in Asia, air quality is very poor, with PM alone contributing to around 50–60% of total pollution burden. The ambient annual average $PM_{2.5}$ concentration levels in core urban areas of Kathmandu, Nepal has been reported to be around 54 μg/m$^3$, which is significantly higher than the WHO standard of 10 μg/m$^3$ (*World Health Organization, 2016*; *IQ Air, 2018*). In recent years, a systematic study on exposure of $PM_{2.5}$ (finer fractions of $PM_{10}$) to subjects of different occupations was made in few core and sub-urban areas of Kathmandu Valley. The hourly personal $PM_{2.5}$ exposure to traffic police who spend 8–12 h on road duty was found in the range of 40–80 μg/m$^3$ (*Gurung & Bell, 2012*), which is 1.6–3.2 times higher than WHO standard for 24 h average of 25 μg/m$^3$ (*World Health Organization, 2016*).

The PM pollution can be minimized by putting forwarding both short- and long-term policies and regulations and enforcing them. Efforts have been made, but their impact in minimizing pollution is almost futile in the cities of developing countries.

Studies have shown that face masks reduce the exposure to PM and other contaminants (*Singh et al., 2010*; *Chughtai, Seale & MacIntyre, 2013*; *MacIntyre et al., 2015*; *Shakya et al., 2017*). The most commonly used face masks are cloth masks (CMs) and surgical masks (SMs). ==The effectiveness of a mask is measured by its filtering efficiency. A mask is considered effective if its filtering efficiency is greater than 95%.== The efficacy of a mask depends on type of mask material (*Mueller et al., 2018*), particle size and charge of aerosol tested (*Shakya et al., 2017*), and user preference (*Maxted, 2011*; *Chughtai, Seale & MacIntyre, 2013*).

The CMs are particularly popular in developing countries because they are inexpensive (unit retail price range: USD 0.08–1.5), locally available, and reusable after washing. The CMs are usually double layered (two ply masks) with stretchable ear loops (see Figs. 1A and 1B). The face masks have also been widely used in healthcare facilities to minimize contamination (*Chughtai, Seale & MacIntyre, 2013*), in emergency situations such as volcanic eruptions (*Mueller et al., 2018*) and in occupational hazard protection (*Belkin, 1997*; *Van Der Sande, Teunis & Sabel, 2008*; *MacIntyre & Chughtai, 2015*; *Cherrie et al., 2018*).

PeerJ



Figure 1 **Types of mask and survey.** (A) Images of some of the most commonly used cloth masks, and less commonly used surgical mask (B). (C) Face mask use pattern in Kathmandu. The % errors in the figure represent standard deviation.
Full-size 🖼 DOI: 10.7717/peerj.7142/fig-1

Previous studies have reported the measurement of filtering efficiency of CMs using lab generated aerosol, polystyrene latex, virus, micro-size particles and diesel exhaust (*Rengasamy, Eimer & Shaffer, 2010*; *MacIntyre et al., 2015*; *Shakya et al., 2017*). As the ambient aerosol we are exposed to is a mixture of particles of varying size and shape in ambient environmental condition, use of simulated particles in controlled laboratory setting may not truly represent the filtering efficiency of masks. The most commonly used face masks in low-income countries are CMs. Such masks are used for many days and are also used after washing and drying multiple times. In addition, the one-for-all type ear loop of mask does not fit everyone. Therefore, the loop has to be knotted or stretched for better fitting on the face. The washing, drying and stretching practices may change the pore size and porosity of the fabric and thus may deteriorate filtering efficiency. There are no published reports on the surface

PeerJ

morphology of face masks and the effect of washing and stretching on pore size of the masks.

In this work, we report on the detail study on surface characterization (pore size, shape, clearance, and pore distribution) of commonly available cloth face masks purchased from local market of Kathmandu, Nepal, and compared with surgical face masks using bright field microscope. We then measured the efficacy of masks on filtering ambient outdoor aerosol particles by particle counting method. Finally, we report on the effect of washing and drying cycles and stretching on surface characteristics and filtering efficiency of CMs.

## MATERIALS AND METHODS

### Survey study

We began our study by conducting a survey to know the type of masks people use in Kathmandu. We counted 1,500 people walking through the junction road in Kalanki, Kathmandu and noted number of people wearing face mask and type of mask. The visual counting was carried out from 9.00 am to 1.00 pm for 3 consecutive days in the month of May 2016. Kalanki is a major traffic intersection in Kathmandu.

### Surface characterization of masks

A total of 20 different types of cloth face masks (CM) and seven different brands of SMs were purchased from local markets in Kathmandu (Figs. 1A and 1B). The CM types were selected on the basis of design and fabric material. A small section of each mask was cut and was imaged using an optical microscope in bright field mode using objective of 0.4 NA (10×, air) with total magnification of 100×. A built in white LED was used as illumination source and image was acquired by a CMOS camera (AmScope, Irvine, CA, USA). For each mask 10 images were taken and the collected images were processed in ImageJ software (NIH, Bethesda, MD, USA). The field of view of measured image was calibrated by using a calibration glass slide having grid size of 10 μm (AmScope, Irvine, CA, USA). The intensity of light used before the lens was around one mW/cm². Acquisition time of image, unless specified, was set to 500 m.

### Measurement of filtering efficiency

Microscope coverslips (Corning, 1.5, 22 × 22 mm) were placed on a polystyrene petri dish (Microteknic, Haryana, India, 80 mm diameter and 13 mm depth) and the petri dish was covered with a face mask. To make sure coverslip surface is free from particles, the surface was cleaned and inspected by the bright field microscope. To ensure no marginal leakage of particles, the mask was fastened to the petri dish with a rubber band. The whole assembly was kept at 20 feet above the ground in an open box in central Kathmandu. Major sources of PM pollution in this area are vehicular exhausts, dust suspensions, and particles from poorly maintained roads. For control measurement, a second assembly was made without mask and kept in the same place. Both assemblies were exposed to PM for 30 min and number of particles deposited on the glass coverslip surface was counted after the surface was imaged at magnification of 100× with a bright field microscope.

PeerJ

One mask type was sampled at a time and triplicate measurements were carried out for each mask. All experiments were made in sunny days during 11.00 am to 1.00 pm time period. Although we did not measure the wind velocity at our site, the wind velocity was low (~10 km/h) at Tribhuvan International Airport, which is just two km aerial distance away.

The filtering efficiency was calculated as:

$$\text{Filtering efficiency}\ (\%) = (a - b)100/a, \tag{1}$$

where $a$ and $b$ are the number of particles without and with mask, respectively.

To measure the mask efficiency after washing and drying cycles, mask was soaked for 1 h in 2% (w/v) aqueous solution of powder detergent that contained alkyl-benzene sulfonate and sodium triphosphate as main ingredients. The mask was rinsed multiple times with water so as to get rid of the detergent. The mask was then laid on a flat surface to make sure no stretching of the cloth fibers, and the mask was air dried. Filtering efficiency was measured after each washing and drying cycle by using the procedure mentioned in the above paragraph.

To the best of our knowledge, the particle counting method stated above is novel for the determination of filtering efficiency of a mask.

## Determination of particle size

To measure the particle size, particles were deposited on coverslip and imaged at $100\times$ magnification using the bright field microscope. The resolution of the microscopic system was 0.6 μm. The field of view of measured image was calibrated by using a calibration glass slide having grid size of 10 μm (AmScope, Irvine, CA, USA), and particles size was estimated.

# RESULTS

## Survey study

A survey conducted in Kalanki, Kathmandu, Nepal showed that 31% people used face mask while they were at or close to busy roads (see Fig. 1C). Kalanki is an urban area of Kathmandu and a major cross-section for exit and entry to the Kathmandu Valley from rest of the Nepal. It gets large number of vehicular movements since early morning to late night.

## Surface characterization

The representative microscopic images of different CMs and SMs are shown in Fig. 2. Out of 20 CMs (CM1-CM20) imaged, for brevity, images of CM1, CM3, CM7, CM9, CM12, CM18 are shown in A, B, C, D, E, and F, respectively. The bright patches in the image are the pores present in the mask. All CMs studied contained two ply (layers) and the surface characteristics of both layers was very similar.

Although the pore shape and size in CMs were not uniform (see Figs. 2A–2F), we tried to extract quantitative information on the size of the pores by measuring the longest dimension of each pore. Such measurements provided an upper estimation of the size of a

PeerJ



**Figure 2** **Bright field microscopic images of mask surfaces.** (A) Representative images for CM1, (B) CM3, (C) CM7, (D) CM9, (E) CM12, and (F) CM18. (G) Representative images of inner, (H) middle, and (I) outer layers of a three layered surgical mask. Scale bar shown (A) is 500 µm and applied to all images.

Full-size ⊡ DOI: 10.7717/peerj.7142/fig-2

pore in each CM. The mean pore size ranged from 81 to 461 µm, with smallest pore size observed for CM4 (81 ± 29 µm) and largest pores observed for CM9 (461 ± 108 µm).

The particulate matter filtering efficiency of a mask also depends on number of pores per unit area; referred here to as pore number density. To get this information, we counted number of pores per microscopic field of view (field of view was 4.5 mm²). We found very diverse number of pores ranging from around 12 (CM11) to 47 (CM15).

For comparison, we also examined the surface of seven different brands of paper/SMs masks available in market. The masks examined contained two or three layers (two or three ply). The surface morphology of the inner, middle, and outer layers of a three ply SM is shown in Figs. 2G–2I, respectively.

## Filtering efficiency

To find out if there is any correlation between surface structure and filtering efficiency, we measured the filtering efficiency of selected CMs (CM3, CM7, CM9, CM18), and one SM. The filtering efficiency is reported in Fig. 3A. The filtering efficiency was measured by particle counting method using ambient PM. The particle size information is shown in Fig. 3B. Around 98% particles in ambient air was smaller than 10 µm which is consistent

PeerJ



**Figure 3** **Measurement of filtering efficiency.** (A) Filtering efficiency of selected cloth face masks (CM) and a surgical mask (SM). The error bars represent standard deviation in each efficiency value reported ($n = 3$). (B) Size distribution of ambient particulate matter used in this study.
Full-size ◪ DOI: 10.7717/peerj.7142/fig-3

with a recent study reported by our group (*Rauniyaar, Aryal & Neupane, 2019*). Thus, the filtering efficiency of face mask reported in Fig. 3A can be considered as $PM_{10}$ filtering efficiency. Figure 3A also shows that filtering efficiency of CMs ranged from 63% to 84%, with the poorest efficiency of 63% measured for CM9. The filtering efficiency of SM was found to be 94%.

## Stretching effect on mask surface

We also explored how the surface of a mask changes on stretching the mask. To explore this, surface of a CM was stretched and microscopically observed the surface while being stretched. Representative images of mask CM7 in stretched (change in length of mask/original length of mask = $\Delta L/L \sim 0.05$) and unstretched conditions is shown in Figs. 4A and 4B,

PeerJ



**Figure 4 Effect of stretching on mask surface.** (A) Bright field microscopy images of CM7 in unstretched and (B) stretched conditions. Scale bar shown in (A) is 500 μm.

Full-size 🔍 DOI: 10.7717/peerj.7142/fig-4

respectively. Careful comparison of these images shows that on stretching surface is distorted, with an increase in pore size and a change in shape. We found similar effects for other CMs, although the extent of the distortion was different. We did not find such changes for SM.

### Effect of washing and drying

To explore the effect of washing and drying in the filtering efficiency, we selected a cloth mask CM9. The filtering efficiency measured after each washing and drying cycle for up to four cycles is shown in Fig. 5. With increase in washing and drying cycles there is gradual decrease in filtering efficiency ($R^2 = 0.99$).

To find the possible cause of change in filtering efficiency with washing and drying, we imaged mask surface after each cycle. The representative images are shown in Fig. 6.

## DISCUSSION

### Surface characterization

It is very obvious from the images shown in Figs. 2A–2F that pore size, shape, inter pore distance, and number of pores per field of view were very different for all the CMs. For examples, CM7 has the smallest and nearly circular pores and CM9 has largest pores and pores are nearly hexagonal, CM12 has medium sized triangular pores. If pores of all CMs are closely inspected, the pores are not perfectly clear but contain microfibers passing from one end of pore to next.

It is evident that the inner (Fig. 2G) and outer (Fig. 2I) layers of surgical face mask have a very similar surface structure, with distinctly visible interwoven cellulose fibers and open spaces. Although the features in the middle layers (Fig. 2H) are not distinctly discernible due to the limited resolution of the microscopic set up used in this study, we can tell that this layer has mocro/nanoporous membrane-like structures. The presence of three layers, with the middle layer having very small pores, shows that the medical mask may be efficient in blocking the PM.

PeerJ



**Figure 5 Effect of washing and drying on filtering efficiency.** Filtering efficiency for CM9 measured after washing and drying cycles. The error bars represent standard deviation in each efficiency value reported ($n = 3$). Full-size 🖼 DOI: 10.7717/peerj.7142/fig-5



**Figure 6 Optical images after washing and drying cycles.** (A) Bright field microscopic images of unwashed CM9, and after (B) first, (C) second, (D) third, and (E) fourth washing and drying cycles. The scale bar shown in (A) is 500 μm and applied to all images. Full-size 🖼 DOI: 10.7717/peerj.7142/fig-6

We also explored if there is any difference on the interior surface of CMs and SM. This was achieved by scanning the mask surface in axial direction while keeping the microscope objective fixed. Video was recorded during the axial scanning. A representative video collected for CM and SM is shown in Supplemental Information 1 and 2, respectively.

PeerJ

A careful comparison of two videos tells that SM has nicely interwoven microfibers with smaller pores indicating better filtering efficiency in compassion to CMs.

## Filtering efficiency

Filtering efficiency is particle size dependent (*Belkin, 1997*) with lower efficiency observed for smaller sized particles. The size of PM is source dependent and depending on source size can be as small as few tenth of nanometer (*Mirowsky et al., 2013*). The size distribution of ambient particles used in this work is shown in Fig. 3B. Lateral resolution ($D_{xy}$) of microscope system used in this study, based on Eq. (2) (*Hell, 2007*; *Stender et al., 2013*; *Neupane, 2016*)

$$D_{xy} = \frac{\lambda}{2\mathrm{NA}} \tag{2}$$

with objective of 0.4 NA (NA = numerical aperture) and illumination light of wavelength ($\lambda$) of 500 nm, is around 0.6 μm. In this regard, actual size of particles measured can have some uncertainty. Nonetheless, classification of particles in three categories viz. <5, 5–10, and >10 μm was possible in our case. As shown in Fig. 3B, a total of 98% particles were smaller than 10 μm, which is in consistent with a recent study reported by our group (*Rauniyaar, Aryal & Neupane, 2019*). Thus, the filtering efficiency of the face mask reported in Fig. 3A can be considered as $PM_{10}$ filtering efficiency.

Bright filed microscopy is frequently used in the determination of number density of micro-meter sized objects (*Ricardo & Phelan, 2008*; *Drey, Graber & Bieschke, 2013*; *Rauniyaar, Aryal & Neupane, 2019*). The accuracy in such measurement is high if: (1) light scattering efficiency of an object to be imaged is high so they can be contrasted from the background, and (2) individual dispersion in the field of view can be achieved. In our case, scattering efficiency of particles is higher than background, and we maintained number of particles per field of view low so that number density can be determined.

The filtering efficiency reported in Fig. 3A was negatively correlated with pore size of the masks, ($R^2 = 0.94$) (Fig. 7). The poor efficiency of CM9 (~63%) is due to the presence of larger and open pores (pores size 461 ± 113 μm) and improved efficiency of CM7 (~84%) is due to presence of smaller pores (pores size 100 ± 53 μm). It is interesting to note that filtering efficiency of CM9 is still >60% although the pores are much bigger than the reported particle size. This contradiction may be due to low pore density of the masks and mismatch of the pores in two layers during use. The filtering efficiency of SM was 94%. Again, the excellent filtering efficiency can be attributed to the presence of nicely interwoven microfibers with small pores (in middle layer) as reported in Figs. 2G–2I. The difference in morphology of surgical and CMs is more obvious in Supplemental Information 1 and 2 that show axial scanning of a CM and a SM, respectively.

We used a novel particle counting method to determine the filtering efficiency of face masks. Our method is passive sampling method as it measures the filtering efficiency of free falling dust particles without considering active suction to mimic human inhalation and exhalation. Efficiency was determined by the passive transfer of the particles from one side of the mask to the other. Therefore, this method provides the upper estimate of

PeerJ



**Figure 7** **Correlation between pore size and filtering efficiency.** Each data point represents the mean pore size of mask (in µm) plotted as a function of filtering efficiency. The solid line is the linear fit to the data points.                                                                    Full-size ◩ DOI: 10.7717/peerj.7142/fig-7

filtering efficiency or best-case-estimate of capture efficiency of mask. Although our method did not mimic the breathing condition, it allowed us to measure the filtering efficiency using ambient PM. If a standard mask (N95 or 99) is available, our method could be a cheaper alternative to screen the relative efficiency of a mask of unknown efficiency and compare with a standard mask such as N95 or N99.

Filtering efficiency of CM has also been reported in other studies by using active sampling method (*Rengasamy, Eimer & Shaffer, 2010*; *Shakya et al., 2017*). They have reported that filtering efficiency of a CM depends on the nature of particles (size and charge) used to measure the filtering efficiency, nature, and design of mask. Their reported efficiency is in the range of 10–90% and conclude that CM perform poorer than N95 SM. In contrast, we used passive method and ambient PM. The surface characteristics of masks could also be different. Therefore, efficiency values are difficult to compare. Nonetheless, our conclusion is same; that is, CM perform poorer than SMs.

## Stretching effect on mask surface

Figure 4 shows that mask (CM7) surface changed on stretching with significant increase in pore size in stretched mask. This observation is very important. People use CM for months and the ear loops get stretched. The loop has to be knotted to make the mask fit better on the face. If mask having knotted ear-loop is used, it is very likely that the whole mask surface gets stretched. Although we did not measure the filtering efficiency while the mask was stretched, it can be easily inferred that efficiency will decline if a mask with a knotted ear-loop is used due to changes in pore morphology as observed in Fig. 4.

## Effect of washing and drying

The filtering efficiency measured after each washing and drying cycle for up to four cycles is shown in Fig. 5. We found a gradual decrease in filtering efficiency with an increase in

PeerJ

washing and drying cycle. As compared to an unwashed mask of efficiency ~63%, after the 4th washing and drying cycle there was ~20% drop in filtering efficiency.

A close observation of images in Fig. 6 shows that small changes in surface morphology occur after each cycle. The first change is increase in pore size and change in pore shape. The second change is decrease in number of microfibers within the pore so that pore look more open that is, increase in pore clearance. These changes on the mask should be responsible for decline in efficiency after washing and drying cycle, in consistent with the data reported in Fig. 5.

## CONCLUSIONS

We studied the effect of surface morphology of locally available face masks on their PM filtering efficiency. Filtering efficiency of CM for ambient $PM_{10}$ was poorer than in SM. The poor efficiency was due to the presence of larger sized pores. Our study also demonstrated that washing and drying cycle deteriorates the filtering efficiency due to change in pore shape and clearance. We also found that stretching of the CM surface alters the pore size and potentially decreases the filtering efficiency. The findings of this study suggest that CM are not effective, and that effectiveness deteriorates if used after washing and drying cycles and if used under stretched condition. We believe that the findings of this study will be helpful for increasing public awareness among populations of developing countries where such masks are very common, and for policy makers to make and implement basic guidelines for face masks for public use.

## ADDITIONAL INFORMATION AND DECLARATIONS

### Funding

This work was supported by startup funding to Basant Giri from—Kathmandu Institute of Applied Sciences (No.KIAS2016-1). The funders had no role in study design, data collection and analysis, decision to publish, or preparation of the manuscript.

### Grant Disclosures

The following grant information was disclosed by the authors:
Kathmandu Institute of Applied Sciences: KIAS2016-1.

### Competing Interests

The authors declare that they have no competing interests.

### Author Contributions

- Bhanu Bhakta Neupane conceived and designed the experiments, analyzed the data, contributed reagents/materials/analysis tools, authored or reviewed drafts of the paper, approved the final draft.
- Sangita Mainali conceived and designed the experiments, performed the experiments.
- Amita Sharma performed the experiments, prepared figures and/or tables.
- Basant Giri analyzed the data, contributed reagents/materials/analysis tools, authored or reviewed drafts of the paper, approved the final draft.

PeerJ

## Data Availability

The following information was supplied regarding data availability:

The axial scanning of the cloth mask 9 (CM9) surgical mask (SM), and raw measurements are available in the Supplemental Files.

## Supplemental Information

Supplemental information for this article can be found online at http://dx.doi.org/10.7717/peerj.7142#supplemental-information.

## REFERENCES

**Belkin NL. 1997.** The evolution of the surgical mask: filtering efficiency versus effectiveness. *Infection Control & Hospital Epidemiology* **18(1)**:49–57 DOI 10.1086/647501.

**Cherrie JW, Apsley A, Cowie H, Steinle S, Mueller W, Lin C, Horwell CJ, Sleeuwenhoek A, Loh M. 2018.** Effectiveness of face masks used to protect Beijing residents against particulate air pollution. *Occupational and Environmental Medicine* **75(6)**:446–452 DOI 10.1136/oemed-2017-104765.

**Chughtai AA, Seale H, MacIntyre CR. 2013.** Use of cloth masks in the practice of infection control—evidence and policy gaps. *International Journal of Infection Control* **9(3)**:1–12 DOI 10.3396/ijic.v9i3.020.13.

**Colbeck I, Nasir ZA, Ali Z. 2010.** The state of indoor air quality in Pakistan—a review. *Environmental Science and Pollution Research* **17(6)**:1187–1196 DOI 10.1007/s11356-010-0293-3.

**Drey LL, Graber MC, Bieschke J. 2013.** Counting unstained, confluent cells by modified bright-field microscopy. *BioTechniques* **55(1)**:28–33 DOI 10.2144/000114056.

**Gurung A, Bell ML. 2012.** Exposure to airborne particulate matter in Kathmandu Valley, Nepal. *Journal of Exposure Science & Environmental Epidemiology* **22(3)**:235–242 DOI 10.1038/jes.2012.14.

**Hell SW. 2007.** Far-field optical nanoscopy. *Science* **316(5828)**:1153–1158 DOI 10.1126/science.1137395.

**IQ Air. 2018.** 2018 World air quality report: regional and city PM2.5 ranking. *Available at* https://www.airvisual.com/.

**Kim K-H, Kabir E, Kabir S. 2015.** A review on the human health impact of airborne particulate matter. *Environment International* **74**:136–143 DOI 10.1016/j.envint.2014.10.005.

**MacIntyre CR, Chughtai AA. 2015.** Facemasks for the prevention of infection in healthcare and community settings. *BMJ* **350**:h694 DOI 10.1136/bmj.h694.

**MacIntyre CR, Seale H, Dung TC, Hien NT, Nga PT, Chughtai AA, Rahman B, Dwyer DE, Wang Q. 2015.** A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. *BMJ Open* **5(4)**:e006577 DOI 10.1136/bmjopen-2014-006577.

**Maleki H, Sorooshian A, Goudarzi G, Nikfal A, Baneshi MM. 2016.** Temporal profile of PM 10 and associated health effects in one of the most polluted cities of the world (Ahvaz, Iran) between 2009 and 2014. *Aeolian Research* **22**:135–140 DOI 10.1016/j.aeolia.2016.08.006.

**Maxted B. 2011.** Dust masks for Indian quarry workers: a comparative analysis of the filtering efficiency of fabrics. *Journal of Humanitarian Engineering* **1**:15–20.

**Mirowsky J, Hickey C, Horton L, Blaustein M, Galdanes K, Peltier RE, Chillrud S, Chen LC, Ross J, Nadas A, Lippmann M, Gordon T. 2013.** The effect of particle size, location and season on the toxicity of urban and rural particulate matter. *Inhalation Toxicology* **25(13)**:747–757 DOI 10.3109/08958378.2013.846443.

PeerJ _____

**Mueller W, Horwell CJ, Apsley A, Steinle S, McPherson S, Cherrie JW, Galea KS. 2018.** The effectiveness of respiratory protection worn by communities to protect from volcanic ash inhalation. Part I: filtration efficiency tests. *International Journal of Hygiene and Environmental Health* **221(6)**:967–976 DOI 10.1016/j.ijheh.2018.03.012.

**Neupane BB. 2016.** Stimulated emission depletion microscopy resolves nanoparticle assembly on a porous membrane surface. *Nepal Journal of Science and Technology* **17**:17–22.

**Rauniyaar J, Aryal GM, Neupane BB. 2019.** Morphological study on particulate matter of Kathmandu valley. *Bibechana* **16**:41–46 DOI 10.3126/bibechana.v16i0.19190.

**Reche C, Moreno T, Amato F, Viana M, Van Drooge BL, Chuang H-C, Bérubé K, Jones T, Alastuey A, Querol X. 2012.** A multidisciplinary approach to characterise exposure risk and toxicological effects of PM10 and PM2.5 samples in urban environments. *Ecotoxicology and Environmental Safety* **78**:327–335 DOI 10.1016/j.ecoenv.2011.11.043.

**Rengasamy S, Eimer B, Shaffer RE. 2010.** Simple respiratory protection—evaluation of the filtration performance of cloth masks and common fabric materials against 20–1000 nm size particles. *Annals of Occupational Hygiene* **54**:789–798 DOI 10.1093/annhyg/meq044.

**Ricardo R, Phelan K. 2008.** Counting and determining the viability of cultured cells. *Journal of Visualized Experiments* **16**:752 DOI 10.3791/752.

**Shakya KM, Noyes A, Kallin R, Peltier RE. 2017.** Evaluating the efficacy of cloth facemasks in reducing particulate matter exposure. *Journal of Exposure Science & Environmental Epidemiology* **27(3)**:352–357 DOI 10.1038/jes.2016.42.

**Sharma SK, Mandal TK, Saxena M, Sharma A, Datta A, Saud T. 2014.** Variation of OC, EC, WSIC and trace metals of PM10 in Delhi, India. *Journal of Atmospheric and Solar-Terrestrial Physics* **113**:10–22 DOI 10.1016/j.jastp.2014.02.008.

**Singh MP, Singh VK, Patel DK, Tandon PK, Gaur JS, Behari JR, Yadav S. 2010.** Face mask application as a tool to thimble the particulate matter mediated heavy metal exposure among citizens of Lucknow, India. *Science of the Total Environment* **408(23)**:5723–5728 DOI 10.1016/j.scitotenv.2010.08.041.

**Stender AS, Marchuk K, Liu C, Sander S, Meyer MW, Smith EA, Neupane B, Wang G, Li J, Cheng J-X. 2013.** Single cell optical imaging and spectroscopy. *Chemical Reviews* **113**:2469–2527.

**Van Der Sande M, Teunis P, Sabel R. 2008.** Professional and home-made face masks reduce exposure to respiratory infections among the general population. *PLOS ONE* **3(7)**:e2618 DOI 10.1371/journal.pone.0002618.

**Wang H, Zhuang Y, Wang Y, Sun Y, Yuan H, Zhuang G, Hao Z. 2008.** Long-term monitoring and source apportionment of PM2.5/PM10 in Beijing, China. *Journal of Environmental Sciences* **20(11)**:1323–1327 DOI 10.1016/s1001-0742(08)62228-7.

**World Health Organization. 2016.** Ambient air pollution: a global assessment of exposure and burden of disease. *Available at* https://www.who.int/airpollution/en/.

Plaintiff's Exhibit 364

osha.gov

# COVID-19 - Frequently Asked Questions

32-40 minutes

1. COVID-19

2. Frequently Asked Questions

**Non-ETS Frequently Asked Questions**

Given the evolving nature of the pandemic, OSHA is in the process of reviewing and updating this document. These materials may no longer represent current OSHA recommendations and guidance. For the most up-to-date information, consult Protecting Workers Guidance.

**OSHA will be updating these FAQs to reflect the requirements of OSHA's COVID-19 Emergency Temporary Standard (ETS) for Healthcare (29 CFR 1910.502). In the interim, employers with work settings covered by the ETS should consult the text of the rule and the FAQs on the ETS for information about the OSHA requirements applicable to those settings.**



This page includes frequently asked questions (FAQs) and answers related to the coronavirus disease 2019 (COVID-19) pandemic. In States with OSHA-approved State Plans, additional guidance, provisions, or requirements may apply. Check here for a list of current State Plans and a link to their website for any additional information: https://www.osha.gov/stateplans

Questions are grouped by topic, and cover:

- General Information

- Cleaning and Disinfection

- Cloth Face Coverings

- [Construction](#)
- [Employer Requirements](#)
- [Liability Waivers](#)
- [Posting the OSHA 300A or Equivalent Form](#)
- [Respirators and Particle Size](#)
- [Reporting](#)
- [Restrooms and Handwashing Facilities](#)
- [Retaliation](#)
- [Return to Work](#)
- [Testing for COVID-19](#)
- [Training](#)
- [Vaccine Related](#)
- [Worker Protection Concerns](#)

**General Information**

Conducting a workplace risk assessment for potential COVID-19 exposure, preparing a [response plan](#), and taking steps to [improve ventilation](#) are all activities consistent with CDC guidance to promote public health and workplace health.

Occupational Safety and Health Administration (OSHA) ([Guidance](#)) and the [Centers for Disease Control and Prevention (CDC)](#) have issued workplace guidance to guide employers during the COVID-19 outbreak. They describe how employers should develop preparedness plans and communicate those plans to protect workers through effective training. Employers should assess worker exposure to hazards and risks and implement infection prevention measures to reasonably address them consistent with [OSHA Standards](#). Such measures could include use of [cloth face coverings](#); training workers on proper respiratory etiquette, physical distancing, and other steps they can take to protect themselves.

Employers may need to consider using stanchions to help keep workers and others at the worksite at least 6 feet away from each other. Installing temporary barriers and shields and spacing out workstations can also help achieve physical distancing recommendations. Employers should clean and disinfect frequently touched surfaces (e.g., door handles, sink handles, workstations, restroom stalls) at least daily, or as much as possible. Employers subject to [OSHA's PPE standard](#) must also provide and require the use of

personal protective equipment (PPE) when needed. Job hazard assessments must be conducted to determine the appropriate type and level of PPE required.

Mitigating and Preventing the Spread of COVID-19 in the Workplace provides more information on steps all employers can take to reduce workers' risk of exposure to SARS-CoV-2.

Learn more about preventing the spread of COVID-19 from OSHA and CDC.

**Cleaning and Disinfection**

The Centers for Disease Control and Prevention also provides information on environmental infection control related to cleaning and disinfecting healthcare facilities.

Companies providing specialized remediation or clean-up services need to have expertise in industrial hygiene and environmental remediation.

**Cloth Face Coverings**

Cloth face coverings:

- May be commercially produced or improvised (i.e., homemade).

- Are worn in public over the nose and mouth to contain the wearer's potentially infectious respiratory particles produced when an infected person coughs, sneezes, or talks and to limit the spread of SARS-CoV-2, the virus that causes Coronavirus Disease 2019 (COVID-19), to others.

- Are not considered personal protective equipment (PPE).

- Are not appropriate substitutes for PPE such as respirators (e.g., N95 respirators) or medical face masks (e.g., surgical masks) in workplaces where respirators or face masks are recommended or required to protect the wearer.

- May be used by almost any worker, although those who have trouble breathing or are otherwise unable to put on or remove a mask without assistance should not wear one.

- May be disposable or reusable after proper washing.

Surgical masks:

- Are typically cleared by the U.S. Food and Drug Administration as medical devices (though not all devices that look like surgical masks are actually medical-grade, cleared devices).

- Are used to protect workers against splashes and sprays (i.e., droplets) containing potentially infectious materials. In this capacity, surgical masks are considered PPE.

Under OSHA's PPE standard ([29 CFR 1910.132](#)), employers must provide any necessary PPE at no-cost to workers.[1]

- May also be worn to contain the wearer's respiratory particles (e.g., healthcare workers, such as surgeons, wear them to avoid contaminating surgical sites, and dentists and dental hygienists wear them to protect patients).

- May be used by almost anyone.

- Should be properly disposed of after use.

==Respirators (e.g., filtering facepieces):==

- Are used to prevent workers from inhaling small particles, including airborne transmissible or aerosolized infectious agents.

- Must be provided and used in accordance with OSHA's Respiratory Protection standard ([29 CFR 1910.134](#)).

- Must be certified by the National Institute for Occupational Safety and Health (NIOSH).

- OSHA has [temporarily exercised its enforcement discretion](#) concerning supply shortages of disposable filtering facepiece respirators (FFRs), including as it relates to their [extended use or reuse](#), [use beyond their manufacturer's recommended shelf life](#), [use of equipment from certain other countries and jurisdictions](#), and [decontamination](#).

- Need proper filter material (e.g., N95 or better) and, other than for loose-fitting powered, air purifying respirators (PAPRs), tight fit (to prevent air leaks).

- Require proper training, fit testing, availability of appropriate medical evaluations and monitoring, cleaning, and oversight by a knowledgeable staff member.

- OSHA has [temporarily exercised its enforcement discretion](#) concerning annual fit testing requirements in the Respiratory Protection standard ([29 CFR 1910.134](#)), as long as employers have made good-faith efforts to comply with the requirements of the standard and to follow the steps outlined in the [March 14, 2020](#), and [April 8, 2020](#), memoranda (as applicable to their industry).

- When necessary to protect workers, require a respiratory protection program that is compliant with OSHA's Respiratory Protection standard ([29 CFR 1910.134](#)). OSHA consultation staff can assist with understanding respiratory protection requirements.

- FFRs may be used voluntarily, if permitted by the employer. If an employer permits voluntary use of FFRs, employees must receive the information contained in [Appendix D](#) of OSHA's Respiratory Protection standard ([29 CFR 1910.134](#)).

---

[1] If surgical masks are being used only as source control—not to protect workers against splashes and sprays (i.e., droplets) containing potentially infectious materials—OSHA's

Plaintiff's Exhibit 365

dailysceptic.org

# Philippine Reef Covered with Used Face Masks – The Daily Sceptic

*()x*

2 minutes

---

Single-use face masks aren't just to be found scattered across shop car parks and on local greens but also, as new footage reveals, on some of the worlds most beautiful – and delicate – ecosystems. ==Divers in the Philippines have found scads of used masks on coral reefs close to the country's capital, Manila.== The *BBC* has the story.

According to an estimate by the Asian Development Bank, the city has been generating an extra 280 tonnes of medical waste per day, since the beginning of the Covid pandemic.

==Environmental groups are warning that the plastic inside face masks is breaking down and being consumed by marine wildlife.== They're urging the Philippine government to improve its handling of medical waste, to prevent further pollution of the seas.

==Howard Johnson, a *BBC News* Philippines Correspondent, filmed at the reef to show the extent of the damage being done.==

==*Single-use face masks have been termed the 'new plastic bags', and are bound to be the cause of a great amount of damage to ecosystems across the world due to the large quantity being used*== *(with threats of fines for non-wearers). Last August, the Mail reported that "124,000 tons of unrecyclable masks – the equivalent weight of 10,000 London buses – could be dumped each year", and that, by November, gloves and face masks could be found on almost a third of all British beaches.*

Worth watching in full.



Plaintiffs' Exhibit 366



**Cochrane** Database of Systematic Reviews

# Physical interventions to interrupt or reduce the spread of respiratory viruses (Review)

Jefferson T, Del Mar CB, Dooley L, Ferroni E, Al-Ansary LA, Bawazeer GA, van Driel ML, Jones MA, Thorning S, Beller EM, Clark J, Hoffmann TC, Glasziou PP, Conly JM

Jefferson T, Del Mar CB, Dooley L, Ferroni E, Al-Ansary LA, Bawazeer GA, van Driel ML, Jones MA, Thorning S, Beller EM, Clark J, Hoffmann TC, Glasziou PP, Conly JM.
Physical interventions to interrupt or reduce the spread of respiratory viruses.
*Cochrane Database of Systematic Reviews* 2020, Issue 11. Art. No.: CD006207.
DOI: 10.1002/14651858.CD006207.pub5.

www.cochranelibrary.com

Copyright © 2020 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

WILEY



Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

[Intervention Review]

# Physical interventions to interrupt or reduce the spread of respiratory viruses

Tom Jefferson[1], Chris B Del Mar[2], Liz Dooley[2], Eliana Ferroni[3], Lubna A Al-Ansary[4], Ghada A Bawazeer[5], Mieke L van Driel[6,7], Mark A Jones[2], Sarah Thorning[8], Elaine M Beller[2], Justin Clark[2], Tammy C Hoffmann[2], Paul P Glasziou[2], John M Conly[9,10,11]

[1]Centre for Evidence Based Medicine, University of Oxford, Oxford, UK. [2]Institute for Evidence-Based Healthcare, Bond University, Gold Coast, Australia. [3]Epidemiological System of the Veneto Region, Regional Center for Epidemiology, Veneto Region, Padova, Italy. [4]Department of Family and Community Medicine, King Saud University, Riyadh, Saudi Arabia. [5]Department of Clinical Pharmacy, College of Pharmacy, King Saud University, Riyadh, Saudi Arabia. [6]Primary Care Clinical Unit, Faculty of Medicine, The University of Queensland, Brisbane, Australia. [7]Department of Public Health and Primary Care, Ghent University, Ghent, Belgium. [8]GCUH Library, Gold Coast Hospital and Health Service, Southport, Australia. [9]Cumming School of Medicine, University of Calgary, Room AGW5, SSB, Foothills Medical Centre, Calgary, Canada. [10]O'Brien Institute for Public Health and Synder Institute for Chronic Diseases, Cumming School of Medicine, University of Calgary, Calgary, Canada. [11]Calgary Zone, Alberta Health Services, Calgary, Canada

**Contact address:** John M Conly, john.conly@albertahealthservices.ca.

**Editorial group:** Cochrane Acute Respiratory Infections Group.
**Publication status and date:** New search for studies and content updated (conclusions changed), published in Issue 11, 2020.

**Citation:** Jefferson T, Del Mar CB, Dooley L, Ferroni E, Al-Ansary LA, Bawazeer GA, van Driel ML, Jones MA, Thorning S, Beller EM, Clark J, Hoffmann TC, Glasziou PP, Conly JM. Physical interventions to interrupt or reduce the spread of respiratory viruses. *Cochrane Database of Systematic Reviews* 2020, Issue 11. Art. No.: CD006207. DOI: 10.1002/14651858.CD006207.pub5.

Copyright © 2020 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

## A B S T R A C T

**Background**

Viral epidemics or pandemics of acute respiratory infections (ARIs) pose a global threat. Examples are influenza (H1N1) caused by the H1N1pdm09 virus in 2009, severe acute respiratory syndrome (SARS) in 2003, and coronavirus disease 2019 (COVID-19) caused by SARS-CoV-2 in 2019. Antiviral drugs and vaccines may be insufficient to prevent their spread. This is an update of a Cochrane Review published in 2007, 2009, 2010, and 2011. The evidence summarised in this review does not include results from studies from the current COVID-19 pandemic.

**Objectives**

To assess the effectiveness of physical interventions to interrupt or reduce the spread of acute respiratory viruses.

**Search methods**

We searched CENTRAL, PubMed, Embase, CINAHL on 1 April 2020. We searched ClinicalTrials.gov, and the WHO ICTRP on 16 March 2020. We conducted a backwards and forwards citation analysis on the newly included studies.

**Selection criteria**

We included randomised controlled trials (RCTs) and cluster-RCTs of trials investigating physical interventions (screening at entry ports, isolation, quarantine, physical distancing, personal protection, hand hygiene, ==face masks==, and gargling) to prevent respiratory virus transmission. In previous versions of this review we also included observational studies. However, for this update, there were sufficient RCTs to address our study aims.

**Data collection and analysis**

We used standard methodological procedures expected by Cochrane. We used GRADE to assess the certainty of the evidence. Three pairs of review authors independently extracted data using a standard template applied in previous versions of this review, but which was revised



Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

to reflect our focus on RCTs and cluster-RCTs for this update. We did not contact trialists for missing data due to the urgency in completing the review. We extracted data on adverse events (harms) associated with the interventions.

**Main results**

We included 44 new RCTs and cluster-RCTs in this update, bringing the total number of randomised trials to 67. There were no included studies conducted during the COVID-19 pandemic. Six ongoing studies were identified, of which three evaluating masks are being conducted concurrent with the COVID pandemic, and one is completed.

Many studies were conducted during non-epidemic influenza periods, but several studies were conducted during the global H1N1 influenza pandemic in 2009, and others in epidemic influenza seasons up to 2016. Thus, studies were conducted in the context of lower respiratory viral circulation and transmission compared to COVID-19. The included studies were conducted in heterogeneous settings, ranging from suburban schools to hospital wards in high-income countries; crowded inner city settings in low-income countries; and an immigrant neighbourhood in a high-income country. Compliance with interventions was low in many studies.

The risk of bias for the RCTs and cluster-RCTs was mostly high or unclear.

**Medical/surgical masks compared to no masks**

We included nine trials (of which eight were cluster-RCTs) comparing medical/surgical masks versus no masks to prevent the spread of viral respiratory illness (two trials with healthcare workers and seven in the community). There is low certainty evidence from nine trials (3507 participants) that wearing a mask may make little or no difference to the outcome of influenza-like illness (ILI) compared to not wearing a mask (risk ratio (RR) 0.99, 95% confidence interval (CI) 0.82 to 1.18. There is moderate certainty evidence that wearing a mask probably makes little or no difference to the outcome of laboratory-confirmed influenza compared to not wearing a mask (RR 0.91, 95% CI 0.66 to 1.26; 6 trials; 3005 participants). Harms were rarely measured and poorly reported. Two studies during COVID-19 plan to recruit a total of 72,000 people. One evaluates medical/surgical masks (N = 6000) (published *Annals of Internal Medicine*, 18 Nov 2020), and one evaluates cloth masks (N = 66,000).

**N95/P2 respirators compared to medical/surgical masks**

We pooled trials comparing N95/P2 respirators with medical/surgical masks (four in healthcare settings and one in a household setting). There is uncertainty over the effects of N95/P2 respirators when compared with medical/surgical masks on the outcomes of clinical respiratory illness (RR 0.70, 95% CI 0.45 to 1.10; very low-certainty evidence; 3 trials; 7779 participants) and ILI (RR 0.82, 95% CI 0.66 to 1.03; low-certainty evidence; 5 trials; 8407 participants). The evidence is limited by imprecision and heterogeneity for these subjective outcomes. The use of a N95/P2 respirator compared to a medical/surgical mask probably makes little or no difference for the objective and more precise outcome of laboratory-confirmed influenza infection (RR 1.10, 95% CI 0.90 to 1.34; moderate-certainty evidence; 5 trials; 8407 participants). Restricting the pooling to healthcare workers made no difference to the overall findings. Harms were poorly measured and reported, but discomfort wearing medical/surgical masks or N95/P2 respirators was mentioned in several studies. One ongoing study recruiting 576 people compares N95/P2 respirators with medical surgical masks for healthcare workers during COVID-19.

**Hand hygiene compared to control**

Settings included schools, childcare centres, homes, and offices. In a comparison of hand hygiene interventions with control (no intervention), there was a 16% relative reduction in the number of people with ARIs in the hand hygiene group (RR 0.84, 95% CI 0.82 to 0.86; 7 trials; 44,129 participants; moderate-certainty evidence), suggesting a probable benefit. When considering the more strictly defined outcomes of ILI and laboratory-confirmed influenza, the estimates of effect for ILI (RR 0.98, 95% CI 0.85 to 1.13; 10 trials; 32,641 participants; low-certainty evidence) and laboratory-confirmed influenza (RR 0.91, 95% CI 0.63 to 1.30; 8 trials; 8332 participants; low-certainty evidence) suggest the intervention made little or no difference. We pooled all 16 trials (61,372 participants) for the composite outcome of ARI or ILI or influenza, with each study only contributing once and the most comprehensive outcome reported. The pooled data showed that hand hygiene may offer a benefit with an 11% relative reduction of respiratory illness (RR 0.89, 95% CI 0.84 to 0.95; low-certainty evidence), but with high heterogeneity. Few trials measured and reported harms.

There are two ongoing studies of handwashing interventions in 395 children outside of COVID-19.

We identified one RCT on quarantine/physical distancing. Company employees in Japan were asked to stay at home if household members had ILI symptoms. Overall fewer people in the intervention group contracted influenza compared with workers in the control group (2.75% versus 3.18%; hazard ratio 0.80, 95% CI 0.66 to 0.97). However, those who stayed at home with their infected family members were 2.17 times more likely to be infected.

We found no RCTs on eye protection, gowns and gloves, or screening at entry ports.

**Authors' conclusions**

The high risk of bias in the trials, variation in outcome measurement, and relatively low compliance with the interventions during the studies hamper drawing firm conclusions and generalising the findings to the current COVID-19 pandemic.

---



There is uncertainty about the effects of face masks. The low-moderate certainty of the evidence means our confidence in the effect estimate is limited, and that the true effect may be different from the observed estimate of the effect. The pooled results of randomised trials did not show a clear reduction in respiratory viral infection with the use of medical/surgical masks during seasonal influenza. There were no clear differences between the use of medical/surgical masks compared with N95/P2 respirators in healthcare workers when used in routine care to reduce respiratory viral infection. Hand hygiene is likely to modestly reduce the burden of respiratory illness. Harms associated with physical interventions were under-investigated.

There is a need for large, well-designed RCTs addressing the effectiveness of many of these interventions in multiple settings and populations, especially in those most at risk of ARIs.

## PLAIN LANGUAGE SUMMARY

**Do physical measures such as hand-washing or wearing masks stop or slow down the spread of respiratory viruses?**

**What are respiratory viruses?**

Respiratory viruses are viruses that infect the cells in your airways: nose, throat, and lungs. These infections can cause serious problems and affect normal breathing. They can cause flu (influenza), severe acute respiratory syndrome (SARS), and COVID-19.

**How do respiratory viruses spread?**

People infected with a respiratory virus spread virus particles into the air when they cough or sneeze. Other people become infected if they come into contact with these virus particles in the air or on surfaces on which they have landed. Respiratory viruses can spread quickly through a community, through populations and countries (causing epidemics), and around the world (causing pandemics).

**How can we stop the spread of respiratory viruses?**

Physical measures to try to stop respiratory viruses spreading between people include:

· washing hands often;

· not touching your eyes, nose, or mouth;

· sneezing or coughing into your elbow;

· wiping surfaces with disinfectant;

· wearing masks, eye protection, gloves, and protective gowns;

· avoiding contact with other people (isolation or quarantine);

· keeping a certain distance away from other people (distancing); and

· examining people entering a country for signs of infection (screening).

**Why we did this Cochrane Review**

We wanted to find out whether physical measures stop or slow the spread of respiratory viruses.

**What did we do?**

We searched for studies that looked at physical measures to stop people catching a respiratory virus infection.

We were interested in how many people in the studies caught a respiratory virus infection, and whether the physical measures had any unwanted effects.

**Search date:** This is an update of a review first published in 2007. We included evidence published up to 1 April 2020.

**What we found**

We identified 67 relevant studies. They took place in low-, middle-, and high-income countries worldwide: in hospitals, schools, homes, offices, childcare centres, and communities during non-epidemic influenza periods, the global H1N1 influenza pandemic in 2009, and epidemic influenza seasons up to 2016. No studies were conducted during the COVID-19 pandemic. We identified six ongoing, unpublished studies; three of them evaluate masks in COVID-19.

One study looked at quarantine, and none eye protection, gowns and gloves, or screening people when they entered a country.

---

Copyright © 2020 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.



Cochrane Database of Systematic Reviews

We assessed the effects of:

· medical or surgical masks;

· N95/P2 respirators (close-fitting masks that filter the air breathed in, more commonly used by healthcare workers than the general public); and

· hand hygiene (hand-washing and using hand sanitiser).

**What are the results of the review?**

**Medical or surgical masks**

Seven studies took place in the community, and two studies in healthcare workers. Compared with wearing no mask, wearing a mask may make little to no difference in how many people caught a flu-like illness (9 studies; 3507 people); and probably makes no difference in how many people have flu confirmed by a laboratory test (6 studies; 3005 people). Unwanted effects were rarely reported, but included discomfort.

**N95/P2 respirators**

Four studies were in healthcare workers, and one small study was in the community. Compared with wearing medical or surgical masks, wearing N95/P2 respirators probably makes little to no difference in how many people have confirmed flu (5 studies; 8407 people); and may make little to no difference in how many people catch a flu-like illness (5 studies; 8407 people) or respiratory illness (3 studies; 7799 people). Unwanted effects were not well reported; discomfort was mentioned.

**Hand hygiene**

Following a hand hygiene programme may reduce the number of people who catch a respiratory or flu-like illness, or have confirmed flu, compared with people not following such a programme (16 studies; 61,372 people). Few studies measured unwanted effects; skin irritation in people using hand sanitiser was mentioned.

**How reliable are these results?**

Our confidence in these results is generally low for the subjective outcomes related to respiratory illness, but moderate for the more precisely defined laboratory-confirmed respiratory virus infection, related to masks and N95/P2 respirators. The results might change when further evidence becomes available. Relatively low numbers of people followed the guidance about wearing masks or about hand hygiene, which may have affected the results of the studies.

**Key messages**

We are uncertain whether wearing masks or N95/P2 respirators helps to slow the spread of respiratory viruses.

Hand hygiene programmes may help to slow the spread of respiratory viruses.

Copyright © 2020 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.



Cochrane **Library**
Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

1988; Luby 2005; MacIntyre 2015; MacIntyre 2016; Roberts 2000; Sandora 2005; Suess 2012; Temime 2018; White 2001). In Arbogast 2016, all identified individuals (office workers) were included in the assigned cluster. Schools were identified and then randomised to the clusters; students were then randomly selected from each classroom and school. Nine studies described identification of participants, consenting/enrolling, and then randomising to the clusters (Canini 2010; Cowling 2008; Longini 1988; Luby 2005; MacIntyre 2015; MacIntyre 2016; Roberts 2000; Sandora 2005; White 2001). Suess 2012 identified and consented patients, then recruitment was performed by physicians unaware of cluster assignment. In Temime 2018, directors of the included nursing homes agreed to participate in the study before randomisation, and written consent was not required from the residents. We judged 11 cluster-RCTs as at high risk of identification/recruitment bias (Aiello 2010; Aiello 2012; Azor-Martinez 2018; Chard 2019; Correa 2012; Cowling 2009; Larson 2010; McConeghy 2017; Nicholson 2014; Priest 2014; Savolainen-Kopra 2012). In Aiello 2010 and Aiello 2012, recruitment continued for two weeks after start of the study, which could have introduced bias. Six trials identified and recruited participants after cluster randomisation (Azor-Martinez 2018; Chard 2019; Cowling 2009; Larson 2010; McConeghy 2017; Nicholson 2014). Three trials recruited new participants after the start of the study to replace those lost to follow-up (Correa 2012; Priest 2014; Savolainen-Kopra 2012). We judged five cluster-RCTs to have probable identification/recruitment bias (Alzaher 2018; Barasheed 2014; MacIntyre 2011; Najnin 2019; Radonovich 2019), whereas in 19 studies there were insufficient details to permit a judgement of risk of bias (Carabin 1999; DiVita 2011; Feldman 2016; Hartinger 2016; Huda 2012; Ibfelt 2015; Kotch 1994; Ladegaard 1999; MacIntyre 2009; MacIntyre 2013; Millar 2016; Miyaki 2011; Pandejpong 2012; Radonovich 2019; Sandora 2008; Stebbins 2011; Talaat 2011; Yeung 2011; Zomer 2015).

Twenty-six cluster-RCTs reported intracluster correlation coefficient (ICC) to adjust sample size, taking into consideration clustering effects, and described adjusting outcomes for clustering effect using different statistical methods, or provided justification for not performing adjusted analysis for clustering (Aiello 2010; Aiello 2012; Arbogast 2016; Canini 2010; Carabin 1999; Correa 2012; Cowling 2008; Cowling 2009; Hartinger 2016; Huda 2012; Little 2015; Luby 2005; MacIntyre 2009; MacIntyre 2011; MacIntyre 2013; MacIntyre 2015; MacIntyre 2016; McConeghy 2017; Priest 2014; Radonovich 2019; Ram 2015; Roberts 2000; Stebbins 2011; Suess 2012; Talaat 2011; Temime 2018). Five cluster-RCTs did not report the ICC but described adjusting outcomes for clustering effect using different statistical methods, or explained why adjusted analysis for clustering was not performed (Biswas 2019; Chard 2019; McConeghy 2017; Simmerman 2011; Zomer 2015). Thirteen cluster-RCTs provided insufficient details on ICC and/or did not perform adjusted analysis or justified the absence of it (Alzaher 2018; Azor-Martinez 2016; Azor-Martinez 2018; Barasheed 2014; Feldman 2016; Larson 2010; Millar 2016; Miyaki 2011; Najnin 2019; Nicholson 2014; Pandejpong 2012; Savolainen-Kopra 2012; Yeung 2011). Two cluster-RCTs reported the ICC but did not perform adjusted analysis or justified the absence of it (Sandora 2005; Sandora 2008).

## Effects of interventions

See: **Summary of findings 1** Medical/surgical masks compared to no masks for preventing the spread of viral respiratory illness; **Summary of findings 2** N95 respirators compared to medical/

surgical masks for preventing the spread of viral respiratory illness; **Summary of findings 3** Hand hygiene compared to control for preventing the spread of viral respiratory illness

**Comparison 1: Medical/surgical masks compared to no masks**

We included nine trials (eight of which were cluster-RCTs) comparing medical/surgical masks versus no masks (Aiello 2012; Barasheed 2014; Canini 2010; Cowling 2008; Jacobs 2009; MacIntyre 2009; MacIntyre 2015; MacIntyre 2016; Suess 2012). Two trials were conducted with healthcare workers (HCWs) (Jacobs 2009; MacIntyre 2015), whilst the other seven studies included people living in the community. All trials were conducted in non-pandemic settings.

### Primary outcomes

**1. Numbers of cases of viral illness (including ARIs, ILI, and laboratory-confirmed influenza)**

Pooling of all nine trials found an estimate of effect for the outcomes of ILI cases (risk ratio (RR) 0.99, 95% confidence interval (CI) 0.82 to 1.18; low-certainty evidence; Analysis 1.1) suggesting that wearing a medical/surgical mask may make little or no difference for this outcome. Similarly, the estimate of effect for laboratory-confirmed influenza cases (RR 0.91, 95% CI 0.66 to 1.26; 6 trials; moderate-certainty evidence; Analysis 1.1) suggests that wearing a medical/surgical mask probably makes little or no difference compared to not wearing a mask for this outcome. We downgraded the certainty of the evidence two levels for ILI due to inconsistency of the effect across studies and wide CI of the pooled effect. Sixty-five per cent of the weight of the ILI analysis was carried by one study (Aiello 2012).

A separate analysis of the two trials in healthcare workers for the outcome ILI (RR 0.37, 95% CI 0.05 to 2.50; low-certainty evidence; Analysis 1.2) suggests that there is considerable uncertainty as to whether there is any benefit (Jacobs 2009; MacIntyre 2015). The effect estimate was downgraded due to very wide CI of the pooled effect.

The design of most trials assessed whether masks protected the wearer. Four trials were cluster-RCTs, with all participants in the intervention clusters required to wear masks, thus assessing both source control and personal protection. In two trials the clusters were households with a member with new influenza; neither of these studies found any protective effect (RR 1.03 in 105 households (Canini 2010); RR 1.21 in 145 households (MacIntyre 2009)). In two trials the clusters were college dormitories during the influenza season; neither study found any reduction (RR 1.10 in 37 dormitories (Aiello 2012); RR 0.90 in three dormitories (Aiello 2010)). We excluded Aiello 2010 from the meta-analysis since we did not consider 'randomisation' of three clusters to three arms to be a proper randomised trial.

**2. Adverse events related to the intervention**

Canini 2010 reported that 38 (75%) of participants in the intervention arm experienced discomfort with the mask use due to warmth (45%), respiratory difficulties (33%), and humidity (33%). Children reported feeling pain more frequently (3/12) than other participants wearing adult face masks (1/39; P = 0.04). In MacIntyre 2015, adverse events associated with face mask use were reported in 40.4% (227/562) of HCWs in the medical-mask arm. General discomfort (35.1%; 397/1130) and breathing problems (18.3%;

207/1130) were the most frequently reported adverse events. Suess 2012 reported that the majority of participants (107/172; 62%) did not report any problems with mask-wearing. More adults reported no problems (71%) compared to children (36/72; 50%; P = 0.005). The main issues when wearing a face mask for adults as well as for children were "heat/humidity" (18/34; 53% of children; 10/29; 35% of adults; P = 0.1), followed by "pain" and "shortness of breath". Cowling 2008 mentioned that no adverse events were reported. The other trials did not report measuring adverse outcomes.

### Secondary outcomes

**1. Deaths**

Not reported.

**2. Severity of viral illness as reported in the studies**

Jacobs 2009 reported that participants in the mask group were significantly more likely to experience more days with headache and feeling bad. They found no significant differences between the two groups for symptom severity scores. None of the other trials reported this outcome.

**3. Absenteeism**

Not reported.

**4. Hospital admissions**

Not reported.

**5. Complications related to the illness (e.g. pneumonia)**

Not reported.

### Comparison 2: N95/P2 respirators compared to medical/surgical masks

We included five trials comparing medical/surgical masks with N95/P2 respirators (Loeb 2009; MacIntyre 2009; MacIntyre 2011; MacIntyre 2013; Radonovich 2019). All of these trials except MacIntyre 2009 included HCWs. MacIntyre 2009 included carers and household members of children with a respiratory illness recruited from a paediatric outpatient department and a paediatric primary care practice in Sydney, Australia.

### Primary outcomes

**1. Numbers of cases of viral illness (including ARIs, ILI, and laboratory-confirmed influenza)**

Pooling of three trials found an estimate of effect suggesting considerable uncertainty as to whether an N95/P2 respirator provides any benefit compared to medical/surgical masks for the outcome of clinical respiratory illness (RR 0.70, 95% CI 0.45 to 1.10; very low-certainty evidence; Analysis 2.1) (MacIntyre 2011; MacIntyre 2013 (2 arms); Radonovich 2019). Based on five trials conducted in four healthcare settings and one household (Loeb 2009; MacIntyre 2009; MacIntyre 2011; MacIntyre 2013; Radonovich 2019), the estimates of effect for the outcome of ILI (RR 0.82, 95% CI 0.66 to 1.03; low-certainty evidence; Analysis 2.1) suggest that N95/P2 respirators may make little or no difference for this outcome. The estimate of the effect for the outcome of laboratory-confirmed influenza infection (RR 1.10, 95% CI 0.90 to 1.34; moderate-certainty evidence; Analysis 2.1) suggests that the use of a N95/P2 respirator compared to a medical/surgical mask probably makes little or no difference for this more precise and objective outcome.

The outcomes clinical respiratory illness and ILI were reported separately. Considering how these outcomes were defined, it is highly likely that there was considerable overlap between the two, therefore these outcomes were not combined into a single clinical outcome (Analysis 2.1). The laboratory-confirmed viral respiratory infection outcome included influenza primarily but multiple other common viral respiratory pathogens were also included in several studies. The laboratory-confirmed viral infection outcome was considered more precise and objective in comparison to the clinical outcomes, which were more subjective and considered to be less precise. The findings did not change when we restricted the evidence to HCWs (Analysis 2.2).

**2. Adverse events related to the intervention**

Harms were poorly reported, but generally discomfort wearing medical/surgical masks and N95/P32 respirators was mentioned in several studies. Radonovich 2019 mentioned that participants wearing the N95 respirator reported skin irritation and worsening of acne. MacIntyre 2011 reported that adverse events were more common with N95 respirators; in particular, discomfort was reported in 41.9% of N95 wearers versus 9.8% of medical-mask wearers (P < 0.01); headaches were more common with N95 (13.4% versus 3.9%; P < 0.01); difficulty breathing was reported more often in the N95 group (19.4% versus 12.5%; P = 0.01); and N95 caused more problems with pressure on the nose (52.2% versus 11.0%; P < 0.01). In MacIntyre 2013, fewer participants using the N95 respirator reported problems (38% (195/512) versus 48% (274/571) of participants in the medical-mask arm; P = 0.001). Loeb 2009 mentioned that no adverse events were reported.

The one trial conducted in the community mentioned that more than 50% of participants reported concerns with both types of masks, mainly that wearing them was uncomfortable, but there were no significant differences between the P2 (N95) and surgical-mask groups (MacIntyre 2009).

### Secondary outcomes

**1. Deaths**

Not reported.

**2. Severity of viral illness as reported in the studies**

Not reported.

**3. Absenteeism**

Loeb 2009 reported that 42 participants (19.8%) in the surgical-mask group reported an episode of work-related absenteeism compared with 39 (18.6%) of participants in the N95 respiratory group (absolute risk difference −1.24%, 95% CI −8.75% to 6.27%; P = 0.75).

**4. Hospital admissions**

Not reported.

**5. Complications related to the illness (e.g. pneumonia)**

Loeb 2009 reported that there were no episodes of LRTIs.

### Comparison 3: Hand hygiene compared to control

Sixteen trials compared hand hygiene interventions with control and provided sufficient data to include in meta-analyses (Azor-Martinez 2018; Biswas 2019; Correa 2012; Cowling 2008; Cowling

Cochrane Library

Trusted evidence.
Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

**2. Adverse events related to the intervention**

Farr 1988b reported cough in 4% of participants using virucidal tissues versus 57% in the placebo group, but 24% reported nasal burning in the virucidal tissue group versus 8% in the placebo group. Longini 1988 did not report on adverse effects.

***Secondary outcomes***

**1. Deaths**

Not reported.

**2. Severity of viral illness as reported in the studies**

Not reported.

**3. Absenteeism**

Not reported.

**4. Hospital admissions**

Not reported.

**5. Complications related to the illness (e.g. pneumonia)**

Not reported.

**D I S C U S S I O N**

**Summary of main results**

See Table 8.

==1. Medical/surgical masks compared to no masks==

==The pooled estimates of effect from RCTs and cluster-RCTs for wearing medical/surgical masks compared to no masks suggests little or no difference in interrupting the spread of ILI (RR 0.99, 95% CI 0.82 to 1.18; low-certainty evidence) or laboratory-confirmed influenza== (RR 0.91, 95% CI 0.66 to 1.26; moderate-certainty evidence) in the combined analysis of all populations from the included trials. We found similar results for ILI in HCWs (RR 0.37, 95% CI 0.05 to 2.50; very low-certainty evidence). Four trials were cluster-RCTs, with all participants in the intervention clusters required to wear masks, thus assessing both source control and personal protection. In two trials the clusters were households with a member with new influenza; ==neither trial found any protective effect== (RR 1.03 in 105 households (Canini 2010); RR 1.21 in 145 households (MacIntyre 2009)). In two trials the clusters were college dormitories during the influenza season; ==neither trial found any reduction== (RR 1.10 in 37 dormitories (Aiello 2012); RR 0.90 in three dormitories (Aiello 2010)). We excluded Aiello 2010 from meta-analysis since we did not consider 'randomisation' of three clusters to three arms was a proper randomised trial.

Less than half of the trials comparing masks with no masks addressed harms of mask wearing (Canini 2010; Cowling 2008; MacIntyre 2015; Suess 2012). ==Warmth, respiratory difficulties, humidity, and general discomfort were the most frequently reported adverse events.== More adults reported no harms compared to children.

==In one trial (MacIntyre 2015), cloth masks were associated with a significantly higher risk of both ILI and laboratory-confirmed respiratory virus infection in HCWs. In addition, filtration capacity of the two-ply cotton cloth masks was found to be only 3% and markedly less than with surgical masks based on standardised== ==particle testing. The authors suggested moisture retention, poor filtration, and penetration of the virus through the mask as plausible explanations for the increased risk of infection.==

We did not find any randomised trials assessing the effectiveness of barrier interventions using a combination of masks, gloves, and gowns.

**2. N95 respirators compared to medical/surgical masks**

Comparisons between N95 respirators and surgical masks for the outcomes of clinical respiratory illness and the outcome of laboratory-confirmed influenza showed estimates of effect suggesting considerable uncertainty for any benefit for the former outcome and probably little or no difference for the latter outcome. Five trials (four in healthcare settings and one in a household setting) compared N95/P2 respirators with surgical masks. Pooling of three of these trials showed an estimate of effect suggesting considerable uncertainty as to whether there was any benefit comparing N95 respirators and medical/surgical face masks for the outcome of clinical respiratory illness (RR 0.70, 95% CI 0.45 to 1.10; very low-certainty evidence), and that N95 respirators may make little or no difference for the outcome ILI (RR 0.82, 95% CI 0.66 to 1.03; low-certainty evidence) and probably little or no difference for the outcome laboratory-confirmed influenza (RR 1.10, 95% CI 0.90 to 1.34; moderate-certainty evidence). The presence of imprecision (wide confidence intervals) and heterogeneity, particularly for the more subjective and less precise outcomes of clinical respiratory illness and ILI compared to laboratory-confirmed influenza infection, makes it difficult to assess whether there may be a benefit of either medical/surgical masks or N95/P2 respirators. Restricting the pooling to HCWs made no difference to the overall findings. The two trials with the largest event rates were quite consistent in their findings of no significant differences between N95 and surgical masks for the outcomes laboratory-confirmed influenza and all laboratory-confirmed viral infections (Loeb 2009; Radonovich 2019). Three of the trials contributing to this analysis were carried out by members of the same group (MacIntyre 2009; MacIntyre 2011; MacIntyre 2013).

In general, harms were poorly reported or not reported at all in trials comparing N95 respirators with surgical masks. General discomfort resulting in reduced wear compliance was the most frequently reported harm.

**3. Hand hygiene compared to control**

We found that the estimate of effect may offer a benefit for hand hygiene for the composite outcome 'ARI or ILI or influenza' (RR 0.89, 95% CI 0.84 to 0.95; low-certainty evidence), and probably offers a benefit for the outcomes ARI alone (RR 0.84, 95% CI 0.82 to 0.86; moderate-certainty evidence) and absenteeism (RR 0.64, 95% CI 0.58 to 0.71). An observed estimate of effect in favour of hand hygiene for laboratory-confirmed influenza but with wider CIs may be a consequence of smaller sample sizes in conjunction with a more rigorous outcome measure.

**4. Hand hygiene + medical/surgical masks compared to control**

The estimate of effect of combined hand hygiene and mask interventions compared to control in six (mostly small) trials suggested that the intervention may make little or no difference for the outcomes ILI (RR 1.03, 95% CI 0.77 to 1.37) and laboratory-confirmed influenza (four trials) (RR 0.97, 95% CI 0.69 to 1.36).

Copyright © 2020 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.



Cochrane Trusted evidence.
Library Informed decisions.
Better health.

Cochrane Database of Systematic Reviews

(OR 1.06, 95% CI 0.90 to 1.25), laboratory-confirmed influenza (OR 0.94, 95% CI 0.73 to 1.20), or clinical respiratory illness (OR 1.49, 95% CI 0.98 to 2.28), with the evidence profile suggesting that there was greater imprecision and inconsistency in the outcome of clinical respiratory illness. Moreover, in another recent systematic review that assessed the effectiveness of personal protective and environmental measures in non-healthcare settings (funded by the WHO), 10 RCTs reporting estimates of the effectiveness of face masks in reducing laboratory-confirmed influenza virus infections in the community were identified (Xiao 2020). The evidence from these RCTs suggested that the use of face masks either by infected persons or by uninfected persons does not have a substantial effect on influenza transmission.

The findings from several systematic reviews and meta-analyses over the last decade have not demonstrated any difference in the clinical effectiveness of N95 respirators or equivalent compared to the use of surgical masks when used by HCWs in multiple healthcare settings for the prevention of respiratory virus infections, including influenza.

Reviews based on observational studies have usually found a stronger protective effect for face masks, but have important biases. The review by Chu 2020 did not consider RCTs of influenza transmission, but only the observational studies examining impact on SARS, MERS, or SARS-CoV-2. For N95 masks versus no mask in HCWs, there was a large protective effective with an OR of 0.04 (95% CI 0.004 to 0.30); for surgical masks versus no masks, there was an OR of 0.33 (0.17 to 0.61) overall, but four of these studies were in healthcare settings. Chu 2020 has been criticised for several reasons: use of an outdated 'Risk of bias' tool; inaccuracy of distance measures; and not adequately addressing multiple sources of bias, including recall and classification bias and in particular confounding. Confounding is very likely, as preventive behaviours such as mask use, social distancing, and hand hygiene are correlated behaviours, and hence any effect estimates are likely to be overly optimistic.

Also based on observational studies, Jefferson 2011 found a protective effect of wearing surgical masks with hygienic measures compared to not wearing masks in the SARS 2003 outbreak (OR 0.32, 95% CI 0.26 to 0.39). However, the evidence was based on case-control studies carried out during the outbreak. There was some additional but very limited supportive evidence from the cohort studies in Jefferson 2011.

Although the use of eye protection and physical distancing measures are widely believed to be effective in reducing transmission of respiratory viruses and mitigating the impact of an influenza pandemic, we found only one trial investigating the role of self-quarantine in reducing the incidence of H1N1 influenza events in the workplace, and no trials examining the effect of eye protection. The evidence for these measures was derived largely from observational studies and simulation studies, and the overall quality of supporting evidence is relatively low. The finding of limited evidence evaluating these interventions was also consistent with a recent review funded by the WHO for the preparation of its guidelines on the use of non-pharmaceutical interventions for pandemic influenza in non-medical settings (Fong 2020).

There are several previous systematic reviews on hand hygiene and respiratory infections. Five of them reviewed the evidence

in a community setting (Moncion 2019; Rabie 2006; Saunders-Hastings 2017; Warren-Gash 2013; Wong 2014), and three focused on children (Mbakaya 2017; Willmott 2016; Zivich 2018). The earliest review in 2006 included eight studies (Rabie 2006), three of which were RCTs. The pooled estimate of seven studies was described as "indicative" of the effect of hand hygiene, but the studies were of poor quality. The Warren-Gash 2013 review included 16 studies (10 of which were RCTs) and reported mixed and inconclusive results. A 2014 review identified 10 RCTs and reported that the combination of hand hygiene with face masks in high-income countries (five trials) significantly reduced the incidence of laboratory-confirmed influenza and ILI, whilst hand hygiene alone did not (Wong 2014). This significant reduction in laboratory-confirmed influenza and ILI for hand hygiene and face masks may have been based on the raw numbers without adjusting for any clustering effects in the included cluster trials, which produced inappropriately narrow CIs, and possibly biased treatment effect estimates. Moreover, trials from the low-income countries were not included in the review, and this significant effect was not demonstrated when all the trials identified in the review were combined. The Saunders-Hastings 2017 review of studies evaluating the effectiveness of personal protective measures in interrupting pandemic influenza transmission only identified two RCTs (Azor-Martinez 2014; Suess 2012), which reported a significant effect of hand hygiene. The Moncion 2019 review identified seven RCTs of hand hygiene compared to control, with mixed results for preventing the transmission of laboratory-confirmed or possible influenza. Systematic reviews of RCTs of hand hygiene interventions amongst children, Mbakaya 2017; Willmott 2016, or at a non-clinical workplace, Zivich 2018, identified heterogeneous trials with quality problems including small numbers of clusters and participants, inadequate randomisation, and self-reported outcomes. Evidence of impact on respiratory infections was equivocal.

## AUTHORS' CONCLUSIONS

### Implications for practice

The evidence summarised in this review on the use of masks is largely based on studies conducted during traditional peak respiratory virus infection seasons up until 2016. We will incorporate relevant published studies in COVID-19 when their results are available. The observed lack of effect of mask wearing in interrupting the spread of ILI or influenza in our review has many potential reasons, including: poor study design; insufficiently powered studies arising from low viral circulation in some studies; lower compliance with mask wearing, especially among children; quality of the masks used; self-contamination of the mask by hands; lack of protection from eye exposure from respiratory droplets (allowing a route of entry of respiratory viruses into the nose via the lacrimal duct); saturation of masks with saliva from extended use (promoting virus survival in proteinaceous material); and risk compensation behaviour leading to an exaggerated sense of security (Brosseau 2020; Canini 2010; Cassell 2006; MacIntyre 2015; Rengasamy 2010; Zamora 2006).

Our findings show that hand hygiene has a modest effect as a physical intervention to interrupt the spread of respiratory viruses, but several questions remain. First, the high heterogeneity between studies may suggest that there are differences in the effect of different interventions. The poor reporting limited our ability to extract the information needed to assess any 'dose response'

Copyright © 2020 The Cochrane Collaboration. Published by John Wiley & Sons, Ltd.

Plaintiffs' Exhibit 367

**Table 1**

Physiological and Psychological Effects of Wearing Facemask and Their Potential Health Consequences.

| Physiological Effects | Psychological Effect | Health Consequences |
| --- | --- | --- |
| <ul><li>Hypoxemia</li><li>Hypercapnia</li><li>Shortness of breath</li><li>Increase lactate concentration</li><li>Decline in pH levels</li><li>Acidosis</li><li>Toxicity</li><li>Inflammation</li><li>Self-contamination</li><li>Increase in stress hormones level (adrenaline, noradrenaline and cortisol)</li><li>Increased muscle tension</li><li>Immunosuppression</li></ul> | <ul><li>Activation of "fight or flight" stress response</li><li>Chronic stress condition</li><li>Fear</li><li>Mood disturbances</li><li>Insomnia</li><li>Fatigue</li><li>Compromised cognitive performance</li></ul> | <ul><li>Increased predisposition for viral and infection illnesses</li><li>Headaches</li><li>Anxiety</li><li>Depression</li><li>Hypertension</li><li>Cardiovascular disease</li><li>Cancer</li><li>Diabetes</li><li>Alzheimer disease</li><li>Exacerbation of existing conditions and diseases</li><li>Accelerated aging process</li><li>Health deterioration</li><li>Premature mortality</li></ul> |

Plaintiffs' Exhibit 368

# Please Remove Your Mask!

Your reason for wearing a mask is no more valid or important than anyone else's for not wearing a mask...regardless of what any government official, media member or "expert" says. ==Mask Anxiety is real!  It's running rampant through our society and will have long lasting psychological, physical and other yet unknown effects (especially on our children) for years to come.  **If you suffer from Mask Anxiety or you believe masks do more harm than good, please stop wearing them and contributing to the degradation of American society.**== Remember: We're all in this together!

## Our Mission

Our mission is to get rid of government mandates and the anti-American elected officials who enact, enforce or support them.  Whether those officials are Republicans, Democrats, corrupt, greedy or just stupid.  We live in the information age.  If there's a dangerous virus out there, our families & communities will come up with the most effective solution before any government office will.  If we need to stay home, close businesses, wear masks or hazmat suits, we'll figure it out.  **Government mandates may work in China, but we shouldn't allow them to work in America!**

## Children & Masks

==One of the biggest concerns that creates the most anxiety in us is the wearing of masks by children==.  Unfortunately, when there are billions of corporate dollars at stake, even our children aren't off limits.  ==It's been said that:  "Anyone involved in having a child strap something made in China across their face for 8 hours a day, because it's the socially==

responsible *thing to do,* should either be arrested or seek psychological help."  In the beginning of the Covid-19 pandemic, it was suggested that children should only wear masks if there was a clear, immediate and present danger to their health.  Most people thought it would be absurd to do anything to hamper the breathing of someone with developing lungs, immune and other bodily systems, even for short periods of time, without that danger present.  Since then, things have changed.  Whether we've become desensitized, brainwashed by social & mainstream media or decided it was no big deal and the *right thing to do,* children are wearing masks 6-8 hours daily while at schools or other places masks are required.  Many still argue that children, or anyone else for that matter, shouldn't leave their houses if there is something so dangerous out there that would require a mask to be worn.  The long term physical and psychological effects on children of just wearing masks for extended periods of time are unknown.  Although many would say they will be far worse than the effects of any virus in the air.  Not even considering that most of the masks or face coverings children are wearing are made in China, with various types of fabrics, dyes, bleaches, chemicals, etc.  Of course, these mask manufacturers and anyone else making money off masks can cite many articles (maybe written by them) and scientific tests (maybe done by their scientists) claiming that they're perfectly safe for children and adults.  They'll mention anecdotal evidence like medical professionals wearing them for years, their prevalence in Chinese society, social responsibility, science or that it's just common sense.  Many would say we're doing what amounts to a scientific experiment on our children.  It wouldn't surprise me if we wake up in 20 years with a generation of young adults with breathing problems, psychological issues, immune system deficiencies or strange cancers from the extended wearing masks.  So, If you've been conned into wearing masks by social, local & national media, politicians, virtue signalers, mask manufacturers, testing manufacturers, vaccine manufacturers or others who stand to make billions (if not trillions) on pandemic related products and services, you're not alone.  Keep wearing them if you need to, just promise us you'll think twice before putting one on a child again

## Government Mandates

**Wake up America!**  Our country is being destroyed by overzealous, self-serving and self righteous; mayors, governors, media members, big businesses, school boards, celebrities, etc. making decisions for our communities based on what they or their "experts" think is best for us (or their bank accounts), with no regard for what the American people want.  We all know there are experts on both sides of every issue and there is never really a "right side".  Unfortunately. over the past year, elected officials have decided what the "right side" is for our families and communities.  Government mandates, restrictions to schools and businesses, stay-at-home orders, forced quarantines, travel restrictions, etc. have devastated cities, states, communities, businesses and the general health and welfare of our country.  Most of us believe that politics, media & large corporations played too big of a role and we would have been better off doing something different or even doing nothing at all.  Just temporarily closing businesses and schools will contribute more to obesity, alcoholism, drug addiction, mental illness, business failures, suicides, economic and other unintended negative consequences than most of us can imagine.  The elected officials and others in charge of enacting, enforcing or supporting these mandates, either had too much to gain or were too stupid to think about the unintended consequences of their actions.  We have heard from many "experts" employed by major drug companies, large corporations, politicians, media, etc., who often stand to gain billions for themselves or the companies they represent.  They've all been preaching about "science" and "common sense" while the companies they work for or own have been getting rich.  We haven't heard from many experts on the side that there is no money to be made and when we have, they've typically been dismissed as being 'crazy' or 'reckless'.  Their contrary opinions are obviously bad for business!

## How did we get here?

Follow the money!  The 3 main beneficiaries of the Covid-19 pandemic and the related mandates enacted by our elected officials have been **Big Business, Big Media & Big Pharma**...who coincidentally or not, are the major financial political contributors and are often the main reason these officials were elected in the first place.  You can bet the Big 3

have been lobbying from the beginning for mask mandates, stay-at-home orders, business restrictions, etc.  Many pockets are getting fat while the average American suffers.  Many promises have probably been made behind closed doors for future campaign contributions, jobs for relatives, perks, etc.  All done in the name of saving the American people from a horrible virus.  They're all financially incentivized to to keep the pandemic going as long as possible.

**Big Business** – Large corporations are making more money than ever before. The stock market has continued to make all-time highs throughout the Covid-19 pandemic.  Meanwhile, more and more small businesses are closing every day.  Big businesses were able to lobby the politicians that they helped get elected and come up with terms like "essential" businesses and get favorable regulations from their politician buddies.  They already had things like home deliveries in place and were able to shift to work-from-home models, knowing the high upfront costs would prohibit many small businesses from doing the same.  It would be no surprise if large businesses lobbied behind closed doors for tight restrictions, knowing it would wipe out much of their competition.  Government mandates have severely damaged the American entrepreneurial spirit. Would you want to start a business in a country that's motto was Government "For and By the Politicians and their Supporters" instead of "For and By the People"?

**Big Media**– In the past year, we've witnessed a perfect storm for social and mainstream media.  Never before has Big Media had the undivided attention of so many people at one time.  As most of America was home with a lot more time on their hands, the media capitalized on it just like any other smart business would have.  We've all clicked on countless pandemic related stories and watched countless hours of pandemic related TV coverage.  Just like Big Business, Big Media is incentivized to keep the Covid-19 pandemic going as long as possible.  Sensationalism, fear generation and fabricated stories to get and keep our attention are making them more money than they've ever dreamed of.  Truth in journalism means nothing when there are millions of advertising dollars at stake.  You certainly don't see any anti-mask, anti-vaccine or any other stories that may go against their major advertisers or result in shortening the pandemic.   Unfortunately, news stories stating that "*Over half the Covid-19 deaths happened in nursing homes*" or "*More than*

*500,000 Americans died last year from Covid-19, but that 450,000 of these people probably would have died from heart disease, cancer or old age last year anyway.*" wouldn't get nearly the attention or make nearly the money, but would probably be closer to the truth than anyone is reporting.  If you stopped clicking on related stories and watching coverage, the pandemic would probably magically be gone tomorrow.  Otherwise, it will last as long as they can keep you interested.

**Big Pharma** – Being the mainstream media's biggest advertiser for many years and some of the largest political campaign contributors, they are able to push virtually any agenda they desire to the American public with ease.  They have lobbyists in every inch of our political system and influence almost every decision made in politics.  The media creates the fear...the politicians make mask mandates and shut down the country...the media gets more customers spending more time, generating more advertising dollars...big business thrives...the hero drug companies come in and save us all with their magical vaccines...and everyone involved gets their bank accounts stuffed with $$$...the perfect crime...GENIUS!  Of course, our "hero" drug companies are the same ones that have over half of America hooked on prescription meds.  The "heroes" that constantly lose lawsuits for fraud and not disclosing dangerous side effects of the drugs they're making billions on. The "heroes" that look the other way when they see thousands of Americans overdosing on their addictive pain medications.  The "heroes" that made sure they wouldn't face any liability from the experimental vaccines they whipped up but are certainly going to make billions from them.  They've got the media and politicians doing their dirty work, telling Americans' things like, trust "science" and we can all get back to "normal" if we just get vaccinated, probably making all kinds of *behind the scenes* promises for future advertising and campaign contributions.  The "science" they're talking about is really *science for profit* aka *good old business* and we probably never would have left "normal" if not for bad judgement and greed in the first place.  The coming narrative will likely be that vaccines saved us all... we'll be forever indebted to the "heroes"...and we'll be loading our bodies with whatever else they can make money on for years to come.  Of course, if you say something like, "Any fool that would put an *experimental* vaccine in a person with a healthy immune system, especially a child, because of advertising or a government official told them to, should be checked into a mental institution." you'll get you banned from social media sites and

probably have governmental officials knocking on your door.

If our government and the Big 3 above, focused one-tenth of the efforts they spent last year on Covid-19, on heart disease and getting Americans more health conscious (arguably a much more controllable issue), they could save countless lives and contribute to the quality of life of millions.  Of course, that would result in people spending less time hooked on media, less need for prescription medications and less money for big business...so you're almost guaranteed not to see that happen anytime soon.

## Our Future

It's May 1, 2021...much of the pandemic related nonsense is starting to die down in some areas but is still going strong in others.  We know the future and unfortunately, it looks much like the past.  There's too much easy money to be made for it not to repeat itself.  The above Big 3 will figure out how to regenerate the pandemic sooner than you think.  Before you know it, you'll hear "masks up", close businesses, more vaccines, etc. so we can "conquer" the next Covid variant or dangerous flu virus.  Like they say, fool me once, shame on you...fool me twice, shame on me.  Don't let your guard down! Hopefully our society will be a little wiser next time and not let the Big 3, along with the elected officials, do more damage to out society while they pursue the almighty dollar.

If your employer or a business you frequent, has a mandatory mask requirement, let us know and we'll try to get them to change their policy.

**HELP US SAVE AMERICA! TELL US YOUR MASK ANXIETY AND WE'LL SEND YOU A FREE MASKANXIETY.ORG BRACELET.**

Name:

Email*

Plaintiff's Exhibit 369

**COVID-19 Information**
Public health information (CDC)
Research information (NIH)
SARS-CoV-2 data (NCBI)
Prevention and treatment information (HHS)
Español

FULL TEXT LINKS



> Neurocirugia (Astur). 2008 Apr;19(2):121-6. doi: 10.1016/s1130-1473(08)70235-5.

# Preliminary report on surgical mask induced deoxygenation during major surgery

A Beder [1], U Büyükkoçak, H Sabuncuoğlu, Z A Keskil, S Keskil

Affiliations
PMID: 18500410   DOI: 10.1016/s1130-1473(08)70235-5

## Abstract

**Objectives:** This study was undertaken to evaluate whether the surgeons' oxygen saturation of hemoglobin was affected by the surgical mask or not during major operations.

**Methods:** Repeated measures, longitudinal and prospective observational study was performed on 53 surgeons using a pulse oximeter pre and postoperatively.

**Results:** Our study revealed a decrease in the oxygen saturation of arterial pulsations (SpO2) and a slight increase in pulse rates compared to preoperative values in all surgeon groups. The decrease was more prominent in the surgeons aged over 35.

**Conclusions:** Considering our findings, pulse rates of the surgeon's increase and SpO2 decrease after the first hour. This early change in SpO2 may be either due to the facial mask or the operational stress. Since a very small decrease in saturation at this level, reflects a large decrease in PaO2, our findings may have a clinical value for the health workers and the surgeons.

Case 6:21-cv-01008-PGB-DCI    Document 62-6    Filed 09/14/21    Page 118 of 360 PageID 3250

*Ann. Occup. Hyg.*, Vol. 56, No. 1, pp. 102–112, 2012
Published by Oxford University Press
on behalf of the British Occupational Hygiene Society
doi:10.1093/annhyg/mer069

# Review

Plaintiff's Exhibit 370

# Protective Facemask Impact on Human Thermoregulation: An Overview

## RAYMOND J. ROBERGE*, JUNG-HYUN KIM and AITOR COCA

*National Personal Protective Technology Laboratory, National Institute for Occupational Safety and Health, Centers for Disease Control and Prevention*

Received 6 April 2011; in final form 5 July 2011; published online 13 September 2011

The use of protective facemasks (PFMs) negatively impacts respiratory and dermal mechanisms of human thermoregulation through impairment of convection, evaporation, and radiation processes. The relatively minor reported increases in core temperature directly attributable to the wearing of PFMs suggest that associated perceptions of increased body temperature may have a significant psychological component or that regional or global brain temperature changes are involved. Modifications in PFM structure, components, and materials might allow for improved heat dissipation and enhanced compliance with use.

*Keywords:* comfort; core temperature; PFMs; thermoregulation; tolerance

## INTRODUCTION

The spate of serious viral respiratory infectious agent outbreaks (e.g. severe acute respiratory syndrome, avian influenza, and pandemic influenza) has placed significant impetus upon the use of protective facemasks (PFMs), including filtering facepiece respirators (FFRs), surgical/medical facemasks (FM), and elastomeric air-purifying respirators (EAPRs) by healthcare workers (HCWs) and the public. The most commonly employed PFMs in these situations are FFRs and FMs. FFR are tight-fitting particulate respirators with a filter as an integral part of the facepiece or with the entire facepiece composed of the filtering medium that covers at least the mouth and nose and filters out harmful particles (NIOSH, 2004). FMs are loose-fitting disposable masks that cover the nose and mouth and are referred to by various nomenclatures, such as surgical mask, medical mask, procedure mask, dental mask, and laser mask.

FMs were initially introduced into surgery to not only prevent surgical personnel from contaminating the surgical field with respiratory droplets expelled during speaking, coughing, and sneezing but also protect the wearer from splashes or sprays (TFAH and AAP, 2009). Because of their loose fit, FMs are unable to provide a high degree of protection from airborne particulates of small dimensions (i.e. droplet nuclei) that can harbor pathogens (Oberg and Brosseau, 2008). EAPRs are reusable, air-purifying respirators (APR) with facepieces made of pliable materials (e.g. silicone, rubber, and plastic) that employ one or two particulate cartridge filters and come in full facepiece or half-mask models (Roberge *et al.*, 2010d). Although there is currently some ongoing debate and investigation into the relative merits of FFR versus FM in protecting the wearer from pathogens (Loeb *et al.*, 2009; Srinivasan and Perl, 2009; Gralton and McLaws, 2010), there is less controversy regarding their being of some efficacy in preventing the transmission of respiratory pathogens (Cowling *et al.*, 2009; MacIntyre *et al.*, 2009; Aiello *et al.*, 2010). However, the use of PFMs will not be effective if not used appropriately.

One of the more frequently cited reasons for intolerance and associated lack of compliance with appropriate PFM use is the discomfort related to buildup of facial heat (Jones, 1991; Laird *et al.*, 2002; Radonovich *et al.*, 2009). In a recent study (Baig *et al.*, 2010),

*Author to whom correspondence should be addressed
Tel: +1-412-386-5241; Fax: +1-412-386-6864;
e-mail: dtn0@cdc.gov

Downloaded from https://academic.oup.com/annweh/article/56/1/102/166254 by guest on 26 August 2021

increased facial heat was experienced 'frequently-to-always' by 56% of HCWs wearing N95 FFR. PFM-associated facial heat complaints may represent any of a variety of effects, including local dermal effects, increased temperature of breathing air, elevated core temperature, or psychophysiological responses. This review will examine the etiology of PFM-associated increases in the body's heat perception and burden and suggest potential mitigation strategies.

## METHODS

A computerized literature search was undertaken for the period 1950–2010 with the search engines Medline®, OvidSP®, EMBase™, PsycINFO®, Compendex®, and Google®. A web-based search of relevant electronic references was also performed and the bibliographies of selected articles and text-books were perused for pertinent articles (Fig. 1). References selected for inclusion in the review were those that included information relating to heat, comfort, and tolerance associated with the use of PFMs.

## RESULTS

A total of 195 articles from the literature was retrieved along with 42 web-based relevant articles and one textbook chapter. Of these, 84 literature references serve as the database for this study, including 80 journal articles, 3 electronic references from medical, governmental, and news agency sources, and 1 book chapter. There is a paucity of data available on the influence of PFMs upon body thermoregulation.

## DISCUSSION

The genesis of PFM-associated changes in body temperature is a composite of several inputs of variable prominence that includes respiratory heat exchange mechanisms, the impact of nasal versus oral respiration, metabolic cost and thermal load of PFMs, facial skin heat load of PFMs, ambient climate and PFM microclimate (i.e. PFM dead space) heat and humidity, and psychophysiological heat response components.



**Fig. 1.** Literature review data sources.

Downloaded from https://academic.oup.com/annweh/article/56/1/102/166254 by guest on 26 August 2021

Downloaded from https://academic.oup.com/annweh/article/56/1/102/166254 by guest on 26 August 2021

*Respiratory heat exchange mechanisms*

Excess heat generated by the body's metabolism and transferred from environmental heat sources (e.g. radiation) must be released to the surrounding environment in order to maintain thermal homeostasis. While human heat balance can be conceptually explained in various forms, the following heat balance equation, re-written from Parsons (2003)· provides a practical approach for its estimation:

$$S = M - W - (C + R + E_{sk})$$
$$+ (C_{res} + E_{res}),$$

where $S$ = rate of heat storage (W·m$^{-2}$), $M$ = rate of metabolic energy production, $W$ = rate of the body's mechanical work, $C$ = rate of convective heat loss from the skin, $R$ = rate of radiative heat loss from the skin, $E_{sk}$ = rate of evaporative heat loss from the skin, $C_{res}$ = rate of convective heat loss from respiration, and $E_{res}$ = rate of evaporative heat loss from respiration. Thus, the body achieves heat balance when $S$ equals zero. As a point of interest, heat exchange (loss) through respiration consists of two components: convective heat loss as a function of cool air inhalation in which heat from the lungs is transferred in exhalation ($C_{res}$) and evaporative heat loss as a function of moisture saturation in exhaled air ($E_{res}$). In practice, the amount of respiratory heat loss can be quantified using the following equation (Parsons, 2003):

$$C_{res} + E_{res} = (0.0014\,M\,[34\,-\,T_a]$$
$$+ 0.0173\,M\,[5.87\,-\,p_a]),$$

where $T_a$ = ambient temperature (°C) and $P_a$ = ambient pressure (kPa). Under thermoneutral environmental conditions, inspired air is warmed and saturated in the lungs which are generally at core temperature, but exhaled air temperature is lower (e.g. ~34–35°C, Tozer, 1924; Winslow *et al.*, 1943) because some warmth and moisture are reclaimed in transit through the nasal passages. The proportion of heat loss through each component of the respiratory heat loss mechanism has not yet been determined, but it is generally agreed that a greater amount of heat is lost through $E_{res}$ than $C_{res}$ due to the fact that the latent heat of water evaporation is much greater than the specific heat of air. While a number of previous investigations have shown that respiratory heat loss is dependent on several variables such as temperature and vapor gradients of inspired air (McCutchan and Taylor, 1951; Cole, 1953), respiratory minute volume (Cole, 1953), changes in body temperature (Hanson, 1974), health status (e.g. asthma) (Burch, 1945; Deal *et al.*, 1979),

and working/exercise status (Cain *et al.*, 1990; Livingstone *et al.*, 1994), the total amount of respiratory heat loss as a function of $C_{res}$ and $E_{res}$ under normal condition is 10–15 Watts (W), which accounts for ~10% of total heat loss from the body (Burch, 1945; Ingelstedt, 1956; Hanson, 1974).

*Nasal and oral respiratory pathways of thermostasis*

The majority of healthy adults are nasal breathers at resting tidal breathing or light exertion (Niinimaa *et al.*, 1980; Hallani *et al.*, 2008), but changes in the partitioning of the breathing cycle among nasal, oronasal, and oral components can impact the respiratory portion of heat exchange, as well as microclimate (i.e. respirator dead space) heat and moisture content. The use of PFMs results in a switch from nasal to oral breathing in most adults (Harber *et al.*, 1997) and respiratory heat exchange is impacted variably by the route of respiration. Nasal breathing is associated with less heat loss to the environment than oronasal and mouth breathing because some expired heat and humidity are reclaimed by the rich vasculature and mucosal surfaces of the nasal passages and paranasal sinuses (Harber *et al.*, 1997; Holden *et al.*, 1999). The nasal mucosa normally recovers one-third of the water delivered to the inspiratory airflow from the expiratory airflow (Martins De Araujo *et al.*, 2000). When the metabolic rate is significant (e.g. during strenuous physical activity), a shift to oronasal breathing occurs that is associated with a greater respiratory minute volume (Niinimaa *et al.*, 1980) and the percentage of mouth breathing increases as the metabolic rate increases (Harber *et al.*, 1997). Increases in core temperature of ~1°C are associated with induction of hyperventilation (increase in pulmonary ventilation of ~35%) relative to metabolic needs (White, 2006). Results from a previous investigation (Varene *et al.*, 1986) showed that the temperature and amount of water delivered on expired air are significantly greater with mouth breathing than nasal breathing. Therefore, there would likely be an increase in the net respiratory heat loss to the environment with oronasal breathing over that noted with nasal breathing only, especially during strenuous physical work and hyperventilation. The net respiratory heat loss through oronasal breathing at a high workload (150 W), under temperate ambient temperature (25°C), has been reported as $103 \pm 12$ W, which accounts for ~46% of total cephalic heat loss (Rasch *et al.*, 1991).

The contribution of the breathing pathway to central nervous system temperature regulation has been an area of interest for some time. Hirata *et al.* (1978)

observed that tympanic temperatures (considered an indirect measure of core temperature) were consistently higher with mouth breathing, implying that the vascular supply to the head had been cooled more by normal nasal breathing. There have been studies proposing a mechanism of selective brain cooling (SBC) in which venous blood is cooled in the facial area and delivered through a direct venous pathway to the cranium to directly cool the brain and serve as a protective mechanism, especially in hyperthermic states (Cabanac and Caputa, 1979; Cabanac, 1993). This mechanism can be enhanced by nasal breathing and sweat evaporation on the head (Nagasaka *et al.*, 1998). Supporting this concept of SBC is the finding of a cooling effect (0.4–0.8°C) on the frontobasal aspects of the human brain (a site in proximity to the hypothalamus, the major thermoregulatory area of the brain) in post-operative, fully conscious neurosurgical patients with mild hyperthermia spontaneously nasal breathing for 3 min (18–20 breaths min$^{-1}$) in ambient temperature of 22°C (Mariak *et al.*, 1999). This can perhaps be partially explained by the fact that the distance between the roof of the nose and the floor of the anterior cranial fossa is less than a millimeter (Mariak *et al.*, 1999). Thus, evaporative cooling of the nasal mucosa through intensive nasal breathing directly impacts temperature on the frontobasal aspects of the brain. However, it is worth noting that the issue of whether an effect of SBC is only limited to a local brain region or to the entire brain (which constitutes a significant reduction in thermal gradients of body core temperature) still remains unresolved. Of note, some studies showed that mouth breathing results in a lowering of oral temperature readings due to the cooling effects of ventilatory air on the oral mucosa (Maron, 1983), with significantly lower temperature readings at the anterior sublingual and dorsum of the tongue sites than on the posterior sublingual and buccal trough sites (Cooper and Abrams, 1984). Others have also reported on elevated tympanic temperatures associated with mouth breathing (Neff *et al.*, 1989; Dezell, 1994). Thus, although it is apparent that different anatomic pathways for respiration (i.e. nose, mouth) influence thermoregulation to different degree, the use of multiple types of temperature monitoring methodologies (e.g. oral, tympanic, brain, and skin temperature measurements) reported in the research literature makes it difficult to determine accurately the full impact of nasal and oral respiration on core temperature. In general, based on available data, at low-to-moderate work rates, PFM-related increases in core temperature will likely be minor, irrespective of the route of respiration.

## Metabolic cost and thermal load of protective facemasks

The direct contribution of PFMs to the metabolic cost is considered to be minor: PFMs with low/moderate filter performance (typically resulting in lower levels of airflow resistance) [i.e. European classification P1 and P2 filters (80% and 94% filtration, respectively, at test conditions of 95 l min$^{-1}$ constant air flow rate)] add a metabolic cost of 20 W m$^{-2}$, and for PFMs with high performance filters [i.e. European classification P3 filters (99.95% filtration at test conditions of 95 l min$^{-1}$ constant air flow rate)], the metabolic cost is 40 W m$^{-2}$ (based on 1.8 m$^2$ body surface area) (Hanson, 1999). This mild effect of PFMs on energy expenditure at low-to-moderate work rates is supported by a recent study of HCWs wearing low-resistance PFMs [i.e. surgical masks and P2 equivalent FFR (i.e. N95 FFR)] during usual work activities for 30 min that showed increases in tympanic temperature of only 0.07 and 0.03°C, respectively (Yip *et al.*, 2005). Similarly, no added metabolic/thermal load was demonstrated for tight-fitting powered air-purifying respirators (PAPR) or a negative pressure full facepiece APR used in warm environments (33.9–35°C dry bulb temperatures) at low–moderate treadmill work rates for 20 min (Caretti, 2002; Caretti and Gardner, 2003). Under high heat/high work conditions (43.3°C/116 W h$^{-1}$) over 1 h, oral temperature increased only 0.33°C when wearing a full facepiece APR and no significant effect was noted under high heat/low work (58 W h$^{-1}$), low work/high heat, and low work/low heat (25°C) scenarios, whereas conditions remained basically unchanged with a half facepiece APR (James *et al.*, 1984). At a work rate of 200–300 Kcal h$^{-1}$, no significant differences were noted in core (rectal) temperature over 2 h for subjects wearing a full facepiece APR compared with not wearing a respirator (Martin and Callaway, 1974). Similarly, Guo *et al.* (2008) also reported that tympanic temperature rose only 0.2°C for FFR with an exhalation valve (N95FFR-EV) and 0.6°C for FFR during staggered treadmill exercise at 3.2 km h$^{-1}$ × 20 min, 4.6 km h$^{-1}$ × 10 min, and 6.4 km h$^{-1}$ × 10 min, with interspersed 10-min rest periods. In another study (Hayashi and Tokura, 2004), tympanic temperatures in four female subjects, at the end of performing 3 series of 15-min stepping exercises interspersed with 5-min rest periods at environmental conditions of 28°C temperature and 60% relative humidity (RH), showed increases ranging from ~0.25 to 0.5°C for N95 FFR-EV and 0.25–1.4°C for N95 FFR; increases in rectal temperature for the same exercise period were ~0.7 and 0.9°C, respectively. However, the timing of the menstrual cycle was not identified which could have

Downloaded from https://academic.oup.com/annweh/article/56/1/102/166254 by guest on 26 August 2021

impacted temperature measurements, and the subjects are wearing protective garments (Gore-Tex) which have somewhat limited vapor permeability that could also result in heat retention, so that it is difficult to partition out the FFR component of the rise in temperatures. Thus, it would appear from the limited available data that PFM use for periods ≤1 h, under varying workloads (low, moderate, and high), has, in and of itself, limited metabolic impact and is generally associated with only minimal-to-mild increases in body temperature as measured by oral or tympanic routes. While it is a common practice to reference a level of tympanic temperature as core body temperature in determining the thermal impact of PFMs, consideration must be given to the fact that studies have demonstrated that significant variability exists between concurrent measurements at both ears and between tympanic temperatures and pulmonary artery temperature (the 'gold standard' for core temperature) (Fulbrook, 1997; Sanderson et al., 2010). Logically, the impact on body temperature is likely to be augmented with longer, uninterrupted periods of PFM use in high ambient temperatures and humidity and at higher work rates.

### Facial skin temperature changes with protective facemasks

The head is an area of very high metabolic activity and is a critical structure for cooling, especially when the remainder of the body is impeded in normal heat dispersal (James et al., 1984). The heat flux per unit area of bare facial skin is 104 W m$^{-2}$, approximately double the 50 W m$^{-2}$ flux of the rest of the body (DuBois et al., 1990). In moderate environmental conditions, the average temperatures of peripheral tissues are 2–4°C lower than core temperature (Lenhardt and Sessler, 2006). Facial skin temperature in an adult can vary considerably by anatomic region, with the nasolabial and perioral areas (those areas most frequently covered by PFMs) having been reported as having the highest baseline facial temperatures in young adults (34.6 ± 1.7, 34.1°C ± 1.7) and older adults (35.3 ± 1.4, 35.2°C ± 1.3) (Marrakchi and Maibach, 2007). Body temperatures are regulated, in large measure, by the exchange of heat through the body's skin where radiation, convection, and evaporative processes occur, as described earlier. Obviously, in the facial region, these processes can only occur to their optimal extent with adequate facial skin exposure to the ambient environment, a situation that is impeded by the barrier effect of PFMs (Hanson, 1999). PFM facepiece materials and design significantly impact overall comfort (Caretti and Coyne, 2008) and EAPRs, with their larger non-breathable sealing areas, are

likely to have a greater impact on facial skin temperature than the more permeable FFRs and FMs. In addition to the barrier effect, the venous flow from the head and face to the cranial cavity that plays a role in brain cooling (Cabanac and Caputa, 1979) could theoretically be compromised by pressure from the straps and head harness of tight-fitting PFs (i.e. EAPRs). It has been posited that the discomfort of respirator wear is related to elevations in facial skin temperature (DuBois et al., 1990). Multiple studies have reported on the impact of PFMs upon facial skin temperature, but most do not report concurrent core temperatures that would assist in clarifying the central versus peripheral impact of PFM use upon body temperature. The contribution of facial skin temperature upon EAPR comfort parameters at 25°C ambient temperature is found in a formula derived by linear regression analysis of data from multiple studies (Caretti and Coyne, 2008):

$$\text{Comfort} \leq 25 = 0.59 + \left(0.06 \times \text{TS}_{\text{face}}\right)$$
$$+ (0.20 \times \text{facepiece}) + (0.29 \times \text{nose cup})$$
$$+ (0.25 \times \text{harness}) + (0.22 \times \text{breathing}),$$

where $\text{TS}_{\text{face}}$ = thermal sensation of the face, facepiece is a subjective rating of facepiece comfort (unit less), nose cup is subjective rating of nose cup comfort (unit less), harness is head harness comfort rating (unit less), and breathing is breathing comfort score (unit less).

At >25°C, the formula is: Comfort >25 = 0.40 + (0.12 ×TS$_{\text{face}}$) + (0.17 × facepiece) + (0.32 × nose cup) + (0.17 × harness) + (0.36 × breathing).

At ambient temperatures of 18.9–25.5°C and 49–63% RH, skin temperatures at the tip of the nose and at the chin increased 3.7–7.3 and 2.6–3.6°C, respectively, during sedentary activity while wearing surgical masks over a 15-min period (Enerson et al., 1967). Laird et al. (2002) reported that wearing a filter-type respirator during the last 15 min of a 30-min laboratory study at a low work rate (50 W) resulted in a 1.9°C increase in upper lip temperature, but had no effect on cheek temperatures not covered by the respirator. The second portion of that study, a simulated work environment at ambient temperatures of 17–24°C and 60–80% RH, led to increases in upper lip temperature of 0.5–2.4°C, but again had no effect on cheek temperatures measured outside the respirator. Johnson et al. (1997) noted that, at ambient conditions of 35°C and 90% RH, and sedentary activity for 90 min, skin temperature under a full facepiece APR rose by 2°C. Over a 30-min period at ambient temperatures of 21–26°C, skin temperatures taken

Downloaded from https://academic.oup.com/annweh/article/56/1/102/166254 by guest on 26 August 2021

under rubber EAPRs and dust-mist fiber masks (a type of FFR in common use before 1995) rose 1.5 and 1.1°C, respectively, above baseline values (Du-Bois *et al.*, 1990). From a subjective perception, PFM-related upper lip temperatures >34°C elicited sensations of warmth (and associated discomfort), whereas those below this level were sensed as cool-to-neutral (Gwosdow *et al.*, 1989; DuBois *et al.*, 1990), despite the fact that these temperatures are within the realm of normal facial temperatures. However, consideration must be given to the 90–100% RH levels attained in PFM that result in a PFM microenvironment heat index (combination of temperature and humidity effects) that may be quite high. For example, at air temperature of 34°C and 95% RH (e.g. equivalent to expired air under normal conditions), the PFM microenvironment heat index could be 62°C on exhalation, though it would subsequently be diminished variably by the admixture of inhaled ambient air.

Studies documenting the effect of PFMs upon facial skin and core temperatures concurrently are rare. Following 3 series of 15-min stepping exercises interspersed with 5-min rest periods at ambient temperature of 28°C and 60% RH, cheek temperatures under N95 FFR and N95 FFR-EV rose ~2.0 and 1.5°C, respectively, with concomitant increases in rectal temperature ranging from ~0.6 to 1.1°C and tympanic temperature increases from 0.3 to 1.3°C, but the subjects were wearing protective clothing ensembles (Gore-Tex) that could have added to the heat load (Hayashi and Tokura, 2004). It is perhaps not surprising that increases in temperature of skin under PFMs would not have a dramatic impact on core temperature given that PFMs cover a portion of the face that accounts for only 1–2% of body surface area, so that the amount of heat transfer to the core from this heated facial skin should only approximate similar percentages (McCaffrey *et al.*, 1975). Importantly, tympanic temperature measurements cannot be relied upon as accurate indicators of central blood temperature because they are susceptible to modification by the local environment such as when localized regions of heating are present on the face (e.g. when wearing PFMs) (McCaffrey *et al.*, 1975) or when the face is cooled (Shiraki *et al.*, 1988). Thus, all forms of negative pressure PFMs elevate the underlying skin temperature to variable degree based upon the PFM type, fit (gaps in the seal might allow for more cooling), composite materials (e.g. silicone, polypropylene fibers, etc.), work rate, ambient conditions, and duration of use. However, this effect is noted only for skin covered by the PFM and does not seemingly impact the facial skin that is not covered; uncovered facial skin mean

temperature is a linear function of ambient temperature (Nielsen *et al.*, 1987a). Conversely, PAPR have been shown to actually decrease core temperature due to the cooling effects of their fan-supplied air (Caretti and Gardner, 2003). The limited currently available data do not allow for determination of any distinct correlation between elevated facial skin temperature underneath PFMs and concurrent core temperature, but the small area of the face covered by PFMs suggests that its contribution to core temperature would not be excessive, but may have a significant impact on the perception of thermal comfort.

### PFM dead space heat and humidity

Facial skin temperatures are impacted by the temperature and humidity of the surrounding air under normal conditions (Nielsen *et al.*, 1987b). When ambient temperatures are lower than facial skin temperature, radiation is the main source of heat loss. In hot conditions, especially combined with significant physical activity, when temperatures approach or exceed body temperature, evaporative cooling (sweat evaporation) becomes a dominant heat exchange mechanism (Hanson, 1999). Wearing PFMs creates a microenvironment (i.e. PFM dead space) that then becomes the wearer's breathing environment. This microenvironment has a significant impact on heat exchange processes of the facial skin. PFM microenvironment temperature has been considered a key parameter indicating thermal stress (Li *et al.*, 2005). In ambient conditions of high temperatures, the dissipation of heat from the PFM dead space can be negatively impacted due to a decreased temperature gradient between the ambient environment and the PFM microenvironment (Li *et al.*, 2005). The PFM dead space 'effective temperature' (a single quantitative index of environmental discomfort that incorporates air temperature and humidity) can be quite high. The relatively high heat and humidity of the expired air can cause moisture to condense on the outer surface of the FFR due to the temperature difference between the FFR and the environment (Li *et al.*, 2006). This phenomenon can negatively impact the vapor and air permeability of the FFR, which consequently impairs respiratory heat loss and imposes an increased heat burden. Consideration must also be given to the amount of sweat formed within the dead space of PFMs. Sweat rates for the head, face, and neck averaged 0.203 gm$^{-1}$ min$^{-1}$ sedentary while wearing a full facepiece APR in a warm humid environment (35°C, 90% RH) over 90 min, but most of the sweat came from the neck. It was estimated that 7.5 gm h$^{-1}$ of sweat could accumulate in the respirator (Johnson *et al.*, 1997). At wet bulb globe

Downloaded from https://academic.oup.com/annweh/article/56/1/102/166254 by guest on 26 August 2021

R. Roberge, J.-H. Kim and A. Coca

Downloaded from https://academic.oup.com/annweh/article/56/1/102/166254 by guest on 26 August 2021

temperature of 19.3°C and moderate treadmill exercise at 75% maximum heart rate while wearing a full facepiece EAPR, facial sweat was 1.05 g min$^{-1}$ (Caretti and Gardner, 1999). Increased retention of water vapor and sweat within PFMs has other important ramifications in addition to effects on comfort because it can affect the facial seal of the PFMs (Caretti and Gardner, 1999), potentially increase the breathing resistance (Roberge et al., 2010a), and theoretically increase the risk of transmission of infectious agents to the wearer via a wicking mechanism (Yi et al., 2005). However, recent studies have demonstrated that, over the course of 1 h of low work rate exercise, FFR with and without an exhalation valve and EAPR with an exhalation valve retained very little moisture, which was attributed to the use of hydrophobic fibers (i.e. polypropylene) and exhalation valves, as well as the use of low work rates in some studies (Roberge et al., 2010b,c,d). Thus, at low-to-moderate work rates, the microenvironment of PFMs develops mild-to-moderate increases in temperature with concurrent high humidity levels that increase the effective temperature to uncomfortable levels, impact comfort and tolerance, and potentially reduce respiratory heat exchange.

### Psychophysiological heat responses

The face is relatively uniform in its sensitivity to warming when compared to the mouth (Green and Gelhard, 1987), but the area of the face that is covered by PFMs is very thermosensitive (Laird et al., 1999). This may be possibly due to a higher facial thermoreceptor density, as has been demonstrated in animals (Cheung, 2010). The microenvironment air temperature increases the temperature of facial skin covered by PFMs that, in turn, significantly influences thermal sensations of the whole body, a phenomenon that may have a neurological component that has been explained as being due to the possibility that afferent impulses from the face to the central nervous system may be weighted more than those from other areas (Nielsen et al., 1987b). Also, the impairment of heat exchange in the facial and head regions may have a more profound impact given the fact that these areas are so critical for thermal regulation (James et al., 1984). The highly thermosensitive nature of the face is exemplified by the fact that cooling of the face is two to five times more effective at suppressing sweating and thermal discomfort than cooling an equivalent dermal area elsewhere on the body (Cotter and Taylor, 2005).

Purely psychological phenomena can indirectly impact the thermal load associated with PFM use. Individuals with underlying anxiety disorders (e.g. panic attacks) are at risk of provoking same when wearing PFMs. The respiratory subtype of panic disorder displays prominent respiratory symptomatology during panic attacks that is probably linked to a false suffocation alarm in the central nervous system (Freire et al., 2010). Individuals with panic disorder are deemed to be very sensitive to increases in $CO_2$ levels in the body and PFM use is associated with retention of $CO_2$ in some individuals (Roberge et al., 2010c,d) that could potentially serve as a trigger to a panic attack (Morgan, 1983). Indeed, single breath 35% $CO_2$ inhalation is a standard provocation test for panic disorder (Valenca et al., 2002). Wearing PFM (e.g. gas masks) can cause claustrophobic sensations and has been used as a provocative maneuver in mild-to-moderate cases of claustrophobia (Rachman, 1993; Radomsky et al., 2001). The usual response to the onset of a panic attack or claustrophobic reaction, irrespective of the triggering event, is a sympathomimetic one brought about by the release of neurotransmitters (e.g. catecholamines such as adrenalin and noradrenalin). Release of these neurotransmitters results in increased metabolic activity manifested physically as elevated heart rate and respiratory rate, palpitations, elevated blood pressure, etc., the so-called 'fight or flight' phenomenon. An associated sensation of warmth in these events may be due to actual increases in body temperature brought about by the increase in metabolic activity, by neurosensory phenomena (flushing of the skin), increased respiratory effort associated with overcoming perceived increases in PFM-related breathing resistance, or by increased sweating in the PFM microenvironment brought about by psychological stress that could increase the effective temperature of that area of the face. It may be that, in temperate environments, some (possibly significant) portion of the sensation of excess heat and warmth associated with the use of PFMs has a psychological basis given that the PFM metabolic and facial heat contributions themselves are not excessive. Much of the available research supports the notion that the primary thermal effect of wearing a respirator is subjective discomfort (Caretti and Coyne, 2008). Conversely, increased body temperature associated with thermal stress can itself lead to decrements in psychomotor performance in those with no recognized psychopathology (Morgan, 1983). The psychology of PFM use has received some limited investigation in the past and would benefit from significantly more study.

### Potential mitigation strategies for protective facemask-associated heat retention

Mitigation of PFM-associated heat is desirable for comfort that results in greater PFM tolerance and ultimately translates to greater protection for the wearer.

Some strategies aimed at decreasing the heat burden attributed to PFMs could be explored, including (but not limited to):

(i) 'Promotion of nasal breathing when wearing PFMs'—Because nasal breathing likely results in less heat and humidity retained in the microclimate of PFMs and may have favorable effects on cooling of some brain structures, it may be desirable from a thermal perspective to promote nasal breathing through the education of wearers of PFMs. This would be feasible only for low-to-moderate work rates, as higher energy expenditures cause a switch to oronasal breathing (Harber *et al.*, 1997).

(ii) 'Investigation of the effect(s) of pre-use refrigeration of PFMs on facial and body temperatures—It has been anecdotally mentioned that cooling of EAPR might be a simple method of decreasing the impact of heat on wear (Laird *et al.*, 2002). Although silicon and rubber used to construct the body of EAPR could be cooled in such a manner, research exists neither on the length of duration of the cooling effects nor on the impact of cooling on the fit of the PFMs. Future research could be directed toward identifying PFM-compatible materials with cooling-retention features, especially in light of the fact that facial cooling is two to five times as effective at reducing thermal discomfort than equivalent areas of the skin in other body regions (Cotter and Taylor, 2005).

(iii) 'Use of exhalation valves'—PFMs with exhalation valves are touted as increasing wearer comfort through facilitated dispersal of PFM dead space heat and humidity to the environment. However, at the low and moderate work rates that most current workers experience (Meyer *et al.*, 1997; Harber *et al.*, 2009), the benefits of exhalation valves (in FFR) may not be realized because the development of the requisite streamlined air currents to activate the valve may not occur (Roberge *et al.*, 2010c,d) as it does with EAPR. Improvements in design and function could potentially lead to exhalation valves that function with lesser airflow gradients that might afford greater heat and humidity losses at lower energy expenditures.

(iv) 'Investigate the breathability of PFM filtration materials'—While there is likely a tradeoff between breathability (vapor and air permeability) and PFM filtration efficiency (that is critical to reducing the risk of exposure to harmful particles and infectious agents), it would be of importance to fully investigate the material properties of PFMs to ensure optimal breathability that could lead to subsequent lowering of PFM dead space humidity levels that impact comfort and tolerance. For example, nanofibers offer filtration efficiency with a concomitant decrease in breathing resistance over that noted with other meltblown and spunbonded filter materials (Qion and Wang, 2006; Lee and Obendorf, 2007).

(v) 'Development of PFMs with miniaturized battery-powered fans'—Fan-derived air currents, as exemplified by PAPRs and surgical hoods, cool the head and facial regions and the inhaled air resulting in minimal increase or a decrease in body temperature (Caretti and Gardner, 2003). Miniaturized ($8 \times 8 \times 3$ mm) battery powered fans currently exist for cooling various small electronic appliances (e.g. smart phones, GPs modules, etc.) and could potentially be adapted to PFMs (http://www.sunonamerica.com/pdf/mm_fan_catalog.pdf). One such model currently on the market, the BL-50 from Koken, Ltd. (Tokyo, Japan), is a half-mask that contains a battery-powered integral blower triggered by inhalation and used to maintain constant pressure within the facepiece (Richardson and Hofacre, 2008). In addition to cooling the face, the development of positive pressure by integral fans could serve to enhance respiratory protection by preventing ingress of harmful particles or organisms into the PFM.

(vi) 'PFM dead space parameters'—Re-breathing of retained warm expired air within the dead space of PFMs increases facial heat discomfort. Some styles of PFM (e.g. cup shaped and duckbill FFR and FM) have larger dead spaces and can thus result in greater volumes of retained warmed air than other styles (e.g. flat fold and pleated FFR and FM). A recent study of a cohort of HCWs using PFM reported that 81% of HCWs interviewed used either a cup-shaped or duckbill N95 FFR and that 56% of all interviewees indicated that they experienced increased facial heat 'most or all of the time' (Baig *et al.*, 2010). Therefore, it would be important to study the impact of various styles of PFMs on facial heat in order to determine those styles with lower associated increases in facial heat.

(vii) Anxiety-related perceptions of PFM-associated heat—The retention of $CO_2$ with the use of PFMs is a possibility (Roberge *et al.*, 2010d), and panic disorder can be triggered by elevated $CO_2$ levels. Some of the symptoms of panic disorder include hot flashes and sweating.

Downloaded from https://academic.oup.com/annweh/article/56/1/102/166254 by guest on 26 August 2021

Downloaded from https://academic.oup.com/annweh/article/56/1/102/166254 by guest on 26 August 2021

Response to the 35% single breath $CO_2$ inhalation provocation test is quite specific for panic disorder and is routinely utilized for this diagnosis. Individuals who demonstrate intolerance to PFMs could undergo non-invasive transcutaneous $CO_2$ monitoring and a $CO_2$ provocation test to assist in determining if $CO_2$ retention is the source of their symptoms.

The large number of PFM users (private industry, HCWs, the public) and the increased use of PFMs in certain scenarios (e.g. infectious agent outbreaks, environmental disaster remediation efforts, etc.) should make PFM-related effects on thermoregulation a major focus for researchers and should serve as a significant impetus for additional investigation. Intolerance to the thermal effects of PFMs leads to decreased use and concomitant decreased protection for the user.

## FUNDING

National Personal Protective Technology Laboratory internal operating funds.

*Acknowledgements*—The authors thank Jay Parker, MS, William Newcomb, Dr W. Jon Williams, and Dr Ronald Shaffer for their manuscript review and insightful comments.

*Disclaimer*—The findings and conclusions in this report are those of the author(s) and do not necessarily represent the views of the National Institute for Occupational Safety and Health.

## REFERENCES

Aiello AE, Murray GF, Perez V *et al*. (2010) Mask use, hand hygiene, and seasonal influenza-like illness among young adults: a randomized intervention trial. J Infect Dis; 201: 491–8.

Baig AS, Knapp C, Eagan AE *et al*. (2010) Health care workers' views about respirator use and features that should be included in the next generation of respirators. Am J Infect Control; 38: 18–25.

Burch GE. (1945) The rate of water loss from the respiratory tract of man living in a subtropical climate. Science; 102: 619–20.

Cabanac M. (1993) Selective brain cooling in humans: "fancy" or fact? FASEB J; 7: 1143–6;discussion 1146–7.

Cabanac M, Caputa M. (1979) Natural selective cooling of the human brain: evidence of its occurrence and magnitude. J Physiol; 286: 255–64.

Cain JB, Livingstone SD, Nolan RW *et al*. (1990) Respiratory heat loss during work at various ambient temperatures. Respir Physiol; 79: 145–50.

Caretti DM. (2002) Assessment of the thermal load attributable to protective masks. Aberdeen, MD: US Army Edgewood Chemical Biological Center, Aberdeen Proving Ground Report AMSSB-RRT-PR (E5604).

Caretti DM, Coyne KM. (2008) Reassessment of human performance parameter estimates for respiratory protection design and development. Aberdeen, MD: US Army Edgewood Chemical Biological Center Report ECBC-TR-605.

Caretti DM, Gardner PD. (1999) Respirator fit factor performance while sweating. Am Ind Hyg Assoc J; 60: 84–8.

Caretti DM, Gardner PD. (2003) Quantifying the heat stress attributable to respirator wear. J Int Soc Resp Protect; 20: 110–24.

Cheung SS. (2010) Interconnections between thermal perception and exercise capacity in the heat. Scand J Med Sci Sports; 20 (Suppl. 3): 53–9.

Cole P. (1953) Some aspects of temperature, moisture and heat relationship in the upper respiratory tract. J Laryngol Otol; 67: 449–56.

Cooper KH, Abrams RM. (1984) Attributes of the oral cavity as a site for basal body temperature measurements. JOGN Nurs; 13: 125–9.

Cotter JD, Taylor NA. (2005) The distribution of cutaneous sudomotor and alliesthesial thermosensitivity in mildly heat-stressed humans: an open-loop approach. J Physiol; 565: 335–45.

Cowling BJ, Chan KH, Fang VJ *et al*. (2009) Facemasks and hand hygiene to prevent influenza transmission in households: a cluster randomized trial. Ann Intern Med; 151: 437–46.

Deal EC, Jr., McFadden ER, Jr., Ingram RH, Jr. *et al*. (1979) Role of respiratory heat exchange in production of exercise-induced asthma. J Appl Physiol; 46: 467–75.

Dezell N. (1994) Comparison of tympanic, oral and axillary temperatures in women during labor. Department of the Air Force, Wright-Patterson Air Force Base Report 94–22802. Available at http://www.dtic.mil/cgibin/GetTRDoc?AD=ADA281978&Location=U2&doc=GetTRDoc.pdf. Accessed 1 October 2010.

DuBois AB, Harb ZF, Fox SH. (1990) Thermal discomfort of respiratory protective devices. Am Ind Hyg Assoc J; 51: 550–4.

Enerson DM, Eisenfeld LI, Kajikuri H. (1967) Heat and moisture trapping beneath surgical face masks: a consideration of factors affecting the surgeon's discomfort and performance. Surgery; 62: 1007–16.

Freire R, Perna G, Nardi A. (2010) Panic disorder respiratory subtype: psychopathology, laboratory challenge tests, and response to treatment. Harv Rev Psychiatry; 18: 220–9.

Fulbrook P. (1997) Core body temperature measurement: a comparison of axilla, tympanic membrane and pulmonary artery blood temperatures. Intensive Crit Care Nurs; 13: 266–72.

Gralton J, McLaws ML. (2010) Protecting healthcare workers from pandemic influenza: N95 or surgical masks? Crit Care Med; 38: 657–67.

Green BG, Gelhard B. (1987) Perception of temperature on oral and facial skin. Somatosens Res; 4: 191–200.

Guo YP, Yi L, Tokura H *et al*. (2008) Evaluation on masks with exhaust valves and with exhaust holes from physiological and subjective responses. J Physiol Anthropol; 27: 93–102.

Gwosdow AR, Nielsen R, Berglund LG *et al*. (1989) Effect of thermal conditions on the acceptability of respiratory protective devices on humans at rest. Am Ind Hyg Assoc J; 50: 188–95.

Hallani M, Wheatley JR, Amis TC. (2008) Initiating oral breathing in response to nasal loading: asthmatics versus healthy subjects. Eur Respir J; 31: 800–6.

Hanson MA. (1999) Development of a draft British standard: the assessment of heat strain for workers wearing personal protective equipment. Ann Occup Hyg; 43: 309–19.

Hanson RDG. (1974) Respiratory heat loss at increased core temperature. J Appl Physiol; 37: 103–7.

Harber P, Beck J, Luo J. (1997) Study of respirator effect on nasal-oral flow partition. Am J Med; 32: 408–12.

Downloaded from https://academic.oup.com/annweh/article/56/1/102/166254 by guest on 26 August 2021

Harber P, Bansal S, Santiago S *et al*. (2009) Multidomain subjective response to respirator use during simulated work. J Occup Environ Med; 51: 38–45.

Hayashi C, Tokura H. (2004) The effects of two kinds of mask (with or without exhaust valve) on clothing microclimates inside the mask in participants wearing protective clothing for spraying pesticides. Int Arch Occup Environ Health; 77: 73–8.

Hirata K, Nagasaka T, Sugano Y. (1978) Effect of alternating respiratory pathway on respiratory capacity, and tympanic and forehead skin temperature during exercise. J Aerospace Environ Med; 15: 8–13.

Holden WE, Wilkins JP, Harris M *et al*. (1999) Temperature conditioning of nasal air: effects of vasoactive agents and involvement of nitric oxide. J Appl Physiol; 87: 1260–5.

Ingelstedt S. (1956) Studies on the conditioning of air in the respiratory tract. Acta Otolaryngol Suppl; 131: 1–80.

James R, Dukes-Dobos F, Smith R. (1984) Effects of respirators under heat/work conditions. Am Ind Hyg Assoc J; 45: 399–404.

Johnson AT, Scott WH, Coyne KM *et al*. (1997) Sweat rate inside a full-facepiece respirator. Am Ind Hyg Assoc J; 58: 881–4.

Jones JG. (1991) The physiological cost of wearing a disposable respirator. Am Ind Hyg Assoc J; 52: 219–25.

Laird IS, Pack R, Carr D. (1999) A survey on the use and non-use of respiratory protective equipment in workplaces in a provincial New Zealand city. Ann Occup Hyg; 37: 367–76.

Laird IS, Goldsmith R, Pack RJ *et al*. (2002) The effect on heart rate and facial skin temperature of wearing respiratory protection at work. Ann Occup Hyg; 46: 143–8.

Lee S, Obendorf SK. (2007) Transport properties of layered fabric systems based on electrospun nanofibers. Fibers Polymers; 8: 501–6.

Lenhardt R, Sessler DI. (2006) Estimation of mean body temperature from mean skin and core temperature. Anesthesiology; 105: 1117–21.

Li Y, Tokura H, Guo YP *et al*. (2005) Effects of wearing N95 and surgical facemasks on heart rate, thermal stress and subjective sensations. Int Arch Occup Environ Health; 78: 501–9.

Li Y, Wong T, Chung J *et al*. (2006) In vivo protective performance of N95 respirator and surgical facemask. Am J Ind Med; 49: 1056–65.

Livingstone SD, Nolan RW, Cain JB *et al*. (1994) Effect of working in hot environments on respiratory air temperatures. Eur J Appl Physiol Occup Physiol; 69: 98–101.

Loeb M, Dafoe N, Mahony J *et al*. (2009) Surgical mask vs N95 respirator for preventing influenza among health care workers: a randomized trial. JAMA; 302: 1865–71.

MacIntyre CR, Cauchemez S, Dwyer DE *et al*. (2009) Face mask use and control of respiratory virus transmission in households. Emerg Infect Dis; 15: 233–41.

Mariak Z, White MD, Lewko J *et al*. (1999) Direct cooling of the human brain by heat loss from the upper respiratory tract. J Appl Physiol; 87: 1609–13.

Maron M. (1983) Effect of tachypnea on estimation of body temperature [correspondence]. N Engl J Med; 309: 612–13.

Marrakchi S, Maibach HI. (2007) Biophysical parameters of skin: map of human face, regional, and age-related differences. Contact Dermatitis; 57: 28–34.

Martin H deV, Callaway S. (1974) An evaluation of the heat stress of a protective face mask. Ergonomics; 17: 221–31.

Martins De Araujo MT, Vieira SB, Vasquez EC *et al*. (2000) Heated humidification or face mask to prevent upper airway dryness during continuous positive airway pressure therapy. Chest; 117: 142–7.

McCaffrey TV, McCook RD, Wurster RD. (1975) Effect of head skin temperature on tympanic and oral temperature in man. J Appl Physiol; 39: 114–18.

McCutchan JW, Taylor CL. (1951) Respiratory heart exchange with varying temperature and humidity of inspired air. J Appl Physiol; 4: 121–35.

Meyer JP, Hery M, Herrault J *et al*. (1997) Field study of subjective assessment of negative pressure half-masks. Influence of the work conditions on comfort and efficiency. Appl Ergon; 28: 331–8.

Morgan WP. (1983) Psychological problems associated with the wearing of industrial respirators: a review. Am Ind Hyg Assoc J; 44: 671–6.

Nagasaka T, Brinnel H, Hales JR *et al*. (1998) Selective brain cooling in hyperthermia: the mechanisms and medical implications. Med Hypotheses; 50: 203–11.

Neff J, Ayoub J, Longman A *et al*. (1989) Effect of respiratory rate, respiratory depth, and open versus closed mouth breathing on sublingual temperature. Res Nurs Health; 12: 195–202.

Nielsen R, Berglund LG, Gwosdow AR *et al*. (1987a) Thermal sensation of the body as influenced by the thermal microclimate in a face mask. Ergonomics; 30: 1689–703.

Nielsen R, Gwosdow AR, Berglund LG *et al*. (1987b) The effect of temperature and humidity levels in a protective mask on user acceptability during exercise. Am Ind Hyg Assoc J; 48: 639–45.

Niinimaa V, Cole P, Mintz S *et al*. (1980) The switching point from nasal to oronasal breathing. Respir Physiol; 42: 61–71.

NIOSH. (2004) National Institute for Occupational Safety and Health (NIOSH) Respirator Selection Logic. Available at http://www.cdc.gov/niosh/docs/2005-100/pdfs/05-100.pdf. Accessed 3 September 2010.

Oberg T, Brosseau LM. (2008) Surgical mask fit and filter performance. Am J Infect Control; 36: 276–82.

Parsons K. (2003) Human thermal environments: the effects of hot, moderate, and cold environments on human health, comfort, and performance. 2nd edn. New York: Taylor & Francis. pp. 17.

Qion X-H, Wang S-Y. (2006) Filtration properties of electrospinning nanofibers. J Appl Polymer Sci; 102: 1285–90.

Rachman S. (1993) Analyses of claustrophobia. J Anx Disorders; 7: 281–91.

Radomsky AS, Rachman S, Thordarson DS *et al*. (2001) The Claustrophobia questionnaire. J Anxiety Disord; 15: 287–97.

Radonovich LJ, Jr., Cheng J, Shenal BV *et al*. (2009) Respirator tolerance in health care workers. JAMA; 301: 36–8.

Rasch W, Samson P, Cote J *et al*. (1991) Heat loss from the human head during exercise. J Appl Physiol; 71: 590–5.

Richardson AW, Hofacre KC. (2008) Technology survey for enhancement of chemical, biological, radiological, and nuclear respiratory protection. Aberdeen, MD: Edgewood Chemical Biological Center. Report ECBC-CR-094.

Roberge RJ, Bayer E, Powell JB *et al*. (2010a) Effect of exhaled moisture on breathing resistance of N95 filtering facepiece respirators. Ann Occup Hyg; 54: 671–7.

Roberge RJ, Coca A, Williams WJ *et al*. (2010b) Surgical mask placement over N95 filtering facepiece respirators: physiological effects on healthcare workers. Respirology; 15: 516–21.

Roberge RJ, Coca A, Williams WJ *et al*. (2010c) Physiological impact of the N95 filtering facepiece respirator on healthcare workers. Respir Care; 55: 569–77.

Roberge RJ, Coca A, Williams WJ *et al*. (2010d) Reusable elastomeric air-purifying respirators: physiologic impact on health care workers. Am J Infect Control; 38: 381–6.

Sanderson B, Lim L, Lei K *et al*. (2010) A comparison of core and tympanic temperature measurement in the critically ill. Crit Care; 12 (Suppl. 1): 329.

Shiraki K, Sagawa S, Tajima F *et al*. (1988) Independence of brain and tympanic temperatures in an unanesthetized human. J Appl Physiol; 65: 482–6.

Srinivasan A, Perl TM. (2009) Respiratory protection against influenza. JAMA; 302: 1903–4.

TFAH and AAp. (2009) Pandemic influenza: warning, children at-risk. Available at http://healthyamericans.org/reports/flu-children/KidsPandemicFlu.pdf. Accessed 21 August 2010.

Tozer P. (1924) The temperature and saturation of exhaled air in relation to catarrhal infections. Br Med J; 1: 1127–9.

Valenca AM, Nardi AE, Nascimento I *et al*. (2002) Respiratory panic disorder subtype and sensitivity to the carbon dioxide challenge test. Braz J Med Biol Res; 35: 783–8.

Varene P, Ferrus L, Manier G *et al*. (1986) Heat and water respiratory exchanges: comparison between mouth and nose breathing in humans. Clin Physiol; 6: 405–14.

White MD. (2006) Components and mechanisms of thermal hyperpnea. J Appl Physiol; 101: 655–63.

Winslow C, Herrington L, Nelbach J. (1943) The influence of atmospheric temperature and humidity upon the dryness of the oral mucosa. Am J Hyg; 35: 27–39.

Yi L, Fengshi L, Qingyon Z. (2005) Numerical simulation of virus diffusion in facemask during breathing cycles. Int J Heat Mass Transf; 48: 4229–42.

Yip W, Leung L, Lau P *et al*. (2005) The effect of wearing a face mask on body temperature. Hong Kong J Emer Med; 12: 23–7.

Downloaded from https://academic.oup.com/annweh/article/56/1/102/166254 by guest on 26 August 2021

  

THE NATIONAL ACADEMIES PRESS

*The National Academies of* SCIENCES ENGINEERING MEDICINE

This PDF is available at http://nap.edu/25776

SHARE

Plaintiffs' Exhibit 371



Rapid Expert Consultation on the Effectiveness of Fabric Masks for the COVID-19 Pandemic (April 8, 2020) (2020)

### DETAILS

8 pages | 8.5 x 11 | PDF
ISBN 978-0-309-67658-8 | DOI 10.17226/25776

GET THIS BOOK

FIND RELATED TITLES

### CONTRIBUTORS

National Academies of Sciences, Engineering, and Medicine

### SUGGESTED CITATION

National Academies of Sciences, Engineering, and Medicine 2020. *Rapid Expert Consultation on the Effectiveness of Fabric Masks for the COVID-19 Pandemic (April 8, 2020)*. Washington, DC: The National Academies Press. https://doi.org/10.17226/25776.



**Visit the National Academies Press at NAP.edu and login or register to get:**

– Access to free PDF downloads of thousands of scientific reports

– 10% off the price of print titles

– Email or social media notifications of new titles related to your interests

– Special offers and discounts

Distribution, posting, or copying of this PDF is strictly prohibited without written permission of the National Academies Press. (Request Permission) Unless otherwise indicated, all materials in this PDF are copyrighted by the National Academy of Sciences.

Copyright © National Academy of Sciences. All rights reserved.

*The National Academies of*

# SCIENCES · ENGINEERING · MEDICINE

# Rapid Expert Consultation on the Effectiveness of Fabric Masks for the COVID-19 Pandemic (April 8, 2020)

April 8, 2020

Kelvin Droegemeier, Ph.D.
Office of Science and Technology Policy
Executive Office of the President
Eisenhower Executive Office Building
1650 Pennsylvania Avenue, NW
Washington, DC 20504

Dear Dr. Droegemeier:

Attached please find a rapid expert consultation that was prepared by Rich Besser and Baruch Fischhoff, members of the National Academies of Sciences, Engineering, and Medicine's Standing Committee on Emerging Infectious Diseases and 21st Century Health Threats, with input from Sundaresan Jayaraman and Michael Osterholm. Details on the authors and reviewers of this rapid expert consultation can be found in the Appendix.

The aim of this rapid expert consultation is to respond to your request concerning the effectiveness of homemade fabric masks worn by the general public to protect others, as distinct from protecting the wearer. The request stems from an interest in reducing transmission within the community by individuals who are infected, potentially contagious, but asymptomatic. Overall, the available evidence is inconclusive about the degree to which homemade fabric masks may suppress the spread of infection from the wearer to others. For as long as homemade fabric masks are in use by the public, the investigations outlined at the end of the rapid expert consultation could reduce uncertainty about the effectiveness of these masks.

My colleagues and I hope this input is helpful to you as you continue to guide the nation's response in this ongoing public health crisis.

Respectfully,
Harvey V. Fineberg, M.D., Ph.D.
Chair
Standing Committee on Emerging Infectious Diseases and 21st Century Health Threats

This rapid expert consultation responds to your request concerning the effectiveness of homemade fabric masks worn by the general public to protect others, as distinct from protecting

1

Copyright National Academy of Sciences. All rights reserved.

the wearer. The request stems from an interest in reducing transmission within the community by individuals who are infected, potentially contagious, but asymptomatic or presymptomatic. As discussed below, the answer depends on both the masks themselves and how infected individuals use them.

The following analysis is restricted to the effectiveness of homemade fabric masks, of the sort illustrated in recommendations[1] directed at the general public, in terms of their ability to reduce viral spread during the asymptomatic or presymptomatic period. It does not apply to either N95 respirators or medical masks.

In considering the evidence about the potential effectiveness of homemade fabric masks, it is important to bear in mind how a respiratory virus such as SARS-CoV-2 spreads from person to person. Current research supports the possibility that, in addition to being spread by respiratory droplets that one can see and feel, SARS-CoV-2 can also be spread by invisible droplets, as small as 5 microns (or micrometers), and by even smaller bioaerosol particles.[2] Such tiny bioaerosol particles may be found in an infected person's normal exhalation.[3] The relative contribution of each particle size in disease transmission is unknown.

There is limited research on the efficacy of fabric masks for influenza and specifically for SARS-CoV-2. As we describe below, the few available experimental studies have important limitations in their relevance and methods. Any type of mask will have its own capacity to arrest particles of different sizes. Even if the filtering capacity of a mask were well understood, however, the degree to which it could in practice reduce disease spread depends on the unknown role of each particle size in transmission.

Asymptomatic but infected individuals are of special concern, and the particles they would emit from breathing are predominantly bioaerosols. To complicate matters further, different individuals vary in the extent to which they emit bioaerosols while breathing. Because of the concern with spread from asymptomatic individuals, who, unlike symptomatic persons, may be out and about, this rapid expert consultation includes the effects of fabric masks on bioaerosol transmission.

---

[1] Centers for Disease Control and Prevention (CDC) Recommendation Regarding the Use of Cloth Face Coverings, Especially in Areas of Significant Community-Based Transmission in response to COVID-19. https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover.html.

[2] Gralton et al. (2011) noted the following in regard to particulate size and the importance of airborne precautions whenever there is a risk of both droplet and aerosol transmission: "Regardless of the complexities and limitations of sizing particles and the contention of size cut-offs, it remains that particles have been observed to occupy a size range between 0.05 and 500 microns. Even using the conservative cut-off of 10 microns, rather than the 5 micron to define between airborne and droplet transmission, this size range indicates that particles do not exclusively disperse by airborne transmission or via droplet transmission but rather avail of both methods simultaneously. This suggestion is further supported by the simultaneous detection of both large and small particles. In line with these observations and logic, current dichotomous infection control precautions should be updated to include measures to contain both modes of aerosolised transmission. This may require airborne precautions to be used when at risk of any aerosolized infection, as airborne precautions are considered as a step-up from droplet precautions." Gralton et al. 2011. The role of particle size in aerosolised pathogen transmission: A review. *Journal of Infection* 62(1):1-13. DOI: 10.1016/j.jinf.2010.11.010.

[3] National Academies of Sciences, Engineering, and Medicine. 2020. *Rapid Expert Consultation on the Possibility of Bioaerosol Spread of SARS-CoV-2 for the COVID-19 Pandemic (April 1, 2020)*. Washington, DC: The National Academies Press. https://doi.org/10.17226/25769.

Copyright National Academy of Sciences. All rights reserved.

## IMPACT OF MASK DESIGN AND FABRICATION ON PERFORMANCE

Any effects of fabric masks will depend on how and how well they are made. In an unpublished study whose raw data are not currently available, Jayaraman et al.[4] examined a range of fabric-based filtration systems, in terms of how well they stopped particles (filtration efficiency) and how much they impeded breathing (differential pressure, Delta-P, the measured pressure drop across the material, which determines the resistance of the material to air flow).[5] The study varied fabric type (woven, woven brushed, knitted, knitted brushed, knitted pile), material type (cotton, polyester, polypropylene, silk), fabric parameters (fabric areal density, yarn linear density, fabric weight), and construction type (number of layers, orientation of the layers). The study found wide variation in filtration efficiency. A mask made from a four-layer woven handkerchief fabric, of a sort that might be found in many homes, had 0.7% filtration efficiency for 0.3 micron size particles and a Delta-P of 0.1". Much higher filtration efficiency was observed with filters created specifically for the research from a five-layer woven brushed fabric (35.3% of the particles were trapped) and from four layers of polyester knitted cut-pile fabric (50% of the particles were trapped with a Delta-P of 0.2").

The greater a mask's breathing resistance, which is reflected in a higher Delta-P, the more difficult it is for users to wear it consistently, and the more likely they are to experience breathing difficulties when they do.[6] Although Jayaraman et al. did not measure breathing resistance directly, almost all of the masks they tested would be expected to have breathing resistance within the range of commercial N95 respirators. One mask that used 16 layers of the handkerchief fabric, in order to increase filtration efficiency (63% efficiency with a Delta-P of 0.425"), had breathing resistance greater than that of commercial N95 respirators, which would cause great discomfort to many wearers and cause some to pass out.

An additional consideration in the effectiveness of any mask is how well it fits the user.[7] Even with the best material, if a mask does not fit, virus-containing particles can escape through creases and gaps between the mask and face. Leakage can also occur if the holding mechanism (e.g., straps, Velcro®) is weak. We found no studies of non-expert individuals' ability to produce properly fitting masks. Nor did we find any studies of the effectiveness of masks produced by professionals, when following instructions available to the general public (e.g., online). Given the current Centers for Disease Control and Prevention (CDC) recommendation to wear cloth face coverings in public settings in areas of significant community-based transmission, additional research should examine the ability of the general public to produce properly fitted fabric masks when following communications and instructions.

---

[4] Jayaraman et al. *Pandemic Flu—Textile Solutions Pilot: Design and Development of Innovative Medical Masks*, Final Technical Report, Georgia Institute of Technology, Atlanta, Georgia, submitted to CDC, February 14, 2012.
[5] The tests were conducted according to ASTM F2299-3 test method using poly-dispersed sodium chloride aerosol particles with an airflow rate of 30L/min and airflow velocity of 11 cm/s. Aerosol sizes measured: 0.1, 0.2, 0.3, 0.4, 0.5, 0.7, 1, and 2 microns.
[6] 3M™ Health Care Particulate Respirator and Surgical Masks, Healthcare Respirator Brochure, 3M Company, Minnesota.
[7] Davies et al. (2013) noted that, "Although any material may provide a physical barrier to an infection, if as a mask it does not fit well around the nose and mouth, or the material freely allows infectious aerosols to pass through it, then it will be of no benefit." Davies et al. 2013. Testing the efficacy of homemade masks: Would they protect in an influenza pandemic? *Disaster Medicine and Public Health Preparedness* 7(4):413-418. DOI: 10.1017/dmp.2013.43.

3

Copyright National Academy of Sciences. All rights reserved.

## ROLE OF THE WEARER

The effectiveness of homemade fabric masks will also depend on the wearer's behavior. Even if a mask could fit well, its effectiveness still depends on how well the wearer puts it on and keeps it in place. As mentioned, breathing difficulty can impede effective use (e.g., pulling a mask down), as can moisture from the wearer's breath. Moisture saturation is inevitable with fabrics available in most homes. Moreover, moisture can trap the virus and become a potential contamination source for others after a mask is removed.

## EFFECTIVENESS OF HOMEMADE FABRIC MASKS IN PROTECTING OTHERS

Several experimental studies have examined the effects of fabric masks on the transmission of droplets of various sizes.

Anfinrud et al.[8] shared via email that they used sensitive laser light-scattering procedures to detect droplet emission while people were speaking. The authors found that "a damp homemade cloth facemask" reduced droplet emission to background levels (when users said "Stay Healthy" three times). However, when a fabric is dampened, the yarns can swell over time, potentially altering its filtering performance. That swelling will depend on the fabric: cotton swells readily, synthetics less so. In an unpublished follow-up experiment, Anfinrud et al. repeated their study with a variety of dry (not moistened) cloths, including a standard workers dust mask (not certified N95) and a mask rigged from an airline eye covering. They found that all of these masks reduced droplet emission generated by speech to background level.[9]

Bae et al. (2020) evaluated the effectiveness of surgical and cotton masks in filtering SARS-CoV-2.[10] They found that neither kind of mask reduced the dissemination of SARS-CoV-2 from the coughs of four symptomatic patients with COVID-19 to the environment and external mask surface. The study used disposable surgical masks (180 mm × 90 mm, 3 layers [inner surface mixed with polypropylene and polyethylene, polypropylene filter, and polypropylene outer surface], pleated, bulk packaged in cardboard; KM Dental Mask, KM Healthcare Corp) and reusable 100% cotton masks (160 mm × 135 mm, 2 layers, individually packaged in plastic; Seoulsa). The median viral loads of nasopharyngeal and saliva samples from the four participants were 5.66 log copies/mL and 4.00 log copies/mL, respectively. The median viral loads after coughs without a mask, with a surgical mask, and with a cotton mask were similar: 2.56 log copies/mL, 2.42 log copies/mL, and 1.85 log copies/mL, respectively. All swabs from the outer mask surfaces of the masks were positive for SARS-CoV-2, whereas swabs from three out of the four symptomatic patients from the inner mask surfaces were negative. Note that this study focused on symptomatic patients who coughed.

---

[8] Anfinrud et al. In Press. Could SARS-CoV-2 be transmitted via speech droplets? *New England Journal of Medicine*. https://doi.org/10.1101/2020.04.02.20051177.
[9] Personal communication, Adriaan Bax, National Institutes of Health, April 4, 2020.
[10] Bae et al. 2020. Effectiveness of surgical and cotton masks in blocking SARS-CoV-2: A controlled comparison in 4 patients. *Annals of Internal Medicine*. DOI: 10.7326/M20-1342.

Copyright National Academy of Sciences. All rights reserved.

Rengasamy et al. (2010)[11] tested the filtration performance of five common household fabric materials: sweatshirts, T-shirts, towels, scarves, and cloth masks (of unknown material) in a laboratory setting. These fabric materials were tested for sprays having both similar and diverse particle sizes (monodisperse and polydisperse). The range of sizes used in the study (0.02-1 micron) includes that of potential virus-containing droplets.[12] The study projected the particles at face velocities, typical of breathing at rest and during exertion (5.5 and 16.5 cm/s). The test also examined N95 respirator filter media. At the lower velocity, 0.12% of particles penetrated the N95 respirator material; at the higher velocity, penetration was less than 5%. For the five common household fabric materials, across the tests, penetration ranged from about 40-90%, indicating a 10-60% reduction. The authors concluded that common fabric materials may provide a low level of protection against nanoparticles, including those in the size ranges of virus-containing particles in exhaled breath (0.02-1 micron). However, Gralton et al. (2011) found particles generated from respiratory activities range from 0.01 up to 500 microns, with a particle size range of 0.05 to 500 microns associated with infection. They stress the need for airborne precautions to be used when at risk of any aerosolized infection, as airborne precautions are considered as a step-up from droplet precautions.

Davies et al. (2013)[13] had 21 healthy volunteers make their own face masks from fresh, unworn cotton t-shirts. This is the only study we found with user-made masks. Participants then coughed into a box, when wearing their own mask, a surgical mask, or no mask. They received no help or guidance from the researcher in making or fitting their masks. The researchers took samples of particles settling onto agar plates and a Casella slit sampler in the box. Under the baseline conditions of no mask, only a small number of colony-forming units (indicative of bacteria) were detected, limiting the opportunity to demonstrate reductions. Still, the investigators reported that both homemade and surgical masks reduced the number of large-sized microorganisms expelled by volunteers, with the surgical mask being more effective.

van der Sande et al. (2008)[14] examined the extent to which respirator masks, surgical masks, and tea-cloth masks made by the researchers would reduce tiny (0.02-1 micron) particle counts on one side of the mask compared to the other. They used burning candles in a test room to generate particles. Two of the study's three experiments examined the protection afforded the wearer (reduced particle counts inside the masks compared to outside). Although not directly germane to the question of protecting others, the study found a modest degree of protection for the wearer from cloth masks, an intermediate degree from surgical masks, and a marked degree with the equivalent of N95 masks. For example, among adults, N95 masks provided 25 times the protection of surgical masks and 50 times the protection of cloth masks. The study's third

---

[11] Rengasamy et al. 2010. Simple respiratory protection—evaluation of the filtration performance of cloth masks and common fabric materials against 20-1000 nm size particles. *Annals of Occupational Hygiene* 54(7):789-798. https://doi.org/10.1093/annhyg/meq044.

[12] According to Gralton et al. (2011), particles generated from respiratory activities range from 0.01 up to 500 microns, with a particle size range of 0.05 to 500 microns associated with infection. Gralton et al. 2011. The role of particle size in aerosolised pathogen transmission: A review. *Journal of Infection* 62:1-13. DOI: 10.1016/j.jinf.2010.11.010.

[13] Davies et al. 2013. Testing the efficacy of homemade masks: Would they protect in an influenza pandemic? *Disaster Medicine and Public Health Preparedness* 7(4):413-418. DOI: 10.1017/dmp.2013.43.

[14] van der Sande et al. 2008. Professional and home-made face masks reduce exposure to respiratory infections among the general population. *PLOS ONE* 3(7):e2618. DOI: 10.1371/journal.pone.0002618.

Copyright National Academy of Sciences. All rights reserved.

experiment tested the effectiveness of the three masks at reducing emissions from a simulation dummy head that produced uniform "exhalations." It found that cloth masks reduced emitted particles (leakage) by one-fifth, surgical masks reduced it by one-half, and N95-equivalent masks reduced it by two-thirds.

MacIntyre et al. (2015)[15] conducted a randomized controlled trial comparing infection rates of 1,607 hospital health care workers wearing cloth (two layers, made of cotton) or medical masks (three layers, made of non-woven material) while performing their normal tasks. Workers who used cloth masks experienced much higher rates of influenza-like illness (relative risk = 13.00, 95% confidence interval 1.59 to 100.07). This study measured the protective effect for the wearer, rather than the protection of others from the wearer, and did not include a condition with individuals wearing no masks.

### EFFECT ON USERS' RISK BEHAVIOR

In our rapid review, we found no studies of the effects of wearing masks on users' behavior. Speculatively, for some users, masks could provide a constant reminder of the importance of social distancing, as well as signal its importance to others, strengthening the social norm of social distancing. Conversely, for some users, masks might "crowd out" other precautionary behaviors, giving them a feeling that they have done enough to protect themselves and others. Prior research, conducted in less intense settings, could support either speculation. Focused research could help determine when precautionary behaviors reinforce or displace one another.

It is critically important that any discussion of homemade fabric masks reinforce the central importance of physical distancing and personal hygiene (frequent handwashing) in reducing spread of infection.

### CONCLUSIONS

There are no studies of individuals wearing homemade fabric masks in the course of their typical activities. Therefore, we have only limited, indirect evidence regarding the effectiveness of such masks for protecting others, when made and worn by the general public on a regular basis. That evidence comes primarily from laboratory studies testing the effectiveness of different materials at capturing particles of different sizes.

The evidence from these laboratory filtration studies suggests that such fabric masks may reduce the transmission of larger respiratory droplets. There is little evidence regarding the transmission of small aerosolized particulates of the size potentially exhaled by asymptomatic or presymptomatic individuals with COVID-19. The extent of any protection will depend on how the masks are made and used. It will also depend on how mask use affects users' other precautionary behaviors, including their use of better masks, when those become widely available. Those behavioral effects may undermine or enhance homemade fabric masks' overall effect on public health. The current level of benefit, if any, is not possible to assess.

---

[15] MacIntyre et al. 2015. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. *BMJ Open* 5(4):e006577. DOI: 10.1136/bmjopen-2014-006577.

Copyright National Academy of Sciences. All rights reserved.

Research could provide firmer answers by assessing the effectiveness of such fabric masks, as made and used by the general public. That research would have the goals of providing the public with (1) usable instructions on how to make, fit, use, and clean homemade fabric masks; (2) estimates of the protection that such masks afford users and others in different environments (e.g., where the likelihood of contact is higher, like grocery stores, compared to wearing masks all of the time); and (3) effective reinforcement of other precautionary behaviors. That research could provide policy makers with estimates of the net effect of encouraging the use of homemade fabric masks on public health, with realistic estimates of how such masks will be made and used, as well as how they will affect other precautionary behaviors of users and others who observe and interact with them.

My colleagues and I hope this input is helpful to you as you continue to guide the nation's response in this ongoing public health crisis.

Respectfully,
Richard Besser, M.D.
Member
Standing Committee on Emerging Infectious Diseases and 21st Century Health Threats

Baruch Fischhoff, Ph.D.
Member
Standing Committee on Emerging Infectious Diseases and 21st Century Health Threats

## APPENDIX

### Authors and Reviewers of This Rapid Expert Consultation

This rapid expert consultation was prepared by staff of the National Academies of Sciences, Engineering, and Medicine, and members of the National Academies' Standing Committee on Emerging Infectious Diseases and 21st Century Health Threats: Richard Besser, Robert Wood Johnson Foundation, and Baruch Fischhoff, Carnegie Mellon University. The following subject-matter experts also provided input: Sundaresan Jayaraman, Georgia Tech, and Michael Osterholm, University of Minnesota.

Harvey Fineberg, chair of the Standing Committee, approved this document. The following individuals served as reviewers: Ned Calonge, The Colorado Trust; Robert Hornik, University of Pennsylvania; Thomas Inglesby, Johns Hopkins Bloomberg School of Public Health Center for Health Security; and Grace Lee, Stanford University. Bobbie A. Berkowitz, Columbia University School of Nursing; Ellen Wright Clayton, Vanderbilt University Medical Center; and Susan Curry, University of Iowa, served as arbiters of this review on behalf of the National Academies' Report Review Committee and their Health and Medicine Division.

7

Copyright National Academy of Sciences. All rights reserved.

Tong *et al. Antimicrobial Resistance and Infection Control* (2015) 4:48
DOI 10.1186/s13756-015-0086-z



**ANTIMICROBIAL RESISTANCE & INFECTION CONTROL**

Plaintiffs' Exhibit 372

**RESEARCH**  **Open Access**


CrossMark

# Respiratory consequences of N95-type Mask usage in pregnant healthcare workers—a controlled clinical study

Pearl Shuang Ye Tong[1], Anita Sugam Kale[1], Kailyn Ng[1], Amelia Peiwen Loke[1], Mahesh Arjandas Choolani[1], Chin Leong Lim[2], Yiong Huak Chan[3], Yap Seng Chong[1], Paul Anantharajah Tambyah[4] and Eu-Leong Yong[4]*

**Abstract**

**Background:** Outbreaks of emerging infectious diseases have led to guidelines recommending the routine use of N95 respirators for healthcare workers, many of whom are women of childbearing age. The respiratory effects of prolonged respirator use on pregnant women are unclear although there has been no definite evidence of harm from past use.

**Methods:** We conducted a two-phase controlled clinical study on healthy pregnant women between 27 to 32 weeks gestation. In phase I, energy expenditure corresponding to the workload of routine nursing tasks was determined. In phase II, pulmonary function of 20 subjects was measured whilst at rest and exercising to the predetermined workload while breathing ambient air first, then breathing through N95-mask materials.

**Results:** Exercising at 3 MET while breathing through N95-mask materials reduced mean tidal volume (TV) by 23.0 % (95 % CI −33.5 % to −10.5 %, $p < 0.001$) and lowered minute ventilation (VE) by 25.8 % (95 % CI −34.2 % to −15.8 %, $p < 0.001$), with no significant change in breathing frequency compared to breathing ambient air. Volumes of oxygen consumption ($VO_2$) and carbon dioxide expired ($VCO_2$) were also significantly reduced; $VO_2$ by 13.8 % (95 % CI −24.2 % to −3 %, $p = 0.013$) and $VCO_2$ by 17.7 %, (95 % CI −28.1 % to −8.6 %, $p = 0.001$). Although no changes in the inspired oxygen and carbon dioxide concentrations were demonstrated, breathing through N95-mask materials during low intensity work (3 MET) reduced expired oxygen concentration by 3.2 % (95 % CI: −4.1 % to −2.2 %, $p < 0.001$), and increased expired carbon dioxide by 8.9 % (95 % CI: 6.9 % to 13.1 %; $p < 0.001$) suggesting an increase in metabolism. There were however no changes in the maternal and fetal heart rates, finger-tip capillary lactate levels and oxygen saturation and rating of perceived exertion at the work intensity investigated.

**Conclusions:** Breathing through N95 mask materials have been shown to impede gaseous exchange and impose an additional workload on the metabolic system of pregnant healthcare workers, and this needs to be taken into consideration in guidelines for respirator use. The benefits of using N95 mask to prevent serious emerging infectious diseases should be weighed against potential respiratory consequences associated with extended N95 respirator usage.

**Trial Registration:** The study was registered at clinicaltrials.gov, identifier NCT00265926.

**Keywords:** N95 respirators, Infection control, Pregnant women, Healthcare workers, Respiratory parameters, Controlled trial

* Correspondence: obghead@nus.edu.sg
PAT and ELY are co-Principal Investigators
[4]Medicine, National University of Singapore, 1E Kent Ridge Road, Level 12, Singapore 119228, Singapore
Full list of author information is available at the end of the article



© 2015 Tong et al. **Open Access** This article is distributed under the terms of the Creative Commons Attribution 4.0 International License (http://creativecommons.org/licenses/by/4.0/), which permits unrestricted use, distribution, and reproduction in any medium, provided you give appropriate credit to the original author(s) and the source, provide a link to the Creative Commons license, and indicate if changes were made. The Creative Commons Public Domain Dedication waiver (http://creativecommons.org/publicdomain/zero/1.0/) applies to the data made available in this article, unless otherwise stated.

Tong *et al. Antimicrobial Resistance and Infection Control* (2015) 4:48

## Background

Lessons learnt on infection control from the Severe Acute Respiratory Syndrome (SARS) pandemic in 2003 have been used to formulate strategies [1, 2] to manage the recent Middle Eastern respiratory syndrome (MERS) [3] and H7N9 influenza outbreaks [4]. These infection control measures include recommendations for increased use of protective filtering face-piece respirators (FFR), such as N95-masks [5] especially during aerosol generating procedures. Existing influenza pandemic control plans in many countries have also incorporated recommendations for more widespread use of FFR [6–8]. When the influenza A H1N1 pandemic was declared in 2009, there were guidelines for universal use of N95-masks despite a lack of scientific evidence for its appropriateness in different health care settings [9, 10]. The N95 FFR has also been recommended for the novel MERS Coronavirus.

Little is known about the effects of N95-masks on the respiratory function of pregnant healthcare workers, who can be subjected to prolonged usage of FFR because of their vulnerability to complications from influenza, varicella, and other pathogens transmitted via the respiratory tract [11]. It is also known that pregnant women have a significantly greater respiratory burden due to factors such as increased oxygen ($O_2$) demand, increased nasal airway resistance, decreased functional residual capacity due to diaphragmatic splinting; all these contributing to the "physiologic" dyspnea of pregnancy [12]. There are also robust data linking respiratory compromise and adverse perinatal outcomes in women who have chronic respiratory conditions, from large scale studies on women with conditions such as asthma and obstructive sleep apnea. These outcomes include preterm labour, impaired fetal growth, and pre-eclampsia [13, 14].

Balancing the potential benefits of respiratory protection against the possible discomfort [15] and potential additive adverse effects on the respiratory functions of pregnant healthcare workers is difficult in the absence of clear data although there is no definite evidence of harm from decades of use of such respirators [16]. A recent study comparing a cohort of pregnant women between 13 to 35 weeks gestation and non-pregnant women showed no differences in respiratory rate, oxygen saturation and transcutaneous carbon dioxide levels in pregnant compared with non-pregnant subjects wearing the N95 FFR during exercise and sedentary activities for over a 1-hour period [17]. However, that study did not specifically examine the impact on busy healthcare workers. Pregnancy has been reported to be the most common cause for denying medical clearance for N95-mask use in a non-medical setting but the specific adverse effects of the respirator itself have not been documented [18]. Our study was performed to address the limited data on N95-mask usage in pregnancy with the aim of investigating the effects of breathing through the N95 mask materials on respiratory functions at rest, during low intensity work, and recovery thereafter in pregnant healthcare workers. The differences in work of breathing and potential adjustments in respiration that are contributed by pregnancy may provide guidance on the use of N95-masks by pregnant health care workers in high-risk environments.

## Methods

This controlled clinical trial was carried out in 2 phases in the Investigational Medicine Unit of National University Hospital (NUH), Singapore. Study procedures were approved by the National Healthcare Group Domain Specific Review Board in July 2010 (Reference Number: 2010/00226), and written informed consent was obtained from all participants.

Healthy women with singleton pregnancies between 27 to 32 weeks gestation were recruited on a voluntary basis from amongst hospital staff and clinic patients. Eight pregnant health care workers were recruited in phases I and 20 pregnant women were recruited in phase II to participate in the study. Subjects were instructed to have adequate rest and to avoid strenuous activity prior to the study to ensure that the tests were conducted under normal lifestyle conditions. All subjects were told to have their meals at least 2 h before start of study. A screening questionnaire was administered to each subject, who then had baseline medical and obstetric examinations prior to participating in the study.

### Inclusion and exclusion criteria

Subjects had spontaneously conceived singleton pregnancies and were between 21 to 40 years old. They had no history of cardiorespiratory illness, influenza-like illness in the week prior to the trial, or any pregnancy-related complications such as gestational diabetes, hypertension, intrauterine growth restriction, placenta praevia, ruptured membranes, or threatened preterm labor. They were also free of any neuromuscular conditions that would preclude them from using the treadmill. Their hemoglobin levels were ≥11g/dL, and they did not have any haemoglobinopathies such as thalassemia that could interfere with oxygen carriage in the blood.

### Study design

In Phase I, the volume of $O_2$ uptake ($VO_2$) corresponding to the workload of routine nursing tasks in the ward was determined. These healthcare workers wore, and breathed through, a tight-fitted respiratory mask (Hans Rudolph, V-mask, Kansas) that was attached by a harness to a portable telemetric metabolic cart [19–21] (K4b2, Cosmed s.r.l, Rome, Italy) while moving about freely performing simulated routine nursing tasks in a specific order, such as walking around the ward, sponging

Tong *et al. Antimicrobial Resistance and Infection Control* (2015) 4:48

and transferring mannequins from beds to chairs with another assistant (Fig. 1). Their average work intensity was determined with $VO_2$ (ml/kg/min) measurements and converted to the corresponding metabolic equivalents (MET) to gauge the energy expenditure (1 MET is equal to 3.5 ml/kg/min of $O_2$ consumed).

In Phase II, the respiratory effects of wearing N95 masks were examined. Each subject underwent two 15-minute exercise cycles on a treadmill. Each subject wore a Hans Rudolph mask, similar to that in Phase I, attached to a laboratory-based metabolic cart (Cortex Metalyser 3BR2, Leipzig, Germany) in order to obtain real time respiratory parameters during exercise. In the first (control) cycle, subjects wore the Hans Rudolph mask with the outlet opened to ambient air. In the second (N95) cycle, outlets of the Hans Rudolph masks were covered by materials obtained from representative supplies of N95 masks (3M, St. Paul, MN, USA). N95-mask materials were trimmed to form an airtight seal over the Hans Rudolph mask outlet so that the air flow resistance on inspiration and expiration would come from the mask material, simulating the actual wearing of an N95 respirator (Fig. 2) This experimental design allowed each subject to act as her own control.

The fine adjustments were made to the treadmill speed every 3 min to maintain energy expenditure at 3 MET. Similar treadmill speed profile was repeated in the second exercise cycle for each subject. For both Control and N95 cycles, respiratory parameters were measured during an initial 10-minute rest period, followed by a 15-minute exercise period, and subsequently a 25-minute rest period. There was a 30-minute break between control and N95 cycles. Prior to the N95 cycle, an additional 15-minute conditioning period was allowed to enable patient to adapt



**Fig. 1** Determination of average work intensity of Health care workers: In phase I pregnant subjects performed simulated patient care activities while breathing through a tight fitting mask with a pneumotachometer. Oxygen content was sampled at every breath and measured with a portable telemetric metabolic cart

Tong *et al. Antimicrobial Resistance and Infection Control* (2015) 4:48



**Fig. 2** Tight fitting Hans Rudolph respirator masks used in Phase II. (**a**) Control cycles with outlet open to air, and (**b**) N95 cycles with outlet covered by N95 mask materials

to N95-respirator conditions. The subjects breathed through the N95 mask materials continuously throughout the N95 cycles (Fig. 3).

A cardiotocography (CTG) was performed prior to the study and after each exercise-cycle. Finger-prick lactate concentrations were measured immediately before and after each exercise-cycle with Lactate Pro (Arkray Global Business Inc). The Borg Scale questionnaire [22] was administered after each exercise cycle to measure the rating of perceived exertion. The Borg Scale ranges from 6 for

"no feeling of exertion," to 20 which corresponds to "very, very hard exertion". A fully equipped resuscitation cart was present throughout the study with trained medical personnel available to immediately address any medical concerns of the subjects.

**Equipment for measurement of pulmonary function and its calibration**

In both phases, the participants wore a tight fitting mask (Hans Rudolph) that was attached to the metabolic cart

---

**PHASE I PROTOCOL (n= 8)**
Determination of average workload of nurses by performing simulated patient care activities while breathing through a tight fitting mask with pneumatochometer. Oxygen content was sampled at every breath and measured with portable telemetric metabolic cart.

**PHASE II PROTOCOL (n= 20)**

**Control cycle**
*(wearing mask with outlet open to air)*

<u>Period 1 (rest):</u> 10 min
Respiratory parameters measured while resting
<u>Period 2 (exercise):</u> 15 min
Respiratory parameters measured while exercising on treadmill with speed set to the predetermined work load
<u>Period 3 (rest):</u> 25 min
Respiratory parameters measured while resting after exercise

Break of 30 mins (without mask)

**N95 cycle**
*(wearing mask with outlet covered by N95 mask materials)*
15 min conditioning period with mask at rest
<u>Period 1 (rest):</u> 10 min
Respiratory parameters measured while resting
<u>Period 2 (exercise):</u> 15 min
Respiratory parameters measured while exercising on treadmill with speed set to the predetermined work load
<u>Period 3 (rest):</u> 25 min
Respiratory parameters measured while resting after exercise

**Fig. 3** Phase I & 2 Protocols

Tong *et al. Antimicrobial Resistance and Infection Control* (2015) 4:48

Page 5 of 10

through an air sampling tube. Inspired ambient air and expired air were channeled through a pneumotachometer that was attached to the front of the mask which calculated air volume by the rate of rotation of a rotor turbine located within it. The turbine had zero resistance to air flow and the rate of rotation of the turbine, sensed by infrared light within the pneumotachometer, corresponds directly to inspired and expired air volume for each breath. Multiple air samples from each expired-breath were drawn into the metabolic carts through a sampling line for the measurement of oxygen and carbon dioxide content by the respective gas sensors within the metabolic carts. From this data, the following parameters were calculated: volumes of oxygen ($VO_2$) and carbon dioxide ($VCO_2$) exchanged, breathing frequency (BF), tidal volume (TV), minute ventilation (VE), forced expired $O_2$ ($FeO_2$), forced expired $CO_2$ ($FeCO_2$), forced inspired end-tidal $O_2$ and $CO_2$ concentrations ($Fi_{et}O_2$, $Fi_{et}CO_2$).

The calibration procedures for both portable and laboratory-based metabolic carts were carried out according to the manufacturer's instructions and were performed daily to ensure uniformity in their measurements. The study was conducted in a standardized air-conditioned room similar to a hospital ward with constant humidity and temperature.

**Criteria for study termination**

The study was to be terminated if: (1) the CTG revealed that the fetus was adversely affected by the mother's activity on the treadmill either by a suspicious or pathological trace as defined by the National Institute for Health and Care Excellence [23],(2) the subject was unable to complete the trial for any reason including breathlessness or pain, (3) injury was sustained as a result of the exercise, or (4) maternal heart rate was >155 beats/min [24, 25].

**Statistical analysis**

Since there were many respiratory variables of interest, the sample size calculations were performed on an overall picture that there was at least a 20 % difference between breathing through N95 mask materials vs control for any of respiratory variable of interest. Postulating that breathing through N95 mask materials would have an at least 20 % variation (with standard deviation 25 %) from the control respiratory variables, recruitment of 20 subjects would have a 90 % power and a 2-sided p-value of 5 % to show a statistically significant result. A mixed linear model analysis (to handle paired observations) adjusting for relevant covariates was performed. All analyses were performed using IBM SPSS version 20.0 (Armonk, NY) and statistical significance was set at $p < 0.05$.

## Results

Twenty-eight pregnant women were recruited between September 2010 and September 2011. In Phase I, the mean and SEM of $VO_2$ was 9.04 (±0.75) ml/kg/min, which was equivalent to about ~3 MET. All 8 subjects enrolled in Phase I fulfilled the inclusion criteria and completed the study. Subjects in Phase II were then subjected to this workload. For Phase II, 23 subjects were screened. Two subjects were excluded because of maternal anemia, and a third was excluded because the fetus exhibited ventricular bigeminy on ultrasound examination prior to starting the study. One subject experienced uterine contractions and did not complete the study, bringing the total number of subjects who completed Phase II of the study to 19. There were no other trial terminations due to adverse events.

The mean age of the 19 subjects in Phase II was 30.0 (±0.87) years, their average gestation was 30.1(±0.28) weeks, and mean BMI was 26.6 $kg/m^2$ (±1.4). Of the cases, 10 were primigravidas and 9 were multigravidas. There were 13 nurses, 6 homemakers, and 9 women doing administrative work.

### Effect on tidal volumes, breathing frequency, minute ventilation

During the pre-exercise rest period, breathing through N95-mask materials lowered TV by a mean of 0.15 L compared with controls (95 % CI: −0.23, −0.08; $p < 0.001$) (Fig. 4a). TV during both exercise cycles increased rapidly to reach a plateau which was about 50 % higher than that observed at rest, within a minute. However, compared with controls, exercising with N95-masks reduced mean TV by 0.21L (95 % CI: −0.32, −0.10; $p < 0.001$), a 23 % decrease (Fig. 4a, Table 1). Mean BF increased by 35 % during exercise for both control and N95 cycles compared to the rest period, but there was no difference in BF with and without wearing N95-masks (Fig. 4b, Table 1). Wearing N95-respirators lowered $V_E$ by 25.8 %, a mean difference of 5.55L/min (95 % CI: −7.58, −3.51; $p < 0.001$) (Fig. 4c, Table 1). Significant differences in TV and $V_E$ with N95 cycles persisted in the post-exercise rest period (Table 1). There was a tidal volume reduction of 0.08L ($p = 0.02$) and minute ventilation reduction of 1.1L/min ($p = 0.031$).

### Effect on $O_2$ and $CO_2$ concentrations in inspired and expired air

Forced expired $O_2$ concentration ($FeO_2$) during the pre-exercise rest period decreased by 0.52 % (95 % CI: −0.79, −0.25; $p = 0.001$) with N95-mask use versus controls (Fig. 5a, Table 1). Wearing of N95-masks during exercise reduced $FeO_2$ by 0.54 % compared with controls (95 % CI: −0.70, −0.38; $p < 0.001$). Reduction in $FeO_2$ with the use of N95-masks persisted in the post-exercise rest period. Concomitantly, forced

Tong *et al. Antimicrobial Resistance and Infection Control* (2015) 4:48

Page 6 of 10



**Fig. 4** Ventilation functions in pregnancy during rest and exercise. Inspired and expired air volumes were measured with a pneumotachometer attached to mask outlet to obtain (**a**) tidal volume, (**b**) breathing frequency and (**c**) minute ventilation. $N = 19$ (±SEM)

**Table 1** Changes in respiratory parameters of pregnant subjects breathing through N95 masks compared to controls breathing ambient air

| N95 Mask vs Control | Mean difference | SE (95 % CI) | P value |
|---|---|---|---|
| **Pre exercise rest period** | | | |
| $VO_2$ | −0.40 | 0.30 (−1.02, 0.23) | 0.20 |
| $VCO_2$ | −0.04 | 0.02 (−0.07, −0.003) | **0.035** |
| Tidal volume | −0.15 | 0.04 (−0.23, −0.08) | **< 0.001** |
| Breathing frequency | 0.31 | 0.69 (−1.13, 1.75) | 0.66 |
| Minute ventilation | −2.23 | 0.66 (−3.60, −0.85) | **0.003** |
| $FeO_2$ | −0.52 | 0.97 (−0.79, −0.25) | **0.001** |
| $FeCO_2$ | 0.25 | 0.07 (0.11, 0.40) | **0.002** |
| $Fi\,O_2$ | −0.02 | 0.07 (−0.16, 0.12) | 0.76 |
| $Fi\,CO_2$ | −0.01 | 0.01 (−0.03, 0.01) | 0.47 |
| **Exercise period** | | | |
| $VO_2$ | −1.30 | 0.47 (−2.3, −0.31) | **0.01** |
| $VCO_2$ | −0.10 | 0.25 (−0.15, −0.05) | **0.001** |
| Tidal volume | −0.21 | 0.05 (−0.32, −0.11) | **< 0.001** |
| Breathing frequency | −0.51 | 0.67 (−1.92, 0.89) | 0.45 |
| Minute ventilation | −5.55 | 0.97 (−7.58, −3.51) | **< 0.001** |
| $FeO_2$ | −0.54 | 0.08 (−0.70, −0.38) | **< 0.001** |
| $FeCO_2$ | 0.30 | 0.06 (0.18, 0.42) | **< 0.001** |
| $Fi\,O_2$ | 0.02 | 0.08 (−0.13, 0.17) | 0.81 |
| $Fi\,CO_2$ | 0.004 | 0.01 (−0.23, 0.03) | 0.75 |
| **Post exercise rest period** | | | |
| $VO_2$ | −0.22 | 0.21 (−0.67, 0.23) | 0.32 |
| $VCO_2$ | −0.01 | 0.01 (−0.04, 0.01) | 0.29 |
| Tidal volume | −0.08 | 0.03 (−0.14; −0.01) | **0.02** |
| Breathing frequency | 0.48 | 0.50 (−0.56, 1.53) | 0.34 |
| Minute ventilation | −1.10 | 0.47 (−2.10, −0.11) | **0.031** |
| $FeO_2$ | −0.30 | 0.09 (−0.49, −0.11) | **0.004** |
| $FeCO_2$ | 0.19 | 0.05 (0.09, 0.29) | **0.001** |
| $Fi\,O_2$ | −0.03 | 0.09 (−0.2, 0.16) | 0.77 |
| $Fi\,CO_2$ | 0.00 | 0.02 (−0.03, 0.03) | 0.99 |

(bolded values: statistically significant)

expired $CO_2$ concentration ($FeCO_2$) was significantly elevated with N95-mask use in the pre-exercise, exercise and post exercise periods compared with no mask usage (Fig. 5b, Table 1). During the exercise period, the wearing of N95-masks resulted in increase in $FeCO_2$ of 0.30 % (95 % CI: 0.18, 0.42; $p < 0.001$) compared with controls. (Fig. 5b, Table 1). In contrast, no significant differences were observed in the inspired oxygen ($FiO_2$) or carbon dioxide ($FiCO_2$) concentrations of inspired air before, during or after exercise (Fig. 6, Table 1).

**Effect on pulmonary gas exchange**
When performing work on the treadmill equivalent to 3 MET, $VO_2$ and $VCO_2$ increased by about two-fold for all subjects compared to the rest periods. Strikingly, wearing of the N95-mask during exercise resulted in lowering $VO_2$ by 13.8 %, a mean of 1.30 ml/

min/kg (95 % CI: −2.30, −0.31; $p = 0.013$) (Fig. 7a, Table 1). Similarly, $VCO_2$ was lowered by 17.7 %, a mean of 0.10 ml/min/kg (95 % CI: −0.15, −0.05; $p = 0.001$) (Fig. 7b, Table 1).

**Effect on maternal and fetal physiological parameters**
For all subjects, overall maternal heart rate increased from 89 ± 1.8 to 107 ± 1.9 beats/min with exercise. There were no significant difference in heart rate between the N95-masks and control cycles. There were also no changes in basal fetal heart rates (mean heart rate of 133 beats per minute) or variability (15–16 beats per minute) in all the CTGs. There were no significant differences in

Tong *et al. Antimicrobial Resistance and Infection Control*  (2015) 4:48



**Fig. 5** Oxygen and Carbon dioxide content of expired air in pregnant women at rest and following exercise. (**a**) Forced expired $O_2$ (Fe$O_2$) and (**b**) forced expired $CO_2$ concentrations (FeC$O_2$) were measured with a metabolic cart. $N = 19$ (±SEM)



**Fig. 6** Oxygen and Carbon dioxide content of inspired air in pregnant women at rest and following exercise. (**a**) Forced inspired $O_2$ (Fi$O_2$) and (**b**) forced inspired $CO_2$ concentrations (FiC$O_2$) were measured with a metabolic cart. $N = 19$ (±SEM)

lactate levels pre exercise (1.8 ± 0.2 mmol/L), post exercise breathing through ambient air (1.6 ± 0.2 mmol/L), and post exercise with the N95-mask (2.1 ± 0.4 mmol/L). There were no differences in finger-tip capillary oxygen saturation levels with the mask and without the mask; 98.3 ± 0.18 % and 98.4 ± 0.11 % respectively. The Borg scale indicated that exercise induced a borderline increase in perceived effort from being 9.1(±0.60) to 10.7(±0.8) after the N95 cycles. These parameters did not reach statistical significance (Table 2).

## Discussion

We found that in women in mid-pregnancy, breathing through the N95 respirator material when performing low intensity work significantly reduced VO$_2$ (13.8 %) and VCO$_2$ (17.7 %), which was due to a corresponding decrease in V$_E$ (25.8 %) and TV (23 %), without a compensatory increase in BF. This decrease in air intake volume, together with unchanged concentrations of inspired O$_2$ and CO$_2$ imply a decrease in overall amount of O$_2$ and CO$_2$ inspired. ==Coupled with a 3.2 % decrease in Fe$O_2$ and an 8.9 % increase in FeC$O_2$, these results suggest an increased consumption of $O_2$ and production of $CO_2$, leading to possible concerns regarding prolonged usage of N95-masks on respiratory functions in pregnant women performing physical work.== The decrease in V$_E$, TV, Fe$O_2$



**Fig. 7** Pulmonary gas exchange in pregnant women at rest and following exercise. $O_2$ and $CO_2$ concentrations were measured with a metabolic cart to calculate volumes of oxygen (**a**) VO$_2$, or carbon dioxide (**b**) VCO$_2$ exchanged with each breath. $N = 19$ (±SEM)

Tong *et al. Antimicrobial Resistance and Infection Control* (2015) 4:48

**Table 2** Changes in maternal and fetal physiological parameters breathing through N95 masks compared to controls breathing ambient air

| N95 Mask vs Control | Mean difference | SE (95 % CI) | $P$ value |
| --- | --- | --- | --- |
| Pre exercise maternal heart rate | −2.0 | 1.3 (−4.7; 0.6) | 0.11 |
| Exercise maternal heart rate | −0.5 | 1.4 (−3.4; 2.4) | 0.71 |
| Post exercise maternal heart rate | −0.8 | 1.6 (−4.1; 2.5) | 0.61 |
| Baseline fetal heart rate | −0.5 | 0.6 −1.6; 0.6) | 0.33 |
| Capillary lactate | 0.5 | 0.5 (−0.3; 1.4) | 0.17 |
| Finger-tip capillary oxygen saturation | 0.1 | 0.02 (−0.06; 0.14 | 0.32 |
| Borg scale | 1.6 | 0.9 (−0.01; 3.3) | 0.060 |

and the increase in $FeCO_2$ were also significant during the rest periods. These results suggest that breathing through the N95 mask material can limit the overall volume of amount of oxygen intake and also increase the rate of metabolism.

When performing work equivalent to routine bedside nursing with N95-masks, non-pregnant subjects have been previously reported to maintain their $V_E$ compared with controls, with non-significant changes in the TV and BF [26]. Other studies in both non-pregnant and pregnant subjects have shown, on the contrary, an increase or decrease in BF but the $V_E$ were not measured in these trials [17, 27, 28]. In contrast, our pregnant subjects were unable to proportionately increase both TV and BF to maintain their $V_E$ during rest and in response to exercise while breathing through N95-masks materials. A significant 26 % reduction in $V_E$, with a 23 % reduction in mean TV was noted during exercise, possibly due to diaphragmatic splinting. This decrease in $V_E$ led to a corresponding decrease in $VO_2$ (13.8 %) and $VCO_2$ (17.7 %) (Fig. 7). The decrease in $FeO_2$ and increase in $FeCO_2$ are likely due to a stimulation of the respiratory drive resulting in greater efforts required to breathe through the N95 mask materials and a concomitant greater extraction of $O_2$ for aerobic metabolism. These results also suggest that the N95 mask may impede gaseous exchange resulting in hypoventilation. Although the subjects appeared to adapt to the increased workload with no changes in the other maternal and fetal physiological parameters with no evidence of hypoxia found on finger-tip capillary oxygen saturation nor increased lactic acid production to suggest a shift toward anaerobic respiration, our results suggest that performing physical work with the N95-mask appears to stress the aerobic metabolism and increase the $CO_2$ load within the circulation.

In non-pregnant subjects, it has been shown that use of N95-respirators can increase $CO_2$ levels within the masks by 1.8–3 %, suggesting that the increase in expired $CO_2$ concentration could also be due to the accumulation of expired $CO_2$ trapped in the dead space of the N95 mask [29, 30]. Our results do not support such a view because $FiCO_2$ did not increase even with the use of N95 materials and total $CO_2$ intake was reduced due to the corresponding decrease in $V_E$. These results further affirm that the increase in expired $CO_2$ mainly arose from increased rate of aerobic metabolism. The higher circulating $CO_2$ concentration observed in our study was in agreement with increase in transcutaneous $CO_2$ observed in pregnant and non-pregnant women after a 20-minute exercise wearing a respirator as compared to not wearing the respirator [17]. It must be borne in mind that $CO_2$ levels in the blood of pregnant women are usually lower due to physiological hyperventilation. An increase in forced expired $CO_2$ which reflects a rise in blood $CO_2$ levels hence contributes to impair elimination of fetal $CO_2$ as arterial $CO_2$ is normally reduced in pregnancy to allow for a steeper diffusion gradient of $CO_2$ from fetal blood across to the mother.

Our study was limited in that we were unable to evaluate the effects of N95-mask usage at higher work intensities and over longer durations because of ethical concerns. To ascertain safety, parameters such as maternal and fetal heart rate changes, lactate and finger-tip capillary oxygen saturation levels were monitored to ensure that no significant hypoxia was induced in our subjects and their fetuses.

Wearing the Hans Rudolph mask with aperture occluded by the mask material allows accurate measurement of respiratory parameters despite its use not being exactly the same as the standard use of the N95-mask. However this is the closest way of obtaining accurate physiologic data to best characterize the impact of the materials used in the respirators. The other limitation of our study was the narrow window of gestation studied (between 27 to 32 weeks). These group of women were deemed to be representative of pregnant women as they would have undergone marked respiratory adaptations to pregnancy, especially diaphragmatic splinting from the enlarging uterus. However, it is postulated that, in situations of exercising at a higher intensity, prolonged N95-mask usage or at more advanced gestations, a

Tong et al. Antimicrobial Resistance and Infection Control  (2015) 4:48

Page 9 of 10

greater degree of oxygen deficit due to a corresponding decrease in $V_E$ can have more marked effects on the respiratory function of pregnant women. We also focused exclusively on pregnant women without using non-pregnant controls to better define the risks in this group which are the most controversial.

Our study demonstrates, for the first time, that pregnant women in mid-pregnancy are unable to maintain their minute ventilation while breathing through N95-mask materials. There is also a decrease oxygen uptake and increase carbon dioxide production as a result of the increased workload on breathing imposed by mask use, both at rest and low work intensity. This supports the view of some that pregnant healthcare workers should probably refrain from prolonged N95-mask use towards the third trimester. The complications to the women and her fetus that can result from a prolonged decrease in $V_E$ and increased work of breathing, are unknown.

## Conclusions

While there is a substantial negative change in TV, $V_E$ and the $VO_2$ and $VCO_2$ exchanged, there was no impact of breathing through N95 mask materials, to finger-tip oxygen saturation, maternal or fetal heart rate and no drive to increase BF in pregnancy compared to breathing ambient air at the level of exercise in our study. This study shows important descriptive findings of changes to respiratory physiology with mask use, which do not appear to have sufficient significant clinical impact based on the parameters monitored, that had been deliberately kept within the normal ranges to ensure safety of the subjects. Although harm was not demonstrated in the context of this experimental protocol, the significant changes to respiratory physiology caused by breathing through N95 mask materials raise the concern regarding prolonged use of N95-masks by pregnant healthcare women. Our results suggest that pregnant women may experience more fatigue and require more rest breaks from mask use. Scheduled work breaks should be considered for pregnant healthcare workers working in high risk areas which require prolonged use of N95 respirators. In face of the imminent threat of pandemic airborne respiratory diseases it should be emphasized that the benefit of using N95 mask to prevent serious emerging infectious diseases should be weighed against possible respiratory consequences associated with N95 mask usage. Use of alternative protective methods such as surgical masks with lesser airway resistance, should be considered in appropriate settings [31–33]. These have been shown to be equally effective for the prevention of droplet infections such as influenza [31], although they are insufficient for protection against airborne pathogens. Innovative interventions to improve the design of FFR, are urgently needed in the face of the imminent threat of pandemics

of acute airborne respiratory infections. The key is to ensure healthcare worker protection from infectious agents without jeopardizing the wellbeing of the pregnant healthcare workers and their fetuses.

**Competing interest**
The authors declare that they have no competing interests.

**Authors' contributions**
PST, MAC, YSC, CLL, PAT, KN, ASK, CLL, YSC, ELY designed the trial. PST, APL, KN, ASK, CLL, YSC, ELY were responsible for recruitment of subjects, organisation and conduct of the trial. YHC analysed the data and advised on statistical issues. PST wrote the first draft of the report. MAC, YSC, CLL, PAT, ELY contributed to redrafting. All authors read and approved the final manuscript.

**Acknowledgements**
We would like to extend our gratitude to the Defence Science Organisation for their technical support during the study, and to the Department of Obstetrics and Gynaecology, National University Health System for funding the study.

**Author details**
[1]Department of Obstetrics and Gynecology, National University Hospital, 11 Mandalay Road, Singapore 308232, Singapore. [2]Lee Kong Chian School of Medicine, Nanyang Technological University, Singapore, 11 Mandalay Road, Singapore 308232, Singapore. [3]Biostatistics Unit, National University of Singapore, Singapore, Republic of Singapore. [4]Medicine, National University of Singapore, 1E Kent Ridge Road, Level 12, Singapore 119228, Singapore.

Received: 15 July 2015 Accepted: 22 October 2015
Published online: 16 November 2015

## References

1.  Tambyah PA. Severe acute respiratory syndrome from the trenches, at a Singapore university hospital. Lancet Infect Dis. 2004;4:690–6.
2.  Centers for Disease Control and Prevention, (15 May 2014). Interim Infection Prevention and Control Recommendations for Hospitalised Patients with Middle East Respiratory Syndrome Coronavirus (MERS-CoV). http://www.cdc.gov/coronavirus/mers/infection-prevention-control.html. Accessed 28 October 2015.
3.  Pollack MP, Pringle C, Madoff LC, Memish ZA. Latest outbreak news from ProMED-mail: novel coronavirus – Middle East. Int J Infect Dis. 2013;17:e143–4.
4.  Gao R, Cao B, Hu Y, Feng Z, Wang D, Hu W, et al. Human infection with a novel avian-origin Influenza A (H7N9) virus. N Engl J Med. 2013;368:1888–97.
5.  Seto WH, Tsang D, Yung RW, Ching TY, Ng TK, Ho M, et al. Advisors of Expert SARS group of Hospital Authority. Effectiveness of precautions against droplets and contact in prevention of nosocomial transmission of severe acute respiratory syndrome (SARS). Lancet. 2003;361:1519–20.
6.  Homeland Security Council, (July 2007). National Strategy for Pandemic Influenza: Implementation Plan. http://www.flu.gov/planning-preparedness/federal/pandemic-influenza-oneyear.pdf. Accessed 28 October 2015.
7.  Ministry of Health, (April 2014). Pandemic readiness and response plan for influenza and other acute respiratory disease. http://www.moh.gov.sg/content/dam/moh_web/Diseases%20and%20Conditions/DORSCON%202013/Interim%20Pandemic%20Plan%20Plan%20Ver%20_April%202014.pdf. Accessed 28 October 2015.
8.  The Government of the Hong Kong Special Administrative Region, (2014). Preparedness Plan for Influenza Pandemic. http://www.chp.gov.hk/files/pdf/erib_preparedness_plan_for_influenza_pandemic_2014_eng.pdf. Accessed 28 October 2015.
9.  Radonovich Jr LJ, Perl TM, Davey V, Cohen H. Preventing the soldiers of health care from becoming victims on the pandemic battlefield: respirators or surgical masks as the armor of choice. Disaster Med Public Health Prep. 2009;3 Suppl 2:S203–10.
10. Jefferson T, Del Mar C, Dooley L, Ferroni E, Al-Ansary LA, Bawazeer GA, et al. Physical interventions to interrupt or reduce the spread of respiratory viruses: systematic review. BMJ. 2009;339:b3675.
11. Jamieson DJ, Honein MA, Rasmussen SA, Williams JL, Swerdlow DL, Biggerstaff MS, et al. H1N1 2009 influenza virus infection during pregnancy in the USA. Lancet. 2009;374:451–8.

Tong *et al. Antimicrobial Resistance and Infection Control* (2015) 4:48

12. Bobrowski RA. Pulmonary physiology in pregnancy. Clin Obstet Gynecol. 2010;53:285–300.
13. Murphy VE, Namazy JA, Powell H, Schatz M, Chambers C, Attia J, et al. A meta-analysis of adverse perinatal outcomes in women with asthma. BJOG. 2011;118:1314–23.
14. Fung AM, Wilson DL, Barnes M, Walker SP. Obstructive sleep apnea and pregnancy: the effect on perinatal outcomes. J Perinatol. 2012;32:399–406.
15. Lim EC, Seet RC, Lee KH, Wilder-Smith EP, Chuah BY, Ong BK. Headaches and the N95 face-mask amongst healthcare providers. Acta Neurol Scand. 2006;113:199–202.
16. Roberge RJ. Physiological burden associated with the use of filtering facepiece respirators (N95 masks) during pregnancy. J Womens Health (Larchmt). 2009;18:819–26.
17. Roberge RJ, Kim JH, Powell JB. N95 respirator use during advanced pregnancy. Am J Infect Control. 2014;42:1097–100.
18. Pappas GP, Takaro TK, Stover B, Beaudet N, Salazar M, Calcagni J, et al. Respiratory protective devices: rates of medical clearance and causes for work restrictions. Am J Ind Med. 1999;35:390–4.
19. Duffield R, Dawson B, Pinnington HC, Wong P. Accuracy and reliability of a Cosmed K4b2 portable gas analysis system. J Sci Med Sport. 2004;7:11–22.
20. Leprêtre PM, Weissland T, Paton C, Jeanne M, Delannaud S, Ahmaidi S. Comparison of 2 Portable Respiratory Gas Analysers. Int J Sports Med. 2012;33:728–33.
21. McLaughlin JE, King GA, Howley ET, Bassett Jr DR, Ainsworth BE. Validation of the COSMED K4 b2 portable metabolic system. Int J Sports Med. 2001;22:280–4.
22. Borg GA. Psychophysical bases of perceived exertion. Med Sci Sports Exerc. 1982;14:377–81.
23. NICE guidelines [CG 55] September 2007. Intrapartum care: Care of healthy women and their babies during childbirth. http://www.nice.org.uk/guidance/cg190. Accessed 28 October 2015.
24. Artal R, O'Toole M. Guidelines of the American College of Obstetrics and Gynecology for exercise during pregnancy and the postpartum period. British Journal of Sports Medicine. 2004;37:6–12.
25. Lokey EA, Tran ZV, Wells CL, Myers BC, Tran AC. Effects of physical exercise on pregnancy outcomes: a meta-analysis review. Medicine and Science in Sport and Exercise. 1991;23:1234–9.
26. Roberge RJ, Coca A, Williams WJ, Powell JB, Palmiero AJ. Physiological impact of the N95 filtering facepiece respirator on healthcare workers. Respir Care. 2010;55:569–77.
27. Jones JG. The physiological cost of wearing a disposable respirator. Am Ind Hyg Assoc J. 1991;52:219–25.
28. Kim JH, Benson SM, Roberge RJ. Pulmonary and heart rate responses to wearing N95 filtering facepiece respirators. Am J Infect Control. 2013;41:24–7.
29. Laferty EA, McKay RT. Physiologic effects and measurement of carbon dioxide and oxygen levels during qualitative respirator fit testing. J Chem Health Safety. 2006;13:22–8.
30. Tang JW, HC Willem, TM Ng, Kwok WT. Short-term measures of carbon dioxide levels, physiological indicators and subjective comfort of healthcare workers wearing N95 masks. Influenza Other Respir Viruses. 2011;5(Supp s1):365-66.
31. Loeb M, Dafoe N, Mahony J, John M, Sarabia A, Glavin V. Surgical mask vs N95 respirator for preventing influenza among health care workers: a randomized trial. JAMA. 2009;302:1865–71.
32. Gralton J, McLaws ML. Protecting healthcare workers from pandemic influenza: N95 or surgical masks? Crit Care Med. 2010;38:657–67.
33. Diaz KT, Smaldone GC. Quantifying exposure risk: surgical masks and respirators. Am J Infect Control. 2010;38:501–8.

**Submit your next manuscript to BioMed Central and take full advantage of:**

• Convenient online submission

• Thorough peer review

• No space constraints or color figure charges

• Immediate publication on acceptance

• Inclusion in PubMed, CAS, Scopus and Google Scholar

• Research which is freely available for redistribution

Submit your manuscript at
www.biomedcentral.com/submit



Case 6:21-cv-01008-PGB-DCI   Document 62-6   Filed 09/14/21   Page 147 of 360 PageID 3279

*Ann. Occup. Hyg.*, Vol. 52, No. 3, pp. 177–185, 2008
© The Author 2008. Published by Oxford University Press
on behalf of the British Occupational Hygiene Society
doi:10.1093/annhyg/men005

Plaintiffs' Exhibit 373

# Respiratory Performance Offered by N95 Respirators and Surgical Masks: Human Subject Evaluation with NaCl Aerosol Representing Bacterial and Viral Particle Size Range

## SHU-AN LEE[1], SERGEY A. GRINSHPUN[2] and TIINA REPONEN[2]*

[1]Department of Environmental Engineering and Science, Feng Chia University, Taichung, Taiwan, Republic of China; [2]Center for Health-Related Aerosol Studies, Department of Environmental Health, University of Cincinnati, P.O. Box 670056, Cincinnati, OH 45267-0056, USA

Received 16 March 2007; in final form 21 December 2007; published online 7 March 2008

**Objectives:** This study aimed at determining the protection factors (PFs) provided by N95 filtering facepiece respirators and surgical masks against particles representing bacterial and viral size ranges (aerodynamic size: 0.04–1.3 μm).

**Methods:** The protection levels of N95 filtering facepiece respirators (four models) and surgical masks (three models) were investigated while they were donned by 12 subjects performing the OSHA (US Occupational Safety and Health Administration) fit-testing exercises in a test chamber.

**Results:** About 29% of N95 respirators and ~100% of surgical masks had PFs <10, which is the assigned PF designated for this type of respirator by the OSHA. On average, the PFs of N95 respirators were 8–12 times greater than those of surgical masks. The minimum PFs were observed in the size range of 0.04–0.2 μm. No significant difference in PF results was found between N95 respirators with and without an exhalation valve.

**Conclusions:** The study indicates that N95 filtering facepiece respirators may not achieve the expected protection level against bacteria and viruses. An exhalation valve on the N95 respirator does not affect the respiratory protection; it appears to be an appropriate alternative to reduce the breathing resistance.

*Keywords:* bacteria; exhalation valve; protection factor; respirator; virus

## INTRODUCTION

Since the outbreaks of SARS (severe acute respiratory syndrome) occurred in Asia and spread over ~30 countries (WHO, 2003a), viruses have gained additional attention worldwide. SARS is caused by a coronavirus, which has been found in patients' body fluids and respiratory secretions such as feces, saliva and sneezing and coughing droplets from nose and mouth (Nassiri, 2003; Wang *et al.*, 2004). Avian influenza, another emerging viral disease spreading among birds, also threatens human health since the H5N1 subtype has caused a number of human deaths

by crossing from poultry to humans (WHO, 2006a). Among other measures, prevention of the above-mentioned emerging diseases requires the development and implementation of efficient respiratory protection techniques. There is also an increasing interest in respiratory protection against bioterrorism agents, e.g. *Bacillus anthracis* bacteria.

The Center for Disease Control and Prevention (CDC) has issued several interim guidelines that include protection of health-care workers and flight crew members against coronaviruses (CDC, 2003), infection control precautions against airborne influenza A (H5N1) transmitted from bird-to-person or person-to-person (CDC, 2004) and protection of workers against *B. anthracis* in mail-handling facilities (CDC, 2001). The World Health Organization has also published recommendations related to the use of respirators within health-care settings by

*Author to whom correspondence should be addressed. Tel: +513-558-0571; fax: +513-558-2263; e-mail: reponeta@ucmail.uc.edu
The free full text of this article can be found in the online version of this issue.

health-care workers exposed to persons suspected of having SARS (WHO, 2003) or avian influenza (WHO, 2005). All guidelines and recommendations suggest the use of a fit-tested respirator, at least as protective as a National Institute of Occupational Safety and Health (NIOSH)-approved N95 filtering facepiece respirator. Surgical masks, however, are indicated as an alternative when N95 respirators are not available.

All filtering facepiece respirators that are certified by NIOSH (1995) satisfy the CDC recommendations for respiratory protection against coronavirus and H5N1 virus and *B. anthracis* bacteria. The number 95 in this designation means that the filtration efficiency of the respirator is at least 95% at the most penetrating particle size range (presently defined as a mass median aerodynamic size of 0.3 μm) at a flow rate of 85 l min$^{-1}$ simulating the respiratory rate at heavy workload (International Commission on Radiological Protection, 1994). The letter 'N' means that this type of respirator is not resistant to oil (NIOSH, 1995). The NIOSH respirator certification test is performed using aerosol with a mass median diameter of 0.3 μm. For comparison, the physical size of an SARS-causing coronavirus is about 0.08–0.14 μm (Ksiazek *et al.*, 2003) and that of an H5N1 virus, which causes Avian influenza, is 0.08–0.12 μm (Mandell *et al.*, 1995). The average physical size of *B. anthracis* is about 0.81–0.86 μm in diameter and 1.26–1.67 μm in length (Carrera *et al.*, 2007). The size of infective airborne viral particles is not well known and the aerosol transmission of viral diseases is currently debated in the literature (Roy and Milton, 2004; Tellier, 2006). A recent study provides evidence on the infectivity of single airborne virions as it showed that aerosol transmission of influenza virus was improved under low relative humidity (20%) (Lowen *et al.*, 2007). This was associated with two possible factors: small size of airborne viral particles due to quick evaporation of water and the stability of airborne infectious virions at low humidity (Lowen *et al.*, 2007).

We have recently studied the filtration efficiency of N95 respirator filters and surgical masks using inert NaCl particles (Balazy *et al.*, 2006a) and MS2 viruses (Balazy *et al.*, 2006b) as a challenge aerosol. While we confirmed that the highest particle penetration for mechanical filters, utilized in surgical masks, occurs when a count median diameter of particles is ∼0.3 μm, the most penetrating particle size was found to be about 0.03–0.07 μm for precharged fiber filters, which are widely used for N95 respirators. When testing at an inhalation flow rate of 85 l min$^{-1}$, the penetration of MS2 virions (0.01–0.08 μm) through the N95 respirator filter exceeded 5%. For surgical masks, the penetration was much higher and varied from 20.5 to 84.5%. In these studies, the respirators were sealed on a manikin face to account

only for particles penetrating through the respirator filter material. However, airborne particles can also enter the respirator cavity through face-seal leaks and be subsequently inhaled into human respiratory systems.

In some previous investigations, artificial leaks were created on a manikin face to examine the effect of leak shape, leak size and leak location on the particle penetration through face-seal leaks in the size range of about 0.1–5 μm (Chen and Willeke, 1992; Lee *et al.*, 2005a). At the same time, it is still unknown whether these artificial leaks represent real human face-seal leaks.

Face-seal leaks, i.e. respirator fit on the subjects' face, are routinely assessed by using the qualitative or quantitative fit tests [US Occupational Safety and Health Administration (OSHA) 29 CFR 1910. 134] (Department of Labor, Occupational Safety and Health Administration, 1998). Among the quantitative fit-testing tools, a TSI PortaCount Plus with N95-Companion is commonly used to quantify the fit of N95 filtering facepiece respirators. However, the fit factor (FF) obtained during fit testing may not adequately predict the true respiratory protection when the worker is performing his/her actual work activities. As true workplace protection factors (WPFs) (during actual work activities) are often difficult to measure, simulated workplace protection factors (SWPFs) are used as an alternative to estimate the respiratory protection level. The SWPFs are determined in a laboratory using test exercises designed to simulate work activities. The SWPF, in contrast to the FF, takes into account both filter penetration and face-seal leakage as well as the leakage through the exhalation valve. The SWPF has been used in several recent studies for characterizing respirator performance (e.g. Coffey *et al.*, 2004; Zhuang *et al.*, 2005; Coffey *et al.*, 2006; Lawrence *et al.*, 2006; Duling *et al.*, 2007). The aerosol measurements in these studies were conducted using a TSI PortaCount Plus Model 8020, which is not a size-selective device and cannot distinguish particles in the bacterial and viral size range. As a result, there is a lack of information on the respiratory protection at discrete particle sizes, especially those representing the size of airborne bacterial and viral contaminants.

Due to the difficulty in accessing the WPF data in the workplace and very few studies investigating the correlation between FFs, WPFs and SWPFs, NIOSH has proposed the use of a total inward leakage (TIL) test for assessing respirator performance as part of the certification process for a respirator (NIOSH, 2004). The TIL test is meant to assess the protective level achieved by a respirator when contributions of all leakage paths are considered. However, the TIL testing performed under laboratory conditions is not expected to reflect actual field personal protective equipment performance or to replace individual fit testing as mandated by the OSHA. The testing is only

intended to quantify the ability of respirators to fit individuals under laboratory conditions. Thus, in this study, we adopted the TIL concept and conducted the TIL tests particle size selectively using our newly developed personal sampling system to investigate the performance of respirator devices against particles in the bacterial and viral size range.

In our recent paper, we described a new personal sampling system that was developed to determine the protection provided by respirators against airborne dust and microorganisms in the size range of 0.7–10 μm (Lee *et al.*, 2004). This sampling system, based on measurements of concentrations inside and outside respirators worn by human subjects, has been validated through both laboratory (Lee *et al.*, 2005a) and field testing (Lee *et al.*, 2005b). In the present study, we modified the system to cover particles of aerodynamic size, $d_a$, from 0.0414 to 1.2625 μm, representing the size of bacteria and viruses. This study was carried out with human subjects and intended (i) to estimate how much protection can be provided by N95 filtering facepiece respirators and surgical masks against bacteria and viruses and (ii) to investigate whether exhalation valves affect the protection levels provided by N95 filtering facepiece respirators.

## METHODS

### Study design

The particle concentrations outside and inside the N95 respirator were measured using our newly developed personal sampling system (Lee *et al.*, 2004), which was modified by connecting it to an Electrical Low Pressure Impactor (ELPI 3935 series, Dekati Ltd, Tampere, Finland). This instrument size-selectively measures the number concentration of particles in an aerodynamic size, ranging from $d_a = 0.029$ to 10.18 μm, in 12 channels. For the current study, we utilized the eight lowest channels with geometric mean (GM) diameters of 0.0414, 0.078, 0.1304, 0.2047, 0.3155, 0.4993, 0.7935 and 1.2625 μm, which represent the size of most airborne viruses and bacteria. The sampling system was donned by a human subject wearing either a N95 facepiece respirator or a surgical mask. The experiments were conducted in a walk-in indoor test chamber (Choe *et al.*, 2000). The laboratory test environment is described in detail in Lee *et al.* (2005a). Four different models of N95 filtering facepiece respirators and three different models of surgical masks were employed for the testing.

### Modification of the personal sampling system

The original personal sampling system had two sampling lines for measurement of airborne dust and microorganisms inside and outside the N95 filtering facepiece respirator (Lee *et al.*, 2004). Each sampling line consisted of a sampling probe, sampling tubing, a sampling chamber, an optical particle counter (0.7–10 μm), a 25-mm cassette with a 1-μm polycarbonate filter membrane and a pump. We modified the system so that it could be used to measure particles in the size range of 0.04–1.3 μm by replacing the two optical particle counters with an ELPI, as presented in Fig. 1. Since only one ELPI instrument was available, the sampling configuration was rebuilt to allow the measurement device to serve both lines. A four-way connector was built up to split the ELPI flow of 30 l min$^{-1}$ into three equal parts. One part offered a sampling flow of 10 l min$^{-1}$. This flow came either from the ambient sampling line or from the in-facepiece sampling line. The two other parts offered dilution air. These two parts were later merged into one line and filtered by a HEPA (high-efficiency particulate air) filter. These two initially separate air lines for dilution air allowed the sampling flow to be maintained accurately and steadily at 10 l min$^{-1}$. One airflow valve and one thermal mass flow meter (Model 4043, TSI Inc., St Paul, MN, USA) were connected before the HEPA filter to adjust and monitor the dilution airflow (which had a total of 20 l min$^{-1}$). The sampling flow of 10 l min$^{-1}$ was adjusted by modifying the dilution flow and calibrated by using a DryCal DC-Lite Calibrator (Bios International Corporation, Butler, NJ, USA). Immediately at the upstream of a four-way connector there was a three-way airflow controller acting as a switch between the ambient sampling line and the in-facepiece sampling line. A Nafion dryer (PD-50T-12MP, Perma Pure LLC, Toms River, NJ, USA) was installed between the four-way connector and the ELPI inlet to remove the water content from the sampling line.

### Selection of the N95 filtering facepiece respirators and surgical masks

Two N95 filtering facepiece respirators were selected in this study based on the expected protection levels: high (N95 Respirator A) and medium (N95 Respirator B). The selection was based on the available data on the fitting characteristics of 18 commercially available N95 filtering facepiece respirators (Coffey *et al.*, 2004). In addition, we investigated the effect of the exhalation valve on the protection factors (PFs) because the protection levels might decrease due to leaks from the exhalation valve. Therefore, we included two more N95 filtering facepiece respirators, which are otherwise similar except for an exhalation valve: one does not have it (N95 Respirator C), while the other one does (N95 Respirator D).

Three models of surgical masks were also tested. As there was no information available on the performance of surgical masks at the time of these experiments, a three-step protocol was utilized to select representative surgical masks from commercially available models. First, nine models of surgical

180                                 S.-A. Lee, S. A. Grinshpun and T. Reponen



**Fig. 1.** Schematic presentation of the modified personal sampling system.

masks were chosen based on respirator type (cup or pleat) and strap type (ear loops or tie on). Second, these surgical masks were divided into three groups (high, medium and low protection) based on the standard quantitative fit-testing results. Third, three models of surgical masks were chosen by randomly selecting one model from each group. Fit testing was conducted using a PortaCount Plus with an N95-Companion (TSI Inc.). A human subject performed the OSHA fit-testing exercise protocol during the test (Department of Labor, Occupational Safety and Health Administration, 1998). Each model of the surgical masks was tested in three replicates, and each replicate was performed with an identical, unused respirator. The prescreening fit testing was conducted using one human subject.

*Experimental protocols*

In this study, the number concentrations of NaCl particles (challenge aerosol) were size-selectively measured using the ELPI, so that the protection levels provided by N95 filtering facepiece respirators and surgical masks were determined when human subjects donned the tested respirators and performed

the OSHA fit-testing exercises: normal breathing, deep breathing, turning head side to side, moving head up and down, talking, grimace, bending over and returning to normal breathing (Department of Labor, Occupational Safety and Health Administration, 1998). Earlier studies have shown that the protection levels determined using the set of exercises included in the OSHA protocol highly correlated with the actual exposures from a simulated health-care workplace study (Coffey *et al.*, 1999; Lawrence *et al.*, 2006). Twelve subjects were recruited from students and staff members of the University of Cincinnati, Cincinnati, OH, USA, without regard to any particular facial size distribution. The range for the face length was 10–13.7 cm and the range for the lip length was 4.8–7 cm. Each exercise was performed for 2 min and the particle concentrations inside the respirator were averaged over the second minute. The concentration inside the respirator ($c_{in}$) for the entire test was averaged over all the exercises, excluding the grimace maneuver. The particle concentrations outside the respirator ($c_{out}$) were measured at the beginning, middle and end of the test. The average of these concentrations was used

as the concentration outside the respirator for each test. The PF was calculated by dividing the particle concentrations outside the respirator ($c_{out}$) by those inside the respirator ($c_{in}$):

$$PF = \frac{c_{out}}{c_{in}}. \qquad (1)$$

To investigate the effect of the exhalation valve on the protection provided by N95 filtering facepiece respirators, 12 subjects were first tested with respirators that did not have exhalation valves. Based on the results, three subjects (with high, medium and low protection levels) were chosen to perform the test with an equivalent respirator that had an exhalation valve.

Each respirator model was examined in three replicates for each of the 12 subjects, and each replicate was conducted with an identical and unused respirator. Thus, there were 36 tests per respirator model for the N95 Respirators A, B and C and Surgical masks A, B and C (examined similarly as the N95 respirators) and 9 tests for N95 Respirator D.

The particle losses in the sampling line have been addressed in our previous study (Lee *et al.*, 2004). We found a difference in the penetration efficiencies of particles between the two sampling lines due to slightly different configurations. Therefore, all PFs presented in this paper were corrected by a ratio of concentrations measured in the two sampling lines when no respirator was attached in the system. These ratios varied from 0.93 to 1, depending on the particle size.

*Data analysis*

The data analysis was performed using an analysis of variance (ANOVA) model provided by the Statistical Analysis System version 8.0 (SAS Institute Inc., Cary, NC, USA). *P*-values of <0.05 were considered significant. The difference in mean FFs among nine surgical masks was examined by the ANOVA followed by a pairwise comparison using the Tukey's studentized range test. This statistical method was also used to examine the difference in the PFs among different particle sizes. A *t*-test was performed to investigate the difference in PFs between N95 filtering facepiece respirators with and without exhalation valves.

**RESULTS**

*N95 respirators*

Figure 2 presents the PFs for four models of N95 filtering facepiece respirators against particles in the size range of approximately 0.04–1.3 μm. The GM of the PFs calculated for the four N95 facepiece respirators over the eight particle size ranges was 21.5 (4 models × 8 size classes × 12 subjects × 3 repeats = 1152 data points). The lowest protection provided by N95 filtering facepiece respirators occurred approximately between $d_a$ = 0.08 and 0.2 μm.

The assigned protection factor (APF) of 10 for N95 filtering facepiece respirators (Department of



**Fig. 2.** PF values against particles representing bacterial and viral size range for four models of N95 filtering facepiece respirators: A, B, C and D. The tests were performed when the N95 respirators were donned on human subjects. Total observations are 36 (12 subjects × 3 replicates) for Models A, B and C and 9 (3 subjects × 3 replicates) for Model D. The boxplots show the following: dots (from bottom) represent 5th and 95th percentiles; horizontal lines (from bottom) represent 10th, 25th, 50th, 75th, and 90th percentiles.

Labor, Occupational Safety and Health Administration, 2006) is shown in Fig. 2 by a horizontal line. The APF-value represents the level of protection that a properly functioning respirator is expected to provide to adequately fitted and trained users in the workplace. Among the 36 tested N95 respirators of Types A, B and C and among 9 tested N95 respirators of Type D, PFs <10 were found for 13.9, 63.9, 11.1 and 22.2% of the respirators, respectively. The respective percentages for PFs <5 were 0, 16.7, 0 and 0%.

The effect of the exhalation valve on the PFs provided by N95 filtering facepiece respirators can be further observed from the data presented in Fig. 3 for Respirator C (without a valve) and Respi-

rator D (equipped with a valve). The PFs appeared to have a good agreement for all tested particle sizes. A $t$-test showed no significant difference in the PFs between N95 filtering facepiece respirators with and without the exhalation valve for 0.04- to 1.3-µm particles ($P > 0.05$).

*Surgical masks*

The overall FFs measured for nine models of surgical masks are presented in Fig. 4. Based on these results, the nine surgical masks were divided into three classes, representing different levels of protection as tested by the ANOVA: high (Surgical masks 1, 2, 3 and 4), medium (Surgical masks 5, 6 and 7) and low (Surgical masks 8 and 9). Three surgical



**Fig. 3.** The comparison of PFs against particles in bacterial and viral size ranges between respirators without (N95 Respirator C) and with (N95 Respirator D) exhalation valves. The tests were performed when the N95 respirators were donned on human subjects. Each data point represents an average and standard deviation of 36 observations for N95 Respirator C and 9 observations for N95 Respirator D.



**Fig. 4.** Overall FFs measured for nine models of surgical masks with the PortaCount (with N95-Companion). The mask was donned on a human subject. Each bar represents an average and standard deviation of three replicate measurements performed by one human subject. Each replicate was done with the same type of unused surgical mask.

mask models were chosen by randomly drawing one model from each class. As a result, Surgical masks 1, 5 and 8 were selected; they are labeled A, B and C, respectively, in the following text and figures.

The PFs for these three models of surgical masks are shown in Fig. 5. The overall GM of PFs was 2.4 (3 models × 8 size classes × 12 subjects × 3 repeats = 864 data points). The minimum PFs were found to be approximately between $d_a = 0.04$ and 0.32 μm for Surgical masks A and B and in a somewhat wider range for Surgical mask C. With respect to the geometric mean of PFs, the PF provided by surgical masks was nine times lower than that provided by N95 respirators.



**Fig. 5.** PF values against particles representing bacterial and viral size range for three models of surgical masks: A, B and C. The boxplots show the same as in Fig. 1. The tests were performed when the surgical masks were donned on human subjects. Total observations are 36 (12 subjects × 3 replicates).

## DISCUSSION

Current guidelines issued by the CDC and the WHO recommend the use of N95 or higher level protection respirators against airborne transmission of bacteria and viruses. When N95 filtering facepiece respirators are not available, surgical masks are suggested as an alternative. No previous investigations have utilized human subjects to investigate the protection level provided by N95 filtering facepiece respirators and surgical masks against particles representing bacterial and viral size ranges. In most of the published field studies, total mass concentrations were determined outside and inside the respirator to investigate respiratory protection against particles regardless of particle size. This study provides data on the protection provided by the N95 filtering facepiece respirators and surgical masks as a function of particle size in the size range of $d_a = 0.0414$–1.2625 μm.

If one graphs the PF provided by N95 respirators versus particle size, the result appears to be an upside-down bell-shaped curve. This supports the results of several previous laboratory studies (Holton and Willeke, 1992; Chen *et al.*, 1990; Chen and Willeke, 1992; Balazy *et al.*, 2006a) as well as our recent field study in agricultural environments (Lee *et al.*, 2005b), which have shown that the size of particles affects their penetration through filter materials and face-seal leaks. The data obtained in the present study by count-based measurement show that particles approximately between 0.08 and 0.2 μm in aerodynamic diameter are more likely to penetrate into most of the tested N95 respirators. The respective size was 0.04–0.2 μm for surgical masks. Strikingly, the physical size of SARS-causing coronavirus is approximately 0.08–0.14 μm, and the physical size of influenza virus is 0.08–0.12 μm, i.e. the size ranges of these viruses fall into the most penetrating particle size range.

The percentage of the respirators that had PFs >5 for all tested particle sizes was ~100% for most of the tested N95 filtering facepiece respirators, except for N95 Respirator B (83.3%). However, the corresponding percentages for PFs >10 were 86.1% for N95 Respirator A, 36.1% for N95 Respirator B, 88.9% for N95 Respirator C and 77.8% for N95 Respirator D (71% when the data for all the tested N95 respirators were combined). Similarly, Coffey *et al.* (2004) have shown that the PF was <10 for ~26% of 18 N95 respirators tested by using 25 human subjects and <5 for ~14% of the respirators. In addition, Duling *et al.* (2007) presented that ~14% of PFs for N95 filtering facepiece respirators were found to be <10, while ~5% were observed to be <5. We have previously shown that assigning APF = 10 for N95 filtering facepiece respirators may not be justified for protection against fungal spores and bacteria (Lee *et al.*, 2005b). This was

explained by the small size of these particles: the current APF values are mostly based on studies that measured particle mass. Larger particles, which comprise most of the mass, were found to be less penetrative than particles representing the size of fungal spores and bacteria. As the present study was conducted using the particle size-selective TIL test under well-controlled laboratory conditions, the results may not be representative enough to reflect true protection levels in the field. However, the laboratory-generated PF results are expected to be more conservative and greater than the field PF results due to lower workload and narrower range of head movements performed in the test. Consequently, the results of the present study indirectly implicate that the APF of 10 may also overestimate the protection that N95 filtering facepiece respirators provide against viral particles.

After accounting for the individual differences, the average PF offered by N95 filtering facepiece respirators against particles in the tested size range was about 8–12 times greater than that provided by surgical masks. This result is similar to that obtained by Lawrence *et al.* (2006) who found, using a nonsize-selective device (TSI PortaCount Plus), that the protection provided by N95 filtering facepiece respirators is about seven times greater than that of surgical masks. Zhuang *et al.* (2005) evaluated the protection levels of 18 N95 filtering facepiece respirators and found that the GM of the PFs was ∼25, which is somewhat greater than GM = 21.4 obtained in the present study. The PFs of surgical masks varied widely in our tests, depending on the model and particle size: from 1.3 to 6.5.

The exhalation valve on N95 filtering facepiece respirators is designed to ease the wearer's breathing when the wearer has difficulty exhaling through the respirator due to filter resistance. Our results show that the N95 filtering facepiece respirator with an exhalation valve will not lose its ability to protect wearers from the exposure to airborne particles in the bacterial and viral size range. Aerosol penetration through the exhalation valve was also investigated for half-facepiece negative-pressure respirators by Brosseau (1998), who found that the penetration values were about 0.03–0.04%, indicating no valve failure. N95 filtering facepiece respirators with valves appear to be a good alternative when wearers feel uncomfortable wearing an N95 filtering facepiece respirator without a valve. It should be noted, however, that the valve may allow the spread of any infectious agents that are carried by the respirator wearer.

## CONCLUSIONS

Most of the tested N95 respirators and surgical masks in this study were observed to perform at their worst against particles approximately between 0.04 and 0.2 µm, which includes the sizes of coronavirus and influenza virus. The tested N95 respirators provided about 8–12 times better protection than the surgical masks. However, ∼29% of the tested N95 respirators had PFs <10, indicating that the newly assigned OSHA PF of 10 may overestimate the actual protection offered by N95 respirators against bacteria and viruses. N95 filtering facepiece respirators with valves have about equal protection to those without valves against bacterial and viral particles and appear to be useful for reducing breathing resistance.

## FUNDING

The National Institute for Occupational Safety and Health (R01 OH0408501); Pilot Project Research Training Program of the University of Cincinnati Education and Research Center (T42/CCT510420).

*Acknowledgements*—The authors thank students and staff members who volunteered to be human subjects in this study

## REFERENCES

Balazy A, Toivola M, Reponen T *et al*. (2006a) Manikin-based performance evaluation of N95 filtering-facepiece respirators challenged with nanoparticles. Ann Occup Hyg; 50: 259–69.

Balazy A, Toivola M, Adhikari A *et al*. (2006b) Do N95 respirators provide 95% protection level against airborne viruses, and how adequate are surgical masks? Am J Infect Control; 34: 51–7.

Brosseau LM. (1998) Aerosol penetration behavior of respirator valves. Am Ind Hyg Assoc J; 59: 173–80.

Carrera M, Zandomeni RO, Fitzgibbon J *et al*. (2007) Difference between the spore sizes of *Bacillus anthracis* and other *Bacillus* species. J Appl Microbiol; 102: 303–12.

CDC. (2001) CDC interim recommendations for protecting workers from exposure to *Bacillus anthracis* in work sites where mail is handled or processed. Atlanta, Georgia: Centers for Disease Control and Prevention.

CDC. (2003) Interim guidance for cleaning of commercial passenger aircraft following a flight with a passenger with suspected SARS. Atlanta, Georgia: Centers for Disease Control and Prevention.

CDC. (2004) Update on influenza A (H5N1) and SARS: interim recommendations for enhanced U.S. surveillance, testing, and infection controls. Atlanta, Georgia: Centers for Disease Control and Prevention.

Chen CC, Ruuskanen J, Pilacinski W *et al*. (1990) Filter and leak penetration characteristics of a dust and mist filtering facepiece. Am Ind Hyg Assoc J; 51: 632–9.

Chen CC, Willeke K. (1992) Characteristics of face seal leakage in filtering facepieces. Am Ind Hyg Assoc J; 53: 533–9.

Choe K, Trunov M, Grinshpun SA *et al*. (2000) Particle settling after lead-based paint abatement work and clearance waiting period. Am Ind Hyg Assoc J; 61: 798–807.

Coffey CC, Campbell DL, Zhuang Z. (1999) Simulated workplace performance of N95 respirators. Am Ind Hyg Assoc J; 60: 618–24.

Coffey CC, Lawrence RB, Campbell DL *et al*. (2004) Fitting characteristics of eighteen N95 filtering-facepiece respirators. J Occup Environ Hyg; 1: 262–71.

Coffey CC, Lawrence RB, Zhuang Z *et al*. (2006) Errors associated with three methods of assessing respirator fit. J Occup Environ Hyg; 3: 44–52.

Department of Labor, Occupational Safety and Health Administration. (1998) Respiratory protection: 29 CFR 1910.134, appendix A. Washington: Department of Labor, Occupational Safety and Health Administration.

Department of Labor, Occupational Safety and Health Administration. (2006) 29 CFR parts 1910, 1915, and 1926 assigned protection factors; final rule 71:50121–50192. Federal Register 71:164. Washington: Department of Labor, Occupational Safety and Health Administration.

Duling MG, Lawrence RB, Slaven JE *et al.* (2007) Simulated workplace protection factors for half-facepiece respiratory protective devices. J Occup Environ Hyg; 4: 420–31.

Holton PM, Willeke K. (1992) The effect of aerosol size distribution and measurement method on respirator fit. Am Ind Hyg Assoc J; 48: 855–60.

International Commission on Radiological Protection. (1994) Human respiratory tract model for radiological protection, ICRP publication 66. Ann ICRP; 24: 1–3.

Ksiazek TG, Erdman D, Goldsmith CS *et al.* (2003) A novel coronavirus associated with severe acute respiratory syndrome. N Engl J Med; 348: 1947–57.

Lawrence RB, Duling MG, Calvert CA *et al.* (2006) Comparison of performance of three different types of respiratory protection devices. J Occup Environ Hyg; 3: 465–74.

Lee SA, Reponen T, Li W *et al.* (2004) Development of a new method for measuring the protection provided by respirators against dust and microorganisms. Aerosol Air Qual Res; 4: 55–72.

Lee SA, Grinshpun SA, Adhikari A *et al.* (2005a) Laboratory and field evaluation of a new personal sampling system for assessing the protection provided by N95 filtering-facepiece respirators against particles. Ann Occup Hyg; 49: 245–57.

Lee SA, Adhikari A, Grinshpun SA *et al.* (2005b) Respiratory protection provided by N95 filtering facepiece respirators against airborne dust and microorganisms in agricultural farms. J Occup Environ Hyg; 2: 577–85.

Lowen AC, Mubareka S, Steel J *et al.* (2007) Influenza virus transmission is dependent on relative humidity and temperature. PLoS Pathog; 3: 1470–6.

Mandell GL, Bennett JE, Dolin RD. (1995) Principles and practices of infectious diseases. 4th edn. New York: Churchill Livingstone p. 1547.

Nassiri RM. (2003) Severe acute respiratory syndrome. Med Sci Monit; 9: 25–7.

NIOSH. (1995) 42 CFR 84 respiratory protective devices; final rules and notice. Federal register 60:110. U.S. Center for Disease Control and Prevention, Cincinnati, OH, National Institute for Occupational Safety and Health.

NIOSH. (2004) Standard development: program concept for total inward leakage (TIL) performance requirements and test methods. Available at http://www.cdc.gov/niosh/npptl/standardsdev/til/ Accessed 1 December 2007.

Roy CJ, Milton DK. (2004) Airborne transmission of communicable infection—the elusive pathway. N Engl J Med; 350: 1710–2.

Tellier R. (2006) Review of aerosol transmission of influenza A virus. Emerg Infect Dis; Available at http://www.cdc.gov/ncidod/EID/vol12no11/06-0426.htm Accessed 11 December 2007.

Wang WK, Chen SY, Liu IJ *et al.* (2004) Detection of SARS-associated coronavirus in throat wash and saliva in early diagnosis. Emerg Infect Dis; 10: 1213–9.

WHO. (2003a) Communicable disease surveillance and response: severe acute respiratory syndrome. Switzerland: World Health Organization.

WHO. (2003b) Hospital infection control guidance for severe acute respiratory syndrome (revised). Switzerland: World Health Organization.

WHO. (2005) WHO global influenza preparedness plan: the role of WHO and recommendations for national measures before and during pandemics. Switzerland: World Health Organization.

WHO. (2006a) Cumulative number of confirmed human cases of avian influenza A/(H5N1) reported to WHO. Switzerland: World Health Organization.

WHO. (2006b) H5N1 avian influenza: timeline. Switzerland: World Health Organization.

Zhuang Z, Coffey CC, Berry Ann R. (2005) The effect of subject characteristics and respirator features on respirator fit. J Occup Environ Hyg; 2: 641–9.

# The NEW ENGLAND JOURNAL of MEDICINE

ESTABLISHED IN 1812 — DECEMBER 17, 2020 — VOL. 383 NO. 25

Plaintiffs' Exhibit 374

# SARS-CoV-2 Transmission among Marine Recruits during Quarantine

A.G. Letizia, I. Ramos, A. Obla, C. Goforth, D.L. Weir, Y. Ge, M.M. Bamman, J. Dutta, E. Ellis, L. Estrella, M.-C. George, A.S. Gonzalez-Reiche, W.D. Graham, A. van de Guchte, R. Gutierrez, F. Jones, A. Kalomoiri, R. Lizewski, S. Lizewski, J. Marayag, N. Marjanovic, E.V. Millar, V.D. Nair, G. Nudelman, E. Nunez, B.L. Pike, C. Porter, J. Regeimbal, S. Rirak, E. Santa Ana, R.S.G. Sealfon, R. Sebra, M.P. Simons, A. Soares-Schanoski, V. Sugiharto, M. Termini, S. Vangeti, C. Williams, O.G. Troyanskaya, H. van Bakel, and S.C. Sealfon

## ABSTRACT

**BACKGROUND**

The efficacy of public health measures to control the transmission of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) has not been well studied in young adults.

**METHODS**

We investigated SARS-CoV-2 infections among U.S. Marine Corps recruits who underwent a 2-week quarantine at home followed by a second supervised 2-week quarantine at a closed college campus that involved mask wearing, social distancing, and daily temperature and symptom monitoring. Study volunteers were tested for SARS-CoV-2 by means of quantitative polymerase-chain-reaction (qPCR) assay of nares swab specimens obtained between the time of arrival and the second day of supervised quarantine and on days 7 and 14. Recruits who did not volunteer for the study underwent qPCR testing only on day 14, at the end of the quarantine period. We performed phylogenetic analysis of viral genomes obtained from infected study volunteers to identify clusters and to assess the epidemiologic features of infections.

**RESULTS**

A total of 1848 recruits volunteered to participate in the study; within 2 days after arrival on campus, 16 (0.9%) tested positive for SARS-CoV-2, 15 of whom were asymptomatic. An additional 35 participants (1.9%) tested positive on day 7 or on day 14. Five of the 51 participants (9.8%) who tested positive at any time had symptoms in the week before a positive qPCR test. Of the recruits who declined to participate in the study, 26 (1.7%) of the 1554 recruits with available qPCR results tested positive on day 14. No SARS-CoV-2 infections were identified through clinical qPCR testing performed as a result of daily symptom monitoring. Analysis of 36 SARS-CoV-2 genomes obtained from 32 participants revealed six transmission clusters among 18 participants. Epidemiologic analysis supported multiple local transmission events, including transmission between roommates and among recruits within the same platoon.

**CONCLUSIONS**

Among Marine Corps recruits, approximately 2% who had previously had negative results for SARS-CoV-2 at the beginning of supervised quarantine, and less than 2% of recruits with unknown previous status, tested positive by day 14. Most recruits who tested positive were asymptomatic, and no infections were detected through daily symptom monitoring. Transmission clusters occurred within platoons. (Funded by the Defense Health Agency and others.)

The authors' full names, academic degrees, and affiliations are listed in the Appendix. Address reprint requests to Dr. S.C. Sealfon at Icahn School of Medicine at Mount Sinai, Annenberg 14-44, 1 Gustave L. Levy Pl., New York, NY 10029, or at stuart.sealfon@mssm.edu.

Drs. Letizia, van Bakel, and S.C. Sealfon and Drs. Ramos, Obla, Goforth, Weir, and Ge contributed equally to this article.

This article was published on November 11, 2020, at NEJM.org.

N Engl J Med 2020;383:2407-16.
DOI: 10.1056/NEJMoa2029717
Copyright © 2020 Massachusetts Medical Society.

2407

The New England Journal of Medicine
Downloaded from nejm.org on July 19, 2021. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

PROSPECTIVE STUDIES MAY BE USEFUL TO inform strategies to mitigate the transmission of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), particularly in group settings among young adults.[1-4] U.S. Department of Defense installations have implemented recommended public health interventions.[5] However, confined living spaces, close contact among persons during training regimens and other activities, shared dining facilities, and mixing of persons from across the United States place military populations at risk for contracting contagious respiratory infections such as coronavirus disease 2019 (Covid-19).[6-9] The transmission of SARS-CoV-2 and Covid-19 in military settings has not been well studied.

The public health program implemented by the U.S. Marine Corps for all new recruits includes a period of home quarantine followed by a 2-week, strictly supervised quarantine at a closed campus, with the objective of mitigating infection among recruits. To evaluate the effectiveness of these measures, we monitored SARS-CoV-2 infections with serial real-time quantitative polymerase-chain-reaction (qPCR) assays and assessed events of virus transmission by means of phylogenetic analysis of viral genomes obtained from infected participants.

## METHODS

### STUDY DESIGN AND PARTICIPANTS

To reduce the risk of introducing SARS-CoV-2 into basic training at Marine Corps Recruit Depot, Parris Island, in South Carolina, the Marine Corps established a 14-day supervised quarantine period at a college campus used exclusively for this purpose. Potential recruits were instructed to quarantine at home for 2 weeks immediately before they traveled to campus. At the end of the second, supervised quarantine on campus, all recruits were required to have a negative qPCR result before they could enter Parris Island. Recruits were asked to participate in the COVID-19 Health Action Response for Marines (CHARM) study, which included weekly qPCR testing and blood sampling for IgG antibody assessment.

After potential recruits had completed the 14-day home quarantine, they presented to a local Military Entrance Processing Station, where a medical history was taken and a physical examination was performed. If potential recruits were deemed to be physically and mentally fit for enlistment, they were instructed to wear masks at all times and maintain social distancing of at least 6 feet during travel to the quarantine campus. Classes of 350 to 450 recruits arrived on campus nearly weekly. New classes were divided into platoons of 50 to 60 recruits, and roommates were assigned independently of participation in the CHARM study. Overlapping classes were housed in different dormitories and had different dining times and training schedules.

During the supervised quarantine, public health measures were enforced to suppress SARS-CoV-2 transmission (Table S1 in the Supplementary Appendix, available with the full text of this article at NEJM.org). All recruits wore double-layered cloth masks at all times indoors and outdoors, except when sleeping or eating; practiced social distancing of at least 6 feet; were not allowed to leave campus; did not have access to personal electronics and other items that might contribute to surface transmission; and routinely washed their hands. They slept in double-occupancy rooms with sinks, ate in shared dining facilities, and used shared bathrooms. All recruits cleaned their rooms daily, sanitized bathrooms after each use with bleach wipes, and ate preplated meals in a dining hall that was cleaned with bleach after each platoon had eaten. Most instruction and exercises were conducted outdoors. All movement of recruits was supervised, and unidirectional flow was implemented, with designated building entry and exit points to minimize contact among persons. All recruits, regardless of participation in the study, underwent daily temperature and symptom screening. Six instructors who were assigned to each platoon worked in 8-hour shifts and enforced the quarantine measures. If recruits reported any signs or symptoms consistent with Covid-19, they reported to sick call, underwent rapid qPCR testing for SARS-CoV-2, and were placed in isolation pending the results of testing.

Instructors were also restricted to campus, were required to wear masks, were provided with preplated meals, and underwent daily temperature checks and symptom screening. Instructors who were assigned to a platoon in which a positive case was diagnosed underwent rapid

The New England Journal of Medicine
Downloaded from nejm.org on July 19, 2021. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

qPCR testing for SARS-CoV-2, and, if the result was positive, the instructor was removed from duty. Recruits and instructors were prohibited from interacting with campus support staff, such as janitorial and food-service personnel. After each class completed quarantine, a deep bleach cleaning of surfaces was performed in the bathrooms, showers, bedrooms, and hallways in the dormitories, and the dormitory remained unoccupied for at least 72 hours before reoccupancy.

Within 2 days after arrival at the campus, after recruits had received assignments to platoons and roommates, they were offered the opportunity to participate in the longitudinal CHARM study. Recruits were eligible if they were 18 years of age or older and if they would be available for follow-up. The study was approved by the institutional review board of the Naval Medical Research Center and complied with all applicable federal regulations governing the protection of human subjects. All participants provided written informed consent.

### PROCEDURES

At the time of enrollment, participants answered a questionnaire regarding demographic characteristics, risk factors for SARS-CoV-2 infection, symptoms within the previous 14 days, and a brief medical history; blood samples and mid-turbinate nares swab specimens were obtained for qPCR testing to detect SARS-CoV-2. Demographic information included sex, age, ethnic group, race, place of birth, and U.S. state or country of residence; information regarding risk factors included whether participants had used masks, whether they had adhered to self-quarantine before arrival, their recent travel history, their known exposure to someone with Covid-19, whether they had flulike symptoms or other respiratory illness, and whether they had any of 14 specific symptoms characteristic of Covid-19 or any other symptoms associated with an unspecified condition within the previous 14 days.

Study participants were followed up on days 7 and 14, at which time they reported any symptoms that had occurred within the past 7 days. Nares swab specimens for repeat qPCR assays were also obtained. Participants who had positive qPCR results were placed in isolation and were approached for participation in a related but separate study of infected recruits, which involved more frequent testing during isolation. All recruits who did not participate in the current study were tested for SARS-CoV-2 only at the end of the 2-week quarantine, unless clinically indicated (in accordance with the public health procedures of the Marine Corps). Serum specimens obtained at enrollment were tested for SARS-CoV-2–specific IgG antibodies with the use of the methods described below and in the Supplementary Appendix.

Participants who tested positive on the day of enrollment (day 0) or on day 7 or day 14 were separated from their roommates and were placed in isolation. Otherwise, participants and nonparticipants were not treated differently: they followed the same safety protocols, were assigned to rooms and platoons regardless of participation in the study, and received the same formal instruction.

### LABORATORY METHODS

The qPCR testing of mid-turbinate nares swab specimens for SARS-CoV-2 was performed within 48 hours after collection by Lab24 (Boca Raton, FL) with the use of the TaqPath COVID-19 Combo Kit (Thermo Fisher Scientific), which is authorized by the Food and Drug Administration. Specimens obtained from nonparticipants were tested by the Naval Medical Research Center (Silver Spring, MD). Specimens were stored in viral transport medium at 4°C. The presence of IgG antibodies specific to the SARS-CoV-2 receptor-binding (spike) domain in serum specimens was evaluated with the use of an enzyme-linked immunosorbent assay, as previously described,[10] with some modifications. At least two positive controls, eight negative controls (serum specimens obtained before July 2019), and four blanks (no serum) were included in every plate. Serum specimens were first screened at a 1:50 dilution, followed by full dilution series if the specimens were initially found to be positive.

### WHOLE-GENOME SEQUENCING AND ASSEMBLY

SARS-CoV-2 sequencing was performed with the use of two sequencing protocols (an Illumina sequencing protocol and an Ion Torrent sequencing protocol) to increase the likelihood of obtaining complete genome sequences. A custom reference-based analysis pipeline (https://github .com/mjsull/COVID_pipe) was used to assemble

The New England Journal of Medicine

Downloaded from nejm.org on July 19, 2021. For personal use only. No other uses without permission.

Copyright © 2020 Massachusetts Medical Society. All rights reserved.

SARS-CoV-2 genomes with the use of data from Illumina, Ion Torrent, or both.[11]

### PHYLOGENETIC ANALYSIS

SARS-CoV-2 genomes obtained from patients worldwide and associated metadata were downloaded from the Global Initiative on Sharing All Influenza Data EpiCoV database[12] on August 11, 2020 (79,840 sequences), and a subset of sequences was selected from this database with the use of the default subsampling scheme of Nextstrain software[13] with the aim of maximizing representation of genomes obtained from patients in the United States. Phylogenetic analyses of the specimens obtained from participants were performed with the v1.0-292-ga9de690 Nextstrain build for SARS-CoV-2 genomes with the use of default parameters. Transmission and outbreak events were identified on the basis of clustering of the SARS-CoV-2 genomes obtained from study participants within the Nextstrain phylogenetic tree, visualized with TreeTime.[14] A comparative analysis of mutation profiles relative to the SARS-CoV-2 Wuhan reference genome was performed with the use of Nextclade software, version 0.3.6 (https://clades.nextstrain.org/).

### DATA ANALYSIS

The denominator for calculating the percentage of recruits who had a first positive result for SARS-CoV-2 by qPCR assay on each day of testing excluded recruits who had previously tested positive, had dropped out of the study, were administratively separated from the Marine Corps, or had missing data. The denominator for calculating the cumulative positivity rates included all recruits who had undergone testing at previous time points, including those who were no longer participating in the study. Only descriptive numerical results and percentages are reported, with no formal statistical analysis.

## RESULTS

### STUDY POPULATION

From May 12 to July 15, 2020, a total of 1848 of 3143 eligible recruits (58.8%) across nine recruit classes were enrolled in the CHARM study; 324 recruits were ineligible because they were 17 years of age. A total of 40 study participants (24 participants on day 7 and 16 participants on day 14)

did not return for follow-up (Fig. 1). These participants either dropped out of the study, were removed from the quarantine campus for medical or administrative reasons, or were separated from the Marine Corps. Participants were from 45 states, mostly from the eastern United States and particularly from states with larger populations. A total of 133 participants (7.2%) were born outside the United States (in 1 of 64 foreign countries), 1672 (90.5%) were male, 176 (9.5%) were female, 463 (25.1%) identified as Hispanic, and 271 (14.7%) identified as Black. The mean age of the participants was 19 years (range, 18 to 31), and 1544 (83.5%) were 18 to 20 years of age. Of the 1813 participants who underwent serologic testing at enrollment, 105 (5.8%) had serum specimens that were positive for SARS-CoV-2–specific antibodies.

At the time of enrollment, 16 of 1847 participants (0.9%) tested by means of qPCR were positive for SARS-CoV-2; 5 of these participants also had positive IgG serologic results (Table 1). The 16 participants with positive qPCR results reported that they had self-quarantined at home for 14 days before their arrival, had had no exposure to anyone with flulike symptoms, had had no respiratory distress or known SARS-CoV-2 infection, and had not visited a health care facility during the previous 2 weeks.

### POSITIVE RESULTS AND SYMPTOMS

Of the 1801 participants who had negative qPCR results at enrollment, 24 (1.3%) were positive on day 7; of these participants, 4 had positive IgG serologic results on day 0. On day 14, a total of 11 of 1760 (0.6%) of the previously negative participants tested positive; none of these participants were seropositive on day 0. Therefore, 35 participants who had had negative qPCR results within the first 2 days after arrival at the campus became positive during the supervised quarantine. Of the 51 total participants who had at least one positive qPCR test, 22 had positive tests on more than 1 day.

Symptoms in the week before or on the day of the first positive qPCR result were reported in 5 of these 51 (9.8%) positive participants on the formal study questionnaires (Table 1). The symptoms in these 5 participants were runny nose; runny nose, chills, and cough; cough and sore throat; fever and headache; and fever, chills, sore

The New England Journal of Medicine
Downloaded from nejm.org on July 19, 2021. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

SARS-COV-2 TRANSMISSION DURING QUARANTINE



**Figure 1. Study Design for SARS-CoV-2 Testing during Quarantine.**

Marine Corps recruits entering a strict, supervised 2-week quarantine from May 15 to July 15, 2020, at a closed college campus were recruited for the COVID-19 Health Action Response for Marines (CHARM) longitudinal study for monitoring the transmission of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) infection. Recruits who were not enrolled in the study were tested by means of quantitative polymerase-chain-reaction (qPCR) assay, as required by the Marine Corps, after 14 days of quarantine.

throat, and headache. The viral load at diagnosis, estimated on the basis of the qPCR cycle threshold, was on average approximately 4 times as high in the 5 symptomatic participants as in the 46 participants who were asymptomatic (Table S2). However, some asymptomatic participants had high viral loads estimated on the basis of the cycle threshold (Fig. S1).

A total of 26 of the 1554 nonparticipants (1.7%) were found to be positive on day 14 as a

The New England Journal of Medicine
Downloaded from nejm.org on July 19, 2021. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

**Table 1.** SARS-CoV-2 Positivity, Presence of Symptoms, and Infected Roommates.*

| Variable | Day 0 | Day 7 | Day 14 |
|---|---|---|---|
| | *number/total number (percent)* | | |
| **Study participants** | | | |
| First positive qPCR result† | 16/1847 (0.9) | 24/1801 (1.3) | 11/1760 (0.6) |
| Cumulative no. of recruits with positive qPCR results‡ | 16/1847 (0.9) | 40/1848 (2.2) | 51/1848 (2.8) |
| Cumulative no. of symptomatic recruits§ | 1/16 (6.3) | 4/40 (10.0) | 5/51 (9.8) |
| **Nonparticipants¶** | | | |
| Positive qPCR result | Not tested | Not tested | 26/1554 (1.7) |
| **All recruits, including study participants and nonparticipants** | | | |
| Cumulative no. of recruits with positive qPCR results | 16/1847 (0.9) | 40/1848 (2.2) | 77/3402 (2.3) |
| Cumulative no. of recruits with a positive roommate‖ | 0/16 (0.0) | 4/40 (10.0) | 24/77 (31.2) |

* The abbreviation qPCR denotes quantitative polymerase chain reaction, and SARS-CoV-2 severe acute respiratory syndrome coronavirus 2.
† The total number on day 0 does not include 1 participant who was enrolled on day 7. The total number on day 7 includes 1 participant who was first tested on day 7 and excludes participants whose test results were missing (7 participants), who were lost to follow-up (24 participants), or who were previously positive (16 participants). The total number on day 14 includes 1 participant who was first tested on day 7 and excludes participants whose test results were missing (8 participants), who were lost to follow up (40 participants [including 24 who did not return on day 7 or day 14 and an additional 16 participants who did not return on day 14]), or who were previously positive (40 participants).
‡ The cumulative total number includes all recruits who underwent testing up to and including the relevant test day.
§ Symptomatic recruits had a fever or any symptoms within the 7 days before the positive test result. The total number is the cumulative number of study participants with positive qPCR results.
¶ Information regarding the symptoms of nonparticipants is not available. Recruits who did not participate in the study underwent testing only on day 14, as mandated by the Marine Corps. A total of 1619 recruits were categorized as nonparticipants because of ineligibility or because they declined to participate in the study. The total number of day 14 includes previous study participants who dropped out of the study but remained at the quarantine site and does not include nonparticipants who were removed from the quarantine site or separated from the Marine Corps; the number of recruits in each of these categories is not known.
‖ The number of recruits indicates the number of positive recruits with a roommate who had a first positive test on or before the given test day, and the total number is the cumulative qPCR positivity for all recruits in this category.

result of qPCR testing at the end of quarantine, which was mandated by the Marine Corps. A total of 24 of 77 (31.2%) infected participants and nonparticipants had an infected roommate (Table 1). All study participants and nonparticipants underwent daily screening that included temperature checks and oral reporting of symptoms; follow-up qPCR testing was performed if indicated by the surveillance check. The results of the mandated symptom screening, which was independent of the study questionnaires regarding symptoms, was not known to the study investigators; however, no recruit with SARS-CoV-2 infection was identified as a result of this clinically indicated testing. During the study period, one instructor was found to be positive in a test that was conducted as part of contact tracing related to an infected platoon member.

### EPIDEMIOLOGIC ANALYSIS

To assess the epidemiologic features and transmission of SARS-CoV-2 in the context of this study, we obtained more than 95% complete viral genomes from 36 specimens obtained from 32 of 51 participants (62.7%) who had positive qPCR results for SARS-CoV-2; for 3 of these participants, genomes were recovered from samples obtained on more than one test day. Complete genomes could not be recovered from the other samples. Phylogenetic analyses that compared the recovered sequences with those recovered from patients in the United States and in other countries (a sample of 11,434 sequences) showed that most of the clades circulating in SARS-CoV-2 isolates detected among recruits, a finding consistent with the geographic diversity of the participants (Fig. S2).

Six independent monophyletic transmission clusters defined by distinct mutations relative to the sampled data from U.S. and global data sets were identified — a result consistent with local transmission during the supervised quarantine. These strains were found in 18 participants; 1 par-

The New England Journal of Medicine
Downloaded from nejm.org on July 19, 2021. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

**Table 2.** Phylogenetic Analysis and Epidemiologically Inferred Transmission Clusters.

| Phylogenetic Cluster | Sequenced Strains* | No. of Infected Recruits in the Same Platoon without Sequenced Isolate† | No. of Genomes in Cluster | No. of Infected Recruits with an Infected Roommate |
|---|---|---|---|---|
| | *no. of strains (no. in same platoon)* | | | |
| Cluster 1 | 2 (0) | 3 | 5 | 0 |
| Cluster 2 | 6 (6) | 3 | 9 | 6 |
| Cluster 3 | 2 (2) | 0 | 2 | 2 |
| Cluster 4 | 2 (2) | 0 | 2 | 0 |
| Cluster 5 | 5 (4) | 4 | 9 | 4 |
| Cluster 6 | 2 (NA)‡ | 0 | 2 | 0 |
| Total | 19 (14) | 10 | 29 | 12 |

* A total of 19 genomes belonging to 6 cluster strains were obtained from 18 participants. One participant had 2 different virus strains identified in samples obtained at different times.
† Values indicate the number of infected study participants or nonparticipants who were assigned to the platoon most associated with the phylogenetically defined transmission cluster. The transmission cluster was defined according to the SARS-CoV-2 strain sequence. Infected recruits in each platoon with the highest proportion of participants infected with a sequenced cluster strain were tentatively assigned to that cluster if no sequenced isolate was obtained from that recruit.
‡ The platoon assignments of these participants were not available.

ticipant had two different cluster strains isolated from samples obtained on different days. Two participants who had had positive qPCR results on day 0 were each infected with different cluster strains (Tables S3 and S4). Epidemiologic data showing infected roommate pairs and the relationship of cluster strains to platoon assignments supported the phylogenetic evidence for transmission of these strains at the supervised quarantine location. Among the participants infected with one of the six cluster strains of SARS-CoV-2, a total of 14 participants shared platoon assignments with other members who were in the same cluster. In addition, 10 infected recruits without sequenced SARS-CoV-2 isolates were assigned to the same platoons as the participants in transmission clusters defined by viral sequencing. There were three different clusters among six pairs of infected roommates (Table 2).

The infected participants with sequenced isolates belonging to phylogenetically identified cluster 2 or 5 had room assignments in the same hallway (Fig. 2). Cluster 2 was composed of recruits in platoon F. Cluster 5 was composed of recruits in platoon E, with the exception of a single recruit in platoon F, whose roommate was an infected recruit in platoon E. Aside from this one event, we did not find evidence for transmission events across these platoons, even though recruits in each platoon were staying in rooms in the same hallway and shared a bathroom.

## DISCUSSION

We describe the results of a quarantine of nine Marine Corps recruit classes (a population of 3402 recruits) that participated in a public health mitigation program for Covid-19; recruits are under the constant supervision of Marine Corps instructors. Other settings in which young adults congregate are unlikely to reflect similar adherence to measures intended to reduce transmission. At the time of enrollment, after 2 weeks of home quarantine, approximately 1% of study participants had positive qPCR results, and approximately 2% subsequently became infected during the 2-week supervised quarantine period.

Study participants completed a detailed symptom questionnaire on each day of the scheduled qPCR testing. Approximately 10% of the infected study participants reported that they had had symptoms during the week before a positive qPCR result or on the day that testing occurred. Independent of the study, all participants and

The New England Journal of Medicine
Downloaded from nejm.org on July 19, 2021. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.



**Figure 2. Local Transmission of SARS-CoV-2 during Quarantine.**

Participants who were associated with the two largest transmission clusters (clusters 2 and 5) were identified by means of sequencing and were either roommates or members of the same platoons, which indicates that double-occupancy rooming and shared platoon membership were important contributors to transmission. Other infected members of these platoons whose samples were not sequenced may have been infected with the same cluster strains. One recruit in each platoon was found to be infected at the beginning of quarantine and represents the potential source of each cluster strain.

nonparticipants underwent a daily temperature check and brief symptom screening, as mandated by the Marine Corps; follow-up clinical qPCR testing was performed only if indicated by this screening. During the supervised quarantine period, no SARS-CoV-2 infections were identified as a result of clinical testing performed because of symptom screening. All cases of infection in recruits were diagnosed as a result of the scheduled qPCR testing performed on days 0, 7, and 14 (in study participants) and on day 14 (in nonparticipants).

Viral genomes were recovered from almost two thirds of infected study participants. Phylogenetic analysis of these genomes identified six independent monophyletic transmission clusters indicative of local transmission during the supervised quarantine. Most clusters predominantly included members of the same platoon, and many infected recruits had an infected roommate. The two largest sequence-defined clusters occurred in the same class of recruits, and each cluster occurred within a platoon, with the exception of one recruit, who was roomed with an infected recruit from another platoon and was infected with a strain that belonged to the same cluster as that found in other members of that platoon. Although many infected recruits in both clusters had nearby room assignments and shared a bathroom, the epidemiologic analysis suggests that platoon membership and double-occupancy rooming were risk factors for infection, but room proximity and shared bathrooms were not (Fig. 2).

The index patient for each cluster strain could have been a study participant, a nonparticipant among the 26 found to be infected when tested at the end of quarantine, a nonparticipant who was infected at the time of arrival on campus but cleared the virus by the end of quarantine, or other personnel. During the study, only one instructor tested positive after rapid qPCR SARS-CoV-2 testing, indicating that instructors were an unlikely source of infection. Although campus service workers cannot be excluded as sources for virus introduction, they were separated from the recruits and instructors. Overall, the recruits are the most likely source of introduction and transmission of the cluster strains.

Two recruits who had positive qPCR results on day 0 may have been the index patients for the strains involved in the two largest clusters that spread among members of their platoons. A third recruit who may have been the index patient for a cluster had a positive qPCR result on day 0, and his roommate, infected with the same strain, received a diagnosis on day 14. None of the three potential index patients reported symptoms, which is consistent with asymptomatic transmission. We could not reconstruct the chain of infection for each cluster because complete

The New England Journal of Medicine
Downloaded from nejm.org on July 19, 2021. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

viral genomes could not be recovered from all study participants, and samples from infected nonparticipants were unavailable for analysis. A limitation of this study is that the infection rate during the supervised quarantine period could not be estimated accurately because of possible false negative qPCR tests and because infection may have been acquired during the first self-quarantine at home or during travel to the campus but was not yet detectable on day 0 by means of qPCR assay.

Our study showed that in a group of predominantly young male military recruits, approximately 2% became positive for SARS-CoV-2, as determined by qPCR assay, during a 2-week, strictly enforced quarantine. Multiple, independent virus strain transmission clusters were identified. Shared rooms and shared platoon membership were risk factors for transmission. Most study participants with positive qPCR tests were asymptomatic, and all cases among participants and nonparticipants were identified as the result of scheduled testing rather than clinical qPCR testing performed as a result of daily screening.

The views expressed in this article are those of the authors and do not necessarily reflect the official policy or position of the U.S. Navy, the Department of Defense, the U.S. government, or the institutions affiliated with the authors.

Supported by a grant (9700130) from the Defense Health Agency through the Naval Medical Research Center and by the Defense Advanced Research Projects Agency (contract number N6600119C4022). Computational resources and staff expertise were provided by Scientific Computing at the Icahn School of Medicine at Mount Sinai (award numbers S10OD018522 and S10OD026880).

Disclosure forms provided by the authors are available with the full text of this article at NEJM.org.

We thank Janet Sealy, Joe Molina, and Michawn Shelton, who volunteered countless hours as ombudsmen; Mary Anne Amper, Nitish Seenarine, Mital Vasoya, Sagie Mofsowitz, Natalia Mendelev, Illya Aronskyy, Braian Qela, Hanane Arib, Zenab Khan, and Hala Alshammary for technical assistance; Terri Brantley and Andrea Gates for administrative support; Lucy Reading-Ikkanda for assistance with developing earlier versions of the figures; Mitchell Rabinowitz for project management; Rebecca A. Sealfon and Celia S. Gelernter for editing an earlier version of the manuscript; Liset Sanchez and Nick Alberino for providing raw data for reverse-transcriptase–polymerase-chain-reaction assays; Devin Drummer, Alexis Dunning, and Christian Kelley for protocol development and training; Eric Van Gieson and Shannon Kasa for facilitating the rapid launch of the CHARM study; Florian Krammer and Adolfo Garcia-Sastre for helpful discussions; Maj.Gen. James Glynn, B.Gen. Julie Nethercot, Capt. Ray Batz, Capt. Rob Jackson (ret.), Cdr. Vavadee Belko, Lt. Lonnie Myers, and Mark Henderson for coordination, use of facilities, and continuous support; Capt. Adam Armstrong for strategic guidance; the many U.S. Navy corpsmen who assisted in the logistics and sample acquisition; and the Marine Corps recruits who volunteered for this study.

## APPENDIX

The authors' full names and academic degrees are as follows: Andrew G. Letizia, M.D., Irene Ramos, Ph.D., Ajay Obla, Ph.D., Carl Goforth, Ph.D., Dawn L. Weir, Ph.D., Yongchao Ge, Ph.D., Marcas M. Bamman, Ph.D., Jayeeta Dutta, M.B.A., Ethan Ellis, B.S., Luis Estrella, Ph.D., Mary-Catherine George, Ph.D., Ana S. Gonzalez-Reiche, Ph.D., William D. Graham, Ph.D., Adriana van de Guchte, M.S., Ramiro Gutierrez, M.D., Franca Jones, Ph.D., Aspasia Kalomoiri, Ph.D., Rhonda Lizewski, M.D., Stephen Lizewski, Ph.D., Jan Marayag, B.A., Nada Marjanovic, M.S., Eugene V. Millar, Ph.D., Venugopalan D. Nair, Ph.D., German Nudelman, Ph.D., Edgar Nunez, A.S., Brian L. Pike, Ph.D., Chad Porter, Ph.D., James Regeimbal, Ph.D., Stas Rirak, M.S., Ernesto Santa Ana, A.S., Rachel S.G. Sealfon, Ph.D., Robert Sebra, Ph.D., Mark P. Simons, Ph.D., Alessandra Soares-Schanoski, Ph.D., Victor Sugiharto, Ph.D., Michael Termini, M.D., Sindhu Vangeti, Ph.D., Carlos Williams, M.D., Olga G. Troyanskaya, Ph.D., Harm van Bakel, Ph.D., and Stuart C. Sealfon, M.D.

The authors' affiliations are as follows: the Naval Medical Research Center, Silver Spring (A.G.L., C.G., D.L.W., L.E., W.D.G., R.G., F.J., J.M., E.N., B.L.P., C.P., J.R., E.S.A., M.P.S., V.S., C.W.) and the Infectious Disease Clinical Research Program, Uniformed Services University (E.V.M.), Bethesda — both in Maryland; the Naval Medical Research Unit 6, Lima, Peru (R.L., S.L.); the Departments of Neurology (I.R., Y.G., M.-C.G., A.K., N.M., V.D.N., G.N., S.R., A.S.-S., S.V., S.C.S.) and Genetics and Genomic Sciences (A.O., J.D., E.E., A.S.G.-R., A.G., R.S., H.B.), Icahn Institute for Data Science and Genomic Technology (E.E., R.S., H.B.), the Black Family Stem Cell Institute, Icahn School of Medicine at Mount Sinai (R.S.), and the Center for Computational Biology, Flatiron Institute (R.S.G.S., O.G.T.) — all in New York; the University of Alabama at Birmingham Center for Exercise Medicine, University of Alabama Medical School, Birmingham (M.M.B.); Sema4, Stamford, CT (R.S.); the Navy Medicine Readiness and Training Command Beaufort, Beaufort, SC (M.T.); and the Lewis-Sigler Institute for Integrative Genomics, Princeton, NJ (O.G.T.).

### REFERENCES

**1.** Lerner AM, Eisinger RW, Lowy DR, et al. The COVID-19 serology studies workshop: recommendations and challenges. Immunity 2020;53:1-5.

**2.** National Academies of Sciences. Rapid expert consultation on SARS-CoV-2 viral shedding and antibody response for the COVID-19 pandemic (April 8, 2020). Washington, DC: National Academies Press, 2020.

**3.** Nussbaumer-Streit B, Mayr V, Dobrescu AI, et al. Quarantine alone or in combination with other public health measures to control COVID-19: a rapid review. Cochrane Database Syst Rev 2020;4:CD013574.

**4.** Huang L, Zhang X, Zhang X, et al. Rapid asymptomatic transmission of COVID-19 during the incubation period demonstrating strong infectivity in a cluster of youngsters aged 16-23 years outside Wuhan and characteristics of young patients with COVID-19: a prospective contact-tracing study. J Infect 2020; 80(6):e1-e13.

**5.** Marcus JE, Frankel DN, Pawlak MT, et al. COVID-19 monitoring and response among U.S. Air Force basic military trainees — Texas, March–April 2020. MMWR Morb Mortal Wkly Rep 2020;69:685-8.

**6.** Payne DC, Smith-Jeffcoat SE, Nowak G, et al. SARS-CoV-2 infections and serologic responses from a sample of U.S. Navy service members — USS Theodore

The New England Journal of Medicine
Downloaded from nejm.org on July 19, 2021. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

Roosevelt, April 2020. MMWR Morbid Mortal Wkly Rep 2020;69:714-21.

**7.** Sanchez JL, Cooper MJ, Myers CA, et al. Respiratory infections in the U.S. military: recent experience and control. Clin Microbiol Rev 2015;28:743-800.

**8.** Swanson KC, Darling N, Kremer P, et al. Outbreak of influenza and rhinovirus co-circulation among unvaccinated recruits, U.S. Coast Guard Training Center Cape May, NJ, 24 July–21 August 2016. MSMR 2018;25:2-7.

**9.** Tam CC, Anderson KB, Offeddu V, et al. Epidemiology and transmission of respiratory infections in Thai army recruits: a prospective cohort study. Am J Trop Med Hyg 2018;99:1089-95.

**10.** Amanat F, Stadlbauer D, Strohmeier S, et al. A serological assay to detect SARS-CoV-2 seroconversion in humans. Nat Med 2020;26:1033-6.

**11.** Gonzalez-Reiche AS, Hernandez MM, Sullivan MJ, et al. Introductions and early spread of SARS-CoV-2 in the New York City area. Science 2020;369:297-301.

**12.** Xu X, Sun J, Nie S, et al. Seroprevalence of immunoglobulin M and G antibodies against SARS-CoV-2 in China. Nat Med 2020;26:1193-5.

**13.** Hadfield J, Megill C, Bell SM, et al. Nextstrain: real-time tracking of pathogen evolution. Bioinformatics 2018;34: 4121-3.

**14.** Sagulenko P, Puller V, Neher RA. TreeTime: maximum-likelihood phylodynamic analysis. Virus Evol 2018;4(1): vex042.

*Copyright © 2020 Massachusetts Medical Society.*

---

**TRACK THIS ARTICLE'S IMPACT AND REACH**

Visit the article page at NEJM.org and click on Metrics for a dashboard that logs views, citations, media references, and commentary. NEJM.org/about-nejm/article-metrics.

---

The New England Journal of Medicine
Downloaded from nejm.org on July 19, 2021. For personal use only. No other uses without permission.
Copyright © 2020 Massachusetts Medical Society. All rights reserved.

Plaintiff's Exhibit 375

dailymail.co.uk

# School nurse is suspended after branding masks 'child abuse' and refusing to wear one to work

*Melissa Koenig*

6-8 minutes

---

A New Jersey school nurse has been suspended from her job after claiming masks were child abuse, and refusing to wear one herself.

Erin Pein, 35, had refused to wear a mask to school for two days in April as a form of protest against the Strafford Township School District's mask mandate, and was suspended without pay on April 20.

Speaking to Republican gubernatorial candidate Hirsh Singh: 'I think the mask mandate is 100 percent child abuse.'

Pein also said she had witnessed young children suffering from severe anxiety and depression during the pandemic, and it's 'heartbreaking' to witness their anguish.

The nurse said in a separate interview with Fox & Friends on Wednesday that she was 'deeply concerned' that the children in the Strafford Township School District were wearing the masks 'incorrectly.'

'I've seen kids come in with all kinds of dirty masks, the same masks for weeks, surgical masks that have food and dirt on them,' she said, recounting how one student had been 'shockingly' wearing a bandana as a mask for two weeks straight.

- 
- 
- 
- 
- Copy link to paste in your message
- 

Erin Pein told 'Fox & Friends' on Wednesday that she was 'deeply concerned' that the children in the Strafford Township School District were wearing the masks 'incorrectly'

Pein said the student told her he could not take his mask off, and she thought, 'How could this be? This kid sleeping and showering in this mask for two weeks.'

The child was unable to get the mask off, she said, 'so we actually had to cut it off and throw it away.'

In another instance, Pein said, a young girl came to the nurse's office crying.

'She had vomited in class,' Pein said. 'I pulled her mask off, it was full of vomit.'

Pein told Singh that she felt sad that the child had to wear the vomit-filled mask down the hallway as she walked to the nurse's office.

'They shouldn't have this problem,' Pein told Singh. 'It's harmful, it's dangerous.'

She said children 'learn how to be adults by recognizing faces and facial expressions' and 'masks were never supposed to be used this way.'

Pein, a nurse for 13 years, has three children of her own who all wear masks to school.

She explained that people should wash their hands before they put on masks and should only touch the ear loops, as the front of the mask can get filled with bacteria.

Masks should also be placed in a sealed bag, she told New Jersey 101.5, and 'you want to inspect it when you take it off.'

'Look at it,' she said. 'Make sure it doesn't have any moisture on it, it doesn't have any dirty spots, doesn't have any food on it.'

She also questioned the effectiveness of the masks at preventing COVID, and said children should not have to worry about wearing masks, as they are less likely to die from the respiratory virus.

According to the American Academy of Pediatrics, children accounted for 0.21 percent of all COVID-19 related deaths, and 10 states reported zero child deaths.

Of the states surveyed in the report, only 0.03 percent of all child COVID cases resulted in death, although the disease remains dangerous for children with underlying conditions.

It can also trigger an inflammatory disorder called Multi-System Inflammatory Syndrome in Children (MIS-C), which can prove fatal if left untreated.

And while children are at lower risk of serious COVID symptoms, they can still pass on the virus to adults who are more likely to get seriously-ill with it.

- 
- 
-

- 
- Copy link to paste in your message
- 

A Facebook page has been set up in support of Pein, pictured, after she was suspended from her job for claiming masks were harmful to children and refusing to wear one herself

School Nurse explains how Murphy's Mandated Masks policy harms children



0:00 / 0:00

Loaded: 0%

Progress: 0%

00:00

LIVE

New Jersey Gov. Phil Murphy issued an order last year that mandated students who return to in-person learning in school buildings wear a mask at all times. Parents who did not want their children to wear a mask while in school had the option of learning remotely.

She expressed her concerns to her supervisor, she said, but 'they just bluntly told me we are going to be following the mandates put in place by Gov. Murphy and that includes wearing masks.'

'I let them know that, as a nurse, I don't feel comfortable enforcing something that I can see and know that is harming someone.'

So instead, Pein said, she decided to stage her own form of protest - and refused to wear a mask.

She went into her job without one for two days before being told on April 20 that she would be suspended without pay.

DailyMail.com has reached out to the Stafford Township School District for comment. School board attorney Martin Buckley has previously told The Hill that the school district cannot comment on personnel issues.

'Unfortunately, it is a personnel matter and I do not have the ability to comment or discuss the matter, nor can I discuss any of the information that Ms. Pein has already chosen to

make public,' he said in a statement.

The school board is set to determine Pein's future in the district on May 10, when her supporters have planned a protest of her suspension.

- 

- 

- 

- 

- Copy link to paste in your message

- 

The Strafford Township School District sent out a letter to parents on May 4 informing them about a planned 'Unmask our Kids' protest in support of Pein

A Facebook page has been set up in support of Pein, which accepts donations for her, and Strafford Township School District Officials sent a letter out to parents on May 4 to make them aware about the upcoming 'Unmask Our Kids' protest.

'In collaboration with the Strafford Township Police Department, we are aksing that this protest remains peaceful and organized for the health and safety of our students, staff and community,' George Chidiac, the superintendent, wrote in the letter, noting that the district has set up three designated protest areas.

Anyone who enters one of the buildings, the Strafford Township Performing Arts Center will be expected to wear masks, he said, 'unless they have a doctor's note exempting them from such.'

'Our number one priority is everyone's safety and well-being,' he said. 'We are taking every precautionary measure to ensure this is a peaceful protest.'

Plaintiffs' Exhibit 376

dailymail.co.uk

# Scientists find evidence of toxic chemicals in some face masks

*Joe Pinkstone*

13-17 minutes

---

Scientists have found evidence that some face masks which are on sale and being used by members of the general public are laced with toxic chemicals.

Preliminary tests have revealed traces of a variety of compounds which are heavily restricted for both health and environmental reasons.

This includes formaldehyde, a chemical known to cause watery eyes; a burning sensations in the eyes, nose, and throat; coughing; wheezing; and nausea.

Experts are concerned that the presence of these chemicals in masks which are being worn for prolonged periods of time could cause unintended health issues.

Evidence obtained by Ecotextile News and shared with MailOnline reveals that although face masks should meet specific standards, not all do.

Masks have been mandated in much of the world as they are a highly effective way of preventing transmission of coronavirus particles.

But face coverings designed for use by the general public are not regulated and fail to meet the same standards as medical grade PPE.

Scroll down for video

- 
- 
- 
- 
- Copy link to paste in your message
- 

Experts are concerned that the presence of these chemicals in masks which are being worn for prolonged periods of time could cause unintended health issues. In March, the UK Government issued advice saying children and teachers alike should wear masks in school

- 
- 
- 
-

- Copy link to paste in your message

- 

  Pictured, a GCMS chromatogram of the chemicals and compounds found on a face mask. The data comes from the unique analytical technique developed by Dr Dieter Sedlak

  Professor Michael Braungart, director at the Hamburg Environmental Institute, conducted tests on masks which had caused people to break out in rashes.

  'What we are breathing through our mouth and nose is actually hazardous waste,' Professor Braungart said.

  These used masks were found to contain formaldehyde and other chemicals.

  Formaldehyde is the chemical which gives the 'clean' smell when a new pack of masks is opened. He also found aniline, a known carcinogen.

  'We found formaldehyde and even aniline and noticed that unknown artificial fragrances were being applied to cover any unpleasant chemical smells from the mask,' he said.

  'In the case of the blue-coloured surgical masks, we found cobalt – which can be used as a blue dye.

  'All in all, we have a chemical cocktail in front of our nose and mouth that has never been tested for either toxicity or any long-term effects on health.'

- 

- 

- 

- 

- Copy link to paste in your message

- 

  Professor Michael Braungart, director at the Hamburg Environmental Institute, conducted tests on masks which had caused people to break out in rashes. 'What we are breathing through our mouth and nose is actually hazardous waste,' he said

  Dr Dieter Sedlak, managing director and co-founder of Modern Testing Services in Augsburg, found other chemicals with his own unique testing method.

  As well as detecting formaldehyde, he spotted clear evidence of hazardous fluorocarbons, which are heavily restricted.

  Fluorocarbons are toxic to human health and scientists have recently called for them to be banned for non-essential use.

  This group of chemicals was featured in the recent Mark Ruffalo hit film 'Dark Waters' where a water supply of an entire town was polluted by chemical giant DuPont.

  'Honestly, I had not expected PFCs would be found in a surgical mask, but we have special routine methods in our labs to detect these chemicals easily and can immediately identify them. This is a big issue,' said Dr Sedlak.

  'It seems this had been deliberately applied as a fluid repellent – it would work to repel the virus in an aerosol droplet format – but PFC on your face, on your nose, on the mucus membranes, or on the

eyes is not good.'

**Formaldehyde in face masks causes dermatitis**

A 2020 case study of a 38-year-old lab technician.

As part of her job she worked with various chemicals, including formaldehyde.

She did not wear a mask to work but did wear gloves. She began suffering rashes which were itchy and burning.

Doctors determined she was allergic to some of the chemicals.

She then changed jobs and became a hospital nurse.

Her rashes went away rapidly but then when working on a Covid-19 ward in April 2020 the dermatitis returned.

Symptoms flared up 'a few hours following the prolonged use of a particular polypropylene ('plastic') surgical mask.

The researchers and mask manufacturers believe 'trace impurities of formaldehyde' in the masks was causing the relapse.

The doctors wrote in their case study: 'Because formaldehyde is a frequent contact sensitizer, and given that health care workers, patients, and consumers now often have to wear (polypropylene) surgical masks at work and in the public environment, similar cases might be expected in the future.

'To propose safer alternatives, the contact sensitizers potentially present in facial masks, and related medical devices, should be labelled, or at least be easily retrievable as in the present case.'

- 
- 
- 
- 
- Copy link to paste in your message
- 

Pictured, (A) a nurse, wearing a polypropylene surgical mask, (B) who developed rosacea-like allergic contact dermatitis from formaldehyde contained in the mask; (C) the positive patch test to formaldehyde revealing her allergy to the chemical

PFCs are commonly used in textiles to add a protective coating to items like rucksacks and jackets, but are not intended to be inhaled.

The concentrations of PFCs found on masks lie within the safe limit of 16 mg/kg, Dr Sedlak found, but when placed on a mask, just millimetres from a person's mouth, the level of exposure soars past the safe limit over time.

Both the academics say their work is not enough to conclude that all surgical face masks are dangerous or comparable, but believe some masks in circulation are of concern.

'Based on my practical experience there is certainly an elevated unreasonable risk,' says Dr Sedlak.

Face coverings designed to be worn by the public are not classed as PPE and therefore are not

subjected to the same level of scrutiny as those which are intended for use by medical professionals.

Guidelines for their use and quality is determined by the Department for Business, Energy & Industrial Strategy.

MailOnline has approached BEIS for comment.

- 
- 
- 
- 
- Copy link to paste in your message
- 

Face coverings designed to be worn by the public are not classed as PPE and therefore are not subjected to the same level of scrutiny as those which are intended for use by medical professionals

However, the responsibility for ensuring masks meet the laid out criteria lies with the mask manufacturer and their local authorities.

But instead of having to reach medical grade standards and pass regular quality checks, these coverings only have to meet general safety laws.

'The General Product Safety Regulations 2005 (GPSR) sets out the responsibilities of the producers and distributors of these products,' the UK government website states.

'As face coverings are not medical devices, we do not regulate these products.'

China was the world's leading mask manufacturer before the pandemic, and has solidified this position amid the Covid-19 outbreak, making 85 per cent of all masks.

In the first five months of 2020, for example, over 70,000 new companies registered to make or sell face masks in China, as companies seek to cash in on the virus.

The boom in demand for such products has led to concerns that masks are being recklessly made, and opaque supply chains in China raise further concerns.

**Potentially toxic masks dished out in Canadian schools**

Canada last week recalled millions of masks that were distributed to schools, transport workers and daycares by the government.

Health Canada has warned they may be toxic to the lungs after being urged to inspect the safety of the coverings.

The grey and blue masks are identified by the code SNN200642 and are from the supplier Metallifer.

Analysis found evidence of graphene nanoparticles shed by the masks.

If graphene gets into the lungs it can be dangerous as it is highly abrasive and durable, leading to some people saying they felt like they were breathing in cat hair.

Another mask made by another  company is also under investigation.

'Health Canada is currently reviewing data from two manufacturers of graphene-coated face masks to determine the safety and effectiveness of their devices, and will take appropriate action as necessary,' said Health Canada spokesman André Gagnon.

Millions of masks were distributed in Quebec but people have now been told to 'immediately store the boxes of masks in a secure and isolated location'.

**Belgium gave pharmacists 15 million TOXIC Covid face masks**

Health chiefs in Belgium are concerned that 15 million fabric masks given to pharmacists may be toxic and cause pneumonia.

According to a preliminary report carried out by Sciensano, the Belgian Institute for Public Health, the masks contain nanoparticles of silver and titanium dioxide that when inhaled could damage the respiratory tract.

The face masks were made in Asia by Luxembourg-based company Avrox.

Two toxicologists warned that those who wear the masks could develop pneumonia, according to a report in Dutch-language newspaper HLN.

The nanoparticles of silver and titanium dioxide are used to whiten the fabric of the face masks.

Dr Julian Tang told MailOnline: 'The use of metal ions may help to inactivate the virus and such ions may be safely, securely embedded in the mask material so that they do not pose an inhalation risk - and this feature/design could be specific to these Belgian masks only.'

But he says more research is needed if there are valid concerns over specific masks.

The findings of these early studies come as the quality of masks used in Belgium and Canada has been called into question, with graphene and metal ion contamination.

Dr Julian Tang, a clinical virologist and honorary associate professor in the respiratory sciences department at the University of Leicester, echoed the sentiment of Dr Sedlak and Professor Braungart that more vigorous research is needed.

'Further studies on specific mask designs need to be performed if there is a perceived possible risk for any particular mask - and masks made by different manufacturers may not pose the same risks - if any exist,' he said.

He says if people are concerned about their masks, one option is to use professional surgical masks which do have to meet stricter standards.

'Southeast Asian countries have been using millions of surgical masks since the first SARS-COV-1 outbreaks in 2003 - with no reported ill effects,' he adds.

'But even before this, globally, surgical masks have been used in surgery by teams around the world - for decades - with no reported ill effects.'

Liz Cole, co-founder of the Us For Them organisation that advocates for children's rights, says the findings are particularly concerning for youngsters.

The recent reopening of schools in the UK was dependent on children wearing face coverings for long periods of time, including when walking around the premises and in communal areas.

'UsforThem are concerned that the recommendations for children to wear face coverings in classrooms seems to be informed by no new scientific evidence nor does any harm assessment

Plaintiffs' Exhibit 377

thegatewaypundit.com

# SECOND STUDY This Time From CDC WEBSITE Confirms Study on Face Masks Being Harmful - Cause Serious Side Effects

*Joe Hoft*

3-4 minutes



**More support for health concerns with wearing masks has been uncovered. This report was published and presented at the CDC website in June 2020.**

It was brought to our attention today, that a report was published at the Hayride in March that is similar to our report from yesterday noted below:

In March, the Hayride reported on the results of another mask study posted on June 10, 2020, at the CDC website. This study confirms our reporting from yesterday that masks aren't just a nuisance but can cause serious health problems. The article recently uncovered was published by the CDC and it states in black and white the side-effects of wearing a mask, specifically related to the masks trapping carbon dioxide or CO2.  The article states the masks cause

breathing resistance that could result in a reduction in the frequency and depth of breathing, known as hypoventilation, in as little as an hour of wearing a mask.  The article further went on to elaborate on the side-effects of increased CO2 concentrations in the mask wearer that include:

**TRENDING:** Posobiec: State Department Approves Black Lives Matter Flag Displays at US Consulates and Embassies on Anniversary of George Floyd Death

1. Headache;

2. Increased pressure inside the skull;

3. Nervous system changes (e.g., increased pain threshold, reduction in cognition – altered judgement, decreased situational awareness, difficulty coordinating sensory or cognitive, abilities and motor activity, decreased visual acuity, widespread activation of the sympathetic nervous system that can oppose the direct effects of CO2 on the heart and blood vessels);

4. Increased breathing frequency;

5. Increased "work of breathing", which is result of breathing through a filter medium;

6. Cardiovascular effects (e.g., diminished cardiac contractility, vasodilation of peripheral blood vessels);

7. Reduced tolerance to lighter workloads.

The Hayride reports:

*The Hayride* has covered this in the past specifically regarding the cognitive loss caused by COVID masks trapping CO2 where according to a Harvard Study breathing in as little as 945 PPM of CO2 lowers cognitive ability 15% and at 1400 PPM of CO2 cognitive ability reduces by 50%… What is also disturbing is not only the brain damage that is caused by the masks, but the adverse cardiovascular effects on the heart and lungs along with the reduction of blood sugar and dehydration.

We also discovered that the report from our article yesterday was censored by Twitter last week when former Trump campaign staffer, Steve Cortes, tweeted out the results of this study.

**Why are US medical experts not telling Americans of the dangers of wearing masks?   Why is Big Tech censoring this message?**

*Ann. Occup. Hyg.*, Vol. 54, No. 7, pp. 789–798, 2010
Published by Oxford University Press
on behalf of the British Occupational Hygiene Society
doi:10.1093/annhyg/meq044

Plaintiff's Exhibit 378

# Simple Respiratory Protection—Evaluation of the Filtration Performance of Cloth Masks and Common Fabric Materials Against 20–1000 nm Size Particles

## SAMY RENGASAMY[1]*, BENJAMIN EIMER[2] and RONALD E. SHAFFER[1]

[1]National Institute for Occupational Safety and Health/National Personal Protective Technology Laboratory—Technology Research Branch, 626 Cochrans Mill Road, Pittsburgh, PA 15236, USA;
[2]Technology Research Branch, URS Corp., Pittsburgh, PA, USA

Received 4 February 2010; in final form 10 May 2010; published online 28 June 2010

A shortage of disposable filtering facepiece respirators can be expected during a pandemic respiratory infection such as influenza A. Some individuals may want to use common fabric materials for respiratory protection because of shortage or affordability reasons. To address the filtration performance of common fabric materials against nano-size particles including viruses, five major categories of fabric materials including sweatshirts, T-shirts, towels, scarves, and cloth masks were tested for polydisperse and monodisperse aerosols (20–1000 nm) at two different face velocities (5.5 and 16.5 cm s$^{-1}$) and compared with the penetration levels for N95 respirator filter media. The results showed that cloth masks and other fabric materials tested in the study had 40–90% instantaneous penetration levels against polydisperse NaCl aerosols employed in the National Institute for Occupational Safety and Health particulate respirator test protocol at 5.5 cm s$^{-1}$. Similarly, varying levels of penetrations (9–98%) were obtained for different size monodisperse NaCl aerosol particles in the 20–1000 nm range. The penetration levels of these fabric materials against both polydisperse and monodisperse aerosols were much higher than the penetrations for the control N95 respirator filter media. At 16.5 cm s$^{-1}$ face velocity, monodisperse aerosol penetrations slightly increased, while polydisperse aerosol penetrations showed no significant effect except one fabric mask with an increase. Results obtained in the study show that common fabric materials may provide marginal protection against nanoparticles including those in the size ranges of virus-containing particles in exhaled breath.

*Keywords:* fabric material; H1N1; H5N1; infectious aerosol; influenza; pandemic; particle penetration; respiratory protection

## INTRODUCTION

The outbreaks of avian influenza A (H5N1) and the recent novel influenza virus A (H1N1) pandemic are major health problems (WHO, 2006, 2009). To reduce exposure to infectious influenza aerosols, several government agencies and nongovernment organizations have recommended a number of non-pharmaceutical interventions, including respiratory protection. The Centers for Disease Control and Prevention (CDC) recommends the use of National Institute for Occupational Safety and Health (NIOSH)-approved respirators for reducing exposure to infectious aerosols such as those that cause severe acute respiratory syndrome (SARS) and novel influenza (H1N1) (CDC, 2001, 2003, 2004, 2009). The use of large number of respirators created a demand during the spread of SARS in the USA (Srinivasan *et al.*, 2004). Recently, CDC predicted that the need for disposable N95 respirators could exceed 90 million for the protection of healthcare

*Author to whom correspondence should be addressed.
Tel: +412-386-6853; fax: +412-386-5250;
e-mail: ARengasamy@cdc.gov

Downloaded from https://academic.oup.com/annweh/article/54/7/789/202744 by guest on 26 August 2021

Downloaded from https://academic.oup.com/annweh/article/54/7/789/202744 by guest on 26 August 2021

workers for an outbreak of 42 days of influenza A (H5N1), indicating a possible shortage of respirators (Bailar et al., 2006; CDC, 2006).

The issue of a respirator shortage during a widespread influenza pandemic was addressed by the Institute of Medicine (IOM), which released a report entitled 'Reusability of Facemasks during an Influenza Pandemic. Facing the flu' (Bailar et al., 2006). One of the recommendations was to conduct research on the effectiveness of woven cloth masks for the transmission of influenza virus because cloth masks may be the only option available for some individuals during a pandemic. Research on alternative respiratory protective materials, including common fabric materials such as T-shirts, handkerchiefs, and scarves, was also recommended (Bailar et al., 2006). In the absence of respirators, some individuals may use improvised common fabric materials for respiratory protection while entering a contaminated environment, such as when caring for an infected family member at home. These household materials are not designed for respiratory protection and their use may provide a false sense of protection because their effectiveness against larger and <1000 nm size particles including viruses is not well understood. This indicates that further studies are needed to better understand the filtration performance of cloth masks and common fabric materials against a wide range of particle sizes, including the size of many viruses.

The knowledge on the filtration performance of improvised materials for particulates is limited, however. Previous studies challenged the improvised materials with large-size biological and inert particles and reported varying levels of protection for different size particles (Guyton et al., 1959; Cooper et al., 1983a,b). In one study, the filtration efficiency of a number of fabric materials was tested using human subjects. The authors reported that the filtration efficiency of single layer of bath towel, cotton shirt, handkerchief, and other materials was in the 28–73% range against Bacillus globigii aerosols of 2000 nm mass median diameter (Guyton et al., 1959). Another study measured the effectiveness factor obtained from filtration efficiency and pressure drop for different common fabric materials using a manikin (Cooper et al., 1983a). Fabric materials were challenged with mineral oil aerosol particles of 410–4800 nm diameter size and the effectiveness factor calculated. For many fabric materials including shirt, sheet, towel, and handkerchief, the effectiveness factor decreased with decreasing particle size from 4800 to 410 nm, indicating further decrease in the respiratory protection

for virus-containing particles <410 nm (Cooper et al., 1983a).

Recent studies showed that patients, as well as control subjects, generate significant levels of submicron as well as larger size particles including the size of many viruses during breathing, coughing, and talking (Fairchild and Stampfer, 1987; Papineni and Rosenthal, 1997; Edwards et al., 2004; Yang et al., 2007; Fabian et al., 2008; Blachere et al., 2009; Lindsley et al., 2010). Although some viruses can be quite small (~20 nm), they are often generated by humans as larger size particles (e.g. attached to mucus secretions). For example, one study (Fabian et al., 2008) showed 87% of particles in exhaled breath of influenza-infected patients were under 1000 nm in diameter and the rest of the particles larger than that size. Similarly, the transmission of infectious diseases through exposure to smaller and >1000 nm size aerosols has been reviewed (Fiegel et al., 2006; Hall, 2007). Although much debate still exists on the relative contributions of the various routes of disease transmission (e.g. inhalation, contact, and droplet) (IOM, 2009), infected individuals produce smaller size particles (<1000 nm) that can travel long distances and larger size particles (~10000 nm) capable of reaching shorter distances. Some individuals may improvise fabric materials for emergency respiratory protection to reduce inhalation of infectious aerosols, indicating the need for further studies to assess their filtration performance against a wide range of particle sizes. In this study, household fabric materials and cloth masks were challenged with polydisperse as well as monodisperse particles in the 20–1000 nm size range, which include the size of many viruses and initial penetration levels measured and compared with those values obtained for N95 respirator filter media. In this study, we hypothesized that cloth masks and fabric materials would capture some aerosol but would exhibit high variability because they were not designed for that purpose.

## MATERIALS AND METHODS

### Fabric materials

Common fabric materials of five major categories including sweatshirts, T-shirts, towels, scarves, and cloth masks were selected for aerosol penetration tests (Table 1). Table 1 also shows the fiber composition of fabric materials and the resistance levels measured at 5.5 cm s$^{-1}$ face velocity. The fiber composition for cloth masks is not available. Fabric materials for each category were randomly selected

Table 1. Fabric materials tested for particle penetration measurements

| Fabric material | Description | Model 1 | Model 2 | Model 3 |
|---|---|---|---|---|
| Cloth mask | Brand name | Respro Bandit Mask | Breathe Health Cloth Mask | Breathe Health Fleece Mask |
| | Fiber composition | Not available | Not available | Not available |
| | Resistance (mm water) | $2.0 \pm 0.3$ | $3.2 \pm 0.7$ | $1.2 \pm 0.1$ |
| Sweatshirt | Brand name | Norma Kamali Tunic | Hanes | Faded Glory |
| | Fiber composition | 85% Cotton/ 15% polyester | 70% Cotton/ 30% polyester | 60% Cotton/ 40% polyester |
| | Resistance (mm water) | $2.0 \pm 0.1$ | $1.1 \pm 0.1$ | $0.4 \pm 0.1$ |
| T-shirt | Brand name | Dickies | Hanes | Faded Glory |
| | Fiber composition | 99% Cotton/ 1% polyester | 100% Cotton | 60% Cotton/ 40% polyester |
| | Resistance (mm water) | $1.6 \pm 0.2$ | $1.6 \pm 0.1$ | $0.9 \pm 0.1$ |
| Towel | Brand name | Pem America | Pinzon | Aquis |
| | Fiber composition | 100% Cotton | 100% Cotton | 80% Polyester/ 20% nylon |
| | Resistance (mm water) | $3.8 \pm 0.2$ | $7.9 \pm 0.8$ | $3.7 \pm 0.2$ |
| Scarf | Brand name | Today's Gentleman Pocket square | Walmart Fleece | Seed Supply Cotton |
| | Fiber composition | 100% Cotton | 100% Polyester | 100% Cotton |
| | Resistance (mm water) | $5.9 \pm 0.1$ | $2.0 \pm 0.1$ | $1.4 \pm 0.1$ |

Fabric material composition and airflow resistance measured at 5.5 cm s$^{-1}$ face velocity. 1 mm water gauge = 0.133 kPa.

Downloaded from https://academic.oup.com/annweh/article/54/7/789/202744 by guest on 26 August 2021

from three different manufacturers based on availability. The commercial cloth masks were advertised as pollution and allergen masks and did not make any claim as to their effectiveness for submicron-size particles. It should be noted that none of the other fabric materials was designed to be used as a filtering media. N95 respirator filter media was tested in parallel with the fabric materials for comparison of the filtration performance against submicron-size aerosol particles.

*Polydisperse aerosol penetration test method*

Three samples from each fabric materials were tested for polydisperse NaCl aerosol (75 ± 20 nm count median diameter and a geometric standard deviation not exceeding 1.86) penetrations with a TSI 8130 Automated Filter Tester (TSI 8130) used for NIOSH particulate respirator certification (NIOSH, 2007). Penetration levels for 100 cm$^2$ samples were measured at two different face velocities 5.5 and 16.5 cm s$^{-1}$ corresponding to 33 and 99 l min$^{-1}$ flow rates. A standard face velocity of 5.3 cm s$^{-1}$ is employed for testing various filter media. In this study, a face velocity closer to this value, i.e. 5.5 cm s$^{-1}$,

and a relatively higher face velocity, 16.5 cm s$^{-1}$, were employed for testing the filtration performance of fabric materials. The flow rates are based on the area of the fabric material tested to achieve the face velocities employed in the study. Initial penetration levels of NaCl particles were measured for 1 min with no loading as conducted in the NIOSH 42 CFR 84 test protocol. Percentage penetration was determined as the ratio of particle concentration downstream to upstream multiplied by 100. Polydisperse aerosol is commonly used for filtration performance testing and allows comparison to standard filters made (N95, P2, P3, high efficiency particulate air, etc.).

*Monodisperse aerosol penetration test method*

Another set of three samples from each group of the same fabric models was tested against monodisperse NaCl particles using a TSI 3160 Fractional Efficiency Tester (TSI 3160) as described previously (Rengasamy *et al.*, 2007). Similar to polydisperse aerosols, penetration levels for 100 cm$^2$ samples were measured at face velocities 5.5 and 16.5 cm s$^{-1}$. Initial percentage penetration levels

for 10 different monodisperse aerosols (20, 30, 40, 50, 60, 80, 100, 200, 300, and 400 nm) were measured for each sample. These monodisperse aerosol tests were conducted to better understand the filtration performance against <400 nm size particles. This size range is necessary to determine the aerosol size range of minimum efficiency.

*Penetration of NaCl particles as a function of particle size from 500 to 1000 nm*

Penetration levels for larger size particles (500–1000 nm) were measured as a function of particle size. Polydisperse NaCl aerosols were generated using a constant output atomizer (Model 3076; TSI, Inc.) and passed through a dryer, a $^{85}$Kr neutralizer, and then into the Plexiglas box containing the test fabric material. The upstream and downstream aerosol number concentrations and size distributions (500–1000 nm range) were measured for 2 min alternately using a scanning mobility particle sizer (SMPS 3080; TSI, Inc.) in scanning mode and an ultrafine condensation particle counter as described previously (Rengasamy *et al.*, 2009a). Percentage penetration was calculated from the ratio of the particle number concentration downstream to the concentration upstream. These monodisperse aerosol tests were conducted to better understand the filtration performance against 500–1000 nm size particles.

*Data analysis*

The data were analyzed using the SigmaPlot® (Jandel Corporation) computer program. Average penetration values and 95% confidence intervals were calculated for each model.

## RESULTS

*Polydisperse aerosol penetrations*

Average penetration levels for the three different cloth masks were between 74 and 90%, while N95 filter media controls showed 0.12% at 5.5 cm s$^{-1}$ face velocity (Fig. 1). The penetration levels increased significantly for the N95 control filter media but remained <5%, while none of the fabric materials showed any significant increase at 16.5 cm s$^{-1}$ face velocity. Figure 2 shows polydisperse aerosol penetration levels for sweatshirts and T-shirts. Of the three sweatshirts, one model (Hanes) showed 40% penetration level at 5.5 cm s$^{-1}$, which increased to 57% at 16.5 cm s$^{-1}$ face velocity. The other two models (Norma Kamali and Faded Glory) showed penetration levels in the 70–82% range at both



**Fig. 1.** Polydisperse NaCl aerosol penetration levels for cloth masks at two different face velocities. Error bars indicate 95% confidence level.

5.5 and 16.5 cm s$^{-1}$ face velocities (Fig. 2a). At the same time, T-shirts showed penetration levels >86% at 5.5 cm s$^{-1}$ with no significant increase at 16.5 cm s$^{-1}$ (Fig. 2b). Average penetration levels for the three different model towels and scarves were in the 60–66% and 73–89% ranges, respectively, with no significant increase at 16.5 cm s$^{-1}$ (Fig. 3a,b). Table 1 shows airflow resistance (in millimeter water) at 5.5 cm s$^{-1}$ face velocity. In general, the resistance levels were less than or comparable to N95 filter material employed in the study (9.8 ± 0.2 cm water gauge; 1 cm water gauge = 1.33 kPa). A cotton towel model (Pinzon) and a scarf material (Today's Gentleman) showed slightly higher resistance levels than the other fabric materials. Slightly higher airflow resistance levels were obtained at 16.5 cm s$^{-1}$.

*Monodisperse aerosol penetrations*

Penetration levels for monodisperse aerosol particle (20–400 nm range) were combined with those for 500–1000 nm range particles measured as a function of particle size. For the cloth masks, monodisperse aerosol penetration levels (35–68%) for 20 nm size particles increased steadily, reached maximum (73–82%) at 100 nm range, plateaued up to 400 nm, and increased slightly up to 1000 nm at 5.5 cm s$^{-1}$ face velocity (Fig. 4a). Slightly higher penetration levels were obtained at 16.5 cm s$^{-1}$ face

Downloaded from https://academic.oup.com/annweh/article/54/7/789/202744 by guest on 26 August 2021

Simple respiratory protection                 793



**Fig. 2.** Polydisperse NaCl aerosol penetration levels for sweatshirts and T-shirts at two different face velocities. Error bars indicate 95% confidence level.



**Fig. 3.** Polydisperse NaCl aerosol penetration levels for towels and scarves at two different face velocities. Error bars indicate 95% confidence level.

velocity for the different size particles (20–1000 nm range) (Fig. 4b). Penetration levels for the three sweatshirt and T-shirt models were, respectively, in the 30–61% and 56–79% ranges for 20-nm size particles and increased to 80–93% and 89–97% for 1000 nm particles (Fig. 5a,c). A slight increase in penetration levels was obtained for 20–1000 nm size particles, which remained the same or decreased slightly with increasing particle sizes at 16.5 cm s$^{-1}$ face velocity (Fig. 5b,d). In the case of towels and scarves, penetration levels varied from 9 to 74% for 20 nm size particles and increased monotonically at 5.5 cm s$^{-1}$ face velocity (Fig. 6a,c).

Penetration levels of different size particles increased at 16.5 cm s$^{-1}$ face velocity at varying levels (Fig. 6b,d).

## DISCUSSION

The results obtained in the study showed that cloth masks and other fabric materials tested in the study had 40–90% instantaneous penetration levels when challenged with polydisperse NaCl aerosols employed in the NIOSH particulate respirator test protocol at a face velocity of 5.5 cm s$^{-1}$. Similarly, varying levels of penetrations (9–98%) were

Downloaded from https://academic.oup.com/annweh/article/54/7/789/202744 by guest on 26 August 2021

794                         S. Rengasamy, B. Eimer and R. E. Shaffer



**Fig. 4.** Monodisperse aerosol penetration levels for cloth masks at two different face velocities. Error bars indicate 95% confidence level (closed symbols, TSI 3160 and open symbols, SMPS).



**Fig. 5.** Monodisperse aerosol penetration levels at two different face velocities for sweatshirts (a and b) and T-shirts (c and d). Error bars indicate 95% confidence level. (closed symbols, TSI 3160 and open symbols, SMPS).

obtained for different size monodisperse NaCl aerosol particles in the 20–1000 nm range. Monodisperse aerosol penetration curves for many fabric materials were similar to the curve for a mechanical filter indicating that electret charge was not incorporated in the fabric materials tested in the study. The penetration levels for these fabric materials against polydisperse, as well as monodisperse aerosols, were much higher than the values for the control N95 respirator filter media. A poor filtration performance is

Downloaded from https://academic.oup.com/annweh/article/54/7/789/202744 by guest on 26 August 2021

Simple respiratory protection 795



**Fig. 6.** Monodisperse aerosol penetration levels at two different face velocities for towels (a and b) and scarves (c and d). Error bars indicate 95% confidence level. (closed symbols, TSI 3160 and open symbols, SMPS).

Downloaded from https://academic.oup.com/annweh/article/54/7/789/202744 by guest on 26 August 2021

expected for improvised fabric materials because these materials are not designed for respiratory protection.

The wide variation in penetration levels obtained for many fabric materials tested in our study agree with the penetration results reported previously (Guyton *et al.*, 1959; Cooper *et al.*, 1983a). For example, the filtration efficiency (i.e. inverse of the penetration) of fabric materials was in the range of 3–33% (penetration range 67–97%) for 1000 nm particles at 5.5 cm s$^{-1}$ face velocity that is comparable to the filtration efficiency (27–73%) of single-layer fabric materials against *B. globigii* particles (2000 nm) at a breathing flow rate of 10 l min$^{-1}$ (Guyton *et al.*, 1959). The increase in efficiency can be attributed to the efficient capturing of larger size *B. globigii* particles. Similarly, the penetration values measured in our study 56–94% and 67–97% for 400 and 1000 nm size particles, respectively, at 5.5 cm s$^{-1}$ face velocity are similar compared to 54 and 59% penetrations for 400 and 1000 nm size particles, respectively, at 1.5 cm s$^{-1}$ face velocity reported previously (Cooper *et al.*, 1983a).

The filtration efficiency of improvised fabric materials is comparable to some commonly used

Federal Drug Agency-cleared surgical masks and unapproved dust masks (Oberg and Brosseau, 2008; Rengasamy *et al.*, 2008; Rengasamy *et al.*, 2009b). For example, previous studies showed that some surgical masks had high penetration levels against similar size polydisperse as well as monodisperse aerosols at a similar face velocity (Rengasamy *et al.*, 2009b). Two of the five surgical masks showed 51–89% penetration levels against polydisperse aerosols. Similarly, three dust mask models had high penetration levels (81–89%) for polydisperse aerosol particles (Rengasamy *et al.*, 2008). Thus, the penetration results obtained in the study indicate that the filtration performance of fabric materials is similar in some aspects to some surgical masks to reduce the transmission of infectious diseases. However, this study did not evaluate the fabric materials for protection against droplets and liquid splashes.

The use of fabric materials may provide only minimal levels of respiratory protection to a wearer against virus-size submicron aerosol particles (e.g. droplet nuclei). This is partly because fabric materials show only marginal filtration performance against virus-size particles when sealed around the edges. Face seal leakage will further decrease the

Downloaded from https://academic.oup.com/annweh/article/54/7/789/202744 by guest on 26 August 2021

respiratory protection offered by fabric materials. As expected, a previous study using a manikin showed greater particle penetration for loosely held fabric materials than fully sealed materials around edges (Guyton *et al.*, 1959). Interestingly, however, some studies have reported that improvised fabric materials can provide a good fit and measurable protection level against test aerosols (Dato *et al.*, 2006; Sandee *et al.*, 2009). In one study, fit factors between 13 and 67 were obtained for three subjects using hand-fashioned masks out of a Hanes T-shirt, a modest level of protection to the wearer (Dato *et al.*, 2006). Similarly, home-made face masks made of tea cloths tested on human subjects provided marginal protection as measured by a PortaCount® Plus (TSI, Inc.) that also uses 20–1000 nm size ambient air particles compared to surgical and CE-marked FFP2 masks (Sandee *et al.*, 2009). The authors reported protection factor levels of 2–3, 4–6, and 66–141 for tea cloths, surgical masks, and FFP2 masks, respectively, under various test conditions. The fabric materials tested in our study might also be expected to provide marginal levels of respiratory protection for 20–1000 nm aerosols (droplet nuclei). Fabric materials may provide respiratory protection levels (i.e. total inward leakage) similar to the levels obtained using some surgical masks, which have been measured to be <10 (Oberg and Brosseau, 2008). Thus, the use of improvised fabric materials may be of some value compared to no protection at all when respirators are not available. Moreover, fabric materials would not suffer from limited supplies unlike respirators and surgical masks for emergency protection.

Some of the fabric materials tested in this study had relatively better filtration performance than others. For example, the Hanes sweatshirt showed less penetration levels against polydisperse aerosols at 5.5 cm s$^{-1}$ face velocity compared to other fabric materials. Similarly, monodisperse aerosol penetration values for particles <60 nm size were less for Hanes sweatshirt. However, the penetration values for >60 nm size particles were higher similar to the penetrations for other sweatshirts and the reason for the discrepancy is not clear. The filtration performance of the towels (Aquis, Pinzon, and Pem America) and one scarf (Walmart) against <100 nm size monodisperse aerosol particles was relatively better than the other fabric materials. Moreover, filtration performance of the fabric materials showed no correlation with the airflow resistance levels. Filtration of polydisperse aerosol particles was effective by 100% cotton fabrics in one case, while 100% polyester, 100% cotton, or cotton/polyester combination was

better for nanoparticle (<100 nm) range. Filtration performance of the fabric material cannot be estimated *a priori* from material composition because it is mostly dependent on fiber characteristics, including diameter, charge, and packing density. Moreover, the finished fabric products do not carry information on fiber properties involved in particle filtration. Thus, the selection process for a better performing improvised fabric material may be difficult for a common user. In spite of the poor performance, fabric materials may provide some level of protection against the transmission of infectious aerosols when used in combination with other protective measures. Recently, a review paper analyzed the data obtained from seven case–control studies on the intervention measures of SARS transmission (Jefferson *et al.*, 2009). The authors concluded that a combination of several measures including the use of respiratory protection devices, gloves, and other hygienic practices may reduce the spread of infectious diseases considerably than by a single method. Moreover, cloth masks and fabric materials covering the mouth and nose may serve as a reminder to not touch those areas with the hands serving to minimize contact transmission and reduce exposure to liquid splashes and droplets, although these premises would need to be confirmed experimentally.

The limitations of our study include that only a few types of fabric materials were tested in the study. Some fabric materials not tested in the study may perform better. None of the materials had been worn or laundered, which could also affect filtration performance. Moreover, face seal leakage of aerosol particles was not measured, which is a critical component of respiratory protection. Further studies on respiratory protection of common fabric materials on human subjects for an even wider size range (20–5000 nm) of aerosol particles (e.g. to include more data on filtration performance against droplets) would be helpful to better assess the value of common fabric materials to reduce exposure to infectious aerosols.

## CONCLUSION

Common fabric materials and cloth masks showed a wide variation in penetration values for polydisperse (40–90%) as well as monodisperse aerosol particles in the 20–1000 nm range (40–97%) at 5.5 cm s$^{-1}$ face velocity. The penetration levels obtained for fabric materials against both polydisperse and monodisperse aerosols were much higher than the value for the control N95 respirator filter media but were in the range found for some surgical masks

in previous studies. Penetrations of monodisperse aerosol particles slightly increased at 16.5 cm s$^{-1}$ face velocity, while polydisperse aerosols showed no significant effect except one fabric mask with an increase. The penetration values obtained for common fabric materials indicate that only marginal respiratory protection can be expected for submicron particles taking into consideration face seal leakage.

## FUNDING

National Institute for Occupational Safety and Health (CAN #927 Z1NT).

*Acknowledgements*—The authors acknowledge National Institute for Occupational and Safety and Health (NIOSH) colleagues including Debra Novak, Rick Ehrenberg, and Ta-Chih Hsiao for their critical review of the manuscript and suggestions. We thank Hollingsworth & Vose Company for providing N95 respirator filter media.

*Disclaimer*—Mention of commercial product or trade name does not constitute endorsement by the NIOSH. The findings and conclusions of this report are those of the authors and do not necessarily represent the views of the NIOSH.

## REFERENCES

Bailar JC, Brosseau LM, Cohen HJ *et al*. (2006) Reusability of facemasks during an influenza pandemic. Facing the flu. Washington, DC: Institute of Medicine, National Academies Press.

Blachere FM, Lindsley WG, Pearce TA *et al*. (2009) Measurement of airborne influenza virus in a hospital emergency department. Clin Infect Dis; 48: 438–40.

CDC. (2001) Interim recommendations for the selection and use of protective clothing and respirators against biological agents. Atlanta, GA: Centers for Disease Control and Prevention.

CDC. (2003) Interim domestic guidance on the use of respirators to prevent the transmission of SARS. Atlanta, GA: Centers for Disease Control and Prevention, Department of Health and Human Services, Public Health Service, Tuberculosis Control Division.

CDC. (2004) Interim recommendations for the selection and use of protective clothing and respirators against biological agents. Atlanta, GA: Centers for Disease Control and Prevention, Public Health Service, Tuberculosis Control Division.

CDC. (2006) Estimated number of masks needed, by type and setting, for a severe influenza pandemic. Atlanta, GA: Centers for Disease Control and Prevention.

CDC. (2009) Interim recommendations for facemask and respirator use to reduce novel influenza A (H1N1) virus transmission. Atlanta, GA: Centers for Disease Control and Prevention.

Cooper DW, Hinds WC, Price JM. (1983a) Emergency respiratory protection with common materials. Am Ind Hyg Assoc J; 44: 1–6.

Cooper DW, Hinds WC, Price JM *et al*. (1983b) Common materials for emergency respiratory protection: leakage tests with a manikin. Am Ind Hyg Assoc J; 44: 720–6.

Dato VM, Hostler D, Hahn ME. (2006) Simple respiratory mask. Emerg Infect Dis; 12: 1033–34.

Edwards DA, Man JC, Brand P *et al*. (2004) Inhaling to mitigate exhaled bioaerosols. Proc Natl Acad Sci U S A; 101: 17383–8.

Fabian P, Mcdevitt JJ, Dehaan WH *et al*. (2008) Influenza virus in human exhaled breath: an observational study. PloS One; 3: 1–6.

Fairchild CI, Stampfer JF. (1987) Particle concentration in exhaled breath. Am Ind Hyg Assoc J; 48: 948–58.

Fiegel J, Clarke R, Edwards DA. (2006) Airborne infectious disease and the suppression of pulmonary bioaerosols. Drug Discov Today; 11: 51–7.

Guyton HG, Decker HM, Anton GT. (1959) Emergency respiratory protection against radiological and biological aerosols. AMA Arch Ind Health; 20: 9–13.

Hall CB. (2007) The spread of influenza and other respiratory viruses: complexities and conjectures. Clin Infect Dis; 45: 353–9.

IOM. (2009) Respiratory protection for healthcare workers in the workplace against novel H1N1 influenza A: a letter report. Washington, DC: The National Academic Press.

Jefferson T, Del Mar C, Dooley L *et al*. (2009) Physical interventions to interrupt or reduce the spread of respiratory viruses: systematic review. Br Med J; 339: b3675. doi: 10. 1136/bmj.b3675.

Lindsley WG, Blachere FM, Davis KA *et al*. (2010) Distribution of airborne influenza virus and respiratory syncytial virus in an urgent care medical clinic. Clin Infect Dis; 50: 693–8.

NIOSH. (2007) Procedure no. TEB-APR-STP-0059, revision 2.0. Determination of particulate filter efficiency level for N95 series filters against solid particulates for non-powered, air purifying respirators standard testing procedure (STP). Pittsburgh, PA: DHHS, Centers for Disease Control and Prevention, National Institute for Occupational Safety and Health, National Personal Protective Technology Laboratory. Available at http://www.cdc.gov/niosh/npptl/stps/pdfs/ TEB-APR-STP-0059.pdf. Accessed 9 December 2009.

Oberg T, Brosseau LM. (2008) Surgical mask filter and fit performance. Am J Infect Control; 36: 276–82.

Papineni RS, Rosenthal FS. (1997) The size distribution of droplets in the exhaled breath of health human subjects. J Aerosol Med; 10: 105–16.

Rengasamy S, Eimer B, Shaffer RE. (2008) Nanoparticle filtration performance of commercially available dust masks. J Int Soc Respir Prot; 25: 27–41.

Rengasamy S, Eimer B, Shaffer RE. (2009a) Comparison of nanoparticle filtration performance of NIOSH-approved and CE marked filtering-facepiece respirators. Ann Occup Hyg; 53: 117–28.

Rengasamy S, Miller AK, Eimer B *et al*. (2009b) Filtration performance of FDA-cleared surgical masks. J Int Soc Respir Prot; 26: 54–70.

Rengasamy A, Verbofsky R, King WP *et al*. (2007) Nanoparticle penetration through NIOSH-approved N95 filtering-facepiece respirators. J Int Soc Respir Prot; 24: 4959.

Sandee MV, Teunis P, Sabel R. (2009) Professional and home-made face masks reduce exposure to respiratory infections among the general population. PloS One; 3: e2618.

Srinivasan A, Jernigh DB, Liedtke L *et al*. (2004) Hospital preparedness for severe acute respiratory syndrome in the United States: views from a national survey of infectious diseases consultants. Clin Infect Dis; 39: 272–4.

Downloaded from https://academic.oup.com/annweh/article/54/7/789/202744 by guest on 26 August 2021

WHO. (2006) Avian influenza ("bird flu"). Copenhagen, Denmark: World Health Organization. Available at http://www.who.int/mediacentre/factsheets/avian_influenza/en/print.html. Accessed 20 August 2009.

WHO. (2009) Influenza A (H1N1): pandemic alert phase 6 declared, of moderate severity. WHO/Europe—outbreak update. Copenhagen, Denmark: World Health Organization. Available at http://www.euro.who.int/influenza/AH1N1/20090611_11. Accessed 29 July 2009.

Yang S, Lee GWM, Chen C-M *et al.* (2007) The size and concentration of droplets generated by coughing in human subjects. J Aerosol Med; 20: 484–94.

Downloaded from https://academic.oup.com/annweh/article/54/7/789/202744 by guest on 26 August 2021

Plaintiff's Exhibit 379

rcreader.com

# Still No Conclusive Evidence Justifying Mandatory Masks

*Author Todd McGreevy*

16-20 minutes

In June, we published Denis Rancourt's white paper titled "Masks Don't Work: A Review of Science Relevant to COVID-19 Social Policy." As of this date, the article has been viewed over 460,000 times world-wide. And, as the *Reader's* publisher I pledged to publish all letters, guest commentaries, or studies refuting Rancourt's general premise that this mask-wearing culture and shaming could be more harmful than helpful.

In retrospect, Rancourt's specific premise is that there are no gold-standard (a.k.a. policy-grade) randomized controlled tests that prove masks work effectively to stop the spread of a respiratory virus.

The masks-may-be-more-harmful-than-helpful assertion is associated with the open questions Rancourt posed regarding unknown consequences of mandated masking being considered by thousands of local and state government officials, both elected and unelected.

We received many submissions against and for Rancourt's paper. After reviewing the attempted refutations, we remain resolute in our original support for his conclusions. Not one proved Rancourt's analysis of the randomized controlled tests to be false or misleading. Nor did any of the attempted refutations answer or overcome any of Rancourt's concerns regarding potential harm from mandated mask wearing.

However, in the spirit of open debate and sharing opposing views, we provide links to several of the submitted refutation efforts below. While some submitters resorted to unpersuasive *ad hominem* attacks on Rancourt, we stand by Rancourt's scientific and academic credentials, training, experience, and capabilities to provide the analysis and review of said RCT's.

The most prevalent opposing response has been that the very RCT research papers Rancourt analyzed were primarily measuring the effective differences between surgical masks and respirators … not whether masks in general work.

Rancourt addressed this assertion in his conclusion: "Furthermore, if there were any benefit to wearing a mask, because of the blocking power against droplets and aerosol particles, then there should be more benefit from wearing a respirator (N95) compared to a surgical mask, yet several large meta-analyses, and all the RCT, prove that there is no such relative benefit."

Advocates for masking who attempted to refute Rancourt also cited passages within the RCT research papers Rancourt analyzed that affirmed the overall benefits of masking, claiming Rancourt cherry-picked his evidence from these published works.

Yet for any seemingly affirmative statement masking advocates can point to within the seven publications Rancourt reviewed, there exists within each and every one of those papers the very qualifier that proves Rancourt is accurate in his statement "no study exists that shows a benefit from a broad policy to wear masks in public."

For example, one submitted refutation cited Offendu (sic). The paper Rancourt cited was Offeddu, V. et al. (2017) "Effectiveness of Masks and Respirators Against Respiratory Infections in Healthcare Workers: A Systematic Review and Meta-Analysis," Clinical Infectious Diseases, Volume 65, Issue 11, 1 December 2017, Pages 193-1942.

This submission asserted that Rancourt failed to give the following Offeddu statement (located in the Randomized Controlled Trials section) its due, thus proving Rancourt's claims are false: "Compared to non-rPPE wearing HCWs, those wearing medical masks or N95 respirators throughout their work shift were significantly protected against nonspecific respiratory infection."

Meanwhile, the submitter ignores the very next two sentences Offeddu writes in that same passage: "However, assessment of clinical outcomes was self-reported and prone to bias, as the intervention cannot be masked. Evidence of a protective effect of masks or respirators against VRI, a rarer outcome, was not statistically significant, though this may indicate insufficient statistical power in these studies, rather than lack of a protective effect."

Not one of the seven publications on RCT's Rancourt reviewed, or all of them combined, warrants implementing (let alone attempting to enforce) mask mandating as a mitigation policy for COVID-19.

Rancourt takes a dispassionate view of the evidence being reported within the RCT literature. He does not rely on terms such as "seem to," "indicates," "pretty likely," "much less likely," "may," or "some evidence to support." Rather, Rancourt selected the science-based disclaimers within each of the RCT analyses to prove his point that there is no policy-grade evidence that masks work.

## Select Attempted Refutations Submitted

1) Submitted by David Kyle Johnson, Professor of Philosophy at King's College Scranton, PA: "A (Complete) Debunking of Denis Rancourt's Argument That 'Masks Don't Work.'"

2) Submitted by Jack Komisar (no credentials): "Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis," published in the *Lancet* Vol 395 June 27, 2020 pages 1973-1987.

3) Submitted by Ben Abbott, Assistant Professor of Ecosystem Ecology, Department of Plant and Wildlife Sciences, Brigham Young University: *Making sense of the research on COVID-19 and masks*.

We have also included Rancourt's newest analysis (cited below). We continue to steadfastly support his conclusions, especially in the absence of conclusive evidence to the contrary, when we will always err on the side of self-determination.

A free and open society can only enfranchise individual property rights, and our bodies are our own property. The desire for authoritarians to wield government power, whether through lawfare or brute force, in order to change or mandate others' behavior, whatever the risks for a perceived benefit, is seemingly unquenchable.

Also included here is DigiDebates July 24, 2020, debate between Denis Rancourt and Kyle Johnson on this very issue of whether masks should be mandated. The video is embedded below and linked to here on YouTube.

In Johnson's essay, he discounts the validity of RCT's, writing "What Rancourt fails to recognize is that, while they are great (even necessary) for testing drugs and treatments, RCTs are not necessary or even appropriate for other scientific fields or questions." And he cites an article in the American Psychological Association to prove this point in his effort to remove Rancourt's argument's critical context.

For context to the contrary, the CDC itself states in the article titled "Non pharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings – Personal Protective and Environmental Measures" that "We aimed to identify randomized controlled trials (RCTs) of each measure for laboratory-confirmed influenza outcomes for each of the measures because RCTs provide the highest quality of evidence."

"This May 2020 CDC published paper goes on to state, "Although mechanistic studies support the potential effect of hand hygiene or face masks, evidence from 14 randomized controlled trials of these measures did not support a substantial effect on transmission of laboratory-confirmed influenza.""

And it is acknowledged here that influenza is not COVID-19, but they are both viral

respiratory infections or VRI.

In his follow-up paper titled "Face masks, lies, damn lies, and public health officials: 'A growing body of evidence,'" Rancourt is doubling down on his resolve that mandating mask-wearing for the public is not only unsupported by science, it is irresponsible policy by authorities.

He writes, "I prove that there is no policy-grade evidence to support forced masking on the general population, and that all the latest-decade's policy-grade evidence points to the opposite: NOT recommending forced masking of the general population. Therefore, the politicians and health authorities are acting without legitimacy and recklessly."

Rancourt's follow-up paper includes his extensive credentials. Here's a link to the full 37-page paper.

Thank you to all authors for your submissions. This is what public discourse should embrace. Your analyzes were robust and most welcome. Hopefully readers' understanding of the science and controversy surrounding this important issue will be exponentially advanced by your efforts.

## Inconclusive, Ineffective, Incurious & OSHA

And if you have not had enough of this topic already, below is a compilation of pertinent information related to mandating mask wearing in order to prevent viral spread.

Prior to 2020, multiple studies on the efficacy of mask-wearing, especially for healthcare workers, have been published by CDC, New England Journal of Medicine, Lancet, British Journal of Medicine, Nature, JAMA, PUBMed, and many other professional venues. Nearly all these studies, whether randomized control studies or clinical observational studies, find that mask-wearing to prevent transmission of infectious viruses is inconclusive at best, ineffective at worst.

Almost all the studies on the efficacy of mask-wearing prior to 2020 concerned themselves with the efficacy of (1) surgical masks versus N95 or N100 respirators for healthcare workers; and (2) surgical masks versus cloth masks for both healthcare workers and community members.

Most studies rhetorically support N95/N100 respirators as providing a better barrier than surgical and cloth masks even though the various Random Control Trials (RCT) found no statistical difference between the two types of masks in preventing viral transmission. All the RCT studies concluded that cloth masks provide no meaningful protection, other than occasionally stopping large droplets, in whole or in part, from escaping through cloth masks while accumulating a quagmire of bacteria and viral particles inside masks that don't escape via the masks' persistent gaps.

Several studies made note that N95 and N100 respirators have the added benefit and confidence of use within strictly regulated and sanitized environments that promote rigorous, redundant protocols designed to mitigate biological hazards.

Various authors acknowledge that "potential" benefit in preventing some transmission from droplets when wearing surgical and cloth masks could be improved with plastic barriers, face-shields, frequent hand-washing, proper fitting of masks, consistent donning of new masks and disposal of old ones, glove use when appropriate, and other common-sense hygienic-mitigation protocols.

The few studies conducted in 2020 on mask-wearing that do endorse the practice concluded mask-wearing may have a positive, correlative, and statistically significant benefit in reducing transmission, especially in preventing transmission from large droplets generated when talking, coughing, sneezing, or spitting. But these conclusions are underscored with authors' acknowledgments that the findings lacked sufficient data to definitively claim that mask-wearing prevents transmission of viruses, cautioning that more research needs to be done.

There is updated research that posits viruses, including coronaviruses, are more likely to be transmitted via aerosol particles versus droplets. As this proves accurate, cloth masks will provide less protection as aerosol particles are significantly smaller than droplets.

OSHA has remained curiously silent relative to COVID-19 and mask-wearing safety in the workplace, nor has it explained suddenly waiving its safety standards otherwise strictly imposed on employers who require mask/respirator-wearing by employees in the workplace. Mandatory government oversight of this workplace practice confirms there are substantive dangers associated with mask-wearing for prolonged periods, requiring rigorous protocols to mitigate potential health hazards.

(1) OSHA strictly regulates the airflow, temperature and humidity, amount of oxygen that must be available throughout the work environment, behind the respirator itself, and in the bloodstream, while wearing respirators. This is especially true in surgery rooms, where the environment is very specifically regulated for optimum oxygen availability, intake, $CO_2$ expulsion, etc.

(2) A complete medical evaluation must be completed on each employee required to wear a respirator during work hours to ensure his/her ability to safely wear the device for prolonged periods.

(3) Employers must provide a "Respirator Program" for their facilities that meet OSHA requirements for employee safety on penalty of stiff fines, even shutdowns.

Knowing the differences in approximate sizes of viruses, particles, aerosols, droplets, and mask pores is useful to assess the risks inherent in cloth masks. Viruses are measured in

nanometers or microns (1 nanometer is 1/billionth of a meter, while 1 micron is 1/millionth of a meter) and viruses typically measure 125 nanometers or .125 micron. Viruses are carried as part of larger particles that range in measurement between 0.02 - 0.14 microns. Particles are transported in aerosols and droplets. Aerosols are typically less than 5 microns, while droplets are often larger, ranging between 5 - 10 microns.

Mask pores have a wider range of diameter sizes, anywhere from 80-500 microns. While viruses always travel as part of larger particles carried in aerosols or droplets, mask pores' larger circumference arguably can't prevent most flow through of smaller aerosol particles that carry ever smaller bacteria and viruses.

Supporting documentation for this compilation is available at the end of this August editorial titled "Disturbingly COVID Incurious," by Kathleen McCarthy.

## Why does all this matter?

And so we have a situation where mask-mandating advocates are going to stand on the premise of "reducing risk and flattening the curve is worthy of mandating mask wearing."

And those of us who are firmly against the coercive behavior modification proposed by such central planners are going to stand by "based on the inconclusive science currently available, the risks of mandated masking outweigh the perceived rewards."

And neither side is likely to move.

Americans have blindly accepted taking off one's shoes and belt, exposing oneself to harmful X-rays, and randomly having your body molested by a stranger in order to get on a commercial airplane flight.

And study after study show that these coercive and stressful measures are pure theatre.

In the above scenario, government has you over a barrel, so to speak. You need to get on that plane and will suffer the indignities to do so. It started with belts and shoes and now grandma in a wheelchair gets to have a full pat down.

So what's next if we quietly and blindly accept, as one submitter put it, "Do us all a favor and just mask up!"? What's next is mandated vaccinations with risky and dangerous fast-tracked vaccines. What's next is restrictions on your ability to travel, shop, and bank where you want without an "immunity pass." Mainstream media is already spouting that succumbing to such draconian measures is patriotic.

Some who have read this far may be asking themselves, "What is the big deal? What harm can wearing a mask do?"

It is an enormous deal for compelling reasons that include:

(1) Mandatory mask-wearing has no conclusive scientific basis for such an extreme mandated measure;

(2) OSHA strictly regulates mask-wearing in workplaces, imposing rigid protocols precisely because mask-wearing for prolonged periods has very real, identified dangers associated with such requirements;

(3) Mask-wearing for prolonged periods has well-documented negative impacts on health, including reduced oxygen, increased carbon dioxide, adverse skin reactions, and the triggering of latent viruses and/or bacteria otherwise dormant in humans, causing illness;

(4) There is growing concern and recent evidence that reduced oxygen levels awakening dormant viruses are resulting in positive COVID tests because humans have an abundance of other dormant coronaviruses at any given time;

(5) Accumulation of bacteria, viruses, particles, droplets, spittal, dirt, makeup, food, all contributing to trapped pools of contaminants behind masks, and around the gaps and outer edges, that can transfer on;

(6) a false sense of security when near "at-risk" loved ones believe they are protected by their masks;

(7) One quarter of one percent lethality is non-compelling justification for healthy people to wear masks to protect others when 99.75 percent of those who contract COVID will not perish and the majority of those who will die from COVID have comorbidity complications;

(8) A perverse policy that threatens psychological damage from a constant manufactured message of fear of others, and of the environment, evidenced by an ever-masked population;

(9) A violation of each individual's natural right to control his/her own body and the risks that accrue;

(10) The lack of an iron-clad, unambiguous, and uncontroversial justification before any government/health authority is permitted a scintilla of jurisdiction over our livelihoods, our natural rights to live, survive, thrive as a response to any public threat.

**With no conclusive evidence of mask mandating benefits, the time is now to draw the line in the sand, or Americans will find themselves living inside one big oppressive checkpoint.**

Plaintiff's Exhibit 380

express.co.uk

# Stop children wearing masks: Legal challenge as masks 'cause mental & physical harm'

*Lucy Johnston*

5-6 minutes          4-11-21

[Express. Home of the Daily and Sunday Express.](#)



**A LEGAL challenge has been launched to stop children wearing masks in schools amid claims face coverings are causing both mental and physical harm for pupils.**

**Coronavirus: Expert discusses new study on mental health**

Volume 0%

Loading ad

00:00

01:27

01:27

Sign up to receive our rundown of the day's top stories direct to your inbox

Invalid email

We use your sign-up to provide content in ways you've consented to and to improve our understanding of you. This may include adverts from us and 3rd parties based on our understanding. You can unsubscribe at any time. [More info](#)

The challenge was launched last week by lawyers from legal website LaworFiction and was served alongside a supporting psychology and health and safety report. If successful, the 12-year-old pupil's action against the school - which cannot be identified for legal reasons - could pave the way for numerous similar claims across the country. Masks in classrooms were a "precautionary measure" that has been in place since schools

reopened in England on March 8.

**Related articles**

But the psychology report states that masks and social distancing rules within Child A's school are" likely to be causing psychological harm to children ..(and) interfere with .. development."

It states the extent of harm is unknown due to the "unique nature of the social experiment underway in schools and wider society."

In the report Child A said "everyone is sad" at school due to the measures, adding school is "just not fun anymore" and that it is often difficult to understand what teachers are saying.

The report concludes: "Children's learning and growth is not just something that happens it requires attention and investment….it is therefore crucial to consider how children's experiences are being directly affected by the SARS-CoV2 measures in schools and potential consequences."

The second report, carried out by an expert in health and safety, states: "Children .. have little power to oppose decisions made by the adults who hold authority over them. Those same children will carry the health burden of any errors or omissions for the rest of their lives."



Children wear masks in classrooms as a precautionary measure *(Image: Getty)*

It says the school has not considered the risk of health damage due to the restriction of air supply due to mask wearing "throughout the entire school day."

The report also highlighted risks of breathing potentially dangerous fibres from face coverings "sold in the community" which "have the potential to cause" long term lung damage such as asthma or fibrosis.

Earlier this month campaign group UsForThem threatened a judicial review if the mask policy was not changed.

It sent a pre-action letter to Gavin Williamson claiming face masks in schools pose a threat to the health and welfare of millions of children and saying there is "no credible scientific evidence" to support the Government's current position.

Mr Williamson has been told that face masks raise "serious questions of children's health" as well as being "deleterious to their education".

**Trending**

UsForThem said that they have received reports of children suffering "shocking consequences" as a result of the face mask policy. It is expected to apply for judicial review this week.

The government considered scrapping the masks in schools rule last week, but decided to keep it in place until at least May 17, the next stage in Boris Johnson's 'roadmap'.

The Department for Education (DfE) said the measure would continue after the Easter holidays.

The decision followed a review of the evidence on the use of face coverings in schools and colleges, including data from Public Health England.

Education Gavin Williamson said: "We obviously all want to get back to face mask-free classrooms and we will do this in line with the latest scientific data while balancing the interests of students, teachers and the wider community."



Gavin Williamson has been urged to stop kids wearing masks *(Image: Getty)*

UNISON, welcomed the mask decision and said ministers "sensibly" listened to school staff.

The union's head of education Jon Richards said: "Keeping staff, pupils and their families safe and stopping wider infection spread is the most important thing. Any further decisions must be made according to the infection data, rather than dates."

A Department for Education blog stated the continued use of face coverings were a "precautionary measure" in line with the "best advice".

It added: "It's crucial that we don't rush this, and this decision has been taken with consideration to the relaxing of other measures across society over the coming weeks."

Plaintiffs' Exhibit 381

lifesitenews.com

# Study shows how masks are harming children - LifeSite

*LifeSite*

20-25 minutes

---

Wed Mar 3, 2021 - 9:37 am ESTFri Jul 30, 2021 - 2:54 pm EDT

**STORY AT-A-GLANCE**

- Data from the first registry to record children's experiences with masks show physical, psychological and behavioral issues including irritability, difficulty concentrating and impaired learning

- Since school shutdowns in spring 2020, an increasing number of parents are seeking drug treatment for attention deficit hyperactivity disorder (ADHD) for their children

- Evidence from the U.K. shows schools are not the super spreaders health officials said they were; measured rates of infection in schools were the same as the community, not higher

- A large randomized controlled trial showed wearing masks does not reduce the spread of SARS-CoV-2

- It is important to pay attention to the direction leadership is taking to protect your future and your finances

March 3, 2021 (Mercola) — A new study shows children have experienced great psychological, behavioral and physical harm from the mandates and lockdowns handed down during the COVID-19 pandemic. This harm affects the next generation of leaders and has dampened the spirits of people around the world. Yet, there is one place that appears to have side-stepped this damage.

Throughout the 20th and 21st centuries, there have been events that have changed the world. They include the two World Wars, the bombing of Pearl Harbor, the atomic bomb on Hiroshima, the fall of the Berlin Wall, the 9/11 attacks and the COVID-19 pandemic.

The current pandemic has undoubtedly been the most traumatic period for many people. The devastation that has been wrought on the world is incalculable, including things that

aren't easily measured like mental health, food insecurity and physical abuse.

The harsh reality is that virtually none of it was necessary and the real damage has been the result of decisions made by global health and government officials who appear to have been acting in concert, according to some predetermined plan.

The fallout from this event will be experienced by many for the remainder of their lives. **Suicide** rates, child abuse and drug deaths have risen dramatically. Prescriptions for anti-anxiety drugs had risen 31% and for antidepressants by up to 22% by mid-2020. But children, whose voices are not often heard, may be suffering the most.

**Children show physical, hehavioral and psychological harm**

A recent study has been published online using data from Germany's first registry recording the experience children are having wearing masks. Parents, doctors and others can enter their observations; the registry had recorded use by 20,353 people as of October 26, 2020.

Using this data on 25,930 children, the researchers discovered interesting information. The average time children were wearing a mask was 270 minutes each day. There were 24 health issues reported that were associated with wearing masks that fell into the categories of physical, psychological and behavioral issues.

Of the problems that children were having wearing masks, 68% of them were reported to the registry by parents. The researchers concluded the frequency of registry use and the variety of symptoms being reported indicated the importance of the subject. They recorded symptoms that:

*… included irritability (60%), headache (53%), difficulty concentrating (50%), less happiness (49%), reluctance to go to school/kindergarten (44%), malaise (42%), impaired learning (38%) and drowsiness or fatigue (37%).*

Added to these concerning symptoms, they also found 29.7% reported feeling short of breath, 26.4% being dizzy and 17.9% were unwilling to move or play. Hundreds more experienced "accelerated respiration, tightness in chest, weakness and short-term impairment of consciousness."

Measurements of **anxiety** or depressive disorder jumped dramatically for adults between January through June 2019 and January 2021. According to data from the U.S. Centers for Disease Control and Prevention, the percentage of adults reporting symptoms of anxiety disorder and/or depressive disorder was 11% in the first quarter of 2019 but jumped dramatically to 41.1% across the nation by January 2021.

Evidence has shown that there is a positive relationship between a child's behavioral

problems and mental health with maternal mental health and parental mental health. This means that independent of their own stress and physiological harm from mask-wearing and lockdowns, children will also respond negatively to the rising rate of anxiety and depression exhibited by adults.

**More families seeking drugs to manage remote learning**

In spring 2020 an unprecedented remote learning experiment began for schools around the world. Suddenly, tens of millions of students were at home, plugged into their computer for their education. In one survey, Educators for Excellence reported 67% of teachers said their students' homework or assignments were completed "somewhat worse" or "much worse" than before remote learning was mandatory.

In another survey, teachers reported their sense of success dropped from 96.3% when teaching in the classroom to 73.1% teaching remotely. On average, the same teachers reported that only 60% of their students were engaged in learning activities.

Remote learning has been especially challenging for young children and for the 20% of students living in the U.S. who do not have access to the necessary technology. According to Education Week, 80% of teachers believe their students are having trouble focusing during the shutdown.

Each of these factors may contribute to the growing number of parents who are seeking treatment for **attention deficit hyperactivity disorder (ADHD)** for their children. NBC News reports specialists are flooded with questions and requests for diagnosis and prescriptions for ADHD.

— Article continues below Petition —

115658 have signed the petition.

Let's get to 125000!

Thank you for signing this petition!

Add your signature:

  Show Petition Text

**PETITION UPDATE (8/27/2020)**

Thank you for continuing to **SIGN and SHARE** this petition, which asks policymakers at all levels of government to reverse mandatory mask orders within their borders.

**Facebook has restored the share link for this petition, saying that the decision to block it was a 'mistake...'**

Please share with your Facebook friends, but we should all take heed of this warning: when an organization or individuals have to beg, plead and cajole just to express objective truths, it may be time to start looking for other social networking platforms.

Facebook needs to treat its users with respect, no matter their political persuasion. Moreover, Facebook needs to treat objective reality and facts with more respect.

**One-size-fits-all oppressive government mask mandates must stop!**

Healthy adults and children should not be forced - by the state - to wear masks when the risk of infection is low and the benefit of wearing a mask is highly questionable.

---

**PETITION UPDATE (8/25/2020)**

Facebook is actively censoring this petition, saying that some people find it 'abusive.'

How anyone could find alternate facts about oppressive mask mandates 'abusive' is incredible...that is, impossible to believe.

This is exactly the kind of censorship which Big Tech is getting a bad reputation for.

The fact that Facebook calls differing opinion and objective reality "abusive" says a lot about Facebook and their agenda to silence reason and logic, not just conservatives and Christians.

But, people are more intelligent than Facebook give them credit for.

And, the more this continues, the more reasonable people will look alternate platforms to share their thoughts and connect with their friends and family. The more that happens, the less revenue Facebook will generate.

All of us have a decision to make, and the time is coming where we might have to tell our Facebook friends that we are moving to another platform.

We are encouraging people to continue SIGNING this petition and SHARING it via other platforms such as Parler and Gab, and to share the link below with your family and friends on Whatsapp, Telegram, Threema and Signal.

Thank you!

---

**One-size-fits-all oppressive government mask mandates must stop!**

Healthy adults and children should not be forced - by the state - to wear masks when the risk of infection is low and the benefit of wearing a mask is highly questionable.

**Please SIGN this petition which asks policymakers at all levels of government to**

**reverse mandatory mask mandates within their borders**.

Public health policies should be based on science and logic, not on the type of political posturing and virtue-signaling which led Joe Biden to recently call for a national mask mandate.

And, public health policies certainly shouldn't lead to a situation where more people could become sick.

But, that is exactly what these mandatory mask mandates are doing.

**Here are four inconvenient facts about masks**:

**1)** Masks** are largely ineffective at stopping the transmission of viruses.

The vast majority of masks worn by the public are made from material which cannot filter-out viruses because virus particles are too small to catch or obstruct.  Wearing cloth masks to stop a virus is like putting a bee in a bird cage to keep it from flying away.

Wearing a mask for long periods of time ensures that the wearer has a warm and moist receptacle around his or her mouth, on which viruses and bacteria can land and accumulate.

Thus, masks are actually likely to have little effect in stopping the spread of COVID-19 acting as a barrier, but could actually make things worse acting as a receptacle.

**2) Mandates which call for masks to be worn outdoors are both absurd and oppressive**.

**3)** There are clearly documented hazards of wearing masks for long periods of time.

**4) And, since school is on everyone's mind...**

Notwithstanding the above information on the ineffectiveness of most masks against viruses, we don't know if asymptomatic children can even transmit the virus.

But, it was a reported in an article in the July 21, 2020 *Uk Times* that: **"There has been no recorded case of a teacher catching the coronavirus from a pupil anywhere in the world, according to one of the UK government's leading scientific advisers."**

And, we also know that children are extremely unlikely to get seriously ill or die from COVID infections. In any case, children cannot possibly be expected to wear a mask properly in a way that would cut transmission.

There are still a lot of unknowns about COVID-19, but we have grown in our understanding of this disease since the beginning of the crisis.

**The knowledge we have gained should allow government and health authorities to**

**make more nuanced policies than the current one-size-fits-all mask mandates**.

Where are the legislative hearings in county commissions, and state, provincial or federal legislatures before these drastic actions are mandated? Where are the open and transparent debates among experts that provide our representatives with the necessary information to make good policy decisions?

The real pandemic is the panic and the resulting tyranny that is being caused by dictatorial governors, corporate media and the monopolistic Big Tech.

The truth is that COVID-19 is like a bad cold for most people; this is not ebola or the plague.

**Of course, the very elderly and those with serious health conditions should take precautions or be quarantined, but the rest of society should begin the long process of returning to normality**.

The frenzy to force everyone to wear a mask, at all times, has gone beyond all comprehension, and goes against science and logic.

Please **SIGN** this petition which asks policymakers at all levels of government to reverse any mandatory mask order within the borders of their county, state, province, or country.

Thank you!

**FOR MORE INFORMATION**:

'Explosion in mandatory masking isn't driven by science, but fear', PART I
- https://www.lifesitenews.com/blogs/explosion-in-mandatory-masking-isnt-driven-by-science-but-fear

'Explosion in mandatory masking isn't driven by science, but fear', PART II
- https://www.lifesitenews.com/blogs/explosion-in-mandatory-masking-isnt-driven-by-science-but-fear-part-ii

OSHA Document on Surgical Masks and Respirators stating that surgical masks do NOT prevent airborne particles (e.g. viruses) from being inhaled - https://www.osha.gov/Publications/OSHA3219.pdf

'PETER HITCHENS: Face masks turn us into voiceless submissives - and it's not science forcing us to wear them, it's politics' - https://www.dailymail.co.uk/debate/article-8537489/PETER-HITCHENS-Face-masks-turn-voiceless-submissives.html

**Here, we are referring to the masks worn by the vast majority of the public, not to specialist masks or respirator-type masks.

***Photo Credit: Shutterstock.com

Dr. Melvin Oatis from the American Academy of Child and Adolescent Psychiatry believes that the pandemic has "been a tipping point that has pushed some families to get help."

However, Dr. Arthur Lavin, who is a pediatrician with service on several national committees of the American Academy of Pediatrics, warns, "Our concern is that pediatricians and families be very careful to not simply list the symptoms of ADHD, but to look at the child's history and use differential diagnosis to make sure we have the best possible explanation for the symptoms."

The fuzziness surrounding a diagnosis of ADHD has also led to some over-identification of these issues. University of Minnesota psychologist Stephanie Carlson finds that students are often misidentified as having deficits in executive functioning skills when the behavior is within normal limits.

For example, younger students are more likely to be labeled with ADHD than their older peers. Boys are labeled more often than girls, and black and Latino students have a lower probability of being diagnosed or taking medicine.

**Schools are not "super spreaders"**

Early data are now available from a study performed by the University of Warwick in the U.K. looking at information on school absences between September 2020 and December 2020. The researchers were interested in students who stayed home from school sick because of COVID-19 infections and how the number who became ill varied across time.

The study evaluated pupils and teachers and how those absences changed during November lockdown and in December when the lockdown was lifted. What they found was that the infection rate in the schools matched the wider community, indicating there was no evidence that schools were a driver in producing more cases of COVID-19.

As in the U.S., students in the U.K. have been offered **remote learning** options. Dr. Mike Tildesley is one of the researchers and a scientific adviser to the U.K. government. He suggests using a staggered approach as plans for reopening the schools are underway.

While the rates of infection between the schools and community were the same, the researchers could not comment if the students and teachers who did have COVID-19 caught it in the school or the community. As would be expected with what is known about the virus, the rate of infection was lower in primary schools than secondary schools.

When speaking to a BBC reporter, Tildesley had a telling comment about how decisions to reopen schools should be made: "You could potentially think about doing early years first. But this is a political decision."

**Face masks do not effectively reduce COVID-19 infections**

The first randomized controlled trial evaluating the effectiveness of surgical face masks against SARS-CoV-2 was published in November 2020 in the Annals of Internal Medicine.

During the trial, researchers evaluated more than 6,000 individuals and found that masks did not statistically significantly reduce the incidence of infection of COVID-19. Among the people who wore masks, 1.8% tested positive for SARS-CoV-2, compared to 2.1% among the control group.

When the researchers removed those who did not adhere to proper mask-wearing, the results remained the same — 1.8%. This suggests that in this group of 6,000 individuals, wearing a mask made no significant difference as to whether they would acquire COVID-19.

In the group that reportedly wore their masks "exactly as instructed," 2% tested positive for the virus as compared to 2.1% of the controls. Despite a lack of evidence that mask-wearing in the general public was effective, widespread mask mandates were rolled out.

At the end of December 2020, researchers from Rational Ground revealed results of data analysis evaluating the use of masks from all 50 U.S. states. It was completed by data analysts, computer scientists and actuaries, who divided the information into states that had mask mandates and those that did not.

They evaluated data from May 1, 2020, through December 15, 2020, and calculated how many cases per day occurred by population with and without mask mandates. Among states without a mask mandate, 5,781,716 cases were counted over 5,772 days, which worked out to:

- No mask mandates — 17 cases per 100,000 people per day
- Mask mandates — 27 cases per 100,000 people per day

In other words, the evidence does not support the use of masks and school lockdowns. And, there is powerful evidence that masks and school lockdowns are causing significant damage to the physical and psychological health of children. Yet, these mandates and lockdowns have garnered support from schools and parents, likely driven by **fear of the virus**.

**Countrywide mandates prove successful**

In fact, fear seems to have been the force used to drive mandates the public would not have otherwise accepted — except, that is, in Sweden. In a 45-minute documentary, Claudia Nye shows how Sweden has approached COVID-19.

Under the guidance of chief epidemiologist Anders Tegnell, **Sweden did not institute a universal lockdown**, close small businesses or schools, or enact mandatory mask

mandates. Instead, they chose to use enough reasonable strategies to protect their citizens. According to Tegnell, "We don't want to hurt anyone unnecessarily, but we want to have as good effect as possible."

Using this as the basis for their decision-making, only some schools were closed during certain periods of time and only office workers were asked to work from home to minimize crowding on public transportation. Retail shops, gyms and restaurants remained open, a vast difference from what happened in other countries around the world.

Businesses recommended social distancing and masks, but it wasn't a strict rule. Around the globe, people were told to stay home or face jail time. Yet, in Sweden people were asked to take commonsense precautions based on their individual circumstances.

It was recommended seniors and other high-risk individuals stay home, use social distancing and wear masks. All others were free to live as they normally would. Tegnell noted that in Sweden, "We have chosen a voluntary way and it's proven to be sustainable and it's proven also to be effective."

According to the Imperial College of London model, Sweden should have experienced a death toll of 80,000 by the end of June 2020 without a lockdown. However, the true number September 30, 2020, after no lockdowns, stood at 5,893 – a vast majority of whom were elderly with comorbidities.

In fact, of those, only 872 were a direct result of COVID-19. The rest had one or more conditions that contributed to the death. Nye tells more of this story in her engaging documentary that won the Outstanding Achievement Award in the Los Angeles International Indie Short Fest film festival in January 2021.

I believe without being aware of how your behavior is being influenced, the world will continue to become decidedly different and more difficult. To protect our children, future generations and your finances, I encourage you to share "**Public Health Officials Are Destroying Humanity**."

It may seem like science fiction, but just one year ago you probably could not have imagined the world as it is today. Unless and until more people understand the direction that leadership is sending the world, it will only continue down the same path.

In my newest book, "**The Truth About COVID-19**," I investigate the origins of this virus and how the elite use it to slowly erode your personal liberty and freedom. I'll also show how you can protect yourself against this disease and what you can do to fight back against the technocratic overlords.

My book will be available April 29, but you can preorder it now on Amazon. Why Amazon, you may ask? Well, this book talks in detail about pandemic profiteers, and by getting its

Plaintiffs' Exhibit 382

cnsnews.com

# Surgeon Destroys Myth: 'If Masks Don't Work, Why Do Surgeons Wear Them?'

*By Dr. Jim Meehan | March 10, 2021 | 4:38pm EST*

7-8 minutes



Joe Biden removes his mask before speaking at the Chase Center in Wilmington, Del. (Photo credit: JIM WATSON/AFP via Getty Images)

A response to people who use the classic fallacious argument, "Well, if masks don't work, then why do surgeons wear them?"

I'm a surgeon who has performed more than 10,000 surgical procedures wearing a surgical mask. However, that fact alone doesn't really qualify me as an expert on the matter. More importantly, I am a former editor of a medical journal.

I know how to read the medical literature, distinguish good science from bad, and fact from fiction. Believe me, the medical literature is filled with bad fiction masquerading as medical science. It is very easy to be deceived by bad science.

॥꘡ MEDIAVINE

Since the beginning of the pandemic, I've read hundreds of studies on the science of medical masks. **Based on extensive review and analysis, there is no question in my mind that healthy people should not be wearing surgical or cloth masks. Nor should we be recommending universal masking of all members of the population.** That recommendation is not supported by the highest level of scientific evidence.

First, let's be clear. The premise that surgeons wearing masks serves as evidence that "masks must work to prevent viral transmission" is a logical fallacy that I would classify as an argument of false equivalence, or comparing "apples to oranges."

Although surgeons do wear masks to prevent their respiratory droplets from contaminating the surgical field and the exposed internal tissues of our surgical patients, that is about as far as the analogy extends. Obviously, surgeons cannot "socially distance" from their surgical patients (unless we use robotic surgical devices, in which case, I would definitely not wear a mask).

⫿ MEDIAVINE

**The CoVID-19 pandemic is about viral transmission. Surgical and cloth masks do nothing to prevent viral transmission. We should all realize by now that face masks have never been shown to prevent or protect against viral transmission.** Which is exactly why they have never been recommended for use during the seasonal flu outbreak, epidemics, or previous pandemics.

The failure of the scientific literature to support medical masks for influenza and all other viruses is also why Fauci, the U.S. Surgeon General, the CDC, WHO, and pretty much every infectious disease expert stated that wearing masks won't prevent transmission of SARS CoV-2. Although the public health "authorities" flipped, flopped, and later changed their recommendations, the science did not change, nor did new science appear that supported the wearing of masks in public. In fact, the most recent systemic analysis once again confirms that masks are ineffective in preventing the transmission of viruses like CoVID-19.

⫿ MEDIAVINE

**If a surgeon were sick, especially with a viral infection, they would not perform surgery as they know the virus would NOT be stopped by their surgical mask.**

Another area of "false equivalence" has to do with the environment in which the masks are worn. The environments in which surgeons wear masks minimize the adverse effects surgical masks have on their wearers.

**Unlike the public wearing masks in the community, surgeons work in sterile surgical suites equipped with heavy duty air exchange systems that maintain positive pressures, exchange and filter the room air at a very high level, and increase the oxygen content of the room air. These conditions limit the negative effects of masks on the surgeon and operating room staff. And yet despite these extreme climate control conditions, clinical studies demonstrate the negative effects (lowering arterial oxygen and carbon dioxide re-breathing) of surgical masks on surgeon physiology and performance.**

Surgeons and operating room personnel are well trained, experienced, and meticulous about maintaining sterility. We only wear fresh sterile masks. We don the mask in a sterile fashion. **We wear the mask for short periods of time and change it out at the first signs of the excessive moisture build-up that we know degrades mask effectiveness**

**and increases their negative effects.** Surgeons NEVER re-use surgical masks, nor do we ever wear cloth masks.

〽 MEDIAVINE

The public is being told to wear masks for which they have not been trained in the proper techniques. As a result, they are mishandling, frequently touching, and constantly reusing masks ==in a way that increase contamination and are more likely than not to increase transmission of disease.==

Just go watch people at the grocery story or Walmart and tell me what you think about the effectiveness of masks in the community.

If you can't help but believe and trust the weak retrospective observational studies and confused public health "authorities" lying to you about the benefits and completely ignoring the risks of medical masks, then you should at least reject the illogical anti-science recommendation to block only 2 of the 3 ports of entry for viral diseases. **Masks only cover the mouth and nose. They do not protect the eyes.**

〽 MEDIAVINE

*Dr. Jim Meehan, MD is a physician, entrepreneur, and accomplished leader who provides novel science and solutions that conform to honest, open, transparent, and patient-centered principles.*

**Editor's Note:** This piece originally appeared on Principia Scientific International.

**CNSNews Reader,**

The media are hard at work weaving a web of confusion, misinformation, and conspiracy surrounding the COVID-19 pandemic.

CNSNews covers the stories that the liberal media are afraid to touch. It drives the national debate through real, honest journalism—not by misrepresenting or ignoring the facts.

CNSNews has emerged as the conservative media's lynchpin for original reporting, investigative reporting, and breaking news. We are part of the only organization purely dedicated to this critical mission and we need your help to fuel this fight.

Donate today to help CNSNews continue to report on topics that the liberal media refuse to touch. $25 a month goes a long way in the fight for a free and fair media.

And now, thanks to the Coronavirus Aid, Relief, and Economic Security (CARES) Act, you can make up to a $300 gift (or $600, if married filing jointly) to the 501(c)(3) non-profit organization of your choice and use it as a tax deduction on your 2021 taxes, even if you take the standard deduction on your returns.

— *The CNSNews Team*

DONATE

Plaintiffs' Exhibit 383

**COVID-19 Information**

Public health information (CDC)

Research information (NIH)

SARS-CoV-2 data (NCBI)

Prevention and treatment information (HHS)

Español

FULL TEXT LINKS



❯ J Hosp Infect. 1991 Jul;18(3):239-42. doi: 10.1016/0195-6701(91)90148-2.

# Surgical face masks in modern operating rooms--a costly and unnecessary ritual?

N J Mitchell [1], S Hunt

Affiliations
PMID: 1680906   DOI: 10.1016/0195-6701(91)90148-2

## Abstract

Following the commissioning of a new suite of operating rooms air movement studies showed a flow of air away from the operating table towards the periphery of the room. Oral microbial flora dispersed by unmasked male and female volunteers standing one metre from the table failed to contaminate exposed settle plates placed on the table. The wearing of face masks by non-scrubbed staff working in an operating room with forced ventilation seems to be unnecessary.

## Comment in

Face masks and postoperative infection.
Rao GG, Harman J, Pollard R.
J Hosp Infect. 1992 Jan;20(1):55-7. doi: 10.1016/0195-6701(92)90063-r.
PMID: 1348074 No abstract available.

Masks in surgery.

OPEN ACCESS Freely available online

PLoS one

# Surgical Mask to Prevent Influenza Transmission in Households: A Cluster Randomized Trial

Laetitia Canini[1,2], Laurent Andréoletti[3,4], Pascal Ferrari[1,2,5], Romina D'Angelo[5], Thierry Blanchon[1,2], Magali Lemaitre[1,2], Laurent Filleul[6], Jean-Pierre Ferry[7], Michel Desmaizieres[8], Serge Smadja[9], Alain-Jacques Valleron[1,2,5], Fabrice Carrat[1,2,5]*

1 UMR-S 707, UPMC – Paris 6, Paris, France, 2 U707, Inserm, Paris, France, 3 Laboratoire de Virologie Médicale et Moléculaire, Centre Hospitalier Universitaire de Reims, Reims, France, 4 EA-4303, Faculté de Médecine, Reims, France, 5 Unité de Santé Publique de L'hôpital Saint-Antoine, Assistance Publique Hôpitaux de Paris, Paris, France, 6 Cire Aquitaine, Institut de Veille Sanitaire, Bordeaux, France, 7 Cabinet Médical, Audincourt, France, 8 Urgences Médicales de Paris, Paris, France, 9 SOS Médecins, Paris, France

## Abstract

*Background:* Facemasks and respirators have been stockpiled during pandemic preparedness. However, data on their effectiveness for limiting transmission are scarce. We evaluated the effectiveness of facemask use by index cases for limiting influenza transmission by large droplets produced during coughing in households.

*Methodology and Principal Findings:* A cluster randomized intervention trial was conducted in France during the 2008–2009 influenza season. Households were recruited during a medical visit of a household member with a positive rapid influenza A test and symptoms lasting less than 48 hours. Households were randomized either to the mask or control group for 7 days. In the intervention arm, the index case had to wear a surgical mask from the medical visit and for a period of 5 days. The trial was initially intended to include 372 households but was prematurely interrupted after the inclusion of 105 households (306 contacts) following the advice of an independent steering committee. We used generalized estimating equations to test the association between the intervention and the proportion of household contacts who developed an influenza-like illness during the 7 days following the inclusion. Influenza-like illness was reported in 24/148 (16.2%) of the contacts in the intervention arm and in 25/158 (15.8%) of the contacts in the control arm and the difference between arms was 0.40% (95%CI: −10% to 11%, P = 1.00). We observed a good adherence to the intervention. In various sensitivity analyses, we did not identify any trend in the results suggesting effectiveness of facemasks.

*Conclusion:* This study should be interpreted with caution since the lack of statistical power prevents us to draw formal conclusion regarding effectiveness of facemasks in the context of a seasonal epidemic.

*Trial Registration:* clinicaltrials.gov NCT00774774

**Citation:** Canini L, Andréoletti L, Ferrari P, D'Angelo R, Blanchon T, et al. (2010) Surgical Mask to Prevent Influenza Transmission in Households: A Cluster Randomized Trial. PLoS ONE 5(11): e13998. doi:10.1371/journal.pone.0013998

**Editor:** Tom Jefferson, Cochrane Acute Respiratory Infections Group, Italy

**Received** June 14, 2010; **Accepted** October 22, 2010; **Published** November 17, 2010

**Copyright:** © 2010 Canini et al. This is an open-access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

**Funding:** The study was supported by a grant from Ministere de la Sante and la Direction des Hopitaux (PHRC 2008, P070160) and was sponsored by Assistance Publique des Hopitaux de Paris. The funding sources and the sponsor had no role in the design, analysis, or reporting of the study or in the decision to submit the manuscript for publication.

**Competing Interests:** The authors have declared that no competing interests exist.

* E-mail: carrat@u707.jussieu.fr

## Introduction

Influenza virus is responsible for annual epidemics worldwide and causes a significant public health burden. Influenza virus is transmitted by direct contact with infected individuals, exposure to virus-contaminated objects (fomites), and inhalation of infectious aerosols [1]. The threat of a severe H5N1 pandemic caused by avian influenza and the recent worldwide spreading of influenza H1N1v have renewed interests in nonpharmaceutical interventions for limiting influenza transmission. Hand sanitizers, facemasks and respirators have been stockpiled during pandemic preparedness and are currently recommended in several countries. However, data on their effectiveness for limiting transmission are scarce. Five randomized trials evaluating facemasks and hand hygiene with different designs and objectives have been recently published [2,3,4,5,6]. Three of these trials were conducted in families and did not show significant improvements in their primary analyses in intervention groups versus the control groups [2,3,4]. However, in these trials, secondary analysis suggested that intervention using face masks could have a significant effectiveness if implemented rapidly from illness onset or providing a good adherence to the intervention [7].

In this study, we evaluated the effectiveness of surgical facemasks for limiting influenza transmission by large droplets produced during coughing. A clustered design was justified since the intervention was randomly assigned to a household member and outcomes were measured in their household contacts.

## Methods

The protocol for this trial and supporting CONSORT checklist are available as supporting information; see Checklist S1 and Protocol S1.

### Population description, eligibility and enrollment

We conducted a cluster-randomized controlled trial in which households were randomly allocated to a surgical mask arm (intervention) or a control (non-intervention) arm. The mask had to be worn by the index case only. The intervention was targeted at the household level, and the outcomes were measured at the individual level in household subjects. The households were selected by 62 general practitioners, who were volunteers to participate to the study.

The study was conducted in 3 French regions (Ile de France, Aquitaine and Franche-Comté) during the 2008–09 influenza season period – defined as the period when the national incidence of influenza-like illness (ILI) reported on the French national influenza surveillance Sentinelles system was above a calculated threshold [8].

Households of size 3 to 8 were eligible. Households were recruited by general practitioners (GP) when one member (the index patient) aged over 5 years old had a medical visit with the GP for symptoms lasting less than 48 hours, combining temperature over 37.8°C and cough, and a positive rapid test for influenza A (Quick View® Influenza A+B Test, Quidel Corp., San Diego, CA, USA). The index patient had to be *a priori* the first and unique illness case in the household and be affiliated to the French national health insurance. Households were not eligible if the index patient was treated for asthma or chronic obstructive pulmonary disease or was hospitalized. Written informed consent was obtained from the index patient before rapid testing. Proxy written consent from parents or legal guardians was obtained for persons 17 years or younger, with additional written assent from those 13 to 17 years of age and eventually from those 7 to 13 years old. The GP graded each symptom and sign exhibited by the index patient from 0 = none, 1 = mild, 2 = moderate, and 3 = intense. In each household, a referent adult member accepted the follow-up responsibility for the trial. The referent member received a tympanic thermometer with instructions to safely take the temperature of every household member with this device at day 0, 3, and 6 or in case of new symptoms. The referent agreed to complete a questionnaire on a daily basis and during a period of 21 days, with details on symptoms, health care use, quality of life and social activities of all household members. Instructions were also given to the referent member to maintain blinding during the telephone interview.

### Ethics statement

The study protocol was approved by the ethics committee Comité de Protection des Personnes Ile de France XI and was registered with ClinicalTrials.gov (Identifier NCT00774774).

### Randomization

Households were randomized in a 1:1 ratio either to the mask or control group. Randomization was stratified according to age of the index patient (<15 years, ≥15 years) [9] and the French administrative region. Randomization lists were prepared by a biostatistician, according to the block randomized method, with blocks of size 2 to 6.

Randomization lists were generated by a computerized program. Randomization was performed centrally by the GP after written consent on an interactive voice response system dedicated to the study.

### Intervention

In case of randomization in the mask group, thirty masks were given immediately and a demonstration for proper use was given by the GP. Surgery masks with earloops, 3 plys, anti fog (AEROKYN®, LCH medical products, Paris, France) were used for adults and children over 10 years of age. Children facemasks (Face Mask KC47127, Kimberly-Clark®, Dallas, TX, USA) were used for index patients aged 5 to 10 years old. The masks had to be worn from the medical visit and for a period of 5 days, each time another household member was in the same room or in a confined place (e.g. in a car). The index patient did not have to wear the mask at night. The masks had to be changed every 3 hours, or if they were damaged, and disposed of in closed plastic bags. In both groups, the index patient was encouraged to sleep alone in his/her room. In the control group, no intervention was applied. Seven days from inclusion, the referent household member was contacted by phone by a trained investigator. The interview was assisted with a computer program and was run in two steps: a first step during which the investigator was blinded to the treatment arm and the referent member was solicited to report on symptoms (including temperature), treatment, medical and social outcomes, for every household member; a second unblinded step during which the arm was revealed to the investigator and the referent member was solicited to report on mask use and observance in the index patient, in case of randomization in the intervention group.

The main objective was to assess the decrease of secondary illness in household contact in the mask group *vs.* the control group. We also focused on the tolerance and feasibility of wearing masks.

### Sample Size

The size of the study assumed an analysis at the individual level, a proportion of 24% of secondary illness in household contacts and an intra-cluster correlation of 0.29 [10]. We expected an absolute decrease of 10% of the attack rate for the contact subjects (a relative decrease of 42%); this value was considered as clinically relevant. The mean size of households with more than 3 members is 3.8 [11]. Therefore, 372 households representing 1042 contacts and a total of 1414 subjects were necessary to obtain a power of 90%.

### Definition of outcomes

The primary endpoint was the proportion of household contacts who developed an ILI during the 7 days following inclusion. A temperature over 37.8°C with cough or sore throat was used as primary clinical case-definition [12]. This definition has been shown to be specific to influenza infection during seasonal epidemics [4], but of limited sensitivity. We therefore also used a more sensitive case-definition (hereafter referred to as the sensitive ILI definition) based on a temperature over 37.8°C or at least two of the following: sore throat, cough, runny nose, or fatigue [4]. *Post hoc* analyses were conducted by taking into account the time between symptoms onset in the index patient and allocation to intervention or by considering ILI that occurred after a minimum time lag after allocation to intervention [3]. We also studied whether occurrence of an ILI in the intervention arm was associated with adherence parameters (such as duration of wearing a mask). Finally, we explored a cluster level efficacy outcome, the proportion of households with 1 or more secondary illness in household contacts. Other analyses were conducted regarding

adverse reactions due to mask-wearing, the number of days of mask-wearing and the number of masks worn.

## Statistical analysis

All analyses were done on an intent-to-treat basis. The rule missing equal failure was applied for missing outcome values. To compare study outcomes between arms, we used cluster-specific method because households rather than patients were randomized. The main outcomes were compared at the individual contact level considering the index case age stratification and a within household correlation. We estimated 95% CIs of proportions by using a cluster bootstrap technique with 1000 resamples [13]. We used an alternating logistic regression model with an exchangeable log odds ratio to test the multivariate-adjusted association between the intervention and the outcomes and to identify other predictors associated with the outcomes [14]. The exchangeable log odds ratio is a measure of within household correlation and should be interpreted as a ratio of the odds of a contact to be a secondary case when another contact in the household is a secondary case to the odds of a contact to be a secondary case when another contact is not a secondary case. We used forced-entry methods to include the allocated group and factors that may not have been well balanced between arms at baseline, while other potential predictors were included based on a P-value<0.20 in univariate analysis and were selected using a backward procedure. Baseline signs and symptoms of index patients were dichotomized in two levels, none or mild versus moderate or intense. The Fisher's exact test was used to compare proportions. To determine the compliance factors associated with ILI among contacts tests in the intervention group, we performed bivariate analyses using Wilcoxon 2-sample test. For all analyses, a P-value of 0.05 was considered as statistically significant. Analyses were performed using SAS v9.1.3 (Sas Institute Inc, Cary, NC, USA)

## Early stopping

The trial was initially intended to be conducted during a single influenza season, during winter 2008–09. In early March 2009, due to a mild and short influenza season, approximately thirty percent of the expected number of households had been included, and the scientific committee of the trial was solicited to decide on whether or not the accrual period should be extended over the subsequent influenza season. The decision was to conduct the trial over the next season. However, as the new H1N1v emerged and because the French national preparedness included mass distribution of surgical facemasks in households, methodological and ethical concerns about the possibility to pursue the trial occurred. In June 2009, the scientific committee requested advice from an independent steering committee. An unblinded preliminary analysis was presented to the independent committee during a closed meeting excluding investigators of the trial and the sponsor, and the decision was made to stop the trial.

## Results

An influenza epidemic caused by seasonal A/Brisbane/10/2007 (H3N2)-like was announced the 15th December 2008, by the influenza surveillance systems in France and ended the 22nd February 2009 [15]. For practical reasons, inclusions in the trial started just after the national Christmas holidays.

Between January 5th 2009 and February 16th 2009, 32 general practitioners recruited 105 households, which represented 148 contacts in the intervention arm and 158 in the control arm. Two households were lost to follow-up, one in each arm (Figure 1), they were considered in the analysis.

The characteristics of the index patients and the household contacts in the two arms were overall similar (Table 1): 35 (33%) of index patients were children under 15 years of age, 50 (48%) were female, and influenza symptoms were well balanced between arms. The most frequent symptoms (except cough which was one of the inclusion criteria) were fatigue, headache, myalgia, runny nose/sneezing, sore throat, lacrimation and earache. The mean size of the household was 3.9±1.0. Differences were however observed concerning the proportion of index patients who were smokers and the proportion of household contacts less than 15 years in the intervention arm.



**Figure 1. Flow diagram.**
doi:10.1371/journal.pone.0013998.g001

**Table 1.** Characteristics of the index cases and household contacts.

| | Intervention arm | Control arm |
|---|---|---|
| **Index case – number** | **52** | **53** |
| Age (years) – mean ± SD | 25±16 | 28±16 |
| Age<15 years – n (%) | 19 (37) | 16 (30) |
| Sex ratio (M/F) | 26/26 | 29/24 |
| Vaccinated – n (%) | 0 (0) | 2 (4) |
| Current smoker: yes – n (%) | 15 (29) | 2 (4) |
| Time between symptoms onset and allocation to intervention (hours) | | |
| ≤6 – n (%) | 0 (0) | 1 (2) |
| 7–12 – n (%) | 8 (15) | 8 (15) |
| 13–18 – n (%) | 13 (25) | 10 (19) |
| 19–24 – n (%) | 8 (15) | 14 (26) |
| 25–36 – n (%) | 11 (21) | 10 (19) |
| 37–48 – n (%) | 10 (19) | 9 (17) |
| Not available – n (%) | 2 (4) | 1 (2) |
| Symptoms of the index case* | | |
| Fatigue – n (%) | 50 (96) | 48 (92) |
| Headache – n (%) | 37 (73) | 40 (77) |
| Myalgia – n (%) | 38 (73) | 38 (73) |
| Runny nose/sneezing – n (%) | 37 (71) | 36 (69) |
| Sore throat – n (%) | 24 (46) | 21 (40) |
| Lacrimation – n (%) | 18 (35) | 22 (42) |
| Earache – n (%) | 4 (8) | 5 (10) |
| Body temperature (°C) - mean ± SD | 38.2±0.8 | 38.3±0.8 |
| Number of household contacts - mean ± SD | 2.8±1.1 | 3.0±1.0 |
| **Household contacts – number** | **148** | **158** |
| Age (years) – mean ± SD | 29±19 | 25±17 |
| Age<15 years – n (%) | 41 (28) | 62 (39) |
| Sex ratio (M/F) | 73/75 | 79/79 |
| Vaccinated – n (%) | 14 (9) | 6 (4) |
| Current smoker: yes – n (%) | 24 (16) | 20 (13) |

*number (%) of patients exhibiting moderate or intense symptoms.
doi:10.1371/journal.pone.0013998.t001

**Table 2.** Predictors of ILI among household contacts.

| | Odds-Ratio | 95% CI | P-value |
|---|---|---|---|
| **Index characteristics** | | | |
| Intervention arm: yes vs. no* | 0.95 | 0.44–2.05 | 0.90 |
| Current smoker: yes vs. no* | 1.83 | 0.56–5.97 | 0.32 |
| Runny nose/sneezing: intense or moderate vs. mild or none | 4.61 | 1.44–14.8 | 0.010 |
| Sore throat: intense or moderate vs. mild or none | 2.52 | 1.15–5.53 | 0.021 |
| Body temperature: per °C increase | 2.04 | 1.07–3.89 | 0.030 |
| **Contacts characteristics** | | | |
| Age<15 years: yes vs. no* | 2.01 | 1.10–3.66 | 0.023 |
| Contact's sex: Male vs. Female | 0.40 | 0.21–0.73 | 0.0031 |

*Entry was forced for these variables in the multivariate model.
doi:10.1371/journal.pone.0013998.t002



**Table 3.** Adherence to mask use.

| | ILI among contacts (n = 22) | No ILI among contacts (n = 124) | P value |
|---|---|---|---|
| Total number of masks used – mean ± SD | 9.4±6.9 | 11.1±7.1 | 0.31 |
| Number of days the mask was worn – mean ± SD | 4.0±1.6 | 4.1±1.5 | 0.87 |
| Number of masks used each day– mean ± SD | 2.3±1.2 | 2.6±1.2 | 0.17 |
| Duration of mask wearing by day (in hours) – mean ± SD | 3.2±2.2 | 4.0±2.7 | 0.098 |

One household (2 contacts) with missing follow-up information was not included in the calculation.
doi:10.1371/journal.pone.0013998.t003

The primary analysis was unconclusive: ILI was reported in 24/148 (16.2%) of the contacts in the intervention arm and in 25/158 (15.8%) of the contacts in the control arm. The difference -of ILI attack rate between the intervention arm and the control arm was 0.40% (95%CI: −10% to 11%, P = 1.00). ILI among contacts occurred more frequently when moderate or intense sore throat or runny nose or elevated temperature were reported in the index patient, and when the household contact was aged less than 15 years old and was female (Table 2). The multivariate adjusted odds-ratio (OR) for intervention arm vs. control arm was 0.95 (95%CI: 0.44 to 2.05, P = 0.90). The common log-odds ratio was 3.66 (95%CI 1.53 to 8.73, P = 0.0035). Using the sensitive ILI definition did not modify the findings: 42/148 (28.4%) of ILI were observed among the contacts in the intervention arm and 42/158 (26.6%) in the control arm (difference: −1.8%, 95%CI −12% to 14%; P = 0.80) and the multivariate adjusted OR for intervention arm vs. control arm was 0.99 (95%CI: 0.51 to 1.93, p = 0.97).

When the analysis was limited to households where the index patient was allocated to intervention less than 24 hours from symptoms onset, ILI occurred in 15 of 83 (18.1%) contacts in the intervention arm vs. 17 of 108 (15.7%) contacts in the control arm (difference 2.3%, 95%CI −12% to 16%; P = 0.70).

When the analysis was limited to an event that appeared more than 24 hours after inclusion, 12 ILI (9.2%) were reported in 130 contacts in the intervention arm vs. 13 (9.4%) in 138 contacts in the control arm (difference −0.19%, 95%CI −9.2% to 8.2%; P = 1.00). Using the sensitive ILI definition did not modify the findings.

The proportion of households with one or more secondary illness in contacts did not differ between arms. The proportion was 15/52 (29%) in the intervention arm and 18/53 (34%) in the control arm (difference −5.1%, 95%CI −23% to 13%; P = 0.67) using the primary clinical case-definition. The proportion was 22/52 (42%) in the intervention arm and 27/53 (51%) in the control

arm (difference −8.6%, 95%CI −28% to 10%; P = 0.44) using the sensitive ILI definition.

In the intervention arm, the index patients reported wearing a total of 11±7.2 masks during 4.0±1.6 days with an average use of 2.5±1.3 masks per day and a duration of use of 3.7±2.7 hours a day. The adherence to mask-wearing was not associated with the ILI among contacts (Table 3).

Thirty-eight (75%) patients from the intervention arm reported discomfort with mask use (Table 4). The three main causes of discomfort were warmth (45%), respiratory difficulties (33%) and humidity (33%). Children wearing children facemasks reported feeling pain more frequently (3/12) than other participants wearing adult facemasks (1/39) (p = 0.036). No difference was detected concerning the other cause of discomfort depending on the facemask type.

## Discussion

We did not show any significant difference in ILI proportion among household contacts between the intervention arm and the control arm. Our study was clearly underpowered due to its premature termination. The inclusion of 105 households instead of 372 led to 38% power for detecting the hypothesized difference of 10%. There was no laboratory verification of ILI self-reports and asymptomatic or subclinical infections may have been missed in addition to including non-influenza events - altogether this may have contributed to diminish the chance to identify a significant effect of face masks. As a consequence of the lack of power, the lower bound of the 95% confidence interval of the multivariate adjusted odds-ratio was 0.44 meaning that we cannot formally exclude that our trial could have missed a substantial face masks effectiveness; i.e. a relative reduction of the ILI attack rate of up to 56%. However we did not identify any trend in the results or during the numerous secondary analyses suggesting that inclusion

**Table 4.** Discomfort due to mask use.

| Reported problem | Children mask (n = 12) | Adult mask (n = 39) | *P value |
|---|---|---|---|
| Warmth - n (%) | 5 (42) | 18 (46) | 1.00 |
| Respiratory difficulties - n (%) | 2 (17) | 15 (39) | 0.29 |
| Humidity - n (%) | 3 (25) | 14 (36) | 0.73 |
| Did not like being seen with the mask - n (%) | 3 (25) | 12 (31) | 1.00 |
| Irritation - n (%) | 2 (17) | 5 (13) | 0.66 |
| Pain - n (%) | 3 (25) | 1 (2.6) | 0.036 |

One index-patient with missing follow-up information was not included in the calculation.
doi:10.1371/journal.pone.0013998.t004



of the planned sample size could result in significant differences. We observed a good adherence to intervention. In 34 of 51 (66%) households of the intervention arm with follow-up information, masks were worn more than 80% of the anticipated duration. We did not identify any difference in adherence to mask use between households with secondary illnesses and households without secondary illness. Therefore we do not believe that a limited adherence may explain our findings, contrarily to what has been reported in other studies where less than 50% of the participants were adherent to the intervention [3,6].

The analysis of other trials testing the efficacy of facemasks use in households did not show a significant decrease of the secondary illness rate in their primary intent-to-treat analyses [7]. Only one trial evaluated masks worn by the index patient. In a secondary analysis of this trial, household contacts of the intervention arm including hand hygiene and face masks had lower rates of secondary illness than the control arm if interventions were applied quickly [3]. These results indicated that a substantial proportion of influenza infection could be transmitted by other routes than large droplets, and in particular via fomites or contaminated surfaces. However, in this study, no additional benefit was observed when facemask was added to hand hygiene by comparison with hand hygiene alone. Our findings are consistent with these results, suggesting a low effectiveness, if any, of facemasks when used alone to limit influenza transmission in a closed-setting.

We identified that younger contacts (≤15 years) were more at risk of ILI than adults which is consistent with results from other studies [9,16,17]. The fact that women were more at risk for ILI than men may have been due to the fact that women are more often the caregiver in the households [17]. Finally, the fact that we identified an association between symptoms and influenza transmission is logical since patients with the more intense symptoms are those who shed the highest viral load [18]. In conclusion, although our findings did not suggest that face masks could prevent transmission of influenza in households, the lack of statistical power prevents us to draw a formal conclusion as to exclude that face masks could nevertheless have a substantial effect. Therefore our study should be interpreted cautiously as providing additional data to other trials realized in the context of seasonal epidemics.

## Registering clinical trials

This study was registered with ClinicalTrials.gov, number NCT: 00774774

## Supporting Information

**Checklist S1**   CONSORT Checklist
Found at: doi:10.1371/journal.pone.0013998.s001 (0.22 MB DOC)

**Protocol S1**   Trial Protocol
Found at: doi:10.1371/journal.pone.0013998.s002 (0.03 MB DOC)

## Acknowledgments

The authors would like to thank the participants in the GRIPMASK trial:
*Scientific committee*: L Canini, L Andréoletti, P Ferrari, R D'Angelo, T Blanchon, M Lemaitre, L Filleul, P Ferry, M Desmaizières, AJ Valleron, F Carrat.

*Independent steering committee*: C Leport, M Leruez-Ville, D Camus, F Mentré.

*General Practitioners*: P Richard, E Baud, JP Gamba, H Pourcelot, G Lalanne, PH Legrand, JL Aléonard, H Douine, C Ruedin, S Alliod, M Desmaizières, T Di Betta, M Béhar, J Lamazouade, F Rousseau, L Rouxel, O Boyer, P Chansard, P Denoyelle, P Labarthe-Pon, E Pérol, F Alexandre, S Bouquet, A Genet, I Husson, M Mirepoix, C Nouvian, T Palamarczuk, A Samoun, B Sinzelle, A Urban.

*Coordinating trial center: Administrative, technical and material support*: F Carrat, L Canini, P Ferrari, R D'Angelo, F Chau (UMR-S 707), M Lafaye, L Rouxel, L Piazza, A Bergera (DRRC AP/HP).

We thank Rosemary Delabre for her help in editing this manuscript.

## Author Contributions

Conceived and designed the experiments: LA TB ML AJV FC. Performed the experiments: LA PF RD LF JPF MD SS. Analyzed the data: LC FC. Wrote the paper: LC FC.

## References

1. Brankston G, Gitterman L, Hirji Z, Lemieux C, Gardam M (2007) Transmission of influenza A in human beings. Lancet Infect Dis 7: 257–265.
2. Aiello AE, Murray GF, Perez V, Coulborn RM, Davis BM, et al. (2010) Mask use, hand hygiene, and seasonal influenza like illness among young adults: a randomized intervention trial. J Infect Dis 201: 491–498.
3. Cowling BJ, Chan KH, Fang VJ, Cheng CKY, Fung ROP, et al. (2009) Facemasks and hand hygiene to prevent influenza transmission in households: A cluster randomized trial. Ann Intern Med 151: 437–446.
4. Cowling BJ, Fung ROP, Cheng CKY, Fang VJ, Chan KH, et al. (2008) Preliminary findings of a randomized trial of non-pharmaceutical interventions to prevent influenza transmission in households. PLoS One 3: 2101.
5. Loeb M, Dafoe N, Mahony J, John M, Sarabia A, et al. (2009) Surgical Mask vs N95 Respirator for Preventing Influenza Among Health Care Workers: A Randomized Trial. J Amer Med Assoc 302: 1865–1871.
6. MacIntyre CR, Cauchemez S, Dwyer DE, Seale H, Cheung P, et al. (2010) Face mask use and control of respiratory virus transmission in households. Emerg Infect Dis 15: 233.
7. Cowling BJ, Zhou Y, Ip DKM, Aiello AE (2010) Face masks to prevent transmission of influenza virus: a systematic review. Epidemiol Infect 138: 449–456.
8. Carrat F, Flahault A, Boussard E, Farran N, Dangoumau L, et al. (1998) Surveillance of influenza-like illness in France. The example of the 1995/1996 epidemic. J Epidemiol Community Health 52 Suppl 1: 32S–38S.
9. Viboud C, Boelle PY, Cauchemez S, Lavenu A, Valleron AJ, et al. (2004) Risk factors of influenza transmission in households. Brit J Gen Pract 54: 684–689.
10. Carrat F, Sahler C, Rogez S, Leruez-Ville M, Freymuth F, et al. (2002) Influenza burden of illness: estimates from a national prospective survey of household contacts in France. Arch Intern Med 162: 1842.
11. INSEE (2006) Résultats du recensement de la population. Available: http://recensement.insee.fr/tableauxDetailles.action?zoneSearchField=FRANCE&codeZone=1-FE&idTheme=11&idTableauDetaille=28&niveauDetail=12009. Accessed January 6 2010.
12. Bridges CB, Thompson WW, Meltzer MI, Reeve GR, Talamonti WJ, et al. (2000) Effectiveness and cost-benefit of influenza vaccination of healthy working adults: A randomized controlled trial. JAMA 284: 1655–1663.
13. Field CA, Welsh AH (2007) Bootstrapping clustered data. J R Stat Soc Series B Stat Methodol 69: 369–390.
14. Carey V, Zeger SL, Diggle P (1993) Modelling multivariate binary data with alternating logistic regressions. Biometrika 80: 517–526.
15. RéseauSentinelles (2009) Bulletin hebdomadaire du 04/09/2009. Available: http://www.sentiweb.fr/1053.pdf. Accessed November 4 2009.
16. Cauchemez S, Donnelly CA, Reed C, Ghani AC, Fraser C, et al. (2009) Household transmission of 2009 pandemic influenza A (H1N1) virus in the United States. N Engl J Med 361: 2619–2627.
17. France AM, Jackson M, Schrag S, Lynch M, Zimmerman C, et al. (2010) Household transmission of 2009 influenza A (H1N1) virus after a school-based outbreak in New York City, April-May 2009. J Infect Dis 201: 984–992.
18. Carrat F, Vergu E, Ferguson NM, Lemaitre M, Cauchemez S, et al. (2008) Time lines of infection and disease in human influenza: a review of volunteer challenge studies. Am J Epidemiol 167: 775–785.

   Plaintiff's Exhibit 385

# That Mask Is Giving You Lung Cancer

From Guy Crittenden, who, for 25 years, edited the trade journal HazMat Management. (This was posted on Facebook.)

By Guy Crittenden

Global Research, November 04, 2020

News from Underground 23 October 2020

Theme: Media Disinformation, Science and Medicine

*I happen to know a thing or two about masks and safety. Why? Because for 25 years I was the editor of an award-winning trade magazine called HazMat Management that covered such topics as pollution prevention and compliance with health & safety laws. We routinely published articles on masks, gloves, respirators and other forms of personal protective equipment (PPE). Now let me tell you a few things about that mask you're wearing. And please note that what I'm about to share was also stated in the most recent edition of Del Bigtree's program The Highwire when two OSHA mask experts spoke to the fact that the kinds of masks people are wearing were never (never!) designed to be worn for long periods and doing so is very harmful.*

The blue typical mask depicted in the photograph contain Teflon and other chemicals. A Facebook friend reminds us: 1. Masks are "sterilized" with Ethylene Oxide — a known carcinogen. Many teachers in various school boards have been experiencing significant symptoms as a direct result of the effects of this chemical. 2. The masks contain (not sprayed with) PTFE which makes up Teflon along with other chemicals. I found and have posted the US patent to allow manufacturers to use PTFE as a filter in commercial masks… "breathing these for extended periods can lead to lung cancer."

Don't agree? Argue with the experts at OSHA, which is the main US agency, i.e., its Occupational Health & Safety Agency. These masks are meant to be worn only for short periods, like say if you're sanding a table for an hour and don't want to inhale sawdust. They don't do anything whatsoever to stop the spread of any virus, and the emerging science of virology now understands that viruses aren't even passed person to person. I know that sounds incredible, but it's the case that the virus is in the air, you breath it in, there's no way to prevent that short of living in an oxygen tent, and if you have a strong immune system you'll be fine, and if you have a weak immune system you may have to deal with the effects of your immune system working to restore balance within your metabolism.

So let's say you don't wear the blue packaged masks, and instead wear a homemade cloth mask — the kind people wear over and over and hang on their rearview mirror and so on. Those masks are completely useless against a virus, and are also very dangerous. OSHA would never condone a person wearing a mask of this kind for anything more than the shortest time. Re-breathing your own viral debris is dangerous to health, and the oxygen deprivation children suffer wearing such masks all day will certainly cause brain damage. I'm not making this up. Again, you might say, well, Guy, you're not a doctor. True, but I did edit that magazine for 25 years. That's a long time and many articles on masks and PPE. I've attended numerous OH&S conferences and listened to experts discussing these

| 1

matters.

You may hear people saying that surgeons and nurses wear masks like this all day. Um, no. No they don't. They're trained in the proper use of masks, which is to wear them in the OR, then dispose of the mask when they leave that room. Are you aware that operating rooms are actually supplied extra oxygen, to compensate for the reduction in oxygen flow from mask wearing? To my mind, it's criminal (not hyperbole) to force children to wear masks all day. Setting aside the very real psychological effects, we're going to have a generation of brain damaged children. Ever heard the expression, "Not enough oxygen at birth?" That's a joke at the expense of a mentally challenged person, but that's literally what we're doing. And we're told it's to "keep us safe"! We're told this by doctors who actually don't know about PPE and laypeople who have no clue.

So, you can choose to believe me or not, but I was the editor for a quarter century of a magazine that had a strong occupational health and safety mandate, and I can tell you that the mask wearing currently mandated by governments and private businesses offers no health benefit whatsoever, in no way protects you or anyone else from any virus, and actually does you damage beyond wearing it for a few minutes. Got that? Good. Now please share this message and get the conversation going with parents, who must end this masking of children immediately. This is a very serious matter. And related to that, let me just state this doesn't end for me when the lockdown ends or the masking ends. No, this ends for me when every politician and bureaucrat who inflicted this travesty, this crime against humanity, on the population of Canada (and other affected countries) is in the dock, and faces their misdeeds in a court of law.

And as for those of you who have put masks on young children, I will have a long memory on that score. A very long memory.

END NOTE: The CDC and WHO have acknowledged that asymptomatic people do not spread the virus, so the case for masks for such people is moot in the first place.

*

Note to readers: please click the share buttons above or below. Forward this article to your email lists. Crosspost on your blog site, internet forums. etc.

*Featured image is from howstuffworks*

The original source of this article is News from Underground
Copyright © Guy Crittenden, News from Underground, 2020

**Comment on Global Research Articles on our Facebook page**

**Become a Member of Global Research**

*Articles by:* Guy Crittenden

The Case Against Masks, Ten Reasons Why Mas...





NEW YORK TIMES BESTSELLING AUTHORS

The CASE AGAINST MASKS

TEN REASONS WHY MASK USE SHOULD BE LIMITED

Dr. Judy A. Mikovits and Kent Heckenlively, JD

Plaintiff's Exhibit 386



# The Case Against Masks, Ten Reasons Why Mask ...

## Introduction

You know you've seen them. Perhaps you've even been one of them. The people who are so terrified of catching a deadly virus they drive alone in their car with a mask on. Or maybe you go for a walk or run outside, soaking up that good sunshine and vitamin D, but you make sure you put on that mask before you step out your front door. Perhaps while outside you see a young couple pushing a toddler in a stroller and notice the toddler has a mask on in addition to the parents.

It's not my intention to make fun of these people. The information we get is so confusing and contradictory that we collectively shrug and say, "Well, better safe than sorry," and put on a mask before heading out the door. Or maybe you even wear it while inside your

house, sitting down to watch television with your family.

Suddenly, the world has become a very terrifying place.

However, I don't believe you make the best decisions when you're scared. The reasoning part of your brain becomes overwhelmed with fear and takes action that, when later considered, seems illogical. Before you get too far into this book, I want you to make a conscious effort to reduce your fear level. If that means you are sitting alone in your bedroom and wearing a mask as you read, terrified of the viral particles you imagine that may be floating unseen around you, then keep that mask on. I doubt you will be wearing it when you finish this book.

I want you to calmly and rationally look at the evidence and arguments in this book and come to your own conclusions.



REASON #1

# Oxygen is Good for Human Beings and Carbon Dioxide is Bad!



It comes as a surprise to most people to learn oxygen is not the most

common gas in our atmosphere. That designation belongs to nitrogen, which according to our most accurate measurements, comprises 78.1 percent of the air we breathe.[1] Nitrogen is an extremely stable gas, and while plants use it for nitrogen fixation (a very critical process for life), it does nothing for us. We breathe it in, and we breathe it out.

By contrast, oxygen makes up only 20.9 percent of our atmosphere and it's where the action is with biological organisms.[2] Oxygen readily engages in chemical reactions and that's why it's critical for life. Carbon dioxide makes up 0.04 percent of our atmosphere.[3] Carbon is also another important element when it comes to creating chemical reactions.

<mark>Any science textbook you pick up will tell you that humans need oxygen and give off carbon dioxide as a waste product.</mark> If you ever find yourself in a hospital, the nurses may put a blood oximeter on your finger and tell you if your blood oxygen levels are between 95–100 percent you're doing great.[4] If your levels get below 90 percent they'll probably need to take action. Low oxygen levels can be caused by pneumonia,

emphysema, smoking, and various heart conditions.

How is it that, while oxygen only makes up 20.9 percent of our atmosphere, it's found at such high concentrations in our blood? The answer is we're oxygen hogs. We desperately need it to power all the chemical and biological reactions necessary for our continued existence and good health. While the world record for holding your breath under water is eleven minutes and thirty-five seconds, it's generally agreed that the average human being will start having trouble if deprived of oxygen for three minutes.[5]

And what about carbon dioxide? It makes up only 0.04 percent of our atmosphere. How much carbon dioxide is in the breath we exhale?

When inhaling, humans take in approximately 21 percent oxygen, 0.04 percent carbon dioxide and 79 percent nitrogen. On exhalation, humans give off approximately 16 percent oxygen, 4 percent carbon dioxide and 79 percent nitrogen, according to the BBC; only the amount of nitrogen remains constant in the exchange.[6]

In the process of respiration, humans strip out 5 percent of the oxygen from the air, but we cause a hundredfold increase in the amount of carbon dioxide, from 0.04 percent to 4 percent.

OSHA regulations state, "An oxygen deficient atmosphere is an atmosphere that contains less than 19.5 [percent] oxygen, which can cause death." When it's coming out of your mouth, the oxygen level is at 16 percent. Is it a good idea to rebreathe the air you've already exhaled, as inevitably happens in even a cloth mask? It's got lower amounts of oxygen and approximately a hundred times the amount of carbon dioxide.

At what level does carbon dioxide start to become a problem? According to Claire Gillespie, writing at *Health.com*, "It is dangerous in an atmosphere when it is greater than 10[percent]."* The level of carbon dioxide in your breath is already 4 percent. How easy is it for the concentration of carbon dioxide in that mask to rise? Gillespie also writes, "When it comes to face masks, we know they're not all made

## The Case Against Masks, Ten Reasons Why Mask ...

equally. The extent to which a mask could affect CO2 levels depends on what it's made if, and how tightly it fits."[2]

But isn't the purpose of the mask to control air flow? Isn't that what we're told by people who are supposed to know? Don't we have the innate sense that in order to be effective, the mask must fit tightly, or else what protection does it provide?

In her article, Gillespie references the National Institutes of Health and their warnings about carbon dioxide levels:

They say that inhaling high levels of carbon dioxide (CO2) may be life-threatening. Hypercapnia (carbon dioxide toxicity) can also cause headache, vertigo, double-vision, an inability to concentrate, tinnitus (hearing a noise, like a ringing or buzzing that's not caused by an outside source), seizures, or suffocation due to displacement of air.[10]

There can be life-threatening problems caused by high carbon dioxide levels, but also lower level problems like headaches and vertigo. And

this doesn't consider how low oxygen and high carbon dioxide levels can impact other biological processes in the body.

These considerations were detailed in a long letter from four researchers from University College London and published in the *British Medical Journal* in April 2020. Two of their concerns are relevant to our discussion:

Face masks make breathing more difficult. For people with COPD, face masks are in fact intolerable to wear as they worsen their breathlessness. Moreover, a fraction of carbon dioxide previously exhaled is inhaled at each respiratory cycle. Those two phenomena increase breathing frequency and deepness, and hence they may increase the amount of inhaled and exhaled air. This may worsen the burden of [COVID]-19 if infected people wearing masks spread more contaminated air. This may also worsen the clinical condition of infected people if the enhanced breathing pushes the viral load down into their lungs.[11]





## The Case Against Masks, Ten Reasons Why Mask ...

What about people who suffer from COPD (Chronic Obstructive Pulmonary Disease), which is an inflammatory lung condition that affects oxygen flow? What about those who suffer from asthma and other respiratory conditions? Perhaps for most of us a relatively short time of wearing a mask will not cause serious complications. But is that the strategy we want to use if we're trying to maximize our immune function? I'd argue that it is not.

One part of the mask equation is they *do* restrict air flow, and that can never be a result if we want to maintain optimum immune function. But there are other factors which must be considered and may be even more important than restricting air flow:

While impeding person-to-person transmission is key to limiting the outbreak, so far little importance has been given to the events taking place after a transmission has happened, when innate immunity plays a crucial role. The main purpose of the innate immune system response is to immediately prevent the spread and movement of foreign pathogens throughout the

body.

The innate immunity's efficacy is highly dependent on the viral load. If face masks determine a humid habitat where the SARS-CoV-2 can remain active due to the water vapor continuously provided by breathing and captured by the mask fabric, they determine an increase in viral load and therefore they can cause a defeat of the innate immunity and an increase in infections.[21]

Our immune system is designed to limit the spread of pathogens to which we are exposed. One of the main factors in how well our immune system works is what kind of stressors are happening to us. Lack of oxygen can lower the functioning of the immune system. So can stress. If we are in a fearful state, and do not have good personal relations with other people, it negatively affects the functioning of our immune system. It's difficult to escape the conclusion that everything that's being done in the public arena and by our media outlets is crip

9/6/2021, 6:11 PM

https://play.google.com/books/reader?id=T8DwDwA...

## The Case Against Masks, Ten Reasons Why Mask ...

pling the proper working of our immune system.

In the conclusion of their letter to the *British Medical Journal* the authors wrote:

> [W]e believe that the context of the current (COVID)-19 pandemic is very different from that of the "parachutes for jumping out of airplanes," in which the dynamics of harm and prevention are easy to define and even to quantify without the need of research studies. It is necessary to quantify the complex interactions that may well be operating between positive and negative effects of wearing surgical masks at population level. It is not time to act without evidence.[22]

The COVID-19 pandemic requires our very best thinking, free of fear and anger. Well-intentioned people can make terrible mistakes. We need to take the emotion out of our analysis and use the available evidence and logical thinking to determine the best course of action.

REASON #2

## How Does SARS-CoV-2 Spread?



What do we know about how the SARS-CoV-2 virus spreads? Like many questions asked in this book, we may not find a definitive answer. The studies have simply not been done in this early stage of knowledge of a novel virus. But we have some trends which seem to point us in the

right direction. While I believe most public health organizations, the World Health Organization (WHO), and the Centers for Disease Control (CDC) have lost significant credibility during this outbreak, I still think it's worthwhile to start with their reporting. We may later find evidence that disagrees with these findings, but let's start with them first.

As detailed in *Guidance on Preparing Workplaces for COVID-19*, produced by the US Department of Labor, Occupational Safety, and Health Administration, "According to the CDC, symptoms of COVID-19 may appear in as few as [two] days or as long as [fourteen] days after exposure."14 When the lockdown of 2020 first began, it was assumed it would last maybe two or three weeks, so that the curve of the epidemic could be "flattened." As those few weeks lengthened into months, many suspected other agendas were in play. One of the attractive aspects of science is its ability to predict what will happen, given a certain scenario, such as when baking soda and vinegar are mixed to

## The Case Against Masks, Ten Reasons Why Mask ...

gether, gas bubbles will be created. It may be in matters of public health that predictions are of limited use, but many feel such shortcomings should have been explained much earlier. In quoting the CDC, the document from the Department of Labor explains:

The virus is thought to spread mainly from person to person, including:

- Between people who are in close contact with one another (within [six] feet).
- Through respiratory droplets produced when an infected person coughs or sneezes. These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs.

It may be possible that a person can get COVID-19 by touching a surface or object that has SARS-CoV-2 on it and then touching their own mouth, nose, or possibly their eyes, but this is not thought to be the primary way the virus spreads.

People are thought to be most contagious when they are most symptomatic (i.e., experiencing fever, cough, and/or shortness of breath). Some spread might be possible before people show symptoms; there have been reports of this type of asymptomatic transmission with this new coronavirus, but this is also not thought to be the main way the virus spreads.[2]

The evidence is strong that the virus can spread between people who are in close contact with each other when an infected person coughs or sneezes. Pretty clear, right? Stay away from an infected person. I'll go one step further. Quarantine them. Fourteen days. Fifteen days if you want to be safe. Let the rest of us live our lives and go to work, school, and church.

What's less clear is whether you can be infected by SARS-CoV-2 which contaminated a surface. There was a flurry of discussion in May 2020 on the question of how long SARS-CoV-2 might live on a sur



face. However, the question is not how long it might live on a surface. The question is how infectious that virus from a surface might be. Remember, the amount of virus to which a person is exposed is also critical. One allied solider on D-Day couldn't liberate Europe, but a half million might be a good start. It's the same with viral load. This was from a *USA Today* article in late May 2020:

Two major findings published within weeks of each other were crucial in shaping what we knew about coronavirus on surfaces.

A study published in the *New England Journal of Medicine* found that viable coronavirus could live on some surfaces, such as plastic and stainless steel, for three days, while surviving for up to [twenty-four] hours on cardboard.

Two weeks after the finding, a CDC report said that genetic material from coronavirus was found on surfaces in the *Diamond Princess* cruise ship [seventeen] days after passengers left their cabins.

Neither of these studies confirmed whether coronavirus spread easily on

surface. In fact, Joseph Vinetz, a professor of medicine at Yale and infectious disease researcher, said in March that the CDC report "has zero relevance to the ongoing epidemic."[4]

Let's review what we think we know. SARS-CoV-2 viral particles can survive for about a day on cardboard and up to three days on plastic and stainless steel. Why did it survive longer on the *Diamond Princess*? I'm guessing those were areas of the ship that were closed off after the passengers left, remaining warm and humid.

But what were those viral particles not doing while they were on those surfaces? They weren't replicating because there was no organism to host them. That is, the viral particles were becoming weaker. It's important to remember that genetic material is *not* infectious virus. Nor can it be reconstituted to produce infectious virus if it has been in dry air or on a dry surface for more than a few minutes. Yes, you can find it, but it has essentially been disabled.

Further on in the article, another professor from Yale notes, "the

process of a person getting infected with COVID-19 by touching a surface requires 'the outer shell of the virus' to remain intact, which remains difficult with proper hand washing and surface cleaning."[12]

From the evidence, it appears the only way you're going to get infected with SARS-CoV-2 (remember, COVID-19 is the disease purportedly caused by SARS-CoV-2) is from somebody who is infected and sick, and they breathe, sneeze, or cough on you. If they aren't sick, you can enjoy all the normal interactions with that person.

My experience comes from interactions with people infected with a much more dangerous and stable RNA virus: HIV. In the twenty-plus years I worked with HIV, I never became infected, and never isolated infectious and transmissible HIV from saliva of *anyone* who wasn't very sick with AIDS (Acquired Immune Deficiency Syndrome). I interacted with them daily from the earliest days of the epidemic when the medical community had no idea what was causing AIDS (then known as Gay Related Immune Disease, GRID), and I was completely safe.

REASON #3

## How Effective is a Mask?



Let's talk about the different types of masks and their effectiveness. Because not all masks are the same and each have their own strengths and weaknesses. The Mayo Clinic put together a short article on this is

sue.

**N95 Masks**—It's probably something of a misnomer to call an N95 a mask, when it should more properly be called a respirator, and it's designed to filter out small and large particles. The article says "the mask is designed to block 95 [percent] of very small particles. How small? Micron-sized particles. Viruses are [a thousand] times smaller .... Some N95 masks have valves that make them easier to breathe through. With this type of mask, unfiltered air is released when the wearer exhales."[1] The article details, though, how health care providers have to be trained on how to properly fit the mask to their face and create a proper seal. That provides a certain level of protection, for a time.

However, the N95 masks have additional problems, especially those with a one way-valve, because human beings need to breathe in oxygen and exhale carbon dioxide. "But," the Mayo Clinic continues, "because the valve releases unfiltered air when the wearer breathes out, this type of mask doesn't prevent the wearer from spreading the virus. For this

Case 6:21-cv-01008-PGB-DCI Document 62-6 Filed 09/14/21 Page 230 of 360 PageID 3362

9/6/2021, 6:13 PM

https://play.google.com/books/reader?id=T8DwA...

## The Case Against Masks, Ten Reasons Why Mask ...

reason, some places have banned them."[19] Yes, you read that correctly. The Mayo Clinic tells you that "some places have banned" N95 respirators. Did you read that in any news accounts? I'm guessing the answer is no.

Surgical masks—These are also called medical masks and are described by the Mayo Clinic as "a loose-fitting disposable mask that protects the wearer's nose and mouth from contact with droplets, splashes and sprays that may contain germs. A surgical mask also filters out large particles in the air. Surgical masks may protect others by reducing exposure to the saliva and respiratory secretions of the mask wearer."[20] I always like to read medical information closely because I'm very pro-science.

Sure, a mask can protect from respiratory droplets. But does it protect from viruses contained in those droplets that are on the mask if the pore size of the mask is a thousand times larger than the virus? Now, instead of protecting, the mask could be increasing risk by concentrating

and allowing SARS-CoV-2 and other viruses to remain infectious and transmissible for hours on that mask. What if you wear that mask for a few hours, it's a little damp from your breath, and then you take it off and put in your pocket? That virus now has a nice, warm, and moist environment in which to thrive. Let's just say that the mask does reduce viral transmission and provide some protection from exposure. How much? And what are the other risks?

This is the Mayo Clinic providing this information. I want some data. Why is there no information on how much surgical masks can reduce "exposure to the saliva and respiratory secretions of the mask wearer?" I can have a general feeling this assertion is true, but why is no data offered from which I might draw a conclusion as to the risk/benefit analysis for the wearer? Medical personnel are wearing surgical masks every day in thousands of facilities. How difficult would it be to test this hypothesis? My guess is it would be very simple.

And how does one feel when the Mayo Clinic can't or doesn't choose



## The Case Against Masks, Ten Reasons Why Mask ...

to provide us with this information?

Cloth masks—The Mayo Clinic article on cloth masks starts out with the general proposition that cloth masks are widely available and can be washed and reused. I think that's an accurate description of reality. They say, "Asking everyone to wear cloth masks can help reduce the spread of the coronavirus by people who have COVID-19, but don't realize it. And countries that required face masks, testing, isolation, and social distancing early in the pandemic seem to have had some success in slowing the spread of the virus."[21]

Let's take apart those few sentences. How can one not realize when one is sick with flu-like symptoms and coughing and sneezing? We are told that countries which implemented "face masks, testing, isolation, and social distancing early in the pandemic seem to have had some success in slowing the spread of the virus." Where is the data to back up this statement? This is what's called anecdotal evidence. It's nothing more than storytelling without evidence to support the claims.

The danger is aptly stated as "people who have COVID-19, but don't realize it." Recall that the incubation period is from two to fourteen days. (Again, we are given little if any data to support this claim for this novel coronavirus, SARS-CoV-2.) One of the guiding principles of science is you test one variable at a time. If you want to find out the effect of sunlight on plant growth, you have one group of plants that receive a normal amount of sunlight and another group that receives no sunlight. Everything else is kept the same—type of soil, temperature, type of plant, and water, to name just a few. The Mayo Clinic lumps four variable together: "face masks, testing, isolation, and social distancing."

We don't know the individual contribution of each factor and we should.

### Scientific Research

It's challenging to find high-quality science to answer many questions about masks and I understand why in the absence of good information

## The Case Against Masks, Ten Reasons Why Mask ...

many might simply say, "better safe than sorry." However, are masks providing benefit or is the wearer at more risk? I still think it's useful to review the limited information we do have.

A 2013 study in the *American Journal of Infection Control* followed ten nurses wearing either an N95 mask or an N95 mask with a surgical mask overlay. In their results section they reported:

Most nurses (90 [percent], n = 9) tolerated wearing respiratory protection for two [twelve]-hour shifts. CO2) levels increased significantly with baseline measures, especially when comparing an N95 with a surgical mask to only an N95, but changes were not clinically relevant. Perceived exertion: perceived shortness of air and complaints of headache, lightheadedness, and difficulty communicating also increased over time. Almost one-quarter (22 [percent]) of respirator removals were due to reported discomfort. N95 adjustments increased over time, but other compliance measures did not vary by time. Compliance increased only on day [two], except for adjustments, touching under the N95, and eye touches.[22]

As expected, carbon dioxide levels rose in the nurses from wearing a mask. Nurses complained of shortness of breath, headaches, and lightheadedness. Because of the use of masks, nurses were often touching under the mask (where pathogens would likely be collecting), then often touching their eyes, leading to a reinfection by a pathogen through the eyes. All in all, the article doesn't paint a positive picture of long-term usage of what is generally considered to be the most effective face mask.

A study published in the *Journal of Occupational and Environmental Medicine* in 2018 compared nine different types of face masks commonly used in Beijing, China to see how effectively they filtered out pollution particles.

Breathe The mean percent penetration for each mask material ranged from 0.26 [percent] to 29 [percent] depending on the flow rate and mask material. In the volunteer tests, the average total inward leakage (TIL) of BC ranged from 3 [percent] to 68 [percent] in the sedentary tests and from 7

## The Case Against Masks, Ten Reasons Why Mask ...

[percent] to 66 [percent] in the active tests. Only one mask showed an average TIL of less than 10 [percent] under both test conditions.

**Conclusions**. Many commercially available masks may not provide adequate protection. primarily due to poor facial fit. Our results indicate that further attention should be given to mask design and providing evidence-based guidance to consumers.[22]

Problems abounded with these commercially available masks, ranging from the number of particles that would make it through the material to the amount of air that would escape, depending on whether a person was sedentary or active.

How effective are masks? There seems to be a simple dichotomy. The more effective a mask is at blocking normal air flow, the greater the problem with decreased oxygen and increased carbon dioxide a person is likely to have.

The less effective a mask is at blocking normal airflow, the less a case can be made for using it. And we haven't really dealt with what seems to be the main way that the virus spreads, through coughing and sneezing, which spread respiratory droplets.



REASON #4

# Six Feet Apart and Wearing a Mask?



Let's review what we've learned so far. It seems transmission of SARS-CoV2 is most likely to occur when an infected individual coughs or sneezes on another person. We also understand symptoms may appear within two to fourteen days after exposure. While SARS-CoV-2 particles may live on surfaces for a time, the viral load is likely to be low, and if you touch it after having washed your hands, the chemicals from the soap on your hand will start to break the virus apart. We also understand masks don't really filter as well as you might think because humans need to breathe in oxygen and expel carbon dioxide.

Let's take the worst-case scenario. You're out in public and near somebody who has recently been exposed but has not yet developed symptoms. However, if they haven't yet developed symptoms, they're not likely to be coughing, hacking, or sneezing. But let's say you find yourself next to such a person. What should you do? In that situation, social distancing of three to six feet makes sense. But if you are keeping such social distancing, why do you need a mask? You're already pro



## The Case Against Masks, Ten Reasons Why Mask ...

tected. Exposed individuals don't breathe coronaviruses on others. Sick people may cough coronaviruses on others.

In an article for *The Lancet*, published on March 20, 2020, the authors reviewed the conflicting advice given by different countries and organizations regarding face mask usage. For example, in Japan the authors found, "The effectiveness of wearing a face mask to protect yourself from contracting viruses is thought to be limited. If you wear a face mask in confined, badly ventilated spaces, it might help avoid catching droplets emitted from others but if you are in an open-air environment, the use of face masks is not very efficient."[20]

In Hong Kong, the recommendation was, "Surgical masks can prevent transmission of respiratory viruses from people who are ill. It is essential for people who are symptomatic (even if they have mild symptoms) to wear a surgical mask. Wear a surgical mask when taking public transport or staying in crowded places. It is important to wear a mask properly and practice good hand hygiene before wearing and after re-

moving a mask."[21]

In Singapore, it was, "Wear a mask if you have respiratory symptoms, such as a cough or runny nose."[22]

In Germany, the public was told, "There is not enough evidence to prove that wearing a surgical mask significantly reduces a healthy person's risk of becoming infected while wearing it. According to WHO, wearing a mask in situations where it is not recommended to do so can create a false sense of security because it might lead to neglecting fundamental hygiene measures, such as proper hand hygiene."[23]

In the United Kingdom, the recommendation was, "Face masks play a very important role in places such as hospitals, but there is very little evidence of widespread benefit for members of the public."[24]

In the United States, as of March 20, 2020, our lovely citizens were told, "Centers for Disease Control and Prevention does not recommend that people who are well wear a face mask (including respirator) to protect themselves from respiratory diseases, including COVID-19.

## The Case Against Masks, Ten Reasons Why Mask ...

US Surgeon General urged people on Twitter to stop buying face masks."

Let's talk about what has not taken place since March 20, 2020, when *The Lancet* article was published. Nobody has done any large-scale trials, crunched the data, and shown that masks are effective in preventing the spread of COVID-19. The *Lancet* article observes:

> Evidence that face masks can provide effective protection against respiratory infections in the community is scarce, as acknowledged in recommendations from the UK and Germany. However, face masks are widely used by medical workers as part of droplet precautions when caring for respiratory infections. It would be reasonable to suggest vulnerable individuals avoid crowded areas and use surgical face masks rationally when exposed to high-risk areas.[22]

The best-case scenario is that evidence that masks work is scarce. Common sense would seem to suggest that a strong case can be made

for the use of masks to avoid respiratory droplets from individuals with respiratory infections. If you are displaying even mild symptoms, or worry that you might have been exposed, it's probably a good idea to avoid contact with other people. If you are not sick, but going into a high-risk area, like hospitals, nursing homes, or a crowded store, the temporary use of a mask in those situations could be a reasonable response.

In an article by *Wired* magazine from April 4, 2020, this scientific double-standard on masks was addressed, looking at two studies on whether masking helped prevent influenza spread. This could likely be a useful stand-in for COVID-19.

Take, for example a large randomized trial of mask use among US college students in the 2006-2007 influenza season. The reduction in illness among those wearing face masks in that study was not statistically significant. But because the research was carried out during what turned out to be a mild season for the flu, the trial lacked statistical power for that question; there

## The Case Against Masks, Ten Reasons Why Mask ...

weren't enough sick people for researchers to figure out whether wearing masks improved on hand hygiene alone. They also couldn't rule out the possibility that students were already infected before the trial began.[30]

Some of the limitations cited by the author are no doubt relevant. But how exactly does a "mild" flu season mean the entire study is worthless? And they couldn't really compare the effectiveness of handwashing versus mask wearing? And finally, they didn't know how many of the students had the flu before they began? Maybe all these factors were relevant, or at least suggest more research is needed before conclusions are drawn, which could be harmful to the most vulnerable in our society.

A study from Australia was even more confusing and leaves a reader wondering about the bias of the researchers.

Or take another study of the same influenza season, this time in Australia, which found no definitive effect. That one looked at adults living with children who had influenza. Less than half the people randomized into the

group of mask wearers reported using them "most or all of the time." In fact, they were often sleeping next to their sick children without them. This bears little resemblance to the question of whether you should wear a mask among strangers at the grocery store in the midst of a pandemic.[31]

It seems to me the results of the experiment, although unintentional, gave two remarkable data sets. The parents who didn't wear the masks often and slept with their children, and those who didn't. Shouldn't that give a strong signal if there was a difference in infection rates of the parents attributable to mask usage?

In addition, the viral load you receive from a sick child with whom one is living in close contact will be much higher than somebody you pass in a supermarket. If there was no effect among family members who live together, why would one expect there would be a greater effect among people who pass each other in public?

The author was arguing in a way which was the exact opposite of



## The Case Against Masks, Ten Reasons Why Mask ...

logic.

I need to make an additional observation. *Wired* magazine, out of Silicon Valley, has the kind of respect that *TIME* and *Newsweek* enjoyed in a previous generation. Many of today's hottest and smartest young writers contribute articles to the magazine. That's why I was surprised by the argument made by the author that many of our infection precautions are not backed up by good science, but we should follow them anyway.

It's true that health care workers or other people looking after people sick with (COVID)-19 are exposed to far higher levels of coronavirus than anyone else. In the context of a mask shortage, they obviously have priority claim to access. But that's not to say there isn't support for the use of masks by everyone else. After all, there aren't any clinical trials proving that a [six]-foot social distance prevents infection, as far as we know. (The World Health Organization only recommends a [three]-foot separation.) Nor do clinical trials prove that washing our hands for [twenty] seconds is superior to doing

it for [ten] seconds when it comes to limiting the spread of disease in a respiratory disease pandemic.[38]

What's happening to rational thought? I start off agreeing with the initial statement that health care workers are likely to be exposed to high levels of the SARS-CoV-2 virus from infected people, with whom they are in *close* and *sustained* contact. But taking that to the public at large is an enormous leap, especially when one considers the low oxygen and high carbon dioxide levels people will be breathing from their mask. Just because we may want a certain outcome doesn't mean we can rewrite the basic laws of biology.

And that six-foot social distancing rule?

No clinical trials.

The World Health Organization only recommends three feet, even with Ebola when it was discovered in 2014 that some virulent strains could be transmitted by coughing, since Ebola transmits via water

## The Case Against Masks, Ten Reasons Why Mask ...

droplets, just like SARS-CoV-2.

Feeling confident about the recommendations of your public health officials now?

We don't even know whether it's better to wash your hands for ten or twenty seconds if you're trying to stop a viral outbreak.

The author of the *Wired* article makes an excellent point about how dubious the evidence is for many medical practices, but then seems to ask the question, "If all of our advice isn't really supported by evidence, why are you getting hung up on our advice about masks?" If they want us to follow a certain procedure, and they're telling us it's because that's what the science says, they should at least have the evidence to back it up.

REASON #5

# What About Face Seal Leakage and the Backward Jet?



Let's consider the engineering problem with face masks. The intent is to block the flow of air and respiratory droplets from a sneeze or cough from landing on another person or being inhaled. But the force of that sneeze or cough isn't stopped, it's simply redirected. That's basic physics. Yet it must go *somewhere*.

Like so much of the scientific data about mask usage, there isn't a great deal of good information on this question. However, the research that has been done reveals what might be expected, namely that masks redirect the force of air and respiratory droplets in unexpected ways.

A twelve-thousand-word article on this question by Scottish researchers was submitted to *arVix*, an online digital archive of electronic preprints of scientific papers, on May 19, 2020. The authors wrote:

The SARS-CoV-2 virus is primarily transmitted through virus-laden fluid particles ejected from the mouth of infected people. In some countries, the public has been asked to use face covers to mitigate the risk of virus transmission—yet, their outward effectiveness is not ascertained. We used a Background Oriented Schlieren technique to investigate the air flow ejected

by a person while quietly and heavily breathing, while coughing, and with different face covers.

We found that all face covers without an outlet valve reduce the front flow through jet by more than 90 percent. For the FFP1 and FFP2 masks without exhalation valve, the front through flow does not extend beyond one half and one quarter of a meter, respectively.

Surgical and hand-made masks, and face shields, generate several leakage jets, including intense backward and downward jets that may present major hazards. We also simulated an aerosol generating procedure (exhalation) and we showed that this is a major hazard for clinicians. These results can aid policy makers to make informed decisions and PPE developers to improve their product effectiveness by design.[22]

Let's review some of the important findings of this research. The scientists wanted to investigate what happened to the air flow while people were breathing in a normal manner, while breathing heavily, and while coughing. They found that the masks generally decreased the forward flow of air by 90 percent. I think we can all agree that's a relevant finding and gives us information we didn't have before.

However, the blocking of the forward force of exhaled air means it's being redirected to the sides, down the front of a person, and presumably upwards, which is why many people are finding that their glasses get easily fogged while wearing a mask. These hazards are not fully understood. God designed us to rid ourselves of pathogens as much as possible, but our use of masks is adding an unforeseen obstacle to that design.

It's easy to imagine the redirecting of this exhaled air might be creating vital "hot zones" on a person's face, centered around the eyes, cheeks, and chin underneath the mask. Dr. Russell Blaylock, a well-known writer on medical issues, made these observations in April 2020 on the heightened risks of face masks:

There is another danger to wearing these masks on a daily basis, especially if





worn for several hours. When a person is infected with a respiratory virus, they will expel some of the virus with each breath. If they are wearing a mask, especially an N95 mask or other tightly fitting mask, they will be constantly rebreathing the viruses, raising the concentration of the virus in the lungs and nasal passages. We know that people who have the worst reactions to the coronavirus have the highest concentrations of the virus early on. And this leads to the deadly cytokine storm in a selected number.[11]

So, you really have two choices. One can have a poorly fitting mask which means little protection is being provided the public by the mask doing any filtering of your exhaled air. A tightly fitting mask means you will be rebreathing any virus you do have, increasing the concentration in your nasal passages or your lungs. If your face mask is loosely fitting, you're likely creating viral hot zones on your face. Blaylock continues:

It gets even more frightening. Newer evidence suggests that in some cases the virus can enter the brain. In most instances it enters the brain by way of

the olfactory nerves (smell nerves), which connect directly with the area of the brain dealing with recent memory and memory consolidation. By wearing a mask, the exhaled viruses will not be able to escape and will concentrate in the nasal passages, enter the olfactory nerves and travel to the brain.[12]

God designed us to be as healthy as possible in our natural environment. When exhaling viruses, they would generally be exposed to sunlight or would land on surfaces which were not conducive to their continued existence. Besides concentrating viruses on masks, which we would then touch and handle, raising the level of viruses on our hands, we are also concentrating them on our faces, where they might easily be re-inhaled.

If we understand the greatest danger is from respiratory droplets generated by coughs or sneezes, we should want to know how well masks work when the level of force generated by a cough or sneeze is applied



## The Case Against Masks, Ten Reasons Why Mask ...

to the material. There may also be unique properties associated with this virus, specifically the size of the viral particle. A letter from South Korean researchers on this question which was published in April 2020 in the *Annals of Internal Medicine* was not reassuring. This is from a *Medpage Today* article on the findings:

A small study from South Korea cast doubt on the ability of surgical or cotton face masks to effectively prevent dissemination of COVID-19 coronavirus from the coughs of infected patients

Median viral loads did not differ significantly when comparing coughing samples of COVID-19 patients without a mask, with a surgical mask, and with a cloth mask, suggesting these masks were ineffective at filtering SARS-CoV-2, the virus that causes COVID-19, reported Sung-Han Kim, MD, of University of Ulsan College of Medicine in Seoul, South Korea, and colleagues.

In a letter published in *Annals of Internal Medicine*, they cited the size of viral particles as a possible reason for masks' poor ability to filter the virus.

despite their effectiveness against other respiratory infections. In particular, prior studies found surgical masks, as well as N95 respirators (which were not tested in the current analysis), help prevent dissemination of influenza virus.[36]

It's understood that in novel situations, such as a new virus, there won't be many studies available, and one will need to look at evidence from similar situations. Masks may provide some protection against influenza, but the size of this virus may make even the comparison to influenza viruses a faulty one.

REASON #6

## What is the Actual Risk of Airborne

## Transmission?



What do we really know about the risk of airborne transmission (not somebody sick who is sneezing or coughing) when you are out and about in your daily life? This might be a classic example of the Sherlock Holmes story in which the biggest clue is the dog that doesn't bark. In other words, let's look at examples of what we do know about the spread of SARS-CoV-2.

One commentator, Jeremy Hammond, a well-known independent journalist, activist, and computer hacker, has written extensively about masks and the conditions under which SARS-CoV-2 can spread, specifically the so-called "super-spreader" events. These unique "super-spreader" events have been used to justify a draconian imposition of universal face-masking.

For example, in March, fifty-three members of a 122-member choir in Washington state were confirmed or presumed to have developed COVID-19 after attending a choir practice. A CDC investigation concluded that transmission occurred through aerosolized viral particles. Dose and duration of exposure is a risk factor for more serious illness, and increased volume increases the amount of aerosols, so an infected person

## The Case Against Masks, Ten Reasons Why Mask ...

singing or talking loudly in face-to-face contact with others runs the risk of spreading the virus to them.

The spread of the virus by such means requires "unique activities and circumstances"—like *122 choir members standing in line shoulder-to-shoulder and singing loudly together for a long time.* The CDC drew the conclusion that people in the community setting should maintain six feet of separation and wear cloth coverings *if* social distancing cannot be maintained . . .

Most super-spreader events have occurred indoors, and all have involved groups of people in prolonged close contact with each other.[37]

I have a couple of comments on what is alleged to have happened. Were the people singing in the choir sick and coughing while they were singing? Did the choir members develop COVID-19? Or were they simply demonstrated positive by a test that claimed they'd become infected with SARS-CoV-2? I do not think the accuracy of these tests has been adequately demonstrated at this point. Also, evidence seems to be

developing that less than 1 percent of those infected with SARS-CoV-2 will go on to develop symptoms. Much remains to be explained.

But let's assume for a moment that everything as reported is accurate. There is a unique situation posed by more than a hundred people getting together and singing for several hours in a choir. Picture in your mind a typical choir, people standing shoulder-to-shoulder together and singing at a high volume. In that type of situation, different than normal speaking, it is reasonable to believe the virus could spread. For the time being, maybe all choir practices should be suspended. I think that's a rational response to the data.

These questions can be difficult to untangle and were highlighted by an article in *Science*, which posed the question, "Why Do Some Covid-19 Patients Infect Many Others, Whereas Most Don't Spread the Virus at All?" Most importantly, it is absolutely the wrong question to ask if 99 percent of those infected with SARS-CoV-2 are not patients with COVID-19, but healthy people! The most important thing every



The Case Against Masks, Ten Reasons Why Mask …

young scientist learns is to ask the right questions.

Nevertheless, Dr. J. O. Lloyd-Smith, a professor at the University of California, Berkeley, and expert on the role of super-spreaders, explained it this way in the article:

Most of the discussion around the spread of SARS-CoV-2 has concentrated on the average number of new infections caused by each patient. Without social distancing, this reproduction number (R) is about three. But in real life, some people infect many others and others don't spread the disease at all. In fact, the latter is the norm, Lloyd-Smith says: "The consistent pattern is that the most common number is zero. Most people do not transmit."[28]

This is a trusted source saying that most people who have been exposed or infected do not transmit the virus at all. Yes, we need to be concerned about stopping further transmissions of the virus to those most vulnerable of getting COVID-19 from the SARS-CoV-2 infection, so we should use the best available data to achieve that goal.

The *Science* article continued probing the question of what factors go into whether a person is spreading the virus.

Individual patients' characteristics play a role as well. Some people shed far more virus, and for a longer period of time, than others, perhaps because of differences in their immune system or the distribution of virus receptors in the body. A 2019 study of healthy people showed some breathe out more particles than others when they talk. (The volume at which they spoke explained some of the variation.) Singing may release more virus than speaking, which could help explain the choir outbreaks. People's behavior also plays a role. Having many social contacts or not washing your hands makes you more likely to pass on the virus.[29]

This section of the article reinforces many of the main points of this book. Healthy people are not "patients." The immune system of the person is an important factor in the spread of the virus. What things do we know that can improve the functioning of the immune system?



Keeping your stress low, getting enough sleep, having good and enjoyable social interactions, getting exercise, eating healthy food, and getting enough of that good vitamin D from sunlight. There's likely to be many genetic and epigenetic (environmental) factors, as well. If you're a loud talker, maybe you want to lower that a bit. Since we know that the presence of soap residue on your hands is likely to break down the virus, hand washing seems to be an important factor.

One of the experts consulted for the *Science* article was Dr. Gwenan Knight of the London School of Hygiene and Tropical Medicine:

Some situations may be particularly risky. Meatpacking plants are likely vulnerable because many people work closely together in spaces where low temperature helps the virus survive. But it may also be relevant that they tend to be loud places, Knight says. The report about the choir in Washington made her realize that one thing links numerous clusters: They happened in places where people shout or sing. And although Zumba classes have been connected to outbreaks, Pilates classes, which are not as in-

tense, have not, Knight notes. "Maybe slow, gentle breathing is not a risk factor, but heavy, deep, or rapid breathing and shouting is."[8]

The question of temperature and sunlight has rarely come up in public discussions of this virus, but this may account for the general observation that viral outbreaks tend to fade in the warm summer months. However, in late April 2020, a senior official with Homeland Security directly addressed these questions.

William Bryan, science and technology advisor to the Department of Homeland Security secretary, told reporters at the White House that government scientists had found ultraviolet rays had a potential impact on the pathogen, offering hope that its spread may ease over the summer . . .

It showed that the virus's half-life—the time taken for it to reduce to half its amount—was [eighteen] hours when the temperature was 70–75 degrees Fahrenheit (21–24 degree Celsius) with 20 percent humidity on a non-porous surface. . . .

https://play.google.com/books/reader?id=T8DwDwA... 9/6/2021, 6:20 PM

But the half-life dropped to six hours when the humidity rose to 80 percent—and to just two minutes when sunlight was added to the equation.[41]

Sunlight under the right conditions can destroy the virus in two minutes. One assumes that a colder temperature, but with sunlight, would take just a little while longer, while a higher temperature would make the process go even faster. Why are we being advised to stay in our houses when the best thing we could do to eradicate the virus would be to go out into the sunlight for a few minutes? In the laboratories where I worked daily with concentrated viral stocks, we decontaminated surfaces continuously by turning on UV lights every night before we left.

Another researcher who was consulted was Dr. Adam Kucharski, also of the London School of Hygiene and Tropical Medicine, who added another factor to the mix.

Timing also plays a role. Emerging evidence suggests COVID-19 patients are most infectious for a short period of time. Entering a high-risk setting in that period may touch off a superspreading event, Kucharski says. Two days

later, that person could behave in the same way and you wouldn't see the same outcome."[42]

There seems to be multiple factors that are critical in the spread of SARS-CoV-2 and the development of COVID-19. Different individual, if infected, will expel different amounts of virus, likely due to the loudness of their speaking or singing, their closeness to other individuals, and the time they're together. Cold temperatures are more likely to support the spread of the virus than warm temperatures, if only by increasing the possibility that an infected person will cough or sneeze. Sunlight is a potent killer of this virus. Another factor may be that even if infected there is a relatively brief time in which a person is more infectious. This time period can be enhanced by cold temperatures or lack of exposure to UV light.

Does universal masking make sense when we consider all these factors? Actually, consideration of these factors suggests universal masking

The Case Against Masks, Ten Reasons Why Mask ...

increases the risk of spreading the infection.

REASON #8

## Can a Mask Become a Virus Trap?



We've spent a good deal of time talking about whether masks will pro

tect people who wear them, or others around them. Now it's time to talk specifically about the mask and the condition it is in after several hours of being on a person's face, which we touched upon briefly in the early chapters. An article in *Science Daily* from January 2017 accurately summed up the problem:

Airborne pathogens like influenza are transmitted in aerosol droplets when we cough or sneeze. The masks may well trap the virus-laden droplets, but the virus is still infectious on the mask. Merely handling the mask opens up new avenues for infection. Even respirators designed to protect individuals from viral aerosols have the same shortcoming—viruses trapped in respirators still pose risks for infection and transmission.[4]

If we assume the mask has prevented some viral particles from escaping, even from a sneeze or cough, we now have a highly contaminated item which individuals are treating as if it is free from danger.

Most agree that the N95 respirators provide the highest level of pro



## The Case Against Masks, Ten Reasons Why Mask ...

tection, but in their own publication the Centers for Disease Control (CDC) detail the potential problems of them becoming a virus trap:

Respiratory pathogens on the respirator surface can potentially be transferred by touch to the wearer's hands and thus risk causing infection through subsequent touching of the mucous membranes of the face (i.e., self-inoculation). While studies have shown that some respiratory pathogens remain infectious on respirator surfaces for extended periods of time, in microbial transfer and re-aerosolization studies more than 99.8 [percent] have remained trapped on the respirator after handling or following simulated cough or sneeze.[49]

By virtue of the mask being over a person's face for the entire day, the mask itself has become a highly contaminated surface, especially on the inside portion of the mask. A simple reach inside the mask, perhaps to scratch an itch on the cheek or nose, now makes it likely that the person's finger is loaded with viruses. A wipe of the eyes means the virus

has been transferred to the watery surface of the eye, where it now has a clear path to the brain.

But let's imagine transmission might come from another source, the person who is not wearing the mask. The exterior portion of the mask is supposed to provide some filtering of respiratory droplets from a person coughing or sneezing, or aerosolized particles drifting through the air. That means that the exterior, outward facing part of the mask is now contaminated. The CDC publication also addresses this problem:

Respirators might also become contaminated with other pathogens acquired from patients who are co-infected with common healthcare pathogens that have prolonged environmental survival (e.g., methicillin-resistant Staphylococcus aureus, vancomycin-resistant enterococci, Clostridium difficile, norovirus, etc.). These organisms could then contaminate the hands of the wearer, and in turn be transmitted via self-inoculation or to others via direct or indirect contact transmission.[50]



## The Case Against Masks, Ten Reasons Why Mask ...

To recap the potential problems, the inside portion of the mask may become contaminated with viruses that are being exhaled by the wearer and then kept viable by the continued exhalation of warm, moist air. The exterior portion of the mask may also become contaminated by persons other than the wearer, who have other pathogens, and may be coughing or sneezing or ejecting aerosolized particles containing viruses.

Any touching of the mask, even inadvertent, is likely to transfer these viruses to the fingers of the person wearing the mask.





REASON #9

## The Myth of Asymptomatic Carriers



What does it mean to be an asymptomatic carrier of SARS-CoV-2? Probably no other question in the COVID-19 debate has been the subject of more confusion. Let's start simply. If you are "asymptomatic," that means you have no symptoms, either fever, coughing, sneezing, or hacking, which might put others at risk for respiratory droplets. It's

probably more accurate to say one is "pre-symptomatic," meaning that they might develop in the two to fourteen-day latency period observed in COVID-19.

However, there are no "asymptomatic" carriers, meaning infected individuals who are carrying around the virus unknowingly for weeks, months, or years. If you are exposed to coronavirus and have even a mild reaction, your immune system has now produced anti-bodies to the virus and you have cleared the virus.

On June 8, 2020, the World Health Organization (WHO) addressed this issue and said:

"It still seems to be rare that an asymptomatic person actually transmits onward," epidemiologist Maria Van Kerkhove, WHO's technical lead for the coronavirus said. "We have a number of reports from countries who are doing very detailed contacts, and they're not finding secondary transmission onward. It's very rare."[1]

The Case Against Masks, Ten Reasons Why Mask ...

But that wasn't the end of the story. After receiving a great deal of criticism for her statement, the WHO issued a clarification the following day.

The WHO maintains that what was said was not in error, but perhaps the word asymptomatic was interpreted too broadly, to include people who may not yet be showing symptoms (pre-symptomatic), or people with very mild illnesses.[32]

In order to provide an example so that it might be clearer to people the actual type of risk they were attempting to describe, WHO said:

One telling example: in May, officials in Seoul, South Korea traced as many as [forty] coronavirus cases back to nightclubs after one man visited three of them, and later tested positive for COVID-19, the disease caused by the coronavirus.

"That means you could be in the restaurant, feeling perfectly well, and start to get a fever," Ryan said. "You didn't think you'd need to stay home,

but that's the moment at which your viral load could be actually quite high. . . It's because the disease can spread at that moment that the disease is so contagious. That's why it's spread around the world in such an uncontained way."[33]

It is understandable one might think to wear a mask because of the fear that somebody around you might suddenly develop symptoms, at which point they are likely to be highly contagious, when this situation has never in human history proved true, even in the SARS and MERS pandemics of 2001 and 2009 respectively. That said, even with mild social distancing, and not hanging around in nightclubs or choirs, one should be able to avoid such risks and limit the spread, just as likely occurred in those pandemics.

A study by Japanese researchers and Harvard University was conducted on patients from the *Diamond Princess* cruise ship to try and tease out the risk of the so-called "asymptomatic patients." Despite having a population of 3,711 people and 634 coming down with the virus,



## The Case Against Masks, Ten Reasons Why Mask ...

the study concluded:

> Currently, there is no clear evidence that COVID-19 asymptomatic persons
> can transmit SARS-CoV-2, but there is accumulating evidence indicating
> that a substantial fraction of SARS-CoV-2 infected individuals are asympto-
> matic.[24]

One must always be open to possibilities revealed by new information, but from what has been demonstrated so far, the risk of transmission from an "asymptomatic carrier" (however one might choose to define that), appears extremely small. Again, when they say "asymptomatic" they mean an individual who is "pre-symptomatic" or who may have only mild symptoms which might easily be missed.

Perhaps one of the most definitive analyses of the mask issue was conducted in late May 2020 by the prestigious *New England Journal of Medicine*.

We know that wearing a mask outside health care facilities offers little, if

any, protection from infection. Public health authorities define a significant exposure to [COVID]-19 as face-to-face contact within [six] feet with a pa-tient with symptomatic [COVID]-19 that is sustained for at least a few minutes (and some say more than [ten] minutes or even [thirty] minutes). The chance of catching [COVID]-19 from a passing interaction in a public space is therefore minimal. In many cases, the desire for widespread masking is a reflexive reaction to anxiety over the pandemic.[25]

These authors are destroying the entire rationale for widespread mask-ing. Their understanding of the warnings from public health officials is that you are in danger if you have face to face contact with a "sympto-matic" COVID-19 patient for at least a few minutes, if not anywhere from ten to thirty minutes. Your risk of contracting COVID-19 from a brief interaction in a public place is "minimal." The call for widespread masking is best understood as a "reflexive reaction to anxiety over the pandemic."

## The Case Against Masks, Ten Reasons Why Mask ...

Remember what we said about "fear" overriding your rational mind? That's what we're getting from so many of our politicians, public health officials, and celebrities like Joy Behar who claim to be driving around their cities and "mask-shaming" those who aren't wearing their masks.[26] Fear over facts. I'm pleased that the researchers tackle these questions in such an honest manner, but it also seems that in their interpretation of the data, they succumb to some of the anxiety.

There may be additional benefits to broad masking policies that extend beyond their technical contribution to reducing pathogen transmission. Masks are visible reminders of an otherwise invisible yet widely prevalent pathogen and may remind people of the importance of social distancing and other infection-control measures.

It is also clear that masks serve symbolic roles. Masks are not only tools, they are also talismans that may help increase health care workers' perceived sense of safety, well-being, and trust in the hospitals. Although such reactions might not be strictly logical, we are all subject to fear and anxiety, es-

pecially during times of crisis. One might argue that fear and anxiety are better countered with data and education than with a marginally beneficial mask, particularly in light of the worldwide mask shortage, but it is difficult to get clinicians to hear this message in the heat of the current crisis.[27]

==Call me crazy, but I'll take data and education over a "talisman" every day.== My coauthor, Kent, enjoys fantasy movies like Harry Potter as much as anybody, but magical talismans are not what either of us would deploy against a purported causative agent, SARS-CoV-2 of the deadly disease, COVID-19. And while we understand medical experts are human, we do expect their training has taught them to suppress their fear and anxiety enough so they can focus on good data and develop a reasonable plan.

If they can't, they should find another profession.

REASON #10

# Children Do NOT Need to Wear a Mask to Return to School



One of the most challenging questions is how to protect our children from developing COVID-19. In some ways, however, they seem to be less in need of protection than the adult population. As stated in an article in *STAT* from June 18, 2020:

Kids get sick, pass the viruses among themselves, and infect the adults in their lives—teachers, day care attendants, parents, and grandparents. It's not a coincidence that elementary school teachers are often sniffling and sneezing within a month of the start of school, or that flu season often hits in earnest after Thanksgiving or Christmas, when multiple generations share holiday cheer and the occasional germ.

If children play the same role with the SARS-CoV-2 virus, closing schools and restricting the access of children to each other and the older adults in their lives could be important ways to suppress transmission of the new disease. But if they play a less active role, as studies seem to suggest,



then the high cost of these restrictions—interrupted education and social-ization, stress as parents juggle working from home with child care, lack of access to school meals—aren't warranted by the small benefits gained.[20]

The simple fact seems to be that children are not significantly impacted by COVID-19. If they do contract SARS-CoV-2, few examples of the development of anything more than a mild cold is evident. And even if children do contract SARS-CoV-2, they do not seem to spread the in-fection.

An article in *Science* magazine attempted to make sense of this mys-tery, highlighting some of the unexpected findings among children:

For families eager for schools to throw open their doors, the tale of a [nine]-year-old British boy who caught COVID-19 in the French Alps in January offers a glimmer of hope. The youngster, infected by a family friend, suf-fered only mild symptoms; he did not transmit the virus to any of the [seventy-two] contacts who were tested. His two siblings didn't become in-fected, even though other germs spread readily among them: in the weeks that followed, all three had influenza and a common cold virus.

The story could be a bizarre outlier—or a tantalizing clue. Several studies of COVID-19 hint that children are less likely to catch the novel coron-avirus, and don't often transmit it to others. A recent survey of the literature couldn't find a single example of a child under [ten] passing the virus on to someone else, for example.[21]

To be certain, there are differences between children under the age of ten and those over, but they don't appear to be significant. The pattern repeats again and again. If you have a strong immune system (which is likely to be strongest when you are young), the virus does not seem to present significant risk. Also, the co-morbidities which seem to be asso-ciated with greater risk of death (heart disease, diabetes, and respiratory problems) are not high in the school age population. The *Science* article continued:

The Case Against Masks, Ten Reasons Why Mask ...

Relying on those encouraging if scant data—and the reassuring knowledge that very few children get severely ill from COVID-19—some governments are beginning to reopen schools. Denmark sent children up to age [eleven] back on [April 15], and Germany welcomed back mostly older children on [April 29]. Some Israeli schools reopened on [May 3]; the Netherlands and the Canadian province of Quebec plan to reopen many primary schools on [May 11]. The steps are tentative: most schools are resuming with reduced class sizes, shortened school days, and extra handwashing.[60]

==Notice what wasn't in those return-to-school plans: face masks. That's because the medical professionals, looking at the data on schoolchildren, didn't think it made sense.==

A recent French study which was highlighted in *Bloomberg News* also found the same pattern that children do not appear to transmit the virus to others, and when children are infected, their symptoms are much less severe.

School kids don't appear to transmit the new coronavirus to peers or teachers, a French study found, weighing in on the crucial topic of children's role in propagating Covid-19.

Scientists at Institut Pasteur studied 1,340 people in Crepy-en-Valois, a town northeast of Paris that suffered an outbreak in February and March, including 510 students from six primary schools. They found three probable cases among kids that didn't lead to more infections among other pupils or teachers.

The study confirm that children appear to show fewer telltale symptoms than adults and be less contagious, providing a justification for school re-openings in countries from Denmark to Switzerland.[61]

We need to respond to data. The data are showing that children are not at risk for SARS-CoV-2 and we don't need to worry about them transmitting the virus to adults in their lives.

Even an opinion piece from CNN, written by the former executive

The Case Against Masks, Ten Reasons Why Mask ...

director of UNICEF, urging a return of children to school, didn't advocate for face masks.

There are safe ways to do this. School operations will need to align with public health measures, and adjustments will need to be made when there is new information on risks or changes in local transmission and conditions.

There is no denying that a lot needs to be done to increase health safety in schools—especially in the poorest communities. For example, handwashing stations, disinfection and physical distancing.[82]

We want children to be protected, but we also want them to learn and develop.

Practically all Americans have come to know Dr. Anthony Fauci during the COVID-19 epidemic, and most would credit him as exceptionally cautious in his pronouncements. In an interview with CNN in June 2020 he provided some of his thoughts on the reopening of schools and what that might look like:

The idea of keeping schools closed in the fall because of safety concerns for children might be "a bit of a reach," said Dr. Anthony Fauci, director of the National Institute of Allergy and Infectious Diseases.

In a phone interview with CNN Wednesday, Fauci noted that children tend to have milder symptoms or even no symptoms when they are infected with Covid-19.[63]

Fauci is agreeing with the general scientific observation that children do not seem to be severely impacted by COVID-19, and when they do have the virus, they don't seem to pass it on easily to others. As to what those changes might look like, Fauci said:

"In some situations, there will be no problem for children to go back to school," he said. "In others, you may need to do some modifications. You know, modifications could be breaking up the class, so you don't have a crowded classroom, maybe half in the morning, half in the afternoon, having children doing alternate schedules. There's a whole bunch of things that

one can do . . ."

He suggested that one option is to space out children at every other desk, or every third desk in order to maintain proper social distancing.[5]

But in the article, there's no discussion of children being masked. Again, like the classic Sherlock Holmes story of the dog that didn't bark, why is nobody talking about children wearing masks in school? Especially since they mandate all adults to be masked.

The reason is because it's a foolish idea, just as it's foolish for the general public to be masked. Kids will run around school and exhaust themselves, and they need prodigious amounts of oxygen to keep up their activity levels. Adults need oxygen just as much, and we need our social interactions, walks in the glorious sunlight, exercise, and good, healthy food, as we laugh with our friends in the sunshine.

These are the virtues which will now get us through any challenge.

## Points to Remember

1. Human beings need to breathe oxygen and exhale carbon dioxide. Oxygen is 20.9 percent of the air we breathe in, but only 16 percent of what we breathe out. OSHA regulations state that any oxygen-level below 19.5 percent is dangerous. Carbon dioxide is only at 0.04 percent in the atmosphere, but 4 percent of the air we breathe out, a hundred-fold increase. Carbon dioxide toxicity begins when those levels are around 10 percent. Masks lower oxygen levels and raise carbon dioxide levels.

2. SARS-CoV-2 spreads mainly through respiratory droplets from infected individuals who are coughing, hacking, or sneezing and in close, sustained contact with others. It does not appear to spread through regular breathing from people in typical social interactions.

3. Masks have varying degrees of effectiveness, but the more effective they are at blocking air flow, the lower your oxygen levels will be, and the higher the carbon dioxide. Studies have shown that masks raise complaints of shortness of breath, headaches, and dizziness, suggesting lower oxygen and higher carbon dioxide levels.

4. You do not need to be six feet apart from a person and wearing a mask. The WHO does not recommend a six-foot distance for social distancing, but only a three-foot distance. Reputable publications such as *The Lancet* have reported there is "scarce" evidence that masks provide effective protection against respiratory infections.

5. Masks disrupt normal patterns of air flow, leading to pathogens being deposited on chin, cheeks, and near eyes. A



## The Case Against Masks, Ten Reasons Why Mask ...

small study from South Korea showed that COVID-19 easily passed through several different types of masks.

6. Unless you are close to somebody who is singing or speaking very loudly, such as in a choir, the risk of airborne transmission is very low, especially since it is difficult for coughing people to sing. Super-spreader events have appeared to have taken place only in indoor events and among individuals in prolonged close and intimate contact with each other, singing, or talking loudly. Sunlight is a potent killer of this virus, often destroying it within a few minutes.

7. Nursing homes are dangerous for spreading SARS-CoV-2, as the residents normally have lowered immunity. That lowered immunity makes them most susceptible to developing COVID-19 from exposure to SARS-CoV-2. Consider that 42 percent of Covid-19 cases have come from nursing

homes, even though they account for only 0.6 percent of the population. Recent data from several states suggest that number might be substantially higher. Having heart disease, diabetes, or chronic lung disease also increases your chances of disease development from any upper respiratory infection.

8. Masks can become virus traps, leading to increased chances for infection when you touch with your hands. The CDC has abundantly documented how well viruses can remain active on N95 respirator masks, and there is no reason to believe the results wouldn't be the same for other types of masks.

9. There's no such thing as an "asymptomatic" carrier, who has the virus without symptoms for weeks, months, or years. The *New England Journal of Medicine* recently published an article from several researchers claiming that ==wearing a mask outside of a health care facility "offers little, if any, protection==



# The Case Against Masks, Ten Reasons Why Mask ...

from infection."

10. Children should return to school in the fall without masks. Multiple studies and infection patterns indicate children are less likely to get infected, and when they are infected they have more mild symptoms (and thus are less likely to be coughing and hacking) and do not spread the virus to teachers, parents, or grandparents.

## Final Thoughts

Scientific understanding is a continuing process. What we have put together in this book is intended as part of a continuing dialogue on how to best respond to the SARS-Cov-2 infection and the development of COVID-19. We expect many more things are to be learned about this outbreak. Even at this point there are many things which are unclear, such as whether this virus was the result of a natural spillover from bats who lived several hundreds of miles from Wuhan, China, or released from a lab in Wuhan.

One of the latest claims is that SARS-CoV-2 is altering the immune function of those who contract it.[20] This is an unusual occurrence for a typical corona virus, but common for retroviruses like HIV, supporting the contention this is a laboratory created virus. Several researchers have noted HIV sequences in SARS-CoV-2. This is not unexpected when the bat viruses were grown in Vero monkey kidney cells. This continuously growing cell line contains many monkey viruses including SIV. SIV is the closer ancestor to HIV. How else do you get sequences from a monkey virus in a bat virus? The most likely scenario is the common laboratory practice of passaging viruses through cell lines of different species in order to adapt them to infect the cells without killing them in what is commonly referred to as "gain of function" research. We have experienced several deadly pandemics over the past four decades of my career. All clearly stated from these laboratory practices, despite the best efforts of the majority of virology experts to prohibit gain of function research. That COVID-19 is a man-made disaster, a plague of corruption is a pox on all of our houses. Our response must not result in more suffering and loss of life than the virus/disease. Such is the case of universal mask use as we have made a strong case that not only do the masks not prevent spread of SARS-CoV-2, they do not ameliorate





## The Case Against Masks, Ten Reasons Why Mask ...

COVID-19. Based on our fair and balanced interpretation of the data we can only conclude that the masks are doing more damage, particularly to the most vulnerable to developing COVID-19 from a SARS-CoV-2 infection. As an alumna of the University of Virginia, I quote its founder Thomas Jefferson: "[T]his institution will be based on the illimitable freedom of the human mind. For here we are not afraid to follow the truth wherever it may lead, nor tolerate error so long as reason is left free to combat it." It's time to restore freedom and reason to all Americans.



# Endnotes

1 "Earth's Atmosphere Composition: Nitrogen, Oxygen, Argon and CO₂," *Earth How*, accessed June 15, 2020, www.earthhow.com/earth-atmosphere-composition/..

2 Ibid.

3 Ibid.

4 "What Are the Normal Oxygen Levels in Humans?" *Reference.com*, accessed June 15, 2020, www.reference.com/world-view/normal-oxygen-levels-humans-602f6726c4b8107..

5 Sean Kane, "Here's the Longest People Have Survived Without Air, Food, Water, Sunshine, or Sleep." *Science Alert*, last modified June 10, 2016, accessed June 15, 2020, www.sciencealert.com/here-s-the-longest-people-have-survived-without-air-food-water-sunshine-or-sleep.

6 "What Gases Do Humans Exhale?" *Reference.com*, accessed June 15, 2020, www.reference.com/science/gases-humans-exhale-2e229a37c5894295..

7 "Respiratory Protection," Occupational Health and Safety Administration, accessed June 25, 2020, https://www.osha.gov/sites/default/files/2019-03/respiratoryprotection.pdf.

8 Claire Gillespie, "Does Wearing a Face Mask Reduce Oxygen—and Can It Increase CO₂ Levels? Here's What Experts Say," *Health.com*, last modified May 13, 2020, accessed June 15, 2020, www.health.com/condition/infectious-diseases/coronavirus/does-wearing-face-mask-increase-co2-levels..

9 Ibid.

10 Ibid.

11 Antonio Lazzarino, A. Seepae, M. Hames, & S. Michie, "Covid-19: Important Potential Side Effects of Wearing Masks that We Should Bear in Mind." *British Medical Journal*, 2020; 369:m1435 (April 9, 2020): doi: 10.1136/bmj.m1435.

12 Ibid.

13 Ibid.

The Case Against Masks, Ten Reasons Why Mask ...

14 "Guidance on Preparing Workplaces for COVID-19," U.S. Department of Labor, Occupational Safety and Health Administration, accessed June 17, 2020, www.osha.gov/Publications/OSHA3990.pdf.

15 Ibid. at p. 5.

16 Joshua Bote, "The CDC Says Coronavirus 'Does Not Spread Easily' on Surfaces or Objects. Here's What We Know," USA Today, May 21, 2020, updated May 27, 2020, www.usatoday.com/story/news/health/2020/05/21/coronavirus-news-what-cdc-saying-covid-19-surfaces/5235317002/..

17 Ibid.

18 Mayo Clinic Staff, "COVID-19: How Much Protection Do Face Masks Offer?" Mayo Clinic, accessed June 17, 2020, www.mayoclinic.org/diseases-conditions/coronavirus/in-depth/coronavirus-mask/art-20485449

19 Ibid.

20 Ibid.

21 Ibid.

22 Terri Rebmann, Ruth Carrico, & Jing Wang, "Physiologic and Other Effects and Compliance with Long-Term Respirator Use Among Medical Intensive Care Unit Nurses," American Journal of Infection Control, Vol. 41 (12), p. 1218-1223: doi:10.1016/j.ajic.2013.02.017.

23 John W. Cherrie, Andrew Apsley, Hilary Cowie, Suzanne Steinle, William Mueller, Chun Lin, Claire J. Horwell, Anne Sleeuwenhoek, & Miranda Loh, "Effectiveness of Face Masks Used to Protect Beijing Residents Against Particulate Air Pollution," Journal of Occupational and Environmental Medicine, Vol. 75(6): 446-452, April 9, 2018: doi: 10.1136/oemed-2017-104765.

24 Shuo Feng, Chen Shen, Nan Xia, Wei Song & Benjamin J. Cowling, "Rational Use of Face Mask Use in the COVID-19 Pandemic," The Lancet, Vol. 8, issue 5, p.434-436 (May 1, 2020), doi: 10.1016/S2213-2600(20)30134-X.

25 Ibid.

26 Ibid.

27 Ibid.

28 Ibid.

29 Ibid.

30 Elsa Bastian, "The Face Mask Debate Reveals a Scientific Double Standard,"

The Case Against Masks, Ten Reasons Why Mask ...

*Wired,* April 8, 2020, www.wired.com/story/the-face-mask-debate-reveals-a-scientific-double-standard/..

31 Ibid.

32 Ibid.

33 I.M. Viola, et al., "Face Coverings, Aerosol Dispersion and Mitigation of Virus Transmission Risk," May 19, 2020, *arXiv,* www.arvix.org/abs/2005.10720..

34 Russell Blaylock, "Face Masks Pose Serious Risks to the Healthy," Green Med Info, May 16, 2020, www.greenmedinfo.com/blog/dr-blaylock-face-masks-pose-serious-risks-healthy11..

35 Ibid.

36 Molly Walker, "Study: Masks Fail to Filter Virus in Coughing COVID-19 Patients," *Medpage Today,* April 6, 2020, www.medpagetoday.com/infectiousdisease/covid19/85814..

37 Jeremy Hammond, "New York Times Laughably Lies that the Mask Debate is Settled," *Jeremy R. Hammond,* accessed June 8, 2020, https://www.jeremyrhammond.com/2020/06/05/new-york-times-laughably-lies-that-the-mask-debate-is-settled/..

38 Kai Kupferschmidt, "Why Do Some COVID-19 Patients Infect Many Others, Whereas Most Don't Spread the Virus at All?" *Science,* May 19, 2020, accessed June 21, 2020, https://www.sciencemag.org/news/2020/05/why-do-some-covid-19-patients-infect-many-others-whereas-most-don-t-spread-virus-all.

39 Ibid.

40 Ibid.

41 "Sunlight Destroys Coronavirus Quickly, Say U.S. Scientists," Medical Express, April 24, 2020, accessed June 25, 2020, www.medicalxpress.com/news/2020-04-sunlight-coronavirus-quickly-scientists.html..

42 Kai Kupferschmidt, "Why Do Some COVID-19 Patients Infect Many Others, Whereas Most Don't Spread the Virus at All?" *Science,* May 19, 2020, accessed June 21, 2020, https://www.sciencemag.org/news/2020/05/why-do-some-covid-19-patients-infect-many-others-whereas-most-don-t-spread-virus-all.

43 Avik Roy, "The Most Important Coronavirus Statistic: 42% of U.S. Deaths Are From 0.6% of the Population," Forbes, May 26, 2020, www.forbes.com/sites

/theapothecary/2020/05/26/nursing-homes-assisted-living-facilities-6-6-of-the-u-s-population-43-of-u-s-covid-19-deaths/#5d62d2bc7icd.

44 Ibid.

45 Ibid.

46 Niall McCarthy, "COVID-19 Patients with Existing Conditions Far More Likely to Die," *Statista*, June 16, 2020, www.statista.com/chart/22018/coronavirus-pre-existing-conditions/..

47 Ibid.

48 "New Surgical Mask Doesn't Just Trap Viruses. It Renders Them Harmless," *Science Daily*, January 5, 2017, www.sciencedaily.com/releases/2017/01/170105160228.htm..

49 "Recommended Guidance for Extended Use and Limited Reuse of N95 Filtering Facepiece Respirators in Healthcare Settings," *Centers for Disease Control, National Institute for Occupational Safety and Health*, last reviewed March 27, 2020, accessed June 16, 2020, www.cdc.gov/niosh/topics/hcwcontrols /recommendedguidanceextuse.html..

50 Ibid.

51 Hillary Brueck, "The WHO Said Asymptomatic Transmission is 'Very Rare,' then Said That Was a 'Misunderstanding.' Here's What You Need to Know," *Business Insider*, June 9, 2020, www.businessinsider.com/who-clarifies-comment-that-asymptomatic-transmission-is-very-rare-2020-6..

52 Ibid.

53 Ibid.

54 Kenji Mizumoto, Katsushi Kagaya, Alexander Zarebski, and Gerardo Chowell, "Estimating the Asymptomatic Proportion of Coronavirus Disease 2019 (COVID-19) Cases on Board the Diamond Princess Cruise Ship, Yokohama, Japan, 2020," *Eurosurveillance, Rapid Communication*, (March 12, 2020) doi: 10.2807/71560-7917.

55 Michael Klompas, Charles Morris, Julia Sinclair, Madelyn Pearson & Erica Shenoy, "Universal Masking in Hospitals in the Covid-19 Era," *New England Journal of Medicine*, vol. 382: e63, (May 2020) : doi: 10.1056/NEJMp2006372.

56 Sam Dorman, "Joy Behar Says She and Her Husband Drive Around Looking for



## The Case Against Masks, Ten Reasons Why Mask ...

People Not Wearing Masks," *Fox News*, June 23, 2020, www.foxnews.com/media /joy-behar-husband-drive-no-masks..

57 Ibid.

58 Helen Branswel, "How Likely Are Kids to Get Covid-19? Scientists See a 'Huge Puzzle' Without Easy Answers," STAT News, June 18, 2020, www.statnews.com/2020/06/18/how-likely-are-kids-to-get-covid-19-scientists-see-a-huge-puzzle-without-easy-answers/..

59 Gretchen Vogel & Jennifer Couzin-Frankel, "Should Schools Reopen? Kids' Role in Pandemic Still a Mystery," *Science* magazine, May 4, 2020, www.sciencemag.org/news/2020/05/should-schools-reopen-kids-role-pandemic-still-mystery..

60 Ibid.

61 Martha Fourcade, "School Children Don't Spread Coronavirus, French Study Shows," Bloomberg News, June 23, 2020, www.bloomberg.com/news/articles /2020-06-23/school-children-don-t-spread-coronavirus-french-study-shows..

62 Henrieta Fore, "It's Time to Reopen Schools, CNN, June 19, 2020,

www.cnn.com/2020/06/19/opinions/time-to-reopen-schools-covid-19-fore/index.html..

63 Annie Grayer, "Fauci Says It's Time to Think About Re-Opening Schools," CNN, June 4, 2020, www.cnn.com/2020/06/03/us/fauci-schools-reopening-coronavirus /index.html..

64 Ibid.

65 Gina Kolata, "How the Coronavirus Short-Circuits the Immune System," *New York Times*, June 26, 2020, www.nytimes.com/2020/06/26/health/coronavirus-immune-system.html..

Plaintiffs' Exhibit 387

wsj.com

# Opinion | The Case Against Masks for Children

*Marty Makary and H. Cody Meissner*

3 minutes     Aug, 8, 2021

---

Do masks reduce Covid transmission in children? Believe it or not, we could find only a single retrospective study on the question, and its results were inconclusive. Yet two weeks ago the Centers for Disease Control and Prevention sternly decreed that 56 million U.S. children and adolescents, vaccinated or not, should cover their faces regardless of the prevalence of infection in their community. Authorities in many places took the cue to impose mandates in schools and elsewhere, on the theory that masks can't do any harm.

That isn't true. Some children are fine wearing a mask, but others struggle. Those who have myopia can have difficulty seeing because the mask fogs their glasses. (This has long been a problem for medical students in the operating room.) Masks can cause severe acne and other skin problems. The discomfort of a mask distracts some children from learning. By increasing airway resistance during exhalation, masks can lead to increased levels of carbon dioxide in the blood. And masks can be vectors for pathogens if they become moist or are used for too long.

In March, Ireland's Department of Health announced that it won't require masks in schools because they "may exacerbate anxiety or

breathing difficulties for some students." Some children compensate for such difficulties by breathing through their mouths. Chronic and prolonged mouth breathing can alter facial development. It is well-documented that children who mouth-breathe because adenoids block their nasal airways can develop a mouth deformity and elongated face.

The possible psychological harm of widespread masking is an even greater worry. Facial expressions are integral to human connection, particularly for young children, who are only learning how to signal fear, confusion and happiness. Covering a child's face mutes these nonverbal forms of communication and can result in robotic and emotionless interactions, anxiety and depression. Seeing people speak is a building block of phonetic development. It is especially important for children with disabilities such as hearing impairment.

The adverse developmental effects of requiring masks for a few weeks are probably minor. We can't say that with any confidence when the practice stretches on for months or years.

Plaintiffs' Exhibit 388

investmentwatchblog.com

# The CDC is about to be canceled by Google and Facebook for COVID heresy – Investment Watch

*By Ranker*

6-8 minutes

by Simon Black

On Friday afternoon, the US Centers for Disease Control and Prevention (still called the CDC, even though they added a 'P') released a heretical report about mask-wearing and COVID-19.



SPONSORED CONTENT

The report, authored by at least a dozen medical doctors, PhD researchers, and, bizarrely, a handful of attorneys, examined how mask mandates across the US affected COVID cases and death rates.

You'd think with all of the media propaganda about mask effectiveness… and all the virtue signaling, with politicians and reporters appearing on live TV wearing masks… that the data would prove incontrovertibly and overwhelmingly that masks have saved the world.

But that's not what the report says.

According to the CDC's analysis, between March 1 and December 31 last year, statewide mask mandates were in effect in 2,313 of the 3,142 counties in the United States.

And, looking at the county-by-county data, the CDC concludes that mask mandates were

associated with an average 1.32% decrease in the growth rates of COVID-19 cases and deaths during the first 100 days after the mask policy was implemented.

Wait, what? Only 1.32%?

You read that correctly, they didn't misplace the decimal: according to the federal government agency that is responsible for managing the COVID-1984 pandemic, the difference between mask mandates and no mask mandate is literally just a 1.32% difference.

And bear in mind, it's entirely possible that the real figure is even lower than that, given all the questionable COVID statistics.

For example, the CDC reports that influenza cases in the United States have dropped to almost zero in the 2020-2021 flu season, down from 56 MILLION the previous year.

It's amazing they expect anyone to take this data seriously.

Are we honestly supposed to believe that the flu has been eradicated? Or is it possible, that, maybe just maybe, at least *some* influenza cases have been misdiagnosed as COVID?

If that's the case, then the real impact of masks on COVID growth rates is potentially much lower than 1.32%.

Even the CDC seems to understand this, because at the end of its report, they inspidly conclude by stating that mask mandates "**have the potential** to slow the spread of COVID-19. . ." [the bold is mine, obviously]

Really? "Potential"? That's HERESY! And an obvious contradiction to WHO guidance. It makes we wonder whether Google and Facebook are gearing up to censor this report, given they have self-appointed themselves as the Ministry of Truth.

Frankly it's pretty incredible that the data was too weak for the CDC to make a clear assertion about the benefits of mask mandates.

(though I did say there were a couple of lawyers who co-authored this paper… and using non-committal language like "potential" certainly sounds like typical weasel lawyer-speak.)

Now, please don't misunderstand the point of this letter. I'm not here to bash masks or say that they don't work, or go on some anti-mask rant.

The point is that I'm pro-data. And pro-reason.

Public health policies come with consequences. There are always costs, and there are (hopefully) benefits.

The CDC has just published an official analysis of the benefits, quantified at precisely 1.32%.

What are the costs of their decisions? Well there's plenty of data about that too.

For example, a recent study published earlier this month in the premier scientific journal *Nature* shows that Americans who wear masks are more likely engage in riskier activities, like, you know, leaving the house.

The study conclude that mask mandates "lead to risk compensation behavior" and mask wearers "spend 11-24 fewer minutes at home on average and increase visits to some commercial locations– most notably restaurants, which are a high-risk location."

Other consequences are more grim.

There have been several studies which chronicle the alarming rise in severe mental health issues, including a spike in youth suicide, as a result of various public health policies, including mask mandates and lockdowns.

For example, another study published in *Nature* from early January reported that, in late 2020, suicide rates among children in Japan jumped 49%.

And the US government's Substance Abuse and Mental Health Service (SAMHSA) reported an incredible 890% increase in call volume to its nationwide suicide hotline last April.

Then there are the economic consequences to consider: Do mask mandates boost the economy by giving people more confidence to go out and spend? Or do mask mandates compel more people to stay home to avoid the hassle, and hence reduce economic activity?

There's still no conclusive analysis on the subject. But you'd think that policymakers would want to know.

You'd think that they would look at all the data, all the pro's and con's, economic consequences, public health consequences, etc., and make an informed, rational decision.

But that doesn't seem to happen anymore.

There can be no rational discourse on the topic. You're not allowed to ask any questions or express any intellectual dissent, otherwise you'll be denounced as a conspiracy theorist.

You have one job: obey. It's not even about 'trusting the science' anymore, as we've been told to do over and over again during the pandemic. Because now the science tells us that mask mandates "have the potential" to reduce Covid growth rates by just 1.32%.

Not that you'll hear this in the media.

There actually was a bonanza of coverage over the weekend about the CDC's new report. The *Washington Post* headline read "After state lift restrictions, CDC says mask mandates can reduce deaths".

The *New York Times* reported that "Wearing masks, the [CDC] study reported, was linked to fewer infections with the coronavirus and Covid-19 deaths."

NBC called the report "strong evidence that mask mandates can slow the spread of the coronavirus. . ."

But very little of the media coverage bothered to mention the real data, i.e. the marginal 1.32% reduction in growth rates.

Just like the CDC's influenza data, it's incredible that the media expects to be taken seriously, or that they pass themselves off as an objective, unbiased source of information.

Plaintiffs' Exhibit 389

aier.org

# The CDC's Mask Mandate Study: Debunked

*Paul Alexander*

15-19 minutes

---

1. AIER

   \>\>

2. Daily Economy



The US Centers for Disease Control and Prevention (CDC) recently published a February 2021 MMWR report entitled "Decline in COVID-19 Hospitalization Growth Rates Associated with Statewide Mask Mandates — 10 States, March–October 2020." This report focused on 10 sites that had been included in the Covid-19 Associated Hospitalization Surveillance Network.

This CDC report described a decrease in hospitalization rates of growth of up to 5.6% in adults (18-65 years old) and attributed this to the use of masking and/or the introduction of mask mandates in the various sites. These rates were compared to those obtained from a 4-week period of time prior to the introduction of mask mandates. In so doing, and by way of regression analysis, the reduced rates of hospitalization were attributed to the introduction of statewide mask mandates.

Firstly, the initial publication by the CDC (February 5/February 12th, 2021) was plagued with important inaccuracies that were then fortunately addressed in an updated *erratum* (February 26th 2021). We applaud the CDC for taking the steps required to correct these errors. Reporting done by the CDC, which is generally considered as the premier public health agency in the US, must be of the highest

quality, particularly since advice rendered by the CDC is also relied upon worldwide.

*En face*, CDC's conclusion on mandates might appear to make sense unless one is familiar with the scientific data pertaining to the ineffectiveness of masking for prevention of the spread of Covid-19 (e.g. references 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 13, 14, 15) in which case the findings in fact contradict most of what is now known. The CDC's conclusion might have made more sense if the real-world evidence we have about mandates did not actually exist (e.g. references 1, 2, 3, 4).

==Does the CDC really think that masks prevent the wearer from getting Covid, or from spreading it to others? The CDC admits that the scientific evidence is mixed, as their most recent report glosses over many unanswered scientific questions. But even if it were clear – or clear enough – as a scientific matter that masks properly used could reduce transmission, it is a leap to conclude that a governmental mandate to wear masks will do more good than harm, even as a strictly biological or epidemiological matter.== Mask mandates may not be followed; masks worn as a result of a mandate may not be used properly; some mask practices like double masking can do harm, particularly to children; and even if a mask mandate results in some increased number of masks being worn and worn properly, the mandate and the associated publicity may reduce the public's attention to other more effective safeguards, such as meticulous hygiene practices.

==Thus, it is not surprising that the CDC's own recent conclusion on the use of nonpharmaceutical measures such as face masks in pandemic influenza, warned that scientific "evidence from 14 randomized controlled trials of these measures did not support a substantial effect on transmission…"== Moreover, in the WHO's 2019 guidance document on nonpharmaceutical public health measures in a pandemic, they reported as to face masks that "there is no evidence that this is effective in reducing transmission…" Similarly, in the fine print to a recent double-blind, double-masking simulation the CDC stated that "The findings of these simulations [supporting mask usage] should neither be generalized to the effectiveness …nor interpreted as being representative of the effectiveness of these masks when worn in real-world settings."

Just look at the data from Jonas F. Ludvigsson that is emerging from Sweden in children 16 years old and under when preschools and schools were kept open and there were no face masks though social distancing was fostered. The result was zero (0) deaths from COVID-19 in 1.95 million Swedish children across the study period. The number of infections was exceedingly low, the number of hospitalizations was exceedingly low, and there were no deaths in children with COVID-19, all this despite not wearing masks due to no schoolwide mask mandate. Is this merely a perfunctory and legally prudent warning by the CDC that "your mileage may vary?" Or is it more like a hot mutual fund telling you that "past performance is no guarantee of future results." What is the CDC really trying to say about face masks and why so much confusion?

We have reservations about the methodology employed and conclusions drawn in the CDC double mask study which we will address in a separate discussion but again their disclaimer as noted above: "The findings of these simulations should neither be generalized to the effectiveness …nor interpreted as being representative of the effectiveness of these masks when worn in real-world settings" seeds thoughts of doubt in relation to the value of this report. Why then, would the CDC even bother to publicize these findings? What is the public health impact? What is the benefit?

Moreover, the CDC even indicated in the double mask study that there are harms e.g. impediments to breathing, due to double masking. Indeed, the harms (e.g. reference 1, 2, 3, 4, 5, 6, 7, 8, 9, 10) are very real when face masks are used yet are often dismissed and not even discussed by the media medical establishment or government bureaucrats.

In relation to this, Dr. Anthony Fauci of the NIAID created appreciable confusion by initially suggesting and encouraging the use of double masks instead of one. Dr. Fauci then reversed his statements on the use of double masks. Dr. Fauci's advisories took on a form of double speak which has an appearance of randomness or worse, capriciousness. This can only distort the desperately needed advice by the public at large; unsound advice can be very damaging on several levels. This random form of advice-giving was not reflective of a single event. For example, while touting vaccines as the only way for society to emerge back to normal from the pandemic, Dr. Fauci is now advising that in fact, even with vaccinations, people should still not attend public gatherings and restaurants, and that such restrictions could be in place until end of 2021. While changes in advice are required when new data emerge, we hold that this was definitely not the case with respect to masking (or vaccination for that matter).

Below are the main scientific shortcomings or analytical ambiguities in the CDC's most recent MMWR report on mask mandates:

1. The CDC's main evidence, a regression study based on selected sites in ten states with masking mandates from March through October 2020, did not include the four-month period from November through February 2021 (which might have controlled for other possibly contributing factors such as sunlight and vitamin D) and did not appear to take into account the possible effects of such factors as school closures or changes in social distancing practices. We point out that during the period of March 22, 2020 to October 12, 2020 this is actually representative of the spring, summer and early fall seasons when outdoor activity increases. Of course, this leads to more exposure to sunlight with the attendant generation of active vitamin D metabolites, while at the same time there are marked reductions in confinement within enclosed spaces which would necessarily reduce the opportunities for transmission of disease. A more stringent approach to the analyses, including the use of *all* available data (i.e. not excluding a full 4-month period of time), might have led conceivably to a conclusion that there was in fact no significant effect of mask mandates on disease or case rates. And in concert with the CDC's disclaimers noted above, the CDC indicated in their own report that the conclusions described in the study in favour of masking were, at best, only moderately reliable.

2. **The CDC analyzed changes in hospitalizations, but did not compare** infection, disease, or death rates between states with and without masking mandates. Available evidence of that nature suggests that the course of the pandemic was not affected by state masking mandates.

3. The CDC used a least squares fit regression analysis (OLS) (using "x" as mask wearing and the dependent/outcome to the "y" variable which is the number of Covid cases) despite the fact that simple regression is not the optimal approach and, we believe, should be replaced with Orthogonal Distance Regression (ODR) which would yield more reliable findings.

4. Based on the reporting, it appears that the CDC's regression analysis was based on data from limited sites within a state, and not the entire state.

5. The CDC report failed to address/discuss recent potent research data based on high-quality case-controlled analyses, as well as a high-quality Danish randomized controlled trial study published in the *Annals of Internal Medicine* which found no statistically or clinically significant impact of mask-use in regard to the rate of infection with SARS CoV-2, or a recent *NEJM* publication (prospective cohort CHARM study) where researchers studied SARS-CoV-2 transmission among Marine recruits at Parris Island (n=1,848) who volunteered, underwent a 2-week quarantine at home that was followed by a second 2-week quarantine in a closed college campus setting. The predominant finding was that despite the very strict and enforced quarantine, including 2 full weeks of supervised confinement and

then enforced social distancing and masking protocols, the rate of transmission was *not* reduced and in fact seemed to be higher than expected, despite the strong experimental design and the rigor associated with carrying out the study.

6. The CDC report does not address and contextualize substantial "real world" experience showing that adding mandates where there is already substantial mask wearing has little effect, and that mask mandates that were followed can be correlated with increased case counts (e.g. references 1, 2, 3, 4). This obviously may not be cause and effect, but the same criticism can be levied against correlations or regressions going in the opposite direction.

Based on our assessment of this CDC mask mandate report, we find ourselves troubled by the study methods themselves and by extension, the conclusions drawn. The real-world evidence exists and indicates that in various countries and US states, when mask mandates were followed consistently, there was an inexorable increase in case counts. We have seen that in states and countries that already have a high frequency of mask wearing that adding mandates had little effect. There was no (zero) benefit of adding a mask mandate in Austria, Germany, France, Spain, UK, Belgium, Ireland, Portugal, and Italy, and states like California, Hawaii, and Texas. Importantly, we do not ascribe a cause-effect relationship between the implementation of mask mandates and the rise in case rates, but we also demand the same approach when it comes to claiming some sort of causal relationship between the introduction of mask mandates and likely claims by the CDC that their findings could support their implementation countrywide.

We think that inclusion of such evidence on the failures of masks mandates globally and states within the US would have made for more balanced, comprehensive, and fully-informed reporting. Specifically, when we consider the evidence on mask mandates, "in states with a mandate in effect, there were 9,605,256 confirmed Covid-19 cases, which works out to an average of 27 cases per 100,000 people per day. When states didn't have a statewide order—including states that never even had mandates, coupled with the period of time states with mandates still didn't have a mandate in place—there were 5,781,716 cases, averaging 17 cases per 100,000 people per day. In other words, protective-mask mandates have a poor track record insofar as fighting this pandemic. States with mandates in place produced an average of 10 more reported infections per 100,000 people per day than states without mandates." The blind acceptance of the current unsupported dogma has become so entrenched that if cases do go up, the experts wedded to the universal use of masks then claim that this is good news and infer that the masking mandate *prevented even more cases* from occurring. This is a fine example of tautology and defies reason. We are very troubled by this type of scientific reporting and inference, for it is based on assumptions, supposition, and speculation.

Masks for the general population as they are currently used (surgical masks and the cloth masks), are ineffective (particularly when used without other mitigation) and the body of evidence (see AIER) is clear. A recent op-ed in the *Washington Post* spoke to mask wearing by everyone during the 1918 flu pandemic, with the conclusion that masks were useless. We embrace fully the contention by Klompas in the *NEJM* that "what is clear, however, is that universal masking alone is not a panacea. A mask will not protect providers caring for a patient with active Covid-19 if it's not accompanied by meticulous hand hygiene, eye protection, gloves, and a gown. A mask alone will not prevent health care workers with early Covid-19 from contaminating their hands and spreading the virus to patients and colleagues. **Focusing on universal masking alone could, paradoxically, lead to more transmission of Covid-19 if it diverts attention from implementing more fundamental infection-control measures.**" We are particularly alarmed by the harms of masking and the failure by top US agencies and leadership (as well as the media and 'media' medical experts) to discuss or highlight

harms in any discourse on masking.

We end by imploring the CDC to take our critique in the spirit in which it was generated. We welcome continued, rigorous scientific examination of these important societal lockdowns, school closures, and masking and broader mask mandate issues by CDC and others. We are entirely willing to consider any evidence that contradicts what we have seen which suggests that societal lockdowns and school closures are not effective, and as presented here, suggests that mask mandates are ineffective. Most importantly, to maintain the validity of scientific research as a tool, and the public's confidence in such research, reports on the results of such research should more comprehensively address the weakness or ambiguities that exist, as well as the conclusions the reporting agency supports.

Trusting the science means relying on the scientific process and method and not merely 'following the leader.' It is not the same as trusting, without verification, the conclusory statements of human beings simply because they have scientific training or credentials. This is especially so if their views and inquiry have become politicized. Dr. Martin Kulldorff of Harvard's Medical School has recently commented on the present Covid-19 scientific and research environment by stating, "After 300 years, the Age of Enlightenment has ended."

Sadly, we must agree, that it's not just that the age of enlightenment has come to an end, but indeed, that the science itself has been politicized and severely corrupted.

**Contributing Authors**

- **Paul E Alexander MSc PhD**, McMaster University and GUIDE Research Methods Group, Hamilton, Ontario, Canada elias98_99@yahoo.com

- **Howard C. Tenenbaum DDS, Dip. Perio., PhD**, FRCD(C) Centre for Advanced Dental Research and Care, Mount Sinai Hospital, and Faculties of Medicine and Dentistry, University of Toronto, Toronto, ON, Canada

- **Ramin Oskoui, MD**, CEO, Foxhall Cardiology, PC, Washington, DC  oskouimd@gmail.com

- **Dr. Parvez Dara, MD, MBA,** daraparvez@gmail.com

Paul E. Alexander

Paul E. Alexander received his bachelor's degree in epidemiology from McMaster University in Hamilton, Ontario, a master's degree from Oxford University, and a PhD from McMaster University's Department of Health Research Methods, Evidence, and Impact.

Get notified of new articles from Paul E. Alexander and AIER.

Plaintiff's Exhibit 390

onlinelibrary.wiley.com

# The efficacy of medical masks and respirators against respiratory infection in healthcare workers

*Chandini Raina MacIntyre*

45-57 minutes

---

## 1 BACKGROUND

There is currently a lack of consensus around the efficacy of medical masks and respirators for healthcare workers (HCWs) against influenza, with only five published randomised control trials (RCTs) in HCWs conducted to date.[1]-[5] While N95 respirators have been shown to be superior to medical masks in preventing clinical respiratory infection (CRI), influenza illness (ILI) and other outcomes, none of the studies were adequately powered to examine laboratory-confirmed influenza.

In the smallest of the trials, involving only 32 HCWs, there was no difference in the rates of respiratory illnesses between HCWs who used medical masks and the control group.[1] A Canadian study of 422 hospital nurses compared targeted use of N95 respirators and medical masks and found that the rate of serologically defined influenza was 25% in both arms.[2] However, in the absence of a control arm for comparison, the finding of no difference in outcomes between the intervention arms could represent either equal efficacy or equal inefficacy of the two interventions. The other two published HCW RCTs used a more specific and less sensitive definition of influenza based on nucleic acid testing (NAT) of respiratory specimens in symptomatic subjects. As such, even these substantially larger RCTs were unable to demonstrate any significant difference in influenza infection between N95 respirators and medical masks.[3], [4] Finally, a recent study examined the efficacy of cloth masks compared to medical mask and control groups, and found that cloth masks may increase the risk of infection in HCWs.[5]

Guidelines for respiratory protection have been driven by presumed transmission mode alone, and under an assumption that influenza and other pathogens are spread by one mode alone.[6] However, the paradigm of unimodal droplet or airborne spread is based on outmoded experiments from the 1940s, which concluded that only large droplets are found at close proximity to the patient, while small droplet nuclei and airborne particles are found at a longer distance.[7]-[9] It has since been shown that both small and large particles can

exist at short distances from the patient, and that aerosolised transmission can occur at close proximity.[9]

In our two published RCTs conducted in China,[3], [4] we used the same outcomes, case definitions and measurement tools, and used the same testing methods for a range of different pathogens transmitted by different routes. This afforded an opportunity to pool the data from both trials for improved statistical power to examine the outcomes by pathogens and mode of transmission. The aim of this pooled analysis was to examine the efficacy of medical masks and respirators in HCWs against respiratory infection.

## 2 METHODS

We pooled the results of our two RCTs on mask and respirator use in hospital HCWs in Beijing, China. The first RCT (Trial 1) was conducted from December 2008 to January 2009,[3] and included 1441 HCWs randomised to: medical mask arm (n = 492), N95 fit-tested arm (n = 461) and N95 non-fit-tested arm (n = 488). The rate of fit-test failure was very low (5/461) in this trial, so data from both N95 arms were combined for analysis.

An additional 481 healthcare workers from nine hospitals were recruited to a control arm. These hospitals were purposefully selected as they indicated low levels of routine mask/respirator use during a pre-trial assessment. Participants in the control arms continued their usual mask wearing practices and were followed using the same protocol as applied to the other arms.[3]

The second trial (Trial 2) was conducted from 28 December 2009 to 7 February 2010, using the same design.[4] In Trial 2, participants were randomised to three arms: medical masks at all times on shift (n = 572), continuous N95 respirators at all times on shift (n = 516) and targeted/intermittent use of N95 respirators only while doing high-risk procedures or barrier nursing of a patient with known respiratory illness (n = 521). Fit testing was not performed in the second RCT. In both trials, participants were followed for 4 weeks of wearing the medical masks or respirators, and an extra week of non-wearing of masks for the development of symptoms. Demographic and clinical data were collected, including gender, age, smoking, vaccination status, pre-existing medical illnesses, hand hygiene and high-risk procedures. Pharyngeal swabs were collected from symptomatic participants, and samples were tested at the laboratories of the Beijing Centers for Disease Control and Prevention. There was no major difference in the products used in both clinical trials. In the first trial, we used medical masks (3M, catalogue number 1820) and N95 fit/non-fit-tested respirator (3M, catalogue number 9132). The following products were used in the second trial: medical masks (3M, catalogue number 1817) and respirator (3M, catalogue number 1860).

The interventions compared in the pooled analysis were as follows: (i) continuous use of

N95 respirators (pooled data from both trials - 1530 subjects); (ii) targeted N95 respirator use (data from trial 2-516 subjects); (iii) continuous use of medical masks (pooled data from both trials - 1064 subjects) and (iv) and a control group (data from trial 1-481 subjects).

Only laboratory-confirmed outcomes were included in the analysis, which were defined and measured identically in both trials, and comprised: (i) laboratory-confirmed viral respiratory infection (detection of adenoviruses; human metapneumovirus; coronavirus 229E∕NL63; parainfluenza viruses 1, 2 and 3; influenza viruses A and B; respiratory syncytial virus A and B; rhinovirus A∕B and coronavirus OC43∕HKU1 by multiplex PCR); (ii) laboratory-confirmed (multiplex PCR) influenza A or B and (iii) laboratory-confirmed bacterial colonisation (Streptococcus pneumonia, Haemophilus influenza, Bordetella pertussis, Chlamydophila pneumoniae and Mycoplasma pneumonia).[3], [4] The laboratory testing has previously been described.[3], [4]

Laboratory-confirmed bacteria and viruses identified in participants were categorised according to droplet (n = 285), contact (n = 6) and airborne (n = 3) transmission modes (Table S1A). Sixty-one co-infection cases with multitransmission were categorised separately. Among the viruses isolated, coronavirus and influenza A/B were included in the droplet category (and thus included in the additional analysis); rhinovirus A/B was included in the airborne category and adenovirus; parainfluenza virus and respiratory syncytial virus (RSV) were included in contact category in the base case analysis. All bacteria were categorised into the droplet transmission category. For consistency, data on the transmission modes were taken from the Pathogen Safety Data Sheets (PSDSs) of the Public Health Agency of Canada[10] (Table S1A). As the largest number of confirmed infections was in the droplet category, we conducted a subgroup analysis of droplet-transmitted infections. Given there were a large number of RSV cases (n = 33) in our data set and RSV is variously categorised as either "droplet"[11] or "contact" spread[12] in different guidelines, we performed a sensitivity analysis by including RSV into the droplet transmission category instead of contact.

**2.1 Ethics**

Ethics approvals of two clinical trials were obtained from the Institutional Review Board and Human Research Ethics Committee of the Beijing Center for Disease Prevention and Control.

**2.2 Patient involvement**

We did not involve patients and their families in the design and conduct of the study. We have acknowledged the support of participants, and the results will be published in open access journal.

### 2.3 Statistical analysis

The data sets from the two trials were pooled incorporating the common variables. We calculated the attack rate (proportion of outcome) of each of the four outcomes by the study arms.

We conducted a fixed effect individual patient data (IPD) meta-analysis by fitting a multivariable log binomial model, using generalised estimating equation (GEE) to account for clustering by hospital/ward. We used a fitted fixed effect model because there are only two trials. Two studies were conducted in the same setting with similar participant characteristics, and they examined the same underlying effect. In the analysis, relative risk (RR) was estimated using the control arm as the referent category after adjusting for potential confounders and their interaction terms with a trial ID number. The overall rates of seasonal infection were higher in the second trial than the first. The consistency assumption (ie between study homogeneity) for the IPD meta-analysis was tested by fitting an interaction term between trial ID and trial arms where a significant interaction is indicative of inconsistency.[13] Any interaction term (between trial ID and covariates other than trial arm) that was not a confounder was subsequently excluded from the model using backward elimination approach. This approach is described in detailed elsewhere.[4] We repeated the above-described methods for each of the outcomes.

## 3 RESULTS

After combining the data sets from the two trials, 3591 cases were entered into the pooled analysis (1064 cases in the medical mask arm, 516 cases in the targeted N95 arm, 1530 cases in the continuous N95 arm and 481 cases in the control arm). The infection outcomes are presented in Figure 1. The rates of laboratory-confirmed viral respiratory infection (26/1530, 1.7%), laboratory-confirmed bacterial colonisation (79/1530, 5.2%) and droplet-transmitted infections (62/1530, 4.1%) were lowest among the continuous N95 arm. Laboratory-confirmed influenza A and B was lowest in continuous N95 (6/1530, 0.4%) and targeted N95 arms (2/516, 0.4%).





Rate of infections reported in HCWs in the different arms from Trials 1 and 2

In the IPD meta-analysis, none of the interaction terms between trial arm and trial ID was significant for any of the outcome variables. Thus, the consistency assumption for the IPD meta-analysis was satisfied. However, a significant interaction was observed between trial ID and hand washing for laboratory-confirmed bacterial colonisation only; therefore, we estimated the RR for trial ID stratified by hand washing.

Figure 2 shows the forest plot of outcomes according to various interventions. All outcomes were consistently lower in the continuous N95 and targeted N95 arms. The IPD meta-analysis shows that the risk of laboratory-confirmed bacterial colonisation was lower in the continuous N95 arm (RR 0.33, 95% CI 0.21-0.51 or 67% efficacy) and targeted N95 arm (RR 0.54, 95% CI 0.33-0.87 or 46% efficacy) (Table 1).



Forest plot of outcomes according to various interventions

Table 1. Multivariable cluster adjusted log binomial model of laboratory-confirmed bacterial colonisation

| Variables in the model | Relative risk (95% CI) | *P*-value |
|---|---|---|
| Continuous N95 arm | **0.33 (0.21-0.51)** | **<.001** |
| Targeted N95 arm | **0.54 (0.33-0.87)** | **.001** |
| Medical mask arm | 0.74 (0.48-1.13) | .161 |
| Control arm | Ref | Ref |

| Variables in the model | Relative risk (95% CI) | *P*-value |
|---|---|---|
| Sex (Male) | 0.60 (0.42-0.85) | .005 |
| Trial | 2.53 (1.65-3.87) | <.001 |
| Influenza vaccine | 1.13 (0.89-1.43) | .308 |
| Trial * Hand wash | 4.49 (3.12-6.48) | <.001 |

- Bold value indicates statistically significant results.

Laboratory-confirmed viral respiratory infections were significantly lower in the continuous N95 arm (RR 0.46, 95% CI 0.23-0.91, or 54% efficacy). The rates of laboratory-confirmed virus were also lower in the targeted N95 arm (RR 0.70, 95% CI 0.30-1.67) and medical masks arm (RR 0.78, 95% CI 0.39-1.56); however, the difference was not statistically significant (Table 2).

Table 2. Multivariable cluster adjusted log binomial model of laboratory-confirmed viral respiratory infection

| Variables in the model | Relative risk (95% CI) | *P*-value |
|---|---|---|
| Continuous N95 arm | **0.46 (0.23-0.91)** | **.026** |
| Targeted N95 arm | 0.70 (0.30-1.67) | .424 |
| Medical mask arm | 0.78 (0.39-1.56) | .484 |
| Control arm | Ref | Ref |
| Sex (Male) | 0.69 (0.36-1.33) | .272 |
| Hand washing | 0.78 (0.51-1.20) | .264 |
| Influenza vaccine | 0.94 (0.57-1.55) | .808 |
| Trial | 1.50 (0.89-2.54) | .131 |

- Bold value indicates statistically significant results.

Laboratory-confirmed influenza was also lowest in continuous N95 arm (RR 0.34, 95% CI 0.10-1.11) but not significant (Table 3). In the subgroup analysis of droplet-transmitted infections, compared to the control arm, the efficacy of continuous N95 respirators against droplet-transmitted infections (bacterial and viral) was 74% (RR 0.26, 95% CI 0.16-0.42) and 57% in the targeted N95 arm (RR 0.43, 95% CI 0.25-0.72) (Table 4).

Table 3. Multivariable cluster adjusted log binomial model of laboratory-confirmed influenza A or B

| Variables in the model | Relative risk (95% CI) | *P*-value |
| --- | --- | --- |
| Continuous N95 arm | 0.34 (0.10-1.11) | .074 |
| Targeted N95 arm | 0.46 (0.06-3.40) | .445 |
| Medical mask arm | 0.55 (0.16-1.91) | .350 |
| Control arm | Ref | Ref |
| Sex (Male) | 0.27 (0.03-2.01) | .220 |
| Hand washing | 0.70 (0.29-1.73) | .446 |
| Influenza vaccine | 0.78 (0.26-2.34) | .660 |
| Trial | 0.64 (0.19-2.18) | .477 |

Table 4. Multivariable cluster adjusted log binomial model of droplet-transmitted infections

| Variables in the model | Relative risk (95% CI) | *P*-value |
| --- | --- | --- |
| Continuous N95 arm | **0.26 (0.16-0.42)** | **<.001** |
| Targeted N95 arm | **0.43 (0.25-0.72)** | **.001** |
| Medical mask arm | 0.65 (0.41-1.04) | .074 |
| Control arm | Ref | Ref |
| Sex (Male) | 0.63 (0.43-0.92) | .016 |
| Hand washing | 1.27 (0.99-1.62) | .068 |
| Influenza vaccine | 1.16 (0.90-1.50) | .257 |
| Trial | 3.97 (2.83-5.59) | <.001 |

- Bold value indicates statistically significant results.

Inclusion of RSV cases in the droplet-transmitted pathogen category did not change the risk ratio to a large extent. If RSV cases were also included in the droplet-transmitted pathogen category, the efficacy was 70% in the continuous N95 (RR 0.30, 95% CI 0.19-0.46) and 51% in the targeted N95 arms (RR 0.49, 95% CI 0.30-0.80). The rate of droplet only transmitting viral infections was also lower in the continuous N95 and targeted N95 arms. HCWs who used a continuous N95 and targeted respirator were 85% (RR 0.15, 95% CI 0.04-0. 59) and 84% (RR 0.12, 95% CI 0.02-0.88) less likely to acquire droplet-transmitted viral infections.

When only the continuous N95 arm was compared against control, the risk of laboratory-

confirmed influenza was significantly lower in continuous N95 arm (RR 0.23 and 95% CI 0.06-0.93, or 77% efficacy). In the similar analysis, the risk of influenza was also lower in medical mask arm compared to control; however, the difference was not statistically significant (RR 0.81 and 95% CI 0.25-2.68) arm. Table 5 compares the results of this analysis with the individual studies.

Table 5. Results of individual clinical trials and pooled analysis

| | Arms | RCT 1 (OR/ RR) | RCT 2 (HR/ RR) | Pooled analysis |
|---|---|---|---|---|
| CRI | Continuous N95 | 0.46 (0.19-1.11) | **0.39 (0.21-0.71)** | |
| | Targeted N95 | - | 0.70 (0.39-1.24) | |
| | Medical masks | 0.74 (0.29-1.88) | Ref | |
| | Control | Ref | - | |
| Influenza like illness | Continuous N95 | 0.26 (0.06-1.11) | - | |
| | Targeted N95 | - | - | |
| | Medical masks | 0.49 (0.12-2.07) | - | |
| | Control | Ref | - | |
| Laboratory-confirmed viruses | Continuous N95 | **0.43 (0.20-0.91)** | - | **0.46 (0.23-0.91)** |
| | Targeted N95 | - | - | 0.70 (0.30-1.67) |
| | Medical masks | 0.84 (0.38-1.85) | - | 0.78 (0.39-1.56) |
| | Control | Ref | - | Ref |
| Laboratory-confirmed influenza | Continuous N95 | 0.25 (0.06-1.00) | - | 0.34 (0.10-1.11) |

| | Arms | RCT 1 (OR/RR) | RCT 2 (HR/RR) | Pooled analysis |
|---|---|---|---|---|
| | Targeted N95 | - | - | 0.46 (0.06-3.40) |
| | Medical masks | 0.81 (0.25-2.68) | - | 0.55 (0.16-1.91) |
| | Control | Ref | - | Ref |
| Laboratory-confirmed bacterial colonisation | Continuous N95 | **0.34 (0.21-0.56)** | **0.40 (0.21-0.73)** | **0.33 (0.21-0.51)** |
| | Targeted N95 | - | 0.70 (0.40-1.24) | **0.54 (0.33-0.87)** |
| | Medical masks | 0.67 (0.38-1.18) | Ref | 0.74 (0.48-1.13) |
| | Control | Ref | | Ref |
| Droplet-transmitted infections | Continuous N95 | - | - | **0.26 (0.16-0.42)** |
| | Targeted N95 | - | - | **0.43 (0.25-0.72)** |
| | Medical masks | - | - | 0.65 (0.41-1.04) |
| | Control | - | - | Ref |

- Bold value indicates statistically significant results.

## 4 DISCUSSION

We demonstrated superior clinical efficacy of continuous use of N95 respirator (also known as "airborne precautions") against infections presumed to be spread by the droplet mode, including influenza. This suggests that transmission is more complex than assumed by traditional classifications, and supports the fact that both large and small droplets are present close to the patient, and that aerosol transmission may occur for presumed "droplet" infections. Respirators are designed to provide respiratory protection through filtration and fit, and properly fitted respirators provide better protection compared to medical masks.[3, 4] We could not demonstrate efficacy of medical masks against any

outcome, but the non-significant trend appeared to be towards protection. Medical masks may well have efficacy,[5] but if so, the degree of efficacy was too small to detect in this study, and larger studies are needed, given the widespread use of these devices in health care.

The practical implication of this research is illustrated with influenza as a case in point. Droplet and contact are thought to be primary modes of transmission for seasonal influenza; therefore, the World Health Organisation (WHO) and the Centers for Disease Control and Prevention (CDC) guidelines recommend medical masks during routine patient care, while N95 respirators are recommended during procedures in which aerosols may be generated and during other high-risk situations.[14], [15] However, there is increasing evidence of aerosol transmission of influenza during routine care as well (in the absence of aerosol generating procedures), which may warrant superior respiratory protection.[16], [17] Influenza research is challenging because there is high seasonal variation in activity, and the level of circulating influenza in any given year cannot be predicted when planning RCTs. In addition, a diagnosis of influenza requires the detection of virus from respiratory specimens, or a fourfold rise in serological titres, both of which are highly resource-intensive and depend on daily subject follow-up and on optimal timing of specimen collection. For all these reasons, the published studies to date have been unable to determine whether there is a difference in efficacy against influenza infection between medical masks and N95 respirators. This study can therefore usefully inform policies for prevention of influenza.

In the first RCT, compared to medical masks, N95 respirators were found to be protective against CRI, but not against ILI or laboratory-confirmed influenza.[3] When compared with the control arm, rates of laboratory-confirmed virus and bacterial colonisation were significantly lower in N95 arm (Table 5). In the second RCT, continuous use of N95 respirators was associated with lower rates of CRI and laboratory-confirmed bacterial colonisation compared to the medical mask use.[4] Pooled analysis of these studies improved the power to analyse other infectious outcomes by intervention and to allow analysis by mode of transmission.

An important finding of this analysis was the efficacy of N95 respirators against droplet-transmitted infections. Generally, medical masks are considered sufficient for droplet-transmitted infections such as influenza.[18] However, this study has demonstrated a clear benefit of using N95 respirators (both continuous and targeted) to protect HCWs against droplet infections and does not show significant protection of medical masks. In the light of these findings, it may be prudent to use respirators when the transmission mode of a disease is unknown or when HCWs exposed to droplet-transmitted infections with a high-case fatality rate.[6] Middle East respiratory syndrome coronavirus (MERS-CoV) and Ebola virus disease (EVD) are not airborne infections, yet the CDC recommendation of using

respirators to protect HCWs recognises the uncertainty around transmission.[19], [20] The CDC initially recommended medical masks for Ebola, but changed their guidelines when US HCWs became infected, amidst unrest and challenges to the prior guidelines.[6], [21] In contrast, the WHO recommends medical masks for MERS-CoV and Ebola [22], [23] despite having older guidelines for filoviruses which recommended respirators.[24] There is a need for a more evidence-based approach to updating guidelines and ensuring consistency between different guidelines.[25]

Our study also demonstrated that, over and above the benefit of continuous use, targeted use of N95 is associated with reduced risk of infection. Many guidelines recommend targeted use,[14], [15], [26] and our study supports this practice. However, better protection is achieved through continuous use of respirators. This may be because HCWs cannot always identify situations in which they are at risk, especially in busy clinical settings with a high level of movement of patients and staff in and out of wards.

This study has some limitations. Firstly, the reporting of the results included in Figure 1 is different from the IPD meta-analysis results. This is due to the uneven distribution of randomisation arms and differing seasonal attack rates between the trials. In Figure 1, these between-trial differences were not taken into account. The IPD meta-analysis takes into account of these and gives an unbiased association. Secondly, the control arm in trial 1 was not randomised; however, the risk of bias is less due to similar study setting, outcome measures and participant characteristics. Moreover, whether infection was acquired in the community or the hospital cannot be determined, but the RCT design should result in community exposure being distributed equally across all arms. Finally, we categorised pathogens according to various transmission modes, while certain viruses are transmitted via multiple routes. The pooled data were suggestive of an effect of respirators against influenza, but probably did not have enough statistical power for this outcome. The major strength of this study is the use of the same endpoints, measurements and methods in the two trials, which allowed valid pooling of the data.

## 5 CONCLUSION

It is a long-held belief in hospital infection control that a mask is adequate for droplet-transmitted infections. We showed that the use of respirators provides better protection against respiratory infections, even those presumed to be spread predominantly by the droplet mode. The targeted use of a respirator was also effective, whereas ==no efficacy was demonstrated for medical masks alone.== However, the trends suggest some degree of protection from medical masks, and larger studies are required to measure the efficacy of these devices. The superiority of respirators should be reflected in infection control guidelines to ensure the occupational health and safety of HCWs. A growing body of clinical efficacy evidence, including this study, challenges long-held paradigms about the

transmission of infection.

## 6 SUMMARY OF KEY POINTS

1. The data collected during two similar clinical trials conducted in Beijing, China, which examined the same infection outcomes, were pooled

2. We showed that respirators provide superior protection against droplet-transmitted infections, for which most guidelines recommend masks. These findings challenge the paradigm of infection transmission being simplified to droplet, airborne or contact.

3. For many infections, more than one mode of transmission is possible, and our data suggest that transmission of infections is more complex than suggested by these paradigms.

4. Clinical efficacy data are a higher level of evidence than theoretical paradigms of transmission, and show better protection afforded by respirators.

## ACKNOWLEDGEMENTS

Thanks to the staff at the Beijing Centre for Disease Control and hospitals staff in both trials. Thanks to Australian National Health & Medical Research Council of Australia (Grant # 630787). We acknowledge the guidance and support of 3M China for fit testing during China 1 trial and supplies of masks/respirators during China Trial 2 due to shortage during the 2009 influenza pandemic.

## COMPETING INTERESTS

All authors have completed the Unified Competing Interest form (available on request from the corresponding author) and declare that; (i) Professor C. Raina MacIntyre: Raina MacIntyre has held an Australian Research Council Linkage Grant with 3M as the industry partner, for investigator-driven research. 3M have also contributed supplies of masks and respirators for investigator-driven clinical trials. She has received research grants and laboratory testing as in-kind support from Pfizer, GSK and Bio-CSL for investigator-driven research; (ii) Dr Holly Seale had a NHMRC Australian based Public Health Training Fellowship at the time of the study (1012631). She has also received funding from vaccine manufacturers GSK, bio-CSL and Saniofi Pasteur for investigator-driven research and presentations, and (iii) Dr. Abrar Chughtai had testing of filtration of masks by 3M for PhD. The remaining authors declare that they have no competing interests and have no non-financial interests that may be relevant to the submitted work.

## AUTHORS' CONTRIBUTIONS

CRM performed the lead investigator, conception and design of the study, analysing the data and manuscript writing; AAC involved in the statistical analysis and drafting of manuscript; BR performed the contribution to the statistical analysis and revision of manuscript; YP, YZ, HS and XW performed the data management and revision of manuscript; QW performed the contribution to design, analysis and revision of study. All authors have read and approved the final version of the manuscript and ensure that this is the case.

## TRIAL REGISTRATION

This is pooled analysis of two clinical trials.

1. First clinical trial—Clinical trial registered with Australian New Zealand Clinical Trials Registry (ANZCTR) (http://www.anzctr.org.au), registration number ACTRN 12609000257268, registered on 13/05/2009.

2. Second clinical trial—Clinical trial registered with Australian New Zealand Clinical Trials Registry (ANZCTR) (http://www.anzctr.org.au), registration number ACTRN 12609000778280, registered on 8/09/2009.

## REFERENCES

**COVID-19 Information**

Public health information (CDC)

Research information (NIH)

SARS-CoV-2 data (NCBI)

Prevention and treatment information (HHS)

Español

Plaintiff's Exhibit 391

❎

› Infect Control Hosp Epidemiol. 1997 Jan;18(1):49-57. doi: 10.2307/30141964.

# The evolution of the surgical mask: filtering efficiency versus effectiveness

N L Belkin

PMID: 9013247   DOI: 10.2307/30141964

## Abstract

When originally introduced for use at the turn of the century, the primary function of the surgical mask was to prevent the migration of microorganisms residing in the nose and mouth of members of the operating team to the open wound of the patient. As technology developed new materials and designs, their filtering efficiencies gradually improved. However, there is no standard test method for assessing that capability, and its influence on the rates of surgical-wound infection has yet to be demonstrated. Quite to the contrary, both in-vitro and in-vivo studies indicate that a mask may not be universally necessary in today's surgical environment.

## Comment in

Making surgical care better: hard work, small gains.

Lee JT.

Infect Control Hosp Epidemiol. 1997 Jan;18(1):6-8. doi: 10.1086/647493.

PMID: 9013239 No abstract available.

## Related information

MedGen

Plaintiffs' Exhibit 392

spectator.org

# The Illogic and Injustice of Mask-Shaming

*Richard Shinder*

6-7 minutes

A curious phenomenon has begun to emerge in the wake of the CDC's recent updated guidance on mask-wearing related to COVID-19, or its "Interim Public Health Recommendations for Fully Vaccinated People," as stated on the CDC's website. Specifically, the CDC states that fully vaccinated people "no longer need to wear a mask or physically distance in any setting," excepting where governmental or business/workplace requirements may differ.

Those possessed of even average critical thinking skills might have wondered why such a pronouncement was even necessary in the wake of a massive, publicly and privately funded vaccine research, development, production, distribution, and (most notably) marketing campaign designed to inoculate those so vaccinated. The common public understanding of vaccination programs generally is that they exist to prevent — and, in the case of COVID-19, also diminish the symptoms of — infection by the subject pathogen.

Leaving apart any considerations about COVID-19 infection survivability and severity rates among all but the most susceptible demographics, use of "effective" vaccines (i.e., those currently approved for use in the U.S.) combined with a dash of empiricism and common sense regarding exposure risk have resulted in a considerable majority of the general public — and residents of both red and blue states — functionally well ahead of the CDC. Indeed, outdoor, socially distanced, open-air transmission always seemed a long inductive putt. Except for those who harbor some political or other agenda unrelated to personal or public health, most people should by now find the guidance issued by the CDC last week to be self-evident — the decisions of certain jurisdictions to continue their mask mandates notwithstanding.

The phenomenon to which I refer is not (or not just) continued outdoor mask-wearing, which remains ubiquitous in New York City, but public statements — often by those on the political left — that they're either not comfortable with going maskless in the types of situations described by the CDC, even if fully vaccinated, or are concerned about the "message" associated with doing so, which they apparently construe as a form of reverse virtue-signaling. Here we find a tidy illustration of anti-rationalism, leavened by moral superiority.

Anti-rationalism, alas, will always be with us. And it is a small price to pay for a free society — your inability to properly assess risk, whether in the case of COVID-19 or otherwise, does me no actual harm, provided it relates only to you. If Joy Reid wants to say that those who are fully vaccinated are "irrational" to not also wear masks, as she did just a short time before the CDC reversed itself and stated the obvious, it is fine for her to take that position — insofar as it only relates to Joy Reid. Similarly, if David Hogg wants to continue to wear a mask publicly despite being vaccinated for fear of

being thought a "conservative" (horrors!),  as he recently expressed on Twitter, he is of course free to do so.

Such anti-rationalism matters when it enters the sphere of governmental, commercial, or other social prohibitions on the behavior of others. In economics there is the concept of an "externality," which is imposed on a third party who did not agree to accept the associated cost or benefit arising from the actions of others. Public policy deals in myriad consumption- and production-related "negative externalities" that ensue from commercial activity, and even with what are perhaps better thought of as "behavioral externalities" (the classic cases of loud music or secondhand smoke, where the injury done to the third party is derivative of a commercial transaction).

Requiring that fully vaccinated individuals wear masks in public risks inverting society's — and government's — objective of limiting the consequences of negative externalities, and it conversely consecrates the imposition of behavioral externalities onto those who should not bear them. For people at no realistic risk to others to be forced or even guilted into wearing masks to mollify the ideological sensibilities of those unwilling to accept the CDC's (belated but nevertheless unambiguous) guidance inflicts real costs on parties simply acting at the direction of public health authorities.

It is particularly curious to see this inversion arise in the current cultural moment, one in which lifestyle choices that create actual negative externalities are not to be shamed — or even spoken about honestly. While obesity is among the highest comorbidities associated with the risk of dying from COVID-19, popular and social media actively promote "body positive" messages celebrating excessive weight and suppress an honest discussion of the health consequences of obesity. The same society that is in a headlong rush to legalize the sale and use of marijuana in the absence of meaningful research on its long-term effects would rather sanction those actually "following the science" and properly assessing the risk of COVID-19 than consider the consequences of largely unexamined tectonic shifts in drug policy.

One can and should hope that state and local governments will soon fall in line with the CDC's revised guidance and move quickly to remove all COVID-related restrictions at odds with science and experience. What may prove more difficult is convincing decision-makers responsible for significant areas of American life — schools, universities, businesses, restaurants, entertainment venues, and the like, along with the elites responsible for shaping public discourse — to see the fundamental illogic and injustice of empty virtue-signaling.

*Richard J. Shinder is the founder and managing partner of Theatine Partners, a financial consultancy.*

Plaintiffs' Exhibit 393

# The Potential for Cloth Masks to Protect Health Care Clinicians From SARS-CoV-2: A Rapid Review

*Ariel Kiyomi Daoud*

*Jessica Kole Hall*

*Haylie Petrick*

*Anne Strong*

*Cleveland Piggott,* MD, MPH

Department of Family Medicine, University of Colorado School of Medicine, Aurora, Colorado



**MORE ONLINE**
www.annfammed.org

## ABSTRACT

**PURPOSE** The coronavirus disease 2019 (COVID-19) pandemic has led at times to a scarcity of personal protective equipment, including medical masks, for health care clinicians, especially in primary care settings. The objective of this review was to summarize current evidence regarding the use of cloth masks to prevent respiratory viral infections, such as severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), among health care clinicians.

**METHODS** We searched 5 databases, the Centers for Disease Control and Prevention website, and the reference lists of identified articles on April 3, 2020. All identified publications were independently screened by 2 reviewers. Two authors independently extracted data and graded the studies. Randomized control trials (RCTs) were graded using the Consolidated Standards of Reporting Trials (CONSORT) checklist, and observational and nonhuman subject studies were graded using 11 domains common across frequently used critical appraisal tools. All discrepancies were resolved by consensus.

**RESULTS** Our search identified 136 original publications. Nine studies met inclusion criteria. We performed a qualitative synthesis of the data from these studies. Four nonrandomized trials, 3 laboratory studies, 1 single-case experiment, and 1 RCT were identified. The laboratory studies found that cloth materials provided measurable levels of particle filtration but were less efficacious at blocking biologic material than medical masks. The RCT found that cloth masks were associated with significantly more viral infections than medical masks.

**CONCLUSIONS** The current literature suggests that cloth materials are somewhat efficacious in filtering particulate matter and aerosols but provide a worse fit and inferior protection compared to medical masks in clinical environments. The quality and quantity of literature addressing this question are lacking. Cloth masks lack evidence for adequate protection of health care clinicians against respiratory viral infections.

*Ann Fam Med* 2021;19:55-62. https://doi.org/10.1370/afm.2640.

## INTRODUCTION

In December 2019, the novel coronavirus, severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), emerged in Wuhan, China and quickly became a global pandemic as the coronavirus disease 2019 (COVID-19) respiratory syndrome. At the time of this article's writing, more than 68 million cases were reported worldwide, with more than 1,500,000 deaths.[1] In the United States, health care clinicians have been faced with a scarcity of personal protective equipment (PPE) including N95 respirators and disposable medical masks.[2] As the United States has focused primarily on supporting large urban hospitals to care for the surge of severely ill patients, primary care offices have experienced severe PPE shortages.[3] During the week of this article's writing in April 2020, 58% of primary care clinicians reported in a national survey to have resorted to the use of homemade and/or used PPE. Seven months later, 32% reported that they were either lacking PPE or felt that their required level of PPE reuse was unsafe.[4]

*Conflicts of interest: authors report none.*

**CORRESPONDING AUTHOR**

Cleveland Piggott
Department of Family Medicine
University of Colorado School of Medicine
13001 E 17th Pl
Aurora, CO 80045
Cleveland.Piggott@cuanschutz.edu

Hospitals, health care systems, and the National Strategic Stockpile have insufficient supply to provide adequate PPE for health care clinicians. This leaves primary care practices and other resource-limited organizations, such as rural hospitals, to determine how to protect their clinicians. Conflicting information from the popular media, messaging from various health care systems, and constantly changing societal guidelines complicate decisions regarding appropriate mask usage in clinical settings during times of scarcity. Creative solutions include rationing supplies, extending the use of PPE, recycling masks, and devising alternative face protection.[2] The US Centers for Disease Control and Prevention (CDC) states that health care clinicians may used cloth masks as a last resort.[5] The CDC notes that cloth masks are not considered PPE and that their capability to protect health care clinicians is not currently known. The CDC does not offer information regarding the degree of protection a cloth mask might provide compared to a medical mask. In addition, there is no recommendation for what the best design of a cloth mask might be in the face of a shortage of PPE. This rapid review summarizes current evidence on the efficacy and effectiveness of cloth masks compared with medical masks to prevent respiratory viral infections among health care clinicians.

## METHODS

### Criteria for Study Consideration
We followed Cochrane rapid review methods for this review.[6] We included all studies examining the efficacy and/or effectiveness of cloth masks in filtering biologic materials or comparing a cloth mask to an industrial medical or surgical mask. Efficacy refers to the performance of mask materials in a laboratory setting (ie, filtration, fit factor, pressure gradient), whereas effectiveness considers the performance of masks when used by human subjects in clinical environments (ie, infection rate). Biologic materials were defined as bacteria or viruses. The term cloth was applied broadly and included any type of woven nonsynthetic material or woven polyester fabric that might be used to create a homemade cloth mask. Studies examining filtering ability of cloth masks against environmental exposures, such as diesel particles, foundry exposure, welding fumes, or pollution, were excluded. Reviews, opinion pieces, letters to the editor, commentaries, research briefs, and anecdotes were also excluded.

### Main Outcome Measures
Inclusion in this review required at least 1 of the following outcome measures:

- Efficacy or effectiveness of cloth masks
- Respiratory illness/infection rate of health care clinicians wearing cloth masks
- Filtration efficiency of cloth masks compared to medical or surgical masks
- Percentage aerosol penetration of cloth masks compared to medical or surgical masks
- Comparison of mask fit between cloth and medical or surgical masks

### Search Methods
We performed a search of MEDLINE, the Cochrane Library, Embase, the Cumulative Index to Nursing and Allied Health Literature (CINAHL), and the Web of Science databases on April 3, 2020, to identify relevant studies for this review. Gray literature was searched briefly via the CDC's website. Reference lists of identified studies were consulted for additional publications. Publication dates before 1970 were not considered. No exclusion criteria were applied on the basis of study quality grade or language. A health science librarian was consulted for the identification of appropriate databases and assistance with search term definitions. See Supplemental Table 1, https://www.AnnFamMed.org/content/19/1/55/suppl/DC1/, for search strategies.

### Data Collection and Analysis
#### Study Selection
All studies retrieved via database searches were downloaded to citation manager software. Duplicates were removed. Two authors (JKH and AS) independently screened identified studies via title and abstract content and then independently reviewed full-text publications of the screened studies. Any discrepancies in eligibility were resolved via discussion and consensus between the independent reviewers and additional authors as needed.

#### Data Extraction and Management
Two authors (HP and AKD) independently extracted data from the final list of eligible studies to separate spreadsheets. Data were compared and discrepancies resolved via discussion and consensus, including additional author(s) as necessary. They then independently appraised each study and resolved discrepancies via discussion and consensus. Study appraisal was implemented to identify flaws in methodology and assess bias. Randomized control trials (RCTs) were appraised using the Consolidated Standards of Reporting Trials (CONSORT) checklist.[7] The diversity of study type included prevented implementation of a single critical appraisal tool. Reviewers considered observational and nonhuman subjects studies using 11 domains common across frequently used critical appraisal tools.[8]

## RESULTS

### Publication Identification

Our search of 5 databases and gray literature yielded 136 nonduplicate original publications (Figure 1). Ten of the publications required title and abstract translation from non-English languages; all were irrelevant to our study question and were excluded. Thirty-six articles were identified for full-text evaluation, and 27 were excluded (Supplemental Table 2, https://www.AnnFamMed.org/content/19/1/55/suppl/DC1/). Nine studies were included for analysis after screening and selection. Four nonrandomized trials, 3 laboratory efficacy studies, 1 single-case experiment, and 1 RCT were included.[9-17] We excluded several studies that investigated cloth mask protection against air pollution or industrial debris. Although those studies might provide insight regarding physical characteristics of cloth materials, we chose to include only studies that explicitly considered mask use to prevent disease or measured particles of biologic significance such as bacteria, viruses, or particles intended to be of similar size to respiratory droplets or aerosols.

Overall quality assessment and appraisal details of the observational and nonhuman subject studies are summarized in Table 1. The 11 domains[8] for which each study was considered were not equally weighted for determination of overall study quality. The low-quality studies[15,16] had small trial numbers, did not report statistical significance, failed to address potential sources of bias, and did not report funding sources. The moderate-quality studies[13,14] had higher-quality methods but did not fully discuss limitations. The most-commonly neglected criterion among the high-quality studies[9-12] was lack of a no-mask control for comparison with cloth masks. We considered these appraisal findings when reporting results and drawing conclusions from each publication.

The 9 studies that met inclusion for analysis were then appraised (Table 2).[9-17] The RCT by MacIntyre et al[17] closely followed CONSORT guidelines but notably did not include a control group without masks, owing to the clinical setting. In addition, the authors disclosed a former relationship with 3M, which produces commercial masks. Although they reported that 3M was not involved in their RCT, it remains a source of potential bias.

### Filtration

Seven publications addressed the filtration efficacy of commercial cloth masks or materials used to create homemade masks, such as polyester, cotton, tea towel, and scarves, in a laboratory setting.[9-11,13-15,17] These studies used various experimental techniques



**Figure 1. Study flowchart for selection of articles.**

CDC = Centers for Disease Control and Prevention; CINAHL = Cumulative Index to Nursing and Allied Health Literature.

[a] Ten studies were non-English and did not answer identified outcome measures.

to investigate filtration of aerosolized virus,[9,14] aerosolized particles,[11,17] or bacteria.[9,10,13,15] Of the studies that evaluated pathogen penetration, 4 detected viable pathogens via colony formation,[9,10,13,15] and 1 detected postfiltration virus via polymerase chain reaction (PCR).[14] Regardless of the filtered substance or detection method, all concluded that cloth materials prevent some level of penetration but generally had lesser filtration efficiency and greater variability than medical masks. These findings suggest some, though highly variable, filtration by cloth mask materials.

Two of the identified studies investigated the effect of multiple layers of material on viral filtration.[9,14] Both reported that use of multiple layers increased the viral filtration efficacy of cloth mask material. Ma et al also specifically selected experimental material for physical similarity to SARS-CoV-2.[14] That study concluded that 1 layer of polyester combined with 4 layers of paper towel was similarly efficacious to a medical mask.[14] Both types of mask, polyester alone and combined with paper

**Table 1. Observational and Nonhuman Subjects Study Appraisal Results**

| Publication | Study Type | Overall Study Assessment[a] | Appropriate Study Design | Prospective Calculation of Study Size | Blinding of Patients and Personnel | Patient Selection/ Inclusion Criteria |
|---|---|---|---|---|---|---|
| Davies et al[9] | Nonrandomized trial | High | Yes | No | No | Yes |
| Liu et al[10] | Nonrandomized trial | High | Yes | No | No | No |
| Rengasamy et al[11] | Laboratory efficacy study | High | Yes | No | No | ... |
| van der Sande et al[12] | Nonrandomized trial | High | Yes | No | No | No |
| Furuhashi[13] | Laboratory efficacy study | Moderate | Yes | No | No | ... |
| Ma et al[14] | Laboratory efficacy study | Moderate | Yes | No | No | ... |
| Quesnel[15] | Single-case experiment | Low | Yes | No | No | No |
| Sellers et al[16] | Nonrandomized trial | Low | Yes | No | No | Yes |

[a] Determined by review of 11 appraisal domains in context of study strengths and weaknesses.

towel, blocked ~95% of viral particles similar in size to SARS-CoV-2, as detected by PCR. However, the authors of the study considered this insufficient protection for health care clinicians and suggested use of N95 respirators.[14]

## Fit and Airflow

Four studies investigated fit, particle leakage, or airflow of cloth masks in human volunteers.[9,10,12,16] One study used a commercial fit-testing system for cloth masks that were constructed and worn by volunteers,[9] and

**Table 2. Summary of Included Studies**

| | | | | Outcomes | | | |
|---|---|---|---|---|---|---|---|
| | | | | Efficacy[a] | | | Effectiveness[b] |
| Publication | Study Type | Population | Pathogen/Particle | Filtration | Fit | Airflow | Infection |
| MacIntyre et al[17] | Randomized trial | Health care clinicians in high-risk wards in Vietnam (N = 1,607) | Viral respiratory infection,[c] aerosolized particles | Cloth < medical | ... | ... | Cloth < medical (↑ infection in cloth) |
| Davies et al[9] | Nonrandomized trial | Volunteers, general population (N = 21) | Aerosolized virus,[d] aerosolized bacteria[d] | Cloth < medical | Cloth < medical | Cloth < medical | ... |
| Liu et al[10] | Nonrandomized trial | Surgeons (N = 50) | Bacteria[d] | Cloth < medical | ... | Cloth < medical | ... |
| Sellers et al[16] | Nonrandomized trial | Human subjects exposed to hand-foot virus (N = 8) | Picornavirus[e] | ... | ... | ... | Cloth = medical (↑ infection in both) |
| van der Sande et al[12] | Nonrandomized trial | Volunteers, general population (N = 39) | Particles (0.02-1 μm) | ... | Cloth < medical | ... | ... |
| Furuhashi[13] | Laboratory efficacy study | ... | Bacteria[d] | Cloth < medical | ... | Cloth < medical | ... |
| Ma et al[14] | Laboratory efficacy study | ... | Aerosolized virus[f] | Cloth = medical | ... | ... | ... |
| Rengasamy et al[11] | Laboratory efficacy study | ... | Aerosolized particles (20-1,000 nm) | Cloth < N95 | ... | ... | ... |
| Quesnel[15] | Single-case experiment | Single human test subject, general population | Bacteria[d] | Cloth = medical | ... | ... | ... |

hMPV = human metapneumovirus; PCR = polymerase chain reaction.

Note: < indicates less effective or efficacious; = indicates no difference in effectiveness or efficacy; ↑ indicates increased incidence.

[a] Efficacy refers to the performance of mask materials in a laboratory setting.
[b] Effectiveness refers to the performance of masks when used by human subjects in clinical environments.
[c] Influenza-like illness and/or pharyngeal swab multiplex PCR-confirmed infection (rhinovirus, hMPV, influenza, etc).
[d] Viable pathogen detected via postfiltration colony formation.
[e] Viral colony formation from nasal swab.
[f] Virus detected via postfiltration PCR.

| Subject Comparability | Appropriate Endpoints | Assessment of Outcomes/ Exposure | Follow-Up/ Handling of Missing Data | Reporting | Confounding | Appropriate Statistical Analysis |
|---|---|---|---|---|---|---|
| Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| ... | Yes | Yes | ... | Yes | Yes | Yes |
| Yes | Yes | Yes | Yes | Yes | Yes | Yes |
| ... | Yes | Yes | ... | Yes | Yes | Yes |
| ... | Yes | Yes | ... | Yes | Yes | Yes |
| Yes | Yes | Yes | Yes | Yes | Yes | No |
| No | Yes | Yes | No | No | No | Yes |

another quantified fit by measuring inward particle leakage by homemade tea towel masks compared to medical masks.[12] These investigations concluded that cloth masks provide a measurable barrier but have worse fit and a greater level of particle leakage compared to medical masks.[9,12]

Limited airflow through cloth materials can contribute to breathing difficulties and particle leakage. Thus, airflow is an important consideration in cloth mask design. Airflow was assessed in 2 studies with human subjects.[9,10] The materials with the greatest filtration efficacy (vacuum bag and tea towel) were countered by very low airflow, which made breathing difficult and limits use of these materials.[9,10]

## Infection Risk

Two studies evaluated cloth mask effectiveness outside of laboratory conditions.[16,17] The only RCT published to date reported the differences in infectious outcomes with standardized use of cloth masks, medical masks, and usual practice and called into question their effectiveness in clinical environments.[17] Usual practice in that study included variable cloth mask use. Participants in that study arm were permitted to choose the type and duration of mask use throughout the study; therefore, there was no true unmasked control arm. Both intention-to-treat and post hoc analyses adjusting for compliance and confounders found greater rates of influenza-like illness (ILI) in the cloth mask arm compared to the medical mask arm. Of note, the relative risk of ILI was 13.25, and the 95% CI ranged broadly, from 1.74 to 100.97. Comparing participants from all arms who exclusively wore medical masks to those who only wore cloth masks, the incidences of ILI and laboratory-confirmed virus were significantly greater

among health care clinicians who used cloth masks. The RCT's authors could not definitively determine whether these results reflected superior protection from medical masks or a harmful effect of cloth masks. Considering their prior findings of negligible effect of medical masks against viral infection compared to N95 respirators,[18,19] and that the medical mask used had particularly poor filtration, they concluded that the increased incidence of ILI in cloth mask users might be due to a detrimental effect of cloth masks.

Sellers et al evaluated cloth mask effectiveness against the transmission of foot-and-mouth virus.[16] That study compared viral transmission of foot-and-mouth virus in exposed subjects wearing industrial gauze and cotton masks, cloth surgical masks, or paper masks. They concluded that the industrial and cloth masks minimally decreased total virus inhalation, and paper masks had no effect.

## DISCUSSION

The current COVID-19 pandemic has at times caused a shortage of PPE worldwide. Communities across the United States have mobilized efforts to provide health care clinicians with homemade cloth masks[20] as a reusable and accessible last-resort face covering. Primary care clinicians must decide how to protect themselves and their colleagues when adequate numbers of medical masks are not available. Several reports published during this pandemic addressed the effectiveness of cloth mask use in the community to prevent viral spread[21-25]; however, the use of cloth masks for protection of health care clinicians has not been thoroughly explored. This rapid review identified the relevant literature and brings together the disparate variables

of filtration, fit and airflow, and clinical effectiveness to evaluate the potential for cloth masks to protect health care clinicians.

## Filtration

Our qualitative synthesis suggested that cloth materials provide a measurable level of particle filtration. On this basis alone, cloth masks are superior to complete lack of face protection. However, this cannot serve as reassurance of sufficient protection for health care clinicians. The level of filtration provided is highly variable and consistently inferior to standard medical masks.[9-11,13-15] Studies included in this review that considered protection for the wearer suggested that the filtration capabilities of cloth masks would not adequately protect health care clinicians against viral infection.[12,14,17] For clinicians treating patients with COVID-19, it is notable that none of the studies in this review specifically tested SARS-CoV-2 transmission, and only 1 study selected experimental bioaerosols for physical similarity to SARS-CoV-2.[14] In addition, conclusions regarding filtration were based on investigations of aerosolized particles including noncoronaviruses,[9,11,14,16] bacteria,[8,13,17] and simulated biologic particles.[12,15] According to the World Health Organization, contact and respiratory droplets are the primary method of SARS-CoV-2 spread,[26] and aerosols are thought to play a smaller role.[22] The majority of efficacy studies examined here investigate filtration of aerosolized particles or virus rather than droplet or contact protections. Thus, we must interpret these results with caution in the context of COVID-19.

## Fit and Airflow

When considering a cloth mask as opposed to medical masks or a bandana or scarf, fit and airflow are essential elements to consider. These are also elements that distinguish medical masks from N95 respirators. Poor fit decreases protection because particles can pass through gaps between the wearer's face and the mask, while poor airflow causes breathing difficulty, causing compliance issues.[9,14] No current studies compared variable designs of cloth masks for fit or airflow, but multiple studies showed inferior fit of cloth masks compared to medical masks. Two studies found that the studied designs and materials of cloth masks limit both proper fit and airflow, leading to decreased protection and breathing difficulties.[8,14] This poses a significant challenge to cloth mask use and presents an opportunity for future research and development.

## Clinical Effectiveness

Although multiple studies indicated that cloth masks might be somewhat efficacious, the single clinical investigation suggests that they provide inferior protection in clinical settings and might even increase risk to health care clinicians. Whereas that work suggested that clinicians should exercise caution when choosing to use cloth masks, there are no similar real-world studies to support or refute this conclusion and no investigations as to why cloth masks might have increased risk of viral infection. Although they considered poor filtration, moisture retention, ineffective cleaning, and reuse of cloth masks as possible contributors, the authors did not detail how health care clinicians used their 5 provided cloth masks over their 8-hour shifts. This prevents conclusions regarding length of use and moisture retention. The authors noted that 80% of cloth mask wearers washed their masks at home with soap and water rather than in hospital-grade laundry.[17] In addition, the RCT isolated *human metapneumovirus*, rhinoviruses, and influenza B virus, which differ in transmission and pathogenic properties from SARS-CoV-2.[21]

## Strengths and Limitations

To our knowledge, this is the only contemporary rapid review of cloth face masks specifically for health care clinician protection. Strengths of this rapid review include a comprehensive search of high-yield databases, in consultation with a health sciences librarian. Owing to the limited number of eligible articles, studies of all grade scores were included. This review excluded studies considering environmental contaminants such as diesel particles. The body of literature on environmental contaminants might provide additional insight regarding the protective qualities of cloth masks that were not addressed by this review. Other considerations, including virus viability on masks or mask materials and behavior change associated with mask use, lack definitive understanding.[27] Given the lack of quantity and quality of literature available, this review cannot remark definitively on protection for health care clinicians from COVID-19 by cloth masks.

## Recommendations

Current CDC guidelines recommend use of an N95 respirator for care of patients with COVID-19 because medical masks cannot provide the same level of protection against aerosolized particles.[28] Whereas there is some evidence for SARS-CoV-2 aerosol transmission,[22,26] protective measures against droplet transmission should also be considered. For a primary care clinician without access to medical masks, our qualitative synthesis of the literature suggests that it is better to wear a cloth mask than no mask but not without careful consideration of harm reduction. The psychologic theory of risk compensation refers to the concept that

humans might behave less conservatively when they believe their risk to be decreased.[27] This is essential to consider when creating policies regarding the use of cloth masks and messaging to health care clinicians regarding their risks when wearing cloth masks.

We emphasize the CDC's recommendation of pairing cloth masks with a plastic face shield.[5] Considering the findings of MacIntyre et al,[17] it is important to address the potential for increased risk of viral infection to the wearer. We recommend frequent cloth mask changes to reduce the risk of moisture retention and washing according to hospital laundry standards to decrease the risk of ineffective cleaning. The rapidly evolving nature of research and literature regarding protective face coverings during the COVID-19 pandemic presents a challenge for those trying to stay up to date. The CDC has published a running list of studies on masks that might provide additional guidance for health care clinicians considering cloth masks.[29]

## CONCLUSIONS

Review of the current literature suggests that cloth materials are somewhat effective in filtering particles and aerosols, but cloth masks provide inferior protection, with poorer fit and airflow, compared to medical masks. Some data also suggest a potential harm to health care clinicians using cloth masks for extended periods in the clinical setting. Cloth masks should not be considered equivalent to medical masks, and if clinicians choose to use them, level of fit, type of material, and number of layers should be considered. Overall, we conclude that cloth masks lack evidence for adequate protection of health care clinicians against viral respiratory infections, and health care clinicians should use caution when deciding whether to use cloth masks for extended clinical work.

Additional research is needed to provide a complete understanding of cloth mask effectiveness in health care environments. Future work should include systematic comparison of different cloth mask designs and cloth types against standard surgical masks and N95 respirators in a controlled laboratory setting to optimize fit and material properties. Additional RCTs are required to assess the realities of cloth mask use by health care clinicians.

To read or post commentaries in response to this article, see it online at https://www.AnnFamMed.org/content/19/1/55.

Key words: COVID-19; personal protective equipment; PPE; pandemic

Submitted April 17, 2020; submitted, revised, July 20, 2020; accepted August 3, 2020.

Acknowledgments: We thank Kristen DeSanto, MSLS, MS, RD, AHIP, for support in designing search strategy and defining search terms, and Austin Jolly, BA, for editing support.

**☛ Supplemental materials:** Available at https://www.AnnFamMed.org/content/19/1/55/suppl/DC1/.

## References

1. World Health Organization. Coronavirus disease (COVID-19) pandemic. Published 2020. Updated Dec 12, 2020. Accessed Dec 12, 2020. https://www.who.int/emergencies/diseases/novel-coronavirus-2019

2. Ranney ML, Griffeth V, Jha AK. Critical supply shortages - the need for ventilators and personal protective equipment during the Covid-19 pandemic. N Engl J Med. 2020;382(18):e41.

3. Quick COVID-19 primary care survey: series 5, fielded April 10-13, 2020. Primary Care Collaborative and the Larry A. Green Center. Accessed Dec 9, 2020. https://static1.squarespace.com/static/5d7f f8184cf0e01e4566cb02/t/5e99a8c2d06cf505d38ac3cc/15871285 15653/C19+Series+5+National+Executive+Summary.pdf

4. Primary Care Collaborative and the Larry A. Green Center. COVID-19 survey. Accessed Dec 11, 2020. https://www.pcpcc.org/covid

5. Centers for Disease Control and Prevention. Strategies for optimizing the supply of facemasks. Published 2020. Updated Nov 23, 2020. Accessed Dec 11, 2020. https://www.cdc.gov/coronavirus/2019-ncov/hcp/ppe-strategy/face-masks.html

6. Garritty C, Gartlehner G, Kamel C, et al. Cochrane Rapid Reviews. Interim guidance from the Cochrane Rapid Reviews Methods Group. Published Mar, 2020. Accessed Dec 9, 2020. https://methods.cochrane.org/rapidreviews/sites/methods.cochrane.org.rapidreviews/files/public/uploads/cochrane_rr_-_guidance-23mar2020-final.pdf

7. Moher D, Hopewell S, Schulz KF, et al. CONSORT 2010 explanation and elaboration: updated guidelines for reporting parallel group randomised trials. BMJ. 2010;340:c869.

8. Quigley JM, Thompson JC, Halfpenny NJ, Scott DA. Critical appraisal of nonrandomized studies-a review of recommended and commonly used tools. J Eval Clin Pract. 2019;25(1):44-52.

9. Davies A, Thompson KA, Giri K, Kafatos G, Walker J, Bennett A. Testing the efficacy of homemade masks: would they protect in an influenza pandemic? Disaster Med Public Health Prep. 2013;7(4):413-418.

10. Liu Z, Yu D, Ge Y, et al. Understanding the factors involved in determining the bioburdens of surgical masks. Ann Transl Med. 2019;7(23):754.

11. Rengasamy S, Eimer B, Shaffer RE. Simple respiratory protection--evaluation of the filtration performance of cloth masks and common fabric materials against 20-1000 nm size particles. Ann Occup Hyg. 2010;54(7):789-798.

12. van der Sande M, Teunis P, Sabel R. Professional and home-made face masks reduce exposure to respiratory infections among the general population. PLoS One. 2008;3(7):e2618.

13. Furuhashi M. A study on the microbial filtration efficiency of surgical face masks--with special reference to the non-woven fabric mask. Bull Tokyo Med Dent Univ. 1978;25(1):7-15.

14. Ma QX, Shan H, Zhang HL, Li GM, Yang RM, Chen JM. Potential utilities of mask-wearing and instant hand hygiene for fighting SARS-CoV-2. J Med Virol. 2020;92(9):1567-1571.

15. Quesnel LB. The efficiency of surgical masks of varying design and composition. Br J Surg. 1975;62(12):936-940.

16. Sellers RF, Donaldson AI, Herniman KA. Inhalation, persistence and dispersal of foot-and-mouth disease virus by man. J Hyg (Lond). 1970;68(4):565-573.

17. MacIntyre CR, Seale H, Dung TC, et al. A cluster randomised trial of cloth masks compared with medical masks in healthcare workers. BMJ Open. 2015;5(4):e006577.

18. MacIntyre CR, Wang Q, Seale H, et al. A randomized clinical trial of three options for N95 respirators and medical masks in health workers. Am J Respir Crit Care Med. 2013;187(9):960-966.

19. MacIntyre CR, Wang Q, Cauchemez S, et al. A cluster randomized clinical trial comparing fit-tested and non-fit-tested N95 respirators to medical masks to prevent respiratory virus infection in health care workers. *Influenza Other Respir Viruses*. 2011;5(3):170-179.

20. American Hospital Association. 100 million mask challenge. Accessed Apr 8, 2020. https://www.100millionmasks.org/

21. Bae S, Kim M-C, Kim JY, et al. Effectiveness of surgical and cotton masks in blocking SARS-CoV-2: a controlled comparison in 4 patients. *Ann Intern Med*. 2020;173(1):W22-W23. [Retracted in: *Ann Intern Med*. 2020;173(1):79]

22. Leung NHL, Chu DKW, Shiu EYC, et al. Respiratory virus shedding in exhaled breath and efficacy of face masks. *Nat Med*. 2020;26(5):676-680. [Author correction in: *Nat Med*. 2020;26(6):981]

23. Besser R, Fischoff B. Rapid expert consultation on the effectiveness of fabric masks for the COVID-19 pandemic. In: *Rapid Expert Consultations on the COVID-19 Pandemic: March 14, 2020-April 8, 2020*. National Academies of Sciences, Engineering, and Medicine; 2020.

24. Eikenberry SE, Mancuso M, Iboi E, et al. To mask or not to mask: modeling the potential for face mask use by the general public to curtail the COVID-19 pandemic. *Infect Dis Model*. 2020;5:293-308.

25. Chu DK, Akl EA, Duda S, Solo K, Yaacoub S, Schünemann HJ; COVID-19 Systematic Urgent Review Group Effort (SURGE) study authors. Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis. *Lancet*. 2020;395(10242):1973-1987.

26. World Health Organization. Transmission of SARS-CoV-2: implications for infection prevention precautions. Published Jul 9, 2020. Accessed Dec 14, 2020. https://www.who.int/news-room/commentaries/detail/transmission-of-sars-cov-2-implications-for-infection-prevention-precautions

27. Braun CC, Foust JW. Behavioral response to the presence of personal protective equipment: implications for risk compensation. *Proceedings of the Human Factors and Ergonomics Society Annual Meeting*. 1998;42(15):1058-1062.

28. Centers for Disease Control and Prevention. Using personal protective equipment (PPE). Updated Aug 19, 2020. Accessed Dec 9, 2020. https://www.cdc.gov/coronavirus/2019-ncov/hcp/using-ppe.html

29. Centers for Disease Control and Prevention. Considerations for wearing masks. Published 2020. Updated Dec 7, 2020. Accessed Dec 11, 2020. https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cloth-face-cover-guidance.html

Plaintiff's Exhibit 394

nymag.com

# The Science of Masking Kids at School Remains Uncertain

*David Zweig*

20-25 minutes          8-20-21



Photo: Allen J. Schaben/Los Angeles Times via Getty Imag

At the end of May, the Centers for Disease Control and Prevention published a notable,

yet mostly ignored, large-scale study of COVID transmission in American schools. A few major news outlets covered its release by briefly reiterating the study's summary: that masking then-unvaccinated teachers and improving ventilation with more fresh air were associated with a lower incidence of the virus in schools. Those are common-sense measures, and the fact that they seem to work is reassuring but not surprising. Other findings of equal importance in the study, however, were absent from the summary and not widely reported. These findings cast doubt on the impact of many of the most common mitigation measures in American schools. Distancing, hybrid models, classroom barriers, HEPA filters, and, most notably, requiring student masking were each found to not have a statistically significant benefit. In other words, these measures could not be said to be effective.

My Week In *New York*

A week-in-review newsletter from the people who make *New York* Magazine.

In the realm of science and public-health policy outside the U.S., the implications of these particular findings are not exactly controversial. Many of America's peer nations around the world — including the U.K., Ireland, all of Scandinavia**,** France, the Netherlands, Switzerland, and Italy — have exempted kids, with varying age cutoffs, from wearing masks in classrooms. Conspicuously, there's no evidence of more outbreaks in schools in those countries relative to schools in the U.S., where the solid majority of kids wore masks for an entire academic year and will continue to do so for the foreseeable future. These countries, along with the World Health Organization, whose child-masking guidance differs substantially from the CDC's recommendations, have explicitly recognized that the decision to mask students carries with it potential academic and social harms for children and may lack a clear benefit. To date, the highly transmissible Delta variant has not led them to change this calculus. (Many experts I spoke with told me that while the Delta variant represents a major and concerning new development in the Covid pandemic, it probably shouldn't change our thinking on a mask requirement for schools.)

Here in the United States, the message looks different. On July 9, a little more than a month after the study was published, the CDC released updated guidance for schools, including the recommendation that masks should be worn indoors by all individuals (age 2 and older) who are not fully vaccinated. Ten days later, the American Academy of Pediatrics took the guidance a step further and said that everyone in school over age 2 should wear masks, regardless of vaccination status. (The CDC later matched the AAP's guidance.)

The extreme political heat around the issue of masks in schools is making it hard to have a coherent conversation about the science. At the risk of generalizing, much of blue-state America is strongly in favor of masks in schools, while much of red-state America is

opposed. In Florida, Tennessee, and elsewhere, local school-board meetings are verging on violence as parents and officials fight over the question. But with tens of millions of American kids headed back to school in the fall, their parents and political leaders owe it to them to have a clear-sighted, scientifically rigorous discussion about which anti-COVID measures actually work and which might put an extra burden on vulnerable young people without meaningfully or demonstrably slowing the spread of the virus. In that context, the best practices for mask use in schools — elementary schools in particular — are much less obvious than CDC guidance and news headlines about keeping schools safe might have you believe.

The study published by the CDC was both ambitious and groundbreaking. It covered more than 90,000 elementary-school students in 169 Georgia schools from November 16 to December 11 and was, according to the CDC, the first of its kind to compare COVID-19 incidence in schools with certain mitigation measures in place to other schools without those measures. Scientists I spoke with believe that the decision not to include the null effects of a student masking requirement (and distancing, hybrid models, etc.) in the summary amounted to "file drawering" these findings, a term researchers use for the practice of burying studies that don't produce statistically significant results. "That a masking requirement of students failed to show independent benefit is a finding of consequence and great interest," says Vinay Prasad, an associate professor in University of California, San Francisco's Department of Epidemiology and Biostatistics. "It should have been included in the summary." "The summary gives the impression that only masking of staff was studied," says Tracy Hoeg, an epidemiologist and the senior author of a separate CDC study on COVID-19 transmission in schools, "when in reality there was this additional important detection about a student-masking requirement not having a statistical impact."

After the CDC and the American Academy of Pediatrics issued their student-mask guidance last month, I contacted both organizations asking for the evidence or underlying data upon which they had based their recommendations. The AAP did not respond to multiple requests. The CDC press office replied that since children under 12 cannot be vaccinated, the agency "recommends schools do universal masking" and included links to unrelated materials on vaccines and a recent outbreak among adults. Over the course of several weeks, I also corresponded with many experts — epidemiologists, infectious-disease specialists, an immunologist, pediatricians, and a physician publicly active in matters relating to COVID — asking for the best evidence they were aware of that mask requirements on students were effective. Nobody was able to find a data set as robust as the Georgia results — that is, a large cohort study directly looking at the effects of a mask requirement. (The closest is a study published in Science, based on a Facebook survey, that was suggestive but not conclusive of a marginal benefit of student masking.One

doctor, who is on TV regularly and has around 100,000 Twitter followers, sent me two studies where masks were required of all students so there was no way to determine the effect; the authors of one of the studies explicitly noted, "we were not able to examine the impact of universal masking owing to nearly 100 percent adoption of this intervention," and authors of the other study wrote, "it was not possible to determine the specific roles that mask-wearing played in the low rate of disease spread." )

"A year ago, I said, 'Masks are not the end of the world; why not just wear a mask?'" Elissa Schechter-Perkins, the director of Emergency Medicine Infectious Disease Management at Boston Medical Center, told me. "But the world has changed, there are real downsides to masking children for this long, with no known end date, and without any clear upside." She continued, "I'm not aware of any studies that show conclusively that kids wearing masks in schools has any effect on their own morbidity or mortality or on the hospitalization or death rate in the community around them."

Schechter-Perkins is just one of a number of top experts calling for this type of discussion — and raising questions about the CDC's recent recommendations and what has become accepted conventional knowledge. "We lack credible evidence for benefits of masking kids aged 2 to 5, despite what the American Academy of Pediatrics says," Jeffrey Flier, former dean of Harvard Medical School, wrote recently. While there are models, and simulations on mannequins with masks, "mechanistic studies are incapable of anticipating and tallying the effects that emerge when real people are asked to do real things in the real world," Vinay Prasad of UCSF wrote in a critique of the CDC's child masking recommendation. "The CDC cannot 'follow the science' because there is no relevant science."

This question of "relevant science" is what makes the Georgia study worth careful consideration. Over and over, studies and reports on children in schools with low transmission rates claim in their summaries that masking students helped keep transmission down. But looking at the underlying data in these studies, masks were always required or widely worn, and implemented in concert with a variety of other interventions, such as increased ventilation. Without a comparison group that didn't require student masking, it's difficult or impossible to isolate the effect of masks. (This is the error made by Duke University researchers who wrote a report about North Carolina schools, later summarized in a New York *Times* opinion piece.) I reviewed 17 different studies cited by the CDC in its K-12 guidance as evidence that masks on students are effective, and not one study looked at student mask use in isolation from other mitigation measures, or against a control. Some even demonstrated that no student masking correlated with low transmission.In a number of the studies cited by the agency there was universal masking combined with other measures, such as ventilation, so, as noted, there was no way to know whether a mask mandate contributed to mitigating case rates or not. One study cited was of child-care centers with limited secondary transmission, yet children

were *not required to wear masks*. Another was of a hair salon. One study, in Switzerland, was of schools with low transmission rates where young children were *not required to wear masks*. Finally, one study was of an Israeli school outbreak where the students weren't wearing masks. Except students all over that country were exempt from masks at the same time, yet this was the only noted outbreak. If anything, that could seem to suggest a lack of benefit of masking students. Moreover, the windows were closed and it was only grades 7-12.

Children are less likely to have severe disease from SARS-CoV-2, and when infected less likely to be symptomatic, which correlates with lower contagiousness. Those facts alone may account for part of the reason why the Georgia study found no clear benefit for a masking requirement for kids in schools. Though the CDC says that layered mitigation in schools is effective, without studying each of the layers individually, it cannot know which of those measures work, and to what degree, and which don't. For example, several experts told me, it's entirely possible that open windows or fresh-air ventilation accounts for nearly all the mitigation benefit in a classroom and other "layered" interventions may contribute only a marginal benefit or none at all.

While masks offer some protection for adults in many environments, as the adage in pediatrics goes, children are not little adults. Medicine is littered with examples of adult interventions that don't translate to children. For many years, kids were given certain migraine medications based on adult studies. It wasn't until 2017, when a trial *with a control group* found that kids on this medication did no better than placebo, that the practice was stopped. A difference between the effectiveness of requiring masks on children in schools and adults in other environments would not be a surprising finding. This may, in part, explain why the CDC's study did not find a statistically significant benefit in elementary-age kids but did see a benefit in unvaccinated teachers, said Prasad of UCSF.

It's also important to underline that just because the Georgia study did not find a statistically significant benefit doesn't mean that a larger, more statistically powerful study might not find one, said Hoeg, the epidemiologist. But since this study had 90,000 students, then the question becomes: If you need 500,000 or 1 million people to find a benefit, how marginal is that benefit?

Many people may surmise that even if there's not conclusive evidence, it's still likely that masking kids in schools helps. But not all masks are created equal. A list of public-health notables, including Michael Osterholm, an epidemiologist and former COVID-19 adviser to Joe Biden, and Scott Gottlieb, the former commissioner of the FDA, have publicly noted the limited effectiveness of cloth masks. Celine Gounder, an infectious-disease epidemiologist at NYU, who also advised Biden's transition team on COVID-19 policy,

recently tweeted a chart that showed when cloth masks are worn by both the source and receiver they provide just an estimated 27 minutes of protection from an infectious dose of the SARS-CoV-2 virus. Higher-grade N95s, or KN95s, the Chinese equivalent, offer more protection, but are also much harder to tolerate over extended periods of time. Three physicians I talked with considered the idea of children wearing them all day at school — suggested recently by an aerosol scientist in the *Times* — "laughable," "cruel," and "unrealistic, because most adults can barely handle an N95 for even short durations," since they are so uncomfortable.

While the protective value of a mask mandate for children in school seems, at best, uncertain, experts have concerns about the potential downsides of them in a learning environment.

"Mask-wearing among children is generally considered a low-risk mitigation strategy; however, the negatives are not zero, especially for young children," said Lloyd Fisher, the president of the Massachusetts chapter of the American Academy of Pediatrics. "It is important for children to see facial expressions of their peers and the adults around them in order to learn social cues and understand how to read emotions." Some children with special needs, for example those with articulation delays, may be most affected, he suggested. Fisher stressed his opinions are not to be perceived as contradicting AAP's stance for universal masking of students but said he wanted to discuss some of the potential harms and the importance of using evidence and data to drive decisions on when to eliminate mask usage.

"There are very good reasons that the World Health Organization has repeatedly affirmed their guidance for children under 6 to not wear masks," said a pediatrician who has both state and national leadership roles in the AAP but who wished to remain anonymous because they did not want to jeopardize their roles in the organization. "Reading faces is critical for social emotional learning. And all children are actively learning language the first five years of life, for which seeing faces is foundational," the pediatrician said.

One troubling aspect of the CDC and AAP's guidance for masking children in school, nearly every expert I interviewed said, is that it has no endpoint or specific metrics. When asked when kids can remove masks in school, CDC director Rochelle Walensky said, "If our children are vaccinated, we have full vaccination in schools, we have full vaccination in teachers, we have disease rates that are low — I think then we can start thinking about how we can loosen up." In practical terms, this seems to translate to the distant future. Likely a percentage of teachers will not get vaccinated. And estimates are that the vaccine for kids ages 5 to 11 may not be approved for emergency use until the winter or later. When an EUA does come, a significant percentage of parents won't vaccinate their kids. By Walensky's criteria, children may be in masks for years at school.

Several doctors I spoke with pointed out that the best way to shield children from COVID-19 exposure is through adult vaccination. "Our most effective way of protecting everyone, students and school staff alike, is by vaccinating the adults around them," said Westyn Branch-Elliman, an infectious-diseases specialist at Harvard Medical School. Ashish Jha, the dean of Brown University School of Public Health, posted a thread on Twitter explaining that the vaccination rate among children under 12 is the same across the country, which is zero, of course. Yet pediatric infection rates right now vary wildly, correlating with how many adults in their area are vaccinated. And evidence suggests that staff-to-staff transmission is more common than transmission from students to staff, staff to student, or student to student.

COVID, of course, is also a disease that tends to have much milder effects on children. "We know that the risk to kids from COVID is vanishingly low. Yes, we're seeing it, but it's rare," said Schecter-Perkins, the emergency-medicine infectious-diseases expert. Out of more than 600,000 American deaths attributed to COVID-19, 361 were for kids and adolescents under age 18. In the much-shorter 2018-2019 flu season, there were 477 pediatric deaths. "We didn't have mask mandates then," Schecter-Perkins noted. And "now we're in a post-vaxx world where adults have had the opportunity to protect themselves, and vaccines prevent severe COVID."

While concerns about pediatric long COVID are real, evidence from studies that have a control group is reassuring. A large British study found "almost all children had symptom resolution by eight weeks," and of the small number of children with longer-term symptoms, most were vague and common, such as fatigue and headaches, which were also found in the group of children who tested negative for COVID. A study in Germany, now in pre-print, of 1,560 adolescents, found "no statistical difference comparing the reported symptoms between seropositive students and seronegative students."

A common argument right now is that the emergence of the Delta variant changes everything. Currently, some regions of the U.S. are seeing a surge of infections and hospitalizations among young people. But the numbers coming out of Britain continue to suggest that Delta is not more virulent — that is, it does not cause more severe illness on an individual basis to unvaccinated people — despite being more contagious. A pediatric immunologist at a major university hospital who was not authorized to speak publicly said, "It is not biologically plausible that the same variant somehow is more dangerous for kids in the U.S. than it is in the U.K."

More broadly, Schecter-Perkins said, "I don't think that Delta changes the calculus because it still seems clear that it doesn't cause more severe disease, so it still doesn't change the fundamental question of 'What are we trying to achieve by masking kids when they are still extremely unlikely to suffer from severe illness or death if infected?' And the

adults in their lives have the opportunity to be vaccinated and also protected so we don't need to worry about transmission." The pediatric immunologist said, "Even with a new variant, the onus is on those who recommend masking kids to robustly demonstrate a meaningful benefit, especially when the pre-Delta study of the Georgia schools did not find one, and when there are obvious socio-emotional and educational harms from masking children for this unprecedented duration of time."

Several of the experts I spoke with said that given the lack of evidence of a substantial benefit from a student-masking requirement, it's not at all clear this measure will be effective against a more transmissible variant. One of the costs of an intervention that lacks clear benefit, said the immunologist, is distraction from the tools that we know protect people — in the case of schools, vaccination and ventilation.

One doctor, who is on TV regularly and has around 100,000 Twitter followers, sent me two studies where masks were required of all students so there was no way to determine the effect; the authors of one of the studies explicitly noted, "we were not able to examine the impact of universal masking owing to nearly 100 percent adoption of this intervention," and authors of the other study wrote, "it was not possible to determine the specific roles that mask-wearing played in the low rate of disease spread." In a number of the studies cited by the agency there was universal masking combined with other measures, such as ventilation, so, as noted, there was no way to know whether a mask mandate contributed to mitigating case rates or not. One study cited was of child-care centers with limited secondary transmission, yet children were *not required to wear masks.* Another was of a hair salon. One study, in Switzerland, was of schools with low transmission rates where young children were *not required to wear masks.* Finally, one study was of an Israeli school outbreak where the students weren't wearing masks. Except students all over that country were exempt from masks at the same time, yet this was the only noted outbreak. If anything, that could seem to suggest a lack of benefit of masking students. Moreover, the windows were closed and it was only grades 7-12.

The Science of Masking Kids at School Remains Uncertain

Plaintiffs' Exhibit 395

childrenshealthdefense.org

# The Science of Masks

12-15 minutes



While the COVID-19 crisis rages on, the science against and in support of wearing masks accumulates daily. On the one side, proponents argue that masks save lives and stop the spread of the virus. The other side contends that wearing masks is complicated and suggests masks are ineffective and may even be harmful.

Recently, yet another angle has emerged asserting that regardless of whether masks work or not, government shouldn't mandate that people must wear them, especially by children where the risks of contracting, spreading and exhibiting symptoms from COVID-19 are very low.

CHD is glad to provide dozens of studies/articles/videos we have accumulated, including meta-analyses. And, we will continue to post mask information on this page. (Some items appear under multiple headings depending on their content.)

## *Articles:*

Dr. Dan Stock's Presentation to the Mt. Vernon School Board in Indiana Over The

Futility of Mask Mandates and Covid-19 Protocols (with referenced studies linked)

The CDC's Mask Mandate Study: Debunked, by Paul E. Alexander

On Masks and COVID-19 by Arthur Firstenberg

Masks Don't Work: A Review of Science Relevant to COVID-19 Social Policy by Denis G. Rancourt, PhD

Still No Evidence Justifying Mandatory Masks by Todd McGreevy

Masks Masquerading as Science by Kevin McKernan

Masks Work. Really. We'll Show You How by Or Fleisher, Gabriel Gianordoli, Yuliya Parshina-Kottas, Karthik Patanjali, Miles Peyton and Bedel Sage

Of masks and men: no clear evidence masks are effective in COVID-19

Universal Masking in Hospitals in the Covid-19 Era

These 12 Graphs Show Mask Mandates Do Nothing To Stop COVID

Medical Masks

Face Masks Pose Serious Risks To The Healthy by Russell Blaylock, MD

The Risks vs. Benefits of Face Masks- Is There an Agenda? by Alan Palmer, MD

5 Questions: Stanford scientists on COVID-19 mask guidelines

Maine's Rise in COVID-19 Cases Linked to Face Masks

Podcast: Pulmonary Specialist Speaks Out On The Health Risks Of Wearing Masks & The Lies Surrounding COVID-19

Reusing masks may increase your risk of coronavirus infection

Surgeon General Doubles Down: Masks Increase Virus Risk

Public Health Experts Keep Changing Their Guidance on Whether or Not to Wear Face Masks for Coronavirus

### *Reports:*

COVID-19 & Public Health Totalitarianism: Untoward Effects on Individuals, Institutions and Society (Chapter XI is Mask Chapter) by Peter R. Breggin, MD

WHO Emergencies Press Conference on coronavirus disease (at 00:22:39)

### *Adverse Health Effects:*

Review of scientific reports of harms caused by face masks, up to February 2021

Effect of a surgical mask on six minute walking distance

"Exercise with facemask; Are we handling a devil's sword?" – A physiological hypothesis

The physiological impact of wearing an N95 mask during hemodialysis as a precaution against SARS in patients with end-stage renal disease

Respiratory consequences of N95-type Mask usage in pregnant healthcare workers-a controlled clinical study

Contamination by respiratory viruses on outer surface of medical masks used by hospital healthcare workers

Masks, false safety and real dangers, Part 1: Friable mask particulate and lung vulnerability

Masks, false safety and real dangers, Part 2: Microbial challenges from masks

Optical microscopic study of surface morphology and filtering efficiency of face masks

Use of surgical face masks to reduce the incidence of the common cold among health care workers in Japan: a randomized controlled trial

Don't Use N95 Masks for More Than 2 Days, Research Suggests

Investigation of adverse reactions in healthcare personnel working in Level 3 barrier protection PPE to treat COVID-19

Effects of long-duration wearing of N95 respirator and surgical facemask: a pilot study

Video: Pulmonary Specialist Speaks Out On The Health Risks Of Wearing Masks & The Lies Surrounding COVID-19

Impact of respiratory protective devices on respiration: Implications for panic vulnerability during the COVID-19 pandemic

PSmicrographs: One day old surgical face mask

Risks associated with the use of a mouth-nose-cover (MNC) in children and adolescents

Exercise with facemask: Are we handling a devil's sword?" – a physiological hypothesis

Effects of long-duration wearing of N95 respirator and surgical facemask: a pilot study

Video: Wearing a mask is hazardous to your health

Chronic hypoxia-hypercapnia influences cognitive function: a possible new model of cognitive dysfunction in COPD

Effects of surgical and FFP2/N95 face masks on cardiopulmonary exercise capacity

Adverse Effects of Prolonged Mask Use among Healthcare Professionals during COVID-19

Preliminary report on surgical mask induced deoxygenation during major surgery

The effects of wearing facemasks on oxygenation and ventilation at rest and during physical activity

### *Cloth Masks*

A cluster randomised trial of cloth masks compared with medical masks in healthcare workers

Video: Cloth Masks & COVID-19: Is Two-Layered Cotton Effective in Preventing Spread of Aerosolized Droplets from One Person to Another? By Mayo Clinic Proceedings Featuring Catherine Clase

Rapid Expert Consultation on the Effectiveness of Fabric Masks for the COVID-19 Pandemic (Chapter 6)

Simple Respiratory Protection—Evaluation of the Filtration Performance of Cloth Masks and Common Fabric Materials Against 20–1000 nm Size Particles

Video: COVID-19 Homemade Masks: Are Fabric Masks Just as Effective as Surgical Masks? What Is the Performance of Fabrics Against Spread of Respiratory Infection Through Droplets? By Taher Saif

Evaluating the efficacy of cloth facemasks in reducing particulate matter exposure

### *N95 Masks*

Don't Use N95 Masks for More Than 2 Days, Research Suggests

Effectiveness of N95 respirators versus surgical masks against influenza: A systematic review and meta-analysis

Effectiveness of N95 respirators versus surgical masks in protecting health care workers from acute respiratory infection: a systematic review and meta-analysis

N95 Respirators vs Medical Masks for Preventing Influenza Among Health Care Personnel

The physiological impact of wearing an N95 mask during hemodialysis as a precaution against SARS in patients with end-stage renal disease

Respiratory consequences of N95-type Mask usage in pregnant healthcare workers-a controlled clinical study

Video: Infection Control for COVID-19: Can Masks and Other PPE be Multi-Use? How Do Surgical Masks Compare to N95 Respirators? By Stanford Medicine, Featuring Gloria Hwang

Effects of long-duration wearing of N95 respirator and surgical facemask: a pilot study

Do N95 respirators provide 95% protection level against airborne viruses, and how adequate are surgical masks?

Effectiveness of Masks and Respirators Against Respiratory Infections in Healthcare Workers: A Systematic Review and Meta-Analysis

Masks for Prevention of Respiratory Virus Infections, Including SARS-CoV-2, in Health Care and Community Settings

Effects of long-duration wearing of N95 respirator and surgical facemask: a pilot study

### *Masks in Surgical Settings*

Is a mask necessary in the operating theatre?

Postoperative wound infections and surgical face masks: A controlled study

Surgical face masks in modern operating rooms—a costly and unnecessary ritual?

The evolution of the surgical mask: filtering efficiency versus effectiveness

Disposable surgical face masks for preventing surgical wound infection in clean surgery

Preliminary report on surgical mask induced deoxygenation during major surgery

### *Other Mask Studies*

Comprehensive review of mask utility and challenges during the COVID-19 pandemic

A rapid systematic review of the efficacy of face masks and respirators against coronaviruses and other respiratory transmissible viruses for the community, healthcare workers and sick patients

Effectiveness of masks and respirators against respiratory infections in healthcare workers: A systematic review and meta-analysis

Efficacy of face mask in preventing respiratory virus transmission: A systematic review and meta-analysis

Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis

To mask or not to mask: Modeling the potential for face mask use by the general public to curtail the COVID-19 pandemic

Could masks curtail the post-lockdown resurgence of COVID-19 in the US?

Comparison of Filtration Efficiency and Pressure Drop in Anti-Yellow Sand Masks, Quarantine Masks, Medical Masks, General Masks, and Handkerchiefs

Comparison of the Filter Efficiency of Medical Nonwoven Fabrics against Three Different Microbe Aerosols

Efficacy of masks and face coverings in controlling outward aerosol particle emission from expiratory activities

Face masks to prevent transmission of influenza virus: A systematic review

Facemasks and similar barriers to prevent respiratory illness such as COVID-19: A rapid systematic review

Masks-for-all for COVID-19 not based on sound data

Nonpharmaceutical Measures for Pandemic Influenza in Nonhealthcare Settings —Personal Protective and Environmental Measures

Physical interventions to interrupt or reduce the spread of respiratory viruses. Part 1

– Face masks, eye protection and person distancing: systematic review and meta-analysis

The use of masks and respirators to prevent transmission of influenza: a systematic review of the scientific evidence

Non-pharmaceutical public health measures for mitigating the risk and impact of epidemic and pandemic influenza

Effectiveness of Adding a Mask Recommendation to Other Public Health Measures to Prevent SARS-CoV-2 Infection in Danish Mask Wearers

SARS-CoV-2 Transmission among Marine Recruits during Quarantine

A Model to Explain Statewide Differences in COVID-19 Death Rates

Respiratory virus shedding in exhaled breath and efficacy of face masks

Universal Masking in Hospitals in the COVID-19 Era

Facemasks and similar barriers to prevent respiratory illness such as COVID-19: A rapid systematic review

A reality check on the use of face masks during the COVID 19 outbreak in Hong Kong

A Novel Coronavirus from Patients with Pneumonia in China, 2019

Masks for Prevention of Respiratory Virus Infections, Including SARS-CoV-2, in Health Care and Community Settings

Do Facemasks protect against COVID-19

Use of surgical face masks to reduce the incidence of the common cold among health care workers in Japan: A randomized controlled trial

Facemasks in the COVID-19 era: A health hypothesis

## *Videos:*

Video: Indiana physician's presentation to a local school board + mask studies referenced (Starts at 15 minute mark).

Video: Mask Facts

Video: Pulmonary Specialist Speaks Out On The Health Risks Of Wearing Masks & The Lies Surrounding COVID-19

Video: Study Finds 'Specific & Significant Risk' Of AD … actions After COVID Vaccine & FBI's Qanon Psyop

*(Videos below are found on Vumedi.com. They are free to watch but you must sign up.)*

Video: COVID-19 & Mask Myths Debunked: Can N95's, Surgical and Cloth Masks May Be Dangerous & Are They Effective at Protecting Against the Spread of the Virus? By Richard Oehler

Video: COVID-19 Facemasks: What is the Difference Between Cloth and Surgical Masks? What Types of Respirators Are There? Are There Any Drawbacks of Alternative Respiratory Personal Protective Equipment (PPE)? By Kyle Wu

Video: Face Masks & COVID-19: Does Your Face Mask Protect You or Other People? By Monica Gandhi

Video: How Well Do Face Masks Protect us from COVID-19 Infection? By How Much Is the Risk Reduced if Only One Person Is Wearing a Mask? By Julian W. Tang

Video: Infection Control for COVID-19: Can Masks and Other PPE be Multi-Use? How Do Surgical Masks Compare to N95 Respirators? By Stanford Medicine, Featuring Gloria Hwang

Video: Masks Use During the New Phase of the Pandemic: How Common Is Asymptomatic Infection and How Transmissible is SARS-CoV-2 Infection from Someone Who Has No Symptoms? By UCSF School of Medicine Featuring George Rutherford

## The Aftermath

India: Discarded surgical masks are adding to bio-hazard around Goa

New Zealand: Face masks add to pollution woes

Switzerland: Hundreds of face masks fished out of Lake Geneva

North Carolina, USA: No shortage of masks, gloves littering area parking lots, roadsides

Canada: Face Masks: A Danger to Our Planet, Our Children & Ourselves

Plaintiffs' Exhibit 396

lidblog.com

# The States Without Mask Mandates Have Lower COVID Rates - The Lid

*Warner Todd Huston And Jeff Dunetz*

4-5 minutes

Parler    Facebook    Twitter    Flipboard

Over the last two months, the red and blue states have begun diverging on how they are treating the coronavirus, and as the red states continue to loosen their restrictions, they are the ones seeing the virus subside fastest.

The media, of course, and the Democrat Party want to treat the virus as if we are still in the midst of "14 days to flatten the curve" from a year ago. But we are not. The virus has been on the wane for months, and the red states realize this. Not that the blue states understand this fact.

Texas, for instance, has seen amazing progress back to normalcy.

As Allahpundit in Hot Air reported:

take our poll - story continues below

**Will Biden Be Forced to Resign Before His 1st Term Is Up?(2)**

Completing this poll grants you access to The Lid updates free of charge. You may opt out at anytime. You also agree to this site's Privacy Policy and Terms of Use.

An update to last week's post about case counts declining in the Lone Star state. Not only have cases continued to fall in Texas since then, the seven-day average is now the lowest it's been since June 18, 2020 according to Worldometer. Yesterday the state was averaging just 3,263 daily confirmed infections. On March 10, the day Greg Abbott's order lifting Texas's mask mandate took effect, it was averaging 4,895.

Average daily deaths are also the lowest they've been since November — and deaths lag cases by several weeks so they might well continue to fall throughout April.

But, Texas is far from the only state seeing fantastic progress.

Last week, Townhall columnist Scott Morefield posted a series of tweets showing how well some of these states are doing:

Tennessee, my state, never had a mask mandate either. Sure, we had something of a casedemic, but things also never got close to getting out of control – and the curve has been

more than flattened. How on earth did this happen without a statewide mask mandate?
pic.twitter.com/KUVOkfUH6p

— Scott Morefield (@SKMorefield) March 29, 2021

South Dakota never had a mask mandate and is widely considered the most maskless state in the union. Yet, their recent curve is remarkably flat (this is similar to surrounding Montana and North Dakota as well). It's almost like viruses are gonna virus, regardless of what we do.
pic.twitter.com/501Tedwqv3

— Scott Morefield (@SKMorefield) March 29, 2021

Same with mask-loving New Jersey. These two states (New York and NJ), by the way, also LEAD THE COUNTRY in deaths per million. People always say that without masks things would be worse, but truly, how much worse could it get than #1 and #2? pic.twitter.com/RCqXXrpvUh

— Scott Morefield (@SKMorefield) March 29, 2021

"Sure, we could see some spikes here and there (generally it's geographic and seasonal), but thanks to vaccines and natural immunity, deaths are declining and should continue to do so. If people aren't dying & hospitals aren't being overrun, why are we worried about cases anyway?" Morefield concluded.

Not bad for Neanderthal thinking as Joe Biden described GOP governors who decided to drop their mask mandates.

Jeff  Note: I wear a mask whenever I leave the house in New York, as do my wife and children. We all have afflictions that make us higher risks for COVID.  In the end, wearing a mask is our choice. It's perfectly fine for a private store requiring a mask for anyone who enters their premises. That is their choice (and our choice to continue to shop at that location.). It's not wrong for the government to recommend people wear a mask. However, it is neither the federal, state or local governments' right to mandate-wearing a mask. And based on the statistics, those mandates are not helpful to stop the spread of Coronavirus.

Parts of this post were first seen at Great American Politics

 Parler   Facebook    Twitter   Flipboard

Plaintiff's Exhibit 397

aier.org

# The Strangely Unscientific Masking of America

*Jenin Younes*

11-14 minutes

---

1. [AIER](#)

   >>

2. [Daily Economy](#)



I remember vividly the day, at the tail end of March, when facemasks suddenly became synonymous with morality: either one cared about the lives of others and donned a mask, or one was selfish and refused to do so. The shift occurred virtually overnight.

Only a day or two before, I had associated this attire solely with surgeons and people living in heavily polluted regions. Now, my friends' favorite pastime during our weekly Zoom sessions was excoriating people for running or socializing without masks in

Prospect Park. I was mystified by their certitude that bits of cloth were the only thing standing between us and mass death, particularly when mere weeks prior, the message from medical experts contradicted this new doctrine.

On February 29, the U.S. surgeon general infamously tweeted: "Seriously people – STOP BUYING MASKS. . . They are NOT effective in preventing general public from catching #Coronavirus." Anthony Fauci, the best-known member of the coronavirus task force, advised Americans not to wear masks around this time. Similarly, in the earliest weeks of the pandemic, the CDC maintained that masks should be worn only by individuals who were symptomatic or caring for a sick person, a position that the WHO stood by even longer.

As rapidly as mask use became a matter of ethics, the issue transformed into a political one, exemplified by an article printed on March 27 in the *New York Times*, entitled "More Americans Should Probably Wear Masks for Protection." The piece was heavy on fear-mongering and light on evidence. While acknowledging that "[t]here is very little data showing that flat surgical masks, in particular, have a protective effect for the general public," the author went on to argue that they "may be better than nothing," and cited a couple of studies in which surgical masks ostensibly reduced influenza transmission rates.

One report reached its conclusion based on observations of a "dummy head attached to a breathing simulator." Another analyzed use of surgical masks on people experiencing at least two symptoms of acute respiratory illness. Incidentally, not one of these studies involved cloth masks or accounted for real-world mask usage (or misusage) among lay people, and none established efficacy of widespread mask-wearing by people not exhibiting symptoms. There was simply no evidence whatsoever that healthy people ought to wear masks when going about their lives, especially outdoors. Yet by April, to walk the streets of Brooklyn with one's nose and mouth exposed evoked the sort of reaction that in February would have been reserved for the appearance of a machine gun.

In short order, the politicization intensified. President Trump refused to wear a mask relatively early on, so resistance to them was equated with support for him. By the same token, Democratic politicians across the board eagerly adopted the garb; accordingly, all good liberals were wearing masks religiously by the beginning of April. Likewise, left-leaning newspapers such as the *New York Times* and the *Washington Post* unequivocally promoted mask-wearing after that March 27 article, with no real analysis or consideration of opposing views and evidence.

The speed with which mask-wearing among the general public transitioned from unheard of to a moral necessity struck me as suspicious. After all, if the science was as airtight as those around me claimed, surely masks would have been recommended by January or

February, not to mention during prior infectious disease outbreaks such as the 2009 swine flu. It seemed unlikely that the scientific proof became incontrovertible sometime between late February and late March, particularly in the absence of any new evidence surfacing during that time period.

Perhaps none of this is particularly surprising in this hyper-political era. What *is* shocking is the scientific community's participation in subverting evidence that does not comport with the consensus. A prime example is the Institute of Health Metrics Evaluation's ("IHME") rather astounding claim, published in the journal *Nature-Medicine* and echoed in countless articles afterward, that the lives of 130,000 people could be saved with a nationwide mask mandate.

As my colleague Phil Magness pointed out in an op-ed in the *Wall Street Journal*, the IHME model was predicated upon faulty data:  it assumed that 49% of Americans were wearing masks based on a survey conducted between April and June, while claiming that statistic represented the number of Americans wearing masks as of September 21.  In fact, by the summer, around 80% of Americans were regularly wearing them.  (Ironically, had Dr. Fauci and the Surgeon General not bungled the message in March, mask use probably would have reached much higher rates much earlier on).

This called into question the accuracy of the 130,000 figure, since many more people habitually used masks than the study presumed.

Although Magness contacted *Nature-Medicine* to point out the problem, after stalling for nearly two weeks, the journal declined to address it.  Needless to say, the damage had been done:  newspapers such as the *New York Times* undoubtedly would fail to correct the error and any retractions certainly would be placed far from the front page, where the initial article touting the IHME figure appeared. Thus, as expected, the unfounded claim that 130,000 lives could be saved with a nationwide mask-mandate continues to be repeated, including by president-elect Joe Biden and National Institutes of Health Director Francis Collins.

That the science behind mask-wearing is questionable at best is further exemplified by a letter to the editor written in response to Magness's article. Dr. Christopher Murray acknowledged that rates of mask-wearing have steadily increased, but then concluded that masks should be used because they are "our first line of defense against the pandemic" and current IHME modeling indicates that "if 95% of U.S. residents were to wear masks when leaving home, we could prevent the deaths of tens of thousands of Americans" because "masks work," and "much deeper pain is ahead if we refuse to wear them."

None of this accounts for the failure of either *Nature-Medicine* or the IHME modelers to recognize and correct the error.  Moreover, neither the IHME modelers nor Dr. Murray

==provide any evidence that masks work.== They assume masks are extremely effective at preventing spread of the coronavirus, and then claim that the model is correct for that reason. This sort of circular reasoning is all-too typical of those who so vociferously insist that masks are effective without going to the trouble of substantiating that contention – or differentiating what is likely a modest benefit from mask-wearing in specific indoor locations and around high-risk individuals from the media-driven tendency to depict masks as a silver bullet for stopping the virus in all circumstances.

Coverage of a recent mask study conducted in Denmark likewise epitomizes the failure of the scientific community to rigorously engage with results that do not fit the prevailing masks-as-a-panacea narrative. The first randomized and controlled study of its kind (another appeared in May but it pertained to flu and had similar results), it found an absence of empirical evidence that masks provide protection to people wearing them, although it apparently did not assess whether they prevent infection of those who encounter the wearer.  The report was covered in a *New York Times* article bearing the patronizing headline, "A New Study Questions Whether Masks Protect Wearers. You Need to Wear Them Anyway."

Noting that the results "conflict with those from a number of other studies," primarily "laboratory examinations of the particles blocked by materials of various types," the author remarked that, therefore, this research "is not likely to alter public health recommendations in the United States." Notably, laboratory examinations, as opposed to the Danish study, do not account for the realities of everyday mask usage by non-medical professionals.

The author then quotes Susan Ellenberg, a biostatistician at the University of Pennsylvania, who claims that the study indicates a trend: "'in the direction of benefit' even if the results were not statistically significant. 'Nothing in this study suggests . . . that it is useless to wear a mask,'" according to Dr. Ellenberg.

Nor does anything in this study suggest that it is useful to wear a mask, a fact that Dr. Ellenberg (and the headline) conveniently ignores. Furthermore, if a result is statistically insignificant, it should not be used to make the case for any proposition — as even I, a layperson, know.

Scientists ought to dispassionately analyze data that contradicts their biases and assumptions, and be open to changing their beliefs accordingly. That the results of the only randomized, controlled study were and continue to be automatically discounted demonstrates that, when it comes to the subject of masks, anything approximating the scientific method has gone out the window. That is all the more evident given the lack of interest that mask proponents have shown in conducting a randomized, controlled study themselves.

An article in the *Los Angeles Times* went even further: it twisted the findings of the Danish

study to argue, incomprehensibly, that the research demonstrated *more* mask-wearing is warranted.  The author cited, as supposedly compelling evidence that masks work, the low Covid-19 death rates in Singapore, Vietnam, and Taiwan.  Indeed, according to the [latest YouGov poll](), administered in mid-November, 83% of Americans now wear masks in public, higher rates than Vietnam (77%) and Taiwan (82%).

Furthermore, there are other explanations, apart from widespread mask usage, for the remarkably low death rates in these countries.   Some scientists believe that [previous exposure to other coronaviruses]() in these regions may confer partial or total immunity to SARS-CoV-2. [Others have speculated]() that obesity, [environment]() or genetics could be the reason that Europe and the United States have substantially higher death rates than many Asian and African countries; after all, obesity is one of the most [significant risk factors]() for severe illness.

To conclude on the basis of low death rates in several countries that masks prevent coronavirus transmission is patently absurd, illogical, and unscientific. A casual observer might also note that ==coronavirus cases (albeit not necessarily deaths) are [rising in many parts of the world](), regardless of mask mandates or rates of implementation.== While not a controlled experiment, this fact at least ought to be addressed when making such sweeping claims.

Ultimately, I do not have the credentials to determine whether or not –or to what extent — masks work. But it is obvious that the issue has become so politicized that mainstream media outlets, politicians, and even scientists seize upon the slightest bit of favorable evidence, dismiss out of hand anything that conflicts with their theory, and ==most egregiously of all misrepresent the data, to support the conclusion that masks worn by asymptomatic people prevent coronavirus transmission.==

And masks are only one part of this story: [school closures, lockdowns, and social distancing]() all have been dogmatically embraced as a means of controlling infection. The substantial evidence that these mechanisms are not effective, particularly beyond their duration, has been automatically rejected for too long. This is not science: it is politics, and those within the profession who have refused to examine their confirmation biases, or manipulated the evidence to score political points, are utterly unqualified for the job.

[Jenin Younes]()

DOI:10.1111/j.1750-2659.2011.00307.x
www.influenzajournal.com

**Review Article**

Plaintiff's Exhibit 398

# The use of masks and respirators to prevent transmission of influenza: a systematic review of the scientific evidence

**Faisal bin-Reza,[a] Vicente Lopez Chavarrias,[b] Angus Nicoll,[a,b] Mary E. Chamberland[a]**

[a]Health Protection Agency, London, England. [b]European Centre for Disease Prevention and Control, Stockholm, Sweden.
*Correspondence:* Mary E. Chamberland, MD, MPH, Private public health consultant, 78 Lindbergh Drive Unit 70, Atlanta, GA 30305, USA.
E-mail: mechamberland@googlemail.com
Faisal bin-Reza, Angus Nicoll and Mary E Chamberland undertook this work whilst at the Health Protection Agency but no longer work at the HPA.
An earlier version of this review was published on-line by the Department of Health at: http://www.dh.gov.uk/prod_consum_dh/groups/dh_digitalassets/documents/digitalasset/dh_125425.pdf. This version has been updated and revised.

*Accepted 10 October 2011. Published Online 21 December 2011.*

There are limited data on the use of masks and respirators to reduce transmission of influenza. A systematic review was undertaken to help inform pandemic influenza guidance in the United Kingdom. The initial review was performed in November 2009 and updated in June 2010 and January 2011. Inclusion criteria included randomised controlled trials and quasi-experimental and observational studies of humans published in English with an outcome of laboratory-confirmed or clinically-diagnosed influenza and other viral respiratory infections. There were 17 eligible studies. Six of eight randomised controlled trials found no significant differences between control and intervention groups (masks with or without hand hygiene; N95/P2 respirators). One household trial found that mask wearing coupled with hand sanitiser use reduced secondary transmission of upper respiratory infection/influenza-like illness/laboratory-confirmed influenza compared with education;

hand sanitiser alone resulted in no reduction. One hospital-based trial found a lower rate of clinical respiratory illness associated with non-fit-tested N95 respirator use compared with medical masks. Eight of nine retrospective observational studies found that mask and/or respirator use was independently associated with a reduced risk of severe acute respiratory syndrome (SARS). Findings, however, may not be applicable to influenza and many studies were suboptimal. None of the studies established a conclusive relationship between mask/respirator use and protection against influenza infection. Some evidence suggests that mask use is best undertaken as part of a package of personal protection especially hand hygiene. The effectiveness of masks and respirators is likely linked to early, consistent and correct usage.

**Keywords** Influenza, mask, pandemic, respirator.

*Please cite this paper as:* bin-Reza *et al.* (2012) The use of masks and respirators to prevent transmission of influenza: a systematic review of the scientific evidence. Influenza and Other Respiratory Viruses 6(4), 257–267.

## Introduction

Personal protective equipment to help reduce transmission of influenza is generally advised according to the risk of exposure to the influenza virus and the degree of infectivity and human pathogenicity of the virus. The paucity of scientific evidence upon which to base guidance for the use of masks and respirators in healthcare and community settings has been a particularly vexing issue for policymakers.

The Health Protection Agency (HPA) undertook a scientific evidence-based review of the use of masks and respirators in an influenza pandemic to inform relevant guidance following the emergence of pandemic A (H1N1) 2009 influenza. The Department of Health commissioned the

HPA to update the review in support of the revision of the United Kingdom (UK) influenza pandemic preparedness strategy.[1] The review was published on-line at: http://www.dh.gov.uk/prod_consum_dh/groups/dh_digitalassets/documents/digitalasset/dh_125425.pdf. A further update of the evidence base subsequently was performed in January 2011 and described herein.

## Methods

### Search strategy
We generally followed the approach detailed in the University of York's *Systematic Reviews: CRD's Guidance for Undertaking Reviews in Health Care*.[2]

The original search of the PubMed database was conducted on 7 November 2009; subsequent updates of the PubMed database search were undertaken on 23 June 2010 and 12 January 2011.[1] The November 2009 search also included the following scientific databases: Bandolier, the Cochrane Library Database of Systematic Reviews, the Database of Abstracts of Reviews of Effects, the Health Technology Assessment database, the National Health Service (NHS) Economic Evaluation database, the UK Database of Uncertainties about the Effects of Treatments, the NHS Centre for Reviews and Dissemination and the Cumulative Index to Nursing and Allied Health Literature.[2] No additional publications resulted from these databases. The initial search in November 2009 had no time period restrictions.

A limited effort was made to identify additional studies: reference lists of review articles were examined; the European Centre for Disease Prevention and Control's (ECDC) Antimicrobial Resistance and Health Care Associated

[1]Search terms for PubMed database search: [1] Respiratory viruses: influenza OR influenza[tw] OR flu OR flu[tw] OR common cold OR common cold[tw] OR rhinovirus OR rhinovirus*[tw] OR adenoviridae OR adenovirus*[tw] OR coronavirus OR coronavirus infections OR coronavirus*[tw] OR respiratory syncytial viruses OR respiratory syncytial virus infections OR respiratory syncytial virus*[tw] OR respiratory syncytial virus[tw] OR parainfluenza virus 1 OR parainfluenza virus 2 OR parainfluenza virus 3 OR parainfluenza virus 4 OR parainfluenza[tw] OR parainfluenza[tw] OR parainfluenza[tw] OR severe acute respiratory syndrome OR severe acute respiratory syndrome[tw] OR SARS[tw] OR acute respiratory infection*[tw] OR acute respiratory tract infection*[tw] OR influenza-like illness OR influenza-like illness[tw] OR ILI OR Severe acute respiratory infection OR Severe acute respiratory infection[tw] OR pandemic influenza OR pandemic flu
[2] Interventions and population groups: masks OR mask*[tw] OR patient isolators OR personal protective equipment OR face protection OR N95 OR FFP2 OR FFP3 OR respirator OR home OR household* OR community OR nursing home OR nosocomial OR HCAI OR healthcare associated infection OR healthcare associated infections OR airborne precautions OR droplet precautions OR non-pharmaceutical intervention OR nonpharmaceutical intervention OR aerosol-generating procedures OR healthcare workers OR healthcare workers OR HCW OR healthcare personnel OR healthcare personnel.

[2]Search terms for the additional databases were respiratory viruses, mask, respirator, N95, FFP, FFP2, FFP3, influenza.

**Table 1.** Summary of criteria for the review

Inclusion criteria
  Type of study: Randomised controlled trial, quasi-experimental and observational studies
  Participants: Humans
  Setting: Healthcare or community
  Language: English only
  Abstract: Available
  Outcome: Laboratory-confirmed or clinically-diagnosed influenza and other viral respiratory infections
Exclusion criteria
  Type of study: Case series, case report, mathematical modelling and human/non-human experimental laboratory studies, reviews
  Participants: Animals
  Setting: Laboratory
  Language: non-English
  Abstract: not available

Infection Programme was consulted; and MEC's and AN's hardcopy literature files were hand-searched.

## Study selection

We included the following types of studies listed in the hierarchical order of study design quality: randomised controlled trials (i.e. randomised cross-over trial and cluster randomised trial); quasi-experimental studies (i.e. non-randomised controlled study, before-and-after study and interrupted time series); and observational studies (cohort study and case–control study). Only human studies published in English which had an abstract were included (Table 1).

Infection with pandemic strains, seasonal influenza A or B viruses and zoonotic viruses such as swine or avian influenza were included because mask/respirator guidance is needed for all types of influenza. Studies that evaluated the effect of masks/respirators on transmission of other respiratory viruses were included as a proxy for influenza.

## Study selection and validity assessment

A two-stage selection process was used to identify studies that appeared to meet the inclusion criteria. Firstly, Fb-R or VLC scanned and excluded papers on the basis of the 'title' for relevance; in the second and third searches, some relevant titles were excluded because they had been selected for review during a prior search. Secondly, to enhance the reliability of the selection process, Fb-R, VLC, MEC and AN independently reviewed the abstracts for the remaining papers.

Fb-R or VLC used a pre-designed form to perform an initial data extraction of the full article and make an initial determination regarding its eligibility. MEC or AN subsequently reviewed all of the papers, supplemented Fb-R's and VLC's initial abstraction as necessary and re-assessed

© 2011 Blackwell Publishing Ltd

each paper for inclusion in the review. Any differences were resolved by mutual agreement. MEC and AN assessed the quality of the eligible studies using the Critical Appraisal Skills Programme tools[3] for randomised controlled trials, case–control studies and cohort studies.

## Results

The three separate database searches yielded a total of 6015 titles; five articles were identified by scanning the reference lists of review articles and three articles were from MEC's hard copy collection (Figure 1). Full papers were obtained for 76 articles; of these, 17 studies were eligible for inclusion. Descriptions, findings and comments for these studies are detailed in Tables 2–4.

### Randomised controlled trials

Three of the randomised trials were hospital-based studies,[4–6] and five were conducted in community settings.[7–11] Two of these studies compared N95 respirators (designed to seal tightly to the wearer's face and filter out very small particles or aerosols that may contain viruses) and surgical masks (used to block large droplets from coming into contact with the wearer's mouth or nose) amongst healthcare workers; one trial found a lower rate of clinical illness associated with the use of non-fit-tested N95 respirators compared with medical masks,[6] whilst a non-inferiority trial found that masks and respirators offered similar protection to nurses against laboratory-confirmed influenza infection.[5] A trial conducted amongst crowded, urban households found that, despite poor compliance, mask wearing coupled with hand sanitiser use, reduced secondary transmission of upper respiratory infection/influenza-like illness/laboratory-confirmed influenza compared with education; hand sanitiser alone resulted in no reduction in this aggregated outcome.[11]

Although the remaining five trials found no significant differences between control and intervention groups, there were some notable findings. Household contacts who wore a P2 respirator (considered to have an equivalent rating to an N95 respirator) 'all' or 'most' of the time for the first 5 days were less likely to develop an influenza-like illness compared with less frequent users in one study.[9] Another study found a significant reduction in laboratory-confirmed influenza amongst household contacts that began hand hygiene or hand hygiene plus a mask within 36 hours of the index case's illness.[8] A trial conducted amongst resident university students detected significant reductions in influenza-like illness during weeks 4–6 in the mask and hand hygiene group after adjusting for vaccine receipt and other potential confounders.[10]

The requirements for mask/respirator wearing and subsequent compliance varied by study (Table 2); for example, in MacIntyre's study of healthcare workers in China in December 2008 through January 2009[6] 'participants wore the mask or respirator on every shift for 4 consecutive weeks after being shown when to wear it', whilst nurses in Canada wore a mask or respirator during the 2008/09 influenza season when caring for patients with febrile respiratory illness and during aerosol-generating procedures.[5]

### Observational studies

All of the observational studies evaluated mask and respirator use following the outbreaks of severe acute respiratory syndrome (SARS) in 2003;[12–20] seven studies were conducted amongst healthcare workers and two were community-based. All but two[12,13] of the case–control studies in healthcare workers reported that wearing masks and/or respirators appeared to protect workers from acquiring SARS.[14–17] A retrospective cohort study of nurses who worked in two Toronto hospital intensive care units found that the relative risk of SARS for nurses who consistently wore a N95 respirator was half that for nurses who consistently wore a surgical mask; however, the difference was not significant because of a small sample size.[18]

## Discussion

None of the studies we reviewed established a conclusive relationship between mask/respirator use and protection against influenza infection. Some useful clues, however, could be gleaned. Subanalyses performed for one of the larger randomised controlled studies in a household setting found evidence of reduced rates of influenza-like illness if household contacts consistently wore the mask or respirator.[9] The authors of a randomised trial of mask plus alcohol-based sanitiser and mask-only group amongst U.S. university students living in residence halls noted that their study may have been better positioned to identify a protective effect because participants initiated the interventions at the beginning of the influenza season.[10] Cowling's[8] finding that there was a significant reduction in the secondary attack ratio if the hand hygiene and mask plus hand hygiene interventions were begun within 36 hours of the index case lends support to this hypothesis.

Anticipating the paucity of studies that focused solely on influenza, we included the effect of masks/respirators on respiratory viruses other than influenza. Such studies have often been used to support infection control guidance for influenza. However, the difficulties in interpreting the observational studies of SARS suggest that they are of limited use for guiding policy on influenza. Firstly, SARS is an unusual acute viral respiratory infection with a very different epidemiology to almost all other respiratory viral infections. It is fundamentally different from human influenza: it rarely infects children, has a long incubation period, transmits little early on, mostly transmits in

**Table 2.** Synopsis of randomised controlled trials evaluating mask and respirator use for influenza

| Author/country/ year of exposure/ (reference) | Study design and participants | Reported results | Limitations |
|---|---|---|---|
| Jacobs/Japan 2008 (4) | Block randomisation to 2 arms and analysed as mask group (17 HCWs wore surgical mask on duty) and no mask group (15 HCWs only wore mask if job-required e.g. surgical nurse). Outcome measure: Self-reported cold symptoms scaled to severity. | No difference between two groups; HCWs living with children reported higher severity scores. 84·3% of participants reported full compliance with mask use and non-use. | Underpowered study; no exposure data; compliance self-reported; no confirmatory laboratory testing. |
| Loeb/Canada 2008/09 (5) | Non-inferiority randomisation of 446 nurses in emergency departments and medical and paediatric units in 8 hospitals to 2 arms and analysed as surgical mask group (212 nurses) and fit-tested N95 respirator group (210 nurses); mask/respirator worn when caring for patients with febrile respiratory illness during influenza season; assigned respiratory device worn for aerosol-generating procedures. Outcome measure: Laboratory confirmed influenza by PCR; serology only if no receipt of 2008/09 vaccine. | No difference in influenza infection: 50 (23·6%) of 212 in mask group versus 48 (22·9%) of 210 in N95 group (absolute risk difference, −0·73%; 95% CI −8·8% to 7·3%; *P* = 0·86). Limited audit found high compliance. | Hard to generalise findings given lack of control arm. Incomplete assessment of compliance and lack of detailed descriptions of exposures. |
| Cowling/China - Hong Kong 2007 (7) | Cluster randomisation of 198 HHs (index case and HH contacts) to 3 arms and analysed as control (71 HHs and 205 contacts), surgical masks (21 HHs and 61 contacts) or hand hygiene (30 HHs and 84 HH contacts); index cases and contacts asked to wear masks as often as possible at home during the 7-day follow-up period (including when with index patient outside of the household). Outcome measure: Culture-confirmed influenza; self-reported influenza symptoms. | No difference in laboratory-confirmed secondary attack ratios in controls 0·06 (95% CI 0·03–0·10), mask 0·07(95% CI 0·02–0·16) and hand hygiene groups 0·06 (95% CI 0·02–0·13), *P* = 0·99. | Underpowered pilot study; some index cases wore masks in control and hand hygiene arms; difficulty in starting the intervention quickly may have underestimated its true effect. Compliance low: 45% (21%) of index cases (HH contacts) wore mask often/always. |
| Cowling/China - Hong Kong 2008 (8) | Cluster randomisation of 407 HHs (index case and HH contacts) to 3 arms and analysed as control (91 HHs and 279 contacts), surgical masks and hand hygiene by both index case and contacts (83 HHs and 258 contacts) or hand hygiene (85 HHs and 257 contacts); index cases and contacts asked to wear masks as often as possible at home during the 7-day follow-up period (including when with index patient outside of the household). Outcome measure: RT-PCR positive confirmed influenza; self-reported influenza symptoms. | No difference in laboratory-confirmed secondary attack ratios in controls 10% (95% CI 6–14), hand hygiene 5% (95% CI 3–9) and mask plus hand hygiene groups 7% (95% CI 4–11); *P* = 0.22. Significant reduction in secondary attack ratio if either intervention applied within 36 hours of index case's onset. | Control and hand hygiene arms 'contaminated' as some index cases wore masks; delay in starting intervention quickly may have underestimated its true effect Adherence low: 49% (26%) of index cases (HH contacts) wore mask often/always. Cannot distinguish relative contributions of hand hygiene and mask as they were combined. |

© 2011 Blackwell Publishing Ltd

Table 2. (Continued)

| Author/country/ year of exposure/ (reference) | Study design and participants | Reported results | Limitations |
|---|---|---|---|
| MacIntyre/Australia 2006/07 (9) | Cluster randomisation of 145 HHs (index case and HH contacts >16 years) to 3 arms and analysed as control (50 HHs and 100 contacts) or surgical mask (47 HHs and 94 contacts) or P2 respirator (46 HHs and 92 contacts); mask/respirator to be worn at all times when in room with index case. Outcome measure: ILI or laboratory-confirmed respiratory virus infection. | No significant differences between ILI rates in controls 16 (16·0%) of 100, in surgical mask group 21 (22·3%) of 94 (RR 1·29, 95% CI 0·69–2·31, $P = 0.46$) and in P2 respirator group 14 (15·2%) of 92 (RR 0·95, 95% CI = 0·49–1·84, $P = 1$); no difference in respiratory virus isolation rates in controls 3 (3·0%) of 100, in surgical mask group 6 (6·4%) of 94 (RR 2·13, 95% CI 0·55–8·26, $P = 0.32$); and in P2 respirator group 8 (8·7%) of 92 (RR 2·90, 95% CI 0·79–106, $P = 0.12$). Reduced risk for ILI with adherent mask or respirator use (hazard ratio 0·26, CI 0·09–0·77, $P = 0.015$). | Underpowered to detect differences between 2 interventions; low level of self-reported adherence (21% of contacts in the surgical mask and respirator arms wore mask often/always). Interval between index case's symptom onset and start of intervention not stated; if delayed may have underestimated true effect of intervention. |
| Aiello/USA, 2006/07 (10) | Cluster parallel randomisation of 1437 students living in university residence halls to 3 arms and analysed as control group (552 students); mask plus hand sanitiser group (367 students); and mask-only group (378 students); instructed to wear mask as much as possible in residence hall during 6 week intervention period; encouraged to wear outside residence hall also. Outcome measure: self-reported ILI. | Adjusted analyses found ILI significantly reduced in mask plus hand sanitiser group compared with controls (during weeks 4–6), ranging from 35% (95% CI 9–53%) to 51% (95% CI 13–73%); reductions in the mask group not significant at $P < 0.025$. | Hard to generalise given limited age group and specialised setting. Study underpowered to detect small reductions in ILI across arms and the relative contributions of hand hygiene and masks. |
| Larson/USA 2006/08 (11) | Block randomisation of 617 urban HHs allocated into education (control) group (174 HHs); hand sanitiser group (169 HHs); and hand sanitiser and mask group (166 HHs); household caretaker to wear mask when within 3 feet of person with ILI for 7 days or until symptoms disappeared and to change mask between interactions; ill person encouraged to wear mask when within 3 feet of other HH members. Outcome measure: Self-reported ILI/URI symptoms and viral culture. | Hand sanitiser group more likely to report no symptomatic HH members (545/946 [57·6%] compared with education (447/904 [49·4%] and hand sanitiser/mask (363/938 [38·7%] groups, $P < 0.01$; no significant differences in rates of URI, ILI or influenza infection by intervention group in multivariate analyses. Hand sanitiser/mask group had significant reduction in secondary attack rates for URI/ILI/influenza infection (OR 0·82, 95% CI 0·70–0·97) compared with education. No reduction with hand sanitiser alone (OR 1·01, 95% CI 0·85–1·21). | Poor self-reported compliance with mask use: 22 (50%) of 44 HHs reporting ILI used masks within 48 hours of episode onset; average of 2 (range 0–9) masks/day/ILI episode used. Limited power to detect differences amongst 3 groups; some use of hand sanitiser in control group in response to media reports about methicillin-resistant *Staphylococcus aureus*. |

bin-Reza *et al.*

Table 2. (Continued)

| Author/ country/ year of exposure/ (reference) | Study design and participants | Reported results | Limitations |
| --- | --- | --- | --- |
| MacIntyre/ China –Beijing / 2008/09 (6) | Cluster, stratified (by size of hospital and level of infection control) randomisation of 1441 HCWs in 15 Beijing hospitals into mask group (492 HCWs/ 5 hospitals); N95 fit-tested group (461 HCWs/ 5 hospitals; and N95 non-fit-tested group (488 HCWs/ 5 hospitals); supplemented with convenience sample of non-mask-wearing HCWs from 9 hospitals; participants wore the mask/respirator on every shift for 4 consecutive weeks after being shown when/how to wear it. Outcome measure: Self-reported CRI, ILI and laboratory-confirmed viral infection by PCR. | For all outcomes N95 respirators had lower, but not significant, rates compared with masks. Intention-to-treat analysis adjusted for clustering of hospitals found only non-fit-tested N95s protective against CRI (16/488 [3·3%], OR 0·48, 95% CI 0·24–0·98, P = 0·045) compared with mask group (33/492 [6·7%]) as ref. Multivariate analysis found wearing N95s and hospital level each reduced odds of CRI and laboratory-confirmed infection. | Monitored and self-reported compliance good (68–76%) in the 3 arms; however, monitoring by HCWs' supervisors not optimal method. Limited power to detect differences amongst 3 groups as observed attack rates low. Authors note 46% probability of incorrectly finding one significant difference. Despite stratified randomisation, mask group comprised of only level 3 (most sophisticated) hospitals. Hard to generalise beyond unique study population. Detailed data on potential exposures and information on community levels of influenza not provided. |

HCW, healthcare worker; PPE, personal protective equipment; RT-PCR, reverse transcription-polymerase chain reaction; ILI, influenza-like illness; HH, household; URI, upper respiratory infection; CRI, clinical respiratory illness; ref, reference group.

healthcare settings, is not prone to extensive global spread and has only appeared once. Secondly, the studies were poorly designed, had many weaknesses and so were very difficult to interpret. Issues of concern include the use of a non-specific definition for exposure to a SARS patient (e.g. coming within one metre of a patient), inconsistency in providing information about the comparability of cases and controls and collection of data after a lengthy period following the outbreak. Several lacked microbiological confirmation of cases or controls and it would seem likely that a number of the SARS cases were not cases at all. Because all the cases knew they were cases, recall bias was highly likely. The single case–control study that tried to address some of these limitations did not find that inconsistent use of masks or respirators was associated with SARS infection.[13]

It is important to note three considerations when assessing the practical implications of the review's findings. Firstly, development of evidence-based guidance about mask/respirator use is inextricably linked to what is known about how influenza is spread and specific risk factors that can affect transmissibility (e.g. host factors, pathogen factors, environmental factors and particle size). However, this is an area equally fraught with uncertainty; there are limited and conflicting evidence regarding the relative importance and frequency of direct contact, indirect contact, droplet and aerosol modes of transmission.[21,22] Historically, transmission has been thought to occur principally through respiratory droplets and masks have been used as a barrier against droplets emitted by coughing and sneezing. In the last decade, there has been increasing interest in a possible role for aerosol transmission of influenza and the advisability of filtering respirators to block such transmission. For example, studies have found that infected patients can produce aerosol particles containing influenza virus[23] and that hospital airflow patterns can influence influenza transmission via aerosols.[24]

Secondly, although the focus of this review has been on masks and respirators, limiting transmission of influenza in both healthcare and community settings requires a multi-faceted approach, of which masks and respirators are but one component. In the healthcare setting, this 'hierarchy of controls' includes administrative controls help to reduce the introduction and spread of infection (e.g. policies to restrict entrance of ill visitors and workers, vaccination of healthcare workers); environmental/ engineering controls (e.g. adequate ventilation); and lastly, use of personal protective equipment and hand hygiene.[25] In the community setting, a similarly structured approach is advised. However, during both the planning for an eventual pandemic and the subsequent public health response to the H1N1 pandemic, concern over policy and guidance related to mask/respirator use has at times seemed to overshadow

© 2011 Blackwell Publishing Ltd

**Table 3.** Synopsis of observational case–control studies evaluating mask and respirator use for SARS

| Author/country (reference) | Study design and participants | Reported results | Comments |
|---|---|---|---|
| Chen/China (12) | 91 SARS IgG positive HCWs compared with 657 SARS IgG negative HCWs who cared for SARS patients in two hospitals. | Double-layer cotton mask (versus a single-layer cotton mask) protective against SARS infection in univariate analysis (OR 2·53, 95% CI 1·57–4·07); not significant in multivariate analysis. | Possible recall bias as questionnaire survey conducted 4 months after outbreak; limited data on frequency and type of exposures to SARS patients. |
| Lau/China-Hong Kong (13) | 72 HCWS with SARS from 5 hospitals compared with 144 matched controls; PPE use examined during (i) direct contact with SARS patient; (ii) general contact with SARS and non-SARS patients; and (iii) no patient contact. | Almost all HCWs wore N95 respirator or surgical mask in all patient settings. Unadjusted univariate analysis found inconsistent use of masks or respirators not associated with higher risk of SARS in any of the 3 contact settings; multivariate analysis found inconsistent use of >1 type of PPE during direct contact independent risk for SARS. | No serological testing of controls; reporting bias possible. |
| Nishiura/Viet Nam (14) | Period 1: Time from admission of index case to occurrence of secondary cases in one hospital: 25 laboratory-confirmed SARS cases compared with 90 controls (HCWs and relatives of patients). Period 2: During a nosocomial outbreak in the hospital with strict isolation procedures, quarantine of HCWs and increased use of PPE: 4 laboratory-confirmed SARS cases compared with 26 controls with only physicians and nurses in both groups. | Period 1: univariate analysis found masks (OR 0·3, 95%CI 0·1–0·7) and gowns (OR 0·2, 95%CI 0·0–0·8) protective; in logistic regression analyses, only masks protective (OR = 0·29, 95% CI 0·11–0·73) Period 2: use of masks (OR < 0·1, 95% CI 0·0–0·3) and gowns (P = 0·010, OR and CI not calculable) associated with non-infection for doctors and nurses. | Possible recall bias; exposures imprecisely quantified; no serological testing of controls. |
| Nishiyama/Viet Nam (15) | Risk factors for serologically-confirmed SARS infection assessed for 85 case and control HCWs who had direct contact with SARS patients. | Multivariate logistic regression analysis found significant risk for SARS amongst HCWs who never wore mask compared with those who always wore a mask (OR 12·6, 95% CI 2·0–80·0, P < 0·01) | Possible reporting bias as interview conducted 7 months after outbreak; nature of exposures to SARS not specified; community exposures not assessed. |
| Seto/China - Hong Kong (16) | 13 SARS-infected HCWs with no community exposures compared with 241 HCWs without clinical SARS; all reported direct contact with 11 SARS patients in 5 hospitals. | Univariate analysis found HCWs who used surgical masks or N95 respirators, gowns or hand washing less likely to develop SARS; logistic regression analysis found use of any mask significant (OR 13, 95% CI 3–60). | No serological testing of controls; reporting bias possible as interviews conducted a month after cases identified; community exposures not assessed. |
| Teleman/Singapore (17) | Evaluated risk factors for serologically-confirmed SARS amongst 36 ill case-HCWs exposed to 3 highly infectious source patients and 50 well control-HCWs that came within 1 m of serologically-confirmed SARS patients. | Adjusted logistic regression analyses found that wearing N95 respirator during each patient contact (adj OR 0·1, 95% CI 0·02–0·86, P = 0·04) and hand washing after patient contact (adj OR 0·07, 95% CI 0·008–0·66, P = 0·02) protective. | Small sample size; no serological testing of the controls; limited recall of precise exposure data; no assessment of community/household exposures. |

**Table 3.** (*Continued*)

| Author/country (reference) | Study design and participants | Reported results | Comments |
|---|---|---|---|
| Lau/China - Hong Kong (19) | 330 probable SARS cases with 'undefined' source of infection compared with 660 controls recruited by random telephone survey matched for age, sex and reference time for behaviours in question. | Matched multivariate analyses found using mask frequently in public places 27·9% of 330 cases versus 58·7% of 660 controls (OR = 0·36, 95% CI 0·25–0·52); washing one's hands >10 times a day (OR = 0·58, 95% CI 0·38–0·87) and disinfecting living quarters (OR = 0·41, 95% CI 0·29–0·58) protective. | Likely misclassification because no laboratory testing for most cases and no testing of controls; non-specific questions about exposures and potential protective measures. |
| Wu/China (20) | 94 unlinked, probable clinical SARS cases without reported contact with other SARS cases and 281 community-based age- and sex-matched controls in Beijing recruited by sequential digit dialling. | Multivariate analysis found 'sometimes' and 'always' wearing mask when outside home protective (matched OR 0·4, 95% CI 0·2–0·9, *P* = 0·03 and OR 0·3, 95% CI 0·1–0·6, *P* = 0·002, respectively). | Likely misclassification because no laboratory testing for most cases and no testing of controls; lack of information about community exposures; recall and self-selection bias possible. |

SARS, severe acute respiratory syndrome; HCW, healthcare worker.

**Table 4.** Synopsis of an observational cohort study evaluating mask and respirator use for SARS

| Author/country (reference) | Study design and participants | Reported results | Comments |
|---|---|---|---|
| Loeb/Canada (18) | Retrospective cohort of 43 nurses who worked in ICU or CCU when laboratory-confirmed SARS patient in unit; analysis limited to 32 nurses who entered patient's room at least once. | 3 (13%) of 23 nurses who consistently wore mask (either surgical or N95 respirator) developed SARS compared with 5 (56%) of 9 nurses who did not consistently wear either (RR 0·23, *P* = 0·02). 2 (13%) of 16 nurses who consistently wore N95 respirator developed SARS compared with 1 (25%) of 4 nurses who consistently wore a surgical mask (RR = 0·50, *P* = 0·51). | Underpowered study; recall bias possible; community exposure not explored; no serological testing of controls. |

SARS, severe acute respiratory syndrome; PPE, personal protective equipment; ILI, influenza-like illness; ICU, intensive care unit; CCU, coronary care unit.

other important controls.[26] ==It is somewhat paradoxical that whilst continued effort and resources are needed to assess the independent effect of masks and respirators on influenza transmission, their use would always be recommended in combination with other control measures.==

Thirdly the practical implications of policy, guidance and recommendations on mask/respirator use and other infection control measures must be considered. The only two studies that compared mask and respirators to protect healthcare workers from influenza infection essentially reached different conclusions[5,6] illustrating the difficulties facing policymakers.[27] Further, a simulation study found that strict adherence to guidance about personal protective equipment (which included masks and respirators) compromised normal ward functioning in a UK hospital setting.[28]

This review had a prescribed narrow focus that permitted us to examine a relatively small number of studies. We considered employing quantitative techniques, but on analysis found the studies comprised a range of study designs, pathogens, participants, interventions and opportunities for bias and confounding would render any meta-

© 2011 Blackwell Publishing Ltd



**Figure 1.** Diagram of search strategy results and article selection for three searches. [1]Includes 3 papers that were sought for review and abstraction in the first search. [2]Includes 6 papers that were sought for review and abstraction in the second search. [3]One of these papers (reference no. 6) became available on-line on 27 January 2011. [4]Reasons for exclusion included an inability to distinguish the effect of mask use from other personal protective equipment or lack of quantitative data.

analysis findings open to criticism. A review that included interventions other than mask/respirator use, experimental laboratory and/animal–human studies on mask/respirator efficacy, cost-effectiveness studies and the occurrence of adverse events would present a more comprehensive picture.

Several systematic reviews of interventions to limit the transmission of respiratory viral infections and/or specifically influenza have been undertaken. Most have considered a range of interventions;[29–33] one focused specifically on respiratory protection.[34] Within the boundaries established by our inclusion criteria, our search strategy captured essentially the same studies on masks and respirators that others have identified. Jefferson *et al* derived pooled estimates of the effectiveness of wearing an N95 respirator (91%) and wearing a mask (68%) for any respiratory viral infection;[29] however, these estimates were derived from the analyses of six SARS studies whose methodology was

problematic. We carefully noted how well exposures in various studies were detailed and if cases and controls were laboratory-confirmed to avoid misclassification bias. We did not feel that such a heterogeneous group of studies could be combined even for SARS.

In conclusion, there is a limited evidence base to support the use of masks and/or respirators in healthcare or community settings. Mask use is best undertaken as part of a package of personal protection, especially including hand hygiene in both home and healthcare settings. Early initiation and correct and consistent wearing of masks/respirators may improve their effectiveness. However, this remains a major challenge – both in the context of a formal study and in everyday practice.

Continued research on the effectiveness masks/respirators use and other closely associated considerations remains an urgent priority with emphasis being on carefully designed observational studies and trials best conducted

outside a crisis situation.[35] However, examination of the literature has highlighted that well-designed studies in this field are challenging.[27] Studies need to be adequately powered to assess potentially small differences between interventions and the independent effect of mask/respirator wearing when a second intervention (e.g. hand hygiene) is employed; an appropriate control group must be identified (e.g. no use of masks/respirators). Most of the studies we examined were too small to reliably detect what would be anticipated to be moderate effects. Perhaps, one solution is to fund large multi-centre trials with similar protocols in different sites for multiple years to achieve sufficient power. Protocols should include the collection of detailed exposure data, objective monitoring of compliance and assessment of potential confounders. It may be difficult to design studies employing a control group that does not use any protective equipment (including masks/respirators), particularly in healthcare settings, as such precautions are routinely recommended. Finally, there is a striking paucity of published studies with microbiologically proven influenza infection as an outcome; inclusion of laboratory outcomes is essential in any future study of masks/respirators on transmission of influenza.

## Acknowledgements

We gratefully acknowledge the librarians at the Health Protection Agency (Sheila O'Malley) and ECDC (Ana-Belen Escriva and Indu Kadlac) for assistance with the literature reviews; and Anthony Kessel, Jeremy Hawker, Anna Cichowska, John Watson and Nick Phin of the HPA, Marc Struelens (ECDC) and others for helpful suggestions.

## Funding

Supported by funding from the Health Protection Agency and the European Centre for Disease Prevention and Control.

## Declarations of interest

Mary E Chamberland provided assistance to the Health Protection Agency, U.S. Centers for Disease Control and Prevention and the World Health Organization in the development of infection control recommendations for pandemic influenza. Angus Nicoll helped develop the ECDC infection control guidance for pandemic, seasonal and avian influenza.

## Authors' contributions

Fb-R, VLC, AN and MEC analysed the data. Fb-R and MEC were the principal writers of the manuscript with contributions from AN and VLC.

## References

1 Department of Health. UK influenza pandemic preparedness strategy 2011: strategy for consultation. 22 March 2011. Available at http://www.dh.gov.uk/en/Consultations/Liveconsultations/DH_125316 (Accessed 25 March 2011).

2 Centre for Reviews and Dissemination, University of York. CRD's guidance for undertaking reviews in health care. 2009. Available at http://www.york.ac.uk/inst/crd/systematic_reviews_book.htm (Accessed 22 December 2009).

3 National Health Service Critical Appraisal Skills Programme. Available at http://www.phru.nhs.uk/casp/CASP.htm (Accessed 16 November 2009).

4 Jacobs JL, Ohde S, Takahashi O, Tokuda Y, Omata F, Fukui T. Use of surgical face masks to reduce the incidence of the common cold among health care workers in Japan: a randomized controlled trial. Am J Infect Control 2009; 37:417–419.

5 Loeb M, Dafoe N, Mahony J et al. Surgical mask vs N95 respirator for preventing influenza among health care workers: a randomized trial. JAMA 2009; 302:1865–1871.

6 MacIntyre CR, Wang Q, Cauchemez S et al. A cluster randomized clinical trial comparing fit-tested and non-fit-tested N95 respirators to medical masks to prevent respiratory virus infection in health care workers. Influenza Other Respi Viruses 2011; 5:170–179.

7 Cowling BJ, Fung ROP, Cheng CKY et al. Preliminary findings of a randomized trial of non-pharmaceutical interventions to prevent influenza transmission in households. PLoS ONE 2008; 3:e2101.

8 Cowling BJ, Chan K-H, Fang VJ et al. Facemasks and hand hygiene to prevent influenza transmission in households: a cluster randomized trial. Ann Intern Med 2009; 151:437–446.

9 MacIntyre CR, Cauchemez S, Dwyer DE et al. Face mask use and control of respiratory virus transmission in households. Emerg Infect Dis 2009; 15:233–241.

10 Aiello AE, Murray GF, Perez V et al. Mask use, hand hygiene, and seasonal influenza-like illness among young adults: a randomized intervention trial. J Infect Dis 2010; 201:491–498.

11 Larson EL, Ferng Y-H, Wong-McLoughlin J, Wang S, Haber M, Morse SS. Impact of non-pharmaceutical interventions on URIs and influenza in crowded, urban households. Public Health Rep 2010; 125:178–191.

12 Chen W-Q, Ling W-H, Lu C-Y et al. Which preventive measures might protect health care workers from SARS? BMC Public Health 2009; 9:81.

13 Lau JTF, Fung KS, Wong TW et al. SARS transmission among hospital workers in Hong Kong. Emerg Infect Dis 2004; 10:280–286.

14 Nishiura H, Kuratsuji T, Quy T et al. Rapid awareness and transmission of severe acute respiratory syndrome in Hanoi French Hospital, Vietnam. Am J Trop Med Hyg 2005; 73:17–25.

15 Nishiyama A, Wakasugi N, Kirikae T et al. Risk factors for SARS infection within hospitals in Hanoi, Vietnam. Jpn J Infect Dis 2008; 61:388–390.

16 Seto WH, Tsang D, Yung RWH et al. Effectiveness of precautions against droplets and contact in prevention of nosocomial transmission of severe acute respiratory syndrome (SARS). Lancet 2003; 361:1519–1520.

17 Teleman MD, Boudville IC, Heng BH, Zhu D, Leo YS. Factors associated with transmission of severe acute respiratory syndrome among health-care workers in Singapore. Epidemiol Infect 2004; 132:797–803.

18 Loeb M, McGeer A, Henry B et al. SARS among critical care nurses, Toronto. Emerg Infect Dis 2004; 10:251–255.

© 2011 Blackwell Publishing Ltd

19 Lau JTF, Tsui H, Lau M, Yang X. SARS transmission, risk factors, and prevention in Hong Kong. Emerg Infect Dis 2004; 10:587–592.

20 Wu J, Xu F, Zhou W *et al.* Risk factors for SARS among persons without known contact with SARS patients, Beijing, China. Emerg Infect Dis 2004; 10:210–216.

21 Brankston G, Gitterman L, Hirji Z, Lemieux C, Gardam M. Transmission of influenza A in human beings. Lancet Infect Dis 2007; 7:257–265.

22 Tellier R. Aerosol transmission of influenza A virus: a review of new studies. J R Soc Interface 2009; 6(Suppl 6):S783–S790.

23 Lindsley WG, Blachere FM, Thewlis RE *et al.* Measurements of airborne influenza virus in aerosol particles from human coughs. PLoS ONE 2010; 5:e15100.

24 Wong BCK, Lee N, Li Y *et al.* Possible role of aerosol transmission in a hospital outbreak of influenza. Clin Infect Dis 2010; 51:1176–1183.

25 Department of Health and Health Protection Agency. Pandemic (H1N1) 2009 influenza – a summary of guidance for infection control in healthcare settings. 8 Jan 2010. Available at http://www.dh.gov.uk/en/Publicationsandstatistics/Publications/PublicationsPolicyAndGuidance/DH_110902 (Accessed 12 February 2010).

26 Srinivasan A, Perl TM. Respiratory protection against influenza (editorial). JAMA 2009; 302:1903–1904.

27 Killingley B. Respirators versus medical masks: evidence accumulates but the jury remains out (editorial). Influenza Other Respi Viruses 2011; 5:143–145.

28 Phin NF, Rylands A, Allan J, Edwards C, Enstone JE, Nguyen-Van-Tam J. Personal protective equipment in an influenza pandemic: a UK simulation exercise. J Hosp Infect 2009; 71:15–21.

29 Jefferson T, Del Mar C, Dooley L *et al.* Physical interventions to interrupt or reduce the spread of respiratory viruses: systematic review [published online 21September 2009]. BMJ 2009; 339:b3675.

30 Jefferson T, Foxlee R, Del Mar C *et al.* Physical interventions to interrupt or reduce the spread of respiratory viruses: systematic review [published online 27 November 2007]. BMJ 2008; 336:77–80.

31 Jefferson T, Del Mar C, Dooley L *et al.* Physical interventions to interrupt or reduce the spread of respiratory viruses. Cochrane Database Syst Rev 2010: CD006207.

32 Aledort JE, Lurie N, Wasserman J, Bozzette SA. Non-pharmaceutical public health interventions for pandemic influenza: an evaluation of the evidence base. BMC Public Health 2007; 7:208.

33 Gamage B, Moore D, Copes R *et al.* Protecting health care workers from SARS and other respiratory pathogens: a review of the infection control literature. Am J Infect Control 2005; 33:114–121.

34 Cowling BJ, Zhou Y, Ip DKM, Leung GM, Aiello AE. Face masks to prevent transmission of influenza virus: a systematic review [published online January 22, 2010]. Epidemiol Infect 2010; 138:449–456.

35 Aiello AE, Coulborn RM, Aragon TJ *et al.* Research findings from non-pharmaceutical intervention studies for pandemic influenza and current gaps in the research. Am J Infect Control 2010; 38:251–258.

Plaintiff's Exhibit 399

thefederalist.com

# These 12 Graphs Show Mask Mandates Do Nothing To Stop COVID

*Yinon Weiss*

10-13 minutes

---

Masks have become a political tool and a talisman. When COVID-19 hit, governments panicked and created enormous fear. The Centers for Disease Control currently estimates a COVID-19 survival rate of 99.99 percent for people younger than 50, but the damage created by the panic was too great to undo.

It is likely that some politicians eventually realized their mistake and needed a way to back-pedal without admitting their lockdowns were a policy disaster. Their solution was for people to put any old piece of cloth across their face and magically believe that it's okay to go out shopping again.

Masks are not merely a small inconvenience. They have inadvertently become a key impediment to returning to a more normal life, a desirable goal for those seeking to twist the pandemic for political and electoral purposes.

Masks dehumanize us, and ironically serve as a constant reminder that we should be afraid. People can now be spotted wearing masks while camping by themselves in the woods or on a solo sailing trip. They have become a cruel device on young children everywhere, kindergarten students covered by masks and isolated by Plexiglas, struggling to understand the social expressions of their peers. Face coverings are causing real harm to the American psyche, provide little to no medical benefit, and distract us from more important health policy issues.

The mask dogma had many cracks in it from the start. For one, the U.S. surgeon general and the Centers for Disease Control both previously said that "masks are NOT effective in preventing [the] general public from catching coronavirus," so they were already starting with a credibility deficit. Furthermore, many officials have been frequently caught without masks when they think the cameras are off them. Dr. Anthony Fauci, for example, has been caught doing this multiple times.





Chicago's mayor and local media were all caught taking off their masks and violating social distancing as soon as a press conference ended. This was caught in a now deleted YouTube video that was shared by a now deleted Twitter account after being retweeted more than 26,000 times. As of the date of this publication, it is still available to view in a crude video of a video that has yet to be deleted on YouTube.

Clearly, some people do not want you to see what politicians do behind the scenes. Pennsylvania Gov. Tom Wolf, a strong advocate for mandatory masking, was caught off camera laughing about how wearing masks is an act of "political theater."

### Faking 'Science' to Achieve Political Goals

These same politicians and health officials are so desperate to make people believe in masks that they doctor charts to make their case, even when their own data actually undermines them. So what is the actual science behind masks? Let's begin by reviewing the leading scientific studies.

The Centre for Evidence-Based Medicine at Oxford University summarized six international studies which "showed that masks alone have no significant effect in interrupting the spread of ILI or influenza in the general population, nor in healthcare workers." Oxford went on to say that "that despite two decades of pandemic preparedness, there is considerable uncertainty as to the value of wearing masks." They prophetically warned that this has "left the field wide open for the play of opinions, radical views and political influence."

A study of health-care workers in more than 1,600 hospitals showed that cloth masks only filtered out 3 percent of particles. An article in the New England Journal of Medicine stated, "[W]earing a mask outside health care facilities offers little, if any, protection from

infection" and that "[T]he desire for widespread masking is a reflexive reaction to anxiety over the pandemic."

There are many other credible studies showing lack of mask efficacy, such as studies published in the National Center for Biotechnology Information, Cambridge University Press, Oxford Clinical Infectious Diseases, and Influenza Journal, just to name a few.

Studies do show masks can help in the case of direct respiratory droplets, which would matter if somebody is coughing, breathing, or sneezing directly on your face. That happens normally in a tight and highly confined space.

But the plentiful evidence we have indicates masks would not meaningfully help with aerosol transmission, where two people are just in the same area, or even the same room. This is because the two people end up breathing the same air, with or without a mask, as visually demonstrated in this video.

### Now for Graphs about International Mask Mandates

Historical scientific studies do not make a compelling case that universal masking would meaningfully help, so let's explore real-world situations to see where data leads us.

Austria was one of the first governments to require masks, and it did so about 10 days after its cases began to go down. The level of downtrend did not change or improve after masks were required. After the nation's people wearing masks for an extended period, cases are currently four times where they were when Austria mandated masks, and cases continue to climb.



Germany mandated masks about halfway down its original recovery. Their cases are now

similarly climbing quickly.



The French now have around 1,000 percent more daily cases they had when they mandated masks, despite having one of the highest mask compliance levels in the world.



Spain was not far behind its French neighbor with a mandate. Spain required masks when cases were near zero and has the highest compliance with mask-wearing in all Europe. Now Spain is at around 1,500 percent the level of cases compared to when it mandated masks.





After three months of requiring masks, the United Kingdom is at around 1,500 percent more cases despite having one of the highest mask compliance records in Europe.

Belgium required masks shortly after the British did, and now possibly has the highest rate of cases in the world.

Italy had extremely high levels of mask-wearing despite no national mandate. Recently skyrocketing cases finally compelled them to create one of the strictest mask laws in the world, but the results have predictably failed to slow the rise in coronavirus cases. In fact, cases skyrocketed immediately after the mask mandate went into effect.

Similar results have been found in Ireland, Portugal, Israel, and many other countries. No matter how strictly mask laws are enforced nor the level of mask compliance the population follows, cases all fall and rise around the same time.

How about the United States? Americans have proven to be highly compliant with mask wearing, even higher than the Germans.

It is therefore no surprise that the same trends found in Europe are also found in U.S. states. For example, California required masks in June but cases still went up by more than 300 percent and the state remains heavily locked down four months later with still higher cases.

Hawaii suffered one of the most economically devastating lockdowns of all the U.S. states. It was also an early mover on mandating masks both indoors and outdoors, but cases still went up by almost 1,000 percent.

With and without mask mandates, Texas and Georgia followed nearly identical case development.

For those more interested in comparing deaths than cases, we again don't see a pattern of masks meaningfully helping.

## Why Don't Masks Work?

Why don't masks work on the general public? For one, if you read the fine print on most consumer masks you will see something along the line of "not intended for medical purposes and has not been tested to reduce the transmission of disease." Masks can work well when they're fully sealed, properly fitted, changed often, and have a filter designed for virus-sized particles. This represents none of the common masks available on the consumer market, making universal masking much more of a confidence trick than a medical solution.

If we actually wanted effective masks, then manufacturers should be conducting scientific

tests evaluating masks specifically for their ability to reduce the spread of coronavirus. The Food and Drug Administration and CDC should be making recommendations on which masks to use and approving masks based on their scientific efficacy rather than promoting the wrapping of any piece of miscellaneous cloth around your face.

Many powerful institutions have too much political capital invested in the mask narrative at this point, so the dogma is perpetuated.

Effective masks, if they exist, should then be distributed to highly vulnerable groups for use only in rare and extenuating circumstances. There would be little point for the population at large to wear masks all the time because while focused protection may be possible, it is not possible to eradicate the virus at this point or stop its spread.

Our universal use of unscientific face coverings is therefore closer to medieval superstition than it is to science, but many powerful institutions have too much political capital invested in the mask narrative at this point, so the dogma is perpetuated. The narrative says that if cases go down it's because masks succeeded. It says that if cases go up it's because masks succeeded in preventing more cases. The narrative simply assumes rather than proves that masks work, despite overwhelming scientific evidence to the contrary.

The narrative further ignores places like Sweden and Georgia, which never required masks in the first place, and it suppresses new scientific evidence if it doesn't support desired political results, such as data from the world's only randomized trial investigating if masks actually protect from COVID-19. Even a Nobel laureate has been canceled because his COVID charts and data were found to be undesirable.

History does not bode well for times that politics meddles with science. Martin Kulldorff, a professor at Harvard Medical School and a leader in disease surveillance methods and infectious disease outbreaks, describes the current COVID scientific environment this way: "After 300 years, the Age of Enlightenment has ended."

In the end, it will be the loss of credibility in our scientific institutions, and the unnecessary division they have sowed among us, for which masks will be remembered.

Yinon Weiss is a tech entrepreneur, a U.S. military veteran, and holds a degree in bioengineering from U.C. Berkeley. Follow him on Twitter.

Copyright © 2021 The Federalist, a wholly independent division of FDRLST Media, All Rights Reserved.

Articles

Plaintiffs' Exhibit 400

# Transmission of COVID-19 in 282 clusters in Catalonia, Spain: a cohort study

  

Michael Marks, Pere Millat-Martinez, Dan Ouchi, Chrissy h Roberts, Andrea Alemany, Marc Corbacho-Monné, Maria Ubals, Aurelio Tobias, Cristian Tebé, Ester Ballana, Quique Bassat, Bàrbara Baro, Martí Vall-Mayans, Camila G-Beiras, Nuria Prat, Jordi Ara, Bonaventura Clotet, Oriol Mitjà

## Summary

**Background** Scarce data are available on what variables affect the risk of transmission of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2), the development of symptomatic COVID-19, and, particularly, the relationship with viral load. We aimed to analyse data from linked index cases of COVID-19 and their contacts to explore factors associated with transmission of SARS-CoV-2.

**Methods** In this cohort study, patients were recruited as part of a randomised controlled trial done between March 17 and April 28, 2020, that aimed to assess if hydroxychloroquine reduced transmission of SARS-CoV-2. Patients with COVID-19 and their contacts were identified by use of the electronic registry of the Epidemiological Surveillance Emergency Service of Catalonia (Spain). Patients with COVID-19 included in our analysis were aged 18 years or older, not hospitalised, had quantitative PCR results available at baseline, had mild symptom onset within 5 days before enrolment, and had no reported symptoms of SARS-CoV-2 infections in their accommodation or workplace within the 14 days before enrolment. Contacts included were adults with a recent history of exposure and absence of COVID-19-like symptoms within the 7 days preceding enrolment. Viral load of contacts, measured by quantitative PCR from a nasopharyngeal swab, was assessed at enrolment, at day 14, and whenever the participant reported COVID-19-like symptoms. We assessed risk of transmission and developing symptomatic disease and incubation dynamics using regression analysis. We assessed the relationship of viral load and characteristics of cases (age, sex, number of days from reported symptom onset, and presence or absence of fever, cough, dyspnoea, rhinitis, and anosmia) and associations between risk of transmission and characteristics of the index case and contacts.

**Findings** We identified 314 patients with COVID-19, with 282 (90%) having at least one contact (753 contacts in total), resulting in 282 clusters. 90 (32%) of 282 clusters had at least one transmission event. The secondary attack rate was 17% (125 of 753 contacts), with a variation from 12% when the index case had a viral load lower than $1 \times 10^6$ copies per mL to 24% when the index case had a viral load of $1 \times 10^{10}$ copies per mL or higher (adjusted odds ratio per $\log_{10}$ increase in viral load 1·3, 95% CI 1·1–1·5). Increased risk of transmission was also associated with household contact (3·0, 1·59–5·65) and age of the contact (per year: 1·02, 1·01–1·04). 449 contacts had a positive PCR result at baseline. 28 (6%) of 449 contacts had symptoms at the first visit. Of 421 contacts who were asymptomatic at the first visit, 181 (43%) developed symptomatic COVID-19, with a variation from approximately 38% in contacts with an initial viral load lower than $1 \times 10^7$ copies per mL to greater than 66% for those with an initial viral load of $1 \times 10^{10}$ copies per mL or higher (hazard ratio per $\log_{10}$ increase in viral load 1·12, 95% CI 1·05–1·20; p=0·0006). Time to onset of symptomatic disease decreased from a median of 7 days (IQR 5–10) for individuals with an initial viral load lower than $1 \times 10^7$ copies per mL to 6 days (4–8) for those with an initial viral load between $1 \times 10^7$ and $1 \times 10^9$ copies per mL, and 5 days (3–8) for those with an initial viral load higher than $1 \times 10^9$ copies per mL.

**Interpretation** In our study, the viral load of index cases was a leading driver of SARS-CoV-2 transmission. The risk of symptomatic COVID-19 was strongly associated with the viral load of contacts at baseline and shortened the incubation time of COVID-19 in a dose-dependent manner.

**Funding** YoMeCorono, Generalitat de Catalunya.

**Copyright** © 2021 Elsevier Ltd. All rights reserved.

## Introduction

According to current evidence, COVID-19 is primarily transmitted from person to person through respiratory droplets, as well as indirect contact through transfer of the virus from contaminated fomites to the mouth, nose, or eyes.[1,2] As with most respiratory viral infections, some transmission through smaller aerosols is likely to occur, but their relative contribution compared with droplets remains unclear. Several outbreak investigation reports have shown that COVID-19 transmission can be particularly effective in confined indoor spaces such as workplaces, including factories, churches, restaurants, shopping centres, and health-care settings.[3–6] In Spain and many other countries, health-care workers have had a high rate of COVID-19 infection.[7]

*Lancet Infect Dis* 2021;
21: 629–36

Published Online
February 2, 2021
https://doi.org/10.1016/
S1473-3099(20)30985-3

See **Comment** page 580

For the Catalan translation of the abstract see Online for appendix 1

Clinical Research Department, Faculty of Infectious & Tropical Diseases, London School of Hygiene & Tropical Medicine, London, UK (M Marks PhD, C h Roberts PhD); Hospital for Tropical Diseases, University College London Hospital, London, UK (M Marks); Barcelona Institute for Global Health, Hospital Clínic, University of Barcelona, Barcelona, Spain (P Millat-Martinez MD, Prof Q Bassat PhD, B Baro PhD); IrsiCaixa AIDS Research Institute, Badalona, Spain (D Ouchi MSc, E Ballana PhD, B Clotet PhD); Fight AIDS and Infectious Diseases Foundation, Badalona, Spain (A Alemany BM, M Corbacho-Monné BM, M Vall-Mayans PhD, C G-Beiras PhD, B Clotet, O Mitjà PhD); Parc Tauli Hospital Universitari, Institut d'Investigació i Innovació Parc Tauli I3PT, Sabadell, Spain (M Corbacho-Monné); Catalan Institution for Research and Advanced Studies, Barcelona, Spain (Prof Q Bassat); Infectious Disease Department, Hospital Universitari Germans Trias i Pujol, Badalona, Spain (M Ubals MD, E Ballana, M Vall-Mayans, N Prat MSc, J Ara PhD, B Clotet, O Mitjà); Institute of Environmental Assessment and Water Research, Spanish Council for Scientific Research, Barcelona, Spain (A Tobias PhD); Biostatistics Unit, Institut d'Investigació Biomèdica de Bellvitge, L'Hospitalet de Llobregat, Barcelona, Spain (C Tebé PhD); Department of Clinical

Sciences, Faculty of Medicine and Health Sciences, University of Barcelona, Barcelona, Spain (C Tebé, O Mitjà); **Càtedra de Malalties Infeccioses i Immunitat, Universitat de Vic, Universitat Central de Catalunya, Vic, Spain** (B Clotet, O Mitjà); **Lihir Medical Centre, International SOS, Lihir Island, Papua New Guinea** (O Mitjà)

Correspondence to:
Dr Michael Marks, Clinical Research Department, London School of Hygiene & Tropical Medicine, London WC1E 7HT, UK
michael.marks@lshtm.ac.uk

### Research in context

**Evidence before this study**

On Sept 20, 2020, we searched PubMed for articles reporting on factors influencing transmission of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2) and the risk of developing symptomatic COVID-19. Search terms included "COVID-19", "SARS-CoV-2", "transmission", "incubation time", and "risk", with no language restrictions. Various authors had reported on retrospective analyses of clusters of index cases and their corresponding contacts, as well as series of patients who developed symptomatic COVID-19 after a positive PCR result. Besides describing the secondary attack rate, these studies identified risk factors for transmission associated with the place and duration of exposure and not using personal protective equipment. A single study suggested that individuals who were symptomatic might be more likely to transmit than those without symptoms, but we found no clear evidence regarding the influence of viral load of the index case on transmission risk. Similarly, although various retrospective series of patients with positive PCR results had reported incubation times elsewhere, the characteristics of index case and contacts that might influence the risk of developing symptomatic COVID-19 and the time to this event had been barely addressed.

**Added value of this study**

We analysed data from a large cluster-randomised clinical trial on post-exposure therapy for COVID-19 that provided new information on SARS-CoV-2 transmission dynamics. Several design components add value to this dataset. Notably, quantitative PCR was available for the index cases to estimate risk of transmission. Additionally, quantitative PCR was also done on asymptomatic contacts at the time of enrolment allowing us to investigate the dynamics of symptomatic disease onset among them. We found that the viral load of the index case was the leading determinant of the risk of SARS-CoV-2 PCR positivity among contacts. Among contacts who were SARS-CoV-2 PCR positive at baseline, viral load significantly influenced the risk of developing the symptomatic disease in a dose-dependent manner. This influence also became apparent in the incubation time, which shortened with increasing baseline viral loads.

**Implications of all the available evidence**

Our results provide important insights into the knowledge regarding the risk of SARS-CoV-2 transmission and COVID-19 development. The fact that the transmission risk was primarily driven by the viral load of index cases, more than other factors such as their symptoms or age, suggests that all cases should be considered potential transmitters irrespective of their presentation and encourages the assessment of viral load in patients with a larger number of close contacts. Similarly, our results regarding the risk and expected time to developing symptomatic COVID-19 encourage risk stratification of newly diagnosed SARS-CoV-2 infections on the basis of the initial viral load.

The availability of data regarding the factors that might enhance transmission is essential for designing interventions to control the spread of severe acute respiratory syndrome coronavirus 2 (SARS-CoV-2). Available data provide information on the risk of transmission related to the place and duration of exposure and the use of respiratory and eye protection,[1,3–5,8] but not on other factors related to the characteristics of index cases and their contacts. Over the course of infection, the virus has been identified in respiratory tract specimens 1–2 days before the onset of symptoms, and it can persist for prolonged periods, over several weeks after the onset of symptoms in mild cases.[9] However, the detection of viral RNA by PCR does not necessarily equate with infectivity, and the exact relationship between viral load and risk of transmission from a case is still not clear.[10,11] Studies investigating case-contact pairs have reported highly variable secondary attack rates (ie, ranging from 0·7% to 75%), depending on the type of exposure–duration, place, pre-symptomatic or post-symptomatic.[12–15]

Another challenge for public health interventions is the risk stratification of individuals who are infected for developing symptomatic illness. A living systematic review estimated that the proportion of PCR-positive infected contacts that progress to symptomatic disease is approximately 70–80%.[16,17] Mean or median incubation period has been consistently estimated to be between 5 to 7 days.[18–20] Although studies have suggested that the viral load of cases might be associated with risk of disease or transmission, no published data so far have directly addressed this question, and little is known about factors that might contribute to variation on the risk of developing COVID-19 symptoms or the incubation periods among individuals who are infected.

The overall aim of this study was to evaluate transmission dynamics of SARS-CoV-2 in the context of a trial of post-exposure prophylaxis. Specifically, the objectives of our study were threefold: to investigate the association between clinical and demographic features of cases and viral load, to evaluate the effect of viral load on SARS-CoV-2 transmission to close contacts, and to determine the influence of viral load in the exposed individuals on development of symptoms and on the incubation period.

## Methods

### Study design

This study was a post-hoc analysis of data collected in the BCN PEP CoV-2 Study (NCT04304053), a cluster-randomised trial that included individuals with PCR-confirmed COVID-19 and their close contacts. The trial occurred between March 17 and April 28, 2020, during the initial wave of the SARS-CoV-2 outbreak, in three of

nine health-care areas in Catalonia (northeast Spain)—*Catalunya Central, Àmbit Metropolità Nord,* and *Barcelona Ciutat*—with a total target population of 4 206 440 people. The study protocol of the BCN PEP CoV-2 Study was approved by the ethics committee of Hospital Germans Trias Pujol (Badalona, Spain). Written informed consent was obtained from all participants. Full details of the original study are reported elsewhere.[21]

COVID-19 cases were identified by use of the electronic registry of the Epidemiological Surveillance Emergency Service of Catalonia of the Department of Health.[22] Following government ordinance, the surveillance service registered all new COVID-19 diagnoses that occurred from March 16, 2020 onwards. The surveillance system included active tracing of all contacts with recent history of exposure, defined as being in contact with a case of SARS-CoV-2 confirmed by PCR within 2 m of distance for more than 15 min.

### Study participants

All patients with COVID-19 included in our analysis were adults (aged 18 years or older) who were not hospitalised and had quantitative PCR results available at baseline, mild symptom onset within 5 days before enrolment, and no reported symptoms of SARS-CoV-2 infections in their accommodation (ie, household or nursing home) or workplace within the 14 days before enrolment. Contacts selected for the analysis were adults with a recent history of exposure and a presence of COVID-19-like symptoms within the 7 days preceding enrolment. Contacts were exposed to the index case as either a health-care worker, a household contact, a nursing home worker, or a nursing home resident.

We selected all eligible individuals within the original trial population for each of the three analyses done in this study. As in the original trial, we found no evidence of an effect of hydroxychloroquine on either transmission or development of symptomatic disease; therefore, we included individuals from both groups of the trial in this study. First, all COVID-19 cases with quantitative PCR data were included in an analysis of the association between clinical and demographic features of cases and viral load. Second, we identified factors associated with transmission using all clusters of an index case (ie, a COVID-19 case with at least one close contact) and their corresponding contacts for which quantitative viral load was available for the index case. Finally, we assessed the risk of developing symptomatic disease and the variation in the incubation period among all contacts with a positive PCR result at baseline, irrespective of available data of their index case.

### Study procedures and data collection

A dedicated outbreak field team visited cases and contacts at home or nursing home on days 1 (enrolment) and 14. At the first clinical assessment on day 1, the team did a baseline assessment, including a questionnaire

for symptoms of COVID-19, and collected relevant epidemiological information by use of a structured interview: time of first exposure to the index case, place of contact (hospital, home, or nursing care facility), routine use of a mask by the contact when in close proximity to the index case and sleep location concerning the index case (eg, same room or same house). Symptom surveillance consisted of active monitoring by phone on days 3 and 7, a home visit on day 14, and passive monitoring whenever the participants developed symptoms. Participants who developed symptoms were visited the same day they notified the symptom onset (unscheduled visits) by the field team, who recorded the date of symptom onset, type of symptoms from a prespecified checklist, and symptom severity, graded on a scale of 1 to 4.

All participants underwent serial SARS-CoV-2 PCR test and viral load titration from nasopharyngeal swabs on day 1 and day 14 and on any unscheduled visit when the participant notified the onset of COVID-19 symptoms (appendix 2 p 1). The detection of SARS-CoV-2 virus was done by PCR from nasopharyngeal swabs at SYNLAB Diagnostics (Barcelona, Spain) by use of the TaqMan 2019-nCoV assay kit according to the manufacturer's protocol (Thermo Fischer Scientific, Waltham, MA, USA). Viral load was quantified from nasopharyngeal swabs at IrsiCaixa laboratory (Badalona, Spain) by PCR amplification, on the basis of the 2019 novel coronavirus real-time RT-PCR diagnostic panel guidelines and protocol developed by the US Centers for Disease Control and Prevention.[23] For absolute quantification, a standard curve was built using 1/5 serial dilutions of a SARS-CoV-2 plasmid (2019-nCoV_N_Positive Control, $2 \times 10^5$ copies

See Online for appendix 2

| | Value |
|---|---|
| Cluster size | 2 (1–3) |
| **Index cases (n=282)** | |
| Age, years | 42 (13) |
| **Sex** | |
| Men | 80 (28%) |
| Women | 202 (72%) |
| Log viral load | 8 (6–9) |
| **Contacts (n=753)** | |
| Age, years | 42 (15) |
| **Sex** | |
| Men | 305 (41%) |
| Women | 385 (51%) |
| Missing | 63 (8%) |
| Baseline positive PCR of contact case | 93 (12%) |
| **Form of contact** | |
| Health-care worker | 254 (34%) |
| Household | 382 (51%) |
| Nursing home | 21 (3%) |
| Unknown | 96 (13%) |

Data are n (%), mean (SD), or median (IQR).

*Table 1:* Baseline characteristics of linked transmission clusters

**Articles**

| | Log$_{10}$ viral load per mL | Unadjusted β coefficient (95% CI) | p value | Adjusted β coefficient (95% CI) | p value |
|---|---|---|---|---|---|
| Case age | NA | 0.00 (−0.02 to 0.02) | 0.78 | 0.01 (−0.01 to 0.02) | 0.38 |
| **Case sex** | | | | | |
| Men | 8.15 (7.54 to 8.77) | Reference | .. | Reference | .. |
| Women | 8.04 (7.47 to 8.60) | −0.24 (−0.72 to 2.40) | 0.33 | −0.22 (−0.61 to 0.34) | 0.59 |
| Days from symptom onset | NA | −0.17 (−0.26 to 0.08) | 0.0002 | −0.16 (−0.24 to 0.07) | 0.0004 |
| **Symptoms** | | | | | |
| **Cough** | | | | | |
| Absent | 7.82 (7.24 to 8.41) | Reference | .. | Reference | .. |
| Present | 8.37 (7.78 to 8.95) | 0.66 (0.22 to 1.10) | 0.0032 | 0.41 (−0.02 to 0.84) | 0.055 |
| **Dyspnoea** | | | | | |
| Absent | 7.97 (7.50 to 8.43) | Reference | .. | Reference | .. |
| Present | 8.22 (7.45 to 8.99) | 0.27 (−0.40 to 0.94) | 0.42 | 0.28 (−0.35 to 0.92) | 0.38 |
| **Fever** | | | | | |
| Absent | 7.77 (7.16 to 8.33) | Reference | .. | Reference | .. |
| Present | 8.42 (7.86 to 8.98) | 0.80 (0.36 to 1.24) | 0.0004 | 0.43 (0.00 to 0.87) | 0.054 |
| **Anosmia** | | | | | |
| Absent | 8.32 (7.76 to 8.88) | Reference | .. | Reference | .. |
| Present | 7.87 (7.25 to 8.49) | −0.57 (−1.00 to −0.09) | 0.019 | −0.54 (−1.00 to 0.09) | 0.019 |
| **Rhinitis** | | | | | |
| Absent | 7.60 (7.23 to 7.98) | Reference | .. | Reference | .. |
| Present | 8.59 (7.65 to 9.52) | 0.88 (−0.05 to 1.82) | 0.064 | 0.77 (−0.11 to 1.66) | 0.087 |

NA=not applicable.

*Table 2:* Univariable and multivariable linear regression of association between index case variables and log$_{10}$ viral load

per µL, Integrated DNA Technologies, Coralville, IA, USA) and run in parallel to all PCR determinations.

**Outcomes and definitions**

Transmission was characterised by examining the number of individuals infected and uninfected among close contacts of an index case. We defined transmission events as PCR positivity at any timepoint (ie, days 1, 14, or at any other unscheduled PCR testing when participants referred symptoms) of a contact in the same household or workplace within 14 days after enrolment. We defined secondary attack rate of viral transmission as the ratio of individuals with a positive PCR test among close contacts, according to WHO guidelines.

Development to symptomatic disease was defined as presence of at least one of the following symptoms: fever, cough, difficulty breathing, myalgia, headache, sore throat, new olfactory and taste disorder, or diarrhoea) and a positive SARS-CoV-2 RT-PCR test. The incubation period was defined as time from first exposure to symptom onset, with later confirmation of infection by PCR.[24] The earliest possible exposure with the symptomatic index case was determined for each contact individually.

**Statistical analysis**

We used log-transformed viral loads that were approximately normally distributed and that also aligned with common reporting norms. The relationship between characteristics of cases and viral load was assessed by use of linear regression considering age (in years), sex, number of days from reported symptom onset, and presence or absence of five key clinical features: fever, cough, dyspnoea, rhinitis, and anosmia. To identify risk factors for transmission, we used logistic regression modelling for the risk of transmission using a random-effect model to allow for within-cluster variation in the risk of transmission. Factors with potential influence on the risk of transmission included characteristics of the potential transmitter (ie, age, sex, viral load, and the presence or absence of respiratory symptoms) and contacts (ie, age, sex, and the type of contact they had with the index case). Finally, the risk of developing symptomatic COVID-19 was assessed by fitting a Cox-regression model considering the age (in years) and sex of the individual, the presence or absence of cardiovascular disease and chronic respiratory disease, and the initial viral load relative to the time to development of symptomatic disease. Data at 14 days after the first study visit were censored, in line with the follow-up done in the original trial. All analyses were done in R, version 4.0.

**Role of the funding source**

The funder of the study had no role in the study design, data collection, data analysis, data interpretation, or writing of the report. All authors had full access to all the data in the study and had final responsibility for the decision to submit for publication.

## Results

Between March 17 and April 28, 2020, we identified 314 patients with COVID-19 in whom the viral load was tested. Of these, 220 (70%) were women, 94 (30%) were men, and the median age was 41 years (IQR 31–52). Of the 314 patients, 282 (90%) had at least one close contact, resulting in 282 corresponding clusters with a total of 753 contacts. Clusters had a median of two contacts (IQR 1–3) and a maximum of 19 contacts. Most index cases of the clusters were women (202 [72%]), with an average age of 42 years (SD 13; table 1).

The first study visit was done a median of 4 days (IQR 3–5) after symptom onset. At the first study visit, the median viral load among patients with COVID-19 was $1 \times 10^8$ copies per mL (IQR $1 \times 10^6$ to $1 \times 10^9$). In multivariable linear regression, the viral load among cases was positively associated with the presence of fever and negatively associated with the presence of anosmia (table 2), but no association was observed with age or sex of the COVID-19 case nor with the presence of reported dyspnoea or cough. As anticipated, viral load was negatively associated with the number of days from symptom onset.

For our risk factor analysis on SARS-CoV-2 transmission, we used linked case and contact data of 282 clusters with 753 contacts. At the cluster level,



*Figure 1:* Transmission in a cluster

(A) Number of secondary cases per cluster. (B) Relationship between viral load of the index case and the proportion of contacts developing COVID-19: 36 of 284 contacts in group <1 × 10⁷ copies per mL, 72 of 398 in group 1 × 10⁷ to <1 × 10¹⁰, and 17 of 71 in group ≥1 × 10¹⁰.

| | Unadjusted odds ratio (95% CI) | p value | Adjusted odds ratio (95% CI) | p value |
|---|---|---|---|---|
| **Index case** | | | | |
| Age, per year | 1·02 (0·99–1·05) | 0·069 | 1·01 (0·99–1·03) | 0·46 |
| Sex | | | | |
| Men | 1 (ref) | NA | 1 (ref) | NA |
| Women | 0·74 (0·40–1·36) | 0·33 | 0·71 (0·37–1·39) | 0·32 |
| Viral load, per log₁₀ change | 1·27 (1·09–1·48) | 0·0020 | 1·29 (1·10–1·50) | 0·0012 |
| Cough | 1·00 (0·55–1·82) | 0·99 | 1·13 (0·64–2·00) | 0·66 |
| Dyspnoea | 0·80 (0·31–2·07) | 0·64 | 0·75 (0·30–1·89) | 0·55 |
| Rhinitis | 1·46 (0·46–4·63) | 0·52 | 1·31 (0·42–4·11) | 0·64 |
| **Contact** | | | | |
| Age, per year | 1·03 (1·01–1·05) | 0·0085 | 1·02 (1·01–1·04) | 0·0008 |
| Sex | | | | |
| Men | 1 (ref) | NA | 1 (ref) | NA |
| Women | 0·93 (0·58–1·49) | 0·77 | 1·33 (0·79–2·23) | 0·28 |
| **Mask use by the contact** | | | | |
| Never | 1 (ref) | NA | 1 (ref) | NA |
| Always | 0·93 (0·47–1·83) | 0·84 | 1·55 (0·76–3·16) | 0·23 |
| Unknown | 1·18 (0·59–2·36) | 0·47 | 1·49 (0·74–3·01) | 0·26 |
| **Contact type** | | | | |
| Health-care work | 1 (ref) | NA | 1 (ref) | NA |
| Household | 3·07 (1·68–5·62) | 0·0003 | 3·00 (1·59–5·65) | 0·0006 |
| Nursing home | 1·75 (0·19–16·01) | 0·62 | 1·90 (0·30–1·91) | 0·49 |
| Other | 0·32 (0·03–3·05) | 0·32 | 1·19 (0·10–4·31) | 0·89 |

NA=not applicable. SARS-CoV-2=severe acute respiratory syndrome coronavirus 2.

*Table 3:* Risk factors for transmission of SARS-CoV-2

90 (32%) of 282 clusters had at least one transmission event, with a highly skewed distribution of the number of transmission events per cluster (figure 1A). The first visit for contacts took place a median of 5 days (IQR 4–7) after their first possible exposure to the index case. 125 (17%) of 753 contacts had a PCR positive result over the study period. The proportion of contacts who tested positive for SARS-CoV-2 within a cluster (secondary attack rate) progressively increased with the viral load of the index case: from 12% when the index case had a viral load lower than 1×10⁶ copies per mL to 24% when the index case had

a viral load of 1×10¹⁰ copies per mL or higher (figure 1B). According to the multivariate analysis, the viral load of the index case was strongly associated with the risk of onward transmission (adjusted odds ratio per log₁₀ increase in viral load 1·3, 95% CI 1·1–1·5; table 3). 114 (90%) of 125 transmission events occurred in clusters where the index case had a viral load of 5·1 log₁₀ copies per mL or higher, and 61 (50%) occurred in clusters where the index case had a viral load of 8·8 log₁₀ copies per mL or higher. Other factors associated with an increased risk of transmission were household contact (adjusted OR 3·0, 95% CI 1·59–5·65) and age of the contact (1·02, 1·01–1·04). We observed no association of risk of transmission with reported mask usage by contacts, with the age or sex of the index case, or with the presence of respiratory symptoms in the index case at the initial study visit (table 3).

We did not find any evidence of an association between the viral load of the index cases and the first viral load of incident positive results among contacts (p=0·10, appendix 2 p 2), and this remained true when adjusting for both the day of illness on which the baseline viral load of the index case was measured and the number of days until the contact was enrolled (p=0·18). Additionally, after excluding contacts who were PCR positive at the first study visit, we found no association between the viral load of the index case and



*Figure 2:* Risk of developing symptomatic COVID-19 according to characteristics of the contact at enrolment
(A) Probability of symptomatic disease by viral load. (B) Time to symptomatic disease by viral load.

the time to onset of incident SARS-CoV-2 infection (hazard ratio [HR] 1·01, 95% CI 0·83–1·23).

Overall, 449 contacts had a positive PCR result at first visit, whether viral load data of their index case was available (n=125) or not (n=324). 28 (6%) of 449 contacts had symptoms at the first visit. Of 421 contacts who were asymptomatic at the first visit, 181 (43%) developed symptomatic COVID-19 within the follow-up period. The multivariable cox-regression analysis, after adjusting for age and sex, showed that increasing viral load levels of the contact at day 1 were associated with an increased risk of developing symptomatic disease. Among contacts not already symptomatic at baseline, the risk of symptomatic disease was approximately 38% among individuals with

an initial viral load lower than $1 \times 10^7$ copies per mL compared with a risk greater than 66% among those with an initial viral load of $1 \times 110^{10}$ copies per mL or higher (HR per $\log_{10}$ increase in viral load 1·12, 95% CI 1·05–1·20; p=0·0006; figure 2A). In the multivariable analysis, no association was found between sex or age of individuals, the presence of diabetes, or presence of cardiovascular or respiratory disease and the risk of or time to developing symptomatic COVID-19.

The median time from exposure to symptom onset was 7 days (IQR 5–9). The time to onset of symptomatic disease decreased from a median of 7 days (5–10) for individuals with an initial viral load lower than $1 \times 10^7$ copies per mL to 6 days (4–8) for those with an initial viral load between $1 \times 10^7$ and $1 \times 10^9$ copies per mL, and 5 days (3–8) for those with an initial viral load of $1 \times 10^{10}$ copies per mL or higher (figure 2B). Overall, 110 (61%) of 181 participants who developed symptoms did so before day 8, 45 (25%) between days 8–10, and 22 (12%) between days 11–14.

## Discussion

In our study, we found that increasing viral load values in nasopharyngeal swabs of patients with COVID-19 were associated with the greater risk of transmission, measured by SARS-CoV-2 PCR positivity among contacts, and with a higher risk of transmission in a household environment compared with that in other indoor situations. Additionally, we found that higher viral loads in swabs of asymptomatic contacts were associated with higher risk of developing symptomatic COVID-19, and that these contacts had shorter incubation periods than those with a lower viral load. Relationships between viral load and infectivity have been described for other respiratory viruses, and our study shows that the same is true for SARS-CoV-2.

To our knowledge, this is the largest study that evaluated the relationship of viral load in patients with COVID-19 and risk of transmission. In our cohort, a high proportion (192 [68%] of 282) of index cases did not cause secondary infections. However, we identified 90 (32%) clusters with transmission events, and the multivariate analysis revealed that clusters centred on index cases with high viral load were significantly more likely to result in transmission. In line with previous analyses of case-contact clusters,[9,12,14] we also found that household exposure to an index case was associated with a higher risk of transmission than other types of contact, presumably reflecting duration and proximity of exposure. Increasing age of the contact was also identified in our multivariate analysis as a significant–albeit modest–determinant of transmission risk. This factor has shown uneven influence across results reported elsewhere but seems to play a secondary role among adults.[13,14] Finally, unlike previous analyses that reported a relationship between coughing and transmission,[13] we did not find any association. This finding suggests that

**Articles**

the absence of cough does not preclude significant onward transmission, particularly if the viral load is high. Taken together, our results indicate that the viral load, rather than symptoms, might be the predominant driver of transmission.

Importantly, we report that high viral load shortly after exposure in asymptomatic contacts was strongly associated with the risk of developing symptomatic COVID-19 disease. We found an approximately 40% risk of developing symptomatic disease among individuals with an initial viral load lower than $1 \times 10^7$ copies per mL compared with a risk higher than 66% among individuals with a viral load of $1 \times 110^{10}$ copies per mL or higher. These data might provide rationale for risk stratification for developing illness. Moreover, the initial viral load significantly shifted the incubation time, which ranged from 5 days in participants with a high viral load to 7 days in participants with a low viral load. To our knowledge, our study was the first analysis of prospective data that investigated the association between initial viral load and incubation time.

The study has several limitations. First, asymptomatic people were not enrolled as index cases, affecting our ability to fully characterise all types of transmission chain. Second, we did not find any evidence of decreased risk of transmission in individuals who reported mask use. Although this finding collides with the evidence reported elsewhere,[8] we did not have fine-grained data on type of mask (surgical *vs* FFP2) or use of other measures of personal protective equipment (PPE) or other infection control practices, thus limiting our ability to make clear inferences about the effect of PPE on transmission risk. Mask use is probably correlated with type of exposure, which might further confound associations, but we did not note any association between mask use and risk either in our unadjusted analysis (table 3) or in a multivariable model excluding type of exposure (data not shown). Third, we used time to symptom onset (with later confirmation of infection) rather than time to positive PCR test based on serial testing. Nonetheless, accurate calculation of the incubation period was feasible because of the prospective nature of the study, accurate identification of exposure by face-to-face interview, and intensive active and passive monitoring of exposed contacts. We followed up participants over 14-day periods, thus incubation periods longer than 14 days might not have been detected. Within each cluster, we cannot be completely certain about the directionality of transmission, but our inclusion criteria including the absence of COVID-19-like symptoms in the 2 weeks preceding enrolment is consistent with transmission from a case to a contact. We also cannot exclude that some individuals might have been infected by individuals outside of study clusters but, as per national guidelines, all contacts were quarantined after exposure to index cases, reducing the chance of transmission from elsewhere. Samples were available from index cases a median of 4 days after symptom onset, and the initial

sample in contacts was taken on average 5 days after exposure, which might limit our ability to detect associations with peak viral load. Despite this, we still showed clear dose effects in relation to both risk of transmission and time to symptom onset. Finally, our study population is reflective of the trial from which the study sample was drawn and is, therefore, biased towards female participants and participants with few comorbidities and predominantly mild to moderate infection; additional data are needed on the risk of transmission in other populations.

In summary, our results provide evidence regarding the determinants of SARS-CoV-2 transmission, particularly on the role of the viral load. The higher risk of transmission among individuals with higher viral loads adds to existing evidence and encourages the assessment of the viral load in patients with a large number of close contacts. When a patient with high viral load is identified, the implementation of reinforced contact tracing measures and quarantines might be crucial to reduce onward transmission. Similarly, our results regarding the risk and expected time to developing symptomatic COVID-19 encourage risk stratification of newly diagnosed SARS-CoV-2 infections on the basis of initial viral load.

**Contributors**
MM, DO, and OM accessed and verified the data. MM, DO, CHR, and OM conceived of the study. MM did the analysis. PM-M, AA, MC-M, MU, MV-M, CG-B, NP, JA, BC, and OM led the randomised controlled trial from which study data are derived. MM and OM wrote the first draft of the manuscript. All authors gave critical input into interpretation and revised the manuscript.

**Declaration of interests**
CT reports personal fees from Boehringer Ingelheim and Amgen, outside the submitted work. All other authors declare no competing interests.

**Data sharing**
A complete de-identified patient dataset, accompanied by the original trial protocol, will be made available to researchers on request. Individuals wishing to access the data should send a request to mcorbacho@flsida.org. The dataset will be available between Dec 15, 2020, and Dec 15, 2021.

**Acknowledgments**
We would like to thank Gerard Carot-Sans for providing medical writing support during the preparation of the manuscript. Our study had support from the crowdfunding campaign YoMeCorono and Generalitat de Catalunya. Support for laboratory equipment was provided by the Foundation Dormeur. ISGlobal receives support from the Spanish Ministry of Science and Innovation through the "Centro de Excelencia Severo Ochoa 2019-2023" Programme (CEX2018-000806-S), and support from the Generalitat de Catalunya through the CERCA Programme. Bàrbara Baro is a Beatriu de Pinós postdoctoral fellow granted by the Government of Catalonia's Secretariat for Universities and Research, and by Marie Sklodowska-Curie Actions COFUND Programme (BP3, 801370).

For **YoMeCorono** see
https://www.yomecorono.com/

**References**
1 La Rosa G, Bonadonna L, Lucentini L, Kenmoe S, Suffredini E. Coronavirus in water environments: occurrence, persistence and concentration methods—a scoping review. *Water Res* 2020; **179:** 115899.
2 Umakanthan S, Sahu P, Ranade AV, et al. Origin, transmission, diagnosis and management of coronavirus disease 2019 (COVID-19). *Postgrad Med J* 2020; **96:** 753–58.
3 Leclerc Q J, Fuller NM, Knight LE, Funk S, Knight GM. What settings have been linked to SARS-CoV-2 transmission clusters? *Wellcome Open Res* 2020; **5:** 83.

**Articles**

4    Qian H, Miao T, LIU L, Zheng X, Luo D, Li Y. Indoor transmission of SARS-CoV-2. *Indoor Air* 2020; published online Oct 31. https://doi.org/10.1111/ina.12766.

5    Hamner L, Dubbel P, Capron I, et al. High SARS-CoV-2 attack rate following exposure at a choir practice—Skagit County, Washington, March 2020. *MMWR Morb Mortal Wkly Rep* 2020; **69**: 606–10.

6    Park SY, Kim YM, Yi S, et al. Coronavirus disease outbreak in call center, South Korea. *Emerg Infect Dis* 2020; **26**: 1666–70.

7    Muñoz MA, López-Grau M. Lessons learned from the approach to the COVID-19 pandemic in urban primary health care centres in Barcelona, Spain. *Eur J Gen Pract* 2020; **26**: 106–07.

8    Chu DK, Akl EA, Duda S, et al. Physical distancing, face masks, and eye protection to prevent person-to-person transmission of SARS-CoV-2 and COVID-19: a systematic review and meta-analysis. *Lancet* 2020; **395**: 1973–87.

9    Bi Q, Wu Y, Mei S, et al. Epidemiology and transmission of COVID-19 in 391 cases and 1286 of their close contacts in Shenzhen, China: a retrospective cohort study. *Lancet Infect Dis* 2020; **20**: 911–19.

10   Wölfel R, Corman VM, Guggemos W, et al. Virological assessment of hospitalized patients with COVID-2019. *Nature* 2020; **581**: 465–69.

11   La Scola B, Le Bideau M, Andreani J, et al. Viral RNA load as determined by cell culture as a management tool for discharge of SARS-CoV-2 patients from infectious disease wards. *Eur J Clin Microbiol Infect Dis* 2020; **39**: 1059–61.

12   Böhmer MM, Buchholz U, Corman VM, et al. Investigation of a COVID-19 outbreak in Germany resulting from a single travel-associated primary case: a case series. *Lancet Infect Dis* 2020; **20**: 920–28.

13   Wu J, Huang Y, Tu C, et al. Household transmission of SARS-CoV-2, Zhuhai, China, 2020. *Clin Infect Dis* 2020; published online May 11. https://doi.org/10.1093/cid/ciaa557.

14   Cheng HY, Jian SW, Liu DP, Ng TC, Huang WT, Lin HH. Contact tracing assessment of COVID-19 transmission dynamics in Taiwan and risk at different exposure periods before and after symptom onset. *JAMA Intern Med* 2020; **180**: 1156–63.

15   Huang L, Zhang X, Zhang X, et al. Rapid asymptomatic transmission of COVID-19 during the incubation period demonstrating strong infectivity in a cluster of youngsters aged 16–23 years outside Wuhan and characteristics of young patients with COVID-19: a prospective contact-tracing study. *J Infect* 2020; **80**: e1–13.

16   Liu T, Gong D, Xiao J, et al. Cluster infections play important roles in the rapid evolution of COVID-19 transmission: a systematic review. *Int J Infect Dis* 2020; **99**: 374–80.

17   Buitrago-Garcia D, Egli-Gany D, Counotte MJ, et al. Occurrence and transmission potential of asymptomatic and presymptomatic SARS-CoV-2 infections: a living systematic review and meta-analysis. *PLoS Med* 2020; **17**: e1003346.

18   Backer JA, Klinkenberg D, Wallinga J. Incubation period of 2019 novel coronavirus (2019-nCoV) infections among travellers from Wuhan, China, 20-28 January 2020. *Euro Surveill* 2020; **25**: 20–28.

19   Li Q, Guan X, Wu P, et al. Early transmission dynamics in Wuhan, China, of novel coronavirus-infected pneumonia. *N Engl J Med* 2020; **382**: 1199–207.

20   Leung C. The difference in the incubation period of 2019 novel coronavirus (SARS-CoV-2) infection between travelers to Hubei and nontravelers: the need for a longer quarantine period. *Infect Control Hosp Epidemiol* 2020; **41**: 594–96.

21   Mitjà O, Corbacho-Monné M, Ubals et al. A cluster-randomized trial of hydroxychloroquine for prevention of COVID-19. *N Engl J Med* 2020; published online Nov 24. https://doi.org/10.1056/NEJMoa2021801.

22   Catalan Ministry of Health. Catalan epidemiological surveillance system. 2020. http://salutpublica.gencat.cat/ca/ambits/vigilancia_salut_publica/ (accessed March 28, 2020; in Catalan).

23   US Centers for Disease Control and Prevention. CDC 2019-novel coronavirus (2019-nCoV) real-time RT-PCR diagnostic panel. Cat. 2019-NCoVEUA-01. 2020. https://www.fda.gov/media/134922/download (accessed May 21, 2020).

24   WHO. The First Few X (FFX) Cases and contact investigation protocol for 2019-novel coronavirus (2019-nCoV) infection, version 2. https://www.who.int/docs/default-source/coronaviruse/20200129-generic-ffx-protocol-2019-ncov.pdf?sfvrsn=595eb313_4 (accessed Sept 21, 2020).