**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' JURY DEMAND

COME NOW plaintiffs, *pro se*, and ask the Court and all defendants to please TAKE NOTICE that we demand a trial by jury on all 30 causes of action in the Amended Complaint filed last night. Doc. 61.


Respectfully submitted this 14th day of September 2021.

*Lucas Wall*

Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com


*Aaron Abadi*                    *Kleanthis Andreadakis*

Aaron Abadi, plaintiff          Kleanthis Andreadakis, plaintiff

*Eric Cila*

Eric Cila, plaintiff

*Shannon Greer Cila*

Shannon Greer Cila, plaintiff

*Anthony Eades*

Anthony Eades, plaintiff

*Uri Marcus*

Uri Marcus, plaintiff

*Yvonne Marcus*

Yvonne Marcus, plaintiff

*Kevin Leonardo McDonnell*

Kevin Leonardo McDonnell, plaintiff

*Peter Menage*

Peter Menage, plaintiff

*Connie Rarrick*

Connie Rarrick, plaintiff

*Jared Rarrick*

Jared Rarrick, plaintiff

*Jennifer Rarrick*

Jennifer Rarrick, plaintiff