# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## NOTICE OF APPOINTMENT OF LEAD
## PLAINTIFF & CLASS REPRESENTATIVE

COME NOW plaintiffs, *pro se*, and ask the Court and all defendants to please TAKE NOTICE that we appoint Lucas Wall, original plaintiff in this case, as the lead plaintiff and class representative.

We understand Mr. Wall is not an attorney and therefore may not represent us. Proceeding *pro se*, we are responsible for representing ourselves. However, for efficiency and judicial economy, we plan to work collectively as a group and make decisions by majority vote. But as we are all representing ourselves, we reserve the right to make separate filings should our individual interests diverge from that of the group.

For all filings made by the group, we authorize Mr. Wall to submit documents on our behalf to the Court using the CM/ECF system once we have approved them.

1

For all consultations with the Defendants' counsel, we authorize Mr. Wall to communicate with the lawyers, then submit any preliminary decisions to the group for a vote. Mr. Wall will then relay our determination to the lawyers.

All plaintiffs have reviewed and approved this Notice.

Respectfully submitted this 14th day of September 2021.

*Lucas Wall*
Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

*Aaron Abadi*
Aaron Abadi, plaintiff

*Kleanthis Andreadakis*
Kleanthis Andreadakis, plaintiff

*Eric Cila*
Eric Cila, plaintiff

*Shannon Greer Cila*
Shannon Greer Cila, plaintiff

*Anthony Eades*
Anthony Eades, plaintiff

*Uri Marcus*
Uri Marcus, plaintiff

*Yvonne Marcus*
Yvonne Marcus, plaintiff

*Kevin Leonardo McDonnell*
Kevin Leonardo McDonnell, plaintiff

*Peter Menage*
Peter Menage, plaintiff

*Connie Rarrick*
Connie Rarrick, plaintiff

*Jared Rarrick*
Jared Rarrick, plaintiff

*Jennifer Rarrick*
Jennifer Rarrick, plaintiff