# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, : | |
| : | |
| Plaintiffs, : | Case No. 6:21-cv-1008-PGB-DCI |
| : | |
| v. : | District Judge Paul Byron |
| : | |
| **SOUTHWEST AIRLINES** *et al.*, : | Magistrate Judge Daniel Irick |
| : | |
| Defendants. : | |

## PLAINTIFFS' WAIVER OF INDIVIDUAL SERVICE

COME NOW plaintiffs, *pro se*, and ask the Court and all defendants to please TAKE NOTICE that we waive our right to receive individual service of all filings pursuant to Fed.R.Civ.P. 5(b)(2)(E).

Lucas Wall, whom we have appointed lead plaintiff and class representative, is approved to file and receive service using the Court's CM/EFC system. Doc. 12. Upon receipt of all service of Court orders and the defendants' filings, Mr. Wall will immediately download the documents and forward them by e-mail to all dozen additional plaintiffs. This system will be more efficient for us, and also benefits the Court and all defendants by not making them send us papers all individually by postal mail.

All plaintiffs have reviewed and approved this Notice.

Respectfully submitted this 14th day of September 2021.

*Lucas Wall*
Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com


| *Aaron Abadi* | *Kleanthis Andreadakis* |
|---|---|
| Aaron Abadi, plaintiff | Kleanthis Andreadakis, plaintiff |
| *Eric Cila* | *Shannon Greer Cila* |
| Eric Cila, plaintiff | Shannon Greer Cila, plaintiff |
| *Anthony Eades* | *Uri Marcus* |
| Anthony Eades, plaintiff | Uri Marcus, plaintiff |
| *Yvonne Marcus* | *Kevin Leonardo McDonnell* |
| Yvonne Marcus, plaintiff | Kevin Leonardo McDonnell, plaintiff |
| *Peter Menage* | *Connie Rarrick* |
| Peter Menage, plaintiff | Connie Rarrick, plaintiff |
| *Jared Rarrick* | *Jennifer Rarrick* |
| Jared Rarrick, plaintiff | Jennifer Rarrick, plaintiff |