# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL *et al.*,** : | |
| : | |
| Plaintiffs, : | Case No. 6:21-cv-1008-PGB-DCI |
| : | |
| v. : | District Judge Paul Byron |
| : | |
| **SOUTHWEST AIRLINES *et al.*,** : | Magistrate Judge Daniel Irick |
| : | |
| Defendants. : | |

## PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION
## OF TIME TO FILE  CASE MANAGEMENT REPORT

COME NOW plaintiffs, *pro se*, and move for an order granting the parties an extension of time to file the Case Management Report ("CMR").

The Court ordered Aug. 26, 2021: "On or before September 10, 2021, the parties shall conduct the Case Management Conference; and On or before September 24, 2021, the parties shall file a Case Management Report." Doc. 54.

Plaintiff Lucas Wall and counsel for all defendants complied with the first part of the Court's Order by holding the conference Sept. 8. They planned a supplemental conference for today (Sept. 20), prior to the current deadline of Sept. 24, 2021, to file a CMR. However, plaintiffs filed an Amended Complaint on Sept. 13, attempting to add 28 new causes of action and 12 new plaintiffs. Doc. 61.

The dozen plaintiffs Mr. Wall has sought to join planned to partake in today's conference along with Mr. Wall. However, during discussions Sept. 17, some of the

1

defendants' counsel suggested they did not believe the joined plaintiffs are actually proper parties to the case in light of the Court's Sept. 15 Show Cause Order. Doc. 67. Plaintiffs respectfully disagree with the defendants' position as the Court has not stricken the Amended Complaint, which was timely filed Sept. 13, and Mr. Wall maintains that the 12 new plaintiffs are appropriately joined. Doc. 61. The Court's Show Cause Order appears to express reservations about the proposed class-action nature of the Amended Complaint rather than the standing of the 12 joined Named Plaintiffs.

During the discussions Sept. 17, some defense counsel expressed concern about including the joined plaintiffs in the follow-up Case Management Conference given their position that the new plaintiffs are not actually parties to the case. Defense counsel also questioned whether, given the Show Cause Order, it would be productive to hold a supplemental Case Management Conference today and file a CMR by Sept. 24 since the Court has not yet resolved the status of the Amended Complaint. Plaintiffs agree with this position.

WHEREFORE, plaintiffs request that the Court issue an order granting the following relief: If the Court allows the Amended Complaint to stand, within seven days of the Court's ruling on plaintiffs' response to the Sept. 15 Show Cause Order, the parties shall conduct a supplemental Case Management Conference; and within 14 days of the Court's ruling on plaintiffs' response to the Sept. 15 Show Cause Order, the parties shall file a CMR.

In the alternative, plaintiffs request the following relief: If the Court strikes the Amended Complaint without prejudice and with leave to replead, after the Court's ruling on plaintiffs' response to the Sept. 15 Show Case Order, plaintiffs be granted leave to file a Second Amended Complaint at least 10 days thereafter. Within seven days of the filing of the Second Amended Complaint, the parties shall conduct a supplemental Case Management Conference; and within 14 days of the filing of the Second Amended Complaint, the parties shall file a CMR.

All dozen persons who request to be joined as additional plaintiffs have reviewed and approved this motion.

**Local Rule 3.01(g) Certification**
We hereby certify that on Sept. 17 and 20, 2021, Lead Plaintiff & Class Representative Lucas Wall conferred with Roy Goldberg, counsel for Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines, and JetBlue Airways. Mr. Goldberg said his clients do not oppose the relief requested in this motion with regard to the timing of the CMR. However, these defendant airlines "object to any involvement by the 12 people that Mr. Wall seeks to add as plaintiffs to this case as they are not parties to the case, and nonlawyer Mr. Wall does not represent them or their interests." They also object to Mr. Wall's characterization of himself as "Lead Plaintiff & Class Representative": "Mr. Wall is currently the only Plaintiff and has no authority under the Federal Rules of Civil Procedure to hold himself out as a 'Class Representative.'"

We hereby certify that on Sept. 17 and 20, 2021, Lead Plaintiff & Class Representative Lucas Wall conferred with Brian Maye, counsel for Defendants Allegiant Air and Frontier Airlines. Mr. Maye said his clients do not oppose the relief requested in this this motion.

We hereby certify that on Sept. 17 and 20, 2021, Lead Plaintiff & Class Representative Lucas Wall conferred with Miguel Morel, counsel for Defendant Sprit Airlines. Mr. Morel said his client does not oppose the relief requested in this motion, but shares Mr. Goldberg's clients' objections and concerns regarding the status of the 12 joined plaintiffs.

Respectfully submitted this 20th day of September 2021.

*Lucas Wall*

Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

*Aaron Abadi*

Aaron Abadi, plaintiff

*Kleanthis Andreadakis*

Kleanthis Andreadakis, plaintiff

*Eric Cila*

Eric Cila, plaintiff

*Shannon Greer Cila*

Shannon Greer Cila, plaintiff

*Anthony Eades*

Anthony Eades, plaintiff

*Uri Marcus*

Uri Marcus, plaintiff

*Yvonne Marcus*

Yvonne Marcus, plaintiff

*Kevin Leonardo McDonnell*

Kevin Leonardo McDonnell, plaintiff

*Peter Menage*

Peter Menage, plaintiff

*Connie Rarrick*

Connie Rarrick, plaintiff

*Jared Rarrick*

Jared Rarrick, plaintiff

*Jennifer Rarrick*

Jennifer Rarrick, plaintiff