# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| LUCAS WALL, | ) |
| | ) |
|     Plaintiff, | )    Case No. 6:21-cv-1008-PGB-DCI |
| | ) |
| v. | ) |
| | ) |
| SOUTHWEST AIRLINES, et. al. | ) |
| | ) |
|     Defendants. | ) |
| | ) |

## NOTICE OF DESIGNATION OF M. ROY GOLDBERG AS LEAD COUNSEL FOR DEFENDANTS JETBLUE AIRWAYS CORPORATION AND DELTA AIR LINES, INC.

M. Roy Goldberg is hereby designated as lead counsel for Defendants JetBlue Airways Corporation and Delta Air Lines, Inc. in this case. (Mr. Goldberg also serves as co-counsel for defendants Southwest Airlines Co. and Alaska Airlines, Inc.)

Dated: September 23, 2021      Respectfully submitted,

STINSON LLP

By: /s M. Roy Goldberg
M. Roy Goldberg

1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20006
Telephone: (202) 728-3005
Email: Roy.goldberg@stinson.com
Admitted Pro Hac Vice

CORE/9991000.7551/169647468.1

*Notice of Designation of Lead Counsel*
*For Defendants JetBlue Airways Corporation and Delta Air Lines, Inc.*
*No. 6:21-cv-1008-PGB-DCI*
*pg. 2*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2021, a true and correct copy of the foregoing was filed using CM-ECF, which will serve a notice of electronic filing to all counsel and parties of record.

/s M. Roy Goldberg
M. Roy Goldberg