UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LUCAS WALL, | ) |
| Plaintiff, | ) Case No. 6:21-cv-1008-PGB-DCI |
| v. | ) |
| SOUTHWEST AIRLINES, et. al. | ) |
| Defendants. | ) |

**NOTICE OF DESIGNATION OF ROBERTO A. TORRICELLA, JR. AS LEAD COUNSEL FOR DEFENDANTS SOUTHWEST AIRLINES CO. AND ALASKA AIRLINES, INC.**

Roberto A. Torricella, Jr. is hereby designated as lead counsel for Defendants Southwest Airlines Co. and Alaska Airlines, Inc.

Dated: September 23, 2021

Respectfully submitted,

TORRICELLA LAW PLLC
Attorneys for Defendants Southwest and Alaska
Town Center One, Suite 2217
8950 Southwest 74th Court
Miami, Florida 33156
Telephone: (305) 677-7644

By: /s/ Maurice J. Baumgarten
   Roberto A. Torricella, Jr.
   Florida Bar No. 907472
   Robert@TorricellaLaw.com
   Maurice J. Baumgarten
   Florida Bar No. 25324
   Maurice@TorricellaLaw.com

*Notice of Designation of Lead Counsel*
*For Defendants Southwest and Alaska*
*Case No. 6:21-cv-1008-PGB-GJK*
*pg. 2*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 23, 2021, a true and correct copy of the foregoing was filed using CM-ECF, which will serve a notice of electronic filing to all counsel and parties of record.

/s Maurice J. Baumgarten
Maurice J. Baumgarten