# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

### **PLAINTIFFS' UPDATED CERTIFICATE OF INTERESTED PERSONS**

Plaintiffs hereby update our disclosure (Doc. 23) pursuant to this Court's Order of June 17, 2021 (Doc. 10) and Local Rule 3.03:

*1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:*

- Plaintiffs Lucas Wall, Aaron Abadi, Kleanthis Andreadakis, Eric Cila, Shannon Greer Cila, Anthony Eades, Uri Marcus, Yvonne Marcus, Kevin Leonardo McDonnell, Peter Menage, Connie Rarrick, Jared Rarrick, and Jennifer Rarrick

- Plaintiffs All Others Similarly Situated: Tens of millions of Americans and other nationals, names mostly unknown, who have flown on the Airline Defendants during the COVID-19 pandemic (April 2020 to present and ongoing) and, *inter alia*: 1) have medical conditions that preclude them wearing a face mask and have been subject to illegal discrimination by the defendants (the proposed Disabled Class); and/or 2) object to being forced by the defendants to wear Food & Drug Administration unauthorized medical devices (face masks) or those approved only under an Emergency Use Authorization

1

that recklessly endanger their health and safety (the proposed Nondisabled Class) – all names to be obtained from the defendants during discovery

- Defendants Southwest Airlines, Alaska Airlines, Allegiant Air, Delta Air Lines, Frontier Airlines, JetBlue Airways, and Spirit Airlines

- Defendants Numerous Unnamed Executives of the 7 Airlines: High-ranking employees of the Airline Defendants who have been part of the conspiracy to deprive disabled Americans of their civil rights and/or neglected to prevent interference with civil rights when they knew of the conspiracy, had to the power to stop it, but failed to act – all names to be obtained from the defendants during discovery

- PRIMECAP Management Co. (has filed a Form 13G with the Securities & Exchange Commission stating that it beneficially owns more than 10% of the shares of Southwest)

- Alaska Air Group, Inc.

- Allegiant Travel Company

- The Vanguard Group (owner of slightly more than 10% of the outstanding stock of Delta)

- Frontier Group Holdings, Inc. and Frontier Airlines Holdings, Inc.

- FMR, LLC (Fidelity Management & Research Co.) (related to JetBlue)

- Stinson LLP (Roy Goldberg) and Torricella Law, PLLC (Roberto Torricella Jr. and Maurice Baumgarten) – counsel for Southwest, Alaska, Delta, and JetBlue

- Adler Murphy & McMullen LLP (Brian Maye) – counsel for Frontier and Allegiant

- Henderson, Franklin, Starnes, & Holt PA (Kyle Dudek and William Boltrek III) – counsel for Frontier and Allegiant

- Littler Mendelson, P.C. (Miguel Morel) – counsel for Spirit

*2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:*

- All other commercial airlines operating in the United States who are part of the conspiracy to discriminate against passengers with medical conditions who can't wear face masks by refusing them transportation or requiring them to submit to onerous requirements forbidden by the Rehabilitation Act as well as the Air Carrier Access Act and its underlying regulations. Plaintiffs believe these include American Airlines, Hawaiian Airlines, Sun Country Airlines, and United Airlines.

*3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):*

- None known

*4. The name of each victim (individual and corporate), including every person who may be entitled to restitution:*

- As noted above, the plaintiffs believe the victims number well into the tens of millions – every person who has flown on the Airline Defendants during the COVID-19 pandemic. All of these victims would have a claim for restitution if this case is certified as a class action.

*5. Check one of the following:*

XXX b. We certify that we are aware of a conflict or basis of recusal of the District Judge or Magistrate Judge as follows: Motion for Disqualification of Magistrate Judge Daniel Irick. Doc. 22.

All plaintiffs have reviewed and approved this certificate.

Respectfully submitted this 28th day of September 2021.

*Lucas Wall*
Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

*Aaron Abadi*
Aaron Abadi, plaintiff

*Kleanthis Andreadakis*
Kleanthis Andreadakis, plaintiff

*Eric Cila*
Eric Cila, plaintiff

*Shannon Greer Cila*
Shannon Greer Cila, plaintiff

*Anthony Eades*
Anthony Eades, plaintiff

*Uri Marcus*
Uri Marcus, plaintiff

*Yvonne Marcus*
Yvonne Marcus, plaintiff

*Kevin Leonardo McDonnell*
Kevin Leonardo McDonnell, plaintiff

*Peter Menage*
Peter Menage, plaintiff

*Connie Rarrick*
Connie Rarrick, plaintiff

*Jared Rarrick*
Jared Rarrick, plaintiff

*Jennifer Rarrick*
Jennifer Rarrick, plaintiff