# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| LUCAS WALL, | ) |
| | ) |
| Plaintiff, | ) Case No. 6:21-cv-1008-PGB-DCI |
| | ) |
| v. | ) |
| | ) |
| SOUTHWEST AIRLINES, et. al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

### REPLY OF DEFENDANTS SOUTHWEST AIRLINES, ALASKA AIRLINES, DELTA AIR LINES AND JET BLUE AIRWAYS TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE

Pursuant to the Order to Show Cause [Doc. 67], and the response of Plaintiff Lucas Wall ("Plaintiff" or "Wall") thereto, [Doc. 72], Defendants Southwest Airlines Co. ("Southwest"), Alaska Airlines, Inc. ("Alaska"), Delta Air Lines, Inc. ("Delta"), and JetBlue Airways Corporation ("JetBlue") (collectively "Defendants"), through undersigned counsel, respectfully submit this reply to Plaintiff's response. Plaintiff's response – 38 pages plus an additional 48 pages of exhibits – fails to refute the obvious fact that Mr. Wall is attempting to act as class counsel for himself, the other twelve putative plaintiffs, and ultimately a purported class of millions, without actually being a licensed attorney. Although Plaintiff Wall is attempting to lead a collective of anti-mask activists to engage in

unlawful defiance of the mask requirement onboard commercial passenger flights headed to Washington, D.C. next month,[1] non-lawyer Plaintiff cannot lead any collective in court.

The Order to Show Cause directed Plaintiff to explain "why the Amended Complaint should not be stricken . . . because: (1) it purports to bring class action claims by a *pro se* plaintiff; and (2) it purports to allow a *pro se* plaintiff to act as 'lead plaintiff' for a group of other pro se plaintiffs." [Doc. 67, at 3]  Instead of responding to the two issues raised in the Order to Show Cause, Plaintiff's

---

[1] *See* Announced Plans for "Operation Freedom to Breathe Flights" on October 25, 2021: https://www.facebook.com/groups/againstmaskmandates/posts/1262040530986017/
The posting explains: "Plaintiffs in Wall v. Southwest Airlines and the upcoming case Wall v. Fauci are seeking volunteers to participate in "Operation Freedom to Breathe Flights," in which we hope to get anti-mask-mandate passengers on all seven airlines we have sued to fly into Washington on or about Oct. 25 to join us at the federal courthouse to file the lawsuit against Dr. Fauci and dozens of other federal officials who illegally conspired to put the Federal Transportation Mask Mandate into place.

Logistics are still in the planning phase, but if you participate here's a few things to know: Each protester must be able to contribute a sum in the area of $300-400 to an OFBF fund to cover the cost of plane tickets. This amount will be set by the steering committee soon. You must be free all day on Oct. 25 (or another date nearby that is selected) to fly from your home airport to a hub airport to meet up with other freedom flyers for a connection to Washington. You must be willing on the flight to D.C. to remove your mask when the seatbelt sign is turned off and refuse to put it back on. All flyers will be given legal documents to hand to the flight attendants who come around demanding the muzzles be put back on.

You must be willing to suffer the consequences including likely being placed on that airline's no-fly list and issued a civil fine by TSA (which we all will contest in court together). You absolutely must agree to a SILENT & PEACEFUL in-flight protest.

response purports to respond to six issues raised by Wall, and also claims to be filed on behalf of Wall plus the additional twelve plaintiffs listed on the Amended Complaint. [Doc. 72, at 1-2]

Mr. Wall's response essentially admits that he is attempting as a *pro se* plaintiff to bring a class action, and claims that he is qualified to act as the legal representative for the other putative plaintiffs, despite lacking a law degree or admission to any bar. Specifically, Mr. Wall claims that he is "learned in the law despite not having a Juris Doctor" [Doc. 72, at 29], and that "[t]his Court is intimately familiar with Mr. Wall's legal skills through the instant case and *Wall v. Centers for Disease Control and Prevention*," Case No. 6:21-cv-975-PGB-DCI (ECF 72, at 30). Wall's response recites numerous additional reasons why Wall believes he would be a suitable representative on behalf of the other twelve prospective plaintiffs.

Wall's attempt to appear as "counsel" for other plaintiffs should not be countenanced. *See* 28 U.S.C. § 1654 ("parties may plead and conduct their own cases personally or by counsel"); *Lutz v. Lavelle*, 809 F. Supp. 323, 325 (M.D. Fla. 1991) ("It is well established that while a layman may represent himself with respect to his individual claims, he is not entitled to act as an attorney for others in a federal court") (citing *People ex. Rel. Snead v. Kirkland*, 462 F. Supp. 914, 918 (E.D. Pa. 1978)).

In sum, Mr. Wall has failed to provide an adequate and direct response to this Court's Order to Show Cause and his Amended Complaint should be stricken.

Date: September 30, 2021

Respectfully submitted,

| | |
|---|---|
| STINSON LLP | TORRICELLA LAW PLLC |
| 1775 Pennsylvania Avenue, N.W. | Town Center One, Suite 2217 |
| Suite 800 | 8950 Southwest 74th Court |
| Washington, D.C. 20006 | Miami, Florida 33156 |
| Telephone: (202) 728-3005 | Telephone: (305) 677-7644 |
| | |
| By: /s Roy Goldberg | By: /s Maurice J. Baumgarten |
| M. Roy Goldberg | Roberto A. Torricella, Jr. |
| Roy.goldberg@stinson.com | Florida Bar No. 907472 |
| Admitted *Pro Hac Vice* | Robert@TorricellaLaw.com |
| | Maurice J. Baumgarten |
| | Florida Bar No. 25324 |
| | Maurice@TorricellaLaw.com |

Counsel for Defendants Southwest Airlines Co., Alaska Airlines, Inc., Delta Air Lines, Inc. and JetBlue Airways Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 30, 2021, a true and correct copy of the foregoing REPLY OF DEFENDANTS SOUTHWEST AIRLINES, ALASKA AIRLINES, DELTA AIR LINES AND JET BLUE AIRWAYS TO PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record.

/s M. Roy Goldberg
M. Roy Goldberg