## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE REPLY BRIEF

COME NOW plaintiffs, *pro se*, and move for an order granting us leave to file one combined brief, not to exceed seven pages, in reply to the defendants' responses (Docs. 74-76) to the Court's Order to Show Cause ("OTSC") (Doc. 67). This Court routinely grants leave to file reply briefs. Docs. 128, 137, & 139, *Wall v. Centers for Disease Control & Prevention*, No. 6:21-cv-975-PGB-DCI (M.D.Fla.).

Plaintiffs seek permission to file a short reply arguing against numerous false and irrelevant statements made by the defendants – as well as a key factual omission – in their briefs filed Sept. 30. These include:

- Defendant Spirit's false claim that plaintiffs did not "address the discrete matters contained in the Court's Order to Show Cause." Doc. 74.

- Defendants Spirit, Southwest, Alaska, Delta, and JetBlue's attempts to muddy the waters by informing the Court of irrelevant material outside the

scope of the OTSC such as plaintiffs' preliminary "Freedom to Breathe Flights" plans to engage in a silent and peaceful "sit in" aboard aircraft heading to Washington, D.C., to: A) protest the defendants' unlawful discrimination against the disabled and illegal prescribing without a license of forced use of emergency medical devices; B) petition the government for a redress of grievances by filing a lawsuit in the U.S. District Court for the District of Columbia against dozens of federal officials who illegally conspired to put into place the unlawful and unconstitutional Federal Transportation Mask Mandate ("FTMM"); and C) exercise our First Amendment rights to hold protests outside the federal courthouse in the nation's capital and at numerous airports around the nation to condemn the defendants' and federal officials' illegal and unconstitutional actions. Docs. 74 & 75.

- Defendants Southwest, Frontier, and Spirit's failure to advise the Court that their top executives – as well as Airlines for America, which represents Defendants Southwest, Alaska, Delta, and JetBlue – actually oppose the FTMM and support flyers' right to breathe freely. Doc. 62 at Exs. 122-124 & 143.

- Defendant Spirit's scandalous allegation that plaintiffs litigating this case to protect their legal and constitutional rights constitutes "civil disobedience." Doc. 74.

- Defendant Spirit's incorrect assertion  that plaintiffs presented "six different and distinct issues – which [they were] not asked to address." *Id.* Defendants Southwest, Alaska, Delta, and JetBlue made a similar claim. Doc. 75. The six

defendants ignore the Court's Endorsed Order of Sept. 21 that "the OTSC is [also] directed … to Plaintiff's attempt to join additional *pro se* named plaintiffs…" Doc. 69.

- Defendant Spirit's false statement that plaintiffs made "no attempt to address or distinguish the legal authorities provided by the Court." Doc. 74.

- Defendant Spirit's erroneous claim that plaintiffs "ignored the local rules by filing a 38-response." *Id*.

- Defendants Southwest, Alaska, Delta, and JetBlue's incorrect assertion "that Mr. Wall is attempting to act as class counsel." Doc. 75. Defendants Allegiant and Frontier likewise wrongly claim Mr. Wall is "attempt[ing] to act as counsel for the other plaintiffs." Doc. 76.

- Defendants Allegiant and Frontier's incorrect argument that plaintiffs do "not cite to any case law supporting [their] position that *pro se* plaintiffs can bring putative class actions," which is ironic since these defendants cite no caselaw showing that nonincarcerated, non-IFP plaintiffs may not file a proposed class action. *Id*.

WHEREFORE, we request this Court issue an order granting us leave to file a reply brief, maximum seven pages, within three days from the date the order is entered. Because all defendants oppose this motion but have not indicated whether they will actually file oppositions, we further request this Court order all defendants to file any opposition briefs no later than Oct. 7, 2021.

## Local Rule 3.01(g) Certification[1]

We hereby certify that on Sept. 30, 2021, we conferred with Roy Goldberg, counsel for Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines, and JetBlue Airways. Mr. Goldberg said his clients do not consent to this motion, but he did not indicate if they will file an opposition.

We hereby certify that on Sept. 30, 2021, we conferred with Brian Maye, counsel for Defendants Allegiant Air and Frontier Airlines. Mr. Maye said his clients oppose this motion, but he did not indicate if they will file an opposition.

We hereby certify that on Sept. 30, 2021, we conferred with Miguel Morel, counsel for Defendant Sprit Airlines. Mr. Morel said his client objects to the requested relief, but he did not indicate if it will file an opposition.


All plaintiffs have reviewed and approved this motion.

Respectfully submitted this 3rd day of October 2021.


*Lucas Wall*

Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com


*Aaron Abadi*                    *Kleanthis Andreadakis*
Aaron Abadi, plaintiff           Kleanthis Andreadakis, plaintiff

*Eric Cila*                      *Shannon Greer Cila*
Eric Cila, plaintiff             Shannon Greer Cila, plaintiff

---

[1] Plaintiffs are aware that Local Rule 3.01(d) states a Motion for Leave to File Reply Brief "must not exceed three pages…" In accordance with this Court's practice, plaintiffs do not count the certification certificate and signatures as part of these three pages. *See Wall v. CDC* (Doc. 125: Federal Defendants granted leave to file 70-page combined brief – brief contained 70 pages of argument plus 18 pages of additional sections; and Doc. 147: Federal Defendants granted leave to file 14-page reply brief – brief contained 14 pages of argument plus nine pages of additional sections).

*Anthony Eades*
Anthony Eades, plaintiff

*Uri Marcus*
Uri Marcus, plaintiff

*Yvonne Marcus*
Yvonne Marcus, plaintiff

*Kevin Leonardo McDonnell*
Kevin Leonardo McDonnell, plaintiff

*Peter Menage*
Peter Menage, plaintiff

*Connie Rarrick*
Connie Rarrick, plaintiff

*Jared Rarrick*
Jared Rarrick, plaintiff

*Jennifer Rarrick*
Jennifer Rarrick, plaintiff