```
Plaintiffs' Exhibit 1
```

# First Filing for Your Review: Notice of Appointment of Lead Plaintiff & Class Representative

From:   Lucas Wall (lucas.wall@yahoo.com)

To:     aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com;
        ericlcila@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org;
        Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:   Friday, September 10, 2021, 10:08 PM EDT

Here we go! The first court paper is ready for your review. When I send these documents, please respond with one of the following:

1. Approve

2. Approve with modification -- state the change needed

3. Object but will not make a separate court filing; will accept the group's majority vote -- state the reason why

4. Disapprove but WILL make a separate court filing -- state the reason why

During the first videoconference, we agreed to work as a group and rule by majority vote. However, because I am not an attorney and am not allowed to represent anyone, you always reserve the right to disagree with the group and make your own separate filing. We seem to have great cooperation so far, so hopefully we won't have to cross this bridge -- but I must inform you it is your right. If you disapprove and state you will make a separate court filing, I will remove your name and e-signature and notate for the court you will file another document.

*Lucas

 Notice Appointment of Lead Plaintiff.pdf
217kB

For Your Review & Approval: Notice of Waiver of Service

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; ericlcila@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:  Friday, September 10, 2021, 10:36 PM EDT

Please send your approval, approval with change requested, objection (but agree to majority vote of group), or refusal (will file separate document).

This should be the last of the notices we need to file Monday after the Amended Complaint. But I'll let everyone know if I think of anything else while writing the Amended Complaint this weekend.

*Lucas

 Notice Waiver of Service.pdf
198.8kB

First Draft of Amended Complaint

From:   Lucas Wall (lucas.wall@yahoo.com)

To:     aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; ericlcila@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:   Saturday, September 11, 2021, 02:00 AM EDT

I've drafted Sections 1-6. Please take a look and let me know if you see any changes that need to be made.

*Lucas

 Amended Complaint First Draft.docx
40.7kB

## Amended Complaint -- 2nd Draft

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; ericlcila@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:  Sunday, September 12, 2021, 01:17 AM EDT

And that's a wrap for today. I stopped at exactly 100 pages. Figured that was a sign it's time to get ready for bed.

Please take a look and send any feedback.

I have, I'm guessing, about another 75 pages to write tomorrow to get to the final draft.

Thank you to Aaron and Andy who are laboring to label many of our 400+ exhibits,

*Lucas

 Amended Complaint -- 2nd Draft.docx
106.1kB

## Amended Complaint Third Draft

From: Lucas Wall (lucas.wall@yahoo.com)

To: aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date: Monday, September 13, 2021, 11:25 AM EDT

Sorry folks these last two sections are taking forever to write. Here's what I've got so far. This is 97% of it. Just a few more things to finish, but I just saw the time and figured I would share in case some of you want to launch into proofreading.

Note: I haven't spellchecked yet, so don't worry about spelling.

If you make edits, please make sure "Track Changes" is turned on in Word so I can see what you marked. You can also leave comments using this feature.

Meanwhile let's thank Andy and Uriel for working to consolidate all the 500+ exhibits to get them ready to file in batches.

*Lucas

 Amended Complaint -- Third Draft.docx
188.1kB

## Final Draft!!!

From:  Lucas Wall (lucas.wall@yahoo.com)

To:  aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:  Monday, September 13, 2021, 01:48 PM EDT

███████████████████████████████████. The final draft is ready for your review, ████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

████████████████████████████████████████████████████████████████████████████████████████████████

Again, if you do edits, make sure "Track Changes" is turned on in Word.

I'm offline until 6. Please send your changes and approvals.

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

*Lucas

 Amended Complaint -- Final Draft.docx
202.7kB

For Your Review & Approval: Motion for Extension of Time to File CMR

From: Lucas Wall (lucas.wall@yahoo.com)

To: aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date: Friday, September 17, 2021, 08:09 PM EDT

Please review the attached draft motion and reply by 8 p.m. Sunday:

1. Approve

2. Approve with suggested edits (attach edits in MS Word with Track Changes on)

3. Disapprove (state reason)

Once approved by the group, I will send to the airline lawyers Sunday night so they may review Monday morning to confirm their position before filing with the court.

Thanks,

Lucas


Mtn for Ext of Time.docx
28.7kB

## Response to Show Cause Order -- Please Review & Approve by 8:00 ET Tonight

From: Lucas Wall (lucas.wall@yahoo.com)

To: aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date: Friday, September 24, 2021, 08:19 AM EDT

Attached you'll find the final draft of our response to the Show Cause Order and the seven exhibits I plan to file with it. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ I need a response from everyone no later than 8:00 ET tonight.

You all know the drill by now:

1. Approve

2. Approve with changes (submit Word document with edits marked using Track Changes)

3. Disapprove, but will abide by majority vote

4. Disapprove and will file separate response

*Lucas


Exhibits 1-7.pdf
740.8kB


Response to Show Cause Order.docx
63.7kB

### Review & Approve by 11 a.m. ET Sunday: Motion for Leave to File Reply Brief

From: Lucas Wall (lucas.wall@yahoo.com)

To: aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; leo_mcdonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date: Saturday, October 2, 2021, 10:35 AM EDT

The vote on whether to file a reply brief is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Some plaintiffs said they would defer to my decision on whether to request a reply brief, essentially giving me their vote by proxy. However, I decided this would not be appropriate and therefore marked them as abstaining. Although I appreciate the deference to my judgment, I am concerned that casting votes on behalf of other plaintiffs -- even when they consent -- could cross the line into unauthorized practice of law.

Therefore, going forward, if anyone is uncertain about a vote or doesn't believe they understand the legal procedure, they are welcome to ask my opinion. However, I will not vote by proxy even if told to do so. Any undecided votes will be marked as abstentions.

Since we voted to file a request for a reply brief, I have drafted one for your review and approval. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ As always, the vote options for these documents are:

1. Approve
2. Approve with changes (edits marked in Word Track Changes)
3. Disapprove, but will honor majority vote
4. Disapprove and will file separate brief (let me know why)

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

*Lucas

 Mtn to File Reply Brief.docx
28.1kB

Review & Approve Reply Brief -- Deadline 3 a.m. ET Thursday

From: Lucas Wall (lucas.wall@yahoo.com)

To: lucas.wall@yahoo.com

Bcc: aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; leo_mcdonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date: Wednesday, October 6, 2021, 03:09 AM EDT

Attached is the draft reply brief and the three exhibits showing the court we are working collectively to prosecute the case. Deadline for your response is **3 a.m. ET Thursday**.

1. Approve
2. Approve with edits (submit using Track Changes)
3. Disapprove but will honor majority vote
4. Disapprove and will file separately (let me know why)

*Lucas


1 -- Review & Approve.pdf
171.7kB


2 -- Notices of E-Filing.pdf
267.4kB


3 -- Videoconferences.pdf
1.9MB


Reply Brief on Show Cause Order.docx
33.1kB