```
Plaintiffs' Exhibit 2
```

Activity in Case 6:21-cv-1008 Wall v. Southwest Airlines -- Amended Complaint

From:   Lucas Wall (lucas.wall@yahoo.com)

To:     aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Cc:     jacaldwell@jacaldwellinc.com; Michael.Faris@blueskycopters.com

Date:   Tuesday, September 14, 2021, 12:18 AM EDT

We're filed! 😃



The AC is attached for your reading pleasure. We did it!



Thank you everyone for all the work you've put into this. You all joining the case and making this a proposed class action is such a huge step toward trying to protect the rights of the disabled and all Americans against mandatory muzzling as a condition of using the nation's aviation system.



*Lucas


>>>>>>>>>>>>>>>>>>>>>

**U.S. District Court**

**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 9/13/2021 at 11:59 PM EDT and filed on 9/13/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Lucas Wall |
| **Document Number:** | 61 |

**Docket Text:**

**AMENDED COMPLAINT against All Defendants with Jury Demand. filed by All Plaintiffs.(Wall, Lucas)**

 61 -- Amended Complaint.pdf
1MB

Activity in Case 6:21-cv-1008 Wall v. Southwest Airlines -- Notice of Exhibits

From:   Lucas Wall (lucas.wall@yahoo.com)

To:     aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com;
        teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com;
        pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:   Tuesday, September 14, 2021, 01:08 AM EDT

Attached is the notice of filing exhibits. I will upload the exhibit files to my blog as they are too big
to share by e-mail.

Folks we just filed 525 exhibits totaling 3,528 pages! ███████████████████
█████████████ ████████

*Lucas

**U.S. District Court**
**Middle District of Florida**

### Notice of Electronic Filing

The following transaction was entered on 9/14/2021 at 12:54 AM EDT and filed on 9/14/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Lucas Wall |
| **Document Number:** | 62 |

**Docket Text:**
**NOTICE by Lucas Wall re [61] Amended Complaint *Exhibits* (Attachments:
# (1) Exhibit 1-100, # (2) Exhibit 101-150, # (3) Exhibit 151-200, # (4) Exhibit
201-275, # (5) Exhibit 276-350, # (6) Exhibit 351-400, # (7) Exhibit 401-443, #
(8) Exhibit 444-525)(Wall, Lucas)**

 62 -- Notice.pdf
148kB

## Activity in Case 6:21-cv-1008 Wall v. Southwest Airlines -- Jury Demand

From:  Lucas Wall (lucas.wall@yahoo.com)

To:  aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com;
teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com;
pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:  Tuesday, September 14, 2021, 02:02 AM EDT

**U.S. District Court**
**Middle District of Florida**

### Notice of Electronic Filing

The following transaction was entered on 9/14/2021 at 1:53 AM EDT and filed on 9/14/2021

**Case Name:**  Wall v. Southwest Airlines et al
**Case Number:**  6:21-cv-01008-PGB-DCI
**Filer:**  Lucas Wall
**Document Number:** 63

**Docket Text:**
**NOTICE by Lucas Wall re [61] Amended Complaint *Jury Demand* (Wall, Lucas)**


63 -- Jury Demand.pdf
202.2kB

## Activity in Case 6:21-cv-1008 Wall v. Southwest Airlines -- Appointment of Lead Plaintff

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:  Tuesday, September 14, 2021, 02:05 AM EDT

---

**U.S. District Court**
**Middle District of Florida**

### Notice of Electronic Filing

The following transaction was entered on 9/14/2021 at 1:56 AM EDT and filed on 9/14/2021

**Case Name:**       Wall v. Southwest Airlines et al
**Case Number:**     6:21-cv-01008-PGB-DCI
**Filer:**           Lucas Wall
**Document Number:** 64

**Docket Text:**

**NOTICE by Lucas Wall *Appointment of Lead Plaintiff & Class Representative* (Wall, Lucas)**

 64 -- Appointment of Lead Plaintiff.pdf
203.8kB

Activity in Case 6:21-cv-1008 Wall v. Southwest Airlines -- Waiver of Service

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com;
       teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com;
       pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:  Tuesday, September 14, 2021, 02:07 AM EDT

**U.S. District Court**
**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 9/14/2021 at 1:58 AM EDT and filed on 9/14/2021

**Case Name:**       Wall v. Southwest Airlines et al
**Case Number:**     6:21-cv-01008-PGB-DCI
**Filer:**           Lucas Wall
**Document Number:** 65

**Docket Text:**

## NOTICE by Lucas Wall *Waiver of Individual Service* (Wall, Lucas)

 65 -- Waiver of Individual Service.pdf
203.3kB

Acivity in Case 6:21-cv-1008 Wall v. Southwest Airlines -- Order to Show
Cause

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com;
       teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com;
       pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:  Thursday, September 16, 2021, 11:31 AM EDT

████████████████████████████████. He issued an order asking us to show cause why we, as
pro-se plaintiffs, may bring a proposed class action. And confirming that the group chose me as
lead plaintiff. ████████████████████████████

████████████████████ We have until Sept. 30 to file a reply arguing why we should be able to
proceed with a proposed class action without a lawyer, and to confirm that everyone agreed to
appoint me lead plaintiff.

I researched this issue last week. From what I recall, a group of pro-se plaintiffs may bring a
proposed class action, but then later in the case when it comes come to certify the class action,
which requires the judge approval, a lawyer is normally required at that time. I will look back over
my research.

████████████████████████████████████████████████
████████████████████████████████████████████████
████████████████████████████████████████████████

████████████████████████████████████████████████
████████████████████████████████████████████████

Send any thoughts you have.

*Lucas

>>>>>>>>>>>>>

**U.S. District Court**
**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 9/15/2021 at 4:52 PM EDT and filed on 9/15/2021

**Case Name:**       Wall v. Southwest Airlines et al
**Case Number:**     6:21-cv-01008-PGB-DCI
**Filer:**           Lucas Wall
**Document Number:** 67

**Docket Text:**
**ORDER to show cause as to Lucas Wall.. Show Cause Response
due by 9/30/2021 Signed by Magistrate Judge Daniel C. Irick on
9/15/2021. ctp(KKA)**

  67 -- Show Cause.pdf
141.6kB

## Activity in Case 6:21-cv-1008 Wall v. Southwest Airlines: Motion for Extension of Time to File

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:  Monday, September 20, 2021, 08:51 PM EDT

After a few minor wording changes requested by the airline lawyers, attached is the Motion for Extension of Time to File the Case Management Report I just filed with the court. The magistrate judge has been pretty quick to rule on unopposed motions, so we might get a ruling as soon as tomorrow. I will, of course, forward it to everyone once I receive his decision.

*Lucas


>>>>>>>>>>>>>>

**U.S. District Court**
**Middle District of Florida**

### Notice of Electronic Filing

The following transaction was entered on 9/20/2021 at 8:39 PM EDT and filed on 9/20/2021

**Case Name:**       Wall v. Southwest Airlines et al
**Case Number:**     6:21-cv-01008-PGB-DCI
**Filer:**           Lucas Wall
**Document Number:** 68


**Docket Text:**
**Unopposed MOTION for Extension of Time to File Case Management Report *re: [54] Order* by All Plaintiffs. (Wall, Lucas) Motions referred to Magistrate Judge Daniel C. Irick.**



68 -- Mtn for Extension of Time.pdf
222.3kB

## Activity in Case 6:21-cv-1008 Wall v. Southwest Airlines: Order on Motion for Extension of Time to File

From:   Lucas Wall (lucas.wall@yahoo.com)

To:     aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com;
        teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com;
        pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:   Tuesday, September 21, 2021, 06:46 PM EDT



The magistrate judge swiftly approved our Motion for Extension of Time to File Case Management Report, so that's one less thing we have to worry about this week.

I hope to have a draft of our response to you all for review by Thursday or Friday.

*Lucas


>>>>>>>>>>>>>>

**U.S. District Court**
**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 9/21/2021 at 10:21 AM EDT and filed on 9/21/2021

**Case Name:**        Wall v. Southwest Airlines et al

**Case Number:**    6:21-cv-01008-PGB-DCI
**Filer:**
**Document Number:** 69(No document attached)

Docket Text:

**ENDORSED ORDER granting [68] Unopposed Motion for Extension of Time to File Case Management Report (CMR). The requirement to file a CMR is stayed pending the Court's decision concerning the Order to Show Cause (OTSC) related to the Amended Compliant--contrary to Plaintiff's assertions in the Motion, the OTSC is directed both to the class allegations and to Plaintiff's attempt to join additional pro se named plaintiffs and act as "lead plaintiff" for them. Signed by Magistrate Judge Daniel C. Irick on 9/21/2021. (Irick, Daniel)**

## Activity in Case 6:21-cv-1008 Wall v. Southwest Airlines -- Response to Order to Show Cause

From:  Lucas Wall (lucas.wall@yahoo.com)

To:  aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:  Saturday, September 25, 2021, 12:47 AM EDT



*Lucas

>>>>>>>>>>>>>>>>>>>>>>>>>>>>

**U.S. District Court**
**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 9/24/2021 at 11:55 PM EDT and filed on 9/24/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Lucas Wall |
| **Document Number:** | 72 |

**Docket Text:**
**RESPONSE TO ORDER TO SHOW CAUSE re [67] Order to show cause filed by Lucas Wall. (Attachments: # (1) Exhibit 1-7)(Wall, Lucas)**


72.pdf
444.1kB


72-1.pdf
871.9kB

Activity in Case 6:21-cv-1008 Wall v. Southwest Airlines -- Certificate of Interested Persons

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:  Tuesday, September 28, 2021, 11:55 AM EDT

---

**U.S. District Court**
**Middle District of Florida**

### Notice of Electronic Filing

The following transaction was entered on 9/28/2021 at 11:49 AM EDT and filed on 9/28/2021

**Case Name:**       Wall v. Southwest Airlines et al
**Case Number:**    6:21-cv-01008-PGB-DCI
**Filer:**                Lucas Wall
**Document Number:** 73

**Docket Text:**
**CERTIFICATE of interested persons and corporate disclosure statement re [10] Order** *(Updated)* **by Lucas Wall. (Wall, Lucas)**

 73.pdf
243.7kB

Activity in Case 6:21-cv-1008: Wall v. Southwest Airlines: Response by Spirit Airlines

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Bcc:   a@lepp.net

Date:  Thursday, September 30, 2021, 12:30 PM EDT

Spirit just filed its response to our brief on the Show Cause Order.



Thoughts?

*Lucas

**U.S. District Court**
**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered by Morel, Miguel on 9/30/2021 at 11:25 AM EDT and

filed on 9/30/2021

**Case Name:**      Wall v. Southwest Airlines et al
**Case Number:**   6:21-cv-01008-PGB-DCI
**Filer:**               Spirit Airlines
**Document Number:** 74

**Docket Text:**
**RESPONSE re [72] Response to order to show cause filed by Spirit Airlines. (Morel, Miguel)**

 74 -- Spirit Response to Show Cause.pdf
239.8kB

Activity in Case 6:21-cv-1008 Wall v. Southwest Airlines: Response to Order to Show Cause By 4 Airlines

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:  Thursday, September 30, 2021, 02:35 PM EDT

Brief from four airlines has been filed. █████████████████████████████████
████████████████████████████████████████████████████████████████████████
████████████████████████████████████

Note: When I send these filings out, the document submitted should always be attached. If not, alert me -- it's because I forgot to do the attachment, not because I'm not sharing the document with everyone as required.

**U.S. District Court**
**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered by Goldberg, Milton on 9/30/2021 at 2:08 PM EDT and filed on 9/30/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Alaska Airlines |
| | Delta Air Lines |
| | JetBlue Airways |
| | Southwest Airlines |

**Document Number:** 75

**Docket Text:**
**RESPONSE TO ORDER TO SHOW CAUSE re [67] Order to show cause filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

 75 -- 4 Airlines Response to Show Cause.pdf
135.1kB

## Activity in Case 6:21-cv-1008 Wall v. Southwest Airlines: Response of Allegiant & Frontier

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; Leo_McDonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:  Thursday, September 30, 2021, 06:07 PM EDT



And here's the brief of Allegiant and Frontier.

*Lucas

**U.S. District Court**
**Middle District of Florida**

### Notice of Electronic Filing

The following transaction was entered by Maye, Brian on 9/30/2021 at 5:01 PM EDT and filed on 9/30/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Allegiant Air |
| | Frontier Airlines |
| **Document Number:** | 76 |

**Docket Text:**
**RESPONSE re [72] Response to order to show cause filed by Allegiant**

## Air, Frontier Airlines. (Maye, Brian)

 76 -- Allegiant & Frontier Response to Show Cause.pdf
120.1kB

## Activity in Case 6:21-cv-1008 Wall v. Southwest Airlines -- Motion for Miscellaneous Relief

From:   Lucas Wall (lucas.wall@yahoo.com)

To:     aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; leo_mcdonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:   Sunday, October 3, 2021, 04:53 PM EDT

---

**U.S. District Court**
**Middle District of Florida**

**Notice of Electronic Filing**

The following transaction was entered on 10/3/2021 at 4:43 PM EDT and filed on 10/3/2021

**Case Name:**      Wall v. Southwest Airlines et al
**Case Number:**    6:21-cv-01008-PGB-DCI
**Filer:**          Lucas Wall
**Document Number:** 77

**Docket Text:**

**MOTION for Miscellaneous Relief, specifically Leave to File Reply Brief by All Plaintiffs. (Wall, Lucas) Motions referred to Magistrate Judge Daniel C. Irick.**

 77 -- Mtn Leave File Reply Brief.pdf
246.7kB

## Activity in Case 6:21-cv-01008 Wall v. Southwest Airlines -- Order Granting Motion for Leave to File Reply

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    aa@neg.com; mrradioactive@protonmail.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; leo_mcdonnell@icloud.com; pmenage@googlemail.com; jenniferrarrick@gmail.com

Date:  Tuesday, October 5, 2021, 12:30 PM EDT



FYI: An "Endorsed Order" is a decision the magistrate or his law clerk enters directly onto the docket without a formal written order. This is typically done in these types of procedural matters where a full written opinion explaining the decision isn't needed. So there is no document attached to this message because there is only the docket text.

I'm going to dive right into writing the reply brief. I'll send a final draft for your review and approval in a few hours.

**U.S. District Court**
**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered on 10/5/2021 at 10:51 AM EDT and filed on 10/5/2021

**Case Name:**        Wall v. Southwest Airlines et al
**Case Number:**      6:21-cv-01008-PGB-DCI
**Filer:**
**Document Number:** 78 (No document attached)

**Docket Text:**
**ENDORSED ORDER granting [77] Motion for Leave to File Reply. On or before 10/8/2021, Plaintiff may file a seven-page reply as requested. Signed by Magistrate Judge Daniel C. Irick**

**on 10/5/2021. (Irick, Daniel)**