```
Plaintiffs' Exhibit 3
```

**Wall v. Southwest Airlines**
**Agenda for First Group Videoconference**
**3 p.m. Eastern Time Sept. 8**


1. Introductions – say hello everyone!

2. Status report – where things stand right now including declarations

3. Being part of litigation (Andy)

4. Causes of action – what are we going to charge the airlines with?

        A. Violation of Air Carrier Access Act
        B. Violation of Rehabilitation Act
        C. Conspiracy to Interfere with Civil Rights
        D. Breach of Contract (no mask mandate in 5 airlines' contract of carriage; 2 others have masks but don't comply with the regulations for exemptions, force EUA masks upon those who don't consent, violate their requirement to provide safe service, causing harm by forced muzzling, etc.)
        E. Violation of international law

5. Class action – two classes, the Disabled and the Nondisabled

█████████████████████████████
██████████████

7. Case Management Conference required with airline lawyers Sept. 20-21. Lucas will set up Doodle a week beforehand to get everyone's availability. Participation mandatory unless you absolutely can't be free.

8. Do we want a jury trial?

9. Do we want to demand the district judge handle the case after initial proceedings rather than the magistrate judge?

█████████████████████

11. Discovery – stayed until court rules on airlines' motions to dismiss. Then do we agree to bifurcate discovery into 1) class action certification and 2) then everything else.

12. Agreement to appoint Lucas as Lead Plaintiff and Class Representative

13. Agreement to waive service and let Lucas distribute all court filings

14. Agreement to act as a group by majority vote; anyone in strong disagreement reserves the right to file a separate document with the court

14. What comes next

15. Q&A – what questions do you have?

**Wall v. Southwest Airlines**
**Agenda for Second Group Videoconference**
**10 p.m. Eastern Time Sept. 19**

1. Introductions – say hello everyone! ████████████████████████████

2. Review Plaintiffs' spreadsheet

3. Motion for Extension of Time to File Case Management Report

4. Response to Show Cause Order

████████████████████████

████████████████████████████████

7. Wall v. Fauci status report

8. Q&A – what questions do you have?