# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, : | |
| : | |
| Plaintiffs, : | Case No. 6:21-cv-1008-PGB-DCI |
| : | |
| v. : | District Judge Paul Byron |
| : | |
| **SOUTHWEST AIRLINES** *et al.*, : | Magistrate Judge Daniel Irick |
| : | |
| Defendants. : | |

## **PLAINTIFF LEONARDO McDONNELL'S NOTICE OF NAME CHANGE**

COMES NOW Plaintiff Leonardo McDonnell, *pro se*, and asks the Court and other parties to please TAKE NOTICE that my legal name has changed pursuant to an order of the Circuit Court of the 18th Judicial Circuit in & for Brevard County, Florida. Ex. 1.

When the Amended Complaint (Doc. 61) was filed in this case, my name was Kevin Leonardo McDonnell. This name is also used on my declaration and doctor's note attached thereto. Doc. 62-1 at Ex. 26. "Kevin" has now been eliminated from my legal name.

Because I do not have access to the Court's CM/EFC system, I authorize Lead Plaintiff & Class Representative Lucas Wall to e-file this Notice on my behalf.

1

Respectfully submitted this 20th day of October 2021.

*Leonardo McDonnell*

Leonardo McDonnell, plaintiff
P.O. Box 1113
Melbourne, FL 32902