IN THE CIRCUIT COURT OF THE EIGHTEENTH JUDICIAL CIRCUIT, IN AND FOR BREVARD COUNTY, FLORIDA

CASE NO: 05-2021-DR-044587

**IN RE: THe Name Change of:**

**Kevin Leonardo McDonnell,**

   **Petitioner.**

_____

## FINAL JUDGMENT OF NAME CHANGE

**THIS CAUSE** came before the General Magistrate on Tuesday, October 12, 2021, for a final hearing on the Petition for Name Change under §68.07 Fla. Stat. (docket #2, filed September 14, 2021). Having reviewed the Magistrate's Report and Recommendation and the 10-day exception period having been waived, the Court approves and adopts the Report and Recommendation (docket #9, filed October 12, 2021) and finds:

  A. Petitioner is a bona fide resident of Brevard County, Florida.

  B. Petitioner's request is not for any ulterior or illegal purpose.

  C. Granting this petition will not, in any manner, invade the property rights of others.

  **IT IS HEREBY ORDERED** that Petitioner's present name Kevin Leonardo McDonnell is changed to Leonardo McDonnell, by which Petitioner shall hereafter be known.

  **DATED** on Friday, October 15, 2021, in Brevard County, Florida.

05-2021-DR-044587 10/15/2021 11:20:26 AM

_____

Nancy Maloney, Circuit Judge
05-2021-DR-044587 10/15/2021 11:20:26 AM

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing Final Judgment of Name Change was furnished to:

█████ LEONARDO MCDONNELL
████████████████████

this Monday, October 18, 2021.

05-2021-DR-044587 10/18/2021 10:12:20 AM

_____

Ronni Cunningham, Judicial Assistant
05-2021-DR-044587 10/18/2021 10:12:20 AM