## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## NOTICE OF RELATED ACTIONS

Pursuant to Local Rule 1.07(c), the Court and other parties will please TAKE NOTICE of related actions now before six circuits of the U.S. Courts of Appeals, five of which involve plaintiffs in this matter. The six Petitions for Review all raise similar challenges to TSA's four enforcement directives that make up part of the Federal Transportation Mask Mandate ("FTMM").[1] In the instant case, we challenge the legality of the Airline Defendants' mask-enforcement policies.

The five petitions involving plaintiffs in this case are:

1. *Abadi v. Transportation Security Administration*, case number pending (2nd Cir.): Aaron Abadi.

---

[1] The Federal Transportation Mask Mandate consists of: 1) Executive Order 13998, 86 Fed. Reg. 7205 (Jan. 26, 2021); 2) Department of Homeland Security Determination 21-130 (Jan. 27, 2021); 3) Centers for Disease Control & Prevention Order "Requirement for Persons To Wear Masks While on Conveyances & at Transportation Hubs," 86 Fed. Reg. 8,025 (Feb. 3, 2021); 4) Transportation Security Administration Security Directives 1542-21-01B, 1544-21-02B, and 1582/84-21-01B (Sept. 14, 2021); and 5) TSA Emergency Amendment 1546-21-01B (Sept. 14, 2021).

1

2. *Andreadakis v. Transportation Security Administration*, No. 21-2173 (4th Cir.): Kleanthis Andreadakis.

3. *Marcus v. Transportation Security Administration*, No. 21-60808 (5th Cir.): Uri Marcus.

4. *Wall v. Transportation Security Administration*, No. 21-13619 (11th Cir.): Lucas Wall and Leonardo McDonnell.

5. *Eades v. Transportation Security Administration*, No. 21-3362 (8th Cir.): Anthony Eades.

The sixth petition does not include any of the plaintiffs in this case:

6. *Faris v. Transportation Security Administration*, No. 21-3951 (6th Cir.).

Respectfully submitted this 22nd day of October 2021.

*Lucas Wall*
Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

*Aaron Abadi*             *Kleanthis Andreadakis*
Aaron Abadi, plaintiff    Kleanthis Andreadakis, plaintiff

*Eric Cila*               *Shannon Greer Cila*
Eric Cila, plaintiff      Shannon Greer Cila, plaintiff

*Anthony Eades*           *Uri Marcus*
Anthony Eades, plaintiff  Uri Marcus, plaintiff

*Yvonne Marcus*
Yvonne Marcus, plaintiff

*Leonardo McDonnell*
Leonardo McDonnell, plaintiff

*Peter Menage*
Peter Menage, plaintiff

*Connie Rarrick*
Connie Rarrick, plaintiff

*Jared Rarrick*
Jared Rarrick, plaintiff

*Jennifer Rarrick*
Jennifer Rarrick, plaintiff