# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## PLAINTIFF LEONARDO McDONNELL'S
## UNOPPOSED MOTION TO REDACT

COMES NOW Plaintiff Leonardo McDonnell, *pro se*, and moves for an order directing the Clerk to redact my phone number and e-mail address from my signature block of the Amended Complaint. Doc. 61 at 226. I also ask for "Kevin" to be redacted from my signature block as my legal name was changed to remove my former first name and make my former middle name my new first name. Doc. 80.

The reason for this request to redact my phone number and e-mail address from the public record is for privacy concerns related to being the victim of an abusive relationship and fear of being stalked.

I've attached a redacted version of Page 226 of the Amended Complaint I would like the Clerk to use for Doc. 61 in lieu of the current page. Ex. 1.

**Local Rule 3.01(g) Certification**

I hereby certify that on Oct. 18, 2021, I conferred with Roy Goldberg, counsel for Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines, and JetBlue Airways. Mr. Goldberg said his clients do not oppose this motion.

I hereby certify that on Oct. 18, 2021, I conferred with Brian Maye, counsel for Defendants Allegiant Air and Frontier Airlines. Mr. Maye said his clients do not oppose the requested relief.

I hereby certify that on Oct. 19, 2021, I conferred with Miguel Morel, counsel for Defendant Sprit Airlines. Mr. Morel said his client does not object to the requested relief.

Because I do not have access to the Court's CM/ECF system, I authorize Lead Plaintiff & Class Representative Lucas Wall to e-file this Notice on my behalf.

Respectfully submitted this 20th day of October 2021.

*Leonardo McDonnell*

Leonardo McDonnell, plaintiff
P.O. Box 1113
Melbourne, FL 32902