# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, : | |
| : | |
| Plaintiffs, : | Case No. 6:21-cv-1008-PGB-DCI |
| : | |
| v. : | District Judge Paul Byron |
| : | |
| **SOUTHWEST AIRLINES** *et al.*, : | Magistrate Judge Daniel Irick |
| : | |
| Defendants. : | |

## PLAINTIFF LEONARDO McDONNELL'S
## OBJECTIONS TO OCT. 26 ORDER

COMES NOW Plaintiff Leonardo McDonnell, *pro se*, and files these objections to the magistrate's Order signed Oct. 26 (Doc. 85) concerning my Motion to Redact and my change of name:

1. I object to the magistrate's striking of my original Motion to Redact (Doc. 81) because Lead Plaintiff & Class Representative Lucas Wall filed it electroncially on my behalf. I gave Mr. Wall explicit permission in the motion itself to file this on my behalf since I don't have access to the Court's ECF system. It is not the magistrate's business to continue to play second adversary against plaintiffs in addition to the defendants in this case. Mr. Wall had my express permission to e-file on my behalf. My decision on how to best file is not the Court's concern and I urge the magistrate to stop interfering in our prosecution of this case or excuse himself for bias toward

1

*pro se* litigants, the disabled, and/or those who are fighting against mask mandates.

2. I object to the magistrate's constant use of the derogatory/accusatory term "purported," i.e. "Plaintiff Lucas Wall electronically filed an Amended Complaint (Doc. 61) that was ***purportedly*** brought by several named plaintiffs (including Mr. McDonnell) and on behalf of a ***purported*** class." Doc. 85 (emphasis added). According to Oxford Languages, "purported" means "appearing or stated to be true, though not necessarily so; alleged." I do not appreciate the magistrate's constant attacks on Mr. Wall, myself, and other 11 Named Plaintiffs with this constant barrage of accusing us of lying.

The Amended Complaint ***was*** brought by Mr. Wall and a dozen additional Named Plaintiffs including myself. The Amended Complaint was on behalf of a ***proposed*** or ***putative*** class, not a "purported class." The magistrate's choice of language continues to essentially libel all 13 plaintiffs in this case by accusing us of submitting false papers to the Court with no evidence to back up this scandalous assertions.

3. Pages 225, 226, and 227 of the Amended Complaint do not "purport" to contain e-signatures and signature blocks of the Named Plaintiffs. They ARE the e-signatures and signature blocks of the Named Plaintiffs. Mr. Wall has taken great pains to ensure we all review and approve court filings before our e-signature and signature block are attached. Again, the Court makes assumptions that this is all

being cooked out of thin air, but fails to provide any evidence to support these libelous charges that Mr. Wall and/or the rest of us plaintiffs that we are somehow lying to the Court.

4. The Court notes "None of these named plaintiffs had permission to file electronically except Mr. Wall." Doc. 85 at 1. But the Court ignores the Notice we all filed Sept. 14. "For all filings made by the group, we authorize Mr. Wall to submit documents on our behalf to the Court using the CM/ECF system once we have approved them." Doc. 64 at 1. Neither the magistrate nor the district judge overseeing this case has struck the Notice, and therefore our approval for Mr. Wall to submit documents on our behalf using ECF remains in effect.

5. The magistrate complains that my "motion contains no memorandum of legal authority supporting the requested relief." Doc. 85 at 2. I don't know what a "memorandum of legal authority is." If I asked Mr. Wall for help, I'm afraid the magistrate would again threaten Mr. Wall with charges for the unauthorized practice of law, even though we quoted in our reply to the Show Cause Order that we have a First Amendment right to associate with our coplaintiffs to seek their advice and wisdom in prosecuting this discrimination case together. If the Court desires me to include a memorandum of legal authority, it should explain what that is. It should suffice that I have told the magistrate I am the victim of an abusive relationship, recently changed my phone number and e-mail, and want those redacted

from the public record. I don't know what else there is to say on the matter. Apparently the magistrate wants me to become a victim of stalking, which would be a gross dereliction of his official duties. He shows zero empathy for my situation.

6. I object to the magistrate's false allegation that "This incident raises serious concerns about Mr. Wall's activities in relation to attempting to represent other people before this Court." Doc. 85 at 2. Mr. Wall is NOT attempting to represent me or anyone else before this Court. He has told us (and the Court) dozens of times he is not a lawyer and may not represent anyone. We made a unanimous decision to work collectively to prosecute our common claims of illegal discrimination against the seven airlines. The magistrate's constant attacks on Mr. Wall are not well taken.

7. The Court ignorantly writes that "taking the statements in the Motion as true, Mr. Wall may have placed Mr. McDonnell at physical or other risk by publicly exposing his telephone number, and email address in the Amended Complaint." Doc. 85 at 2. Yet again we have the magistrate libeling Mr. Wall and calling into question his good character as an advocate for disabled Americans banned from using public transportation because of the Federal Transportation Mask Mandate and the airlines' discriminatory policies on face coverings. I reviewed and approved the Amended Complaint, giving Mr. Wall my written permission to affix my e-signature and signature block. I knew at the time my phone number and email address were listed. It was not until later that I realized that information would be available

4

in the public record after I ran into problems trying to conceal my new phone number and e-mail address from the state court proceeding getting my legal name changed. I then told Mr. Wall I want that information redacted and he suggested I compose a motion to redact explaining why I fear my info being in the public record.

8. I object to the Court's contention that "Yet this is just one of the myriad of unanticipated risks that may result from a *pro se* person (such as Mr. Wall) attempting to represent others (such as Mr. McDonnell) in court" Doc. 85 at 2. I don't know how many times I have to say this, but Mr. Wal is NOT attempting to represent me. I and all my coplaintiffs have been an active part in prosecuting this case We selected Mr. Wall as our lead plaintiff and class representative, but that in no ways mean that is "representing" us and/or pretending to be a lawyer.

9. The magistrate demonstrates his constant ignorance of the issues in this case by writing in a footnote "The Motion also notes that Mr. McDonnell's name has changed, such that his name in his electronic signature block [on the Amended Complaint] is not accurate. But there is no indication as to whether his name changed before or after the amended complaint was filed." Doc. 85 at 2. This is strange because I filed a Notice of Name Change on Oct. 20. Doc. 80. The court order changing my name is attached as an exhibit. Doc. 80-1. The magistrate does not mention this Notice anywhere in his Order (Doc. 85). If he had actually read the Notice, he would know that the court order changing my legal name took effect Oct. 15, one month after the Amended Complaint was filed Sept. 14. Therefore, my

5

name was correct on my e-signature and signature block on the Amended Complaint and subsequent documents until I filed the Notice of Name Change Oct. 20 after receiving it the final document from state court.

10. The Court goes on to disparage myself and Mr. Wall by writing "The Court cannot simply take the Motion at face value, as it contains am improper signature – the same improper signature used on the document filed by Mr. Wall. Thus, the Court has no confidence that his Motion is from Mr. McDonnell." Doc. 85 at 2. Court rules permit the use of electronic signatures for documents submitted electronically. My motion was submitted electronically using the *pro se* form on the Court's website. Therefore, an ink signature is not needed as the paper documents were not mailed to the Court.

It is bizarre and offensive for the Court to say it has no confidence that the motion is from myself. I filed the motion. Period. What reason would Mr. Wall – or anyone else – have to invent that I am the victim of an abusive relationship and want my phone number and e-mail address redacted? This again shows the magistrate's extreme animus toward *pro se* litigants who can't afford an attorney, disabled people, and/or those fighting for our right to be free of discrimination because we medically can't wear masks. This is grounds for having the magistrate removed from this case. I will be speaking to my coplaintiffs about how we can ask the district judge and/or chief judge to toss him off the case for constantly insulting the plaintiffs and levying false allegations against us. It's clear we can never hope to obtain a fair, just decision from this magistrate.

11. The Order goes on to state that "Mr. McDonnell is cautioned that even if the Court were to redact the Amended Complaint, his personal information (and the personal information of all the named plaintiffs) remains on the pubic docket of this case. Again, to the extent that the named plaintiffs did not intend this, it is another unintended consequence of allowing a *pro se* party to file a document in court on their behalf." Doc. 85 at 3.

My understanding is that the docket information about parties is populated based on the signature blocks in the pleadings. If my motion to redact my e-mail address and signature line were granted, it should follow that the clerk's office would remove the information from the docket. If this is not the case, I will make sure when I resubmit my motion to redact to clarify that I want the information removed from the Amended Complaint and the case docket.

Again, the magistrate goes off showing his contempt for *pro se* parties who can't afford lawyers and are fighting discrimination by representing ourselves in court. My confusion about whether or not redacting the Amended Complaint would automatically mean the same information is removed from the public docket has nothing to do with how we are prosecuting this case. I again object to the magistrate's disgracefully rude treatment of Mr. Wall, myself, and my other coplaintiffs.

12. I object to the denial of my Motion to Redact. The magistrate is putting me in danger by refusing to redact my e-mail address and phone number from the public record in this case, without citing any rationale for not doing so. I will soon be resubmitting this motion.

13. I object to the magistrate's direction that I need to file a notarized affidavit with an original signature stating my legal name and the date it was changed by Nov. 8. Look at my previously filed Notice of Name Change, which the magistrate totally ignored. Doc. 80. The court order stating my name change and that it took effect Oct. 15 is also already in the record. I will not be filing this same information in duplicative. If the magistrate insists on this, I will file an appeal to the district judge noting the magistrate's incompetence in not mentioning I already filed the court order changing my name. Doc. 80-1.

14. I object to the magistrate's order prohibiting Mr. Wall from filing any document on behalf of any other person in this case. As noted above, myself and my other coplaintiffs filed a Notice on Sept. 14 authorizing Mr. Wall, as lead plaintiff and class representative, to e-file on our behalf. It is not the Court's place to interfere with our designation.

15. I object to the magistrate's order directing Mr. Wall to show cause why his electronic filing privileges in all cases before this Court should not be revoked because he "abused" his permissions by electronically filing documents on behalf of other persons. I again direct the magistrate to Doc. 64, where we authorized Mr. wall to e-file on our behalf. Mr. Wall has not abused anything. It is the magistrate who is constantly abusing us as *pro se* disabled Americans fighting for our fights to be free of discrimination in air travel.

CONCLUSION: I know the group of all plaintiffs is planning to file objections to the magistrate's Order at Doc. 85, but I feel the need to submit my own complaints because so much of the Order is directed at me personally, and I take great offense at the numerous disparaging comments made against me and our lead plaintiff Mr. Wall.

Respectfully submitted this 31st day of October 2021.

*Leonardo McDonnell*
Leonardo McDonnell, plaintiff
P.O. Box 1113
Melbourne, FL 32902