UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LUCAS WALL, | ) |
| | ) |
| Plaintiff, | )  Case No. 6:21-cv-1008-PGB-DCI |
| | ) |
| v. | ) |
| | ) |
| SOUTHWEST AIRLINES, et. al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**RESPONSE OF DEFENDANTS SOUTHWEST AIRLINES,
ALASKA AIRLINES, DELTA AIR LINES AND JET BLUE AIRWAYS
TO OBJECTIONS TO MAGISTRATE'S RECOMMENDATION**

In response to the document titled "Plaintiff Leonardo McDonnell's Objections to Oct. 26 Order" [Doc. 87] ("Objections") filed October 31, 2021 with the Court, Defendants Southwest Airlines Co., Alaska Airlines, Inc., Delta Air Lines, Inc., and JetBlue Airways Corporation (collectively "Defendants"), through undersigned counsel, respectfully note that not only did Plaintiff Lucas Wall electronically file the Objections on behalf of another party, but according to the metadata in the Objections, Mr. Wall is the "Author" of the Objections. This can be seen by right clicking the Objections document [Doc. 87] and clicking on "Document Properties," which state:

Document properties
File name:        047123639983
File size:         177 KB

| | |
|---|---|
| Title: | - |
| Author: | Lucas Wall |
| Subject: | - |
| Keywords: | - |
| Created: | 10/31/21, 7:39:27 PM |
| Modified: | 11/1/21, 1:32:44 PM |
| Application: | Microsoft® Word 2016 |
| PDF producer: | Microsoft® Word 2016; modified using iText® 7.1.6 ©2000-2019 iText Group NV (Administrative Office of the United States Courts; licensed version) |
| PDF version: | 1.5 |
| Page count: | 9 |
| Page size: | 8.50 × 11.00 in (portrait) |
| Fast web view: | No   (Bold highlighting added) |

Defendants further note that the file document contains an electronic signature for Mr. McDonnell and Defendants are not aware that this Court has extended electronic filing privileges to Mr. McDonnell.

Date: November 1, 2021                               Respectfully submitted,

STINSON LLP                                          TORRICELLA LAW PLLC
1775 Pennsylvania Avenue, N.W.                       Town Center One, Suite 2217
Suite 800                                            8950 Southwest 74th Court
Washington, D.C. 20006                               Miami, Florida 33156
Telephone: (202) 728-3005                            Telephone: (305) 677-7644

By: /s Roy Goldberg                                  By: /s Maurice J. Baumgarten
M. Roy Goldberg                                      Roberto A. Torricella, Jr.
Roy.goldberg@stinson.com                             Florida Bar No. 907472
Admitted *Pro Hac Vice*                              Robert@TorricellaLaw.com
                                                     Maurice J. Baumgarten
                                                     Florida Bar No. 25324
                                                     Maurice@TorricellaLaw.com

Counsel for Defendants Southwest Airlines Co., Alaska Airlines, Inc., Delta Air Lines, Inc. and JetBlue Airways Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 1, 2021, a true and correct copy of the foregoing RESPONSE OF DEFENDANTS SOUTHWEST AIRLINES, ALASKA AIRLINES, DELTA AIR LINES AND JET BLUE AIRWAYS TO OBJECTIONS TO MAGISTRATE'S RECOMMENDATION was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record.

/s M. Roy Goldberg
M. Roy Goldberg