# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, : | |
| : | |
| Plaintiffs, : | Case No. 6:21-cv-1008-PGB-DCI |
| : | |
| v. : | District Judge Paul Byron |
| : | |
| **SOUTHWEST AIRLINES** *et al.*, : | Magistrate Judge Daniel Irick |
| : | |
| Defendants. : | |

## NOTICE TO CLERK TO CORRECT DOCKET ENTRY 87

COMES NOW lead plaintiff and class representative Lucas Wall, *pro se*, and asks the Clerk, the Court, and other parties to please TAKE NOTICE that Docket Entry 87, Plaintiff Leonardo McDonnell's Objections to Oct. 26 Order, was docketed incorrectly.

1. Docket Entry 87 indicates that I filed the objections. Incorrect. Mr. McDonnell filed the objections using the Court's *pro se* webform. I did NOT file Doc. 87. The Clerk is kindly asked to correct the docket entry to reflect Mr. McDonnell as the filer.

2. Docket Entry 87 incorrectly links to Doc. 86, the magistrate's Report & Recommendation. Incorrect. The Clerk is kindly asked to link Docket Entry 87 to the Order at Doc. 85. Mr. McDonnell's objections are all directed at Doc. 85 (Order), not Doc. 86 (Report & Recommendations).

1

WHEREFORE, I request the Clerk enter the docket corrections as requested herein.

Respectfully submitted this 1st day of November 2021.

*Lucas Wall*
Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com