Plaintiffs' Exhibit 2                                           CASREF

# U.S. District Court
## Middle District of Florida (Orlando)
### CIVIL DOCKET FOR CASE #: 6:21−cv−01008−PGB−DCI

Printed 10-22-21

| | |
|---|---|
| Wall v. Southwest Airlines et al | Date Filed: 06/14/2021 |
| Assigned to: Judge Paul G. Byron | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Daniel C. Irick | Nature of Suit: 440 Civil Rights: Other |
| Demand: ~~$351,000~~ | Jurisdiction: Federal Question |
| Cause: ~~42:1983 Civil Rights Act~~ | |

**Plaintiff**

**Lucas Wall**　　　　　　　　　　　　represented by **Lucas Wall**
*on behalf of himself and all others*　　　　　　　　　　435 10th St NE
*similarly situated*　　　　　　　　　　　　　　　　　　Washington, DC 20002
　　　　　　　　　　　　　　　　　　　　　　　　　　　202−351−1735
　　　　　　　　　　　　　　　　　　　　　　　　　　　Email: lucas.wall@yahoo.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

**Plaintiff**

**Aaron Abadi**　　　　　　　　　　　　represented by **Aaron Abadi**
*on behalf of themselves and all others*　　　　　　　　Apt. 140
*similarly situated*　　　　　　　　　　　　　　　　　　82 Nassau St.
　　　　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10038
　　　　　　　　　　　　　　　　　　　　　　　　　　　516/639−4100
　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

**Plaintiff**

**Kleanthis Andreadakis**　　　　　　　represented by **Kleanthis Andreadakis**
*on behalf of themselves and all others*　　　　　　　　5108 Hunters Meadow Pl.
*similarly situated*　　　　　　　　　　　　　　　　　　Henrico, VA 23231
　　　　　　　　　　　　　　　　　　　　　　　　　　　804/988−1402
　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

**Plaintiff**

**Eric Cila**　　　　　　　　　　　　　represented by **Eric Cila**
*on behalf of themselves and all others*　　　　　　　　8807 Avondale Ct.
*similarly situated*　　　　　　　　　　　　　　　　　　Louisville, KY 40299
　　　　　　　　　　　　　　　　　　　　　　　　　　　319/795−5552
　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

**Plaintiff**

**Shannon Greer Cila**　　　　　　　　represented by **Shannon Greer Cila**
*on behalf of themselves and all others*　　　　　　　　8807 Avondale Ct.
*similarly situated*　　　　　　　　　　　　　　　　　　Louisville, KY 40299
　　　　　　　　　　　　　　　　　　　　　　　　　　　319/795−5552
　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

**Plaintiff**

**Anthony Eades**　　　　　　　　　　represented by **Anthony Eades**
*on behalf of themselves and all others*　　　　　　　　19499 Cedar Gate Dr.
*similarly situated*　　　　　　　　　　　　　　　　　　Warsaw, MO 65355
　　　　　　　　　　　　　　　　　　　　　　　　　　　813/786−8960
　　　　　　　　　　　　　　　　　　　　　　　　　　　PRO SE

**Plaintiff**

**Uri Marcus**　　　　　　　　　　　　represented by **Uri Marcus**
*on behalf of themselves and all others*　　　　　　　　P.O. Box 126
*similarly situated*　　　　　　　　　　　　　　　　　　Ojai, CA 93024
　　　　　　　　　　　　　　　　　　　　　　　　　　　909/833−0065

PRO SE

**Plaintiff**

**Yvonne Marcus**
*on behalf of themselves and all others similarly situated*

represented by **Yvonne Marcus**
P.O. Box 126
Ojai, CA 93024
909/833–0065
PRO SE

**Plaintiff**

**Leonardo McDonnell**
*on behalf of themselves and all others similarly situated*

represented by **Leonardo McDonnell**
P.O. Box 1113
Melbourne, FL 32902
PRO SE

**Plaintiff**

**Peter Menage**
*on behalf of themselves and all others similarly situated*

represented by **Peter Menage**
3255 N. Mars Ave.
Palmer, AK 99645
907/715–1205
PRO SE

**Plaintiff**

**Connie Rarrick**
*on behalf of themselves and all others similarly situated*

represented by **Connie Rarrick**
36 Lafayette St.
Saco, ME 04072
207/423–2479
PRO SE

**Plaintiff**

**Jared Rarrick**
*on behalf of themselves and all others similarly situated*

represented by **Jared Rarrick**
36 Lafayette St.
Saco, ME 04072
207/423–2479
PRO SE

**Plaintiff**

**Jennifer Rarrick**
*on behalf of themselves and all others similarly situated*

represented by **Jennifer Rarrick**
36 Lafayette St.
Saco, ME 04072
207/423–2479
PRO SE

V.

**Defendant**

**Southwest Airlines**

represented by **Roberto A. Torricella , Jr.**
Torricella Law, PLLC
4551 Ponce De Leon Blvd
Coral Gables, FL 33146
305–677–7644
Fax: 844–807–3207
Email: Robert@torricellalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**
Torricella Law, PLLC
4551 Ponce de Leon Blvd

        Coral Gables, FL 33134–1832
        305–904–4982
        Fax: 844–807–3207
        Email: maurice@torricellalaw.com
        *ATTORNEY TO BE NOTICED*

        **Milton Roy Goldberg**
        Stinson LLP
        Washington, D.C.
        1775 Pennsylvania Avenue, N.W.
        Suite 800
        Washington, DC 20006
        202–728–3005
        Email: roy.goldberg@stinson.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Alaska Airlines**    represented by    **Roberto A. Torricella , Jr.**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Maurice Jay Baumgarten**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Milton Roy Goldberg**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Allegiant Air**    represented by    **Brian T. Maye**
        Adler Murphy & McQuillen LLP
        20 S Clark St Ste 2500
        Chicago, IL 60603–1804
        312–422–5713
        Email: bmaye@amm–law.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Kyle Dudek**
        Henderson, Franklin, Starnes & Holt, PA
        1715 Monroe St
        PO Box 280
        Ft Myers, FL 33902–0280
        239/344–1237
        Fax: 239/344–1494
        Email: kyle.dudek@henlaw.com
        *ATTORNEY TO BE NOTICED*

        **William Boltrek , III**
        Henderson, Franklin, Starnes & Holt, PA
        1715 Monroe St
        PO Box 280
        Ft Myers, FL 33902–0280
        Email: william.boltrek@henlaw.com
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Delta Air Lines**    represented by    **Milton Roy Goldberg**
        Stinson LLP
        1775 Pennsylvania Avenue, N.W.
        Suite 800

        Washington, DC 20006
        202–728–3005
        Email: roy.goldberg@stinson.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Maurice Jay Baumgarten**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Roberto A. Torricella , Jr.**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Frontier Airlines**      represented by    **Brian T. Maye**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Kyle Dudek**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **William Boltrek , III**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

**Defendant**

**JetBlue Airways**      represented by    **Milton Roy Goldberg**
        (See above for address)
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

        **Maurice Jay Baumgarten**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Roberto A. Torricella , Jr.**
        (See above for address)
        *ATTORNEY TO BE NOTICED*

        **Suzanne E. Gilbert**
        Holland & Knight, LLP – Orlando
        200 S Orange Ave – Ste 2600
        Orlando, FL 32801
        407/425–8500
        Fax: 407/244–5288
        Email: suzanne.gilbert@hklaw.com
        *TERMINATED: 09/10/2021*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Spirit Airlines**      represented by    **Miguel Morel**
        Littler Mendelson PC
        Wells Fargo Center
        333 SE 2nd Avenue, Suite 2700
        Miami, FL 33131
        954–728–1280
        Email: mamorel@littler.com
        *LEAD ATTORNEY*
        *ATTORNEY TO BE NOTICED*

**Defendant**

**Numerous Unnamed Executives of the
7 Airlines**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2021 | 1 | COMPLAINT against Alaska Airlines, Allegiant Air, Delta Air Lines, Frontier Airlines, JetBlue Airways, Southwest Airlines, Spirit Airlines filed by Lucas Wall. (Attachments: # 1 Exhibits 1–20, # 2 Exhibits 21–40, # 3 Exhibits 41–60, # 4 Exhibits 61–80, # 5 Exhibits 81–94, # 6 Exhibits 96–110, # 7 Exhibits 111–133, # 8 Proposed Summons – Southwest Airlines, # 9 Proposed Summons – Alaska Airlines, # 10 Proposed Summons – Allegiant Air, # 11 Proposed Summons – Delta Air Lines, # 12 Proposed Summons – Frontier Airlines, # 13 Proposed Summons – JetBlue Airways, # 14 Proposed Summons – Spirit Airlines, # 15 Civil Cover Sheet)(TNP) (Entered: 06/14/2021) |
| 06/14/2021 | 2 | NOTICE of a related action per Local Rule 1.07(c) by Lucas Wall. Related case(s): Yes (TNP) (Entered: 06/14/2021) |
| 06/14/2021 | 3 | MOTION for Leave to File Electronically by Lucas Wall. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(TNP) (Entered: 06/14/2021) |
| 06/15/2021 | 4 | **(VACATED PER 14 ORDER) ORDER Judge Kelly's Standing Discovery Order. Signed by Magistrate Judge Gregory J. Kelly on 6/15/2021. (MB)** Modified on 6/23/2021 (RDO). (Entered: 06/15/2021) |
| 06/15/2021 | 5 | Emergency MOTION for Temporary Restraining Order against all defendants as to count 1 of the complaint by Lucas (Attachments: # 1 Exhibit Proposed Order, # 2 Exhibit Declaration 1)(DS) (Entered: 06/15/2021) |
| 06/15/2021 | 6 | SUMMONS issued as to All Defendants. (RDO) (Entered: 06/15/2021) |
| 06/15/2021 | | FEES paid by Lucas Wall (Filing fee $402.00 receipt number ORL098793) (TNP) (Entered: 06/15/2021) |
| 06/16/2021 | 7 | RESPONSE in Opposition re 5 MOTION for Temporary Restraining Order filed by JetBlue Airways. (Gilbert, Suzan (Entered: 06/16/2021) |
| 06/16/2021 | 8 | **ORDER denying 5 Motion for Temporary Restraining Order. Signed by Judge Paul G. Byron on 6/16/2021. (J** Modified on 6/16/2021 (GNB). (Entered: 06/16/2021) |
| 06/16/2021 | 9 | Entered in Error. (Entered: 06/16/2021) |
| 06/17/2021 | 10 | **INITIAL ORDER re: Case Management and Deadlines. Signed by Judge Paul G. Byron on 6/17/2021. (GNB) mailed/e−mailed** (Entered: 06/17/2021) |
| 06/17/2021 | 11 | **ORDER REFERRING CASE to Magistrate Judge for Report and Recommendations. Signed by Judge Paul G on 6/17/2021. (GNB) copies mailed/e−mailed** (Entered: 06/17/2021) |
| 06/17/2021 | 12 | **ORDER granting 3 Plaintiff's Motion for Leave to File Electronically. The Clerk shall permit Plaintiff to register and use CM/ECF only for the prosecution of this case. Plaintiff shall have CM/ECF privileges provided he: (1) Complies with the Middle District of Florida Administrative Procedures for Electronic Filing, which can be found https://www.flmd.uscourts.gov/sites/flmd/files/documents/flmd−administrative−procedures−for−electronic−fili (2) Follows the Clerk's instructions with respect to registering and using the CM/ECF system; and (3) Plaintiff not abuse the privilege. Signed by Magistrate Judge Thomas B. Smith on 6/17/2021. (MB)** (Entered: 06/17/2021) |
| 06/22/2021 | 13 | RETURN of service executed on 06/21/2021 by Lucas Wall as to Delta Air Lines. (Wall, Lucas) Modified on 6/22/20 (RDO). (Entered: 06/22/2021) |
| 06/22/2021 | 14 | **ORDER In the interests of justice, the undersigned transfers this case to United States Magistrate Judge Danie Irick, with his permission. The Standing Discovery Order, Doc. No. 4, is VACATED. Signed by Magistrate Jud Gregory J. Kelly on 6/22/2021. (MB)** (Entered: 06/22/2021) |
| 06/23/2021 | 15 | REQUEST for waiver of Service sent to Southwest Airlines on June 22, 2021 by Lucas Wall. (Wall, Lucas) (Entered: 06/23/2021) |
| 06/23/2021 | 16 | REQUEST for waiver of Service sent to Alaska Airlines on June 22, 2021 by Lucas Wall. (Wall, Lucas) (Entered: 06/23/2021) |
| 06/23/2021 | 17 | REQUEST for waiver of Service sent to Allegiant Air on June 22, 2021 by Lucas Wall. (Wall, Lucas) (Entered: 06/23 |
| 06/23/2021 | 18 | REQUEST for waiver of Service sent to Frontier Airlines on June 22, 2021 by Lucas Wall. (Wall, Lucas) (Entered: 06/23/2021) |