# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, : | |
| : | |
| Plaintiffs, : | Case No. 6:21-cv-1008-PGB-DCI |
| : | |
| v. : | District Judge Paul Byron |
| : | |
| **SOUTHWEST AIRLINES** *et al.*, : | Magistrate Judge Daniel Irick |
| : | |
| Defendants. : | |

## NOTICE TO CLERK TO CORRECT DOCKET

COMES NOW Lead Plaintiff & Class Representative Lucas Wall, *pro se*, and asks the Clerk, the Court, and other parties to please TAKE NOTICE of numerous errors on the docket that need to be fixed:

1. The "Demand" field hasn't been updated since the Amended Complaint was filed Sept. 14. Doc. 61. Plaintiffs demand $100,000 in damages from each of the seven Airline Defendants plus $10,000 from each to-be-named Individual Defendant, for a minimum total of $700,000 each (plus more compensation from the numerous executives whose names will be determined during discovery). Ex. 1.

2. The "Cause" field contains the wrong statute under which the first count of the Amended Complaint is based. We have never asserted 42 USC § 1983 as a cause of action since that statute applies only to state officials. The correct primary

1

"Cause" should be listed as 42 USC § 1985 Conspiracy to Interfere with Civil Rights. Ex. 1.

3. The other 12 plaintiffs in this case have suddenly disappeared from the docket. Ex. 1. *Compare* with Oct. 22 docket version. Ex. 2.

4. The name of Defendant Delta Air Lines, correct on Ex. 2, has mysteriously been changed to "delta air." Ex. 1.

5. In the Oct. 22 docket version (Ex. 2), Plaintiff Leonardo McDonnell's name appears incorrectly. He filed a Notice of Name Change that "Kevin" was removed from his legal name. Doc. 80. Also, Mr. McDonnell requests that his phone number be redacted from the docket (as shown on Ex. 2). Docs. 84 & 87.

WHEREFORE, I request the Clerk make the docket corrections as noted herein.

Respectfully submitted this 2nd day of November 2021.

*Lucas Wall*
Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com