Plaintiffs' Exhibit 1

CASREF

# U.S. District Court
## Middle District of Florida (Orlando)
### CIVIL DOCKET FOR CASE #: 6:21-cv-01008-PGB-DCI

Printed 11-1-21

Wall v. Southwest Airlines et al
Assigned to: Judge Paul G. Byron
Referred to: Magistrate Judge Daniel C. Irick
Demand: ~~$351,000~~ $700,000
Cause: ~~42:1983 Civil Rights Act~~ 42:1985 Conspiracy to Interfere with Civil Rights

Date Filed: 06/14/2021
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Lucas Wall**
*on behalf of himself and all others similarly situated*

(Other 12 plaintiffs are missing)

represented by **Lucas Wall**
435 10th St NE
Washington, DC 20002
202-351-1735
Email: lucas.wall@yahoo.com
PRO SE

V.

**Defendant**

**Southwest Airlines**

represented by **Roberto A. Torricella, Jr.**
Torricella Law, PLLC
4551 Ponce De Leon Blvd
Coral Gables, FL 33146
305-677-7644
Fax: 844-807-3207
Email: Robert@torricellalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**
Torricella Law, PLLC
4551 Ponce de Leon Blvd
Coral Gables, FL 33134-1832
305-904-4982
Fax: 844-807-3207
Email: maurice@torricellalaw.com
*ATTORNEY TO BE NOTICED*

**Milton Roy Goldberg**
Stinson LLP
Washington, D.C.
1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006
202-728-3005
Email: roy.goldberg@stinson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alaska Airlines**

represented by **Roberto A. Torricella, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Milton Roy Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allegiant Air**  represented by  **Brian T. Maye**
Adler Murphy & McQuillen LLP
20 S Clark St Ste 2500
Chicago, IL 60603–1804
312–422–5713
Email: bmaye@amm–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
Henderson, Franklin, Starnes & Holt, PA
1715 Monroe St
PO Box 280
Ft Myers, FL 33902–0280
239/344–1237
Fax: 239/344–1494
Email: kyle.dudek@henlaw.com
*ATTORNEY TO BE NOTICED*

**William Boltrek , III**
Henderson, Franklin, Starnes & Holt, PA
1715 Monroe St
PO Box 280
Ft Myers, FL 33902–0280
Email: william.boltrek@henlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frontier Airlines**  represented by  **Brian T. Maye**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Boltrek , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JetBlue Airways**  represented by  **Milton Roy Goldberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roberto A. Torricella , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne E. Gilbert**
Holland & Knight, LLP – Orlando
200 S Orange Ave – Ste 2600

Orlando, FL 32801  
407/425–8500  
Fax: 407/244–5288  
Email: suzanne.gilbert@hklaw.com  
*TERMINATED: 09/10/2021*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Spirit Airlines**  represented by **Miguel Morel**  
Littler Mendelson PC  
Wells Fargo Center  
333 SE 2nd Avenue, Suite 2700  
Miami, FL 33131  
954–728–1280  
Email: mamorel@littler.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Numerous Unnamed Executives of the 7 Airlines**

**Defendant**

**delta air**  Delta Air Lines  represented by **Milton Roy Goldberg**  
(See above for address)  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2021 | 1 | COMPLAINT against Alaska Airlines, Allegiant Air, Delta Air Lines, Frontier Airlines, JetBlue Airways, Southwest Airlines, Spirit Airlines filed by Lucas Wall. (Attachments: # 1 Exhibits 1–20, # 2 Exhibits 21–40, # 3 Exhibits 41–60, # 4 Exhibits 61–80, # 5 Exhibits 81–94, # 6 Exhibits 96–110, # 7 Exhibits 111–133, # 8 Proposed Summons – Southwest Airlines, # 9 Proposed Summons – Alaska Airlines, # 10 Proposed Summons – Allegiant Air, # 11 Proposed Summons – Delta Air Lines, # 12 Proposed Summons – Frontier Airlines, # 13 Proposed Summons – JetBlue Airways, # 14 Proposed Summons – Spirit Airlines, # 15 Civil Cover Sheet)(TNP) (Entered: 06/14/2021) |
| 06/14/2021 | 2 | NOTICE of a related action per Local Rule 1.07(c) by Lucas Wall. Related case(s): Yes (TNP) (Entered: 06/14/2021) |
| 06/14/2021 | 3 | MOTION for Leave to File Electronically by Lucas Wall. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(TNP) (Entered: 06/14/2021) |
| 06/15/2021 | 4 | **(VACATED PER 14 ORDER) ORDER Judge Kelly's Standing Discovery Order. Signed by Magistrate Judge Gregory J. Kelly on 6/15/2021. (MB)** Modified on 6/23/2021 (RDO). (Entered: 06/15/2021) |
| 06/15/2021 | 5 | Emergency MOTION for Temporary Restraining Order against all defendants as to count 1 of the complaint by Lucas (Attachments: # 1 Exhibit Proposed Order, # 2 Exhibit Declaration 1)(DS) (Entered: 06/15/2021) |
| 06/15/2021 | 6 | SUMMONS issued as to All Defendants. (RDO) (Entered: 06/15/2021) |
| 06/15/2021 |  | FEES paid by Lucas Wall (Filing fee $402.00 receipt number ORL098793) (TNP) (Entered: 06/15/2021) |
| 06/16/2021 | 7 | RESPONSE in Opposition re 5 MOTION for Temporary Restraining Order filed by JetBlue Airways. (Gilbert, Suzanne) (Entered: 06/16/2021) |
| 06/16/2021 | 8 | **ORDER denying 5 Motion for Temporary Restraining Order. Signed by Judge Paul G. Byron on 6/16/2021. (J** Modified on 6/16/2021 (GNB). (Entered: 06/16/2021) |
| 06/16/2021 | 9 | Entered in Error. (Entered: 06/16/2021) |
| 06/17/2021 | 10 | **INITIAL ORDER re: Case Management and Deadlines. Signed by Judge Paul G. Byron on 6/17/2021. (GNB) mailed/e–mailed** (Entered: 06/17/2021) |
| 06/17/2021 | 11 | **ORDER REFERRING CASE to Magistrate Judge for Report and Recommendations. Signed by Judge Paul G on 6/17/2021. (GNB) copies mailed/e–mailed** (Entered: 06/17/2021) |