Plaintiffs' Exhibit 2

CASREF

# U.S. District Court
## Middle District of Florida (Orlando)
## CIVIL DOCKET FOR CASE #: 6:21−cv−01008−PGB−DCI

Printed 10-22-21

Wall v. Southwest Airlines et al
Assigned to: Judge Paul G. Byron
Referred to: Magistrate Judge Daniel C. Irick
Demand: $351,000
Cause: 42:1983 Civil Rights Act

Date Filed: 06/14/2021
Jury Demand: Plaintiff
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Lucas Wall**
*on behalf of himself and all others
similarly situated*

represented by **Lucas Wall**
435 10th St NE
Washington, DC 20002
202−351−1735
Email: lucas.wall@yahoo.com
PRO SE

**Plaintiff**

**Aaron Abadi**
*on behalf of themselves and all others
similarly situated*

represented by **Aaron Abadi**
Apt. 140
82 Nassau St.
New York, NY 10038
516/639−4100
PRO SE

**Plaintiff**

**Kleanthis Andreadakis**
*on behalf of themselves and all others
similarly situated*

represented by **Kleanthis Andreadakis**
5108 Hunters Meadow Pl.
Henrico, VA 23231
804/988−1402
PRO SE

**Plaintiff**

**Eric Cila**
*on behalf of themselves and all others
similarly situated*

represented by **Eric Cila**
8807 Avondale Ct.
Louisville, KY 40299
319/795−5552
PRO SE

**Plaintiff**

**Shannon Greer Cila**
*on behalf of themselves and all others
similarly situated*

represented by **Shannon Greer Cila**
8807 Avondale Ct.
Louisville, KY 40299
319/795−5552
PRO SE

**Plaintiff**

**Anthony Eades**
*on behalf of themselves and all others
similarly situated*

represented by **Anthony Eades**
19499 Cedar Gate Dr.
Warsaw, MO 65355
813/786−8960
PRO SE

**Plaintiff**

**Uri Marcus**
*on behalf of themselves and all others
similarly situated*

represented by **Uri Marcus**
P.O. Box 126
Ojai, CA 93024
909/833−0065

PRO SE

**Plaintiff**

**Yvonne Marcus**
*on behalf of themselves and all others*
*similarly situated*

represented by  **Yvonne Marcus**
P.O. Box 126
Ojai, CA 93024
909/833–0065
PRO SE

**Plaintiff**

███ **Leonardo McDonnell**
*on behalf of themselves and all others*
*similarly situated*

represented by  ███ **Leonardo McDonnell**
P.O. Box 1113
Melbourne, FL 32902
████████
PRO SE

**Plaintiff**

**Peter Menage**
*on behalf of themselves and all others*
*similarly situated*

represented by  **Peter Menage**
3255 N. Mars Ave.
Palmer, AK 99645
907/715–1205
PRO SE

**Plaintiff**

**Connie Rarrick**
*on behalf of themselves and all others*
*similarly situated*

represented by  **Connie Rarrick**
36 Lafayette St.
Saco, ME 04072
207/423–2479
PRO SE

**Plaintiff**

**Jared Rarrick**
*on behalf of themselves and all others*
*similarly situated*

represented by  **Jared Rarrick**
36 Lafayette St.
Saco, ME 04072
207/423–2479
PRO SE

**Plaintiff**

**Jennifer Rarrick**
*on behalf of themselves and all others*
*similarly situated*

represented by  **Jennifer Rarrick**
36 Lafayette St.
Saco, ME 04072
207/423–2479
PRO SE

V.

**Defendant**

**Southwest Airlines**

represented by  **Roberto A. Torricella , Jr.**
Torricella Law, PLLC
4551 Ponce De Leon Blvd
Coral Gables, FL 33146
305–677–7644
Fax: 844–807–3207
Email: Robert@torricellalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**
Torricella Law, PLLC
4551 Ponce de Leon Blvd

Coral Gables, FL 33134–1832
305–904–4982
Fax: 844–807–3207
Email: maurice@torricellalaw.com
*ATTORNEY TO BE NOTICED*

**Milton Roy Goldberg**
Stinson LLP
Washington, D.C.
1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006
202–728–3005
Email: roy.goldberg@stinson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alaska Airlines**                      represented by   **Roberto A. Torricella , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Milton Roy Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allegiant Air**                        represented by   **Brian T. Maye**
Adler Murphy & McQuillen LLP
20 S Clark St Ste 2500
Chicago, IL 60603–1804
312–422–5713
Email: bmaye@amm–law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
Henderson, Franklin, Starnes & Holt, PA
1715 Monroe St
PO Box 280
Ft Myers, FL 33902–0280
239/344–1237
Fax: 239/344–1494
Email: kyle.dudek@henlaw.com
*ATTORNEY TO BE NOTICED*

**William Boltrek , III**
Henderson, Franklin, Starnes & Holt, PA
1715 Monroe St
PO Box 280
Ft Myers, FL 33902–0280
Email: william.boltrek@henlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Delta Air Lines**                      represented by   **Milton Roy Goldberg**
Stinson LLP
1775 Pennsylvania Avenue, N.W.
Suite 800

Washington, DC 20006
202–728–3005
Email: roy.goldberg@stinson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roberto A. Torricella , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frontier Airlines**                    represented by   **Brian T. Maye**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Boltrek , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JetBlue Airways**                    represented by   **Milton Roy Goldberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roberto A. Torricella , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne E. Gilbert**
Holland & Knight, LLP – Orlando
200 S Orange Ave – Ste 2600
Orlando, FL 32801
407/425–8500
Fax: 407/244–5288
Email: suzanne.gilbert@hklaw.com
*TERMINATED: 09/10/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Spirit Airlines**                    represented by   **Miguel Morel**
Littler Mendelson PC
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
954–728–1280
Email: mamorel@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Numerous Unnamed Executives of the
7 Airlines**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2021 | 1 | COMPLAINT against Alaska Airlines, Allegiant Air, Delta Air Lines, Frontier Airlines, JetBlue Airways, Southwest Airlines, Spirit Airlines filed by Lucas Wall. (Attachments: # 1 Exhibits 1–20, # 2 Exhibits 21–40, # 3 Exhibits 41–6 Exhibits 61–80, # 5 Exhibits 81–94, # 6 Exhibits 96–110, # 7 Exhibits 111–133, # 8 Proposed Summons – Southwes Airlines, # 9 Proposed Summons – Alaska Airlines, # 10 Proposed Summons – Allegiant Air, # 11 Proposed Summons Delta Air Lines, # 12 Proposed Summons – Frontier Airlines, # 13 Proposed Summons – JetBlue Airways, # 14 Prop Summons – Spirit Airlines, # 15 Civil Cover Sheet)(TNP) (Entered: 06/14/2021) |
| 06/14/2021 | 2 | NOTICE of a related action per Local Rule 1.07(c) by Lucas Wall. Related case(s): Yes (TNP) (Entered: 06/14/2021) |
| 06/14/2021 | 3 | MOTION for Leave to File Electronically by Lucas Wall. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(TNP) (Entered: 06/14/2021) |
| 06/15/2021 | 4 | **(VACATED PER 14 ORDER) ORDER Judge Kelly's Standing Discovery Order. Signed by Magistrate Judge Gregory J. Kelly on 6/15/2021. (MB)** Modified on 6/23/2021 (RDO). (Entered: 06/15/2021) |
| 06/15/2021 | 5 | Emergency MOTION for Temporary Restraining Order against all defendants as to count 1 of the complaint by Luca (Attachments: # 1 Exhibit Proposed Order, # 2 Exhibit Declaration 1)(DS) (Entered: 06/15/2021) |
| 06/15/2021 | 6 | SUMMONS issued as to All Defendants. (RDO) (Entered: 06/15/2021) |
| 06/15/2021 | | FEES paid by Lucas Wall (Filing fee $402.00 receipt number ORL098793) (TNP) (Entered: 06/15/2021) |
| 06/16/2021 | 7 | RESPONSE in Opposition re 5 MOTION for Temporary Restraining Order filed by JetBlue Airways. (Gilbert, Suzan (Entered: 06/16/2021) |
| 06/16/2021 | 8 | **ORDER denying 5 Motion for Temporary Restraining Order. Signed by Judge Paul G. Byron on 6/16/2021. (J** Modified on 6/16/2021 (GNB). (Entered: 06/16/2021) |
| 06/16/2021 | 9 | Entered in Error. (Entered: 06/16/2021) |
| 06/17/2021 | 10 | **INITIAL ORDER re: Case Management and Deadlines. Signed by Judge Paul G. Byron on 6/17/2021. (GNB) mailed/e–mailed** (Entered: 06/17/2021) |
| 06/17/2021 | 11 | **ORDER REFERRING CASE to Magistrate Judge for Report and Recommendations. Signed by Judge Paul G on 6/17/2021. (GNB) copies mailed/e–mailed** (Entered: 06/17/2021) |
| 06/17/2021 | 12 | **ORDER granting 3 Plaintiff's Motion for Leave to File Electronically. The Clerk shall permit Plaintiff to regist and use CM/ECF only for the prosecution of this case. Plaintiff shall have CM/ECF privileges provided he: (1) Complies with the Middle District of Florida Administrative Procedures for Electronic Filing, which can be fo https://www.flmd.uscourts.gov/sites/flmd/files/documents/flmd–administrative–procedures–for–electronic–fili (2) Follows the Clerk's instructions with respect to registering and using the CM/ECF system; and (3) Plaintiff not abuse the privilege. Signed by Magistrate Judge Thomas B. Smith on 6/17/2021. (MB)** (Entered: 06/17/2021 |
| 06/22/2021 | 13 | RETURN of service executed on 06/21/2021 by Lucas Wall as to Delta Air Lines. (Wall, Lucas) Modified on 6/22/20 (RDO). (Entered: 06/22/2021) |
| 06/22/2021 | 14 | **ORDER In the interests of justice, the undersigned transfers this case to United States Magistrate Judge Danie Irick, with his permission. The Standing Discovery Order, Doc. No. 4, is VACATED. Signed by Magistrate Jud Gregory J. Kelly on 6/22/2021. (MB)** (Entered: 06/22/2021) |
| 06/23/2021 | 15 | REQUEST for waiver of Service sent to Southwest Airlines on June 22, 2021 by Lucas Wall. (Wall, Lucas) (Entered 06/23/2021) |
| 06/23/2021 | 16 | REQUEST for waiver of Service sent to Alaska Airlines on June 22, 2021 by Lucas Wall. (Wall, Lucas) (Entered: 06/23/2021) |
| 06/23/2021 | 17 | REQUEST for waiver of Service sent to Allegiant Air on June 22, 2021 by Lucas Wall. (Wall, Lucas) (Entered: 06/23 |
| 06/23/2021 | 18 | REQUEST for waiver of Service sent to Frontier Airlines on June 22, 2021 by Lucas Wall. (Wall, Lucas) (Entered: 06/23/2021) |