# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## SECOND NOTICE TO CLERK TO CORRECT DOCKET ENTRY 87 PLUS OTHER ERRORS & OMISSIONS

COMES NOW Lead Plaintiff & Class Representative Lucas Wall, *pro se*, and asks the Clerk, the Court, and other parties to please TAKE NOTICE that Docket Entry 87, Plaintiff Leonardo McDonnell's Objections to Oct. 26 Order, is still docketed incorrectly despite the filing of a Notice flagging this yesterday. Doc. 89. Also, please TAKE NOTICE other errors and omissions on the docket have not been fixed despite the filing early today of a separate Notice and multiple attempts to reach someone in the clerk's office during business hours today. Doc. 92.

1. Docket Entry 87 still indicates that I filed the objections. Incorrect. Mr. McDonnell filed the objections using the Court's *pro se* webform. I did NOT file Doc. 87. The Clerk is again asked to correct the docket entry to reflect Mr. McDonnell as the filer. Doc. 87 was corrected today by clerk KNC only to link to the proper

1

Order; KNC did not change the name of the filer from Lucas Wall to Leonardo McDonnell). Ex. 1.

2. The "Demand" field hasn't been updated since the Amended Complaint was filed Sept. 14. Doc. 61. Plaintiffs demand $100,000 in damages from each of the seven Airline Defendants plus $10,000 from each to-be-named Individual Defendant, for a minimum total of $700,000 each (plus more compensation from the numerous executives whose names will be determined during discovery). *Id.* & Doc. 92.

3. The "Cause" field contains the wrong statute under which the first count of the Amended Complaint is based. We have never asserted 42 USC § 1983 as a cause of action since that statute applies only to state officials. The correct primary "Cause" should be listed as 42 USC § 1985 Conspiracy to Interfere with Civil Rights. Ex. 1 & Doc. 92.

4. The other 12 plaintiffs in this case have not been restored to docket after mysteriously disappearing the other day. Ex. 1. *Compare* with Oct. 22 docket version. Doc. 92. Plaintiff Uri Marcus called the clerk's office several times during business hours today to inquire about this oddity. He was strangely unable to reach anybody despite it being a workday.

5. The name of Defendant Delta Air Lines has perplexingly been changed to "delta air." Ex. 1 & Doc. 92.

WHEREFORE, I make a second request that the Clerk enter the docket corrections as stated above.

Respectfully submitted this 2nd day of November 2021.

*Lucas Wall*
Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com