```
                      Plaintiffs' Exhibit 1                          CASREF
```

# U.S. District Court
## Middle District of Florida (Orlando)
### CIVIL DOCKET FOR CASE #: 6:21-cv-01008-PGB-DCI

Wall v. Southwest Airlines et al  
Assigned to: Judge Paul G. Byron  
Referred to: Magistrate Judge Daniel C. Irick  
Demand: $351,000           <--- incorrect  
Cause: 42:1983 Civil Rights Act  

Date Filed: 06/14/2021  
Jury Demand: Plaintiff  
Nature of Suit: 440 Civil Rights: Other  
Jurisdiction: Federal Question  

**Plaintiff**

**Lucas Wall**  
*on behalf of himself and all others similarly situated*

```
12 other plainitffs are missing
```

represented by **Lucas Wall**  
435 10th St NE  
Washington, DC 20002  
202-351-1735  
Email: lucas.wall@yahoo.com  
PRO SE

V.

**Defendant**

**Southwest Airlines**

represented by **Roberto A. Torricella , Jr.**  
Torricella Law, PLLC  
4551 Ponce De Leon Blvd  
Coral Gables, FL 33146  
305-677-7644  
Fax: 844-807-3207  
Email: Robert@torricellalaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**  
Torricella Law, PLLC  
4551 Ponce de Leon Blvd  
Coral Gables, FL 33134-1832  
305-904-4982  
Fax: 844-807-3207  
Email: maurice@torricellalaw.com  
*ATTORNEY TO BE NOTICED*

**Milton Roy Goldberg**  
Stinson LLP  
Washington, D.C.

                                                          1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006
202-728-3005
Email: roy.goldberg@stinson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alaska Airlines**      represented by  **Roberto A. Torricella , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                          **Maurice Jay Baumgarten**
(See above for address)
*ATTORNEY TO BE NOTICED*

                                                          **Milton Roy Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allegiant Air**      represented by  **Brian T. Maye**
Adler Murphy & McQuillen LLP
20 S Clark St Ste 2500
Chicago, IL 60603-1804
312-422-5713
Email: bmaye@amm-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                                          **Kyle Dudek**
Henderson, Franklin, Starnes & Holt, PA
1715 Monroe St
PO Box 280
Ft Myers, FL 33902-0280
239/344-1237
Fax: 239/344-1494
Email: kyle.dudek@henlaw.com
*ATTORNEY TO BE NOTICED*

                                                          **William Boltrek , III**
Henderson, Franklin, Starnes & Holt, PA
1715 Monroe St
PO Box 280
Ft Myers, FL 33902-0280
Email: william.boltrek@henlaw.com

*ATTORNEY TO BE NOTICED*

**Defendant**

**Frontier Airlines**      represented by    **Brian T. Maye**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)
*ATTORNEY TO BE NOTICED*

**William Boltrek , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JetBlue Airways**      represented by    **Milton Roy Goldberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roberto A. Torricella , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne E. Gilbert**
Holland & Knight, LLP - Orlando
200 S Orange Ave - Ste 2600
Orlando, FL 32801
407/425-8500
Fax: 407/244-5288
Email: suzanne.gilbert@hklaw.com
*TERMINATED: 09/10/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Spirit Airlines**      represented by    **Miguel Morel**
Littler Mendelson PC
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
954-728-1280

Email: mamorel@littler.com
LEAD ATTORNEY
ATTORNEY TO BE NOTICED

**Defendant**

**Numerous Unnamed Executives of the 7 Airlines**

**Defendant**

**delta air** Delta Air Lines   represented by **Milton Roy Goldberg**
(See above for address)
ATTORNEY TO BE NOTICED

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2021 | 1 | COMPLAINT against Alaska Airlines, Allegiant Air, Delta Air Lines, Frontier Airlines, JetBlue Airways, Southwest Airlines, Spirit Airlines filed by Lucas Wall. (Attachments: # 1 Exhibits 1-20, # 2 Exhibits 21-40, # 3 Exhibits 41-60, # 4 Exhibits 61-80, # 5 Exhibits 81-94, # 6 Exhibits 96-110, # 7 Exhibits 111-133, # 8 Proposed Summons - Southwest Airlines, # 9 Proposed Summons - Alaska Airlines, # 10 Proposed Summons - Allegiant Air, # 11 Proposed Summons - Delta Air Lines, # 12 Proposed Summons - Frontier Airlines, # 13 Proposed Summons - JetBlue Airways, # 14 Proposed Summons - Spirit Airlines, # 15 Civil Cover Sheet)(TNP) (Entered: 06/14/2021) |
| 06/14/2021 | 2 | NOTICE of a related action per Local Rule 1.07(c) by Lucas Wall. Related case(s): Yes (TNP) (Entered: 06/14/2021) |
| 06/14/2021 | 3 | MOTION for Leave to File Electronically by Lucas Wall. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(TNP) (Entered: 06/14/2021) |
| 06/15/2021 | 4 | **(VACATED PER 14 ORDER) ORDER Judge Kelly's Standing Discovery Order. Signed by Magistrate Judge Gregory J. Kelly on 6/15/2021. (MB)** Modified on 6/23/2021 (RDO). (Entered: 06/15/2021) |
| 06/15/2021 | 5 | Emergency MOTION for Temporary Restraining Order against all defendants as to count 1 of the complaint by Lucas Wall. (Attachments: # 1 Exhibit Proposed Order, # 2 Exhibit Declaration 1)(DS) (Entered: 06/15/2021) |
| 06/15/2021 | 6 | SUMMONS issued as to All Defendants. (RDO) (Entered: 06/15/2021) |
| 06/15/2021 |  | FEES paid by Lucas Wall (Filing fee $402.00 receipt number ORL098793) (TNP) (Entered: 06/15/2021) |
| 06/16/2021 | 7 | RESPONSE in Opposition re 5 MOTION for Temporary Restraining Order filed by JetBlue Airways. (Gilbert, Suzanne) (Entered: 06/16/2021) |
| 06/16/2021 | 8 | **ORDER denying 5 Motion for Temporary Restraining Order. Signed by Judge Paul G. Byron on 6/16/2021. (JRR)** Modified on 6/16/2021 (GNB). (Entered: 06/16/2021) |

| | | |
|---|---|---|
| | | 10/22/2021) |
| 10/22/2021 | 84 | MOTION for Miscellaneous Relief, specifically to redact phone number by Kevin Leonardo McDonnell. (Attachments: # 1 Proposed Redacted Sheet)(LAB) Motions referred to Magistrate Judge Daniel C. Irick. Modified on 10/25/2021 (LAB). (Entered: 10/25/2021) |
| 10/26/2021 | 85 | **ORDER denying 84 Plaintiff Leonardo McDonnell's Unopposed Motion to Redact. On or before November 8, 2021, Mr. McDonnell is directed to file a notarized affidavit with an original signature stating his correct legal name and the date that his name changed. It is ORDERED that Mr. Wall is prohibited from filing any document on behalf of any other person in this case. On or before November 8, 2021, Mr. Wall shall show cause in writing why his electronic filling privileges in all cases before this Court should not be revoked because he abused his permissions by electronically filing documents on behalf of other persons, including documents that purport to include electronic signatures by persons who are not authorized to file electronically. See Order. Signed by Magistrate Judge Daniel C. Irick on 10/26/2021. (RN)** (Entered: 10/26/2021) |
| 10/28/2021 | 86 | **REPORT AND RECOMMENDATION re 1 Complaint filed by Lucas Wall. The undersigned RECOMMENDS that Plaintiff Lucas Wall, who is proceeding pro se, cannot represent the interest of others--including neither the 12 named plaintiffs, nor the proposed classes-- in this action and, as such, the Amended Complaint is due to be STRICKEN with leave of Court to file an amended pleading to cure the deficiencies within a set time period. See Order. Signed by Magistrate Judge Daniel C. Irick on 10/28/2021. (RN)** (Entered: 10/28/2021) `Leonardo McDonnell` |
| 10/31/2021 | 87 | OBJECTION re 85 ORDER filed by ~~Lucas Wall~~. (LAB) Modified on 11/2/2021 (linked correct document) (KNC). (Entered: 11/01/2021) |
| 11/01/2021 | 88 | RESPONSE re 87 Objection filed by Alaska Airlines, JetBlue Airways, Southwest Airlines, delta air. (Goldberg, Milton) (Entered: 11/01/2021) |
| 11/01/2021 | 89 | NOTICE by Lucas Wall re 87 Objection *Notice to Clerk to Correct Docket Entry 87* (Wall, Lucas) (Entered: 11/01/2021) |
| 11/01/2021 | 90 | RESPONSE re 88 Response *to Plaintiff Leonardo McDonnell's Objections to Oct. 26 Order* filed by Lucas Wall. (Wall, Lucas) (Entered: 11/01/2021) |
| 11/02/2021 | 91 | RESPONSE TO ORDER TO SHOW CAUSE re 85 Order on Motion for Miscellaneous Relief filed by Lucas Wall. (Attachments: # 1 Exhibit Docket 11-1-21, # 2 Exhibit Docket 10-22-21)(Wall, Lucas) (Entered: 11/02/2021) |
| 11/02/2021 | 92 | NOTICE by Lucas Wall *Notice to Clerk to Correct Docket* (Attachments: # 1 Exhibit Docket 11-1-21, # 2 Exhibit Docket 10-22-21)(Wall, Lucas) (Entered: 11/02/2021) |

**PACER Service Center**