# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| v. | : | District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| Defendants. | : | |

## PLAINTIFFS' MOTION TO COMPEL CLERK TO CORRECT DOCKET ENTRY 87 PLUS OTHER ERRORS & OMISSIONS

COME NOW plaintiffs, *pro se*, and move for an order compelling the Clerk to correct Docket Entry 87, Plaintiff Leonardo McDonnell's Objections to Oct. 26 Order, and other errors and omissions on the docket. Three notices (Docs. 89 & 9293) and multiple phone calls to the clerk's office have not resulted in these corrections being made, therefore we require the Court's intervention to compel the Clerk to make these corrections.

1.       Docket Entry 87 still indicates that Lead Plaintiff & Class Representative Lucas Wall filed the objections. Incorrect. Plaintiff Leonardo McDonnell filed the objections using the Court's *pro se* webform. Mr. Wall did NOT file Doc. 87. The Clerk should be compelled to correct the docket entry to reflect Mr. McDonnell as the filer. This is especially important given the Order "that Mr. Wall is prohibited

1

from filing any document on behalf of any other person in this case." Doc. 85. We do not want the magistrate believing that Mr. Wall violated the order due to the Clerk's error.

Doc. 87 was corrected Nov. 2 by clerk KNC only to link to the proper Order; KNC did not change the name of the filer from Lucas Wall to Leonardo McDonnell). Doc. 93 & Ex. 1.

2.      The "Demand" field hasn't been updated since the Amended Complaint was filed Sept. 14. Doc. 61. Plaintiffs demand $100,000 in damages from each of the seven Airline Defendants plus $10,000 from each to-be-named Individual Defendant, for a minimum total of $700,000 each (plus more compensation from the numerous executives whose names will be determined during discovery). Ex. 1 & Docs. 92 & 93. Although the magistrate has recommended dismissing the Amended Complaint with leave to replead, it still remains on the docket and is the operative pleading until and unless the district judge adopts the Report & Recommendation.

3.      The "Cause" field contains the wrong statute under which the first count of the Amended Complaint is based. We have never asserted 42 USC § 1983 as a cause of action since that statute applies only to state officials. The correct primary "Cause" should be listed as 42 USC § 1985 Conspiracy to Interfere with Civil Rights. *Id.*

4.      The other 12 plaintiffs in this case have not been restored to the docket after mysteriously disappearing the other day. Ex. 1. *Compare* with Oct. 22 docket version. Doc. 92. Plaintiff Uri Marcus called the clerk's office several times during

business hours Nov. 2 to inquire about this oddity. He was strangely unable to reach anybody despite it being a workday. He called again Nov. 3 and spoke to a clerk, who was unable to explain why the 12 additional plaintiffs were removed from the docket.

Notably the magistrate's R&R lists all 13 plaintiffs in the caption, yet the docket does not match. Doc. 86.

WHEREFORE, we request that the Court compel the Clerk to enter the docket corrections as stated above.

Respectfully submitted this 9th day of November 2021.

*Lucas Wall*

Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

_____
Aaron Abadi, plaintiff

_____
Kleanthis Andreadakis, plaintiff

_____
Eric Cila, plaintiff

_____
Anthony Eades, plaintiff

_____
Yvonne Marcus, plaintiff

_____
Peter Menage, plaintiff

_____
Jared Rarrick, plaintiff

_____
Shannon Greer Cila, plaintiff

_____
Uri Marcus, plaintiff

_____
Leonardo McDonnell, plaintiff

_____
Connie Rarrick, plaintiff

_____
Jennifer Rarrick, plaintiff

4

**Local Rule 3.01(g) Certification**

We hereby certify that on Nov. 4 & 5, 2021, we attempted to confer by e-mail with Roy Goldberg and Roberto Torricella, Jr., counsel for Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines, and JetBlue Airways. Counsel have not respond to our consultation, therefore we are unable to report these four defendants' position.

We hereby certify that on Nov. 4 & 5, 2021, we attempted to confer by e-mail with Brian Maye, counsel for Defendants Allegiant Air and Frontier Airlines. Mr. Maye has not respond to our consultation, therefore we are unable to report these two defendants' position.

We hereby certify that on Nov. 4 & 5, 2021, we attempted to confer by e-mail with Miguel Morel, counsel for Defendant Sprit Airlines. Mr. Morel has not respond to our consultation, therefore we are unable to report Spirit's position.

All defense counsel have completely ceased all communication with plaintiffs since Nov. 1. Plaintiffs suggest the Court may need to impose sanctions to remedy this problem. "The purposeful evasion of a communication under this rule can result in a sanction." Local Rule 3.01(g)(3).

1

CASREF

| | |
|---|---|
| Wall v. Southwest Airlines et al | Date Filed: 06/14/2021 |
| Assigned to: Judge Paul G. Byron | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Daniel C. Irick | Nature of Suit: 440 Civil Rights: Other |
| Demand: $351,000 | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

**Lucas Wall** represented by **Lucas Wall**
*on behalf of himself and all others similarly situated*
435 10th St NE
Washington, DC 20002
202-351-1735
Email: lucas.wall@yahoo.com
PRO SE

V.

**Defendant**

**Southwest Airlines** represented by **Roberto A. Torricella , Jr.**
Torricella Law, PLLC
4551 Ponce De Leon Blvd
Coral Gables, FL 33146
305-677-7644
Fax: 844-807-3207
Email: Robert@torricellalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**
Torricella Law, PLLC
4551 Ponce de Leon Blvd
Coral Gables, FL 33134-1832
305-904-4982
Fax: 844-807-3207
Email: maurice@torricellalaw.com
*ATTORNEY TO BE NOTICED*

**Milton Roy Goldberg**
Stinson LLP
Washington, D.C.
1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006
202-728-3005
Email: roy.goldberg@stinson.com
*ATTORNEY TO BE NOTICED*

1
**U.S. District Court**
**Middle District of Florida (Orlando)**
**CIVIL DOCKET FOR CASE #: 6:21-cv-01008-PGB-DCI**

| | | |
|---|---|---|
| 10/20/2021 | 81 | ***STRICKEN PER ORDER 82 *** Plaintiff Leonardo McDonnell's Unopposed MOTION to Redact 61 Amended Complaint by Lucas Wall. (Attachments: # 1 Exhibit 1)(Wall, Lucas) Motions referred to Magistrate Judge Daniel C. Irick. Modified text on 10/21/2021 (TNP). Modified text on 10/21/2021 (ARJ). (Entered: 10/20/2021) |
| 10/21/2021 | 82 | **ENDORSED ORDER to strike 81 Plaintiff Leonardo McDonnell's Unopposed Motion to Redact, filed electronically by Plaintiff Lucas Wall. Mr. Wall -- who is proceeding pro se -- may not file documents electronically on behalf of any other person. Signed by Magistrate Judge Daniel C. Irick on 10/21/2021. (Irick, Daniel)** (Entered: 10/21/2021) |
| 10/22/2021 | 83 | NOTICE of a related action *6 Petitions for Review of TSA Federal Transportation Mask Mandate* per Local Rule 1.07(c) by Aaron Abadi, Kleanthis Andreadakis, Eric Cila, Anthony Eades, Shannon Greer Cila, Uri Marcus, Yvonne Marcus, Kevin Leonardo McDonnell, Peter Menage, Connie Rarrick, Jared Rarrick, Jennifer Rarrick, Lucas Wall. Related case(s): Yes (Wall, Lucas) (Entered: 10/22/2021) |
| 10/22/2021 | 84 | MOTION for Miscellaneous Relief, specifically to redact phone number by Kevin Leonardo McDonnell. (Attachments: # 1 Proposed Redacted Sheet)(LAB) Motions referred to Magistrate Judge Daniel C. Irick. Modified on 10/25/2021 (LAB). (Entered: 10/25/2021) |
| 10/26/2021 | 85 | **ORDER denying 84 Plaintiff Leonardo McDonnell's Unopposed Motion to Redact. On or before November 8, 2021, Mr. McDonnell is directed to file a notarized affidavit with an original signature stating his correct legal name and the date that his name changed. It is ORDERED that Mr. Wall is prohibited from filing any document on behalf of any other person in this case. On or before November 8, 2021, Mr. Wall shall show cause in writing why his electronic filling privileges in all cases before this Court should not be revoked because he abused his permissions by electronically filing documents on behalf of other persons, including documents that purport to include electronic signatures by persons who are not authorized to file electronically. See Order. Signed by Magistrate Judge Daniel C. Irick on 10/26/2021. (RN)** (Entered: 10/26/2021) |
| 10/28/2021 | 86 | **REPORT AND RECOMMENDATION re 1 Complaint filed by Lucas Wall. The undersigned RECOMMENDS that Plaintiff Lucas Wall, who is proceeding pro se, cannot represent the interest of others--including neither the 12 named plaintiffs, nor the proposed classes-- in this action and, as such, the Amended Complaint is due to be STRICKEN with leave of Court to file an amended pleading to cure the deficiencies within a set time period. See Order. Signed by Magistrate Judge Daniel C. Irick on 10/28/2021. (RN)** (Entered: 10/28/2021) |
| 10/31/2021 | 87 | OBJECTION re 85 ORDER filed by Lucas Wall. (LAB) Modified on 11/2/2021 (linked correct document) (KNC). (Entered: 11/01/2021) |
| 11/01/2021 | 88 | RESPONSE re 87 Objection filed by Alaska Airlines, JetBlue Airways, Southwest Airlines, delta air. (Goldberg, Milton) (Entered: 11/01/2021) |
| 11/01/2021 | 89 | NOTICE by Lucas Wall re 87 Objection *Notice to Clerk to Correct Docket Entry 87* (Wall, Lucas) (Entered: 11/01/2021) |
| 11/01/2021 | 90 | RESPONSE re 88 Response *to Plaintiff Leonardo McDonnell's Objections to Oct. 26 Order* filed by Lucas Wall. (Wall, Lucas) (Entered: 11/01/2021) |

| 11/02/2021 | 91 | RESPONSE TO ORDER TO SHOW CAUSE re 85 Order on Motion for Miscellaneous Relief filed by Lucas Wall. (Attachments: # 1 Exhibit Docket 11-1-21, # 2 Exhibit Docket 10-22-21)(Wall, Lucas) (Entered: 11/02/2021) |
| --- | --- | --- |
| 11/02/2021 | 92 | NOTICE by Lucas Wall *Notice to Clerk to Correct Docket* (Attachments: # 1 Exhibit Docket 11-1-21, # 2 Exhibit Docket 10-22-21)(Wall, Lucas) (Entered: 11/02/2021) |
| 11/02/2021 | 93 | NOTICE by Lucas Wall re 92 Notice (Other), 87 Objection, 89 Notice (Other) *Second Notice to Clerk to Correct Docket Entry 87 Plus Other Errors & Omissions* (Attachments: # 1 Exhibit Docket Errors)(Wall, Lucas) (Entered: 11/02/2021) |

9

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 11/03/2021 23:12:23 | | | |
| **PACER Login:** |  | **Client Code:** |  |
| **Description:** | Docket Report | **Search Criteria:** | 6:21-cv-01008-PGB-DCI |
| **Billable Pages:** | 9 | **Cost:** | 0.90 |

10