Plaintiffs' Exhibit 1

## Wall v. Southwest Airlines -- Plaintiffs' Consultation on 12 Motions to E-File

From:  Lucas Wall (lucas.wall@yahoo.com)

To:  Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com; mamorel@littler.com

Cc:  aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮; pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:  Tuesday, November 2, 2021, 10:34 PM EDT

---

Dear lead counsel for the airline defendants:

In response to the magistrate's Report & Recommendation on the Amended Complaint, all dozen plaintiffs in Wall v. Southwest Airlines who not not currently have electronic filing access in the U.S. District Court for the Middle of District of Florida will be submitting a motion this week for leave to e-file. This is to comply with the R&R's conclusion that we may not centralize document filing with one lead plaintiff.

We send this one single message in hopes you will "reply all" once to inform every plaintiff of your clients' position on these motions, rather than all 12 plaintiffs who are going to file the same motion needing to contact you separately. We hope you agree this is more efficient.

*Lucas Wall for all 13 plaintiffs

# Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com;
       mamorel@littler.com

Cc:    aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com;
       shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org;
       ███████████████; pmenage@googlemail.com; connierarrick@yahoo.com;
       pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:  Thursday, November 4, 2021, 02:37 AM EDT

---

Dear counsel:

Plaintiffs plan to file a Motion to Compel Clerk today or tomorrow. A draft is attached. Please
report your clients' position on this motion by using "reply all."

Per the court's instructions, each plaintiff without e-filing will be signing by ink. We are still
gathering signatures. Also, each plaintiff will file the motion so it will be submitted 13 times.

*Lucas Wall


Mtn to Compel Clerk.pdf
490.9kB

## FOLLOW UP: Wall v. Southwest Airlines -- Plaintiffs' Consultation on 12 Motions to E-File

From:  Lucas Wall (lucas.wall@yahoo.com)

To:     Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com; mamorel@littler.com

Cc:     aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; ███████████████; pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:   Thursday, November 4, 2021, 03:10 AM EDT

---

Dear counsel:

We wrote you Tuesday to consult on our Motion to E-File for the 12 plaintiffs who do not yet have CM/ECF access. We have not heard back from any of you regarding your position. We expect this motion will be filed today, so if you would like your clients' position to be noted, please report their stance using "reply all." A draft motion is attached. It will be filed by all 12 plaintiffs individually.

*Lucas Wall on behalf of all 13 plaintiffs


>>>>>>>>>>>>>>>

On Tuesday, November 2, 2021, 10:34:34 PM EDT, Lucas Wall <lucas.wall@yahoo.com> wrote:


Dear lead counsel for the airline defendants:

In response to the magistrate's Report & Recommendation on the Amended Complaint, all dozen plaintiffs in Wall v. Southwest Airlines who have not not currently have electronic filing access in the U.S. District Court for the Middle of District of Florida will be submitting a motion this week for leave to e-file. This is to comply with the R&R's conclusion that we may not centralize document filing with one lead plaintiff.

We send this one single message in hopes you will "reply all" once to inform every plaintiff of your clients' position on these motions, rather than all 12 plaintiffs who are going to file the same motion needing to contact you separately. We hope you agree this is more efficient.

*Lucas Wall for all 13 plaintiffs


   Mtn E-File.pdf
165.8kB

## 2ND FOLLOW UP: Wall v. Southwest Airlines -- Plaintiffs' Consultation on 12 Motions to E-File

From:   Lucas Wall (lucas.wall@yahoo.com)

To:   robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Cc:   aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; █████████████████ pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:   Friday, November 5, 2021, 11:46 AM EDT

Dear counsel:

We have not heard from any of you. We'll report to the court you did not comply with Local Rule 3.01(g) in advising on your clients' position on this motion.

*Lucas Wall

>>>>>>>>>>>>>>>>>>

On Thursday, November 4, 2021, 03:10:39 AM EDT, Lucas Wall <lucas.wall@yahoo.com> wrote:

Dear counsel:

We wrote you Tuesday to consult on our Motion to E-File for the 12 plaintiffs who do not yet have CM/ECF access. We have not heard back from any of you regarding your position. We expect this motion will be filed today, so if you would like your clients' position to be noted, please report their stance using "reply all." A draft motion is attached. It will be filed by all 12 plaintiffs individually.

*Lucas Wall on behalf of all 13 plaintiffs

>>>>>>>>>>>>>>

On Tuesday, November 2, 2021, 10:34:34 PM EDT, Lucas Wall <lucas.wall@yahoo.com> wrote:

Dear lead counsel for the airline defendants:

In response to the magistrate's Report & Recommendation on the Amended Complaint, all dozen plaintiffs in Wall v. Southwest Airlines who not not currently have electronic filing access in the U.S. District Court for the Middle of District of Florida will be submitting a motion this week for leave to e-file. This is to comply with the R&R's conclusion that we may not centralize document filing with one lead plaintiff.

We send this one single message in hopes you will "reply all" once to inform every plaintiff of your clients' position on these motions, rather than all 12 plaintiffs who are going to file the same motion needing to contact you separately. We hope you agree this is more efficient.

*Lucas Wall for all 13 plaintiffs

FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk

From:   Lucas Wall (lucas.wall@yahoo.com)

To:     robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Cc:     aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; ████████████████████ pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:   Friday, November 5, 2021, 11:47 AM EDT

Dear counsel:

We have not heard from any of you. We'll report to the court you did not comply with Local Rule 3.01(g) in advising on your clients' position on this motion.

*Lucas Wall

>>>>>>>>>>>>>>>>

On Thursday, November 4, 2021, 02:37:37 AM EDT, Lucas Wall <lucas.wall@yahoo.com> wrote:

Dear counsel:

Plaintiffs plan to file a Motion to Compel Clerk today or tomorrow. A draft is attached. Please report your clients' position on this motion by using "reply all."

Per the court's instructions, each plaintiff without e-filing will be signing by ink. We are still gathering signatures. Also, each plaintiff will file the motion so it will be submitted 13 times.

*Lucas Wall

## Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:   Lucas Wall (lucas.wall@yahoo.com)

To:     robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com;
        mamorel@littler.com

Cc:     aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com;
        shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org;
        ▓▓▓▓▓▓▓▓▓▓▓▓▓; pmenage@googlemail.com; connierarrick@yahoo.com;
        pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:   Wednesday, November 10, 2021, 01:32 AM EST

Dear counsel:

As lead plaintiff in Wall v. Southwest Airlines, I expect to file about noon today a motion asking the court to compel the clerk to accept and docket filings from the additional 12 plaintiffs in this case. These plaintiffs yesterday submitted via the court's filing webform a motion to compel the clerk to correct the docket and a motion for leave to e-file. The clerk's office has not docketed any of these filings.

Plaintiffs will be calling to the clerk's office in the morning to inquire about why the filings haven't been docketed. If the clerk is refusing to accept the filings because somebody erroneously deleted the additional dozen plaintiffs from the docket, I will file the proposed motion about noon.

You are required under Local Rule 3.01(g) to give me your clients' position on this proposed motion. All of you failed to do so on the last two motions we reached out to you for consultation on multiple times (the motion to compel and the motion to e-file). I'm sure you are aware failure to timely respond to a consultation request is a sanctionable offense under the Local Rules of the Middle District of Florida.

If I do not hear from you by noon today, I will call to speak with you about the current situation of all defense counsel ceasing all contact with all plaintiffs since Nov. 1. If I can't reach you, I will again report to the court that you could be not reached for the required consultation.

Thank you for your attention to this matter.

*Lucas Wall

**Consultation on Motion to Compel Clerk**

Called Roy Goldberg at 202-728-3005 at 1:50 p.m. Nov. 10 and left a voicemail. Call not returned.

Called Roberto Torricella Jr. at 305-677-7644 at 1:55 p.m. Nov. 10 and left a voicemail. Call not returned.

Called Brian Maye at 312-345-0700 at 2:06 p.m. Nov. 10. Left a message with the receptionist. Call not returned.

Called Miguel Morel at 2:09 p.m. Nov. 10 at 305-400-7500. There was no answer. Sent follow-up e-mail.

## FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  Lucas Wall (lucas.wall@yahoo.com)

To:  robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Cc:  aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; █████████████████ pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:  Wednesday, November 10, 2021, 02:14 PM EST

Dear counsel:

Have not received your clients' position on the motion to compel clerk to accept filings from all plaintiffs.

Just called the four of you. Left messages for Mr. Torricella, Mr. Maye, and Mr. Goldberg.

Mr. Morel, nobody answered your phone number 305-400-7500.

Please respond with your position. I plan to file the motion tomorrow morning if the plaintiffs' last two motions are not docketed by then.

*Lucas Wall

>>>>>>>>>>>>>>>>>>>>>

On Wednesday, November 10, 2021, 01:32:10 AM EST, Lucas Wall <lucas.wall@yahoo.com> wrote:

Dear counsel:

As lead plaintiff in Wall v. Southwest Airlines, I expect to file about noon today a motion asking the court to compel the clerk to accept and docket filings from the additional 12 plaintiffs in this case. These plaintiffs yesterday submitted via the court's filing webform a motion to compel the clerk to correct the docket and a motion for leave to e-file. The clerk's office has not docketed any of these filings.

Plaintiffs will be calling to the clerk's office in the morning to inquire about why the filings haven't been docketed. If the clerk is refusing to accept the filings because somebody erroneously deleted the additional dozen plaintiffs from the docket, I will file the proposed motion about

noon.

You are required under Local Rule 3.01(g) to give me your clients' position on this proposed motion. All of you failed to do so on the last two motions we reached out to you for consultation on multiple times (the motion to compel and the motion to e-file). I'm sure you are aware failure to timely respond to a consultation request is a sanctionable offense under the Local Rules of the Middle District of Florida.

If I do not hear from you by noon today, I will call to speak with you about the current situation of all defense counsel ceasing all contact with all plaintiffs since Nov. 1. If I can't reach you, I will again report to the court that you could be not reached for the required consultation.

Thank you for your attention to this matter.

*Lucas Wall

## Re: FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  Aaron Abadi (aa@neg.com)

To:  lucas.wall@yahoo.com

Cc:  robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com; mrradioactive@protonmail.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; ███████████████  pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:  Wednesday, November 10, 2021, 02:21 PM EST

Dear counsel:

As additional plaintiff in Wall v. Southwest Airlines. You have not responded to our last three consultations on motions. Please advise as to your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. And I'd appreciate an explanation regarding why you did not respond to our last two consultations. I'm sure you're aware that Local Rule 3.01(g) requires counsel to promptly respond to any conferral.

Aaron Abadi
Cell # 516-639-4100

> On Nov 10, 2021, at 2:13 PM, Lucas Wall <lucas.wall@yahoo.com> wrote:
>
> Dear counsel:
>
> Have not received your clients' position on the motion to compel clerk to accept filings from all plaintiffs.
>
> Just called the four of you. Left messages for Mr. Torricella, Mr. Maye, and Mr. Goldberg.
>
> Mr. Morel, nobody answered your phone number 305-400-7500.
>
> Please respond with your position. I plan to file the motion tomorrow morning if the plaintiffs' last two motions are not docketed by then.
>
> *Lucas Wall

## Re: FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  MrRadioActive (mrradioactive@protonmail.com)

To:    lucas.wall@yahoo.com

Cc:    robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com;
       mamorel@littler.com; aa@neg.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com;
       teades2603@live.com; uri@ntcf.org; adi@ntcf.org; ████████████████
       pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com;
       jenniferrarrick@gmail.com

Date:  Wednesday, November 10, 2021, 02:24 PM EST

---

Dear counsel:

I am a plaintiff in Wall v. Southwest Airlines. You have not responded to our last three consultations on motions. Please advise as to your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. And I'd appreciate an explanation regarding why you did not respond to our last two consultations. I'm sure you're aware that Local Rule 3.01(g) requires counsel to promptly respond to any conferral.

Respectfully,

Kleanthis Andreadakis


Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, November 10th, 2021 at 2:14 PM, Lucas Wall <lucas.wall@yahoo.com> wrote:

> Dear counsel:
>
> Have not received your clients' position on the motion to compel clerk to accept filings from all plaintiffs.
>
> Just called the four of you. Left messages for Mr. Torricella, Mr. Maye, and Mr. Goldberg.
>
> Mr. Morel, nobody answered your phone number 305-400-7500.
>
> Please respond with your position. I plan to file the motion tomorrow morning if the plaintiffs' last two motions are not docketed by then.
>
> *Lucas Wall

# Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  Uriel ben-Mordechai (uri@ntcf.org)

To:    robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com;
       mamorel@littler.com; aa@neg.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com;
       teades2603@live.com; adi@ntcf.org;█████████████████████;
       pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com;
       jenniferrarrick@gmail.com; lucas.wall@yahoo.com

Date:  Wednesday, November 10, 2021, 02:28 PM EST

Shalom Counsel:

I am a plaintiff in Wall v. Southwest Airlines. You have not responded to our last three consultations on motions. Please advise as to your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. And I'd appreciate an explanation regarding why you did not respond to our last two consultations. I'm sure you're aware that Local Rule 3.01(g) requires counsel to promptly respond to any conferral.

Respectfully,

Uri Marcus
Jerusalem

## Re: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  Jennifer Rarrick (jenniferrarrick@gmail.com)

Cc:    robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com;
       mamorel@littler.com; lucas.wall@yahoo.com

Date:  Wednesday, November 10, 2021, 02:52 PM EST

Dear Counsel:

As a plaintiff in Wall v. Southwest Airlines, I am wondering why you have not responded to the last three consultations on motions, since it was due to each of us not filing that I am now following the procedures recommended by the court to file the motions I filed yesterday and future motions... Please advise as to your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning.  I would also appreciate an explanation regarding why you did not respond to our last two consultations. I would assume you are aware that Local Rule 3.01(g) requires counsel to promptly respond to any conferral. As a plaintiff, I am trying to follow what the judicial system has requested, and I would hope the counsel for the airlines would do the same.

Jennifer Rarrick

> On Wed, Nov 10, 2021 at 2:28 PM Uriel ben-Mordechai <uri@ntcf.org> wrote:
>
>> Shalom Counsel:
>>
>> I am a plaintiff in Wall v. Southwest Airlines. You have not responded to our last three consultations on motions. Please advise as to your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. And I'd appreciate an explanation regarding why you did not respond to our last two consultations. I'm sure you're aware that Local Rule 3.01(g) requires counsel to promptly respond to any conferral.
>>
>> Respectfully,
>>
>> Uri Marcus
>> Jerusalem

Re: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:   Leonardo McDonnell ███████████████

To:     lucas.wall@yahoo.com

Cc:     robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com;
        mamorel@littler.com; aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com;
        shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org;
        pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com;
        jenniferrarrick@gmail.com

Date:   Wednesday, November 10, 2021, 02:58 PM EST

Salutations counsel:

I, Leonardo McDonnell, am a plaintiff in Wall v. Southwest Airlines. You have not responded to our last three consultations on motions. Please advise your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. We would greatly appreciate an explanation regarding why our last two consultations did not receive a response. Local Rule 3.01(g) requires counsel to promptly respond to any conferral. Sending love and positive energy to all. Non-lawyer Lucas Wall has been respectful as have all the other co-plaintiffs and we deserve the respect of appropriate, non-partisan legal process

God Bless,

Leonardo McDonnell
Citizen of USA and Colombia

Sent from my iPhone

Sent from my iPhone

> On Nov 10, 2021, at 1:32 AM, Lucas Wall <lucas.wall@yahoo.com> wrote:
>
>
>
> Dear counsel:
>
> As lead plaintiff in Wall v. Southwest Airlines, I expect to file about noon today a motion asking the court to compel the clerk to accept and docket filings from the additional 12 plaintiffs in this case. These plaintiffs yesterday submitted via the court's filing webform a motion to compel the clerk to correct the docket and a motion for leave to e-file. The clerk's office has not docketed any of these filings.
>
> Plaintiffs will be calling to the clerk's office in the morning to inquire about why the filings haven't been docketed. If the clerk is refusing to accept the filings because somebody erroneously deleted the additional dozen plaintiffs from the docket, I will file the proposed

From: **Jared Rarrick** <pastor@anchor-baptist.com>
Date: Wed, Nov 10, 2021 at 3:01 PM
Subject: Wall v. Southwest- Consultation on Motions Filed
To: <Robert@torricellalaw.com>, <bmaye@amm-law.com>, <Roy.Goldberg@stinson.com>,
<mamorel@littler.com>


Dear Counsel:
As a plaintiff in Wall v. Southwest Airlines, I am wondering why you have not responded to our last
three consultations on motions.  Please advise as to your position on the motion to compel clerk to
accept filings from all plaintiffs that we plan to file tomorrow morning. Since I am trying to follow
the recommendations of the court to file documents on my behalf,  I would appreciate an
explanation regarding why you did not respond to our last two consultations. I assume you are
aware  that Local Rule 3.01(g) requires counsel to promptly respond to any conferral.

Jared Rarrick

## Wal lv. Southwest- Consultation on Motion to Compel

From: Connie Rarrick (connierarrick@yahoo.com)

To: robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Cc: lucas.wall@yahoo.com

Date: Wednesday, November 10, 2021, 03:07 PM EST

Dear Counsel:

I am a plaintiff in Wall v. Southwest Airlines. Due to your nonresponse to our last three consultations on motions, I am requesting you to advise as to your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning.  I would also appreciate an explanation regarding why you did not respond to our last two consultations. I assume you're aware that Local Rule 3.01(g) requires counsel to promptly respond to any conferral, and since I as a plaintiff am following the request of the court, I would hope the airlines would do so as well.

Connie Rarrick

## RE: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  Morel, Miguel (mamorel@littler.com)

To:    adi@ntcf.org

Cc:    robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com;
       aa@neg.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com;
       ███████████████ pmenage@googlemail.com; connierarrick@yahoo.com;
       pastor@anchor-baptist.com; jenniferrarrick@gmail.com; lucas.wall@yahoo.com;
       uri@ntcf.org

Date:  Wednesday, November 10, 2021, 04:31 PM EST

Good afternoon,

Thank you for your e-mail. My firm serves as counsel for Spirit Airlines. ==Given the current court orders and procedural posture of this case, neither you nor your husband are parties to this action. Until such time, we are not required to confer or consult with you regarding matters pertaining to this action.== I hope this answers your question. Have a great rest of the day.

-Miguel

Miguel Morel
Attorney at Law
305.400.7535 direct , 561.504.8761 mobile, 305.675.0353 fax
MAMorel@littler.com

littler.com | Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
Wells Fargo Center, 333 SE 2nd Avenue, Suite 2700, Miami, FL 33131

-----Original Message-----
From: adi ntcf.org <adi@ntcf.org>
Sent: Wednesday, November 10, 2021 3:44 PM
To: Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com; Morel, Miguel <MAMorel@littler.com>; aa@neg.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; ███████████████ pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com; Lucas Wall <lucas.wall@yahoo.com>; uri ntcf.org <uri@ntcf.org>
Subject: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings
Importance: High

[EXTERNAL E-MAIL]

Shalom Counsel:

I am a plaintiff in Wall v. Southwest Airlines. My husband has written, and now I am writing.

You have not responded to our last three consultations on motions. Please advise as to your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. And I'd appreciate an explanation regarding why you did not respond to our last two consultations. I'm sure you're aware that Local Rule 3.01(g) requires counsel to promptly respond to any conferral.

Respectfully,

Yvonne Marcus
Jerusalem


--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s).
Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended
recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete
all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide
through a number of separate legal entities. Please visit www.littler.com for more information.

## RE: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:   Tony Eades (teades2603@live.com)

Cc:     robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com;
        mamorel@littler.com; aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com;
        shannonrgreer@yahoo.com; uri@ntcf.org; adi@ntcf.org; pmenage@googlemail.com;
        connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com;
        lucas.wall@yahoo.com; ███████████████████

Date:   Wednesday, November 10, 2021, 05:22 PM EST

Hello Opposing Counsel:

I, Anthony (Tony) Eades, am a plaintiff in Wall v. Southwest Airlines. You have not responded to our last three consultations on motions. Please advise your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. We would greatly appreciate an explanation regarding why our last two consultations did not receive a response. Local Rule 3.01(g) requires counsel to promptly respond to any conferral. Sending love and positive energy to all. Non-lawyer Lucas Wall has been respectful as have all the other co-plaintiffs and we deserve the respect of appropriate, non-partisan legal process

As you may or may not know, Mr. Wall does NOT represent me, I represent myself, as I am an adult and can do things my self, I am a co-plaintiff because Mr. Wall and myself share the same goal.

## Fw: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  shannonrgreer@yahoo.com (shannonrgreer@yahoo.com)

To:  robert@torricellalaw.com; robert@torricellalaw.com; bmaye@amm-law.com; bmaye@amm-law.com; roy.goldberg@stinson.com; roy.goldberg@stinson.com; mamorel@littler.com; mamorel@littler.com

Cc:  ericlcila@yahoo.com

Date:  Thursday, November 11, 2021, 01:49 PM EST

Shalom and greetings Counsel,

I am writing this email, together with my spouse and fellow plaintiff, Eric Cila, with our personal friend, Uri, and all the other plaintiffs named in the amended complaint filed against your clients in the Wall v. SW Airlines matter, 6:21cv1008.

Complaint: We complain that you are ignoring us as lawyers in this suit, which is improper.

Requested Remedy: We inure you herein to please act professionally and mind attorney principles of ethics toward us.

Arguments: We, the plaintiffs, are all duly named on the Amended Complaint.

Evidence: We are named parties to this suit. If you have received any legal Notice from the Magistrate Judge or other, that we have been struck from this suit as real parties, please feel free to share, but at this time we are not aware of having been excluded from the case.

Conclusion: Based on this legal procedural fact, and acting as pro se (self-representing) litigants, we would like to remind you that we are, therefore, recognized legally as actual lawyers by the courts- lawyers for ourselves- and merit the same treatment you would have toward any BAR admitted attorney.

Request of Action: We thus advise you all not to shirk your ethical, professional duties in this case toward us. We hereby advise you:

1. to promptly respond to our last 3 consultation email requests.

2. respond as you would to any other BAR member brother, in like manner, to all our future legal correspondences in this matter going forward.

3. advise us as to your position on our Motion to Compel Clerk to Accept Filings From All Plaintiffs that we plan to file (or may have already filed as it were), as requested.

4. reply, as a professional courtesy, to our written inquiries and correspondences to you all.

5. explain to us exactly why you did not (or choose not to) respond to our last two consultation emails, or any future correspondences, with an accompanying authority for your position(s).

We believe that you have no legal grounds to believe we are not real parties to the suit. If you do

have evidence we are not real, I respectfully invite you to produce it, else we hereby again inure you to comply with our demands regarding our requests echoed herein.

Do the right thing. Thank you.


Respectfully,

Shannon and Eric Cila
Plaintiffs pro se
8807 Avondale Ct
Louisville, KY 40299
319-795-5552

## Confirmation of Receipt of Reply, Re: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  shannonrgreer@yahoo.com (shannonrgreer@yahoo.com)

To:    mamorel@littler.com

Cc:    ericlcila@yahoo.com

Date:  Thursday, November 11, 2021, 02:18 PM EST

Dear Mr. Morel,

Thank you so much for your prompt and professional reply.

We herein receive into evidence and document your formal response on behalf of your clients that:

1. You refuse to acknowledge us as legitimate parties to the action, 6:21cv1008.

2. Your reason is: "Given the current court orders and procedural posture of this case."

3. I have duly noted that you did not disagree with the other legal points, in particular, that we are real people.

4. We will file your response accordingly into evidence.

Feel free to respond with any further comments or corrections if you feel the need, and thank you again!


Respectfully,

Shannon and Eric Cila
Pro se Plaintiffs, 6:21cv1008
8807 Avondale Ct
Louisville, KY 40299
319-795-5552

> On Thursday, November 11, 2021, 01:54:55 PM EST, Morel, Miguel <mamorel@littler.com> wrote:
>
>
> Good afternoon,
>
> Thank you for your e-mail. My firm serves as counsel for Spirit Airlines. Given the current court orders and procedural posture of this case, we *respectfully* disagree you are a party to this action. Until such time, we are not required to confer or consult with you regarding matters pertaining to this action. Have a great rest of the day.
>
> -Miguel

## Re: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  shannonrgreer@yahoo.com (shannonrgreer@yahoo.com)

To:     roy.goldberg@stinson.com

Cc:     ericlcila@yahoo.com

Date:   Thursday, November 11, 2021, 02:39 PM EST

Dear Mr. Goldberg,

Thank you so much for your prompt and professional reply.

We herein receive into evidence and document your formal response on behalf of your clients that you agree with Mr. Morel's email reply (included) to us that:

1. You refuse to acknowledge us as legitimate parties to the action, 6:21cv1008.

2. Your reason is: "Given the current court orders and procedural posture of this case."

3. I have duly noted that you did not disagree with the other legal points, in particular, that we are real people.

4. We will file your response accordingly into evidence.

Additionally, we note in response to your email reply:

5. You take an identical stance on this issue with Mr. Morel's client.

6. We acknowledge your offering of Report and Recommendation from October 28, 2021, as your grounds and legal authority for taking this position with us, although,

7. you declined to reference an actual standing Order for your position, but offered us only a speculation: "the Amended Complaint 'is due to be stricken.'" which holds no legal power at this juncture in the proceedings until it becomes an Order.

Feel free to respond with any further comments or corrections if you feel the need, and thank you again for your prompt response on behalf of your clients, Delta, Alaska, Southwest and JetBlue! It is very much appreciated.


Respectfully,

Shannon and Eric Cila
Pro se Plaintiffs, 6:21cv1008
8807 Avondale Ct
Louisville, KY 40299
319-795-5552

> On Thursday, November 11, 2021, 02:03:08 PM EST, Goldberg, Roy

<roy.goldberg@stinson.com> wrote:

The same response is hereby provided on behalf of Delta, Alaska, Southwest and JetBlue.  The attached Report and Recommendation from October 28, 2021 states, among other things, that the Amended Complaint "is due to be stricken."  That is the current status and as such neither you nor your colleagues are parties to the case. There is no meet and confer or other obligation that exists.

**Roy Goldberg**
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington,DC20006-4605
Direct: 202.728.3005 \ Mobile:301.908.3268 \ Bio

Assistant: Casey O'Keefe \ 202.346.6911 \ casey.okeefe@stinson.com

**STINSON.COM**

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.  If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

Re: Wall v. Southwest Airlines et al

From: Lucas Wall (lucas.wall@yahoo.com)

To: mamorel@littler.com

Cc: maurice@torricellalaw.com; robert@torricellalaw.com; bmaye@amm-law.com;
roy.goldberg@stinson.com

Date: Thursday, November 11, 2021, 02:54 PM EST

Dear counsel:

I am not representing others and object to your constant libel that I am. I have been attempting to
confer regarding your position on my motions I am filing. You have refused to give me your clients'
position, which is a violation of Local Rule 3.01(g).

I will be filing a motion with the court today or tomorrow to compel all defense attorneys to engage in
consultations with all plaintiffs in this case. If you provide your position on this motion, I will report it to
the court as required. If you do not respond, I will report that to the court.

Your position that there are not 13 plaintiffs is wrong. As you are aware, the Amended Complaint lists
all 13 plaintiffs and is the operative pleading in this case. Although the magistrate's R&R recommends
the Amended Complaint be dismissed with leave to replead, that is not a final order from the district
judge. As you can plainly see on the R&R caption, the magistrate lists all 13 people as plaintiffs in this
matter. And notably the R&R makes no mention of disallowing the 12 joined plaintiffs, but focuses only
on two recommendations: that we may not proceed as a class action and that we may not appoint a
lead plaintiff.

If this misconduct continues whereby you refuse to consult with all plaintiffs as required by Local Rule
3.01(g), all 13 plaintiffs will have no choice but to file ethics complaints with the state bar associations
and/or supreme courts where you licensed. We will also move for sanctions in the Middle District of
Florida.

*Lucas Wall

>>>>>>>>>>>>>>>>

On Wednesday, November 10, 2021, 04:43:25 PM EST, Morel, Miguel <mamorel@littler.com>
wrote:

Mr. Wall,

Spirit joins the position taken by Allegiant and Frontier.

Thank you,

Miguel

---

**From:** Brian T. Maye <bmaye@AMM-LAW.com>
**Sent:** Wednesday, November 10, 2021 4:38 PM
**To:** Lucas Wall <lucas.wall@yahoo.com>
**Cc:** Maurice Baumgarten <maurice@torricellalaw.com>; Robert Torricella <robert@torricellalaw.com>; Petesch, Peter J. <PPetesch@littler.com>; Morel, Miguel <MAMorel@littler.com>; Goldberg, Roy <roy.goldberg@stinson.com>
**Subject:** Wall v. Southwest Airlines et al

Mr. Wall,

Allegiant and Frontier ask that you note in your filings that their position is as follows:

"You have been requesting to meet and confer with regard to issues involving various persons who are not parties to this lawsuit and, as the Court has made clear, on whose behalf you are not permitted to act. Furthermore, if other persons become parties to this lawsuit, the Court has made clear that you are not authorized to represent them. In light of the Court's guidance on this issue and the strict rules against the unauthorized practice of law, Allegiant and Frontier will not participate in activities where you purport to act on behalf of others."

Thank you.

Brian

Brian T. Maye

**ADLER MURPHY & McQUILLEN LLP**

20 S. Clark Street, Suite 2500

Chicago, Illinois 60603

Main: (312) 345-0700

Direct: (312) 422-5713

Mobile: (312) 286-5117

Facsimile: (312) 345-9860

www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.

---

**From:** Goldberg, Roy <roy.goldberg@stinson.com>
**Sent:** Wednesday, November 10, 2021 3:26 PM
**To:** Lucas Wall <lucas.wall@yahoo.com>
**Cc:** Maurice Baumgarten <maurice@torricellalaw.com>; Robert Torricella <robert@torricellalaw.com>; Brian T. Maye <bmaye@AMM-LAW.com>; Petesch, Peter J. <PPetesch@littler.com>; mamorel@littler.com
**Subject:** FW: Activity in Case 6:21-cv-01008-PGB-DCI Wall v. Southwest Airlines et al Order on Motion for Miscellaneous Relief

Dear Mr. Wall.  With regard to your emails today and your voicemail to Robert Torricella and me today, you may set forth the following as the position of Delta, Southwest, JetBlue, and Alaska in any filings that involve your purporting to act on behalf of others: "You have been requesting to meet and confer with regard to issues involving various persons who are not parties to this lawsuit and, as the Court has made clear, on whose behalf you are not permitted to act. Furthermore, if other persons become parties to this lawsuit, the Court has made clear that you are not authorized to represent them. In light of the Court's guidance on this issue and the strict rules against the unauthorized practice of law, Defendants will not participate in activities where you purport to act on behalf of others."

**Roy Goldberg**
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800

Washington, DC 20006-4605
Direct: 202.728.3005 \ Mobile: 301.908.3268 \ Bio

Assistant: Casey O'Keefe \ 202.346.6911 \ casey.okeefe@stinson.com

**STINSON.COM**

This communication (including any attachments) is from a law firm and may contain confidential
and/or privileged information.  If it has been sent to you in error, please contact the sender for
instructions concerning return or destruction, and do not use or disclose the contents to others.

---

**From:** cmecf_flmd_notification@flmd.uscourts.gov
<cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Tuesday, October 26, 2021 4:07 PM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 6:21-cv-01008-PGB-DCI Wall v. Southwest Airlines et al Order
on Motion for Miscellaneous Relief


**External Email – Use Caution**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT
RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United
States policy permits attorneys of record and parties in a case (including pro se
litigants) to receive one free electronic copy of all documents filed
electronically, if receipt is required by law or directed by the filer. PACER
access fees apply to all other users. To avoid later charges, download a copy of
each document during this first viewing. However, if the referenced document is
a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Middle District of Florida**

**Notice of Electronic Filing**


The following transaction was entered on 10/26/2021 at 4:06 PM EDT and filed on 10/26/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | |
| **Document Number:** | 85 |

**Docket Text:**
**ORDER denying [84] Plaintiff Leonardo McDonnell's Unopposed Motion to Redact. On or
before November 8, 2021, Mr. McDonnell is directed to file a notarized affidavit with an
original signature stating his correct legal name and the date that his name changed. It is
ORDERED that Mr. Wall is prohibited from filing any document on behalf of any other
person in this case. On or before November 8, 2021, Mr. Wall shall show cause in writing
why his electronic filling privileges in all cases before this Court should not be revoked
because he abused his permissions by electronically filing documents on behalf of other**

**persons, including documents that purport to include electronic signatures by persons who are not authorized to file electronically. See Order. Signed by Magistrate Judge Daniel C. Irick on 10/26/2021. (RN)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Roberto A. Torricella, Jr      Robert@torricellalaw.com, Samantha@torricellalaw.com

Maurice Jay Baumgarten      maurice@torricellalaw.com, mjbaumgarten@aol.com

Milton Roy Goldberg      roy.goldberg@stinson.com

William Boltrek, III      william.boltrek@henlaw.com, brenda.sitar@henlaw.com

Kyle Dudek      kyle.dudek@henlaw.com, sarah.howie@henlaw.com

Miguel Morel      mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Brian T. Maye      bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Lucas Wall      lucas.wall@yahoo.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

Aaron Abadi
Apt. 140
82 Nassau St.
New York, NY 10038

Anthony Eades
19499 Cedar Gate Dr.
Warsaw, MO 65355

Connie Rarrick
36 Lafayette St.
Saco, ME 04072

Eric Cila
8807 Avondale Ct.
Louisville, KY 40299

Jared Rarrick
36 Lafayette St.
Saco, ME 04072

Jennifer Rarrick
36 Lafayette St.
Saco, ME 04072

Kevin Leonardo McDonnell
P.O. Box 1113
Melbourne, FL 32902

Kleanthis Andreadakis
5108 Hunters Meadow Pl.

Henrico, VA 23231

Peter Menage
3255 N. Mars Ave.
Palmer, AK 99645

Shannon Greer Cila
8807 Avondale Ct.
Louisville, KY 40299

Uri Marcus
P.O. Box 126
Ojai, CA 93024

Yvonne Marcus
P.O. Box 126
Ojai, CA 93024

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=10/26/2021]
[FileNumber=21421147
-0]
[769f607fa1ada122a02b25c9214797f088af3f63098d66a7558a11ff1a1b45ba7
7c97e4cd7ce52b054ca0e200f2a2be493061590007710c045abe50ec9e5d291]]

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.