Plaintiffs' Exhibit 2

## motion on Wall v Southwest

From: aa@neg.com (aa@neg.com)

To: robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Date: Monday, November 15, 2021, 12:14 PM EST

Dear counsel:

As a plaintiff in Wall v. Southwest Airlines, I write pursuant to Local Rule 3.01(g) to consult with you on the Motion to Compel All Defense Counsel to Confer with All Plaintiffs that I plan to file tonight or tomorrow. I understand our lead plaintiff, Lucas Wall, already advised you about this motion a few days ago. I will be filing for myself as I understand most plaintiffs intend to.

I will be asking for a court order to compel all defense counsel to confer on all motions with all 13 plaintiffs listed in the caption of the magistrate's Report & Recommendation (matching the 13 plaintiffs listed on the Amended Complaint, which has NOT (contrary to your prior assertion) been struck.

Please advise of your clients' position on this motion so I may report it to the court as required. Thank you.

*Aaron Abadi*

Cell 516-639-4100

## FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

From:   Lucas Wall (lucas.wall@yahoo.com)

To:     robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Date:   Monday, November 15, 2021, 12:19 PM EST

Dear counsel:

Good afternoon. This is a follow up to my e-mail sent Thursday Nov. 11, asking for your clients' position on the Motion to Compel All Defense Counsel to Confer with All Plaintiffs regarding motions. I had intended to file this last week but did not have a chance. It will be filed tonight or tomorrow. I'd appreciate a response by close of business today.

As you know, defense counsel are refusing to consult with all plaintiffs on motions as required. I must therefore seek the court's intervention to remedy this problem.

I offer one more chance for you to report your clients' position on this motion asking the court to compel all defense lawyers to confer per Local Rule 3.01(g) with all 13 plaintiffs named in the Amended Complaint and in the caption of the magistrate's Report & Recommendation, among many other court documents. I make this consultation on behalf of myself as I will be filing the motion on behalf of myself. I understand other plaintiffs will also be contacting you about the similar motion they plan to file.

*Lucas Wall


>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

From: Lucas Wall (lucas.wall@yahoo.com)
To: mamorel@littler.com
Cc: maurice@torricellalaw.com; robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com
Date: Thursday, November 11, 2021, 02:54 PM EST

Dear counsel:
I am not representing others and object to your constant libel that I am. I have been attempting to confer regarding your position on my motions I am filing. You have refused to give me your clients' position, which is a violation of Local Rule 3.01(g).

I will be filing a motion with the court today or tomorrow to compel all defense attorneys to engage in
consultations with all plaintiffs in this case. If you provide your position on this motion, I will report it to
the court as required. If you do not respond, I will report that to the court.

Your position that there are not 13 plaintiffs is wrong. As you are aware, the Amended Complaint lists
all 13 plaintiffs and is the operative pleading in this case. Although the magistrate's R&R recommends
the Amended Complaint be dismissed with leave to replead, that is not a final order from the district
judge. As you can plainly see on the R&R caption, the magistrate lists all 13 people as plaintiffs in this
matter. And notably the R&R makes no mention of disallowing the 12 joined plaintiffs, but focuses only
on two recommendations: that we may not proceed as a class action and that we may not appoint a
lead plaintiff.

If this misconduct continues whereby you refuse to consult with all plaintiffs as required by Local Rule
3.01(g), all 13 plaintiffs will have no choice but to file ethics complaints with the state bar associations
and/or supreme courts where you licensed. We will also move for sanctions in the Middle District of
Florida.

*Lucas Wall

RE: FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

From:   Goldberg, Roy (roy.goldberg@stinson.com)

To:     lucas.wall@yahoo.com; bmaye@amm-law.com; mamorel@littler.com

Cc:     robert@torricellalaw.com; ppetesch@littler.com; maurice@torricellalaw.com

Date:   Monday, November 15, 2021, 12:53 PM EST

Mr. Wall, in response to your request, the position of Delta, Southwest, Alaska and JetBlue remains that we will meet and confer with you regarding motions that you plan to file solely on behalf of yourself.  We have consistently communicated with you regarding motions you plan to file only on your behalf and do so once again here.  However, since you are not an attorney we will not communicate with you – a non-lawyer-- regarding other putative plaintiffs in this case or any relief that those other parties may seek to pursue.  As you know, the Magistrate has recommended that your Amended Complaint be stricken.  You have filed an objection to that Report and Recommendation and so far Judge Byron has not issued an order with regard to the Report and Recommendation.  However, that does not give you or your colleagues the right to proceed as if the Report and Recommendation does not exist.  In any case, your attempting to add new parties via the Amended Complaint was not valid in the first instance.  We share the stated concern of the Magistrate that you are trying to act as the lawyer for the other putative plaintiffs – to use your words, you are acting as the "'captain' of [the] prosecution" of not only your claims but also those of your colleagues. ECF 119, at 7.  We view this as an impermissible unauthorized practice of law that we cannot aid or abet.


Roy Goldberg

Partner

Stinson LLP

1775 Pennsylvania Avenue, N.W.

Suite 800

Washington, D.C. 20006

(202) 728-3005

Email: roy.goldberg@stinson.com

## Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

| | |
|---|---|
| From: | Uriel ben-Mordechai (uri@ntcf.org) |
| To: | robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com |
| Cc: | adi@ntcf.org |
| Date: | Monday, November 15, 2021, 01:07 PM EST |

Shalom counsellors,

As Plaintiffs in Wall v. Southwest Airlines, and as living breathing human beings, completely and entirely unique and separate from Mr. Wall, and deserving respect as such before the Court and before ALL of you AS PLAINTIFFS, we are writing pursuant to **Local Rule 3.01(g)** for the Middle District of Florida to consult with you on a **Motion to Compel ALL Defense Counsel to Confer with ALL Plaintiffs**, including **ourselves identified below** that we plan to file tonight or tomorrow.

We understand our lead Plaintiff — Lucas Wall — already advised you about this motion a few days ago. We will be filing for ourselves, just as I understand most other Plaintiffs also intend to do.

We will be asking for a Court order to compel **ALL defense counsellors** to confer on **ALL** motions with **ALL 13 Plaintiffs** listed in the caption of the magistrate's **Report & Recommendation** (matching the **13 plaintiffs** listed on the Amended Complaint, **which has NOT (contrary to your prior assertion) been struck.**

Please advise of your clients' position on this motion so that we may report it to the court as required. Imagine having licensed attorneys actually observing **ALL** civil rules of procedure for the Middle District of Florida! What a concept!

Please advise on your intentions to **oppose** or **not oppose** our motion, as all of you deem appropriate under the circumstances.

URI MARCUS • PLAINTIFF

YVONNE MARCUS • PLAINTIFF

Jerusalem

# Fwd: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

From:  Uriel ben-Mordechai (uri@ntcf.org)

To:  lucas.wall@yahoo.com

Date:  Monday, November 15, 2021, 01:13 PM EST

**From:** "Morel, Miguel" <MAMorel@littler.com>
**Subject: RE: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel**
**Date:** 15 November 2021 at 20:10:51 GMT+2
**To:** Uriel ben-Mordechai <uri@ntcf.org>
**Cc:** Adi Marcus <adi@ntcf.org>, "Robert@torricellalaw.com" <Robert@torricellalaw.com>, "bmaye@amm-law.com" <bmaye@amm-law.com>, "Roy.Goldberg@stinson.com" <Roy.Goldberg@stinson.com>

Good afternoon,

Thank you for your e-mail. My firm serves as counsel for Spirit Airlines. ==Given the current court orders and procedural posture of this case, neither you nor your husband are parties to this action. Until such time, we are not required to confer or consult with you regarding matters pertaining to this action.== Have a great rest of the day.

-Miguel

**From:** Uriel ben-Mordechai <uri@ntcf.org>
**Sent:** Monday, November 15, 2021 1:08 PM
**To:** Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com; Morel, Miguel <MAMorel@littler.com>
**Cc:** Adi Marcus <adi@ntcf.org>
**Subject:** Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

**[EXTERNAL E-MAIL]**

Shalom counsellors,

As Plaintiffs in Wall v. Southwest Airlines, and as living breathing human beings, completely and entirely unique and separate from Mr. Wall, and deserving respect as such before the

Court and before ALL of you AS PLAINTIFFS, we are writing pursuant to **Local Rule 3.01(g)** for the Middle District of Florida to consult with you on a **Motion to Compel ALL Defense Counsel to Confer with ALL Plaintiffs**, including **ourselves identified below** that we plan to file tonight or tomorrow.

We understand our lead Plaintiff — Lucas Wall — already advised you about this motion a few days ago. We will be filing for ourselves, just as I understand most other Plaintiffs also intend to do.

We will be asking for a Court order to compel **ALL defense counsellors** to confer on **ALL** motions with **ALL 13 Plaintiffs** listed in the caption of the magistrate's **Report & Recommendation** (matching the **13 plaintiffs** listed on the Amended Complaint, **which has NOT (contrary to your prior assertion) been struck.**

Please advise of your clients' position on this motion so that we may report it to the court as required. Imagine having licensed attorneys actually observing**ALL** civil rules of procedure for the Middle District of Florida! What a concept!

Please advise on your intentions to **oppose** or **not oppose** our motion, as all of you deem appropriate under the circumstances.

URI MARCUS • PLAINTIFF

YVONNE MARCUS • PLAINTIFF

Jerusalem

\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-\-

This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

## Wall v. Southwest Airlines -- Consultation on Motion to Compel Defenese Counsel

| | |
|---|---|
| From: | Leonardo McDonnell |
| To: | robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com |
| Date: | Monday, November 15, 2021, 01:34 PM EST |

Dear counsel:

As a plaintiff in Wall v. Southwest Airlines, I, Leonardo McDonnell, write pursuant to Local Rule 3.01(g) to consult with you on the Motion to Compel All Defense Counsel to Confer with All Plaintiffs that I plan to file tonight or tomorrow. I understand our lead plaintiff, Lucas Wall, already advised you about this motion a few days ago. I will be filing for myself as I understand most plaintiffs intend to.

I will be asking for a court order to compel all defense counsel to confer on all motions with all 13 plaintiffs listed in the caption of the magistrate's Report & Recommendation (matching the 13 plaintiffs listed on the Amended Complaint, which has NOT (contrary to your prior assertion) been struck.

Please advise of your clients' position on this motion so I may report it to the court as required. Thank you.

Leonardo McDonnell

Sent from my iPhone

Re: FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

From: Lucas Wall (lucas.wall@yahoo.com)

To: mamorel@littler.com

Date: Monday, November 15, 2021, 02:28 PM EST

Dear Mr. Morel:

You continual failure to confer will be noted in the upcoming motion. I am not going to attempt to engage in any more debate because your position is clearly wrong and I don't have the energy to expend in response to your efforts to stall the prosecution of this case against Spirit for its discrimination against the disabled who can't wear masks. I note again for the record I do not represent anyone nor "purport" to represent anyone, as you are well aware but continue to falsely claim.

As a plaintiff in this case, I am entitled to -- and will -- join in any necessary joint motions with other plaintiffs seeking the same relief.

Have a lovely afternoon. I will continue consulting on all motions as the Local Rules require.

*Lucas Wall

>>>>>>>>>>>>>>>>>

On Monday, November 15, 2021, 01:08:07 PM EST, Morel, Miguel <mamorel@littler.com> wrote:

Mr. Wall:

As you know, I serve as counsel for Defendant Spirit Airlines. My client's position remains the same and I have explained to the other individuals why we are not required to consult or confer with them regarding any filings in this case. I will explain it once more so that there is no future misunderstandings:

- Given the current court orders and procedural posture of this case, we *respectfully* disagree the other individuals you purport to represent are parties to this action. Until such time, we are not required to confer or consult with those individuals regarding matters pertaining to this action. Furthermore, despite your representation that you will

==be filing your purported motion "on behalf of yourself," the very title of the motion you seek to file "Motion to Compel All Defense Counsel to Confer with All Plaintiffs" establishes otherwise. Your statement that you will "seek the court's intervention to remedy" defense counsel's alleged "refus[al] to consult with all plaintiffs on motions as required" further confirms this. Thus, you continue to attempt to represent other individuals who are not even proper parties to this action despite the court's previous orders prohibiting you from doing so. Lastly, the suggestion that I have not conferred with you on prior motions is simply not true. As you know, I have conferred with you in a courteous and professional manner regarding your previous motions. This is well-documented. For the reasons stated herein, Spirit objects to your requested relief.==

Feel free to include the above statement in the conferral certificate exactly as stated above. In the future, do not e-mail or call me to confer regarding relief you seek on behalf of anyone other than yourself.

-Miguel Morel

**From:** Lucas Wall <lucas.wall@yahoo.com>
**Sent:** Monday, November 15, 2021 12:19 PM
**To:** Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com; Morel, Miguel <MAMorel@littler.com>
**Subject:** FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

**[EXTERNAL E-MAIL]**

Dear counsel:

Good afternoon. This is a follow up to my e-mail sent Thursday Nov. 11, asking for your clients' position on the Motion to Compel All Defense Counsel to Confer with All Plaintiffs regarding motions. I had intended to file this last week but did not have a chance. It will be filed tonight or tomorrow. I'd appreciate a response by close of business today.

As you know, defense counsel are refusing to consult with all plaintiffs on motions as required. I must therefore seek the court's intervention to remedy this problem.

I offer one more chance for you to report your clients' position on this motion asking the court to compel all defense lawyers to confer per Local Rule 3.01(g) with all 13 plaintiffs named in

### Re: FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

From:  Lucas Wall (lucas.wall@yahoo.com)

To:   mamorel@littler.com

Date:  Monday, November 15, 2021, 02:54 PM EST

Of course I will include your non-response in the motion, not only because the court rules require it but also because it speaks directly to why the requested relief is needed.

*Lucas Wall

>>>>>>>>>>>>>>>>>

On Monday, November 15, 2021, 02:47:45 PM EST, Morel, Miguel <mamorel@littler.com> wrote:

Mr. Wall,

You can characterize this lawsuit however you wish. That is you right. However, I respectfully ask you include my position in your motion as it was expressly noted in my previous email. I've treated you in a professional and courteous manner and ask for the same in return. I take my job and responsibilities as a member of the Florida Bar very seriously. Any misrepresentations by you will be swiftly addressed.

-Miguel Morel

**From:** Lucas Wall <lucas.wall@yahoo.com>
**Sent:** Monday, November 15, 2021 2:29 PM
**To:** Morel, Miguel <MAMorel@littler.com>
**Subject:** Re: FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

Wall v. Southwest Airlines -- Consultation on Motion to Compel Defenese Counsel

From:   Tony Eades (teades2603@live.com)

To:     robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Date:   Monday, November 15, 2021, 06:41 PM EST


Dear counsel:


As a plaintiff in Wall v. Southwest Airlines, I write pursuant to Local Rule 3.01(g) to consult with you on the Motion to Compel All Defense Counsel to Confer with All Plaintiffs that I plan to file tonight or tomorrow. I understand our lead plaintiff, Lucas Wall, already advised you about this motion a few days ago. I will be filing for myself as I understand most plaintiffs intend to.


I will be asking for a court order to compel all defense counsel to confer on all motions with all 13 plaintiffs listed in the caption of the magistrate's Report & Recommendation (matching the 13 plaintiffs listed on the Amended Complaint, which has NOT (contrary to your prior assertion) been struck.


Please advise of your clients' position on this motion so I may report it to the court as required. Thank you.


Tony Eades

19499 Cedar Gate Dr

Warsaw, MO 65355

# Purple Heart Veteran