## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

### PLAINTIFFS' MOTION TO COMPEL ALL DEFENSE COUNSEL TO CONFER WITH ALL PLAINTIFFS ON ALL MOTIONS

COME NOW plaintiffs, *pro se*, and jointly move for an order compelling all defense attorneys to confer with all 13 named plaintiffs concerning all motions both sides plan to submit pursuant to Local Rule 3.01(g). We have attempted to resolve this issue with counsel for all defendants, however this has proven futile. The Court's intervention is now required.

All 13 plaintiffs submitted an Amended Complaint on Sept. 13 against all defendants. Doc. 61. All 13 named plaintiffs are clearly stated in the caption at the top of Page 1 and all 13 of us electronically signed the pleading at the end. *Id.* The magistrate judge assigned to this case issued a Report & Recommendation ("R&R") Oct. 28 (Doc. 86) *advising* the district judge overseeing this litigation that the Amended Complaint *should* be dismissed because it brings a class action by a group of *pro se* plaintiffs and includes in subsequent notices the designation of a

1

lead plaintiff and class representative as well as a waiver of individual service. Docs. 64-65. Notably the R&R does *not* recommend dismissing the 12 plaintiffs who joined this lawsuit in the Amended Complaint and advises that all plaintiffs be given leave to file a Second Amended Complaint removing the class action.

As the Court is well aware, an R&R is not a binding decision on the parties because a magistrate judge lacks statutory authority to determine various motions, including one made *sua sponte* to dismiss a pleading. However, all defense attorneys have perplexingly taken the position that an R&R is a binding order and furthermore that even though the R&R makes no mention of dismissing any plaintiff, the report gives them permission to ignore all of the plaintiffs in this case (despite all 13 plaintiffs being listed in the R&R's caption).

We attempted multiple times in early November to confer with the lead counsel designated by the defendants (Roy Goldberg, Robert Torricella, Brian Maye, and Miguel Morel) regarding two motions we have since filed: Motion to Compel Clerk to Correct Docket Entry 87 Plus Other Errors & Omissions and 12 Plaintiffs' Motion for Leave to File Electronically. The second motion notably responds directly to concerns raised by the magistrate in the R&R that plaintiffs should each receive individual service.

**Motion for Leave to E-File:** As lead plaintiff – a role the magistrate *recommends* the district judge *should* find impermissible but that the Court has yet to adopt in an order – Mr. Wall sent the first conferral e-mail on the Motion to E-File Nov. 2, as approved by all plaintiffs. Ex. 1. All dozen additional named plaintiffs

were copied on the message. For a streamlined conferral process on a simple motion that should not be controversial, Mr. Wall asked defense counsel to "reply all" with their clients' position. *Id*. No counsel responded.

Mr. Wall sent all defense counsel a follow-up e-mail Nov 4. *Id*. Again all plaintiffs were copied. No counsel responded. Mr. Wall sent a third and final message attempting to confer on the Motion for Leave to File Electronically. *Id*. He noted, "We have not heard from any of you. We'll report to the court you did not comply with Local Rule 3.01(g) in advising on your clients' position on this motion." *Id*. Again all plaintiffs were copied, and again no counsel responded.

Plaintiffs then filed our motions to e-file and noted "All defense counsel have completely ceased all communication with plaintiffs since Nov. 1. Plaintiffs suggest the Court may need to impose sanctions to remedy this problem. 'The purposeful evasion of a communication under this rule can result in a sanction.' Local Rule 3.01(g)(3)." Docs. 100-104, 108, 110, & 113-117.

**Motion to Compel Clerk to Correct Docket:** The same process repeated with the Motion to Compel Clerk. Mr. Wall first sent a consultation e-mail Nov. 4. All plaintiffs were copied. Ex. 1. No counsel responded to any of the 13 plaintiffs, including Mr. Wall, who counsel at times appears to recognize as a real plaintiff when convenient while at other times, they simply ignore him. A follow-up message Mr. Wall sent Nov. 5 also went unanswered. *Id*.

Plaintiffs then filed our motion to compel and noted again: "All defense counsel have completely ceased all communication with plaintiffs since Nov. 1. Plaintiffs

suggest the Court may need to impose sanctions to remedy this problem. 'The purposeful evasion of a communication under this rule can result in a sanction.' Local Rule 3.01(g)(3)." Docs. 94-99, 105-107, 109, 111-112, & 118.

**Motion to Compel Clerk to Accept Filings:** Of the 25 motion filings, 24 were made using the Court's online form known as the "CM/ECF portal" for litigants who don't have e-file access. Most of these were filed early Nov. 9. None were docketed by the clerk's office that day. Plaintiffs thought the clerk's office was refusing to docket any motions filed by the 12 joined plaintiffs due to the bewildering, changing status of these plaintiffs on the docket. Plaintiffs decided late Nov. 9 they would possibly require a motion to compel the clerk to accept filings from all plaintiffs to ensure the filings were properly docketed.

Early Nov. 10, Mr. Wall again reached out to all defense counsel concerning this potential motion pursuant to the "duty to confer" requirements of Local Rule 3.01(g). "I expect to file about noon today a motion asking the court to compel the clerk to accept and docket filings from the additional 12 plaintiffs in this case," Mr. Wall wrote. Ex. 1. Because it appeared at the time the clerk's office was refusing to docket any motions from the dozen joined plaintiffs, Mr. Wall informed defense counsel he would be filing the motion to ensure it would be heard. Mr. Wall noted he expected to file the motion about noon and if he did not hear from any defense attorneys, he would telephone them to ascertain their position.

The morning and early afternoon having passed, Mr. Wall called all four lead defense counsel from 1:50 to 2:09 p.m. Nov. 10, leaving messages for Mr. Goldberg,

Mr. Torricella, and Mr. Maye. No one answered Mr. Morel's office number. *Id*. Mr. Wall followed up with another e-mail at 2:14 p.m., noting he would defer filing the motion until the next day to see if the clerk would indeed docket the filed motions. *Id*.

A few minutes later, other plaintiffs began e-mailing defense counsel asking for their position on the tentative motion. Plaintiff Aaron Abadi, for example, wrote at 2:21 p.m. Nov. 10: "As additional plaintiff in Wall v. Southwest Airlines. You have not responded to our last three consultations on motions. Please advise as to your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. And I'd appreciate an explanation regarding why you did not respond to our last two consultations. I'm sure you're aware that Local Rule 3.01(g) requires counsel to promptly respond to any conferral." *Id*. Similar messages were sent by several other plaintiffs. *Id*.

Counsel then began awakening from their slumber. After receiving the phone messages, Mr. Goldberg reported to Mr. Wall at 3:26 p.m. Nov. 10 that "You have been requesting to meet and confer with regard to issues involving various persons who are not parties to this lawsuit and, as the Court has made clear, on whose be-half you are not permitted to act. Furthermore, if other persons become parties to this lawsuit, the Court has made clear that you are not authorized to represent them. In light of the Court's guidance on this issue and the strict rules against the unauthorized practice of law, Defendants will not participate in activities where you purport to act on behalf of others." *Id*. Notably Mr. Goldberg attached a copy

of the Notice of Electronic Filing of a court order Oct. 26 that clearly lists all 13 plaintiffs as parties to the case who must receive service, contradicting his position that all plaintiffs are not parties to this action. *Id.*

The Court's own NEF confirms to defense counsel that the dozen joined plaintiffs are in fact parties to this lawsuit, yet defense counsel overlook this. Also, Mr. Wall is not representing any of us. For efficiency, he sent one conferral e-mail advising defense counsel of planned motions and asked they hit "reply all" to state their clients' position to all 13 plaintiffs simultaneously. Instead of following this common-sense procedure designed to save time and unneeded repetition for plaintiffs and defense counsel alike, counsel first ignored the conferral altogether and then began falsely attacking all plaintiffs as not being part of the case and once again concocting lies that Mr. Wall, in his role as lead plaintiff, was trying to represent other people, who are in truth all representing ourselves.

Shortly thereafter, Mr. Maye, who represents Defendants Allegiant and Frontier, wrote Mr. Wall – essentially cutting and pasting Mr. Goldberg's message, that "You have been requesting to meet and confer with regard to issues involving various persons who are not parties to this lawsuit and, as the Court has made clear, on whose behalf you are not permitted to act. Furthermore, if other persons become parties to this lawsuit, the Court has made clear that you are not authorized to represent them. In light of the Court's guidance on this issue and the strict rules against the unauthorized practice of law, Allegiant and Frontier will not participate in activities where you purport to act on behalf of others." *Id.* We again point out

the inaccuracies of Mr. Maye's comments, namely that all 13 plaintiffs are parties to this lawsuit and which falsely assert that Mr. Wall is representing others besides himself. Mr. Wall is simply coordinating the group actions of all plaintiffs, who have a constitutional right to assemble and determine the joint prosecution of our claims, which all relate to the defendants' unlawful policies depriving the disabled who can't wear masks from using the nation's commercial aviation and transportation system.

Mr. Morel then e-mailed Mr. Wall that "Spirit joins the position taken by Allegiant and Frontier." *Id*.

Mr. Morel next wrote Plaintiff Yvonne Marcus at 4:31 p.m. Nov. 10 that "Given the current court orders and procedural posture of this case, neither you nor your husband are parties to this action. Until such time, we are not required to confer or consult with you regarding matters pertaining to this action." *Id*. Mr. Morel cited no court order stating that Yvonne and Uri Marcus are not plaintiffs, nor did Mr. Morel resolve how his position was possible given that 13 plaintiffs' names appeared on the caption in the R&R. Mr. Morel sent similar messages to other plaintiffs refusing to acknowledge their existence. *Id*.

Nov. 11 being Veterans Day, a federal holiday, plaintiffs decided not to file the Motion to Compel Clerk to Accept Filings. Some plaintiffs had phoned the clerk's office as well as chambers for Magistrate Judge Irick and District Judge Byron on Nov. 10 and been provided with a mixture of explanations as to why none of the motions submitted online Nov. 9 had been docketed. Some said "none of you are

listed as plaintiffs on the docket, so I doubt any motions can be filed," while others heard "we in the clerk's office are given up to 48 hours to docket filings made using the portal." As required by Local Rule 3.01(g), continual efforts were made to confer with defense counsel so we could report their clients' position on the proposed motion.

Mr. Goldberg (representing Defendants Southwest, Alaska, Delta, and JetBlue) wrote Plaintiff Shannon Greer Cila on Nov. 11 that "The attached Report and Recommendation from October 28, 2021 states, among other things, that the Amended Complaint 'is due to be stricken.' That is the current status and as such neither you nor your colleagues are parties to the case. There is no meet and confer or other obligation that exists." *Id.* Mr. Goldberg failed to explain to Mrs. Cila how a magistrate's R&R had magically turned into a court order. He also failed to provide any other authority to sustain his position that Mrs. Cila, her husband Eric, and the other 10 joined plaintiffs were not litigants in this case to which Local Rule 3.01(g)'s "duty to confer" applies.

As plaintiffs were preparing Nov. 12 to file the motion to compel the clerk to accept and docket all filings from all 13 of us, a flurry of e-mails began arriving into Mr. Wall's inbox from the Court's CM/ECF system stating the motions were now being docketed. Oddly the 12 joined plaintiffs reappeared on the docket but as "movants" rather than actual "plaintiffs." With the clerk's office action to docket these motions three days later (two days not counting the holiday Nov. 11), plaintiffs no longer saw a need to file the motion to compel.

8

**The Instant Motion:** As numerous messages from defense counsel arrived in plaintiffs' inboxes Nov. 10-11 stating they had no duty to confer because we are not litigants in this case, it became clear that we would need to file this motion to compel all defense counsel to confer with all 13 plaintiffs on all motions pursuant to Local Rule 3.01(g). Mr. Wall first notified counsel of the instant motion the afternoon of Nov. 11. *Id.* He also informed them that "If this misconduct continues whereby you refuse to consult with all plaintiffs as required by Local Rule 3.01(g), all 13 plaintiffs will have no choice but to file ethics complaints with the state bar associations and/or supreme courts where you licensed. We will also move for sanctions in the Middle District of Florida."[1] *Id.*

Nov. 12 passed without a response from defense counsel. After the weekend, plaintiffs began following up Nov. 15 with counsel regarding this motion in an attempt to determine their clients' stance. Mr. Abadi sent an e-mail at 12:14 p.m. Mr. Wall sent a follow-up message at 12:19 p.m.: "As you know, defense counsel are refusing to consult with all plaintiffs on motions as required. I must therefore seek the court's intervention to remedy this problem. … I make this consultation on behalf of myself as I will be filing the motion on behalf of myself. I understand other plaintiffs will also be contacting you about the similar motion they plan to file." Ex. 2.

---

[1] Plaintiffs opt not to move for sanctions at this time, hoping a Court order compelling all defense counsel to confer with all 13 plaintiffs regarding all motions will suffice to bring these attorneys into compliance with the Local Rules.

Mr. Goldberg responded to Mr. Wall that "the position of Delta, Southwest, Alaska and JetBlue remains that we will meet and confer with you regarding motions that you plan to file solely on behalf of yourself." *Id*. But Mr. Wall indicated he would be filing the instant motion on behalf of himself, in a joint filing with all other 12 plaintiffs, seeking a Court order compelling all defense counsel to confer as required with all plaintiffs in this case. Mr. Goldberg's position is disingenuous because he is well aware all 13 plaintiffs are operating as a group and have filed nearly every single motion and other documents jointly. There are very few motions that Mr. Wall – or any other plaintiff – "file solely behalf of yourself" because this is a coordinated joint prosecution of similar claims regarding illegal discrimination against the disabled. We are not 13 people prosecuting separate claims against the defendants. That would make no sense and likely doesn't comply with the rules regarding joinder. We are a *group* of 13 plaintiffs *united* in pursuing justice for all of us and working collectively as a team to do so.

Mr. Goldberg goes on to state, without any authority, that "In any case, your attempting to add new parties via the Amended Complaint was not valid in the first instance." *Id*. Yet no court order has declared this nor does the R&R even suggest that adding new parties in an Amended Complaint is not a proper joinder of claims under the Federal Rules of Civil Procedure. Mr. Goldberg then copies the magistrate's insulting labeling of the dozen properly joined plaintiffs as "purported" when in fact they are real litigants.

Mr. Morel wrote Mr. Wall similar false information. *Id.* Mr. Wall responded that he has a right to join with other plaintiffs in all motions seeking joint relief. *Id.*

The situation we present to the Court is unacceptable. Defense counsel have a duty under Local Rule 3.01(g) to confer in good faith with all plaintiffs. They refuse to abide by that duty.

WHEREFORE, we request this Court issue an order compelling all defense counsel to confer in good faith with all 13 plaintiffs named in the Amended Complaint and in the caption of the R&R. Counsel should be warned that failure to confer in good faith may result in a sanction.

## Local Rule 3.01(g) Certification

We hereby certify that on Nov. 11, 12, and 15, we attempted to confer with Roy Goldberg and Roberto Torricella Jr., counsel for Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines, and JetBlue Airways. Mr. Goldberg and Mr. Torricella refused to state their clients' position on this motion, claiming they have no duty to confer with people who are not plaintiffs in this case. They also failed to state their clients' position to Mr. Wall. *See* discussion above.

We hereby certify that on Nov. 11, 12, and 15, we attempted to confer with Brian Maye, counsel for Defendants Allegiant Air and Frontier Airlines. Mr. Maye refused to state his clients' position on this motion, claiming he has no duty to confer with people who are not plaintiffs in this case. He also failed to state his clients' position to Mr. Wall. *See* discussion above.

We hereby certify that on Nov. 11, 12, and 15, we attempted to confer with Miguel Morel, counsel for Defendant Sprit Airlines. Mr. Morel refused to state his clients' position on this motion to 12 plaintiffs, claiming he has no duty to confer with people who are not plaintiffs in this case. He told Mr. Wall that Spirit objects to the relief sought herein. *See* discussion above.

Respectfully submitted this 16th day of November 2021.

*Lucas Wall*

Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

Aaron Abadi, plaintiff

Kleanthis Andreadakis, plaintiff

Eric Cila, plaintiff

Shannon Greer Cila, plaintiff

Anthony Eades, plaintiff

Uri Marcus, plaintiff

Yvonne Marcus, plaintiff

Leonardo McDonnell, plaintiff

Peter Menage, plaintiff

Connie Rarrick, plaintiff

Jared Rarrick, plaintiff

Jennifer Rarrick, plaintiff

12

Plaintiffs' Exhibit 1

## Wall v. Southwest Airlines -- Plaintiffs' Consultation on 12 Motions to E-File

From:  Lucas Wall (lucas.wall@yahoo.com)

To:  Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com; mamorel@littler.com

Cc:  aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; ████████████████████; pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:  Tuesday, November 2, 2021, 10:34 PM EDT

Dear lead counsel for the airline defendants:

In response to the magistrate's Report & Recommendation on the Amended Complaint, all dozen plaintiffs in Wall v. Southwest Airlines who not not currently have electronic filing access in the U.S. District Court for the Middle of District of Florida will be submitting a motion this week for leave to e-file. This is to comply with the R&R's conclusion that we may not centralize document filing with one lead plaintiff.

We send this one single message in hopes you will "reply all" once to inform every plaintiff of your clients' position on these motions, rather than all 12 plaintiffs who are going to file the same motion needing to contact you separately. We hope you agree this is more efficient.

*Lucas Wall for all 13 plaintiffs

## Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com;
       mamorel@littler.com

Cc:    aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com;
       shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org;
       ▉▉▉▉▉▉▉▉▉▉▉▉; pmenage@googlemail.com; connierarrick@yahoo.com;
       pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:  Thursday, November 4, 2021, 02:37 AM EDT

---

Dear counsel:

Plaintiffs plan to file a Motion to Compel Clerk today or tomorrow. A draft is attached. Please
report your clients' position on this motion by using "reply all."

Per the court's instructions, each plaintiff without e-filing will be signing by ink. We are still
gathering signatures. Also, each plaintiff will file the motion so it will be submitted 13 times.

*Lucas Wall

 Mtn to Compel Clerk.pdf
490.9kB

## FOLLOW UP: Wall v. Southwest Airlines -- Plaintiffs' Consultation on 12 Motions to E-File

From:   Lucas Wall (lucas.wall@yahoo.com)

To:     Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com; mamorel@littler.com

Cc:     aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; ; pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:   Thursday, November 4, 2021, 03:10 AM EDT

Dear counsel:

We wrote you Tuesday to consult on our Motion to E-File for the 12 plaintiffs who do not yet have CM/ECF access. We have not heard back from any of you regarding your position. We expect this motion will be filed today, so if you would like your clients' position to be noted, please report their stance using "reply all." A draft motion is attached. It will be filed by all 12 plaintiffs individually.

*Lucas Wall on behalf of all 13 plaintiffs

>>>>>>>>>>>>>>>

> On Tuesday, November 2, 2021, 10:34:34 PM EDT, Lucas Wall <lucas.wall@yahoo.com> wrote:
>
>
> Dear lead counsel for the airline defendants:
>
> In response to the magistrate's Report & Recommendation on the Amended Complaint, all dozen plaintiffs in Wall v. Southwest Airlines who have not not currently have electronic filing access in the U.S. District Court for the Middle of District of Florida will be submitting a motion this week for leave to e-file. This is to comply with the R&R's conclusion that we may not centralize document filing with one lead plaintiff.
>
> We send this one single message in hopes you will "reply all" once to inform every plaintiff of your clients' position on these motions, rather than all 12 plaintiffs who are going to file the same motion needing to contact you separately. We hope you agree this is more efficient.
>
> *Lucas Wall for all 13 plaintiffs

📄 Mtn E-File.pdf
   165.8kB

## 2ND FOLLOW UP: Wall v. Southwest Airlines -- Plaintiffs' Consultation on 12 Motions to E-File

From:   Lucas Wall (lucas.wall@yahoo.com)

To:     robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Cc:     aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; ███████████████ pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:   Friday, November 5, 2021, 11:46 AM EDT

Dear counsel:

We have not heard from any of you. We'll report to the court you did not comply with Local Rule 3.01(g) in advising on your clients' position on this motion.

*Lucas Wall

>>>>>>>>>>>>>>>>

On Thursday, November 4, 2021, 03:10:39 AM EDT, Lucas Wall <lucas.wall@yahoo.com> wrote:

Dear counsel:

We wrote you Tuesday to consult on our Motion to E-File for the 12 plaintiffs who do not yet have CM/ECF access. We have not heard back from any of you regarding your position. We expect this motion will be filed today, so if you would like your clients' position to be noted, please report their stance using "reply all." A draft motion is attached. It will be filed by all 12 plaintiffs individually.

*Lucas Wall on behalf of all 13 plaintiffs

>>>>>>>>>>>>>>

On Tuesday, November 2, 2021, 10:34:34 PM EDT, Lucas Wall <lucas.wall@yahoo.com> wrote:

Dear lead counsel for the airline defendants:

In response to the magistrate's Report & Recommendation on the Amended Complaint, all dozen plaintiffs in Wall v. Southwest Airlines who not not currently have electronic filing access in the U.S. District Court for the Middle of District of Florida will be submitting a motion this week for leave to e-file. This is to comply with the R&R's conclusion that we may not centralize document filing with one lead plaintiff.

We send this one single message in hopes you will "reply all" once to inform every plaintiff of your clients' position on these motions, rather than all 12 plaintiffs who are going to file the same motion needing to contact you separately. We hope you agree this is more efficient.

*Lucas Wall for all 13 plaintiffs

## FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Cc:    aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; ▮▮▮▮▮▮▮▮▮▮▮▮ pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:  Friday, November 5, 2021, 11:47 AM EDT

Dear counsel:

We have not heard from any of you. We'll report to the court you did not comply with Local Rule 3.01(g) in advising on your clients' position on this motion.

*Lucas Wall

>>>>>>>>>>>>>>>>

On Thursday, November 4, 2021, 02:37:37 AM EDT, Lucas Wall <lucas.wall@yahoo.com> wrote:

Dear counsel:

Plaintiffs plan to file a Motion to Compel Clerk today or tomorrow. A draft is attached. Please report your clients' position on this motion by using "reply all."

Per the court's instructions, each plaintiff without e-filing will be signing by ink. We are still gathering signatures. Also, each plaintiff will file the motion so it will be submitted 13 times.

*Lucas Wall

## Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:   Lucas Wall (lucas.wall@yahoo.com)

To:     robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Cc:     aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; ▮▮▮▮▮▮▮▮▮▮▮▮▮; pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:   Wednesday, November 10, 2021, 01:32 AM EST

Dear counsel:

As lead plaintiff in Wall v. Southwest Airlines, I expect to file about noon today a motion asking the court to compel the clerk to accept and docket filings from the additional 12 plaintiffs in this case. These plaintiffs yesterday submitted via the court's filing webform a motion to compel the clerk to correct the docket and a motion for leave to e-file. The clerk's office has not docketed any of these filings.

Plaintiffs will be calling to the clerk's office in the morning to inquire about why the filings haven't been docketed. If the clerk is refusing to accept the filings because somebody erroneously deleted the additional dozen plaintiffs from the docket, I will file the proposed motion about noon.

You are required under Local Rule 3.01(g) to give me your clients' position on this proposed motion. All of you failed to do so on the last two motions we reached out to you for consultation on multiple times (the motion to compel and the motion to e-file). I'm sure you are aware failure to timely respond to a consultation request is a sanctionable offense under the Local Rules of the Middle District of Florida.

If I do not hear from you by noon today, I will call to speak with you about the current situation of all defense counsel ceasing all contact with all plaintiffs since Nov. 1. If I can't reach you, I will again report to the court that you could be not reached for the required consultation.

Thank you for your attention to this matter.

*Lucas Wall

**Consultation on Motion to Compel Clerk**

Called Roy Goldberg at 202-728-3005 at 1:50 p.m. Nov. 10 and left a voicemail. Call not returned.

Called Roberto Torricella Jr. at 305-677-7644 at 1:55 p.m. Nov. 10 and left a voicemail. Call not returned.

Called Brian Maye at 312-345-0700 at 2:06 p.m. Nov. 10. Left a message with the receptionist. Call not returned.

Called Miguel Morel at 2:09 p.m. Nov. 10 at 305-400-7500. There was no answer. Sent follow-up e-mail.

FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From: Lucas Wall (lucas.wall@yahoo.com)

To: robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Cc: aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; &#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608;&#9608; pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date: Wednesday, November 10, 2021, 02:14 PM EST

Dear counsel:

Have not received your clients' position on the motion to compel clerk to accept filings from all plaintiffs.

Just called the four of you. Left messages for Mr. Torricella, Mr. Maye, and Mr. Goldberg.

Mr. Morel, nobody answered your phone number 305-400-7500.

Please respond with your position. I plan to file the motion tomorrow morning if the plaintiffs' last two motions are not docketed by then.

*Lucas Wall

>>>>>>>>>>>>>>>>>>>>>

On Wednesday, November 10, 2021, 01:32:10 AM EST, Lucas Wall <lucas.wall@yahoo.com> wrote:

Dear counsel:

As lead plaintiff in Wall v. Southwest Airlines, I expect to file about noon today a motion asking the court to compel the clerk to accept and docket filings from the additional 12 plaintiffs in this case. These plaintiffs yesterday submitted via the court's filing webform a motion to compel the clerk to correct the docket and a motion for leave to e-file. The clerk's office has not docketed any of these filings.

Plaintiffs will be calling to the clerk's office in the morning to inquire about why the filings haven't been docketed. If the clerk is refusing to accept the filings because somebody erroneously deleted the additional dozen plaintiffs from the docket, I will file the proposed motion about

noon.

You are required under Local Rule 3.01(g) to give me your clients' position on this proposed motion. All of you failed to do so on the last two motions we reached out to you for consultation on multiple times (the motion to compel and the motion to e-file). I'm sure you are aware failure to timely respond to a consultation request is a sanctionable offense under the Local Rules of the Middle District of Florida.

If I do not hear from you by noon today, I will call to speak with you about the current situation of all defense counsel ceasing all contact with all plaintiffs since Nov. 1. If I can't reach you, I will again report to the court that you could be not reached for the required consultation.

Thank you for your attention to this matter.

*Lucas Wall

## Re: FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  Aaron Abadi (aa@neg.com)

To:    lucas.wall@yahoo.com

Cc:    robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com; mrradioactive@protonmail.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:  Wednesday, November 10, 2021, 02:21 PM EST

Dear counsel:

As additional plaintiff in Wall v. Southwest Airlines. You have not responded to our last three consultations on motions. Please advise as to your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. And I'd appreciate an explanation regarding why you did not respond to our last two consultations. I'm sure you're aware that Local Rule 3.01(g) requires counsel to promptly respond to any conferral.

Aaron Abadi
Cell # 516-639-4100

> On Nov 10, 2021, at 2:13 PM, Lucas Wall <lucas.wall@yahoo.com> wrote:
>
>
> Dear counsel:
>
> Have not received your clients' position on the motion to compel clerk to accept filings from all plaintiffs.
>
> Just called the four of you. Left messages for Mr. Torricella, Mr. Maye, and Mr. Goldberg.
>
> Mr. Morel, nobody answered your phone number 305-400-7500.
>
> Please respond with your position. I plan to file the motion tomorrow morning if the plaintiffs' last two motions are not docketed by then.
>
> *Lucas Wall

## Re: FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  MrRadioActive (mrradioactive@protonmail.com)

To:  lucas.wall@yahoo.com

Cc:  robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com; aa@neg.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org; ██████████████; pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com

Date:  Wednesday, November 10, 2021, 02:24 PM EST

Dear counsel:

I am a plaintiff in Wall v. Southwest Airlines. You have not responded to our last three consultations on motions. Please advise as to your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. And I'd appreciate an explanation regarding why you did not respond to our last two consultations. I'm sure you're aware that Local Rule 3.01(g) requires counsel to promptly respond to any conferral.

Respectfully,

Kleanthis Andreadakis

Sent with ProtonMail Secure Email.

------- Original Message -------
On Wednesday, November 10th, 2021 at 2:14 PM, Lucas Wall <lucas.wall@yahoo.com> wrote:

> Dear counsel:
>
> Have not received your clients' position on the motion to compel clerk to accept filings from all plaintiffs.
>
> Just called the four of you. Left messages for Mr. Torricella, Mr. Maye, and Mr. Goldberg.
>
> Mr. Morel, nobody answered your phone number 305-400-7500.
>
> Please respond with your position. I plan to file the motion tomorrow morning if the plaintiffs' last two motions are not docketed by then.
>
> *Lucas Wall

## Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  Uriel ben-Mordechai (uri@ntcf.org)

To:    robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com;
       mamorel@littler.com; aa@neg.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com;
       teades2603@live.com; adi@ntcf.org; ██████████████████;
       pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com;
       jenniferrarrick@gmail.com; lucas.wall@yahoo.com

Date:  Wednesday, November 10, 2021, 02:28 PM EST

Shalom Counsel:

I am a plaintiff in Wall v. Southwest Airlines. You have not responded to our last three consultations on motions. Please advise as to your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. And I'd appreciate an explanation regarding why you did not respond to our last two consultations. I'm sure you're aware that Local Rule 3.01(g) requires counsel to promptly respond to any conferral.

Respectfully,

Uri Marcus
Jerusalem

## Re: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  Jennifer Rarrick (jenniferrarrick@gmail.com)

Cc:    robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com;
       mamorel@littler.com; lucas.wall@yahoo.com

Date:  Wednesday, November 10, 2021, 02:52 PM EST

Dear Counsel:

As a plaintiff in Wall v. Southwest Airlines, I am wondering why you have not responded to the last three consultations on motions, since it was due to each of us not filing that I am now following the procedures recommended by the court to file the motions I filed yesterday and future motions... Please advise as to your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning.  I would also appreciate an explanation regarding why you did not respond to our last two consultations. I would assume you are aware that Local Rule 3.01(g) requires counsel to promptly respond to any conferral. As a plaintiff, I am trying to follow what the judicial system has requested, and I would hope the counsel for the airlines would do the same.

Jennifer Rarrick

> On Wed, Nov 10, 2021 at 2:28 PM Uriel ben-Mordechai <uri@ntcf.org> wrote:
>
> Shalom Counsel:
>
> I am a plaintiff in Wall v. Southwest Airlines. You have not responded to our last three consultations on motions. Please advise as to your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. And I'd appreciate an explanation regarding why you did not respond to our last two consultations. I'm sure you're aware that Local Rule 3.01(g) requires counsel to promptly respond to any conferral.
>
> Respectfully,
>
> Uri Marcus
> Jerusalem

## Re: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  Leonardo McDonnell ████████████████████

To:    lucas.wall@yahoo.com

Cc:    robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com;
       mamorel@littler.com; aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com;
       shannonrgreer@yahoo.com; teades2603@live.com; uri@ntcf.org; adi@ntcf.org;
       pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com;
       jenniferrarrick@gmail.com

Date:  Wednesday, November 10, 2021, 02:58 PM EST

Salutations counsel:

I, Leonardo McDonnell, am a plaintiff in Wall v. Southwest Airlines. You have not responded to our last three consultations on motions. Please advise your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. We would greatly appreciate an explanation regarding why our last two consultations did not receive a response. Local Rule 3.01(g) requires counsel to promptly respond to any conferral. Sending love and positive energy to all. Non-lawyer Lucas Wall has been respectful as have all the other co-plaintiffs and we deserve the respect of appropriate, non-partisan legal process

God Bless,

Leonardo McDonnell
Citizen of USA and Colombia

Sent from my iPhone

Sent from my iPhone

> On Nov 10, 2021, at 1:32 AM, Lucas Wall <lucas.wall@yahoo.com> wrote:
>
>
> Dear counsel:
>
> As lead plaintiff in Wall v. Southwest Airlines, I expect to file about noon today a motion asking the court to compel the clerk to accept and docket filings from the additional 12 plaintiffs in this case. These plaintiffs yesterday submitted via the court's filing webform a motion to compel the clerk to correct the docket and a motion for leave to e-file. The clerk's office has not docketed any of these filings.
>
> Plaintiffs will be calling to the clerk's office in the morning to inquire about why the filings haven't been docketed. If the clerk is refusing to accept the filings because somebody erroneously deleted the additional dozen plaintiffs from the docket, I will file the proposed

From: **Jared Rarrick** <pastor@anchor-baptist.com>
Date: Wed, Nov 10, 2021 at 3:01 PM
Subject: Wall v. Southwest- Consultation on Motions Filed
To: <Robert@torricellalaw.com>, <bmaye@amm-law.com>, <Roy.Goldberg@stinson.com>, <mamorel@littler.com>


Dear Counsel:
As a plaintiff in Wall v. Southwest Airlines, I am wondering why you have not responded to our last three consultations on motions.  Please advise as to your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. Since I am trying to follow the recommendations of the court to file documents on my behalf,  I would appreciate an explanation regarding why you did not respond to our last two consultations. I assume you are aware  that Local Rule 3.01(g) requires counsel to promptly respond to any conferral.

Jared Rarrick

## Wal lv. Southwest- Consultation on Motion to Compel

From:  Connie Rarrick (connierarrick@yahoo.com)

To:     robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com;
        mamorel@littler.com

Cc:     lucas.wall@yahoo.com

Date:  Wednesday, November 10, 2021, 03:07 PM EST

Dear Counsel:

I am a plaintiff in Wall v. Southwest Airlines. Due to your nonresponse to our last three
consultations on motions, I am requesting you to advise as to your position on the motion to
compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning.  I would also
appreciate an explanation regarding why you did not respond to our last two consultations. I
assume you're aware that Local Rule 3.01(g) requires counsel to promptly respond to any
conferral, and since I as a plaintiff am following the request of the court, I would hope the airlines
would do so as well.

Connie Rarrick

## RE: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  Morel, Miguel (mamorel@littler.com)

To:  adi@ntcf.org

Cc:  robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; aa@neg.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; ███████████████ pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com; lucas.wall@yahoo.com; uri@ntcf.org

Date:  Wednesday, November 10, 2021, 04:31 PM EST

Good afternoon,

Thank you for your e-mail. My firm serves as counsel for Spirit Airlines. <mark>Given the current court orders and procedural posture of this case, neither you nor your husband are parties to this action. Until such time, we are not required to confer or consult with you regarding matters pertaining to this action.</mark> I hope this answers your question. Have a great rest of the day.

-Miguel

Miguel Morel
Attorney at Law
305.400.7535 direct , 561.504.8761 mobile, 305.675.0353 fax
MAMorel@littler.com

littler.com | Fueled by ingenuity. Inspired by you.

Labor & Employment Law Solutions | Local Everywhere
Wells Fargo Center, 333 SE 2nd Avenue, Suite 2700, Miami, FL 33131

-----Original Message-----
From: adi ntcf.org <adi@ntcf.org>
Sent: Wednesday, November 10, 2021 3:44 PM
To: Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com; Morel, Miguel <MAMorel@littler.com>; aa@neg.com; ericlcila@yahoo.com; shannonrgreer@yahoo.com; teades2603@live.com; ███████████████ pmenage@googlemail.com; connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com; Lucas Wall <lucas.wall@yahoo.com>; uri ntcf.org <uri@ntcf.org>
Subject: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings
Importance: High

[EXTERNAL E-MAIL]

Shalom Counsel:

I am a plaintiff in Wall v. Southwest Airlines. My husband has written, and now I am writing.

You have not responded to our last three consultations on motions. Please advise as to your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. And I'd appreciate an explanation regarding why you did not respond to our last two consultations. I'm sure you're aware that Local Rule 3.01(g) requires counsel to promptly respond to any conferral.

Respectfully,

Yvonne Marcus
Jerusalem

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s).
Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended
recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete
all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide
through a number of separate legal entities. Please visit www.littler.com for more information.

## RE: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:   Tony Eades (teades2603@live.com)

Cc:     robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com;
        mamorel@littler.com; aa@neg.com; mrradioactive@protonmail.com; ericlcila@yahoo.com;
        shannonrgreer@yahoo.com; uri@ntcf.org; adi@ntcf.org; pmenage@googlemail.com;
        connierarrick@yahoo.com; pastor@anchor-baptist.com; jenniferrarrick@gmail.com;
        lucas.wall@yahoo.com; ██████████████████

Date:   Wednesday, November 10, 2021, 05:22 PM EST

Hello Opposing Counsel:

I, Anthony (Tony) Eades, am a plaintiff in Wall v. Southwest Airlines. You have not responded to our last three consultations on motions. Please advise your position on the motion to compel clerk to accept filings from all plaintiffs that we plan to file tomorrow morning. We would greatly appreciate an explanation regarding why our last two consultations did not receive a response. Local Rule 3.01(g) requires counsel to promptly respond to any conferral. Sending love and positive energy to all. Non-lawyer Lucas Wall has been respectful as have all the other co-plaintiffs and we deserve the respect of appropriate, non-partisan legal process

As you may or may not know, Mr. Wall does NOT represent me, I represent myself, as I am an adult and can do things my self, I am a co-plaintiff because Mr. Wall and myself share the same goal.

## Fw: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  shannonrgreer@yahoo.com (shannonrgreer@yahoo.com)

To:    robert@torricellalaw.com; robert@torricellalaw.com; bmaye@amm-law.com; bmaye@amm-law.com; roy.goldberg@stinson.com; roy.goldberg@stinson.com; mamorel@littler.com; mamorel@littler.com

Cc:    ericlcila@yahoo.com

Date:  Thursday, November 11, 2021, 01:49 PM EST

Shalom and greetings Counsel,

I am writing this email, together with my spouse and fellow plaintiff, Eric Cila, with our personal friend, Uri, and all the other plaintiffs named in the amended complaint filed against your clients in the Wall v. SW Airlines matter, 6:21cv1008.

Complaint: We complain that you are ignoring us as lawyers in this suit, which is improper.

Requested Remedy: We inure you herein to please act professionally and mind attorney principles of ethics toward us.

Arguments: We, the plaintiffs, are all duly named on the Amended Complaint.

Evidence: We are named parties to this suit. If you have received any legal Notice from the Magistrate Judge or other, that we have been struck from this suit as real parties, please feel free to share, but at this time we are not aware of having been excluded from the case.

Conclusion: Based on this legal procedural fact, and acting as pro se (self-representing) litigants, we would like to remind you that we are, therefore, recognized legally as actual lawyers by the courts- lawyers for ourselves- and merit the same treatment you would have toward any BAR admitted attorney.

Request of Action: We thus advise you all not to shirk your ethical, professional duties in this case toward us. We hereby advise you:

1. to promptly respond to our last 3 consultation email requests.

2. respond as you would to any other BAR member brother, in like manner, to all our future legal correspondences in this matter going forward.

3. advise us as to your position on our Motion to Compel Clerk to Accept Filings From All Plaintiffs that we plan to file (or may have already filed as it were), as requested.

4. reply, as a professional courtesy, to our written inquiries and correspondences to you all.

5. explain to us exactly why you did not (or choose not to) respond to our last two consultation emails, or any future correspondences, with an accompanying authority for your position(s).

We believe that you have no legal grounds to believe we are not real parties to the suit. If you do

have evidence we are not real, I respectfully invite you to produce it, else we hereby again inure you to comply with our demands regarding our requests echoed herein.

Do the right thing. Thank you.


Respectfully,

Shannon and Eric Cila
Plaintiffs pro se
8807 Avondale Ct
Louisville, KY 40299
319-795-5552

## Confirmation of Receipt of Reply, Re: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  shannonrgreer@yahoo.com (shannonrgreer@yahoo.com)

To:  mamorel@littler.com

Cc:  ericlcila@yahoo.com

Date:  Thursday, November 11, 2021, 02:18 PM EST

Dear Mr. Morel,

Thank you so much for your prompt and professional reply.

We herein receive into evidence and document your formal response on behalf of your clients that:

1. You refuse to acknowledge us as legitimate parties to the action, 6:21cv1008.

2. Your reason is: "Given the current court orders and procedural posture of this case."

3. I have duly noted that you did not disagree with the other legal points, in particular, that we are real people.

4. We will file your response accordingly into evidence.

Feel free to respond with any further comments or corrections if you feel the need, and thank you again!


Respectfully,

Shannon and Eric Cila
Pro se Plaintiffs, 6:21cv1008
8807 Avondale Ct
Louisville, KY 40299
319-795-5552

> On Thursday, November 11, 2021, 01:54:55 PM EST, Morel, Miguel <mamorel@littler.com> wrote:
>
>
> Good afternoon,
>
> Thank you for your e-mail. My firm serves as counsel for Spirit Airlines. Given the current court orders and procedural posture of this case, we *respectfully* disagree you are a party to this action. Until such time, we are not required to confer or consult with you regarding matters pertaining to this action. Have a great rest of the day.
>
> -Miguel

## Re: Wall v. Southwest Airlines -- Consultation on Motion to Compel Clerk to Accept Filings

From:  shannonrgreer@yahoo.com (shannonrgreer@yahoo.com)

To:    roy.goldberg@stinson.com

Cc:    ericlcila@yahoo.com

Date:  Thursday, November 11, 2021, 02:39 PM EST

Dear Mr. Goldberg,

Thank you so much for your prompt and professional reply.

We herein receive into evidence and document your formal response on behalf of your clients that you agree with Mr. Morel's email reply (included) to us that:

1. You refuse to acknowledge us as legitimate parties to the action, 6:21cv1008.

2. Your reason is: "Given the current court orders and procedural posture of this case."

3. I have duly noted that you did not disagree with the other legal points, in particular, that we are real people.

4. We will file your response accordingly into evidence.

Additionally, we note in response to your email reply:

5. You take an identical stance on this issue with Mr. Morel's client.

6. We acknowledge your offering of Report and Recommendation from October 28, 2021, as your grounds and legal authority for taking this position with us, although,

7. you declined to reference an actual standing Order for your position, but offered us only a speculation: "the Amended Complaint 'is due to be stricken.'" which holds no legal power at this juncture in the proceedings until it becomes an Order.

Feel free to respond with any further comments or corrections if you feel the need, and thank you again for your prompt response on behalf of your clients, Delta, Alaska, Southwest and JetBlue! It is very much appreciated.


Respectfully,

Shannon and Eric Cila
Pro se Plaintiffs, 6:21cv1008
8807 Avondale Ct
Louisville, KY 40299
319-795-5552

> On Thursday, November 11, 2021, 02:03:08 PM EST, Goldberg, Roy

<roy.goldberg@stinson.com> wrote:

The same response is hereby provided on behalf of Delta, Alaska, Southwest and JetBlue.  The attached Report and Recommendation from October 28, 2021 states, among other things, that the Amended Complaint "is due to be stricken."  That is the current status and as such neither you nor your colleagues are parties to the case. There is no meet and confer or other obligation that exists.

**Roy Goldberg**
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington,DC20006-4605
Direct: 202.728.3005 \ Mobile:301.908.3268 \ Bio

Assistant: Casey O'Keefe \ 202.346.6911 \ casey.okeefe@stinson.com

**STINSON.COM**

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.  If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

## Re: Wall v. Southwest Airlines et al

From: Lucas Wall (lucas.wall@yahoo.com)

To: mamorel@littler.com

Cc: maurice@torricellalaw.com; robert@torricellalaw.com; bmaye@amm-law.com;
roy.goldberg@stinson.com

Date: Thursday, November 11, 2021, 02:54 PM EST

Dear counsel:

I am not representing others and object to your constant libel that I am.  I have been attempting to confer regarding your position on my motions I am filing. You have refused to give me your clients' position, which is a violation of Local Rule 3.01(g).

I will be filing a motion with the court today or tomorrow to compel all defense attorneys to engage in consultations with all plaintiffs in this case. If you provide your position on this motion, I will report it to the court as required. If you do not respond, I will report that to the court.

Your position that there are not 13 plaintiffs is wrong. As you are aware, the Amended Complaint lists all 13 plaintiffs and is the operative pleading in this case. Although the magistrate's R&R recommends the Amended Complaint be dismissed with leave to replead, that is not a final order from the district judge. As you can plainly see on the R&R caption, the magistrate lists all 13 people as plaintiffs in this matter. And notably the R&R makes no mention of disallowing the 12 joined plaintiffs, but focuses only on two recommendations: that we may not proceed as a class action and that we may not appoint a lead plaintiff.

If this misconduct continues whereby you refuse to consult with all plaintiffs as required by Local Rule 3.01(g), all 13 plaintiffs will have no choice but to file ethics complaints with the state bar associations and/or supreme courts where you licensed. We will also move for sanctions in the Middle District of Florida.

*Lucas Wall

>>>>>>>>>>>>>>>>

On Wednesday, November 10, 2021, 04:43:25 PM EST, Morel, Miguel <mamorel@littler.com> wrote:

Mr. Wall,

Spirit joins the position taken by Allegiant and Frontier.


Thank you,

Miguel

---

**From:** Brian T. Maye <bmaye@AMM-LAW.com>
**Sent:** Wednesday, November 10, 2021 4:38 PM
**To:** Lucas Wall <lucas.wall@yahoo.com>
**Cc:** Maurice Baumgarten <maurice@torricellalaw.com>; Robert Torricella <robert@torricellalaw.com>; Petesch, Peter J. <PPetesch@littler.com>; Morel, Miguel <MAMorel@littler.com>; Goldberg, Roy <roy.goldberg@stinson.com>
**Subject:** Wall v. Southwest Airlines et al


Mr. Wall,


Allegiant and Frontier ask that you note in your filings that their position is as follows:


"You have been requesting to meet and confer with regard to issues involving various persons who are not parties to this lawsuit and, as the Court has made clear, on whose behalf you are not permitted to act. Furthermore, if other persons become parties to this lawsuit, the Court has made clear that you are not authorized to represent them. In light of the Court's guidance on this issue and the strict rules against the unauthorized practice of law, Allegiant and Frontier will not participate in activities where you purport to act on behalf of others."


Thank you.


Brian


Brian T. Maye

**ADLER MURPHY & McQUILLEN LLP**

20 S. Clark Street, Suite 2500

Chicago, Illinois 60603

Main: (312) 345-0700

Direct: (312) 422-5713

Mobile: (312) 286-5117

Facsimile: (312) 345-9860

www.amm-law.com

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.

---

**From:** Goldberg, Roy <roy.goldberg@stinson.com>
**Sent:** Wednesday, November 10, 2021 3:26 PM
**To:** Lucas Wall <lucas.wall@yahoo.com>
**Cc:** Maurice Baumgarten <maurice@torricellalaw.com>; Robert Torricella <robert@torricellalaw.com>; Brian T. Maye <bmaye@AMM-LAW.com>; Petesch, Peter J. <PPetesch@littler.com>; mamorel@littler.com
**Subject:** FW: Activity in Case 6:21-cv-01008-PGB-DCI Wall v. Southwest Airlines et al Order on Motion for Miscellaneous Relief

Dear Mr. Wall.  With regard to your emails today and your voicemail to Robert Torricella and me today, you may set forth the following as the position of Delta, Southwest, JetBlue, and Alaska in any filings that involve your purporting to act on behalf of others: "You have been requesting to meet and confer with regard to issues involving various persons who are not parties to this lawsuit and, as the Court has made clear, on whose behalf you are not permitted to act. Furthermore, if other persons become parties to this lawsuit, the Court has made clear that you are not authorized to represent them. In light of the Court's guidance on this issue and the strict rules against the unauthorized practice of law, Defendants will not participate in activities where you purport to act on behalf of others."

**Roy Goldberg**
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800

Washington, DC 20006-4605
Direct: 202.728.3005 \ Mobile: 301.908.3268 \ Bio

Assistant: Casey O'Keefe \ 202.346.6911 \ casey.okeefe@stinson.com

**STINSON.COM**

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.  If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

---

**From:** cmecf_flmd_notification@flmd.uscourts.gov
<cmecf_flmd_notification@flmd.uscourts.gov>
**Sent:** Tuesday, October 26, 2021 4:07 PM
**To:** cmecf_flmd_notices@flmd.uscourts.gov
**Subject:** Activity in Case 6:21-cv-01008-PGB-DCI Wall v. Southwest Airlines et al Order on Motion for Miscellaneous Relief

**External Email – Use Caution**

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Middle District of Florida**

**Notice of Electronic Filing**

The following transaction was entered on 10/26/2021 at 4:06 PM EDT and filed on 10/26/2021

**Case Name:**     Wall v. Southwest Airlines et al
**Case Number:**   6:21-cv-01008-PGB-DCI
**Filer:**
**Document Number:** 85

**Docket Text:**
**ORDER denying [84] Plaintiff Leonardo McDonnell's Unopposed Motion to Redact. On or before November 8, 2021, Mr. McDonnell is directed to file a notarized affidavit with an original signature stating his correct legal name and the date that his name changed. It is ORDERED that Mr. Wall is prohibited from filing any document on behalf of any other person in this case. On or before November 8, 2021, Mr. Wall shall show cause in writing why his electronic filling privileges in all cases before this Court should not be revoked because he abused his permissions by electronically filing documents on behalf of other**

**persons, including documents that purport to include electronic signatures by persons who are not authorized to file electronically. See Order. Signed by Magistrate Judge Daniel C. Irick on 10/26/2021. (RN)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Roberto A. Torricella, Jr     Robert@torricellalaw.com, Samantha@torricellalaw.com

Maurice Jay Baumgarten     maurice@torricellalaw.com, mjbaumgarten@aol.com

Milton Roy Goldberg     roy.goldberg@stinson.com

William Boltrek, III     william.boltrek@henlaw.com, brenda.sitar@henlaw.com

Kyle Dudek     kyle.dudek@henlaw.com, sarah.howie@henlaw.com

Miguel Morel     mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Brian T. Maye     bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Lucas Wall     lucas.wall@yahoo.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

Aaron Abadi
Apt. 140
82 Nassau St.
New York, NY 10038

Anthony Eades
19499 Cedar Gate Dr.
Warsaw, MO 65355

Connie Rarrick
36 Lafayette St.
Saco, ME 04072

Eric Cila
8807 Avondale Ct.
Louisville, KY 40299

Jared Rarrick
36 Lafayette St.
Saco, ME 04072

Jennifer Rarrick
36 Lafayette St.
Saco, ME 04072

Kevin Leonardo McDonnell
P.O. Box 1113
Melbourne, FL 32902

Kleanthis Andreadakis
5108 Hunters Meadow Pl.

Henrico, VA 23231

Peter Menage
3255 N. Mars Ave.
Palmer, AK 99645

Shannon Greer Cila
8807 Avondale Ct.
Louisville, KY 40299

Uri Marcus
P.O. Box 126
Ojai, CA 93024

Yvonne Marcus
P.O. Box 126
Ojai, CA 93024

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1069447731 [Date=10/26/2021]
[FileNumber=21421147
-0]
[769f607fa1ada122a02b25c9214797f088af3f63098d66a7558a11ff1a1b45ba7
7c97e4cd7ce52b054ca0e200f2a2be493061590007710c045abe50ec9e5d291]]

---

The information contained in this electronic mail message is confidential information intended only for the use of the individual or entity named above, and may be protected by the attorney client and/or attorney work product privileges.  If the reader of this message is not the intended recipient or the employee or agent responsible to deliver to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please immediately notify us and delete the original message.

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

```
Plaintiffs' Exhibit 2
```

motion on Wall v Southwest

---

From:  aa@neg.com (aa@neg.com)

To:    robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com;
       mamorel@littler.com

Date:  Monday, November 15, 2021, 12:14 PM EST

---

Dear counsel:


As a plaintiff in Wall v. Southwest Airlines, I write pursuant to Local Rule 3.01(g) to consult with
you on the Motion to Compel All Defense Counsel to Confer with All Plaintiffs that I plan to file
tonight or tomorrow. I understand our lead plaintiff, Lucas Wall, already advised you about this
motion a few days ago. I will be filing for myself as I understand most plaintiffs intend to.


I will be asking for a court order to compel all defense counsel to confer on all motions with all
13 plaintiffs listed in the caption of the magistrate's Report & Recommendation (matching the 13
plaintiffs listed on the Amended Complaint, which has NOT (contrary to your prior assertion)
been struck.


Please advise of your clients' position on this motion so I may report it to the court as required.
Thank you.



*Aaron Abadi*

Cell 516-639-4100

## FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

From: Lucas Wall (lucas.wall@yahoo.com)

To: robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Date: Monday, November 15, 2021, 12:19 PM EST

Dear counsel:

Good afternoon. This is a follow up to my e-mail sent Thursday Nov. 11, asking for your clients' position on the Motion to Compel All Defense Counsel to Confer with All Plaintiffs regarding motions. I had intended to file this last week but did not have a chance. It will be filed tonight or tomorrow. I'd appreciate a response by close of business today.

As you know, defense counsel are refusing to consult with all plaintiffs on motions as required. I must therefore seek the court's intervention to remedy this problem.

I offer one more chance for you to report your clients' position on this motion asking the court to compel all defense lawyers to confer per Local Rule 3.01(g) with all 13 plaintiffs named in the Amended Complaint and in the caption of the magistrate's Report & Recommendation, among many other court documents. I make this consultation on behalf of myself as I will be filing the motion on behalf of myself. I understand other plaintiffs will also be contacting you about the similar motion they plan to file.

*Lucas Wall

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

From: Lucas Wall (lucas.wall@yahoo.com)
To: mamorel@littler.com
Cc: maurice@torricellalaw.com; robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com
Date: Thursday, November 11, 2021, 02:54 PM EST

Dear counsel:
I am not representing others and object to your constant libel that I am. I have been attempting to confer regarding your position on my motions I am filing. You have refused to give me your clients' position, which is a violation of Local Rule 3.01(g).

I will be filing a motion with the court today or tomorrow to compel all defense attorneys to engage in
consultations with all plaintiffs in this case. If you provide your position on this motion, I will report it to
the court as required. If you do not respond, I will report that to the court.

Your position that there are not 13 plaintiffs is wrong. As you are aware, the Amended Complaint lists
all 13 plaintiffs and is the operative pleading in this case. Although the magistrate's R&R recommends
the Amended Complaint be dismissed with leave to replead, that is not a final order from the district
judge. As you can plainly see on the R&R caption, the magistrate lists all 13 people as plaintiffs in this
matter. And notably the R&R makes no mention of disallowing the 12 joined plaintiffs, but focuses only
on two recommendations: that we may not proceed as a class action and that we may not appoint a
lead plaintiff.

If this misconduct continues whereby you refuse to consult with all plaintiffs as required by Local Rule
3.01(g), all 13 plaintiffs will have no choice but to file ethics complaints with the state bar associations
and/or supreme courts where you licensed. We will also move for sanctions in the Middle District of
Florida.

*Lucas Wall

## RE: FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

From:  Goldberg, Roy (roy.goldberg@stinson.com)

To:    lucas.wall@yahoo.com; bmaye@amm-law.com; mamorel@littler.com

Cc:    robert@torricellalaw.com; ppetesch@littler.com; maurice@torricellalaw.com

Date:  Monday, November 15, 2021, 12:53 PM EST

Mr. Wall, in response to your request, the position of Delta, Southwest, Alaska and JetBlue remains that we will meet and confer with you regarding motions that you plan to file solely on behalf of yourself.  We have consistently communicated with you regarding motions you plan to file only on your behalf and do so once again here.  However, since you are not an attorney we will not communicate with you – a non-lawyer-- regarding other putative plaintiffs in this case or any relief that those other parties may seek to pursue.  As you know, the Magistrate has recommended that your Amended Complaint be stricken.  You have filed an objection to that Report and Recommendation and so far Judge Byron has not issued an order with regard to the Report and Recommendation.  However, that does not give you or your colleagues the right to proceed as if the Report and Recommendation does not exist.  In any case, your attempting to add new parties via the Amended Complaint was not valid in the first instance.  We share the stated concern of the Magistrate that you are trying to act as the lawyer for the other putative plaintiffs – to use your words, you are acting as the "'captain' of [the] prosecution" of not only your claims but also those of your colleagues.  ECF 119, at 7.  We view this as an impermissible unauthorized practice of law that we cannot aid or abet.

Roy Goldberg

Partner

Stinson LLP

1775 Pennsylvania Avenue, N.W.

Suite 800

Washington, D.C. 20006

(202) 728-3005

Email: roy.goldberg@stinson.com

## Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

From:  Uriel ben-Mordechai (uri@ntcf.org)

To:    robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com;
       mamorel@littler.com

Cc:    adi@ntcf.org

Date:  Monday, November 15, 2021, 01:07 PM EST

Shalom counsellors,

As Plaintiffs in Wall v. Southwest Airlines, and as living breathing human beings, completely and entirely unique and separate from Mr. Wall, and deserving respect as such before the Court and before ALL of you AS PLAINTIFFS, we are writing pursuant to **Local Rule 3.01(g)** for the Middle District of Florida to consult with you on a **Motion to Compel ALL Defense Counsel to Confer with ALL Plaintiffs**, including **ourselves identified below** that we plan to file tonight or tomorrow.

We understand our lead Plaintiff — Lucas Wall — already advised you about this motion a few days ago. We will be filing for ourselves, just as I understand most other Plaintiffs also intend to do.

We will be asking for a Court order to compel **ALL defense counsellors** to confer on **ALL** motions with **ALL 13 Plaintiffs** listed in the caption of the magistrate's **Report & Recommendation** (matching the **13 plaintiffs** listed on the Amended Complaint, <span style="color:red">**which has NOT (contrary to your prior assertion) been struck.**</span>

Please advise of your clients' position on this motion so that we may report it to the court as required. Imagine having licensed attorneys actually observing **ALL** civil rules of procedure for the Middle District of Florida! What a concept!

Please advise on your intentions to **oppose** or **not oppose** our motion, as all of you deem appropriate under the circumstances.

URI MARCUS • PLAINTIFF

YVONNE MARCUS • PLAINTIFF

Jerusalem

## Fwd: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

From:  Uriel ben-Mordechai (uri@ntcf.org)

To:    lucas.wall@yahoo.com

Date:  Monday, November 15, 2021, 01:13 PM EST

---

**From:** "Morel, Miguel" <MAMorel@littler.com>
**Subject: RE: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel**
**Date:** 15 November 2021 at 20:10:51 GMT+2
**To:** Uriel ben-Mordechai <uri@ntcf.org>
**Cc:** Adi Marcus <adi@ntcf.org>, "Robert@torricellalaw.com" <Robert@torricellalaw.com>, "bmaye@amm-law.com" <bmaye@amm-law.com>, "Roy.Goldberg@stinson.com" <Roy.Goldberg@stinson.com>

Good afternoon,

Thank you for your e-mail. My firm serves as counsel for Spirit Airlines. ==Given the current court orders and procedural posture of this case, neither you nor your husband are parties to this action. Until such time, we are not required to confer or consult with you regarding matters pertaining to this action.== Have a great rest of the day.

-Miguel

**From:** Uriel ben-Mordechai <uri@ntcf.org>
**Sent:** Monday, November 15, 2021 1:08 PM
**To:** Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com; Morel, Miguel <MAMorel@littler.com>
**Cc:** Adi Marcus <adi@ntcf.org>
**Subject:** Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

## [EXTERNAL E-MAIL]

Shalom counsellors,

As Plaintiffs in Wall v. Southwest Airlines, and as living breathing human beings, completely and entirely unique and separate from Mr. Wall, and deserving respect as such before the

Court and before ALL of you AS PLAINTIFFS, we are writing pursuant to **Local Rule 3.01(g)** for the Middle District of Florida to consult with you on a **Motion to Compel ALL Defense Counsel to Confer with ALL Plaintiffs**, including **ourselves identified below** that we plan to file tonight or tomorrow.

We understand our lead Plaintiff — Lucas Wall — already advised you about this motion a few days ago. We will be filing for ourselves, just as I understand most other Plaintiffs also intend to do.

We will be asking for a Court order to compel **ALL defense counsellors** to confer on **ALL** motions with **ALL 13 Plaintiffs** listed in the caption of the magistrate's **Report & Recommendation** (matching the **13 plaintiffs** listed on the Amended Complaint, **which has NOT (contrary to your prior assertion) been struck.**

Please advise of your clients' position on this motion so that we may report it to the court as required. Imagine having licensed attorneys actually observing**ALL** civil rules of procedure for the Middle District of Florida! What a concept!

Please advise on your intentions to **oppose** or **not oppose** our motion, as all of you deem appropriate under the circumstances.

URI MARCUS • PLAINTIFF

YVONNE MARCUS • PLAINTIFF

Jerusalem

--------------------------
This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.

Littler Mendelson, P.C. is part of the international legal practice Littler Global, which operates worldwide through a number of separate legal entities. Please visit www.littler.com for more information.

## Wall v. Southwest Airlines -- Consultation on Motion to Compel Defenese Counsel

From:  Leonardo McDonnell

To:  robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Date:  Monday, November 15, 2021, 01:34 PM EST

Dear counsel:

As a plaintiff in Wall v. Southwest Airlines, I, Leonardo McDonnell, write pursuant to Local Rule 3.01(g) to consult with you on the Motion to Compel All Defense Counsel to Confer with All Plaintiffs that I plan to file tonight or tomorrow. I understand our lead plaintiff, Lucas Wall, already advised you about this motion a few days ago. I will be filing for myself as I understand most plaintiffs intend to.

I will be asking for a court order to compel all defense counsel to confer on all motions with all 13 plaintiffs listed in the caption of the magistrate's Report & Recommendation (matching the 13 plaintiffs listed on the Amended Complaint, which has NOT (contrary to your prior assertion) been struck.

Please advise of your clients' position on this motion so I may report it to the court as required. Thank you.

Leonardo McDonnell


Sent from my iPhone

## Re: FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    mamorel@littler.com

Date:  Monday, November 15, 2021, 02:28 PM EST

Dear Mr. Morel:

You continual failure to confer will be noted in the upcoming motion. I am not going to attempt to engage in any more debate because your position is clearly wrong and I don't have the energy to expend in response to your efforts to stall the prosecution of this case against Spirit for its discrimination against the disabled who can't wear masks. I note again for the record I do not represent anyone nor "purport" to represent anyone, as you are well aware but continue to falsely claim.

As a plaintiff in this case, I am entitled to -- and will -- join in any necessary joint motions with other plaintiffs seeking the same relief.

Have a lovely afternoon. I will continue consulting on all motions as the Local Rules require.

*Lucas Wall

>>>>>>>>>>>>>>>>>

On Monday, November 15, 2021, 01:08:07 PM EST, Morel, Miguel <mamorel@littler.com> wrote:

Mr. Wall:

As you know, I serve as counsel for Defendant Spirit Airlines. My client's position remains the same and I have explained to the other individuals why we are not required to consult or confer with them regarding any filings in this case. I will explain it once more so that there is no future misunderstandings:

- Given the current court orders and procedural posture of this case, we *respectfully* disagree the other individuals you purport to represent are parties to this action. Until such time, we are not required to confer or consult with those individuals regarding matters pertaining to this action. Furthermore, despite your representation that you will

be filing your purported motion "on behalf of yourself," the very title of the motion you seek to file "Motion to Compel All Defense Counsel to Confer with All Plaintiffs" establishes otherwise. Your statement that you will "seek the court's intervention to remedy" defense counsel's alleged "refus[al] to consult with all plaintiffs on motions as required" further confirms this. Thus, you continue to attempt to represent other individuals who are not even proper parties to this action despite the court's previous orders prohibiting you from doing so. Lastly, the suggestion that I have not conferred with you on prior motions is simply not true. As you know, I have conferred with you in a courteous and professional manner regarding your previous motions. This is well-documented. For the reasons stated herein, Spirit objects to your requested relief.

Feel free to include the above statement in the conferral certificate exactly as stated above. In the future, do not e-mail or call me to confer regarding relief you seek on behalf of anyone other than yourself.

-Miguel Morel

---

**From:** Lucas Wall <lucas.wall@yahoo.com>
**Sent:** Monday, November 15, 2021 12:19 PM
**To:** Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com; Morel, Miguel <MAMorel@littler.com>
**Subject:** FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

[EXTERNAL E-MAIL]

Dear counsel:

Good afternoon. This is a follow up to my e-mail sent Thursday Nov. 11, asking for your clients' position on the Motion to Compel All Defense Counsel to Confer with All Plaintiffs regarding motions. I had intended to file this last week but did not have a chance. It will be filed tonight or tomorrow. I'd appreciate a response by close of business today.

As you know, defense counsel are refusing to consult with all plaintiffs on motions as required. I must therefore seek the court's intervention to remedy this problem.

I offer one more chance for you to report your clients' position on this motion asking the court to compel all defense lawyers to confer per Local Rule 3.01(g) with all 13 plaintiffs named in

## Re: FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

From:  Lucas Wall (lucas.wall@yahoo.com)

To:      mamorel@littler.com

Date:  Monday, November 15, 2021, 02:54 PM EST

Of course I will include your non-response in the motion, not only because the court rules require it but also because it speaks directly to why the requested relief is needed.

*Lucas Wall

>>>>>>>>>>>>>>>

On Monday, November 15, 2021, 02:47:45 PM EST, Morel, Miguel <mamorel@littler.com> wrote:

Mr. Wall,

You can characterize this lawsuit however you wish. That is you right. However, I respectfully ask you include my position in your motion as it was expressly noted in my previous email. I've treated you in a professional and courteous manner and ask for the same in return. I take my job and responsibilities as a member of the Florida Bar very seriously. Any misrepresentations by you will be swiftly addressed.

-Miguel Morel

**From:** Lucas Wall <lucas.wall@yahoo.com>
**Sent:** Monday, November 15, 2021 2:29 PM
**To:** Morel, Miguel <MAMorel@littler.com>
**Subject:** Re: FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Compel Defense Counsel

## Wall v. Southwest Airlines -- Consultation on Motion to Compel Defenese Counsel

From:  Tony Eades (teades2603@live.com)

To:    robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Date:  Monday, November 15, 2021, 06:41 PM EST

Dear counsel:

As a plaintiff in Wall v. Southwest Airlines, I write pursuant to Local Rule 3.01(g) to consult with you on the Motion to Compel All Defense Counsel to Confer with All Plaintiffs that I plan to file tonight or tomorrow. I understand our lead plaintiff, Lucas Wall, already advised you about this motion a few days ago. I will be filing for myself as I understand most plaintiffs intend to.

I will be asking for a court order to compel all defense counsel to confer on all motions with all 13 plaintiffs listed in the caption of the magistrate's Report & Recommendation (matching the 13 plaintiffs listed on the Amended Complaint, which has NOT (contrary to your prior assertion) been struck.

Please advise of your clients' position on this motion so I may report it to the court as required. Thank you.

Tony Eades

19499 Cedar Gate Dr

Warsaw, MO 65355

# Purple Heart Veteran