## AMENDED CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on November 17, 2021, a true and correct copy of the RESPONSE OF DEFENDANTS SOUTHWEST AIRLINES, ALASKA AIRLINES, DELTA AIR LINES AND JET BLUE AIRWAYS TO: (A) OBJECTIONS OF PLAINTIFF LUCAS WALL TO MAGISTRATE'S REPORT AND RECOMMENDATION ON DENIAL OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT AND; (B) OBJECTIONS OF EACH OF THE PRO-SE MOVANTS TO MAGISTRATE'S REPORT AND RECOMMENATION ON DENIAL OF MOTION FOR LEAVE TO FILE AMENDED COMPLAINT (Doc. 130) was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record; and that on November 18, 2021, I caused a true and accurate copy of the foregoing to be sent via First Class U.S. mail to the following persons:

Aaron Abadi
Apt. 140
82 Nassau St.
New York, NY 10038

Anthony Eades
19499 Cedar Gate Dr.
Warsaw, MO 65355

Connie Rarrick
36 Lafayette St.
Saco, ME 04072

1

CORE/3503476.0004/171028856.1

Eric L Cila
8807 Avondale Ct
Louisville, KY 40299

Jared Rarrick
36 Lafayette St.
Saco, ME 04072

Jennifer Rarrick
36 Lafayette St.
Saco, ME 04072

Kleanthis Andreadakis
5108 Hunters Meadow Pl.
Henrico, VA 23231

Leonardo McDonnell
P.O. Box 1113
Melbourne, FL 32902

Peter Menage
3255 N. Mars Ave.
Palmer, AK 99645

Shannon Greer Cila
8807 Avondale Ct
Louisville, KY 40299

Uri Marcus
P.O. Box 126
Ojai, CA 93024

Yvonne Marcus
P.O. Box 126
Ojai, CA 93024

/s M. Roy Goldberg
M. Roy Goldberg

2

CORE/3503476.0004/171028856.1