# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

LUCAS WALL,

    Plaintiff,

v.                                        Case No.: 6:21-cv-01008-PGB-DCI

SOUTHWEST AIRLINES, *et al.*,

    Defendants.

_____/

## DEFENDANT SPIRIT AIRLINES, INC.'S NOTICE OF JOINDER

**PLEASE TAKE NOTICE** that Defendant, Spirit Airlines, Inc., joins in the Response of Defendants Southwest Airlines Co., Alaska Airlines, Inc., Delta Air Lines, Inc., and JetBlue Airways Corporation to: (A) Objections Of Plaintiff Lucas Wall To Magistrate's Report And Recommendation On Denial Of Motion For Leave To File Amended Complaint and; (B) Objections Of Each Of The Non-Party Putative Plaintiffs To Magistrate's Report And Recommendation On Denial Of Motion ("the Response") [Doc. Nos. 130 & 133].

**WHEREFORE**, for the reasons stated in the Response, Defendant Spirit Airlines, Inc. respectfully requests that the Court adopt Magistrate Judge Irick's October 28, 2021 report and recommendation [Doc. 86] in its entirety, and award defendants such other and further relief as the Court deems appropriate.

Dated: November 18, 2021         Respectfully submitted,

                                                         **LITTLER MENDELSON, P.C**.

                                                         /s/ *Miguel A. Morel*
                                                         Miguel A. Morel, Esq. (FBN 89163)
                                                         E-mail: mamorel@littler.com
                                                         Wells Fargo Center
                                                         333 S.E. 2nd Avenue, Suite 2700
                                                         Miami, Florida 33131
                                                         Telephone: (305) 400-7500
                                                         Facsimile: (305) 603-2552

                                                         *Counsel for Defendant,*
                                                         *Spirit Airlines, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of November 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a notice of electronic filing to all parties of record. On November 18, 2021, I also caused a true and correct copy of the foregoing document to be furnished via first class mail to the following persons:

| | |
|---|---|
| Aaron Abadi<br>Apt. 140<br>82 Nassau St.<br>New York, NY 10038 | Anthony Eades<br>19499 Cedar Gate Dr.<br>Warsaw, MO 65355 |
| Connie Rarrick<br>36 Lafayette St.<br>Saco, ME 04072 | Eric L Cila<br>8807 Avondale Ct<br>Louisville, KY 40299 |
| Jared Rarrick<br>36 Lafayette St.<br>Saco, ME 04072 | Jennifer Rarrick<br>36 Lafayette St.<br>Saco, ME 04072 |
| Kleanthis Andreadakis<br>5108 Hunters Meadow Pl.<br>Henrico, VA 23231 | Leonardo McDonnell<br>P.O. Box 1113<br>Melbourne, FL 32902 |
| Peter Menage<br>3255 N. Mars Ave.<br>Palmer, AK 99645 | Shannon Greer Cila<br>8807 Avondale Ct<br>Louisville, KY 40299 |
| Uri Marcus<br>P.O. Box 126<br>Ojai, CA 93024 | Yvonne Marcus<br>P.O. Box 126<br>Ojai, CA 93024 |

**Dated**: November 18, 2021

/s/ *Miguel A. Morel*
Miguel A. Morel
Florida Bar No. 89163

***Counsel for Defendant,
Spirit Airlines, Inc.***