# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LUCAS WALL,**

    Plaintiff,

v.                                      Case No.: 6:21-cv-01008-PGB-DCI

**SOUTHWEST AIRLINES,** *et al.*,

    Defendants.

_____/

## DEFENDANT SPIRIT AIRLINES, INC.'S
## NOTICE OF STRIKING DOCKET ENTRY 135

Defendant, Spirit Airlines, Inc., hereby gives notice of striking [Doc.135] titled "Defendant Spirit Airlines, Inc.'s Notice of Joinder" filed on November 18, 2021. The substance of D.E. 135 will be refiled in accordance with the Local Rules.

**Dated**: November 18, 2021            Respectfully submitted,

                                                        **LITTLER MENDELSON, P.C**.

                                                        /s/ *Miguel A. Morel*
                                                        Miguel A. Morel, Esq. (FBN 89163)
                                                        E-mail: mamorel@littler.com
                                                        Wells Fargo Center
                                                        333 S.E. 2nd Avenue, Suite 2700
                                                        Miami, Florida 33131
                                                        Telephone: (305) 400-7500
                                                        Facsimile: (305) 603-2552

                                                        *Counsel for Defendant,*
                                                        *Spirit Airlines, Inc.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 18th day of November 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a notice of electronic filing to all parties of record. On November 18, 2021, I also caused a true and correct copy of the foregoing document to be furnished via first class mail to the following persons:

| | |
|---|---|
| Aaron Abadi<br>Apt. 140<br>82 Nassau St.<br>New York, NY 10038 | Anthony Eades<br>19499 Cedar Gate Dr.<br>Warsaw, MO 65355 |
| Connie Rarrick<br>36 Lafayette St.<br>Saco, ME 04072 | Eric L Cila<br>8807 Avondale Ct<br>Louisville, KY 40299 |
| Jared Rarrick<br>36 Lafayette St.<br>Saco, ME 04072 | Jennifer Rarrick<br>36 Lafayette St.<br>Saco, ME 04072 |
| Kleanthis Andreadakis<br>5108 Hunters Meadow Pl.<br>Henrico, VA 23231 | Leonardo McDonnell<br>P.O. Box 1113<br>Melbourne, FL 32902 |
| Peter Menage<br>3255 N. Mars Ave.<br>Palmer, AK 99645 | Shannon Greer Cila<br>8807 Avondale Ct<br>Louisville, KY 40299 |
| Uri Marcus<br>P.O. Box 126<br>Ojai, CA 93024 | Yvonne Marcus<br>P.O. Box 126<br>Ojai, CA 93024 |

**Dated**: November 18, 2021

          /s/ *Miguel A. Morel*
              Miguel A. Morel
              Florida Bar No. 89163

              ***Counsel for Defendant,***
              ***Spirit Airlines, Inc.***