Plaintiffs' Exhibit 2

FW: Document Filing - Orlando Division - 6:21-cv-1008

From: aa@neg.com (aa@neg.com)

To: lucas.wall@yahoo.com

Date: Tuesday, November 9, 2021, 10:04 AM EST

Motion to efile

Filed

AA

**From:** noreply@flmd.uscourts.gov <noreply@flmd.uscourts.gov>
**Sent:** Tuesday, November 9, 2021 10:03 AM
**To:** aa@neg.com
**Subject:** Document Filing - Orlando Division - 6:21-cv-1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Aaron
Middle Name:
Last Name: Abadi
Bar Number: Pro se
Bar State: NY

Case Number: 6:21-cv-1008
Division: Orlando

Telephone Number: 5166394100
Email Address: aa@neg.com
Firm Name: Aaron Abadi
Street Address: 82 Nassau Street
Suite Number: Apt. 140
City: New York
State: NY
Zip: 10038
Date: 11/09/21
Signature: s/AARON ABADI
Submitted: 11/09/21 10:03:12 am

Main Document Name: Mtn E-File.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

==================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
==================================================================

### Fw: Document Filing - Orlando Division - 6:21cv1008

From:  MrRadioActive (mrradioactive@protonmail.com)

To:    lucas.wall@yahoo.com

Date:  Tuesday, November 9, 2021, 10:08 AM EST

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, November 9th, 2021 at 10:07 AM, <noreply@flmd.uscourts.gov> wrote:

> Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.
>
> The information you supplied will be referred to the appropriate personnel for processing.
>
> First Name: Kleanthis
> Middle Name: N
> Last Name: Andreadakis
> Bar Number: Pro Se
> Bar State: VA
>
> Case Number: 6:21cv1008
> Division: Orlando
>
> Telephone Number: 8049881402
> Email Address: mrradioactive@protonmail.com
> Firm Name: Pro Se
> Street Address: 5108 HUNTERS MEADOW PL
> Suite Number:
> City: HENRICO
> State: VA
> Zip: 23231
> Date: 11/09/21
> Signature: s/ Kleanthis N Andreadakis
> Submitted: 11/09/21 10:07:07 am
>
> Main Document Name: Mtn E-File.pdf
> Exhibits or Attachments Name(s):
>
> Thank you.
>
> http://www.flmd.uscourts.gov
>
> ====================================================================
> Please DO NOT REPLY to this email. This is an auto-generated message.
> ====================================================================

Fw: Document Filing - Orlando Division - 6:21cv1008

From: Connie Rarrick (connierarrick@yahoo.com)

To: lucas.wall@yahoo.com

Date: Wednesday, November 10, 2021, 08:22 AM EST

----- Forwarded Message -----
**From:** "noreply@flmd.uscourts.gov" <noreply@flmd.uscourts.gov>
**To:** "connierarrick@yahoo.com" <connierarrick@yahoo.com>
**Sent:** Tuesday, November 9, 2021, 03:30:11 PM EST
**Subject:** Document Filing - Orlando Division - 6:21cv1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Connie
Middle Name:
Last Name: Rarrick
Bar Number: Pro Se
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 417-955-3675
Email Address: connierarrick@yahoo.com
Firm Name:
Street Address: 36 Lafayette St
Suite Number:
City: Saco
State: ME
Zip: 04072
Date: 11/09/21
Signature: s/Connie Rarrick
Submitted: 11/09/21 3:30:03 pm

Main Document Name: Mtn E-File.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

====================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
====================================================================

Fw: Document Filing - Orlando Division - 6:21cv1008

From: ericlcila@yahoo.com (ericlcila@yahoo.com)

To: lucas.wall@yahoo.com

Date: Wednesday, November 10, 2021, 07:32 PM EST

----- Forwarded Message -----
**From:** "noreply@flmd.uscourts.gov" <noreply@flmd.uscourts.gov>
**To:** "ericlcila@yahoo.com" <ericlcila@yahoo.com>
**Sent:** Wednesday, November 10, 2021, 07:30:52 PM EST
**Subject:** Document Filing - Orlando Division - 6:21cv1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: ERIC
Middle Name: L
Last Name: CILA
Bar Number: PRO SE
Bar State: KY

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 319-795-5551
Email Address: ericlcila@yahoo.com
Firm Name: PRO SE
Street Address: 8807 AVONDALE CT
Suite Number:
City: LOUISVILLE
State: KY
Zip: 40299
Date: 11/10/21
Signature: s/Eric L Cila
Submitted: 11/10/21 7:30:38 pm

Main Document Name: Mtn E-File.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

====================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
====================================================================

### Fwd: Document Filing - Orlando Division - 6:21cv1008

From: Jared Rarrick (pastor@anchor-baptist.com)

To: lucas.wall@yahoo.com

Date: Wednesday, November 10, 2021, 09:00 AM EST

---------- Forwarded message ---------
From: <noreply@flmd.uscourts.gov>
Date: Tue, Nov 9, 2021 at 3:27 PM
Subject: Document Filing - Orlando Division - 6:21cv1008
To: <pastor@anchor-baptist.com>

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Jared
Middle Name:
Last Name: Rarrick
Bar Number:
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 417-955-3675
Email Address: pastor@anchor-baptist.com
Firm Name:
Street Address: 36 Lafayette St
Suite Number:
City: Saco
State: ME
Zip: 04072
Date: 11/09/21
Signature: s/Jared Rarrick
Submitted: 11/09/21 3:27:45 pm

Main Document Name: Mtn E-File.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

==================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
==================================================================

## Fwd: Document Filing - Orlando Division - 6:21cv1008

From: Jennifer Rarrick (jenniferrarrick@gmail.com)

To: lucas.wall@yahoo.com

Date: Wednesday, November 10, 2021, 08:05 AM EST

---------- Forwarded message ---------
From: <noreply@flmd.uscourts.gov>
Date: Tue, Nov 9, 2021 at 3:21 PM
Subject: Document Filing - Orlando Division - 6:21cv1008
To: <jenniferrarrick@gmail.com>

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Jennifer
Middle Name:
Last Name: Rarrick
Bar Number: Pro Se
Bar State: ME

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 207-423-2479
Email Address: jenniferrarrick@gmail.com
Firm Name:
Street Address: 36 Lafayette St
Suite Number:
City: Saco
State: ME
Zip: 04072
Date: 11/09/21
Signature: s/Jennifer Rarrick
Submitted: 11/09/21 3:21:28 pm

Main Document Name: Mtn E-File.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

====================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
====================================================================

### Fwd: Document Filing - Orlando Division - 6:21cv1008

From: Leonardo McDonnell

To: lucas.wall@yahoo.com

Date: Wednesday, November 10, 2021, 11:48 AM EST

Sent from my iPhone

Begin forwarded message:

> **From:** noreply@flmd.uscourts.gov
> **Date:** November 9, 2021 at 1:55:10 PM EST
> **To:** leo_mcdonnell@icloud.com
> **Subject: Document Filing - Orlando Division - 6:21cv1008**
>
> Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.
>
> The information you supplied will be referred to the appropriate personnel for processing.
>
> First Name: Leonardo
> Middle Name:
> Last Name: McDonnell
> Bar Number: Pro Se
> Bar State: FL
>
> Case Number: 6:21cv1008
> Division: Orlando
>
> Telephone Number:
> Email Address:
> Firm Name: Pro Se
> Street Address: PO Box 1113
> Suite Number:
> City: Melbourne
> State: FL
> Zip: 32902
> Date: 11/09/21
> Signature: s/LeonardoMcDonnell
> Submitted: 11/09/21 1:55:03 pm
>
> Main Document Name: Mtn E-File.pdf
> Exhibits or Attachments Name(s):
>
> Thank you.
>
> http://www.flmd.uscourts.gov
>
> ==================================================================
> Please DO NOT REPLY to this email. This is an auto-generated message.
> ==================================================================

Document Filing - Orlando Division - 6:21cv1008

From:  Uriel ben-Mordechai (uri@ntcf.org)

To:    lucas.wall@yahoo.com

Date:  Tuesday, November 9, 2021, 10:41 AM EST

NOTICE of filing MTN TO E-FILE FOR URIEL AND YVONNE [ADI]

Orlando Division - 6:21cv1008

> Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.
>
> The information you supplied will be referred to the appropriate personnel for processing.
>
> First Name: URI
> Middle Name:
> Last Name: MARCUS
> Bar Number: PRO SE
> Bar State: FL
>
> Case Number: 6:21cv1008
> Division: Orlando
>
> Telephone Number: 909-833-0065
> Email Address: URI@NTCF.ORG
> Firm Name: PRO SE
> Street Address: P.O. Box 126
> Suite Number:
> City: OJAI
> State: CA
> Zip: 93024
> Date: 11/09/21
> Signature: s/Uri Marcus
> Submitted: 11/09/21 10:31:25 am
>
> Main Document Name: Mtn E-File 09 Nov 2021.pdf
> Exhibits or Attachments Name(s):
>
> Thank you.
>
> http://www.flmd.uscourts.gov
>
> ==================================================================
> Please DO NOT REPLY to this email. This is an auto-generated message.
> ==================================================================
>
>
> =========================================
>
> **From:** noreply@flmd.uscourts.gov
> **Subject: Document Filing - Orlando Division - 6:21cv1008**
> **Date:** 9 November 2021 at 17:34:31 GMT+2
> **To:** adi@ntcf.org
>
> Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.
>
> The information you supplied will be referred to the appropriate personnel for processing.
>
> First Name: YVONNE
> Middle Name:
> Last Name: MARCUS

Bar Number: PRO SE
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 909-833-0065
Email Address: adi@ntcf.org
Firm Name: PRO SE
Street Address: P.O. BOX 126
Suite Number:
City: OJAI
State: CA
Zip: 93024
Date: 11/09/21
Signature: s/Yvonne Marcus
Submitted: 11/09/21 10:34:27 am

Main Document Name: Mtn E-File 09 Nov 2021.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

======================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
======================================================================

Fwd: Document Filing - Orlando Division - 6:21cv1008

From: Peter Menage (pmenage@googlemail.com)

To: lucas.wall@yahoo.com

Date: Wednesday, November 10, 2021, 01:28 AM EST

*Respectfully,*
*Pete*

*The information contained in this message is confidential, intended solely for the use of the individual or entity to whom it is addressed and may be protected by professional secrecy.*
*You should not copy, disclose or distribute this information for any purpose.*
*If you are not the intended recipient of this message or you receive this mail in error, you should refrain from making any use of the contents and from opening any attachment.*
*In that case, please notify the sender immediately and return the message to the sender, then, delete and destroy all copies.*
*This e-mail message has been swept by anti-virus systems for the presence of computer viruses.*
*In doing so, however, we cannot warrant that virus or other forms of data corruption may not be present and we do not take any responsibility in any occurrence.*

Begin forwarded message:

> **From:** noreply@flmd.uscourts.gov
> **Date:** November 9, 2021 at 07:10:34 AKST
> **To:** pmenage@gmail.com
> **Subject: Document Filing - Orlando Division - 6:21cv1008**
>
>  Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.
>
> The information you supplied will be referred to the appropriate personnel for processing.
>
> First Name: Peter
> Middle Name:
> Last Name: Menage
> Bar Number: Pro Se
> Bar State: FL
>
> Case Number: 6:21cv1008
> Division: Orlando
>
> Telephone Number: 9077151205
> Email Address: pmenage@gmail.com
> Firm Name: Pro Se
> Street Address: 8255 N Mars Ave
> Suite Number:
> City: Palmer
> State: AK
> Zip: 99645
> Date: 11/09/21
> Signature: s/Peter Menage
> Submitted: 11/09/21 11:10:22 am
>
> Main Document Name: Mtn E-File.pdf
> Exhibits or Attachments Name(s):
>
> Thank you.
>
> http://www.flmd.uscourts.gov
>
> ================================================================

### Fw: Document Filing - Orlando Division - 6:21cv1008

From: Shannon Greer (shannonrgreer@yahoo.com)

To: lucas.wall@yahoo.com

Date: Thursday, November 11, 2021, 09:40 AM EST

----- Forwarded Message -----
**From:** "noreply@flmd.uscourts.gov" <noreply@flmd.uscourts.gov>
**To:** "shannonrgreer@yahoo.com" <shannonrgreer@yahoo.com>
**Sent:** Wednesday, November 10, 2021, 07:29:13 PM EST
**Subject:** Document Filing - Orlando Division - 6:21cv1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: SHANNON
Middle Name: GREER
Last Name: CILA
Bar Number: PRO SE
Bar State: KY

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 319-795-5552
Email Address: shannonrgreer@yahoo.com
Firm Name: PRO SE
Street Address: 8807 AVONDALE CT
Suite Number:
City: LOUISVILLE
State: KY
Zip: 40299
Date: 11/10/21
Signature: s/Shannon Greer Cila
Submitted: 11/10/21 7:28:46 pm

Main Document Name: Mtn E-File.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

====================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
====================================================================

FW: Document Filing - Orlando Division - 6:21cv1008

From: Tony Eades (teades2603@msn.com)

To: lucas.wall@yahoo.com

Date: Friday, November 12, 2021, 02:22 PM EST

**From:** noreply@flmd.uscourts.gov <noreply@flmd.uscourts.gov>
**Sent:** Friday, November 12, 2021 1:20 PM
**To:** teades2603@msn.com
**Subject:** Document Filing - Orlando Division - 6:21cv1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Anthony
Middle Name:
Last Name: Eades
Bar Number: Pro Se
Bar State: MO

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 813-786-8960
Email Address: teades2603@msn.com
Firm Name: Pro Se
Street Address: 19499 Cedar Gate Dr
Suite Number:
City: Warsaw
State: MO
Zip: 65355
Date: 11/12/21
Signature: s/Anthony Eades
Submitted: 11/12/21 2:19:57 pm

Main Document Name: Mtn E-File.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

==================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
==================================================================