# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

## PLAINTIFFS' JOINT MOTION FOR LEAVE TO FILE REPLY BRIEF

COME NOW all plaintiffs, *pro se*, and jointly move for an order granting us leave to file a brief, not to exceed seven pages, in reply to Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines, and JetBlue Airways' opposition (Doc. 132) to our Motion to Compel Defense Counsel to Confer with All Plaintiffs on All Motions (Docs. 129 & 131). This Court routinely grants leave to file reply briefs. Doc. 78. *See also* Docs. 128, 137, & 139, *Wall v. Centers for Disease Control & Prevention*, No. 6:21-cv-975-PGB-DCI (M.D. Fla.).

Plaintiffs seek permission to file a short reply arguing against numerous lies written by Roy Goldberg and Maurice Baumgarten, counsel for the four defendants. These falsehoods include:

- "Defendants do not want to aid or abet [Lead] Plaintiff Lucas Wall's continued efforts to act as an attorney on behalf of the twelve potential plaintiffs."

1

- "The twelve individuals identified in the Amended Complaint did not sign the pleading…"
- "Plaintiff Wall is continuing to act as the attorney for twelve non-party prospective co-plaintiffs, despite the fact that Mr. Wall is not a licensed lawyer."
- "At this stage, requiring that Defendants confer not only with Plaintiff Wall (which Defendants are doing) but also the twelve non-party potential plaintiffs will only serve to exacerbate the continued efforts of Plaintiff Wall – a non-lawyer – to act as counsel for those non-parties."
- Repeated descriptions of the 12 additional plaintiffs as "non-parties."
- "Despite the fact that by Order dated October 26, 2021 ('October 26 Order') (Doc. 85), the Magistrate '**prohibited**' Mr. Wall 'from filing any document on behalf of any other person in this case,' Mr. Wall has blatantly disregarded that Order by: (a) filing Objections on behalf of 'Plaintiffs' (plural) (Doc. 119 p. 1); (b) referring throughout his Objections to 'we' (instead of 'I'); (c) specifically stating at the end of his Objections that '[w]e request the Court enter an order rejecting the R&R and allowing all 13 plaintiffs to prosecute the Amended Complaint' (Doc. 119, p. 9); and (d) signing his Objections as 'lead plaintiff and class representative.' *Id.*" (emphasis original).
- "Moreover, it is clear that in blatant violation of the Magistrate's October 26 Order, Mr. Wall had Objections filed on behalf of each of the prospective plaintiffs that are word for word **identical** to the Objections that Mr. Wall filed with his own electronic signature, including having each of the other

2

- Objections filed on behalf of 'Plaintiffs' and referring to 'we' throughout those Objections." (emphasis original).
- "Mr. Wall's claim in each of the November 12 Objections that 'no plaintiff in this case is representing anyone else' (Doc. 119, p. 5) is contradicted by the November 12 Objections themselves."
- "Mr. Wall has continued to represent other persons in this action in blatant disregard of the Magistrate's October 26 Order…"
- "Mr. Wall's preparing and filing of the November 12 Objections to the October 28 R&R was simply more of the same unauthorized practice of law on his part."
- "In addition to continuing to disregard the Magistrate's October 26 Order through the filings that Mr. Wall continues to draft and submit on behalf of the non-party prospective plaintiffs, Mr. Wall has caused each of them to violate the Magistrate's October 26 Order…"

Mr. Goldberg and Mr. Baumgarten should issue an apology to the Court for lying that Mr. Wall submitted documents for other plaintiffs using his ECF account when each plaintiff submitted our own filings using the court's webform portal – and we all have proof of this in the form of e-mail receipts. Docs. 137-1 to 137-3.

WHEREFORE, we request this Court issue an order granting us leave to file a reply brief, maximum seven pages, within five days from the date the order is entered.

3

**Local Rule 3.01(g) Certification**[1]

We hereby certify that on Nov. 17, 18, and 20, we conferred by e-mail with Roy Goldberg and Roberto Torricella, counsel for Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines, and JetBlue Airways. "For the reasons set forth in the 'Brief of Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines, and JetBlue Airways in Opposition to Motion to Compel All Defense Counsel to Confer with All Plaintiffs on all Motions' (filed November 17, 2021), ECF 132, at the current time Mr. Lucas Wall is the only plaintiff in this case, and we will consult with him only on issues that involve his individual claims," Mr. Goldberg wrote Plaintiffs Aaron Abadi, Kleanthis Andreadakis, Tony Eades, Uri Marcus, Leonardo McDonnell, and Jennifer Rarrick on Nov. 18. Ex. 1. Plaintiffs suggest the Court may need to impose sanctions to remedy this ongoing problem of counsel refusing to confer on motions. "The purposeful evasion of a communication under this rule can result in a sanction." Local Rule 3.01(g)(3).

Mr. Goldberg finally informed Mr. Wall on Nov. 20 that his clients do not consent to this motion to file a reply brief. He has still refused to consult with any other plaintiff.

We hereby certify that on Nov. 17, 18, and 20, we attempted to confer by e-mail with Brian Maye, counsel for Defendants Allegiant Air and Frontier Airlines. Mr. Maye did not respond to our numerous attempts to confer. Ex. 1. Plaintiffs suggest the Court may need to impose sanctions to remedy this ongoing problem. "The purposeful evasion of a communication under this rule can result in a sanction." Local Rule 3.01(g)(3).

We hereby certify that on Nov. 18, we conferred with Miguel Morel, counsel for Defendant Sprit Airlines. Mr. Morel said his client objects to the requested relief.

Respectfully submitted this 20th day of November 2021.

*Lucas Wall*

Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

---

[1] Plaintiffs are aware that Local Rule 3.01(d) states a Motion for Leave to File Reply Brief "must not exceed three pages…" In accordance with this Court's practice, plaintiffs do not count the conferral certificate and signatures as part of these three pages. *See Wall v. CDC* (Doc. 125: Federal Defendants granted leave to file 70-page combined brief – brief contained 70 pages of argument plus 18 pages of additional sections; and Doc. 147: Federal Defendants granted leave to file 14-page reply brief – brief contained 14 pages of argument plus nine pages of additional sections).

_____
Aaron Abadi, plaintiff

_____
Kleanthis Andreadakis, plaintiff

_____
Eric Cila, plaintiff

_____
Shannon Greer-Cila, plaintiff

_____
Anthony Eades, plaintiff

_____
Uri Marcus, plaintiff

_____
Yvonne Marcus, plaintiff

_____
Leonardo McDonnell, plaintiff

_____
Peter Menage, plaintiff

_____
Connie Rarrick, plaintiff

_____
Jared Rarrick, plaintiff

_____
Jennifer Rarrick, plaintiff

5