## *Anthony Eades*

Anthony Eades, plaintiff
19499 Cedar Gate Dr.
Warsaw, MO 65355
Telephone: 813-786-8960
E-Mail: teades2603@live.com

## *Uri Marcus*

Uri Marcus, plaintiff
P.O. Box 126
Ojai, CA  93024
Telephone: 909-833-0065
E-Mail: uri@ntcf.org

## *Yvonne Marcus*

Yvonne Marcus, plaintiff
P.O. Box 126
Ojai, CA  93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org

## *Leonardo McDonnell*

Leonardo McDonnell, plaintiff
P.O. Box 1113
Melbourne, FL 32902
Telephone: ███████████
E-Mail: ███████████████████

## *Peter Menage*

Peter Menage, plaintiff
3255 N. Mars Ave.
Palmer, AK 99645
Telephone: 907-715-1205
E-Mail: pmenage@googlemail.com