Plaintiffs' Exhibit 1

CASREF

# U.S. District Court
## Middle District of Florida (Orlando)
## CIVIL DOCKET FOR CASE #: 6:21-cv-01008-PGB-DCI

| | |
|---|---|
| Wall v. Southwest Airlines et al | Date Filed: 06/14/2021 |
| Assigned to: Judge Paul G. Byron | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Daniel C. Irick | Nature of Suit: 440 Civil Rights: Other |
| Demand: $351,000 | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

**Lucas Wall**                                          represented by   **Lucas Wall**
*on behalf of himself and all others similarly*                          435 10th St NE
*situated*                                                               Washington, DC 20002
                                                                         202-351-1735
                                                                         Email: lucas.wall@yahoo.com
                                                                         PRO SE


V.

**Defendant**

**Southwest Airlines**                                 represented by   **Roberto A. Torricella , Jr.**
                                                                         Torricella Law, PLLC
                                                                         4551 Ponce De Leon Blvd
                                                                         Coral Gables, FL 33146
                                                                         305-677-7644
                                                                         Fax: 844-807-3207
                                                                         Email: Robert@torricellalaw.com
                                                                         *LEAD ATTORNEY*
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Maurice Jay Baumgarten**
                                                                         Torricella Law, PLLC
                                                                         4551 Ponce de Leon Blvd
                                                                         Coral Gables, FL 33134-1832
                                                                         305-904-4982
                                                                         Fax: 844-807-3207
                                                                         Email: maurice@torricellalaw.com
                                                                         *ATTORNEY TO BE NOTICED*

                                                                         **Milton Roy Goldberg**
                                                                         Stinson LLP
                                                                         Washington, D.C.
                                                                         1775 Pennsylvania Avenue, N.W.
                                                                         Suite 800
                                                                         Washington, DC 20006
                                                                         202-728-3005

Email: roy.goldberg@stinson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alaska Airlines**                    represented by **Roberto A. Torricella , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Milton Roy Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allegiant Air**                    represented by **Brian T. Maye**
Adler Murphy & McQuillen LLP
20 S Clark St Ste 2500
Chicago, IL 60603-1804
312-422-5713
Email: bmaye@amm-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
Henderson, Franklin, Starnes & Holt, PA
1715 Monroe St
PO Box 280
Ft Myers, FL 33902-0280
239/344-1237
Fax: 239/344-1494
Email: kyle.dudek@henlaw.com
*ATTORNEY TO BE NOTICED*

**William Boltrek , III**
Henderson, Franklin, Starnes & Holt, PA
1715 Monroe St
PO Box 280
Ft Myers, FL 33902-0280
Email: william.boltrek@henlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frontier Airlines**                    represented by **Brian T. Maye**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)

*ATTORNEY TO BE NOTICED*

**William Boltrek , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JetBlue Airways**                      represented by   **Milton Roy Goldberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roberto A. Torricella , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne E. Gilbert**
Holland & Knight, LLP - Orlando
200 S Orange Ave - Ste 2600
Orlando, FL 32801
407/425-8500
Fax: 407/244-5288
Email: suzanne.gilbert@hklaw.com
*TERMINATED: 09/10/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Spirit Airlines**                      represented by   **Miguel Morel**
Littler Mendelson PC
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
954-728-1280
Email: mamorel@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Numerous Unnamed Executives of the 7
Airlines**

**Defendant**

**Delta Air Lines**                      represented by   **Milton Roy Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

**Leonardo McDonnell**                                    represented by   **Leonardo McDonnell**
                                                                          P.O. Box 1113
                                                                          Melbourne, FL 32902
                                                                          PRO SE

**Movant**

**Peter Menage**                                          represented by   **Peter Menage**
                                                                          3255 N. Mars Ave.
                                                                          Palmer, AK 99645
                                                                          907/715-1205
                                                                          PRO SE

**Movant**

**Kleanthis Andreadakis**                                 represented by   **Kleanthis Andreadakis**
                                                                          5108 Hunters Meadow Pl.
                                                                          Henrico, VA 23231
                                                                          804/988-1402
                                                                          PRO SE

**Movant**

**Uri Marcus**                                            represented by   **Uri Marcus**
                                                                          P.O. Box 126
                                                                          Ojai, CA 93024
                                                                          909/833-0065
                                                                          PRO SE

**Movant**

**Yvonne Marcus**                                         represented by   **Yvonne Marcus**
                                                                          P.O. Box 126
                                                                          Ojai, CA 93024
                                                                          909/833-0065
                                                                          PRO SE

**Movant**

**Aaron Abadi**                                           represented by   **Aaron Abadi**
                                                                          Apt. 140
                                                                          82 Nassau St.
                                                                          New York, NY 10038
                                                                          516/639-4100
                                                                          PRO SE

**Movant**

**Shannon Greer Cila**                                    represented by   **Shannon Greer Cila**
                                                                          8807 Avondale Ct
                                                                          Louisville, KY 40299
                                                                          319-795-5552
                                                                          PRO SE

**Movant**

**Eric L Cila**                                           represented by   **Eric L Cila**
                                                                          8807 Avondale Ct
                                                                          Louisville, KY 40299

|  |  |
|---|---|
|  | 319-795-5551<br>PRO SE |

**Movant**

| Jennifer Rarrick | represented by | **Jennifer Rarrick**<br>36 Lafayette St.<br>Saco, ME 04072<br>207/423-2479<br>PRO SE |
|---|---|---|

**Movant**

| Connie Rarrick | represented by | **Connie Rarrick**<br>36 Lafayette St.<br>Saco, ME 04072<br>207/423-2479<br>PRO SE |
|---|---|---|

**Movant**

| Jared Rarrick | represented by | **Jared Rarrick**<br>36 Lafayette St.<br>Saco, ME 04072<br>207/423-2479<br>PRO SE |
|---|---|---|

**Movant**

| Anthony Eades | represented by | **Anthony Eades**<br>19499 Cedar Gate Dr.<br>Warsaw, MO 65355<br>813/786-8960<br>PRO SE |
|---|---|---|

| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2021 | 1 | COMPLAINT against Alaska Airlines, Allegiant Air, Delta Air Lines, Frontier Airlines, JetBlue Airways, Southwest Airlines, Spirit Airlines filed by Lucas Wall. (Attachments: # 1 Exhibits 1-20, # 2 Exhibits 21-40, # 3 Exhibits 41-60, # 4 Exhibits 61-80, # 5 Exhibits 81-94, # 6 Exhibits 96-110, # 7 Exhibits 111-133, # 8 Proposed Summons - Southwest Airlines, # 9 Proposed Summons - Alaska Airlines, # 10 Proposed Summons - Allegiant Air, # 11 Proposed Summons - Delta Air Lines, # 12 Proposed Summons - Frontier Airlines, # 13 Proposed Summons - JetBlue Airways, # 14 Proposed Summons - Spirit Airlines, # 15 Civil Cover Sheet)(TNP) (Entered: 06/14/2021) |
| 06/14/2021 | 2 | NOTICE of a related action per Local Rule 1.07(c) by Lucas Wall. Related case(s): Yes (TNP) (Entered: 06/14/2021) |
| 06/14/2021 | 3 | MOTION for Leave to File Electronically by Lucas Wall. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(TNP) (Entered: 06/14/2021) |
| 06/15/2021 | 4 | **(VACATED PER 14 ORDER) ORDER Judge Kelly's Standing Discovery Order. Signed by Magistrate Judge Gregory J. Kelly on 6/15/2021. (MB)** Modified on 6/23/2021 (RDO). (Entered: 06/15/2021) |
| 06/15/2021 | 5 | Emergency MOTION for Temporary Restraining Order against all defendants as to count 1 of the complaint by Lucas Wall. (Attachments: # 1 Exhibit Proposed Order, # 2 Exhibit |