## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

## <u>PLAINTIFFS' JOINT MOTION TO STRIKE DOCUMENT 130</u>

COME NOW all plaintiffs, *pro se*, and jointly move for an order striking the
purported response of Defendants Southwest Airlines, Alaska Airlines, Delta Air
Lines, and JetBlue Airways (Doc. 130) to our objections (Docs. 119-127) to the mag-
istrate's Report & Recommendation ("R&R") (Doc. 86) regarding the Amended
Complaint (Doc. 61). In the alternative, should the Court deny our motion to strike,
we ask for leave to file a reply brief not exceeding eight pages (the length of the
contested Doc. 130) within five days of the entry of such an order.

The four defendants' "response" to our objections to the R&R are actually ob-
jections themselves (plus extraneous material) and thus can't stand as filed under
Fed.R.Civ.P. 72. That rule requires a response to objections to be directed solely at
the other party's objections, not to raise different objections to the R&R. For this
reason, Doc. 130 must be struck. The time to submit objections to the R&R, which

was filed Oct. 28, expired Nov. 12. Fed.R.Civ.P. 72(b)(2). If the four defendants wish to file objections out of time, they must seek leave of the Court and demonstrate "excusable neglect." Fed.R.Civ.P. 6(b)(1)(B).

In addition to violating Rule 72(b)(2), the Court has the authority to strike the defendants' "response" "as incident to its inherent power 'to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants.'" *Wall v. Centers for Disease Control & Prevention*, No. 6:21-cv-975 (M.D. Fla. Nov. 4, 2021). Federal courts' "well-established" inherent powers "are not governed by rule or by statute, but by the control necessarily vested in courts to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Sahyers v. Prugh, Holliday & Karatinos, P.L.*, 560 F.3d 1241, 1244 (11th Cir. 2009).

## ARGUMENT

### A. The four defendants raise objections to the R&R that are not in response to our objections. Such objections are out of time.

Doc. 130 gets off to a bad start by falsely labeling what the R&R (Doc. 86) addresses. The four defendants' brief, signed by counsel Roy Goldberg and Maurice Baumgarten, claim the R&R recommends "denial of motion for leave to file amended complaint." Doc. 130 at 1. But plaintiffs never filed a motion for leave to filed amended complaint. The R&R addresses the magistrate's *sua sponte* motion to dismiss for, *inter alia*, proposing a class action by a group of *pro se* plaintiffs.

The title of Doc. 130 also falsely claims to respond to "non-party putative plaintiffs." But the 12 plaintiffs joined to this action in the Amended Complaint are actual real plaintiffs, not alleged plaintiffs. They all e-signed the Amended Complaint (Doc. 61) and their names are included in the case caption of the R&R issued by the magistrate (Doc. 86). The title of Doc. 130 again errs in claiming the 12 additional real plaintiffs filed a motion for leave to file amended complaint, but there is no such motion on the docket.

The four defendants improperly — and past the 14-day deadline — raise their own objections to the R&R, which are not appropriate in a document ***responding*** to plaintiffs' objections. These objections were due Nov. 12. Rule 72(b)(2). "Under Fed. R. Civ. Pro. 20, joinder of multiple plaintiffs in an action is **permissive** and only applies when all of the claims of the multiple plaintiffs "aris[e] out of the same transaction, occurrence, or series of transactions or occurrences." *Id*. at 5 (emphasis original).

If the four defendants wish to object to parts of the R&R, such as not recommending that joinder of the 13 plaintiffs is appropriate, they must do so in a document containing their own objections. But that time has passed. "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." Fed.R.Civ.P. 72(b)(2). This then allows any party that disagrees with the objections to file a response within 14 days. Raising fresh objections to the R&R in

3

a response is not permitted as that deprives the other party of their right under Rule 72 to file their own response.

The four defendants go on to object to the R&R by writing "Moreover, '[i]n determining permissive joinder cases, courts consider multiple factors including judicial economy, case management, prejudice to parties, and fundamental fairness.'" Doc. 130 at 5-6. These comments do not respond to the objections we made to the R&R; they again are brand new objections that must be filed as such.

Continuing on this line of new objections, the four defendants argue:

> "Putting aside whether any of the claims of the [Additional] Plaintiffs could be joined in this matter, inasmuch as they involve claims by different individuals against different airlines regarding different flights and different purported medical conditions, given the intent of Wall and the [Additional] Plaintiffs to clog the docket with numerous individual filings instead of hiring an attorney to represent them, Defendants respectfully submit that the interest of judicial economy and case management would dictate that none of the [Additional] Plaintiffs should be permitted to join as plaintiffs in this matter, at least so long as they insist on proceeding without an attorney." *Id.* at 6.

These objections to the R&R's failure to recommend prohibiting joinder do not in any way respond to our objections. They must be raised separately. Moreover, Mr. Wall and the other 12 plaintiffs never desired "to clog the docket with numerous individual filings…" We filed one joint document until the magistrate began complaining about it. Individual filings by all plaintiffs began recently only in response to comments by the magistrate in the R&R and other orders. Plaintiffs in fact object to the requirement to file individually, which Mr. Goldberg and Mr. Baumgarten should have known from reading our objections – to which these comments do not respond to but raise new objections requiring a separate filing so we

may have a chance to respond to them per Rule 72. But again, the window for objections ended Nov. 12.

Also, Mr. Goldberg and Mr. Baumgarten should be rebuked by the Court for trying to imply that plaintiffs must hire a lawyer to proceed with our joint claims against all the airline defendants for illegally discriminating against us because we have medical conditions that preclude us from wearing masks. We do not have money to hire an attorney, that is why we are proceeding *pro se*. And we have a right to do so. 28 USC § 1654. We do not "insist" on proceeding without an attorney. We do so because we are not wealthy enough to pay a lawyer. We are hardworking disabled Americans fighting for our civil rights. Mr. Goldberg, Mr. Baumgarten, nor anyone else has the right to stop us because we are not rich.

The four defendants' objections to the R&R are bewildering in that their purported response ends with asking the Court to "adopt the October 28, 2021 Report and Recommendation of Magistrate Judge Daniel C. Irick in its entirety…" Doc. 130 at 6-7. If they are asking for the R&R to be adopted by the district judge in its entirely, then they should not be raising objections to it in a response brief. Doc. 130 must be struck.

## B. Doc. 130 is full of lies that must be struck pursuant to Rule 11.

While ostensibly responding to our objections to the R&R, Doc. 130 states numerous scandalous falsehoods that must be struck in accordance with Fed.R.Civ.P. 11, which requires that

"By presenting to the court a ... paper ... an attorney ... certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances: (1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; ... (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information." Fed.R.Civ.P. 11(b).

When factual dishonesties are brought to the Court's attention, "If, after notice and a reasonable opportunity to respond, the court determines that Rule 11(b) has been violated, the court may impose an appropriate sanction on any attorney, law firm, or party that violated the rule or is responsible for the violation." Fed.R.Civ.P. 11(c)(1). An appropriate sanction is to strike the document.

Among Document 130's scandalous lies and harassments:

1. "Defendants are submitting this response to the November 12 Objections primarily for the purpose of providing the Court with additional factual information regarding Wall's continued representation of the [Additional] Plaintiffs who seek to join this action as additional *pro se* plaintiffs, and regarding the lack of authority of each of the [Additional] Plaintiffs to electronically file their Objections to the October 28 R&R." Doc. 130 at 2.

   In fact, Mr. Wall is NOT representing any of the real plaintiffs who have joined this action. All 13 plaintiffs are representing ourselves. Also, none of the 12 plaintiffs who don't have e-filing access via CM/ECF used that system to file their objections to the R&R. They all used the Court's webform portal at https://apps.flmd.uscourts.gov/cmecf/filings.cfm, which is available to

all litigants who don't have CM/ECF access to submit filings. All plaintiffs received e-mail receipts from the court's filing portal. Ex. 1.

2.  "Despite the fact that by Order dated October 26, 2021 ('October 26 Order') (Doc. 85), the Magistrate '**prohibited**' Wall 'from filing any document on behalf of any other person in this case,' Mr. Wall has blatantly disregarded that Order by: (a) filing Objections on behalf of 'Plaintiffs' (plural) (Doc. 119 p. 1); (b) referring throughout his Objections to 'we' (instead of 'I'); (c) specifically stating at the end of his Objections that '[w]e request the Court enter an order rejecting the R&R and allowing all 13 plaintiffs to prosecute the Amended Complaint'" (Doc. 119, p. 9); and (d) signing his Objections as 'lead plaintiff and class representative.' *Id.*" Doc. 130 at 2-3 (emphasis original).

Mr. Wall did not file the objections "on behalf of any other person in this case." All 13 plaintiffs agreed to the same objections and filed them individually using the portal. Ex. 1.

Of course Mr. Wall (and all other plaintiffs) used the word "we" throughout our objections because we all worked on the document and agreed to it.

And there's nothing wrong with Mr. Wall signing the objections (and every other court paper since the Amended Complaint) as "lead plaintiff and class representative" because we unanimously designated him as such. Doc. 64.

3.  "Moreover, it is clear that in blatant violation of the Magistrate's October 26 Order, Mr. Wall had Objections filed on behalf of each of the [Additional]

7

Plaintiffs that are word for word identical to the Objections that Mr. Wall filed with his own electronic signature, including having each of the other Objections filed on behalf of 'Plaintiffs' and referring to 'we' throughout those Objections." Doc. 130 at 3.

There was no "blatant violation" of any court order and Mr. Wall did not file objections "on behalf of each of the" additional 12 real plaintiffs. Ex. 1. And of course the objections "are word for word identical" because they were prepared jointly and agreed to unanimously.

4. "[T]he Objections that Mr. Wall prepared and purportedly had electronically signed by the [Additional] Plaintiffs…" Doc. 130 at 3.

All plaintiffs prepared and signed the objections (the 12 without ECF access signed with ink, not electronically). Plaintiffs have worked as a united group in this prosecution since the Amended Complaint was filed Sept. 13. This should come as no surprise to Mr. Goldberg and Mr. Baumgarten, yet they continue to libel Mr. Wall in an effort to defame him for supposedly representing others without a law license (an effort the magistrate has tragically contributed to).

5. "Mr. Wall's claim in each of the November 12 Objections that 'no plaintiff in this case is representing anyone else' (Doc. 119, p. 5) is contradicted by the November 12 Objections themselves." Doc. 130 at 3.

Nothing is contradicted by the objections. All 13 plaintiffs participated in drafting them, offered their suggestions, and unanimously approved them.

Each then signed and submitted individually as the magistrate has de-
manded (a process plaintiffs have objected to). No plaintiff is representing
anyone else.

6. "Mr. Wall's preparing and filing of the November 12 Objections to the Oct.
28 R&R is simply more of the same unauthorized practice of law on his part."
Doc. 130 at 4.

Mr. Wall has never engaged in "unauthorized practice of law." He pre-
pared the objections with all dozen other plaintiffs and each filed individu-
ally. Ex. 1.

7. "In addition to continuing to disregard the Magistrate's October 26 Order
through the filings that Mr. Wall continues to draft and submit on behalf of
the [Additional] Plaintiffs, Mr. Wall has caused each of the [Additional]
Plaintiffs to violate the Magistrate's October 26 Order, which prohibited the
electronic filing of any document by any of the [Additional] Plaintiffs so long
as they have not been approved to file documents electronically (Doc. 85, pp.
1-2). None of the [Additional] Plaintiffs (is or) was an approved electronic
filer at the time each of them had Wall file with their electronic signatures."
Doc. 130 at 4.

This statement is so full of lies it's hard to know where to begin. No plain-
tiff has disregarded the magistrate's Oct. 26 order. Mr. Wall drafts docu-
ments in conjunction with the other 12 plaintiffs. Mr. Wall did not file any

objections for any other plaintiff. Ex. 1. Nothing in the Oct. 26 order prohib-
its the dozen plaintiffs who don't have ECF access from filing using the
court's web portal, which is specifically designed for litigants who don't have
ECF. Mr. Goldberg and Mr. Baumgarten show an immense degree of igno-
rance about the web portal. It appears they are not even aware it exists. The
12 plaintiffs without ECF access signed their objections in ink as requested
by the magistrate; they did not have "Wall file with their electronic signa-
tures." Docs. 120-127. This is another example of why Doc. 130 must be
struck in its entirety.

### C. Document 130 contains material that does not respond to the plain-tiffs' objections to the R&R.

Fed.R.Civ.P. 72(b)(2) allows "Within 14 days after being served with a copy of
the recommended disposition, a party may serve and file specific written objec-
tions to the proposed findings and recommendations. A party may respond to an-
other party's objections within 14 days after being served with a copy." A response
is limited to addressing "another party's objections." But the four defendants' pur-
ported response includes material that does not speak to the R&R itself or the ob-
jections we filed.

1. "Mr. Wall's denial that he is representing the [Additional] Plaintiffs is also
   belied by the fact that each of the Local Rule 3.01(g) Certifications that are
   included in 25 'Motion for Miscellaneous Relief' filings and 'Motion to Com-
   pel Clerk to Correct Docket' filings (Doc. 94 to Doc. 118) – which supposedly

were prepared and submitted independently by each of the [Additional] Plaintiffs – in fact contains the same typographical error – specifically 'Counsel have not respond [sic] to our consultation...' (Page 7)." Doc. 130 at 3-4.

Plaintiffs' motions for leave to e-file and our Motion to Compel Clerk to Correct Docket have nothing to do with the R&R, therefore these four defendants' baseless attacks on them must be struck because they may not be included in a purported response to objections. Also, the statement that Mr. Wall is representing anyone is again a fabrication. Plaintiffs prepare and file the same documents because we are working together as a group. This should come as no surprise to Mr. Goldberg and Mr. Baumgarten. The fact that the same documents contained the same typo is thus not interesting or relevant. Again, each plaintiff without e-file access submitted these two motions using the court's web portal. Exs. 2-3.

2. "Moreover, it is precisely because Mr. Wall has continued to represent other persons in this action in blatant disregard of the Magistrate's October 26 Order that just yesterday, November 16, 2021, the Magistrate issued a Report and Recommendation that Mr. Wall's own electronic filing privileges in this matter should be immediately revoked (Doc. 128, pp. 5-7)."

First, Mr. Wall has never and is not representing any other person in this prosecution. Second, the magistrate's Nov. 16 R&R erroneously suggesting Mr. Wall's e-file privileges be rescinded does not relate to the Oct. 28 R&R

(Doc. 86) or plaintiffs' objections thereto (Docs. 119-127) that the four defendants are limited to addressing in a response under Rule 72. Therefore, Doc. 130 must be struck.

3. "In fact, in his November 16 Report and Recommendation the Magistrate recommends that the requests by each of the [Additional] Plaintiffs for authority to file documents electronically be denied (Doc. 128 p. 7)."

Plaintiffs' motions to e-file and the magistrate's R&R recommending they be denied are wholly outside the scope of responding to objections we filed concerning the R&R recommending the Amended Complaint be dismissed with leave to replead. They must be struck.

4. "Mr. Wall's deliberate clogging of the docket, as well as his threat to continue to do so, are not, contrary to Mr. Wall's claim, legitimate reasons why he should be permitted to continue to engage in the unauthorized practice of law. To the contrary, they are reasons why none of the [Additional] Plaintiffs should be permitted to be joined as plaintiffs in this matter altogether, at least if they intend to represent themselves." Doc. 130 at 5.

Again the four defendants write about material having nothing whatsoever to do with plaintiffs' objections to the R&R. There is no "deliberate clogging of the docket." Plaintiffs' individual filings of the objections and various motions are in fact a direct response to the R&R's recommendation that plaintiffs should not be allowed to appoint a lead plaintiff who can file all joint documents once. Plaintiffs do not desire to file every document 13

times; that is the direction the Court has given us. Mr. Goldberg and Mr. Baumgarten's complaints about "clogging of the docket" should be addressed to the magistrate, but they are outside the scope of responding to the objections and must be struck.

Furthermore, the Court should consider sanctioning Mr. Goldberg and Mr. Baumgarten for their never-ending libel that Mr. Wall is "engage[d] in the unauthorized practice of law." How exactly does all dozen additional plaintiffs following the magistrate's instructions to file individually equate to Mr. Wall supposedly practicing law?

Lastly, the four defendants raise another issue not responsive to our objections to the R&R. The magistrate does not address in the R&R that all plaintiffs "should [not] be permitted to be joined as plaintiffs in this matter altogether." Because all of these statements do not respond to our objections, they must be struck.

## D. The four defendants may not ask for unspecified relief in a purported response to objections to an R&R.

The supposed response to our objections ends with a bizarre, vague demand that the Court should "award Defendants such other and further relief as the Court deems appropriate." Doc. 130 at 7. But this must be struck because the rules require any demand for relief be made in a motion. "A motion must include ... a concise statement of ***the precise relief requested***, a statement of the basis for the

request, and a legal memorandum supporting the request." Local Rule 3.01(a) (emphasis added). The Court may not entertain vague demands for unspecified relief in a purported response to objections to an R&R. "If a party seeks relief, that party must file a motion in accordance with the Local Rules of this Court including Local Rules 3.01(a) and 3.01(g)." *Wall v. CDC* (M.D. Fla. July 14, 2021).

## CONCLUSION

The four airlines' purported response to our objections to the R&R raises fresh objections to the R&R that are not in response to our objections and are untimely, is full of lies that must be struck pursuant to Rule 11, contains material that does not respond to the plaintiffs' objections to the R&R, and asks for unspecified relief without making a motion.

WHEREFORE, we request this Court issue an order striking Doc. 130 in its entirety. In the alternative, should the Court deny our motion to strike, we ask for leave to file a reply brief not exceeding eight pages to respond to the scandalous assertions made by the four defendants in purporting to respond to our objections to the R&R, to be filed within five days of entry of such an order.

## Local Rule 3.01(g) Certification

We hereby certify that on Nov. 17, we conferred with Roy Goldberg, counsel for Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines, and JetBlue Airways. Mr. Goldberg said his clients oppose our request to strike Doc. 130.

We hereby certify that on Nov. 17, 18, 19, and 20, we attempted to confer by e-mail with Brian Maye, counsel for Defendants Allegiant Air and Frontier Airlines. In what has become a disturbing pattern over the past several weeks, Mr. Maye has

not responded to our consultations. Ex. 4. Plaintiffs suggest the Court may need to impose sanctions to remedy this problem. "The purposeful evasion of a communication under this rule can result in a sanction." Local Rule 3.01(g)(3).

We hereby certify that on Nov. 18, we conferred with Miguel Morel, counsel for Defendant Sprit Airlines. Mr. Morel said his client opposes our request to strike Doc. 130.

Respectfully submitted this 20th day of November 2021.

*Lucas Wall*

Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

Aaron Abadi, plaintiff

Kleanthis Andreadakis, plaintiff

Eric Cila, plaintiff

Shannon Greer Cila, plaintiff

Anthony Eades, plaintiff

Uri Marcus, plaintiff

Yvonne Marcus, plaintiff

Leonardo McDonnell, plaintiff

Peter Menage, plaintiff

Connie Rarrick, plaintiff

Jared Rarrick, plaintiff

Jennifer Rarrick, plaintiff

16

Plaintiffs' Exhibit 1

FW: Document Filing - Orlando Division - 6:21-cv-1008

From: aa@neg.com

To: lucas.wall@yahoo.com

Date: Friday, November 12, 2021, 06:21 PM EST

Objections to R & R filed

**From:** noreply@flmd.uscourts.gov <noreply@flmd.uscourts.gov>
**Sent:** Friday, November 12, 2021 6:21 PM
**To:** aa@neg.com
**Subject:** Document Filing - Orlando Division - 6:21-cv-1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Aaron
Middle Name:
Last Name: Abadi
Bar Number: Pro se
Bar State: NY

Case Number: 6:21-cv-1008
Division: Orlando

Telephone Number: 5166394100
Email Address: aa@neg.com
Firm Name: Aaron Abadi
Street Address: 82 Nassau Street
Suite Number: Apt. 140
City: New York
State: NY
Zip: 10038
Date: 11/12/21
Signature: s/AARON ABADI
Submitted: 11/12/21 6:20:45 pm

Main Document Name: Objections to RR Aaron.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

=================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
=================================================================

Fw: Document Filing - Orlando Division - 6:21cv1008

From: MrRadioActive (mrradioactive@protonmail.com)

To: lucas.wall@yahoo.com

Date: Friday, November 12, 2021, 05:17 PM EST

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, November 12th, 2021 at 5:16 PM, <noreply@flmd.uscourts.gov> wrote:

> Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.
>
> The information you supplied will be referred to the appropriate personnel for processing.
>
> First Name: Kleanthis
> Middle Name: N
> Last Name: Andreadakis
> Bar Number: Pro Se
> Bar State: VA
>
> Case Number: 6:21cv1008
> Division: Orlando
>
> Telephone Number: 8042132483
> Email Address: mrradioactive@protonmail.com
> Firm Name: Pro Se
> Street Address: 5108 HUNTERS MEADOW PL
> Suite Number:
> City: HENRICO
> State: VA
> Zip: 23231
> Date: 11/12/21
> Signature: s/ Kleanthis Andreadakis
> Submitted: 11/12/21 5:16:31 pm
>
> Main Document Name: 2021-1112 KNA Objections to R&R.pdf
> Exhibits or Attachments Name(s):
>
> Thank you.
>
> http://www.flmd.uscourts.gov
>
> ====================================================================
> Please DO NOT REPLY to this email. This is an auto-generated message.
> ====================================================================

## Fw: Document Filing - Orlando Division - 6:21cv1008

From:  Connie Rarrick (connierarrick@yahoo.com)

To:    lucas.wall@yahoo.com

Date:  Friday, November 12, 2021, 09:50 PM EST

----- Forwarded Message -----
**From:** "noreply@flmd.uscourts.gov" <noreply@flmd.uscourts.gov>
**To:** "connierarrick@yahoo.com" <connierarrick@yahoo.com>
**Sent:** Friday, November 12, 2021, 09:47:01 PM EST
**Subject:** Document Filing - Orlando Division - 6:21cv1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Connie
Middle Name:
Last Name: Rarrick
Bar Number: Pro Se
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 4179553675
Email Address: connierarrick@yahoo.com
Firm Name:
Street Address: 36 Lafayette St.
Suite Number:
City: Saco
State: ME
Zip: 04072
Date: 11/12/21
Signature: s/Connie Rarrick
Submitted: 11/12/21 9:46:53 pm

Main Document Name: Objections to R&R Rarrick.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

===================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
===================================================================

Fw: Document Filing - Orlando Division - 6:21cv01008

From:  ericlcila@yahoo.com (ericlcila@yahoo.com)

To:    lucas.wall@yahoo.com

Date:  Friday, November 12, 2021, 07:14 PM EST

Here's another one.

----- Forwarded Message -----
**From:** "noreply@flmd.uscourts.gov" <noreply@flmd.uscourts.gov>
**To:** "ericlcila@yahoo.com" <ericlcila@yahoo.com>
**Sent:** Friday, November 12, 2021, 07:11:42 PM EST
**Subject:** Document Filing - Orlando Division - 6:21cv01008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: ERIC
Middle Name: L
Last Name: CILA
Bar Number: Pro se
Bar State: KY

Case Number: 6:21cv01008
Division: Orlando

Telephone Number: 3197955551
Email Address: ericlcila@yahoo.com
Firm Name: Pro se
Street Address: 8807 AVONDALE CT
Suite Number:
City: LOUISVILLE
State: KY
Zip: 40299
Date: 11/12/21
Signature: s/eric l cila
Submitted: 11/12/21 7:11:39 pm

Main Document Name: Objections to R&R Cila.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

=====================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
=====================================================================

## Fwd: Document Filing - Orlando Division - 6:21cv1008

From: Jared Rarrick (pastor@anchor-baptist.com)

To: lucas.wall@yahoo.com

Date: Friday, November 12, 2021, 09:52 PM EST

---------- Forwarded message ---------
From: <noreply@flmd.uscourts.gov>
Date: Fri, Nov 12, 2021 at 9:45 PM
Subject: Document Filing - Orlando Division - 6:21cv1008
To: <pastor@anchor-baptist.com>

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Jared
Middle Name: L
Last Name: Rarrick
Bar Number: Pro Se
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 4179553675
Email Address: pastor@anchor-baptist.com
Firm Name: L
Street Address: 36 Lafayette St
Suite Number:
City: Saco
State: ME
Zip: 04072
Date: 11/12/21
Signature: s/Jared Rarrick
Submitted: 11/12/21 9:44:47 pm

Main Document Name: Objections to R&R Rarrick.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

=================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
=================================================================

Fw: Document Filing - Orlando Division - 6:21cv1008

From:  Jenny Rarrick (jennyrcfc@yahoo.com)

To:    lucas.wall@yahoo.com

Date:  Friday, November 12, 2021, 09:49 PM EST

----- Forwarded Message -----
**From:** "noreply@flmd.uscourts.gov" <noreply@flmd.uscourts.gov>
**To:** "jennyrcfc@yahoo.com" <jennyrcfc@yahoo.com>
**Sent:** Friday, November 12, 2021, 09:48:45 PM EST
**Subject:** Document Filing - Orlando Division - 6:21cv1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Jennifer
Middle Name:
Last Name: Rarrick
Bar Number: Pro Se
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 207-423-2479
Email Address: jennyrcfc@yahoo.com
Firm Name:
Street Address: 36 Lafayette St
Suite Number:
City: Saco
State: ME
Zip: 04072
Date: 11/12/21
Signature: s/Jennifer Rarrick
Submitted: 11/12/21 9:48:13 pm

Main Document Name: Objections to R&R Rarrick.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

=================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
=================================================================

Fwd: Document Filing - Orlando Division - 6:21cv1008

From:   Peter Menage (pmenage@googlemail.com)

To:     lucas.wall@yahoo.com

Date:   Friday, November 12, 2021, 10:36 PM EST

*Respectfully,*
*Pete*

*The information contained in this message is confidential, intended solely for the use of the individual or entity to whom it is addressed and may be protected by professional secrecy.*
*You should not copy, disclose or distribute this information for any purpose.*
*If you are not the intended recipient of this message or you receive this mail in error, you should refrain from making any use of the contents and from opening any attachment.*
*In that case, please notify the sender immediately and return the message to the sender, then, delete and destroy all copies.*
*This e-mail message has been swept by anti-virus systems for the presence of computer viruses.*
*In doing so, however, we cannot warrant that virus or other forms of data corruption may not be present and we do not take any responsibility in any occurrence.*

Begin forwarded message:

**From:** noreply@flmd.uscourts.gov
**Date:** November 12, 2021 at 18:35:47 AKST
**To:** pmenage@gmail.com
**Subject: Document Filing - Orlando Division - 6:21cv1008**

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Peter
Middle Name: N
Last Name: Menage
Bar Number: Pro Se
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 9077151205
Email Address: pmenage@gmail.com
Firm Name: Pro Se
Street Address: 3255 N Mars Ave
Suite Number:
City: Palmer
State: AK
Zip: 99645
Date: 11/12/21
Signature: s/Peter Menage
Submitted: 11/12/21 10:35:41 pm

Main Document Name: Objections to R&R Peter.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

===================================================================

## Fw: Document Filing - Orlando Division - 6:21cv01008

From:  Shannon Greer (shannonrgreer@yahoo.com)

To:  lucas.wall@yahoo.com

Date:  Friday, November 12, 2021, 07:12 PM EST

----- Forwarded Message -----
**From:** "noreply@flmd.uscourts.gov" <noreply@flmd.uscourts.gov>
**To:** "shannonrgreer@yahoo.com" <shannonrgreer@yahoo.com>
**Sent:** Friday, November 12, 2021, 07:10:12 PM EST
**Subject:** Document Filing - Orlando Division - 6:21cv01008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: SHANNON
Middle Name: GREER
Last Name: CILA
Bar Number: Pro se
Bar State: FL

Case Number: 6:21cv01008
Division: Orlando

Telephone Number: 13197955552
Email Address: shannonrgreer@yahoo.com
Firm Name: Pro se
Street Address: 8807 AVONDALE CT
Suite Number:
City: LOUISVILLE
State: KY
Zip: 40299
Date: 11/12/21
Signature: s/shannon greer cila
Submitted: 11/12/21 7:09:59 pm

Main Document Name: Objections to R&R Cila.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

=====================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
=====================================================================

FW: Document Filing - Orlando Division - 6:21cv1008

From:  Tony Eades (teades2603@msn.com)

To:    lucas.wall@yahoo.com

Date:  Friday, November 12, 2021, 09:13 PM EST

**From:** noreply@flmd.uscourts.gov <noreply@flmd.uscourts.gov>
**Sent:** Friday, November 12, 2021 8:13 PM
**To:** teades2603@msn.com
**Subject:** Document Filing - Orlando Division - 6:21cv1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Anthony
Middle Name:
Last Name: Eades
Bar Number: Pro Se
Bar State: MO

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 8137868960
Email Address: teades2603@msn.com
Firm Name: Pro Se
Street Address: 19499 Cedar Gate Dr
Suite Number:
City: Warsaw
State: MO
Zip: 65355
Date: 11/12/21
Signature: s/Anthony Eades
Submitted: 11/12/21 9:12:55 pm

Main Document Name: Objections to RR.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

=================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
=================================================================

Re: Document Filing - Orlando Division - 6:21cv1008

From:   Uriel ben-Mordechai (uri@ntcf.org)

To:     lucas.wall@yahoo.com

Date:   Saturday, November 13, 2021, 12:07 AM EST

On 13 Nov 2021, at 1:06, noreply@flmd.uscourts.gov wrote:

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Uri
Middle Name:
Last Name: Marcus
Bar Number: Pro Se
Bar State: CA

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 909-833-0065
Email Address: uri@ntcf.org
Firm Name: Pro Se
Street Address: P.O. Box 126
Suite Number:
City: Ojai
State: CA
Zip: 93024
Date: 11/12/21
Signature: s/ Uri Marcus
Submitted: 11/12/21 6:05:58 pm

Main Document Name: Objections to R&R Marcus.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

====================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
====================================================================

Plaintiffs' Exhibit 2

FW: Document Filing - Orlando Division - 6:21-cv-1008

From:  aa@neg.com (aa@neg.com)

To:    lucas.wall@yahoo.com

Date:  Tuesday, November 9, 2021, 10:04 AM EST

Motion to efile

Filed

AA

---

**From:** noreply@flmd.uscourts.gov <noreply@flmd.uscourts.gov>
**Sent:** Tuesday, November 9, 2021 10:03 AM
**To:** aa@neg.com
**Subject:** Document Filing - Orlando Division - 6:21-cv-1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Aaron
Middle Name:
Last Name: Abadi
Bar Number: Pro se
Bar State: NY

Case Number: 6:21-cv-1008
Division: Orlando

Telephone Number: 5166394100
Email Address: aa@neg.com
Firm Name: Aaron Abadi
Street Address: 82 Nassau Street
Suite Number: Apt. 140
City: New York
State: NY
Zip: 10038
Date: 11/09/21
Signature: s/AARON ABADI
Submitted: 11/09/21 10:03:12 am

Main Document Name: Mtn E-File.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

=================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
=================================================================

Fw: Document Filing - Orlando Division - 6:21cv1008

From: MrRadioActive (mrradioactive@protonmail.com)

To: lucas.wall@yahoo.com

Date: Tuesday, November 9, 2021, 10:08 AM EST

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, November 9th, 2021 at 10:07 AM, <noreply@flmd.uscourts.gov> wrote:

> Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.
>
> The information you supplied will be referred to the appropriate personnel for processing.
>
> First Name: Kleanthis
> Middle Name: N
> Last Name: Andreadakis
> Bar Number: Pro Se
> Bar State: VA
>
> Case Number: 6:21cv1008
> Division: Orlando
>
> Telephone Number: 8049881402
> Email Address: mrradioactive@protonmail.com
> Firm Name: Pro Se
> Street Address: 5108 HUNTERS MEADOW PL
> Suite Number:
> City: HENRICO
> State: VA
> Zip: 23231
> Date: 11/09/21
> Signature: s/ Kleanthis N Andreadakis
> Submitted: 11/09/21 10:07:07 am
>
> Main Document Name: Mtn E-File.pdf
> Exhibits or Attachments Name(s):
>
> Thank you.
>
> http://www.flmd.uscourts.gov
>
> ===================================================================
> Please DO NOT REPLY to this email. This is an auto-generated message.
> ===================================================================

## Fw: Document Filing - Orlando Division - 6:21cv1008

From:  Connie Rarrick (connierarrick@yahoo.com)

To:  lucas.wall@yahoo.com

Date:  Wednesday, November 10, 2021, 08:22 AM EST

----- Forwarded Message -----
**From:** "noreply@flmd.uscourts.gov" <noreply@flmd.uscourts.gov>
**To:** "connierarrick@yahoo.com" <connierarrick@yahoo.com>
**Sent:** Tuesday, November 9, 2021, 03:30:11 PM EST
**Subject:** Document Filing - Orlando Division - 6:21cv1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Connie
Middle Name:
Last Name: Rarrick
Bar Number: Pro Se
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 417-955-3675
Email Address: connierarrick@yahoo.com
Firm Name:
Street Address: 36 Lafayette St
Suite Number:
City: Saco
State: ME
Zip: 04072
Date: 11/09/21
Signature: s/Connie Rarrick
Submitted: 11/09/21 3:30:03 pm

Main Document Name: Mtn E-File.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

==================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
==================================================================

Fw: Document Filing - Orlando Division - 6:21cv1008

From: ericlcila@yahoo.com (ericlcila@yahoo.com)

To: lucas.wall@yahoo.com

Date: Wednesday, November 10, 2021, 07:32 PM EST

----- Forwarded Message -----
**From:** "noreply@flmd.uscourts.gov" <noreply@flmd.uscourts.gov>
**To:** "ericlcila@yahoo.com" <ericlcila@yahoo.com>
**Sent:** Wednesday, November 10, 2021, 07:30:52 PM EST
**Subject:** Document Filing - Orlando Division - 6:21cv1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: ERIC
Middle Name: L
Last Name: CILA
Bar Number: PRO SE
Bar State: KY

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 319-795-5551
Email Address: ericlcila@yahoo.com
Firm Name: PRO SE
Street Address: 8807 AVONDALE CT
Suite Number:
City: LOUISVILLE
State: KY
Zip: 40299
Date: 11/10/21
Signature: s/Eric L Cila
Submitted: 11/10/21 7:30:38 pm

Main Document Name: Mtn E-File.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

====================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
====================================================================

## Fwd: Document Filing - Orlando Division - 6:21cv1008

From: Jared Rarrick (pastor@anchor-baptist.com)

To:    lucas.wall@yahoo.com

Date: Wednesday, November 10, 2021, 09:00 AM EST

---------- Forwarded message ---------
From: <noreply@flmd.uscourts.gov>
Date: Tue, Nov 9, 2021 at 3:27 PM
Subject: Document Filing - Orlando Division - 6:21cv1008
To: <pastor@anchor-baptist.com>

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Jared
Middle Name:
Last Name: Rarrick
Bar Number:
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 417-955-3675
Email Address: pastor@anchor-baptist.com
Firm Name:
Street Address: 36 Lafayette St
Suite Number:
City: Saco
State: ME
Zip: 04072
Date: 11/09/21
Signature: s/Jared Rarrick
Submitted: 11/09/21 3:27:45 pm

Main Document Name: Mtn E-File.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

==================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
==================================================================

Fwd: Document Filing - Orlando Division - 6:21cv1008

From:  Jennifer Rarrick (jenniferrarrick@gmail.com)

To:    lucas.wall@yahoo.com

Date:  Wednesday, November 10, 2021, 08:05 AM EST

---------- Forwarded message ---------
From: <noreply@flmd.uscourts.gov>
Date: Tue, Nov 9, 2021 at 3:21 PM
Subject: Document Filing - Orlando Division - 6:21cv1008
To: <jenniferrarrick@gmail.com>

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Jennifer
Middle Name:
Last Name: Rarrick
Bar Number: Pro Se
Bar State: ME

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 207-423-2479
Email Address: jenniferrarrick@gmail.com
Firm Name:
Street Address: 36 Lafayette St
Suite Number:
City: Saco
State: ME
Zip: 04072
Date: 11/09/21
Signature: s/Jennifer Rarrick
Submitted: 11/09/21 3:21:28 pm

Main Document Name: Mtn E-File.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
================================================================

Fwd: Document Filing - Orlando Division - 6:21cv1008

From: Leonardo McDonnell ███████████████

To: lucas.wall@yahoo.com

Date: Wednesday, November 10, 2021, 11:48 AM EST

████████████████████████████████████████████████████████

Sent from my iPhone

Begin forwarded message:

> **From:** noreply@flmd.uscourts.gov
> **Date:** November 9, 2021 at 1:55:10 PM EST
> **To:** leo_mcdonnell@icloud.com
> **Subject: Document Filing - Orlando Division - 6:21cv1008**
>
> Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.
>
> The information you supplied will be referred to the appropriate personnel for processing.
>
> First Name: Leonardo
> Middle Name:
> Last Name: McDonnell
> Bar Number: Pro Se
> Bar State: FL
>
> Case Number: 6:21cv1008
> Division: Orlando
>
> Telephone Number: ████████████
> Email Address: ████████████████████
> Firm Name: Pro Se
> Street Address: PO Box 1113
> Suite Number:
> City: Melbourne
> State: FL
> Zip: 32902
> Date: 11/09/21
> Signature: s/LeonardoMcDonnell
> Submitted: 11/09/21 1:55:03 pm
>
> Main Document Name: Mtn E-File.pdf
> Exhibits or Attachments Name(s):
>
> Thank you.
>
> http://www.flmd.uscourts.gov
>
> ===================================================================
> Please DO NOT REPLY to this email. This is an auto-generated message.
> ===================================================================

## Document Filing - Orlando Division - 6:21cv1008

From: Uriel ben-Mordechai (uri@ntcf.org)

To: lucas.wall@yahoo.com

Date: Tuesday, November 9, 2021, 10:41 AM EST

NOTICE of filing MTN TO E-FILE FOR URIEL AND YVONNE [ADI]

Orlando Division - 6:21cv1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: URI
Middle Name:
Last Name: MARCUS
Bar Number: PRO SE
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 909-833-0065
Email Address: URI@NTCF.ORG
Firm Name: PRO SE
Street Address: P.O. Box 126
Suite Number:
City: OJAI
State: CA
Zip: 93024
Date: 11/09/21
Signature: s/Uri Marcus
Submitted: 11/09/21 10:31:25 am

Main Document Name: Mtn E-File 09 Nov 2021.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

====================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
====================================================================

=========================================

**From:** noreply@flmd.uscourts.gov
**Subject: Document Filing - Orlando Division - 6:21cv1008**
**Date:** 9 November 2021 at 17:34:31 GMT+2
**To:** adi@ntcf.org

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: YVONNE
Middle Name:
Last Name: MARCUS

Bar Number: PRO SE
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 909-833-0065
Email Address: adi@ntcf.org
Firm Name: PRO SE
Street Address: P.O. BOX 126
Suite Number:
City: OJAI
State: CA
Zip: 93024
Date: 11/09/21
Signature: s/Yvonne Marcus
Submitted: 11/09/21 10:34:27 am

Main Document Name: Mtn E-File 09 Nov 2021.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

======================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
======================================================================

## Fwd: Document Filing - Orlando Division - 6:21cv1008

From:  Peter Menage (pmenage@googlemail.com)

To:  lucas.wall@yahoo.com

Date:  Wednesday, November 10, 2021, 01:28 AM EST

*Respectfully,*
*Pete*

*The information contained in this message is confidential, intended solely for the use of the individual or entity to whom it is addressed and may be protected by professional secrecy.*
*You should not copy, disclose or distribute this information for any purpose.*
*If you are not the intended recipient of this message or you receive this mail in error, you should refrain from making any use of the contents and from opening any attachment.*
*In that case, please notify the sender immediately and return the message to the sender, then, delete and destroy all copies.*
*This e-mail message has been swept by anti-virus systems for the presence of computer viruses.*
*In doing so, however, we cannot warrant that virus or other forms of data corruption may not be present and we do not take any responsibility in any occurrence.*

Begin forwarded message:

**From:** noreply@flmd.uscourts.gov
**Date:** November 9, 2021 at 07:10:34 AKST
**To:** pmenage@gmail.com
**Subject: Document Filing - Orlando Division - 6:21cv1008**

 Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Peter
Middle Name:
Last Name: Menage
Bar Number: Pro Se
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 9077151205
Email Address: pmenage@gmail.com
Firm Name: Pro Se
Street Address: 8255 N Mars Ave
Suite Number:
City: Palmer
State: AK
Zip: 99645
Date: 11/09/21
Signature: s/Peter Menage
Submitted: 11/09/21 11:10:22 am

Main Document Name: Mtn E-File.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

=====================================================================

# Fw: Document Filing - Orlando Division - 6:21cv1008

From:  Shannon Greer (shannonrgreer@yahoo.com)

To:  lucas.wall@yahoo.com

Date:  Thursday, November 11, 2021, 09:40 AM EST

----- Forwarded Message -----
**From:** "noreply@flmd.uscourts.gov" <noreply@flmd.uscourts.gov>
**To:** "shannonrgreer@yahoo.com" <shannonrgreer@yahoo.com>
**Sent:** Wednesday, November 10, 2021, 07:29:13 PM EST
**Subject:** Document Filing - Orlando Division - 6:21cv1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: SHANNON
Middle Name: GREER
Last Name: CILA
Bar Number: PRO SE
Bar State: KY

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 319-795-5552
Email Address: shannonrgreer@yahoo.com
Firm Name: PRO SE
Street Address: 8807 AVONDALE CT
Suite Number:
City: LOUISVILLE
State: KY
Zip: 40299
Date: 11/10/21
Signature: s/Shannon Greer Cila
Submitted: 11/10/21 7:28:46 pm

Main Document Name: Mtn E-File.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
================================================================

FW: Document Filing - Orlando Division - 6:21cv1008

From: Tony Eades (teades2603@msn.com)

To: lucas.wall@yahoo.com

Date: Friday, November 12, 2021, 02:22 PM EST

**From:** noreply@flmd.uscourts.gov <noreply@flmd.uscourts.gov>
**Sent:** Friday, November 12, 2021 1:20 PM
**To:** teades2603@msn.com
**Subject:** Document Filing - Orlando Division - 6:21cv1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Anthony
Middle Name:
Last Name: Eades
Bar Number: Pro Se
Bar State: MO

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 813-786-8960
Email Address: teades2603@msn.com
Firm Name: Pro Se
Street Address: 19499 Cedar Gate Dr
Suite Number:
City: Warsaw
State: MO
Zip: 65355
Date: 11/12/21
Signature: s/Anthony Eades
Submitted: 11/12/21 2:19:57 pm

Main Document Name: Mtn E-File.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

==============================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
==============================================================

Plaintiffs' Exhibit 3

Motion to compel clerk FW: Document Filing - Orlando Division - 6:21-cv-1008

From:  aa@neg.com (aa@neg.com)

To:    lucas.wall@yahoo.com

Date:  Tuesday, November 9, 2021, 09:28 AM EST

Submitted for filing

AA

**From:** noreply@flmd.uscourts.gov <noreply@flmd.uscourts.gov>
**Sent:** Tuesday, November 9, 2021 9:26 AM
**To:** aa@neg.com
**Subject:** Document Filing - Orlando Division - 6:21-cv-1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Aaron
Middle Name:
Last Name: Abadi
Bar Number: Pro se
Bar State: NY

Case Number: 6:21-cv-1008
Division: Orlando

Telephone Number: 5166394100
Email Address: aa@neg.com
Firm Name: Aaron Abadi
Street Address: 82 Nassau Street
Suite Number: Apt. 140
City: New York
State: NY
Zip: 10038
Date: 11/09/21
Signature: s/AARON ABADI
Submitted: 11/09/21 9:26:12 am

Main Document Name: Mtn to Compel Clerk.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

==================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
==================================================================

## Document Filing - Orlando Division - 6:21cv1008

From: Uriel ben-Mordechai (uri@ntcf.org)

To: lucas.wall@yahoo.com

Date: Tuesday, November 9, 2021, 09:37 AM EST

FLORIDA MOTION FILED: YVONNE [ADI]

**From:** noreply@flmd.uscourts.gov
**Subject: Document Filing - Orlando Division - 6:21cv1008**
**Date:** 9 November 2021 at 16:25:44 GMT+2
**To:** adi@ntcf.org

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: YVONNE
Middle Name:
Last Name: MARCUS
Bar Number: PRO SE
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 909-833-0065
Email Address: adi@ntcf.org
Firm Name: PRO SE
Street Address: P.O. Box 126
Suite Number:
City: OJAI
State: CA
Zip: 93024
Date: 11/09/21
Signature: s/Yvonne Marcus
Submitted: 11/09/21 9:25:41 am

Main Document Name: Mtn to Compel Clerk 2.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

=================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
=================================================================

Fw: Document Filing - Orlando Division - 6:21cv1008

From: MrRadioActive (mrradioactive@protonmail.com)

To: lucas.wall@yahoo.com

Date: Tuesday, November 9, 2021, 09:20 AM EST

Sent with ProtonMail Secure Email.

------- Original Message -------
On Tuesday, November 9th, 2021 at 9:19 AM, <noreply@flmd.uscourts.gov> wrote:

> Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.
>
> The information you supplied will be referred to the appropriate personnel for processing.
>
> First Name: Kleanthis
> Middle Name: N
> Last Name: Andreadakis
> Bar Number: Pro Se
> Bar State: FL
>
> Case Number: 6:21cv1008
> Division: Orlando
>
> Telephone Number: 804-988-1402
> Email Address: mrradioactive@protonmail.com
> Firm Name: Pro Se
> Street Address: 5108 Hunters Meadow Pl
> Suite Number:
> City: Henrico
> State: VA
> Zip: 23231
> Date: 11/09/21
> Signature: s/ Kleanthis N Andreadakis
> Submitted: 11/09/21 9:19:14 am
>
> Main Document Name: Mtn to Compel Clerk.pdf
> Exhibits or Attachments Name(s):
>
> Thank you.
>
> http://www.flmd.uscourts.gov
>
> ===================================================================
> Please DO NOT REPLY to this email. This is an auto-generated message.
> ===================================================================

Fw: Document Filing - Orlando Division - 6:21cv1008

From:  Connie Rarrick (connierarrick@yahoo.com)

To:    lucas.wall@yahoo.com

Date:  Wednesday, November 10, 2021, 08:23 AM EST

----- Forwarded Message -----
**From:** "noreply@flmd.uscourts.gov" <noreply@flmd.uscourts.gov>
**To:** "connierarrick@yahoo.com" <connierarrick@yahoo.com>
**Sent:** Tuesday, November 9, 2021, 03:23:54 PM EST
**Subject:** Document Filing - Orlando Division - 6:21cv1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Connie
Middle Name:
Last Name: Rarrick
Bar Number: Pro Se
Bar State: ME

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 4179553675
Email Address: connierarrick@yahoo.com
Firm Name:
Street Address: 36 Lafayette St.
Suite Number:
City: Saco
State: ME
Zip: 04072
Date: 11/09/21
Signature: s/Connie Rarrick
Submitted: 11/09/21 3:23:37 pm

Main Document Name: Mtn to Compel Clerk.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

=================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
=================================================================

Fw: Document Filing - Orlando Division - 6:21cv01008

From:  ericlcila@yahoo.com (ericlcila@yahoo.com)

To:    lucas.wall@yahoo.com; shannonrgreer@yahoo.com

Date:  Wednesday, November 10, 2021, 07:12 PM EST


----- Forwarded Message -----
**From:** noreply@flmd.uscourts.gov <noreply@flmd.uscourts.gov>
**To:** "ericlcila@yahoo.com" <ericlcila@yahoo.com>
**Sent:** Tuesday, November 9, 2021, 12:03:36 PM EST
**Subject:** Document Filing - Orlando Division - 6:21cv01008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: ERIC
Middle Name: L
Last Name: CILA
Bar Number: Pro se
Bar State: KY

Case Number: 6:21cv01008
Division: Orlando

Telephone Number: 319-795-5551
Email Address: ericlcila@yahoo.com
Firm Name: Pro se
Street Address: 8807 AVONDALE CT
Suite Number:
City: LOUISVILLE, KY
State: KY
Zip: 40299
Date: 11/09/21
Signature: s/eric l cila
Submitted: 11/09/21 12:03:19 pm

Main Document Name: Mtn to Compel Clerk.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

====================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
====================================================================

## Fwd: Document Filing - Orlando Division - 6:21cv1008

From: Jared Rarrick (pastor@anchor-baptist.com)

To: lucas.wall@yahoo.com

Date: Wednesday, November 10, 2021, 08:29 AM EST

---------- Forwarded message ---------
From: <noreply@flmd.uscourts.gov>
Date: Tue, Nov 9, 2021 at 3:25 PM
Subject: Document Filing - Orlando Division - 6:21cv1008
To: <pastor@anchor-baptist.com>

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Jared
Middle Name:
Last Name: Rarrick
Bar Number: Pro Se
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 417-955-3675
Email Address: pastor@anchor-baptist.com
Firm Name: L
Street Address: 36 Lafayette St
Suite Number:
City: Saco
State: ME
Zip: 04072
Date: 11/09/21
Signature: s/Jared Rarrick
Submitted: 11/09/21 3:25:50 pm

Main Document Name: Mtn to Compel Clerk.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

=================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
=================================================================

## Fwd: Document Filing - Orlando Division - 6:21cv1008

From: Jennifer Rarrick (jenniferrarrick@gmail.com)

To: lucas.wall@yahoo.com

Date: Wednesday, November 10, 2021, 08:05 AM EST

---------- Forwarded message ---------
From: <noreply@flmd.uscourts.gov>
Date: Tue, Nov 9, 2021 at 3:16 PM
Subject: Document Filing - Orlando Division - 6:21cv1008
To: <jenniferrarrick@gmail.com>

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Jennifer
Middle Name:
Last Name: Rarrick
Bar Number: Pro Se
Bar State: ME

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 207-423-2479
Email Address: jenniferrarrick@gmail.com
Firm Name: L
Street Address: 36 Lafayette St
Suite Number:
City: Saco
State: ME
Zip: 04072
Date: 11/09/21
Signature: s/Jennifer Rarrick
Submitted: 11/09/21 3:16:49 pm

Main Document Name: Mtn to Compel Clerk.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

===================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
===================================================================

## Fwd: Document Filing - Orlando Division - 6:21cv1008

From:  Leonardo McDonnell ███████████████

To:    lucas.wall@yahoo.com

Date:  Wednesday, November 10, 2021, 11:48 AM EST

Sent from my iPhone

Begin forwarded message:

**From:** noreply@flmd.uscourts.gov
**Date:** November 9, 2021 at 1:52:24 PM EST
**To:** leo_mcdonnell@icloud.com
**Subject: Document Filing - Orlando Division - 6:21cv1008**

 Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Leonardo
Middle Name:
Last Name: McDonnell
Bar Number: Pro Se
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: ███████████
Email Address: ████████████████████
Firm Name: Pro Se
Street Address: PO Box 1113
Suite Number:
City: Melbourne
State: FL
Zip: 32902
Date: 11/09/21
Signature: s/LeonardoMcDonnell
Submitted: 11/09/21 1:52:10 pm

Main Document Name: Mtn to Compel Clerk.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

=================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
=================================================================

Fw: Document Filing - Orlando Division - 6:21cv01008

From:   Shannon Greer (shannonrgreer@yahoo.com)

To:     lucas.wall@yahoo.com

Date:   Tuesday, November 9, 2021, 12:12 PM EST

----- Forwarded Message -----
**From:** "noreply@flmd.uscourts.gov" <noreply@flmd.uscourts.gov>
**To:** "shannonrgreer@yahoo.com" <shannonrgreer@yahoo.com>
**Sent:** Tuesday, November 9, 2021, 12:00:50 PM EST
**Subject:** Document Filing - Orlando Division - 6:21cv01008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: SHANNON
Middle Name: GREER
Last Name: CILA
Bar Number: Pro se
Bar State: FL

Case Number: 6:21cv01008
Division: Orlando

Telephone Number: 319-795-5552
Email Address: shannonrgreer@yahoo.com
Firm Name: Pro se
Street Address: 8807 AVONDALE CT
Suite Number:
City: LOUISVILLE
State: KY
Zip: 40299
Date: 11/09/21
Signature: s/shannon greer cila
Submitted: 11/09/21 12:00:36 pm

Main Document Name: Mtn to Compel Clerk.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
================================================================

FW: Document Filing - Orlando Division - 6:21cv1008

From:   Tony Eades (teades2603@msn.com)

To:     lucas.wall@yahoo.com

Date:   Friday, November 12, 2021, 02:22 PM EST

**From:** noreply@flmd.uscourts.gov <noreply@flmd.uscourts.gov>
**Sent:** Friday, November 12, 2021 1:23 PM
**To:** teades2603@msn.com
**Subject:** Document Filing - Orlando Division - 6:21cv1008

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: Anthony
Middle Name:
Last Name: Eades
Bar Number: Pro Se
Bar State: MO

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 8137868960
Email Address: teades2603@msn.com
Firm Name: Pro Se
Street Address: 19499 Cedar Gate Dr
Suite Number:
City: Warsaw
State: MO
Zip: 65355
Date: 11/12/21
Signature: s/Anthony Eades
Submitted: 11/12/21 2:22:25 pm

Main Document Name: Mtn to Compel Clerk.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
================================================================

## Document Filing - Orlando Division - 6:21cv1008

From: Uriel ben-Mordechai (uri@ntcf.org)

To: lucas.wall@yahoo.com

Date: Tuesday, November 9, 2021, 09:34 AM EST

FLORIDA MOTION FILED: URIEL

**From:** noreply@flmd.uscourts.gov
**Subject: Document Filing - Orlando Division - 6:21cv1008**
**Date:** 9 November 2021 at 16:20:14 GMT+2
**To:** uri@ntcf.org

Thank you for submitting document(s) for filing to the United States District Court for the Middle District of Florida.

The information you supplied will be referred to the appropriate personnel for processing.

First Name: URI
Middle Name:
Last Name: MARCUS
Bar Number: PRO SE
Bar State: FL

Case Number: 6:21cv1008
Division: Orlando

Telephone Number: 909-833-0065
Email Address: uri@ntcf.org
Firm Name: PRO SE
Street Address: P.O. Box 126
Suite Number:
City: OJAI
State: CA
Zip: 93024
Date: 11/09/21
Signature: s/Uri Marcus
Submitted: 11/09/21 9:20:06 am

Main Document Name: Mtn to Compel Clerk 2.pdf
Exhibits or Attachments Name(s):

Thank you.

http://www.flmd.uscourts.gov

==================================================================
Please DO NOT REPLY to this email. This is an auto-generated message.
==================================================================

## Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Purported Response to Objections

From:  Lucas Wall (lucas.wall@yahoo.com)

To:      Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com; mamorel@littler.com

Bcc:     ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Date:   Wednesday, November 17, 2021, 05:15 PM EST

Dear counsel:

I write to inform you that I will be filing a motion Thursday to strike Document 130 filed by Roy Goldberg, the purported response of four airlines to objections filed by plaintiffs to the magistrate's Report & Recommendation, for these reasons:

1. Failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 130 "was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record." However, Mr. Goldberg failed to certify that he served the 12 parties to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 130 must be stricken for failure to comply with Rule 5.

2. Including numerous extraneous materials not related to the responses to the objections. Fed.R.Civ.P. 72(b)(2) permits "A party may respond to another party's objections within 14 days after being served with a copy." However, Mr. Goldberg's Doc. 130 doesn't "respond to another party's objections," it asserts numerous separate objections, including that no plaintiff should be able to join me in this case without an attorney.

Such a filing must be made under the other clause of Rule 72(b)(2): "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." This then allows the other parties an opportunity to file a response. Because Doc. 130 mostly contains objections to issues not raised in our objections, it is not a proper "response" but rather should be filed as "objections."

In the alternative, should the court decline to strike Doc. 130, my motion will ask the court for leave to file a reply of up to seven pages to argue against the objections raised by Mr. Goldberg that do not relate to plaintiffs' objections.

Per court rules, all defense counsel must respond to this consultation even though the document I seek to strike was only filed by four of the seven airline defendants. Please inform me of your clients' position on this motion by close of business Thursday, as I plan to submit it Thursday evening.

You can expect to hear from the other 12 plaintiffs regarding this matter as well. None of us will allow documents without a proper certificate of service and containing material not responsive to our objections to stand.

*Lucas Wall

**U.S. District Court**
**Middle District of Florida**

**Notice of Electronic Filing**

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 10:53 AM EST and filed on 11/17/2021

| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Alaska Airlines |
| | Delta Air Lines |
| | JetBlue Airways |
| | Southwest Airlines |

**Document Number:** 130

**Docket Text:**
**RESPONSE to objections to [86] Report and Recommendations filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye    bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Kyle Dudek    kyle.dudek@henlaw.com, sarah.howie@henlaw.com

Lucas Wall    lucas.wall@yahoo.com

Maurice Jay Baumgarten    maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel    mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Milton Roy Goldberg    roy.goldberg@stinson.com

Roberto A. Torricella , Jr    Robert@torricellalaw.com, Samantha@torricellalaw.com

William Boltrek , III    william.boltrek@henlaw.com, brenda.sitar@henlaw.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

**Aaron Abadi**
**Apt. 140**
**82 Nassau St.**
**New York, NY 10038**

**Anthony Eades**
**19499 Cedar Gate Dr.**
**Warsaw, MO 65355**

**Connie Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Eric L Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Jared Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Jennifer Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Kleanthis Andreadakis**
**5108 Hunters Meadow Pl.**
**Henrico, VA 23231**

**Leonardo McDonnell**
**P.O. Box 1113**
**Melbourne, FL 32902**

**Peter Menage**
**3255 N. Mars Ave.**
**Palmer, AK 99645**

**Shannon Greer Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Uri Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

**Yvonne Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

## Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Purported Response to Objections

From:  Jennifer Rarrick (jenniferrarrick@gmail.com)

To:  robert@torricellalaw.com; roy.goldberg@stinson.com; bmaye@amm-law.com; mamorel@littler.com

Bcc:  lucas.wall@yahoo.com

Date:  Wednesday, November 17, 2021, 08:12 PM EST

---

Dear Counsel:

As a plaintiffs in Wall v. Southwest Airlines, We write to inform you that we will be filing a motion Thursday to strike Document 130 filed by Roy Goldberg, the purported response of four airlines to objections filed by plaintiffs to the magistrate's Report & Recommendation, for these reasons:

1. Failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 130 "was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record." However, Mr. Goldberg failed to certify that he served the 12 parties to this case (including myself) who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 130 must be stricken for failure to comply with Rule 5.

2. Including numerous extraneous materials not related to the responses to the objections. Fed.R.Civ.P. 72(b)(2) permits "A party may respond to another party's objections within 14 days after being served with a copy." However, Mr. Goldberg's Doc. 130 doesn't "respond to another party's objections," it asserts numerous separate objections, including that no plaintiff should be able to join Mr. Wall in this case without an attorney.

Such a filing must be made under the other clause of Rule 72(b)(2): "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." This then allows the other parties an opportunity to file a response. Because Doc. 130 mostly contains objections to issues not raised in our objections, it is not a proper "response" but rather should be filed as "objections."

In the alternative, should the court decline to strike Doc. 130, our motion will ask the court for leave to file a reply of up to seven pages to argue against the objections raised by Mr. Goldberg that do not relate to plaintiffs' objections.

Per court rules, all defense counsel must respond to this consultation even though the document we seek to strike was only filed by four of the seven airline defendants. Please inform us of your clients' position on this motion by close of business Thursday, as we plan to submit it Thursday evening.

**U.S. District Court**
**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 10:53 AM EST and
filed on 11/17/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Alaska Airlines |
| | Delta Air Lines |
| | JetBlue Airways |
| | Southwest Airlines |

**Document Number:** 130

**Docket Text:**
**RESPONSE to objections to [86] Report and Recommendations filed by
Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines.
(Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye     bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com,
rsiwinski@AMM-LAW.com

Kyle Dudek     kyle.dudek@henlaw.com, sarah.howie@henlaw.com

Lucas Wall     lucas.wall@yahoo.com

Maurice Jay Baumgarten     maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel     mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Milton Roy Goldberg     roy.goldberg@stinson.com

Roberto A. Torricella , Jr     Robert@torricellalaw.com, Samantha@torricellalaw.com

William Boltrek , III     william.boltrek@henlaw.com, brenda.sitar@henlaw.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

**Aaron Abadi**
**Apt. 140**
**82 Nassau St.**
**New York, NY 10038**

**Anthony Eades**
**19499 Cedar Gate Dr.**

**Warsaw, MO 65355**

**Connie Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Eric L Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Jared Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Jennifer Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Kleanthis Andreadakis**
**5108 Hunters Meadow Pl.**
**Henrico, VA 23231**

**Leonardo McDonnell**
**P.O. Box 1113**
**Melbourne, FL 32902**

**Peter Menage**
**3255 N. Mars Ave.**
**Palmer, AK 99645**

**Shannon Greer Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Uri Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

**Yvonne Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

**Signed,**
**Jennifer Rarrick, Jared Rarrick, Connie Rarrick**

Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Purported Response to Objections

From:  Leonardo McDonnell ███████████████

To:    robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Date:  Wednesday, November 17, 2021, 10:59 PM EST

Dear counsel:

As a plaintiff in Wall v. Southwest Airlines, I write to inform you that I will be filing a motion Thursday to strike Document 130 filed by Roy Goldberg, the purported response of four airlines to objections filed by plaintiffs to the magistrate's Report & Recommendation, for these reasons:

1. Failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 130 "was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record." However, Mr. Goldberg failed to certify that he served the 12 parties to this case (including myself) who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 130 must be stricken for failure to comply with Rule 5.

2. Including numerous extraneous materials not related to the responses to the objections. Fed.R.Civ.P. 72(b)(2) permits "A party may respond to another party's objections within 14 days after being served with a copy." However, Mr. Goldberg's Doc. 130 doesn't "respond to another party's objections," it asserts numerous separate objections, including that no plaintiff should be able to join Mr. Wall in this case without an attorney.

Such a filing must be made under the other clause of Rule 72(b)(2): "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." This then allows the other parties an opportunity to file a response. Because Doc. 130 mostly contains objections to issues not raised in our objections, it is not a proper "response" but rather should be filed as "objections."

In the alternative, should the court decline to strike Doc. 130, my motion will ask the court for leave to file a reply of up to seven pages to argue against the objections raised by Mr. Goldberg that do not relate to plaintiffs' objections.

Per court rules, all defense counsel must respond to this consultation even though the document I seek to strike was only filed by four of the seven airline defendants. Please inform me of your clients' position on this motion by close of business Thursday, as I plan to submit it Thursday evening.

Leonardo McDonnell
Sent from my iPhone

## Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Purported Response to Objections

From:   Uriel ben-Mordechai (uri@ntcf.org)

To:     robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Cc:     adi@ntcf.org

Date:   Thursday, November 18, 2021, 12:46 AM EST

Shalom Counsellors,

As a Plaintiff in Wall v. Southwest Airlines, we are writing to inform you that we will be filing a motion **Thursday, 18 Nov 2021,** to strike Document 130 filed by Roy Goldberg, **the purported response** of four airlines to objections filed by Plaintiffs to the magistrate's Report & Recommendation, for these reasons:

> **1.** Failure to serve **ALL Plaintiffs** as required by **Fed.R.Civ.P. 5.** The certificate of service notes Doc. 130 *"was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record."* However, **Mr. Goldberg failed to certify that he served the 12 parties to this case** *(including THE TWO OF US, URI MARCUS and my wife YVONNE MARCUS)* who did not receive electronic service via CM/ECF. The mailing addresses of **ALL** 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court **(see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them)**. Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 130 must be stricken for failure to comply with Rule 5.

> **2.** Including numerous extraneous materials not related to the responses to the objections. **Fed.R.Civ.P. 72(b)(2)** permits *"A party may respond to another party's objections within 14 days after being served with a copy."* However, Mr. Goldberg's Doc. 130 doesn't *"respond to another party's objections,"* it asserts numerous separate objections, including that "no plaintiff should be able to join Mr. Wall in this case without an attorney." How is it that all of you went to law school and know or should have knowledge of these rules, but don't? We did NOT attend law school, and yet WE DO KNOW how to follow court rules. How is this possible?

> Such a filing must be made under the other clause of **Rule 72(b)(2)**: *"Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations."* This then allows the other parties an opportunity to file a response. Because Doc. 130 mostly contains objections to issues not raised in our objections, it is not a proper "response" but rather should be filed as "objections."

In the alternative, should the court decline to strike Doc. 130, our motion will ask the court for leave to file a reply of up to seven pages to argue against the objections raised by Mr. Goldberg that do not relate to Plaintiffs' objections.

Per court rules, **all defense counsel must respond to this consultation** even though the document I seek to strike was only filed by four of the seven airline defendants. Please inform us of your clients' position on this motion by close of business **Thursday 18 Nov 2021**, as we plan to submit it **Thursday evening**.

Thank you.

URI MARCUS • PLAINTIFF
YVONNE MARCUS • PLAINTIFF

Jerusalem

_____

**U.S. District Court**
**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 10:53 AM EST and filed on 11/17/2021

**Case Name:**     Wall v. Southwest Airlines et al
**Case Number:**   6:21-cv-01008-PGB-DCI
**Filer:**         Alaska Airlines

Delta Air Lines
JetBlue Airways
Southwest Airlines

**Document Number:** 130

**Docket Text:**
**RESPONSE to objections to [86] Report and Recommendations filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye    bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Kyle Dudek    kyle.dudek@henlaw.com, sarah.howie@henlaw.com

Lucas Wall    lucas.wall@yahoo.com

Maurice Jay Baumgarten    maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel    mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Milton Roy Goldberg    roy.goldberg@stinson.com

Roberto A. Torricella , Jr    Robert@torricellalaw.com, Samantha@torricellalaw.com

William Boltrek , III    william.boltrek@henlaw.com, brenda.sitar@henlaw.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

**Aaron Abadi**
**Apt. 140**
**82 Nassau St.**
**New York, NY 10038**

**Anthony Eades**
**19499 Cedar Gate Dr.**
**Warsaw, MO 65355**

**Connie Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Eric L Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Jared Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Jennifer Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Kleanthis Andreadakis**
**5108 Hunters Meadow Pl.**
**Henrico, VA 23231**

**Leonardo McDonnell**
**P.O. Box 1113**
**Melbourne, FL 32902**

**Peter Menage**
**3255 N. Mars Ave.**
**Palmer, AK 99645**

**Shannon Greer Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Uri Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

**Yvonne Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

## Day 2, Attempt #2- Request for consult on proposed motions

From: shannonrgreer@yahoo.com (shannonrgreer@yahoo.com)

To: robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Cc: ericlcila@yahoo.com

Date: Thursday, November 18, 2021, 09:10 AM EST

Dear Counsel:

Greetings & shalom!

I am writing respectfully, for a second day in a row to follow the magistrate's directive in the last R & R that Rule 3 requires 3 attempts in a row. Three shall it be. No more, no less. Three shall be the number thou shalt count, and the number of the counting shall be three. Four shalt thou not count, nor number two, excepting that thou proceed directly to three. Five is right out! Therefore, then, shall we now proceed directly to day three.

As plaintiffs in Wall v. Southwest Airlines, Eric Cila and I now write you a second time.  We hereby inform you:
that we will be filing a motion Thursday to strike Document 130 filed by Roy Goldberg, the purported response of four airlines to objections filed by plaintiffs to the magistrate's Report & Recommendation, for these reasons:

1. Failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 130 "was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record." However, Mr. Goldberg failed to certify that he serve d the 12 parties (that would include us)
to this case (including us) who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are cl early listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served us
and all 12 parties by postal mail as required, Doc. 130 must be stricken for failure to comply with Rule 5.

2. Including numerous extraneous materials not related to the responses to the objections. Fed.R.Civ.P. 72(b)(2) permits "A p arty may respond to another party's objections within 14 days after being served with a copy." However, Mr. Goldberg's Doc. 130 doesn't "respond to another party's objections;" it asserts numerous separate objections, including that no plaintiff should be able to join Mr. Wall in this case without an attorney.

Such a filing must be made under the other clause of Rule 72(b)(2): "Within 14 days after being served with a copy of the rec ommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations. " This then allows the other parties an opportunity to file a response. Because Doc. 130 mostly contains objections to issues not raised in our objections, it is not a proper "response" but rather should be filed as "objections."

In the alternative, should the court decline to strike Doc. 130, our motion will ask the court for leave to file a reply of up to sev en pages to argue against the objections raised by Mr. Goldberg that do not relate to plaintiffs' objections.

Per court rules, all defense counsel must respond to this consultation even though the document we seek to strike was only fi led by four of the seven airline defendants. Please inform us of your clients' position on this motion by close of business Thur sday, as we plan to submit it Thursday evening.

Thank you for your attention to this matter and we look forward to your required response within the time of the counting.

Regards,

Shannon and Eric Cila
Plaintiffs, Louisville

## Fw: Day 2, Attempt #2- Request for consult on proposed motions

From: shannonrgreer@yahoo.com (shannonrgreer@yahoo.com)

To: roy.goldberg@stinson.com; robert@torricellalaw.com; <mark>bmaye@amm-law.com;</mark> maurice@torricellalaw.com

Date: Friday, November 19, 2021, 07:43 PM EST

Dear Counsel,

Shalom and greetings.

Though a little late in the third day, yet still the 3rd day in a row, we respectfully request your ascent to confer with us, in the matters entailed below, regarding Wall v. Southwest Airlines motions.

Therefore, Eric Cila and I now write you a third day and third time in a row- the magic number invoked according to the rules dictated by Magistrate Irick.

We hereby inform you: that we will be soon filing a motion to strike the Document 130 filed by Roy Goldberg, the purported response of four airlines to objections filed by plaintiffs to the Magi-strate's Report & Recommendation (refer below for details):

Regards,

Shannon and Eric Cila
Plaintiffs, Louisville
319-795-5552

----- Forwarded Message -----
**From:** Goldberg, Roy <roy.goldberg@stinson.com>
**To:** shannonrgreer@yahoo.com <shannonrgreer@yahoo.com>
**Cc:** ericlcila@yahoo.com <ericlcila@yahoo.com>; robert@torricellalaw.com <robert@torricellalaw.com>; bmaye@amm-law.com <bmaye@amm-law.com>; mamorel@littler.com <mamorel@littler.com>; Maurice@torricellalaw.com <maurice@torricellalaw.com>
**Sent:** Thursday, November 18, 2021, 09:45:48 AM EST
**Subject:** RE: Day 2, Attempt #2- Request for consult on proposed motions

For the reasons set forth in the "Brief of Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines and JetBlue Airways in Opposition to Motion to Compel All Defense Counsel to Confer with All Plaintiffs on all Motions" (filed November 17, 2021), ECF 132, at the current time Mr. Lucas Wall is the only plaintiff in this case, and we will consult with him only on issues that involve his individual claims.

Roy Goldberg
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.728.3005 \ Mobile: 301.908.3268 \ https://www.stinson.com/people-RoyGoldberg

Assistant: Casey O'Keefe \ 202.346.6911 \ mailto:casey.okeefe@stinson.com

http://www.stinson.com

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information. If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

-----Original Message-----
From: shannonrgreer@yahoo.com <shannonrgreer@yahoo.com>
Sent: Thursday, November 18, 2021 9:11 AM
To: robert@torricellalaw.com; bmaye@amm-law.com; Goldberg, Roy <roy.goldberg@stinson.com>; mamorel@littler.com
Cc: ericlcila@yahoo.com
Subject: Day 2, Attempt #2- Request for consult on proposed motions

External Email – Use Caution

Dear Counsel:

Greetings & shalom!

I am writing respectfully, for a second day in a row to follow the magistrate's directive in the last R & R that Rule 3 requires 3 attempts in a row. Three shall it be. No more, no less. Three shall be the number thou shalt count, and the number of the counting shall be three. Four shalt thou not count, nor the number two, excepting that thou proceed directly to three. Five is right out! Therefore, then, shall we now proceed directly to day three.

As plaintiffs in Wall v. Southwest Airlines, Eric Cila and I now write you a second time. We hereby inform you: that we will be filing a motion Thursday to strike Document 130 filed by Roy Goldberg, the purported response of four airlines to objections filed by plaintiffs to the magistrate's Report & Recommendation, for these reasons:

1. Failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 130 "was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record." However, Mr. Goldberg failed to certify that he served the 12 parties (that would include us) to this case (including us) who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served us and all 12 parties by postal mail as required, Doc. 130 must be stricken for failure to comply with Rule 5.

2. Including numerous extraneous materials not related to the responses to the objections. Fed.R.Civ.P. 72(b)(2) permits "A party may respond to another party's objections within 14 days after being served with a copy." However, Mr. Goldberg's Doc. 130 doesn't "respond to another party's objections;" it asserts numerous separate objections, including that no plaintiff should be able to join Mr. Wall in this case without an attorney.

Such a filing must be made under the other clause of Rule 72(b)(2): "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." This then allows the other parties an opportunity to file a response. Because Doc. 130 mostly contains objections to issues not raised in our objections, it is not a proper "response" but rather should be filed as "objections."

In the alternative, should the court decline to strike Doc. 130, our motion will ask the court for leave to file a reply of up to seven pages to argue against the objections raised by Mr. Goldberg that do not relate to plaintiffs' objections.

Per court rules, all defense counsel must respond to this consultation even though the document we seek to strike was only filed by four of the seven airline defendants. Please inform us of your clients' position on this motion by close of business Thursday, as we plan to submit it Thursday evening.

Thank you for your attention to this matter and we look forward to your required response within the time of the counting.

Regards,

Shannon and Eric Cila
Plaintiffs, Louisville

FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Purported Response to Objections

From: Lucas Wall (lucas.wall@yahoo.com)

To:     bmaye@amm-law.com

Date:   Saturday, November 20, 2021, 01:58 AM EST

Mr. Maye:

I have not heard from you regarding this consultation sent Wednesday concerning the Motion to Strike Doc. 130 filed by Southwest, Alaska, Delta, and JetBlue, nor have any other plaintiff.

The only response I received from you this week concerns my consultation on Motion to Dismiss Objections to R&R & for Leave to File Second Amended Complaint.

I plan to file this motion to strike Saturday evening. If I do not hear from you, I will report to the court as follows:

"We hereby certify that on Nov. 17 and 20, we attempted to confer by e-mail with Brian Maye, counsel for Defendants Allegiant Air and Frontier Airlines. In what has become a disturbing pattern over the past several weeks, Mr. Maye has not responded to our consultations. Plaintiffs suggest the Court may need to impose sanctions to remedy this problem. 'The purposeful evasion of a communication under this rule can result in a sanction.' Local Rule 3.01(g)(3)."

*Lucas Wall

>>>>>>>>>>>>>>>>>>>>>>>

On Wednesday, November 17, 2021, 05:15:39 PM EST, Lucas Wall <lucas.wall@yahoo.com> wrote:

Dear counsel:

I write to inform you that I will be filing a motion Thursday to strike Document 130 filed by Roy Goldberg, the purported response of four airlines to objections filed by plaintiffs to the magistrate's Report & Recommendation, for these reasons:

1. Failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 130 "was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record." However, Mr. Goldberg failed to certify that he served the 12 parties to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 130 must be stricken for failure to comply with Rule 5.

2. Including numerous extraneous materials not related to the responses to the objections. Fed.R.Civ.P. 72(b)(2) permits "A party may respond to another party's objections within 14 days after being served with a copy." However, Mr. Goldberg's Doc. 130 doesn't "respond to another party's objections," it asserts numerous separate objections, including that no plaintiff should be able to join me in this case without an attorney.

Such a filing must be made under the other clause of Rule 72(b)(2): "Within 14 days after being served with a copy of the recommended disposition, a party may serve and file specific written objections to the proposed findings and recommendations." This then allows the other parties an opportunity to file a response. Because Doc. 130 mostly contains objections to issues not raised in our objections, it is not a proper "response" but rather should be filed as "objections."

In the alternative, should the court decline to strike Doc. 130, my motion will ask the court for leave to file a reply of up to seven pages to argue against the objections raised by Mr. Goldberg that do not relate to plaintiffs' objections.

Per court rules, all defense counsel must respond to this consultation even though the document I seek to strike was only filed by four of the seven airline defendants. Please inform me of your clients' position on this motion by close of business Thursday, as I plan to submit it Thursday evening.

You can expect to hear from the other 12 plaintiffs regarding this matter as well. None of us will allow documents without a proper certificate of service and containing material not responsive to our objections to stand.

\*Lucas Wall

**U.S. District Court**
**Middle District of Florida**

### Notice of Electronic Filing

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 10:53 AM EST and filed on 11/17/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Alaska Airlines |
| | Delta Air Lines |
| | JetBlue Airways |
| | Southwest Airlines |

**Document Number:** 130

**Docket Text:**
**RESPONSE to objections to [86] Report and Recommendations filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye    bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Kyle Dudek    kyle.dudek@henlaw.com, sarah.howie@henlaw.com

Lucas Wall    lucas.wall@yahoo.com

Maurice Jay Baumgarten    maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel    mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Milton Roy Goldberg    roy.goldberg@stinson.com

Roberto A. Torricella , Jr    Robert@torricellalaw.com, Samantha@torricellalaw.com

William Boltrek , III    william.boltrek@henlaw.com, brenda.sitar@henlaw.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

**Aaron Abadi**
**Apt. 140**
**82 Nassau St.**
**New York, NY 10038**

**Anthony Eades**
**19499 Cedar Gate Dr.**
**Warsaw, MO 65355**

**Connie Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Eric L Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

Jared Rarrick
36 Lafayette St.
Saco, ME 04072

Jennifer Rarrick
36 Lafayette St.
Saco, ME 04072

Kleanthis Andreadakis
5108 Hunters Meadow Pl.
Henrico, VA 23231

Leonardo McDonnell
P.O. Box 1113
Melbourne, FL 32902

Peter Menage
3255 N. Mars Ave.
Palmer, AK 99645

Shannon Greer Cila
8807 Avondale Ct
Louisville, KY 40299

Uri Marcus
P.O. Box 126
Ojai, CA 93024

Yvonne Marcus
P.O. Box 126
Ojai, CA 93024