## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| | : | |
| v. | : | District Judge Paul Byron |
| | : | |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| | : | |
| Defendants. | : | |

## <u>PLAINTIFFS' JOINT MOTION FOR LEAVE TO FILE REPLY BRIEF</u>

COME NOW all plaintiffs, *pro se*, and jointly move for an order granting us leave to file a brief, not to exceed seven pages, in reply to Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines, and JetBlue Airways' opposition (Doc. 132) to our Motion to Compel Defense Counsel to Confer with All Plaintiffs on All Motions (Docs. 129 & 131). This Court routinely grants leave to file reply briefs. Doc. 78. *See also* Docs. 128, 137, & 139, *Wall v. Centers for Disease Control & Prevention*, No. 6:21-cv-975-PGB-DCI (M.D. Fla.).

Plaintiffs seek permission to file a short reply arguing against numerous lies written by Roy Goldberg and Maurice Baumgarten, counsel for the four defendants. These falsehoods include:

- "Defendants do not want to aid or abet [Lead] Plaintiff Lucas Wall's continued efforts to act as an attorney on behalf of the twelve potential plaintiffs."

- "The twelve individuals identified in the Amended Complaint did not sign the pleading..."

- "Plaintiff Wall is continuing to act as the attorney for twelve non-party pro-spective co-plaintiffs, despite the fact that Mr. Wall is not a licensed lawyer."

- "At this stage, requiring that Defendants confer not only with Plaintiff Wall (which Defendants are doing) but also the twelve non-party potential plain-tiffs will only serve to exacerbate the continued efforts of Plaintiff Wall – a non-lawyer – to act as counsel for those non-parties."

- Repeated descriptions of the 12 additional plaintiffs as "non-parties."

- "Despite the fact that by Order dated October 26, 2021 ('October 26 Order') (Doc. 85), the Magistrate '**_prohibited_**' Mr. Wall 'from filing any document on behalf of any other person in this case,' Mr. Wall has blatantly disre-garded that Order by: (a) filing Objections on behalf of 'Plaintiffs' (plural) (Doc. 119 p. 1); (b) referring throughout his Objections to 'we' (instead of 'I'); (c) specifically stating at the end of his Objections that '[w]e request the Court enter an order rejecting the R&R and allowing all 13 plaintiffs to pros-ecute the Amended Complaint' (Doc. 119, p. 9); and (d) signing his Objec-tions as 'lead plaintiff and class representative.' _Id_." (emphasis original).

- "Moreover, it is clear that in blatant violation of the Magistrate's October 26 Order, Mr. Wall had Objections filed on behalf of each of the prospective plaintiffs that are word for word **_identical_** to the Objections that Mr. Wall filed with his own electronic signature, including having each of the other

Objections filed on behalf of 'Plaintiffs' and referring to 'we' throughout those Objections." (emphasis original).

- "Mr. Wall's claim in each of the November 12 Objections that 'no plaintiff in this case is representing anyone else' (Doc. 119, p. 5) is contradicted by the November 12 Objections themselves."

- "Mr. Wall has continued to represent other persons in this action in blatant disregard of the Magistrate's October 26 Order…"

- "Mr. Wall's preparing and filing of the November 12 Objections to the October 28 R&R was simply more of the same unauthorized practice of law on his part."

- "In addition to continuing to disregard the Magistrate's October 26 Order through the filings that Mr. Wall continues to draft and submit on behalf of the non-party prospective plaintiffs, Mr. Wall has caused each of them to violate the Magistrate's October 26 Order…"

Mr. Goldberg and Mr. Baumgarten should issue an apology to the Court for lying that Mr. Wall submitted documents for other plaintiffs using his ECF account when each plaintiff submitted our own filings using the court's webform portal – and we all have proof of this in the form of e-mail receipts. Docs. 137-1 to 137-3.

WHEREFORE, we request this Court issue an order granting us leave to file a reply brief, maximum seven pages, within five days from the date the order is entered.

## Local Rule 3.01(g) Certification[1]

We hereby certify that on Nov. 17, 18, and 20, we conferred by e-mail with Roy Goldberg and Roberto Torricella, counsel for Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines, and JetBlue Airways. "For the reasons set forth in the 'Brief of Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines, and JetBlue Airways in Opposition to Motion to Compel All Defense Counsel to Confer with All Plaintiffs on all Motions' (filed November 17, 2021), ECF 132, at the current time Mr. Lucas Wall is the only plaintiff in this case, and we will consult with him only on issues that involve his individual claims," Mr. Goldberg wrote Plaintiffs Aaron Abadi, Kleanthis Andreadakis, Tony Eades, Uri Marcus, Leonardo McDonnell, and Jennifer Rarrick on Nov. 18. Ex. 1. Plaintiffs suggest the Court may need to impose sanctions to remedy this ongoing problem of counsel refusing to confer on motions. "The purposeful evasion of a communication under this rule can result in a sanction." Local Rule 3.01(g)(3).

Mr. Goldberg finally informed Mr. Wall on Nov. 20 that his clients do not consent to this motion to file a reply brief. He has still refused to consult with any other plaintiff.

We hereby certify that on Nov. 17, 18, and 20, we attempted to confer by e-mail with Brian Maye, counsel for Defendants Allegiant Air and Frontier Airlines. Mr. Maye did not respond to our numerous attempts to confer. Ex. 1. Plaintiffs suggest the Court may need to impose sanctions to remedy this ongoing problem. "The purposeful evasion of a communication under this rule can result in a sanction." Local Rule 3.01(g)(3).

We hereby certify that on Nov. 18, we conferred with Miguel Morel, counsel for Defendant Sprit Airlines. Mr. Morel said his client objects to the requested relief.

Respectfully submitted this **21st** day of November 2021.

*Lucas Wall*

Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

---

[1] Plaintiffs are aware that Local Rule 3.01(d) states a Motion for Leave to File Reply Brief "must not exceed three pages…" In accordance with this Court's practice, plaintiffs do not count the conferral certificate and signatures as part of these three pages. *See Wall v. CDC* (Doc. 125: Federal Defendants granted leave to file 70-page combined brief – brief contained 70 pages of argument plus 18 pages of additional sections; and Doc. 147: Federal Defendants granted leave to file 14-page reply brief – brief contained 14 pages of argument plus nine pages of additional sections).

Aaron Abadi, plaintiff

Kleanthis Andreadakis, plaintiff

Eric Cila, plaintiff

Shannon Greer Cila, plaintiff

Anthony Eades, plaintiff

Uri Marcus, plaintiff

Yvonne Marcus, plaintiff

Leonardo McDonnell, plaintiff

Peter Menage, plaintiff

Connie Rarrick, plaintiff

Jared Rarrick, plaintiff

Jennifer Rarrick, plaintiff

Plaintiffs' Exhibit 1

Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to Motion to Compel

---

From:   Lucas Wall (lucas.wall@yahoo.com)

To:     Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com; mamorel@littler.com

Bcc:    ██████████████████████

Date:   Wednesday, November 17, 2021, 09:57 PM EST

---

Dear counsel:

I write to inform you that I will be filing a motion Thursday to strike Document 132 filed by Roy Goldberg, the opposition of four airlines to Plaintiffs' Motion to Compel Defense Counsel, for failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 132 "was filed using CM-ECF system." However, as Mr. Goldberg himself notes in the opposition brief, 12 plaintiffs in this case do not have ECF access and therefore do not receive electronic service. Therefore service by postal mail is required and this must be noted in the Certificate of Service.

Mr. Goldberg failed to certify that he served the 12 parties to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 132 must be stricken for failure to comply with Rule 5.

In the alternative, should the court decline to strike Doc. 132, my motion will ask the court for leave to file a reply of up to seven pages to argue against the numerous lies written by Mr. Goldberg including that I electronically filed motions and briefs for all plaintiffs. In truth, each plaintiff has used the court's webform https://apps.flmd.uscourts.gov/cmecf/filings.cfm to submit their filings. Each plaintiff has e-mail receipts from the webform proving they filed the documents themselves.

Mr. Goldberg seems to show a total ignorance of the webform, which is separate from the court's CM/ECF system. When a party without ECF access files using the webform, the document is manually docketed by the clerk's office into CM/ECF and it's noted that the document was "filed through CM/ECF portal by [Plaintiff Name]." Attached is the case docket with the portal filings highlighted.

Mr. Goldberg should issue an apology in writing to the court for lying that I submitted these documents using ECF when in fact each plaintiff submitted their own filings using the court's webform portal -- and they all have proof of this. If an apology is not offered, plaintiffs will consider filing a Motion for Sanctions for his continual libel of me that I am practicing law without a license, representing others, filing documents for others in violation of court orders, etc. This behavior must cease, and it must cease now.

Per court rules, all defense counsel must respond to this consultation even though the document I seek to strike was only filed by four of the seven airline defendants. Please inform me of your clients' position on this motion by close of business Thursday, as I plan to submit it Thursday evening.

\*Lucas Wall

**U.S. District Court**
**Middle District of Florida**

**Notice of Electronic Filing**

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 8:39 PM EST and filed on 11/17/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Alaska Airlines |
| | Delta Air Lines |

JetBlue Airways
Southwest Airlines

**Document Number:** 132

**Docket Text:**

**RESPONSE in Opposition re [131] MOTION to Compel All Defense Counsels to Confer with All Plaintiffs on All Motions, [129] MOTION to Compel All Defense Counsel to Confer with All Plaintiffs on All Motions filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye     bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Kyle Dudek     kyle.dudek@henlaw.com, sarah.howie@henlaw.com

**Lucas Wall     lucas.wall@yahoo.com**

Maurice Jay Baumgarten     maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel     mamorel@littler.com, #MiamiECFFiling@littler.com, grivas@littler.com

Milton Roy Goldberg     roy.goldberg@stinson.com

Roberto A. Torricella , Jr     Robert@torricellalaw.com, Samantha@torricellalaw.com

William Boltrek , III     william.boltrek@henlaw.com, brenda.sitar@henlaw.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

**Aaron Abadi**
**Apt. 140**
**82 Nassau St.**
**New York, NY 10038**

**Anthony Eades**
**19499 Cedar Gate Dr.**
**Warsaw, MO 65355**

**Connie Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Eric L Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Jared Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Jennifer Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Kleanthis Andreadakis**
**5108 Hunters Meadow Pl.**
**Henrico, VA 23231**

**Leonardo McDonnell**
**P.O. Box 1113**
**Melbourne, FL 32902**

**Peter Menage**
**3255 N. Mars Ave.**

**Palmer, AK 99645**

**Shannon Greer Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Uri Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

**Yvonne Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

 Docket 11-17-21 Showing Portal Filings.pdf
198.1kB

## Wall v Southwest

From: aa@neg.com

To: robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Date: Wednesday, November 17, 2021, 10:50 PM EST

Dear counsel:

I write to inform you that I, a plaintiff in Wall v. Southwest Airlines, will be filing a motion Thursday to strike Document 132 filed by Roy Goldberg, the opposition of four airlines to Plaintiffs' Motion to Compel Defense Counsel, for failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 132 "was filed using CM-ECF system." However, as Mr. Goldberg himself notes in the opposition brief, 12 plaintiffs in this case (including myself) do not have ECF access and therefore do not receive electronic service. Therefore service by postal mail is required and this must be noted in the Certificate of Service.

Mr. Goldberg failed to certify that he served the 12 parties to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 132 must be stricken for failure to comply with Rule 5.

In the alternative, should the court decline to strike Doc. 132, my motion will ask the court for leave to file a reply of up to seven pages to argue against the numerous lies written by Mr. Goldberg including that our lead plaintiff, Mr. Wall, electronically filed motions and briefs for all plaintiffs. In truth, each plaintiff (including myself) has used the court's webform https://apps.flmd.uscourts.gov/cmecf/filings.cfm to submit our filings. Each plaintiff (including myself) has e-mail receipts from the webform proving we filed the documents ourselves.

Mr. Goldberg seems to show a total ignorance of the webform, which is separate from the court's CM/ECF system. When a party without ECF access files using the webform, the document is manually docketed by the clerk's office into CM/ECF and it's noted that the document was "filed through CM/ECF portal by [Plaintiff Name]." You can view the case docket to see the entries marked as having been filed through the portal, not Mr. Wall's ECF account.

Mr. Goldberg should issue an apology in writing to the court for lying that Mr. Wall submitted these documents using ECF when in fact each plaintiff submitted our own filings using the court's webform portal -- and we all have proof of this. If an apology is not offered, plaintiffs will consider filing a Motion for Sanctions for his continual libel of Mr. Wall that he is practicing law without a license, representing others, filing documents for others in violation of court orders, etc. This behavior must cease, and it must cease now.

Per court rules, all defense counsel must respond to this consultation even though the document I seek to strike was only filed by four of the seven airline defendants. Please inform me of your clients' position on this motion by close of business Thursday, as I plan to submit it Thursday evening using the webform portal.

**U.S. District Court**

**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 8:39 PM EST and filed on 11/17/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Alaska Airlines |
| | Delta Air Lines |
| | JetBlue Airways |
| | Southwest Airlines |

**Document Number:** 132

**Docket Text:**
**RESPONSE in Opposition re [131] MOTION to Compel All Defense Counsels to Confer with All Plaintiffs on All Motions, [129] MOTION to Compel All Defense Counsel to Confer with All Plaintiffs on All Motions filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye     bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Kyle Dudek     kyle.dudek@henlaw.com, sarah.howie@henlaw.com

Lucas Wall     lucas.wall@yahoo.com

Maurice Jay Baumgarten     maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel     mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Milton Roy Goldberg     roy.goldberg@stinson.com

Roberto A. Torricella , Jr     Robert@torricellalaw.com, Samantha@torricellalaw.com

William Boltrek , III     william.boltrek@henlaw.com, brenda.sitar@henlaw.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

Aaron Abadi
Apt. 140
82 Nassau St.
New York, NY 10038

Anthony Eades
19499 Cedar Gate Dr.
Warsaw, MO 65355

Connie Rarrick
36 Lafayette St.
Saco, ME 04072

Eric L Cila
8807 Avondale Ct
Louisville, KY 40299

Jared Rarrick
36 Lafayette St.
Saco, ME 04072

Jennifer Rarrick
36 Lafayette St.
Saco, ME 04072

**Kleanthis Andreadakis**
**5108 Hunters Meadow Pl.**
**Henrico, VA 23231**

**Leonardo McDonnell**
**P.O. Box 1113**
**Melbourne, FL 32902**

**Peter Menage**
**3255 N. Mars Ave.**
**Palmer, AK 99645**

**Shannon Greer Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Uri Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

**Yvonne Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

- 

  [Docket 11-17-21 Showing Portal Filings.pdf](Docket 11-17-21 Showing Portal Filings.pdf)

  198.1kB

*Aaron Abadi*

Cell 516-639-4100

Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to Motion to Compel

From:  Leonardo McDonnell ▮▮▮▮▮▮▮▮▮▮▮

To:  robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Date:  Wednesday, November 17, 2021, 11:18 PM EST

Dear counsel:

I write to inform you that I, a plaintiff in Wall v. Southwest Airlines, will be filing a motion Thursday to strike Document 132 filed by Roy Goldberg, the opposition of four airlines to Plaintiffs' Motion to Compel Defense Counsel, for failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 132 "was filed using CM-ECF system." However, as Mr. Goldberg himself notes in the opposition brief, 12 plaintiffs in this case (including myself) do not have ECF access and therefore do not receive electronic service. Therefore service by postal mail is required and this must be noted in the Certificate of Service.

Mr. Goldberg failed to certify that he served the 12 parties to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 132 must be stricken for failure to comply with Rule 5.

In the alternative, should the court decline to strike Doc. 132, my motion will ask the court for leave to file a reply of up to seven pages to argue against the numerous lies written by Mr. Goldberg including that our lead plaintiff, Mr. Wall, electronically filed motions and briefs for all plaintiffs. In truth, each plaintiff (including myself) has used the court's webform https://apps.flmd.uscourts.gov/cmecf/filings.cfm to submit our filings. Each plaintiff (including myself) has e-mail receipts from the webform proving we filed the documents ourselves.

Mr. Goldberg seems to show a total ignorance of the webform, which is separate from the court's CM/ECF system. When a party without ECF access files using the webform, the document is manually docketed by the clerk's office into CM/ECF and it's noted that the document was "filed through CM/ECF portal by [Plaintiff Name]." You can view the case docket to see the entries marked as having been filed through the portal, not Mr. Wall's ECF account.

Mr. Goldberg should issue an apology in writing to the court for lying that Mr. Wall submitted these documents using ECF when in fact each plaintiff submitted our own filings using the court's webform portal -- and we all have proof of this. If an apology is not offered, plaintiffs will consider filing a Motion for Sanctions for his continual libel of Mr. Wall that he is practicing law without a license, representing others, filing documents for others in violation of court orders, etc. This behavior must cease, and it must cease now.

Per court rules, all defense counsel must respond to this consultation even though the document I seek to strike was only filed by four of the seven airline defendants. Please inform me of your clients' position on this motion by close of business Thursday, as I plan to submit it Thursday evening using the webform portal.

Leonardo McDonnell

Sent from my iPhone

Wall v. Southwest Airlines-Motion to Strike 4 Airlines' Opposition to Motion to Compel

From:  Jennifer Rarrick (jenniferrarrick@gmail.com)

To:    robert@torricellalaw.com; roy.goldberg@stinson.com; mamorel@littler.com; bmaye@amm-law.com

Bcc:   lucas.wall@yahoo.com

Date:  Wednesday, November 17, 2021, 11:36 PM EST

Dear Counsel:

We write to inform you that as plaintiffs in Wall v. Southwest Airlines case, we will be filing a motion Thursday to strike Document 132 filed by Roy Goldberg, the opposition of four airlines to Plaintiffs' Motion to Compel Defense Counsel, for failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 132 "was filed using CM-ECF system." However, as Mr. Goldberg himself notes in the opposition brief, 12 plaintiffs in this case (including myself) do not have ECF access and therefore do not receive electronic service. Therefore service by postal mail is required and this must be noted in the Certificate of Service.

Mr. Goldberg failed to certify that he served the 12 parties to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 132 must be stricken for failure to comply with Rule 5.

In the alternative, should the court decline to strike Doc. 132, our motion will ask the court for leave to file a reply of up to seven pages to argue against the numerous lies written by Mr. Goldberg including that our lead plaintiff, Mr. Wall, electronically filed motions and briefs for all plaintiffs. In truth, each plaintiff has used the court's webform https://apps.flmd.uscourts.gov/cmecf/filings.cfm to submit our filings. Each plaintiff has e-mail receipts from the webform proving we filed the documents ourselves.

Mr. Goldberg seems to show a total ignorance of the webform, which is separate from the court's CM/ECF system. When a party without ECF access files using the webform, the document is manually docketed by the clerk's office into CM/ECF and it's noted that the document was "filed through CM/ECF portal by [Plaintiff Name]." You can view the case docket to see the entries marked as having been filed through the portal, not Mr. Wall's ECF account.

Mr. Goldberg should issue an apology in writing to the court for lying that Mr. Wall submitted these documents using ECF when in fact each plaintiff submitted our own filings using the court's webform portal -- and we all have proof of this. If an apology is not offered, plaintiffs will consider filing a Motion for Sanctions for his continual libel of Mr. Wall that he is practicing law without a license, representing others, filing documents for others in violation of court orders, and continuing to call the rest of us "purported" plaintiffs when we have submitted personal evidence that proves we have been discriminated against by the airlines etc. This behavior must cease, and it must cease now.

Per court rules, all defense counsel must respond to this consultation even though the document we seek to strike was only filed by four of the seven airline defendants. Please inform us of your clients' position on this motion by close of business Thursday, as we plan to submit it Thursday evening using the webform portal.

**U.S. District Court**
**Middle District of Florida**

**Notice of Electronic Filing**

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 8:39 PM EST and filed on 11/17/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Alaska Airlines |
| | Delta Air Lines |
| | JetBlue Airways |
| | Southwest Airlines |
| **Document Number:** | 132 |

**Docket Text:**

**RESPONSE in Opposition re [131] MOTION to Compel All Defense Counsels to Confer with All Plaintiffs on All Motions, [129] MOTION to Compel All Defense Counsel to Confer with All Plaintiffs on All Motions filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye     bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Kyle Dudek     kyle.dudek@henlaw.com, sarah.howie@henlaw.com

Lucas Wall     lucas.wall@yahoo.com

Maurice Jay Baumgarten     maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel     mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Milton Roy Goldberg     roy.goldberg@stinson.com

Roberto A. Torricella , Jr     Robert@torricellalaw.com, Samantha@torricellalaw.com

William Boltrek , III     william.boltrek@henlaw.com, brenda.sitar@henlaw.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

Aaron Abadi
Apt. 140
82 Nassau St.
New York, NY 10038

Anthony Eades
19499 Cedar Gate Dr.
Warsaw, MO 65355

Connie Rarrick
36 Lafayette St.
Saco, ME 04072

Eric L Cila
8807 Avondale Ct
Louisville, KY 40299

Jared Rarrick
36 Lafayette St.
Saco, ME 04072

Jennifer Rarrick
36 Lafayette St.
Saco, ME 04072

Kleanthis Andreadakis
5108 Hunters Meadow Pl.
Henrico, VA 23231

Leonardo McDonnell
P.O. Box 1113
Melbourne, FL 32902

Peter Menage
3255 N. Mars Ave.
Palmer, AK 99645

Shannon Greer Cila
8807 Avondale Ct
Louisville, KY 40299

**Uri Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

**Yvonne Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

- Docket 11-17-21 Showing Portal Filings.pdf
  198.1kB

Signed,
Jennifer Rarrick, Jared rarrick, Connie Rarrick

## Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to Motion to Compel

From: Uriel ben-Mordechai (uri@ntcf.org)

To: robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Cc: adi@ntcf.org

Date: Thursday, November 18, 2021, 02:56 AM EST

Shalom Counsellors, and in particular to **Mr. GOLDBERG**;

Why are you falsely accusing Lucas Wall of filing motions and objections on OUR behalf using his ECF account?

We *[URI AND YVONNE MARCUS]* are using the webform portal of the Court for Pro Se filers and we receive e-mail receipts from the court every time we do so! How, in the known universe, could that possibly constitute Mr. Wall representing us as an attorney in the instant case?

Notwithstanding, WE *[URI AND YVONNE MARCUS]* are writing once again to inform you that **WE *[NOT MR. WALL]*** will be filing a motion Thursday **to strike Document 132 filed by Roy Goldberg**, the opposition of four airlines to Plaintiffs' Motion to Compel Defense Counsel, for failure to serve all plaintiffs as required by **Fed.R.Civ.P. 5**. The certificate of service notes **Doc. 132** "was filed using CM-ECF system." However, as **Mr. Goldberg** himself notes in the opposition brief, **12 plaintiffs in this case do not have ECF access** and therefore **do not receive electronic service.** Therefore service by postal mail is required and this must be noted in the Certificate of Service.

**Mr. Goldberg failed to certify that he served the 12 parties** to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court [see below -- <span style="color:red">**marked in bold, red font, and yellow highlight**</span> in case **Mr. Goldberg** missed them]. **Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required**, Doc. 132 must be stricken for failure to comply with Rule 5.

In the alternative, should the court decline to strike Doc. 132, **OUR motion *[FILED BY URI AND YVONNE MARCUS]*** will ask the court for leave to file a reply of up to seven pages to argue against the numerous lies written by **Mr. Goldberg** including that I electronically filed motions and briefs for all Plaintiffs. In truth, each of the Plaintiffs — **INCLUDING US *[URI AND YVONNE MARCUS]*** — have used the court's webform *https://apps.flmd.uscourts.gov/cmecf/filings.cfm* to submit OUR filings. Each Plaintiff — **INCLUDING US *[URI AND YVONNE MARCUS]*** — have e-mail receipts from the webform proving WE have filed the documents ourselves, and that **Mr. Wall IS NOT REPRESENTING US**, or acting as an attorney on OUR BEHALF, in legal matters. Which part of *"Mr. Wall is NOT our Attorney"* don't you understand?

**Mr. Goldberg** seems to show a total ignorance of the webform, which is separate from the court's CM/ECF system. When a party without ECF access files using the webform, the document is manually docketed by the clerk's office into CM/ECF and it's noted that the document was *"filed through CM/ECF portal by [Plaintiff Name]."* Attached is the case docket with the **portal filings highlighted**.

**Mr. Goldberg** should issue an apology in writing to the court for lying that WE *[URI AND YVONNE MARCUS]* submitted these documents using ECF when in fact each Plaintiff — **INCLUDING US** *[URI AND YVONNE MARCUS]* — submitted our own filings using the court's webform portal — and **WE ALL** have proof of this.

**If an apology is not offered, plaintiffs will consider filing a Motion for Sanctions for his continual libel of MR. WALL that he is practicing law without a license, representing others, filing documents for others in violation of court orders, etc. This behavior must cease, and it must cease IMMEDIATELY!**

Where the hell did you get your license to practice law, Mr. Goldberg? It could not have been in Israel, that is for sure!

Per court rules, ALL defense counsel must respond to this consultation even though the document WE seek to strike was only filed by four of the seven airline defendants. Please inform us of your clients' position on this motion by close of business **Thursday**, as we plan to submit it **Thursday** evening.

FINALLY, it should be noted that **Mr. Miguel Morel** is a **shining example** of how attorneys should respond. He ALONE, respectfully noted that he opposed our request for relief, while pointing out that he *"disagreed with your interpretation of the rules given the current procedural posture of this case."* At least he treated us as human beings entitled to the pursuit of justice as AMERICAN CITIZENS. That man is a MENSCH!

Shame on you Mr. Goldberg. You are a Jew, and you of all people should know better! You know what our Torah demands!


URI MARCUS • PLAINTIFF
YVONNE MARCUS • PLAINTIFF

Jerusalem

_____


**U.S. District Court**
**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 8:39 PM EST and filed on 11/17/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Alaska Airlines |
| | Delta Air Lines |
| | JetBlue Airways |
| | Southwest Airlines |

**Document Number:** 132

**Docket Text:**

**RESPONSE in Opposition re [131] MOTION to Compel All Defense Counsels to Confer with All Plaintiffs on All Motions, [129] MOTION to Compel All Defense Counsel to Confer with All Plaintiffs on All Motions filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye     bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Kyle Dudek     kyle.dudek@henlaw.com, sarah.howie@henlaw.com

**Lucas Wall     lucas.wall@yahoo.com**

Maurice Jay Baumgarten     maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel     mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Milton Roy Goldberg     roy.goldberg@stinson.com

Roberto A. Torricella , Jr     Robert@torricellalaw.com, Samantha@torricellalaw.com

William Boltrek , III     william.boltrek@henlaw.com, brenda.sitar@henlaw.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

**Aaron Abadi**
**Apt. 140**
**82 Nassau St.**
**New York, NY 10038**

**Anthony Eades**
**19499 Cedar Gate Dr.**
**Warsaw, MO 65355**

**Connie Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Eric L Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Jared Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Jennifer Rarrick**

**36 Lafayette St.**
**Saco, ME 04072**

**Kleanthis Andreadakis**
**5108 Hunters Meadow Pl.**
**Henrico, VA 23231**

**Leonardo McDonnell**
**P.O. Box 1113**
**Melbourne, FL 32902**

**Peter Menage**
**3255 N. Mars Ave.**
**Palmer, AK 99645**

**Shannon Greer Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Uri Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

**Yvonne Marcus**
**P.O. Box 126**
**Ojai, CA 93024**



Docket 11-17-21 Showing Portal Filings.pdf
198.1kB

Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to Motion to Compel

From:  Tony Eades (teades2603@live.com)

To:    robert@torricellalaw.com; roy.goldberg@stinson.com; bmaye@amm-law.com; mamorel@littler.com

Date:  Thursday, November 18, 2021, 04:36 AM EST

Dear counsel:

I write to inform you that I, a plaintiff in Wall v. Southwest Airlines, will be filing a motion Thursday to strike Document 132 filed by Roy Goldberg, the opposition of four airlines to Plaintiffs' Motion to Compel Defense Counsel, for failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 132 "was filed using CM-ECF system." However, as Mr. Goldberg himself notes in the opposition brief, 12 plaintiffs in this case (including myself) do not have ECF access and therefore do not receive electronic service. Therefore service by postal mail is required and this must be noted in the Certificate of Service.

Mr. Goldberg failed to certify that he served the 12 parties to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 132 must be stricken for failure to comply with Rule 5.

In the alternative, should the court decline to strike Doc. 132, my motion will ask the court for leave to file a reply of up to seven pages to argue against the numerous lies written by Mr. Goldberg including that our lead plaintiff, Mr. Wall, electronically filed motions and briefs for all plaintiffs. In truth, each plaintiff (including myself) has used the court's webform https://apps.flmd.uscourts.gov/cmecf/filings.cfm to submit our filings. Each plaintiff (including myself) has e-mail receipts from the webform proving we filed the documents ourselves.

Mr. Goldberg seems to show a total ignorance of the webform, which is separate from the court's CM/ECF system. When a party without ECF access files using the webform, the document is manually docketed by the clerk's office into CM/ECF and it's noted that the document was "filed through CM/ECF portal by [Plaintiff Name]." You can view the case docket to see the entries marked as having been filed through the portal, not Mr. Wall's ECF account.

Mr. Goldberg should issue an apology in writing to the court for lying that Mr. Wall submitted these documents using ECF when in fact each plaintiff submitted our own filings using the court's webform portal -- and we all have proof of this. If an apology is not offered, plaintiffs will consider filing a Motion for Sanctions for his continual libel of Mr. Wall that he is practicing law without a license, representing others, filing documents for others in violation of court orders, etc. This behavior must cease, and it must cease now.

Per court rules, all defense counsel must respond to this consultation even though the document I seek to strike was only filed by four of the seven airline defendants. Please inform me of your clients' position on this motion by close of business Thursday, as I plan to submit it Thursday evening using the webform portal.

**U.S. District Court**

**Middle District of Florida**

**Notice of Electronic Filing**

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 8:39 PM EST and filed on 11/17/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Alaska Airlines |
| | Delta Air Lines |
| | JetBlue Airways |
| | Southwest Airlines |

**Document Number:** 132

**Docket Text:**
**RESPONSE in Opposition re [131] MOTION to Compel All Defense Counsels to Confer with All Plaintiffs on All Motions, [129] MOTION to Compel All Defense Counsel to Confer with All Plaintiffs on All Motions filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye     bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Kyle Dudek     kyle.dudek@henlaw.com, sarah.howie@henlaw.com

**Lucas Wall     lucas.wall@yahoo.com**

Maurice Jay Baumgarten     maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel     mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Milton Roy Goldberg     roy.goldberg@stinson.com

Roberto A. Torricella , Jr     Robert@torricellalaw.com, Samantha@torricellalaw.com

William Boltrek , III     william.boltrek@henlaw.com, brenda.sitar@henlaw.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

**Aaron Abadi**
**Apt. 140**
**82 Nassau St.**
**New York, NY 10038**

**Anthony Eades**
**19499 Cedar Gate Dr.**
**Warsaw, MO 65355**

**Connie Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Eric L Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Jared Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Jennifer Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Kleanthis Andreadakis**
**5108 Hunters Meadow Pl.**
**Henrico, VA 23231**

**Leonardo McDonnell**
**P.O. Box 1113**
**Melbourne, FL 32902**

**Peter Menage**
**3255 N. Mars Ave.**
**Palmer, AK 99645**

**Shannon Greer Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Uri Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

**Yvonne Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

- Docket 11-17-21 Showing Portal Filings.pdf

  198.1kB

Tony Eades

19499 Cedar Gate Dr

Warsaw, MO 65355

# Purple Heart Veteran

FW: Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to
Motion to Compel

From:  Tony Eades (teades2603@live.com)

To:    lucas.wall@yahoo.com

Date:  Thursday, November 18, 2021, 01:18 PM EST



**From:** Goldberg, Roy <roy.goldberg@stinson.com>
**Sent:** Thursday, November 18, 2021 6:22 AM
**To:** Tony Eades <teades2603@live.com>
**Cc:** Maurice@torricellalaw.com; Robert@torricellalaw.com; bmaye@amm-law.com; mamorel@littler.com
**Subject:** RE: Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to Motion to Compel

For the reasons set forth in the "Brief of Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines and JetBlue Airways in Opposition to Motion to Compel All Defense Counsel to Confer with All Plaintiffs on all Motions" (filed November 17, 2021), ECF 132, at the current time Mr. Lucas Wall is the only plaintiff in this case, and we will consult with him only on issues that involve his individual claims.

**Roy Goldberg**
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.728.3005 \ Mobile: 301.908.3268 \ Bio

Assistant: Casey O'Keefe \ 202.346.6911 \ casey.okeefe@stinson.com

**STINSON.COM**
This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.  If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

**From:** Tony Eades <teades2603@live.com>
**Sent:** Thursday, November 18, 2021 4:37 AM
**To:** Robert@torricellalaw.com; Goldberg, Roy <roy.goldberg@stinson.com>; bmaye@amm-law.com; mamorel@littler.com
**Subject:** Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to Motion to Compel

**External Email – Use Caution**

Dear counsel:

I write to inform you that I, a plaintiff in Wall v. Southwest Airlines, will be filing a motion Thursday to strike Document 132 filed by Roy Goldberg, the opposition of four airlines to Plaintiffs' Motion to Compel Defense Counsel, for failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 132 "was filed using CM-ECF system." However, as Mr. Goldberg himself notes in the opposition brief, 12 plaintiffs in this case (including myself) do not have ECF access and therefore do not receive electronic service. Therefore service by postal mail is required and this must be noted in the Certificate of Service.

Mr. Goldberg failed to certify that he served the 12 parties to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 132 must be stricken for failure to comply with Rule 5.

In the alternative, should the court decline to strike Doc. 132, my motion will ask the court for leave to file a reply of up to seven pages to argue against the numerous lies written by Mr. Goldberg including that our lead plaintiff, Mr. Wall, electronically filed motions and briefs for all plaintiffs. In truth, each plaintiff (including myself) has used the court's webform https://apps.flmd.uscourts.gov/cmecf/filings.cfm to submit our filings. Each plaintiff (including myself) has e-mail receipts from the webform proving we filed the documents ourselves.

Mr. Goldberg seems to show a total ignorance of the webform, which is separate from the court's CM/ECF system. When a party without ECF access files using the webform, the document is manually docketed by the clerk's office into CM/ECF and it's noted that the document was "filed through CM/ECF portal by [Plaintiff Name]." You can view the case docket to see the entries marked as having been filed through the portal, not Mr. Wall's ECF account.

Mr. Goldberg should issue an apology in writing to the court for lying that Mr. Wall submitted these documents using ECF when in fact each plaintiff submitted our own filings using the court's webform portal -- and we all have proof of this. If an apology is not offered, plaintiffs will consider filing a Motion for Sanctions for his continual libel of Mr. Wall that he is practicing law without a license, representing others, filing documents for others in violation of court orders, etc. This behavior must cease, and it must cease now.

Per court rules, all defense counsel must respond to this consultation even though the document I seek to strike was only filed by four of the seven airline defendants. Please inform me of your clients' position on this motion by close of business Thursday, as I plan to submit it Thursday evening using the webform portal.

**U.S. District Court**

**Middle District of Florida**

### Notice of Electronic Filing

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 8:39 PM EST and filed on 11/17/2021

**Case Name:**      Wall v. Southwest Airlines et al
**Case Number:**    6:21-cv-01008-PGB-DCI
**Filer:**          Alaska Airlines
                    Delta Air Lines
                    JetBlue Airways
                    Southwest Airlines

**Document Number:** 132

**Docket Text:**
**RESPONSE in Opposition re [131] MOTION to Compel All Defense Counsels to Confer with All Plaintiffs on All Motions, [129] MOTION to Compel All Defense Counsel to Confer with All**

**Plaintiffs on All Motions filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye     bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Kyle Dudek     kyle.dudek@henlaw.com, sarah.howie@henlaw.com

**Lucas Wall     lucas.wall@yahoo.com**

Maurice Jay Baumgarten     maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel     mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Milton Roy Goldberg     roy.goldberg@stinson.com

Roberto A. Torricella , Jr     Robert@torricellalaw.com, Samantha@torricellalaw.com

William Boltrek , III     william.boltrek@henlaw.com, brenda.sitar@henlaw.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

**Aaron Abadi**
**Apt. 140**
**82 Nassau St.**
**New York, NY 10038**

**Anthony Eades**
**19499 Cedar Gate Dr.**
**Warsaw, MO 65355**

**Connie Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Eric L Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Jared Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Jennifer Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Kleanthis Andreadakis**
**5108 Hunters Meadow Pl.**
**Henrico, VA 23231**

**Leonardo McDonnell**
**P.O. Box 1113**
**Melbourne, FL 32902**

**Peter Menage**
**3255 N. Mars Ave.**
**Palmer, AK 99645**

**Shannon Greer Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Uri Marcus**
**P.O. Box 126**

**Ojai, CA 93024**

**Yvonne Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

- 
  Docket 11-17-21 Showing Portal Filings.pdf

  198.1kB

Tony Eades

19499 Cedar Gate Dr

Warsaw, MO 65355

# Purple Heart Veteran

Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to Motion to Compel

From: MrRadioActive (mrradioactive@protonmail.com)

To: robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Date: Thursday, November 18, 2021, 07:25 AM EST

Dear counsel:

I write to inform you that I, a plaintiff in Wall v. Southwest Airlines, will be filing a motion Thursday to strike Document 132 filed by Roy Goldberg, the opposition of four airlines to Plaintiffs' Motion to Compel Defense Counsel, for failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 132 "was filed using CM-ECF system." However, as Mr. Goldberg himself notes in the opposition brief, 12 plaintiffs in this case (including myself) do not have ECF access and therefore do not receive electronic service. Therefore service by postal mail is required and this must be noted in the Certificate of Service.

Mr. Goldberg failed to certify that he served the 12 parties to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 132 must be stricken for failure to comply with Rule 5.

In the alternative, should the court decline to strike Doc. 132, my motion will ask the court for leave to file a reply of up to seven pages to argue against the numerous lies written by Mr. Goldberg including that our lead plaintiff, Mr. Wall, electronically filed motions and briefs for all plaintiffs. In truth, each plaintiff (including myself) has used the court's webform https://apps.flmd.uscourts.gov/cmecf/filings.cfm to submit our filings. Each plaintiff (including myself) has e-mail receipts from the webform proving we filed the documents ourselves.

Mr. Goldberg seems to show a total ignorance of the webform, which is separate from the court's CM/ECF system. When a party without ECF access files using the webform, the document is manually docketed by the clerk's office into CM/ECF and it's noted that the document was "filed through CM/ECF portal by [Plaintiff Name]." You can view the case docket to see the entries marked as having been filed through the portal, not Mr. Wall's ECF account.

Mr. Goldberg should issue an apology in writing to the court for lying that Mr. Wall submitted these documents using ECF when in fact I submitted my own filing using the court's webform portal -- and I ave proof of this. If an apology is not offered, I will consider filing a Motion for Sanctions for his continual libel of Mr. Wall that he is practicing law without a license, representing others, filing documents for others in violation of court orders, etc. This behavior must cease, and it must cease now.

Per court rules, all defense counsel must respond to this consultation even though the document I seek to strike was only filed by four of the seven airline defendants. Please inform me of your clients' position on this motion by close of business Thursday, as I plan to submit it Thursday evening using the webform portal.

Respectfully,

Kleanthis N. Andreadakis

Sent with ProtonMail Secure Email.


**U.S. District Court**
**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 8:39 PM EST and filed on 11/17/2021

**Case Name:**     Wall v. Southwest Airlines et al
**Case Number:**   6:21-cv-01008-PGB-DCI
**Filer:**         Alaska Airlines

Delta Air Lines
JetBlue Airways
Southwest Airlines

**Document Number:** 132

**Docket Text:**
**RESPONSE in Opposition re [131] MOTION to Compel All Defense Counsels to Confer with All Plaintiffs on All Motions, [129] MOTION to Compel All Defense Counsel to Confer with All Plaintiffs on All Motions filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye      bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Kyle Dudek      kyle.dudek@henlaw.com, sarah.howie@henlaw.com

**Lucas Wall      lucas.wall@yahoo.com**

Maurice Jay Baumgarten      maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel      mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Milton Roy Goldberg      roy.goldberg@stinson.com

Roberto A. Torricella , Jr      Robert@torricellalaw.com, Samantha@torricellalaw.com

William Boltrek , III      william.boltrek@henlaw.com, brenda.sitar@henlaw.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

**Aaron Abadi**
**Apt. 140**
**82 Nassau St.**
**New York, NY 10038**

**Anthony Eades**
**19499 Cedar Gate Dr.**
**Warsaw, MO 65355**

**Connie Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Eric L Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Jared Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Jennifer Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Kleanthis Andreadakis**
**5108 Hunters Meadow Pl.**
**Henrico, VA 23231**

**Leonardo McDonnell**
**P.O. Box 1113**
**Melbourne, FL 32902**

**Peter Menage**
**3255 N. Mars Ave.**
**Palmer, AK 99645**

**Shannon Greer Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Uri Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

**Yvonne Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

Fwd: Wall v. Southwest Airlines-Motion to Strike 4 Airlines' Opposition to Motion to Compel

From:   Jennifer Rarrick (jenniferrarrick@gmail.com)

To:   lucas.wall@yahoo.com

Date:   Thursday, November 18, 2021, 09:23 AM EST

---------- Forwarded message ---------
From: **Goldberg, Roy** <roy.goldberg@stinson.com>
Date: Thu, Nov 18, 2021, 7:25 AM
Subject: RE: Wall v. Southwest Airlines-Motion to Strike 4 Airlines' Opposition to Motion to Compel
To: Jennifer Rarrick <jenniferrarrick@gmail.com>
Cc: Robert@torricellalaw.com <robert@torricellalaw.com>, mamorel@littler.com <mamorel@littler.com>, bmaye@amm-law.com <bmaye@amm-law.com>, Maurice@torricellalaw.com <maurice@torricellalaw.com>

For the reasons set forth in the "Brief of Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines and JetBlue Airways in Opposition to Motion to Compel All Defense Counsel to Confer with All Plaintiffs on all Motions" (filed November 17, 2021), ECF 132, at the current time Mr. Lucas Wall is the only plaintiff in this case, and we will consult with him only on issues that involve his individual claims.

**Roy Goldberg**
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.728.3005 \ Mobile: 301.908.3268 \ Bio

Assistant: Casey O'Keefe \ 202.346.6911 \ casey.okeefe@stinson.com

**STINSON.COM**

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information. If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

**From:** Jennifer Rarrick <jenniferrarrick@gmail.com>
**Sent:** Wednesday, November 17, 2021 11:36 PM
**To:** Robert@torricellalaw.com; Goldberg, Roy <roy.goldberg@stinson.com>; mamorel@littler.com; bmaye@amm-law.com
**Subject:** Wall v. Southwest Airlines-Motion to Strike 4 Airlines' Opposition to Motion to Compel

**External Email – Use Caution**

Dear Counsel:

We write to inform you that as plaintiffs in Wall v. Southwest Airlines case, we will be filing a motion Thursday to strike Document 132 filed by Roy Goldberg, the opposition of four airlines to Plaintiffs' Motion to Compel Defense Counsel, for failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 132 "was filed using CM-ECF system." However, as Mr. Goldberg himself notes in the opposition brief, 12 plaintiffs in this case (including myself) do not have ECF access and therefore do not receive electronic service. Therefore service by postal mail is required and this must be noted in the Certificate of Service.

Mr. Goldberg failed to certify that he served the 12 parties to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 132 must be stricken for failure to comply with Rule 5.

In the alternative, should the court decline to strike Doc. 132, our motion will ask the court for leave to file a reply of up to seven pages to argue against the numerous lies written by Mr. Goldberg including that our lead plaintiff, Mr. Wall, electronically filed motions and briefs for all plaintiffs. In truth, each plaintiff  has used the court's webform https://apps.flmd.uscourts.gov/cmecf/filings.cfm to submit our filings. Each plaintiff has e-mail receipts from the webform proving we filed the documents ourselves.

Mr. Goldberg seems to show a total ignorance of the webform, which is separate from the court's CM/ECF system. When a party without ECF access files using the webform, the document is manually docketed by the clerk's office into CM/ECF and it's noted that the document was "filed through CM/ECF portal by [Plaintiff Name]." You can view the case docket to see the entries marked as having been filed through the portal, not Mr. Wall's ECF account.

Mr. Goldberg should issue an apology in writing to the court for lying that Mr. Wall submitted these documents using ECF when in fact each plaintiff submitted our own filings using the court's webform portal -- and we all have proof of this. If an apology is not offered, plaintiffs will consider filing a Motion for Sanctions for his continual libel of Mr. Wall that he is practicing law without a license, representing others, filing documents for others in violation of court orders, and continuing to call the rest of us "purported" plaintiffs when we have submitted personal evidence that proves we have been discriminated against by the airlines etc. This behavior must cease, and it must cease now.

Per court rules, all defense counsel must respond to this consultation even though the document we seek to strike was only filed by four of the seven airline defendants. Please inform us of your clients' position on this motion by close of business Thursday, as we plan to submit it Thursday evening using the webform portal.

**U.S. District Court**

**Middle District of Florida**

**Notice of Electronic Filing**

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 8:39 PM EST and filed on 11/17/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Alaska Airlines |
| | Delta Air Lines |
| | JetBlue Airways |
| | Southwest Airlines |

**Document Number:** 132

**Docket Text:**
**RESPONSE in Opposition re [131] MOTION to Compel All Defense Counsels to Confer with All Plaintiffs on All Motions, [129] MOTION to Compel All Defense Counsel to Confer with All Plaintiffs on All Motions filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye      bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Kyle Dudek      kyle.dudek@henlaw.com, sarah.howie@henlaw.com

**Lucas Wall      lucas.wall@yahoo.com**

Maurice Jay Baumgarten      maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel      mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Milton Roy Goldberg      roy.goldberg@stinson.com

Roberto A. Torricella , Jr      Robert@torricellalaw.com, Samantha@torricellalaw.com

William Boltrek , III      william.boltrek@henlaw.com, brenda.sitar@henlaw.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

**Aaron Abadi**
**Apt. 140**
**82 Nassau St.**
**New York, NY 10038**

**Anthony Eades**
**19499 Cedar Gate Dr.**
**Warsaw, MO 65355**

**Connie Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Eric L Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Jared Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Jennifer Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Kleanthis Andreadakis**
**5108 Hunters Meadow Pl.**
**Henrico, VA 23231**

**Leonardo McDonnell**
**P.O. Box 1113**
**Melbourne, FL 32902**

**Peter Menage**
**3255 N. Mars Ave.**
**Palmer, AK 99645**

**Shannon Greer Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Uri Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

**Yvonne Marcus**
**P.O. Box 126**

**Ojai, CA 93024**

- 
  Docket 11-17-21 Showing Portal Filings.pdf

  198.1kB

Signed,

Jennifer Rarrick, Jared rarrick, Connie Rarrick

Fw: RE: Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to Motion to Compel

From:  MrRadioActive (mrradioactive@protonmail.com)

To:     lucas.wall@yahoo.com

Date:   Thursday, November 18, 2021, 07:28 AM EST

Response

Sent with ProtonMail Secure Email.

------- Original Message -------
On Thursday, November 18th, 2021 at 7:26 AM, Goldberg, Roy <roy.goldberg@stinson.com> wrote:

For the reasons set forth in the "Brief of Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines and JetBlue Airways in Opposition to Motion to Compel All Defense Counsel to Confer with All Plaintiffs on all Motions" (filed November 17, 2021), ECF 132, at the current time Mr. Lucas Wall is the only plaintiff in this case, and we will consult with him only on issues that involve his individual claims.

**Roy Goldberg**
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.728.3005 \ Mobile: 301.908.3268 \ Bio

Assistant: Casey O'Keefe \ 202.346.6911 \ casey.okeefe@stinson.com

**STINSON.COM**

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.  If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

**From:** MrRadioActive <MrRadioActive@protonmail.com>
**Sent:** Thursday, November 18, 2021 7:25 AM
**To:** Robert@torricellalaw.com; bmaye@amm-law.com; Goldberg, Roy <roy.goldberg@stinson.com>; mamorel@littler.com
**Subject:** Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to Motion to Compel

**External Email – Use Caution**

Dear counsel:

I write to inform you that I, a plaintiff in Wall v. Southwest Airlines, will be filing a motion Thursday to strike Document 132 filed by Roy Goldberg, the opposition of four airlines to Plaintiffs' Motion to Compel Defense Counsel, for failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc.

132 "was filed using CM-ECF system." However, as Mr. Goldberg himself notes in the opposition brief, 12 plaintiffs in this case (including myself) do not have ECF access and therefore do not receive electronic service. Therefore service by postal mail is required and this must be noted in the Certificate of Service.

Mr. Goldberg failed to certify that he served the 12 parties to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 132 must be stricken for failure to comply with Rule 5.

In the alternative, should the court decline to strike Doc. 132, my motion will ask the court for leave to file a reply of up to seven pages to argue against the numerous lies written by Mr. Goldberg including that our lead plaintiff, Mr. Wall, electronically filed motions and briefs for all plaintiffs. In truth, each plaintiff (including myself) has used the court's webform https://apps.flmd.uscourts.gov/cmecf/filings.cfm to submit our filings. Each plaintiff (including myself) has e-mail receipts from the webform proving we filed the documents ourselves.

Mr. Goldberg seems to show a total ignorance of the webform, which is separate from the court's CM/ECF system. When a party without ECF access files using the webform, the document is manually docketed by the clerk's office into CM/ECF and it's noted that the document was "filed through CM/ECF portal by [Plaintiff Name]." You can view the case docket to see the entries marked as having been filed through the portal, not Mr. Wall's ECF account.

Mr. Goldberg should issue an apology in writing to the court for lying that Mr. Wall submitted these documents using ECF when in fact I submitted my own filing using the court's webform portal -- and I ave proof of this. If an apology is not offered, I will consider filing a Motion for Sanctions for his continual libel of Mr. Wall that he is practicing law without a license, representing others, filing documents for others in violation of court orders, etc. This behavior must cease, and it must cease now.

Per court rules, all defense counsel must respond to this consultation even though the document I seek to strike was only filed by four of the seven airline defendants. Please inform me of your clients' position on this motion by close of business Thursday, as I plan to submit it Thursday evening using the webform portal.

Respectfully,

Kleanthis N. Andreadakis

Sent with ProtonMail Secure Email.

**U.S. District Court**

**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 8:39 PM EST and filed on 11/17/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Alaska Airlines |
| | Delta Air Lines |
| | JetBlue Airways |
| | Southwest Airlines |

**Document Number:** 132

**Docket Text:**

**RESPONSE in Opposition re [131] MOTION to Compel All Defense Counsels to Confer with All Plaintiffs on All Motions, [129] MOTION to Compel All Defense Counsel to Confer with All Plaintiffs on All Motions filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye    bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Kyle Dudek    kyle.dudek@henlaw.com, sarah.howie@henlaw.com

**Lucas Wall    lucas.wall@yahoo.com**

Maurice Jay Baumgarten    maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel    mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Milton Roy Goldberg    roy.goldberg@stinson.com

Roberto A. Torricella , Jr    Robert@torricellalaw.com, Samantha@torricellalaw.com


William Boltrek , III    william.boltrek@henlaw.com, brenda.sitar@henlaw.com


**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

**Aaron Abadi**
**Apt. 140**
**82 Nassau St.**
**New York, NY 10038**

**Anthony Eades**
**19499 Cedar Gate Dr.**
**Warsaw, MO 65355**

**Connie Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Eric L Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Jared Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Jennifer Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Kleanthis Andreadakis**
**5108 Hunters Meadow Pl.**
**Henrico, VA 23231**

**Leonardo McDonnell**
**P.O. Box 1113**
**Melbourne, FL 32902**

**Peter Menage**
**3255 N. Mars Ave.**
**Palmer, AK 99645**

**Shannon Greer Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Uri Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

**Yvonne Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

Fwd: Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to Motion to Compel

From: Leonardo McDonnell █████████████████

To: lucas.wall@yahoo.com

Date: Thursday, November 18, 2021, 12:36 PM EST

███████████████████████████████████████ ████████
███████████████████████████████████
████████████████
██████████████████

> **From:** "Goldberg, Roy" <roy.goldberg@stinson.com>
> **Date:** November 18, 2021 at 7:28:08 AM EST
> **To:** Leonardo McDonnell <leo_mcdonnell@icloud.com>
> **Cc:** Robert@torricellalaw.com, bmaye@amm-law.com, mamorel@littler.com, Maurice@torricellalaw.com
> **Subject: RE: Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to Motion to Compel**

==For the reasons set forth in the "Brief of Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines and JetBlue Airways in Opposition to Motion to Compel All Defense Counsel to Confer with All Plaintiffs on all Motions" (filed November 17, 2021), ECF 132, at the current time Mr. Lucas Wall is the only plaintiff in this case, and we will consult with him only on issues that involve his individual claims.==

**Roy Goldberg**
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.728.3005 \ Mobile: 301.908.3268 \ Bio

Assistant: Casey O'Keefe \ 202.346.6911 \ casey.okeefe@stinson.com

**STINSON.COM**

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information. If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

---

**From:** Leonardo McDonnell <leo_mcdonnell@icloud.com>
**Sent:** Wednesday, November 17, 2021 11:19 PM
**To:** Robert@torricellalaw.com; bmaye@amm-law.com; Goldberg, Roy <roy.goldberg@stinson.com>; mamorel@littler.com
**Subject:** Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to Motion to Compel

**External Email – Use Caution**

Dear counsel:

I write to inform you that I, a plaintiff in Wall v. Southwest Airlines, will be filing a motion Thursday to strike Document 132 filed by Roy Goldberg, the opposition of four airlines to Plaintiffs' Motion to Compel Defense Counsel, for failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 132 "was filed using CM-ECF system." However, as Mr. Goldberg himself notes in the opposition brief, 12 plaintiffs in this case (including myself) do not have ECF access and therefore do not receive electronic service. Therefore service by postal mail is required and this must be noted in the Certificate of Service.

Mr. Goldberg failed to certify that he served the 12 parties to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 132 must be stricken for failure to comply with Rule 5.

In the alternative, should the court decline to strike Doc. 132, my motion will ask the court for leave to file a reply of up to seven pages to argue against the numerous lies written by Mr. Goldberg including that our lead plaintiff, Mr. Wall, electronically filed motions and briefs for all plaintiffs. In truth, each plaintiff (including myself) has used the court's webform https://apps.flmd.uscourts.gov/cmecf/filings.cfm to submit our filings. Each plaintiff (including myself) has e-mail receipts from the webform proving we filed the documents ourselves.

Mr. Goldberg seems to show a total ignorance of the webform, which is separate from the court's CM/ECF system. When a party without ECF access files using the webform, the document is manually docketed by the clerk's office into CM/ECF and it's noted that the document was "filed through CM/ECF portal by [Plaintiff Name]." You can view the case docket to see the entries marked as having been filed through the portal, not Mr. Wall's ECF account.

Mr. Goldberg should issue an apology in writing to the court for lying that Mr. Wall submitted these documents using ECF when in fact each plaintiff submitted our own filings using the court's webform portal -- and we all have proof of this. If an apology is not offered, plaintiffs will consider filing a Motion for Sanctions for his continual libel of Mr. Wall that he is practicing law without a license, representing others, filing documents for others in violation of court orders, etc. This behavior must cease, and it must cease now.

Per court rules, all defense counsel must respond to this consultation even though the document I seek to strike was only filed by four of the seven airline defendants. Please inform me of your clients' position on this motion by close of business Thursday, as I plan to submit it Thursday evening using the webform portal.

Leonardo McDonnell

Sent from my iPhone

Fwd: Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to Motion to Compel

From:  Uriel ben-Mordechai (uri@ntcf.org)

To:    lucas.wall@yahoo.com

Date:  Thursday, November 18, 2021, 07:37 AM EST

Begin forwarded message:

**From:** "Goldberg, Roy" <roy.goldberg@stinson.com>
**Subject: RE: Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to Motion to Compel**
**Date:** 18 November 2021 at 14:22:25 GMT+2
**To:** Uriel ben-Mordechai <uri@ntcf.org>
**Cc:** Adi Marcus <adi@ntcf.org>, "Robert@torricellalaw.com" <Robert@torricellalaw.com>, "bmaye@amm-law.com" <bmaye@amm-law.com>, "mamorel@littler.com" <mamorel@littler.com>, "Maurice@torricellalaw.com" <maurice@torricellalaw.com>

For the reasons set forth in the "Brief of Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines and JetBlue Airways in Opposition to Motion to Compel All Defense Counsel to Confer with All Plaintiffs on all Motions" (filed November 17, 2021), ECF 132, at the current time Mr. Lucas Wall is the only plaintiff in this case, and we will consult with him only on issues that involve his individual claims.

**Roy Goldberg**
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.728.3005  \  Mobile: 301.908.3268  \  Bio

Assistant: Casey O'Keefe  \  202.346.6911  \  casey.okeefe@stinson.com

**STINSON.COM**

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.  If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

**From:** Uriel ben-Mordechai <uri@ntcf.org>
**Sent:** Thursday, November 18, 2021 2:57 AM
**To:** Robert@torricellalaw.com; bmaye@amm-law.com; Goldberg, Roy <roy.goldberg@stinson.com>; mamorel@littler.com
**Cc:** Adi Marcus <adi@ntcf.org>
**Subject:** Wall v. Southwest Airlines -- Consultation on Motion to Strike 4 Airlines' Opposition to Motion to Compel

**External Email – Use Caution**

Shalom Counsellors, and in particular to **Mr. GOLDBERG**;

Why are you falsely accusing Lucas Wall of filing motions and objections on OUR behalf using his ECF account?

We *[URI AND YVONNE MARCUS]* are using the webform portal of the Court for Pro Se filers and we receive e-mail receipts from the court every time we do so! How, in the known universe, could that possibly constitute Mr. Wall representing us as an attorney in the instant case?

Notwithstanding, WE *[URI AND YVONNE MARCUS]* are writing once again to inform you that **WE** *[NOT MR. WALL]* will be filing a motion Thursday **to strike Document 132 filed by Roy Goldberg**, the opposition of four airlines to Plaintiffs' Motion to Compel Defense Counsel, for failure to serve all plaintiffs as required by **Fed.R.Civ.P. 5**. The certificate of service notes **Doc. 132** "was filed using CM-ECF system." However, as **Mr. Goldberg** himself notes in the opposition brief, **12 plaintiffs in this case do not have ECF access** and therefore **do not receive electronic service.** Therefore service by postal mail is required and this must be noted in the Certificate of Service.

**Mr. Goldberg failed to certify that he served the 12 parties** to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court [see below -- <span style="color:red">**marked in bold, red font, and yellow highlight**</span> in case **Mr. Goldberg** missed them]. **Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required**, Doc. 132 must be stricken for failure to comply with Rule 5.

In the alternative, should the court decline to strike Doc. 132, **OUR motion** *[FILED BY URI AND YVONNE MARCUS]* will ask the court for leave to file a reply of up to seven pages to argue against the numerous lies written by **Mr. Goldberg** including that I electronically filed motions and briefs for all Plaintiffs. In truth, each of the Plaintiffs — **INCLUDING US** *[URI AND YVONNE MARCUS]* — have used the court's webform *https://apps.flmd.uscourts.gov/cmecf/filings.cfm* to submit OUR filings. Each Plaintiff — **INCLUDING US** *[URI AND YVONNE MARCUS]* — have e-mail receipts from the webform proving WE have filed the documents ourselves, and that **Mr. Wall IS NOT REPRESENTING US**, or acting as an attorney on OUR BEHALF, in legal matters. Which part of *"Mr. Wall is NOT our Attorney"* don't you understand?

**Mr. Goldberg** seems to show a total ignorance of the webform, which is separate from the court's CM/ECF system. When a party without ECF access files using the webform, the document is manually docketed by the clerk's office into CM/ECF and it's noted that the document was *"filed through CM/ECF portal by [Plaintiff Name]."* Attached is the case docket with the **portal filings highlighted**.

**Mr. Goldberg** should issue an apology in writing to the court for lying that WE *[URI AND YVONNE MARCUS]* submitted these documents using ECF when in fact each Plaintiff — **INCLUDING US** *[URI AND YVONNE MARCUS]* — submitted our own filings using the court's webform portal — and **WE ALL** have proof of this.

<span style="color:red">**If an apology is not offered, plaintiffs will consider filing a Motion for Sanctions for his continual libel of MR. WALL that he is practicing law without a license, representing others, filing documents for others in violation of court orders, etc. This behavior must cease, and it must cease IMMEDIATELY!**</span>

Where the hell did you get your license to practice law, Mr. Goldberg? It could not have been in Israel, that is for sure!

Per court rules, ALL defense counsel must respond to this consultation even though the document WE seek to strike was only filed by four of the seven airline defendants. Please inform us of your clients' position on this motion by close of business **Thursday**, as we plan to submit it **Thursday** evening.

FINALLY, it should be noted that **Mr. Miguel Morel** is a **shining example** of how attorneys should respond. He ALONE, respectfully noted that he opposed our request for relief, while pointing out that he *"disagreed with your interpretation of the rules given the current procedural posture of this case."* At least he treated us as human beings entitled to the pursuit of justice as AMERICAN CITIZENS. That man is a MENSCH!

Shame on you Mr. Goldberg. You are a Jew, and you of all people should know better! You know what our Torah demands!

URI MARCUS • PLAINTIFF

YVONNE MARCUS • PLAINTIFF

Jerusalem

_____

**U.S. District Court**

**Middle District of Florida**

**Notice of Electronic Filing**

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 8:39 PM EST and filed on 11/17/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Alaska Airlines |
| | Delta Air Lines |
| | JetBlue Airways |

Southwest Airlines

**Document Number:** 132

Docket Text:

**RESPONSE in Opposition re [131] MOTION to Compel All Defense Counsels to Confer with All Plaintiffs on All Motions, [129] MOTION to Compel All Defense Counsel to Confer with All Plaintiffs on All Motions filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye    bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Kyle Dudek    kyle.dudek@henlaw.com, sarah.howie@henlaw.com

**Lucas Wall    lucas.wall@yahoo.com**

Maurice Jay Baumgarten    maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel    mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Milton Roy Goldberg    roy.goldberg@stinson.com

Roberto A. Torricella , Jr    Robert@torricellalaw.com, Samantha@torricellalaw.com

William Boltrek , III    william.boltrek@henlaw.com, brenda.sitar@henlaw.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

**Aaron Abadi**
**Apt. 140**
**82 Nassau St.**
**New York, NY 10038**

**Anthony Eades**
**19499 Cedar Gate Dr.**
**Warsaw, MO 65355**

**Connie Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Eric L Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Jared Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Jennifer Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Kleanthis Andreadakis**
**5108 Hunters Meadow Pl.**
**Henrico, VA 23231**

**Leonardo McDonnell**
**P.O. Box 1113**
**Melbourne, FL 32902**

**Peter Menage**
**3255 N. Mars Ave.**
**Palmer, AK 99645**

**Shannon Greer Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Uri Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

**Yvonne Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

Fwd: Wall v Southwest

From:  Aaron Abadi (aa@neg.com)

To:      lucas.wall@yahoo.com

Date:  Thursday, November 18, 2021, 08:21 AM EST

Aaron Abadi
CEO
National Environmental Group
Cell # 516-639-4100

Begin forwarded message:

**From:** "Goldberg, Roy" <roy.goldberg@stinson.com>
**Date:** November 18, 2021 at 7:27:19 AM EST
**To:** aa@neg.com
**Cc:** Robert@torricellalaw.com, bmaye@amm-law.com, mamorel@littler.com, Maurice@torricellalaw.com
**Subject: RE: Wall v Southwest**

For the reasons set forth in the "Brief of Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines and JetBlue Airways in Opposition to Motion to Compel All Defense Counsel to Confer with All Plaintiffs on all Motions" (filed November 17, 2021), ECF 132, at the current time Mr. Lucas Wall is the only plaintiff in this case, and we will consult with him only on issues that involve his individual claims.

**Roy Goldberg**
Partner

STINSON LLP
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.728.3005 \ Mobile: 301.908.3268 \ Bio

Assistant: Casey O'Keefe \ 202.346.6911 \ casey.okeefe@stinson.com

**STINSON.COM**

This communication (including any attachments) is from a law firm and may contain confidential and/or privileged information.  If it has been sent to you in error, please contact the sender for instructions concerning return or destruction, and do not use or disclose the contents to others.

**From:** aa@neg.com <aa@neg.com>
**Sent:** Wednesday, November 17, 2021 10:50 PM
**To:** Robert@torricellalaw.com; bmaye@amm-law.com; Goldberg, Roy <roy.goldberg@stinson.com>; mamorel@littler.com
**Subject:** Wall v Southwest

**External Email – Use Caution**

Dear counsel:

I write to inform you that I, a plaintiff in Wall v. Southwest Airlines, will be filing a motion Thursday to strike Document 132 filed by Roy Goldberg, the opposition of four airlines to Plaintiffs' Motion to Compel Defense Counsel, for failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 132 "was filed using CM-ECF system." However, as Mr. Goldberg himself notes in the opposition brief, 12 plaintiffs in this case (including myself) do not have ECF access and therefore do not receive electronic service. Therefore service by postal mail is required and this must be noted in the Certificate of Service.

Mr. Goldberg failed to certify that he served the 12 parties to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 132 must be stricken for failure to comply with Rule 5.

In the alternative, should the court decline to strike Doc. 132, my motion will ask the court for leave to file a reply of up to seven pages to argue against the numerous lies written by Mr. Goldberg including that our lead plaintiff, Mr. Wall, electronically filed motions and briefs for all plaintiffs. In truth, each plaintiff (including myself) has used the court's webform https://apps.flmd.uscourts.gov/cmecf/filings.cfm to submit our filings. Each plaintiff (including myself) has e-mail receipts from the webform proving we filed the documents ourselves.

Mr. Goldberg seems to show a total ignorance of the webform, which is separate from the court's CM/ECF system. When a party without ECF access files using the webform, the document is manually docketed by the clerk's office into CM/ECF and it's noted that the document was "filed through CM/ECF portal by [Plaintiff Name]." You can view the case docket to see the entries marked as having been filed through the portal, not Mr. Wall's ECF account.

Mr. Goldberg should issue an apology in writing to the court for lying that Mr. Wall submitted these documents using ECF when in fact each plaintiff submitted our own filings using the court's webform portal -- and we all have proof of this. If an apology is not offered, plaintiffs will consider filing a Motion for Sanctions for his continual libel of Mr. Wall that he is practicing law without a license, representing others, filing documents for others in violation of court orders, etc. This behavior must cease, and it must cease now.

Per court rules, all defense counsel must respond to this consultation even though the document I seek to strike was only filed by four of the seven airline defendants. Please inform me of your clients' position on this motion by close of business Thursday, as I plan to submit it Thursday evening using the webform portal.

**U.S. District Court**

**Middle District of Florida**

## Notice of Electronic Filing

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 8:39 PM EST and filed on 11/17/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Alaska Airlines |
| | Delta Air Lines |
| | JetBlue Airways |
| | Southwest Airlines |

**Document Number:** 132

**Docket Text:**
**RESPONSE in Opposition re [131] MOTION to Compel All Defense Counsels to Confer with All Plaintiffs on All Motions, [129] MOTION to Compel All Defense Counsel to Confer with All Plaintiffs on All Motions filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye     bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Kyle Dudek     kyle.dudek@henlaw.com, sarah.howie@henlaw.com

**Lucas Wall     lucas.wall@yahoo.com**

Maurice Jay Baumgarten     maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel     mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Milton Roy Goldberg     roy.goldberg@stinson.com

Roberto A. Torricella , Jr     Robert@torricellalaw.com, Samantha@torricellalaw.com

William Boltrek , III     william.boltrek@henlaw.com, brenda.sitar@henlaw.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

**Aaron Abadi**
**Apt. 140**
**82 Nassau St.**
**New York, NY 10038**

**Anthony Eades**
**19499 Cedar Gate Dr.**
**Warsaw, MO 65355**

**Connie Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Eric L Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Jared Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Jennifer Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Kleanthis Andreadakis**
**5108 Hunters Meadow Pl.**
**Henrico, VA 23231**

**Leonardo McDonnell**

**P.O. Box 1113**
**Melbourne, FL 32902**

**Peter Menage**
**3255 N. Mars Ave.**
**Palmer, AK 99645**

**Shannon Greer Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Uri Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

**Yvonne Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

[Docket 11-17-21 Showing Portal Filings.pdf](#)

[198.1kB](#)

*Aaron Abadi*

Cell 516-639-4100

FOLLOW UP: Wall v. Southwest Airlines -- Consultation on Motion to File Reply Brief

From:  Lucas Wall (lucas.wall@yahoo.com)

To:    robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com

Date:   Saturday, November 20, 2021, 05:23 AM EST

Dear Mr. Torricella, Mr. Maye, and Mr. Goldberg:

I have not heard from you regarding this consultation sent Wednesday concerning the Motion to Strike Doc. 132 filed by Southwest, Alaska, Delta, and JetBlue. Mr. Goldberg filed an Amended Certificate of Service including the 12 additional plaintiffs, so the motion to strike request is no longer needed. The motion now only seeks leave to file a reply brief of up to seven pages to respond to the numerous lies contained in Doc. 132.

"For the reasons set forth in the 'Brief of Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines, and JetBlue Airways in Opposition to Motion to Compel All Defense Counsel to Confer with All Plaintiffs on all Motions' (filed November 17, 2021), ECF 132, at the current time Mr. Lucas Wall is the only plaintiff in this case, and we will consult with him only on issues that involve his individual claims," Mr. Goldberg wrote Plaintiffs Aaron Abadi, Kleanthis Andreakis, Tony Eades, Uri Marcus, Leonardo McDonnell, and Jennifer Rarrick on Nov. 18.

Although telling at least six plaintiffs they would only consult with me, Mr. Goldberg and Mr. Torricella have not responded to me to confer on this motion. I have also not heard anything from Mr. Maye, nor have the other 12 plaintiffs.

I plan to file this motion for leave to file a reply brief Saturday evening. Please report your clients' position.

*Lucas Wall



>>>>>>>>>>>>>>>>>>

On Wednesday, November 17, 2021, 09:57:58 PM EST, Lucas Wall <lucas.wall@yahoo.com> wrote:

Dear counsel:

I write to inform you that I will be filing a motion Thursday to strike Document 132 filed by Roy Goldberg, the opposition of four airlines to Plaintiffs' Motion to Compel Defense Counsel, for failure to serve all plaintiffs as required by Fed.R.Civ.P. 5. The certificate of service notes Doc. 132 "was filed using CM-ECF system." However, as Mr. Goldberg himself notes in the opposition brief, 12 plaintiffs in this case do not have ECF access and therefore do not receive electronic service. Therefore service by postal mail is required and this must be noted in the Certificate of Service.

Mr. Goldberg failed to certify that he served the 12 parties to this case who do not receive electronic service via CM/ECF. The mailing addresses of those 12 parties are clearly listed at the end of this Notice of Electronic Filing sent from the court (see below -- marked in bold, red font, and yellow highlight in case Mr. Goldberg missed them). Because Mr. Goldberg did not certify that he served these 12 parties by postal mail as required, Doc. 132 must be stricken for failure to comply with Rule 5.

In the alternative, should the court decline to strike Doc. 132, my motion will ask the court for leave to file a reply of up to seven pages to argue against the numerous lies written by Mr. Goldberg including that I electronically filed motions and briefs for all plaintiffs. In truth, each plaintiff has used the court's webform https://apps.flmd.uscourts.gov/cmecf/filings.cfm to submit their filings. Each plaintiff has e-mail receipts from the webform proving they filed the documents themselves.

Mr. Goldberg seems to show a total ignorance of the webform, which is separate from the court's CM/ECF system. When a party without ECF access files using the webform, the document is manually docketed by the clerk's office into CM/ECF and it's noted that the document was "filed through CM/ECF portal by [Plaintiff Name]." Attached is the case docket with the portal filings highlighted.

Mr. Goldberg should issue an apology in writing to the court for lying that I submitted these documents using ECF when in fact each plaintiff submitted their own filings using the court's webform portal -- and they all have proof of this. If an apology is not offered, plaintiffs will consider filing a Motion for Sanctions for his continual libel of me that I am practicing law without a license, representing others, filing documents for others in violation of court orders, etc. This behavior must

cease, and it must cease now.

Per court rules, all defense counsel must respond to this consultation even though the document I seek to strike was only filed by four of the seven airline defendants. Please inform me of your clients' position on this motion by close of business Thursday, as I plan to submit it Thursday evening.

\*Lucas Wall

**U.S. District Court**
**Middle District of Florida**

### Notice of Electronic Filing

The following transaction was entered by Goldberg, Milton on 11/17/2021 at 8:39 PM EST and filed on 11/17/2021

| | |
|---|---|
| **Case Name:** | Wall v. Southwest Airlines et al |
| **Case Number:** | 6:21-cv-01008-PGB-DCI |
| **Filer:** | Alaska Airlines |
| | Delta Air Lines |
| | JetBlue Airways |
| | Southwest Airlines |

**Document Number:** 132

**Docket Text:**
**RESPONSE in Opposition re [131] MOTION to Compel All Defense Counsels to Confer with All Plaintiffs on All Motions, [129] MOTION to Compel All Defense Counsel to Confer with All Plaintiffs on All Motions filed by Alaska Airlines, Delta Air Lines, JetBlue Airways, Southwest Airlines. (Goldberg, Milton)**

**6:21-cv-01008-PGB-DCI Notice has been electronically mailed to:**

Brian T. Maye     bmaye@amm-law.com, kmacholan@AMM-LAW.com, mfontein@amm-law.com, rsiwinski@AMM-LAW.com

Kyle Dudek     kyle.dudek@henlaw.com, sarah.howie@henlaw.com

**Lucas Wall     lucas.wall@yahoo.com**

Maurice Jay Baumgarten     maurice@torricellalaw.com, mjbaumgarten@aol.com

Miguel Morel     mamorel@littler.com, #MiamiECFiling@littler.com, grivas@littler.com

Milton Roy Goldberg     roy.goldberg@stinson.com

Roberto A. Torricella , Jr     Robert@torricellalaw.com, Samantha@torricellalaw.com

William Boltrek , III     william.boltrek@henlaw.com, brenda.sitar@henlaw.com

**6:21-cv-01008-PGB-DCI Notice has been delivered by other means to:**

**Aaron Abadi**
**Apt. 140**
**82 Nassau St.**
**New York, NY 10038**

**Anthony Eades**
**19499 Cedar Gate Dr.**
**Warsaw, MO 65355**

**Connie Rarrick**

**36 Lafayette St.**
**Saco, ME 04072**

**Eric L Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Jared Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Jennifer Rarrick**
**36 Lafayette St.**
**Saco, ME 04072**

**Kleanthis Andreadakis**
**5108 Hunters Meadow Pl.**
**Henrico, VA 23231**

**Leonardo McDonnell**
**P.O. Box 1113**
**Melbourne, FL 32902**

**Peter Menage**
**3255 N. Mars Ave.**
**Palmer, AK 99645**

**Shannon Greer Cila**
**8807 Avondale Ct**
**Louisville, KY 40299**

**Uri Marcus**
**P.O. Box 126**
**Ojai, CA 93024**

**Yvonne Marcus**
**P.O. Box 126**
**Ojai, CA 93024**