*__Anthony Eades__*

Anthony Eades, plaintiff
19499 Cedar Gate Dr.
Warsaw, MO 65355
Telephone: 813-786-8960
E-Mail: teades2603@live.com


*__Uri Marcus__*

Uri Marcus, plaintiff
P.O. Box 126
Ojai, CA  93024
Telephone: 909-833-0065
E-Mail: uri@ntcf.org


*__Yvonne Marcus__*

Yvonne Marcus, plaintiff
P.O. Box 126
Ojai, CA  93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org


*__Leonardo McDonnell__*

Leonardo McDonnell, plaintiff
P.O. Box 1113
Melbourne, FL 32902
Telephone: ▇▇▇▇▇▇▇▇
E-Mail: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇


*__Peter Menage__*

Peter Menage, plaintiff
3255 N. Mars Ave.
Palmer, AK 99645
Telephone: 907-715-1205
E-Mail: pmenage@googlemail.com

226