Plaintiffs' Exhibit 1

**Query**   **Reports**   **Utilities**   **Help**   **Log Out**

CASREF

## U.S. District Court
## Middle District of Florida (Orlando)
### CIVIL DOCKET FOR CASE #: 6:21-cv-01008-PGB-DCI

| | |
|---|---|
| Wall v. Southwest Airlines et al | Date Filed: 06/14/2021 |
| Assigned to: Judge Paul G. Byron | Jury Demand: Plaintiff |
| Referred to: Magistrate Judge Daniel C. Irick | Nature of Suit: 440 Civil Rights: Other |
| Demand: $351,000 | Jurisdiction: Federal Question |
| Cause: 42:1983 Civil Rights Act | |

**Plaintiff**

**Lucas Wall**
*on behalf of himself and all others similarly situated*

represented by **Lucas Wall**
435 10th St NE
Washington, DC 20002
202-351-1735
Email: lucas.wall@yahoo.com
*PRO SE*

V.

**Defendant**

**Southwest Airlines**

represented by **Roberto A. Torricella , Jr.**
Torricella Law, PLLC
4551 Ponce De Leon Blvd
Coral Gables, FL 33146
305-677-7644
Fax: 844-807-3207
Email: Robert@torricellalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**
Torricella Law, PLLC
4551 Ponce de Leon Blvd
Coral Gables, FL 33134-1832
305-904-4982
Fax: 844-807-3207
Email: maurice@torricellalaw.com
*ATTORNEY TO BE NOTICED*

**Milton Roy Goldberg**
Stinson LLP
Washington, D.C.
1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, DC 20006
202-728-3005

Email: roy.goldberg@stinson.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Alaska Airlines** represented by **Roberto A. Torricella , Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Milton Roy Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Allegiant Air** represented by **Brian T. Maye**
Adler Murphy & McQuillen LLP
20 S Clark St Ste 2500
Chicago, IL 60603-1804
312-422-5713
Email: bmaye@amm-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
Henderson, Franklin, Starnes & Holt, PA
1715 Monroe St
PO Box 280
Ft Myers, FL 33902-0280
239/344-1237
Fax: 239/344-1494
Email: kyle.dudek@henlaw.com
*ATTORNEY TO BE NOTICED*

**William Boltrek , III**
Henderson, Franklin, Starnes & Holt, PA
1715 Monroe St
PO Box 280
Ft Myers, FL 33902-0280
Email: william.boltrek@henlaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Frontier Airlines** represented by **Brian T. Maye**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kyle Dudek**
(See above for address)

*ATTORNEY TO BE NOTICED*

**William Boltrek , III**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**JetBlue Airways**     represented by   **Milton Roy Goldberg**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Maurice Jay Baumgarten**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Roberto A. Torricella , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Suzanne E. Gilbert**
Holland & Knight, LLP - Orlando
200 S Orange Ave - Ste 2600
Orlando, FL 32801
407/425-8500
Fax: 407/244-5288
Email: suzanne.gilbert@hklaw.com
*TERMINATED: 09/10/2021*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Spirit Airlines**     represented by   **Miguel Morel**
Littler Mendelson PC
Wells Fargo Center
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
954-728-1280
Email: mamorel@littler.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Numerous Unnamed Executives of the 7 Airlines**

**Defendant**

**Delta Air Lines**     represented by   **Milton Roy Goldberg**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Movant**

| | | |
|---|---|---|
| Leonardo McDonnell | represented by | **Leonardo McDonnell**<br>P.O. Box 1113<br>Melbourne, FL 32902<br>PRO SE |

**Movant**

| | | |
|---|---|---|
| Peter Menage | represented by | **Peter Menage**<br>3255 N. Mars Ave.<br>Palmer, AK 99645<br>907/715-1205<br>PRO SE |

**Movant**

| | | |
|---|---|---|
| Kleanthis Andreadakis | represented by | **Kleanthis Andreadakis**<br>5108 Hunters Meadow Pl.<br>Henrico, VA 23231<br>804/988-1402<br>PRO SE |

**Movant**

| | | |
|---|---|---|
| Uri Marcus | represented by | **Uri Marcus**<br>P.O. Box 126<br>Ojai, CA 93024<br>909/833-0065<br>PRO SE |

**Movant**

| | | |
|---|---|---|
| Yvonne Marcus | represented by | **Yvonne Marcus**<br>P.O. Box 126<br>Ojai, CA 93024<br>909/833-0065<br>PRO SE |

**Movant**

| | | |
|---|---|---|
| Aaron Abadi | represented by | **Aaron Abadi**<br>Apt. 140<br>82 Nassau St.<br>New York, NY 10038<br>516/639-4100<br>PRO SE |

**Movant**

| | | |
|---|---|---|
| Shannon Greer Cila | represented by | **Shannon Greer Cila**<br>8807 Avondale Ct<br>Louisville, KY 40299<br>319-795-5552<br>PRO SE |

**Movant**

| | | |
|---|---|---|
| Eric L Cila | represented by | **Eric L Cila**<br>8807 Avondale Ct<br>Louisville, KY 40299 |

|  |  |  | 319-795-5551 |
|---|---|---|---|
|  |  |  | PRO SE |

**Movant**

| **Jennifer Rarrick** | | represented by | **Jennifer Rarrick** |
|---|---|---|---|
|  |  |  | 36 Lafayette St. |
|  |  |  | Saco, ME 04072 |
|  |  |  | 207/423-2479 |
|  |  |  | PRO SE |

**Movant**

| **Connie Rarrick** | | represented by | **Connie Rarrick** |
|---|---|---|---|
|  |  |  | 36 Lafayette St. |
|  |  |  | Saco, ME 04072 |
|  |  |  | 207/423-2479 |
|  |  |  | PRO SE |

**Movant**

| **Jared Rarrick** | | represented by | **Jared Rarrick** |
|---|---|---|---|
|  |  |  | 36 Lafayette St. |
|  |  |  | Saco, ME 04072 |
|  |  |  | 207/423-2479 |
|  |  |  | PRO SE |

**Movant**

| **Anthony Eades** | | represented by | **Anthony Eades** |
|---|---|---|---|
|  |  |  | 19499 Cedar Gate Dr. |
|  |  |  | Warsaw, MO 65355 |
|  |  |  | 813/786-8960 |
|  |  |  | PRO SE |


| Date Filed | # | Docket Text |
|---|---|---|
| 06/14/2021 | 1 | COMPLAINT against Alaska Airlines, Allegiant Air, Delta Air Lines, Frontier Airlines, JetBlue Airways, Southwest Airlines, Spirit Airlines filed by Lucas Wall. (Attachments: # 1 Exhibits 1-20, # 2 Exhibits 21-40, # 3 Exhibits 41-60, # 4 Exhibits 61-80, # 5 Exhibits 81-94, # 6 Exhibits 96-110, # 7 Exhibits 111-133, # 8 Proposed Summons - Southwest Airlines, # 9 Proposed Summons - Alaska Airlines, # 10 Proposed Summons - Allegiant Air, # 11 Proposed Summons - Delta Air Lines, # 12 Proposed Summons - Frontier Airlines, # 13 Proposed Summons - JetBlue Airways, # 14 Proposed Summons - Spirit Airlines, # 15 Civil Cover Sheet)(TNP) (Entered: 06/14/2021) |
| 06/14/2021 | 2 | NOTICE of a related action per Local Rule 1.07(c) by Lucas Wall. Related case(s): Yes (TNP) (Entered: 06/14/2021) |
| 06/14/2021 | 3 | MOTION for Leave to File Electronically by Lucas Wall. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(TNP) (Entered: 06/14/2021) |
| 06/15/2021 | 4 | **(VACATED PER 14 ORDER) ORDER Judge Kelly's Standing Discovery Order. Signed by Magistrate Judge Gregory J. Kelly on 6/15/2021. (MB)** Modified on 6/23/2021 (RDO). (Entered: 06/15/2021) |
| 06/15/2021 | 5 | Emergency MOTION for Temporary Restraining Order against all defendants as to count 1 of the complaint by Lucas Wall. (Attachments: # 1 Exhibit Proposed Order, # 2 Exhibit |