Wall v. Southwest Airlines -- Consultation on 3 Planned Motions

From:  Lucas Wall (lucas.wall@yahoo.com)

To:      Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com; mamorel@littler.com

Bcc:    ████████████████████████

Date:  Tuesday, November 16, 2021, 08:06 PM EST

Dear counsel:

Plaintiffs plan to file three motions later this week as described below. I send this message to confer ON BEHALF OF MYSELF regarding your clients' position on these motions. You can expect the other 12 plaintiffs to contact you separately.

1. We will file a motion for an extension of time pursuant to Fed.R.Civ.P. 6(b) to appeal the magistrate's Oct. 26 order denying Leo McDonnell's motion to redact his phone number and e-mail address as well as ordering that I can't file on behalf of any other party in this case. The 14-day deadline to appeal this lapsed Nov. 9. I didn't think we needed to appeal before, but now with the most recent Report & Recommendation, I've changed my mind.

2. We will file a motion to the district judge asking him to remove the magistrate from this case for his extreme animus toward us. We can not expect to receive a fair adjudication of this case given his massive bias against pro-se litigants. We'll ask for the case to be transferred back to the district judge or, in the alternative, for the district judge to compel the clerk's office to randomly assign another magistrate for the referral.

3. We will file a motion to the district judge to allow us to appoint a lead plaintiff to streamline joint consultations and filings as the current situation has gotten completely out of hand. We will argue we have a constitutional right to associate and prosecute this case together, including selecting a lead plaintiff. The lead will NOT represent any other person but will, as noted in our last objections to an R&R, serve as "captain" of the prosecution and a conduit between all plaintiffs, the court, and the defense counsel. The lead plaintiff will not file documents solely on behalf of any individual plaintiff but we will seek the court's approval for him to file all JOINT motions, oppositions, replies, etc. This will be done, as has been the practice, only with approval of all plaintiffs. We will also seek the court's approval for the lead to consult with all defense attorneys on all joint motions and to receive consultations on defense motions, consult with all plaintiffs to determine a position on defense motions, and to report back to defense counsel with such position(s).

I would appreciate if you could provide your clients' position by close of business Wednesday as we expect to file these motions by the end of this week. Thank you.

*Lucas Wall

## Wall v southwest

From:  Aaron Abadi (aa@neg.com)

To:    robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com

Date:  Tuesday, November 16, 2021, 11:23 PM EST

Dear counsel:

Plaintiffs plan to file three motions later this week as described below. I send this message to confer regarding your clients' position on these motions.

1. We will file a motion for an extension of time pursuant to Fed.R.Civ.P. 6(b) to appeal the magistrate's Oct. 26 order denying Leo McDonnell's motion to redact his phone number and e-mail address as well as ordering that Lucas Wall can't file joint documents for our group. The 14-day deadline to appeal this lapsed Nov. 9. We didn't think we needed to appeal before, but now with the most recent Report & Recommendation, we've changed our mind.

2. We will file a motion to the district judge asking him to remove the magistrate from this case for his extreme animus toward us. We can not expect to receive a fair adjudication of this case given his massive bias against pro-se litigants. We'll ask for the case to be transferred back to the district judge or, in the alternative, for the district judge to compel the clerk's office to randomly assign another magistrate for the referral.

3. We will file a motion to the district judge to allow us to appoint a lead plaintiff to streamline joint consultations and filings as the current situation has gotten completely out of hand. We will argue we have a constitutional right to associate and prosecute this case together, including selecting a lead plaintiff. The lead will NOT represent any other person but will, as noted in our last objections to an R&R, serve as "captain" of the prosecution and a conduit between all plaintiffs, the court, and the defense counsel. The lead plaintiff will not file documents solely on behalf of any individual plaintiff but we will seek the court's approval for him to file all JOINT motions, oppositions, replies, etc. This will be done, as has been the practice, only with approval of all plaintiffs. We will also seek the court's approval for the lead to consult with all defense attorneys on all joint motions and to receive consultations on defense motions, consult with all plaintiffs to determine a position, and to report back to defense counsel with such position(s).

I would appreciate if you could provide your clients' position by close of business Wednesday as we expect to file these motions by the end of this week. Thank you.

Aaron Abadi
Cell # 516-639-4100

Wall v. Southwest Airlines -- Send Consultation to Lawyers

From: Tony Eades (teades2603@live.com)

To: robert@torricellalaw.com; roy.goldberg@stinson.com; bmaye@amm-law.com; mamorel@littler.com

Date: Wednesday, November 17, 2021, 04:26 AM EST

Dear counsel:

Plaintiffs plan to file three motions later this week as described below. I send this message to confer regarding your clients' position on these motions. You can expect the other plaintiffs to contact you separately.

1. We will file a motion for an extension of time pursuant to Fed.R.Civ.P. 6(b) to appeal the magistrate's Oct. 26 order denying Leo McDonnell's motion to redact his phone number and e-mail address as well as ordering that Lucas Wall can't file joint documents for our group. The 14-day deadline to appeal this lapsed Nov. 9. We didn't think we needed to appeal before, but now with the most recent Report & Recommendation, we've changed our mind.

2. We will file a motion to the district judge asking him to remove the magistrate from this case for his extreme animus toward us. We can not expect to receive a fair adjudication of this case given his massive bias against pro-se litigants. We'll ask for the case to be transferred back to the district judge or, in the alternative, for the district judge to compel the clerk's office to randomly assign another magistrate for the referral.

3. We will file a motion to the district judge to allow us to appoint a lead plaintiff to streamline joint consultations and filings as the current situation has gotten completely out of hand. We will argue we have a constitutional right to associate and prosecute this case together, including selecting a lead plaintiff. The lead will NOT represent any other person but will, as noted in our last objections to an R&R, serve as "captain" of the prosecution and a conduit between all plaintiffs, the court, and the defense counsel. The lead plaintiff will not file documents solely on behalf of any individual plaintiff but we will seek the court's approval for him to file all JOINT motions, oppositions, replies, etc. This will be done, as has been the practice, only with approval of all plaintiffs. We will also seek the court's approval for the lead to consult with all defense attorneys on all joint motions and to receive consultations on defense motions, consult with all plaintiffs to determine a position, and to report back to defense counsel with such position(s).

I would appreciate if you could provide your clients' position by close of business Wednesday as we expect to file these motions by the end of this week. Thank you.

Tony Eades

19499 Cedar Gate Dr

Warsaw, MO 65355

# Purple Heart Veteran

Request to Confer and Contact attempt #1, Day 1

From:   Shannon Greer (shannonrgreer@yahoo.com)
To:     robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com
Cc:     ericlcila@yahoo.com
Date:   Wednesday, November 17, 2021, 02:59 PM EST

Dear Counsel:

SHALOM AND GREETINGS!

Eric Cila and I, as named Plaintiffs on this docket, plan to file three motions later this week, as you may already know from our lead plaintiff of choice, Mr. Wall.  The motions we all plan to send are described below. I send this personalized message to you all as a matter of order by Magistrate Judge Irick detailed in his most recent R & R release, to follow Court Rules to the letter and tittle, though we are pro se.  Therefore, this will be our first attempt to confer with you, and Day 1, regarding your clients' position on our motions. You can expect the other plaintiffs to contact you individually of course.

1. We will file a motion for an EXTENSION OF TIME pursuant to Fed.R.Civ.P. 6(b) to appeal the magistrate's Oct. 26 order denying Mr. Leo McDonnell's motion to redact his phone number and e-mail address, as well as ordering that Lucas Wall can't file joint documents for our group. The 14-day deadline to appeal this lapsed Nov. 9. We didn't think we needed to appeal before, but now with the most recent Report & Recommendation, we've changed our mind.

2. We will file a motion to the District Judge asking him to REMOVE MAGISTRATE from this case for his extreme animus toward us (it feels like bias - perhaps there are some personal conflicts of interest afoot? We can not expect to receive a fair adjudication of this case given his massive bias against pro-se litigants (or perhaps mask cases)? We'll ask for the case to be transferred back to the District Judge or, in the alternative, for the District Judge to compel the clerk's office to randomly assign another magistrate for the referral.

3. We will file a motion to the District Judge to allow us to APPOINT

LEAD PLAINTIFF to streamline joint consultations and filings as the current situation has gotten completely out of hand. We will argue we have a constitutional right to associate and prosecute this case together, including selecting a lead plaintiff. The lead will NOT represent any other person but will, as noted in our last objections to an R & R, serve as "Captain" of the prosecution and a conduit between all plaintiffs, the Court, and the defense counsel. The lead plaintiff will not file documents solely on behalf of any individual plaintiff but we will seek the Court's approval for him to file all JOINT motions, oppositions, replies, etc. This will be done, as has been the practice, only with approval of all plaintiffs. We will also seek the Court's approval for the lead to consult with all defense attorneys on all joint motions and to receive consultations on defense motions, consult with all plaintiffs to determine a position, and to report back to defense counsel with such position(s).

I would appreciate if you could provide your clients' position by close of business Wednesday as we expect to file these motions by the end of this week. Thank you.

Regards,

Shannon and Eric Cila
Plaintiffs, Louisville, KY

# Fw: Request to Confer and Contact attempt #1, Day 1

From: shannonrgreer@yahoo.com (shannonrgreer@yahoo.com)

To: aa@neg.com; adi@ntcf.org; ███████████; lucas.wall@yahoo.com; pmenage@googlemail.com; teades2603@live.com; michael.faris@blueskycopters.com; jenniferrarrick@gmail.com; uri@ntcf.org; mrradioactive@protonmail.com

Date: Thursday, November 18, 2021, 09:59 AM EST

----- Forwarded Message -----
**From:** Goldberg, Roy <roy.goldberg@stinson.com>
**To:** Shannon Greer <shannonrgreer@yahoo.com>
**Cc:** Eric Cila <ericlcila@yahoo.com>; Robert@torricellalaw.com <robert@torricellalaw.com>; bmaye@amm-law.com <bmaye@amm-law.com>; mamorel@littler.com <mamorel@littler.com>; Maurice@torricellalaw.com <maurice@torricellalaw.com>
**Sent:** Wednesday, November 17, 2021, 08:45:31 PM EST
**Subject:** RE: Request to Confer and Contact attempt #1, Day 1

==For the reasons set forth in the "Brief of Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines and JetBlue Airways in Opposition to Motion to Compel All Defense Counsel to Confer with All Plaintiffs on all Motions" (filed November 17, 2021), ECF 132, at the current time Mr. Lucas Wall is the only plaintiff in this case, and we will consult with him only on issues that involve his individual claims.==

**Roy Goldberg**
Partner

**STINSON LLP**
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.728.3005 \ Mobile: 301.908.3268 \ [Bio]

## Wall v Southwest Airlines

| | |
|---|---|
| From: | Leonardo McDonnell |
| To: | robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com; mamorel@littler.com |
| Date: | Wednesday, November 17, 2021, 11:22 PM EST |

Dear counsel:

Plaintiffs plan to file three motions later this week as described below. I send this message to confer regarding your clients' position on these motions. You can expect the other plaintiffs to contact you separately.

1. We will file a motion for an extension of time pursuant to Fed.R.Civ.P. 6(b) to appeal the magistrate's Oct. 26 order denying Leo McDonnell's motion to redact his phone number and e-mail address as well as ordering that Lucas Wall can't file joint documents for our group. The 14-day deadline to appeal this lapsed Nov. 9. We didn't think we needed to appeal before, but now with the most recent Report & Recommendation, we've changed our mind.

2. We will file a motion to the district judge asking him to remove the magistrate from this case for his extreme animus toward us. We can not expect to receive a fair adjudication of this case given his massive bias against pro-se litigants. We'll ask for the case to be transferred back to the district judge or, in the alternative, for the district judge to compel the clerk's office to randomly assign another magistrate for the referral.

3. We will file a motion to the district judge to allow us to appoint a lead plaintiff to streamline joint consultations and filings as the current situation has gotten completely out of hand. We will argue we have a constitutional right to associate and prosecute this case together, including selecting a lead plaintiff. The lead will NOT represent any other person but will, as noted in our last objections to an R&R, serve as "captain" of the prosecution and a conduit between all plaintiffs, the court, and the defense counsel. The lead plaintiff will not file documents solely on behalf of any individual plaintiff but we will seek the court's approval for him to file all JOINT motions, oppositions, replies, etc. This will be done, as has been the practice, only with approval of all plaintiffs. We will also seek the court's approval for the lead to consult with all defense attorneys on all joint motions and to receive consultations on defense motions, consult with all plaintiffs to determine a position, and to report back to defense counsel with such position(s).

I would appreciate if you could provide your clients' position by close of business Wednesday as we expect to file these motions by the end of this week. Thank you.

Leonardo McDonnell

Sent from my iPhone

Fwd: Wall v. Southwest Airlines -- Consultation on 3 Planned Motions

From: Uriel ben-Mordechai (uri@ntcf.org)

To: lucas.wall@yahoo.com

Date: Thursday, November 18, 2021, 12:10 AM EST

▆▆▆▆▆▆▆▆▆▆▆▆▆

▆

**From:** "Goldberg, Roy" <roy.goldberg@stinson.com>
**Subject: RE: Wall v. Southwest Airlines -- Consultation on 3 Planned Motions**
**Date:** 18 November 2021 at 3:47:31 GMT+2
**To:** Uriel ben-Mordechai <uri@ntcf.org>
**Cc:** Adi Marcus <adi@ntcf.org>, "Robert@torricellalaw.com" <Robert@torricellalaw.com>, "bmaye@amm-law.com" <bmaye@amm-law.com>, "mamorel@littler.com" <mamorel@littler.com>, "Maurice@torricellalaw.com" <Maurice@torricellalaw.com>

==For the reasons set forth in the "Brief of Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines and JetBlue Airways in Opposition to Motion to Compel All Defense Counsel to Confer with All Plaintiffs on all Motions" (filed November 17, 2021), ECF 132, at the current time Mr. Lucas Wall is the only plaintiff in this case, and we will consult with him only on issues that involve his individual claims.==

**Roy Goldberg**
Partner

**STINSON LLP**
1775 Pennsylvania Avenue NW, Suite 800
Washington, DC 20006-4605
Direct: 202.728.3005 \ Mobile: 301.908.3268 \ Bio

**1.** We will file a motion for an extension of time pursuant to Fed.R.Civ.P. 6(b) to appeal the magistrate's Oct. 26 order denying Leo McDonnell's motion to redact his phone number and e-mail address as well as ordering that Lucas Wall can't file joint documents for our group. The 14-day deadline to appeal this lapsed Nov. 9. We didn't think we needed to appeal before, but now with the most recent Report & Recommendation filed on 16 Nov 2021, we've changed our mind.

**2.** We will file a motion to the district judge asking him to remove the magistrate from this case for his extreme animus toward ALL of us. We can not expect to receive a fair adjudication of this case given his massive bias against pro-se litigants. We'll ask for the case to be transferred back to the district judge or, in the alternative, for the district judge to compel the clerk's office to randomly assign another magistrate for the referral.

**3.** We will file a motion to the district judge to allow us to appoint a lead plaintiff to streamline joint consultations and filings as the current situation has gotten completely out of hand. We will argue we have a constitutional right to associate and prosecute this case together, including selecting a lead plaintiff. The lead will NOT represent any other person but will, as noted in our last objections to an R&R, serve as "captain" of the prosecution and a conduit between all plaintiffs, the Court, and the defense counsel. The lead plaintiff will not file documents solely on behalf of any individual plaintiff but we will seek the Court's approval for him to file all JOINT motions, oppositions, replies, etc. This will be done, as has been the practice, only with approval of all Plaintiffs. We will also seek the court's approval for the lead to consult with all defense attorneys on all joint motions and to receive consultations on defense motions, consult with all Plaintiffs to determine a position, and to report back to defense counsel with such position(s).

We would appreciate if you could provide your clients' position by close of business Wednesday as we expect to file these motions by the end of this week.

Thank you.


URI MARCUS • PLAINTIFF
YVONNE MARCUS • PLAINTIFF

Jerusalem

Fwd: Wall v Southwest Airlines

From: Leonardo McDonnell

To: lucas.wall@yahoo.com

Date: Thursday, November 18, 2021, 12:33 PM EST

Sent from my iPhone

Begin forwarded message:

> **From:** "Morel, Miguel" <MAMorel@littler.com>
> **Date:** November 18, 2021 at 1:18:14 AM EST
> **To:** Leonardo McDonnell <leo_mcdonnell@icloud.com>
> **Subject: RE: Wall v Southwest Airlines**

Good evening,

Spirit Airlines objects to the requested relief. Please note we respectfully disagree with your interpretation of the rules given the current procedural posture of this case.

-Miguel

**Miguel Morel**
Attorney at Law
305.400.7535 direct, 561.504.8761 mobile, 305.675.0353 fax
MAMorel@littler.com

<image001.png>

<image002.png>

Labor & Employment Law Solutions | Local Everywhere
Wells Fargo Center, 333 SE 2nd Avenue, Suite 2700, Miami, FL 33131

**From:** Leonardo McDonnell <leo_mcdonnell@icloud.com>
**Sent:** Wednesday, November 17, 2021 11:22 PM
**To:** Robert@torricellalaw.com; bmaye@amm-law.com; Roy.Goldberg@stinson.com; Morel, Miguel <MAMorel@littler.com>
**Subject:** Wall v Southwest Airlines

[EXTERNAL E-MAIL]

Dear counsel:

Plaintiffs plan to file three motions later this week as described below. I send this message to confer regarding your clients' position on these motions. You can expect the other plaintiffs to contact you separately.

FOLLOW UP: Wall v. Southwest Airlines -- Consultation on 3 Planned Motions

From:    Lucas Wall (lucas.wall@yahoo.com)

To:      robert@torricellalaw.com; bmaye@amm-law.com; roy.goldberg@stinson.com

Date:    Monday, November 22, 2021, 04:14 AM EST

Dear counsel:

I write to follow up on a consultation on three (now two) upcoming motions sent by me to you Tuesday, Nov. 16, to which none of you have responded to me.

Several other plaintiffs have also attempted to confer with you concerning these motions Nov. 16, 17, and 18. Mr. Goldberg responded to a few of these plaintiffs that he was refusing to confer in violation of Local Rule 3.01(g).

I write one final time to ascertain your clients' positions on these two motions, which I plan to file Monday night. Therefore I would appreciate a response by close of business Monday.

As an update, there are now two motions that I expect to file Monday night: motion to the district judge asking him to remove the magistrate (#2 below) and motion to the district judge to allow us to appoint a lead plaintiff (#3 below).

Plaintiffs decided not to file the proposed Motion #1 as described below. Plaintiff Leo McDonnell and I instead are filing an appeal rather than a motion for extension of time.

*Lucas Wall


>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

On Tuesday, November 16, 2021, 08:06:54 PM EST, Lucas Wall <lucas.wall@yahoo.com> wrote:

Dear counsel:

Plaintiffs plan to file three motions later this week as described below. I send this message to confer ON BEHALF OF MYSELF regarding your clients' position on these motions. You can expect the other 12 plaintiffs to contact you separately.

1. We will file a motion for an extension of time pursuant to Fed.R.Civ.P. 6(b) to appeal the magistrate's Oct. 26 order denying Leo McDonnell's motion to redact his phone number and e-mail address as well as ordering that I can't file on behalf of any other party in this case. The 14-day deadline to appeal this lapsed Nov. 9. I didn't think we needed to appeal before, but now with the most recent Report & Recommendation, I've changed my mind.

2. We will file a motion to the district judge asking him to remove the magistrate from this case for his extreme animus toward us. We can not expect to receive a fair adjudication of this case given his massive bias against pro-se litigants. We'll ask for the case to be transferred back to the district judge or, in the alternative, for the district judge to compel the clerk's office to randomly assign another magistrate for the referral.

3. We will file a motion to the district judge to allow us to appoint a lead plaintiff to streamline joint consultations and filings as the current situation has gotten completely out of hand. We will argue we have a constitutional right to associate and prosecute this case together, including selecting a lead plaintiff. The lead will NOT represent any other person but will, as noted in our last objections to an R&R, serve as "captain" of the prosecution and a conduit between all plaintiffs, the court, and the defense counsel. The lead plaintiff will not file documents solely on behalf of any individual plaintiff but we will seek the court's approval for him to file all JOINT motions, oppositions, replies, etc. This will be done, as has been the practice, only with approval of all plaintiffs. We will also seek the court's approval for the lead to consult with all defense attorneys on all joint motions and to receive consultations on defense motions, consult with all plaintiffs to determine a position on defense motions, and to report back to defense counsel with such position(s).

I would appreciate if you could provide your clients' position by close of business Wednesday as we expect to file these motions by the end of this week. Thank you.

*Lucas Wall