# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## PLAINTIFFS' JOINT MOTION TO STRIKE DOCUMENT 149

COME NOW all plaintiffs, *pro se*, and jointly move for an order striking Doc. 149, the seven defendants' Omnibus Response to Plaintiffs' Pending Motions & Joint Request for Additional Relief for improperly presenting a motion in a response brief.

In the unauthorized combined response and motion, "Defendants also respectfully request the entry of an order relieving them of any obligation to respond to subsequent motions, petitions, notices, or requests for relief that may be filed by [Lead] Plaintiff Lucas Wall or the [additional 12 plaintiffs] absent an order from this Court." Doc. 149 at 2. However, this Court does not permit a motion for affirmative relief to be made in a response.

The requirements for a motion are stated in Local Rule 3.01(a). The procedures for responding to another party's motion are stated in Local Rule 3.01(b). No rule

1

permits combing a new motion with a response to opposing parties' pending motions.

As this Court ruled in a related case: "To the extent that the Federal Defendants have buried a request for an extension of time to file a response to the Motion for Summary Judgment within their response to Plaintiff's Motion, the request is DENIED. ***If a party seeks relief, that party must file a motion in accordance with the Local Rules of this Court*** including Local Rules 3.01(a) and 3.01(g)." *Wall v. Centers for Disease Control & Prevention*, No. 6:21-cv-975 (M.D. Fla. July 14, 2021) (emphasis added).

"A trial court has the inherent power to impose sanctions for a party's failure to comply with court orders or the Federal Rules of Civil Procedure." *Harris Corp. v. Fed. Express Corp.*, 2010 WL 11474444, at *1 (M.D. Fla. March 3, 2010) (citing *Zocaras v. Castro*, 465 F.3d 479, 490 (11th Cir. 2006)). When faced with such a violation, "[t]he Court may, among other things, strike a non-compliant motion or other filing." *Id.* (citing *Jones v. United Space Alliance*, 170 Fed. App'x 52, 57 (11th Cir. 2006) (district court did not abuse its discretion in striking a motion that violated local rules)).

WHEREFORE, we request this Court issue an order striking Doc. 149 with leave for the defendants to refile their response within three days of the entry of the order and to refile their new motion as a separate document.

**Local Rule 3.01(g) Certification**
We hereby certify that on Dec. 6-7, we conferred by e-mail with Roy Goldberg, counsel for Defendants Southwest Airlines, Alaska Airlines, Delta Air Lines, and JetBlue Airways. Mr. Goldberg reported: "Defendant Airlines JetBlue, Delta, Southwest, and Alaska oppose the motion to strike that Plaintiff Wall states he intends to file."

We hereby certify that on Dec. 6-7, we conferred by e-mail with Brian Maye, counsel for Defendants Allegiant Air and Frontier Airlines. Mr. Maye said his clients oppose this motion.

We hereby certify that on Dec. 6-7, we conferred by e-mail with Miguel Morel, counsel for Defendant Spirit Airlines. Mr. Morel reported: "Spirit Airlines opposes the relief requested in the motion to strike Plaintiff Wall emailed on December 6, 2021, at 10:21 PM."

Respectfully submitted this 7th day of December 2021.

*Lucas Wall*

Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

_[signature]_
Aaron Abadi, plaintiff

_[signature]_
Kleanthis Andreadakis, plaintiff

_[signature]_
Eric Cila, plaintiff

_[signature]_
Shannon Greer-Cila, plaintiff

_[signature]_
Anthony Eades, plaintiff

_[signature]_
Uri Marcus, plaintiff

_[signature]_
Yvonne Marcus, plaintiff

_[signature]_
Leonardo McDonnell, plaintiff

_[signature]_
Peter Menage, plaintiff

_[signature]_
Connie Rarrick, plaintiff

_[signature]_
Jared Rarrick, plaintiff

_[signature]_
Jennifer Rarrick, plaintiff

4