UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL *et al.*,** | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES *et al.*,** | : Magistrate Judge Daniel Irick |
| Defendants. | : |

**PLAINTIFF LEONARDO McDONNELL'S**
**NOTICE OF ADDRESS CHANGE**

COMES NOW Plaintiff Leonardo McDonnell, *pro se*, and asks the Court and other parties to please TAKE NOTICE that my address has changed. The new mailing address is:

Leonardo McDonnell
P.O. Box 915282
Longwood, FL 32791

Respectfully submitted this 16th day of December 2021.

_____
Leonardo McDonnell, plaintiff
P.O. Box 915282
Longwood, FL 32791

1