IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LUCAS WALL,

    Plaintiff,

v.                                        Case No.: 6:21-cv-01008-PGB-DCI

SOUTHWEST AIRLINES, et al.,

    Defendants.

_____

**DEFENDANTS' JOINT RESPONSE TO MOTIONS TO STRIKE**

Defendants Alaska Airlines, Allegiant Air, Delta Air Lines, Frontier Airlines, JetBlue Airways, Southwest Airlines, and Spirit Airlines (collectively, "Defendants") tried to help reduce the volume of filings in this action by (1) filing a joint response to twelve separate docketed motions (which break down to six substantive motions) from Plaintiff Lucas Wall and by other non-parties seeking to participate in this case,[1] and (2) suggesting one possible solution to the stem the flurry of motions. [Doc. 149]. Within less than twenty-four hours, Plaintiff Wall – calling himself "lead plaintiff and class representative" -- and these other individuals submitted yet two additional and identical motions, this time seeking

---

[1] The non-parties include Leonardo McDonnell, Peter Menage, Kleanthis Andreadakis, Uri Marcus, Yvonne Marcus, Aaron Abadi, Shannon Greer Cila, Eric L. Cila, Jennifer Rarrick, Connie Rarrick, Jared Rarrick, and Anthony Eades. As the Court recognized, none of them are actual parties at this juncture. See Doc. 153 at fn. 1.

to strike Defendant's Joint Omnibus Response. [Docs. 151 and 152]. Each of these filings bears identical copies of the signatures of the non-parties seeking to participate in this action. They are identical to the signatures in the signature blocks pasted and contained in earlier so-called "joint filings" from these individuals. See e.g., Docs. 117, 129, 131, 140, 141, 143, 144, 145, 146, 148.

Substantively, the argument in the motions to strike is that Defendants should not be using their response to the bevy of motions crowding the docket in order to request additional relief, even though the request to inject some form of gatekeeping flows directly from the matter being addressed in Defendants' response: a flood of redundant and vexatious motions. This addresses the myriad motions on file from Plaintiff and the other individuals seeking to participate in this case. It is not meant to be an independent request for altogether unrelated relief. Moreover, the Court could just as easily order such relief sua sponte in ruling on the twelve motions on the docket.

If, however, the Court prefers that the Defendants couch this suggestion for relief from excessive motion practice in a separate motion, Defendants are amenable to filing another motion. Alternatively, Defendants would have no objection to anyone who is already a party to this case, such as Mr. Wall, from obtaining leave to submit a reply brief addressing why there should not be some sort of limitation or governor on the inordinate flow of motions in this matter.

## CONCLUSION

Wherefore, Defendants respectfully request that the motions to strike [Docs. 151 and 152] be denied, and that Defendants' Joint Omnibus Response to the myriad motions [Doc. 149] remain on file.

Dated: December 20, 2021

Respectfully submitted,

**TORRICELLA LAW PLLC**
Town Center One, Suite 2217
8950 Southwest 74th Court
Miami, Florida 33156
Telephone: (305) 677-7644

By: /s Maurice J. Baumgarten
Roberto A. Torricella, Jr.
Florida Bar No. 907472
Robert@TorricellaLaw.com
Maurice J. Baumgarten
Florida Bar No. 25324
Maurice@TorricellaLaw.com

- And –

**STINSON LLP**
1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20006
Telephone: (202) 728-3005

By: /s Roy Goldberg
M. Roy Goldberg
Roy.goldberg@stinson.com
Admitted Pro Hac Vice
**Counsel for Southwest Airlines Co., Alaska Airlines, Inc., Delta Air Lines, Inc. and JetBlue Airways Corporation**

**LITTLER MENDELSON, P.C.**
Wells Fargo Center
333 S.E. 2nd Avenue, Suite 2700
Miami, Florida 33131
Telephone: (305) 400-7500

By: /s Miguel A. Morel
Miguel A. Morel
Florida Bar No. 89163
mamorel@littler.com

**Counsel for Spirit Airlines, Inc.**

**ADLER MURPHY & MCQUILLEN LLP**
20 S Clark St, Ste 2500
Chicago, Illinois 60603
Telephone (312) 422-5713

By: /s Brian T. Maye
Brian T. Maye
Bmaye@Amm-Law.Com
Admitted Pro Hac Vice

-And –

                        **HENDERSON, FRANKLIN, STARNES & HOLT, PA**

                        By: /s Kyle C. Dudek
                        Kyle C. Dudek
                        Florida Bar No. 122752
                        Kyle.Dudek@henlaw.com
                        William Boltrek, III
                        Florida Bar No. 100901
                        William.Boltrekiii@henlaw.com
                        1715 Monroe Street
                        PO BOX 280
                        Ft Myers, Florida 33902
                        Telephone (239) 344-1494

                        **Counsel for Frontier Airlines, Inc. and Allegiant Air, LLC**

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 20th day of December 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a notice of electronic filing to all parties of record and by email to pro se Plaintiff Lucas Wall [Lucas.Wall@yahoo.com]. On December 20, 2021, I also caused a true and correct copy of the foregoing document to be furnished via first class mail to the following persons:

    Aaron Abadi                                               Anthony Eades

| | |
|---|---|
| 82 Nassau St., Apt. 140<br>New York, NY 10038 | 19499 Cedar Gate Dr.<br>Warsaw, MO 65355 |
| Connie Rarrick<br>36 Lafayette St.<br>Saco, ME 04072 | Eric L Cila<br>8807 Avondale Ct<br>Louisville, KY 40299 |
| Jared Rarrick<br>36 Lafayette St.<br>Saco, ME 04072 | Jennifer Rarrick<br>36 Lafayette St.<br>Saco, ME 04072 |
| Kleanthis Andreadakis<br>5108 Hunters Meadow Pl.<br>Henrico, VA 23231 | Leonardo McDonnell<br>P.O. Box 915282<br>Longwood, FL  32791 |
| Peter Menage<br>3255 N. Mars Ave.<br>Palmer, AK 99645 | Shannon Greer Cila<br>8807 Avondale Ct<br>Louisville, KY 40299 |

/s/ *Miguel A. Morel*
　　Miguel A. Morel