Plainitff's Exhibit 5

Fwd: Reference#: 6331684

**From:** Customer.Care.Reply@alaskaair.com
**Date:** January 19, 2021 at 06:32:38 AKST
**To:** pmenage@gmail.com
**Subject: RE: Reference#: 6331684**



January 18, 2021

Dear Peter,

Thank you for your contacting Alaska Airlines with your medical waiver.

Unfortunately, we do not accept medical waivers for our mask policy. Mask exceptions apply only to children under the age of 2 (in alignment with CDC age guidelines). In addition to other efforts we have implemented such as enhanced cleaning processes on our aircraft and social distancing guidelines within the airport and boarding process, requiring masks is another layer of protection that can reduce the spread of Covid-19. As our understanding of the Covid-19 virus has evolved, Alaska has updated our policies accordingly. According to the Center for Disease Control (CDC), "cloth face coverings are a critical preventative measure and are most essential in times when social distancing is difficult." Because social distancing is often not possible in an aircraft cabin, in the interest of safety for all aboard, until further notice we are unable to transport any guests who are unwilling or unable to wear a face covering. I apologize for any disappointment this may cause; however, safety is always our top priority.

As always, thank you for choosing Alaska.

Sincerely,

Alexi L.
Customer Care Representative