# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## PROPOSED ORDER

Upon consideration of Plaintiff Peter Menage's Motion for Preliminary Injunction Against Defendant Alaska Airlines, filed Dec. 20, 2021, the motion is GRANTED. Alaska Airlines and its officers, agents, employees, and contractors are hereby ENJOINED from refusing to provide transportation to Mr. Menage until a final judgment is entered in this case.

IT IS FURTHER ORDERED that Alaska Airlines and its officers, agents, employees, and contractors are hereby ENJOINED from requiring Mr. Menage to wear a face mask as a condition of transportation.

The Court has issued this Preliminary Injunction pursuant to Fed.R.Civ.P. 65. This Order is executed because Mr. Menage has demonstrated: A) a strong likeli-

1

hood he will ultimately prevail on the merits of his claims; and B) absent this Order, he will suffer irreparable injury by being denied the ability to fly Alaska Airlines to and from his work location in Prudhoe Bay, Alaska.

The Court finds the injuries to Mr. Menage are substantial whereas there would be no harm that would occur to the defendant as a result of this Order. Also, the entry of this Order serves the public interest of not discriminating against travelers with a qualifying disability who can't tolerate wearing a face mask. *See* Rehabilitation Act as well as Air Carrier Access Act (49 USC § 41705) and its accompanying regulations (14 CFR Part 382).

The Court finds no security is required from Mr. Menage as a condition of obtaining this Order because the defendant will not suffer any costs or damages as a result.

SO ORDERED.

Entered this _____ day of December 2021 at _____ a.m./p.m. in Orlando, Florida.

_____
Paul Byron
United States District Judge

2