```
Plaintiff's Exhibit 9
```

[welovetrump.com](welovetrump.com)

# WATCH: CNN Admits Cloth Masks Are Useless

*by daniel_g*

12-28-21

4-5 minutes

---

The entire Covid-19 narrative is collapsing.

Biden recently gave up the fight on Covid-19, The CDC has halved the quarantine period, and now CNN is saying that masks are basically useless despite what they said last week…

I am not sure if this is because we have beaten back their claims outright, or if they are trying to make Democrats look good in the upcoming primaries by saying that the pandemic is over.

I have said time and time again that if left unchecked this situation will lead to a civil war.

Now I believe that no matter what happens going forward this will *never* be forgotten—in short it will definitely lead to a civil war or the complete breakdown in the state eventually because people *aren't* going to forget this.

It represents a crack in the pillars—a rot that will eat away at the very core of the country until nothing is left, kind of like an unfaithful spouse. Some things can be forgiven in a marriage, other things destroy the sanctity of that marriage.

How can we forget that our neighbors, teachers, and friends essentially lost their minds and gave into tyranny? Where do we go from here?

We cannot just go back to our normal lives now—not after the events of the last 2 years.

Some things can be forgiven, but enforcing the will of the state? Trying to force involuntary vaccinations on people? Ignoring data which is contrary to that of government authorities and large pharmaceutical conglomerates?

Trying to cost your neighbor their job because they refuse to take an unnecessary drug forced on them for profit?

These things cannot be forgotten. The fear, the tyranny, the incessant paranoia—these are wounds which will not heal ever.

So to the people who willingly went along with the government and the establishment congratulations….you're going to have an *extremely* tough road ahead of you.

Here's more. on the story:

> This new CNN declaration that masks "are not appropriate in this pandemic" is an Orwellian escalation. Can the media produce amnesia on demand? And will the people cooperate by wiping their own memories?
>
> Completely intentional. The ultimate power move
>
> pic.twitter.com/RVtN0BZlLf
>
> — Walter Kirn (@walterkirn) December 28, 2021

> "There's no place for them in light of Omicron," Dr. Leana Wen told CNN's Victor Blackwell, but there wasn't any place for them in light of Delta, Beta, or any other variant either.
>
> CNN expert: Cloth masks are useless "face decorations" at this pointhttps://t.co/hOQb5tpzsd
>
> — Ed Morrissey (@EdMorrissey) December 21, 2021

Reason took note of CNN's recent comments:

> *Wen is a supporter of mandates, so perhaps she thinks the higher quality masks should be required in some settings. Yet if she's right, it means the masks that the overwhelming majority of people are wearing in order to comply with mandates—in public schools, on public transportation, in many workplaces, gyms, and even social settings—aren't doing any good.*
>
> *They represent another element of pandemic hygiene theater: a public health requirement that makes people feel safer without offering them much actual protection.*

> Also, can we burn our masks? CNN chick declared (inadvertently) that they were useless, so now that the corrupt media has said out loud what sensible people have been saying for many months, can we do away with this idiocy?
>
> — Admiral Trish (@TrishStuth) December 27, 2021

> Masks worn like that are useless, masks over the nose provide some protection, but not as much as N95s. I got none of this info from CNN

> — Mordicai A.V.A O'Shea (@mordicaioshea) December 27, 2021

Town Hall had this to say:

> *As Katie covered back in August, another CNN guest — former Biden advisor and University of Minnesota Center for Infectious Disease Research and Policy Director Michael Osterholm — similarly said that "many of the face cloth wearings people wear today are not very effective in reducing any of the virus movement in or out." But the White House, via Press Secretary Jen Psaki, rejected Osterholm's conclusion.*