# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**LUCAS WALL,**

    **Plaintiff,**

v.                             Case No.: 6:21-cv-01008-PGB-DCI

**SOUTHWEST AIRLINES, et al.,**

    **Defendants.**

_____

## DEFENDANTS' OMNIBUS NOTICE OF SUPPLEMENTAL FILING IN RESPONSE TO OBJECTIONS TO MAGISTRATE'S REPORT AND RECOMMENDATION [Doc. 128]

Defendants Alaska Airlines, Allegiant Air, Delta Air Lines, Frontier Airlines, JetBlue Airways, Southwest Airlines, and Spirit Airlines (collectively, "Defendants"), hereby file the following documents in further response to "Plaintiffs' Joint Objections to Magistrate Judge's Report & Recommendation" [Docs. 147 & 148] (collectively, "Objections"), which Objections address various portions of Magistrate Judge Irick's November 16, 2021 Report and Recommendations [Doc. 128], including the Magistrate's recommendation that Plaintiff Lucas Wall's electronic filing privileges be immediately revoked in this case for violation of the Court's October 26, 2021 Order and abuse of the

privilege [Doc. 128, pp. 4-5]:[1]

1. Printout of document properties of Movant Peter Menage's January 5, 2022 Reply to Defendant Alaska Airlines' Opposition to Motion for Preliminary Injunction (Doc. 161) ("Menage Reply"), which printout lists the author of the Menage Reply as Plaintiff Lucas Wall. **Exhibit A**.

2. Printout of document properties of Movant Peter Menage's January 5, 2022 Declaration in support of the Menage Reply ("Menage Declaration"), filed as Exhibit 15 to the Menage Reply, which printout lists the author of the Menage Declaration as "lwenwdc77", a name used by Plaintiff Lucas Wall. **Exhibit B.**

3. Printout, dated January 3, 2022, from lucas.travel, a website of Plaintiff Lucas Wall, indicating Wall's use of the name "lwenwdc77." **Exhibit C**.

**[INTENTIONALLY LEFT BLANK]**

---

[1] The Objections ostensibly have been filed on behalf of non-parties Leonardo McDonnell, Peter Menage, Kleanthis Andreadakis, Uri Marcus, Yvonne Marcus, Aaron Abadi, Shannon Greer Cila, Eric L. Cila, Jennifer Rarrick, Connie Rarrick, Jared Rarrick, and Anthony Eades (collectively, "Movants"). This Court has ruled that at this juncture none of Movants are actual parties.

**Dated**: January 6, 2022                  Respectfully submitted,

| | |
|---|---|
| **TORRICELLA LAW PLLC** | **LITTLER MENDELSON, P.C**. |
| Town Center One, Suite 2217 | Wells Fargo Center |
| 8950 Southwest 74th Court | 333 S.E. 2nd Avenue, Suite 2700 |
| Miami, Florida 33156 | Miami, Florida 33131 |
| Telephone: (305) 677-7644 | Telephone: (305) 400-7500 |
| | |
| By: /s *Maurice J. Baumgarten* | By: /s *Miguel A. Morel* |
|    Roberto A. Torricella, Jr. |    Miguel A. Morel |
|    Florida Bar No. 907472 |    Florida Bar No. 89163 |
|    Robert@TorricellaLaw.com |    mamorel@littler.com |
|    Maurice J. Baumgarten | |
|    Florida Bar No. 25324 |    *Counsel for* |
|    Maurice@TorricellaLaw.com |    *Spirit Airlines, Inc.* |

   - And –

**STINSON LLP**
1775 Pennsylvania Avenue, N.W.
Suite 800
Washington, D.C. 20006
Telephone: (202) 728-3005

By: /s *Roy Goldberg*
   M. Roy Goldberg
   Roy.goldberg@stinson.com
   Admitted *Pro Hac Vice*

   *Counsel for*
   *Southwest Airlines Co.,*
   *Alaska Airlines, Inc.,*
   *Delta Air Lines, Inc. and*
   *JetBlue Airways Corporation*

**ADLER MURPHY &
MCQUILLEN LLP**
20 S Clark St, Ste 2500
Chicago, Illinois 60603
Telephone (312) 422-5713

By: /s *Brian T. Maye*
Brian T. Maye
Bmaye@Amm-Law.Com
Admitted *Pro Hac Vice*

-And –

**HENDERSON, FRANKLIN,
STARNES & HOLT, PA**

By: /s *Kyle C. Dudek*
Kyle C. Dudek
Florida Bar No. 122752
Kyle.Dudek@henlaw.com
William Boltrek, III
Florida Bar No. 100901
William.Boltrekiii@henlaw.com
1715 Monroe Street
PO BOX 280
Ft Myers, Florida 33902
Telephone (239) 344-1494

*Counsel for Frontier Airlines, Inc. and
Allegiant Air, LLC*

4

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 6th day of January 2022, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will serve a notice of electronic filing to all parties of record and by email to pro se Plaintiff Lucas Wall [Lucas.Wall@yahoo.com]. On January 6, 2022, I also caused a true and correct copy of the foregoing document to be furnished via first class mail to the following persons:

| | |
|---|---|
| Aaron Abadi<br>82 Nassau St., Apt. 140<br>New York, NY 10038 | Anthony Eades<br>19499 Cedar Gate Dr.<br>Warsaw, MO 65355 |
| Connie Rarrick<br>36 Lafayette St.<br>Saco, ME 04072 | Eric L Cila<br>8807 Avondale Ct<br>Louisville, KY 40299 |
| Jared Rarrick<br>36 Lafayette St.<br>Saco, ME 04072 | Jennifer Rarrick<br>36 Lafayette St.<br>Saco, ME 04072 |
| Kleanthis Andreadakis<br>5108 Hunters Meadow Pl.<br>Henrico, VA 23231 | Leonardo McDonnell<br>P.O. Box 1113<br>Melbourne, FL 32902 |
| Peter Menage<br>3255 N. Mars Ave.<br>Palmer, AK 99645 | Shannon Greer Cila<br>8807 Avondale Ct<br>Louisville, KY 40299 |
| Uri Marcus<br>P.O. Box 126<br>Ojai, CA 93024 | Yvonne Marcus<br>P.O. Box 126<br>Ojai, CA 93024 |

/s/ *Miguel A. Morel*
Miguel A. Morel