## Properties

| | |
|---|---|
| File | Wall Menage reply memo re motion for pi 010522.pdf |
| Title | Add a title |
| Author | Lucas Wall |
| Subject | Add a subject |
| Base URL | Add base url |
| Key words | Add keywords |
| Application | Microsoft® Word 2016 |

### Important Dates

| | |
|---|---|
| Last Modified | 2022-01-06 13:00:34 |
| Created | 2022-01-05 02:34:12 |

### Additional Information

| | |
|---|---|
| PDF Producer | Microsoft® Word 2016; modified using iText® 7.1.6 |
| PDF Version | 1.5 |
| File Size | 246.63 KB (252,551 Bytes) |
| Page Size | 8.50 in x 11.00 in |
| Location | C:\mjb\ |
| Number of Pages | 8 |
| Fast Web View | No |
| Tagged PDF | Yes |