## Properties

| | |
|---|---|
| File | Declaration of Menage re pi motion 010622.pdf |
| Title | Add a title |
| Author | lewnwdc77 |
| Subject | Add a subject |
| Base URL | Add base url |
| Key words | Add keywords |
| Application | Adobe Acrobat Pro 10.1.16 |

### Important Dates

| | |
|---|---|
| Last Modified | 2022-01-06 13:04:13 |
| Created | 2022-01-05 14:24:56 |

### Additional Information

| | |
|---|---|
| PDF Producer | Adobe Acrobat Pro 10.1.16; modified using iText® |
| PDF Version | 1.7 |
| File Size | 405.06 KB (414,785 Bytes) |
| Page Size | 8.50 in x 11.00 in |
| Location | C:\mjb\ |
| Number of Pages | 7 |
| Fast Web View | No |
| Tagged PDF | No |