Updated Jan. 3, 2022
Compiled by LUCAS WALL

Masks are totally ineffective at reducing the transmission of COVID-19 but are harmful to our health. But don't take my word for it. View 224 scentific studies, medical articles, and videos I've compiled during the past seven months while suing the Centers for Disease Control & Prevention, Transportation Security Administration, and seven airlines to stop their mask mandates.

I am the plaintiff in Wall v. CDC, the first lawsuit in the nation to challenge all aspects of the Federal Transportation Mask Mandate. I'm also the lead plaintiff in Wall v. Southwest Airlines, the first lawsuit attacking the mask mandates of seven airlines (Southwest, Alaska, Allegiant, Delta, Frontier, JetBlue, and Spirit). And I'm the lead plaintiff in one of six lawsuits (Wall v. TSA) brought by disabled travelers who can't medically wear masks challenging TSA's legal authority to require passengers and employees throughout the nation's entire public-transportation system muzzle themselves.

If you know of additional studies showing masks don't work and hurt our health, please share them with me at lewnwdc77-blog@yahoo.com.