# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

### PLAINTIFF PETER MENAGE'S NOTICE OF IMMINENT TERMINATION OF EMPLOYMENT DUE TO ALASKA AIRLINES' BAN

COMES NOW Plaintiff Peter Menage, *pro se*, and asks the Court to please TAKE NOTICE of a phone call I received from my employer, Worley, yesterday (Jan. 6), that relates to my urgent need for a preliminary injunction to stop Defendant Alaska Airlines from banning me because I medically can't wear a face mask. Doc. 156.

Worley Superintendent Gary Dub and Project Manager Rick McAuliff asked if anything had changed in regard to my ability to fly on Alaska Airlines. I informed them that my status has not changed and that I'm awaiting a court order. I was then asked if I intended to resign my position with the company, to which I told them no. I want to keep working for Worley at the Prudhoe Bay oilfields.

The conversation ended with them telling me they would contact me in advance of my return-to-work date of Jan. 13 to check my status again, at which time I

would be asked again to resign or they would be looking at terminating me due to my inability to fly to my remote work location on Alaska Airlines, the only carrier serving the route.

Respectfully submitted this 7th day of January 2022.

_____
Peter Menage, plaintiff

3255 N. Mars Ave.
Palmer, AK 99645
Telephone: 907-715-1205
E-Mail: pmenage@googlemail.com