# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, : | |
| : | |
| Plaintiffs, : | Case No. 6:21-cv-1008-PGB-DCI |
| : | |
| v. : | District Judge Paul Byron |
| : | |
| **SOUTHWEST AIRLINES** *et al.*, : | Magistrate Judge Daniel Irick |
| : | |
| Defendants. : | |

## PLAINTIFF PETER MENAGE'S NOTICE REQUESTING IMMEDIATE RULINGS ON AMENDED COMPLAINT & NUMEROUS MOTIONS, REPORTS, OBJECTIONS, & APPEAL

COMES NOW Plaintiff Peter Menage, *pro se*, and asks the Court to please TAKE NOTICE that I request an immediate decision on the status of the Amended Complaint, filed four months ago, and on a dozen motions, reports, objections, and appeal that have been pending as far back as October. Aside from my motions for temporary restraining order and preliminary injunction, this Court has not issued a single order in this case since Oct. 26, 2021 – 2½ months ago.

I joined this case as a plaintiff four months ago (Sept. 13). The seven airline defendants have not even had to respond to the Amended Complaint yet. Meanwhile I am being deprived of the ability to fly because I can't medically wear a mask

1

but the defendants keep refusing to grant any medical exemptions, causing me irreparable harm. It appears this Court is totally ignoring this case because we do not have a lawyer. But that does not mean we are not due equal access to justice.

If the Court does not resolve these pending matters promptly (by the end of this month), I will consider filing for a writ of mandamus with the U.S. Court of Appeals for the 11th Circuit asking it to direct this Court to stop ignoring us. I will also consider filing a separate lawsuit against the defendants since this Court refuses to allow our Amended Complaint to proceed. We should be several months into discovery by this point, but because of the Court's inaction, the defendants have not even filed a pleading.

The following matters are awaiting decisions by the Court:

1. **Amended Complaint**, filed by all plaintiffs Sept. 13. Doc. 61. Magistrate Judge Irick issued a Report & Recommendation ("R&R") Oct. 28 suggesting the pleading be struck with leave to amend "to cure the deficiencies." Doc. 86. Plaintiffs filed objections Nov. 12. Docs. 119-127. Defendants Southwest, Alaska, Delta, and JetBlue filed a response to our objections Nov. 17. Doc. 130. We moved to strike that response Nov. 20. Docs. 137 & 140. We have now been waiting four months for the defendants to respond to our pleading.

2. **Report & Recommendation** that "the Amended Complaint is due to be STRICKEN with leave of Court to file an amended pleading to cure the deficiencies within a set time period" filed by the magistrate Oct. 28. Doc. 86. Plaintiffs filed objections Nov. 12. Docs. 119-127. Defendants Southwest,

Alaska, Delta, and JetBlue filed a response to our objections Nov. 17. Doc. 130. We moved to strike that response Nov. 20. Docs. 137 & 140. Responses to our objections were due Nov. 26. We have now been waiting 1½ months for District Judge Byron to rule on this R&R.

3. **Objection to Orders 82 & 85** filed by Plaintiff Leonardo McDonnell Oct. 31 and **Joint Appeal of Orders 82 & 85**, filed Nov. 22 by Mr. McDonnell and Lead Plaintiff Lucas Wall. Docs 87 & 139. Defendants did not file a response to Mr. McDonnell's objection, meaning they were ripe for a decision Nov. 9. Mr. McDonnell has been waiting more than two months for a decision trying to get his e-mail address and phone number redacted from the Amended Complaint because of his concern about being stalked by a former abuser. All defendants filed a joint response to the joint appeal Dec. 6. Doc. 149. More than a month has a passed with no action by the Court on Mr. McDonnell's second attempt to get his personal information redacted, a simple unopposed request that should have been decided in mere days to protect Mr. McDonnell.

4. **Motion to Compel Clerk to Correct Docket Entry 87 Plus Other Errors & Omissions** filed by all plaintiffs Nov. 9-12. Docs. 94-99, 105-107, 109, 111-112, & 118. Defendants did not oppose. The magistrate issued an R&R on Nov. 16 recommending the motion be denied. Doc. 128. We filed objections Nov. 30 and Dec. 1. Docs. 147-148. All defendants filed a joint

3

response Dec. 6. Doc. 149. The R&R on this simple clerical motion has been ripe for decision for more than a month.

5. **Motion for Leave to File Electronically** filed by all plaintiffs except Mr. Wall Nov. 9-12. Docs. 100-104, 108, 110, & 113-117. The magistrate issued an R&R on Nov. 16 recommending the motion be denied. Doc. 128. We filed objections Nov. 30 and Dec. 1. Docs. 147-148. All defendants filed a joint response Dec. 6. Doc. 149. The R&R on this simple procedural motion has been ripe for decision for more than a month.

6. **Report & Recommendation** that the Motions to Compel the Clerk to Correct Docket Entry 87 Plus Other Errors & Omissions and for Leave to File Electronically be denied filed by the magistrate Nov. 16. Doc. 128. We filed objections Nov. 30 and Dec. 1. Docs. 147-148. All defendants filed a joint response Dec. 6. Doc. 149. The report on these two simple clerical and procedural motions has been ripe for more than a month.

7. **Motion to Compel All Defense Counsel to Confer with All Plaintiffs on All Motions** filed by all plaintiffs Nov. 16. Docs. 129 & 131. Defendants Southwest, Alaska, Delta, and JetBlue filed an opposition Nov. 17. Doc. 132. The deadline for responses was Nov. 30. This motion has been ripe for 1½ months.

8. **Motion to Strike Doc. 130 Response to Objections** filed by all plaintiffs Nov. 20. Docs. 137 & 140. All defendants filed a joint response Dec. 6. Doc. 149. This motion has been ripe for more than a month.

4

9. **Motion for Leave to File a Reply Brief** filed by all plaintiffs Nov. 20. Docs. 138 & 141. All defendants filed a joint response Dec. 6. Doc. 149. This motion has been ripe for more than a month.

10. **Motion for the District Judge to Ratify Our Appointment of Lead Plaintiff** filed by all plaintiffs Nov. 23. Docs. 143-144. All defendants filed a joint response Dec. 6. Doc. 149. This motion has been ripe for more than a month.

11. **Motion for the District Judge to Remove Magistrate Judge Daniel Irick from this Case** filed by all plaintiffs Nov. 24. Docs. 145-146. All defendants filed a joint response Dec. 6. Doc. 149. This motion has been ripe for more than a month.

12. **Motion to Strike Doc. 149 Response** filed by all plaintiffs Dec. 7. Docs. 151-152. All defendants filed a joint response Dec. 20. Doc. 155. This motion has been ripe for almost a month.

13. **Motion for Preliminary Injunction Against Defendant Alaska Airlines** filed Dec. 20 by me. Doc. 157. Defendant Alaska filed an opposition Dec. 27. Doc. 158. I filed a reply Jan. 5. This motion has been ripe for nine days. I was scheduled to return to work yesterday (Jan. 13) but was unable to because the Court has yet to resolve my motion to overturn Alaska's ban on me flying because I removed my mask to eat breakfast and breathe.

WHEREFORE, I give the Court notice that if these matters are not decided by Jan. 31 or if the Court does not schedule a status conference with all parties by Jan. 31 to review how this case will quickly proceed, I will consider my options including filing for a writ of mandamus in the 11th Circuit and/or initiating a new lawsuit against the defendants for their illegal discrimination against the disabled in another federal judicial district.

Respectfully submitted this 14th day of January 2022.

_____
Peter Menage, plaintiff

3255 N. Mars Ave.
Palmer, AK 99645
Telephone: 907-715-1205
E-Mail: pmenage@googlemail.com