# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL *et al.*,** | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| v. | : | District Judge Paul Byron |
| **SOUTHWEST AIRLINES *et al.*,** | : | Magistrate Judge Daniel Irick |
| Defendants. | : | |

## PLAINTIFF PETER MENAGE'S NOTICE OF ADDRESS CHANGE

COMES NOW Plaintiff Peter Menage, *pro se*, and asks the Court and other parties to please TAKE NOTICE that my mailing address has changed. The new address is:

Peter Menage
3060 N. Lazy Eight Ct. #356
Wasilla, AK 99654

Respectfully submitted this 14th day of January 2022.

_____
Peter Menage, plaintiff
3060 N. Lazy Eight Ct. #356
Wasilla, AK 99654
Telephone: 907-715-1205
E-Mail: pmenage@googlemail.com

1