## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## NOTICE OF RELATED ACTION

Pursuant to Local Rule 1.07(c), the Court and other parties will please TAKE NOTICE of a related action docketed yesterday: *Faris v. Centers for Disease Control & Prevention*, Case No. 3:22-cv-23 (W.D. Ky.).

Plaintiff Michael Faris filed suit against CDC and its parent agency, the Department of Health & Human Services, seeking to vacate the Federal Transportation Mask Mandate. Mr. Faris is also suing five airlines (American, JetBlue, Southwest, Spirit, and United) for unlawful discrimination by forcing him to wear a mask in contradiction to his doctor's orders. Three of the defendants in that case (JetBlue, Southwest, and Spirit) are also defendants in this lawsuit.

1

Respectfully submitted this 19th day of January 2022.

*Lucas Wall*

Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com