# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## PLAINTIFF PETER MENAGE'S NOTICE OF SUPPLEMENTAL AUTHORITY: SOUTHERN DISTRICT OF TEXAS ENJOINS VACCINE MANDATE FOR FEDERAL EMPLOYEES

COMES NOW Plaintiff Peter Menage, *pro se*, pursuant to Local Rule 3.01(i), and advises the Court to please TAKE NOTICE of supplemental authority in support of my Motion for Preliminary Injunction Against Defendant Alaska Airlines. Doc. 156.

1. A Citation of the Authority: *Feds for Medical Freedom v. Biden*, No. 3:21-cv-356 (S.D. Tex. Jan. 21, 2022).

2. A Specification by Page of the Issue or Argument in the Earlier Paper that the Authority Supplements: Doc. 156 at 11 & 20-25; Doc. 161 at 2.

3. Statutory Authority: "Neither the plain language of § 7301 nor any traditional notion of personal liberty would tolerate such a sweeping grant of power. … no arm of the federal government has ever asserted such power. … A lack of historical precedent tends to be the most telling indication that no authority exists. … The government has offered no answer – no limiting principle to the

1

reach of the power they insist the President enjoys. For its part, this court will say only this: however extensive that power is, the federal-worker mandate exceeds it."

4. Balance of Equities & Public Interest: "The government has not shown that an injunction in this case will have any serious detrimental effect on its fight to stop COVID-19. … Stopping the spread of COVID-19 will not be achieved by overbroad policies like the federal-worker mandate. …. All in all, this court has determined that the balance of the equities tips in the plaintiffs' favor, and that enjoining the federal-worker mandate is in the public interest." (for both sections, internal citations, quotation marks, and brackets omitted).

Respectfully submitted this 22nd day of January 2022.

Peter Menage, plaintiff
3060 N. Lazy Eight Ct. #356
Wasilla, AK 99654
Telephone: 907-715-1205
E-Mail: pmenage@googlemail.com