# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## NOTICE OF RELATED ACTION

Pursuant to Local Rule 1.07(c), the Court and other parties will please TAKE NOTICE of a related action docketed Jan. 18: *Reading v. Southwest Airlines*, Case No. 1:22-cv-265 (E.D. N.Y.).

Plaintiff Medora Reading filed suit against Southwest Airlines and four Southwest employees for unlawful disability discrimination by harassing her about wearing a face covering while drinking water due to her hypoglycemia, a medical condition that requires frequent hydration. Southwest employees then removed Ms. Reading from the aircraft before departure even though eating and drinking is specifically allowed under the *ultra vires* Federal Transportation Mask Mandate.

1

Ms. Reading charges Southwest and its workers with violations of the Air Carrier Access Act, Rehabilitation Act, Conspiracy to Interfere with Civil Rights, Neglect to Prevent Conspiracy to Interfere with Civil Rights, and New York State Human Rights Law. She also charges intentional infliction of emotional distress.

She asks the court to grant a declaratory judgment that "Southwest Airlines and all airlines must grant passengers reasonable accommodations pursuant to the Air Carrier Access Act when the passenger asserts that he or she is unable to wear a face covering for medical reasons," damages in the amount of $10 million, and attorney's fees.

Southwest is a defendant in this lawsuit. Numerous claims made by plaintiffs here are similar to those made in *Reading*.

Respectfully submitted this 27th day of January 2022.

*Lucas Wall*
Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com