## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

### NOTICE OF RELATED ACTION

Pursuant to Local Rule 1.07(c), the Court and other parties will please TAKE NOTICE of a related action docketed Sept. 14, 2021, which just came to my attention today: *Montgomery v. Delta Air Lines*, Case No. 3:21-cv-2715 (N.D. Tex.).

Plaintiffs Leia Montgomery and Kristen Kelly filed suit against Delta Air Lines for illegal discrimination against disabled passengers by denying mask exemptions. Delta placed Ms. Montgomery on its no-fly list because she could not wear a mask and was denied an exemption by the airline's medical vendor, STAT-MD. Ms. Kelly was approved for an exemption by Delta, but then gate agents refused to honor it and would not let her board her flight.

Ms. Montgomery and Ms. Kelly charge Delta with violations of the Air Carrier Access Act, Americans with Disabilities Act, and Department of Transportation mask-exemption regulations; breach of contract; public disclosure of public facts;

1

intentional infliction of emotional distress; and negligent infliction of emotional distress. They ask for damages in excess of $500,000 each.

Delta is a defendant in this lawsuit. Numerous claims made by plaintiffs here are similar to those made in *Montgomery*.

Case Status: Delta's Motion to Dismiss Second Amended Complaint, filed Dec. 23, 2021, is pending.

Respectfully submitted this 27th day of January 2022.

*Lucas Wall*
Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com