# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL** *et al.*, | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| v. | : | District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : | Magistrate Judge Daniel Irick |
| Defendants. | : | |

## PLAINTIFF PETER MENAGE'S NOTICE OF EMPLOYMENT TERMINATION DUE TO ALASKA AIRLINES' BAN & 2nd REQUEST FOR IMMEDIATE DECISION ON MOTION FOR PRELIMINARY INJUNCTION (DOC. 156)

COMES NOW Plaintiff Peter Menage, *pro se*, and asks the Court to please TAKE NOTICE that I have been terminated from my employment with Worley because Alaska Airlines banned me from flying, as I told the Court would happen if it did not rule on my Motion for Preliminary Injunction Against Alaska Airlines (filed Dec. 20, 2021) before Jan. 13, 2022. Doc. 156 at 18-20.

I requested a decision by Jan. 3. *Id.* at 1. It is now 24 days later and the Court has not determined the motion, creating ongoing irreparable harm of lost employment. It should not take the Court more than a month to rule on a PI motion. The Court's inaction has cost me my job and is causing my family to suffer. If the Court wishes to deny the motion, it should so immediately so I may exercise my statutory right to appeal to the 11th Circuit. It should not leave this motion in limbo.

1

I spoke on the phone Jan. 13 with Worley Area Superintendent Bryan Kloster. This was the day I was scheduled to return to work in Deadhorse on Alaska Airlines, however I was unable to take the flight because of the airline banning me for eating breakfast without a mask on in retaliation for suing it over disability discrimination.

Mr. Kloster told me he expected the company would terminate me for being unable to get to Deadhorse on a reliable, consistent basis. However, if I were able to fly Alaska Airlines again, he said Worley would likely rehire me.

Today I received a formal letter from Worley's people manager, Carey Miller, dated Jan. 26, terminating my employment because I'm banned from Alaska Airlines, which Ms. Miller wrote "is the only feasible method of transportation between Deadhorse, Alaska and Anchorage, Alaska. Because you could not get to work, your employment with Worley was terminated on January 14, 2022." Ex. 1.

WHEREFORE, I again request this Court immediately enter an order granting my Motion for Preliminary Injunction Against Defendant Alaska Airlines. Doc. 156. This is my second urgent request that the Court act on my motion. Doc. 172 (filed Jan. 14).

Respectfully submitted this 27th day of January 2021.

_____
Peter Menage, plaintiff
3060 N. Lazy Eight Ct. #356
Wasilla, AK 99654
Telephone: 907-715-1205
E-Mail: pmenage@googlemail.com