

PO Box 190569  
Anchorage, AK 99508  
www.worleyparsons.com/

```
             Plaintiff's Exhibit 1
```

January 26, 2022

**Subject: Separation**

**Dear Peter,**

Dear Peter,

On November 25, 2021 you were involved in an incident on Alaska Airlines flight 55 from Anchorage to Deadhorse. It was reported at that time you would be suspended from Alaska Airlines flights until further notice.

You were scheduled to return to Deadhorse on January 13, 2022 to start your next scheduled shift, but you informed us that you are still banned from Alaska Airlines flights, which is the only feasible method of transportation between Deadhorse, Alaska and Anchorage, Alaska. Because you could not get to work, your employment with Worley was terminated on January 14, 2022.

Thank you,

*Carey Miller*

Carey Miller  
People Manager  
T: 907.275.5141 C: 907.888.9393  
Carey.Miller@worley.com