# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## NOTICE OF RELATED ACTION

Pursuant to Local Rule 1.07(c), the Court and other parties will please TAKE NOTICE of a related action docketed today: *Andreadakis v. Centers for Disease Control & Prevention*, Case No. 3:22-cv-52 (E.D. Va.).

Plaintiff Kleanthis Andreadakis filed suit against CDC and its parent agency, the Department of Health & Human Services, seeking to vacate the Federal Transportation Mask Mandate and International Traveler Testing Requirement. Mr. Andreadakis is also suing four airlines (American, JetBlue, Southwest, and United) and a third-party medical consultation firm (STAT-MD) for unlawful discrimination by denying him mask exemptions in contradiction to his doctor's orders.

Mr. Andreadakis is a plaintiff in this case. JetBlue and Southwest are defendants in this case.

1

Respectfully submitted this 28th day of January 2022.

*Lucas Wall*
Lucas Wall, plaintiff
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com