## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## NOTICE OF RELATED ACTION

Pursuant to Local Rule 1.07(c), the Court and other parties will please TAKE NOTICE of a related action docketed Jan. 28: *Seklecki v. Centers for Disease Control & Prevention*, Case No. 1:22-cv-10155 (D. Mass.).

Plaintiff Michael Seklecki, on behalf of himself and his minor child M.S., filed suit against CDC and its parent agency, the Department of Health & Human Services, seeking to vacate the Federal Transportation Mask Mandate. Mr. Seklecki is also suing two airlines (American and Southwest) for unlawful discrimination by denying him and his son mask exemptions in contradiction to their doctor's orders.

Southwest is a defendant in this case.

1

Respectfully submitted this 30th day of January 2022.

*Lucas Wall*

Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com