# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## PLAINTIFF KLEANTHIS ANDREADAKIS' NOTICE OF VOLUNTARY DISMISSAL

COMES NOW Plaintiff Kleanthis Andreadakis, *pro se*, pursuant to Fed.R.Civ.P. 41(a) and asks the Court and other parties to please TAKE NOTICE that I voluntarily dismiss all my claims against all defendants in the above styled case.

I filed Jan. 14 a Notice asking the Court to issue "an immediate decision on the status of the Amended Complaint, filed four months ago, and on a dozen motions, reports, objections, and appeal that have been pending as far back as October." Doc. 167 at 1. I noted that "Aside from Plaintiff Peter Menage's motions for temporary restraining order and preliminary injunction, this Court has not issued a single order in this case since Oct. 26, 2021." *Id.* I further informed that "If the Court does not resolve these pending matters promptly (by the end of this month), I will consider filing for a writ of mandamus with the U.S. Court of Appeals for the 11th Circuit asking it to direct this Court to stop ignoring us. I will also consider filing a

1

separate lawsuit against the defendants since this Court refuses to allow our Amended Complaint to proceed." *Id.* at 2.

Sadly the Court refused to act, showing its continuing bias against us because we don't have a lawyer. There continues to be nothing but silence as I keep suffering discrimination by the airlines who are defendants in this case. Therefore, I made the decision to withdraw from this putative class action and file my own lawsuit. Doc. 181.

As I exit this case, I wish to express my utter disgust at the way the Court has treated myself and my dozen fellow plaintiffs. The Court has had nothing but contempt for us since the Amended Complaint was filed Sept. 14, 2021. Doc. 61. It has been 4½ months and the defendants have not even been required to respond to the Amended Complaint. That is supposed to happen within two weeks. Fed.R.Civ.P. 15(a)(3). The Court should be ashamed of how it's treating the disabled litigants before it fighting for our civil rights. There are 13 matters currently unresolved by the Court. Doc. 167. It's been more than three months since the Court has done anything in this case, with the exception of denying Mr. Menage's Motion for Temporary Restraining Order. Doc. 153.

Mr. Menage then filed Dec. 20 for a preliminary injunction against Defendant Alaska Airlines. Doc. 157. The matter has been fully briefed since Jan. 5. Doc. 161. Yet almost an entire month has gone by, during which Mr. Menage has been fired from his job as a result of the Court's failure to act. Doc. 180. This Court has be-

haved as our adversary, not as an impartial decision-maker. It has not even recognized myself and the 11 other joined plaintiffs as actual human beings who are suffering because of the defendants' misconduct, rejecting even listing us on the docket as plaintiffs.

Although I hate to leave this wonderful group of fellow disabled Americans I have worked with during the past five months, the Court's failure to do anything leaves me no choice but to go my own way. As I depart, I urge the Court to correct its behavior and give these other plaintiffs the justice they are due.

Respectfully submitted this 3rd day of February 2022.

_____
Kleanthis N. Andreadakis, plaintiff
5108 Hunters Meadow Pl.
Henrico, VA 23231
Telephone: 804-988-1402
E-Mail: mrradioactive@protonmail.com