# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | | |
|---|---|---|
| **LUCAS WALL *et al.*,** | : | |
| Plaintiffs, | : | Case No. 6:21-cv-1008-PGB-DCI |
| v. | : | District Judge Paul Byron |
| **SOUTHWEST AIRLINES *et al.*,** | : | Magistrate Judge Daniel Irick |
| Defendants. | : | |

## LEAD PLAINTIFF'S NOTICE OF RELATED ACTION

Pursuant to Local Rule 1.07(c), the Court and other parties will please TAKE NOTICE of my request to intervene in a related action: *In Re: Restrictions on Courthouse Access Due to COVID-19*, No. 3:20-mc-23 (M.D. Fla.).

Today I filed a Motion to Intervene and a Motion to Vacate Order Requiring the Wearing of Masks in Courthouses, asking the chief judge of the Middle District of Florida to vacate his July 30, 2021, Order mandating the use of face coverings in all district courthouses.

As it relates to the instant case and the companion lawsuit *Wall v. Centers for Disease Control & Prevention*, No. 6:21-cv-975, I argue that

> "Both the magistrate judge and district judge – who are assigned to both cases – have treated my coplaintiffs and me with great hostility throughout the eight-month litigation of both lawsuits. My concern is they are biased against us because, *inter alia*, the Court itself requires maskwearing, even though federal law prohibits forced use of any medical device unauthorized by the Food & Drug Administration or approved only for Emergency Use Authorization. Nearly all face coverings used by Americans to comply with

1

mask mandates meet the definition of an FDA unapproved or EUA-only medical device. We can't hope to receive justice in our challenges to the Federal Transportation Mask Mandate and airlines' mask policies when this very Court unlawfully requires that anyone entering a courthouse wear a mask. … The judges of this Court can't be impartial in deciding my mask cases so long as a mask mandate with no legal authority is in place. This creates extreme prejudice to my prosecutions, as noted by the magistrate and district judge's terrible mistreatment of my fellow plaintiffs and myself to enforce our rights under federal laws."

Submitted this 9th day of February 2022.

*Lucas Wall*

Lucas Wall, lead plaintiff and class representative
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com