**UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

| | : | |
|---|---|---|
| **In Re: Restrictions on Courthouse** | : | Case No. 3:20-mc-23-TJC |
| **Access Due to COVID-19** | : | |
| | : | |

**LUCAS WALL'S MOTION TO INTERVENE**

COMES NOW Lucas Wall, *pro se*, and moves to intervene in this miscellaneous case, which contains various orders requiring those entering any courthouse in the Middle District of Florida to wear a face mask.

I am a plaintiff in two civil actions before this Court: *Wall v. Centers for Disease Control & Prevention*, No. 6:21-cv-975, which challenges the *ultra vires* Federal Transportation Mask Mandate, and *Wall v. Southwest Airlines*, a putative class action with 13 named plaintiffs against seven airlines for their illegal discrimination against the disabled who can't safely wear masks. Both the magistrate judge and district judge – who are assigned to both cases – have treated my coplaintiffs and me with great hostility throughout the eight-month litigation of both lawsuits. My concern is they are biased against us because, *inter alia*, the Court itself requires maskwearing, even though federal law prohibits forced use of any medical device unauthorized by the Food & Drug Administration or approved only for

Emergency Use Authorization. Nearly all face coverings used by Americans to comply with mask mandates meet the definition of an FDA unapproved or EUA-only medical device.

We can't hope to receive justice in our challenges to the Federal Transportation Mask Mandate and airlines' mask policies when this very Court unlawfully requires that anyone entering a courthouse wear a mask. Therefore, I file the attached Motion to Vacate the Court's July 30, 2021, Order prohibiting any person who can't or won't wear a mask from entering any courthouse in the Middle District. The judges of this Court can't be impartial in deciding my mask cases so long as a mask mandate with no legal authority is in place. This creates extreme prejudice to my prosecutions, as noted by the magistrate and district judge's terrible mistreatment of my fellow plaintiffs and myself to enforce our rights under federal laws.

As a plaintiff with two cases before the Court, I object to the mask mandate as a violation of federal law. I can't wear a face mask because of my medical condition. Should any matters in my cases be set for hearing, I wish to participate in person, not remotely. My interests therefore give me standing to intervene in this matter.

WHEREFORE, I request the chief district judge enter an order allowing me to intervene in this case.

Respectfully submitted this 9th day of February 2022.

*Lucas Wall*
Lucas Wall
435 10th St., NE
Washington, DC 20002
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com