# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## LEAD PLAINTIFF'S NOTICE OF ADDRESS CHANGE

COMES NOW Lead Plaintiff Lucas Wall, *pro se*, and asks the Court and other parties to please TAKE NOTICE of my new mailing address:

3601 Cosmos Way
The Villages, FL 32163

Respectfully submitted this 2nd day of March 2022.

*Lucas Wall*

Lucas Wall, lead plaintiff and class representative
3601 Cosmos Way
The Villages, FL 32163
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

1