# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

### PLAINTIFF PETER MENAGE'S NOTICE OF SUPPLEMENTAL AUTHORITY RE [157] MOTION FOR PI AGAINST DEFENDANT ALASKA AIRLINES: LETTER TO WHITE HOUSE FROM 4 MAJOR TRAVEL & BUSINESS ORGANIZATIONS URGING FTMM REPEAL

COMES NOW Plaintiff Peter Menage, *pro se*, pursuant to Local Rule 3.01(i), and asks the Court to please TAKE NOTICE of supplemental authority supporting my Motion for Preliminary Injunction Against Defendant Alaska Airlines (Doc. 157).

1. Citation: Letter to White House from 4 Major Travel & Business Organizations[1] Urging Federal Transportation Mask Mandate Repeal (Feb. 25, 2022).

2. Specification by Page of the Issue or Argument in the Earlier Paper that the Authority Supplements: Doc. 157 at 20-25 (Alaska would be enriched by a preliminary injunction, as the airlines' letter notes travel would boom if pas-

---

[1] One of the signers is Airlines for America, a trade association representing most U.S. airlines. Defendant Alaska Airlines is a member of Airlines for America.

1

sengers aren't required to wear masks; and the public interest requires enjoining Alaska from enforcing a mask mandate, as the airlines' letter notes the mandate has devastated the travel industry, *inter alia*).

3. Need to Abolish the FTMM: Alaska Airlines urges "By March 18, repeal the Federal mask mandate for public transportation or provide a clear roadmap to remove the mask mandate within 90 days. ... Airplanes are already equipped with advanced air filtration systems, and airports have made large investments in air filtration, sanitation, and layouts. COVID-19 hospitalization rates have decreased significantly and the mask mandate should be lifted to reflect the improved public health environment."

4. Public Interest: Alaska Airlines states "[M]any of these same policies also came with the devastating ... consequences of severely limiting and discouraging travel. ... Since the start of the pandemic, the federal government's advisories, policies, and public messaging have focused on discouraging or actively restricting domestic and international travel. It is time for high-level officials within the Administration to publicly encourage travel to and within the U.S. Doing so would send a clear message to U.S. businesses, trading partners, and travelers alike that America is once again open for business."

Respectfully submitted this 3rd day of March 2022.

_____
Peter Menage, plaintiff
3060 N. Lazy Eight Ct. #356
Wasilla, AK 99654
Telephone: 907-715-1205
E-Mail: pmenage@googlemail.com