UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| LUCAS WALL, | ) |
| | ) |
| Plaintiff, | )  Case No. 6:21-cv-1008-PGB-DCI |
| | ) |
| v. | ) |
| | ) |
| SOUTHWEST AIRLINES, et. al. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**ALASKA AIRLINES, INC.'S RESPONSE TO PETER MENAGE'S "NOTICE OF SUPPLEMENTAL AUTHORITY" RELATING TO <u>MOTION FOR PRELIMINARY INJUNCTION</u>**

Defendant ALASKA AIRLINES, INC. ("Alaska") hereby responds to the "Notice of Supplemental Authority re [157] Motion for PI Against Defendant Alaska Airlines: Letter to White House from 4 Major Travel & Business Organizations Urging FTMM Repeal" (Doc. 186), filed by Movant Peter Menage ("Menage") In his latest Notice, Menage seeks to bring to the Court's attention in connection with his "Time-Sensitive Motion for Preliminary Injunction Against Defendant Alaska Airlines"(Doc. 157) ("Injunction Motion"), the fact that on February 25, 2022, Alaska and other airlines petitioned the government to end the mask mandate effective March 18, 2022, or within 90 days thereafter. In response to this Notice, Alaska briefly states as follows.

CORE/3503476.0004/173084729.1

1. Menage filed his Injunction Motion on December 20, 2021 seeking to enjoin Alaska from enforcing the federal mask mandate and precluding Menage from flying without a mask to Deadhorse, Alaska where he worked, after his motion for temporary restraining order was denied on December 8, 2021. Doc. 153. Menage claimed that he was entitled to injunctive relief because Alaska's refusal to let him fly without a mask would likely result in Menage losing his job in Deadhorse which Menage claimed he could only travel to via a flight on Alaska (Doc. 157, pp. 1-3).

2. On January 27, 2022, Menage filed a Notice of Employment Termination (Doc. 180), in which he advised the Court that he had been terminated from his employment.

3. Accordingly, Menage's request for injunctive relief is now moot.

4. In addition, without waiving any of the numerous arguments set forth in Alaska's opposition to Menage's Injunction Motion (Doc. 158), Alaska notes that the fact that on February 25, 2022, in light of recent success in slowing the spread of COVID-19, Alaska and other airlines petitioned the government to either end the mask mandate effective March 18, 2022 or announce a plan and timeline to repeal the mask mandate (Doc. 186-1, p.1), simply is irrelevant.

5. Whether Alaska believes that soon there no longer may be a need for the mask mandate has no bearing whatsoever on Alaska's obligation to enforce

the mask mandate and Menage's obligation to obey Alaska's instructions regarding the mask mandate while it is in effect.

Accordingly, for all of the above reasons as well as the reasons set forth in Alaska's opposition to Menage's Injunction Motion (Doc. 158), Alaska respectfully submits that Menage's Injunction Motion should be denied.

Date: March 9, 2022                                Respectfully submitted,

| | |
|---|---|
| STINSON LLP | TORRICELLA LAW PLLC |
| 1775 Pennsylvania Avenue, N.W. | Town Center One, Suite 2217 |
| Suite 800 | 8950 Southwest 74th Court |
| Washington, D.C. 20006 | Miami, Florida 33156 |
| Telephone: (202) 728-3005 | Telephone: (305) 677-7644 |
| | |
| By: /s Roy Goldberg | By: /s Maurice J. Baumgarten |
| M. Roy Goldberg | Roberto A. Torricella, Jr. |
| Roy.goldberg@stinson.com | Florida Bar No. 907472 |
| Admitted *Pro Hac Vice* | Robert@TorricellaLaw.com |
| | Maurice J. Baumgarten |
| | Florida Bar No. 25324 |
| | Maurice@TorricellaLaw.com |

Counsel for Defendant Alaska Airlines, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 9, 2022, a true and correct copy of the foregoing ALASKA AIRLINES, INC.'S RESPONSE TO PETER MENAGE'S "NOTICE OF SUPPLEMENTAL AUTHORITY" RELATING TO HIS MOTION FOR PRELIMINARY INJUNCTION was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record, and that I caused a true and accurate copy of the foregoing to be sent via First Class U.S. mail to the following persons, by placing it in the post on March 9, 2022:

Aaron Abadi
Apt. 140 82 Nassau St.
New York, NY 10038

Anthony Eades
19499 Cedar Gate Dr.
Warsaw, MO 65355

Connie Rarrick
36 Lafayette St.
Saco, ME 04072

Eric L Cila
8807 Avondale Ct.
Louisville, KY 40299

Jared Rarrick
36 Lafayette St.
Saco, ME 04072

Jennifer Rarrick
36 Lafayette St.
Saco, ME 04072

Kleanthis Andreadakis
5108 Hunters Meadow Pl.
Henrico, VA 23231

Leonardo McDonnell
P.O. Box 1113
Melbourne, FL 32902

Peter Menage
3255 N. Mars Ave.
Palmer, AK 99645

Shannon Greer Cila
8807 Avondale Ct.
Louisville, KY 40299

Uri Marcus
P.O. Box 126
Ojai, CA 93024

Yvonne Marcus
P.O. Box 126
Ojai, CA 93024

/s M. Roy Goldberg
M. Roy Goldberg
