# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

## PLAINTIFFS URI & YVONNE MARCUS' NOTICE OF VOLUNTARY DISMISSAL

COME NOW Plaintiffs Uri and Yvonne Marcus, *pro se*, pursuant to Fed.R.Civ.P. 41(a), and ask the Court and other parties to please TAKE NOTICE that we voluntarily dismiss all our claims against all defendants.

We filed Jan. 14 a Notice asking the Court to issue "an immediate decision on the status of the Amended Complaint, filed four months ago, and on a dozen motions, reports, objections, and appeal that have been pending as far back as October." Doc. 166 at 1. We noted that "Aside from Plaintiff Peter Menage's motions for temporary restraining order … this Court has not issued a single order in this case since Oct. 26, 2021." *Id* at 1. We further informed that "If the Court does not resolve these pending matters promptly (by the end of this month), we will consider filing for a writ of mandamus with the U.S. Court of Appeals for the 11th Circuit

1

asking it to direct this Court to stop ignoring us. We will also consider filing a separate lawsuit against the defendants since this Court refuses to allow our Amended Complaint to proceed." *Id.* at 2.

We bemoaned the fact that "It appears this Court is totally ignoring this case because we do not have a lawyer. But that does not mean we are not due equal access to justice." *Id.* at 2.

Sadly more than 2½ months after the filing of our Notice, the Court still refuses to do anything in this case, showing its bias against us because we don't have a lawyer. There continues to be nothing but silence as we keep suffering discrimination by the airlines who are defendants in this case. Therefore, we have made the decision to withdraw from this putative class action and file our own lawsuit in the U.S. District Court for the Central District of California (along with three other plaintiffs who have suffered disability discrimination by the airlines who are not parties to this case).

As we exit this lawsuit, we wish to join former plaintiff Kleanthis Andreadakis and express our "utter disgust" at the way the Court has treated us and our 11 fellow plaintiffs. "The Court has had nothing but contempt for us since the Amended Complaint was filed Sept. 14, 2021." Doc. 183 at 2. We join Mr. Andreadakis in this statement: "The Court should be ashamed of how it's treating the disabled litigants before it fighting for our civil rights. There are 13 matters currently unresolved by the Court. Doc. 167. It's been more than [five] months since the Court has done

2

anything in this case, with the exception of denying Mr. Menage's Motion for Temporary Restraining Order [four months ago on Dec. 8, 2021]. Doc. 153." *Id*. at 2.

Mr. Menage then filed Dec. 20, 2021, for a preliminary injunction against Defendant Alaska Airlines. Doc. 157. The matter has been fully briefed since Jan. 5, 2022. Doc. 161. Three entire months have gone by, during which Mr. Menage was **fired** from his job as a result of the Court's failure to act (Doc. 180), and the Court still has done NOTHING – not even denying Mr. Menage's motion so he may exercise his statutory right to appeal to the 11th Circuit.

It's as if we, the poor and disabled who can't afford lawyers, do not exist. This Court has behaved as our adversary, not as an impartial decisionmaker. It has not even recognized ourselves and the 10 other joined plaintiffs as actual human beings who are suffering because of the defendants' misconduct, rejecting even listing us on the docket as "plaintiffs."

Although we both hate to leave this wonderful group of fellow disabled Americans we have worked with during the past seven months, the Court's failure to do anything leaves us no choice but to go our own way. We were never recognized by the Court or the airline defendants as "plaintiffs." The seven airlines who are defendants in this matter have never been forced to answer the Amended Complaint, which should by rule have happened by Sept. 28, 2021.

As we depart, we join Mr. Andreadakis in urging the Court to correct its behavior and give the remaining 10 plaintiffs the justice they deserve. Since the Court has blocked this class-action suit from moving forward, and because our individual

3

claims have no jurisdictional basis in Florida, we are withdrawing and will be shortly filing them in the appropriate jurisdiction of the Central District of California.

It's clear since this proposed nationwide class-action lawsuit against airline mask discrimination is not moving forward due to the Court's failure to act on the Amended Complaint for the past almost seven months, it is prudent to refile our individual claims in California. Although we reside most of the year in Israel, we were both born and raised in California, are current citizens of California, maintain our permanent U.S. address in California, hold valid California driver's licenses, and vote in California. 90% of our business interests are in California. Mr. Marcus serves as president and CEO of a nonprofit organization that has a place of business in California. Mrs. Marcus serves as its CFO and also manages an additional business entity registered in California.

Since the World Health Organization declared the COVID-19 pandemic on March 11, 2020, neither of us have been present in Florida. Our individual claims could not have been filed in this judicial district for lack of jurisdiction. However, we signed on as plaintiffs with the understanding that this would be a national class-action lawsuit on behalf of millions of disabled Americans who have been prohibited from flying by the airline defendants' mask policies. Our understanding as nonlawyers is that the jurisdictional requirements to join a putative class action are different than filing our own individual claims.

Finally, we wish to deliver a message directly to District Judge Paul Byron and Magistrate Judge Daniel Irick: You two are not worthy of your salaries paid by us taxpayers – much less the honor, dignity, and reputation given to federal judges – because you are not observing your sworn duty under the Constitution to uphold and pursue justice for those who come before you – regardless of wealth or ability. It is inscribed on the front of the U.S. Supreme Court: "Equal Justice Under Law." In our national Pledge of Allegiance, we end by devoting ourselves to the principles upon which this great nation were founded: "with liberty and justice for all."

"All" should include disabled *pro* se litigants. In this Court, it obviously does not. Justice delayed is justice denied. You two have denied us justice.

Repugnantly submitted this 3rd day of April 2022.

*Uri Marcus*
Uri Marcus, plaintiff (only a mere "movant" in the eyes of the Court)
P.O. Box 126
Ojai, CA  93024
Telephone: 909-833-0065
E-Mail: uri@ntcf.org

*Yvonne Marcus*
Yvonne Marcus, plaintiff (only a mere "movant" in the eyes of the Court)
P.O. Box 126
Ojai, CA  93024
Telephone: 909-833-0065
E-Mail: adi@ntcf.org