# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

### PLAINTIFF PETER MENAGE'S NOTICE OF SUPPLEMENTAL AUTHORITY RE [157] MOTION FOR PI AGAINST DEFENDANT ALASKA AIRLINES: ALASKA AGAIN DEMANDS TERMINATION OF FTMM

COMES NOW Plaintiff Peter Menage, *pro se*, pursuant to Local Rule 3.01(i), and asks the Court to please TAKE NOTICE of supplemental authority supporting my Motion for Preliminary Injunction Against Defendant Alaska Airlines (Doc. 157).

1. Citation: Letter from 4 Major Travel & Business Groups Including Alaska Airlines to The White House (April 8, 2022)

2. Specification by Page of the Issue or Argument in the Earlier Paper that the Authority Supplements: Doc. 157 at 20-25 (Alaska would be enriched by a preliminary injunction)

3. "[C]urrent public health trends require an updated approach for how health measures should be applied to the travel industry. … the high level of safety on-board a plane due to effective ventilation and HEPA air filters, all support the cessation of pre-departure testing and mask requirements for air travel."

1

4. "The science clearly supports lifting the mask mandate…"

5. "While the public health benefits of these policies have greatly diminished, the economic costs associated with maintaining these measures are significant. … Today, these measures are imposing significant costs on the traveling public, airline employees, and the American travel and tourism industries. We urge the federal government to eliminate these mandates, which will help America reach its full economic potential by helping industries hit hard by the pandemic to fully recover."

Respectfully submitted this 22nd day of April 2022.

_____
Peter Menage, plaintiff
3060 N. Lazy Eight Ct. #356
Wasilla, AK 99654
Telephone: 907-715-1205
E-Mail: pmenage@googlemail.com