UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

**PLAINTIFF PETER MENAGE'S CORRECTED[1] NOTICE OF
SUPPLEMENTAL AUTHORITY RE [157] MOTION
FOR PI AGAINST DEFENDANT ALASKA AIRLINES:
ALASKA CONTINUES DEMANDING TERMINATION OF FTMM**

COMES NOW Plaintiff Peter Menage, *pro se*, pursuant to Local Rule 3.01(i), and asks the Court to please TAKE NOTICE of supplemental authority supporting my Motion for Preliminary Injunction Against Defendant Alaska Airlines (Doc. 157).

1. Citation: Letter from Airlines for America to Defendants CDC & HHS (April 13, 2022). Alaska is a member of Airlines for America.

2. Specification by Page of the Issue or Argument in the Earlier Paper that the Authority Supplements: Doc. 157 at 20-25 (Alaska would be enriched by a preliminary injunction)

3. "I am writing to urge you to end the pre-departure testing requirement for

---

[1] The original Notice of Supplemental Authority contained the wrong case caption by mistake

1

   international air travel and to end the mask mandate for travel on airplanes. Neither restriction is currently supported by data and science in today's public health environment."

4. "We continue to urge the Administration to lean into science and research, which clearly support lifting the mask mandate. … Numerous studies and public health experts have demonstrated that planes are among the safest indoor environments due to the superior ventilation and hospital grade air filters on commercial aircraft."

5. "It is very difficult to understand why masks are still required on airplanes, but not needed in crowded bars and restaurants; in packed sports arenas; in schools full of children; or at large indoor political gatherings. Simply put, an extension of the mask mandate does not make sense."

Respectfully submitted this 22nd day of April 2022.

_____
Peter Menage, plaintiff

3060 N. Lazy Eight Ct. #356
Wasilla, AK 99654
Telephone: 907-715-1205
E-Mail: pmenage@googlemail.com