## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

| | |
|---|---|
| **LUCAS WALL** *et al.*, | : |
| Plaintiffs, | : Case No. 6:21-cv-1008-PGB-DCI |
| v. | : District Judge Paul Byron |
| **SOUTHWEST AIRLINES** *et al.*, | : Magistrate Judge Daniel Irick |
| Defendants. | : |

### PLAINTIFF PETER MENAGE'S NOTICE OF SUPPLEMENTAL AUTHORITY RE [157] MOTION FOR PI AGAINST DEFENDANT ALASKA AIRLINES: MIDDLE DISTRICT OF FLORIDA <u>VACATES FEDERAL TRANSPORTATION MASK MANDATE</u>

COMES NOW Plaintiff Peter Menage, *pro se*, pursuant to Local Rule 3.01(i), and asks the Court to please TAKE NOTICE of supplemental authority supporting my Motion for Preliminary Injunction Against Defendant Alaska Airlines (Doc. 157).

1. Citation: *Health Freedom Defense Fund v. Biden*, No. 8:21-cv-1693 (M.D. Fla. April 18, 2022)

2. Specification by Page of the Issue or Argument in the Earlier Paper that the Authority Supplements: "the FTMM is unlawful and therefore the Court may not consider it in the context of this motion." Doc. 157 at 11.

3. "The Court concludes that the Mask Mandate exceeds the CDC's statutory authority and violates the procedures required for agency rulemaking under the APA. Accordingly, the Court vacates the Mandate …"

1

4. "But after rigorous statutory analysis, the Court concludes that § 264(a) does not authorize the CDC to issue the Mask Mandate. … 'sanitation' and 'other measures' refer to measures that clean something, not ones that keep something clean. Wearing a mask cleans nothing."

5. "If the government is correct that sanitation allows for the CDC's Mask Mandate because it promotes hygiene and prevents the spread of disease, then the remaining words in § 264(a), such as disinfection and fumigation are unnecessary. … Instead, sanitation more likely refers – consistent with its most common usage at the time – to acts that remove refuse or debris from an area or object, a reading that preserves independent meaning for the other terms in § 264(a)."

6. "Since the Mask Mandate regulates an individual's behavior – wearing a mask-it imposes directly on liberty interests, not the property interests contemplated in subsection (a)."

7. "The opposite of conditional release is 'detention' or 'quarantine.' Anyone who refuses to comply with the condition of mask wearing is – in a sense – detained or partially quarantined by exclusion from a conveyance or transportation hub under authority of the Mask Mandate. … In short, their freedom of movement is curtailed in a way similar to detention and quarantine."

8. "The government here advances a reading of 'sanitation' that untethers it from the surrounding words and the statutory structure. Such an interpretation 'does not merit deference.'"

Respectfully submitted this 22nd day of April 2022.

_____
Peter Menage, plaintiff
3060 N. Lazy Eight Ct. #356
Wasilla, AK 99654
Telephone: 907-715-1205
E-Mail: pmenage@googlemail.com