UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

| | | |
|---|---|---|
| LUCAS WALL, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 6:21-cv-1008-PGB-DCI |
| | ) | |
| v. | ) | |
| | ) | |
| SOUTHWEST AIRLINES, et. al. | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**DEFENDANT ALASKA AIRLINES, INC.'S NOTICE
OF SUPPLEMENTAL AUTHORITY IN OPPOSITION TO
PETER MENAGE'S MOTION FOR PRELIMINARY INJUNCTION**

In connection with the pending motion of Peter Menage for preliminary

injunction against Defendant Alaska Airlines, Inc. ("Alaska") (ECF No. 157),

Alaska respectfully provides the attached decision issued on April 22, 2022 in

*Kleanthis Andreadakis v. Centers for Disease Control and Prevention, et al.*, Civil No.

3:22cv52 (DJN), ECF No. 87, by Judge David Novak of the United States District

Court for the Eastern District of Virginia.  Pursuant to the enclosed Memorandum

Decision, Judge Novak denied the plaintiff's motions for preliminary injunction

against the airline defendants and the federal government, finding that the relief

sought by the plaintiff was rendered moot by: (1) the April 18, 2022 decision in

*Health Freedom Defense Fund, Inc. v. Biden*, No. 8:21cv1693 (M.D. Fla.), ECF No. 53;

and (2) the fact that the Federal Transportation Mask Mandate was due to expire

on May 3, 2022.   Civil No. 3:22cv52 (DJN), ECF No. 87, at 13-14.  The Court made

this finding despite the fact that the federal government has appealed the *Health*

*Freedom* decision.  Civil No. 3:22cv52 (DJN), ECF No. 87 at 2-3.  Judge Novak states:

> "As a threshold matter, the current state of the Mask Order likely renders Plaintiff incapable of demonstrating irreparable harm. The vacatur of the Mask Order by the United States District Court for the Middle District of Florida renders Plaintiff incapable of claiming any harm from the ongoing enforcement of the Mask Order. Even if the Vacatur Order is stayed or reversed, the Mask Order currently expires on May 3, 2022, undercutting any claim to ongoing irreparable harm. However, should the Mask Order remain in place beyond May 3, Plaintiff has failed to show the required irreparable harm, as explained below."  Civil No. 3:22cv52 (DJN), ECF No. 87, at 13.

In denying the preliminary injunction motions, the Court did not reach the issue

of likelihood of success on the merits, stating instead: "Plaintiff has not made a

clear showing that he faces actual and imminent irreparable harm in the absence

of a preliminary injunction. Because Plaintiff has failed to meet his burden on this

required prong, the Court need not address the other factors."  *Id*. at 14.

Alaska respectfully submits that Judge Novak's denial of the preliminary

injunction motion supports its opposition to the pending motion of Peter Menage

for preliminary injunction (ECF No. 157) and Alaska's recently-filed Suggestion of

Mootness (ECF No. 189).

CORE/3503476.0004/174053033.1

Date: April 24, 2022                                    Respectfully submitted,


STINSON LLP                                             TORRICELLA LAW PLLC
1775 Pennsylvania Avenue, N.W.                          Town Center One, Suite 2217
Suite 800                                               8950 Southwest 74th Court
Washington, D.C. 20006                                  Miami, Florida 33156
Telephone: (202) 728-3005                               Telephone: (305) 677-7644


By: /s Roy Goldberg                                     By: /s Maurice J. Baumgarten
M. Roy Goldberg                                         Roberto A. Torricella, Jr.
Roy.goldberg@stinson.com                                Florida Bar No. 907472
Admitted *Pro Hac Vice*                                 Robert@TorricellaLaw.com
                                                        Maurice J. Baumgarten
                                                        Florida Bar No. 25324
                                                        Maurice@TorricellaLaw.com


Counsel for Defendant Alaska Airlines, Inc.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on April 24, 2022, a true and correct copy of the foregoing NOTICE OF SUPPLEMENTAL AUTHORITY was filed using CM-ECF, which will serve a notice of electronic filing to all parties of record, and that I caused a true and accurate copy of the foregoing to be sent via First Class U.S. mail to the following persons, by placing it in the post on April 25, 2022:

Aaron Abadi
Apt. 140 82 Nassau St.
New York, NY 10038

Anthony Eades
19499 Cedar Gate Dr.
Warsaw, MO 65355

Connie Rarrick
36 Lafayette St.
Saco, ME 04072

Eric L Cila
8807 Avondale Ct.
Louisville, KY 40299

Jared Rarrick
36 Lafayette St.
Saco, ME 04072

Jennifer Rarrick
36 Lafayette St.
Saco, ME 04072

Kleanthis Andreadakis
5108 Hunters Meadow Pl.
Henrico, VA 23231

Leonardo McDonnell
P.O. Box 1113
Melbourne, FL 32902

Peter Menage
3255 N. Mars Ave.
Palmer, AK 99645

Shannon Greer Cila
8807 Avondale Ct.
Louisville, KY 40299

Uri Marcus
P.O. Box 126
Ojai, CA 93024

Yvonne Marcus
P.O. Box 126
Ojai, CA 93024

/s M. Roy Goldberg
M. Roy Goldberg
