FILED

2022 MAY -3 PM 4:07

CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FLORIDA ORLANDO, FLORIDA

**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**LUCAS WALL *et al.*,**

Plaintiffs,

v.

**SOUTHWEST AIRLINES *et al.*,**

Defendants.

Case No. 6:21-cv-1008-PGB-DCI

District Judge Paul Byron

Magistrate Judge Daniel Irick

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

COMES NOW Plaintiff Lucas Wall, *pro se*, and voluntarily dismisses all claims against all defendants pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i). Due to the Court's extreme animus, antipathy, contempt, and disdain for my 12 coplaintiffs and me throughout this entire litigation, it's crystal clear the Court's bias means it's impossible for me to ever obtain impartial justice. This dismissal is also based on jurisdictional issues raised by some of the seven airline defendants, who contend that some of my claims are not properly lodged in this judicial district because the companies are not "residents" of Florida and a substantial part of the events or omissions giving rise to my claims did not occur in Florida.

I call the Court's attention to the lengthy list of harsh negative decisions illustrating its antagonism toward the 13 disabled *pro se* litigants in this case who are

medically incapable of wearing face masks and therefore challenged the defendants' discriminatory policies: Docs. 8, 11, 36, 54, 67, 82, 85-86, 128, 153, & 196-197.

The Court's order April 29 dismissing the Amended Complaint and tossing the remaining 10 coplaintiffs from this putative class action makes it impossible to proceed in this venue. Doc. 196.[1]

Three of my coplaintiffs already departed from this case due to the Court's pattern of acting as an advocate for the defendants, not a fair and impartial tribunal. I echo the sentiments expressed by Plaintiffs Kleanthis Andreadakis, Uri Marcus, and Yvonne Marcus. Docs. 183 & 188.

Submitted with disappointment and disgust this 2nd day of May 2022.

*Lucas Wall*

Lucas Wall, lead plaintiff and class representative
3601 Cosmos Way
The Villages, FL 32163
Telephone: 202-351-1735
E-Mail: Lucas.Wall@yahoo.com

[1] I take immense umbrage to the Court's statement that "In Count 14, Plaintiff likens '[s]ome of the Airline Defendants" policies to have non-mask wearing individuals sit in the rear of the airplane to "forcing colored people to sit in the back of the bus before passage of the Civil Rights Act of 1964." (*Id.* at p. 205). Upon repleader, the Court will not tolerate this asinine and highly offensive comparison in the pleadings and will strike the applicable count without further notice." Doc. 196 at 12, FN 14.

The requirement imposed by some of the airline defendants forcing disabled passengers to sit in the rear of the aircraft is not only illegal, it should shock and outrage the Court. This form of blatant discrimination against Americans because of our medical impairments is no different than what blacks in the South faced pre-1964 by having to sit in the back of buses merely because of their skin color. This statement disparaging the disabled is among the many reasons I can't, for my own mental health, continue to prosecute this case in this Court.

**CERTIFICATE OF SERVICE**

I hereby certify that on May 2, I deposited this notice in the U.S. Mail for delivery to the Clerk's Office. Upon docketing, a Notice of Electronic Filing will be sent to all defense counsel of record.

*Lucas Wall*
Lucas Wall, lead plaintiff and class representative