## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

**LUCAS WALL,**

        **Plaintiff,**

v.                                  **Case No: 6:21-cv-1008-PGB-DCI**

**SOUTHWEST AIRLINES, ALASKA AIRLINES, ALLEGIANT AIR, FRONTIER AIRLINES, JETBLUE AIRWAYS, SPIRIT AIRLINES, NUMEROUS UNNAMED EXECUTIVES OF THE 7 AIRLINES and DELTA AIR LINES,**

        **Defendants.**

_____/

## ORDER

This cause comes before the Court on Plaintiff's Notice of Voluntary Dismissal. (Doc. 198). Plaintiff advises that he dismisses the claims pursued against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Plaintiff's notice of voluntary dismissal is self-executing and was immediately effective upon filing. *See Matthews v. Gaither*, 902 F.2d 877, 880 (11th Cir. 1990) (per curiam). Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on May 4, 2022.

                                                                                  2

_____
PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties